IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | MDL No. 2804 <br><br> Case No. 17-md-02804 <br><br> Judge Dan Aaron Polster |
| THIS NOTICE RELATES TO: | | |
| ALL CASES | | |

### NOTICE OF ORGANIZATIONAL MEETING OF PLAINTIFFS' COUNSEL

**DECEMBER 18, 2017 CLEVELAND, OHIO
BEGINNING AT 1:00 PM
HILTON CLEVELAND DOWNTOWN**

Please note there will be an organizational meeting of ***plaintiffs' counsel only*** scheduled for **Monday, December 18, 2017 at 1:00 pm.** This meeting is being scheduled to address a number of issues which were covered at the initial telephonic hearing on December 13, 2017.

A block of rooms have been reserved at the Hilton Cleveland Downtown for both Sunday and Monday. The address of the hotel, the link to make reservations, as well as the telephone reservation number is listed below. A reduced room rate will be offered for those using the link and/or identifying code **SSL** when calling the hotel.

Hilton Cleveland Downtown
100 Lakeside Avenue East
Cleveland, OH  44114
Hilton reservation line at 855-871-6943 (Code **SSL**)
Link to online reservations:  https://aws.passkey.com/e/49556388

The meeting is expected to last into the late afternoon or early evening on Monday.

**Please RSVP your attendance to Sheila Schebek, Mass Tort Coordinator of SSL at sschebek@spanglaw.com.**

        Respectfully,

        s/*Peter H. Weinberger*
        Peter H. Weinberger (0022076)
        **SPANGENBERG SHIBLEY & LIBER LLP**
        1001 Lakeside Avenue East, Suite 1700
        Cleveland, OH  44114
        (216) 696-3232
        (216) 696-3924 (FAX)
        *pweinberger@spanglaw.com*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of December 2017, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

        s/*Peter H. Weinberger*
        Peter H. Weinberger