**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> This document applies to: <br> *City of Tacoma v. Purdue Pharma, et al.* <br> *Case No.* 3:17-cv-05737-RSM (W.D. Wash.) | )<br>)<br>)<br>)<br>)<br>)<br>) |

Case No. 1:17-md-2804-DAP

**NOTICE OF APPEARANCE**

Pursuant to the Court's Minute Entry docketed today (Dkt. #4), Ms. Gretchen Freeman Cappio hereby enters an appearance in this action as additional counsel for Plaintiff City of Tacoma.  Ms. Cappio is registered for Electronic Case Filing in multiple federal district courts, including in the Western District of Washington.  Please serve all notices, correspondence, filings, and orders on Ms. Cappio at the following address:

Gretchen Freeman Cappio
Keller Rohrback L.L.P.
1201 Third Avenue, Suite 3200
Seattle, WA 98101
T: (206) 623-1900; F: (206) 623-3384
Email: gcappio@kellerrohrback.com

RESPECTFULLY SUBMITTED this 14th day of December, 2017.

**KELLER ROHRBACK L.L.P.**

*/s/ Derek W. Loeser*
Derek W. Loeser
Gretchen Freeman Cappio
dloeser@kellerrohrback.com
gcappio@kellerrohrback.com
1201 Third Avenue, Suite 3200
Seattle, WA 98101-3052
Tel.: (206) 623-1900
Fax: (206) 623-3384

***Attorneys for Plaintiff City of Tacoma***

1

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 14, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties so registered.

*/s/ Derek W. Loeser*
Derek W. Loeser