UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION This document applies to: *City of Tacoma v. Purdue Pharma, et al.* *Case No.* 3:17-cv-05737-RSM (W.D. Wash.) | Case No. 1:17-md-2804-DAP **NOTICE OF APPEARANCE** |

Pursuant to the Court's Minute Entry docketed today (Dkt. #4), Mr. Lynn Lincoln Sarko hereby enters an appearance in this action as additional counsel for Plaintiff City of Tacoma. Mr. Sarko is registered for Electronic Case Filing in multiple federal district courts, including in the Western District of Washington. Please serve all notices, correspondence, filings, and orders on Mr. Sarko, at the following address:

> Lynn Lincoln Sarko
> Keller Rohrback L.L.P.
> 1201 Third Avenue, Suite 3200
> Seattle, WA 98101
> T: (206) 623-1900; F: (206) 623-3384
> Email: lsarko@kellerrohrback.com

RESPECTFULLY SUBMITTED this 14th day of December, 2017.

 **KELLER ROHRBACK L.L.P.**

 */s/ Derek W. Loeser*
 Derek W. Loeser
 Lynn Lincoln Sarko
 dloeser@kellerrohrback.com
 lsarko@kellerrohrback.com
 1201 Third Avenue, Suite 3200
 Seattle, WA 98101-3052
 Tel.: (206) 623-1900
 Fax: (206) 623-3384

 *Attorneys for Plaintiff City of Tacoma*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on December 14, 2017, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all parties so registered.

                                                   */s/ Derek W. Loeser*
                                                   Derek W. Loeser