UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION | : | CASE NO 1:17 MD 2804 |
| OPIATE LITIGATION | : | |
| | : | JUDGE DAN AARON POLSTER |

ENTRY OF APPEARANCE

Please enter the appearance of Daniel Carmeli, Esquire, of Morgan, Lewis & Bockius LLP, on behalf of Defendant, Rite Aid of Maryland, Inc., in the above-captioned action.

Respectfully submitted,

Dated:  December 15, 2017

/s/ *Daniel Carmeli*
Daniel Carmeli (PA ID No. 313617)
MORGAN, LEWIS & BOCKIUS LLP
301 Grant Street
One Oxford Centre, Thirty-Second Floor
Pittsburgh, PA  15219-6401
Tel.:  412.560.7433
Fax:  412.560.7001
daniel.carmeli@morganlewis.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION | : | CASE NO 1:17 MD 2804 |
| OPIATE LITIGATION | : | |
| | : | JUDGE DAN AARON POLSTER |

ENTRY OF APPEARANCE

Please enter the appearance of Thomas J. Sullivan, Esquire, of Morgan, Lewis & Bockius LLP, on behalf of Defendant, Rite Aid of Maryland, Inc., in the above-captioned action.

Respectfully submitted,

Dated:  December 15, 2017

/s/ *Thomas J. Sullivan*
Thomas J. Sullivan (PA ID No. 88838)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel.:  215.963.5146
Fax:  215.963.5001
thomas.sullivan@morganlewis.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION | : | CASE NO 1:17 MD 2804 |
| OPIATE LITIGATION | : | |
| | : | JUDGE DAN AARON POLSTER |

ENTRY OF APPEARANCE

Please enter the appearance of Kelly A. Moore, Esquire, of Morgan, Lewis & Bockius LLP, on behalf of Defendant, Rite Aid of Maryland, Inc., in the above-captioned action.

Respectfully submitted,

Dated:  December 15, 2017

/s/ *Kelly A. Moore*
Kelly A. Moore (NY ID No. 2483675)
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178-0060
Tel.:  212.309.6612
Fax:  212.309.6001
kelly.moore@morganlewis.com

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION | : | CASE NO 1:17 MD 2804 |
| OPIATE LITIGATION | : | |
| | : | JUDGE DAN AARON POLSTER |

ENTRY OF APPEARANCE

Please enter the appearance of Judd E. Stone, Esquire, of Morgan, Lewis & Bockius LLP, on behalf of Defendant, Rite Aid of Maryland, Inc., in the above-captioned action.

Respectfully submitted,

Dated:  December 15, 2017

/s/ *Judd E. Stone*
Judd E. Stone (DC ID No. 1027732)
MORGAN, LEWIS & BOCKIUS LLP
1111 Pennsylvania Avenue, N.W.
Washington, D.C.  20004
Tel.:  202.739.5531
Fax:  202.739.3001
judd.stone@morganlewis.com