UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | Case No. 1:17-md-2804-DAP |
| This document applies to: *Baptist Hospital, Inc. et al. v. McKesson Corporation, et al.* Case No. 3:17-cv-816 (N.D. Florida) | ) ) ) ) ) | **ATTORNEY APPEARANCE** |

    Attorneys T. Roe Frazer II and Patrick D. McMurtray hereby enter an appearance in this action as additional counsel for Plaintiffs Baptist Hospital, Inc. and Jay Hospital, Inc. Messrs. Frazer II and McMurtray are registered for Electronic Case Filing in multiple federal district courts. Please serve all notices, correspondence, filings, and orders on Messrs. Frazer II and McMurtray at the following address:

    Frazer PLC
    1 Burton Hills Blvd., Suite 215
    Nashville, TN 37215
    Tel.: (615) 647-6464
    Fax: (866) 314-2466
    Email: roe@frazer.law; patrick@frazer.law

    RESPECTFULLY SUBMITTED this 18th day of December, 2018.

    FRAZER PLC

    /s/ T. Roe Frazer II
    T. Roe Frazer II
    Patrick D. McMurtray
    Frazer PLC
    1 Burton Hills Blvd., Suite 215
    Nashville, TN 37215
    Tel.: (615) 647-6464
    Fax: (866) 314-2466

    ***Attorneys for Plaintiffs Baptist Hospital, Inc. et al.***