IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: National Prescription Opiate Litigation | ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 1:17-md-02804-DAP<br><br>JUDGE POLSTER |

## NOTICE OF SUBSTITUTION OF COUNSEL

Pursuant to N.D. Ohio Civ. R. 83.9, Defendant McKesson Corporation requests that the Clerk of the Court kindly enter the appearances of Mark H. Lynch of the law firm Covington & Burling LLP on its behalf, and withdraw the appearance of Emily Johnson Henn of the law firm Covington & Burling LLP as its Counsel in the above-captioned matter.

Respectfully submitted,

 /s/ Mark H. Lynch
Mark H. Lynch (D.C. Bar No. 139110)
COVINGTON & BURLING LLP
One CityCenter, 850 Tenth Street, NW
Washington, DC 20001
(202) 662-6000 (Telephone)
mlynch@cov.com

*Counsel for Defendant McKesson Corporation*

—2—

## CERTIFICATE OF SERVICE

     I hereby certify a copy of the foregoing *Notice of Substitution of Counsel* was sent by the Court's electronic case filing system this 18th day of December, 2017, and served upon all those participating therein.

                                      /s/ Mark H. Lynch
                                      Mark H. Lynch (D.C. Bar No. 139110)