BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

MDL-2804    In re: National Prescription Opiate Litigation

SCHEDULE OF ACTIONS AND REPRESENTED PARTIES

| Case Caption | Court | Civil Action No. | Parties Represented: |
|---|---|---|---|
| *City of Lorain v. Purdue Pharma L.P., et al.* | N.D. Ohio | 1:17-cv-01639-DAP | Defendant Perry Fine<br>Defendant Scott Fishman<br>Defendant Lynn Webster |
| *City of Parma v. Purdue Pharma L.P., et al.* | N.D. Ohio | 1:17-cv-01872-DAP | Defendant Perry Fine<br>Defendant Scott Fishman<br>Defendant Lynn Webster |
| *City of Dayton v. Purdue Pharma L.P., et al.* | S.D. Ohio (Dayton) | 3:17-cv-00229-TMR | Defendant Perry Fine<br>Defendant Scott Fishman<br>Defendant Lynn Webster |