**FINE, KAPLAN AND BLACK, R.P.C.**

Adam J. Pessin

Adam J. Pessin is a partner at Fine Kaplan and Black in Philadelphia, where he focuses his practice on class actions, antitrust and complex commercial litigation. He is a graduate of Yale University, the University of Oxford (England) and the University of Pennsylvania Law School, *magna cum laude*, where he was an editor of the Law Review. Thereafter, he served as a law clerk for the Honorable Maryanne Trump Barry on the United States Court of Appeals for the Third Circuit.

## Practice Areas

- Antitrust
- Class Actions
- Complex Commercial Litigation

## Bar Admissions

- Pennsylvania, 2004
- New York, 2005
- U.S. District Court Eastern District of Pennsylvania
- U.S. District Court Southern District of New York
- U.S. District Court Eastern District of New York
- U.S. District Court Northern District of New York
- U.S. Court of Appeals Third Circuit
- U.S. Court of Appeals Second Circuit

## Education

- University of Pennsylvania Law School, Philadelphia, PA, 2003, J.D.
  Honors:  *magna cum laude*
              Order of the Coif
              P. Pemberton Morris Award (highest grades in Evidence, Pleading and Practice)
              Editor, *University of Pennsylvania Law Review*
- University of Oxford, Oxford, England, 1997, Diploma
- Yale University, New Haven, CT 1996, B.A.
  Honors:  Distinction in the English major
              Herbert M. Atherton Award

## Representative Cases

- *In re Generic Pharmaceuticals Pricing Antitrust Litig.,* MDL No. 2724 (E.D. Pa.)
- *Standard Iron Works v. ArcelorMittal, et al*., 639 F. Supp. 2d 877 (N.D. Ill. 2009)
- *In re Aftermarket Filters Antitrust Litig.*, 2009 WL 3754041 (N.D. Ill. Nov. 5, 2009)