# ERIC L. YOUNG, ESQUIRE

Attorney Eric L. Young, based in Philadelphia, has served as an advocate for the rights of labor organizations and employees for most of his legal career. He has represented union pension and health and welfare funds in a wide array of class actions involving corporate fraud and misconduct during the course of his 18-year legal career. Capitalizing on this experience, Attorney Young has become one of the nation's leading whistleblower attorneys. Attorney Young represents individuals filing qui tam lawsuits under the False Claims Act as well as those submitting tips to the Securities and Exchange Commission, Commodity Futures Trading Commission, and Internal Revenue Service.

While representing the interests of union benefit funds and whistleblowers, Attorney Young routinely deals with complex legal issues including, but not limited to, healthcare fraud, tax fraud, securities law, and anti-trust violations.

Attorney Young's legal commentary has been published on the websites of Forbes, The Hill and the Delaware Business Court Insider, among others. He has also been quoted in numerous articles on whistleblower issues, including the Wall Street Journal, Pittsburgh Post-Gazette and Accounting Today.

Attorney Young has been retained as an expert in his field, including in the largest tax whistleblower case to date, where Bradley Birkenfeld was awarded more than $100 million for reporting UBS, a Swiss bank, for helping Americans evade U.S. taxes overseas.

Attorney Young has spoken to numerous industry organizations about whistleblowing. He participated in a roundtable organized by the International Ethics Standards Board of Accountants in 2014 to discuss upcoming changes to their ethics code for accountants to allow the reporting of suspected fraud. He also presented to members of the Anti-Corruption and FCPA Compliance Committee of the American Chamber of Commerce in India.

Previously, Attorney Young was a named partner at two Philadelphia law firms that specialized in class actions and whistleblower cases.

In 2011, Attorney Young represented the first IRS whistleblower to receive an award under section 7623(b), the mandatory reward program for tax informants passed by Congress. To date, there are only a handful of attorneys who have successfully represented clients through this process. His client, an accountant, remained anonymous and received an award of $4.5 million for providing information about tax evasion to the Internal Revenue Service.

Attorney Young has also been involved in some of the nation's largest qui tam lawsuits. He served as co-counsel of record in United States ex. rel. *Lucia Paccione v. Cephalon Inc*., E.D.Pa., Case No. 036268, which led to a civil settlement of $425 million by Cephalon for off-label marketing. Attorney Young also represented a client in *United States ex. rel. Kruszewski v. Pfizer, Inc.* In September 2009, Pfizer agreed to pay more than $2 billion in civil and criminal fines to settle allegations that it had defrauded Medicare in the marketing of four drugs. The settlement is still the largest in the United States under the False Claims Act.

Attorney Young has also represented union benefit funds in numerous class action cases involving areas including, but are not limited to, securities fraud, anti-trust, and health care fraud. These cases include, but are not limited to: *In re Diamond Foods, Inc. Shareholder Derivative Litigation,* Ca. Super., San Francisco Cty. No. CGC-11-515895; *Barbara L. McLay Trust, et al. v. Veolia Environment S.A., et al.,* S.D.N.Y. No. 11-CV-9526; *United Food and Commercial Workers Union and Participating Food Industry Employers Tri-State Pension Fund v. Advanced Emissions Solutions, Inc., et al.,* Dist. Colo.,14-CV-01243 (Consolidated with 14-CV-1402); *In re: Treasury Antitrust Securities Action Antitrust Litigation,* S.D.N.Y., 15-CV-2673; and *In re: Avalanche Biotechnologies Securities Litigation,* N.D.C.A. 15-CV-03185.

Most recently, Eric Young represented the whistleblowers in a lawsuit under the False Claims Act alleging kickbacks by Valeant subsidiary Salix Pharmaceuticals.  The case was settled by the U.S. Government for $54 million in 2016.

Prior to entering private practice, Attorney Young served as General Counsel of the United Food and Commercial Workers, Local 1776. UFCW Local 1776 is one of the largest local unions in the country.