

JAMES L. FERRARO*
DAVID A. JAGOLINZER**
———
SCOTT A. KNOTT***
GREGORY S. LYNAM+
JUAN P. BAUTA, II
ERICA L. BRADY++
ALLAN B. KAISER****
MARC P. KUNEN
JANPAUL PORTAL
JAMES L. FERRARO, JR.
JOSE L. BECERRA
GABRIEL S. SAADE*****
LORA R. DAMIANI
DICK M. ORTEGA***
FERNANDO J. ULLOA+++
RALPH LONGO
STEPHEN MCCLOSKEY
MATHEW D. GUTIERREZ ***

*ALSO LICENSED IN MA, DC, NY, OH
**ALSO LICENSED IN MA, DC, NY, IL
*** ALSO LICENSED IN DC
**** ALSO LICENSED IN MO
*****ALSO LICENSED IN MA
+ONLY LICENSED IN CA, IL
++ ONLY LICENSED IN CA, NY, DC
+++ONLY LICENSED IN HONDURAS
———

MIAMI • WASHINGTON, D.C.

600 Brickell Avenue
38TH FLOOR
MIAMI, FLORIDA 33131
TELEPHONE (305) 375-0111
TELEFAX (305) 379-6222
TOLL FREE (800) 275-3332
www.ferrarolaw.com

## FIRM BIOGRAPHY

Since 1985, the trial attorneys at The Ferraro Law Firm have been vigorously and successfully fighting for the rights of individuals injured due to the negligence or wrongful acts of others. With offices in Miami, Florida, Washington, D.C., and an affiliated office, Kelley & Ferraro, located in Cleveland, Ohio, as well as a significant presence nationwide, the Firm has earned its place as one of the top five law firms in the United State in the areas of product liability, asbestos and environmental toxic tort lawsuits. Additionally, the Firm's attorneys have consistently and successfully represented victims of serious personal injuries, medical malpractice and defective drugs throughout Florida and the nation**.**

Under the direction of founder James L. Ferraro, The Ferraro Law Firm concentrates on resolving the most serious injury cases, such as cancers caused by defective drugs, asbestos, work place diseases, catastrophic accidents, medical malpractice, product liability, environmental toxins, automobile defects and wrongful death.  The Firm also has experience with over twenty (20) asbestos trusts for which Mr. Ferraro sits on the creditors' committees.  The Ferraro Law Firm has the highest rating (AV) from Martindale-Hubbell, the leading rating service for law firms.  As a leading plaintiff firm for mass torts and serious injury cases, The Ferraro Law Firm has the resources and expertise to argue and win even the most challenging cases. Through skillfully negotiated settlements and numerous jury trials, The Ferraro Law Firm has secured over $1 billion for its clients in product liability matters.

Aside from product liability, The Ferraro Law Firm has continuously expanded into other fields, some of which involve working alongside the federal government to recover money owed to the U.S. taxpayer. Namely, The Ferraro Law Firm actively pursues Qui Tam and tax whistleblower cases. Nearly a decade ago The Ferraro Law Firm began pursuing tax whistleblower claims via the IRS Whistleblower Program and currently have over $100 billion in active IRS whistleblower submissions, making The Ferraro Law Firm the largest law firm in this field. For your reference, here are our websites: http://www.ferrarolaw.com/, http://www.tax-whistleblower.com/ and http://www.kelley-ferraro.com/.

Clear vision. Comprehensive research. Well-planned, focused legal strategies. Individualized attention. A winning attitude.  These are the cornerstones of The Ferraro Law Firm. They are what distinguish the Firm and its attorneys.

## RECENT JURY VERDICTS AND RESULTS

The Ferraro Law Firm has over three decades of experience in mass tort litigation representing thousands of clients in asbestos, tobacco, and pharmaceutical/defective drug cases. We also have a strong track record in the Florida District Courts of Appeal and Florida Supreme Court.  Over the past five years, our firm has won more Florida verdicts of at least seven figures than any other plaintiff mass tort firm.  Some examples include:

