UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION ) ) | MDL No. 2804 |
| ) | Case No. 17-md-2804 |
| THIS DOCUMENT RELATES TO: ) ) | Judge Dan Aaron Polster |
| ALL CASES ) ) ) | **ORDER** |

The Court has reviewed Plaintiffs' Amended Motion to Approve Co-Leads, Co-Liaisons, and Executive Committee (Doc #: 17), and the three objections thereto.  (Doc ##: 18, 19, 20.)  In summary, the objections are as follows.

**One**, the Executive Committee should include at least one lawyer handling hospital cases.

**Two**, there should be a completely separate track for Third-Party Payors.

**Three**, the entire organizational process was not fair, open and transparent.

The Court does not want to micro manage or direct either side on how to organize itself; but it is important that the attorneys and parties believe that the process is fair, open and transparent.  At this point, the Court has not decided whether to keep non-government cases in this MDL, and if so, whether to create separate tracks.  Accordingly, the Court wants to ensure that the leadership team include at least one attorney handling Third-Party Payor cases and one attorney handling Hospital cases.  There should also be no more than one person from any one law firm on the Executive Committee.

Thus, the Court hereby **DIRECTS** Plaintiffs to apply these principles and submit another proposed slate **no later than 12:00 noon on Wednesday, January 3, 2018**.

**IT IS SO ORDERED.**

   */s/ Dan A. Polster     December 21, 2017*
**Dan Aaron Polster**
**United States District Judge**