# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL CASES ) | MDL No. 2804  Case No. 1:17-md-02804  Judge Dan Aaron Polster |

## PHYSICIAN DEFENDANTS' MOTION TO APPROVE LIAISON COUNSEL AND STEERING COMMITTEE

Defendants Scott Fishman, M.D., Lynn Webster, M.D., Perry Fine, M.D., and Russell Portenoy, M.D. ("Physician Defendants") join in the Manufacturer Defendants' proposal for Liaison Counsel and Steering Committees except as follows:

1.     **Liaison Counsel.** Physician Defendants request a representative to serve as Liaison Counsel. The Court's December 14, 2017 Order suggested three Liaison Counsel for Defendants following a parenthetical listing the three primary "categories of Defendants (Manufacturers, Distributors, and Physician Defendants)," which Physician Defendants believe contemplated that they would also have a representative to serve as Liaison Counsel. (ECF #4, p. 2). Physician Defendants reasonably believe a Liaison Counsel representative is necessary given the scope of their involvement in these cases—they are currently named in 55 cases from six federal districts either already in the MDL or subject to a Conditional Transfer Order, with many more expected to follow—and that their interests differ from the other Defendants. Physician Defendants propose that Tyler Tarney from the Columbus, Ohio office of Gordon & Rees, LLP serve in this role given his close proximity to the Court and willingness to participate in teleconferences or meetings at a moment's notice.

2. **Steering Committee.** Physician Defendants request that their Steering Committee representatives consist of: Tyler Tarney from the Columbus, Ohio office of Gordon & Rees, LLP; John Robinson from the Hartford, Connecticut office of Gordon & Rees, LLP; Ryan Sestack from the New York City, New York office of Gordon & Rees, LLP; and S. Amy Spencer from Shaheen & Gordon, P.A. in New Hampshire.

Respectfully submitted,

*/s/ Tyler Tarney*
Gregory Brunton   (OH Bar #: 0061722)
Tyler Tarney      (OH Bar #: 0089082)
Dan Hyzak         (OH Bar #: 0091298)
**GORDON & REES LLP**
41 South High Street, Suite 240
Columbus, Ohio 43215
T: (614) 340-5558
F: (614) 360-2130
gbrunton@grsm.com
ttarney@grsm.com
dhyzak@grsm.com

Brian P. FitzGerald
**GORDON & REES LLP**
28th Floor
One Battery Park Plaza
New York, NY 10028
T: (212) 269-5500
F: (212) 269-5505
bfitzgerald@grsm.com

*Counsel for Scott Fishman, M.D., Perry Fine, M.D., and Lynn Webster, M.D.*

*/s/ S. Amy Spencer*
S. Amy Spencer
**SHAHEEN & GORDON, P.A.**
107 Storrs Street/P.O. Box 2703
Concord, NH 03302-2703
T: (603) 225-7262
saspencer@shaheengordon.com

*Counsel for Russell Portenoy, M.D.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that the foregoing was electronically filed with the U.S. District Court, Northern District of Ohio, Eastern Division, on December 22, 2017, and served upon all counsel that have appeared in this matter.

                            */s/ Tyler Tarney*
                            Gregory Brunton    (0061722)
                            Tyler Tarney        (0089082)
                            Dan Hyzak           (0091298)