UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-CV-2804<br><br>Hon. Dan A. Polster |

# THE MANUFACTURER AND DISTRIBUTOR DEFENDANTS' JOINT MOTION REGARDING APPOINTMENT OF STEERING COMMITTEES AND DEFENDANTS' CO-LIAISON COUNSEL

Pursuant to the Court's December 14 and 20 2017, Minute Orders, the Manufacturer Defendants[1] and Distributor Defendants[2] submit this joint Motion Regarding the Appointment of a Steering Committees and Defendants' Liaison Counsel.

## I. PROPOSAL FOR MANUFACTURER AND DISTRIBUTOR DEFENDANTS' STEERING COMMITTEES

Given the significant differences in allegations and claims against the various groups of Defendants, the Manufacturer and Distributor Defendants respectfully recommend that the Court establish separate tracks for the Manufacturer and Distributor defendant groups to ensure that the

---

[1] The Manufacturer Defendants are Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc.; Teva Pharmaceuticals USA, Inc. and Cephalon Inc.; Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica Inc.; Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.; Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc; Mallinckrodt LLC; and Insys Therapeutics, Inc.

[2] The Distributor Defendants are Cardinal Health, Inc., AmerisourceBergen Drug Company, McKesson Corporation, CVS Indiana, L.L.C., Wal-Mart Stores East, LP, and Masters Pharmaceutical, Inc. Counsel for Distributor Defendants have attempted to confer with counsel or representatives of each distributor named in any litigation pending before this Court and believe they have the consent of all distributors.

MDL is structured in an efficient manner from the start.  Each track, in turn, will benefit from its own steering committee.  For the defense side, the Manufacturer and Distributor Defendants respectfully recommend that the Court establish a Manufacturer Defendants' Steering Committee and a Distributor Defendants' Steering Committee.  These Committees would include representatives for each of the primary Manufacturer and Distributor Defendants.  As to other Defendants that are not within the Manufacturer and Distributor defense groups, such as individual health care or pharmacy Defendants, the Manufacturer and Distributor Defendants propose that the Court establish a third Steering Committee to include these individual Defendants.

The Manufacturer Defendants nominate the following representatives for the Manufacturer Defendants' Committee:

| Attorney Representative | Defendant(s) |
| --- | --- |
| Mark S. Cheffo<br>QUINN EMANUEL URQUHART & SULLIVAN LLP<br>51 Madison Avenue, 22nd Floor<br>New York, NY 10010<br>(212) 849-7000<br>markcheffo@quinnemanuel.com | Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc. |
| Steven A. Reed<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market St.<br>Philadelphia, PA 19103<br>(215) 963-5603<br>steven.reed@morganlewis.com | Teva Pharmaceuticals USA, Inc., Cephalon Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. |
| Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 South Hope Street<br>Los Angeles, CA 90071<br>(213) 430-6665<br>clifland@omm.com | Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. |

| | |
|---|---|
| Jonathan L. Stern<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>601 Massachusetts Ave, NW<br>Washington, DC 20001<br>(202) 942-5018<br>jonathan.stern@apks.com | Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. |
| Donna Welch<br>KIRKLAND & ELLIS LLP<br>300 North LaSalle<br>Chicago, IL 60654<br>(312) 862-2425<br>donna.welch@kirkland.com | Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. |
| Brien T. O'Connor<br>ROPES & GRAY LLP<br>Prudential Tower, 800 Boylston Street<br>Boston, MA 02199<br>(617) 951-7385<br>brien.o'connor@ropesgray.com | Mallinckrodt LLC |
| J. Matthew Donohue<br>HOLLAND & KNIGHT LLP<br>2300 U.S. Bancorp Tower<br>111 S.W. Fifth Avenue<br>Portland, OR 97204<br>(503) 517-2913<br>matt.donohue@hklaw.com | Insys Therapeutics, Inc. |

