**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION** ) | **MDL No. 2804** |
| ) | |
| ) | **Case No. 17-md-2804** |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | **Judge Dan Aaron Polster** |
| **ALL CASES** ) | |
| ) | **ORDER** |
| ) | |

The Court has received and is considering the parties' thoughtful suggestions on the appointment of a special master or masters. After talking to counsel on January 9, 2018, I believe I will have a better sense of where this MDL is going and I will be in a better position to make a decision.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　 */s/ Dan A. Polster    December 22, 2017*
　　　　　　　　　　　　　　　　　　　　　　 **Dan Aaron Polster**
　　　　　　　　　　　　　　　　　　　　　　 **United States District Judge**