UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO. 1:17-md-02804-DAP )<br>) JUDGE DAN AARON POLSTER )<br>)<br>) **NOTICE OF APPEARANCE AS**<br>) **COUNSEL FOR DEFENDANT,**<br>) **INSYS THERAPEUTICS, INC.** |

Please take notice that the undersigned hereby enters his appearance as counsel for Defendant, Insys Therapeutics, Inc., in the above-captioned action.

Respectfully submitted,

/s/ *Eric H. Zagrans*
Eric H. Zagrans  (0013108)
ZAGRANS LAW FIRM LLC
6100 Oak Tree Boulevard, Suite 200
Cleveland, Ohio 44131
(216) 771-1000 (telephone)
(866) 261-2008 (facsimile)
eric@zagrans.com (e-mail)

*Attorney for Defendant, Insys Therapeutics, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on December 22, 2017.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system, who may access this filing through the Court's system.

/s/ *Eric H. Zagrans*
Eric H. Zagrans