UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO. 1:17-md-02804-DAP<br><br>JUDGE DAN AARON POLSTER |

**PLAINTIFFS' MOTION FOR ADMISSION *PRO HAC VICE*
OF JOSEPH L. FRANCO**

Pursuant to Local Civil Rule 83.5(h), the undersigned attorney for Defendant, Insys Therapeutics, Inc. ("Insys"), hereby moves the Court for an Order permitting attorney Joseph L. Franco to appear and participate in this case *pro hac vice* as co-counsel of record for Insys. In support of this motion for *pro hac vice* admission to the bar of this Court, the undersigned states the following:

1. Joseph L. Franco is a partner in the law firm of Holland & Knight in its Portland, Oregon office.

2. Mr. Franco is and has been licensed to practice law in the State of Oregon since 2007. Mr. Franco is also a member in good standing of the bar of the State of Oregon. A true copy of the Certificate of Good Standing from the Oregon Supreme Court is attached hereto as Exhibit "A" and incorporated by reference herein. Mr. Franco's Declaration in support of this Motion is attached hereto as Exhibit "B" and incorporated by reference herein. The $120 admission fee is being paid simultaneously with the submission of this Motion.

3. Insys is also being represented in this action by the undersigned counsel who is licensed to practice law in Ohio and in the Northern District of Ohio.

4. Mr. Franco's bar registration number, office address, telephone number, facsimile number and e-mail address are as follows:

>Joseph L. Franco
>Oregon Bar Registration No. 073913
>HOLLAND & KNIGHT
>2300 U.S. Bancorp Tower
>111 Southwest Fifth Avenue
>Portland, OR 97204
>(503) 243-2300 (telephone)
>(503) 241-8014 (facsimile)
>Joe.Franco@hklaw.com  (e-mail)

5. Mr. Franco states that he has never been disbarred or suspended from practice before any court, department, bureau or commission of any State or the United States, nor has he ever received any reprimand from any such court, department, bureau or commission pertaining to conduct or fitness as a member of the bar.

6. Mr. Franco understands that admission *pro hac vice* before this Court subjects him to the disciplinary jurisdiction of this Court. He agrees to adhere to and be bound by all local rules of the Court.

Therefore, the undersigned attorney for Insys respectfully requests the Court to grant this Motion for Admission *Pro Hac Vice*. A proposed Order is also attached hereto for the convenience of the Court.

>Respectfully submitted,
>
>*/s/ Eric H. Zagrans*
>Eric H. Zagrans  (0013108)
>ZAGRANS LAW FIRM LLC
>6100 Oak Tree Boulevard, Suite 200
>Cleveland, Ohio 44131
>(216) 771-1000  (telephone)
>(866) 261-2008  (facsimile)
>eric@zagrans.com  (e-mail)
>
>*Attorney for Defendant, Insys Therapeutics, Inc.*

2

3

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing Plaintiffs' Motion for Admission *Pro Hac Vice* of Joseph L. Franco was filed electronically on December 22, 2017, and that notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record for the parties, who are all registered with the Court's electronic filing system and who may access this filing through the Court's system.

*/s/ Eric H. Zagrans*
Eric H. Zagrans