UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO. 1:17-md-02804-DAP<br><br>JUDGE DAN AARON POLSTER |

**DECLARATION OF JOSEPH L. FRANCO IN SUPPORT OF DEFENDANT'S MOTION FOR HIS ADMISSION *PRO HAC VICE***

I, Joseph L. Franco, hereby declare, depose, attest, state and aver as follows:

1. I respectfully wish to apply for permission to appear *pro hac vice* as co-counsel on behalf of Defendant, Insys Therapeutics, Inc. ("Insys"), in the above-captioned case.

2. I was admitted to practice law in the State of Oregon on September 28, 2007.

3. I am also a member in good standing of the bars of United States Court of Appeals for the Ninth Circuit and the United States District Court for the District of Oregon. A Certificate of Good Standing from the Oregon Supreme Court attesting to my active good standing with that Court is attached hereto as Exhibit "A" and incorporated by reference herein.

4. My contact information is:

> Joseph L. Franco
> HOLLAND & KNIGHT
> 2300 U.S. Bancorp Tower
> 111 Southwest Fifth Avenue
> Portland, OR 97204
> (503) 243-2300 (telephone)
> (503) 241-8014 (facsimile)
> Joe.Franco@hklaw.com  (e-mail)

5. I will be associated with Eric H. Zagrans, a member in good standing of the bar of this Court, as counsel for Insys in this action.

6. By this appearance, I hereby affirm that all motions, pleadings and papers signed by me or on my behalf in this case shall constitute a certificate, whether or not such papers affirm or verify, that I have read the pleading, motion or paper, and to the best of my knowledge, information and belief there is good ground to support it and that it is not intended for purposes of delay.

7. I agree to be bound by all applicable rules of procedure, ethics and professional conduct in force in this jurisdiction, including without limitation the Local Rules of the Court.

I declare under penalty of perjury that the foregoing is true and correct.

Executed at Portland, Oregon, on this 22nd day of December, 2017.

Joseph L. Franco



STATE OF OREGON

# SUPREME COURT

SALEM

In the Matter of the Admission of

JOSEPH L. FRANCO

as an Attorney of this Court.

      I, as State Court Administrator of the State of Oregon, certify that on the 28th day of September, 2007,

JOSEPH L. FRANCO

was admitted to the practice of law in the Supreme Court and all other courts in the State of Oregon, and is now an attorney in good standing.

December 21, 2017.

KINGSLEY W. CLICK
State Court Administrator



Authorized Representative

Exhibit A