UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | CASE NO. 1:17-md-02804-DAP  JUDGE DAN AARON POLSTER |

### ORDER ON DEFENDANT'S MOTION FOR ADMISSION *PRO HAC VICE* OF JOSEPH L. FRANCO

On motion of Defendant, Insys Therapeutics, Inc., and for good cause shown, it is hereby ORDERED that Defendant's motion for admission *pro hac vice* is hereby GRANTED and Joseph L. Franco, a member of the bar of the State of Oregon, is hereby permitted to appear as counsel on behalf of Defendant for all purposes in this action.

IT IS SO ORDERED this ____ day of December, 2017.

_____
JUDGE DAN AARON POLSTER