AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT

for the

Northern District of Ohio

| | | |
|---|---|---|
| Douglas Anderson | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No.    1:17-md-2804 |
| Purdue Pharma, L.P., et al. | ) | |
| *Defendant* | ) | (1:17-op-45164) |

## APPEARANCE OF COUNSEL

To:      The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Douglas Anderson                                                                                              .

Date:      12/28/2017

/s/Madeleine Brumley
*Attorney's signature*

Madeleine Brumley (LA 37432)
*Printed name and bar number*

203 Energy Parkway, Bldg. B
Lafayette, LA 70508

*Address*

Madeleine@onmyside.com
*E-mail address*

(337) 210-1955
*Telephone number*

(337) 261-1934
*FAX number*