# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please enter the appearance of J. Laurens Wilkes of Jones Day on behalf of Defendants AbbVie Inc. and Knoll Pharmaceutical Company in the above-captioned action.

Dated:  January 2, 2018

Respectfully Submitted,

*/s/ J. Laurens Wilkes*
J. Laurens Wilkes
Texas State Bar No. 24053548
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas  77002-2712
Telephone:  (832) 239-3796
Facsimile:   (832) 239-3600
jlwilkes@jonesday.com

*Attorney for Defendants AbbVie Inc. and Knoll Pharmaceutical Company*

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 2, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                            */s/ J. Laurens Wilkes*
                                            J. Laurens Wilkes