# Beggs & Lane, RLLP

Beggs & Lane, RLLP is headquartered in Pensacola, Florida, and is Florida's oldest law firm. For more than 130 years, Beggs & Lane has represented a broad and diverse client base, including major corporations, businesses, professionals, non-profit organizations, and individuals. Our attorneys serve a wide range of industries, including energy and public utilities, health care, financial services, manufacturing, real estate and construction, insurance, and transportation.

J. Nixon Daniel is the managing partner of Beggs & Lane. He is AV rated, the highest under Martindale-Hubbell's peer review rating system. Nix has practiced law in Pensacola for over 30 years, litigating in both state and federal courts. Mr. Daniel has extensive experience representing hospitals and other medical providers.  He has served as general counsel to a hospital and other significant health care providers throughout his career.  His broad litigation experience includes significant personal injury claims, wrongful death litigation, class actions and business litigation. In recent years he has been lead counsel or co-lead counsel in class action claims involving fiber optics, the proper reimbursement of health care providers by payers, and property matters. Recently, he was lead counsel for a large group of hospitals as plaintiffs in a litigation claiming reimbursement from a major third party payer, which resulted in a favorable settlement.

Mr. Daniel has tried over 100 cases to verdict and has been involved in many others that were settled at mediation or otherwise prior to trial. His litigation experience includes both the representation of defendants and plaintiffs.

**Bar Admissions**

- Florida, 1977
- U.S. District Court Northern District of Florida, 1977
- U.S. Court of Appeals 11th Circuit, 1981
- U.S. Court of Appeals Federal Circuit, 2006
- Texas, 2014

**University of Florida College of Law, Gainesville, Florida,** J.D. (With Honors, Order of the Coif) - 1976

**Wake Forest University, Winston Salem, North Carolina**, B.A. *(Magna Cum Laude)* – 1974, Phi Beta Kappa, Honors: Omicron Delta Epsilon (Economics)

**Representative Clients**

- Baptist Health Care Corporation
- Mag Mutual Insurance Company
- Gulf Power Company
- Southern Company
- City of Pensacola, Florida
- American Waterworks Company

**Professional Associations and Memberships**

- Florida Bar Association, Member, 1977 - Present
- American Health Lawyers Association, Member, 1990 - Present