# APPENDIX A

# December 18, 2017 Opiate Meeting
# Cleveland, Ohio
# Attendance List

| Firm | Full Name |
| --- | --- |
| Anapol Weiss | Thomas Anapol |
| Anapol Weiss | David Senoff |
| Andrews Thornton Higgins Razmara | Anne Andrews |
| Andrews Thornton Higgins Razmara | Bradley East |
| Andrews Thornton Higgins Razmara | Lila Razmara |
| Andrews Thornton Higgins Razmara | John Thornton |
| Andrus Anderson | Jennie Anderson |
| Bailey Javins & Carter | Lee Javins |
| Baron Budd | Russell Budd |
| Baron Budd | Roland Ellis |
| Baron Budd | Burton LeBlanc |
| Barrett Law Group | Don Barrett |
| Beasley Allen | Rhon Jones |
| Beasley Allen | Gibson Vance |
| Bern & Partners | Joe Cappelli |
| Blasingame Burch Garrard Ashley PC | Thomas Hollingsworth |
| Bonsignore LLC | Robert Bonsignore |
| Branstetter Stranch & Jennings | Gerard Stranch |
| Brian K Balser Co LPA | Brian Balser |
| Carella Byrne | Jim Cecchi |
| Carpenter Lipps & Leland LLP | David Barthel |
| Carpenter Lipps & Leland LLP | Timothy Bricker |
| Carson Law Firm | James DeRoche |
| Cates Mahoney | David Cates |
| Clifford Law Offices | Rich Burke |
| Clifford Law Offices | Shannon McNulty |
| Climaco Wilcox Peca & Garofoli | John Climaco |
| Cochran Firm | Michael Wright |
| Cohen & Malad, LLP | Jeff Gibson |
| Cohen & Malad, LLP | Irwin Levin |
| Cohen & Malad, LLP | Lynn Toops |
| Cooper Law Firm | Barry Cooper |
| Cooper Law Firm | Stuart Smith |

# APPENDIX A

# December 18, 2017 Opiate Meeting
# Cleveland, Ohio
# Attendance List

| | |
|---|---|
| Crueger Dickinson LLC | Charles Crueger |
| Crueger Dickinson LLC | Erin Dickinson |
| Cuneo Gilbert & LaDuca | Jon Cuneo |
| Czack Law Firm | Michael Czack |
| DiCello Levitt & Casey | Mark DiCello |
| Ditrapano Barrett DiPiereo McGinley & Simmons | Rob Bastress |
| Ditrapano Barrett DiPiereo McGinley & Simmons | Sean McGinley |
| Douglas & London | Michael London |
| Dugan Law Firm | Bonnie Kendrick |
| Fears Nachawati | Matthew McCarley |
| Ferraro Law | James Ferraro |
| Ferrer Poirot Wansbrough | Matt Daniel |
| Fibich Leebron Copeland Briggs | Tommy Fibich |
| Frank Dudenhefer Law Office | Frank Dudenhefer |
| Frazer PLC | Roe Frazer |
| Fulmer Sill | Jim Sill |
| Gallagher Law Firm | Michael Gallagher |
| Garson Jonson | Stuart Garson |
| Gibbs Law Group | AJ de Bartolomeo |
| Glago Law firm | Mark Glago |
| Goldenberg Heller & Antognoli P.C. | Ann Callis |
| Goldenberg Heller & Antognoli P.C. | Thomas Lech |
| Greene Ketchum Farrell Bailey & Tweel | Paul Farrell |
| Gustafson Gluek PLLC | Amanda Williams |

# APPENDIX A

# December 18, 2017 Opiate Meeting
# Cleveland, Ohio
# Attendance List

| | |
|---|---|
| Hagens Berman Sobol Shapiro | Jennifer Connolly |
| Hagens Berman Sobol Shapiro | Thomas Sobol |
| Hill Peterson Carper Bee & Deitzler | Aaron Harrah |
| Hill Peterson Carper Bee & Deitzler | Edison Hill |
| Hill Peterson Carper Bee & Deitzler | James Peterson |
| Hill Peterson Carper Bee & Deitzler | Jim Peterson |
| Hissey Kientz, LLP | David Friend |
| Hissey Kientz, LLP | Michael Hissey |
| Hissey Kientz, LLP | Shamus Mulderig |
| Holland Law Firm | Eric Holland |
| Isaac Wiles Burkholder & Teetor | Shawn Judge |
| Kalish Law Firm | Scott Kalish |
| Karon LLC | Daniel Karon |
| Keller Rohrback | Derek Loeser |
| Keller Rohrback | Lynn Sarko |
| Kelley & Ferraro | John Murphy |
| Kelley Goldfarb Huck Roth & Riojas | Christopher Huck |
| Kopelowitz Ostrow Ferguson Weiselberg Gilbert | Robert Gilbert |
| Kushner Hamed | Phil Kushner |
| Laborde Earles | Derrick "Digger" Earles |
| Laborde Earles | David Laborde |
| Levin Papantonio Thomas Mitchell Rafferty Proctor | Peter Mougey |
| Levin Papantonio Thomas Mitchell Rafferty Proctor | Mike Papantonio |
| Levin Papantonio Thomas Mitchell Rafferty Proctor | Troy Rafferty |
| Lieff Cabraser | Elizabeth Cabraser |
| Lieff Cabraser | Mark Chalos |

