Denied as moot upon issuance of doc #22.
/s/Judge Dan Aaron Polster 1/3/2018
United States District Judge

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2804 |
| | | Case No. 17-md-02804 |
| THIS DOCUMENT RELATES TO: | | Judge Dan Aaron Polster |
| ALL CASES | | |

**Plaintiffs' Amended Motion to Approve
Co-Leads, Co-Liaisons, and Executive Committee**

At the request of Judge Polster, Plaintiffs submit this Amended Motion to Approve Co-Leads, Co-Liaisons, and Executive Committee in order to further describe the function of each of these groups.

The Executive Committee is made up of a significant number of lawyers reflective of the diversity of clients, causes of actions, and damages that exist in this litigation. This group of lawyers is tasked with the following roles on behalf of Plaintiffs: managing the litigation; overseeing discovery; hiring experts; engaging in resolution discussions; and preparing for and trying cases.

The Co-Leads are members of the Executive Committee chosen by the Executive Committee to serve in a leadership role. The Co-Leads will be charged with formulating, in consultation with the Executive Committee, and presenting positions on substantive and procedural issues during this litigation.

The Co-Liaison counsel are members of the Executive Committee and are charged with performing all of the tasks set forth in Section 10.221 of the Manual on Complex Litigation, Fourth Edition.