IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | MDL No. 2804 |
| | | Case No. 17-md-02804 |
| THIS DOCUMENT RELATES TO: | | Judge Dan Aaron Polster |
| ALL CASES | | |

**Plaintiffs' Motion to Approve
Co-Leads, Co-Liaisons, and Plaintiffs' Executive Committee**

On December 18, 2017, a group of more than 150 Plaintiffs' counsel attended the organizational meeting at the Hilton Hotel in downtown Cleveland. The meeting took place after notice was duly given to all counsel of record in the cases subject to the conditional transfer order issued by the Judicial Panel on Multidistrict Litigation, to all counsel of record listed on the N.D. Ohio docket for this litigation, and to the AAJ Opioid Litigation Section Group membership.

During the meeting, a motion was made to approve a list of individuals to serve in leadership capacity on behalf of Plaintiffs in this MDL. The motion was seconded, and a voice vote was held. The result was an overwhelming consensus approving this list. In the voice vote, there were no objections raised.

In accordance with said vote, Plaintiffs now move this Honorable Court to approve the following individuals for leadership roles in this litigation. The individuals have an extensive breadth and depth of experience in MDLs and other complex litigation, and they represent the vast majority of Plaintiffs in this MDL.