IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) | MDL No. 2804 |
| | | Case No. 1:17-md-02804 |
| THIS DOCUMENT RELATES TO: | | Judge Dan Aaron Polster |
| ALL CASES | | |

### PHYSICIAN DEFENDANTS' NOTICE OF APPOINTMENT OF STEERING COMMITTEE REPRESENTATIVE

On December 29, 2017, the Court granted: (1) Physician Defendants' Motion to Approve Liaison Counsel and Steering Committee (Doc. 23); and (2) Manufacturer and Distributor Defendants' Joint Motion Regarding Appointment of Steering Committees and Defendants' Co-Liaison Counsel (Doc. 24). The Court also ordered the addition of two representatives for individual defendants to the Steering Committee—Tyler Tarney from the Columbus, Ohio office of Gordon & Rees, LLP and one other attorney from Gordon & Rees, LLP. Pursuant to the December 29, 2017 Order, Physician Defendants designate attorney John Robinson from the Hartford, Connecticut office of Gordon & Rees, LLP to serve as the additional Steering Committee Representative.

Respectfully submitted,

*/s/ Tyler Tarney*
Gregory Brunton         (OH Bar #: 0061722)
Tyler Tarney            (OH Bar #: 0089082)
Dan Hyzak               (OH Bar #: 0091298)
**GORDON & REES LLP**
41 South High Street, Suite 240
Columbus, Ohio 43215
T: (614) 340-5558
F: (614) 360-2130
gbrunton@grsm.com
ttarney@grsm.com
dhyzak@grsm.com

Brian P. FitzGerald
**GORDON & REES LLP**
28th Floor
One Battery Park Plaza
New York, NY 10028
T: (212) 269-5500
F: (212) 269-5505
bfitzgerald@grsm.com

*Counsel for Scott Fishman, M.D., Perry Fine, M.D., and Lynn Webster, M.D.*

*/s/ S. Amy Spencer*
S. Amy Spencer
**SHAHEEN & GORDON, P.A.**
107 Storrs Street/P.O. Box 2703
Concord, NH 03302-2703
T: (603) 225-7262
saspencer@shaheengordon.com

*Counsel for Russell Portenoy, M.D.*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was electronically filed with the U.S. District Court, Northern District of Ohio, Eastern Division, on January 4, 2018, and served upon all counsel that have appeared in this matter.

*/s/ Tyler Tarney*
Tyler Tarney            (0089082)

2