# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | CASE NO. 1:17-MD-2804-DAP <br><br> JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please take notice that the undersigned hereby enters his appearance as counsel for Plaintiff Michael Ray Lewis in the above-captioned action.

Respectfully submitted,

/s/ Marcus Neil Bozeman
Marcus Neil Bozeman (Ark. Bar No. 95287)
**THRASH LAW FIRM, P.A.**
1101 Garland Street
Little Rock, Arkansas  72201-1214
Phone:  (501) 374-1058
Fax:  (501) 374-2222
E-Mail:  mbozeman@thrashlawfirmpa.com

**Attorney for Plaintiff Michael Ray Lewis**

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Marcus Neil Bozeman
Marcus Neil Bozeman