# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | ) | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | CASE NO. 1:17-MD-2804-DAP |
| OPIATE LITIGATION | ) | |
| | ) | |
| | ) | JUDGE DAN AARON POLSTER |

## DEFENDANTS KNOLL PHARMACEUTICAL COMPANY AND ABBVIE INC.'S MOTION FOR *PRO HAC VICE* ADMISSION OF STEPHANIE E. PARKER

Pursuant to Local Rule 83.5(h) of the United States District Court for the Northern District of Ohio, defendants Knoll Pharmaceutical Company and AbbVie Inc. (collectively, "Defendants") move this Court for the *pro hac vice* admission of Stephanie E. Parker, so that she may appear and participate in *In re National Prescription Opiate Litigation*, MDL No. 2804.  As set forth in the Affidavit of Stephanie E. Parker and the certificates of good standing attached thereto, Stephanie Parker is a member in good standing of the state and federal courts to which she is admitted.  Further, Ms. Parker has reviewed and agrees to be bound by the Local Rules of the United States District Court for the Northern District of Ohio and orders of this Court.  Additional facts supporting this motion are set forth in the attached Affidavit of Stephanie E. Parker, which is incorporated by reference.

For the foregoing reasons, counsel for Defendants respectfully requests that this Court enter an order granting the *pro hac vice* admission of Stephanie E. Parker.  A proposed form of order is attached.

Ms. Parker is designated as lead counsel for defendants Knoll Pharmaceutical Company and AbbVie Inc.

NAI-1503308114v1

Dated:  January 4, 2018

Respectfully Submitted,

*/s/ J. Laurens Wilkes*
J. Laurens Wilkes
Texas State Bar No. 24053548
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas  77002-2712
Telephone:  (832) 239-3796
Facsimile:   (832) 239-3600
jlwilkes@jonesday.com

*Attorney for Defendants AbbVie Inc. and Knoll Pharmaceutical Company*

## CERTIFICATE OF SERVICE

      I hereby certify that on January 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

      */s/ J. Laurens Wilkes*
J. Laurens Wilkes
Texas State Bar No. 24053548
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas  77002-2712
Telephone:  (832) 239-3796
Facsimile:   (832) 239-3600
jlwilkes@jonesday.com

Attorney for Defendants AbbVie Inc. and Knoll Pharmaceutical Company

NAI-1503308114v1