# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP <br><br> JUDGE DAN AARON POLSTER |

## AFFIDAVIT OF STEPHANIE E. PARKER

Stephanie E. Parker, being duly sworn, deposes and states as follows:

1. The facts stated in this affidavit are within my personal knowledge and are true and correct. I am over 18 years of age, have never been convicted of a felony, and am competent to make this affidavit.

2. I am one of the attorneys for defendants Knoll Pharmaceutical Company and AbbVie Inc. (collectively, "Defendants") in *In re National Prescription Opiate Litigation*, MDL No. 2804.

3. I am a partner in the Jones Day law firm and practice in Jones Day's office in Atlanta, Georgia. My business address is 1420 Peachtree Street, N.E., Suite 800, Atlanta, Georgia  30309-3053. My direct-dial phone number is (404) 581-8552. My facsimile number is (404) 581-8330. My e-mail address is separker@jonesday.com.

4. I was admitted to practice by the Georgia Supreme Court on June 13, 1985, and my Georgia bar number is 563250. I was admitted to practice by the Florida Supreme Court on November 13, 2003, and my Florida bar number is 688355. As reflected in the attached certificates of good standing, I am a member in good standing of the Georgia and Florida Bars.

5. I also am admitted to practice before a number of federal courts and am a member in good standing of the bars of those federal courts.

6. I submit this affidavit in support of Defendants' motion for my admission to appear *pro hac vice* before this Court in *In re National Prescription Opiate Litigation*, MDL No. 2804. I seek this admission so that I may appear on behalf of Defendants only for purposes of this MDL.

7. No disciplinary or grievance proceedings have been filed against me. I have not been disbarred or suspended from practice before any court, department, bureau, or commission of any state or the United States and have never received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

8. I have received and reviewed a copy of the Local Rules for the United States District Court for the Northern District of Ohio. I agree to abide by all rules of procedures contained therein, as well as the orders of this Court.

*Stephanie E. Parker*
Stephanie E. Parker
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia 30309-3053
Telephone: (404) 581-8552
Facsimile: (404) 581-8330
separker@jonesday.com

SWORN TO AND SUBSCRIBED in my presence on this 4th day of January, 2018.

*Wendy Golman*
Notary Public

WENDY GOLMAN
Notary Public, State of Texas
Comm. Expires 05-15-2021
Notary ID 3870403

2

## CERTIFICATE OF SERVICE

I hereby certify that on January 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ J. Laurens Wilkes*
J. Laurens Wilkes
Texas State Bar No. 24053548
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas  77002-2712
Telephone:  (832) 239-3796
Facsimile:   (832) 239-3600
jlwilkes@jonesday.com

*Attorney for Defendants AbbVie Inc. and Knoll Pharmaceutical Company*

NAI-1503308113v1

# **EXHIBIT 1**

**CERTIFICATE OF GOOD STANDING FROM THE STATE BAR OF GEORGIA**


# State Bar of Georgia

*Lawyers Serving the Public and the Justice System*

Ms. Stephanie E. Parker
Jones Day
1420 Peachtree Street NE Suite 800
Atlanta, GA 30309-3053

| | |
|---|---|
| **CURRENT STATUS:** | Active Member-Good Standing |
| **DATE OF ADMISSION:** | 06/13/1985 |
| **BAR NUMBER:** | 563250 |
| **TODAY'S DATE:** | 12/28/2017 |

Listed below are the public disciplinary actions, if any, which have been taken against this member:

| State Disciplinary Board Docket # | Supreme Court Docket # | Disposition | Date |
|---|---|---|---|
| N/A | N/A | N/A | N/A |

The prerequisites for practicing law in the State of Georgia are as follows:

- Certified by the Office of Bar Admissions, either by Exam, or on Motion (Reciprocity).
- Sworn in to the Superior Court in Georgia, highest court required to practice law in Georgia.
- Enrolled with the State Bar of Georgia, arm of the Supreme Court of Georgia.

Attorneys licensed in Georgia and whose current status is Active are eligible to practice law in Superior Court. Attorneys may, upon application, apply for admission to the Supreme, District and State Court of Appeals.

Under the privacy/confidentiality provision of the Bar Rule 4-221(d), any complaint against a member resolved prior to the filing and docketing of a disciplinary case in the Supreme Court is not a matter of public record, and may not be revealed without a waiver from the member. It is the policy of the State Bar of Georgia to answer any inquiry about a member by disclosing only those complaints that have been docketed in the Supreme Court. With respect to matters that are currently pending as active, undocketed cases, when an inquiry is received, the State Bar of Georgia shall not disclose the existence of those complaints. Such non-disclosure should not be construed to confirm the existence of confidential complaints since the vast majority of members in good standing are not the subjects of such confidential complaints.

This member is currently in **"good standing"** as termed and defined by **State Bar Rule 1-204**. The member is current in license fees and is not suspended or disbarred as of the date of this letter.

**STATE BAR OF GEORGIA**

*Brinda Lovvorn*

**Official Representative of the State Bar of Georgia**

**HEADQUARTERS**
104 Marietta St. NW, Suite 100
Atlanta, GA 30303-2743
404-527-8700 • 800-334-6865
Fax 404-527-8717
www.gabar.org

**COASTAL GEORGIA OFFICE**
18 E. Bay St.
Savannah, GA 31401-1225
912-239-9910 • 877-239-9910
Fax 912-239-9970

**SOUTH GEORGIA OFFICE**
244 E. 2nd St. (31794)
P.O. Box 1390
Tifton, GA 31793-1390
229-387-0446 • 800-330-0446
Fax 229-382-7435

# **EXHIBIT 2**

**CERTIFICATE OF GOOD STANDING FROM THE STATE BAR OF FLORIDA**



# The Florida Bar

651 East Jefferson Street
Tallahassee, FL 32399-2300

**John F. Harkness, Jr.**
Executive Director

**Joshua E. Doyle**
Executive Director Designate

State of Florida )

County of Leon )

In Re: 0688355
Stephanie Ethel Parker
Jones Day 1420 Peachtree St NE Ste 800
Atlanta, GA 30309-3052

I CERTIFY THE FOLLOWING:

I am the custodian of membership records of The Florida Bar.

Membership records of The Florida Bar indicate that The Florida Bar member listed above was admitted to practice law in the state of Florida on **November 13, 2003**.

The Florida Bar member above is an active member in good standing of The Florida Bar who is eligible to practice law in the state of Florida.

Dated this 28th day of **December, 2017**.

Pam Gerard, Manager
Membership Records Dept.
The Florida Bar

PG:R10
CTM-00443

