# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) |
| | CASE NO. 1:17-MD-2804-DAP |
| | JUDGE DAN AARON POLSTER |

### [PROPOSED] ORDER GRANTING DEFENDANTS KNOLL PHARMACEUTICAL COMPANY AND ABBVIE INC.'S MOTION FOR THE *PRO HAC VICE* ADMISSION OF STEPHANIE E. PARKER

The Court has reviewed Defendants Knoll Pharmaceutical Company and AbbVie Inc.'s Motion For The *Pro Hac Vice* Admission Of Stephanie E. Parker, as well as Ms. Parker's supporting affidavit and its attachments. Defendants Knoll Pharmaceutical Company and AbbVie Inc.'s motion is hereby GRANTED, and Stephanie E. Parker shall be permitted to practice before this Court *pro hac vice*.

IT IS SO ORDERED this ___ day of January, 2018.

_____
Judge Dan A. Polster
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

NAI-1503308112v1