# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please enter the appearance of Stephanie E. Parker of Jones Day on behalf of defendants AbbVie Inc. and Knoll Pharmaceutical Company in the above-captioned action.  Ms. Parker is designated as lead counsel for defendants AbbVie Inc. and Knoll Pharmaceutical Company.

Dated:  January 4, 2018

Respectfully Submitted,

*/s/ Stephanie E. Parker*
Stephanie E. Parker
Georgia State Bar No. 563250*
JONES DAY
1420 Peachtree Street, N.E.
Suite 800
Atlanta, Georgia  30309-3053
Telephone:  (404) 581-8552
Facsimile:   (404) 581-8330
separker@jonesday.com

*Pro Hac Vice Admission Pending

*Lead Attorney for Defendants AbbVie Inc. and Knoll Pharmaceutical Company*

**CERTIFICATE OF SERVICE**

I hereby certify that on January 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ J. Laurens Wilkes
J. Laurens Wilkes