# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please enter the appearance of David B. Alden of Jones Day on behalf of defendants AbbVie Inc. and Knoll Pharmaceutical Company in the above-captioned action.

Dated:  January 4, 2018

Respectfully Submitted,

/s/ David B. Alden
David B. Alden
State Bar No. 0006143
JONES DAY
North Point, 901 Lakeside Ave.
Cleveland, Texas  44114-1190
Telephone:  (216) 586-7121
Facsimile:   (216) 579-0212
dbalden@jonesday.com

*Attorney for Defendants AbbVie Inc. and Knoll Pharmaceutical Company*

## **CERTIFICATE OF SERVICE**

 I hereby certify that on January 4, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

        */s/ David B. Alden*
        David B. Alden