# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: National Prescription Opiate Litigation | ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 1:17-md-02804-DAP<br><br>JUDGE POLSTER |

## NOTICE OF APPEARANCE

The Court and parties hereto will take notice that Megan L. Rodgers of Covington & Burling LLP, 333 Twin Dolphin Drive, Suite 700, Redwood Shores, CA, 94065, telephone (650) 632-4734, hereby enters her appearance as counsel of record for Defendant McKesson Corporation ("McKesson"). It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for McKesson.

Respectfully submitted,

 /s/ Megan L. Rodgers
Megan L. Rodgers (CA Bar No. 310344)
COVINGTON & BURLING LLP
333 Twin Dolphin Drive, Suite 700
Redwood Shores, CA 94065
(650) 632-4734 (Telephone)
mrodgers@cov.com

*Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Notice of Appearance* was sent by the Court's electronic case filing system this 5th day of January, 2018, and served upon all those participating therein.

                                      /s/ Megan L. Rodgers  
                                      Megan L. Rodgers (CA Bar No. 310344)