IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: National Prescription Opiate Litigation | Case No. 17-md-2804 <br><br> Hon. Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sharon S. Almonrode of The Miller Law Firm, P.C. hereby enters her appearance as counsel of record on behalf of Plaintiffs, County of Oakland and County of Wayne, in the above captioned matter.

Dated: January 5, 2018            Respectfully submitted,

/s/ *Sharon S. Almonrode*
Sharon S. Almonrode (MI Bar No. P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ssa@millerlawpc.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: National Prescription Opiate Litigation | Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

I hereby certify that on January 5, 2018, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

                                        **THE MILLER LAW FIRM, P.C.**

                                        /s/ *Sharon S. Almonrode*
                                        Sharon S. Almonrode (MI Bar No. P33938)
                                        950 W. University Dr., Suite 300
                                        Rochester, MI 48307
                                        Tel: (248) 841-2200
                                        ssa@millerlawpc.com