IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: National Prescription Opiate Litigation | Case No. 17-md-2804 |
| | Hon. Dan Aaron Polster |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that E. Powell Miller of The Miller Law Firm, P.C. hereby enters his appearance as counsel of record on behalf of Plaintiffs, County of Oakland and County of Wayne, in the above captioned matter.

Dated: January 5, 2018              Respectfully submitted,

                                         */s/ E. Powell Miller*
                                         E. Powell Miller (MI Bar No. P39487)
                                         **THE MILLER LAW FIRM, P.C.**
                                         950 W. University Dr., Ste. 300
                                         Rochester, Michigan 48307
                                         Telephone: (248) 841-2200
                                         epm@millerlawpc.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: National Prescription Opiate Litigation | Case No. 17-md-2804 <br><br> Hon. Dan Aaron Polster |

I hereby certify that on January 5, 2018, I electronically filed the foregoing documents using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

**THE MILLER LAW FIRM, P.C.**

*/s/ E. Powell Miller*
E. Powell Miller (MI Bar No. P39487)
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
epm@millerlawpc.com