UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) CASE NO. 1:17-md-2804-DAP<br>)<br>) JUDGE DAN AARON POLSTER<br>)<br>) **NOTICE OF ATTORNEY**<br>) **APPEARANCE**<br>) |

Please take notice that the undersigned attorney hereby enters his appearance as additional counsel for Defendants Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., in the above-captioned action.

Respectfully submitted,

/s/ *Mitchell G. Blair*
Mitchell G. Blair     (0010892)
CALFEE, HALTER & GRISWOLD LLP
The Calfee Building
1405 East Sixth Street
Cleveland, OH 44114
mblair@calfee.com
Telephone: (216) 622-8200
Facsimile: (216) 241-0816

*Attorney for Defendants Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

## CERTIFICATE OF SERVICE

     I hereby certify that on January 5, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                                    /s/ *Mitchell G. Blair*
                                                    One of the attorneys for Defendants Teva Pharmaceutical Industries, Ltd., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.