IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION  OPIATE LITIGATION | ) ) ) ) ) ) ) | MDL No. 2804  Case No. 17-md-02804  Judge Dan Aaron Polster |
| THIS DOCUMENT RELATES TO: | | |
| ALL CASES | | |

## NOTICE OF TELEPHONE PARTICIPATION INSTRUCTIONS FOR JANUARY 9, 2018 HEARING

The Court has scheduled a hearing for this MDL on Tuesday, January 9, 2018 at 9:00 am EST.  For those parties who wish to participate via telephone, registration **must occur prior to 8:00 am EST Tuesday, January 9, 2018** using the following link:

https://directrsvp.com/DirectRSVP/WebForms/EventRegistration.aspx?InvCode=2e0c791e-c15b-4b73-9811-e43e18ce203b

**Once registered, each participant will be sent an email with the dial-in number along with a unique ID.**

Respectfully submitted,

s/Peter H. Weinberger
Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*pweinberger@spanglaw.com*

Plaintiffs' Co-Liaison Counsel

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 5th day of January 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

s/Peter H. Weinberger  
Peter H. Weinberger  
Plaintiffs' Co-Liaison Counsel