# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In Re: National Prescription Opiate Litigation | ) ) ) ) ) ) ) ) ) ) ) | Civ. No. 1:17-md-02804-DAP<br><br>JUDGE POLSTER |

## NOTICE OF APPEARANCE

The Court and parties hereto shall take notice that Clay K. Keller of Jackson Kelly, PLLC located at 50 South Main Street, Suite 201, Akron, Ohio 44308, Ph. (330) 252-9060, hereby enters his appearance as counsel of record for Defendant Miami-Luken, Inc. ("Miami-Luken"). It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for Miami-Luken.

DATED: January 5, 2018                     Respectfully submitted,

                                                 */s/ Clay K. Keller*
                                               Clay K. Keller (#0072927)
                                               Jackson Kelly PLLC
                                               50 South Main Street, Suite 201
                                               Akron, Ohio  44308
                                               Tel:  (330) 252-9060
                                               Fax:  (330) 252-9078
                                               E-mail: ckkeller@jacksonkelly.com

                                               *Attorneys for Defendant, Miami-Luken, Inc.*

## **CERTIFICATE OF SERVICE**

    The undersigned counsel for Miami-Luken, Inc. does hereby certify that a copy of the foregoing was served via the Court's ECF filing system on this 5th day of January, 2018 upon all counsel of record.

                                                                   */s/ Clay K. Keller*
                                                                  Clay K. Keller (#0072927)

4840-3343-5994.v1