UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:

NATIONAL PRESCRIPTION ) CASE NO. 1:17-MD-2804-DAP
OPIATE LITIGATION )
) JUDGE DAN AARON POLSTER

### NOTICE OF APPEARANCE

Please take notice that the undersigned, Bruce B. Elfvin, Esquire, hereby enters his appearance as counsel for Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund and Employer-Teamsters Local Nos. 175 & 505 Retiree Health & Welfare Fund, third-party payors, in the above-captioned action as well as the appearance of the following lawyers (pro hac vice admission to be applied for) on behalf of said parties:

Neil L. Henrichsen
Helen H. Albee
Chris Moser
HENRICHSEN SIEGEL, PLLC
301 W Bay Street, Suite 1400
Jacksonville, FL 32202
PH: 904-381-8183
FAX: 904-212-2800
nhenrichsen@hslawyers.com
halbee@hslawyers.com
cmoser@hslawyers.com

Cyrus Mehri
Steve Skalet
U.W. Clemon
Jay Angoff
MEHRI & SKALET
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036
PH: 202 822-5100
cmehri@findjustice.com

Wayne Hogan
Leslie Goller
TERRELL HOGAN
233 E Bay Street, Suite80
Jacksonville, FL 32202
PH: 904-722-2228
FAX: 904-722-
Hogan@terrellhogan.com
Lgoller@terrellhogan.com

Michael J. Del Giudice
CICCARELLO, DEL GUIDUICE & LaFON
1219 Virginia St. E.-Suite 100
Charleston, WV25301
PH: 304-343-4440
FAX: 304-343-4464
mikedel@cdlwv.com

| | |
|---|---|
| sskalet@findjustice.com<br>uwclemon@findjustice.com<br>jangoff@findjustice.com | Michael Goodstein<br>Hunsucker Goodstein<br>5335 Wisconsin Ave. N.W.<br>Suite 410<br>Washington, DC 20015<br>PH: 202- 895-5380<br>mgoodstein@hgnlaw.com |
| Dated:  January 7, 2018 | Respectfully submitted,<br><br>/s/ Bruce B. Elfvin_____<br>Bruce B. Elfvin<br>[Oh. Sup. Ct. 0015694]<br>Elfvin, Klingshirn, Royer & Torch, LLC<br>4700 Rockside Road, Ste 530<br>Cleveland, OH  44131<br>PH: 216-382-2500<br>FAX: 216-381-0250<br>bruce@ekrtlaw.com<br><br>Attorneys for Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund and Employer-Teamsters Local Nos. 175 & 505 Retiree Health & Welfare Fund |

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 7, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                                /s/ Bruce B. Elfvin<br>
                                                Bruce B. Elfvin