# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO.: 1:17MD2804<br><br>JUDGE DAN A. POLSTER<br><br><br><br>**NOTICE OF SUBSTITUTION**<br>**OF COUNSEL** |

Notice is hereby given that James R. Bennett II enters his appearance as counsel of record for Interested Party, U.S. Department of Justice, Drug Enforcement Administration, substituting for Mark T. D'Alessandro.  All filings in this case should henceforth be served upon the undersigned.

Respectfully submitted,

DAVID A. SIERLEJA
First Assistant United States Attorney
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

By:  /s/ James R. Bennett II
JAMES R. BENNETT II (OH #0071663)
Assistant U.S. Attorney
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
(216) 622-3988 (Direct)
(216) 522-4982 (Facsimile)
E-mail:  james.bennett4@usdoj.gov

Attorney for U.S. Department of Justice
Drug Enforcement Administration

CERTIFICATE OF SERVICE

I certify that on January 8, 2018, a copy of the foregoing *Notice of Substitution* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney

2