# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE: 1:17-md-02804-DAP<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ |

## NOTICE OF APPEARANCE

Please take notice that Attorneys O. Judson Scheaf III and Jordan D. Rauch of Hahn Loeser & Parks LLP 65 East State Street, Suite 1400, Columbus, Ohio 43215, telephone number (614) 221-0240, hereby enter their appearances as counsel for Defendant Dr. Russell Portenoy ("Dr. Portenoy").  By filing this Notice of Appearance, the undersigned are specifically reserving Dr. Portenoy's right to assert any and all objections and defenses including those based on due process or personal jurisdiction considerations.

Respectfully submitted,

*/s/ Jordan D. Rauch*
O. Judson Scheaf, III (OH Bar #0040285)
Jordan D. Rauch (OH Bar #0093389)
Hahn Loeser & Parks LLP
65 East State Street, Suite 1400
Columbus, Ohio 43215
Telephone: (614) 233-5190
Facsimile: (614) 233-5909
Email: JScheaf@hahnlaw.com
Email:  jrauch@hahnlaw.com

*Counsel for Defendant, Russell Portenoy, M.D.*

9882574

## **CERTIFICATE OF SERVICE**

I hereby certify that on January 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                                            */s/ Jordan D. Rauch*
                                            Jordan D. Rauch
                                            One of the Attorneys for Defendant
                                            Russell Portenoy, M.D.