IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 17-md-02804-DAP |
| This Document Relates to: ALL ACTIONS | **NOTICE OF APPEARANCE** |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Minute Entry docketed on December 14, 2017, (Dkt. #4), Mr. Christopher A. Seeger hereby enters an appearance in this action as additional counsel for Plaintiff Township of Irvington. Mr. Seeger is registered for Electronic Case Filing in multiple federal district courts. Please serve all notices, correspondences, filings, and order on Mr. Seeger at the following address:

> Christopher A. Seeger
> Seeger Weiss LLP
> 55 Challenger Road, 6th Floor
> Ridgefield Park, NJ 07660
> Telephone: (973) 639-9100
> Facsimile: (973) 639-9393
> Email: cseeger@seegerweiss.com

RESPECTFULLY SUBMITTED this 8th Day of January, 2018.

**SEEGER WEISS LLP**

*/s/ Christopher A. Seeger*
Christopher A. Seeger
Seeger Weiss LLP
55 Challenger Road, 6th Floor
Ridgefield Park, NJ 07660
Telephone: (973) 639-9100
Facsimile: (973) 639-9393
Email: cseeger@seegerweiss.com

**CERTIFICATE OF SERVICE**

    I hereby certify that on January 8, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                    */s/ Christopher A. Seeger*
                                     Christopher A. Seeger