# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-2804-DAP<br><br>The Honorable Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that Christopher M. Huck of Kelley, Goldfarb, Huck, Roth & Riojas, PLLC hereby enters his appearance as counsel of record for Plaintiff City of Everett in the above captioned action.  Without waiving any claim, defense, or objection, it is respectfully requested that all further notices, correspondence, filings, pleadings, orders, and other documents, except for original process, be served upon the undersigned as counsel of record for Plaintiff City of Everett.

Dated: January 8, 2018

Respectfully Submitted,

**Kelley, Goldfarb, Huck, Roth & Riojas, PLLC**

*/s/ Christopher M. Huck*
Christopher M. Huck, WSBA No. 34104

700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
Email: huck@kelleygoldfarb.com

Attorneys for Plaintiff City of Everett

## CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

**Kelley, Goldfarb, Huck, Roth & Riojas, PLLC**

*/s/ Christopher M. Huck*
Christopher M. Huck, WSBA No. 34104

700 Fifth Avenue, Suite 6100
Seattle, Washington 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
Email: huck@kelleygoldfarb.com

Attorneys for Plaintiff City of Everett