AO 458 (Rev. 06/09)  Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

In re: National Prescription Opiate Litigation  )
)
)  Case No.   17-md-2804-DAP
)
)

**APPEARANCE OF COUNSEL**

To:   The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CVS Indiana, L.L.C. (authorized under waiver of pro hac for MDL No. 2804)                  .

Date:   01/11/2018

/s/ Eric Delinsky
*Attorney's signature*

Eric Delinsky (DC Bar # 460958)
*Printed name and bar number*
Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
*Address*

edelinsky@zuckerman.com
*E-mail address*

(202) 778-1831
*Telephone number*

(202) 822-8106
*FAX number*