AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

In re: National Prescription Opiate Litigation ) Case No. 17-md-2804-DAP

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

Omnicare Distribution Center, LLC (authorized under waiver of pro hac for MDL No. 2804).

Date: 01/11/2018

/s/ Eric Delinsky
*Attorney's signature*

Eric Delinsky (DC Bar # 460958)
*Printed name and bar number*

Zuckerman Spaeder LLP
1800 M Street, NW
Suite 1000
Washington, DC 20036
*Address*

edelinsky@zuckerman.com
*E-mail address*

(202) 778-1831
*Telephone number*

(202) 822-8106
*FAX number*

Print   Save As...   Reset