AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

In re: National Prescription Opiate Litigation ) Case No. 17-md-2804-DAP

**APPEARANCE OF COUNSEL**

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

CVS Indiana, L.L.C. (authorized under waiver of pro hac for MDL No. 2804).

Date: 01/11/2018

/s/ Anant Kumar
*Attorney's signature*

Anant Kumar (NY Bar # 5166830)
*Printed name and bar number*

Zuckerman Spaeder LLP
485 Madison Ave., 10th Floor
New York, New York 10022-5871

*Address*

akumar@zuckerman.com
*E-mail address*

(646) 746-8841
*Telephone number*

(917) 261-5864
*FAX number*

Print   Save As...   Reset