**Affidavit of Francis E. McGovern**
**Tendered Pursuant to Fed. R. Civ. P. 53**

DISTRICT OF COLUMBIA )
                     ) SS.                          AFFIDAVIT

Francis E. McGovern, being first duly sworn according to law, states the following:

1. I am an attorney at law, duly licensed to practice law in the State of Texas. My bar admissions are as follows: Texas Attorney Number 13637800, Virginia Attorney Number 13836, District of Columbia Attorney Number 16192, Alabama Attorney Number 5873073F.

2. I have familiarized myself with the issues and persons involved in the case captioned *In re: National Prescription Opiate Litigation,* case no. 1:17-MD-2084 (N.D. OH.). As a result of my knowledge of that case, I can attest and affirm that there are no non-disclosed grounds for disqualification under 28 U.S.C. §455 that would prevent me from serving as Special Master in the captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

_____
Francis E. McGovern

Sworn to before me and subscribed in my presence this 11th day of January, 2018.

District of Columbia: SS
Subscribed and sworn before me, in my presence,
this 11th day of January, 2018.
_____
Joy D. Rothwell, Notary Public, D.C.
My commission expires August 14, 2018.