## Affidavit of David R. Cohen
## Tendered Pursuant to Fed. R. Civ. P. 53

STATE OF OHIO )
) SS.           AFFIDAVIT
COUNTY OF CUYAHOGA )

David R. Cohen, being first duly sworn according to law, states the following:

1. I am an attorney at law, duly licensed to practice law in the States of Ohio, Colorado, and New York. My bar admissions are as follows:

    | | |
    |---|---|
    | Ohio Supreme Court, Atty. No. 0055347 | Nov. 18, 1991 |
    | Colorado Supreme Court, Atty. No. 022420 | Feb. 24, 1993 |
    | New York Supreme Court, Atty. No. 5082193 | Dec. 5, 2012 |
    | United Stated District Court, Northern District of Ohio | Dec. 10, 1992 |
    | Sixth Circuit Court of Appeals | Mar. 2, 1993 |
    | United States Supreme Court | Jan. 16, 2007 |

2. I have familiarized myself with the issues and persons involved in the case captioned *In re: National Prescription Opiate Litigation,* case no. 1:17-MD-2084 (N.D. Ohio). As a result of my knowledge of that case, I can attest and affirm that there are no non-disclosed grounds for disqualification under 28 U.S.C. §455 that would prevent me from serving as Special Master in the captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

_David Cohen_
David R. Cohen

Sworn to before me and subscribed in my presence this 11th day of January, 2018.

_[signature]_
Notary Public

