## Affidavit of Cathy Yanni
## Tendered Pursuant to Fed. R. Civ. P. 53

STATE OF OHIO )
                         ) SS.            AFFIDAVIT
COUNTY OF CUYAHOGA )

Cathy Yanni, being first duly sworn according to law, states the following:

1. I am an attorney at law, duly licensed to practice law in the State of California, Atty. No. 105036, admitted Dec. 3, 1982

2. I have familiarized myself with the issues and persons involved in the case captioned *In re: National Prescription Opiate Litigation,* case no. 1:17-MD-2084 (N.D. OH.). As a result of my knowledge of that case, I can attest and affirm that there are no non-disclosed grounds for disqualification under 28 U.S.C. §455 that would prevent me from serving as Special Master in the captioned matter.

FURTHER AFFIANT SAYETH NAUGHT.

*/s/ Cathy Yanni*
Cathy Yanni

Sworn to before me and subscribed in my presence this 11th day of January, 2018.

*See attached Jurat*

# JURAT

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 11 day of January, 2017 by Cathy Yanni, proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

_____
Signature                    (Seal)

J. NIXON
COMM # 2209191
NOTARY PUBLIC • CALIFORNIA
ALAMEDA COUNTY
Commission Expires August 7, 2021

---

## OPTIONAL INFORMATION

DESCRIPTION OF THE ATTACHED DOCUMENT

Affidavit of Cathy Yanni
(Title or description of attached document)

_____
(Title or description of attached document continued)

Number of Pages 1   Document Date 1/11/17

_____
Additional information

## INSTRUCTIONS

*The wording of all Jurats completed in California after January 1, 2015 must be in the form as set forth within this Jurat. There are no exceptions. If a Jurat to be completed does not follow this form, the notary must correct the verbiage by using a jurat stamp containing the correct wording or attaching a separate jurat form such as this one with does contain the proper wording. In addition, the notary must require an oath or affirmation from the document signer regarding the truthfulness of the contents of the document. The document must be signed AFTER the oath or affirmation. If the document was previously signed, it must be re-signed in front of the notary public during the jurat process.*

- ☒ State and county information must be the state and county where the document signer(s) personally appeared before the notary public.
- ☒ Date of notarization must be the date the signer(s) personally appeared which must also be the same date the jurat process is completed.
- ☒ Print the name(s) of the document signer(s) who personally appear at the time of notarization.
- ☒ Signature of the notary public must match the signature on file with the office of the county clerk.
- ☒ The notary seal impression must be clear and photographically reproducible. Impression must not cover text or lines. If seal impression smudges, re-seal if a sufficient area permits, otherwise complete a different jurat form.
  - ☒ Additional information is not required but could help to ensure this jurat is not misused or attached to a different document.
  - ☒ Indicate title or type of attached document, number of pages and date.
- ☒ Securely attach this document to the signed document with a staple.