UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | No. 1:17-md-2804 |
| | ) | Judge Dan A. Polster |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to the Court's Minute Entry (ECF No. 4), Paul J. Geller of Robbins Geller Rudman & Dowd LLP hereby enters his appearance as part of Plaintiffs' Executive Committee, approved by the Court on January 4, 2018 (ECF No. 37), and as counsel of record on behalf of Plaintiffs, County of Oakland, County of Wayne and City of Delray Beach, in the above-captioned action. Mr. Geller is registered for Electronic Case Filing in multiple federal courts. The undersigned respectfully requests service of all further notices, correspondence, filings and orders.

DATED: January 10, 2018

ROBBINS GELLER RUDMAN
 & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS

*/s/ Paul J. Geller*
PAUL J. GELLER

- 1 -

1348851_1

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG
MATTHEW S. MELAMED
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com

Attorneys for Plaintiffs County of Wayne and County of Oakland (E.D. Mich.) and Plaintiff City of Delray Beach (S.D. Fla.)

- 2 -

1348851_1