UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | No. 1:17-md-2804 |
| | | Judge Dan A. Polster |
| This Document Relates To:<br><br>ALL ACTIONS. | ) ) ) ) ) | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to the Court's Minute Entry (ECF No. 4), Mark J. Dearman of Robbins Geller Rudman & Dowd LLP hereby enters his appearance as counsel of record on behalf of Plaintiffs, County of Oakland, County of Wayne and City of Delray Beach, in the above-captioned action.  Mr. Dearman is registered for Electronic Case Filing in multiple federal courts.  The undersigned respectfully requests service of all further notices, correspondence, filings and orders.

DATED:  January 10, 2018　　　　　ROBBINS GELLER RUDMAN
　　　　　　　　　　　　　　　　　　　　& DOWD LLP
　　　　　　　　　　　　　　　　　PAUL J. GELLER
　　　　　　　　　　　　　　　　　MARK J. DEARMAN
　　　　　　　　　　　　　　　　　DOROTHY P. ANTULLIS

　　　　　　　　　　　　　　　　　　　*/s/ Mark J. Dearman*
　　　　　　　　　　　　　　　　　　　MARK J. DEARMAN

- 1 -

- 2 -

120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG
MATTHEW S. MELAMED
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone: 415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com

Attorneys for Plaintiffs County of Wayne and County of Oakland (E.D. Mich.) and Plaintiff City of Delray Beach (S.D. Fla.)

- 2 -