UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | No. 1:17-md-2804 |
| | ) | Judge Dan A. Polster |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to the Court's Minute Entry (ECF No. 4), Aelish Marie Baig of Robbins Geller Rudman & Dowd LLP hereby enters her appearance as counsel of record on behalf of Plaintiffs, County of Oakland, County of Wayne and City of Delray Beach ("Plaintiffs"), in the above-captioned action.  Mrs. Baig is registered for Electronic Case Filing in multiple federal courts.  The undersigned respectfully requests service of all further notices, correspondence, filings and orders.

DATED:  January 10, 2018                                         ROBBINS GELLER RUDMAN
                                                                              & DOWD LLP
                                                                         AELISH M. BAIG
                                                                         MATTHEW S. MELAMED


                                                                         /s/ Aelish M. Baig
                                                                _____
                                                                         AELISH M. BAIG

- 1 -

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

Attorneys for Plaintiffs County of Wayne and
County of Oakland (E.D. Mich.) and Plaintiff
City of Delray Beach (S.D. Fla.)

1348774_1