# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION** | **Case No.: 1:17-md-2804-DAP** <br><br> **JUDGE DAN AARON POLSTER** |

## ENTRY OF APPEARANCE

Sarah S. Burns of Simmons Hanly Conroy LLC hereby enters his appearance on behalf of the County of St. Louis, Missouri in connection with the above-styled cause of action.

Respectfully submitted,

SIMMONS HANLY CONROY LLC

By */s/ Sarah S. Burns*
Sarah S. Burns
One Court Street
Alton, IL 62002
Ph: (618) 259-2222
Fax:  (618) 259-2251

*Attorneys for* the County of St. Louis, Missouri

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 12, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Sarah S. Burns*
Sarah S. Burns