# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | Case No.: 1:17-md-2804-DAP<br><br>**JUDGE DAN AARON POLSTER** |

## ENTRY OF APPEARANCE

Jayne Conroy of Simmons Hanly Conroy LLC hereby enters hers appearance on behalf of the County of St. Louis, Missouri in connection with the above-styled cause of action.

Respectfully submitted,

SIMMONS HANLY CONROY LLC

By */s/ Jayne Conroy*
Jayne Conroy
112 Madison Avenue, 7th Floor
New York, NY 10016
Ph: 212-784-6400
Fax:212-213-5949

*Attorneys for* the County of St. Louis, Missouri

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 12, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Jayne Conroy.*
Jayne Conroy