UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | * |
|    NATIONAL PRESCRIPTION | *   CASE NO. 1:17-CV-2804 |
|    OPIATE LITIGATION | *   JUDGE POLSTER |

*******************************************

## NOTICE OF APPEARANCE

The Court and parties hereto will take notice that the following attorneys of the Dugan Law Firm, PLC, 365 Canal Place, Suite 1000, New Orleans, Louisiana 70130, telephone (504)648-0180, hereby enter their appearances as counsel of record for Plaintiffs, United Food and Commercial Workers Health and Welfare Fund of Ne. Pa. and Sheet Metal Workers Local No. 25 Health & Welfare Fund:

> James R. Dugan, II (LSBA# 24785)
> Douglas R. Plymale (LSBA# 28409)
> David S. Scalia (LSBA #21369)
> Bonnie A. Kendrick (LSBA #31806)
> Mekel Smith Alvarez (LSBA #22157)

It is respectfully requested that service of all further pleadings, notices, filings, papers etc. be made upon the attorneys listed.

Signature on Following Page

        */s/James R. Dugan, II*
        James R. Dugan, II (LSBA# 24785)
        Douglas R. Plymale (LSBA# 28409)
        David S. Scalia (LSBA #21369)
        Mekel Smith Alvarez (LSBA #22157)
        Bonnie A. Kendrick (LSBA #31806)
        **THE DUGAN LAW FIRM, APLC**
        One Canal Place
        365 Canal Street, Suite 1000
        New Orleans, LA 70130
        Telephone: (504) 648-0180
        Facsimile: (504) 648-0181
        Email: jdugan@dugan-lawfirm.com
        Email: dplymale@dugan-lawfirm.com
        Email: dscalia@dugan-lawfirm.com
        Email: bonnie@dugan-law.com
        Email: Mekel@dugan-lawfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 16, 2018 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, and served upon all CM/ECF participants therein.

        */s/James R. Dugan, II*
        James R. Dugan, II