# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-2804-DAP <br><br> JUDGE DAN AARON POLSTER |

## ENTRY OF APPEARANCE OF YVONNE M. FLAHERTY

**PLEASE TAKE NOTICE** that Yvonne M. Flaherty of Lockridge Grindal Nauen P.L.L.P. hereby enters an appearance as counsel for Plaintiffs Mower County, Minnesota; Ramsey County, Minnesota; Washington County, Minnesota; and The Leech Lake Band of Ojibwe in the above-referenced action.

Dated: January 18, 2018

**LOCKRIDGE GRINDAL NAUEN P.L.L.P.**

/s/ Yvonne M. Flaherty
Yvonne M. Flaherty
100 Washington Avenue South, Suite 2200
Minneapolis, MN 55401-2179
Telephone: (612) 339-6900
ymflaherty@locklaw.com
*Counsel for Plaintiffs Mower County, Minnesota; Ramsey County, Minnesota; Washington County, Minnesota and The Leech Lake Band of Ojibwe*

517685.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 18, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ Yvonne M. Flaherty
Yvonne M. Flaherty