**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) MDL Case No. 1:17-md-02804-DAP |
| **This document applies to:** | ) ) Member Case No. 1:18-op-45048-DAP |
| *The City of Columbus v. Purdue Pharma L.P., et al.* | ) ) Judge Dan Aaron Polster |
| _____ | ) ) ) |

**NOTICE OF APPEARANCE**

Pursuant to the Court's Minutes of Teleconference and Scheduling Order dated December 14, 2017 (Doc. 4 at 1), the attorneys listed below enter their appearances in the above-captioned action as counsel of record for Plaintiff The City of Columbus.  Each of the attorneys listed below respectfully requests that their names be added to the docket sheet(s) maintained by the Clerk of the Court, and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorneys at the following addresses as counsel of record for The City of Columbus:

>Michael H. Carpenter
>Timothy R. Bricker
>David J. Barthel
>Stephen E. (Ned) Dutton
>CARPENTER LIPPS & LELAND LLP
>280 Plaza, Suite 1300
>280 North High Street
>Columbus, OH  43215
>Telephone: (614) 365-4100
>Facsimile:  (614) 365-9145
>Email: carpenter@carpenterlipps.com
>           bricker@carpenterlipps.com
>           barthel@carpenterlipps.com
>           dutton@carpenterlipps.com

1

Jonathan M. Cyrluk
CARPENTER LIPPS & LELAND LLP
180 North Lasalle St., Suite 2105
Chicago, IL  60601
Telephone:  (312) 777-4300
Email:  cyrluk@carpenterlipps.com


DATED: January 19, 2018                    Respectfully submitted,

CITY OF COLUMBUS, DEPARTMENT OF LAW
ZACH KLEIN, CITY ATTORNEY

By:      s/Michael H. Carpenter
          Michael H. Carpenter (Trial Attorney)
          Timothy R. Bricker
          Jonathan M. Cyrluk
          David J. Barthel
          Stephen E. (Ned) Dutton
          CARPENTER LIPPS AND LELAND LLP
          280 Plaza, Suite 1300
          280 North High Street
          Columbus, OH 43215
          E-mail: carpenter@carpenterlipps.com
                    bricker@carpenterlipps.com
                    cyrluk@carpenterlipps.com
                    barthel@carpenterlipps.com
                    dutton@carpenterlipps.com

          Special Counsel for Plaintiff
          The City of Columbus

          Lara N. Baker-Morrish
          City Solicitor General
          Columbus City Attorney's Office
          375 South High Street, 7th Floor
          Columbus, Ohio 43215
          (614) 645-8081
          Email:  Lnbaker-morrish@columbus.gov

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on this 19th day of January, 2018, a copy of the foregoing was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of this to all parties who have entered an appearance of counsel by operation of the Court's CM/ECF system.   The parties may access this filing through the Court's CM/ECF system.

/s/ Michael H. Carpenter
Michael H. Carpenter

*One of the Attorneys for Plaintiff*
*The City of Columbus*