IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: National Prescription Opiate Litigation | Case No. 17-md-2804 <br><br> Hon. Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Devon P. Allard of The Miller Law Firm, P.C. hereby enters his appearance as counsel of record on behalf of Plaintiffs, County of Oakland and County of Wayne, in the above captioned matter.

Dated: January 9, 2018

Respectfully submitted,

*/s/ Devon P. Allard*
Devon P. Allard (MI Bar No. P717112)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
dpa@millerlawpc.com

IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In Re: National Prescription Opiate Litigation | Case No. 17-md-2804 |
| | Hon. Dan Aaron Polster |

I hereby certify that on January 9, 2018, the foregoing documents were filed electronically using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

**THE MILLER LAW FIRM, P.C.**

*/s/ Devon P. Allard*
Devon P. Allard (MI Bar No. P717112)
950 W. University Dr., Ste. 300
Rochester, Michigan 48307
Telephone: (248) 841-2200
dpa@millerlawpc.com