# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | Case No. 1:17-md-2804-DAP |
| This document applies to: ) City of Greenville, Alabama, ) Case No. 1:17-cv-00386-WC (M.D.Ala.) ) and Houston County, Alabama, ) Case No. 1:17-cv-00838-GMB (M.D. Ala.) ) | |

## NOTICE OF APPEARANCE

Rhon E. Jones of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C., hereby enters his appearance as counsel of record on behalf of Plaintiffs, City of Greenville, Alabama and Houston County, Alabama, in the above captioned matter.

Dated: January 19, 2018

/s/ *Rhon E. Jones*
Rhon E. Jones (AL Bar No. 7747E52R)
BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
P. O. Box 4160
Montgomery, AL 36103
Phone: (334) 269-2343
Fax: (334) 954-7555
Email: Rhon.Jones@BeasleyAllen.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 19, 2018, I electronically filed the foregoing NOTICE OF APPEARANCE using the Court's electronic filing system, which will notify all counsel of record authorized to receive such filings.

/s/ *Rhon E. Jones*
OF COUNSEL