## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO

IN RE: NATIONAL PRESCRIPTION                     CASE: 1:17-md-02804-DAP
OPIATE LITIGATION

                                                 JUDGE DAN A. POLSTER

                                     MAGISTRATE JUDGE DAVID A. RUIZ

### NOTICE OF APPEARANCE

Please take notice that Attorney S. Amy Spencer of Shaheen & Gordon, PA, 107 Storrs Street, P.O. Box 2703, Concord, NH 03302-2703, telephone number (603) 225-7262, hereby enters her appearance as counsel for Defendant Dr. Russell Portenoy ("Dr. Portenoy"). By filing this Notice of Appearance, the undersigned is specifically reserving Dr. Portenoy's right to assert any and all objections and defenses including those based on due process or personal jurisdiction considerations.

Respectfully submitted,

/s/ S. Amy Spencer
S. Amy Spencer (NH Bar #266617)
Shaheen & Gordon, PA
107 Storrs Street
P.O. Box 2703
Concord, NH 03302-2703
Telephone: (603) 255-7262
Facsimile: (603) 225-5112
Email: saspencer@shaheengordon.com

*Counsel for Defendant, Russell Portenoy, M.D.*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on January 19, 2018, I electronically filed the foregoing with the

Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of

record by operation of the Court's electronic filing system.

*/s/ S. Amy Spencer*
S. Amy Spencer
One of the Attorneys for Defendant
Russell Portenoy, M.D.
