**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) ) ) | **CASE NO. 1:17-MD-2804** **JUDGE POLSTER** **ORDER** |

In its Minute Order dated January 11, 2018 (docket no. 70), the Court "directed Attorney Tyler Tarney to bring Dr. Russell Portenoy" to the upcoming hearing on January 31, 2018. Having received a letter from Dr. Portenoy's counsel explaining hardship, the Court revokes that directive.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated: January 22, 2018**