UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE: 1:17-md-02804-DAP |
| | JUDGE DAN A. POLSTER |
| | MAGISTRATE JUDGE DAVID A. RUIZ |

NOTICE OF APPEARANCE

Please take notice that Attorney Christopher L. Coffin of Pendley, Baudin & Coffin, LLP, 1515 Poydras St., Suite 1400 New Orleans, LA 70112, telephone number (504) 355-0086 hereby enters his appearance as counsel for Plaintiffs, MSPA Claims 1, LLC, MAO-MSO Recovery II, LLC and MSP Recovery Claims, Series LLC, in the above-captioned matter.

Respectfully submitted,

*/s/ Christopher L. Coffin*
Christopher L. Coffin (LA Bar #27902)
Pendley, Baudin & Coffin, LLP
1515 Poydras St., Suite 1400
New Orleans, LA 70112
Phone: 504-355-0086
Fax: 504-523-0699
Email: ccoffin@pbclawfirm.com

Attorney for Plaintiffs, MSPA Claims 1, LLC, MAO-MSO Recovery II, LLC and MSP Recovery Claims, Series LLC

**CERTIFICATE OF SERVICE**

  I hereby certify that on January 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.  Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

                  */s/ Christopher L. Coffin*
                  Christopher L. Coffin