UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE: 1:17-md-02804-DAP<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ |

NOTICE OF APPEARANCE

Please take notice that Attorney Courtney L. Stidham of Pendley, Baudin & Coffin, LLP, 1515 Poydras St., Suite 1400 New Orleans, LA 70112, telephone number (504) 355-0086 hereby enters her appearance as counsel for Plaintiffs, MSPA Claims 1, LLC, MAO-MSO Recovery II, LLC and MSP Recovery Claims, Series LLC, in the above-captioned matter.

                                Respectfully submitted,

                                */s/ Courtney L. Stidham*
                                Courtney L. Stidham (LA Bar #27322)
                                Pendley, Baudin & Coffin, LLP
                                1515 Poydras St., Suite 1400
                                New Orleans, LA 70112
                                Phone: 504-355-0086
                                Fax: 504-523-0699
                                Email: cstidham@pbclawfirm.com

                                Attorney for Plaintiffs, MSPA Claims 1, LLC, MAO-MSO Recovery II, LLC and MSP Recovery Claims, Series LLC

**CERTIFICATE OF SERVICE**

I hereby certify that on January 23, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

>*/s/ Courtney L. Stidham*
>Courtney L. Stidham