## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) ) ) | **CASE NO. 1:17-MD-2804**<br><br>**JUDGE POLSTER**<br><br>**ORDER** |

In its Minute Order dated January 11, 2018 (docket no. 70), the Court scheduled a conference for Wednesday, January 31, 2018, and stated "[t]he morning will be devoted solely to an exchange of information, and the afternoon will be devoted to preliminary settlement discussions."

The Court enters this additional Order to make clear that the entire conference – both morning and afternoon – is directed at settlement, with only invited attendees, and therefore is not open to the public.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated: January 24, 2018**