-1-

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 DAP<br><br>Judge Dan A. Polster<br>Magistrate Judge David A. Ruiz |

## NOTICE OF APPEARANCE

Please enter the appearance of Jennifer Fountain Connolly of Hagens Berman Sobol Shapiro LLP on behalf of Plaintiff City of Seattle, in the above-captioned action.

DATED this 23 day of January, 2018

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s / *Jennifer Fountain Connolly*
       Jennifer Fountain Connolly
**HAGENS BERMAN SOBOL SHAPIRO LLP**
1701 Pennsylvania Ave. NW, Suite 200
Washington, D.C. 20006
Telephone: (202) 248-5403
Facsimile: (202) 580-6559
Email: jenniferc@hbsslaw.com

-1-