IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION,** | **CASE NO.   1:17-MD-2804-DAP** |
| **THIS DOCUMENT RELATES TO:,** | **JUDGE DAN AARON POLSTER** |
| **ALL CASES.** | <u>**NOTICE OF APPEARANCE FOR PURDUE PHARMA, L.P.**</u> |

    Attorney Donald S. Scherzer hereby enters his appearance in this action as additional counsel for Defendant, Purdue Pharma, L.P.  Attorney Scherzer is registered for Electronic Case Filing in multiple federal district courts.

    Respectfully submitted,

/s/ Donald S. Scherzer
Donald S. Scherzer (0022315)
Roetzel & Andress, LPA
One Cleveland Center, 10th Floor
1375 East Ninth Street
Cleveland, OH  44114
Telephone:  216.615.7418
Facsimile:  216.623.0134
Email:  dscherzer@ralaw.com

*Attorneys for Defendants, Purdue Pharma, L.P.*

12215781 _1 138038.0001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon all parties so registered via the Court's electronic filing system this 24th day of January, 2018:

>/s/ Donald S. Scherzer
Donald S. Scherzer (0022315)
*Attorneys for Defendants, Purdue Pharma, L.P.*

12215781 _1 138038.0001