# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | MDL No. 2804<br><br>Case No. 1:17-cv-2804<br><br>Hon. Dan A. Polster |

## McKESSON CORPORATION'S MOTION
## TO SUBSTITUTE CO-LIAISON COUNSEL

Defendant McKesson Corporation respectfully moves to substitute Geoffrey E. Hobart for Ralph E. Cascarilla as one of the Distributor Defendants' Co-Liaison Counsel. McKesson has recently learned that Mr. Cascarilla has a conflict that will prevent him from serving as Co-Liaison Counsel. Each of the other members of the Distributors Defendants' Steering Committee has consented to this motion. Mr. Hobart's contact information is:

> Geoffrey E. Hobart
> Covington & Burling LLP
> One CityCenter
> 850 Tenth Street, N.W.
> Washington, D.C. 20001-4956
> Office:  (202) 662-5281
> Cell:  (202) 679-7130
> ghobart@cov.com

Mr. Hobart's assistant is:

> Ms. Melody Volkman
> (202) 662-6040

DATED:  January 24, 2018            Respectfully submitted,

                                    By     /s/ Mark H. Lynch

                                    Mark H. Lynch
                                    Covington & Burling LLP
                                    One CityCenter
                                    850 Tenth Street NW
                                    Washington, DC  20001-4956
                                    (202) 662-5544
                                    mlynch@cov.com

                                    *Attorney for Distributor Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that, this 24th day of January, 2018, I electronically filed a copy of the above and foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

                                                          /s/ Megan Rodgers