UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>**JUDGE POLSTER**<br><br>**ORDER** |

In its Minute Order dated January 11, 2018, the Court scheduled a conference for Wednesday, January 31, 2018, and stated "it would invite representation from both State Attorney General groups, i.e., those who have filed cases in state court and those who have not. These invitations have been extended."  (Doc #: 70 at 2.)

The Court enters this additional Order to make clear as follows: (1) any State Attorney General ("AG") who wishes to attend the conference, or representatives whom the AG chooses, are welcome; (2) the Court asks all such AGs or representatives to notify the Court that they intend to appear; and (3) the Court recognizes it has no jurisdiction over (i) the AGs or their representatives, (ii) the State cases they have filed, or (iii) any civil investigations, but invites their participation because it is essential if there is to be any resolution.  State AGs should <u>not</u> feel compelled to attend the January 31 Conference because it is the first of numerous opportunities they will have to provide input in the Court's effort to resolve this matter.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated: January 24, 2018**