# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 DAP<br><br>Judge Dan A. Polster<br>Magistrate Judge David A. Ruiz |

## NOTICE OF APPEARANCE

Please enter the appearance of Ben Michael Harrington of Hagens Berman Sobol Shapiro LLP on behalf of Plaintiff City of Seattle, in the above-captioned action.

DATED this 24th day of January, 2018

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: /s / Ben Michael Harrington
    Ben Michael Harrington
**HAGENS BERMAN SOBOL SHAPIRO LLP**
715 Heart Ave, Suite 202
Berkeley, CA 94710
Telephone: (510) 725-3000
Facsimile: (510) 725-3001
Email: benh@hbsslaw.com

-1-