**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION**

| | |
|---|---|
| **IN RE:**  National Prescription Opiate Litigation | (  MDL No. 2804<br>(<br>(  *Cabell Cnty. Comm. v. AmerisourceBergen*<br>(      *Drug Corp., et al.*, No. 3:17:01665;<br>(  *Kanawha Cnty. Comm. v. Rite Aid of*<br>(      *Maryland, Inc., et al.*, No. 2:17-01666;<br>(  *Logan Cnty. Comm. v. Cardinal Health, Inc.*<br>(      *et. al.*, No. 2:17-02296;<br>(  *Wayne Cnty. Comm. v. AmerisourceBergen*<br>(      *Drug Corp., et al.*, No. 3:17-01962;<br>(  *Boone Cnty. Comm. v. AmerisourceBergen*<br>(      *Drug Corp., et al.*, No. 2:17-02028; and<br>(  *Fayette Cnty. Comm. v. Cardinal Health, Inc.*<br>(      *et. al.*, No. 2:17-01957 |

**NOTICE OF WITHDRAWAL**

Now comes Jessie F. Reckart, Esq., of Bowles Rice, LLP, and notifies this Court and all interested parties that, effective this date, she hereby withdraws from representation of Defendants Walgreen Eastern Co., Inc., Kroger Limited Partnership I, Kroger Limited Partnership II, and SAJ Distributors (the "WKS Defendants") in the above-captioned cases.  Gerard R. Stowers, Ronda L. Harvey, and Fazal A. Shere, of Bowles Rice, LLP, are already counsel of record for the WKS Defendants in this matter, and they shall continue to represent the WKS Defendants in this proceeding.  Effective the date of this Notice, please direct all pleadings, correspondence, and other papers pertaining to these matters to Mr. Stowers, Ms. Harvey, and Mr. Shere.

/s/ Ronda L. Harvey
Gerard R. Stowers (WVSB # 3633)
Ronda L. Harvey (WVSB # 6326)
Fazal A. Shere (WVSB # 5433)
**Bowles Rice LLP**
600 Quarrier Street (25301)
Post Office Box 1386
Charleston, West Virginia  25325-1386
gstowers@bowlesrice.com
***Counsel for Walgreen Eastern Co., Inc.
Kroger Limited Partnership I
Kroger Limited Partnership II
SAJ Distributors***

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

| | |
|---|---|
| **IN RE:** National Prescription Opiate Litigation | ( MDL No. 2804<br>(<br>( *Cabell Cnty. Comm. v. AmerisourceBergen*<br>(     *Drug Corp., et al.*, No. 3:17:01665;<br>( *Kanawha Cnty. Comm. v. Rite Aid of*<br>(     *Maryland, Inc., et al.*, No. 2:17-01666;<br>( *Logan Cnty. Comm. v. Cardinal Health, Inc.*<br>(     *et. al.*, No. 2:17-02296;<br>( *Wayne Cnty. Comm. v. AmerisourceBergen*<br>(     *Drug Corp., et al.*, No. 3:17-01962;<br>( *Boone Cnty. Comm. v. AmerisourceBergen*<br>(     *Drug Corp., et al.*, No. 2:17-02028; and<br>( *Fayette Cnty. Comm. v. Cardinal Health, Inc.*<br>     *et. al.*, No. 2:17-01957 |

**PROOF OF SERVICE**

I hereby certify that on January 25, 2018, a copy of the foregoing **Notice of Withdrawal** and **Proof of Service** on behalf of **Walgreen Eastern Co., Inc., Kroger Limited Partnership I, Kroger Limited Partnership II and SAJ Distributors** were filed with the Court via the Multidistrict Litigation CM/ECF system, which provides electronic service notification to all counsel of record, registered as CM/ECF users.

Respectfully submitted,

/s/ Ronda L. Harvey
Ronda L. Harvey (WVSB # 6326)
Bowles Rice LLP
600 Quarrier Street (25301)
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304) 347-1100
rharvey@bowlesrice.com

2

9571830.1