# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## ENTRY OF APPEARANCE OF TARA D. SUTTON

**PLEASE TAKE NOTICE** that Tara D. Sutton of Robins Kaplan LLP hereby enters an appearance as counsel for Plaintiffs, Flandreau Santee Sioux Tribe, Rosebud Sioux Tribe and Sisseton-Wahpeton Oyate in the above-referenced action.

Dated:  January 26, 2018                **ROBINS KAPLAN LLP**

/s/  Tara D. Sutton
Tara D. Sutton
800 LaSalle Avenue
Suite 2800
Minneapolis, MN  55402
T: 612 349 8500
F: 612 339 4181
Email: TSutton@RobinsKaplan.com
***Counsel for Plaintiffs Flandreau Santee Sioux Tribe, Rosebud Sioux Tribe and Sisseton-Wahpeton Oyate***

88696486.1

**CERTIFICATE OF SERVICE**

The undersigned certifies that on January 26, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's EM/ECF filing system on all attorneys of record.

By _/s/ Tara D. Sutton_