# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

## THE PARTIES' JOINT PROPOSED AGENDA FOR
## JANUARY 31, 2018 HEARING – MORNING SESSION

Pursuant to the Court's January 11, 2018, Minute Order, the Parties respectfully submit the following joint proposed agenda for the morning session of the January 31, 2018 Hearing:

1. **Introductions – 9:00 am to 9:15 am**

    (a) Special Masters Francis McGovern, Cathy Yanni, and David Cohen

    (b) Parties:

        (i) Plaintiffs' Leadership Counsel and client representatives

        (ii) Defendants' Leadership Counsel and client representatives

    (c) Non-Parties: Representatives of other groups invited to participate and who choose to attend, such as State Attorneys General, DEA, FDA, insurance companies, and others.

2. **Discussion of Preliminary Matters (confidentiality, etc.) – 9:15 am – 9:25 am**

3. **Plaintiffs' Presentation – 9:25 am to 10:40 am[1]**

    (a) Dr. Aaron Kesselheim

    (b) Dr. Anna Lembke

    (c) Dr. Andrew Kolodny

    (d) Joseph T. Rannazzisi

---

[1] Each will speak for approximately 15 minutes. Plaintiffs' Leadership will supply bios as soon as possible.

4.   Other Group Representatives (AGs, DEA, FDA, Insurers) – 10:40 am – 11:00 am

Break 11:00 am – 11:15 am

5.   Defendants' Presentation – 11:15 am to 12:30 pm[2]

(d)   Manufacturer Defendants' presentation: Mark Cheffo, Esq. (Quinn Emanuel)

(e)   Distributor Defendants' presentation: Lane Heard, Esq. (Williams & Connolly)

DATED: January 26, 2018                Respectfully submitted,

*/s/ Carole S. Rendon*
/s/ Carole S. Rendon
Carole S. Rendon (0070345) Trial Attorney
**BAKER & HOSTETLER, LLP**
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 696-0740
crendon@bakerlaw.com

*Co-Liasion Counsel for the Manufacturer Defendants*


*/s/ Enu Mainigi*
Enu Mainigi
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005
(202) 434-5000
emainigi@wc.com

*Co-Liaison Counsel for Distributor Defendants*

---

[2] Defendants intend to split their time approximately as follows: Manufacturer Defendants – 45 minutes; Distributor Defendants – 30 minutes. The Manufacturer Defendants reserve the right to present additional speakers with knowledge of the industry. The Manufacturer Defendants will provide the names of those individuals, if any, by close of business on Monday. The Physician Defendants do not plan to make a formal presentation.

2

*/s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
(216) 696-3232
(216) 696-3924
pweinberger@spanglaw.com

*Co-Liaison Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 26th day of January, 2018, I electronically filed a copy of the above and foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

/s/ *Carole S. Rendon*