# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) |
| | ) |
| **NATIONAL PRESCRIPTION** | ) CASE NO. 1:17-MD-2804-DAP |
| **OPIATE LITIGATION** | ) |
| | ) JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Bruce B. Elfvin, Esquire, hereby enters his appearance as counsel for:

Ohio Conference of Teamsters & Industry Health and Welfare Fund, third-party payors, in the above-captioned action as well as the appearance of the following lawyers in this multidistrict litigation on behalf of said additional parties:

Cyrus Mehri
Steve Skalet
U.W. Clemon
Jay Angoff
MEHRI & SKALET, PLLC
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
PH: 202-822-5100
FAX: 202-822-4997
cmehri@findjustice.com
sskalet@findjustice.com
uwclemon@findjustice.com
jangoff@findjustice.com

Neil L. Henrichsen
Helen H. Albee
Chris Moser
HENRICHSEN SIEGEL, PLLC
301 W Bay Street, Suite 1400
Jacksonville, FL 32202
PH: 904-381-8183
FAX: 904-212-2800
nhenrichsen@hslawyers.com

Wayne Hogan
Leslie Goller
TERRELL HOGAN
233 E Bay Street, Suite 80
Jacksonville, FL 32202
PH: 904-722-2228
FAX: 904-632-2027
Hogan@terrellhogan.com
Lgoller@terrellhogan.com

Michael J. Del Giudice
CICCARELLO, DEL GUIDUICE & LaFON
1219 Virginia St., E.-Suite 100
Charleston, WV 25301
PH: 304-343-4440
FAX: 304-343-4464
mikedel@cdlwv.com

Michael Goodstein
Hunsucker Goodstein, PC
5335 Wisconsin Ave. NW, Suite 410
Washington, DC 20015

1

halbee@hslawyers.com
cmoser@hslawyers.com
Dated: January 26, 2018

PH: 202-895-5380
mgoodstein@hgnlaw.com

Respectfully submitted,

*/s/ Bruce B. Elfvin* .
Bruce B. Elfvin
Oh. Sup. Ct. 0015694
ELFVIN, KLINGSHIRN, ROYER &
TORCH, LLC
4700 Rockside Road, Ste 530
Cleveland, OH 44131
PH: 216-382-2500
FAX: 216-381-0250
bruce@ekrtlaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on January 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system , which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ Bruce B. Elfvin*
Bruce B. Elfvin