IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | MDL No. 2804 |
| | | Case No. 17-md-02804 |
| THIS DOCUMENT RELATES TO: | | Judge Dan Aaron Polster |
| City of Detroit v. Purdue Pharma L.P., et al. 1:18-op-45084 | ) ) | |
| City of Escanaba v. Purdue Pharma L.P., et al. 1:18-op-45068 | ) ) | |
| City of Lansing v. Purdue Pharma L.P., et al. 1:18-op-45054 | ) ) | |
| County of Chippewa v. Purdue Pharma L.P., et al. 1:18-op-45066 | ) ) | |
| County of Crawford v. Purdue Pharma L.P., et al. 1:18-op-45105 | ) ) | |
| County of Delta v. Purdue Pharma L.P., et al. 1:18-op-45067 | ) ) | |
| County of Genesee v. Purdue Pharma L.P., et al. 1:18-op-45083 | ) ) | |
| County of Grand Traverse v. Purdue Pharma L.P. et al. 1:18-op-45056 | ) ) | |
| County of Leelenau v. Purdue Pharma L.P., et al. 1:18-op-45111 | ) ) | |
| County of Macomb v. Purdue Pharma L.P., et al. 1:18-op-45085 | ) ) | |
| County of Manistee v. Purdue Pharma L.P., et al. 1:18-op-45113 | ) ) | |
| County of Marquette v. Purdue Pharma L.P., et al. 1:18-op-45104 | ) ) | |
| County of Mason v. Purdue Pharma L.P., et al. 1:18-op-45112 | ) ) | |
| County of Roscommon v. Purdue Pharma L.P., et al. 1:18-op-45102 | ) ) | |
| County of Saginaw v. Purdue Pharma L.P., et al. 1:18-op-45082 | ) ) | |

NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Ellen Relkin of Weitz & Luxenberg, P.C. hereby appears on behalf of Plaintiffs City of Detroit, City of Escanaba, City of Lansing, County of Chippewa, County of Crawford, County of Delta, County of Genesee, County of Grand Traverse, County of Leelenau, County of Macomb, County of Manistee, County of Marquette, County of Mason, Count of Roscommon and County of Saginaw.

Dated: January 26, 2018

Respectfully submitted,

By: /s/ Ellen Relkin
Ellen Relkin (ER-9536)
Weitz & Luxenberg, P.C.
700 Broadway
New York, NY  10003
(212) 558-5500
(212) 344-5461 – Fax
erelkin@weitzlux.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 26, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's EM/ECF filing system on all attorneys of record.

/s/ Ellen Relkin