# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## ENTRY OF APPEARANCE OF TIMOTHY Q. PURDON

**PLEASE TAKE NOTICE** that Timothy Q. Purdon of Robins Kaplan LLP hereby enters an appearance as counsel for Plaintiffs, Flandreau Santee Sioux Tribe, Rosebud Sioux Tribe and Sisseton-Wahpeton Oyate in the above-referenced action.

Dated:  January 26, 2018                **ROBINS KAPLAN LLP**

/s/  Timothy Q. Purdon
Timothy Q. Purdon
1207 West Divide Avenue, Suite 200
Bismarck, ND 58503
T: 701 255-3000
F: 612 339 4181
Email: TPurdon@RobinsKaplan.com
*Counsel for Plaintiffs Flandreau Santee Sioux Tribe, Rosebud Sioux Tribe and Sisseton-Wahpeton Oyate*

88696501.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 26, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's EM/ECF filing system on all attorneys of record.

/s/   Timothy Q. Purdon
Timothy Q. Purdon