IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

### ENTRY OF APPEARANCE OF HOLLY H. DOLEJSI

**PLEASE TAKE NOTICE** that Holly H. Dolejsi of Robins Kaplan LLP hereby enters an appearance as counsel for Plaintiffs, Flandreau Santee Sioux Tribe, Rosebud Sioux Tribe and Sisseton-Wahpeton Oyate in the above-referenced action.

| | |
|---|---|
| Dated:  January 26, 2018 | **ROBINS KAPLAN LLP**<br><br>*/s/  Holly H. Dolejsi*<br>Holly H. Dolejsi<br>800 LaSalle Avenue<br>Suite 2800<br>Minneapolis, MN  55402<br>T: 612 349 8500<br>F: 612 339 4181<br>Email: HDolejsi@RobinsKaplan.com<br>***Counsel for Plaintiffs Flandreau Santee Sioux Tribe, Rosebud Sioux Tribe and Sisseton-Wahpeton Oyate*** |

88700668.1

## CERTIFICATE OF SERVICE

The undersigned certifies that on January 26, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's EM/ECF filing system on all attorneys of record.

By  /s/  Holly H. Dolejsi

88700668.1