# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION : Case No. 1:17-MD-2804-DAP
OPIATE LITIGATION :
 : Judge Polster
 :

## MOTION OF DEFENDANT CARDINAL HEALTH, INC. FOR ADMISSION *PRO HAC VICE* OF JENNIFER G. WICHT

Defendant Cardinal Health, Inc. ("Cardinal"), through undersigned counsel, moves this Court, pursuant to Local Rule 83.5(h), for the *pro hac vice* admission of Jennifer G. Wicht, so that she may appear and participate in *In re National Prescription Opiate Litigation*, MDL No. 2804.  As set forth in the Affidavit of Jennifer G. Wicht, Ms. Wicht is a member in good standing of the state and federal courts to which she is admitted.  Further, Ms. Wicht has reviewed and agrees to be bound by the Local Rules of the United States District Court for the Northern District of Ohio and orders of this Court.  Additional facts supporting this motion are set forth in the attached Affidavit of Jennifer G. Wicht, which is incorporated by reference.

Pursuant to Local Rule 83.5(h), undersigned counsel has paid the admission fee.

Respectfully submitted,

**/s/ Joseph F. Murray**
Joseph F. Murray (0063373)
James B. Hadden (0059315)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murray@mmmb.com
        hadden@mmmb.com

*Attorneys for Defendant Cardinal
Health, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2018, the foregoing was filed using the

CM/ECF system, which will automatically provide notification of such filing to the

attorneys of record at their email addresses on file with the Court

**/s/ Joseph F. Murray**
Joseph F. Murray (0063373)

2