IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : : : | Case No. 1:17-MD-2804-DAP<br><br>Judge Polster |

## AFFIDAVIT OF JENNIFER G. WICHT IN SUPPORT OF MOTION FOR ADMISSION *PRO HAC VICE*

DISTRICT OF COLUMBIA : ss

Jennifer G. Wicht, being duly sworn, deposes and states as follows:

1. The facts stated in this affidavit are within my personal knowledge and are true and correct. I am over 18 years of age, have never been convicted of a felony, and am competent to make this affidavit.

2. I am an attorney who practices at the law firm of Williams & Connolly LLP in the District of Columbia. My business address is 725 Twelfth Street, N.W., Washington, DC 20005. My telephone number is 202.434.5331. My facsimile number is 202.434.5029. My email address is jwicht@wc.com.

3. I submit this affidavit in support of the motion of Defendant Cardinal Health, Inc. for my admission to appear *pro hac vice* before this court in *In re National Prescription Opiate Litigation*, MDL No. 2804. I seek this admission so that I may appear on behalf of Defendant Cardinal Health, Inc. only for purposes of this MDL.

4. I am a member in good standing of the District of Columbia Bar, as attested by the accompanying certificate, attached hereto. I was admitted to practice by the highest court of the District of Columbia on May 11, 2001, and my bar number is 472541.

5. I am a member in good standing of the Bar of the Commonwealth of Massachusetts. I was admitted to practice by the highest court of Massachusetts on February 10, 1999, and my bar number is 640062.

6. I have also been admitted to practice before and am a member in good standing of the bars of the following federal courts:

- U.S. District Court for the District of Columbia (Apr. 8, 2002)
- U.S. District Court for the Eastern District of Michigan (Oct. 7, 2008)
- U.S. Court of Appeals, 11th Circuit (Sept. 15, 2003)
- U.S. Court of Appeals, 3rd Circuit (Jan. 27, 2014)
- U.S. Court of Appeals, 1st Circuit (May 24, 2012)

7. I am a member in good standing in all jurisdictions in which I am licensed to practice and have never been disciplined or subject to any disciplinary proceedings.

8. I have never been disbarred or suspended from practice before any court, department, bureau, or commission of any State or the United States, nor have I ever received any reprimand from any such court, department, bureau, or commission pertaining to conduct or fitness as a member of the bar.

9. I have a copy of the Local Rules of this Court and agree to abide by all rules and procedures contained therein, as well as all orders of this Court.

Further affiant sayeth naught.

_____
Jennifer G. Wicht

Sworn to and subscribed before me this 29th day of January, 2018.

KEITH N. SCIARILLO
NOTARY PUBLIC DISTRICT OF COLUMBIA
My Commission Expires May 31, 2021

_____
Notary Public

2



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Jennifer G Wicht*

was duly qualified and admitted on **May 11, 2001** as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on January 26, 2018.

JULIO A. CASTILLO
Clerk of the Court

Issued By: District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.