**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : : | Case No. 1:17-MD-2804-DAP<br><br>Judge Polster |

## ORDER GRANTING MOTION OF DEFENDANT CARDINAL HEALTH, INC. FOR ADMISSION *PRO HAC VICE* OF JENNIFER G. WICHT

Upon the motion of Defendant Cardinal Health, Inc. for Admission *Pro Hac Vice* of Jennifer G. Wicht, and the Affidavit of Jennifer G. Wicht in support,

**IT IS HEREBY ORDERED** that Jennifer G. Wicht is admitted to practice *pro hac vice* as counsel for Defendant Cardinal Health, Inc. in the above-captioned case.

_____
UNITED STATES DISTRICT JUDGE