# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO. 1:17-MD-2804 <br> ) <br> ) JUDGE POLSTER <br> ) <br> ) |

## NOTICE OF APPEARANCE

Attorneys John Robinson and Steve Zakrzewski of the law firm Gordon & Rees LLP hereby gives notice to this Court and to all parties that they enter their appearance as counsel of record for Defendants Perry Fine, M.D., Scott Fishman, M.D. and Lynn Webster, M.D.

Respectfully submitted,

*/s/ John Robinson*
John Robinson (CT 410162)
Steven Zakrzewski (CT 433065)
**Gordon & Rees LLP**
95 Glastonbury Boulevard, Suite 206
Glastonbury, CT 06033
Phone: (860) 278-7448
Fax: (860) 560-0185
Email: jrobinson@grsm.com
　　　　szakrzewski@grsm.com
*Attorneys for Defendants Perry Fine, M.D., Scott Fishman, M.D. and Lynn Webster, M.D.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that the foregoing was electronically filed with the U.S. District Court, Northern District of Ohio, Eastern Division, on January 30, 2018, and served upon counsel of record and all other parties who have appeared in this matter and registered with ECF via the court's electronic filing system.

                                        */s/ John Robinson*
                                        John Robinson (CT 410162)