**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:

NATIONAL PRESCRIPTION ) CASE NO. 1:17-MD-2804-DAP
OPIATE LITIGATION )
) JUDGE DAN AARON POLSTER

**NOTICE OF APPEARANCE**

Please take notice that the undersigned, Helen H. Albee, Esquire, hereby enters her appearance as counsel for Teamsters Local #348 Health & Welfare Fund, third-party payors, in the above-captioned action as well as the appearance of the following lawyers on behalf of said parties:

Cyrus Mehri
Steve Skalet
U.W. Clemon
Jay Angoff
MEHRI & SKALET, PLLC
1250 Connecticut Ave. NW, Suite 300
Washington, DC 20036
PH: 202-822-5100
FAX: 202-822-4997
cmehri@findjustice.com
sskalet@findjustice.com
uwclemon@findjustice.com
jangoff@findjustice.com

Neil L. Henrichsen
Helen H. Albee
Chris Moser
HENRICHSEN SIEGEL, PLLC
301 W Bay Street, Suite 1400
Jacksonville, FL 32202
PH: 904-381-8183
FAX: 904-212-2800
nhenrichsen@hslawyers.com
halbee@hslawyers.com
cmoser@hslawyers.com

Wayne Hogan
Leslie Goller
TERRELL HOGAN
233 E Bay Street, Suite 80
Jacksonville, FL 32202
PH: 904-722-2228
FAX: 904-632-2027
Hogan@terrellhogan.com
Lgoller@terrellhogan.com

Michael J. Del Giudice
CICCARELLO, DEL GUIDUICE &
LaFON
1219 Virginia St., E.-Suite 100
Charleston, WV 25301
PH: 304-343-4440
FAX: 304-343-4464
mikedel@cdlwv.com

Michael Goodstein
Hunsucker Goodstein, PC
5335 Wisconsin Ave. NW, Suite 410
Washington, DC 20015
PH: 202-895-5380
mgoodstein@hgnlaw.com

Dated: January 31, 2018

Respectfully submitted,

/s/ Helen H. Albee
Helen H. Albee
HENRICHSEN SIEGEL, P.L.L.C.
301 W. Bay St., 14th Floor
Jacksonville, FL  32202
904-381-8183
halbee@hslawyers.com

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system , which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Helen H. Albee
Helen H. Albee