# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **In Re: National Prescription Opiate Litigation** | )<br>)<br>) |
| **AMERICAN FEDERATION OF STATE, COUNTY AND MUNICIPAL EMPLOYEES DISTRICT COUNCIL 37 HEALTH & SECURITY PLAN**, individually and on behalf of all those similarly situated, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) CASE NO. 1:17-md-02804<br>)            1:17-cv-2585<br>)<br>) JUDGE DAN AARON POLSTER |
|                 **Plaintiff,** | )<br>) **MOTION TO WITHDRAW** |
| **v.** | )<br>) |
| **PURDUE PHARMA L.P., et al.** | )<br>) |
|                 **Defendants.** | ) |

Under Local Rule 83.9, Christian Grostic hereby moves to withdraw as counsel for plaintiff American Federation of State, County and Municipal Employees District Council 37 Health & Security Plan and all others similarly situated. Mr. Grostic will be joining the Office of the Federal Public Defender for the Northern District of Ohio, which precludes the private practice of law. Plaintiffs will continue to be represented by the other attorneys that have appeared on their behalf.

                                                          Respectfully submitted,

                                                         /s/ Christian J. Grostic
                                                      Christian J. Grostic (0084734)
                                                      Kushner, Hamed & Grostic Co., LPA

>1375 East Ninth Street, Suite 1930
>Cleveland, OH 44114
>216-696-6700/ 216-696-6772 (Fax)
>cgrostic@kushnerhamed.com
>
>*Attorney for Plaintiffs*

## CERTIFICATE OF SERVICE

A copy of the foregoing *Motion to Withdraw* was filed electronically this 1st day of February, 2018.  Notice of this filing will be sent to all parties by operation of the Court's Electronic filing system.  Parties may access this filing through the Court's system. Additionally, a copy of the foregoing was sent via U.S. mail to:

>American Federation of State, County and Municipal Employees
>District Council 37 Health & Security Plan
>125 Barclay St.
>New York, NY 10007

>  /s/ Christian J. Grostic
>*Attorney for Plaintiffs*

2