UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                          MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −6)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 237 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 01, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

## SCHEDULE CTO−6 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 18−00010 | Baldwin County, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALS | 1 | 18−00016 | Mobile County Emergency Medical Services System Rescue Squad, Inc. v. Actavis, LLC et al |
| ARKANSAS EASTERN | | | |
| ARE | 5 | 18−00010 | Drew Memorial Hospital Inc v. Purdue Pharma LP et al |
| ILLINOIS CENTRAL | | | |
| ILC | 1 | 18−01022 | People of the State of Illinois et al v. AmerisourceBergen Drug Corporation et al |
| INDIANA SOUTHERN | | | |
| INS | 1 | 18−00123 | CITY OF ALEXANDRIA, et al v. PURDUE PHARMA L.P. et al |
| KENTUCKY EASTERN | | | |
| ~~KYE~~ | ~~7~~ | ~~18−00006~~ | ~~Knott v. Purdue Pharma L.P. et al~~ |
| LOUISIANA WESTERN | | | |
| LAW | 2 | 18−00053 | Craft v. Purdue Pharma L P et al |
| LAW | 2 | 18−00055 | Hebert v. Purdue Pharma L P et al |
| LAW | 5 | 18−00054 | Richardson v. Purdue Pharma L P et al |
| MISSISSIPPI SOUTHERN | | | |
| MSS | 2 | 18−00009 | Forrest County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| NEW YORK SOUTHERN | | | |

| | | | |
|---|---|---|---|
| NYS | 1 | 18−00336 | Teamster Local 237 Retirees' Benefit Fund, et al v. Purdue Pharma L.P., et al |

### NORTH CAROLINA WESTERN

| | | | |
|---|---|---|---|
| NCW | 5 | 18−00007 | Catawba County North Carolina v. AmerisourceBergen Drug Corporation et al |

### OHIO SOUTHERN

| | | | |
|---|---|---|---|
| ~~OHS~~ | ~~2~~ | ~~18−00037~~ | ~~Jefferson County, Ohio v. Purdue Pharma L.P. et al~~ |
| OHS | 2 | 18−00040 | Muskingum County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |

### SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 4 | 18−00115 | Marion County South Carolina v. Amerisourcebergen Drug Corporation et al |

### TENNESSEE EASTERN

| | | | |
|---|---|---|---|
| TNE | 2 | 18−00010 | Hancock County v. Amerisourcebergen Drug Corporation et al (TV2) |

### TEXAS NORTHERN

| | | | |
|---|---|---|---|
| TXN | 1 | 18−00003 | County of Jones v. Purdue Pharma LP et al |
| TXN | 1 | 18−00004 | County of Throckmorton v. Purdue Pharma LP et al |

### WEST VIRGINIA NORTHERN

| | | | |
|---|---|---|---|
| ~~WVN~~ | ~~5~~ | ~~18−00009~~ | ~~Brooke County Commission v. Purdue Pharma L.P. et al~~ |
| ~~WVN~~ | ~~5~~ | ~~18−00010~~ | ~~Hancock County Commission v. Purdue Pharma L.P. et al~~ |
| ~~WVN~~ | ~~5~~ | ~~18−00011~~ | ~~Harrison County Commission v. Purdue Pharma L.P. et al~~ |
| ~~WVN~~ | ~~5~~ | ~~18−00012~~ | ~~Lewis County Commission v. Purdue Pharma L.P. et al~~ |
| ~~WVN~~ | ~~5~~ | ~~18−00013~~ | ~~Marshall County Commission v. Purdue Pharma L.P. et al~~ |
| ~~WVN~~ | ~~5~~ | ~~18−00014~~ | ~~Ohio County Commission v. Purdue Pharma L.P. et al~~ |
| ~~WVN~~ | ~~5~~ | ~~18−00015~~ | ~~Tyler County Commission v. Purdue Pharma L.P. et al~~ |
| ~~WVN~~ | ~~5~~ | ~~18−00016~~ | ~~Wetzel County Commission v. Purdue Pharma L.P. et al~~ |