UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>)<br>)<br>This document applies to All Cases. )<br>)<br>) | CASE NO.  1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER<br><br>**MINUTES OF 1-31-18 SETTLEMENT CONFERENCE**<br>and<br>**SCHEDULING ORDER** |

The Court held a productive Settlement Conference on January 31, 2018.  As a result of numerous meetings and meaningful discussions with all attendees, the Court has decided to continue settlement discussions covering both economic and non-economic issues.  To that end, Plaintiffs' counsel shall select 6 attorneys to represent Plaintiffs in settlement negotiations, Defendants' counsel shall select 6 attorneys to represent Defendants in settlement negotiations, and they shall both notify the Court of selected counsel no later than 4:00 p.m. on Tuesday, February 6, 2018.  The Insurers may, if they wish, add one or two members to Defendants' negotiating team.

Because the Attorneys General are not subject to the jurisdiction of this court, the structure of the negotiation process will, by necessity, reflect the reality of their voluntary participation.  The Court is requesting the formation of a committee of the opioid multistate Attorneys General, and attendance at negotiations will be determined by the committee.  The Court is also requesting the formation of a committee of Attorneys General who are in state litigation, and attendance at negotiations will be determined by that committee.  Any

participation in negotiations will reflect appropriate proportionality between the committees and among the parties and will be consistent with the need to have a manageable number of negotiators.

      The Court will hold the next settlement conference, with the designated settlement teams, in chambers at 9:30 a.m. Eastern Time on Tuesday, March 6, 2018.  In the interim, the Special Masters will be meeting with the various negotiating teams.  To assist the Court in preparing for the March 6 settlement conference, the teams shall email or fax to chambers (not file), no later than 12:00 noon Eastern Time on Friday, March 2, 2018, a single, joint report updating the Court on the status of their negotiations.

      **IT IS SO ORDERED.**

      */s/ Dan A. Polster     February 2, 2018*
**Dan Aaron Polster**
**United States District Judge**