# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please enter the appearance of Kaspar J. Stoffelmayr of Bartlit Beck Herman Palenchar & Scott LLP on behalf of Defendant Walgreens Boots Alliance, Inc., in the above-captioned action.

Dated: February 5, 2018          Respectfully Submitted,

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Illinois State Bar No.  6238172
Bartlit Beck Herman Palenchar & Scott LLP
54 W. Hubbard St., Suite 300
Chicago, Illinois 60654
Telephone: 312.494.4400
Facsimile: 312.494.4440
kaspar.stoffelmayr@bartlit-beck.com

*Attorney for Defendant Walgreens Boots Alliance, Inc.*