UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                        MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −7)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 237 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 06, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

### SCHEDULE CTO−7 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA SOUTHERN** | | | |
| ALS | 2 | 18−00029 | J. Paul Jones Hospital v. McKesson Corporation et al |
| **INDIANA NORTHERN** | | | |
| INN | 2 | 18−00024 | Lake County v. Purdue Pharma LP et al |
| INN | 3 | 18−00046 | Marshall County v. Purdue Pharma LP et al |
| **INDIANA SOUTHERN** | | | |
| INS | 1 | 18−00175 | CITY OF CONNERSVILLE and FAYETTE COUNTY v. PURDUE PHARMA L.P. et al |
| **LOUISIANA MIDDLE** | | | |
| LAM | 3 | 18−00047 | City of Baton Rouge v. AmerisourceBergen Drug Corporation et al |
| **LOUISIANA WESTERN** | | | |
| LAW | 3 | 18−00094 | Russell v. Purdue Pharma L P et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 18−10124 | City of Revere v. Amerisourcebergen Drug Corporation et al |
| **MICHIGAN EASTERN** | | | |
| MIE | 2 | 18−10251 | County of Monroe v. Purdue Pharma L.P. et al |