UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>**JUDGE POLSTER**<br><br>**<u>ORDER</u>** |

The Court hereby directs that all participants in the upcoming settlement negotiations, and all other counsel and parties and others who are consulted about the status or details of these negotiations, shall maintain strict confidentiality as to the contents of those discussions.

Attorneys, parties, and officials may publicly state they have met, or will meet, but nobody is to disclose to the media or any other outside party the contents of the discussions, or provide to the media assessments or commentary regarding those discussions.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated: February 6, 2018**