# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | :<br>:   Case No. 1:17-MD-2804-DAP<br>:<br>:   Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Eric W. Sitarchuk on behalf of Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. in the above-captioned matter.

Dated:  February 6, 2018            Respectfully submitted,

*/s/Eric W. Sitarchuk*
Eric W. Sitarchuk (PA I.D. No. 39082)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  215.963.5000
Facsimile: 215.963.5001
eric.sitarchuk@morganlewis.com

*Attorney for Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*