**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) ) ) | **CASE NO. 1:17-MD-2804**<br><br>**JUDGE POLSTER**<br><br>**ORDER** |

The Court earlier requested that various groups identify negotiating teams to discuss settlement.  These groups asked and received permission to name more than six attorneys each.  The Court now confirms the negotiating teams will be composed as set forth below, and these teams will work with the Special Masters and the Court to identify possible resolutions of economic and non-economic issues in this litigation.  The Court reserves the right to modify the composition of these teams as discussions go forward, and these teams may appoint "support committees" to assist with negotiations as they see fit.

*Plaintiffs*

| | |
|---|---|
| Joe Rice | Paul Geller |
| Paul Hanly | Chris Seeger |
| Elizabeth Cabraser | Russell Budd |
| Troy Rafferty | |

*Manufacturer-Defendants*

| | |
|---|---|
| Sheila L. Birnbaum | Mark Filip |
| Steven A. Reed | Brien T. O'Connor |
| Charles C. Lifland | J. Matthew Donohue |
| Jonathan L. Stern | |

*Distributor-Defendants*
Enu Mainigi
Geoffrey Hobart
Jack Smith
Robert Nicholas


*Attorneys General*
  The Attorneys General fall into two sub-groups, each of which will have certain identified representatives who will regularly attend settlement discussions.  The contacts for each sub-group are:
-   <u>Multistate Group</u>: Jennifer E. Peacock, Office of the Tennessee State Attorney General
-   <u>Litigation Group</u>: Tad Robinson O'Neill, Office of the Washington State Attorney General

*Insurers*
  To be determined soon; not identified at this time.


   **IT IS SO ORDERED.**


         <u>/s/ *Dan Aaron Polster*</u>
         **DAN AARON POLSTER**
         **UNITED STATES DISTRICT JUDGE**


**Dated: February 7, 2018**