**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | Case No. 4:17-cv-00130-BMM<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please enter the appearance of Jeffrey B. Simon of Simon Greenstone Panatier Bartlett, PC on behalf of Plaintiffs, County of Cascade and County of Gallatin, in the above-captioned action.

Dated: February 8, 2018                Respectfully Submitted,

*/s/ Jeffrey B. Simon*
Jeffrey B. Simon
Texas State Bar No. 00788420
Simon Greenstone Panatier Bartlett, PC
3232 McKinney Avenue, Suite 610
Dallas, Texas 75204
Telephone: 214-276-7680
Facsimile: 214-276-7699
jsimon@sgpblaw.com

*Attorney for Plaintiffs County of Cascade and County of Gallatin*