# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) CASE NO. 1:17-MD-2804-DAP )  ) JUDGE DAN AARON POLSTER |
| THIS DOCUMENT RELATES TO: | ) ) NOTICE OF APPEARANCE FOR |
| ALL CASES | ) AMNEAL PHARMACEUTICALS ) OF NEW YORK, LLC ) |

Michelle Rognlien Gilboe hereby enters her appearance in this action as counsel for Defendant Amneal Pharmaceuticals of New York, LLC.

Dated: February 8, 2018          Respectfully submitted,

**BOWMAN AND BROOKE LLP**

/s/ *Michelle Rognlien Gilboe*
Michelle Rognlien Gilboe
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200
michelle.gilboe@bowmanandbrooke.com

*ATTORNEY FOR DEFENDANT AMNEAL PHARMACEUTICALS OF NEW YORK, LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of February 2018, a true and correct copy of the foregoing has been served upon all parties so registered via the Court's electronic filing system.

/s/ *Michelle Rognlien Gilboe*
Michelle Rognlien Gilboe