# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) CASE NO. 1:17-MD-2804-DAP <br> ) <br> ) JUDGE DAN AARON POLSTER |
| THIS DOCUMENT RELATES TO: | ) <br> ) NOTICE OF APPEARANCE FOR |
| ALL CASES | ) AMNEAL PHARMACEUTICALS <br> ) OF NEW YORK, LLC <br> ) |

William Gordon Childs hereby enters his appearance in this action as counsel for Defendant Amneal Pharmaceuticals of New York, LLC.

Dated: February 8, 2018            Respectfully submitted,

**BOWMAN AND BROOKE LLP**

/s/ *William Gordon Childs*
William Gordon Childs
BOWMAN AND BROOKE LLP
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78745
Telephone: (512) 874-3819
Facsimile: (512) 874-3801
bill.childs@bowmanandbrooke.com

*ATTORNEY FOR DEFENDANT AMNEAL PHARMACEUTICALS OF NEW YORK, LLC*

1

## CERTIFICATE OF SERVICE

I hereby certify that on this the 8th day of February 2018, a true and correct copy of the foregoing has been served upon all parties so registered via the Court's electronic filing system.

/s/ *William Gordon Childs*
William Gordon Childs