UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE POLSTER<br><br>**<u>ORDER</u>** |

The Court earlier granted a motion "to extend the deadline for achieving service to 60 days after the expiration of the time period under Federal Rule Civil Procedure 4(m)." Docket no 4 at 4. Because that deadline is now approaching in certain cases, and in order to continue in effect the Court's moratorium on all filings, the Court hereby further extends the deadline for achieving service of summons and complaint of any case included in this MDL until May 18, 2018.

The Court is also aware that certain foreign corporate defendants have insisted on service of process through the Hague Convention. The Court directs plaintiffs and all foreign defendants to meet and confer in order to reach agreement allowing simple and inexpensive service of process. This agreement may provide that acceptance of service of process does not waive any objection to personal jurisdiction or to venue.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated: February 12, 2018**

Case: 1:17-md-02804-DAP Doc #: 123 Filed: 02/12/18 2 of 2. PageID #: 710