# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | CASE NO. 1:17-MD-2804-DAP |
| | ) | JUDGE DAN AARON POLSTER |
| THIS DOCUMENT RELATES TO: | ) ) ) | NOTICE OF APPEARANCE OF J. BURTON LEBLANC, IV FOR THE |
| *City of Baton Rouge v. AmerisourceBergen Drug Corporation, et al.* Case No.: 1:18-op-45160-DAP | ) ) ) ) | CITY OF BATON ROUGE AND PARISH OF EAST BATON ROUGE, LOUISIANA |

J. Burton LeBlanc, IV hereby enters his appearance in this action as counsel for Plaintiff, City of Baton Rouge, Parish of East Baton Rouge, Louisiana.

Dated: February 13, 2018

Respectfully submitted,

**BARON & BUDD, P.C.**

/s/ *J. Burton LeBlanc, IV*
J. Burton LeBlanc, IV
2600 Citiplace Drive, Suite 400
Baton Rouge, LA 70808
Telephone: (225) 927-5441
Facsimile: (225) 927-5449
Email: bleblanc@baronbudd.com

*ATTORNEY FOR PLAINTIFF CITY OF BATON ROUGE, PARISH OF EAST BATON ROUGE, LA*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 13th day of February 2018, a true and correct copy of the foregoing has been served upon all parties so registered via the Court's electronic filing system.

/s/ *J. Burton LeBlanc, IV*
J. Burton LeBlanc, IV
Baron & Budd, P.C.
*Counsel for Plaintiff City of Baton Rouge,*
*Parish of East Baton Rouge, Louisiana*