# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) Case No. 1:17-MD-2804-DAP <br> ) <br> ) HON. DAN AARON POLSTER <br> ) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jennie Lee Anderson of the firm Andrus Anderson LLP hereby enters her appearance on behalf of Plaintiff County of Marquette, Michigan in the above-captioned matter and requests that she be added to the electronic service list.

Dated: February 13, 2018                     ANDRUS ANDERSON LLP

By: */s/ Jennie Lee Anderson*
Jennie Lee Anderson

Lori E. Andrus (SBN 205816)
Jennie Lee Anderson (SBN 203586)
**Andrus Anderson LLP**
155 Montgomery Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 986-1400
Facsimile:  (415) 986-1474
lori@andrusanderson.com
jennie@andrusanderson.com

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on February 13, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Jennie Lee Anderson*
Jennie Lee Anderson