UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                      MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −9)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 262 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 15, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

## SCHEDULE CTO−9 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 1 | 18−00069 | Coffee County, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALM | 3 | 18−00072 | Phenix City, Alabama v. Amerisourcebergen Drug Corporation et al |
| **ALABAMA NORTHERN** | | | |
| ALN | 1 | 18−00152 | Talladega County, Alabama et al v. Cardinal Health Inc et al |
| ALN | 1 | 18−00159 | Calhoun County, Alabama v. Cardinal Health Inc et al |
| ALN | 2 | 18−00141 | Trussville, City of v. Amerisourcebergen Drug Corporation et al |
| ALN | 7 | 18−00164 | Tuscaloosa County, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALN | 7 | 18−00166 | Sumter County, Alabama v. Amerisourcebergen Drug Corporation et al |
| **ALABAMA SOUTHERN** | | | |
| ALS | 1 | 18−00046 | Mobile County, Alabama v. Actavis, LLC et al |
| ALS | 1 | 18−00047 | Washington County, Alabama v. Actavis, LLC et al |
| ALS | 2 | 18−00042 | City of Selma, Alabama v. Actavis, LLC et al |
| ALS | 2 | 18−00043 | Marengo County, Alabama v. Actavis, LLC et al |
| ALS | 2 | 18−00044 | City of Demopolis, Alabama v. Actavis, LLC et al |
| ALS | 2 | 18−00045 | Wilcox County, Alabama v. Actavis, LLC et al |
| **ARIZONA** | | | |
| AZ | 2 | 18−00354 | Arizona Municipal Risk Retention Pool v. Purdue Pharma LP et al |
| **LOUISIANA WESTERN** | | | |
| LAW | 6 | 18−00125 | Soileau v. Purdue Pharma L P et al |

| | | | |
|---|---|---|---|
| MISSISSIPPI NORTHERN | | | |
| MSN | 1 | 18−00017 | Winston Medical Center v. Purdue Pharma, L.P. et al |
| NORTH CAROLINA MIDDLE | | | |
| NCM | 1 | 18−00070 | STOKES COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| NORTH CAROLINA WESTERN | | | |
| NCW | 1 | 18−00020 | Burke County v. AmerisourceBergen Drug Corporation et al |
| WASHINGTON WESTERN | | | |
| WAW | 3 | 18−05086 | Pierce County v. Purdue Pharma LP et al |