UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION						MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −10)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 274 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Feb 22, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## SCHEDULE CTO−10 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 1 | 18−00068 | City of Enterprise, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALM | 1 | 18−00073 | City of Ozark, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALM | 2 | 18−00070 | Lowndes County, Alabama v. Amerisourcebergen Drug Corporation et al (JOINT ASSIGN) |
| ALM | 2 | 18−00071 | City of Union Springs, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALABAMA NORTHERN | | | |
| ALN | 4 | 18−00172 | Cherokee County, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALN | 5 | 18−00170 | Morgan County, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALN | 5 | 18−00173 | City of Decatur, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALN | 5 | 18−00174 | City of Moulton, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALN | 7 | 18−00169 | Greene County, Alabama v. Amerisourcebergen Drug Corporation et al |
| ALN | 7 | 18−00199 | Lamar County, Alabama et al v. Purdue Pharma LP et al |
| ALN | 7 | 18−00200 | Fayette County, Alabama et al v. Purdue Pharma LP et al |
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 18−00060 | The Town of Butler, Alabama v. Endo Health Solutions, Inc., et al. |
| ALS | 2 | 18−00053 | City of Marion, Alabama v. Actavis, LLC et al |
| FLORIDA MIDDLE | | | |
| ~~FLM~~ | ~~6~~ | ~~18−00164~~ | ~~The County of Osceola v. Purdue Pharma L.P. et al~~ |
| MARYLAND | | | |

| | | | |
|---|---|---|---|
| MD | 8 | 18−00377 | Montgomery County, Maryland v. Purdue Pharma L.P. et al |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 4 | 18−00018 | Pitt County v. AmerisourceBergen Drug Corporation et al |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 4 | 18−00360 | Dillon County South Carolina v. Amerisourcebergen Drug Corporation et al |
| SC | 4 | 18−00362 | Horry County South Carolina v. Amerisourcebergen Drug Corporation et al |

TENNESSEE WESTERN

| | | | |
|---|---|---|---|
| TNW | 1 | 18−01026 | Crockett County, TN v. Amerisourcebergen Drug Coropration et al |