UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | § § § § | CASE NO. 1:17-MD-2804-DAP<br><br>HON. DAN AARON POLSTER |

## NOTICE OF APPEARANCE OF COUNSEL

In accordance with this Court's December 14, 2017 Order (Dkt. No. 4), Janelle L. Davis of the law firm Thompson & Knight LLP respectfully requests the Court add her as counsel of record to be noticed on behalf of Defendants Navitus Health Solutions, LLC and Navitus Holdings, LLC in the above-captioned matter as follows:

Janelle L. Davis
Thompson & Knight LLP
1722 Routh Street, Suite 1500
Dallas, Texas 75201
(214) 969-1700 - Telephone
(214) 969-1751 - Facsimile
Janelle.Davis@tklaw.com - Electronic Mail

Dated: February 22, 2018.

Respectfully submitted,

By: /s/ Janelle L. Davis

Janelle L. Davis
Texas State Bar No. 24059655
Janelle.Davis@tklaw.com

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

**COUNSEL FOR NAVITUS HEALTH SOLUTIONS, LLC AND NAVITUS HOLDINGS, LLC**

## **CERTIFICATE OF SERVICE**

  I hereby certify that on February 22, 2018, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Ohio.  The electronic case filing system (ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

        */s/ Janelle L. Davis*
        Janelle L. Davis