UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>SUB CASE NO. 1:18-OP-45175<br><br>JUDGE DAN A. POLSTER |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Joanne Cicala of The Cicala Law Firm PLLC, hereby enters her appearance as lead counsel for the County of Webb in the above-captioned action as well as the appearance of the following lawyers on behalf of said party:

Alexandra Colessides
WEBB COUNTY CIVIL LEGAL DIVISION
1000 Houston Street, Floor 2
Laredo, Texas 78040
Tel: (956) 523-4616
alexandrac@webbcountytx.gov

Jocelyn R. Normand
THE CICALA LAW FIRM PLLC
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
Fax: (512) 858-1801
jnormand@cicalapllc.com

Kevin Sharp
SANFORD HEISLER SHARP, LLP
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Tel: (615) 434-7001
Fax: (615) 434-7020
ksharp@sanfordheisler.com

Ross Brooks
SANFORD HEISLER SHARP, LLP
1350 Avenue of the Americas, 31st Floor
New York, New York 10019
Tel: (646) 402-5668
Fax: (646) 402-5651
rbrooks@sanfordheisler.com

Saba Bireda
SANFORD HEISLER SHARP, LLP
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Tel: (202) 499-5209
Fax: (202) 499-5199
sbireda@sanfordheisler.com

Andrew Miller
SANFORD HEISLER SHARP, LLP
1666 Connecticut Avenue NW, Suite 300
Washington, DC 20009
Tel: (202) 499-5212
Fax: (202) 499-5199
amiller@sanfordheisler.com

Date: February 22, 2018                                  Respectfully submitted,

                                                         /s/ Joanne Cicala
                                                         Joanne Cicala
                                                         THE CICALA LAW FIRM PLLC
                                                         101 College Street
                                                         Dripping Springs, Texas 78620
                                                         Tel: (512) 275-6550
                                                         Fax: (512) 858-1801
                                                         joanne@cicalapllc.com

                                                         *Lead Counsel for Plaintiff County of Webb*

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                                         /s/ Joanne Cicala
                                                         Joanne Cicala