# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO. 1:17-MD-2804 )  ) JUDGE DAN A. POLSTER ) MAGISTRATE JUDGE DAVID A. RUIZ ) ) ) **NOTICE OF APPEARANCE** ) |

Notice is hereby given that Karen E. Swanson Haan enters her appearance as co-counsel of record for Interested Party, United States Department of Justice, Drug Enforcement Administration.  All filings in this case should henceforth be served upon the undersigned.

        Respectfully submitted,

        DAVID A. SIERLEJA
        First Assistant United States Attorney
        Attorney for the United States
        Acting Under Authority Conferred by 28 U.S.C. § 515

By:   /s/ Karen E. Swanson Haan
        KAREN E. SWANSON HAAN (OH #0082518)
        Assistant U.S. Attorney
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio  44113-1852
        Telephone:  (216) 622-3851
        Facsimile:  (216) 522-4982
        E-mail:  Karen.Swanson.Haan@usdoj.gov

        Attorney for United States Department of Justice,
        Drug Enforcement Administration

## **CERTIFICATE OF SERVICE**

      I certify that, on February 23, 2018, I filed a copy of the foregoing *Notice of Appearance* electronically.  The Court's electronic filing system will send notice of this filing to all parties.  Parties may access this filing through the Court's system.

                                              /s/ Karen E. Swanson Haan
                                              KAREN E. SWANSON HAAN
                                              Assistant U.S. Attorney