# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER<br><br>**ORDER RE: REALLOCATION OF THE SPECIAL MASTERS' COSTS** |

On January 11, 2018, the Court issued an Order appointing three Special Masters and directing that Plaintiffs and Defendants split the Special Masters' reasonable and necessary fees and expenses 50-50.  See Doc #: 69 at 5-6; Fed. R. Civ. P. 53(g) (addressing compensation).  On February 12, 2018, the Court, upon further consideration, issued an Order directing that "defendants shall bear 75% of the cost and plaintiffs shall bear 25% of the cost of the Special Masters" for the reasons set forth therein.  (Doc #: 125 at 1.)

Since that ruling, the Court has considered the parties' private submissions on the subject and, upon reconsideration, directs that the Special Masters shall be compensated at their current MDL rates, with Plaintiffs bearing 50% of their costs and Defendants, with the exemption of the Physician Defendants, bearing 50% of their costs.  The Court reserves the right to reassess this allocation at the end of the litigation.

**IT IS SO ORDERED.**

     /s/ Dan A. Polster     February 23, 2018
**Dan Aaron Polster**
**United States District Judge**