**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 DAP<br><br>Judge Dan A. Polster<br>Magistrate Judge David A. Ruiz |

## NOTICE OF APPEARANCE

Please enter the appearance of Robert Tad Seder of the Seattle City Attorney's Office on behalf of Plaintiff City of Seattle, in the above-captioned action.

DATED this 1st day of March, 2018

Respectfully submitted,

PETER S. HOLMES
Seattle City Attorney

By: */s / Robert Tad Seder*
      Robert Tad Seder
**Seattle City Attorney's Office**
701 5th Avenue, Suite 2050
Seattle, WA  98104
Telephone: (206) 684-8200
Facsimile: (206) 684-8284
Email: tad.seder@seattle.gov