**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 DAP<br><br>Judge Dan A. Polster<br>Magistrate Judge David A. Ruiz |

## NOTICE OF APPEARANCE

Please enter the appearance of Michelle S. Chen of the Seattle City Attorney's Office on behalf of Plaintiff City of Seattle, in the above-captioned action.

DATED this 1st day of March, 2018           Respectfully submitted,

                                            PETER S. HOLMES
                                            Seattle City Attorney

                                            By: /s / Michelle S. Chen
                                                Michelle S. Chen
                                            **Seattle City Attorney's Office**
                                            701 5th Avenue, Suite 2050
                                            Seattle, WA  98104
                                            Telephone: (206) 684-8200
                                            Facsimile: (206) 684-8284
                                            Email: michelle.chen@seattle.gov