# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 DAP<br><br>Judge Dan A. Polster<br>Magistrate Judge David A. Ruiz |

## NOTICE OF APPEARANCE

Please enter the appearance of Mary Cate S. Cicero of Briol & Benson, PLLC on behalf of Plaintiff Hennepin County, Minnesota, in the above-captioned action.

DATED this 2nd day of March, 2018

Respectfully submitted,

MARY CATE S. CICERO
Briol & Benson, PLLC

By: */s/ Mary Cate S. Cicero*
Mary Cate S. Cicero
Briol & Benson, PLLC
3700 IDS Center
80 South Eighth Street
Minneapolis, MN  55402
Telephone:  (612) 756-7777
Facsimile:  (612) 337-5151
Email: mary-cate@briollaw.com