# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | CASE NO.: 1:17MD2804<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ<br><br><br>**STATUS REPORT** |

Pursuant to this Court's Order, the Drug Enforcement Administration ("DEA") submits this following status report. (Order, ECF No. 155, at PageID # 819.)  First, the Department of Justice has authorized the disclosure of additional official information.  Specifically, DEA has been authorized to disclose the identity of manufacturers and distributors who sold 95% of the opiates in each state during the time period 1/1/2006 through 12/31/2014—with an aggregate amount of pills sold and the market shares of each manufacturer and distributor—on a state-by-state basis.  A copy of the authorization letter is attached as Government Exhibit A.  Second, DEA estimates that it will take approximately two weeks after the issuance of a satisfactory protective order to provide this additional information.  Third, DEA estimates that it will take approximately thirty (30) days after the issuance of a satisfactory protective order to provide the other information that was previously authorized to be disclosed. (Not. of Compliance, Ex. A, ECF No. 145-1, at PageID # 804.)  Finally, the DEA informs the Court that it will work with the parties to determine the technical requirements and processes to facilitate the sharing of this information.

        Respectfully submitted,

        DAVID A. SIERLEJA
        First Assistant United States Attorney
        Attorney for the United States
        Acting Under Authority Conferred by 28 U.S.C. § 515

By:   /s/ James R. Bennett II
        JAMES R. BENNETT II (OH #0071663)
        Assistant U.S. Attorney
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio  44113-1852
        (216) 622-3988 (Direct)
        (216) 522-4982 (Facsimile)
        E-mail:  james.bennett4@usdoj.gov

        Attorney for U.S. Department of Justice
        Drug Enforcement Administration

## CERTIFICATE OF SERVICE

I certify that on March 5, 2018, a copy of the foregoing *Status Report* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

        /s/ James R. Bennett II
        JAMES R. BENNETT II
        Assistant U.S. Attorney