**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) | **MDL No. 2804** |
| ) | **Case No. 17-md-2804** |
| **THIS DOCUMENT RELATES TO:** ) ) | **Judge Dan Aaron Polster** |
| **ALL CASES** ) ) | **MINUTES OF 3/6/2018 CONFERENCE** |
| ) | **and** |
| ) | **ORDER** |

On March 6, 2018, the Court met with the parties' negotiating teams, liaison counsel and representatives of numerous State Attorneys General to discuss the status of settlement negotiations in this case. The parties reported important and substantial progress on several fronts, but also identified various barriers to a global resolution. To varying degrees, the parties agreed that the quickest way to surmount at least some of these barriers is to put into place a limited litigation track, including discovery, motion practice, and bellwether trials.

Accordingly, the Court directs the parties to submit to the Special Masters **no later than 12:00 noon on Friday, March 16, 2018**, their suggestions regarding the appropriate scope and timing of a litigation track and the contents of a case management order ("CMO"), including identification of test cases, sequencing of discovery, timing of motion practice (including issues related to remand), and any other relevant matters. The Court intends to confer with the Special Masters and then promptly enter a CMO.

The Court further directs the Special Masters to continue their engagement in active settlement negotiations, to include: (1) periodic meetings with the parties and State Attorneys General, and (2) direct contact with decision-makers for defendants to ensure that settlement decisions can be made on a timely basis.

Finally, the Court will conduct a settlement conference in chambers on **Thursday, May 10, 2018 at 9:00 a.m.**

>*/s/ Dan A. Polster 3/7/18*
>**Dan Aaron Polster**
>**United States District Judge**