# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) This document relates to: ) ) *MSP Recovery Claims, Series LLC v. Purdue Pharma, L.P., et al.* ) Case No.: 1:18-op-45091-DAP ) ) ) | MDL 2804<br>CASE NO.: 1:17-MD-2804<br><br>HON. DAN A. POLSTER |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Janpaul Portal, Esq., of The Ferraro Law Firm, P.A., pursuant to the applicable Federal Rules of Civil Procedure, hereby files this Notice of Appearance as counsel on behalf of Plaintiff, MSP Recovery Claims, Series LLC, in the above-captioned matters.

It is respectfully requested that service of all further pleadings, notices, filings, papers, etc., shall be served on the undersigned counsel.

DATED this 7th day of March, 2018.

        Respectfully submitted,

        *Attorney for Plaintiff, MSP Recovery Claims, Series LLC*

        By: */s/ Janpaul Portal*
            Janpaul Portal, Esq.
            Florida Bar No.: 0567264
            **THE FERRARO LAW FIRM, P.A.**
            Brickell World Plaza
            600 Brickell Avenue
            38th Floor
            Miami, Florida 33131
            Telephone: (305) 375-0111
            Facsimile: (305) 379-6222
            Email: jpp@ferrarolaw.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on March 7, 2018, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Ohio.  The electronic case filing system (CM/ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

         */s/ Janpaul Portal*
         Janpaul Portal, Esq.