# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 <br> CASE NO.: 1:17-MD-2804 <br><br> HON. DAN A. POLSTER |
| This document relates to: <br><br> *MSP Recovery Claims, Series LLC v. Purdue Pharma, L.P., et al.* <br> Case No.: 1:18-op-45091-DAP | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that James L. Ferraro, Jr., Esq., of The Ferraro Law Firm, P.A., pursuant to the applicable Federal Rules of Civil Procedure, hereby files this Notice of Appearance as counsel on behalf of Plaintiff, MSP Recovery Claims, Series LLC, in the above-captioned matters.

It is respectfully requested that service of all further pleadings, notices, filings, papers, etc., shall be served on the undersigned counsel.

DATED this 8th day of March, 2018.

                                          Respectfully submitted,

                                          *Attorney for Plaintiff, MSP Recovery Claims, Series LLC*

                                          By: */s/ James L. Ferraro, Jr.*
                                                James L. Ferraro, Jr., Esq.
                                                Florida Bar No.: 107494
                                                **THE FERRARO LAW FIRM, P.A.**
                                                Brickell World Plaza
                                                600 Brickell Avenue
                                                38th Floor
                                                Miami, Florida 33131
                                                Telephone: (305) 375-0111
                                                Facsimile: (305) 379-6222
                                                Email: jjr@ferrarolaw.com

**CERTIFICATE OF SERVICE**

I hereby certify that on March 8, 2018, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Ohio.  The electronic case filing system (CM/ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ James L. Ferraro, Jr.*
James L. Ferraro, Jr., Esq.