UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                              MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −13)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 330 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Mar 08, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## SCHEDULE CTO−13 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 2 | 18−00119 | Bullock County, Alabama v. AmerisourceBergen Drug Corporation et al (JOINT ASSIGN) |
| ALM | 2 | 18−00121 | Barbour County, Alabama v. Purdue Pharma L.P. et al (JOINT ASSIGN) |
| **ALABAMA NORTHERN** | | | |
| ALN | 1 | 18−00275 | Clay County, Alabama v. Cardinal Health, Inc. et al |
| **ALABAMA SOUTHERN** | | | |
| ALS | 1 | 18−00088 | Clarke County, Alabama v. Amerisourcebergen Drug Corporation et al |
| **GEORGIA MIDDLE** | | | |
| GAM | 1 | 18−00043 | SUMTER COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **KENTUCKY EASTERN** | | | |
| ~~KYE~~ | ~~3~~ | ~~18−00010~~ | ~~Commonwealth of Kentucky et al v. McKesson Corporation~~ |
| **MARYLAND** | | | |
| ~~MD~~ | ~~1~~ | ~~18−00519~~ | ~~Anne Arundel County, Maryland v. Purdue Pharma L.P. et al~~ |
| **NORTH CAROLINA WESTERN** | | | |
| NCW | 1 | 18−00047 | Rutherford County v. AmerisourceBergen Drug Corporation et al |
| **OHIO SOUTHERN** | | | |

| | | | |
|---|---|---|---|
| OHS | 2 | 18−00158 | Perry County Board of County Commissioners v. Amerisourcebergen Drug Corporation et al |

PENNSYLVANIA WESTERN

| | | | |
|---|---|---|---|
| PAW | 2 | 18−00211 | INDIANA COUNTY, PENNSYLVANIA v. PURDUE PHARMA L.P. et al |

TEXAS NORTHERN

| | | | |
|---|---|---|---|
| ~~TXN~~ | ~~3~~ | ~~18−00426~~ | ~~County of Dallas v. Cardinal Health Inc et al~~ |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| ~~TXS~~ | ~~4~~ | ~~18−00490~~ | ~~County of Harris v. Purdue Pharma L.P. et al~~ |