UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL NO. 2804 ) |
| | ) Case No. 17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) |
| | ) Judge Dan Aaron Polster |
| ALL CASES | ) ) ) ) |

### NOTICE OF APPEARANCE

NOW COMES attorney Kelly V. Milam of the law firm Gordon Rees Scully Mansukhani, LLP, and hereby gives notice to this Court and to all parties that she enters her appearance as counsel of record for Defendants Perry Fine; Scott Fishman; and Lynn Webster. Please direct copies of all future pleadings, correspondence, and papers to undersigned counsel at the address referenced below.

Respectfully submitted,

*/s/ Kelly V. Milam*
Kelly V. Milam (IL ARDC NO. 6298568)
**GORDON REES SCULLY MANSUKHANI, LLP**
One North Franklin Street, Suite 800
Chicago, IL 60606
T: (312) 980-6787
F: (312) 565-6511
kmilam@grsm.com

*Attorneys for Defendants Perry Fine; Scott Fishman; and Lynn Webster*

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and accurate copy of the foregoing was served this 8th day of March 2018, via electronic mail by CME/ECF, upon all counsel of record.

*/s/ Kelly V. Milam*
Kelly V. Milam (IL ARDC NO. 6298568)

RROSE/35123189v 1