**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION | ) | CASE NO. 1:17-MD-2804-DAP |
| OPIATE LITIGATION | ) | |
| | ) | HON. DAN ARRON POLSTER |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Shelly A. Sanford of the firm of Watts Guerra LLP hereby enters her appearance on behalf of the Plaintiff City of Lakewood, Ohio in the above captioned matter.

Dated:  March 8, 2018

Respectfully submitted,

By:     */s/ Shelly A. Sanford*
        Shelly A. Sanford
        TX State Bar No. 00784904
        Federal Bar No. 19105
        **WATTS GUERRA LLP**
        811 Barton Springs Rd., Ste. 725
        Austin, TX 78704
        Telephone:  (512) 479-0500
        Facsimile:   (512) 479-0502
        Email:  ssanford@wattsguerra.com

### CERTIFICATE OF SERVICE

I hereby certify that on March 8, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

*/s/ Shelly A. Sanford*
Shelly A. Sanford