UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 17-md-02804-DAP<br><br>JUDGE DAN AARON POLSTER |

### ENTRY OF APPEARANCE OF ANNESLEY H. DEGARIS

COMES NOW Annesley H. DeGaris of DeGaris & Rogers, LLC, and formally enters his appearance as counsel for Plaintiffs Horry County, South Carolina; Marion County, South Carolina; Dillon County, South Carolina; and Clarke County, Alabama in the above-referenced action.

Dated this 9th day of March, 2018

    Respectfully submitted,

    By: s/ Annesley H. DeGaris
    Annesley H. DeGaris (ASB-9182-a63a)
    DEGARIS & ROGERS, LLC
    Two North Twentieth Street, Suite 1030
    Birmingham, AL 35203
    Telephone: (205) 558-9000;
    Facsimile: (205) 588-5231
    Email: adegaris@degarislaw.com;
    asapone@degarislaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 9$^h$ day of March 2018, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

Dated this 9th day of March, 2018          s/ Annesley H. DeGaris
                                           ANNESLEY H. DEGARIS