# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | : | CASE NO 1:17 MD 2804 |
| | : | |
| | : | JUDGE DAN AARON POLSTER |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Thomas J. Sullivan, Esquire of Morgan, Lewis & Bockius LLP as counsel of record on behalf of Defendant, Rite Aid of Maryland, Inc., in the above-captioned action.

Respectfully submitted,

Dated:  March 16, 2018

/s/ *Thomas J. Sullivan*
Thomas J. Sullivan (PA ID No. 88838)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel.:  215.963.5146
Fax:  215.963.5001
thomas.sullivan@morganlewis.com