# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Tina M. Tabacchi of Jones Day on behalf of Defendants Wal-Mart Stores East, LP and Wal-Mart Stores, Inc.

Dated: March 20, 2018

                                                Respectfully submitted,

                                                s/ Tina M. Tabacchi
                                                Tina M. Tabacchi
                                                JONES DAY
                                                77 West Wacker Drive
                                                Chicago, IL 60601-1692
                                                Telephone: (312) 782-3939
                                                Fax:  (312) 782-8585
                                                Email:  tmtabacchi@jonesday.com
                                                *Counsel for Wal-Mart Stores East, LP and Wal-Mart Stores, Inc.*

NAI-1503542957v1

## CERTIFICATE OF SERVICE

I hereby certify that, on this 20th of March, 2018, a copy of the foregoing was emailed to the Clerk's Office, who will file and send notification of such filing to counsel of record through the Court's ECF system.

s/ Tina M. Tabacchi
Tina M. Tabacchi
*Counsel for Wal-Mart Stores East, LP*
*and Wal-Mart Stores, Inc.*

NAI-1503542957v1