# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

## WAL-MART STORES EAST, LP AND WAL-MART STORES, INC.'S MOTION TO ADD NEGOTIATING COMMITTEE COUNSEL FOR THE DEFENDANTS

Defendants Wal-Mart Stores East, LP and Wal-Mart Stores, Inc. respectfully move to add Tina M. Tabacchi as a member of Defendants' Negotiating Committee.  Each of the other members of the Defendants' Negotiating Committee has consented to this motion.  Ms. Tabacchi's contact information is:

    Tina M. Tabacchi
    JONES DAY
    77 West Wacker Drive
    Chicago, IL 60601-1692
    Telephone: (312) 782-3939
    Fax:  (312) 782-8585
    Email:  tmtabacchi@jonesday.com

Dated: March 20, 2018

    Respectfully submitted,

    s/ James R. Wooley
    James R. Wooley
    JONES DAY
    North Point
    901 Lakeside Avenue 44114-1190
    Telephone: (216) 586-3939
    Fax:  (216) 579-0212
    Email:  jrwooley@jonesday.com
    *Counsel for Wal-Mart Stores East, LP and Wal-Mart Stores, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, this 20th of March, 2018, I electronically filed a copy of the above and foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

s/ James R. Wooley
James R. Wooley
*Counsel for Wal-Mart Stores East, LP and Wal-Mart Stores, Inc.*