# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

## WALGREENS BOOTS ALLIANCE, INC'S MOTION TO ADD NEGOTIATING COMMITTEE COUNSEL FOR THE DEFENDANTS

Defendant Walgreens Boots Alliance, Inc. respectfully moves to add Kaspar J. Stoffelmayr as a member of Distributors' Negotiating Committee.  Each of the other members of the Distributors' Negotiating Committee has consented to this motion.  Mr. Stoffelmayr's contact information is:

> Kaspar J. Stoffelmayr
> Bartlit Beck Herman Palenchar & Scott LLP
> 54 West Hubbard Street, Ste. 300
> Chicago, Illinois 60654
> (312) 494-4400
> kaspar.stoffelmayr@bartlit-beck.com

Dated: March 20, 2018

> Respectfully submitted,
>
> /s/ Kaspar J. Stoffelmayr
> Kaspar J. Stoffelmayr
> Bartlit Beck Herman Palenchar & Scott LLP
> 54 West Hubbard Street, Ste. 300
> Chicago, Illinois 60654
> (312) 494-4400
> kaspar.stoffelmayr@bartlit-beck.com
>
> *Counsel for Walgreens Boots Alliance, Inc.*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 20th day of March, 2018, I electronically filed a copy of the foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

                                       /s/ Kaspar J. Stoffelmayr
                                       Kaspar J. Stoffelmayr
                                       *Counsel for Walgreens Boots Alliance, Inc.*