Motion Granted.  /s/Dan Aaron Polster 3/21/18

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

## WAL-MART STORES EAST, LP AND WAL-MART STORES, INC.'S MOTION TO ADD NEGOTIATING COMMITTEE COUNSEL FOR THE DEFENDANTS

Defendants Wal-Mart Stores East, LP and Wal-Mart Stores, Inc. respectfully move to add Tina M. Tabacchi as a member of Defendants' Negotiating Committee. Each of the other members of the Defendants' Negotiating Committee has consented to this motion. Ms. Tabacchi's contact information is:

Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Fax:  (312) 782-8585
Email:  tmtabacchi@jonesday.com

Dated: March 20, 2018

Respectfully submitted,

s/ James R. Wooley
James R. Wooley
JONES DAY
North Point
901 Lakeside Avenue 44114-1190
Telephone: (216) 586-3939
Fax:  (216) 579-0212
Email:  jrwooley@jonesday.com
*Counsel for Wal-Mart Stores East, LP and Wal-Mart Stores, Inc.*