# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

## WALGREENS BOOTS ALLIANCE, INC'S MOTION TO ADD NEGOTIATING COMMITTEE COUNSEL FOR THE DEFENDANTS

Defendant Walgreens Boots Alliance, Inc. respectfully moves to add Kaspar J. Stoffelmayr as a member of Distributors' Negotiating Committee. Each of the other members of the Distributors' Negotiating Committee has consented to this motion. Mr. Stoffelmayr's contact information is:

> Kaspar J. Stoffelmayr
> Bartlit Beck Herman Palenchar & Scott LLP
> 54 West Hubbard Street, Ste. 300
> Chicago, Illinois 60654
> (312) 494-4400
> kaspar.stoffelmayr@bartlit-beck.com

Dated: March 20, 2018

                                              Respectfully submitted,

                                              /s/ Kaspar J. Stoffelmayr
                                              Kaspar J. Stoffelmayr
                                              Bartlit Beck Herman Palenchar & Scott LLP
                                              54 West Hubbard Street, Ste. 300
                                              Chicago, Illinois 60654
                                              (312) 494-4400
                                              kaspar.stoffelmayr@bartlit-beck.com

                                              *Counsel for Walgreens Boots Alliance, Inc.*