UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO. 1:17-MD-2804<br>JUDGE DAN A. POLSTER |
| **This document applies to:** | |
| *Ottawa County Board of County Commissioners v. AmerisourceBergen Drug Corporation, et al.,*<br>Member Case No.: 1:18-op-45031 DAP | |

### NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

The attorneys listed below enter their appearances in the above-captioned member case as counsel of record for Plaintiff, Ottawa County Board of County Commissioners.  Each of the attorneys listed below respectfully requests that his/her name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorneys at the following addresses and/or through the Court ECF filing system, as registered:

Paul T. Farrell, Jr.
**Greene, Ketchum, Farrell,
    Bailey & Tweel, LLP**
419 - 11th Street (25701)/ P.O. Box 2389
Huntington, West Virginia 25724-2389
Phone:  800.479.0053 or 304.525.9115
Fax:      304.529.3284
paul@greeneketchum.com

James C. Peterson
**Hill, Peterson, Carper,
    Bee & Deitzler, PLLC**
NorthGate Business Park
500 Tracy Way
Charleston, WV  25311
304-345-5667
304-345-1519 fax
jcpeterson@hpcbd.com

Peter J. Mougey
**Levin, Papantonio, Thomas, Mitchell,
    Rafferty & Proctor, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7068 (office)
850.436.6068 (fax)
pmougey@levinlaw.com

J. Burton LeBlanc, IV
**Baron & Budd, P.C.**
3102 Oak Lawn Avenue, Suite 1100
Dallas, TX 75219
Tel.: 214-521-3605
Fax: 214-520-1181
bleblanc@baronbudd.com

| | |
|---|---|
| Michael J. Fuller, Jr.<br>**McHugh Fuller Law Group, PLLC**<br>97 Elias Whiddon Rd.<br>Hattiesburg, MS  39402<br>Telephone: 601-261-2220<br>Facsimile: 601-261-2481<br>mike@mchughfuller.com | Anthony J. Majestro, Esq.<br>**Powell & Majestro, PLLC**<br>405 Capitol Street, Suite P-1200<br>Charleston, WV 25301<br>304-346-2889 / 304-346-2895 (f)<br>Email:  amajestro@powellmajestro.com |
| Michael P. McNamee<br>D. Dale Seif, Jr.<br>Stacy Brooks<br>**Seif & McNamee, LLC**<br>110 East Emmitt Avenue<br>Waverly, Ohio 45690<br>(740) 947-7277 Phone<br>(740) 947-1815 Fax<br>mike@mcnameelaw.com<br>dseif@law-oh.com<br>sbrooks@law-oh.com | Robert R. Miller<br>Rebecca D. Louks Waigand<br>**Oths, Heiser, Miller,**<br>**Waigand & Clagg, LLC**<br>Sixteen East Broadway<br>P.O. Box 309<br>Wellston, Ohio 45692<br>Phone:    740-384-2111<br>Fax:        740-384-5632<br>Email:    rmiller@ohlaw.com<br>Email:    rlouks@ohlaw.com |
| William Hawal<br>**Spangenberg Shibley & Liber LLP**<br>1001 Lakeside Avenue East, Suite 1700<br>Cleveland, Ohio 44114<br>Phone: (216) 696-3232<br>Fax:     (216) 696-3924<br>Email:  whawal@spanglaw.com | |

All filings in the listed member case should henceforth be served upon these counsel.

                                Respectfully submitted,

                                /s/    Paul T. Farrell, Jr._____
                                Paul T. Farrell, Jr.
                                **GREENE, KETCHUM, FARRELL,**
                                  **BAILEY & TWEEL, LLP**
                                419 - 11th Street (25701)/ P.O. Box 2389
                                Huntington, West Virginia 25724-2389
                                Phone:  800.479.0053 or 304.525.9115
                                Fax:      304.529.3284
                                Email:   paul@greeneketchum.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on March 21, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/   Paul T. Farrell, Jr. _____
Paul T. Farrell, Jr.