UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : | CASE NO 1:17 MD 2804 JUDGE DAN AARON POLSTER |

### ENTRY OF APPEARANCE

Please enter the appearance of Elisa P. McEnroe, Esquire, of Morgan, Lewis & Bockius LLP, on behalf of Defendant, Rite Aid of Maryland, Inc., in the above-captioned action.

Respectfully submitted,

Dated:  March 23, 2018

/s/ *Elisa P. McEnroe*
Elisa P. McEnroe (PA ID No. 206143)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Tel.: 215.963.5917
Fax:  215.963.5001
elisa.mcenroe@morganlewis.com