UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE POLSTER<br><br>MOTION OF AMERISOURCEBERGEN DRUG COMPANY, CARDINAL HEALTH, INC. AND MCKESSON CORPORATION FOR ENTRY OF ORDER TO FACILITATE INFORMATION SHARING |

AmerisourceBergen Drug Company, Cardinal Health, Inc. and McKesson Corporation respectfully move for entry of the attached order to facilitate information sharing among the distributor defendants concerning practices for identifying suspicious orders of opiates in connection with ongoing settlement discussions.

Respectfully submitted,

/s/
Robert A. Nicholas
ReedSmith
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA  19103
(215) 851-8100
rnicholas@reedsmith.com

*Attorney for Distributor Defendant*
*AmerisourceBergen Drug Company*

      /s/_____
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
Williams & Connolly LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
(202) 434-5000
emainigi@wc.com

*Attorneys for Distributor Defendants Cardinal Health, Inc.; Cardinal Health 110, LLC*

      /s/_____
Mark H. Lynch
Covington & Burling LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C.  20001-4956
(202) 662-5544
mlynch@cov.com

*Attorney for Distributor Defendant McKesson Corporation*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of March 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through the Court CM/ECF Systems.

       /s/ Megan L. Rodgers
Megan L. Rodgers

*Attorney for Distributor Defendant*
*McKesson Corporation*