UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

CASE NO. 1:17-md-02804-DAP

JUDGE DAN AARON POLSTER

**NOTICE OF APPEARANCE**

Please take notice that the undersigned hereby enters her appearance as counsel for Plaintiffs Southwest Mississippi Regional Medical Center, Infirmary Health Hospitals, Inc., and Monroe County Hospital, in the above-captioned action.

Respectfully submitted,

/s/ *Yifei "Evelyn" Li*

Yifei "Evelyn" Li
CUNEO GILBERT & LaDUCA, LLP
4725 Wisconsin Avenue NW, Suite 200
Washington, DC 20016
Phone: 202-789-3960

Email: evelyn@cuneolaw.com

*Attorney for Plaintiffs Southwest Mississippi Regional Medical Center, Infirmary Health Hospitals, Inc., and Monroe County Hospital*

**CERTIFICATE OF SERVICE**

I hereby certify that the foregoing was filed electronically on March 26, 2018. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system, who may access this filing through the Court's system.

/s/ *Yifei "Evelyn" Li*
Yifei "Evelyn" Li