IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 17-md-02804-DAP |
| This Document Relates to: | **NOTICE OF APPEARANCE** |
| ALL ACTIONS | |

**TO ALL PARTIES AND THEIR ATTORNEYS OF RECORD:**

Pursuant to the Court's Minute Entry docketed on December 14, 2017, (Dkt. #4), George M. Fleming hereby enters an appearance in this action as additional counsel for Plaintiff City of Brunswick. Mr. Fleming is registered for Electronic Case Filing in multiple federal district courts. Please serve all notices, correspondences, filings, and orders on Mr. Fleming at the following address:

George M. Fleming
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX  77056
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
Email: george_fleming@fleming-law.com

RESPECTFULLY SUBMITTED this 27th day of March, 2018.

FLEMING, NOLEN & JEZ, L.L.P.

*/s/ George M. Fleming*
George M. Fleming
Fleming, Nolen & Jez, L.L.P.
2800 Post Oak Blvd., Suite 4000
Houston, TX  77056
Telephone: (713) 621-7944
Facsimile: (713) 621-9638
Email: george_fleming@fleming-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on March 27, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ George M. Fleming
George M. Fleming