# UNITED STATES DISTRICCT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | : | CASE NO. 1:17 MD 2804 |
| OPIATE LITIGATION | : | |
| | : | JUDGE DAN AARON POLSTER |

## ENTRY OF APPEARANCE

Please enter the appearance of Danielle L. Borel of Breazeale, Sachse & Wilson, LLP as additional counsel on behalf of Defendant Brenn Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc., in the above-captioned matter.

Dated:  March 27, 2018

>Respectfully submitted,
>
>By: /s/ Danielle L. Borel
>Claude F. Reynaud, Jr. (LA Bar Roll #11197)
>Danielle L. Borel (LA Bar Roll #35669)
>**BREAZEALE, SACHSE & WILSON, LLP**
>One American Place, 23rd Floor (70802)
>P.O. Box 3197
>Baton Rouge, LA 70821
>Telephone: (225) 387-4000
>Telecopier: (225) 381-8029
>Email: claude.reynaud@bswllp.com
>Email: danielle.borel@bswllp.com
>
>*Counsel for Defendant Brenn Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc.*

1560177.1

**UNITED STATES DISTRICCT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | : | CASE NO. 1:17 MD 2804 |
| OPIATE LITIGATION | : | |
| | : | JUDGE DAN AARON POLSTER |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on March 27, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's EM/ECF filing system on all attorneys of record.

By: /s/ Danielle L. Borel
Danielle L. Borel (LA Bar Roll #35669)

1560177.1