UNITED STATES DISTRICT
COURT NORTHERN DISTRICT OF
OHIO EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | )  CASE NO. 1:17-MD-2804-DAP )  )  JUDGE DAN AARON POLSTER |

### NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sheila M. Bossier of the firm of Bossier & Associates, PLLC hereby enters her appearance on behalf of the Plaintiff, Clarke County, Mississippi, in the above captioned matter.

Dated: March 28, 2018

Respectfully submitted,

By: /s/ *Sheila M. Bossier*
Sheila M. Bossier (MSB # 10618)
**BOSSIER & ASSOCIATES, PLLC**
1520 N. State Street
Jackson, MS 39202
Telephone: (601) 352-5450
Facsimile:  (601) 352-5452
Email:  sbossier@bossier-law.com

*Attorneys for Clarke County, Mississippi*

### CERTIFICATE OF SERVICE

The undersigned certifies that on March 28, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Sheila M Bossier*
Sheila M. Bossier