# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804-DAP JUDGE |
| | ) | NOTICE OF APPEARANCE |
| This document relates to: | ) ) | |
| ALL ACTIONS | ) | DAN AARON POLSTER |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to the Court's Minute Entry docketed on December 14, 2017 (Doc. #4), Celeste Brustowicz of the firm of Cooper Law Firm, hereby enters her appearance on behalf of the Plaintiff, Rachel Woods, individually and as Next Friend and Adopted Mother of Baby O.W., in the above captioned matter.

Dated: March 28, 2018

          Respectfully submitted,

          By: /s/ *Celeste Brustowicz*
          Celeste Brustowicz (La. Bar Roll #16835)
          **COOPER LAW FIRM**
          1525 Religious Street
          Telephone: (504) 399-0009
          Facsimile: (504) 309-6989
          Email: cbrustowicz@sch-llc.com

          *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 28, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

          /s/ *Celeste Brustowicz*
          Celeste Brustowicz