UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) | CASE NO.:  1:17-MD-02804 |
| | | JUDGE DAN A. POLSTER |
| | | MAGISTRATE JUDGE DAVID A. RUIZ |
| | | **UNITED STATES' MOTION TO PARTICIPATE IN SETTLEMENT DISCUSSIONS AND AS FRIEND OF THE COURT** |

The United States respectfully moves through undersigned counsel to participate in settlement discussions and participate as friend of the Court in this litigation.  The Court is respectfully referred to the attached memorandum in support for a full statement of the bases for this motion.

Dated: April 2, 2018                    Respectfully submitted,

DAVID A. SIERLEJA
First Assistant United States Attorney
Northern District of Ohio

/s/James R. Bennett II
JAMES R. BENNETT II (OH #0071663)
KAREN E. SWANSON HAAN (OH #0082518)
Assistant U.S. Attorneys
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
Telephone:  (216) 622-3600
Facsimile:  (216) 522-4982
E-mail:  James.Bennett4@usdoj.gov
E-mail:  Karen.Swanson.Haan@usdoj.gov

ALEXANDER K. HAAS
Special Counsel to the Assistant Attorney General
Civil Division
ALICE SHIH LACOUR

1

ERIC J. SOSKIN
Counsel to the Assistant Attorney General, Civil
Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 353-8679 (Haas)
(202) 514-3180 (LaCour)
(202) 514-1500 (Soskin)
E-mail: alex.haas@usdoj.gov
E-mail: alice.s.lacour@usdoj.gov
E-mail: eric.soskin@usdoj.gov

*Attorneys for the United States of America*

<u>CERTIFICATE OF SERVICE</u>

I certify that, on April 2, 2018, I filed a copy of the foregoing electronically.  The Court's electronic filing system will send notice of this filing to all parties.  Parties may access this filing through the Court's system.

/s/James R. Bennett II_____
JAMES R. BENNETT II
Assistant U.S. Attorney