UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                              MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −18)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 387 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 04, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

## SCHEDULE CTO−18 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA SOUTHERN | | | |
| ALS | 1 | 18−00121 | City of Evergreen, Alabama v. Purdue Pharma, L.P. |
| ALS | 1 | 18−00124 | Town of Yellow Bluff, Alabama v. Purdue Pharma, L.P. |
| CALIFORNIA CENTRAL | | | |
| CAC | 2 | 18−02201 | Melissa Ambrosio et al v. Purdue Pharma L.P. et al |
| FLORIDA NORTHERN | | | |
| FLN | 5 | 18−00067 | CALHOUN COUNTY FLORIDA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| FLN | 5 | 18−00068 | CITY OF PANAMA CITY, FLORIDA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| GEORGIA MIDDLE | | | |
| GAM | 1 | 18−00055 | DECATUR COUNTY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| GEORGIA NORTHERN | | | |
| GAN | 2 | 18−00034 | Banks County, GA v. AmerisourceBergen Drug Corporation et al |
| INDIANA SOUTHERN | | | |
| INS | 1 | 18−00878 | CITY OF MARTINSVILLE, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| MARYLAND | | | |
| ~~MD~~ | ~~1~~ | ~~18−00800~~ | |

~~Mayor & City Council of Baltimore v. Purdue Pharma L.P. et al~~   Opposed 4/2/18

### MASSACHUSETTS

| | | | |
|---|---|---|---|
| MA | 3 | 18−30040 | City of Pittsfield v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−30041 | City of Easthampton, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−30042 | City of Northampton v. Amerisourcebergen Drug Corporation et al |

### MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 1 | 18−10810 | County of Gratiot, Michigan v. Purdue Pharma L.P. et al |
| MIE | 1 | 18−10820 | County of Alcona, Michigan v. Purdue Pharma L.P. et al |
| MIE | 1 | 18−10821 | County of Arenac, Michigan v. Purdue Pharma L.P. et al |
| MIE | 1 | 18−10823 | County of Iosco, Michigan v. Purdue Pharma L.P. et al |
| MIE | 1 | 18−10828 | County of Otsego, Michigan v. Purdue Pharma L.P. et al |
| MIE | 1 | 18−10834 | County of Montmorency, Michigan v. Purdue Pharma L.P. et al |
| MIE | 1 | 18−10839 | County of Ogemaw, Michigan v. Purdue Pharma L.P. et al |
| MIE | 1 | 18−10864 | County of Isabella, Michigan v. Purdue Pharma L.P. et al |
| MIE | 2 | 18−10811 | County of Shiawassee, Michigan v. Purdue Pharma L.P. et al |
| MIE | 2 | 18−10835 | County of Lenawee, Michigan v. Purdue Pharma L.P. et al |
| MIE | 5 | 18−10812 | County of Sanilac, Michigan v. Purdue Pharma L.P. et al |

### MICHIGAN WESTERN

| | | | |
|---|---|---|---|
| MIW | 1 | 18−00265 | Antrim, County of v. Purdue Pharma L.P. et al |
| MIW | 1 | 18−00266 | Benzie, County of v. Purdue Pharma L.P. et al |
| MIW | 1 | 18−00267 | Lake, County of v. Purdue Pharma L.P. et al |
| MIW | 1 | 18−00271 | Osceola, County of v. Purdue Pharma L.P. et al |
| MIW | 1 | 18−00273 | Wexford, County of v. Purdue Pharma L.P. et al |
| MIW | 1 | 18−00274 | Oceana, County of v. Purdue Pharma L.P. et al |
| MIW | 1 | 18−00275 | Hillsdale, County of v. Purdue Pharma L.P. et al |
| MIW | 2 | 18−00032 | Alger, County of v. Purdue Pharma L.P. et al |
| MIW | 2 | 18−00033 | Baraga, County of v. Purdue Pharma L.P. et al |
| MIW | 2 | 18−00034 | Luce, County of v. Purdue Pharma L.P. et al |
| MIW | 2 | 18−00036 | Dickinson, County of v. Purdue Pharma L.P. et al |
| MIW | 2 | 18−00037 | Iron Mountain, City of v. Purdue Pharma L.P. et al |

### NEW YORK NORTHERN

| | | | |
|---|---|---|---|
| NYN | 6 | 18−00314 | County of Oneida, New York v. Purdue Pharma, L.P. et al |

SOUTH DAKOTA

| | | | |
|---|---|---|---|
| SD | 5 | 18−05021 | Oglala Lakota Sioux Tribe v. Purdue Pharma, L.P. et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 3 | 18−00077 | County of Galveston v. Purdue Pharma et al |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 1 | 18−00414 | The Menominee Indian Tribe of Wisconsin v. Purdue Pharma LP et al |