UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP<br><br>NOTICE OF APPEARANCE<br><br>DAN AARON POLSTER |
| This document relates to: | | |
| ALL ACTIONS | | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to the Court's Minute Entry docketed on December 14, 2017 (Document 4), Stephen Wussow of the firm of Cooper Law Firm, hereby enters his appearance on behalf of the Plaintiff, Rachel Woods, individually and as Next Friend and Adopted Mother of Baby O.W. on behalf of Themselves and all Others similarly situated, (ILS/3:18-cv-00511) in the above captioned matter. Mr. Wussow is registered for Electronic Case Filing in multiple federal district courts. Please serve all notices, correspondences, filings, and orders on Mr. Wussow at the following address:

Cooper Law Firm
1525 Religious Street
New Orleans, LA  70130
Telephone: (504) 399-0009
swussow@sch-llc.com

Dated: April 4, 2018

                                      Respectfully submitted,
                                      y: /s/ *Stephen Wussow*
                                      Stephen Wussow (La. Bar Roll #35391)
                                      **COOPER LAW FIRM**
                                      1525 Religious Street
                                      Telephone: (504) 399-0009
                                      Facsimile:  (504) 309-6989
                                      Email:  swussow@sch-llc.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ *Stephen Wussow*
Stephen Wussow