UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP  NOTICE OF APPEARANCE |
| This document relates to: | | |
| ALL ACTIONS | | DAN AARON POLSTER |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to the Court's Minute Entry docketed on December 14, 2017 (Document 4), Celeste Brustowicz of the firm of Cooper Law Firm, hereby enters her appearance on behalf of the Plaintiff, Walter and Virginia Salmons, individually and as the next friend or guardian of minor W.D. and on behalf of all others similarly situated, (2:18-cv-00385) in the above captioned matter.  Ms. Brustowicz is registered for Electronic Case Filing in multiple federal district courts.  Please serve all notices, correspondences, filings, and orders on Ms. Brustowicz at the following address:

Cooper Law Firm
1525 Religious Street
New Orleans, LA  70130
Telephone: (504) 399-0009
cbrustowicz@sch-llc.com

Dated: April 4, 2018

Respectfully submitted,
By: /s/ *Celeste Brustowicz*
Celeste Brustowicz (La. Bar Roll #16835)
**COOPER LAW FIRM**
1525 Religious Street
Telephone: (504) 399-0009
Facsimile:  (504) 309-6989
Email:  cbrustowicz@sch-llc.com
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 4, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                      /s/ *Celeste Brustowicz*
                                      Celeste Brustowicz