UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804-DAP |
| This document relates to: | ) ) ) | NOTICE OF APPEARANCE |
| ALL ACTIONS | ) ) | DAN AARON POLSTER |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to the Court's Minute Entry docketed on December 4, 2017, (Document 4), Barry Cooper of the firm of Cooper Law Firm, hereby enters his appearance on behalf of the Plaintiff, Deric Rees, individually and as Next Friend and Guardian of Baby T.W.B. on behalf of Themselves and all Others similarly situated (ILS/3:18-cv-00511). Ceonda Rees, individually and as Next Friend and Guardian of Baby T.W.B. on behalf of Themselves and all Others similarly situated in the above captioned matter. Mr. Cooper is registered for Electronic Case Filing in multiple federal district courts.  Please serve all notices, correspondences, filings, and orders on Mr. Cooper at the following address:

>Cooper Law Firm
>1525 Religious Street
>New Orleans, LA  70130
>Telephone: (504) 399-0009
>bcooper@sch-llc.com

Dated: April 4, 2018

>Respectfully submitted,
>By: /s/ *Barry Cooper*
>Barry Cooper (La. Bar Roll #27202)
>**COOPER LAW FIRM**
>1525 Religious Street
>Telephone: (504) 399-0009
>Facsimile:  (504) 309-6989
>Email:  bcooper@sch-llc.com
>*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on April 4, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                          /s/ *Barry Cooper*
                                          Barry Cooper