# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-2804-DAP<br><br>The Honorable Dan Aaron Polster |

## NOTICE OF CHANGE OF CONTACT INFORMATION

TO:     THE CLERK OF THE COURT

AND TO:    ALL THE PARTIES AND COUNSEL OF RECORD

**PLEASE TAKE NOTICE AND BE ADVISED** that the contact information for the attorneys of record for Plaintiff City of Everett ("Plaintiff") has changed to the following:

Christopher M. Huck
(huck@goldfarb-huck.com)

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**
925 Fourth Avenue, Suite 3950
Seattle, WA 98104

We respectfully request that all future papers and pleadings directed to Plaintiff's counsel in this case, except for original process, be served and/or delivered to this new contact information.
.

Dated: April 5, 2018               Respectfully Submitted,

**GOLDFARB & HUCK ROTH RIOJAS, PLLC**

*/s/ Christopher M. Huck*_____
Christopher M. Huck, WSBA No. 34104

925 Fourth Avenue, Suite 3950
Seattle, WA 98104
Telephone: (206) 452-0260
Facsimile: (206) 397-3062
Email: huck@goldfarb-huck.com

Attorney for Plaintiff City of Everett

## CERTIFICATE OF SERVICE

I hereby certify that on April 5, 2018 I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all registered parties.

                                          **GOLDFARB & HUCK ROTH RIOJAS, PLLC**

                                          */s/ Christopher M. Huck*
                                          Christopher M. Huck, WSBA No. 34104

                                          925 Fourth Avenue, Suite 3950
                                          Seattle, WA 98104
                                          Telephone: (206) 452-0260
                                          Facsimile: (206) 397-3062
                                          Email: huck@goldfarb-huck.com

                                          Attorneys for Plaintiff City of Everett