IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804<br><br>CASE NO.:  17-MD-2804<br><br>JUDGE DAN AARON POLSTER<br><br>**NOTICE OF APPEARANCE**<br>**OF COUNSEL FOR DEFENDANT**<br>**MIAMI-LUKEN, INC.** |

Please take notice that Richard H. Blake and Jennifer D. Armstrong of McDonald Hopkins LLC hereby enter an appearance as counsel of record for Defendant, Miami-Luken, Inc., in the above-captioned action.  Please serve all pleadings, notices and other papers upon the undersigned counsel.

        Respectfully submitted,

        */s/ Richard H. Blake*
        RICHARD H. BLAKE (0083374)
        JENNIFER D. ARMSTRONG (0081090)
        McDonald Hopkins LLC
        600 Superior Avenue, East
        Suite 2100
        Cleveland, Ohio 44114
        Telephone:   (216) 348-5400
        Facsimile:    (216) 348-5474
        E-Mail: rblake@mcdonaldhopkins.com
               jarmstrong@mcdonaldhopkins.com

        *Attorneys for Defendant*
        *Miami-Luken, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2018, the foregoing **Notice Of Appearance Of Counsel For Defendant Miami-Luken, Inc.** was served via the Court's Electronic Filing System upon all parties.

/s/ Richard H. Blake
RICHARD H. BLAKE (0083374)
JENNIFER D. ARMSTRONG (0081090)
*Attorneys for Defendant*
*Miami-Luken, Inc.*