IN THE UNITED STATE DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) CASE NO. 1:17-MD-2804-DAP ) |
| | ) JUDGE DAN AARON POLSTER |
| THIS DOCUMENT RELATES TO: | ) |
| | ) |
| ALL CASES | ) |

## NOTICE OF WITHDRAWAL

Please take notice that Stacey A. Greenwell of the law firm Thompson Hine LLP hereby gives notice of her withdrawal as counsel for Allergan Finance LLC ("Allergan"). The remaining attorneys of record from Thompson Hine LLP will continue to represent Allergan in this matter. Please continue to direct all orders, pleadings, motions, correspondence, and other material pertaining to this matter to Allergan's remaining attorneys of record.

Respectfully submitted,

*/s/ John R. Mitchell*
John R. Mitchell (#0066759), Trial Attorney
**Primary Responsibility from Thompson Hine LLP
Andrea B. Daloia (#0074106)
Stacey A. Greenwell (#0077909)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Telephone: 216-566-5500
Facsimile: 216-566-5800
Stacey.Greenwell@ThompsonHine.com
John.Mitchell@ThompsonHine.com

*Attorneys for Defendant Allergan Finance LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that on April 6, 2018, a true and correct copy of the foregoing has been served upon all parties so registered via the Court's electronic filing system.

                                                                  */s/ John R. Mitchell*
                                                                  One of the Attorneys for Defendant Allergan Finance LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.