IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804<br><br>CASE NO.: 17-MD-2804<br><br>JUDGE DAN AARON POLSTER<br><br>**<u>NOTICE OF APPEARANCE<br>OF COUNSEL FOR DEFENDANT<br>MIAMI-LUKEN, INC.</u>** |

Please take notice that Richard H. Blake and Jennifer D. Armstrong of McDonald Hopkins LLC hereby enter an appearance as counsel of record for Defendant, Miami-Luken, Inc., in the above-captioned action. Please serve all pleadings, notices and other papers upon the undersigned counsel.

Respectfully submitted,

*/s/ Jennifer D. Armstrong*
RICHARD H. BLAKE (0083374)
JENNIFER D. ARMSTRONG (0081090)
McDonald Hopkins LLC
600 Superior Avenue, East
Suite 2100
Cleveland, Ohio 44114
Telephone: (216) 348-5400
Facsimile: (216) 348-5474
E-Mail: rblake@mcdonaldhopkins.com
jarmstrong@mcdonaldhopkins.com

*Attorneys for Defendant*
*Miami-Luken, Inc.*

{7321900:2 }

## CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of April, 2018, the foregoing **Notice Of Appearance Of Counsel For Defendant Miami-Luken, Inc.** was served via the Court's Electronic Filing System upon all parties.

*/s/ Jennifer D. Armstrong*
RICHARD H. BLAKE (0083374)
JENNIFER D. ARMSTRONG (0081090)
*Attorneys for Defendant*
*Miami-Luken, Inc.*