## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | MDL NO. 2804<br><br>CASE NO.  17-MD-2804<br><br>JUDGE DAN AARON POLSTER<br><br>**NOTICE OF WITHDRAWAL** |

Please take notice that Clay K. Keller of the law firm Jackson Kelly PLLC hereby gives notice of his withdrawal as counsel of record for Defendant, Miami-Luken, Inc. ("Miami-Luken"). Laurie K. Miller of the law firm of Jackson Kelly PLLC and Richard H. Blake and Jennifer D. Armstrong of McDonald Hopkins LLC will continue to serve as counsel for Miami-Luken in this matter. Please continue to direct all orders, pleadings, motions, correspondence, and other material pertaining to this matter to Miami-Luken's remaining attorneys of record.

                                                          Respectfully submitted,

                                                          /s/ Clay K. Keller
                                                          Clay K. Keller (0072927)
                                                          Jackson Kelly PLLC
                                                          50 South Main St., Suite 201
                                                          Akron, Ohio 44308
                                                          Telephone: (330) 252-9060
                                                          Facsimile:  (330) 252-9078
                                                          E-mail: ckkeller@jacksonkelly.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 6, 2018, a copy of the foregoing was served upon all parties of record via the Court's electronic filing system.

/s/ Clay K. Keller  
Clay K. Keller (0072927)

4841-3797-7185.v1