UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE POLSTER<br><br>**ORDER** |

The Court earlier entered an Order identifying members of various settlement negotiating teams.  *See* docket no. 118.  The Special Masters have recommended that a separate negotiating team be established for Retail Chain Pharmacies.  Accordingly, the Court now confirms there will be a negotiating team for Chain Pharmacies composed as set forth below.  Like the other negotiating teams, this team will work with the Special Masters and the Court to identify possible resolutions of economic and non-economic issues in this litigation.  The Court reserves the right to modify the composition of this team as discussions go forward, and this team may appoint "support committees" to assist with negotiations as it sees fit.

***Chain Pharmacies***
    Eric Delinsky                                Kaspar Stoffelmayr
    Ronda Harvey                           Tina Tabacchi
    Kelly Moore

Finally, the Court appoints Kaspar Stoffelmayr as Liaison Counsel for the Chain Pharmacies.

    **IT IS SO ORDERED.**

                                                       /s/ *Dan Aaron Polster*
                                                       **DAN AARON POLSTER**
                                                       **UNITED STATES DISTRICT JUDGE**

**Dated:** April 9, 2018