UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE POLSTER<br><br>**<u>ORDER</u>** |

In its *Appointment Order*, the Court directed the parties to compensate the Special Masters, "with defendants bearing 50% of this cost and plaintiffs bearing 50% of this cost;" and further, that "[t]he parties shall . . . remit to the Special Masters their proportionate share of any Court-approved amount, within 20 calendar days of Court approval." Order at 5-6 (docket no. 69).

Since that time, however, Defendants have not made timely nor complete payments, and have sent numerous partial-payment checks. The Court now directs Defendants to remedy this situation. Specifically, in response to each invoice, Defendants shall hereafter timely provide each Special Master with a single check for the full amounts owed. The Court assumes that, to effectuate this directive, Defendants will find it necessary to: (1) create a single account for the purpose, into which each Defendant shall periodically deposit amounts certain; and (2) come to agreement regarding each Defendant's share. If Defendants cannot agree on a method and their appropriate shares on or before April 30, 2018, they shall notify the Court and the Court will settle the matter.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated:** April 10, 2018