IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| CITY OF LAKEWOOD, OHIO, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| v. | § | Case No. 1:18-op-45240 |
| | § | |
| PURDUE PHARMA L.P., et al., | § | JUDGE DAN AARON POLSTER |
| | § | |
| Defendants | § | |

## NOTICE OF APPEARANCE

**TO THE HONORABLE JUDGE OF SAID COURT**:

Now comes MIKAL C. WATTS, and hereby enters his Notice of Appearance as Counsel of record for Plaintiff City of Lakewood, Ohio, in the above entitled and numbered cause.  It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for the Plaintiff.

Dated:  April 12, 2018

By:  */s/ Mikal C. Watts*
MIKAL C. WATTS
Texas State Bar No. 20981820
WATTS GUERRA LLP
4 Dominion Drive
Bldg. 3, Ste. 100
San Antonio, TX 78257
Telephone:  210.447.0500
Facsimile:  210.447.0501
Email:  mcwatts@wattsguerra.com

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Notice of Appearance was served by the Court's electronic case filing system to all those participating on this the 12th day of April, 2018.

*/s/ Mikal C. Watts*
Mikal C. Watts