UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
AT CLEVELAND

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804<br><br>CASE NO.: 17-MD-2804<br><br>JUDGE DAN AARON POLSTER<br><br>NOTICE OF APPEARANCE OF COUNSEL FOR DEFENDANTS SEATTLE PAIN CENTER MEDICAL CORPORATION AND FRANK LI, MD |

Please take notice that James B. Meade, Thomas H. Fain, Philip J. VanDerhoef, and Jennifer M. Smitrovich of Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC, hereby enter an appearance as counsel of record for defendants, Seattle Pain Center Medical Corporation d/b/a Seattle Pain Center and Frank Li, MD, in the above captioned action. Please serve all pleadings, notice, and other papers upon the undersigned counsel.

DATED this 12th day of April, 2018.

>FAIN ANDERSON VANDERHOEF
>ROSENDAHL O'HALLORAN SPILLANE, PLLC
>
>By: *s/James B. Meade, WSBA #22852*
>*Thomas H. Fain, WSBA #2370*
>*Phillip J. VanDerhoef, WSBA #14564*
>*Jennifer Smitrovich, WSBA #37062*
>    James B. Meade, WSBA #22852
>    Thomas H. Fain, WSBA #2370
>    Phillip J. VanDerhoef, WSBA #14564
>    Jennifer Smitrovich, WSBA #37062

NOTICE OF APPEARANCE -1
770852

                                                                                          FAIN ANDERSON VANDERHOEF ROSENDAHL
                                                                                          O'HALLORAN SPILLANE, PLLC
                                                                                         1301 A Street, Suite 900
                                                                                         Tacoma, WA 98402
                                                                                        Telephone: 253-328-7800
                                                                                        Fax:        253-272-038
                                                                                       Email:   jb@favros.com
         tom@favros.com
         phil@favros.com
         jennifers@favros.com

Attorneys for Defendants Seattle Pain Center Medical Corporation d/b/a Seattle Pain Center and Frank D. Li

NOTICE OF APPEARANCE -2
770852

CERTIFICATE OF SERVICE

      I hereby certify that on the date below, the foregoing Notice of Appearance of Counsel for Defendants Seattle Pain Center Medical Corporation and Frank Li, MD, was served via the Court's Electronic Filing System upon all parties.

      Signed at Tacoma, Washington this 12th day of April, 2018.

                                  s/*James B. Meade*
                                  James B. Meade, WSBA #22852
                                  Attorneys for Defendants Seattle Pain Center Medical Corporation and Frank Li, MD