# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) **This document applies to:** ) ) *Catawba County, North Carolina v.* ) *AmerisourceBergen Drug Corporation, et al.,* ) Member Case No.: 1:18-op-45145 ) | CASE NO. 1:17-MD-2804<br><br>Honorable Dan A. Polster |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Paul T. Farrell, Jr., of Greene, Ketchum, Farrell, Bailey & Tweel, LLP, hereby appears on behalf of the above-referenced Plaintiff, requests that his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents in this case be made upon him through the Court CM/ECF filing system.

Respectfully submitted,

/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr.
Greene, Ketchum, Farrell,
  Bailey & Tweel, LLP
419 - 11th Street (25701)/ P.O. Box 2389
Huntington, West Virginia 25724-2389
Phone:  800.479.0053 or 304.525.9115
Fax:     304.529.3284
paul@greeneketchum.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 13th day of April, 2018, the foregoing was electronically filed using the court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/   Paul T. Farrell, Jr.
Paul T. Farrell, Jr.