UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                                    MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −21)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 460 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 16, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

## SCHEDULE CTO−21 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ALABAMA MIDDLE** | | | |
| ALM | 1 | 18−00363 | City of Abbeville, Alabama v. Purdue Pharma L.P. et al |
| ALM | 2 | 18−00341 | City of Georgiana, Alabama v. Purdue Pharma L.P. et al |
| ALM | 2 | 18−00342 | Town of McKenzie, Alabama v. Purdue Pharma L.P. et al |
| **GEORGIA NORTHERN** | | | |
| GAN | 2 | 18−00039 | The City of Gainesville, Georgia v. AmerisourceBergen Drug Corporation et al |
| **INDIANA SOUTHERN** | | | |
| INS | 3 | 18−00064 | TOWN OF CHANDLER, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| INS | 4 | 18−00054 | JACKSON COUNTY, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **MARYLAND** | | | |
| MD | 8 | 18−00870 | Prince George's County Maryland v. Purdue Pharma L.P. et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 18−10602 | City of Malden v. Amerisourcebergen Drug Corporation et al |
| **RHODE ISLAND** | | | |
| RI | 1 | 18−00136 | City of Warwick, RI v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00137 | Town of North Providence v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00138 | |

| | | | |
|---|---|---|---|
| | | | Town of Johnston v. Amerisourcebergen Drug Corporation, et al. |
| RI | 1 | 18−00139 | City of Pawtucket, RI v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00140 | City of East Providence v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00141 | Town of Cumberland, Rhode Island v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00142 | City of Central Falls, Rhode Island v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00143 | Town of Charlestown Rhode Island v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00144 | Town of Barrington v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00145 | Town of Bristol v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00146 | Town of Burrillville v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00147 | Town of Coventry Rhode Island v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00149 | City of Cranston, Rhode Island v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00150 | Town of Foster v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00152 | Town of Glocester v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00153 | Town of Hopkinton Rhode Island v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00154 | Town of Jamestown, a municipal corporation v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00155 | Town of Narragansett v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00156 | City of Newport, Rhode Island v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00157 | Town of North Kingstown v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00158 | Town of Richmond v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00159 | Town of Smithfield v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00160 | Town of South Kingstown Municipal Corporation v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00161 | Town of West Greenwich v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00162 | Town of West Warwick,Rhode Island v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 18−00163 | Town of Westerly v. Amerisourcebergen Drug Corporation et al |