# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION    :    CASE NO.: 1:17-MD-2804
OPIATE LITIGATION    :
    :    JUDGE DAN AARON POLSTER

## ENTRY OF APPEARANCE

Please enter the appearance of Steven F. Napolitano of Skarzynski Black LLC as counsel on behalf of Defendant, Rhodes Pharmaceuticals L.P., in the above-captioned matter.

Date:   April 18, 2018

Respectfully submitted,

/s/ Steven F. Napolitano
Steven F. Napolitano, Esq. (NY Bar ID: 2260040)
**Skarzynski Black LLC**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
Fax: (212) 820-7740
Email: snapolitano@skarzynski.com
*Counsel for Defendant, Rhodes Pharmaceuticals L.P.*