IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION,** | **CASE NO. 1:17-MD-2804-DAP** |
| **THIS DOCUMENT RELATES TO:** | **JUDGE DAN AARON POLSTER** |
| **ALL CASES** | <u>**NOTICE OF WITHDRAWAL**</u> |

Please take notice that Donald S. Scherzer of the law firm of Roetzel & Andress, LPA hereby gives notice of his withdrawal as additional counsel for Defendant, Purdue Pharma, L.P. Please continue to direct all orders, pleadings, motions, correspondences and other material pertaining to this matter to Purdue Pharma, L.P.'s remaining attorneys of record.

    Respectfully submitted,

*/s/ Donald S. Scherzer*
Donald S. Scherzer (0022315)
Roetzel & Andress, LPA
One Cleveland Center, 10th Floor
1375 East Ninth Street
Cleveland, OH 44114
Telephone: 216.615.7418
Facsimile: 216.623.0134
Email: dscherzer@ralaw.com

*Attorneys for Defendants, Purdue Pharma, L.P.*

12535844 _1 138038.0001

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing has been served upon all parties so registered via the Court's electronic filing system this 19th day of April, 2018:

/s/ Donald S. Scherzer
Donald S. Scherzer (0022315)
*Attorneys for Defendants, Purdue Pharma, L.P.*

12535844 _1 138038.0001