UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION  
OPIATE LITIGATION

CASE NO. 1:17-MD-2804

Honorable Dan A. Polster

**This document applies to:**

*Morgan County Commission v.*  
*Purdue Pharmaceutical Products, LP, et. al.*  
Case Number: 3:18-cv-00044

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Stephen G. Skinner, of Skinner Law Firm, hereby appears on behalf of the above-referenced Plaintiff, requests that his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents in this case be made upon him through the Court CM/ECF filing system

Respectfully submitted,

/s/ Stephen G. Skinner  
Stephen G. Skinner (WV Bar No. 6725)  
SKINNER LAW FIRM  
PO Box 487  
Charles Town, WV 25414  
304-725-7029/Fax: 304-725-4082  
sskinner@skinnerfirm.com

## CERTIFICATE OF SERVICE

The undersigned certifies that on April 19, 2018, the foregoing was electronically filed using the court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their email addresses on file with the Court.

/s/ Stephen G. Skinner
Stephen G. Skinner