# UNITED STATES DISTRICT COURT
# NORTHER DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| ------------------------------------------------------------ : | 1:17-md-02804-DAP |
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION, : | MDL No. 2804 |
| ------------------------------------------------------------ : | Judge Dan Aaron Polster |
| This Document Relates to: : |  |
| NORTHERN ARAPAHO TRIBE : |  |
| Plaintiff, : |  |
| vs. : | Civil Action No.: 1:18-op-45438-DAP |
| PURDUE PHARMA, L.P., et al. : |  |
| Defendants. : |  |
| ------------------------------------------------------------ : |  |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Janet G. Abaray of the law firm Burg Simpson Eldredge Hersh & Jardine, P.C. enters her appearance as Counsel of Record for Plaintiff Northern Arapaho Tribe.

Dated: April 20, 2018    Respectfully submitted,

*/s/ Janet G. Abaray*
Janet G. Abaray (Ohio Bar No. 0002943)
BURG SIMPSON
ELDREDGE HERSH & JARDINE, P.C.
312 Walnut St., Suite 2090
Cincinnati, OH 45202
Tel: (513) 852-5600
Fax: (513) 852-5611
Email: jabaray@burgsimpson.com
***Attorney for Plaintiff***

## **CERTIFICATE OF SERVICE**

  I hereby certify that on April 20, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of this Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                */s/ Janet G. Abaray*
                Janet G. Abaray