# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br><br>**MOTION FOR EXTENSION OF TIME** |

Now comes the United States of America, on behalf of its agency the Drug Enforcement Administration ("DEA"), and moves for an extension of time to provide Suspicious Order Reports pursuant to the Court's Order dated April 11, 2018.  The DEA is not seeking an extension to provide the ARCOS transactional data and will produce it timely.  The grounds for this Motion are more fully set forth in the Memorandum in Support filed herewith.

Dated:  April 20, 2018

Respectfully submitted,

DAVID A. SIERLEJA
First Assistant United States Attorney
Northern District of Ohio

/s/James R. Bennett II
JAMES R. BENNETT II (OH #0071663)
KAREN E. SWANSON HAAN (OH #0082518)
Assistant U.S. Attorneys
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
Telephone:  (216) 622-3600
Facsimile:  (216) 522-4982
E-mail:  James.Bennett4@usdoj.gov
E-mail:  Karen.Swanson.Haan@usdoj.gov

>ALEXANDER K. HAAS
>Special Counsel to the Assistant Attorney General
>Civil Division
>ALICE SHIH LACOUR
>ERIC J. SOSKIN
>Counsel to the Assistant Attorney General, Civil Division
>United States Department of Justice
>950 Pennsylvania Ave., NW
>Washington, DC 20530
>(202) 353-8679 (Haas)
>(202) 514-3180 (LaCour)
>(202) 514-1500 (Soskin)
>E-mail: alex.haas@usdoj.gov
>E-mail: alice.s.lacour@usdoj.gov
>E-mail: eric.soskin@usdoj.gov

<u>CERTIFICATE OF SERVICE</u>

I certify that, on April 20, 2018, I filed a copy of the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

>/s/James R. Bennett II
>JAMES R. BENNETT II
>Assistant U.S. Attorney
>
>***Attorneys for the United States of America***