UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ<br><br><br><br>NOTICE OF SERVICE |

Please take notice that on April 20, 2018, the United States Drug Enforcement Administration served upon the Court and the following counsel of record an encrypted CD containing its disclosure of ARCOS transactional data for the States of Ohio, West Virginia, Illinois, Alabama, Michigan, and Florida for the period from January 1, 2006 through December 31, 2014 pursuant to the Court's Protective Order and the United States Attorney's authorization:

Peter J. Mougey, Esq.
Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502

Mark S. Cheffo, Esq.
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Enu Mainigi, Esq.
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

        Respectfully submitted,

        DAVID A. SIERLEJA
        First Assistant United States Attorney
        Attorney for the United States
        Acting Under Authority Conferred by 28 U.S.C. § 515


By:    /s/ James R. Bennett II
        JAMES R. BENNETT II (OH #0071663)
        KAREN E. SWANSON HAAN (OH #0082518)
        Assistant U.S. Attorneys
        Carl B. Stokes U.S. Courthouse
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio  44113-1852
        Telephone:  (216) 622-3600
        Facsimile:  (216) 522-4982
        E-mail:  James.Bennett4@usdoj.gov
        E-mail:  Karen.Swanson.Haan@usdoj.gov

        Attorneys for United States Department of Justice,
        Drug Enforcement Administration

CERTIFICATE OF SERVICE

I certify that, on April 20, 2018, I filed a copy of the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney