EXHIBIT A

In re: National Prescription Opiate litigation
**TIME REPORT**

FIRM NAME:
REPORTING PERIOD:

**Categories:**
- (1) Investigation / Factual Research
- (2) Attorney Meetings / Strategy
- (3) Attorney Communications
- (4) Client Communications
- (5) Case Management
- (6) Legal Research
- (7) Pleadings / Motions
- (8) Written Discovery / Plaintiff's Document Production
- (9) Court Appearances
- (10) Depositions (Prepare / Take / Defend)
- (11) Document Review Tier 1
- (12) Document Review Tier 2
- (13) Experts / Consultants
- (14) Settlement / Mediation
- (15) Trial Preparation
- (16) Trial
- (17) Appeals

**Status:**
- (P) Partner
- (A) Associate
- (LC) Law Clerk
- (PL) Paralegal

| NAME | STATUS | (1) | (2) | (3) | (4) | (5) | (6) | (7) | (8) | (9) | (10) | (11) | (12) | (13) | Current Hours | Hourly Rate | Current Lodestar | Cumulative Hours | Cumulative Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| **ATTORNEY TOTALS** | | | | | | | | | | | | | | | 0.00 | | $ - | 0.00 | $ - |
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| | | | | | | | | | | | | | | | 0.00 | | $ - | | |
| **NON-ATTORNEY TOTALS** | | | | | | | | | | | | | | | 0.00 | | $ - | 0.00 | $ - |
| | | | | | | | | | | | | | | | 0.00 | | | | |
| **TOTALS** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | | | | | 0.00 | 0.00 | | 0.00 | 0.00 | 0.00 |