**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION** ) ) ) | **MDL No. 2804** |
| ) | **Case No. 17-md-2804** |
| **THIS DOCUMENT RELATES TO:** ) ) | **Judge Dan Aaron Polster** |
| **ALL CASES** ) ) | **SCHEDULING ORDER** |
| ) | |

    Following the settlement conference held in chambers on March 6, 2018, the Court scheduled another closed-door settlement conference on Thursday, May 10, 2018. (Doc #: 170 at 2.) After further thought and at the recommendation of the Special Masters, the Court has decided to hold an **open-door status conference in Courtroom 18B of the Carl B. Stokes United States Court House from 9:00 a.m. to 10:00 a.m. on Thursday, May 10, 2018**, followed by closed-door settlement discussions with the parties' negotiation teams, liaison counsel and State Attorneys General who choose to attend.

    **IT IS SO ORDERED.**

                                                  */s/ Dan A. Polster    April 24, 2018*
                                                  **Dan Aaron Polster
United States District Judge**