# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LIGIATION | CASE NO: 1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER |

## ENTRY OF APPEARANCE

Please enter the appearance of Kevin Sadler of Baker Botts L.L.P. as counsel on behalf of Defendant, Depomed, Inc., in the above-captioned action.

Date: April 24, 2018

Respectfully submitted,

/s/ Kevin M. Sadler
Kevin M. Sadler
**Baker Botts L.L.P.**
Texas Bar No. 17512450
California Bar No. 283765
1001 Page Mill Road
Building One, Suite 200
Palo Alto, CA  94304-1007
Tel:  650.739.7500
Fax:  650.739.7699
Email: kevin.sadler@bakerbotts.com
*Counsel for Defendant, Depomed, Inc.*