UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Adriana Riviere-Badell of Kobre & Kim LLP, hereby enters her appearance as lead counsel for Defendants Express Scripts Holding Company and Express Scripts, Inc. in the above-captioned actions.

Dated:  April 24, 2018

KOBRE & KIM LLP

By: /s/*Adriana Riviere-Badell*
Adriana Riviere-Badell
Kobre & Kim LLP
201 S Biscayne Blvd Suite 1900
Miami, FL 33131
T: +1 305 967 6100
Adriana.Riviere-Badell@kobrekim.com

*Attorney for Express Scripts Holding Company and Express Scripts, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/*Adriana Riviere-Badell*

Adriana Riviere-Badell