# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE: 1:17-md-02804-DAP<br>JUDGE DAN A. POLSTER<br>MAGISTRATE JUDGE DAVID A. RUIZ |

## RUSSELL PORTENOY, M.D.'S NOTICE RE: WAIVER OF SERVICE OF SUMMONS

Pursuant to Paragraph 6(d) of the Court's April 11, 2018 Case Management Order, Defendant Russell Portenoy, M.D., by and through counsel, hereby provides notice that S. Amy Spencer, Esq. is his designated representative to electronically accept waiver requests at saspencer@Shaheengordon.com. The form attached hereto as Exhibit A is a proper form acceptable to Dr. Portenoy in accordance with the conditions set forth in the April 11, 2018 Case Management Order.

                                                Respectfully submitted,

                                                */s/ Jordan D. Rauch*
                                                O. Judson Scheaf, III (OH Bar #0040285)
                                                Jordan D. Rauch (OH Bar #0093389)
                                                Hahn Loeser & Parks LLP
                                                65 East State Street, Suite 1400
                                                Columbus, Ohio 43215
                                                Telephone: (614) 233-5190
                                                Facsimile: (614) 233-5909
                                                Email: JScheaf@hahnlaw.com
                                                Email: jrauch@hahnlaw.com

                                                *Counsel for Defendant, Russell Portenoy, M.D.*

10125776

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

/s/ Jordan D. Rauch
Jordan D. Rauch
One of the Attorneys for Defendant
Russell Portenoy, M.D.