# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
|  | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: ALL CASES | Judge Dan Aaron Polster |

## DEFENDANT CARDINAL HEALTH, INC.'S
## NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., Cardinal Health, Inc., hereby submits this notice.  The proper form for waiver of service for Cardinal Health, Inc., is attached to this notice as Exhibit A.  The standard form has been modified in accordance with this Court's orders.  Requests for waiver of service to Cardinal Health, Inc., shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Emily Pistilli, Esq.
EPistilli@wc.com

Date: April 25, 2018

Respectfully submitted,

*/s/ Steven M. Pyser*
Enu Mainigi
Steven M. Pyser
Jennifer G. Wicht
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com
spyser@wc.com
jwicht@wc.com
*Counsel for Defendant Cardinal Health, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of April, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Steven Pyser*
Steven Pyser
