UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Tara A. Fumerton of Jones Day on behalf of Defendants Wal-Mart Stores East, LP, Wal-Mart Stores, Inc., and Wal-Mart, Inc.

Dated: April 25, 2018

Respectfully submitted,

s/ Tara A. Fumerton
Tara A. Fumerton
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
Telephone: (312) 782-3939
Fax: (312) 782-8585
Email: tfumerton@jonesday.com
*Counsel for Wal-Mart Stores East, LP, Wal-Mart Stores, Inc., and Wal-Mart, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, on this 25th of April, 2018, a copy of the foregoing was emailed to the Clerk's Office, who will file and send notification of such filing to counsel of record through the Court's ECF system.

s/ Tara A. Fumerton
Tara A. Fumerton
*Counsel for Wal-Mart Stores East, LP, Wal-Mart Stores, Inc., and Wal-Mart, Inc.*
