UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> This document relates to: <br><br> ALL ACTIONS | ) CASE NO: 1:17-MD-2804-DAP <br> ) <br> ) JUDGE DAN AARON POLSTER <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Gregory M. Nespole hereby appears as counsel of record for Plaintiffs Teamsters Local 237 Retirees' Benefit Fund and Teamsters Local 237 Welfare Fund in the above-captioned action.

Dated:   April 25, 2018
         New York, New York

                              Respectfully submitted,

                              **WOLF HALDENSTEIN ADLER**
                              **FREEMAN & HERZ LLP**

                              By: *s/ Gregory M. Nespole*
                              Gregory M. Nespole
                              270 Madison Avenue
                              New York, NY 10016
                              Telephone: (212) 545-4600
                              Facsimile: (212) 686-0114
                              Email: gmn@whafh.com

                              *Counsel for Plaintiffs Teamsters Local 237*
                              *Retirees' Benefit Fund and Teamsters Local*
                              *237 Welfare Fund*

1

2

**CERTIFICATE OF SERVICE**

      I hereby certify that on April 25, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

                                  *s/ Gregory M. Nespole*
                                  Gregory M. Nespole

/799022