# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) |
| | ) Case No. 1:17-md-02804 ) |
| THIS DOCUMENT RELATES TO: | ) Judge Dan Aaron Polster |
| | ) |
| ALL CASES | ) |

### NOTICE OF WAIVER OF SERVICE OF SUMMONS INFORMATION FOR PERRY FINE, M.D., LYNN WEBSTER, M.D., AND SCOTT FISHMAN, M.D.

Pursuant to Paragraph 6(d) of the Court's April 11, 2018 Case Management Order 1 (Doc. 232), Defendants Perry Fine, M.D., Lynn Webster, M.D., and Scott Fishman, M.D. provide notice of the following designated representative authorized to electronically receive requests for waivers of service:

- Tyler Tarney (Physician Defendants Liaison Counsel/Counsel for Defendants Perry Fine, M.D., Lynn Webster, M.D., and Scott Fishman, M.D.)

The forms attached Exhibits A, B, and C are acceptable to these Defendants in accordance with the April 11, 2018 Case Management Order.

Respectfully submitted,

*/s/ Tyler Tarney*
Gregory Brunton     (OH Bar #: 0061722)
Tyler Tarney        (OH Bar #: 0089082)
Dan Hyzak           (OH Bar #: 0091298)
**GORDON & REES LLP**
41 South High Street, Suite 240
Columbus, Ohio 43215
T: (614) 340-5558
F: (614) 360-2130
gbrunton@grsm.com
ttarney@grsm.com
dhyzak@grsm.com

Brian P. FitzGerald
**GORDON & REES LLP**
28th Floor
One Battery Park Plaza
New York, NY 10028
T: (212) 269-5500
F: (212) 269-5505
bfitzgerald@grsm.com

*Counsel for Scott Fishman, M.D., Perry Fine, M.D., and Lynn Webster, M.D.*

## CERTIFICATE OF SERVICE

    I hereby certify that the foregoing was electronically filed with the U.S. District Court, Northern District of Ohio, Eastern Division, on April 25, 2018 and served upon all counsel that have appeared in this matter through the Court's electronic filing system.

                                      */s/ Tyler Tarney*
                                      Tyler Tarney        (0089082)