Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
Fax: (215) 851-1420
Email:  rnicholas@reedsmith.com

*Counsel for Defendants AmerisourceBergen
Drug Corporation, AmerisourceBergen
Corporation, and Bellco Drug Corp.*