# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: ALL CASES | |
| | **JUDGE DAN A. POLSTER** |

## MIAMI-LUKEN, INC.'S NOTICE RE:  WAIVER OF SERVICE OF SUMMONS

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., Miami-Luken, Inc., hereby submits this notice.  The proper form for waiver of service for Miami-Luken, Inc., is attached to this notice as Exhibit A.  The standard form has been modified in accordance with this Court's orders.  Requests for waiver of service to Miami-Luken, Inc., shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

> Laurie K. Miller, Esq.
> lmiller@jacksonkelly.com

Dated:  April 25, 2018

Respectfully submitted,

*/s/ Laurie M. Miller*
Thomas J. Hurney (WVSB #1833)
Laurie K. Miller (WVSB #8826)
Jackson Kelly PPLC
P.O. Box 553
Charleston, WV  25322
Tel:  (304) 340-1000
Fax:  (304) 340-1050
Email:  thurney@jacksonkelly.com
Email:  lmiller@jacksonkelly.com
*Counsel for Miami-Luken, Inc.*

4822-5657-5587.v1

**CERTIFICATE OF SERVICE**

I undersigned hereby certifies that on the 25th day of April, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be service via the Court's CM/ECF filing system on all attorneys of record.

/s/ La*urie K. Miller*_____
Laurie K. Miller

4822-5657-5587.v1