**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE: NATIONAL PRESCRIPTION            MDL No. 2804
OPIATE LITIGATION                                        Case No. 1:17-md-2804

                                                                        Judge Dan Aaron Polster

### NOTICE REGARDING ANY REQUESTED WAIVER OF SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, paragraph 6(d), Dr. Richard Johns, separate defendant named in Case No. 1:18-op-45144-DAP, by and through counsel, hereby submits this notice regarding any requested waiver of service of process. A proposed form for any requested waiver of service is attached hereto as Exhibit A, and any requests with this form to Dr. Richard Johns should be made via the undersigned attorney at jestes@coxfirm.com.

 /s/ James R. Estes
James R. Estes BIN 2000094
Walter B. Cox BIN66015
COX, COX & ESTES, PLLC
P. O. Box 9630
Fayetteville, AR 72703
479-251-7900
479-251-7910(fax)
jestes@coxfirm.com

ATTORNEYS FOR DR. RICHARD JOHNS

CERTIFICATE OF SERVICE

    I, James R. Estes, certify that on this 25th day of April, 2018, I electronically submitted the foregoing pleading with the Clerk of this Court for entry into the CM/ECF system.

    /s/ James R Estes