# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO: ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## DEFENDANT MCKESSON CORPORATION'S
## NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., McKesson Corporation ("McKesson") hereby submits this notice. The proper form for waiver of service for McKesson is attached to this notice as Exhibit A. The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to McKesson shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Nathan Shafroth
nshafroth@cov.com

Date: April 25, 2018

Respectfully submitted,

*/s/ Mark H. Lynch*
Mark H. Lynch
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001-4956
Telephone: (202) 662-5544
mlynch@cov.com
*Counsel for Defendant McKesson Corporation*

2

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of April, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Megan L. Rodgers*
Megan L. Rodgers