UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
(EASTERN DIVISION)

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

MDL No. 2804
Case No. 1:17-md-02804
Judge Dan A. Polster

## MOTION FOR SUBSTITUTION OF COUNSEL

Defendant Miami-Luken, Inc. moves the Court pursuant to Local Rule 83.9 to substitute Robert M. Stonestreet and the law firm of Babst Calland Clements & Zomnir, P.C. as counsel of record in place of Laurie Miller and the law firm of Jackson Kelly, PLLC for purposes of the matter styled "Mayor Vivian Livingood, on behalf of the Town of Gilbert v. West Virginia Board of Pharmacy, et al.," Case No. 2:17-op-45059 as consolidated into the above-styled matter.  The notifications required by Local Rule 83.9 are attached as Exhibits 1 and 2.  A proposed order is attached as Exhibit 3.[1]

**MIAMI-LUKEN, INC.,**

By Counsel

 *s/  Robert M. Stonestreet*
Robert M. Stonestreet (OH Bar #095383)
**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
300 Summers Street, Suite 1000
Charleston, WV 25301
Telephone: 681-205-8888
Facsimile: 681-205-8814
rstonestreet@babstcalland.com

Laurie K. Miller (WV Bar No. 8826)
JACKSON KELLY PLLC
500 Lee Street, East, Suite 1600
Charleston, WV  25301
Telephone: 304-340-1000
lmiller@jacksonkelly.com

---

[1] On February 14, 2018, a Motion for Substitution of Counsel was filed in the matter of Mayor Vivian Livingood, on behalf of the Town of Gilbert v. West Virginia Board of Pharmacy, et al., Case No. 2:17-op-45059, which is the civil action number assigned to this matter upon transfer from the District Court for the Southern District of West Virginia.

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# (EASTERN DIVISION)

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

**MDL No. 2804**
**Case No. 1:17-md-02804**
**Judge Dan A. Polster**

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018. I electronically filed a true and correct copy of the foregoing *"Motion for Substitution of Counsel,"* with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record registered in this matter.

**MIAMI-LUKEN, INC.**

**By Counsel**,

*s/ Robert M. Stonestreet*
Robert M. Stonestreet (OH State Bar #095383)

{B3706934.1 60166-000010001}