# Exhibit 1



500 LEE STREET EAST • SUITE 1600 • P.O. BOX 553 • CHARLESTON, WEST VIRGINIA 25322 • TELEPHONE: 304-340-1000 • TELECOPIER: 304-340-1130
www.jacksonkelly.com

E-mail Address: lmiller@jacksonkelly.com
Writer's Fax No.: 304-340-1050
Direct Dial No.: 304-340-1213

February 12, 2018

*Via Email: mfaul@miamiluken.com*
Michael A. Faul, President and CEO
Miami-Luken, Inc.
265 S. Pioneer Blvd.
Springboro, OH 45066

Re: *Mayor Vivian Livinggood on behalf of the Town of Gilbert v. West Virginia Board of Pharmacy, et al.*
Original WV Civil Action No. 2:17-cv-03369
Now part of MDL 2804 as Civil Action No. 1:17-op-45059-DAP
**In re: National Prescription Opiate Litigation**

Dear Michael:

This will confirm our previous discussions that Tom Hurney and I, and the law firm of Jackson Kelly, PLLC, will withdraw from representation of Miami-Luken, Inc. in the civil action styled *Mayor Vivian Livinggood, on behalf of the Town of Gilbert, v. West Virginia Board of Pharmacy, et. al.*, Civil Action No. 1:17-op-45059-DAP pending in the District Court for the Northern District of Ohio ("Civil Action") as part of In re: National Prescription Opiate Litigation MDL 2804.

We understand that Miami-Luken, Inc. has retained Mychal Schulz, Robert Stonestreet, and the law firm of Babst Calland Clements & Zomnir, P.C. ("Babst Calland") to represent its interests in this Civil Action, and that you wish for Babst Calland to replace us as counsel of record in the Civil Action.

Thank you again for allowing us to represent the company in the *Gilbert* matter. We look forward to continuing to represent the company in the other matters that are part of MDL 2804.

Sincerely,

Laurie Miller

Laurie K. Miller

cc: Michael Schulz, Esq.
Robert Stonestreet, Esq.

4814-7958-7677.v1

Bridgeport, WV • Charleston, WV • Martinsburg, WV • Morgantown, WV • Wheeling, WV
Denver, CO • Crawfordsville, IN • Evansville, IN • Lexington, KY • Akron, OH • Pittsburgh, PA • Washington, DC