# Exhibit 2



**JACKSON KELLY**
ATTORNEYS AT LAW  PLLC

500 LEE STREET EAST • SUITE 1600 • P.O. BOX 553 • CHARLESTON, WEST VIRGINIA 25322 • TELEPHONE: 304-340-1000 • TELECOPIER: 304-340-1130
www.jacksonkelly.com

E-mail Address: lmiller@jacksonkelly.com
Writer's Fax No.: 304-340-1050
Direct Dial No.: 304-340-1213

February 12, 2018

Anthony J. Majestro
Powell & Majestro
405 Capitol Street
Ste. P1200
Charleston, WV 25301

H. Truman Chafin
Chafin Law Firm
PO Box 1799
Williamson, WV 25661

Harry F. Bell, Jr.
THE BELL LAW FIRM
P. O. Box 1723
Charleston, WV 25326

James Dennis Young
Morgan & Morgan - Jacksonville
Ste. 1100
76 South Laura Street
Jacksonville, FL 32202

John A. Yanchunis
Morgan & Morgan - Tampa
7th Floor
201 North Franklin Street
Tampa, FL 33602

Letitia Neese Chafin
Chafin Law Firm
PO Box 1799
Williamson, WV 25661

Mark E. Troy
Ste. 200A
222 Capitol Street
Charleston, WV 25301

Patrick A. Barthle, II
Morgan & Morgan - Tampa
7th Floor
201 North Franklin Street
Tampa, FL 33602

Paul T. Farrell, Jr.
Greene, Ketchum, Farrell, Bailey & Tweel
419 Eleventh Street
P.O. Box 2389
Huntington, WV 25724-2389

Devon J. Stewart
STEPTOE & JOHNSON
P. O. Box 1588
Charleston, WV 25326-1588

Geoffrey Edward Hobart
COVINGTON & BURLING
One CityCenter
850 Tenth Street, NW
Washington, DC 20001

Jeffrey M. Wakefield
FLAHERTY SENSABAUGH &
BONASSO
P. O. Box 3843
Charleston, WV 25338-3843

4835-3256-8413.v1

Bridgeport, WV • Charleston, WV • Martinsburg, WV • Morgantown, WV • Wheeling, WV
Denver, CO • Crawfordsville, IN • Evansville, IN • Lexington, KY • Akron, OH • Pittsburgh, PA • Washington, DC

All Counsel of Record
February 12, 2018
Page 2

Matthew Michael Benov
COVINGTON & BURLING
One City Center
850 Tenth Street, NW
Washington, DC 20001

Russell D. Jessee
Steptoe & Johnson - Charleston
17th Floor
707 Virginia Street, E
Charleston, WV 25311

Harry G. Shaffer, III
Shaffer & Shaffer
PO Box 38
Madison, WV 25130

Robert A. Nicholas
Reed Smith - Philadelphia
Ste. 3100
Three Logan Square
1717 Arch Street
Philadelphia, PA 19103

Shannon E. McClure
Reed Smith - Philadelphia
Ste. 3100
Three Logan Square
1717 Arch Street
Philadelphia, PA 19103

Todd A. Mount
SHAFFER & SHAFFER
P. O. Box 38
Madison, WV 25130

Brian A. Glasser
Bailey & Glasser
209 Capitol Street
Charleston, WV 25301-1386

Enu Mainigi
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005

F. Lane Heard, III
Williams & Connolly
725 - 12th Street, NW
Washington, DC 20005

Steven M. Pyser
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005

Steven R. Ruby
BAILEY & GLASSER
209 Capitol Street
Charleston, WV 25301-1386

Raymond S. Franks, II
601 57th Street, SE
Charleston, WV 25304

Re: *Mayor Vivian Livinggood on behalf of the Town of Gilbert v. West Virginia Board of Pharmacy, et al.*
Original WV Civil Action No. 2:17-cv-03369
Now part of MDL 2804 as Civil Action No. 1:17-op-45059-DAP
**In re: National Prescription Opiate Litigation**

Dear Counsel:

4835-3256-8413.v1

All Counsel of Record
February 12, 2018
Page 3

    Please be advised that Miami-Luken, Inc. will be filing a motion for substitution of counsel in the civil action styled *Mayor Vivian Livinggood, on behalf of the Town of Gilbert, v. West Virginia Board of Pharmacy, et. al.*, Civil Action No. 1:17-op-45059-DAP currently pending in the District Court for the Northern District of Ohio ("Civil Action") as part of MDL 2804 to replace Tom Hurney and I, and the law firm of Jackson Kelly, PLLC, with Mychal Schulz, Robert Stonestreet, and the law firm of Babst Calland Clements & Zomnir, P.C. as counsel of record. Please feel free to contact me if you have any questions or concerns.

    Thank you for your attention to this matter.

                                                         Sincerely,

                                                         Laurie K. Miller

4835-3256-8413.v1