# Exhibit 3

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
(EASTERN DIVISION)

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

MDL No. 2804
Case No. 1:17-md-02804
Judge Dan A. Polster

## ORDER SUBSTITUTING COUNSEL FOR MIAMI-LUKEN, INC.

Pending before the Court is a Motion for Substitution of Counsel by Miami-Luken, Inc. to substitute Robert M. Stonestreet and the law firm of Babst Calland Clements & Zomnir, P.C. as counsel of record in place of Laurie Miller and the law firm of Jackson Kelly, PLLC for purposes of the matter styled "Mayor Vivian Livingood, on behalf of the Town of Gilbert v. West Virginia Board of Pharmacy, et al.," Case No. 2:17-op-45059 as consolidated into the above styled-action.

Upon consideration, the Court finds that the notifications required by Local Rule 83.9 have been made. The Court hereby **GRANTS** the motion and **ORDERS** that Robert M. Stonestreet and the law firm of Babst Calland Clements & Zomnir, P.C. are hereby recognized as counsel of record for purposes of the matter styled "Mayor Vivian Livingood, on behalf of the Town of Gilbert v. West Virginia Board of Pharmacy, et al.," Case No. 2:17-op-45059 as consolidated into the above styled-action.

ENTER:

_____
Judge Dan A. Polster

Prepared by:

 s/  Robert M. Stonestreet
Robert M. Stonestreet (OH State Bar #095383)
**BABST, CALLAND, CLEMENTS & ZOMNIR, P.C.**
300 Summers Street, Suite 1000
Charleston, WV 25301
Telephone: 681-205-8888
Facsimile: 681-205-8814
rstonestreet@babstcalland.com

{B3707254.1}