IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) ) ) ) | CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE

Please take notice that Brenn Distribution, Inc. f/k/a Qualitest Pharmaceuticals, Inc., ("Brenn") through its counsel of record, hereby submits a proper form *Waiver of the Service of Summons* (Exhibit A), designating Claude F. Reynaud, Jr., Breazeale, Sachse & Wilson, LLP, One American Place, 23rd Floor, Baton Rouge, Louisiana, 70801, to electronically accept service on behalf of Brenn. The standard form has been modified in accordance with this Court's orders.

Dated this 25th day of April, 2018.

Respectfully submitted:

*/s/ Claude F. Reynaud, Jr.*
Claude F. Reynaud, Jr. (LA Bar Roll #11197)
Danielle L. Borel (LA Bar Roll #35669)
**BREAZEALE, SACHSE & WILSON, LLP**
One American Place, 23rd Floor (70801)
P.O. Box 3197
Baton Rouge, LA 70821
Telephone: (225) 387-4000
Telecopier: (225) 381-8029
Email: claude.reynaud@bswllp.com
Email: danielle.borel@bswllp.com

1

1566551.1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

**PROOF OF SERVICE**

I hereby certify that on April 25, 2018, a copy of the above and foregoing Notice was electronically filed with the Clerk of the Court for the JPML using the CM/ECF system, which will send notification of each filing to the email addresses on the Electronic Mail Notice List.

Respectfully submitted:

*/s/ Claude F. Reynaud, Jr.*
Claude F. Reynaud, Jr. (LA Bar Roll #11197)
Danielle L. Borel (LA Bar Roll #35669)
**BREAZEALE, SACHSE & WILSON, LLP**
One American Place, 23rd Floor (70801)
P.O. Box 3197
Baton Rouge, LA 70821
Telephone: (225) 387-4000
Telecopier: (225) 381-8029
Email: claude.reynaud@bswllp.com
Email: danielle.borel@bswllp.com

2

1566551.1