**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

IN RE:  NATIONAL PRESCRIPTION
OPIATE LITIGATION

**MDL NO. - 1:17-MD-02804-DAP**

THIS DOCUMENT RELATES TO:              *All Cases*

**NOTICE OF WAIVER OF SERVICE**

KeySource Medical, Inc. ("KeySource"), by counsel, and pursuant to Case Management

Order One, hereby waives service of a summons in this action along with a copy of the

complaint.

KeySource will keep all defenses or objections to the lawsuit, the court's jurisdiction, and

the venue of the action, but does waive any objections to the absence of a summons or of service.

The standard form, attached as Exhibit A, has been modified in accordance with this

Court's orders.

Notice shall be provided electronically to:

Clifford F. Kinney, Jr. (WVSB #6220)
Email: ckinney@spilmanlaw.com and tcollingsworth@spilmanlaw.com

DATED:  April 25, 2018

**KEYSOURCE MEDICAL, INC.**
**By Spilman Thomas & Battle**

/s/ *Clifford F. Kinney, Jr.*
Clifford F. Kinney, Jr. (WVSB #6220)
300 Kanawha Blvd, East
Charleston, WV  25301
Phone:  304-340-3844
Fax:  304-340-3801
Email: ckinney@spilmanlaw.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION**

**MDL NO. - 1:17-MD-02804-DAP**

**THIS DOCUMENT RELATES TO:**          *All Cases*

## CERTIFICATE OF SERVICE

I, Clifford F. Kinney, Jr., do hereby certify that on the 25th day of April, 2018, a true copy of  KeySource Medical Inc.'*s Notice of Waiver of Service* was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the counsel of record.

**KEYSOURCE MEDICAL, INC.**
**By Spilman Thomas & Battle**

/s/ *Clifford F. Kinney, Jr.*
Clifford F. Kinney, Jr. (WVSB #6220)
300 Kanawha Blvd., East
Charleston, WV  25301
Phone:  304-340-3844
Fax:  304-340-3801
Email: ckinney@spilmanlaw.com