# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Kaspar J. Stoffelmayr of Bartlit Beck Herman Palenchar & Scott LLP on behalf of Defendant Walgreen Co. in the above-captioned action.

Dated: April 25, 2018                                         Respectfully Submitted,

*/s/ Kaspar J. Stoffelmayr*
Kaspar J. Stoffelmayr
Illinois State Bar No. 6238172
Bartlit Beck Herman Palenchar & Scott LLP
54 W. Hubbard St., Suite 300
Chicago, Illinois 60654
Telephone: 312.494.4400
Facsimile: 312.494.4440
kaspar.stoffelmayr@bartlit-beck.com

*Attorney for Defendant Walgreen Co.*