# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) ) Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) Hon. Dan A. Polster ) |

## DEFENDANT IMPAX LABORATORIES, INC.'S
## NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., Impax Laboratories, Inc. ("Impax"), hereby submits this notice. The proper form for waiver of service for Impax is attached hereto as Exhibit A. The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to Impax shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Thomas J. Cullen, Jr., Esq.
TJC@gdldlaw.com

Dated: April 25, 2018

Respectfully submitted,

*Thomas J. Cullen Jr./kbb*

**Thomas J. Cullen, Jr.**
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Phone: (410)-783-4000
Fax: (410)-783-4040
tjc@gdldlaw.com

*Attorney for Impax Laboratories, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of April, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

*/s/ Thomas J. Cullen, Jr. /HEB*
**Thomas J. Cullen, Jr.**
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD  21202
Phone: (410)-783-4000
Fax: (410)-783-4040
tjc@gdldlaw.com

*Attorney for Impax Laboratories, Inc.*