# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  *APPLIES TO ALL CASES* | Case No. 1:17-md-2804  Hon. Dan A. Polster |

## WALGREEN CO.'S NOTICE REGARDING REQUESTS FOR WAIVER OF SERVICE OF SUMMONS

Defendant Walgreen Co. ("Walgreens"), submits this notice and attached forms pursuant to Paragraph 6(d) of the Court's Case Management Order One, Dkt. 232. Requests for waiver of service of summons from Walgreens can be sent to Kaspar J. Stoffelmayr at Opioids-MDL-Walgreens-Service@bbhps.com. The attached forms have been modified to reflect the Court's moratorium on filings.

By filing this notice and the attachments as required by the Court's order, Walgreens does not waive and expressly preserves all defenses and objections, including without limitation objections to the Court's lack of personal jurisdiction, venue, and/or the sufficiency and manner of service of process.

Dated: April 25, 2018

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Ste. 300
Chicago, Illinois 60654
(312) 494-4400
kaspar.stoffelmayr@bartlit-beck.com

*Counsel for Walgreen Co.*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 25th day of April, 2018, I electronically filed a copy of the foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

    /s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
*Counsel for Walgreen Co.*