# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO: ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## DEFENDANT AMERISOURCEBERGEN DRUG CORPORATION, AMERISOURCEBERGEN CORPORATION, AND BELLCO DRUG CORP.'S NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., AmerisourceBergen Drug Corporation ("ABDC"), AmerisourceBergen Corporation[1] ("ABC"), and Bellco Drug Corp. ("Bellco"), hereby submit this notice. The proper form for waiver of service for ABDC, ABC, and Bellco, are attached to this notice as Exhibits A, B, and C, respectively. The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to ABDC, ABC, and Bellco, shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Shannon E. McClure
smcclure@reedsmith.com

Date: April 25, 2018

Respectfully submitted,

*/s/ Robert A. Nicholas*
Robert A. Nicholas
**REED SMITH LLP**

---

[1] By filing this Notice, AmerisourceBergen Corporation does not concede that it is a proper party to any particular case or to these consolidated proceedings, and it is not.

Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
Fax: (215) 851-1420
Email:  rnicholas@reedsmith.com

*Counsel for Defendants AmerisourceBergen Drug Corporation, AmerisourceBergen Corporation, and Bellco Drug Corp.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 25th day of April, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

*/s/ Robert A. Nicholas*
Robert A. Nicholas
