UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ<br><br>MASTERS PHARMACEUTICAL, INC.'S NOTICE FOR REQUEST FOR WAIVER OF SERVICE |

In Compliance with the Case Management Order One, Masters Pharmaceutical, Inc. hereby submits this Notice and the proper form for requesting waiver of service to Masters Pharmaceutical, Inc., attached as Exhibit 1. Requests for waiver of service to Masters Pharmaceutical, Inc., shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

John Andrew "Jack" Smith
jsmith@flahertylegal.com


Date:  April 25, 2018                                 Respectfully submitted,

*/s/ John Andrew Smith*
John Andrew "Jack" Smith (WVSB# 3470)
Flaherty Sensabaugh and Bonasso PLLC
P.O. Box 3843
Charleston, WV 25338-3843
304.345.0200
Fax: 304.345.0260
Email: jsmith@fsblaw.com