# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **CASE: 1:17-md-02804-DAP** <br> **JUDGE DAN A. POLSTER** <br> **MAGISTRATE JUDGE DAVID A. RUIZ** |

## NOTICE OF WAIVER OF SERVICE REQUEST AND DESIGNATED RECIPIENTS

Pursuant to Paragraph 6.d of Case Management Order One, the non-foreign corporate entities listed below that have been named in federal lawsuits that have been or may be transferred to this MDL attach as Exhibit A and Exhibit B proper forms for waiver of service. These forms may be directed to Timothy Knapp (tknapp@kirkland.com), with a cc to Michael LeFevour (michael.lefevour@kirkland.com).

- Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.
- Allergan USA, Inc.

Dated: April 25, 2018

Respectfully Submitted,

/s/ Donna M. Welch
Donna M. Welch, P.C.
(Illinois Bar No. 6226352)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
T: (312) 862-2424
F: (312) 862-2200
E: dwelch@kirkland.com

*Counsel for Defendants Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. and Allergan USA, Inc.*

# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE: 1:17-md-02804-DAP<br>JUDGE DAN A. POLSTER<br>MAGISTRATE JUDGE DAVID A. RUIZ |

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

Dated: April 25, 2018

Respectfully Submitted,

/s/ Donna M. Welch
Donna M. Welch, P.C.
(Illinois Bar No. 6226352)
Kirkland & Ellis LLP
300 North LaSalle
Chicago, Illinois 60654
T: (312) 862-2424
F: (312) 862-2200
E: dwelch@kirkland.com

*Counsel for Defendants Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. and Allergan USA, Inc.*