UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>HON. DAN A. POLSTER |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Robert J. Gilbertson and Matthew D. Forsgren, hereby enter their appearance as counsel for Defendant Prime Therapeutics, LLC in the above-captioned actions.

Dated: April 25, 2018

                                             */s/Robert J. Gilbertson*
                                             Robert J. Gilbertson, Reg. No. 22361X

                                             /s/Matthew D. Forsgren
                                             Matthew D. Forsgren, Reg. No.0 246694
                                             GREENE ESPEL PLLP
                                             222 South Ninth Street, Suite 2200
                                             Minneapolis, MN  55402
                                             Telephone:    (612) 373-0830
                                             Facsimile:      (612) 373-0929
                                             E-mail:         BGilbertson@GreeneEspel.com
                                                                         MForsgren@GreeneEspel.com

                                             *Attorneys for Prime Therapeutics, LLC*