# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | MDL No. 2804 |
| | Case No. 1:17-md-02804 |
| THIS DOCUMENT RELATES TO: | Judge Dan Aaron Polster |
| ALL CASES | |

## NOTICE OF WAIVER OF SERVICE OF SUMMONS INFORMATION FOR TOP RX, LLC

Pursuant to Paragraph 6(d) of the Court's April 11, 2018 Case Management Order 1 (Doc. 232), Defendant, Top Rx, LLC, provides notice of the following designated representative authorized to electronically receive requests for waivers of service:

- Allen M. Lopus/Counsel for Defendant, Top Rx, LLC

The form attached Exhibit A is acceptable to this Defendant in accordance with the April 11, 2018 Case Management Order.

Respectfully submitted,

*/s/ Allen M. Lopus*

Allen M. Lopus, Esquire
WV I.D. No. 7653

Robert J. Ridge, Esquire
WV I.D. No. 7674

219593261

CLARK HILL PLC
Firm I.D. No. 282
One Oxford Centre
301 Grant Street, 14th Floor
Pittsburgh, PA  15219-1425
T:  (412) 394-7711
F:  (412) 394-2555
alopus@clarkhill.com
rridge@clarkhill.com

*Counsel for Defendant,*
*Top RX, LLC*

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the U.S. District Court, Northern District of Ohio, Eastern Division, on April 25, 2018, and served upon all counsel that have appeared in this matter through the Court's electronic filing system.

/s/ Allen M. Lopus
Counsel for Defendant, Top Rx, LLC

219593261