# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | )  CASE NO.  1:17-MD-2804 ) ) JUDGE DAN AARON POLSTER ) )  **NOTICE OF WAIVER OF SERVICE** )  **REQUEST AND DESIGNATED RECIPIENTS** |

Pursuant to Paragraph 6.d of Case Management Order One, JM Smith Corporation hereby submits this Notice and proper form for requesting waiver of service to JM Smith Corporation attached as Exhibit 1.  Requests for waiver of service to JM Smith Corporation shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorneys:

1. Craig G. Pelini, Esq. (cgp@pelini-law.com)

2. Paul B. Ricard, Esq. (pbricard@pelini-law.com)

Dated:  April 25, 2018

                                              Respectfully submitted,

                                              */s/ Craig G. Pelini*
Craig G. Pelini (#0019221)
Paul Ricard (#0088207)
Pelini, Campbell & Williams, LLC
8040 Cleveland Ave., NW, Suite 400
North Canton, OH  44720
Telephone:  (330) 305-6400
Facsimile:   (330) 305-0042
E-mail:  cgp@pelini-law.com

Counsel for J M Smith Corporation

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I electronically filed the foregoing Notice of Waiver of Service Request with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Craig G. Pelini
Craig G. Pelini (#0019221)

S:\4137\5000 MDL\Not of Waiver of Service Request.docx/hmm 4/25/18