# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION : : : | Case No. 1:17-MD-2804-DAP |
| THIS DOCUMENT RELATES TO: ALL CASES : : : : | Judge Dan Aaron Polster |

## THE TEVA DEFENDANTS' NOTICE OF PROPER WAIVER OF SERVICE REQUEST AND DESIGNATED RECIPIENT

Pursuant to the Court's April 11, 2018 Case Management Order One (ECF 232), Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Actavis LLC, and Watson Laboratories, Inc. (collectively, the "Teva Defendants") hereby submit as Exhibit A a proper form for a waiver request for each entity set forth above. The Teva Defendants designate attorney Evan K. Jacobs to electronically accept waiver requests on their behalf.  Mr. Jacobs's email address is evan.jacobs@morganlewis.com.

Dated:  April 25, 2018

Respectfully submitted,

*/s/ Rebecca J. Hillyer*
Steven A. Reed
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Telephone:  215.963.5000
Facsimile: 215.963.5001
steven.reed@morganlewis.com
rebecca.hillyer@morganlewis.com

*Attorneys for Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Actavis LLC and Watson Laboratories, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on April 25, 2018, I filed a copy of the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

/s/ Rebecca J. Hillyer