# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | CASE NO. 1:17-MD-2804-DAP |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) | JUDGE DAN AARON POLSTER |

### ABBVIE INC. AND KNOLL PHARMACEUTICAL COMPANY'S NOTICE OF FILING REQUESTED SERVICE WAIVER FORM AND DESIGNATION FOR ACCEPTANCE

Pursuant to the Court's Case Management Order One filed on April 11, 2018, and in accordance with Section 6(d), defendants AbbVie Inc. and Knoll Pharmaceutical Company give notice of (a) attaching the forms for waiver of service, which are modified in accordance with the Court's orders, as "Exhibits A-B" and (b) designate the following person to electronically receive service waiver requests, complete with all required case information and a PDF copy of the complaint and any exhibits, for AbbVie Inc. and Knoll Pharmaceutical Company via email:

> J. Laurens Wilkes
> Texas State Bar No. 24053548
> JONES DAY
> 717 Texas Avenue, Suite 3300
> Houston, Texas  77002-2712
> Telephone:  (832) 239-3796
> Facsimile:   (832) 239-3600
> jlwilkes@jonesday.com

NAI-1503626776v2

Dated: April 25, 2018

Respectfully Submitted,

/s/ J. Laurens Wilkes
J. Laurens Wilkes
Texas State Bar No. 24053548
JONES DAY
717 Texas Avenue, Suite 3300
Houston, Texas 77002-2712
Telephone: (832) 239-3796
Facsimile: (832) 239-3600
jlwilkes@jonesday.com

David B. Alden
Ohio State Bar No. 0006143
JONES DAY
North Point, 901 Lakeside Ave.
Cleveland, Texas 44114-1190
Telephone: (216) 586-7121
Facsimile: (216) 579-0212
dbalden@jonesday.com

Stephanie E. Parker
Georgia State Bar No. 563250
JONES DAY
1420 Peachtree Street, N.E., Suite 800
Atlanta, GA 30309-3053
Telephone: (404) 521-3939
Facsimile: (404) 281-8330
separker@jonesday.com

*Attorneys for Defendants AbbVie Inc. and Knoll Pharmaceutical Company*

## CERTIFICATE OF SERVICE

  I hereby certify that on April 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                */s/ J. Laurens Wilkes*
                J. Laurens Wilkes
                Texas State Bar No. 24053548
                JONES DAY
                717 Texas Avenue, Suite 3300
                Houston, Texas  77002-2712
                Telephone:  (832) 239-3796
                Facsimile:   (832) 239-3600
                jlwilkes@jonesday.com

                *Attorney for Defendants AbbVie Inc. and Knoll Pharmaceutical Company*