# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | : | CASE NO.: 1:17-MD-2804 |
| OPIATE LITIGATION | : | |
| | : | JUDGE DAN AARON POLSTER |

## NOTICE OF DESIGNATED PERSON TO ACCEPT SERVICE OF WAIVER REQUESTS

Pursuant to Paragraph 6.d. of the Court's April 11, 2018 Case Management Order One, Defendant, Rhodes Pharmaceuticals L.P. ("Rhodes"), hereby designates the undersigned as its designated representative to electronically accept service of waiver requests.  In accordance with Case Management Order One, attached hereto as Exhibit A is a proper form of waiver request that is acceptable to Rhodes.

Date:    April 25, 2018

Respectfully submitted,

/s/ Steven F. Napolitano
Steven F. Napolitano, Esq. (NY Bar ID: 2260040)
**Skarzynski Black LLC**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
Fax: (212) 820-7740
Email: snapolitano@skarzynski.com
*Counsel for Defendant, Rhodes Pharmaceuticals L.P.*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | : | CASE NO.: 1:17-MD-2804 |
| OPIATE LITIGATION | : | |
| | : | JUDGE DAN AARON POLSTER |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on April 25, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ Steven F. Napolitano
Steven F. Napolitano, Esq. (NY Bar ID: 2260040)
**Skarzynski Black LLC**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
Fax: (212) 820-7740
Email: snapolitano@skarzynski.com
*Counsel for Defendant, Rhodes Pharmaceuticals L.P.*