# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

### DEFENDANT RITE AID CORPORATION'S (AND ITS SUBSIDIARIES) NOTICE ATTACHING REQUEST TO WAIVE SERVICE

Pursuant to paragraph 6.d of the Case Management Order One (Dkt. No. 232), Rite Aid Corporation and its subsidiaries (collectively, "Rite Aid") submit this notice attaching requests to waive service.  *See* Exhibits 1 and 2.  Requests for waiver of service from Rite Aid shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to Elisa P. McEnroe at:

RiteAid-OpioidLitigation@morganlewis.com

By filing this notice and the attachments as required by the Court's order, Rite Aid does not waive and expressly preserves all defenses and objections, including without limitation objections to the Court's lack of personal jurisdiction, venue, and/or the sufficiency and manner of service of process.

Date:   April 25, 2018

*/s/ Elisa P. McEnroe*
Elisa P. McEnroe, Esq.
elisa.mcenroe@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
T: 215-963-5917
F: 215-963-5001

Kelly A. Moore, Esq.
kelly.moore@morganlewis.com
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060

T: 212-309-6612
F: 212-309-6001

Webster J. Arceneaux, Esq.
wjarceneaux@lewisglasser.com
Lewis Glasser PLLC
300 Summers Street, Suite 700
Charleston, West Virginia 25301
T: 304-345-2000

*Counsel for Rite Aid Corporation and Rite Aid of Maryland, Inc.*

## CERTIFICATE OF SERVICE

I certify that the foregoing was electronically filed on April 25, 2018 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

*/s/ Elisa P. McEnroe*
Elisa P. McEnroe