- 1 -

# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2804 |
| | | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | | Judge Dan Aaron Polster |
| COUNTY OF MULTNOMAH | | |
| v. | | |
| PURDUE PHARMA, LP, ET AL. C.A. No. 3:17-02010 (Dist. of OR) | | |

**NOTICE OF WAIVER OF SERVICE OF SUMMONS INFORMATION FOR STUART ROSENBLUM, M.D. AND STUART ROSENBLUM, M.D., LLC**

Pursuant to Paragraph 6(d) of the Court's April 11, 2018 Case Management Order One (Doc. 232), Defendants Stuart Rosenblum, M.D. and Stuart Rosenblum, M.D., LLC provide notice of the following designated representative authorized to electronically receive requests for waivers of service:

> Amy J. DeLisa
> adelisa@bbllaw.com

The form attached herein as Exhibit A is acceptable to these Defendants in accordance with the Court's April 11, 2018 Case Management Order.

- 1 -

Date: April 25, 2018 	Respectfully submitted,

/s Amy J. DeLisa
Amy J. DeLisa
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, WA  98109
Telephone: (206) 622-5511
Facsimile: (206) 622-8986
adelisa@bbllaw.com
*Counsel for Stuart Rosenblum, M.D. and Stuart Rosenblum, M.D., LLC*

### CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of April, 2018, the foregoing was filed using the U.S District Court, Northern District of Ohio, Eastern Division's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s Amy J. DeLisa
Amy J. DeLisa
BENNETT BIGELOW & LEEDOM, P.S.
601 Union Street, Suite 1500
Seattle, WA  98109
Telephone: (206) 622-5511
Facsimile: (206) 622-8986
adelisa@bbllaw.com
*Counsel for Stuart Rosenblum, M.D. and Stuart Rosenblum, M.D., LLC*