UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*All Cases* | **MDL No. 2804**<br><br>**Case No.: 1:17-md-2804-DAP**<br><br>**Honorable Dan Aaron Polster** |

### DEFENDANT KVK-TECH, INC.'S
### NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., KVK-Tech, Inc. hereby submits this notice. The proper form for waiver of service for KVK-Tech, Inc. is attached to this notice as Exhibit A. The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to KVK-Tech, Inc. shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

        Thomas E. Rice
        rice@bscr-law.com

Dated: April 25, 2018         Respectfully submitted,

        /s/ Thomas E. Rice
        Thomas E Rice
        Baker Sterchi Cowden & Rice, LLC
        2400 Pershing Road, Suite 500
        Kansas City, MO 64108
        Telephone: 816-471-2121
        Facsimile: 816-472-0288
        rice@bscr-law.com
        *Counsel for Defendant KVK-Tech, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of April, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ Thomas E. Rice
*Counsel for Defendant KVK-Tech, Inc.*