**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: ALL CASES | Judge Dan Aaron Polster |

**NOTICE OF APPEARANCE ON BEHALF OF DEFENDANT
CVS HEALTH CORPORATION**

To:   The clerk of court and all parties of record

I am authorized under waiver of pro hac vice for MDL No. 2804 to practice in this court, and I appear in this case as counsel for CVS Health Corporation solely for the purpose of complying with the Court's April 11, 2018 Case Management Order One requiring that each Defendant file a notice on the master docket attaching a proper form of a waiver request and a designated person to electronically accept the same.  *See* Order ¶ 6.d.  By entering this appearance, CVS Health Corporation does not consent to personal jurisdiction in any of the cases in which it is named as a Defendant, nor does it waive any arguments regarding personal jurisdiction in the future.

Date: April 25, 2018

Respectfully submitted,

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW
Washington, DC 20036
202-778-1800
202-822-8106 (fax)
edelinsky@zuckerman.com

*Counsel for CVS Health Corporation*

6379828.1