UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO: ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**DEFENDANT CVS HEALTH CORPORATION'S**
**NOTICE REGARDING SERVICE**

In accordance with Case Management Order One, undersigned counsel hereby submits this notice regarding service on behalf of CVS Health Corporation and its subsidiaries (CVS). A modified form for waiver of service for CVS is attached to this notice. Service on CVS shall be made via email to the following individual:

Jason Acton
jacton@zuckerman.com

By filing this notice and modified form as required by the Court's order, CVS does not waive and expressly preserves all defenses and objections, including without limitation objections to jurisdiction and/or venue. Nor does CVS waive any time period provided by the Federal Rules of Civil Procedure for responding to any complaint to which the Court has ordered a response.

Date: April 25, 2018

Respectfully submitted,

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW

Washington, DC 20036
202-778-1800
202-822-8106 (fax)
edelinsky@zuckerman.com
smiller@zuckerman.com

*Counsel for CVS*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of April, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ <i>Eric R. Delinsky</i><br>Eric R. Delinsky