# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) | CASE No. 1:17-MD-2804 |
| | | JUDGE DAN A. POLSTER |

### DEFENDANT EXPRESS SCRIPTS HOLDING COMPANY AND EXPRESS SCRIPTS, INC.'S NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6(d), Express Scripts Holding Company and Express Scripts, Inc. (collectively, "Express Scripts") hereby submit this notice. The proper forms for waiver of service for Express Scripts are attached as Exhibits A and B.

The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to Express Scripts shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Adriana Riviere-Badell
Adriana.Riviere-Badell@kobrekim.com

Dated: April 25, 2018

KOBRE & KIM LLP

By: /s/ Adriana Riviere-Badell
Adriana Riviere-Badell
Kobre & Kim LLP
201 S Biscayne Blvd Suite 1900
Miami, FL 33131
T: +1 305 967 6100

*Attorney for Express Scripts Holding Company and Express Scripts, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 25th day of April, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

By: /s/ Adriana Riviere-Badell

Adriana Riviere-Badell