UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

## NOTICE OF PROPER WAIVER OF SERVICE REQUEST AND DESIGNATED RECIPIENTS

Pursuant to Paragraph 6.d of Case Management Order One, ECF No. 232, Defendant Mallinckrodt LLC provides proper forms of waiver of service requests for the following non-foreign corporate entities that have been named in federal lawsuits transferred to the above-captioned multidistrict litigation.  *See* Exhibit A.  Brien T. O'Connor and Andrew J. O'Connor of Ropes & Gray LLP are designated to electronically accept waiver of service requests, which should be directed to the following email address: MNKOpioidService2804@ropesgray.com.

- Mallinckrodt LLC
- Mallinckrodt Brand Pharmaceuticals, Inc.
- Mallinckrodt Enterprises LLC
- Mallinckrodt Enterprises Holdings, Inc.

Dated: April 25, 2018

/s/ *Brien T. O'Connor*
Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
(617) 235-7000
Brien.O'Connor@ropesgray.com
*Counsel for Defendant Mallinckrodt LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on the 25th of April, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

/s/ *Brien T. O'Connor*
Brien T. O'Connor