# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** *APPLIES TO ALL CASES* | Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

## KROGER LIMITED PARTNERSHIP I AND KROGER LIMITED PARTNERSHIP II NOTICE REGARDING REQUESTS FOR WAIVER OF SERVICE OF SUMMONS

Defendant Kroger Limited Partnership I and Kroger Limited Partnership II ("Kroger"), submits this notice and attached forms pursuant to Paragraph 6(d) of the Court's Case Management Order One, Dkt. 232. Requests for waiver of service of summons from Kroger can be sent to Ronda L. Harvey at rharvey@bowlesrice.com. The attached forms have been modified to reflect the Court's moratorium on filings.

By filing this notice and the attachments as required by the Court's order, Kroger does not waive and expressly preserves all defenses and objections, including without limitation objections to the Court's lack of personal jurisdiction, venue, and/or the sufficiency and manner of service of process.

Dated: April 25, 2018

                                        Respectfully submitted,

                                        /s/ Ronda L. Harvey
                                        Gerard R. Stowers (WVSB # 3633)
                                        Ronda L. Harvey (WVSB # 6326)
                                        Fazal A. Shere (WVSB # 5433)
                                        **Bowles Rice LLP**
                                        600 Quarrier Street
                                        Post Office Box 1386
                                        Charleston, West Virginia 25325-1386
                                        rharvey@bowlesrice.com
                                        *Counsel for Kroger Limited Partnership I*
                                              *Kroger Limited Partnership II*

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that, this 25th day of April, 2018, I electronically filed a copy of the foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

      /s/ Ronda L. Harvey
*Counsel for Kroger Limited Partnership I*
*Kroger Limited Partnership II*

2

10070955.1