# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NORAMCO, INC.'S
## NOTICE REGARDING SERVICE

Pursuant to the Court's Case Management Order One filed on April 11, 2018, and in accordance with Section 6(d), defendant Noramco, Inc. (a) attaches its service waiver form as "Exhibit A" and (b) designates Daniel G. Jarcho (daniel.jarcho@alston.com) to electronically accept service waiver requests for Noramco.

Dated: April 25, 2018

Respectfully submitted,

*/s/ Daniel G. Jarcho*
Daniel G. Jarcho
DC Bar No. 391837
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Tel.: (202) 239-3254
Fax: (202) 239-3333
daniel.jarcho@alston.com

*Attorney for Noramco, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ Daniel G. Jarcho*
Daniel G. Jarcho