THE HONORABLE DAN A. POLSTER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

*APPLIES TO ALL CASES*

No. 1:17-MD-2804

NOTICE OF APPEARANCE

**TO:** All Parties and Their Counsel of Record

Please enter the appearances of Brandon M. White, Cori Gordon Moore, and David J. Burman of Perkins Coie on behalf of Defendant Costco Wholesale Corporation. Ms. Moore and Mr. Burman are registered for Electronic Case Filing in the Western District of Washington. Please serve all notices, correspondence, filings, and orders on Ms. Moore and Mr. Burman at the following address:

> Perkins Coie LLP
> 1201 Third Avenue, Suite 4900
> Seattle, WA 98101-3099
> Phone: 206.359.8000
> Fax:     206.359.9000
> Email: CGMoore@perkinscoie.com
> Email: DBurman@perkinscoie.com

By filing this notice, Costco does not waive, and expressly preserves, any available defenses and objections including to service, venue, and personal jurisdiction.

NOTICE OF APPEARANCE (NO. 1:17-MD-2804) – 1

**Perkins Coie LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Phone:  202.654.6200
Fax:  202.654.6211

139568648.1

DATED this 25th day of April, 2018

    s/ Brandon M. White
    Brandon M. White

**Perkins Coie LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile:  202.654.6211
Email: BMWhite@perkinscoie.com
OSBA # 0075430

*Attorney for Defendant Costco Wholesale Corporation*

NOTICE OF APPEARANCE (NO. 1:17-MD-2804) – 2

**Perkins Coie LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Phone: 202.654.6200
Fax: 202.654.6211

139568648.1

# CERTIFICATE OF SERVICE

I certify under penalty of perjury that on April 25, 2018 I electronically filed the foregoing NOTICE OF APPEARANCE with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 25th day of April, 2018.

s/ Brandon M. White
Brandon M. White

**Perkins Coie LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
Email: BMWhite@perkinscoie.com
OSBA # 0075430

*Attorney for Costco Wholesale Corporation*

CERTIFICATE OF SERVICE
(NO. 1:17-MD-2804) – 1

139568648.1

**Perkins Coie LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Phone: 202.654.6200
Fax: 202.654.6211