UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  *APPLIES TO ALL CASES* | **CASE NO. 17-MD- 2804**  **Hon. Dan A. Polster** |

### THE PURDUE DEFENDANTS' NOTICE REGARDING REQUESTS FOR WAIVER OF FORMAL SERVICE

Pursuant to Paragraph 6.d. of CMO 1 (Dkt. 232), Defendants Purdue Pharma Inc., The Purdue Frederick Company Inc., and Purdue Pharma L.P. (collectively, the "Purdue Defendants") hereby provide notice of the process through which Plaintiffs may request a waiver of formal service of summons and effectuate service on the Purdue Defendants in this MDL:

A. Solely for purposes of this MDL, pursuant to the process set forth below, the Purdue Defendants agree to waive formal service of process under Federal Rule of Civil Procedure 4 and to accept service of cases that are properly commenced in, removed to, or transferred to this MDL. By waiving formal service pursuant to this process, the Purdue Defendants do not waive any other defenses, rights, or objections available to them.

B. Service on the Purdue Defendants shall be effectuated by sending a Complaint and Request for Waiver in the sample form attached as Exhibit A by electronic mail ("email") to the following address: cscsop@cscglobal.com. Each email sent to this address shall be limited to one Complaint and related Request(s) for Waiver. A separate Request for Waiver must be completed for each entity served. The subject line of each email shall state the Plaintiff's name and the originating court. The body of the email must contain the name of each Purdue

Defendant named in the suit that is being served.  Each email should also contain contact information for Plaintiff's counsel.

C.   Service on the Purdue Defendants will be effective only pursuant to the process set forth above.  General mailing or other methods of transmission, including, but not limited to, Federal Express or email to an alternate address, will not be sufficient to effect service.

D.   The Purdue Defendants will respond to a Request for Waiver served pursuant to the process set forth above within 30 days of service by returning by email to counsel for Plaintiff either a signed waiver for filing with the Court or written notice of a technical defect in the service process described in this section.

E.   Other than as set forth in Paragraph 2 of CMO 1 and absent further Order of the Court, the Purdue Defendants are not required to respond to any Complaint served in this MDL.

Date:   April 25, 2018          Respectfully submitted,

/s/  Mark Cheffo
Mark S. Cheffo

QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010
Telephone: (212) 849-7000
Facsimile: (212) 849-7100
Email:  markcheffo@quinnemanuel.com

*Counsel for Purdue Pharma Inc.,*
*Purdue Pharma L.P.*, and
*The Purdue Frederick Company Inc.*

## **CERTIFICATE OF SERVICE**

      I hereby certify that, this 25th day of April, 2018, I electronically filed a copy of the above and foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

      /s/ Mark S. Cheffo_____