# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

## WALMART'S NOTICE REGARDING REQUESTS FOR WAIVER OF SERVICE OF SUMMONS

Defendants Wal-Mart Inc., Wal-Mart Stores East, LP and Wal-Mart Stores, Inc. (collectively "Walmart"), submits this notice and attached forms pursuant to Paragraph 6(d) of the Court's Case Management Order One, Dkt. 232. The standard forms have been modified in accordance with this Court's orders. Requests for waiver of service of summons from Walmart can be sent to Tara A. Fumerton at tfumerton@jonesday.com

By filing this notice and the attachments as required by the Court's order, Walmart does not waive and expressly preserves all defenses and objections, including without limitation objections to the Court's lack of personal jurisdiction, venue, and/or the sufficiency and manner of service of process.

Dated: April 25, 2018

Respectfully submitted,

/s/ Tara A. Fumerton
Tara A. Fumerton
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 782-3939
Email:  tfumerton@jonesday.com

*Counsel for Wal-Mart, Inc., Wal-Mart Stores East, LP and Wal-Mart Stores, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, this 25th day of April, 2018, I electronically filed a copy of the foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

/s/ Tara A. Fumerton
Tara A. Fumerton
*Counsel for Wal-Mart Inc., Wal-Mart Stores East, LP and Wal-Mart Stores, Inc.*