# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **Case No. 1:17-md-02804-DAP** |
| THIS DOCUMENT RELATES TO: ALL CASES | **DEFENDANT INSYS THERAPEUTICS, INC.'S NOTICE REGARDING SERVICE** |

Pursuant to paragraph 6.d of the Court's Case Management Order One [ECF No. 232], and without waiving any defenses or objections, all of which are expressly reserved, Defendant INSYS Therapeutics, Inc. ("Insys"), which has been named in federal lawsuits that have been or may be transferred to this multidistrict litigation, attaches a proper form for waiver of service as **Exhibit "A."** Requests for waiver of service to Insys may be directed via email to Joseph Franco of Holland & Knight LLP (joe.franco@hklaw.com).

Dated: April 25, 2018

    Respectfully submitted,

    /s/ *Eric H. Zagrans*
    Eric H. Zagrans (0013108)
    ZAGRANS LAW FIRM LLC
    6100 Oak Tree Boulevard, Suite 200
    Cleveland, Ohio 44131
    Telephone: (216) 771-1000
    Facsimile: (866) 261-2008
    eric@zagrans.com

    J. Matthew Donohue
    Oregon State Bar No. 065742
    matt.donohue@hklaw.com
    Joseph Franco
    Oregon State Bar No. 073913
    joe.franco@hklaw.com
    HOLLAND & KNIGHT LLP
    2300 U.S. Bancorp Tower
    111 S.W. Fifth Avenue
    Portland, Oregon 97204
    (503) 243-2300
    (503) 243-8014 (facsimile)

    Nicholas A. Sarokhanian
    Texas State Bar No. 24075020
    nicholas.sarokhanian@hklaw.com
    HOLLAND & KNIGHT LLP
    200 Crescent Court #1600
    Dallas, Texas 75201
    (214) 964-9500
    (214) 964-9501 (facsimile)

    **ATTORNEYS FOR**
    **INSYS THERAPEUTICS, INC.**

## **CERTIFICATE OF SERVICE**

I hereby certify that a true and correct copy of the foregoing instrument was served through the Court's CM/ECF system on April 25, 2018 on all counsel of record.

    /s/ *Eric H. Zagrans*
    Eric H. Zagrans