# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION   ) ) ) ) ) ) ) | CAUSE NO.:  1:17-MD-2804-DAP |
| THIS DOCUMENT RELATES TO ALL CASES | Judge Dan Aaron Polster |

## NOTICE OF PROPER WAIVER OF SERVICE REQUEST AND DESIGNATED RECIPIENT(S)

Pursuant to Paragraph 6.d of Case Management Order One, the non-foreign corporate entities listed below that have been named in federal lawsuits, which have been or may be transferred to this MDL, attach proper forms for waiver of service.  These forms may be directed to Sean Morris (sean.morris@arnoldporter.com), with a CC: to Justin McCarthy (justin.mccarthy@arnoldporter.com).

- Endo Pharmaceuticals Inc.
- Endo Health Solutions Inc.
- Par Pharmaceutical, Inc.
- Generics Bidco I, LLC

Dated:  April 25, 2018

Respectfully submitted,

*/s/ Sean O. Morris*_____
Sean O. Morris
Arnold & Porter Kaye Scholer LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
(213) 243-4000

Counsel for Endo Pharmaceuticals Inc.; Endo Health Solutions Inc.; Par Pharmaceutical, Inc.; and Generics Bidco I, LLC

## **CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that a copy of the foregoing was filed electronically on the 25th day of April, 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, who may access this filing through the Court's system:

              */s/ Sean O. Morris*
              Sean O. Morris