# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION )
OPIATE LITIGATION )
                                          )     **Case No. 1:17-md-2804**
                                          )
                                          )     **Judge Dan Aaron Polster**

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that James W. Matthews of Foley & Lardner LLP hereby enters his appearance as lead counsel of record for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. in the above-captioned action.

Dated: April 25, 2018          Respectfully submitted,

*/s/ James W. Matthews*
James W. Matthews (MA BBO #560560)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617.342.4000
Facsimile: 617.342.4001
jmatthews@foley.com

*Counsel for Anda, Inc. and*
*Anda Pharmaceuticals, Inc.*

4848-3076-2595.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 25th day of April 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                            */s/ James W. Matthews*
                                            James W. Matthews