# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) ) ) ) | Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Katy E. Koski of Foley & Lardner LLP hereby enters her appearance as additional counsel of record for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. in the above-captioned action.

Dated:  April 25, 2018

Respectfully submitted,

*/s/ Katy E. Koski*
Katy E. Koski (MA BBO #650613)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617.342.4000
Facsimile: 617.342.4001
kkoski@foley.com

*Counsel for Anda, Inc. and Anda Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of April 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                                              */s/ Katy E. Koski*
                                                                              Katy E. Koski

4812-9762-0314.1