# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | § § § § | CASE NO. 1:17-MD-2804-DAP<br><br>HON. DAN AARON POLSTER |

## NOTICE REGARDING SERVICE

In accordance with this Court's April 11, 2018 Case Management Order One [Dkt. No. 232], Navitus Health Solutions, LLC and Navitus Holdings, LLC hereby file this *Notice Regarding Service*. The proper forms for waiver of service are attached as Exhibits A and B, and Navitus Health Solutions, LLC and Navitus Holdings, LLC designate Paul Page, Esq. (Paul.Page@navitus.com) to electronically accept the same.

Dated: April 25, 2018.

Respectfully submitted,

By: */s/ Timothy E. Hudson*

Timothy E. Hudson
Texas State Bar No. 24046120
Tim.Hudson@tklaw.com

Janelle L. Davis
Texas State Bar No. 24059655
Janelle.Davis@tklaw.com

Mackenzie M. Salenger
Texas State Bar No. 24102451
Mackenzie.Salenger@tklaw.com

THOMPSON & KNIGHT LLP
One Arts Plaza
1722 Routh Street, Suite 1500
Dallas, Texas 75201
Telephone: (214) 969-1700
Facsimile: (214) 969-1751

**COUNSEL FOR NAVITUS HEALTH SOLUTIONS, LLC AND NAVITUS HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on April 25, 2018, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Ohio. The electronic case filing system (ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Timothy E. Hudson*
Timothy E. Hudson