# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION ) 
OPIATE LITIGATION )

)   **Case No. 1:17-md-2804**

)

)   **Judge Dan Aaron Polster**

)

)

_____)

## NOTICE OF FORM OF WAIVER REQUEST

Pursuant to Paragraph 6(d) of Case Management Order One (ECF #232), attached at

**Exhibit A** is a proper form of waiver request for Defendant Anda, Inc., and attached at

**Exhibit B** is a proper form of waiver request for Defendant Anda Pharmaceuticals, Inc.

Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. hereby designate James W.

Matthews (jmatthews@foley.com) as the person to electronically accept waiver requests in the

above-referenced action, with copies also to be provided electronically to Katy E. Koski

(kkoski@foley.com) and Jaclyn V. Piltch (jpiltch@foley.com).

Dated:  April 25, 2018          Respectfully submitted,

                                   */s/ James W. Matthews*
                                   James W. Matthews (MA BBO #560560)
                                   FOLEY & LARDNER LLP
                                   111 Huntington Avenue
                                   Boston, MA 02199
                                   Telephone: 617.342.4000
                                   Facsimile: 617.342.4001
                                   jmatthews@foley.com

                                   *Counsel for Anda, Inc. and*
                                   *Anda Pharmaceuticals, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 25th day of April 2018, I electronically filed the foregoing

Notice of Appearance with the Clerk of this Court via the CM/ECF system, which will send a

Notice of Electronic Filing to all counsel of record.

<u>*/s/ James W. Matthews*            </u>
James W. Matthews

2