# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP  JUDGE DAN AARON POLSTER |

## JOHNSON & JOHNSON AND JANSSEN PHARMACEUTICALS, INC.'S
## NOTICE REGARDING SERVICE

Pursuant to the Court's Case Management Order One filed on April 11, 2018, and in accordance with Section 6(d), defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. (collectively, "Janssen") (a) attach model service waiver forms as "Exhibit A" and (b) designate Jennifer Cardelus (jcardelus@omm.com), with a copy to Stephen Kemp (skemp@omm.com), to electronically accept service waiver requests for Janssen.

Dated:  April 25, 2018                              Respectfully submitted,

<div style="margin-left: 50%;">

*/s/ Charles C. Lifland*
Charles C. Lifland
California Bar No. 108950
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, CA 90071
Tel.: (213) 430-6244
Fax: (213) 430-6407
clifland@omm.com

*Attorneys for Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

</div>

**CERTIFICATE OF SERVICE**

     I hereby certify that on April 25, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                             */s/ Charles C. Lifland*
                                             Charles C. Lifland