UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>HON. DAN A. POLSTER |

### DEFENDANT PRIME THERAPEUTICS, LLC'S NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6(d), Prime Therapeutics, LLC hereby submits this notice. The proper form for waiver of service for Prime Therapeutics, LLC is attached as Exhibit A.

The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to Prime Therapeutics LLC shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

> Robert J. Gilbertson
> BGilbertson@GreeneEspel.com

Dated: April 26, 2018

    */s/Robert J. Gilbertson*
Robert J. Gilbertson, Reg. No. 22361X
Matthew D. Forsgren, Reg. No. 0246694
GREENE ESPEL PLLP
222 South Ninth Street, Suite 2200
Minneapolis, MN  55402
Telephone:    (612) 373-0830
Facsimile:    (612) 373-0929
E-mail:    BGilbertson@GreeneEspel.com
    MForsgren@GreeneEspel.com


Attorneys for Prime Therapeutics, LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 26th day of April 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

By: /s/ Robert J. Gilbertson
Robert J. Gilbertson