# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Julian W. Park of Kobre & Kim LLP, hereby enters her appearance for Defendants Express Scripts Holding Company and Express Scripts, Inc. in the above-captioned actions.

Dated:  April 26, 2018

KOBRE & KIM LLP

By: /s/*Julian Park*
Julian Park
Kobre & Kim LLP
150 California St., 19th Floor
San Francisco, CA 94111
T: +1 415 582 4800
julian.park@kobrekim.com

*Attorney for Express Scripts Holding Company and Express Scripts, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/*Julian Park*

Julian Park