# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) ) ) _____ ) | Case No. 1:17-md-2804  **Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jaclyn V. Piltch of Foley & Lardner LLP hereby enters her appearance as additional counsel of record for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. in the above-captioned action.

Dated:  April 25, 2018

Respectfully submitted,

*/s/ Jaclyn V. Piltch*
Jaclyn V. Piltch (MA BBO #682945)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617.342.4000
Facsimile: 617.342.4001
jpiltch@foley.com

*Counsel for Anda, Inc. and*
*Anda Pharmaceuticals, Inc.*

4847-0405-0522.1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 25th day of April 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

                                                     */s/ Jaclyn V. Piltch*
                                                     Jaclyn V. Piltch

4847-0405-0522.1