# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) **This document applies to:** ) ) *Jeff Davis County, Georgia v. AmerisourceBergen Drug Corporation, et al.,* Member Case No.: 1:18-op-45237 ) ) ) ) | CASE NO. 1:17-MD-2804 JUDGE DAN A. POLSTER |

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

The attorneys listed below enter their appearances in the above-captioned member case as counsel of record for Plaintiff, Jeff Davis County, Georgia. Each of the attorneys listed below respectfully requests that his/her name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorneys at the following addresses and/or through the Court ECF filing system, as registered:

| | |
|---|---|
| Henry G. Garrard, III Georgia Bar No. 286300 hgarrard@bbga.com BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. P.O. Box 832 Athens, Georgia 30603 (706) 354-4000 | James B. Matthews, III Georgia Bar No. 477559 jmatthews@bbga.com BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. P.O. Box 832 Athens, Georgia 30603 (706) 354-4000 |
| Andrew J. Hill, III Georgia Bar No. 353300 ahill@bbga.com BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. P.O. Box 832 Athens, Georgia 30603 (706) 354-4000 | Josh B. Wages Georgia Bar No. 730098 jwages@bbga.com BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. P.O. Box 832 Athens, Georgia 30603 (706) 354-4000 |

Patrick H. Garrard
Georgia Bar No. 134007
pgarrard@bbga.com

BLASINGAME, BURCH,
GARRARD & ASHLEY, P.C.
P.O. Box 832
Athens, Georgia 30603
(706) 354-4000


All filings in the listed member case should henceforth be served upon these counsel.

                                        Respectfully submitted,

                                        /s/Henry G. Garrard, III
                                        Henry G. Garrard, III
                                        Georgia Bar No. 286300
                                        hgarrard@bbga.com
                                        BLASINGAME, BURCH,
                                        GARRARD & ASHLEY, P.C.
                                        P.O. Box 832
                                        Athens, Georgia 30603
                                        (706) 354-4000

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/    Henry G. Garrard, III*
Henry G. Garrard, III