UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO. 1:17-MD-2804<br>JUDGE DAN A. POLSTER |
| **This document applies to:** | |
| *The City of Bainbridge, Georgia v. AmerisourceBergen Drug Corporation, et al.,*<br>Member Case No.: 1:18-op-45383 | |

### NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

The attorneys listed below enter their appearances in the above-captioned member case as counsel of record for Plaintiff, The City of Bainbridge, Georgia. Each of the attorneys listed below respectfully requests that his/her name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorneys at the following addresses and/or through the Court ECF filing system, as registered:

Henry G. Garrard, III
Georgia Bar No. 286300
hgarrard@bbga.com
BLASINGAME, BURCH,
GARRARD & ASHLEY, P.C.
P.O. Box 832
Athens, Georgia 30603
(706) 354-4000

James B. Matthews, III
Georgia Bar No. 477559
jmatthews@bbga.com
BLASINGAME, BURCH,
GARRARD & ASHLEY, P.C.
P.O. Box 832
Athens, Georgia 30603
(706) 354-4000

Andrew J. Hill, III
Georgia Bar No. 353300
ahill@bbga.com
BLASINGAME, BURCH,
GARRARD & ASHLEY, P.C.
P.O. Box 832
Athens, Georgia 30603
(706) 354-4000

Josh B. Wages
Georgia Bar No. 730098
jwages@bbga.com
BLASINGAME, BURCH,
GARRARD & ASHLEY, P.C.
P.O. Box 832
Athens, Georgia 30603
(706) 354-4000

Patrick H. Garrard
Georgia Bar No. 134007
pgarrard@bbga.com

BLASINGAME, BURCH,
GARRARD & ASHLEY, P.C.
P.O. Box 832
Athens, Georgia 30603
(706) 354-4000

All filings in the listed member case should henceforth be served upon these counsel.

          Respectfully submitted,

          /s/Henry G. Garrard, III
          Henry G. Garrard, III
          Georgia Bar No. 286300
          hgarrard@bbga.com
          BLASINGAME, BURCH,
          GARRARD & ASHLEY, P.C.
          P.O. Box 832
          Athens, Georgia 30603
          (706) 354-4000

**CERTIFICATE OF SERVICE**

I hereby certify that on April 26, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                        */s/   Henry G. Garrard, III*
                                        Henry G. Garrard, III