# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) ) Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) Hon. Dan A. Polster |

## DEFENDANT AMNEAL PHARMACEUTICALS OF NEW YORK, LLC'S
## NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Amneal Pharmaceuticals of New York, LLC ("Amneal"), hereby submits this notice. The proper form for waiver of service for Amneal is attached as Exhibit 1. Requests for waiver of service to Amneal shall be made complete with all the required case information and a PDF copy of the complaint and any supporting exhibits, via email to:

Michelle R. Gilboe
Michelle.Gilboe@bowmanandbrooke.com

Dated: April 26, 2018

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

/s/ *Michelle Rognlien Gilboe*
Michelle Rognlien Gilboe
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402
Telephone: (612) 339-8682
Facsimile: (612) 672-3200
Michelle.Gilboe@bowmanandbrooke.com

William Gordon Childs
BOWMAN AND BROOKE LLP
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78745
Telephone: (512) 874-3819
Facsimile: (512) 874-3801
Bill.Childs@bowmanandbrooke.com

        James W. Childress
        CHILDRESS AHLHEIM CARY LLC
        1010 Market Street, Suite 500
        St. Louis, Missouri 63101
        Telephone: (314) 621-9800
        Facsimile: (314) 321-9802
        jchildress@jchildresslaw.com

        *ATTORNEYS FOR DEFENDANT AMNEAL*
        *PHARMACEUTICALS OF NEW YORK, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on this the 26th day of April 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic filing to all attorneys of record.

        /s/ *Michelle Rognlien Gilboe*
        Michelle Rognlien Gilboe