**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804** |
| **This document relates to:** | **Master Docket No.:** **1:17-MD-02804-DAP** |
| *Medical Mutual of Ohio v. Purdue Pharma, L.P., et al.* | **Hon. Judge Dan A. Polster** |
| Case No.  1:18-op-45307-DAP | |

<u>**CORPORATE DISCLOSURE STATEMENT**</u>

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c): Any non-governmental corporate party to a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

<u>Medical Mutual of Ohio ("MMO") and its subsidiaries and affiliates.  MMO's subsidiaries and affiliates include: Medical Mutual Services, L.L.C., an Ohio limited liability company, Medical Health Insuring Corporation of Ohio and Consumers Life Insurance Company.</u>

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    __ ___ Yes __<u>X</u>___ No.

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2.  Is there a publicly owned corporation, not a party to the case that has a financial interest in the outcome? _____ Yes ___X___ No.

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:


 *s/ Peter H. Weinberger*_____     April 26, 2018_____
(Signature of Counsel)                              (Date)