UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | CASE NO. 1:17-MD-2804 JUDGE DAN A. POLSTER |
| ) ) **This document applies to:** ) ) *The City of Gainesville, Georgia* ) *v. AmerisourceBergen Drug Corporation, et al.,* ) Member Case No.:  1:18-op-45486 ) ) | |

### NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

The attorneys listed below enter their appearances in the above-captioned member case as counsel of record for Plaintiff, The City of Gainesville, Georgia. Each of the attorneys listed below respectfully requests that his/her name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorneys at the following addresses and/or through the Court ECF filing system, as registered:

| | |
|---|---|
| Henry G. Garrard, III Georgia Bar No. 286300 hgarrard@bbga.com BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. P.O. Box 832 Athens, Georgia 30603 (706) 354-4000 | James B. Matthews, III Georgia Bar No. 477559 jmatthews@bbga.com BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. P.O. Box 832 Athens, Georgia 30603 (706) 354-4000 |
| Andrew J. Hill, III Georgia Bar No. 353300 ahill@bbga.com BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. P.O. Box 832 Athens, Georgia 30603 (706) 354-4000 | Josh B. Wages Georgia Bar No. 730098 jwages@bbga.com BLASINGAME, BURCH, GARRARD & ASHLEY, P.C. P.O. Box 832 Athens, Georgia 30603 (706) 354-4000 |

Patrick H. Garrard
Georgia Bar No. 134007
pgarrard@bbga.com

BLASINGAME, BURCH,
GARRARD & ASHLEY, P.C.
P.O. Box 832
Athens, Georgia 30603
(706) 354-4000


All filings in the listed member case should henceforth be served upon these counsel.

        Respectfully submitted,

        /s/Henry G. Garrard, III
        Henry G. Garrard, III
        Georgia Bar No. 286300
        hgarrard@bbga.com
        BLASINGAME, BURCH,
        GARRARD & ASHLEY, P.C.
        P.O. Box 832
        Athens, Georgia 30603
        (706) 354-4000

## CERTIFICATE OF SERVICE

I hereby certify that on April 27, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                                  /s/  *Henry G. Garrard, III*
                                                  Henry G. Garrard, III