# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) ) ) | **CASE NO. 1:17-MD-2804-DAP** <br><br> **JUDGE DAN AARON POLSTER** |

## NOTICE OF APPEARANCE

Please take notice that Cari K. Dawson and Jenny A. Mendelsohn, hereby enter their appearance as counsel for Defendant Noramco, Inc. in the above-captioned matter.

Dated:  April 27, 2018

Respectfully submitted,

*/s/ Jenny A. Mendelsohn*
Cari K. Dawson
Georgia Bar No. 213490
Jenny A. Mendelsohn
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
cari.dawson@alston.com
jenny.mendelsohn@alston.com

*Attorneys for Noramco, Inc.*

## **CERTIFICATE OF SERVICE**

    I hereby certify that on April 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                        */s/ Jenny A. Mendelsohn*
                                        Jenny A. Mendelsohn