UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *All Cases* | Judge Dan Aaron Polster |

## NOTICE OF TELEPHONE PARTICIPATION INSTRUCTIONS FOR MAY 10, 2018 HEARING

The Court has scheduled an open-door status conference for this MDL on Thursday, May 10, 2018 from 9:00 am to 10:00 am Eastern.  For those parties who wish to participate via telephone, registration **must occur prior to 8:00 am Eastern Thursday, May 10, 2018** using the following link:

https://directrsvp.com/DirectRSVP/WebForms/EventRegistration.aspx?InvCode=20874ef6-c18e-4c77-8a01-38b6a7978dfa

**Once registered, each participant will be sent an email with the dial-in number along with a unique ID.**

Respectfully submitted,

s/Peter H. Weinberger
Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
*pweinberger@spanglaw.com*

Plaintiffs' Co-Liaison Counsel

**<u>CERTIFICATE OF SERVICE</u>**

I HEREBY CERTIFY that on this 29th day of April 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

s/Peter H. Weinberger
Peter H. Weinberger
Plaintiffs' Co-Liaison Counsel