# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) ) ) | **CASE NO. 1:17-MD-2804-DAP** <br><br> **JUDGE DAN AARON POLSTER** |

## NOTICE OF APPEARANCE

Please take notice that William H. Jordan, Brian D. Boone, and Kimberly K. Chemerinsky hereby enter their appearance as counsel for Defendants Optum, Inc. and OptumRx, Inc. in the above-captioned actions.

LEGAL02/38063491v1

| | |
|---|---|
| Dated:  April 29, 2018 | Respectfully submitted,<br><br>*/s/ Kimberly K. Chemerinsky*<br>William H. Jordan<br>Georgia Bar No. 405112<br>ALSTON & BIRD LLP<br>1201 West Peachtree Street NW<br>Suite 4900<br>Atlanta, GA 30309<br>Tel.: (404) 881-7000<br>Fax: (404) 881-7777<br>bill.jordan@alston.com<br><br>Brian D. Boone<br>North Carolina Bar No. 38910<br>ALSTON & BIRD LLP<br>101 South Tryon Street<br>Suite 4000<br>Charlotte, NC 28280<br>Tel.: (704) 444-1000<br>Fax: (704) 444-1111<br>brian.boone@alston.com<br><br>Kimberly K. Chemerinsky<br>California Bar No. 277637<br>ALSTON & BIRD LLP<br>333 South Hope Street<br>16th Floor<br>Los Angeles, CA 90071<br>Tel.: (213) 576-1000<br>Fax: (213) 576-1100<br><br>*Attorneys for Optum, Inc. and OptumRx, Inc.* |

## CERTIFICATE OF SERVICE

I hereby certify that on April 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ Kimberly K. Chemerinsky*
Kimberly K. Chemerinsky

LEGAL02/38063491v1