IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) This document applies to: ) ) *City of Mansfield, Ohio v. Purdue Pharma L.P., et al.* ) ) Member Case No.: 1:18-op-45380-DAP ) | Case No.: 1:17-md-02804-DAP  JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Now comes Leslie O. Murray of Murray & Murray Co., L.P.A. and enters her appearance as additional counsel on behalf of City of Mansfield, Ohio. John T. Murray of Murray & Murray Co., L.P.A. and John Rinehardt of Rinehardt Law Firm will also continue as counsel.

Dated: April 30, 2018

Respectfully submitted,

/s/ Leslie O. Murray
Leslie O. Murray (0081496)
leslie@murrayandmurray.com
Direct: (419) 624-3010
John T. Murray (0008793)
jotm@murrayandmurray.com
Direct: (419) 624-3125
MURRAY & MURRAY CO., L.P.A.
111 East Shoreline Drive
Sandusky, Ohio 44870-2517
Telephone: (419) 624-3000
Facsimile: (419) 624-0707

and

John Rinehardt  (0037394)
john@lawfirm2020.com
RINEHARDT LAW FIRM
2404 Park Ave W
Ontario, OH 44906
Telephone:  (419) 529-2020
Facsimile: (419) 529-2717

Attorneys for Plaintiff

## **CERTIFICATE OF SERVICE**

I hereby certify a copy of the foregoing Notice of Appearance was served by the Court's electronic case filing system to all those participating on this 30th day of April, 2018.

/s/ Leslie O. Murray
Leslie O. Murray  (0081496)
MURRAY & MURRAY CO., L.P.A.

Attorney for Plaintiff

2