IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) |
| This document applies to: | ) Case No.: 1:17-md-02804-DAP ) |
| *City of Fostoria, Ohio v. Purdue Pharma L.P., et al.* <br> Member Case No.: 1:18-op-45433-DAP | ) JUDGE DAN AARON POLSTER ) ) |

## NOTICE OF APPEARANCE

Now comes Leslie O. Murray of Murray & Murray Co., L.P.A. and enters her appearance as additional counsel on behalf of City of Fostoria, Ohio. John T. Murray of Murray & Murray Co., L.P.A. and Alicia Roshong of Law Office of Alicia Roshong will also continue as counsel.

Dated: April 30, 2018

                                                        Respectfully submitted,

                                                        /s/ Leslie O. Murray
                                                        Leslie O. Murray (0081496)
                                                        leslie@murrayandmurray.com
                                                        Direct: (419) 624-3010
                                                        John T. Murray (0008793)
                                                        jotm@murrayandmurray.com
                                                        Direct: (419) 624-3125
                                                        MURRAY & MURRAY CO., L.P.A.
                                                        111 East Shoreline Drive
                                                        Sandusky, Ohio 44870-2517
                                                        Telephone: (419) 624-3000
                                                        Facsimile: (419) 624-0707

and

Alicia Roshong (0058521)
awolph@aol.com
LAW OFFICE OF ALICIA ROSHONG
28 Middle Avenue
Huron, OH 44839
Telephone: (419) 433-2525
Facsimile: (419) 433-9636

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing Notice of Appearance was served by the Court's electronic case filing system to all those participating on this 30th day of April, 2018.

/s/ Leslie O. Murray
Leslie O. Murray (0081496)
MURRAY & MURRAY CO., L.P.A.

Attorney for Plaintiff