THE HONORABLE DAN A. POLSTER

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | No. 1:17-MD-2804<br><br>NOTICE OF WITHDRAWAL OF COUNSEL |

Pursuant to N.D. Ohio Local Rule 83.9, Defendant Costco Wholesale Corporation notifies the Court that, effective April 30, 2018, Brandon M. White of Perkins Coie LLP, withdraws from representation of Defendant Costco Wholesale Corporation. Cori Gordon Moore and David J. Burman of Perkins Coie LLP are already counsel of record for Costco Wholesale Corporation in this matter and will continue to represent Costco as lead counsel.

DATED this 30th day of April, 2018

s/ Brandon M. White
Brandon M. White

**Perkins Coie LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
Email: BMWhite@perkinscoie.com
OSBA # 0075430

*Withdrawing Attorney for Costco Wholesale Corporation*

NOTICE OF WITHDRAWAL OF COUNSEL
(NO. 1:17-MD-2804) – 1

**Perkins Coie LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Phone: 202.654.6200
Fax: 202.654.6211

LEGAL139596105.1

## CERTIFICATE OF SERVICE

I certify under penalty of perjury that on April 30, 2018 I electronically filed the foregoing NOTICE OF WITHDRAWAL OF COUNSEL with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

DATED this 30th day of April, 2018.

        s/ Brandon M. White
        Brandon M. White

**Perkins Coie LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Telephone: 202.654.6200
Facsimile: 202.654.6211
Email: BMWhite@perkinscoie.com
OSBA # 0075430

*Withdrawing Attorney for Costco Wholesale Corporation*

CERTIFICATE OF SERVICE
(NO. 1:17-MD-2804) – 1

**Perkins Coie LLP**
700 Thirteenth Street NW, Suite 600
Washington, D.C. 20005-3960
Phone: 202.654.6200
Fax: 202.654.6211

LEGAL139596105.1