UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO.: 1:17-MD-2804-DAP |
| | Judge Dan Aaron Polster |
| THIS DOCUMENT RELATES TO ALL CASES | |

## NOTICE BY DEFENDANTS REGARDING SPECIAL MASTER PAYMENTS

In response to the Court's April 10, 2018 Order regarding the payment of fees to the Special Masters, Defendants report that they have agreed upon a joint bank account and have jointly retained an accounting firm that will administer the account (including periodically collecting the requisite payments from Defendants to fund it). Defendants also have agreed upon the allocation of "shares" to fund the account, recognizing that those shares might be adjusted over time for various reasons, including as new parties are added or the number of cases in which existing defendants are named increase.

Dated: April 30, 2018

Respectfully submitted,

*/s/ Carole S. Rendon*
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 621-0200
Fax: (216) 696-0740
crendon@bakerlaw.com

*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

*Co-Liason Counsel for the Manufacturer Defendants*

*/s/  Shannon E. McClure*
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Distributor Defendant AmerisourceBergen Drug Corporation*

*Co-Liason Counsel for the Distributor Defendants*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was filed electronically on the 30th day of April, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, who may access this filing through the Court's system.

*/s/  Carole S. Rendon*
Carole S. Rendon