**IN RE NATIONAL PRESCRIPTION OPIOID LITIGATION MDL 2804**

**MONTHLY TIME REPORT**

| For Time Due: | | Time Report for: | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Category Codes: | | | 7. Pleadings/Motions | | | 14. Document Review Tier 1 | | |
| 1. Investigation/Factual Research | | | 8. Written Discovery/Plaintiffs' Document Production | | | 15. Document Review Tier 2 | | |
| 2. Attorney Meeting/Strategy (PEC) | | | 9. Court Appearances | | | 16. Experts/Consultants | | |
| 3. Attorney Communications | | | 10. Committee Work | | | 17. Settlement/Mediation | | |
| 4. Client Communications | | | 11. Plaintiffs' Executive Committee Work | | | 18. Trial Preparation | | |
| 5. Case Management | | | 12. Co-Lead & Co-Liaison Work | | | 19. Trial | | |
| 6. Legal Research | | | 13. Depositions (Prepare/Take) | | | 20. Appeals | | |
| Last Name, First Name | Level | Date of Service (00/00/0000) | Category Code | Detailed Description of Work Performed | Co-Lead Counsel Who Assigned or Approved Work or Committee Name | Billing Rate | Time spent (by 0.1 increments) | Fees Total |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |
| | | | | | | | | $0.00 |

**In re: NATIONAL PRESCRIPTION OPIOID LITIGATION**

**TIME REPORT**

**FIRM NAME:**

**REPORTING PERIOD:**

Categories:
1. Investigation/Factual Research
2. Attorney Meeting/Strategy (PEC)
3. Attorney Communications
4. Client Communications
5. Case Management
6. Legal Research
7. Pleadings/Motions
8. Written Discovery/Plaintiffs' Document Production
9. Court Appearances
10. Depositions (Prepare/Take)
11. Document Review Tier 1
12. Document Review Tier 2
13. Experts/Consultants
14. Settlement/Mediation
15. Trial Preparation
16. Trial
17. Appeals
18. Committee Work
19. PEC General
20. Co-Lead & Co-Liaison Work

Levels:
Attorney 0-5 Years
Attorney 5-10 Years
Attorney 10-15 Years
Attorney 15+ Years
Paralegal
Law Clerk

| NAME | Level | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | Previous Hours | Current Hours | Cumulative Hours | Hourly Rate | Previous Lodestar | Current Lodestar | Cumulative Lodestar |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | | | | | | | | | | | | | 0.00 | 0.00 | | $    - | $    - | $    - |
| | | | | | | | | | | | | | | | | | | | | | | | 0.00 | 0.00 | | $    - | $    - | $    - |
| | | | | | | | | | | | | | | | | | | | | | | | 0.00 | 0.00 | | $    - | $    - | $    - |
| | | | | | | | | | | | | | | | | | | | | | | | 0.00 | 0.00 | | $    - | $    - | $    - |
| | | | | | | | | | | | | | | | | | | | | | | | 0.00 | 0.00 | | $    - | $    - | $    - |
| | | | | | | | | | | | | | | | | | | | | | | | 0.00 | 0.00 | | $    - | $    - | $    - |
| | | | | | | | | | | | | | | | | | | | | | | | 0.00 | 0.00 | | $    - | $    - | $    - |
| | | | | | | | | | | | | | | | | | | | | | | | 0.00 | 0.00 | | $    - | $    - | $    - |
| | | | | | | | | | | | | | | | | | | | | | | | 0.00 | 0.00 | | $    - | $    - | $    - |
| | | | | | | | | | | | | | | | | | | | | | | | 0.00 | 0.00 | | $    - | $    - | $    - |
| **TOTALS** | | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | | $    - | $    - | $    - |

**IN RE IN RE NATIONAL PRESCRIPTION OPIOID LITIGATION MDL 2804**
**MONTHLY EXPENSE REPORT**

| For Expenses Due: | | Expense Report for: | | | Month Total | $0.00 |
|---|---|---|---|---|---|---|

**Category Codes**

| | | |
|---|---|---|
| 1. Federal Express/UPS/Local Courier, etc. | 7. Hotels | 13. Witness and Expert Expenses |
| 2. Postage Charges | 8. Meals | 14. Court Fees |
| 3. Facsimile Charges | 9. Mileage | 15. Service of Process Fees |
| 4. Long Distance | 10. Air Travel | 16. Hearing and Trial Transcripts |
| 5. In-House Photocopying | 11. Deposition Costs | 17. Ground Transportation (rental car, taxi) |
| 6. Outside Photocopying | 12. Lexis/Westlaw/Bloomberg | 18. Miscellaneous (Describe) |

*************************ALL ORIGINAL RECEIPTS MUST BE MAINTAINED AND PROVIDED TO LEAD COUNSEL UPON REQUEST*************************

| Last Name, First Name | Date (00/00/0000) | Category Code (1-18) | Detailed Description | Amount | Explanation for any late expenses |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |