# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION ) <br> OPIATE LITIGATION ) <br> ) <br> ) <br> ) | CASE NO. 1:17-MD-2804 <br><br> JUDGE DAN A. POLSTER |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Alana F. Montas of Kobre & Kim LLP, hereby enters her appearance for Defendants Express Scripts Holding Company and Express Scripts, Inc. in the above-captioned actions.

Dated:  April 30, 2018

KOBRE & KIM LLP

By: /s/*Alana Montas*
Alana F. Montas
Kobre & Kim LLP
800 Third Ave
New York, NY 10022
T: +1 212 488 1200
alana.montas@kobrekim.com

*Attorney for Express Scripts Holding Company and Express Scripts, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 30, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/*Alana Montas*

Alana Montas