# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) **This document applies to:** ) ) *The Counties of Marion, Pickens and Walker, Alabama; and the Cities of Dora, Jasper and Sumiton, Alabama v. Purdue Pharma, L.P., et al.* ) ) ) ) Member Case Number: 1:18-op-45171 ) | CASE NO. 1:17-MD-2804<br><br>Honorable Dan A. Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matt Conn of Friedman, Dazzio, Zulanas & Bowling, P.C., hereby appears on behalf of the above-referenced Plaintiffs, and requests that his name be added to the docket sheet maintained by the Clerk of Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents in this case be made upon him through the Court CM/ECF filing system.

Respectfully submitted,

 */s/ Matt Conn*
Matt Conn (asb-9628-t83c)
mconn@friedman-lawyers.com


**OF COUNSEL:**
FRIEDMAN, DAZZIO ZULANAS & BOWLING, P.C.
P.O. Box 43219
Birmingham, AL 35243-3219
Ph# 205-278-7000
Fax# 205-278-7001

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 30th day of April, 2018, the foregoing was electronically filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                              */s/ Matt Conn*
                                              Matt Conn