# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One (Dkt. No. 232), Optum, Inc. and OptumRx, Inc. hereby submit this Notice Regarding Service. The proper forms for wavier of service are attached as Exhibits A and B.

The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to Optum, Inc. and OptumRx, Inc. shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Brian Boone<br>
brian.boone@alston.com

LEGAL02/38066525v1

Dated:  May 1, 2018

Respectfully submitted,

*/s/ Kimberly K. Chemerinsky*
William H. Jordan
Georgia Bar No. 405112
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
bill.jordan@alston.com

Brian D. Boone
North Carolina Bar No. 38910
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
Tel.: (704) 444-1000
Fax: (704) 444-1111
brian.boone@alston.com

Kimberly K. Chemerinsky
California Bar No. 277637
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Tel.: (213) 576-1000
Fax: (213) 576-1100
kim.chemerinsky@alston.com

*Attorneys for Optum, Inc. and OptumRx, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on May 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ Kimberly K. Chemerinsky*
Kimberly K. Chemerinsky