# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : | CASE NO.: 1:17-MD-2804  JUDGE DAN AARON POLSTER |

## SUPPLEMENTAL NOTICE OF DESIGNATED PERSON TO ACCEPT SERVICE OF WAIVER REQUESTS

Pursuant to Paragraph 6.d. of the Court's April 11, 2018 Case Management Order One, Defendant, Rhodes Pharmaceuticals L.P., submits this Supplemental[1] Notice of Designated Person to Accept Service of Waiver Requests to attach a Waiver of Service of Summons as Exhibit A hereto.

Date:   May 1, 2018

Respectfully submitted,

/s/ Steven F. Napolitano
Steven F. Napolitano, Esq. (NY Bar ID: 2260040)
**Skarzynski Black LLC**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
Fax: (212) 820-7740
Email: snapolitano@skarzynski.com
*Counsel for Defendant, Rhodes Pharmaceuticals L.P.*

---

[1] This Notice supplements Document No. 287.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | : | CASE NO.: 1:17-MD-2804 |
| OPIATE LITIGATION | : | |
| | : | JUDGE DAN AARON POLSTER |

## CERTIFICATE OF SERVICE

The undersigned certifies that on May 1, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ Steven F. Napolitano
Steven F. Napolitano, Esq. (NY Bar ID: 2260040)
**Skarzynski Black LLC**
One Battery Park Plaza, 32nd Floor
New York, NY 10004
Telephone: (212) 820-7700
Fax: (212) 820-7740
Email: snapolitano@skarzynski.com
*Counsel for Defendant, Rhodes Pharmaceuticals L.P.*