UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION  )   CASE NO. 1-17-MD-2804
                                                                                                         )   JUDGE DAN A. POLSTER

This document applies to:

*Cabell County Commission*
*v. Amerisourcebergen Drug Corporation, et al.*
Member Case No.: 1:17-op-45053

### NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

      James C. Peterson, attorney listed below, enters his appearance in the above-captioned member case as counsel of record for Plaintiff, Cabell County Commission.  Attorney Peterson respectfully requests that his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon him at the address noted below and/or through the Court ECF filing system, as registered:

James C. Peterson
WV State Bar No.: 2880
jcpeterson@hpcbd.com
**HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC**
500 Tracy Way
Charleston, WV 25311
304-345-5667
304-345-1519 facsimile

      All filings in the listed member case should henceforth be served upon counsel.

Respectfully submitted,

*/s/James C. Peterson*
James C. Peterson
WV State Bar No.: 2880
jcpeterson@hpcbd.com
**HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC**
500 Tracy Way
Charleston, WV 25311
304-345-5667
304-345-1519 facsimile

## CERTIFICATE OF SERVICE

      I hereby certify that on 1st day of May, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                      /s/James C. Peterson_____
                                      James C. Peterson

531995