# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) ) ) | **CASE NO. 1:17-MD-2804-DAP** <br><br> **JUDGE DAN AARON POLSTER** |

## NOTICE OF APPEARANCE

Please take notice that William H. Jordan, Brian D. Boone, and Kimberly K. Chemerinsky hereby enter their appearance as counsel for Defendant UnitedHealth Group Incorporated in the above-captioned actions.

LEGAL02/38069265v1

Dated:  May 1, 2018

Respectfully submitted,

*/s/ Kimberly K. Chemerinsky*
William H. Jordan
Georgia Bar No. 405112
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
bill.jordan@alston.com

Brian D. Boone
North Carolina Bar No. 38910
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
Tel.: (704) 444-1000
Fax: (704) 444-1111
brian.boone@alston.com

Kimberly K. Chemerinsky
California Bar No. 277637
ALSTON & BIRD LLP
333 South Hope Street
16th Floor
Los Angeles, CA 90071
Tel.: (213) 576-1000
Fax: (213) 576-1100
kim.chemerinsky@alston.com

*Attorneys for Optum, Inc., OptumRx, Inc., and UnitedHealth Group Incorporated*

**CERTIFICATE OF SERVICE**

I hereby certify that on May 1, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ Kimberly K. Chemerinsky*
Kimberly K. Chemerinsky

LEGAL02/38069265v1