UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL NO. 2804

CASE NO.: 17-MD-2804

JUDGE DAN AARON POLSTER

## DEFENDANTS SEATTLE PAIN CENTER MEDICAL CORPORATION D/B/A SEATTLE PAIN CENTER AND FRANK D. LI NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph

6(d), Defendants Seattle Pain Center Medical Corporation d/b/a Seattle Pain Center and Frank D.

Li hereby submit this notice. The proper form for waiver of service for Defendants Seattle Pain

Center Medical Corporation d/b/a Seattle Pain Center is attached as Exhibit A, and the proper

form for waiver of service for Defendant Frank D. Li is attached as Exhibit B.

The standard form has been modified in accordance with this Court's orders. Requests

for waiver of service to Defendants Seattle Pain Center Medical Corporation d/b/a Seattle Pain

Center and Frank D. Li shall be made, complete with all required case information and a PDF

//

//

//

//

DEFENDANTS SEATTLE PAIN CENTER
MEDICAL CORPORATION D/B/A SEATTLE
PAIN CENTER AND FRANK D. LI NOTICE
REGARDING SERVICE -1
775276

copy of the complaint and any exhibits thereto, via email to the following attorney:

James B. Meade
jb@favros.com

DATED 1st day of May, 2018.

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: s/James B. Meade, WSBA #22852
Thomas H. Fain, WSBA #2370
Phillip J. VanDerhoef, WSBA #14564
Jennifer Smitrovich, WSBA #37062
James B. Meade, WSBA #22852
Thomas H. Fain, WSBA #2370
Phillip J. VanDerhoef, WSBA #14564
Jennifer Smitrovich, WSBA #37062

FAIN ANDERSON VANDERHOEF ROSENDAHL
O'HALLORAN SPILLANE, PLLC
1301 A Street, Suite 900
Tacoma, WA 98402
Telephone: 253-328-7800
Fax:        253-272-038
Email:      jb@favros.com
            tom@favros.com
            phil@favros.com
            jennifers@favros.com

Attorneys for Defendants Seattle Pain Center
Medical Corporation d/b/a Seattle Pain Center
and Frank D. Li

DEFENDANTS SEATTLE PAIN CENTER
MEDICAL CORPORATION D/B/A SEATTLE
PAIN CENTER AND FRANK D. LI NOTICE
REGARDING SERVICE -2
775276

## CERTIFICATE OF SERVICE

I hereby certify that on the date below, the foregoing **DEFENDANTS SEATTLE PAIN CENTER MEDICAL CORPORATION D/B/A SEATTLE PAIN CENTER AND FRANK D. LI NOTICE REGARDING SERVICE**, was served via the Court's Electronic Filing System upon all parties.

Signed at Tacoma, Washington this 1st day of May, 2018.

s/*James B. Meade*

James B. Meade, WSBA #22852
Attorneys for Defendants Seattle Pain Center
Medical Corporation and Frank Li, MD

DEFENDANTS SEATTLE PAIN CENTER
MEDICAL CORPORATION D/B/A SEATTLE
PAIN CENTER AND FRANK D. LI NOTICE
REGARDING SERVICE -3
775276