# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION  )   CASE NO. 1-17-MD-2804
                                                 )   JUDGE DAN A. POLSTER
                                                 )
_____)
                                                 )
This document applies to:                        )
                                                 )
*Town of Johnston, Rhode Island,*                )
*v. Amerisourcebergen Drug Corporation, et al.*  )
Member Case No.: 1:18-op-45462                   )
_____)

## NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

     James C. Peterson, attorney listed below, enters his appearance in the above-captioned member case as counsel of record for Plaintiff, Town of Johnston, Rhode Island.  Attorney Peterson respectfully requests that his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon him at the address noted below and/or through the Court ECF filing system, as registered:

James C. Peterson
jcpeterson@hpcbd.com
WV State Bar No. 2880
**HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC**
500 Tracy Way
Charleston, WV 25311
304-345-5667
304-345-1519 facsimile

     All filings in the listed member case should henceforth be served upon counsel.

Respectfully submitted,

/s/ James C. Peterson
James C. Peterson
jcpeterson@hpcbd.com
WV State Bar No. 2880
**HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC**
500 Tracy Way
Charleston, WV 25311
304-345-5667
304-345-1519 facsimile

532242

## CERTIFICATE OF SERVICE

I hereby certify that on 3rd day of May, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ James C. Peterson
James C. Peterson

531988