**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | CASE NO. 1:17-MD-2804 |
| OPIATE LITIGATION | ) | |
| _____ | ) | Honorable Dan A. Polster |
| | ) | |
| **This document applies to:** | ) | |
| | ) | |
| *The City of Sandy Springs, Georgia, a* | ) | |
| *Municipal Corporation v. Purdue Pharma,* | ) | |
| *L.P., et al.* | ) | |
| Member Case Number: 1:18-op-45516 | ) | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that Matt Conn of Friedman, Dazzio, Zulanas & Bowling, P.C.,

hereby appears on behalf of the above-referenced Plaintiff, and requests that his name be added to

the docket sheet maintained by the Clerk of Court and that service of all further pleadings, notices,

filings, correspondence, orders, and other documents in this case be made upon him through the

Court CM/ECF filing system.

Respectfully submitted,

*/s/ Matt Conn*
Matt Conn (asb-9628-t83c)
mconn@friedman-lawyers.com

**OF COUNSEL:**
FRIEDMAN, DAZZIO ZULANAS & BOWLING, P.C.
P.O. Box 43219
Birmingham, AL 35243-3219
Ph# 205-278-7000
Fax# 205-278-7001

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 3rd day of May, 2018, the foregoing was electronically filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ Matt Conn*
Matt Conn
