UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) | |
| _____ | ) ) | CASE NO. 1:17-MD-2804 |
| **This document applies to:** | ) ) | JUDGE DAN A. POLSTER |
| *City of Cleveland v.* *AmerisourceBergen Drug Corporation, et al.* Member Case No: 1:18-op-45132 | ) ) ) ) ) | |
| *Wayne County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Member Case No: 1:18-op-45150 | ) ) ) ) | |
| *Geauga County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Member Case No: 1:18-op-45256 | ) ) ) ) | |
| *Williams County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Member Case No: 1:18-op-45257 | ) ) ) ) | |
| *Crawford County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Member Case No: 1:18-op-45288 | ) ) ) ) | |
| *Columbiana County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Member Case No: 1:18-op-45289 | ) ) ) ) | |
| *Seneca County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Member Case No: 1:18-op-45290 | ) ) ) ) | |
| *Erie County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Member Case No: 1:18-op-45291 | ) ) ) ) | |
| *Huron County Board of County Commissioners v.* *AmerisourceBergen Drug Corporation, et al.* Member Case No: 1:18-op-45292 | ) ) ) ) | |

**NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF**

The attorney listed below enters his appearance in the above-captioned member case as counsel of record for Plaintiffs, City of Cleveland, Wayne County Board of County Commissioners, Geauga County Board of County Commissioners, Williams County Board of County Commissioners, Crawford County Board of County Commissioners, Columbiana County Board of County Commissioners, Seneca County Board of County Commissioners, Erie County Board of County Commissioners, and Huron County Board of County Commissioners. The attorney listed below respectfully requests that his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorney at the following address and/or through the Court ECF filing system, as registered:

>Paul T. Farrell, Jr. (Ohio Bar ID. 0070257)
>GREENE, KETCHUM, FARRELL,
>    BAILEY & TWEEL, LLP
>419 - 11th Street (25701)/ P.O. Box 2389
>Huntington, West Virginia  25724-2389
>800.479.0053 or 304.525.9115
>304.529.3284: fax
>paul@greeneketchum.com

All filings in the listed member cases should henceforth be served upon counsel.

>Respectfully submitted,
>
>/s/  Paul T. Farrell, Jr.
>Paul T. Farrell, Jr. (Ohio. Bar ID . 0070257)
>GREENE, KETCHUM, FARRELL,
>    BAILEY & TWEEL, LLP
>419 - 11th Street (25701)/ P.O. Box 2389
>Huntington, West Virginia  25724-2389
>800.479.0053 or 304.525.9115
>304.529.3284: fax
>paul@greeneketchum.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 3, 2018, I electronically filed the foregoing document with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email addresses on file with the Court.

/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr.