UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION
    MSPA Claims 1, LLC, et al. v. Anda, Inc. et al.,
        S.D. Florida, C.A. No. 1:18-21391                     MDL No. 2804

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*MSPA*) on April 16, 2018.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs in *MSPA* filed a notice of opposition to the proposed transfer.  The Panel has now been advised that plaintiffs have withdrawn their opposition to transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-24" filed on April 16, 2018, is LIFTED insofar as it relates to this action.  The action is transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polster.

                                        FOR THE PANEL:

                                        Jeffery N. Lüthi
                                        Clerk of the Panel