## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

Case No. 1:17-md-2804

Hon. Dan A. Polster

This filing relates to
Case No. 1:18-op-45530

## HOSPITAL REPRESENTATIVE OF PLAINTIFFS' EXECUTIVE COMMITTEE NOTICE OF IDENTIFICATION OF MDL CASE FILED BY A HOSPITAL PURSUANT TO CASE MANAGEMENT ORDER ONE

Pursuant to paragraph 2e of Case Management Order One (Doc. 232), entered by this

Court on April 11, 2018, Don Barrett, the Hospital Representative of the Plaintiffs' Executive

Committee, hereby identifies the following single MDL case filed by a hospital, the claims of

which are governed by the State of Florida, for bellwether consideration, the management of

which will be specified in a subsequent case management order enter by this Court: *West Boca*

*Medical Center, Inc. v. AmerisourceBergen Drug Corp., et al.*; Case No. 1:18-op-45530-DAP; In

the Northern District of Ohio.

Dated: May 7, 2018.

Respectfully submitted,

**BARRETT LAW GROUP, P.A.**

Attorneys for Plaintiff

By:   */s/ Don Barrett*
      John W. (Don) Barrett
      David McMullan, Jr.
      Richard Barrett
      Sterling Starns
      P.O. Box 927
      404 Court Square North
      Lexington, Mississippi 39095
      Ph: (662) 834-2488
      Fax: (662) 834-2628
      dbarrett@barrettlawgroup.com

dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
sstarns@barrettlawgroup.com

G. Robert Blakey
WILLIAM J. & DOROTHY T. O'NEILL
PROFESSOR OF LAW EMERITUS
NOTRE DAME LAW SCHOOL*
7002 East San Miguel Avenue
Paradise Valley, Arizona 85253
Ph: 574-514-8220
E-mail: blakey.1@nd.edu
*For purposes of identification only

## CERTIFICATE OF SERVICE

I, John W. ("Don") Barrett, hereby certify that the foregoing Notice was served via the

Court's ECF system to all counsel of record.

*/s/ Don Barrett*
John W. ("Don") Barrett