UNITED STATES DISTRICTCOURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) CASE NO.  1:17-md-2804 ) ) JUDGE DAN A. POLSTER ) |
| **This document applies to:** *Jefferson County Commission v. Purdue Pharmaceutical Products, LP, et al; Case No: 3:17-cv-00144* *Member Case No:  _____* | ) ) ) ) ) ) ) |

**NOTICE OF APPEARANCE**

Dean T. Barnhard of the law firm of Barnes & Thornburg LLP now enters his appearance on behalf of Defendant H. D. Smith, LLC, formerly known as H. D. Smith Wholesale Drug Co.

                        Respectfully submitted,

                        */s/ Dean T. Barnhard*
                        Dean T. Barnhard (IN Bar No. 4079-49)
                        Barnes & Thornburg LLP
                        11 South Meridian Street
                        Indianapolis, IN 46204
                        Tel:  (317) 236-1313
                        Facsimile:  (317-231-7433
                        Email:  dean.barnhard@btlaw.com

                        *Counsel for H. D. Smith, LLC,*
                        *formerly known as H. D. Smith Wholesale*
                        *Drug Co.*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of May, 2018, a copy of the foregoing **Notice of Appearance** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Dean T. Barnhard
Dean T. Barnhard