UNITED STATES DISTRICTCOURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) CASE NO.  1:17-md-2804 ) ) JUDGE DAN A. POLSTER ) |
| **This document applies to:** | ) ) ) |
| *The City of Milton, West Virginia, a West Virginia municipal corporation v. AmerisourceBergen Drug Corporation, et al; Case No:  3:18-cv-00435* *Member Case No:  _____* | ) ) ) ) ) |

## NOTICE OF APPEARANCE

Dean T. Barnhard of the law firm of Barnes & Thornburg LLP now enters his appearance on behalf of Defendant H. D. Smith, LLC, formerly known as H. D. Smith Wholesale Drug Co.

    Respectfully submitted,

    */s/ Dean T. Barnhard*
    Dean T. Barnhard (IN Bar No. 4079-49)
    Barnes & Thornburg LLP
    11 South Meridian Street
    Indianapolis, IN 46204
    Tel:  (317) 236-1313
    Facsimile:  (317) 231-7433
    Email:  dean.barnhard@btlaw.com

    *Counsel for H. D. Smith, LLC,*
    *formerly known as H. D. Smith Wholesale*
    *Drug Co.*

- 2 -

**CERTIFICATE OF SERVICE**

     The undersigned hereby certifies that on the 7th day of May, 2018, a copy of the foregoing **Notice of Appearance** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                                                                      */s/ Dean T. Barnhard*
                                                                                      Dean T. Barnhard

DMS DYB 12332509v1