UNITED STATES DISTRICTCOURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) CASE NO.  1:17-md-2804 ) ) JUDGE DAN A. POLSTER |
| **This document applies to:** | ) ) ) |
| *Commonwealth of Kentucky, ex. rel. Andy Beshear, Attorney General v. AmerisourceBergen Drug Corporation, et al; Case No: 1:18-cv-00383 Member Case No: _____* | ) ) ) ) ) |

## NOTICE OF APPEARANCE

Dean T. Barnhard of the law firm of Barnes & Thornburg LLP now enters his appearance on behalf of Defendant H. D. Smith, LLC, formerly known as H. D. Smith Wholesale Drug Co.

    Respectfully submitted,

*/s/ Dean T. Barnhard*
Dean T. Barnhard (IN Bar No. 4079-49)
Barnes & Thornburg LLP
11 South Meridian Street
Indianapolis, IN 46204
Tel:  (317) 236-1313
Facsimile:  (317) 231-7433
Email:  dean.barnhard@btlaw.com

*Counsel for H. D. Smith, LLC,
formerly known as H. D. Smith Wholesale
Drug Co.*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 7th day of May, 2018, a copy of the foregoing **Notice of Appearance** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Dean T. Barnhard
Dean T. Barnhard

DMS DYB 12332615v1