IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>Case No. 1:17-md-2804 |
| | Judge Dan Aaron Polster |

## AMENDED NOTICE REGARDING
## REQUESTED WAIVER OF SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, paragraph 6(d), Dr. Richard Johns, separate defendant named in Case No. 1:18-op-45144-DAP, by and through counsel, hereby submits this Amended Notice regarding any requested waiver of service of process.  A proposed form for any requested waiver of service is attached hereto as Exhibit A, and a proposed Waiver of Service form is attached hereto as Exhibit B, such forms modified in accordance with the Court's orders, and any requests with these forms to Dr. Richard Johns should be made via the undersigned attorney at jestes@coxfirm.com.

 /s/ James R. Estes_____
James R. Estes BIN 2000094
Walter B. Cox BIN66015
COX, COX & ESTES, PLLC
P. O. Box 9630
Fayetteville, AR 72703
479-251-7900
479-251-7910(fax)
jestes@coxfirm.com

ATTORNEYS FOR DR. RICHARD JOHNS

CERTIFICATE OF SERVICE

    I, James R. Estes, certify that on this 7th day of May, 2018, I electronically submitted the foregoing pleading with the Clerk of this Court for entry into the CM/ECF system.

/s/ James R Estes