# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | CASE NO. 1:17-MD-2804 |
| ) | Honorable Dan A. Polster |
| ) | |
| **This document applies to:** ) | |
| ) | |
| *The Marshall County Health Care* ) *Authority v. Purdue Pharma, L.P., et al.* ) Member Case Number: 1:18-op-45538 ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Matt Conn of Friedman, Dazzio, Zulanas & Bowling, P.C., hereby appears on behalf of the above-referenced Plaintiff, and requests that his name be added to the docket sheet maintained by the Clerk of Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents in this case be made upon him through the Court CM/ECF filing system.

Respectfully submitted,

 */s/ Matt Conn*
Matt Conn (asb-9628-t83c)
mconn@friedman-lawyers.com

**OF COUNSEL:**
FRIEDMAN, DAZZIO ZULANAS & BOWLING, P.C.
P.O. Box 43219
Birmingham, AL 35243-3219
Ph# 205-278-7000
Fax# 205-278-7001

**CERTIFICATE OF SERVICE**

The undersigned certifies that on the 8th day of May, 2018, the foregoing was electronically filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                            */s/ Matt Conn*
                                            Matt Conn