# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION,**<br><br>THIS DOCUMENT RELATES TO:<br>**Sid J. Gautreaux, III v. Purdue Pharma, L.P., et al., Docket # 1:18-op-45325-DAP** | CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER<br><br><u>NOTICE OF APPEARANCE</u> |

Please take notice that Madeleine Brumley of Laborde Earles enters her appearance as Counsel of Record for Plaintiff, Sid J. Gautreaux, III, in the above captioned matter.

Date: May 8, 2018

Respectfully submitted,

/s/Madeleine Brumley
Madeleine Brumley (LA Bar ID: 37432)
**LABORDE EARLES**
203 Energy Parkway, Bldg. B
Lafayette, LA 70508
Telephone: (337) 210-1955
Facsimile: (337) 261-1934
Email: madeleine@onmyside.com
*Counsel for Plaintiff, Sid J. Gautreaux, III*

## **CERTIFICATE OF SERVICE**

I hereby certify that on this the 8th day of May, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of this Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/Madeleine Brumley