UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804 <br><br> JUDGE DAN A. POLSTER <br><br><br> **DEA'S MOTION TO AMEND PROTECTIVE ORDER** |

The United States of America Drug Enforcement Administration ("DEA") moves for an amendment to the Protective Order Re: DEA's ARCOS/DADS Database, which was entered by the Court on March 6, 2018 (*see* Doc. No. 167). The DEA has attached a Memorandum in Support of this Motion.

          Respectfully submitted,

          DAVID A. SIERLEJA
          First Assistant United States Attorney
          Attorney for the United States
          Acting Under Authority Conferred by 28 U.S.C. § 515

By:   /s/ James R. Bennett II
       JAMES R. BENNETT II (OH #0071663)
       KAREN E. SWANSON HAAN (OH #0082518)
       Assistant U.S. Attorneys
       Carl B. Stokes U.S. Courthouse
       801 West Superior Avenue, Suite 400
       Cleveland, Ohio  44113-1852
       Telephone:  (216) 622-3600
       Facsimile:  (216) 522-4982
       E-mail:  James.Bennett4@usdoj.gov
       E-mail:  Karen.Swanson.Haan@usdoj.gov

       Attorneys for United States Department of Justice,
       Drug Enforcement Administration

## CERTIFICATE OF SERVICE

I certify that, on May 8, 2018, I filed a copy of the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney