UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) ) Case No. 17-MD-2804 |
| THIS DOCUMENT RELATES TO: | ) ) Judge Dan Aaron Polster |
| ALL CASES | ) ) ) **AMENDMENT TO PROTECTIVE** ) **ORDER** |

The United States Drug Enforcement Administration ("DEA") is before this Court in MDL No. 2804 and has asked the Court to amend the Protective Order Re: DEA's ARCOS/DADS Database, which was entered by the Court on March 6, 2018 (*see* Doc. No. 167, PageID Nos. 937-44).  Specifically, the DEA requests an amendment stating that, in addition to protecting all ARCOS data, the Protective Order shall also apply to Suspicious Order Reports provided by DEA to the Court, counsel, or any Parties in the above-captioned litigation.  The Court finds that the Protective Order as written may not cover the Suspicious Order Reports, and as such, the DEA's motion to amend is well-taken.  Accordingly:

1. The Protective Order entered on March 6, 2018 (Doc. No. 167), as well as all of the terms and provisions therein, shall also govern and apply to the Suspicious Order Reports provided by DEA in the same manner as it governs and applies to the DEA's ARCOS data.

2. Paragraph 1 of the Protective Order is hereby amended to read:  "The Court enters this Protective Order to govern the disclosure of official Department of Justice ("DOJ")

information collected and maintained by the DEA in its ARCOS database, as well as Suspicious Order Reports collected and maintained by the DEA."

    3.    Paragraph 2 of the Protective Order is hereby amended to read: "This Order applies to all documents or electronically stored information ("ESI") provided by the DEA to the Court, counsel, or any parties in the above-captioned litigation, including but not limited to: Suspicious Order Reports; any data produced directly from DEA's ARCOS database; any reports generated from DEA's ARCOS database; any information collected and maintained by DEA in its ARCOS database; and any derivative documents that the parties or their employees, agents or experts create using ARCOS data (collectively, "ARCOS Data")."

    4.    Paragraph 5 of the Protective Order is hereby amended to read: "The Suspicious Order Reports and/or ARCOS data designated" replacing the phrase "The ARCOS data designated"

    IT IS SO ORDERED.

/s/Dan Aaron Polster  5/8/18
The Honorable Dan Aaron Polster