IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | CASE NO: 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

### NOTICE OF APPEARANCE

Please take notice that the undersigned, Barry H. Boise, Judith L. O'Grady and Jessica K. Southwick of Pepper Hamilton LLP hereby enter their appearance as counsel on behalf of Defendant, Collegium Pharmaceutical, Inc., in the above-captioned action.

Date:  May 9, 2018

Respectfully submitted,

/s/ *Barry H. Boise*
Barry H. Boise
Judith L. O'Grady
Jessica K. Southwick
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Tel:  215.981.4000
Fax: 215.981.4750
Email: boiseb@pepperlaw.com
ogradyj@pepperlaw.com
southwij@pepperlaw.com

*Counsel for Defendant, Collegium Pharmaceutical, Inc*.

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of May, 2018, the foregoing Notice of Appearance was served upon all parties via the Court's Electronic Filing System.

/s/ *Barry H. Boise*
Barry H. Boise

*Counsel for Defendant, Collegium Pharmaceutical, Inc*.