# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | CASE NO: 1:17-MD-2804-DAP |
| ) | |
| THIS DOCUMENT RELATES TO: ) ALL CASES | JUDGE DAN AARON POLSTER |

### COLLEGIUM PHARMACEUTICAL, INC.'S NOTICE OF PROPER WAIVER OF SERVICE REQUEST AND DESIGNATED RECIPIENT

Pursuant to the Court's April 11, 2018 Case Management Order One (ECF 232), Defendant Collegium Pharmaceutical, Inc. hereby submits as Exhibit A the proper form for a waiver request. Collegium Pharmaceutical, Inc. designates attorney Barry H. Boise to electronically accept waiver requests on its behalf. Mr. Boise's email address is boiseb@pepperlaw.com.

Date:  May 9, 2018                                             Respectfully submitted,

/s/ *Barry H. Boise*
Barry H. Boise
Judith L. O'Grady
Jessica K. Southwick
Pepper Hamilton LLP
3000 Two Logan Square
Eighteenth and Arch Streets
Philadelphia, PA 19103
Tel:  215.981.4000
Fax: 215.981.4750
Email: boiseb@pepperlaw.com
            ogradyj@pepperlaw.com
            southwij@pepperlaw.com

*Counsel for Defendant, Collegium Pharmaceutical, Inc*.

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 9th day of May, 2018, the foregoing Notice of Proper Waiver of Service Request and Designated Recipient was served upon all parties via the Court's Electronic Filing System.

/s/ *Barry H. Boise*
Barry H. Boise

*Counsel for Defendant, Collegium Pharmaceutical, Inc*.