**CMO One**

**J. Nixon Daniel <JND@beggslane.com>**                                                      Wed, Apr 18, 2018 at 9:09 PM
To: "dbarrett@barrettlawgroup.com" <dbarrett@barrettlawgroup.com>
Cc: Roe Frazer <roe@frazer.law>, Rick Kuykendall <rkuykendall@yahoo.com>, Mary Jane Bass <mjb@beggslane.com>, Jack Zoesch <jrz@beggslane.com>

Don:

I have reviewed CMO One (Doc 232) entered by the Court on April 11, 2018, and specifically paragraph 2(e) of that order.  I have also reviewed the MDL docket with respect to hospital cases in the states designated by the Court.  The Baptist Hospital case which we filed appears to be the only hospital case satisfying the Court's criteria.  We therefore anticipate that you will be designating that case in response to the Court's order by the May 11, 2018 deadline.

When the Court enters the CMO which it has indicated will be entered after the case is identified, our team will take lead responsibility for representing Baptist Hospital in whatever matters the Court directs.  If you anticipate proceeding in any manner different from what is described in this email, please let me know immediately so that we can respond accordingly to the Court.

I look forward to hearing from you.

Nix

📄 **winmail.dat**
5K