**CMO No. 1**
1 message

J. Nixon Daniel <JND@beggslane.com>  Thu, Apr 26, 2018 at 2:33 PM
To: "dbarrett@barrettlawgroup.com" <dbarrett@barrettlawgroup.com>
Cc: Roe Frazer <roe@frazer.law>, "flkuykendall@yahoo.com" <flkuykendall@yahoo.com>

Don:

I would appreciate your response to my earlier email regarding the designation of Baptist as the health care case to designate to the court. We have again confirmed that Baptist's case is the only case which meets the court's criteria. Please let me hear from you on this matter. I look forward to seeing you at the hearing on May 10.

Nix

[cid:image001.png@01D1F2F7.C5D4B330]

J. Nixon Daniel, III
Attorney At Law

Beggs & Lane, RLLP
501 Commendencia Street | Pensacola, Florida 32502
Phone: (850) 469-3306 | Fax: (850) 469-3331
jnd@beggslane.com<mailto:jnd@beggslane.com> | beggslane.com<http://www.beggslane.com/>

CONFIDENTIALITY NOTICE: This message is being sent by or on behalf of a lawyer. It is intended exclusively for the individual or entity to which it is addressed. This communication may contain information that is proprietary, privileged or confidential or otherwise legally exempt from disclosure. If you are not the named addressee, you are not authorized to read, print, retain, copy or disseminate this message or any part of it. If you have received this message in error, please notify the sender immediately by e-mail and delete all copies of the message.

Unless expressly provided that the advice ("the advice") contained in the above message ("this message") is intended to constitute written tax advice within the meaning of Section 10.37 of IRS Circular 230, the sender intends by this message to communicate general information for discussion purposes only, and you should not, therefore, interpret the advice to be written tax advice. The sender will conclude that you have understood and acknowledged this important cautionary notice unless you communicate to the sender any questions you may have in a direct electronic reply to this message.

ATTORNEY-CLIENT CONFIDENTIAL PRIVILEGED COMMUNICATION