From: Don Barrett <donbarrettpa@gmail.com>
Date: May 7, 2018 at 11:28:18 AM CDT
To: <JND@beggslane.com>
Cc: Steve Martino <SteveMartino@taylormartino.com>
Subject: Hospital Opioids

Dear Nix,

I have selected the West Boca Medical Center case as the hospitals' bellwether for motion practice. That is one of our Tenet hospitals, and is in a hotspot for opioid activity in South Florida. That suit was filed under seal late last week. It has state-of-the-art pleadings with an especially good RICO count.

Although your case was not selected, we invite you to help our group in the drafting of responses to the motions to dismiss.

I hope we can get past any jockeying for position and just work together on our cases.

Please let me know if you would like to do that.

Best regards,

Don

Don Barrett
Barrett Law Group, P.A.
404 Court Square North
Lexington, MS 39095-0927
Office 662.834.9168
Home 662.834.3044