CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on May 9, 2018, a copy of the foregoing *Motion for Modification of Case Management Order One Filed by Baptist Hospital, Inc.* was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this through the Court's system.

/s/T. Roe Frazer II
T. Roe Frazer II
Patrick D. McMurtray
Trey Frazer
FRAZER PLC
1 Burton Hills Blvd., Suite 215
Nashville, TN  37215
(615) 647-6464
roe@frazer.law
patrick@frazer.law
trey@frazer.law

*Attorney for Baptist Hospital, Inc.*