**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL CASES ) | Master Docket No. 1:17-md-02804 <br><br> MDL No. 2804 <br><br> Hon. Dan A. Polster |

**ORDER REGARDING STAY AS TO PHYSICIAN DEFENDANTS**

In the Joint Status Report submitted by Lead and Liaison Counsel for Plaintiffs and Defendants before the April 18, 2018 Liaison Counsel Status Conference, Dr. Perry Fine, Dr. Lynn Webster, Dr. Scott Fishman, and Dr. Russell Portenoy ("Physician Defendants") requested a stay of the deadlines in the Multi-District Litigation based on their ongoing discussions with Plaintiffs about a potential resolution and to preserve their limited resources while these discussions continued. Plaintiffs did not oppose this request. During the April 18, 2018 Conference, the Court stayed all deadlines in the Multi-District Litigation as to Physician Defendants until further notice. The stay applies to all aspects of the cases with respect to Physician Defendants, including motions, pleadings, and discovery, and shall remain in effect until a party moves to lift the stay and such motion is granted. This Order memorializes that stay effective as of April 18, 2018.

**IT IS SO ORDERED**.

Dated: 5/9/18

/s/Dan Aaron Polster
Honorable Dan A. Polster
United States District Judge