UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*The City of Chicago, Illinois v. Cardinal Health Inc. et al.,* Case No. 1:18-op-45281 (N.D. Ohio). | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br><br><br>**ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION FOR LEAVE TO FILE AMENDED COMPLAINT UNDER SEAL** |

Plaintiff has filed a Motion for Leave to File Amended Complaint Under Seal in the following case: *The City of Chicago, Illinois v. Cardinal Health Inc. et al.,* Case No. 1:18-op-45281 (N.D. Ohio).  The Motion states that filing said Amended Complaint under seal is necessary to ensure compliance with the following Orders:

1. Case Management Order One, ECF Doc. 232 (hereinafter "CMO One");

2. Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167 (hereinafter "ARCOS Protective Order"); and

3. Amendment to Protective Order, ECF Doc. 400.

The Motion states that said Amended Complaint will contain information that is subject to Protective Order.  Specifically, the Amended Complaints will contain information designated CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER by the ARCOS Protective Order.

Plaintiffs' Motion for Leave to File Amended Complaint Under Seal is hereby **GRANTED**.


**IT IS SO ORDERED.**


  /s/Dan Aaron Polster  5/10/18
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE