# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Shannon E. McClure as counsel for AmerisourceBergen Drug Corporation, AmerisourceBergen Corporation[1], and Bellco Drug Corporation.

                Respectfully submitted,

                */s/ Robert A. Nicholas*
                Robert A. Nicholas
                REED SMITH LLP
                Three Logan Square
                1717 Arch Street, Suite 3100
                Philadelphia, PA 19103
                (215) 851-8100
                Fax: (215) 851-1420
                Email: rnicholas@reedsmith.com

                *Counsel for Defendants AmerisourceBergen Drug Corporation, AmerisourceBergen Corporation, and Bellco Drug Corporation*

Date:  May 11. 2018

---

[1] By filing this Notice, AmerisourceBergen Corporation does not concede that it is a proper party to any particular case or to these consolidated proceedings, and it is not.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 11th day of May, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

*/s/ Shannon E. McClure*
Shannon E. McClure