# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| **This document relates to:** | **Master Docket No.: 1:17-MD-02804-DAP** |
| ***Medical Mutual of Ohio v. Purdue Pharma, L.P., et al.*** | **Hon. Judge Dan A. Polster** |
| **Case No.  1:18-op-45307-DAP** | |

## NOTICE OF APPEARANCE

Kindly enter the appearance of Annemieke M. Tennis, of the law firm of Kanner & Whiteley, LLC, on behalf of Plaintiff Medical Mutual of Ohio in the above-captioned matter.


Date: May 14, 2018

Respectfully submitted,

*/s/ Annemieke M. Tennis*

Annemieke M. Tennis
KANNER & WHITELEY, LLC
701 Camp Street
New Orleans, LA 70130
Tel.: 504-524-5777
Fax: 504-524-5763
a.tennis@kanner-law.com

*Counsel for the Plaintiff*
*Medical Mutual of Ohio*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 14th day of May, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

> */s/ Annemieke M. Tennis*
> Annemieke M. Tennis