UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) This document applies to: ) ) County Of Oneida, New York v. ) Purdue Pharma, L.P., et al, ) ) Member Case No.: 18-OP-45338 ) ) | CASE NO. 1-17-MD-2804 JUDGE DAN A. POLSTER |

### NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF

The attorneys listed below enter their appearance in the above-captioned member case as counsel of record for Plaintiff, County of Oneida, New York. Each of the Attorneys listed below respectfully requests his/her name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders and other documents be made upon the following attorneys at the addresses noted below and/or through the Court ECF filing system, as registered:

Eva Brindisi Pearlman, Esq.
NYS Bar No. 2822138
epearlman@bmbplawyers.com
Louis T. Brindisi, Esq.
NYS Bar No. 1610096
louisb2638@aol.com
Brindisi, Murad, Brindisi & Pearlman, LLP
2713 Genesee Street
Utica, NY 13501
(315) 733-2396 phone
(315) 733-7933 fax

1

Robert F. Julian, Esq.
NYS Bar No. 1417708
robert@rfjulian.com
Robert F. Julian, PC
2037 Genesee Street
Utica, NY 13501
(315) 797-5610 phone
(877) 292-2037 fax

John C. Cherundolo, Esq.
NYS Bar No. 1357805.
jcherundolo@cherundololawfirm.com
Cherundolo Law Firm, PLLC
100 Madison Street #1701
Syracuse, NY 13201
(315) 505-4031 phone
(315) 449-9804 fax

    All filings in the listed member case should henceforth be served upon counsel.

    Respectfully submitted,

    /s/ Eva Brindisi Pearlman, Esq.
Eva Brindisi Pearlman, Esq.
NYS Bar No. 2822138
epearlman@bmbplawyers.com
Brindisi, Murad, Brindisi & Pearlman, LLP
2713 Genesee Street
Utica, NY 13501
(315) 733-2396 phone
(315) 733-7933 fax

    /s/ Louis T. Brindisi, Esq.
Louis T. Brindisi, Esq.
NYS Bar No. 1610096
louisb2638@aol.com
Brindisi, Murad, Brindisi & Pearlman, LLP
2713 Genesee Street
Utica, NY 13501
(315) 733-2396 phone
(315) 733-7933 fax

    /s/Robert F. Julian, Esq.
Robert F. Julian, Esq.
NYS Bar No. 1417708
robert@rfjulian.com
Robert F. Julian, PC
2037 Genesee Street
Utica, NY 13501
(315) 797-5610 phone
(877) 292-2037 fax

    /s/ John C. Cherundolo, Esq.
John C. Cherundolo, Esq.
NYS Bar No. 1357805
jcherundolo@cherundololawfirm.com
Cherundolo Law Firm, PLLC
100 Madison Street #1701
Syracuse, NY 13201
(315) 505-4031 phone
(315) 449-9804 fax

Attorneys for Plaintiff,
County of Oneida, New York

3

## CERTIFICATE OF SERVICE

I hereby certify that on the 14th day of May, 2018, I electronically filed the foregoing **NOTICE OF APPEARANCE OF COUNSEL FOR PLAINTIFF** for the attorneys set forth above with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email addresses on file with the Court.

                                                                   /s/ Eva Brindisi Pearlman, Esq.
                                                                    Eva Brindisi Pearlman, Esq.