IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*All Cases* | **Case No.: 1:17-md-2804-DAP**<br><br><br>**Honorable Dan Aaron Polster** |

**Joint Motion to Approve a Proposed Protective Order**

Now come the parties and respectfully submit the attached proposed Case Management Order relating to a Protective Order.

DATED:  May 14, 2018                Respectfully submitted,

*s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone:  (216) 696-3232
Facsimile:  (216) 696-3924
pweinberger@spanglaw.com

*s/Steven J. Skikos*
Steven J. Skikos (148110)
SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP
1 Sansome Street, Ste 2830
San Francisco, CA  94104
Telephone:  (415) 546-7300
Fax:  (415) 546-7301
sskikos@skikos.com

*s/Troy A. Rafferty*
Troy A. Rafferty (24120
LEVIN PAPANTONIO THOMAS MICHELL
  RAFFERTY PROCTOR PA
316 South Baylen Street
Pensacola, FL  32502
Telephone:  (850) 435-7163
Fax:  (850) 436-6163
trafferty@levinlaw.com

*Co-liaison Counsel for Plaintiffs*

*s/ Mark S. Cheffo*
Mark S. Cheffo
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendants Purdue Pharma L.P.,
Purdue Pharma Inc., and The Purdue Frederick
Company*

*Co-Liaison Counsel for the Manufacturer Defendants*

*s/ Carole S. Rendon*
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 621- 0200
Fax: (216) 696-0740

*Attorneys for Defendants Endo Health Solutions Inc.
and Endo Pharmaceuticals Inc.*

*Co-Liaison Counsel for the Manufacturer Defendants*

*s/ Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W. Washington, DC
20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

emainigi@wc.com
*Counsel for Defendant Cardinal Health, Inc.*
*Co-Liaison Counsel for the Distributor Defendants*


*s/ Shannon E. McClure*
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  (215) 851-8100
smcclure@reedsmith.com

*Attorneys for Distributor Defendant AmerisourceBergen Drug Corporation*

*Co-liaison Counsel for the Distributor Defendants*

*s/Geoffrey E. Hobart*
Geoffrey E. Hobart
COVINGTON & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
Telephone:  (202) 662-5281

*Counsel for Distributor Defendant McKesson Corporation*

*s/Kaspar Stoffelmayr*
Kaspar Stoffelmayr
BARTLIT BECK HERMAN PALENCHAR & SCOTT llp
54 West Hubbard Street, Ste 300
Chicago, IL  60654
Telephone:  (312) 494-4434
Fax:  (312) 494-4440
Kaspar.stoffelmayr@bartlit-beck.com

*Counsel for the Walgreen Defendants*

*Co-Liaison Counsel for the Chain Pharmacy Defendants*

*s/Tyler Tarney*
Tyler Tarney (0089082)
GORDON & REES LLP
41 South High Street, Suite 2495
Columbus, OH  43215
Telephone:  (614) 917-1953
Fax:  (614) 360-2130
ttarney@grsm.com

*Liaison Counel for the Physician Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

            s/Peter H. Weinberger
            Peter H. Weinberger
            Plaintiffs' Co-Liaison Counsel