IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION** | **Case No.: 1:17-md-2804-DAP** |
| **This document relates to:** | |
| *All Cases* | **Honorable Dan Aaron Polster** |

### Joint Motion to Approve Proposed Case Management Order Regarding Document and Electronically Stored Information Production Protocol

Now come the parties and respectfully submit the attached proposed Case

Management Order relating to a document production protocol.

DATED:  May 14, 2018                    Respectfully submitted,


*s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone:  (216) 696-3232
Facsimile:  (216) 696-3924
pweinberger@spanglaw.com

*s/Steven J. Skikos*
Steven J. Skikos (148110)
SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP
1 Sansome Street, Ste 2830
San Francisco, CA  94104
Telephone:  (415) 546-7300
Fax:  (415) 546-7301
sskikos@skikos.com

*s/Troy A. Rafferty*
Troy A. Rafferty (24120
LEVIN PAPANTONIO THOMAS MICHELL
  RAFFERTY PROCTOR PA
316 South Baylen Street
Pensacola, FL  32502
Telephone:  (850) 435-7163
Fax:  (850) 436-6163
trafferty@levinlaw.com

*Co-liaison Counsel for Plaintiffs*

*s/ Mark S. Cheffo*
Mark S. Cheffo
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Fax: (212) 849-7100

*Attorneys for Defendants Purdue Pharma L.P.,*
*Purdue Pharma Inc., and The Purdue Frederick*
*Company*

*Co-Liaison Counsel for the Manufacturer Defendants*

*s/ Carole S. Rendon*
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 621- 0200
Fax: (216) 696-0740

*Attorneys for Defendants Endo Health Solutions Inc.*
*and Endo Pharmaceuticals Inc.*

*Co-Liaison Counsel for the Manufacturer Defendants*

*s/ Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W. Washington, DC
20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029

emainigi@wc.com
*Counsel for Defendant Cardinal Health, Inc.*
*Co-Liaison Counsel for the Distributor*
*Defendants*


s/ Shannon E. McClure
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  (215) 851-8100
smcclure@reedsmith.com

*Attorneys for Distributor Defendant*
*AmerisourceBergen Drug Corporation*

*Co-liaison Counsel for the Distributor*
*Defendants*

s/Geoffrey E. Hobart
Geoffrey E. Hobart
COVINGTON & Burling LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
Telephone:  (202) 662-5281

*Counsel for Distributor Defendant*
*McKesson Corporation*

s/Kaspar Stoffelmayr
Kaspar Stoffelmayr
BARTLIT BECK HERMAN PALENCHAR & SCOTT llp
54 West Hubbard Street, Ste 300
Chicago, IL  60654
Telephone: (312) 494-4434
Fax: (312) 494-4440
Kaspar.stoffelmayr@bartlit-beck.com

*Counsel for the Walgreen Defendants*

*Co-Liaison Counsel for the Chain Pharmacy Defendants*

*s/Tyler Tarney*
Tyler Tarney (0089082)
GORDON & REES LLP
41 South High Street, Suite 2495
Columbus, OH  43215
Telephone:  (614) 917-1953
Fax:  (614) 360-2130
ttarney@grsm.com

*Liaison Counel for the Physician Defendants*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 14th day of May 2018, I electronically filed the

foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served

upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

s/Peter H. Weinberger
Peter H. Weinberger
Plaintiffs' Co-Liaison Counsel