UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>**<u>MOTION FOR EXTENSION OF TIME</u>** |

The Drug Enforcement Administration moves for an extension of time to provide ARCOS data pursuant to the Court's May 8, 2018 Order (ECF No. 397). The grounds for this Motion are set forth in the attached Memorandum in Support.

        Respectfully submitted,

        DAVID A. SIERLEJA
        First Assistant United States Attorney
        Northern District of Ohio

        <u>/s/ James R. Bennett II</u>
        JAMES R. BENNETT II (OH #0071663)
        KAREN E. SWANSON HAAN (OH #0082518)
        Assistant U.S. Attorneys
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113-1852
        (216) 622-3600
        E-mail: James.Bennett4@usdoj.gov
        E-mail: Karen.Swanson.Haan@usdoj.gov

        ALEXANDER K. HAAS
        Special Counsel to the Assistant AG, Civil Division
        ALICE SHIH LACOUR
        ERIC J. SOSKIN
        Counsel to the Assistant AG, Civil Division
        United States Department of Justice
        950 Pennsylvania Ave., NW
        Washington, DC 20530
        (202) 353-8679 (Haas)
        (202) 514-3180 (LaCour)
        (202) 514-1500 (Soskin)
        E-mail: alex.haas@usdoj.gov
        E-mail: alice.s.lacour@usdoj.gov
        E-mail: eric.soskin@usdoj.gov

**CERTIFICATE OF SERVICE**

I certify that, on May 15, 2018, I filed a copy of the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney

*Attorney for the United States of America*