UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>**<u>MEMORANDUM IN SUPPORT OF MOTION FOR EXTENSION OF TIME</u>** |

      To facilitate the Court's access to information that may be helpful in resolving the above-captioned litigation, the Drug Enforcement Administration ("DEA") seeks an extension of time to comply with the deadlines set forth in the Court's May 8, 2018 Order (ECF No. 397). Specifically, the DEA seeks a ten-day extension of time—from May 25 to June 4—to produce the ARCOS data identified in the Order.

      This Court is overseeing the National Prescription Opiate Multi-District Litigation. In the MDL, the United States has entered an appearance as a "friend of the Court" because the United States and its agencies have a unique interest in and expertise regarding the subjects at issue in the litigation. To assist in settlement and litigation efforts, the Court required the DEA to produce all ARCOS transactional data for the period from January 1, 2006, through December 31, 2014, on or before May 25, 2018. (ECF No. 397 at PageID #5323.) The United States will produce the requested ARCOS data, subject to the protective order previously issued by the Court and the subsequent amendment thereto.

      However, as the Court is aware, the data sets for the six states that were previously produced amounted to over 80 million transactions and over 20 GB of data. The United States estimates that the production ordered by the Court on May 8, 2018, will be approximately 10 times this size. The transfer of this amount of data onto portable storage devices will take an

exceptionally long time. Due the size of the production and the corresponding data transfer time, the United States respectfully seeks an extension of time until June 4, 2018, to produce the ARCOS data identified in the Court's May 8 Order.

Dated: May 15, 2018                                    Respectfully submitted,

                                                        DAVID A. SIERLEJA
                                                        First Assistant United States Attorney
                                                        Northern District of Ohio

                                                        /s/ James R. Bennett II
                                                        JAMES R. BENNETT II (OH #0071663)
                                                        KAREN E. SWANSON HAAN (OH #0082518)
                                                        Assistant U.S. Attorneys
                                                        801 West Superior Avenue, Suite 400
                                                        Cleveland, Ohio 44113-1852
                                                        (216) 622-3600
                                                        (216) 522-4982
                                                        E-mail: James.Bennett4@usdoj.gov
                                                        E-mail: Karen.Swanson.Haan@usdoj.gov

                                                        ALEXANDER K. HAAS
                                                        Special Counsel to the Assistant AG, Civil Division
                                                        ALICE SHIH LACOUR
                                                        ERIC J. SOSKIN
                                                        Counsel to the Assistant AG, Civil Division
                                                        United States Department of Justice
                                                        950 Pennsylvania Ave., NW
                                                        Washington, DC 20530
                                                        (202) 353-8679 (Haas)
                                                        (202) 514-3180 (LaCour)
                                                        (202) 514-1500 (Soskin)
                                                        E-mail: alex.haas@usdoj.gov
                                                        E-mail: alice.s.lacour@usdoj.gov
                                                        E-mail: eric.soskin@usdoj.gov

## CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(f)

Pursuant to Local Rule 7.1(f), I certify that the foregoing Memorandum in Support of Motion for Extension of Time is two (2) pages in length and thus within the page-limitation for briefs in unassigned matters.

/s/ James R. Bennett II
JAMES R. BENNETT II (OH: #0071663)
Assistant United States Attorney