UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                    MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −29)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See _F.Supp.3d_ (J.P.M.L. 2017). Since that time, 586 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 15, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

## SCHEDULE CTO−29 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| CALIFORNIA CENTRAL | | | |
| CAC | 8 | 18−00735 | City of Huntington Beach, California v. Purdue Pharma L.P. et al |
| CALIFORNIA NORTHERN | | | |
| ~~CAN~~ | ~~3~~ | ~~18−02528~~ | ~~Hopland Band of Pomo Indians v. McKesson Corporation et al~~  Opposed 5/14/18 |
| ~~CAN~~ | ~~3~~ | ~~18−02530~~ | ~~Round Valley Indian Tribes et al v. McKesson Corporation et al~~  Opposed 5/14/18 |
| ~~CAN~~ | ~~3~~ | ~~18−02531~~ | ~~Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria v. McKesson Corporation et al~~  Opposed 5/14/18 |
| ~~CAN~~ | ~~3~~ | ~~18−02532~~ | ~~Guidiville Rancheria of California v. McKesson Corporation et al~~  Opposed 5/14/18 |
| ~~CAN~~ | ~~3~~ | ~~18−02533~~ | ~~Coyote Valley Band of Pomo Indians v. McKesson Corporation et al~~  Opposed 5/14/18 |
| ~~CAN~~ | ~~3~~ | ~~18−02535~~ | ~~Center Point, Inc. v. McKesson Corporation et al~~  Opposed 5/14/18 |
| ~~CAN~~ | ~~3~~ | ~~18−02536~~ | ~~Big Valley Band of Pomo Indians of the Big Valley Rancheria v. McKesson Corporation et al~~  Opposed 5/14/18 |
| ~~CAN~~ | ~~3~~ | ~~18−02537~~ | ~~Big Sandy Rancheria of Western Mono Indians v. McKesson Corporation et al~~  Opposed 5/14/18 |
| ~~CAN~~ | ~~4~~ | ~~18−02525~~ | ~~Robinson Rancheria v. McKesson Corporation et al~~  Opposed 5/14/18 |
| ~~CAN~~ | ~~4~~ | ~~18−02529~~ | ~~Scotts Valley Band of Pomo Indians v. McKesson Corporation et al~~  Opposed 5/14/18 |
| ~~CAN~~ | ~~4~~ | ~~18−02534~~ | ~~Consolidated Tribal Health Project, Inc. v. McKesson Corporation et al~~  Opposed 5/14/18 |
| NEW HAMPSHIRE | | | |
| NH | 1 | 18−00347 | Laconia, NH, City of v. Amerisourcebergen Drug Corporation et al |
| NH | 1 | 18−00348 | Town of Derry, New Hampshire v. Amerisourcebergen Drug Corporation et al |
| NORTH CAROLINA EASTERN | | | |

| | | | |
|---|---|---|---|
| NCE | 4 | 18−00082 | Carteret County v. AmerisourceBergen Drug Corporation et al |
| NCE | 4 | 18−00085 | Greene County v. AmerisourceBergen Drug Corporation et al |
| NCE | 5 | 18−00189 | Wayne County v. AmerisourceBergen Drug Corporation et al |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 18−00349 | FORSYTH COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| NCM | 1 | 18−00350 | RICHMOND COUNTY, NORTH CAROLINA v. AMERISOURCEBERGEN DRUG CORPORATION et al |

WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 2 | 18−00617 | Tulalip Tribes v. Purdue Pharma, L.P. et al |
| WAW | 2 | 18−00618 | City of Kent v. Purdue Pharma, L.P. et al |