# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION ) | MDL No. 2804 |
| ) | Case No. 17-md-2804 |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Judge Dan Aaron Polster |
| ALL CASES ) | |
| ) | **ORDER** |
| ) | |

It has come to the Court's attention that some Plaintiffs' counsel are filing executed waivers of service/returns of service in the main case. (See, e.g., Doc #: 445.) The Court hereby **DIRECTS** counsel to file their returned, executed waivers of service in the member cases, and not the main case.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　 */s/ Dan A. Polster     May 15, 2018*
　　　　　　　　　　　　　　　　　　　　**Dan Aaron Polster**
　　　　　　　　　　　　　　　　　　　　**United States District Judge**