# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |
| **This document relates to:** ) *City of Chicago v. Purdue Pharma L.P. et al.,* ) *Case No. 1:17-op-45169*; *City of Chicago v.* ) *Cardinal Health Inc. et al.,* ) *Case No. 1:18-op-45281* ) | |

## NOTICE OF APPEARANCE

An appearance is hereby filed by the undersigned as attorney for City of Chicago, plaintiff, in *City of Chicago v. Purdue Pharma L.P. et al.*, Case No. 1:17-op-45169, and *City of Chicago v. Cardinal Health Inc. et al.*, Case No. 1:18-op-45281.

Justin Tresnowski
City of Chicago Department of Law
30 N. LaSalle St., Suite 1230
Chicago, IL 60602
(312) 744-4216
Justin.Tresnowski@cityofchicago.org
Illinois Bar ID No. 6314160

Respectfully submitted,

Date:   May 16, 2018           /s/ Justin Tresnowski