# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document applies to:<br>*Louisiana Health Service & Indemnity Company d/b/a BCBS of LA and HMO Louisiana v. Purdue Pharma et al.*, No. 3:17-CV-01766 | **Case No.:** 1:17-md-2804-DAP<br><br>NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT DR. RUSSELL PORTENOY PURSUANT TO FED. R. CIV. P. 41(A)(1)(A)(I) |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Louisiana Health Service Indemnity Company d/b/a Blue Cross and Blue Shield Of Louisiana and HMO Louisiana, Inc., (BCBSLA) by and through his undersigned counsel, voluntarily dismisses defendant Dr. Russell Portenoy from this this action with prejudice and with each party bearing its own costs, expenses and attorneys' fees, and reserving to BCBSLA all rights as to all others.  Dr. Russell Portenoy has not answered Plaintiff's complaint and has not moved for summary judgment.

**DATED:**  May 17, 2017

1

Respectfully Submitted:

**THE DUGAN LAW FIRM, APLC**

*/s/ Bonnie A. Kendrick*
_____

James R. Dugan, II. (LSBA No. 24785)
David S. Scalia (LSBA No. 21369)
Douglas R. Plymale (LSBA No. 28409)
Bonnie A. Kendrick (LSBA #31806)
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana 70130
Telephone: (504) 648-0180
Facsimile: (504) 648-0181
E-mail: *jdugan@dugan-lawfirm.com*
*dscalia@dugan-lawfirm.com*
*dplymale@dugan-lawfirm.com*
*bonnie@dugan-lawfirm.com*

CERTIFICATE OF SERVICE

I hereby certify that on May 17, 2018, I electronically filed the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) with the Clerk of the Court using the CM/ECF system which will automatically send email notification of such filing to the attorneys of record registered with the CM/ECF system.

/s/ *Bonnie A. Kendrick*

2