UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION<br>OPIATE LITIGATION | )<br>)<br>)<br>)<br>)<br>)<br>) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>**<u>NOTICE OF WITHDRAWAL OF<br>MOTION FOR EXTENSION OF TIME<br>(ECF NO. 442)</u>** |

The Drug Enforcement Administration ("DEA") hereby withdraws its motion for extension of time to provide ARCOS data.  (ECF No. 442.)  Undersigned counsel previously believed that transfer of the data onto a portable storage device would take a very long time.  However, the DEA compressed the data, thereby significantly reducing the transfer time.  The ARCOS data will be produced by the Court's original deadline of May 25, 2018.

Respectfully submitted,

DAVID A. SIERLEJA
First Assistant United States Attorney
Northern District of Ohio

/s/ James R. Bennett II
JAMES R. BENNETT II (OH #0071663)
KAREN E. SWANSON HAAN (OH #0082518)
Assistant U.S. Attorneys
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
(216) 622-3600
E-mail:  James.Bennett4@usdoj.gov
E-mail:  Karen.Swanson.Haan@usdoj.gov

ALEXANDER K. HAAS
Special Counsel to the Assistant AG, Civil Division
ALICE SHIH LACOUR
ERIC J. SOSKIN
Counsel to the Assistant AG, Civil Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 353-8679 (Haas)
(202) 514-3180 (LaCour)
(202) 514-1500 (Soskin)
E-mail: alex.haas@usdoj.gov
E-mail: alice.s.lacour@usdoj.gov
E-mail: eric.soskin@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on May 17, 2018, I filed a copy of the foregoing electronically.  The Court's electronic filing system will send notice of this filing to all parties.  Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney

*Attorney for the United States of America*