UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) ) ) ) ) | CASE NO. 1:17-md-2804<br><br>JUDGE DAN A. POLSTER |
| **This document applies to:** | ) ) ) | |
| *City of Huntington, West Virginia v. Express Scripts, et al;* | ) ) ) | |
| *Case No: 2:18-cv-00580* | ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ronda L. Harvey and Fazal D. Shere of Bowles Rice LLP, hereby appears on behalf of Defendant Kroger Limited Partnership I in the above-styled action and request that service of all documents in this case be made upon them through the Court CM/ECF filing system

                                          Respectfully submitted,

                                          /s/ Ronda L. Harvey
                                          Ronda L. Harvey (WVSB # 6326)
                                          Fazal A. Shere (WVSB #5433)
                                          Bowles Rice LLP
                                          600 Quarrier Street
                                          Charleston, West Virginia  25301
                                          (304) 347-1100
                                          (304) 343-3058
                                          rharvey@bowlesrice.com
                                          fshere@bowlesrice.com

2

**CERTIFICATE OF SERVICE**

    The undersigned hereby certifies that on the 17th day of May, 2018, a copy of the foregoing *Notice of Appearance* has been filed electronically using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system, which send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                 /s/  Ronda L. Harvey
                Ronda L. Harvey