**UNITED STATES DISTRICT COURT**
**NORTHER DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| -------------------------------------------------------------- | : | 1:17-md-02804-DAP |
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION, | : | MDL No. 2804 |
| -------------------------------------------------------------- | : | Judge Dan Aaron Polster |
| This Document Relates to: | : | |
| | : | |
| NORTHERN ARAPAHO TRIBE | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| vs. | : | Civil Action No.: |
| | : | 1:18-op-45438-DAP |
| PURDUE PHARMA, L.P., et al. | : | |
| | : | |
| Defendants. | : | |
| -------------------------------------------------------------- | : | |
| | : | |
| | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kenneth M. Daly of the law firm Burg Simpson Eldredge

Hersh & Jardine, P.C. enters his appearance as Counsel of Record for Plaintiff Northern Arapaho

Tribe.

Dated:  May 18, 2018                              Respectfully submitted,


                                                  */s/ Kenneth M. Daly*
                                                  Kenneth M. Daly (Ohio Bar No. 0093618)
                                                  BURG SIMPSON
                                                  ELDREDGE HERSH & JARDINE, P.C.
                                                  312 Walnut St., Suite 2090
                                                  Cincinnati, OH 45202
                                                  Tel:  (513) 852-5600
                                                  Fax:  (513) 852-5611
                                                  Email:  kdaly@burgsimpson.com
                                                  *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on May 18, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of this Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

/s/ Kenneth M. Daly
Kenneth M. Daly