UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>**MEMORANDUM IN SUPPORT OF SECOND MOTION FOR EXTENSION OF TIME** |

The Drug Enforcement Administration ("DEA") seeks a second extension of time to comply with the Suspicious Order Reports ("SORs") production deadline set forth in the Court's April 11, 2018 Order (ECF No. 233). The Court initially ordered the DEA to produce the SORs for six specific states on April 20, 2018. (ECF No. 233 at PageID # 1104.) The Court granted an extension of this deadline until May 18, 2018. (ECF No. 248.) In advance of the deadline, DEA produced SORs from its headquarters location on or about May 10, 2018. However, DEA now seeks a second extension of time—until Friday, June 8, 2018—to produce the remaining SORs responsive to the Court's April 11 Order.

Good cause exists for this second extension. As previously explained, DEA does not have a central repository or database for all SORs. While some SORs are more readily available, such as the headquarters SORs that DEA produced earlier, most SORs are reported by the companies to DEA field offices across the United States. The gathering, review and redaction of the field SORs from the six states has been more time consuming than initially anticipated. Many of the SORs are associated with internal DEA reports that must be reviewed and redacted for law enforcement sensitive information. This review requires consultation with the field to confirm if any related investigations are open or closed so that appropriate redactions can be made. An

additional three-week extension of time is necessary in order to complete this process of reviewing the SORs documents that the DEA will produce to the parties in this MDL.

Accordingly, the DEA respectfully seeks an additional extension of time until June 8, 2018, to produce the SORs identified in the Court's April 11 Order.  Notwithstanding the requested extension, DEA anticipates providing the SORs on a rolling basis over the next three weeks.

Dated: May 18, 2018                                        Respectfully submitted,

                                                      DAVID A. SIERLEJA
First Assistant United States Attorney
Northern District of Ohio

/s/ James R. Bennett II
JAMES R. BENNETT II (OH #0071663)
KAREN E. SWANSON HAAN (OH #0082518)
Assistant U.S. Attorneys
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
(216) 622-3600
(216) 522-4982
E-mail:  James.Bennett4@usdoj.gov
E-mail:  Karen.Swanson.Haan@usdoj.gov

ALEXANDER K. HAAS
Special Counsel to the Assistant AG, Civil Division
ALICE SHIH LACOUR
ERIC J. SOSKIN
Counsel to the Assistant AG, Civil Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 353-8679 (Haas)
(202) 514-3180 (LaCour)
(202) 514-1500 (Soskin)
E-mail: alex.haas@usdoj.gov
E-mail: alice.s.lacour@usdoj.gov
E-mail: eric.soskin@usdoj.gov

## **CERTIFICATE OF COMPLIANCE WITH LOCAL RULE 7.1(f)**

Pursuant to Local Rule 7.1(f), I certify that the foregoing Memorandum in Support of Motion for Extension of Time is two (2) pages in length and thus within the page-limitation for briefs in unassigned matters.

/s/ James R. Bennett II
JAMES R. BENNETT II (OH: #0071663)
Assistant United States Attorney
