UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ<br><br><br><br>NOTICE OF SERVICE |

Please take notice that on May 18, 2018, the United States Drug Enforcement Administration served upon the Court and the following counsel of record an encrypted CD containing its disclosure of ARCOS transactional data for the period from January 1, 2006 through December 31, 2014, pursuant to the Court's Protective Order:

Paul T. Farrell, Jr., Esq.
Greene Ketchum
419 Eleventh Street
Huntington, WV 25701

Mark S. Cheffo, Esq.
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Enu Mainigi, Esq.
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

1

Respectfully submitted,

DAVID A. SIERLEJA
First Assistant United States Attorney
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515


By:    /s/ James R. Bennett II
       JAMES R. BENNETT II (OH #0071663)
       KAREN E. SWANSON HAAN (OH #0082518)
       Assistant U.S. Attorneys
       Carl B. Stokes U.S. Courthouse
       801 West Superior Avenue, Suite 400
       Cleveland, Ohio  44113-1852
       Telephone:  (216) 622-3600
       Facsimile:  (216) 522-4982
       E-mail:  James.Bennett4@usdoj.gov
       E-mail:  Karen.Swanson.Haan@usdoj.gov


ALEXANDER K. HAAS
Special Counsel to the Assistant AG, Civil Division
ALICE SHIH LACOUR
ERIC J. SOSKIN
Counsel to the Assistant AG, Civil Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 353-8679 (Haas)
(202) 514-3180 (LaCour)
(202) 514-1500 (Soskin)
E-mail: alex.haas@usdoj.gov
E-mail: alice.s.lacour@usdoj.gov
E-mail: eric.soskin@usdoj.gov

CERTIFICATE OF SERVICE

I certify that, on May 18, 2018, I filed a copy of the foregoing electronically.  The Court's electronic filing system will send notice of this filing to all parties.  Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney