UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE POLSTER |

### ORDER CONCERNING NOTICES OF APPEARANCES

In anticipation of the large number of attorneys who are likely to be involved in depositions and other proceedings in the coming months, and in order to minimize the proliferation of ECF notices, the Court **WAIVES** the requirement that attorneys file a notice of appearance in this litigation if the following conditions are met: (1) the attorney is associated (in any capacity) in a law firm with another attorney who has previously entered an appearance and is registered to receive ECF notices in this case; (2) the attorney who is registered will be responsible for forwarding all ECF notices to associated attorneys who do not file notices of appearance; and (3) attorneys who do not file notices of appearance will comply with the Rules of the United States District Court for the Northern District of Ohio and are fully subject to Court oversight.

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated: May 18, 2018**