UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| | **Case No. 1:17-md-2804** |
| **This document relates to:** | **Judge Dan Aaron Polster** |
| *City of Cleveland v. AmerisourceBergen Drug Corp., et al.,* Case No. 18-OP-45132 (N.D. Ohio); | |
| *The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004 (N.D. Ohio); and | **ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO  FILE THEIR SECOND AMENDED COMPLAINTS UNDER SEAL** |
| *The County of Summit, Ohio., et al., v. Purdue Pharma L.P., et al.,* Case No. 18-OP-45090 (N.D. Ohio). | |

Plaintiffs move for leave to file their Second Amended Complaints Under Seal in the following three (3) cases:

1. *City of Cleveland v. AmerisourceBergen Drug Corp., et al.*, Case No. 18-OP-45132 (N.D. Ohio);

2. *The County of Cuyahoga v. Purdue Pharma L.P., et al.*, Case No. 17-OP-45004 (N.D. Ohio); and

3. *The County of Summit, Ohio., et al., v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45090 (N.D. Ohio).

The Motion states that filing said Second Amended Complaints under seal is necessary to ensure compliance with Case Management Order No. 2, ECF Doc. 441, and the Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167, because the Second Amended Complaints will contain confidential information subject to said Orders.

Plaintiffs' Motion for Leave to File Second Amended Complaints Under Seal is hereby

**GRANTED**.


**IT IS SO ORDERED.**

Dated:  May 18, 2018

_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

2