UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*City of Cleveland v. AmerisourceBergen Drug Corp., et al.,* Case No. 18-OP-45132 (N.D. Ohio);<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004 (N.D. Ohio); and<br><br>*The County of Summit, Ohio., et al., v. Purdue Pharma L.P., et al.,* Case No. 18-OP-45090 (N.D. Ohio). | **MDL No. 2804**<br><br>**Case No. 1:17-md-2804**<br><br>**Judge Dan Aaron Polster**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO  FILE THEIR SECOND AMENDED COMPLAINTS UNDER SEAL** |

Plaintiffs move for leave to file their Second Amended Complaints Under Seal in the following three (3) cases:

1. *City of Cleveland v. AmerisourceBergen Drug Corp., et al.*, Case No. 18-OP-45132 (N.D. Ohio);

2. *The County of Cuyahoga v. Purdue Pharma L.P., et al*., Case No. 17-OP-45004 (N.D. Ohio); and

3. *The County of Summit, Ohio., et al., v. Purdue Pharma L.P., et al*., Case No. 18-OP-45090 (N.D. Ohio).

The Motion states that filing said Second Amended Complaints under seal is necessary to ensure compliance with Case Management Order No. 2, ECF Doc. 441, and the Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167, because the Second Amended Complaints will contain confidential information subject to said Orders.

Plaintiffs' Motion for Leave to File Second Amended Complaints Under Seal is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 18, 2018

/s/Dan Aaron Polster
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE