# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| ----------------------------------------------------------------- | : | 1:17-md-02804-DAP |
| IN RE NATIONAL PRESCRIPTION OPIATE | : | |
| LITIGATION, | : | MDL No. 2804 |
| ----------------------------------------------------------------- | : | |
| This Document Relates to: | : | Judge Dan Aaron Polster |
| | : | |
| FAYETTE COUNTY, ALABAMA; | : | |
| CITY OF FAYETTE, ALABAMA; | : | |
| and RODNEY INGLE, IN HIS CAPACITY AS | : | |
| SHERIFF OF FAYETTE COUNTY, ALABAMA | : | |
| | : | |
| Plaintiffs, | : | |
| | : | |
| vs. | : | Civil Action No.: |
| | : | 1:18-op-45211-DAP |
| PURDUE PHARMA, L.P., et al. | : | |
| | : | |
| Defendants. | : | |
| ----------------------------------------------------------------- | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Robert R. Riley, Jr. of the law firm Riley & Jackson, P.C. enters his appearance as additional Counsel of Record for Plaintiffs in Civil Action No.: 1:18-op-45211-DAP which was transferred to MDL No. 2804 by Conditional Transfer Order 10 dated February 22, 2018.

Dated: May 18, 2018

Respectfully submitted,

*/s/ Robert R. Riley, Jr.*
Robert R. Riley, Jr.
Alabama Bar No. ASB-8310-Y75R
RILEY & JACKSON, P.C.
3530 Independence Drive
Birmingham, AL 35209
Tel: (205) 879-5000
Fax: (205) 879-5901
Email: rob@rileyjacksonlaw.com
***Attorney for Plaintiffs***

**CERTIFICATE OF SERVICE**

     I hereby certify that on May 18, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of this Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                            */s/ Robert R. Riley, Jr.*
                                            Robert R. Riley, Jr.