UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE:** National Prescription Opiate Litigation | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2804<br><br>*Cherokee Cnty., Ala. v. AmerisourceBergen*<br>   *Drug Corp., et al.*<br>*City of Demopolis, Ala. v.*<br>   *AmerisourceBergen Drug Corp., et al.*<br>*City of Enterprise, Ala. v.*<br>   *AmerisourceBergen Drug Corp., et al.*<br>*Greene Cnty., Ala. v. AmerisourceBergen*<br>   *Drug Corp., et al.*<br>*Marengo Cnty., Ala. v. AmerisourceBergen*<br>   *Drug Corp., et al.*<br>*City of Marion, Ala. v. AmerisourceBergen*<br>   *Drug Corp., et al.*<br>*City of Mobile, Ala. v. AmerisourceBergen*<br>   *Drug Corp., et al.*<br>*Morgan Cnty., Ala. v. AmerisourceBergen*<br>   *Drug Corp., et al.*<br>*City of Moulton, Ala. v. AmerisourceBergen*<br>   *Drug Corp., et al.*<br>*Sumter Cnty., Ala. v. AmerisourceBergen*<br>   *Drug Corp., et al.*<br>*Tuscaloosa Cnty., Ala. v.*<br>   *AmerisourceBergen Drug Corp., et al.*<br>*Washington Cnty., Ala. v.*<br>   *AmerisourceBergen Drug Corp., et al.*<br>*Wilcox Cnty., Ala. v AmerisourceBergen*<br>   *Drug Corp., et al.* |

**NOTICE OF WITHDRAWAL OF COUNSEL
FOR PLAINTIFFS**

Pursuant to Northern District of Ohio Local Rule 83.9, Plaintiff hereby notifies the Court of the withdrawal of Chandler Rogers as counsel for Plaintiffs. All other attorneys representing Plaintiffs will remain as counsel. Mr. Peter J. Mougey will continue to serve as counsel of record.

Respectfully submitted,

/s/ Peter J. Mougey
_____
Peter J. Mougey, Esq.
LEVIN, PAPANTONIO, THOMAS

MITCHELL, RAFFERTY & PROCTOR, P.A.
316 South Baylen Street, Suite 600
Pensacola, FL 32502-5996
Telephone: (850) 435-7068
Facsimile: (850) 436-6068