# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONLA PRESCRIPTION OPIATE LITIGATION** | MDL No.: 2804 |
| | Case No. 1:17-md-2804 |
| **THIS DOCUMENT RELATES TO:** | Judge Dan Aaron Polster |
| **ALL CASES** | |

## NOTICE OF APPEARANCE

Kindley enter the appearance of David V. Hayes as counsel for Bloodworth Wholesale Drugs, Inc.

Dated: May 21, 2018

    Respectfully submitted,
**OWEN, GLEATON, EGAN,
    JONES & SWEENEY, LLP**

*/s/ DAVID V. HAYES*
DAVID V. HAYES
**OWEN, GLEATON, EGAN, JONES & SWEENEY, LLP**
1180 Peachtree Street, NE
Suite 3000
Atlanta, Georgia 30309
Tel: (404) 688-2600
Fax: (404) 525-4347
Dhayes@owengleaton.com

*Attorney for Bloodworth Wholesale Drugs, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 21th of May, 2018, the foregoing was filed using the Court's CM/EDF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

> */s/ DAVID V. HAYES*
> DAVID V. HAYES
> **OWEN, GLEATON, EGAN, JONES & SWEENEY, LLP**
> 1180 Peachtree Street, NE
> Suite 3000
> Atlanta, Georgia 30309
> Tel: (404) 688-2600
> Fax: (404) 525-4347
> Dhayes@owengleaton.com
> *Attorney for Bloodworth Wholesale Drugs, Inc.*