UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) | CASE NO. 1:17-MD-2804 |
| THE COUNTY OF PIKE )    v. Teva Pharmaceuticals USA, Inc., et al. )    Civil Action No. 7:17-cv-00193 )    Member Case No. 1:18OP45369 ) AND )    v. ) ) THE COUNTY OF FLOYD )    v. Purdue Pharma L.P., et al. )    Civil Action No. 7:17-cv-00186 )    Member Case No. 1:18OP45369 ) ) AND )    v. ) THE COUNTY OF KNOTT )    v. Purdue Pharma, L.P., et al. )    Civil Action No. 7:18-cv-0006 ) | Proceeding in the United States District Court for the Eastern District of Kentucky |

## NOTICE OF APPEARANCE

Notice is hereby given that Attorneys Thomas N. Kerrick and Matthew P. Cook, Kerrick Bachert, PSC, 1025 State Street, Bowling Green, KY 42101; (270)782-8160 hereby enter their appearance as counsel for Defendant, Richie Enterprises, LLC, d/b/a Richie Pharmacal.

This May 15, 2018.

                                                    KERRICK BACHERT, PSC
                                                    1025 STATE STREET
                                                    BOWLING GREEN KY 42101
                                                    270-782-8160
                                                    */s/Thomas N. Kerrick*
                                                    THOMAS N. KERRICK

                                                    */s/Matthew P. Cook*
                                                    MATTHEW P. COOK
                                                    tkerrick@kerricklaw.com
                                                    mcook@kerricklaw.com