# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | * | |
| NATIONAL PRESCRIPTION | * | CASE NO. 1:17-MD-2804 |
| | * | |
| OPIATE LITIGATION | * | JUDGE POLSTER |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |
| | * | |

*********************************************

## NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK AND ALL PARTIES:

     NOW COMES James R. Dugan, II, who represents to this Court that Lanson Bordelon is no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter.  As such, the undersigned respectfully requests that Lanson Bordelon be withdrawn as counsel of record for Plaintiff(s) in the above-numbered and entitled cause.  All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action.

DATED:  May 21, 2018

Respectfully Submitted:

 /s/ James R. Dugan, II
**James R. Dugan, II (LA Bar No. 24785)**
**Douglas R. Plymale (LA Bar No. 28409)**
**David S. Scalia (LA Bar No. 21369)**
**Mekel Smith Alvarez (LSBA No. 22157)**
**The Dugan Law Firm, APLC**
One Canal Place
365 Canal Street, Suite 1000
New Orleans, Louisiana  70130
Telephone:	(504) 648-0180
Facsimile:	(504) 648-0181
E-mail:	jdugan@dugan-lawfirm.com
	dplymale@dugan-lawfirm.com
	dscalia@dugan-lawfirm.com

*Counsel for Plaintiff(s)*

### CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of May 2018, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

/s/ James R. Dugan, II
James R. Dugan, II