UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION
    State of Montana v. Purdue Pharma, et al., )
        D. Montana, C.A. No. 6:18-00033 )      MDL No. 2804

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER
AND VACATING THE MAY 31, 2018, HEARING SESSION ORDER**

A conditional transfer order was filed in this action (*Montana*) on March 6, 2018. Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Montana* filed a notice of opposition to the proposed transfer. Plaintiff later filed a motion and brief to vacate the conditional transfer order. The Panel has now been advised that plaintiff has withdrawn its opposition to transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-14" filed on March 6, 2018, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polster.

IT IS FURTHER ORDERED that the Hearing Session Order and the attached Schedule filed on April 16, 2018, are VACATED insofar as they relate to this action.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel