**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | MDL 2804 |
| OPIATE LITIGATION | ) | |
| | ) | Case No. 1:17-md-2804-DAP |
| This document relates to: | ) | |
| | ) | Judge Dan Aaron Polster |
| *County of Webb v. Purdue Pharma, L.P. et al.* | ) | |
| Case No. 1:18-op-45175-DAP (N.D. Ohio) | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE**
**TO FILE AMENDED COMPLAINT UNDER SEAL**

Plaintiff seeks leave to file its amended complaint under seal in *County of Webb v. Purdue Pharma, L.P., et al.,* Case No. 18-op-45175-DAP (N.D. Ohio).

The Motion states that filing the amended complaint under seal is necessary to ensure compliance with the following Orders:

1.     Case Management Order One, ECF Doc. 232 (hereinafter "CMO-1");

2.     May 3, 2018 Order clarifying CMO-1, ECF Doc. 371; and

3.     Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167 (hereinafter "ARCOS Protective Order").

The Motion states that the amended complaint will contain information that is subject to information designated CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER by the ARCOS Protective Order.

Plaintiff's Motion for Leave to File an Amended Complaint Under Seal is hereby **GRANTED.**

**IT IS SO ORDERED.**


Dated: _____          _____

HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE