# Filing Amended Complaints in Non-Bellwether Cases in the National Prescription Opiate MDL

Sheila Schebek <SMS@spanglaw.com>

Tue 5/22/2018 5:16 PM

THIS EMAIL IS BEING SENT TO ALL PLAINTIFFS' COUNSEL NOTED IN MDL 2804

It has come to our attention that counsel for non-bellwether plaintiffs are filing amended complaints on the MDL master docket.  This is <u>NOT</u> the correct procedure as established by this MDL.  Rather, the proper place <u>to file these amended complaints is on the case-specific docket only</u>.

Also, we have received a number of requests from non-Case Track 1 (i.e. non bellwether) plaintiffs that they need ARCOS data to file amended complaints by May 24th.  The Court will allow amended complaints to be filed with leave of court after that date and Judge Polster has specifically stated that receipt of ARCOS data is good cause for granting leave.  Judge Polster specifically requested at the hearing on May 10th that non-trial track plaintiffs "hold off" filing any amended complaints at this point.  We have informed the Court of our concerns regarding relation back under Civil Rule 15 (c), and we anticipate filing a motion in that regard soon.

Thank you for your attention to this matter.

Peter H. Weinberger
Plaintiffs' Co-Liaison Counsel

**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700

Cleveland, Ohio 44114
216-696-3232 Office
216-407-5033 Cell
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com


Sheila Schebek
Client and Case Services Manager
**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700

Cleveland, Ohio 44114
216-696-3232 Office
216-696-3924 Fax

SMS@spanglaw.com | www.spanglaw.com



CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.