IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | : Case No.: 1:17-md-02804 :  : Judge Dan Aaron Polster : |
| THIS DOCUMENT RELATES TO: | : : |
| THE FISCAL COURT OF BOONE COUNTY, ON BEHALF OF BOONE COUNTY     v. AmerisourceBergen Drug     Corporation, et al.     Civil Action No. 2:17-cv-00157     Member Case No. 1:17-op-45020 | : : : : : : : |
| and | : **NOTICE OF WITHDRAWAL OF COUNSEL** : |
| THE FISCAL COURT OF CAMPBELL COUNTY, ON BEHALF OF CAMPBELL COUNTY     v. AmerisourceBergen Drug     Corporation, et al.     Civil Action No. 2:17-cv-00167     Member Case No. 1:17-op-45022 | : : : : : : : : |

Notice is hereby given that John B. Nalbandian of Taft Stettinius & Hollister LLP ("Taft"), hereby withdrawals his appearance as counsel for Plaintiffs The Fiscal Court of Boone County, on Behalf of Boone County and The Fiscal Court of Campbell County, on Behalf of Campbell County.  Mr. Nalbandian will be leaving Taft in the near future.  The remaining attorneys of record will continue to represent Plaintiffs.

Respectfully submitted,

*/s/ John B. Nalbandian*
John B. Nalbandian (0073033)
TAFT STETTINIUS & HOLLISTER LLP
425 Walnut Street, Suite 1800
Cincinnati, OH 45202-3957
Phone: (513) 381-2838
Fax: (513) 381-0205
nalbandian@taftlaw.com


*/s/ Robert B. Craig*
Robert B. Craig (15590)
Robert A. Bilott (96576))
TAFT STETTINIUS & HOLLISTER LLP
1717 Dixie Highway, Suite 910
Covington, KY  41011
Phone: (859) 331-2838
Fax: (859) 381-6613
craigr@taftlaw.com
bilott@taftlaw.com

Counsel for Plaintiffs


## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2018, the foregoing document was filed using the Court's CM/ECF system, which will send electronic notification of the filing to all counsel of record.

*/s/ John B. Nalbandian*

22636576.1

2