# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANTS AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., AND McKESSON CORP.'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6))

Pursuant to this Court's Order dated May 22, 2018, defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributors") move to dismiss the Second Amended Complaint in the above-referenced action with prejudice on the basis that it fails to state a claim upon which relief can be granted, for the reasons given in the accompanying memorandum of law, which is incorporated here.

Dated: May 25, 2018 Respectfully submitted,

*/s/ Robert A. Nicholas*                         */s/ Enu Mainigi*
Robert A. Nicholas                            Enu Mainigi
Shannon E. McClure                       F. Lane Heard III
**REED SMITH LLP**                      Steven M. Pyser
Three Logan Square                        Ashley W. Hardin
1717 Arch Street, Suite 3100           **WILLIAMS & CONNOLLY LLP**
Philadelphia, PA 19103                 725 Twelfth Street, NW
Tel: (215) 851-8100                        Washington, DC 20005
Fax: (215) 851-1420                      Tel: (202) 434-5000
rnicholas@reedsmith.com              Fax: (202) 434-5029
smcclure@reedsmith.com              EMainigi@wc.com
                                                   lheard@wc.com
*Counsel for AmerisourceBergen Corporation*    spyser@wc.com
*and AmerisourceBergen Drug Corporation*      ahardin@wc.com
                                                   *Counsel for Cardinal Health, Inc.*

*/s/ Geoffrey Hobart*
Geoffrey Hobart
Mark Lynch
Christian Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

**CERTIFICATE OF SERVICE**

I, Ashley W. Hardin, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Ashley W. Hardin*
Ashley W. Hardin