# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | JUDGE DAN AARON POLSTER |
| This document relates to: | ) | |
| *The County of Summit, Ohio, et al. v.* | ) | Case No. 1:17 MD 2804 |
| *Purdue Pharma, LP, et al.,* | ) | |
| Case No. 1:18 OP 45090 | ) | **ORDER** |
| | ) | |

In reviewing the recently filed amended complaints in the Track One cases today to identify the Defendants that are being sued in those cases, the Court discovered that there are 22 Named Plaintiffs in this particular Track One case.  The Court hereby **DIRECTS** Summit County to file, **no later than 12 noon ET on Thursday, May 31, 2018**, an Amended Complaint with only Summit County as the Plaintiff or this case will be withdrawn from the Track One cases heading to trial in March 2019.

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　 */s/ Dan A. Polster     May 25, 2018*
　　　　　　　　　　　　　　　　　　　　　　**Dan Aaron Polster**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge.**