# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| WEST BOCA MEDICALCENTER, INC.<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORP., et al. | Case No. 1:18-op-45530-DAP<br><br>This document relates to:<br>Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

## MOTION FOR LEAVE TO FILE NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

Pursuant to paragraph 6.e. of Case Management Order One, ECF Doc 232, Plaintiff seeks leave to file its Notice of Voluntary Dismissal of Defendant Rite-Aid of Maryland, Inc. Counsel for Rite-Aid has confirmed that Rite-Aid of Maryland, Inc. has not distributed any opioids to Florida in nearly 30 years, and both Plaintiff and Rite-Aid of Maryland, Inc. agree Defendant Rite-Aid of Maryland, Inc. should be dismissed as a Defendant. Plaintiff's Notice is attached hereto as Exhibit A.

Dated: May 25, 2018

Respectfully submitted,

*/s/ Don Barrett*
John W. (Don) Barrett
David McMullan, Jr.
Richard Barrett
Sterling Starns
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
sstarns@barrettlawgroup.com

## CERTIFICATE OF SERVICE

    I hereby certify that on May 25, 2018, a copy of the foregoing Motion for Leave to File Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                              */s/ Don Barrett*
                                              John W. (Don) Barrett
                                              P.O. Box 927
                                              404 Court Square North
                                              Lexington, Mississippi 39095
                                              Ph: (662) 834-2488
                                              Fax: (662) 834-2628
                                              donbarrettpa@gmail.com