# Exhibit A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| WEST BOCA MEDICALCENTER, INC.<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORP., et al. | Case No. 1:18-op-45530-DAP<br><br>This document relates to:<br>Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

### NOTICE OF VOLUNTARY DISMISSAL PURSUANT TO FED. R. CIV. P. 41(a)(1)(A)(i)

COMES NOW Plaintiff West Boca Medical Center, Inc., by and through undersigned counsel, and gives Notice of Voluntary Dismissal pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i) against Defendant Rite-Aid of Maryland, Inc. Plaintiff and Rite-Aid of Maryland have stipulated as to the voluntary dismissal of Rite-Aid of Maryland, Inc. This dismissal is without prejudice and is effective immediately upon filing of this notice.

The filing of this Notice of Voluntary Dismissal is not intended to have any effect on Plaintiff's claims against other Defendants included in the complaint docketed as Case No. 1:18-op-45530-DAP.

Dated: May 25, 2018

Respectfully submitted,

/s/ Don Barrett
John W. (Don) Barrett
David McMullan, Jr.
Richard Barrett
Sterling Starns
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
sstarns@barrettlawgroup.com

## CERTIFICATE OF SERVICE

      I hereby certify that on May 25, 2018, a copy of the foregoing Notice of Voluntary Dismissal Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

                                          */s/ Don Barrett*
                                          John W. (Don) Barrett
                                          P.O. Box 927
                                          404 Court Square North
                                          Lexington, Mississippi 39095
                                          Ph: (662) 834-2488
                                          Fax: (662) 834-2628
                                          donbarrettpa@gmail.com