UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-OP-45090 (N.D. Ohio) | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

**MOTION TO DISMISS COMPLAINT
BY DEFENDANTS WALMART INC., CVS HEALTH CORP., RITE AID CORP., AND
<u>WALGREENS BOOTS ALLIANCE, INC.</u>**

Defendants Walmart Inc., CVS Health Corp., Rite Aid Corp., and Walgreens Boots Alliance, Inc. (collectively the "Moving Defendants") move to dismiss the Complaint pursuant to Rules 12(b)(1), 12(b)(6), and 9(b).  The Complaint must be dismissed for the following reasons:

1. Plaintiffs lack Article III standing to bring their claims because they allege only harm that is common to the general public and derivative of harm incurred by third parties.

2. The Complaint purports to state claims against the Moving Defendants in their capacity as distributors, not dispensing pharmacies, and any claims against the Moving Defendants as dispensing pharmacies are manifestly insufficient under pleading rules.

3. The Ohio Product Liability Act abrogates Plaintiffs' tort claims.

4. Plaintiffs fail to state any claims on which relief can be granted. The Complaint fails to allege facts showing that the Moving Defendants negligently distribute prescription opioids, that the Moving Defendants' lawful distribution of a highly regulated product creates a public nuisance under either a statutory public nuisance or absolute public nuisance theory, that Plaintiffs conferred on the Moving Defendants any benefit that constitutes unjust enrichment, that the Moving Defendants engaged in a civil conspiracy, and that Plaintiffs were injured by any criminal acts by the Moving Defendants.

For these reasons, and as set forth more fully in the accompanying Memorandum of Law and in the motion submitted by Defendants McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Drug Corporation, in which the Moving Defendants join, the Complaint must be dismissed.

Dated: 25 May 2018

Respectfully submitted,

/ s/   Tara A. Fumerton

Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

/ s/   Eric R. Delinsky (consent)

Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Attorneys for CVS Health Corporation*


/ s/   Kaspar Stoffelmayr (consent)

Kaspar Stoffelmayr
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlit-beck.com

*Attorney for Walgreens Boots Alliance, Inc*.

/ s/   Kelly A. Moore (consent)

Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
E-mail:
elisa.mcenroe@morganlewis.com

*Attorneys for Rite Aid Corporation*

CERTIFICATE OF SERVICE

      I hereby certify that on May 25, 2018, this Motion to Dismiss was filed electronically on the master docket for this matter.  Case Management Order One provides that "[e]lectronic case filing of a document, other than an initial pleading, in the master docket shall be deemed to constitute proper service on all parties."  ECF No. 232 at 8 (No. 1:17-MD-2804).

/ s/    Tara A. Fumerton

Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com