**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.,<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.,<br>Case No. 17-op-45004<br><br>*City of Cleveland, Ohio*, et al. *v. AmerisourceBergen Drug Corp.*, et al.,<br>Case No. 18-op-45132 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**RITE AID CORPORATION'S MOTION TO DISMISS**
**FOR LACK OF PERSONAL JURISDICTION**

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Rite Aid Corporation ("RAC") respectfully moves this Court to dismiss Plaintiffs'[1] claims against RAC for lack of personal jurisdiction. FED. R. CIV. P. 12(b)(2). RAC refers the Court to the attached memorandum in support for a full statement of the bases for this Motion.

---

[1] The Plaintiffs are: the entities listed in paragraph one, footnote one of the Second Amended Complaint and Jury Demand filed by the County of Summit, Ohio, *et al.* (the "Summit Plaintiffs") on May 18, 2018 (the "Summit Complaint"); the entities listed in paragraph one of the Second Amended Complaint filed by the County of Cuyahoga, Ohio, *et al.* (the "Cuyahoga Plaintiffs") on May 18, 2018 (the "Cuyahoga Complaint"); and the entities listed in paragraph one of the Second Amended Complaint filed by the City of Cleveland, Ohio, *et al.* (the "Cleveland Plaintiffs") on May 18, 2018 (the "Cleveland Complaint"). The Summit Plaintiffs, Cuyahoga Plaintiffs, and Cleveland Plaintiffs are referred to collectively as "Plaintiffs."

2

Date: May 25, 2018                                      Respectfully submitted,

/s/ Elisa P. McEnroe
Elisa P. McEnroe, Esq.
elisa.mcenroe@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
T: 215-963-5917
F: 215-963-5001

Kelly A. Moore, Esq.
kelly.moore@morganlewis.com
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
T: 212-309-6612
F: 212-309-6001

*Counsel for Rite Aid Corporation*

3

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document and all of its attachments were electronically filed on May 25, 2018 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

/s/ *Elisa P. McEnroe*
Elisa P. McEnroe
