# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFFS' SECOND AMENDED COMPLAINT

Before the Court is the Manufacturer Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint (the "Motion"). Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED** that the Manufacturer Defendants' Motion is **GRANTED** in its entirety and the Second Amended Complaint is **DISMISSED WITH PREJUDICE** with respect to the Manufacturer Defendants. The Clerk shall enter judgment in the Manufacturer Defendants' favor.

IT IS SO ORDERED.


Dated this ___ day of _____, 2018            _____

                                              Honorable Dan Aaron Polster
                                              United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, a copy of the foregoing **[Proposed] Order Granting Manufacturer Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Dated: May 25, 2018 | /s/ Charles C. Lifland |
| | Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>clifland@omm.com |
| | *Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.* |