# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*City of Chicago v. Purdue Pharma L.P. et al.,*<br>*Case No. 1:17-op-45169* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS FOURTH AMENDED COMPLAINT

Before the Court is the Manufacturer Defendants' Joint Motion to Dismiss Plaintiffs' Fourth Amended Complaint (the "Motion"). Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED** that the Manufacturer Defendants' Motion is **GRANTED** in its entirety. Counts 2 and 4-11 of the Fourth Amended Complaint are **DISMISSED WITH PREJUDICE**. The Clerk shall enter judgement in the Manufacturer Defendants' favor.

IT IS SO ORDERED.


Dated this __ day of ____, 2018          _____

                                          Honorable Dan Aaron Polster
                                          United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on May 25, 2018, a copy of the foregoing **[Proposed] Order Granting Manufacturer Defendants' Joint Motion to Dismiss Fourth Amended Complaint** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: May 25, 2018

/s/ Charles C. Lifland (consent)

Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*