United State District Court
Northern District of Ohio
Eastern Division

| | |
|---|---|
| **In Re:**<br>**National Prescription Opiate Litigation** | **Case No.: 1:17-cv-2804**<br>Hon. Dan A. Polster<br><br>Plaintiffs' Ponca Tribe of Nebraska, et al,<br>Motion for Relief from CMO #1<br>and for<br>Authority to file a Motion Requesting A<br>Separate Tribal Governments Track |

1. Case Management Order #1, precludes the filing of Motions before the Court by any party or lawyer other than those appointed. Relief from this Order and permission to file a Motion for a separate Tribal Governments Track and asupporting Memorandum Brief is requested by Plaintiff Ponca Tribe of Nebraska (D. Neb. No. 8:18-cv-00180, transferred to MDL 2804 by CTO-28 on May 2, 2018) and Plaintiffs Winnebago Tribe of Nebraska, Omaha Tribe of Nebraska, and Santee Sioux Tribe of the Sioux Nation of the State of Nebraska (D. Neb. No. 8:18-cv-00203, awaiting transfer to MDL 2804).

2. The Moving Tribal Governments specifically request permission to file a Motion and a Memorandum Brief of Points & Authorities in support of their Motion requesting a Separate Tribal Governments Track for centralized discovery for the 567 federally recognized Tribal Governments into United States or so many of them as choose to prosecute claims against the Pharmaceutical Manufacturers and Distributors

DB2125

who are defendants in MDL 2804.

3. The proposed Motion requesting a Separate Tribal Governments Track is filed following this Motion. Both this Motion and the proposed Motion are addressed in a single Memorandum Brief of Points and Authorities filed today.

Ponca Tribe of Nebraska, Santee Tribe of Nebraska, Winnebago Tribe of Nebraska and Omaha Tribe of Nebraska, Plaintiffs

By *David A. Domina*
David A. Domina, #11043
Domina Law Group pc llo
2425 S. 144th St., Omaha, NE 68144
(402) 493-4100
ddomina@dominalaw.com

Of Counsel:

| Kevin Malone | Stuart H. Smith | Lola Thomas, Florida Bar #215724 |
| **Krupnick Campbell Malone et al.** | **Stuart H. Smith, LLC** | Miami Beach, FL |
| 12 SE 7th St #801 | 508 Phillips St. | (402) 493-4100 |
| Fort Lauderdale, FL 33301 | New Orleans LA 70116 | lolathomas86@gmail.com |
| (954)763-8181 | (504) 566-1558 | |
| KMalone@krupnicklaw.com | ssmith@sch-llc.com | |

CERTIFICATE OF SERVICE

I hereby certify that on May 28 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record and all persons registered with the CM/ECF system in this Court.

*David A. Domina*

2

DB2125