UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| ROSARY HALL and ST. VINCENT CHARITY MEDICAL CENTER,<br><br>  Plaintiffs,<br><br>  v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION;<br>CARDINAL HEALTH, INC.;<br>MCKESSON CORPORATION;<br>PURDUE PHARMA L.P.;<br>PURDUE PHARMA, INC.;<br>THE PURDUE FREDERICK COMPANY, INC.;<br>TEVA PHARMACEUTICAL INDUSTRIES, LTD.;<br>TEVA PHARMACEUTICALS USA, INC.;<br>CEPHALON, INC.;<br>JOHNSON & JOHNSON;<br>JANSSEN PHARMACEUTICALS, INC.;<br>ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.;<br>JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC.;<br>NORAMCO, INC.;<br>ENDO HEALTH SOLUTIONS INC.;<br>ENDO PHARMACEUTICALS, INC.;<br>INSYS THERAPEUTICS, INC.,<br>ALLERGAN PLC f/k/a ACTAVIS PLS;<br>WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; WATSON LABORATORIES, INC.;<br>ACTAVIS LLC;<br>ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.;<br>MALLINCKRODT PLC;<br>MALLINCKRODT LLC;<br>CVS HEALTH CORPORATION; | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster<br><br><br><br><br><br><br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE COMPLAINT UNDER SEAL** |

| |
|---|
| THE KROGER CO.; <br> RITE-AID OF MARYLAND, INC.; <br> WALGREENS BOOTS ALLIANCE, INC.; and <br> WAL-MART, INC. <br><br> Defendants. |

Pursuant to Local Rule 5.2, Plaintiffs seek leave of Court to file their Complaint in the above styled case under seal on Tuesday, May 29, 2018. Plaintiffs file this Motion and Proposed Order (attached as Exhibit A) to ensure compliance with CMO No. 2 (ECF Doc. 441) and the Protective Order Re: DEA's ARCOS/DADS Database (ECF Doc. 167).

Upon completion of the ongoing meet and confer process with Defendants regarding any disputes about what information should be kept confidential, Plaintiffs will file a redacted version of their Complaint in the public record. Plaintiffs respectfully request the option to proceed in this manner so there are no inadvertent disclosures of confidential information subject to CMO No. 2 or the ARCOS Protective Order.

WHEREFORE, Plaintiffs respectfully request the Honorable Court to grant Plaintiffs' Motion for Leave to File Complaint Under Seal.

Dated: May 29, 2018.                    Respectfully submitted,

**BARRETT LAW GROUP, P.A.**
Attorneys for Plaintiff

By: */s/ Don Barrett*
John W. (Don) Barrett
David McMullan, Jr.
Richard Barrett
Sterling Starns
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Ph: (662) 834-2488
Fax: (662) 834-2628

        dbarrett@barrettlawgroup.com
        dmcmullan@barrettlawgroup.com
        rrb@rrblawfirm.net
        sstarns@barrettlawgroup.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on May 29, 2018, a copy of the foregoing Motion for Leave to File Complaint Under Seal was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

        /s/ *Don Barrett*
        John W. ("Don") Barrett