# Exhibit A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| ROSARY HALL and ST. VINCENT CHARITY MEDICAL CENTER, | |
| Plaintiffs, | |
| v. | |
| AMERISOURCEBERGEN DRUG CORPORATION; | MDL No. 2804 |
| CARDINAL HEALTH, INC.; | Case No. 1:17-md-2804 |
| MCKESSON CORPORATION; | |
| PURDUE PHARMA L.P.; | Hon. Dan A. Polster |
| PURDUE PHARMA, INC.; | |
| THE PURDUE FREDERICK COMPANY, INC.; | |
| TEVA PHARMACEUTICAL INDUSTRIES, LTD.; | |
| TEVA PHARMACEUTICALS USA, INC.; | |
| CEPHALON, INC.; | |
| JOHNSON & JOHNSON; | **ORDER GRANTING PLAINTIFFS'** |
| JANSSEN PHARMACEUTICALS, INC.; | **MOTION FOR LEAVE TO FILE** |
| ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a | **COMPLAINT UNDER SEAL** |
| JANSSEN PHARMACEUTICALS, INC.; | |
| JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; | |
| NORAMCO, INC.; | |
| ENDO HEALTH SOLUTIONS INC.; | |
| ENDO PHARMACEUTICALS, INC.; | |
| INSYS THERAPEUTICS, INC., | |
| ALLERGAN PLC f/k/a ACTAVIS PLS; | |
| WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; WATSON LABORATORIES, INC.; | |
| ACTAVIS LLC; | |
| ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; | |
| MALLINCKRODT PLC; | |
| MALLINCKRODT LLC; | |
| CVS HEALTH CORPORATION; | |

2

| THE KROGER CO.; |
| RITE-AID OF MARYLAND, INC.; |
| WALGREENS BOOTS ALLIANCE, INC.; and |
| WAL-MART, INC. |
| |
| Defendants. |

Plaintiffs move for leave to file their Complaint under seal in the above referenced case. The Motion states that filing said Complaint under seal is necessary to ensure compliance with Case Management Order No. 2, ECF Doc. 441, and the Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167, because the Complaint will contain confidential information subject to said Orders.

Plaintiffs' Motion for Leave to File Complaint Under Seal is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: May 29, 2018.

_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE