UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | CASE NO. 1:17-MD-2804 |
| | ) | |
| THE COUNTY OF PIKE | ) | |
|     v. Teva Pharmaceuticals USA, Inc., et al. | ) | |
|     Civil Action No. 7:17-CV-00193 | ) | |
|     Member Case No. 1:18-0P-45368 | ) | |
| AND | ) | Proceeding in the United States |
|     v. | ) | District Court for the Eastern |
| | ) | District of Kentucky |
| THE COUNTY OF FLOYD | ) | |
|     v. Purdue Pharma L.P., et al. | ) | |
|     Civil Action No. 7:17-CV-00186 | ) | |
|     Member Case No. 1:18-0P-45369 | ) | |
| | ) | |
| AND | ) | |
|     v. | ) | |
| THE COUNTY OF KNOTT | ) | |
|     v. Purdue Pharma, L.P., et al. | ) | |
|     Civil Action No. 7:18-CV-0006 | | |
|     Member Case No. 1:18-OP-45370 | ) | |

## NOTICE OF APPEARANCE

Notice is hereby given that Attorney Thomas N. Kerrick of Kerrick Bachert, PSC,1025

State Street, Bowling Green, KY 42101; (270)782-8160 hereby enters his appearance as counsel

for Defendant, Richie Enterprises, LLC, d/b/a Richie Pharmacal.

This May 29, 2018.

KERRICK BACHERT, PSC
1025 State Street
Bowling Green KY 42101
270-782-8160
tkerrick@kerricklaw.com


 /s/Thomas N. Kerrick
Thomas N. Kerrick
*Attorney for Defendant, Richie
Enterprises, LLC d/b/a Richie
Pharmacal*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic notification of such filing to all counsel of record in this action

*/s/  Thomas N. Kerrick*
Thomas N. Kerrick
*ATTORNEY FOR DEFENDANT, RICHIE ENTERPRISES, LLC D/B/A RICHIE PHARMACAL*