UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION         )        CASE NO. 1:17-MD-2804
OPIATE LITIGATION                    )
                                     )
                                     )
                                     )
THE COUNTY OF PIKE                   )
    v. Teva Pharmaceuticals USA, Inc., et al.   )
    Civil Action No. 7:17-CV-00193        )
    Member Case No. 1:18-0P-45368         )
AND                                  )        Proceeding in the United States
    v.                                )        District Court for the Eastern
                                     )        District of Kentucky
THE COUNTY OF FLOYD                  )
    v. Purdue Pharma L.P., et al.      )
    Civil Action No. 7:17-CV-00186     )
    Member Case No. 1:18-0P-45369      )
                                     )
AND                                  )
    v.                              )
THE COUNTY OF KNOTT                  )
    v. Purdue Pharma, L.P., et al.     )
    Civil Action No. 7:18-CV-0006
    Member Case No. 1:18-OP-45370      )

## NOTICE OF APPEARANCE

       Notice is hereby given that Attorney Matthew P. Cook of Kerrick Bachert, PSC,1025

State Street, Bowling Green, KY 42101; (270)782-8160 hereby enter their appearance as counsel

for Defendant, Richie Enterprises, LLC, d/b/a Richie Pharmacal.

       This May 29, 2018.

                                KERRICK BACHERT, PSC
                                1025 State Street
                                Bowling Green KY 42101
                                270-782-8160
                                mcook@kerricklaw.com

                                */s/Matthew P. Cook*
                                Matthew P. Cook
                                *Attorneys for Defendant, Richie*
                                *Enterprises, LLC d/b/a Richie*
                                *Pharmacal*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 29, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send a notice of electronic notification of such filing to all counsel of record in this action

/s/  Matthew P. Cook
Matthew P. Cook
*ATTORNEY FOR DEFENDANT, RICHIE ENTERPRISES, LLC D/B/A RICHIE PHARMACAL*