UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF ARCOS DISCLOSURE TO STATE ATTORNEYS GENERAL

COMES NOW, the Plaintiffs, by and through Co-Leads and the Plaintiffs' Executive Committee, and acknowledges delivery from the United States Drug Enforcement Administration (DEA) an encrypted CD containing its disclosure of the national ARCOS transactional data for the period from January 1, 2006 through December 31, 2014 (Doc # 468).

Pursuant to the *Protective Order Re: DEA's ARCOS/DADS Database* (Doc. #167), the MDL Plaintiffs give notice of the intention to share the extracted data from its platform with the State Attorneys General upon request and will provide technical and foundational support as appropriate.  Sharing this data will not result in a common benefit assessment by the PEC upon any recovery by the States.

Respectfully submitted,

| | | |
|---|---|---|
| s/Paul T. Farrell, Jr. | s/Paul J. Hanly, Jr. | s/Joseph E. Rice |
| Paul T. Farrell, Jr., Esq. | Paul J. Hanly, Jr. | Joseph E. Rice |
| Greene Ketchum, LLP | Simmons Hanly Conroy | Motley Rice LLP |
| 419 Eleventh St. | 112 Madison Ave., 7th Flr | 28 Bridgeside Blvd. |
| Huntington, WV  25701 | New York, NY  10016 | P.O. Box 1792 |
| Telephone:  (304) 525-9115 | Telephone: (212) 784-6400 | Mt. Pleasant, SC 29465 |
| Facsimile:  (304) 529-3284 | Facsimile:  (212) 213-5949 | Telephone: (843) 216-9000 |
| paul@greeneketchum.com | phanly@simmonsfirm.com | Facsimile:  (843) 216-9450 |
| | | jrice@motleyrice.com |

## CERTIFICATE OF SERVICE

 I HEREBY CERTIFY that on this 29th day of May 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

        s/Peter H. Weinberger
        Peter H. Weinberger
        Plaintiffs' Co-Liaison Counsel