UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*Broward County, Florida v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45332 (N.D. Ohio);<br><br>*Cabell County Commission, West Virginia v. AmerisourceBergen Drug Corp., et al.,* Case No. 17-OP-45053 (N.D. Ohio); and<br><br>*County of Monroe, Michigan v. Purdue Pharma L.P., et al.,* Case No. 18-OP-4515 (N.D. Ohio). | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

**[PROPOSED ORDER] GRANTING MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINTS**

Plaintiffs move for leave to file Second Amended Complaints in the following three (3) cases:

1. *Broward County, Florida v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45332 (N.D. Ohio);

2. *Cabell County Commission, West Virginia v. AmerisourceBergen Drug Corp., et al.,* Case No. 17-OP-45053 (N.D. Ohio); and

3. *County of Monroe, Michigan v. Purdue Pharma L.P., et al.,* Case No. 18-OP-4515 (N.D. Ohio).

Plaintiffs' Motion for Leave to File Second Amended Complaints is hereby **GRANTED**.

Plaintiffs are **ORDERED** to file both a redacted version and unredacted version under seal with

the Court.


**IT IS SO ORDERED.**


Dated: _____                                     _____
                                                   HON. DAN AARON POLSTER
                                                   UNITED STATES DISTRICT JUDGE