**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | CASE NO.  MDL No. 2804<br><br>JUDGE DAN AARON POLSTER<br><br>Case No. 1:17 MD 2804<br><br>**ORDER** |

Counsel are hereby **DIRECTED** to deal directly with Special Master Cathy Yanni in resolving coordination of depositions in the related state and federal court cases.  The Court **extends** the deadline for reaching agreement on this sole issue, or presenting a single, joint filing to the Court pointing out the few remaining differences **no later than 12:00 noon on Friday, June 1, 2018**.

**IT IS SO ORDERED.**

  */s/ Dan A. Polster    May 30, 2018*
  **Dan Aaron Polster**
  **United States District Judge**