# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) MDL No. 2804 ) ) Master Docket No.: ) 1:17-MD-02804-DAP |
| This document applies to: | ) Hon. Judge Dan A. Polster ) |
| ALL CASES | ) ) Corporate Disclosure Statement ) |

   Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

  In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

  Allergan plc f/k/a Actavis plc (Allergan plc reserves all objections to personal jurisdiction, insufficient process, and insufficient service of process in the underlying actions)

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
  ___Yes  _X_ No.

  If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?___Yes  _X_ No.

  If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

/s/ Donna M. Welch           05/30/2018
(Signature of Counsel)           (Date)

<u>**CERTIFICATE OF SERVICE**</u>

 I hereby certify that on May 30, 2018, a copy of the foregoing **Corporate Disclosure Statement in a Civil Case** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: May 30, 2018      /s/ Donna M. Welch

             Donna M. Welch
             KIRKLAND & ELLIS, LLP
             300 North LaSalle
             Chicago, Illinois 60654
             T: (312) 862-2424
             F: (312) 862-2200
             E: dwelch@kirkland.com

             *Counsel for Defendants Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. and Allergan plc f/k/a Actavis plc*