# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION**                                               MDL No. 2804

(SEE ATTACHED SCHEDULE)

### CONDITIONAL TRANSFER ORDER (CTO −33)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for
the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28
U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 626 additional action(s)
have been transferred to the Northern District of Ohio. With the consent of that court, all such
actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are
common to the actions previously transferred to the Northern District of Ohio and assigned to Judge
Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict
Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the
Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the
consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States
District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be
stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the
Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 30, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION**

MDL No. 2804

### SCHEDULE CTO−33 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **CALIFORNIA EASTERN** | | | |
| CAE | 1 | 18−00634 | County of Fresno v. Amerisourcebergen Drug Corporation, et al. |
| CAE | 1 | 18−00637 | County of Calaveras, et al v. Amerisourcebergen Drug Corporation et al |
| CAE | 1 | 18−00639 | County of Inyo, et al v. Amerisourcebergen Drug Corporation et al |
| CAE | 1 | 18−00647 | County of Madera, et al v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01149 | County of Mono v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01151 | County of Butte v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01152 | County of Nevada v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01157 | County of El Dorado v. Amerisourcebergen Drug Corporation et al |
| CAE | 2 | 18−01167 | County of Siskiyou v. Amerisourcebergen Drug Corporation et al |
| **CALIFORNIA NORTHERN** | | | |
| CAN | 1 | 18−02712 | County of Mendocino v. Amerisourcebergen Drug Corporation et al |
| CAN | 1 | 18−02732 | County of Del Norte v. Amerisourcebergen Drug Corporation et al |
| CAN | 3 | 18−02705 | County of Contra Costa v. Amerisourcebergen Drug Corporation et al |
| CAN | 3 | 18−02730 | County of Marin v. Purdue Pharma L.P. et al |
| CAN | 5 | 18−02733 | County of San Benito v. Amerisourcebergen Drug Corporation et al |
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 18−00892 | County of Imperial et al v. Amerisourcebergen Drug Corporation et al |

GEORGIA SOUTHERN

| | | | |
|---|---|---|---|
| GAS | 5 | 18−00041 | City of Alma, Georgia v. Amerisourcebergen Drug Corporation et al |

LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| LAE | 2 | 18−04828 | Gusman v. Purdue Pharma L.P. et al |

MARYLAND

| | | | |
|---|---|---|---|
| MD | 1 | 18−01367 | City of Hagerstown, Maryland v. Amerisourcebergen Drug Corporation et al |
| MD | 1 | 18−01368 | City of Cumberland, Maryland v AmerisourceBergen Drug Corporation, et al. |
| MD | 1 | 18−01382 | Allegany County, Maryland v. Amerisourcebergen Drug Corporation et al |
| MD | 1 | 18−01383 | City of Frostburg v. Amerisourcebergen Drug Corporation et al |