UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,
OPIATE LITIGATION

THIS DOCUMENT RELATES TO:

*Rees v. McKesson Corporation, et al.*
S.D. IL, C.A. #18-00511; MDL Case #1:18-OP-45252

*Wood v. Purdue Pharma L.P., et al*
E.D. MO, C.A. #18-00385; MDL Case #1:18-OP-45264

*Salmons v. Purdue Pharma L.P., et al*
S.D. WV, C.A. #18-00385; MDL Case #1:18-OP-45268;

*Ambrosio v. Purdue Pharma L.P., et al*
C.D. CA, C.A. #18-02201; MDL Case #1:18-OP-45375

*Flanagan v. Purdue Pharma L.P., et al*
W.D. TN, C.A. #18-02194; MDL Case #1:18-OP-45405

*Whitley, et al. v. Purdue Pharma L.P., et al*
W.D. TN, C.A. #18-02290; MDL Case #1:18-OP-45598

*Roach v. McKesson Corporation, et al.*
E.D. LA, C.A. #18-04165; Transferred by CTO-27; awaiting MDL Case No.

*Hunt v. Purdue Pharma L.P., et al*
D. MD, C.A. #18-01349; Transferred by CTO-32; awaiting MDL Case No.

MDL NO. 2804

Case No. 17-MD-2804

Judge Dan Aaron Polster

**MOTION FOR LEAVE TO FILE MOTION FOR ORDER
TO ESTABLISH SEPARATE TRACK FOR OPIOID BABY CLAIMS**

Plaintiffs respectfully move for leave to file a motion for the creation of a separate, limited "Opioid Baby" track.

The undersigned was afforded the opportunity to discuss the creation of this track at the Court's May 10, 2018 Status Conference. The proposed motion builds on this discussion and

formally requests the creation of this limited, separate track.  The proposed motion and supporting memorandum are attached.  Case Management Order #1, which precludes the filing of Motions before the Court by any party or lawyer other than those appointed, necessitates this request for leave.

For all of these reasons, Plaintiffs pray that their motion is granted.

Respectfully submitted,

/s/ Scott R. Bickford
**MARTZELL, BICKFORD & CENTOLA**
Scott R. Bickford (LA 1165)
Lawrence J. Centola, III (LA 27402)
Spencer R. Doody (LA 27795)
338 Lafayette Street
New Orleans, LA 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635
sbickford@mbfirm.com
ljc@mbfirm.com
srd@mbfirm.com
usdcndoh@mbfirm.com


/s/ Celeste Brustowicz
**COOPER LAW FIRM, LLC**
Celeste Brustowicz
Barry J. Cooper, Jr.
Stephen H. Wussow
Victor Cobb
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Cbrustowicz@sch-llc.com

/s/ Kevin W. Thompson
**THOMPSON BARNEY LAW FIRM**
Kevin W. Thompson
David R. Barney, Jr.
2030 Kanawha Boulevard, East
Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Kwthompsonwv@gmail.com


/s/ James F. Clayborne
**CLAYBORNE, SABO & WAGNER, LLP**
Sen. James F. Clayborne (Bar No. 45627)
525 West Main Street, Suite 105
Belleville, IL 62220
Telephone: 618-239-0187
Facsimile: 618-416-7556
Jclayborne@cswlawllp.com


/s/ Jack W. Harang
**LAW OFFICES OF JACK W. HARANG**
Jack W. Harang
2433 Taffy Drive
Kenner, LA 70065
Telephone: 504-810-4734
jwharang@gmail.com


/s/ Warren Perrin
**PERRIN, LANDRY, deLAUNAY**
Warren Perrin
251 La Rue France
P. O. Box 53597
Lafayette, LA 70505
Telephone: 337-233-5832
Perrin@plddo.com

/s/ Kevin Malone
**KRUPNICK CAMPBELL MALONE ET AL**
Kevin Malone
12 SE 7th St #801
Ft. Lauderdale, FL 33301
Telephone: 954-763-8181
Kmalone@krupnicklaw.com


/s/ Kent Harrison Robbins
**THE LAW OFFICES OF KENT HARRISON ROBBINS, P.A.**
Kent Harrison Robbins (FL 275484)
242 Northeast 27th Street
Miami, FL 33137
Telephone: 305-532-0500
Facsimile: 305-531-0150
Primary: Khr@khrlawoffices.com
Secondary: ereyes@khrlawoffices.com
Tertiary: assistant@khrlawoffices.com


/s/ Donald Creadore
**THE CREADORE LAW FIRM, P.C.**
Donald Creadore (NY 09202)
450 Seventh Avenue - 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Primary: donald@creadorelawfirm.com
Secondary: donald@aol.com


## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of May, 2018, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which provides an electronic service notification to all counsel of record registered as CM/ECF users.


/s/SCOTT R. BICKFORD