UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) | CASE NO.  MDL No. 2804<br><br>JUDGE DAN AARON POLSTER<br><br>Case No. 1:17 MD 2804<br><br>**<u>ORDER</u>** |

The Court has reviewed the parties' submissions on the subject of the number of depositions each party proposes to take.  These are the same positions that the court rejected as unreasonable last Friday, May 25, 2018.  The Court has made the following decision.

Plaintiffs may take up to **420 depositions** (i.e., 20 depositions per Defendant Family). Pltfs may decide how they want to allocate those depositions among the Defendant Families.

Defendants may take **120 depositions**.  That is 40 per Defendant Group (i.e., Manufacturers, Distributors and Pharmacies).  The Defendants can allocate the 120 depositions any way they want among themselves.  If they can't agree, each Defendant group gets 40 depositions.  The Defendants may allocate the 120 depositions anyway they wish among the four Plaintiffs.

The time limit for depositions is 7 hours.  If any deposition exceeds 7 hours, the aggregate number will be reduced pro rata.  For example, if a deposition takes 14 hours, that counts as two depositions.

**IT IS SO ORDERED.**

  <u>/s/ Dan A. Polster    May 31, 2018</u>
**Dan Aaron Polster
United States District Judge**