# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION,

This document applies to:

*ALL CASES*

MDL No. 2804

Master Docket No.:
1:17-MD-02804-DAP

Hon. Judge Dan A. Polster

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.

1.      Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
    __X__ Yes    _____ No

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    a.      Defendants Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. are wholly-owned indirect subsidiaries of Teva Pharmaceutical Industries, Ltd. ("Teva Ltd."), which is publicly traded.

    b.      No publicly held corporation holds more than 10% or more of Teva Ltd.'s stock.

2.      Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?
    _____Yes    __X__ No

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

Dated: June 1, 2018                      Respectfully submitted,

                                         */s/ Steven A. Reed*
                                         Steven A. Reed
                                         MORGAN, LEWIS & BOCKIUS LLP
                                         1701 Market Street
                                         Philadelphia, PA 19103
                                         Telephone: 215.963.5000
                                         Facsimile: 215.963.5001
                                         steven.reed@morganlewis.com

                                         *Counsel for Watson Laboratories, Inc., Actavis*
                                         *LLC, and Actavis Pharma, Inc. f/k/a Watson*
                                         *Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2018, a copy of the foregoing **Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         */s/ Steven A. Reed*
                                         Steven A. Reed