**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION,** | **MDL No. 2804** |
| | **Master Docket No.:** **1:17-MD-02804-DAP** |
| **This document applies to:** | **Hon. Judge Dan A. Polster** |
| *ALL CASES* | |

**CORPORATE DISCLOSURE STATEMENT**

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:  Cephalon, Inc. and Teva Pharmaceuticals USA, Inc.

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
    __X__ Yes  _____ No

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    a.  Defendant Cephalon, Inc. is directly owned by Cupric Holding Co., Inc., which is directly owned by Teva Pharmaceutical Industries, Ltd. ("Teva Ltd.").

    b.  Defendant Teva Pharmaceuticals USA, Inc. is directly owned by: (i) Orvet UK Unlimited (Majority Shareholder), which is directly owned by Teva Pharmaceuticals Europe B.V., which is directly owned by Teva Ltd.; and (ii) Teva Pharmaceutical Holdings Coöperatieve U.A. (Minority Shareholder), which is directly owned by IVAX LLC, a direct subsidiary of Teva USA.

    c.  No publicly held corporation holds more than 10% or more of Teva Ltd.'s stock.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

      Yes     X    No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

Dated: June 1, 2018                       Respectfully submitted,

                                         */s/ Steven A. Reed*
                                         Steven A. Reed
                                         MORGAN, LEWIS & BOCKIUS LLP
                                         1701 Market Street
                                         Philadelphia, PA 19103
                                         Telephone: 215.963.5000
                                         Facsimile: 215.963.5001
                                         steven.reed@morganlewis.com

                                         *Counsel for Cephalon, Inc. and Teva Pharmaceuticals USA, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2018, a copy of the foregoing **Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                         */s/ Steven A. Reed*
                                         Steven A. Reed