# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| | CASE NO.: 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: | JUDGE DAN A. POLSTER |
| ALL CASES | |

### [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE MSP PLAINTIFFS' MOTION FOR APPOINTMENT TO A POSITION ON THE PLAINTIFFS' EXECUTIVE COMMITTEE

Plaintiffs in *MSP Recovery Claims, Series LLC v. Purdue Pharma, L.P., et al.*, Case No.: 1:18-OP-45091 (N.D. Ohio) and *MSPA Claims 1, LLC, et al. v. Anda, Inc., et al.,* Case No.: 1:18-OP-45526 (N.D. Ohio), seek leave to file a proposed Motion for Appointment to a Position on the Plaintiffs' Executive Committee.

For the reasons set forth in the Motion, and for good cause shown, the Motion for Leave to File MSP Plaintiffs' Motion for Appointment to a Position on the Plaintiffs' Executive Committee is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated: _____  _____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE