# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO.  MDL No. 2804 <br> ) <br> ) JUDGE DAN AARON POLSTER <br> ) <br> ) Case No. 1:17 MD 2804 <br> ) <br> ) **ORDER** <br> ) |

The Court is reassigning the workload going forward as follows.

Magistrate Judge David Ruiz will now be handling the motions to dismiss in the cases referenced in paragraph 2 of Case Management Order No. 1.  (Doc #: 232 at 2-4.)  He will prepare and issue Report and Recommended Decisions, with any objections being resolved by me.

The task of addressing discovery disputes is reassigned to David Cohen, with any objections being resolved by me.

Cathy Yanni's work will be focused on resolving a protocol for the coordination of depositions between the related state and federal cases, and working with the Tribes to develop a Case Management Order and a separate MDL track.

**IT IS SO ORDERED.**

                                             */s/ Dan A. Polster     June 4, 2018*
                                             **Dan Aaron Polster**
                                             **United States District Judge**