United State District Court
Northern District of Ohio
Eastern Division

| | |
|---|---|
| **In Re:**<br>**National Prescription Opiate Litigation** | Case No.: 1:17-CV-2804<br>Hon. Dan A. Polster<br><br>Plaintiffs' Ponca Tribe of Nebraska, et al, Withdrawal of Motion for Leave and Motion for Order(s) Establishing A Separate Tribal Government Tract |

Plaintiff's Ponca Tribe of Nebraska, Winnebago Tribe of Nebraska, Omaha Tribe of Nebraska, and Santee Sioux Tribe of the Sioux Nation of the State of Nebraska, withdraw Filings #s 501, 502 and 503 (Motion for Leave; Motion for Separate Track; Memorandum Brief) because they were rendered moot by the Court's Order (#549) of June 4, 2018 (Filing # 549).

> Ponca Tribe of Nebraska, Santee Tribe of Nebraska, Winnebago Tribe of Nebraska and Omaha Tribe of Nebraska, Plaintiffs
>
> By *David A. Domina*
> David A. Domina, #11043
> Domina Law Group pc llo
> 2425 S. 144th St., Omaha, NE 68144
> (402) 493-4100
> ddomina@dominalaw.com

1

DB2135

## CERTIFICATE OF SERVICE

I hereby certify that on June 4, 2018, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all counsel of record and all persons registered with the CM/ECF system in this Court.

*David A. Domina*