UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO. 1:17-MD-2804 ) ) JUDGE DAN A. POLSTER ) ) MAGISTRATE JUDGE DAVID A. RUIZ ) ) ) NOTICE OF SERVICE |

Please take notice that on June 5, 2018, the U.S. Drug Enforcement Administration (DEA) disclosed, pursuant to the Protective Order, an encrypted CD containing the following:

1. A text file containing ARCOS transactional data for January 1, 2006 – December 31, 2014[1];

2. An Excel file containing DEA headquarters SORS from January 1, 2006 – December 31, 2014[2]; and

3. PDF files of DEA Field Office SORS for the State of Florida received from January 1, 2006 – December 31, 2014;

The government notifies the Court and the parties that it will produce additional DEA Field Office SORS for other states for the relevant time period on a rolling basis. The government further notifies the Court and that parties that although it has searched for any SORs

---

[1] This new production is intended to replace the ARCOS transactional data previously produced by DEA in this litigation on or about May 18, 2018. The new production includes additional byyer information that was inadvertently omitted from the earlier production.

[2] This new HQ SORs production supplements the HQ SORs previously produced by DEA in this litigation on or about May 10, 2018. This latest production of SORs completes DEA's production of all HQ SORs from January 1, 2006 to December 31, 2014, consistent with the Court's prior orders.

that may have been received by DEA Field Offices in the State of West Virginia from January 1, 2006 – December 31, 2014, it has not located any responsive documents.

The encrypted CD was served upon the Court via hand-delivery and upon the following counsel via federal express:

Paul T. Farrell, Jr., Esq.
Greene Ketchum, LLP
419 Eleventh Street
Huntington, WV 25701

Mark S. Cheffo, Esq.
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Enu Mainigi, Esq.
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

        Respectfully submitted,

        DAVID A. SIERLEJA
        First Assistant United States Attorney
        Attorney for the United States
        Acting Under Authority Conferred by 28 U.S.C. § 515

By:   /s/ James R. Bennett II
        JAMES R. BENNETT II (OH #0071663)
        KAREN E. SWANSON HAAN (OH #0082518)
        Assistant U.S. Attorneys
        Carl B. Stokes U.S. Courthouse
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113-1852
        Telephone: (216) 622-3600
        Facsimile: (216) 522-4982
        E-mail: James.Bennett4@usdoj.gov
        E-mail: Karen.Swanson.Haan@usdoj.gov

>ALEXANDER K. HAAS
>Special Counsel to the Assistant AG, Civil Division
>ALICE SHIH LACOUR
>ERIC J. SOSKIN
>Counsel to the Assistant AG, Civil Division
>United States Department of Justice
>950 Pennsylvania Ave., NW
>Washington, DC 20530
>(202) 353-8679 (Haas)
>(202) 514-3180 (LaCour)
>(202) 514-1500 (Soskin)
>E-mail: alex.haas@usdoj.gov
>E-mail: alice.s.lacour@usdoj.gov
>E-mail: eric.soskin@usdoj.gov
>
>Attorneys for United States Department of Justice,
>Drug Enforcement Administration

CERTIFICATE OF SERVICE

I certify that, on June 5, 2018, I filed a copy of the foregoing electronically.  The Court's electronic filing system will send notice of this filing to all parties.  Parties may access this filing through the Court's system.

>/s/ James R. Bennett II
>JAMES R. BENNETT II
>Assistant U.S. Attorney

3