**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO.  MDL No. 2804 ) ) JUDGE DAN AARON POLSTER ) ) Case No. 1:17 MD 2804 ) ) **ORDER** ) |

Counsel for various corporate parties have been contacting the Court inquiring about their obligation to file corporate disclosure statements.  There appears to be some confusion about whether they should file them and, if so, where.

All non-governmental corporate parties must follow Rule 3.13 of the Local Rules for the United States District Court, Northern District of Ohio, which addresses corporate disclosure statements and identifies the information that must be disclosed.  The Court adds the following instruction.

Non-govermental corporate parties in the cases identified in paragraphs 2 and 3 of Case Management Order No. 1 shall file their corporate disclosure statements <u>in the main case</u>, No. 1:17 MD 2804, <u>and the member case</u>.[1]  Non-governmental corporate parties in all other cases shall file their corporate disclosure statements <u>in the member cases only</u>.

**IT IS SO ORDERED.**

                           */s/ Dan A. Polster     June 5, 2018*
                           **Dan Aaron Polster**
                           **United States District Judge**

---

[1] All non-governmental corporate parties in the cases identified in CMO No. 1 ¶¶ 2 and 3 who have already filed their corporate disclosure statements in the main case, but not the member cases, must also file a corporate disclosure statement in the member cases.