UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION | MDL NO. 2804 |
| | Case No. 17-MD-2804 |
| THIS DOCUMENT RELATES TO: | Judge Dan Aaron Polster |

*Reese v. McKesson Corporation, et al.*
S.D. IL, C.A. #18-00511; MDL Case #1:18-OP-45252

*Wood v. Purdue Pharma L.P., et al*
E.D. MO, C.A. #18-00385; MDL Case #1:18-OP-45264

*Salmons v. Purdue Pharma L.P., et al*
S.D. WV, C.A. #18-00385; MDL Case #1:18-OP-45268;

*Ambrosio v. Purdue Pharma L.P., et al*
C.D. CA, C.A. #18-02201; MDL Case #1:18-OP-45375

*Flanagan v. Purdue Pharma L.P., et al*
W.D. TN, C.A. #18-02194; MDL Case #1:18-OP-45405

*Whitley, et al. v. Purdue Pharma L.P., et al*
W.D. TN, C.A. #18-02290; MDL Case #1:18-OP-45598

*Roach v. McKesson Corporation, et al.*
E.D. LA, C.A. #18-04165; Transferred by CTO-27; awaiting MDL Case No.

*Hunt v. Purdue Pharma L.P., et al*
D. MD, C.A. #18-01349; Transferred by CTO-32; awaiting MDL Case No.

## NOTICE OF SERVICE

In accordance with Federal Rule of Civil Procedure 5, I hereby certify that on June 1, 2018 and June 4, 2018, Plaintiffs' Motion for Leave to File Motion for Order to Establish Separate Track for Opioid Baby Claims (Doc. 540) was served via U.S. Mail on all parties on the attached list (Exhibit 1) not served through electronic filing

on the CM/ECF system.

    DATED this 5th day of June, 2018.

        Respectfully submitted,

        /s/ Scott R. Bickford
        **MARTZELL, BICKFORD & CENTOLA**
        Scott R. Bickford (LA 1165)
        Lawrence J. Centola, III (LA 27402)
        Spencer R. Doody (LA 27795)
        338 Lafayette Street
        New Orleans, LA 70130
        Telephone: 504-581-9065
        Facsimile: 504-581-7635
        sbickford@mbfirm.com
        ljc@mbfirm.com
        srd@mbfirm.com
        usdcndoh@mbfirm.com


        /s/ Celeste Brustowicz
        **COOPER LAW FIRM, LLC**
        Celeste Brustowicz
        Barry J. Cooper, Jr.
        Stephen H. Wussow
        Victor Cobb
        1525 Religious Street
        New Orleans, LA 70130
        Telephone: 504-399-0009
        Cbrustowicz@sch-llc.com


        /s/ Kevin W. Thompson
        **THOMPSON BARNEY LAW FIRM**
        Kevin W. Thompson
        David R. Barney, Jr.
        2030 Kanawha Boulevard, East
        Charleston, WV 25311
        Telephone: 304-343-4401
        Facsimile: 304-343-4405
        Kwthompsonwv@gmail.com

/s/ James F. Clayborne
**CLAYBORNE, SABO & WAGNER, LLP**
Sen. James F. Clayborne (Bar No. 45627)
525 West Main Street, Suite 105
Belleville, IL 62220
Telephone: 618-239-0187
Facsimile: 618-416-7556
Jclayborne@cswlawllp.com


/s/ Jack W. Harang
**LAW OFFICES OF JACK W. HARANG**
Jack W. Harang
2433 Taffy Drive
Kenner, LA 70065
Telephone: 504-810-4734
jwharang@gmail.com


/s/ Warren Perrin
**PERRIN, LANDRY, deLAUNAY**
Warren Perrin
251 La Rue France
P. O. Box 53597
Lafayette, LA 70505
Telephone: 337-233-5832
Perrin@plddo.com


/s/ Kevin Malone
**KRUPNICK CAMPBELL MALONE ET AL**
Kevin Malone
12 SE 7th St #801
Ft. Lauderdale, FL 33301
Telephone: 954-763-8181
Kmalone@krupnicklaw.com

/s/ Kent Harrison Robbins
**THE LAW OFFICES OF KENT HARRISON ROBBINS, P.A.**
Kent Harrison Robbins (FL 275484)
242 Northeast 27th Street
Miami, FL 33137
Telephone: 305-532-0500
Facsimile: 305-531-0150
Primary: Khr@khrlawoffices.com
Secondary: ereyes@khrlawoffices.com
Tertiary: assistant@khrlawoffices.com


/s/ Donald Creadore
**THE CREADORE LAW FIRM, P.C.**
Donald Creadore (NY 09202)
450 Seventh Avenue - 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Primary: donald@creadorelawfirm.com
Secondary: donald@aol.com


**CERTIFICATE OF SERVICE**

I hereby certify that on this 5th day of June, 2018, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which provides an electronic service notification to all counsel of record registered as CM/ECF users.


  /s/SCOTT R. BICKFORD