- *Font v. Union Carbide Corp.* (Miami-Dade County 2017) - $6,900,000
- *Moore v. John Crane Inc.* (Broward County 2017) - $6,785,000
- *Batchelor v. Bechtel* (Miami-Dade County 2016) - $22,000,000
- *Britt v. Northrup Grumman Systems* (Miami-Dade County 2016) - $9,000,000
- *Taylor v. Georgia-Pacific LLC* (Miami-Dade County 2015) - $17,175,000
- *Monroe v. R.J. Reynolds Tobacco Co.* (Gadsden County 2015) - $11,000,000
- *Hampton v. Pneumo Abex LLC* (Hillsborough County 2014) - $36,984,800
- *Hubbird v. R.J. Reynolds Tobacco Co.* (Miami-Dade County 2014) - $28,000,000
- *CuCulino v. R.J. Reynolds Tobacco Co.* (Miami-Dade County 2014) - $12,500,000
- *Fernandez v. Florida Power & Light Co.* (Miami-Dade County 2014) - $5,670,000
- *Delisle v. Lorillard Tobacco Co.* (Broward County 2013) - $8,000,000

Please visit our website for information relating to additional jury verdicts and results. http://www.ferrarolaw.com/.

## THE FIRM'S ATTORNEYS

**James L. Ferraro,** *Shareholder*

Attorney James L. Ferraro was born in Greenwich, Connecticut in 1957. After graduating from Greenwich High School in 1975, Jim moved to South Florida to attend college at the University of Miami. He obtained his Bachelor of Business Administration in 1978, Master of Science in Accounting in 1979, and Juris Doctor in 1983 from the University of Miami School of Law. He became a Certified Public Accountant in 1980.

Following his law school graduation, Jim represented athletes and worked for a civil litigation defense firm. In 1985 he founded The Ferraro Law Firm in Miami, Florida. In 1997, along with his late partner Michael V. Kelley, he founded the law firm of Kelley & Ferraro in Cleveland, Ohio. His law practices are focused in the areas of Mass Tort litigation, Environmental Law, Medical Malpractice, Family Law and Federal Tax Whistleblower claims. The Ferraro Law Firm also has an office in Washington, D.C. The firms now handle nearly 50,000 cases, and are known nationwide for their Mass Tort and Federal Tax Whistleblower practices.

Jim has successfully tried many cases that resulted in multi-million dollar jury verdicts. In 1995, he received the largest compensatory award in the state of Florida for a mesothelioma case. In 1997, he also had the highest compensatory jury verdict ever in the nation for a non-malignant asbestos case. Jim has negotiated settlements in the billions of dollars on behalf of tens of thousands of clients in his years of practice.

In 1996, Jim made American legal history when he successfully tried a case against DuPont in the first case against a chemical company for causing a birth defect. Jim proved that a pregnant woman's exposure to the fungicide Benlate caused her child to be born without eyes and held DuPont accountable in *Castillo* vs. *E.I. du Pont de Nemours and Company* and *Pine Island Farms*. The trial was broadcast in its entirety on Court TV, garnered worldwide media attention and, ultimately, went to the Florida Supreme Court. Seven years after trial, the Supreme Court of Florida affirmed the trial court verdict. In 1997, because of that case, Jim was named one of ten national finalists for Trial Lawyer of the Year. The *Castillo* case is now featured in Mr. Ferraro's 2017 bestselling book, *Blindsided*.

More recently, in August 2015, Jim tried an asbestos case against Georgia-Pacific with his oldest son, James Ferraro, Jr., resulting in a $17,175,000 verdict. Because of that case, CVN Florida voted Jim 2015 Plaintiff's Attorney of the Year. In November 2015, Jim was a guest lecturer at Harvard Law School for third year law students.

In 2015, Jim also personally argued *Aubin v. Union Carbide Corp.* before the Florida Supreme Court, which rejected the corporate-friendly Third Restatement of Torts and retained the Second Restatement of Torts. *Aubin* has been acclaimed to be the most important Florida product liability case since *West v. Caterpillar* in 1976. Most recently, Jim personally argued *Schwartz v. Honeywell International, Inc.,* before the Ohio Supreme Court, which was another product liability case dealing with sophisticated issues relating to medical expert testimony. Additionally, in 2018, Mr. Ferraro is set to argue the highly publicized product liability case of *Delisle v. Crane Co.* in front of the Florida Supreme Court, in which the Court will decide whether *Daubert* or *Frye* is the applicable standard for science in the courtroom.

He is a member of the Ohio, New York, Florida, Massachusetts and District of Columbia Bars; the Fellows of the American Bar Foundation; the American Bar Association; the Florida Institute of Certified Public Accountants; the American Association for Justice; the Florida Justice Association; The National Trial Lawyers: Top 100 Trial Lawyers; and the Multi-Million Dollar Advocates Forum. He is a Florida State Coordinator for The Public Justice Foundation.