The Distributor Defendants nominate the following representatives for the Distributors Defendants' Steering Committee:

| **Attorney Representative** | **Defendant(s)** |
|---|---|
| Enu Mainigi, Partner<br>Williams & Connolly LLP<br>725 Twelfth Street NW<br>Washington, DC  20005<br>(202) 434-5000<br>emainigi@wc.com | Cardinal Health, Inc.; Cardinal Health 110, LLC |

3

| **Attorney Representative** | **Defendant(s)** |
|---|---|
| Robert A. Nicholas, Partner<br>ReedSmith<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA  19103<br>(215) 851-8100<br>rnicholas@reedsmith.com | AmerisourceBergen Drug Company |
| Mark Lynch, Senior Counsel<br>Covington & Burling LLP<br>One CityCenter<br>850 Tenth Street NW<br>Washington, DC  20001-4956<br>(202) 662-5544<br>mlynch@cov.com | McKesson Corporation |
| Eric R. Delinsky, Partner<br>Zuckerman Spaeder LLP<br>1800 M Street NW, Suite 1000<br>Washington, DC  20036-5807<br>(202) 778-1831<br>edelinsky@zuckerman.com | CVS Indiana, L.L.C. |
| James R. Wooley, Partner<br>Jones Day<br>North Point<br>901 Lakeside Avenue<br>Cleveland, Ohio  44114-1190<br>(216) 586-7345<br>jrwooley@jonesday.com | Wal-Mart Stores East, LP |
| John Andrew "Jack" Smith, Member<br>Flaherty Sensabaugh Bonasso PLLC<br>200 Capitol Street<br>Charleston, WV  25338-3843<br>(304) 205-6386<br>jsmith@flahertylegal.com | Masters Pharmaceutical, Inc. |

The above nominees all have experience handling complex multi-party litigations, an ability to work cooperatively with the other committees, and a willingness to dedicate the time and resources necessary to effectively aid the Court in the coordinated proceeding.[3]

## II.  PROPOSAL FOR DEFENDANTS' CO-LIAISON COUNSEL

The Manufacturer and Distributor Defendants also propose that the Court appoint five Co-Liaison Counsel.  The Co-Liaison Counsel would include two representatives for the Manufacturer Defendants and three representatives for the Distributor Defendants.  The Manufacturer Defendants' Co-Liaison Counsel would be:

- Mark S. Cheffo, Quinn Emanuel Urquhart & Sullivan LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, (212) 849-7000, markcheffo@quinnemanuel.com

- Carole Rendon, BakerHostetler, 127 Public Square, Suite 2000, Cleveland, OH 44114, (216) 861-7420, crendon@bakerlaw.com

The Distributor Defendants' Co-Liaison Counsel would be:

- Enu A. Mainigi, Williams & Connolly, LLP, 725 Twelfth Street, N.W., Washington, D.C. 20005, (202) 434-5420, emainigi@wc.com

- Shannon McClure, Reed Smith , Three Logan Square, 1717 Arch Street, Suite 3100, Philadelphia, PA, 19103, (215) 851-8100, smcclure@reedsmith.com

- Ralph E. Cascarilla, Walter Haverfield, LLP, 1301 East Ninth Street, Suite 3500 Cleveland, OH 44114, (216) 916-2346, rcascarilla@walterhav.com

---

[3] Counsel for the Manufacturers and Distributors also acknowledge and appreciate the professional and productive interactions with Joe Rice, Paul Hanly, Paul Farrell, and Peter Weinberger in connection with efforts related to the parties' proposals of Special Master candidates and other case management issues.