# APPENDIX A

# December 18, 2017 Opiate Meeting
# Cleveland, Ohio
# Attendance List

| | |
|---|---|
| Lieff Cabraser | Paulina doAmaral |
| Lockridge Grindal Nauen PLLP | Yvonne Flaherty |
| McHugh Fuller | Mike Fuller |
| Meyers & Flowers | Pete Flowers |
| Mike Moore Law Firm | Mike Moore |
| Morgan & Morgan | Keith Mitnik |
| Morgan & Morgan | Greg Stumbo |
| Morgan & Morgan | John Yanchunis |
| Morgan & Morgan | James Young |
| Motley Rice, LLC | Lane Andrae |
| Motley Rice, LLC | John Herrick |
| Motley Rice, LLC | Joe Rice |
| Motley Rice, LLC | Linda Singer |
| Motley Rice, LLC | Benee Wallace |
| Napoli Shkolnik PLLC | Joe Ciaccio |
| Napoli Shkolnik PLLC | Marie Napoli |
| Napoli Shkolnik PLLC | Paul Napoli |
| Napoli Shkolnik PLLC | Hunter Shkolnik |
| Nurenberg Plevin | Jamie Lebovitz |
| Of Counsel Sanders Phillips Grossman | John Restaino |
| Plevin & Gallucci | Frank Gallucci |

# APPENDIX A

# December 18, 2017 Opiate Meeting
# Cleveland, Ohio
# Attendance List

| | |
|---|---|
| Pogust Braslow & Millrood | Harris Pogust |
| Prince Law Firm | Mark Prince |
| Robbins Geller Rudman & Dowd | Aelish Baig |
| Robbins Geller Rudman & Dowd | Mark Dearman |
| Robbins Geller Rudman & Dowd | Paul Geller |
| Robins Kaplan LLP | Tara Sutton |
| Sanders Phillips Grossman, LLC | Victoria Maniatis |
| Searcy Denney Scarola Barnhart & Shipley | Brenda Fulmer |
| Seeger Weiss | Chris Seeger |
| Seif & McNamee | Dale Seif |
| Simmons Hanly Conroy | Jayne Conroy |
| Simmons Hanly Conroy | Paul Hanly |
| Simon Greenstone Panatier Bartlett | Jeffrey Simon |
| Skikos Crawford Skikos & Joseph | Mark Crawford |
| Skikos Crawford Skikos & Joseph | Jane Joseph |
| Skikos Crawford Skikos & Joseph | Steve Skikos |
| Skinner Law Firm | Laura Davis |
| Spangenberg Shibley & Liber | Nicholas DiCello |
| Spangenberg Shibley & Liber | Stuart Scott |
| Spangenberg Shibley & Liber | Dustin Herman |
| Spangenberg Shibley & Liber | William Hawal |
| Spangenberg Shibley & Liber | Peter Brodhead |
| Spangenberg Shibley & Liber | Jeremy Tor |
| Spangenberg Shibley & Liber | Pete Weinberger |
| Stewart Bell PLLC | Harry Bell |
| Taft Stettinius & Hollister | David Butler |
| Taylor Martino | Richard Taylor |
| The Bruehl Law Firm | Curtis Bruehl |
| The Czack Law Firm | Mike Czack |

# APPENDIX A

# December 18, 2017 Opiate Meeting
# Cleveland, Ohio
# Attendance List

| | |
|---|---|
| The Lanier Law Firm | Mark Lanier |
| The Lanier Law Firm | Rick Meadow |
| Thrash Law Firm | Marcus Bozeman |
| Troy Law Firm PLLC | Mark Troy |
| Wagstaff & Cartmell LLP | Tom Cartmell |
| Wagstaff & Cartmell LLP | Eric Barton |
| Wapner Newman Wigrizer Brecher & Miller | Steven Wigrizer |
| Warren McGraw Law Firm | Randolph McGraw |
| Watts Guerra LLP | Mikal Watts |
| Watts Guerra LLP | |
| Webb Law Centre LLP | Rusty Webb |
| Weisman Kennedy & Berris | Dan Goetz |
| Weisman Kennedy & Berris | Eric Kennedy |
| Wexler Wallace LLP | Ed Wallace |
| Wexler Wallace LLP | Ken Wexler |
| Wolf Popper LLP | Matthew Insley-Pruitt |
| Wooton Davis Hussell Ellis | Chris Davis |
| Young & Partners | Tom Young |
| Zarzaur Mujumdar & Debrosse | Julie Zimmerman |
| Zoll & Kranz | Michelle Kranz |