**David A. Jagolinzer,** *Shareholder*

David A. Jagolinzer is a partner of The Ferraro Law Firm and specializes in complex cases that involve mesothelioma victims, product liability, toxic torts, catastrophic personal injury and wrongful death. Mr. Jagolinzer has been successful in obtaining millions of dollars for thousands of the Firm's clients, both in trials and pre-trial settlements. Mr. Jagolinzer's victories earned him membership in the Multi-Million Dollar Advocates Forum, Rising Star status by Florida Super Lawyers 2011 through 2014 and in 2008 and 2014 was selected by the DBR as Finalist for Most Effective Lawyer in Product Liability cases. Some of Mr. Jagolinzer's recent and most notable jury verdicts and trial settlements for victims include the following cases:

$24.2 million jury verdict - *Guilder v. Honeywell International, Inc., April, 2008*. Dr. Guilder was a 51 year old Weston doctor suffering from peritoneal mesothelioma. This case is listed in the National Law Journal Top 100 Verdicts of 2008.

Over $14 million settlement - *Plaintiff v. Union Carbide Corporation, et al.*, August, 2008. A 61 year old Drywall contractor suffering from pleural mesothelioma.

In addition to verdicts and pre-trial settlements at the trial court level, Mr. Jagolinzer has also successfully argued and won major victories for the Firm's clients in appellate courts. Most notably in 2008, Mr. Jagolinzer was integral in the firm's successful argument to declare the Florida Asbestos Statute unconstitutional as it improperly limited Florida asbestos victims right to seek compensation. *Williams v. American Optical Corporation*, 985 So.2d 23 (Fla. 4th *DCA* 2008); *Spiewak, et al., v. American Optical Corporation*, 73 So.3d 120.

Mr. Jagolinzer is admitted to The Florida, Massachusetts, New York and District of Columbia Bars and actively litigates cases in various other states. Mr. Jagolinzer is a member of the American Bar Association, Florida Bar Association, Massachusetts Bar Association, New York Bar Association, American Association for Justice, the National Italian American Bar Association and the Multi-Million Dollar Advocates Forum. Mr. Jagolinzer plays an active role on creditors' committees relating to bankruptcy filings of asbestos companies, serves as an arbitrator for alternative dispute resolution programs, and has fought for victims' rights in front of the Florida Legislature. He is also a frequent lecturer on litigation and trial preparation skills for other attorneys. Mr. Jagolinzer speaks fluent Italian.

**Scott A. Knott, Esq.**

Mr. Knott practices exclusively in the area of tax whistleblower claims. In July of 2007, Mr. Knott co-established the tax group at The Ferraro Law Firm and thereafter filed the first of many tax whistleblower claims that exceed a billion dollars. He has represented many multi-national corporations, high-net worth individuals, foreign governments, and underprivileged taxpayers before the Internal Revenue Service and in litigation in the U.S. Tax Court and federal courts, often involving tax deficiencies and refunds in the hundreds of millions of dollars. Domestic issue tax controversies that Mr. Knott has experience with relate to tax accounting and timing issues, like-kind exchanges of property, corporate reorganizations, payroll taxes, estate and gift taxes, life and property & casualty insurance, the Research & Experimentation tax credit, Investment tax credit, custom tax shelters, and issues relating to transactions with tax-indifferent parties. Mr. Knott has extensive experience with international tax issues including transfer pricing, the application of treaties to income of non-resident aliens and foreign corporations, permanent establishments, hybrid entities, withholding issues, and the Foreign Sales Corporation and Extraterritorial Income Exclusion regimes.

Mr. Knott's practice before the Internal Revenue Service includes making submissions to the IRS Whistleblower Office, handling communications with the IRS through all phases of a whistleblower claim, and ultimately the filing of appeals of IRS award determinations in the U.S. Tax Court. Mr. Knott previously handled tax disputes from the audit level through the Appeals level on behalf of some of the world's largest companies, including representing taxpayers in Competent Authority and alternative dispute resolution procedures such as the Pre-filing Agreement and Advanced Pricing Agreement programs. Mr. Knott also has experience with matters that involve tax evasion, fraud and other tax crimes, and has dealt with the IRS Criminal Investigation division and Department of Justice on these matters.