DATED:  December 22, 2017                Respectfully submitted,

                                                      By       */s/ Mark S. Cheffo*
                                                      Mark S. Cheffo
                                                      Sheila L. Birnbaum
                                                      Hayden A. Coleman
                                                      QUINN EMANUEL URQUHART &
                                                      SULLIVAN LLP
                                                      51 Madison Avenue, 22nd Floor
                                                      New York, NY 10010
                                                      Tel: (212) 849-7000
                                                      Fax: (212) 849-7100
                                                      markcheffo@quinnemanuel.com

*Attorneys for Defendants PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY INC.*

By       */s/ Charles C. Lifland*
Charles C. Lifland
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com

*Attorneys for Defendants JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., and JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, Inc.*

By     */s/ Donna Welch*
Donna Welch
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
donna.welch@kirkland.com

*Attorneys for Defendants ALLERGAN FINANCE, LLC f/k/a ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS, INC., and ALLERGAN PLC f/k/a ACTAVIS PLC*


By     */s/ Jonathan L. Stern*
Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER, LLP
601 Massachusetts Ave., NW
Washington, DC 20001
Tel:  (202) 942-5000
Fax:  (202) 942-5999
Email:   jonathan.stern@apks.com

*Attorney for Defendants ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS INC.*

7

By     */s/ Steven A. Reed*
Steven A. Reed
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel:  (215) 963-5603
Fax:  (215) 963-5001
steven.reed@morganlewis.com

*Attorneys for Defendants TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; and ACTAVIS PHARMA, INC*

By     */s/ Brien T. O'Connor*
Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
Tel:  (617) 235-4650
Fax:  INSERT
brien.o'connor@ropesgray.com

*Attorneys for Defendants MALLINCKRODT LLC*

By  */s/ J. Matthew Donohue*
   J. Matthew Donohue
   HOLLAND & KNIGHT LLP
   2300 U.S. Bancorp Tower
   111 S.W. Fifth Avenue
   Portland, OR 97204
   (503) 517-2913
   matt.donohue@hklaw.com

   *Attorneys for Insys*

By  */s/ Enu Mainigi*
   Enu Mainigi
   F. Lane Heard III
   Steven M. Pyser
   Ashley W. Hardin
   Williams & Connolly LLP
   725 Twelfth Street NW
   Washington, DC  20005
   (202) 434-5000
   emainigi@wc.com

   *Attorneys for Distributor Defendants Cardinal Health, Inc.; Cardinal Health 110, LLC*

By  */s/ Robert A. Nicholas*
   Robert A. Nicholas
   ReedSmith
   Three Logan Square
   1717 Arch Street, Suite 3100
   Philadelphia, PA  19103
   (215) 851-8100
   rnicholas@reedsmith.com

   *Attorney for Distributor Defendant AmerisourceBergen Drug Company*

9

By    */s/ Mark Lynch*

Mark Lynch
Covington & Burling LLP
One CityCenter
850 Tenth Street NW
Washington, DC  20001-4956
(202) 662-5544
mlynch@cov.com

*Attorney for Distributor Defendant McKesson Corporation*

By    */s/ Eric R. Delinsky*

Eric R. Delinsky
Zuckerman Spaeder LLP
1800 M Street NW, Suite 1000
Washington, DC  20036-5807
(202) 778-1831
edelinsky@zuckerman.com

*Attorney for Distributor Defendant CVS Indiana, L.L.C.*

By    */s/ James R. Wooley*

James R. Wooley
Jones Day
North Point
901 Lakeside Avenue
Cleveland, Ohio  44114-1190
(216) 586-7345
jrwooley@jonesday.com

*Attorney for Distributor Defendant Wal-Mart Stores East, LP*

By    */s/ John Andrew "Jack" Smith*

John Andrew "Jack" Smith
Flaherty Sensabaugh Bonasso PLLC
200 Capitol Street
Charleston, WV  25338-3843
(304) 205-6386
jsmith@flahertylegal.com

*Attorney for Distributor Defendant Masters Pharmaceutical, Inc.*

a

## CERTIFICATE OF SERVICE

I hereby certify that, this 22nd day of December, 2017, I electronically filed a copy of the above and foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

/s/ Mark S. Cheffo_____