Mr. Knott was previously a management committee co-chair of the Tax Controversy Subpractice Group of Baker & McKenzie's North American Tax Practice Group, which was ranked as one of the top five tax litigation practices in the United States by Chambers & Partners USA, 2007 edition, and was also a member of the Baker & McKenzie Washington, D.C. office Business Development and Recruiting committees.

For more information about our tax whistleblower practice and Mr. Knott's experience and qualifications, see http://www.tax-whistleblower.com/attorneys/scottknott/.

**Gregory S. Lynam, Esq.**

Gregory Lynam practices exclusively in the area of tax whistleblower claims. Prior to joining The Ferraro Law Firm as a Tax Partner and co-establishing its tax group, Mr. Lynam was Counsel at Miller & Chevalier Chartered, in Washington, D.C., and was an Associate with Baker & McKenzie LLP in the Chicago and San Diego offices. Both firms' tax controversy groups are ranked as one of the top five tax litigation practices in the United States by Chambers & Partners USA. Mr. Lynam's practice before the Internal Revenue Service includes making submissions to the IRS Whistleblower Office and litigating IRS Whistleblower Office award determinations before the U.S. Tax Court. He has filed more than $82 billion in tax underpayments to the IRS Whistleblower Office to date, representing potential awards for his clients in excess of $19 billion. Mr. Lynam has extensive experience in controversies and informant submissions involving tax fraud, partnership issues, transfer pricing, interest allocation, R&E credit, information reporting, and tax-advantaged transactions (a.k.a. tax shelters).

Mr. Lynam previously practiced in the areas of federal tax controversy and tax appeals, with a focus on international tax matters. He has represented multi-national corporations and high-net-worth individuals at all levels of a tax controversy before the Internal Revenue Service and in litigation with matters often involving deficiencies and refunds in the hundreds of millions to billions of dollars. Mr. Lynam's pro bono practice has focused primarily on criminal defense including a grant of clemency in a post-conviction death penalty case and a not-guilty verdict in a juvenile murder trial. He has won numerous awards for his pro bono work.

Mr. Lynam is a 2006-2007 John S. Nolan Fellow, awarded by the American Bar Association Section of Taxation. He speaks frequently at the American Bar Association on Tax Whistleblower, TEFRA partnership litigation, managing tax controversies, and new technologies in the courtroom. He is the current chair of the TEFRA subcommittee of the ABA Section of Taxation, Court Procedure & Practice committee and the immediate past chair of the Technology in the Courtroom subcommittee.

**Juan P. Bauta, II, Esq.**

Juan P. Bauta, II is a Board Certified Trial Lawyer who practices in the areas of asbestos litigation, products liability, toxic torts, construction defect, wrongful death, class actions and complex litigation. Mr. Bauta has obtained numerous multi-million dollar verdicts and has successfully argued numerous appellate cases. Mr. Bauta has also argued before the Federal Panel on Multi-district Litigation. Mr. Bauta has been admitted to and has argued before the United States Court of Appeals for the Eleventh, Fifth and Third Circuits, as well as the United States District Courts for the Southern and Middle Districts of Florida.

Mr. Bauta is a member of the Florida Bar and is a Board Certified Civil Trial Lawyer. Mr. Bauta graduated from Florida State College of Law in 1990 and was the editor-in-chief of the Journal of Land Use and Environmental Law. The Daily Business Review selected Mr. Bauta as the Most Effective Lawyer in both 2010 and 2011. Mr. Bauta is fluent in Spanish.

Mr. Bauta has argued and tried cases to verdict in both state and federal courts. Mr. Bauta has tried over twenty-five cases to verdict. Mr. Bauta has several jury verdicts in excess of

$10,000,000.00. Mr. Bauta's highest jury verdict to date in a single personal injury case was over $20,000,000.00. Mr. Bauta has litigated six class actions involving employment discrimination, construction defects and vehicle design defects. Mr. Bauta represents both individuals and corporations exclusively on the plaintiff's side. Finally, Mr. Bauta has argued numerous cases before the Florida District Courts of Appeal and has over fourteen reported decisions.

In addition to his numerous multi-million dollar jury verdicts, Mr. Bauta has successfully negotiated settlements in the tens of millions of dollars for his clients. These non-class action settlements range from a low of $1,000,000.00 to a high of $29,000,000.00.

**Erica L. Brady, Esq.**

Erica Brady practices exclusively in the area of tax whistleblower claims. Prior to joining the Ferraro Law Firm, Ms. Brady completed her Masters of Laws in Taxation at Georgetown University Law Center, where she focused primarily on international corporate taxation. Ms. Brady's practice before the Internal Revenue Service includes making submissions to the IRS Whistleblower Office. Ms. Brady regularly handles matters involving consolidated returns; income tax accounting and timing; partnership and pass-through taxation issues; employment taxes; the taxation of financial products, financial derivatives, and debt instruments; insurance company taxation; and the taxation of intellectual property. Ms. Brady also has extensive experience with international issues, such as transfer pricing, the taxation of foreign currency transactions, and tax issues related to offshore entities, including captive insurance companies.

Ms. Brady spoke at the ABA Section of Taxation 2010 May Meeting and the 2011 Midyear Meeting about the representation of whistleblowers in front of the IRS. Additionally, the ABA Section of Taxation's News Quarterly published Ms. Brady's article, "<u>Are Criminal Fines 'Collected Proceeds'?</u>" in the summer 2011 issue. Ms. Brady also had an article published in the February 2012 edition of Taxes – The Tax Magazine, titled <u>Does Tax Crime Pay (Whistleblowers)?</u>

**Allan B. Kaiser, Esq.**

Allan B. Kaiser has been litigating criminal and civil cases since graduating from Tulane University Law School in 1982. As an Assistant Prosecuting Attorney in St. Louis Missouri, Mr. Kaiser prosecuted major felony cases. Thereafter, for sixteen years as an Assistant United States Attorney for the Southern District of Florida, Mr. Kaiser prosecuted some of the more high profile corruption and fraud cases in the Southern District of Florida. Upon leaving public service for private practice, in 2006, Mr. Kaiser maintained both a criminal defense and civil litigation practice, which included representing individuals charged with health care-related fraud, mortgage fraud, insurance fraud, organized crime and drug and money laundering offenses as well as representing clients in employment related civil matters, including retaliatory termination and race and age discrimination cases.

Since joining the Ferraro Law Firm in 2010, Mr. Kaiser's practice has been devoted to civil litigation, in State and Federal Courts, where he focuses primarily on tobacco litigation, along with medical malpractice and products liability cases. Mr. Kaiser has won several multi-million dollar verdicts for Plaintiffs since 2010, including two verdicts in 2014 against the major tobacco companies totaling 40.5 million dollars. As a result of those verdicts, Mr. Kaiser was a finalist for the 2014 Courtroom View Network Engle awards, honoring excellence in Florida Tobacco

litigation. In addition, the South Florida Daily Business Review named Mr. Kaiser 2014 Most Effective Lawyer in the area of Products Liability.

Mr. Kaiser has tried over 200 criminal and civil jury trials as a Prosecutor and while in private practice. In addition, Mr. Kaiser has written numerous articles on a wide range of topics in both criminal and civil law.

Mr. Kaiser is a member of the Florida and Missouri Bar as well as the Dade County Bar Association and the Federal Bar of the Southern District of Florida.

**Marc P. Kunen, Esq.**

Marc P. Kunen is an associate with The Ferraro Law Firm and focuses his practice on complex civil litigation, product liability, asbestos litigation, toxic torts, severe personal injury and wrongful death.

Mr. Kunen graduated from the University of Miami School of Law, magna cum laude, and has been admitted to practice law in the State of Florida. While at the University of Miami, he served as a law clerk with the Ferraro Law Firm for two years, was a member of the Charles C. Papy, Jr. Moot Court Board, interned with Florida Legal Services as a member of the Community Economic Development and Design Clinic, was awarded the Priscilla Jewett Schneller Scholarship, and was the recipient of two Dean's Achievement Awards. Mr. Kunen also earned his Bachelor of Science in Management while majoring in Legal Studies in Business at Tulane University in New Orleans, Louisiana. Since joining The Ferraro Law Firm, Mr. Kunen has actively participated in complex civil litigation against large corporations and manufacturers of toxic products.

**Janpaul Portal, Esq.**

Janpaul Portal specializes in the representation of injured victims and consumers in catastrophic personal injury, wrongful death, medical malpractice, environmental toxic torts, defective drugs and product liability cases in state and federal courts throughout the United States.

Prior to joining The Ferraro Law Firm, Mr. Portal dedicated his practice to the representation of plaintiffs in catastrophic personal injury, medical malpractice and complex commercial litigation matters in state and federal courts. He has successfully litigated medical malpractice, wrongful death, maritime negligence, product liability and general business tort disputes. He began his career at a prominent law firm in Boca Raton, Florida where he represented plaintiffs in medical malpractice and nursing home negligence cases. Mr. Portal also represented business owners in complex commercial disputes. In 2003, he joined a prestigious personal injury law firm in Downtown Miami, where he honed his trial skills while representing plaintiffs in complex medical malpractice cases. Mr. Portal was a founding member of Portal & Associates in Coral Gables, Florida, where he dedicated his practice to the representation of clients in civil, immigration and criminal litigation matters. In 2008, Mr. Portal joined a premier civil trial firm with offices on Brickell Avenue, where he practiced in the areas of medical malpractice, catastrophic personal injury and negligent security.

Mr. Portal is a native of Miami, Florida. He received his B.S. in Microbiology and Immunology in 1998 at the University of Miami. He earned his Juris Doctorate, cum laude, in

2001 from the University of Miami School of Law. He was the recipient of the C.A.L.I. Excellence Award, "Medical Malpractice," 2000.

Mr. Portal has been a member of the Florida Bar since 2002. He is also admitted to practice in the United States District Court for the Northern, Middle and Southern Districts of Florida, and the United States Court of Appeals for the Eleventh Circuit.

Mr. Portal was recently appointed as the President of the Miami Dade Trial Lawyers Association for the 2017 – 2018 term. He has been an active member of the MDTLA since 2003 and was elected to the Board of Directors in 2010. He is also an active member of the Florida Justice Association and Cuban American Bar Association. In addition, he is also a member of the American Association for Justice, where he served on the NLD Board of Governors for Florida from 2005-2006.

Mr. Portal has been named as a "Top Up and Comer" by the South Florida Legal Guide and a "Rising Star" by Florida Super Lawyers in 2009, 2010, 2011, 2012, 2013, 2014, and 2015. Mr. Portal was named as a "Top Lawyer" in 2016 and 2017.

**James L. Ferraro, Jr., Esq.**

James L. Ferraro, Jr. is an associate with the Ferraro Law Firm and focuses his practice on complex civil litigation, product liability, asbestos litigation, toxic torts, severe personal injury and wrongful death.

Mr. Ferraro graduated from the University of Miami School of Law and has been admitted to practice law in the State of Florida. During his tenure at the University of Miami, he served as a law clerk for United States District Court Judge Robert N. Scola, Jr., was a law clerk for Grossman and Roth, P.A., and was a recipient of a Dean's Achievement Award. Mr. Ferraro also earned his Bachelor of Business Administration while double majoring in finance and managing organizations at Emory University's Goizueta Business School. Since joining The Ferraro Law Firm, Mr. Ferraro has actively participated in complex civil litigation against large corporations and manufacturers of toxic products.

**Jose L. Becerra, Esq.**

Jose L. Becerra is a Florida trial attorney who handles a broad range of personal injury cases including product liability, wrongful death, and mesothelioma. Mr. Becerra also handles family law cases including dissolutions of marriage, child custody and support, and post-judgement matrimonial matters. In July 2017, in the matter of *Moore v. John Crane, Inc*., Circuit Court, Broward County, Florida (Case No. 13-011729), he assisted in obtaining a $6,785,000 verdict in favor of his client.

In law school, Mr. Becerra was a judicial intern for The Honorable Laurel M. Isicoff of the U.S. Bankruptcy Court for the Southern District of Florida and The Honorable Edwin G. Torres of the United States District Court for the Southern District of Florida. He also served as the interschool vice president for the Charles C. Papy Jr. Moot Court Board and successfully competed in numerous appellate advocacy competitions. For example, he was named "Best Oral Advocate" at the C. Clyde Atkins 2011 Fall Moot Court Competition, "Best Oral Advocate Runner Up" at the 2013 Cristol Kahn Paskay Cup, and "Outstanding Oral Advocate" at the 21st Annual Duberstein Bankruptcy Moot Court Competition.

Upon graduation, Mr. Becerra was selected to The Order of Barristers – a United States honor organization that encourages excellence in writing briefs and oral advocacy.  Mr. Becerra was also a member of the International and Comparative Law Review and the recipient of the Kapila Family Foundation Scholarship, the Louis Phillips Scholarship, and the Dean's Certificate of Academic Achievement Award in Commercial Law and Tort Law & Policy Seminar.

**Gabriel S. Saade, Esq.**

Gabriel S. Saade practices in the areas of Product Liability, Environmental Toxic Torts, Mesothelioma & Asbestos, Wrongful Death, Catastrophic Personal Injury, and Defective Drugs. Mr. Saade is admitted to the practice of law in Florida. Mr. Saade earned his law degree from the University Of Miami School Of Law. He obtained a Bachelor of Science with a concentration in Political Science from Duke University. Mr. Saade also obtained a certificate in Markets and Management from Duke University.

During law school, Mr. Saade clerked for The Honorable Leslie B. Rothenberg, where he handled research and production of legal memoranda on a panoply of issues before Judge Rothenberg. Mr. Saade also served as a Certified Legal Intern at the Miami-Dade State Attorney's Office. In addition, Mr. Saade clerked at The Ferraro Law Firm throughout law school.

**Lora Damiani, Esq.**

Lora Damiani is a personal injury attorney in Miami, Florida with the team at The Ferraro Law Firm. She practices in the areas of toxic torts, products liability, catastrophic personal injury, medical malpractice, and wrongful death with a focus on tobacco litigation. Her past experience in the field of critical care nursing enables her to provide skilled, perceptive counsel to clients facing injury cases, including injuries resulting from tobacco use or exposure.
A native of Worcester, Massachusetts, Ms. Damiani attended Georgetown University in Washington, D.C., and graduated with a B.S. in nursing. After practicing critical care nursing for 10 years, she attended the University of Miami School of Law in Miami, Florida, and earned her J.D. in 1991.

Prior to joining The Ferraro Law Firm, Ms. Damiani spent more than 20 years as an attorney litigating personal injury matters for several prestigious personal injury law firms in Miami.

Over the past 10 years, Ms. Damiani has focused her practice primarily on tobacco litigation in federal and state court in Florida, while continuing to represent victims of medical malpractice and catastrophic personal injury.

Ms. Damiani's experience from her previous critical care nursing affords her a unique ability to evaluate medical and legal issues in her practice and provide her clients with quality representation. 100% of her practice is devoted to litigation.

**Fernando Ulloa, Esq.**

Fernando Ulloa is an attorney at The Ferraro Law Firm, working hard to ensure that the victims in cases that involve product liability, wrongful death, catastrophic injuries, asbestos-

related diseases, and toxic torts get the justice they deserve. Mr. Ulloa's foreign background and education has prepared him to be an excellent addition to The Ferraro Law Firm.

Prior to joining The Ferraro Law Firm Mr. Ulloa was the chief of the agreements department of the Honduran Health Ministry. Mr. Ulloa handled the contracts for the entire public health sector of Honduras. He was also in charge of elaborating and revising agreements to ensure the proper functioning of the Honduran Ministry. Mr. Ulloa was an active attorney in Honduras where he litigated at the Supreme Justice Court of Honduras and the Civil Justice Center mostly in matters relating to civil, family, wills and trust law. He actively participated in hearings and provided legal advice to clients. Mr. Ulloa's main concern was always to provide the best services in order to protect his client's rights.

**Dick Maykel Ortega, Esq.**

Dick Maykel Ortega is a trial attorney at The Ferraro Law Firm representing victims in cases involving product liability, wrongful death, catastrophic injuries, asbestos-related diseases, and toxic torts. Prior to joining The Ferraro Law Firm, Mr. Ortega worked in the Washington, D.C. office of a large international law firm counseling international and domestic entities in complex merger and acquisition transactions, finance transactions, market entry strategies, product liability litigation, antitrust litigation, and FCPA matters.

During law school, Mr. Ortega held several positions that prepared him to represent our clients in complex matters. He interned with the Securities and Exchange Commission assisting counsel with the investigation and litigation of industry and issuer practices. He also interned with the FIU Office of the General Counsel developing litigation strategies and regulatory compliance parameters, and a boutique litigation firm working closely with clients to build their case and negotiate advantageous settlements.

Mr. Ortega earned his law degree, *magna cum laude*, from Florida International University College of Law and graduated as the Salutatorian of his class. In addition, Mr. Ortega earned book awards in several courses including International Commercial Arbitration, Investor Advocacy Clinic, Legal Skills and Values III, and Contracts. He successfully competed in prestigious appellate advocacy and arbitration competitions, and received the C.A.M.P. 4 Justice Human Rights Scholarship, Dean's Merit Scholarship, and Broward Hispanic Bar Association Scholarship.

Mr. Ortega co-authored the following publications: "How Far Can the CFPB Cast Its Net for Abusiveness Claims?," *Corporate Counsel* (July 2015), and "CFPB Enforcement of the Abusive Standard," *Corporate Counsel* (July 2015).

**Ralph R. Longo, Esq.**

Ralph R. Longo IV is an attorney in Miami, Florida working as an associate with the team at The Ferraro Law Firm.

Mr. Longo attended the University of Connecticut, where he graduated with a B.S. in Finance from the UConn School of Business. While at the University of Connecticut, Mr. Longo was a New England Scholar Award winner, as well as a Greenwich Scholarship award recipient. Further, during his undergraduate studies, Mr. Longo honed his research and writing skills while working as a Featured Columnist for a major online sports publication.

After completing his undergraduate studies, Mr. Longo attended the University of Miami School of Law, where he was a Dean's Merit Scholarship award winner. Mr. Longo also successfully completed the University of Miami Litigation Skills Program. Further, Mr. Longo won the 2014 Collegiate Boxing Light Heavyweight National Championship while completing his legal studies.

Throughout his tenure in law school, Mr. Longo spent time as a law clerk with The Ferraro Law Firm. He was admitted to the Florida Bar in 2016 and is a member of the American Bar Association, as well as the Dade County Bar Association.

**Stephen McCloskey, Jr., Esq.**

Stephen McCloskey Jr. is an attorney at The Ferraro Law Firm who focuses his practice on tax law. Mr. McCloskey joined The Ferraro Law Firm's tax group in 2013 and brings a wide breadth of tax knowledge and experience to the firm's practice. Mr. McCloskey provides clients with sophisticated tax analysis and protection to clients seeking tax whistleblower awards. Mr. McCloskey has represented clients before the IRS, the Department of Justice, and the U.S. Tax Court.

Prior to joining The Ferraro Law Firm, Mr. McCloskey worked for one of the world's largest law firms, as well as one of the Big Four accounting firms. During this time, Mr. McCloskey focused on inbound and outbound international tax planning for corporate multinationals and income tax compliance at both the State and Federal levels. Mr. McCloskey's experience includes advising clients on corporate reorganizations, debt restructurings, and U.S. tax treaty analysis.

Mr. McCloskey earned his law degree, cum laude, from the University of Florida, Levin College of Law where he earned the book award for Mergers & Acquisitions. Mr. McCloskey then went on to earn his Master of Laws (LL.M.) with a certificate in International Taxation from Georgetown University Law Center. Mr. McCloskey is licensed to practice law in Florida, the U.S. Court of Federal Claims, and the United States Tax Court.

**Matthew D. Gutierrez, Esq.**

Mathew D. Gutierrez is The Ferraro Law Firm's appellate practitioner. In this role, Mr. Gutierrez is responsible for every aspect of the firm's appellate practice, which spans all levels of Florida's state and federal courts. He also provides the firm's trial lawyers with litigation and brief-writing support and advises them on preservation of error issues.

Prior to joining The Ferraro Law Firm, Mr. Gutierrez spent more than four years as a litigator at one of the largest multi-national defense firms in the country (Am Law 50). In that capacity, Mr. Gutierrez represented clients in high-stakes corporate litigation, with a particular emphasis on appeals, contractual and partnership disputes, federal securities law claims, and First Amendment litigation. His clients included Fortune 50 corporations, financial institutions, major political parties and candidates, hospital systems, brokerage firms, developers, and manufacturers. Mr. Gutierrez began his post-law school career as a judicial law clerk to Judge Leslie B. Rothenberg at the Florida Third District Court of Appeal. As an appellate law clerk, Mr. Gutierrez researched and analyzed contested legal issues, presented written and oral case recommendations to judges, and drafted legal memoranda and proposed opinions for publication. During his

clerkship, Mr. Gutierrez also served as Moot Court Coach at the University of Miami School of Law.

Mr. Gutierrez earned his law degree from Emory University School of Law (J.D., with honors, 2011), where he was a research assistant to Dean Robert A. Schapiro. During law school, he also served as an intern at the United States District Court, the United States Attorney's Office, the Fulton County District Attorney's Office, and the Fulton County Superior Court. Mr. Gutierrez received his undergraduate degree in English literature from the University of Miami (B.A., 2008).

Mr. Gutierrez is admitted to practice in Florida and the District of Columbia.