JM Smith Corporation
c/o CT Corporation System
5400 Big Tyler Rd
Charleston, WV 25313

Cameron Lee Hogan
Abigail Herrin Clarkson
Lloyd & Hogan
2871 Acton Rd, Ste. 201
Birmingham, AL 35243

Adam Michael Prom
Wexler Wallace
55 W Monroe St., S. 3300
Chicago, IL 60603

Alan J. George
Gormley & George
110 N Court St.
Versailles, KY 40383

Alexander Macia
Spilman Thomas & Battle
P.O. Box 273
Charleston, WV 25321-0273

Alexandra Colessides
Office of Prosecuting Attorney
1000 Houston St Floor 2
Laredo, TX 78040

Alvin L. Emch
Jackson Kelly
500 Lee St. Ste. 1600

Amy J. Quezon
McHugh Fuller Law Group
97 Elias Whiddon Rd
Hattiesburg, MS 39402

Andrea T. McKellar
McKellar Hyde
411 Broadway Ste. 203
Nashville, TN 37203

Andrew G. Schultz
Rodey Dickason Sloan Akin, et al.
P.O. Box 1888
Albuquerque, NM 87103

A Freeman Fite IV
P.O. Box 368
Anniston, AL 36202

Adam Pessin
Fine, Kaplan & Black Ste. 2300
One S. Broad St.
Philadelphia, PA 19107

Adam P. Collins
Campbell Collins & Collins
161 W Main St.
Hindman, KY 41822

Alan L. Pritt
112 Roane St., Ste. 101
Charleston, WV 25302

Alexander Turner
Nlson, Mullins, Riley, et al.
P.O. Box 1856
Huntington, WV 25719

Alison Gaffney
Amy C. Williams-Derry
Keller Rohrback
1201 Third Ave. Ste. 3200
Seattle, WA 98101

Alvin Scott Derrick
Gullett, Sanford, Robinson & Martin
150 Third Ave S. Ste. 1700
Nashville, TN 37201

Ana. M Francisco
Foley & Lardner LLP
111 Huntington Ave. Ste. 2600
Boston, MA 02199

Andrew Miller
Sandford Heisler Sharp
1666 Connecticut Ave NW Ste. 300
Washington, DC 20009

Andrew Jeffrey Meyers
Office of Prosecuting Attorney
115 S. Andrews Ave Ste. 423
Fort Lauderdale, FL 33301

Aaron I. Mandel
Brinker & Doyen 5th Floor
34 N Meramec Ave
St. Louis, MO 63105

Adam J. Schwendeman
Jackson Kelly
P.O. Box 553
Charleston, WV 25322

Aimee H. Wagstaff
Andrus & Wagstaff
7171 W Alaska Drive
Lakewood, CO 80226

Alan Lee Schilling, Jr.
Bryan Cave LLP
One Metropolitan Square
211 N. Broadway, Ste 3600
St. Louis, MO 63102

Alexander S. Vesselinovitch
Freeborn & Peters LLP
311 South Wacker Dr
Chicago, IL 60606

Allison S. Brouk
Caitrin A. Reilly
Kanner & Whiteley
701 Camp St,
New Orleans, LA 70130

Amy E. Garrett
Simmons Hanly Conroy LLC
One Court St
Alton, IL 62002

Andre Phillip Johnson
Manson Johnson Conner
215 Second Ave N Ste. 300
Nashville, TN 37201

Andrew C. Skinner
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414

Andrew W. Durland
701 Fifth Ave. Ste. 3300
Seattle, WA 98104

EXHIBIT 1

Angela L. Freel
Jackson Kelly
221 FifthSt NW 2nd Floor
Evansville, IN 47706-1507

Angelo J. Calfo
Caldo Eakes & Ostrovsky
1301 Second Ave Ste. 2800
Seattle, WA 98101

Anil Ashok Mujumdar
Zarzaur Mujumdar & Debrosse
2332 2nd Ave North
Birmingham, AL 35203

Anita Kidd
Armstrong Teasdale
7700 Forsyth Blvd Ste. 1800
St. Louis, MO 63105

Anne McGinness Kearse
Motley Rice
28 Bridgeside Blvd
Mount Pleasant, SC 29464

Anthony D. Gray
Johnson Gray
319 North 4th St. Ste. 212
St. Louis, MO 63102

Anthony R. Friedman
Simon Law Firm
800 Market St. Ste. 1700
St. Louis, MO 63101

Arsenio Lenell Mims
Dowd Bennett LLP
7733 Forsyth Blvd Ste. 1900
St. Louis, MO 63105

Audrey O. Strawbridge
Strawbridge, Strawbridge et al
P.O. Box 522
Vernon, AL 35592

Barbara M. Blackmon
Blackmon & Blackmon
P.O. Drawer 105
Canton, MS 39046-0105

Barry W. Walker
Walker Simon Law
115 Richard Arrington Jr. Blvd.,N
Birmingham, AL 35203

Benjamin C. Allen
Sumner County Law Dept
355 N. Belvedore Dr. Rm. 303
Gallatin, TN 37066

Benjamin Howard Dampf
Whaley Law Firm
3112 Valley Creek Dr Ste. D
Baton Rouge, LA 70808

Beth A. Stack
Office of Prosecuting Attorney
 Hennepin County
300 S. 6th St
Minneapolis, MN 55487

Blair Graffeo Mattei
Frazer Greene Upchurch & Baker
104 St. Francis St Ste. 800
Mobile, AL 36602

Booker T. Shaw
Thompson Coburn
One US Bank Plaza Ste. 2700
St. Louis, MO 63101

Bradford C. Berge
Holland & Hart LLP
110 N. Guadalupe St. Ste 1
Santa Fe, NM 87504-2208

Bradley J. Prochaska
Prochaska, Howell & Prochaska
7701 East Kellogg Ste. 415
Wichita, KS 67207

Brian A. Glasser
Bailey & Glasser
209 Capitol St.
Charleston, WV 25301

Brian D. Boone
Alston & Bird
101 S Tryon St. Ste 4000
Charlotte, NC 28280

Brian P. FitzGerald
Littler Mendelson
1100 Superior Ave. 20th Floor
Cleveland, OH 44114

Brooke G. Malcom
Lightfoot Franklin & White
400 20th St North
Birmingham, AL 35203

Bruce J. Downey, IV
1001 Noble St. Ste. 200
Anniston, AL 36202

Bruce W. Leppla
Lieff, Cabraser, Heimann, et al.
3000 Embarcardero Center W.
275 Battery St
San Francisco, CA 94111

Bryan Harrison
Harrison Davis Steakely et al.
5 Ritchie Rd
Waco, TX 76712

Bryan D. Pasciak
Wexler Wallace
55 W. Monroe St., Ste. 3300
Chicago, IL 60603

Bryan S. Neiderhiser
Marcus & Mack
57 South 6th St
Indiana, PA 15701

C. Richard Langley
Sims Fleming
823 Love Ave
Tifton, GA 31794

Carissa J. Dolan
Robbins Geller Rudman & Dowd
655 W Broadway Ste. 1900
San Diego, CA 92101

Carolyn Robbs Bilanko
Baker & Hostetler
999 Third Ave Ste. 3600
Seattle, WA 98101

Catherine L. Hanaway
Ashcroft Hanaway
222 S. Central Ave, Ste. 110
St. Louis, MO 63105

Charles J Crueger
Crueger Dickinson LLC
4532 N Oakland Ave
Whitefish Bay, WI 53211

Chase Hamilton Givens
US-Legal PC
430 W Main St
Dothan, AL 36301

Christopher Boisvert
Copo Strategies
30 South 15th Street, 15th Fl.
Philadelphia, PA 19102

Christopher M. Davis
Wooton Law Firm
P.O. Box 2600
Beckley, WV 25802-2600

Claude P. Devall
517 West College St.
Lake Charles, LA 70605

Conlee S. Whiteley
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130

Dale R. Sisco
1110 North Florida Ave Ste. 100
Tampa, FL 33602

Daniel G. Blackburn
P.O. Box 458
Bay Minette, AL 36507

Daniel P.Rogan
Officeof Prosecuting Attorney
300 S 6th St. Ste. A-2000
Minneapolis, MN 55487

Cecily J. McLeod
Gordon & Rees
3455 Peachtree Rd Ste. 1500
Atlanta, GA 30326

Charles J. McKee
Office of the County Counsel
168 W Alisal St. 3rd Floor
Salinas, Ca 93901

Christina Diane Crow
Jinks Crow & Dickson
P.O. Box 350
Union Springs, AL 36089

Christopher D. Bacha
Tacoma City Attorney's Office
747 Market Street
Tacoma, WA 98402

Christopher S. Berdy
Butler Snow
1819 5th Ave N Ste. 1000
Birmingham, AL 35203

Clayton P. Flaherty
Anapol Weiss
One Logan Square
130 North 18th St. Ste. 1600
Philadelphia, PA 19103

Crystal Goan Jessee
Jessee Law Office
P.O. Box 1537
Greeneville, TN 37745

Dan H. Ball/Daniel C. Nester
Bryan Cave
One Metropolitan Square
211 N Broadway Ste. 3600
St. Louis, MO 63102

Daniel J Dysart
Baker Donelson et al.
201 St Charles Ave. Ste. 3600
New Orleans, LA 70170

Dave Roberts
O'Melvenry & Myers, LLP
1625 Eye St, NW
Washington, DC 20006

Chad A. Schultz
Ford & Harrison
1275 Peachtree St., NE Ste. 600
Atlanta, GA 30309

Charles Zachary Vaughn
Wiedner & McAuliffe
One N Franklin Ste. 1900
Chicago, IL 60606

Christine F, Miller
100 N Broadway Ste. 1300
St. Louis, Mo 63102

Christopher D. Smith
Nelson Mullins Riley & Scarborough
949 Third Ave Ste. 200
Hutington, WV 25701

Christopher Scott Geyer
Williams & Connolly
725 12th St, NW
Washington, DC 20005

Collie Fitch James, IV
Morgan Lewis & Bockius
600 Anton Blvd Ste. 1800
Costa Mesa, CA 92626

Curt Roy Hineline
Baker & Hostetler
999 Third Ave. Ste. 3600
Seattle, WA 98101

Daniel Brett Rehns
Hach Rose Schirripa & Cheverie
185 Madison Ave
New York, NY 10016

Daniel P. Mensher
David J. Ko
Keller Rohrback
1201 Third Ave. Ste. 3200
Seattle, WA 98101

David Barry Goroff
Foley & Lardner
321 N. Clark St. Ste. 2800
Chicago, IL 60654

David D. Seif, Jr.
Seif & McNamee
110 East Emmitt Ave.
Waverly, OH 45690

David I Cates
Cates Mahoney
216 W. Pointe Dr Ste. A
Swansea, Il 62226

David L. Brown, Jr.
Watkins & Eager
2204 Lakeshore Dr. Ste. 114
Birmingham, AL 35209

David R. Cheverie
Hach rose Schirripa & Cheverie
185 Madison Ave 14th Floor
New York, NY 10016

Debra Bechtel
Catawba County Legal Deparment
P.O. Box 389
Newton, NC 28658

Devon J. Stewart
Steptoe & Johnson
707 Virginia Street, E 17th Floor
Charleston, WV 25311

Douglas A. Baker
37 West Broad Street Ste. 415
Columbus, OH 43215

Douglas K. Rosenblum
Pietragallo Gordon Alfano, et al.
1818 Market Street Ste. 3402
Philadelphia, PA 19103

E. Edison Hill
Hill, Peterson, Carper, Bee & Deitzler
500 Tracy Way
Charleston, WV 25311-1261

Edward Clark James , II
3433 East Forest Drive
Baton Rouge, LA 70816

David G. Bryant
600 West Main St. Ste. 100
Louisville, KY 40202

David J. Conner
P.O. Box 458
Bay Minette, AL 36507

David P. Slawsky
Nixon Vogelman Barry et al.
77 Central St.
Manchester, NH 03101

David W. Asp
Lockridge Grindal Nauen
100 Washington Ave, S Ste 2200
Minneapolis, MN 55401

Derrick T. Simmons
Simmons & Simmons
P.O. Box 1854
Greenville, MS 38702

Diandra S. Debrosse
Zimmermann Zarzaur, et al.
2332 Second Avenue North
Birmingham, AL 35203

Douglas H.H. Sanders
Sanders Phillips Grossman
B7 Tabonuco Ste. 801
Guaynabo, PR 00968

Dustin E. Davies
Suthers Law Firm
P.O. Box 8847
Savannah, GA 31412-8847

E. Kent Hellems
Gorman Sheatsley & Company
P.O. Box 5518
Beckley, WV 25801

Edward J. & Enoch Tarver
3540 Wheeler Road Ste. 312
Augusta, GA 30909

David G. Hymer
Bradley Arant Boult Cummings
One Federal Place
1819 5th Ave, N
Birmingham, AL 35203

David Joseph Kurlinkus
Office of Prosecuting Attorney
400 West State St. Ste 804
Rockford, IL 61101

David R. Barney, Jr.
Thompson Barney
2030 Kanawha Blvd. E
Charleston, WV 25311

David W. O'Quinn
Irwin Fritchie Urquhart & Moore
Ste. 2700
400 Poydras Street
New Orleans, LA 70130

Devon Shannon
Office of Prosecuting Attorney
516 Third Avenue, W554
Seattle, WA 98104

Dorothy P. Antullis
Robbins Geller Rudman & Dowd
120 E Palmetto Park Rd. Ste. 500
Boca Raton, FL 33432

Douglas John Moore
Irwin Fritchie Urquhart & Moore
400 Poydras Street Ste. 2700
New Orleans, LA 70130

Dwayne M. Murray
Murray & Murray
301 Main Street Ste. 810
Baton Rouge, LA 70801

E. Mark Ezell
P.O. Drawer 595
Butler, AL 36904

Edward R. Jackson
Jackson & Foster
PO Box 2225
Mobile, AL 36652

Elizabeth Heaphy
Rammelkamp, Muehlenweg, et al.
316 Osuna Rd NE Unit 201
Albuquerque, NM 87107

Eric M. Sommer
Sommer Udall Hardwick & Jones, P.A.
PO Box 1984
Santa Fe, NM 87504-1984

Eron Michael Berg
325 Metcalf Street
Sedro-Wooley, WA 98284

Eugene K. Pettis
Haliczer Pettis & Schwamm
100 SE Third Avenue 7th Floor
Fort Lauderdale, FL 33394

Fazal A. Shere
Bowles, Rice, McDavid, Graff Love
600 Quarrier Street
Charleston, WV 25301

Frederick N. Gleaton
Owen Gleaton Egan Jones & Sweeney
1180 Peachtree St., NE Ste. 3000
Atlanta, GA 30309

G. Todd Houck
105 Guyandotte Avenue
Mullens, WV 25882

Gary K. Burger, Jr
500 North Broadway Ste. 1350
St. Louis, MO 63102

Geoffrey E. Hobart
Covington & Burling
850 Tenth Street, NW/One City Ctr
Washington, DC 20001

Gregory Martin Zarzaur
Zarzaur Mujumdar & Debrosse
2332 2nd Avenue North
Birmingham, AL 35205

Emily Hawk Mills
Cusimano Roberts & Mills
153 South 9th Street
Gadsden, AL 35901

Eric R. Burris
Brownstein Hyatt Farber Schreck
201 Third St NW, Suite 1700
Albuquerque, NM 87102

Errick D. Simmons
Simmons & Simmons
P.O. Box 1854
Greenville, MS 38702

Eva J. Yarger
Office of the Prosecuting Attorney
120 West Main Street Ste. 100
Van Wert, OH 45891

Felicia R. Williams
Thompson Coburn
505 N. 7th Street
St. Louis, MO 63101

Frederick T. Kuykendall, III
Levin Papantonio Thomas, et al.
316 South Baylen Street Ste. 600
Pensacola, FL 32501

Gary C. Johnson
110 Caroline Avenue
P.O. Box 110
Pikeville, KY 41502

Gene M. Zona Jones, II
Harrison Davis Steakley Morrison Jones
850 Park Street
Beaumont, TX 77701

Gillard B. Johnson, III
Bowling and Johnson
1010 Monarch St. Ste. 250
Lexington, KY 40513

Gregory R. Jones
Goldenberg Heller & Antognoli
2227 South State Route 157
Edwardsville, IL 62025

Eric A. Riegner
Locke, Reynolds, Boyd & Wiesell
100 Capital Center South
201 North Illinois Street
Indianapolis, IN 46204

Erin Anderson Nowell
Simon Greenstone Panatier Bartlett
3232 McKinney Ave. Ste. 610
Dallas, TX 75204

Esteban Rodriguez
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071

F. Lane Heard, III
Williams & Connolly
725 - 12th Street, NW
Washington, DC 20005

Frank Lane Heard, III
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005

G. Robert Blakey
Notre Dame Law School
Notre Dame, IN 46556

Gary D. Young
Lamar County District Attorney's Office
119 North Main
Paris, TX 75460

Geoffrey D. Stormer
Hobbs, Straus, Dean & Walker
516 SE Morrison Street Ste. 1200
Portland, OR 97214

Grant D. Amey
P.O. Box 67
Fairhope, AL 36533

Gretchen Maria Wolf
Skadden Arps Slate, et al.
155 North Wacker Drive Ste. 2700
Chicago, IL 60606-1720

H. Lanier Brown, II
Watkins & Eager / West Lobby
2204 Lakeshore Dr. Ste. 114
Birmingham, AL 35209

Harlan Prater, IV
Lightfoot Franklin & White
400 20th Street, North
Birmingham, AL 35203

Harry F. Bell, Jr
Bell Law Firm
P.O. Box 1723
Charleston, WV 25301

Harry G. Shaffer, III
Shaffer & Shaffer
P.O. Box 38
Madison, WV 25130

Harry Samuel Prim, III
Prim & Mendheim
207 West Adams Street
Dothan, AL 36303

Hayden A. Coleman
Quinn Emanuel Urquhart & Sullivan
51 Madison Avenue
New York, NY 10010

Herbert S. Bristow
Haley & Olson
510 N Valley Mills Dr. Ste. 600
Waco, TX 76710

Hugh Michael Ruppersburg, Jr
Blasingame, Burch, Garrard & Ashley
P.O. Box 832
Athens, GA 30603

Irwin B. Levin
Cohen & Malad
One Indiana Square Ste. 1400
Indianapolis, IN 46206

Isaac T. Conner
Manson Johnson Conner
215 Second Avenue N Ste. 300
Nashville, TN 37201

J. Gordon Cooney, Jr
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

J. Lee Hoffoss, Jr
517 West College Street
Lake Charles, LA 70605

J. Michael Papantonio
Levin Papantonio, et al.
316 South Baylen Street Ste. 600
Pensacola, FL 32581

J. Patrick Strubel
Watkins & Eager
2204 Lakeshore Drive Ste. 114
Birmingham, AL 35209

J. Robert Rogers
Law Offices of J. Robert Rogers
3972 Teays Valley Road
Hurricane, WV 25526

J. Scott Taylor
95 Depot Street
Waynesville, NC 28786

Jack Roady
Galveston County Criminal District Attorney
600 59th Street Ste. 1001
Galveston, TX 77551

Jack Wesley Hill
Ward & Smith
111 W Tyler Street
Longview, TX 75606-1231

Jackson R. Sharman, III
Lightfoot Franklin & White
400 20th Street North
Birmingham, AL 35203

James C. Thoele
Brinker & Doyen
34 N. Meramec Ave. 5th Floor
Clayton, MO 63105

James D. Johnson
Swift Currie McGhee & Hiers
1355 Peachtree St., NE Ste. 300
Atlanta, GA 30309-3238

James F. Bennett
Dowd Bennett
7733 Forsyth Blvd. Ste. 1900
St. Louis, MO 63105

James F. Clayborne, Jr
Clayborne, Sabo & Wagner
525 West Main St. Ste. 105
Belleville, IL 62220

James K. O'Connor
Venable
750 Pratt St. Ste. 900
Baltimore, MD 21202

James McClendon Williams
Chehardy Sherman Williams, et al.
One Galleria Blvd Ste. 1100
Metairie, LA 70001

James Nixon Daniel
Beasley Allen Crow, et al.
P.O. Box 4160
Montgomery, AL 36103-4160

James W. Keeler, Jr
Office of Prosecuting Attorney
300 S. 6th Street Ste. C-2000
Minneapolis, MN 55487

Janet Ward Black
Ward Black
208 West Wendover Avenue
Greensboro, NC 27401

Jason L. Holliday
Flaherty, Sensabaugh & Bonasso
P. O. Box 3843
Charleston, WV 25338-3843

Jeanne K. Demarest
Alvendia, Kelly, & Demarest, LLC
909 Poydras St. Ste. 1625
New Orleans, LA 70131

Jeffrey A Cormell
St.Croix Indians of Wisconsin
24663 Angeline Avenue
Webster, WI 54893

Jeffrey S. Eden
Schwabe Williamson & Wyatt
1211 SW Fifth Ave Ste. 1900
Portland, OR 97204

Jennifer Grandoff Cooper
Baker Donelson, et al.
3414 Peachtree Rd. NE Ste. 1600
Atlanta, GA 30326

Jeremy M. Burnside
1118 Hutchins Street Ste. A
Portsmouth, OH 45662

John A. Freedman
Arnold & Porter Kaye Scholer
601 Massachusetts Avenue, NW
Washington, DC 20001

John D. Hurst
Motley Rice
50 Clay Street Ste. 1
Morgantown, WV 26501

John F. Young, Jr
Curry & Friend
1200 Whitney Bank Bldg.
228 Saint Charles Avenue
New Orleans, LA 70130

John J. Polak
Atkinson & Polak
P.O. Box 549
Charleston, WV 25322

John M. Plunk
P.O. Box 1043
Athens, AL 35612

John W. Alderman, III
Steptoe & Johnson
P.O. Box 1588
Charleston, WV 25326

Jeffrey M. Wakefield
Flaherty, Sensabaugh & Bonasso
P. O. Box 3843
Charleston, WV 25338-3843

Jenna A. Hudson
1100 New York Ave NW Ste. 700
Washington, DC 20005

Jere L. Beasley
Beasley Allen Crow, et al.
P.O. Box 4160
Montgomery, AL 36103-4160

Jessica Kramer Givens
Coffey Kaye Myers & Olley
Two Bala Plaza Ste. 718
Bala Cynwyd, PA 19004

John B Pound
John B. Pound, LLC
505 Don Gaspar
Santa Fe, NM 87505

John D. Lombardo
Arnold & Porter
777 South Figueroa St. Ste. 4400
Los Angeles, CA 90017

John G. Simon
Simon Law Firm
800 Market St. Ste 1700
St. Louis, MO 63101

John Jameson Givens
Cochran Firm
111 East Main Street
Dothan, AL 36301

John Paul Markovs
Office of the Montgomery County Attorney
101 Monroe Street 3rd Floor
Rockville, MD 20850

Jon Ryan Kral
Bealey Allen Crow, et al.
P.O. Box 4160
Montgomery, AL 36103

Jeffrey R. Gaddy
Levin Papantonio Thomas, et al.
316 South Baylen Street Ste. 600
Pensacola, FL 32502

Jennifer Smitrovich
Fain Anderson
1301 A Street Ste. 900
Tacoma, WA 98402

Jeremy A. Menkowitz
Morgan Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Jessie F. Reckart
Bowles Rice
P.O. Box 1386
Charleston, WV 25325-1386

John Bartholomew Kelly, III
Alvendia, Kelly & Demarest, LLC
909 Poydras St. Ste. 1625
New Orleans, LA 70112

John F. Walker
Martin Walker
121 North Spring Avenue
Tyler, TX 75702

John H. Smith
Smith Shanklin Sosa
16851 Jefferson Hwy. Ste. 7C
Baton Rouge, LA 70817

John Keith Givens
Cochran Cherry Givens & Smith
P.O. Box 927
Dothan, AL 36302

John R. Whaley
Neblett, Beard & Arsenault
2220 Bonaventure Court
Alexandria, LA 71315

Jonathan Compretta
Mike Moore Law Firm
10 Canebrake Ste. 150
Flowood, MS 39232

Jonathan A. Knoll
Cohen & Malad
One Indiana Square Ste. 1400
Indianapolis, IN 46204

Jonathan Swann Taylor
Taylor & Knight
800 South Gay St. Ste. 600
Knoxville, TN 37929

Joseph Hamilton Kemp
Mann & Kemp
221 West Second St. Ste 408
Little Rock, AR 72201

Joshua A. Racki
121 4th Street N Ste. 2A
Great Falls, MT 59401

Justin D Rodriguez
Atkinson, Baker & Rodriguez, P.C.
201 Third St. NW Ste. 1850
Albuquerque, NM 87102

Justin Nicholas Boley
Wexler Wallace
55 West Monroe St. Ste. 3300
Chicago, IL 60603

Keith A. Jones
Jones Law Group
P.O. Box 13395
Charleston, WV 25360

Kenneth A. Brister
Brister & Brister
P.O. Box 266
Lake Providence, LA 71254

Kerry J. Miller
Frilot, Partridge, Kohnke & Clements
1100 Poydras Street, S. 3600
New Orleans, LA 70163

Kevin Lee Rogerson
P.O. Box 809
Mount Vernon, WA 98273

Jonathan Andrew Pope
Hasty Pope
211 East Main Street
Canton, GA 30114

Jonathan William Garlough
Foley & Lardner
321 North Clark St. Ste. 2800
Chicago, IL 60654

Joseph Howard Spano, Jr
Pritt & Spano
714-1/2 Lee Street E. Ste. 204
Charleston, WV 25301

Judy L. Leone
4000 Bell Atlantic Tower
1717 Arch Street
Philadelphia, PA 19103

Justin Jerome Marcum
Marcum Law Office
P.O. Box 2531
Williamson, WV 25661

Justin P. Stalpes
Beck & Amsden
1946 Stadium Dr Ste. 1
Bozeman, MT 59715

Kelly Juneau Rookard
Irwin Fritchie Urquhart & Moore
400 Poydras St. Ste. 2700
New Orleans, LA 70130

Kenneth C. Brostron
Lashly & Baer
714 Locust Street
St. Louis, MO 63101

Kevin Calcagnie
Robinson, Calcagnie & Robinson
620 Newport Center Drive 7th Floor
Newport Beach, CA 92660

Kevin W. Dellinger
Office of the Attorney General
P.O. Box 580
Okmulgee, OK 74447

Jonathan M. Cyrluk
Carpenter Lipps & Leland
180 North Lasalle St. Ste. 2105
Chicago, IL 60601

Joseph F Henderson
J F Henderson Law, PLLC
1835 Pinehurst Ave
Saint Paul, MN 55116

Joseph M. Ward
Frost Brown Todd
500 Virginia Street E Ste. 1100
Charleston, WV 25301

Julie Fix Meyer
Armstrong Teasdale
7700 Forsyth Blvd. Ste. 1800
St. Louis, MO 63105

Justin Kurt Truelove
4605 Texas Blvd.
P.O. Box 5398
Texarkana, TX 75505-5398

Kathleen A DeLaney
DeLaney & DeLaney LLC
3646 N. Washington Blvd
Indianapolis, IN 46205

Kenneth Ferguson
Gordon & Rees, LLP
816 Congress Avenue Ste. 1510
Austin, TX 78701

Kenneth S. Byrd
One Nashville Place Ste. 1650
150 Fourth Avenue, N
Nashville, TN 37219

Kevin James Minnick
Skadden, Arps, Slate, Meagher & Flom
300 South Grand Ave Ste 3400
Los Angeles, CA 90071

Kevin W. Thompson
Thompson Barney
2030 Kanawha Blvd. E.
Charleston, WV 25311

Kit W. Roth
Kelley, Goldfarb, Huck, Roth & Riojas
700 Fifth Ave. Ste. 6100
Seattle, WA 98104

Kyle Alan Eidsness
Hinshaw & Culbertson
333 South 7th St. Ste 2000
Minneapolis, MN 55402

L. Lee Javins, II
Bucci Bailey & Javins
PO Box 3712
Charleston, WV 25337-3712

Larry D Maldegen
Comeau, Maldegen, et al.
PO Box 669
Santa Fe, NM 87504-0669

Laura C. Davis
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414

Laura Sherling Dunning
Levin Papantonio, et al.
316 South Baylen St. Ste. 600
Pensacola, FL 32502

Laura Singletary Fitzpatrick
Simmons Hanly Conroy
112 Madison Ave. 7th Floor
New York, NY 10016

Lawrence A. Vogelman
Nixon Vogelman Barry Slawsky & Simoneau
77 Central Street
Manchester, NH 03101

Layne C. Hilton
Kanner & Whiteley
701 Camp Street
New Orleans, LA 70130

Lea Anne Batson
P. O. Box 1471
222 St. Louis Street
Baton Rouge, LA 70821

Lea May Dennen
Sumner County Law Department
355 N. Belvedere Drive, Room 303
Gallatin, TN 37066

Lee S. Goldsmith
Goldsmith, Richman, Levinson & Harz
140 Sylvan Avenue
Englewood Cliffs, NJ 07632

Leif P. Johnson
833 S. Spruce Street
Burlington, WA 98233

Leland G Horton
Bradley Murchison
401 Edwards St. Ste. 1000
Shreveport, LA 71101

Leslie M. Cronen
Law Office of Gary C. Johnson
110 Caroline Avenue
Pikeville, KY 41502

Lisa Michelle Gilford
Skadden, Arps, Slate, Meagher & Flom
300 South Grand Ave. Ste 3400
Los Angeles, CA 90071

Lloyd M. Cueto
Law Office of Lloyd M. Cueto
7110 West Main Street
Belleville, IL 62223

Lucas C. Montgomery
Montgomery Ponder Unit 1
2421 Second Ave North
Birmingham, AL 35203

Lynn A. Toops
Cohen & Malad
One Indiana Square Ste. 1400
Indianapolis, IN 46204

Lynn W. Jinks, III
Jinks, Crow & Dickson
219 N. Prairie Street
Union Springs, AL 36089

Macon Bryan Epps Gray
Skinner Law Firm
P.O. Box 487
Charles Town, WV 25414

Manuel Herceg
Taft Stettinius & Hollister
One Indiana Square Ste. 3500
Indianapolis, IN 46204

Marc E. Williams
Nelson Mullins Riley & Scarborough
PO Box 1856
Huntington, WV 25719-1856

Marc Pemble Hansen
Office of the Montgomery County Attorney
101 Monroe Street 3rd Floor
Rockville, MD 20850

Marc S. Raspanti
Pietragallo Gordon
1818 Market St. Ste. 3402
Philadelphia, PA 19103

Marcus A. Williams
Blackmon & Blackmon
P.O. Drawer 105
Canton, MS 39046

Margaret A. Hoffmann
1600-1900 Pacwest Center
1211 SW Fifth Avenue
Portland, OR 97204

Margaret C. Daun
Office of the Prosecuting Attorney
200 E. Wells Street Ste. 800
Milwaukee, WI 53202

Margaret Jane Brannon
Jackson Kelly
175 E. Main St. Ste. 500
Lexington, KY 40588-2150

Mark Kovacich
Kovacich Snipes
P.O. Box 2325
Great Falls, MT 59403

Mark A. Packman
Gilbert Randolph
1100 New York Ave Ste. 700
Washington, DC 20005

Mark S. Yurick
Taft Stettinius & Hollister
65 East State St. Ste. 1000
Columbus, OH 43215

Mary Patricia Carl
Husch Blackwell
190 Carondelet Plaza Ste. 600
St. Louis, MO 63105

Masoud Bamdad, M.D.
47237-112 Marion U.S. Penitentiary
Inmate Mail/Parcels
P.O. Box 1000
Marion, IL 62959

Matt John Morrison
Harrison Davis Steakley Morrison
P.O. Drawer 21387
Waco, TX 76702

Matthew A. Schweizer
Davis Schweizer
615 Oberlin Road Ste. 100
Raleigh, NC 27605

Matthew Ambrose Martin
Haar & Woods
1010 Market St. Ste. 1620
St. Louis, MO 63101

Matthew B. McGlathery
517 College Street
Lake Charles, LA 70605

Matthew J. Golden
Office of the County Attorney
531 Court Place Ste. 900
Louisville, KY 40202

Matthew M. Benov
Covington & Burling
850 Tenth Street, NW/One City Ctr.
Washington, DC 20001

Matthew S. Melamed
Robbins Geller Rudman & Dowd
One Montgomery St. Ste. 1800
San Francisco, CA 94104

Matthew T. Connelly
Freeborn & Peters
311 South Wacker Dr Ste. 3000
Chicago, IL 60606

Megan A Crowley
Covington & Burling, LLP
850 Tenth St., NW/One City Ctr.
Washington, DC 20001-4956

Megan B Greene
Office of the Montgomery County Attorney
101 Monroe Street 3rd Floor
Rockville, MD 20850

Megan Rose Braden
Morgan, Lewis & Bockius LLP
77 West Wacker Drive
Chicago, IL 60601

Megan Sterchi Lammert
Baker & Sterchi
1010 Market St. Ste. 950
St. Louis, MO 63101

Melanie B Stambaugh
P.O. Box 1888
Albuquerque, NM 87103

Melanie R. King
Armstrong Teasdale
7700 Forsyth Blvd. Ste. 1800
St. Louis, MO 63105

Meredith S. Auten
Morgan, Lewis & Bockius
1701 Market Street
Philadelphia, PA 19103

Michael A. Woelfel
Woelfel & Woelfel
801 Eighth Street
Huntington, WV 25701

Michael Andrew Innes
L-3 Communications
600 Third Avenue
New York, NY 10016

Michael B. Rush
Gilbert
1100 New York Ave NW Ste. 1700
Washington, DC 20005

Michael C Mims
Bradley Murchison et al
1100 Poydras St. Ste. 2700
New Orleans, LA 70163

Michael D. Bowling
Bowling and Johnson
1217 East Cumberland Avenue
Middlesboro, KY 40965

Michael J Moffett
P.O. Box 669
141 E. Palace Ave., 2nd Floor
Santa Fe, NM 87504-0669

Michael J. Farrell
Farrell White & Legg
914 Fifth Avenue
Huntington, WV 25701

Michael J. O'Connell
930 Starks Bldg.
455 South Fourth Avenue
Louisville, KY 40202

Michael L. Jackson
Jackson Bell
660 N Foster Dr Ste. A-214
Baton Rouge, LA 70806

Michael Lee Roberts
Cusimano Roberts & Mills
153 S. Ninth Street
Gadsden, AL 35901

Michael O. Freeman
Office of Prosecuting Attorney
300 S. 6th St. Ste. C-2000
Minneapolis, MN 55487

Michael P. Doss
Sidley Austin
One South Dearborn Street
Chicago, IL 60603

Michael P. McNamee
McNamee & Hill
2371 Lakeview Drive
Beavercreek, OH 45431

Michael Patrick McNamee
Meagher & Geer
33 South Sixth St. Ste. 4400
Minneapolis, MN 55402

Michael S. Blume
24 Rockefeller Center
1270 Avenue of the Americas
New York, NY 10020

Michael V. Clegg
8714 Jefferson Highway Ste B
Baton Rouge, LA 70809

Michelle Luna-Green
955 Tacoma Avenue S. Ste. 301
Tacoma, WA 98402-2160

Mike Moore
Mike Moore Law Firm
10 Canebrake Ste. 150
Flowood, MS 39232

Nancy Routh Meyers
Ward Black
208 W. Wendover Avenue
Greensboro, NC 27401

Nathan Andrew Dickson, II
Jinks Crow & Dickson
P.O. Box 350
Union Springs, AL 36089-0350

Nathan T. Lee
Glover & Davis
10 Brown Street
Newman, GA 30264

Neil E. McWilliams, Jr.
Levin Papantonio
316 South Baylen St. Ste 600
Pensacola, FL 32502

Nicholas J. Mauro
1701 Ruan Center
666 Grand Avenue
Des Moines, IA 50309

Nicholas O. Meyer
City of Rockford
425 E. State St. 7th Floor
Rockford, IL 61114

P. J. Harris, II
Beard & Beard
P.O. Box 88
Guntersville, AL 35976

Page Anderson Poerschke
Levin Papantonio, et al.
316 South Baylen St. Ste. 600
Pensacola, FL 32502

Patrick D. McMurtray
Frazer Law Office
1 Burton Hills Blvd. Ste. 215
Nashville, TN 37215

Patrick D. Mika
Mika & Associates
630 North Tejon Street
Colorado Springs, CO 80904

Paul Byrd Simon
Gordon Arata
400 E. Kaliste Saloom Rd. Ste. 4200
Lafayette, LA 70508

Paul D. Coates
Pinto Coates Kyre & Bowers
3203 Brassfield Road
Greensboro, NC 27410

Paul D. Ellis
Office of Attorney
P.O. Box 2749
Charleston, WV 25330

Paul J. Hanly, Jr
Simmons Hanly Conroy
112 Madison Avenue
New York, NY 10016

Paul L Jefferson
McNeely Stephenson
300 North Meridian St. Ste. 220
Indianapolis, IN 46204

Paul L. Frampton, Jr
Atkinson & Polak
300 Summer St. Ste 1300
Charleston, WV 25301

Paul Richard Hartley
Hartley & Hickman
P.O. Box 583
Greenville, AL 36037

Paulina do Amaral
Lieff, Cabraser, Heimann & Bernstein
250 Hudson St 8th Floor
New York, NY 10013

PawanKumar Jain
2455 So. Telshor Blvd.
Las Cruces, NM 88011

Peter J. Stackpole
City Hall Room 214
801 Plum St.
Cincinnati, OH 45202

Peter Samuel Holmes
Ste. 2050
701 Fifth Avenue
Seattle, WA 98104

Phillip J. VanDerhoef
Fain Anderson
1301 A Street Ste. 900
Tacoma, WA 98402

R. Jeffrey Lasseter
Burke Lasseter
2006 Karl Dr Ste. 100
Warner Robins, GA 31088

R. Seth Crompton
Holland Law Firm
300 North Tucker Ste. 801
St. Louis, MO 63101

Randy H. Beard
Beard & Beard
P.O. Box 88
Guntersville, AL 35976

Reagan Edward Bradford
Lanier Law Firm
100 E California Ave Ste. 200
Oklahoma City, OK 73104

Richard A. Lockridge
Lockridge, Grindal, Raven & Holstein
100 Washington Ave S Ste. 2200
Minneapolis, MN 55401

Richard D. Shore
Gilbert
1100 New York Ave NW Ste. 700
Washington, DC 20005

Richard Stanislaw Frankowski
2126 15th Avenue South
Birmingham, AL 35205

Robert D. Browder
U.S. District Attorney's Office
401 West Belknap
Fort Worth, TX 76196

Robert Harris Smalley, III
McCamy Phillips Tuggle & Fordham
411 West Crawford Street
Dalton, GA 30722

Robert J. Ridge
Thorp Reed & Armstrong
1233 Main St. Ste. 400
Wheeling, WV 26003

Robert M. Brennan
Parker Hudson Rainer & Dobbs
303 Peachtree St NE Ste. 3600
Atlanta, GA 30308

Ralph Edward Marasco, Jr
340 Polk County Admin Bldg.
111 Court Avenue
Des Moines, IA 50309-0515

Raymond R. Fournie
Armstrong, Teasdale, et al.
One Metropolitan Square Ste. 2600
St. Louis, MO 63102-2740

Rebecca D. Louks
Oths, Heiser & Miller, Waigand & Clagg
16 E. Broadway Street
Wellston, OH 45692

Richard A. Schirtzer
Quinn Emanuel Urquhart & Sullivan
865 South Figueroa Street
Los Angeles, CA 90017

Richard Douglas Stratton
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Robert A. Bilott
Taft Stettinius & Hollister
1717 Dixie Highway Ste. 910
Covington, KY 41011

Robert Franklin Duncan
Jackson Kelly
175 E. Main St. Ste. 500
Lexington, KY 40588-2150

Robert Henry Edwards
711 West Third Street
Little Rock, AR 72201

Robert Jacob Hurtt, Jr
Husch Blackwell
190 Carondelet Plaza Ste. 600
St. Louis, MO 63105

Robert M. Cheverie
101 Commerce Center One
333 East River Drive
East Hartford, CT 06108

Randall A. Smith
Smith & Fawer
201 St. Charles Ave Ste. 3702
New Orleans, LA 70170

Raymond S. Franks, II
601 57th Street, SE
Charleston, WV 25304

Reid William Martin
Martin Walker
121 North Spring Avenue
Tyler, TX 75702

Richard Alan Weyrich
605 S. Third Street
Courthouse Annex
Mt. Vernon, WA 98273

Richard M. Sandman
Rodman Rodman & Sandman
442 Main Street
Malden, MA 02148-5122

Robert B. Warner
Warner Law Offices
P.O. Box 3327
Charleston, WV 25333

Robert H. Akers
Thomas Combs & Spann
300 Summers St. Ste 1380
Charleston, WV 25338-3824

Robert J. Muehlenweg
Rammelkamp Muehlenweg, et al.
PO Box 25127
Albuquerque, NM 87125-5127

Robert James Benvenuti, III
Barnett, Benvenuti & Butler
489 East Main St. Ste 300
Lexington, KY 40507

Robert Philip Scott
Blank Rome
717 Texas Ave. Ste. 1400
Houston, TX 77002

Robert R. Miller
Oths & Heiser
16 East Broadway
Wellston, OH 45692

Robert S. Hoff
281 Tresser Boulevard
Two Stamford Plaza
Stamford, CT 06905

Robert T. Adams
Shook, Hardy & Bacon
2555 Grand Blvd.
Kansas City, MO 64108

Robert T. Haar
Haar & Woods
1010 Market St. Ste. 1620
St. Louis, MO 63101

Roberta D. Liebenberg
Fine, Kaplan & Black
One South Broad St. Ste. 2300
Philadelphia, PA 19107

Roderick Alvendia
Alvendia, Kelly, & Demarest, LLC
909 Poydras St. Ste. 1625
New Orleans, LA 70131

Roderick E. Edmond
410 The Candler Building
127 Peachtree Street
Atlanta, GA 30303

Ronald Clifford Mendheim
Prim & Mendheim
P.O. Box 2147
Dothan, AL 36302

Ronald H. Strawbridge
Strawbridge, Strawbridge & Strawbridge
44695 Highway 17
Fayette, AL 35592

Ronald J. Friedman
Karr Tuttle Campbell
701 Fifth Ave. Ste. 3300
Seattle, WA 98104

Russell S. Ponessa
Hinshaw & Culbertson
333 South 7th St. Ste 2000
Minneapolis, MN 55402

Russell W. Budd
Baron & Budd
3102 Oak Lawn Ave. Ste. 1100
Dallas, TX 75219

Ryan A. Prochaska
Prochaska, Howell & Prochaska
7701 East Kellogg Ste. 415
Wichita, KS 67207

S. Ann Saucer
Baron & Budd
3102 Oak Lawn Ave. Ste. 1100
Dallas, TX 75219

Saba Bireda
Sanford Heisler Sharp
1666 Connecticut Ave NW Ste. 300
Washington, DC 20009

Samuel W. Outten
Nelson, Mullins, Riley, et al.
104 S. Main Street, 9th Floor
Greenville, SC 29601

Sarah E. Friedricks
Robbins Kaplan
800 LaSalle Ave. Ste. 2800
Minneapolis, MN 55402

Sarah E. Harmon
Armstrong Teasdale
7700 Forsyth Blvd. Ste. 1800
St. Louis, MO 63105

Sarah S. Ruane
Wagstaff & Cartmell
4740 Grand Ave. Ste 300
Kansas City, MO 64112

Scott D. Gilbert
1100 New York Ave NW
Suite 700
Washington, DC 20005

Scott E. Poynter
Poynter Law Group
400 West Capitol Ave. Ste 2910
Little Rock, AR 72201

Scott M. Stearns
Boone Karlberg
201 West Main St. Ste 300
Missoula, MT 59807

Seth A. Nielsen
Heley, Duncan & Melander
8500 Normandale Lake Blvd. Ste. 210
Minneapolis, MN 55437

Shaw R. Friedman
Friedman & Associates
705 Lincolnway
LaPorte, IN 46350

Shayna Erin Sacks
Napoli Shkolnik PLLC
360 Lexington Ave., 11th Floor
New York, NY 10017

Sheila L. Birnbaum
Skadden, Arps, Slate, Meagher & Flom
Four Times Square
New York, NY 10036-6522

Shira T. Shapiro
Robbins Kaplan
800 LaSalle Ave. Ste. 2800
Minneapolis, MN 55402

Stephanie L. Ojeda
Hendrickson & Long
P.O. Box 11070
Charleston, WV 25339

Stephanie R. Lakinski
Karr Tuttle Campbell
701 Fifth Ave. Ste. 3300
Seattle, WA 98104

Stephen Bryan Harrison
Harrison Davis Steakley Morris Jones
P.O. Box 21387
Waco, TX 76702

Stephen E. Dutton
Carpenter, Lipps & Leland
280 North High St. Ste 1300
Columbus, OH 43215

Stephen M. Gele'
Smith & Fawer, LLC
201 St Charles Ave Ste. 3702
New Orleans, LA 70170

Steven E. Fineman
Lieff, Cabraser, Heimann, et al.
250 Hudson Street - 8th Floor
New York, NY 10013

Steven R. Ruby
Bailey & Glasser
209 Captiol Street
Charleston, WV 25301-1386

Susan M. Robinson
Thomas Combs & Spann
P.O. Box 3824
Charleston, WV 25338

Taylor Matthew Norman
Bailey Javins & Carter
P.O. Box 3712
Charleston, WV 25337-3712

Thomas Dean Adams
Karr Tuttle Campbell
701 Fifth Ave. Ste 3300
Seattle, WA 98104

Thomas E. Egler
Lerach Coughlin Stoia, et al.
655 West Broadway Ste. 1900
San Diego, CA 92101

Thomas R. Frazer, II
Frazer Law
2530 Edgemont Circle
Tupelo, MS 38804

Thomas Roe Frazer, II
201 St. Charles Ave 48th Floor
New Orleans, LA 70170

Stephen Edward McConnico
Scott Douglass & McConnico
303 Colorado St. Ste. 2400
Austin, TX 78701

Sterling Starns
Barrett Law Group
404 Court Square North
Lexington, MS 39095

Steven E. Scheer
Lee, Black, Scheer & Hart
P.O. Box 8205
Savannah, GA 31412

Susan J. VanZant
P. O. Box 987
Williamson, WV 25661

Suzanne L. Jones
Hinshaw & Culbertson
333 South 7th St. Ste 2000
Minneapolis, MN 55402

Thomas Arthur Doyle
Wexler Wallace
55 West Monroe St. Ste 3300
Chicago, IL 60603

Thomas E. Bilek
700 Louisiana, Suite 3950
Houston, TX 77002

Thomas H. Fain
Fain Anderson VanDerhoef, et al.
1301 A. St. Ste 900
Tacoma, WA 98402

Thomas R. Pittenger
E. Eric Guirard & Associates
1075 Government Street
Baton Rouge, LA 70802

Thomas T. Merrigan
Sweeney Merrigan Law
393 Main Street
Greenfield, MA 01301

Stephen K. Winters
Thompson, Thompson & Winters
128 South Mulberry Avenue
Butler, AL 36904

Steve Skalet
Mehri & Skalet
1250 Connecticut Ave, NW Ste. 300
Washington, DC 20036

Steven Michael Stastny
Stastny Law Firm
P O Box 430052
Birmingham, AL 35243

Susan Lori Werstak
One US Bank Plaza
505 N. 7th Street
St. Louis, MO 63101

T. R. Frazer, III
1 Burton Hills Blvd.
Suite 215
Nashville, TN 37215

Thomas C. Jessee
Sacerich, O'Leary & Field
6988 Spinach Drive
Mentor, OH 44060

Thomas E. Edge
319 York Street
Newport, KY 41071

Thomas I. Sheridan, III
Simmons Hanly Conroy
112 Madison Ave 7th Floor
New York, NY 10016

Thomas R. Temple, Jr
Breazeale Sachse & Wilson
P.O. Box 3197
Baton Rouge, LA 70821

Timothy P. Smith
Smith & Johnson
603 Bay Street
Traverse City, MI 49685

Timothy W. Billion
Robins Kaplan
140 North Phillips Ave. Ste. 307
Sioux Falls, SD 57104

Tommy Fibich
Fibich Leebron Copeland Briggs Josephson
1150 Bissonet
Houston, TX 77005

Vaughn T. Sizemore
State Capitol / Building 1
Room E-26
Charleston, WV 25305

W. Mark Lanier
Lanier Law Firm
6810 FM 1960 West
Houston, TX 77069

Wayne Hogan
Terrell Hogan
233 East Bay St. 8th Floor
Jacksonville, FL 32202

William Cody Fosbre
Office of the City Attorney
3628 South 35th Street
Tacoma, WA 98402

William J.. Sims , III
Sims Murray Jellison
3101 N. Central Ave. Ste. 870
Phoenix, AZ 85012

Winford L. Dunn , Jr
Dunn Nutter Morgan
3601 Richmond Road
Texarkana, TX 75503

Todd A. Mount
Shaffer & Shaffer
P.O. Box 38
Madison, WV 25130

Troy A. Bozarth
HeplerBroom
130 North Main Street
Edwardsville, IL 62025

W. Jason Rankin
HeplerBroom LLC
130 North Main Street
Edwardsville, IL 62025

Walter Britt Calton
312 East Broad Street
Eufaula, AL 36027

Wesley R. Butler
Barnett, Benvenuti & Butler
489 East Main St. Ste 300
Lexington, KY 40507

William H. Jordan
Alston & Bird
1201 West Peachtree St NW Ste 4900
Atlanta, GA 30309

William Robert Sutton
218 Commerce Street
P.O. Box 4160
Montgomery, AL 36103-4160

Wyman O. Gilmore , Jr
P. O. Box 729
Grove Hill, AL 36451

Tom Hall
Ste. 100
2605 Airport Freeway
Fort Worth, TX 76111

U. W. Clemon
Mehri & Skalet
1250 Connecticut Ave, NW Ste. 300
Washington, DC 20036

W. Jesse Forbes
1118 Kanawha Blvd., East
Charleston, WV 25301

Walter L. Sims
Thorton Carpenter O'Brien, et al.
212 West North Street
Talladega, AL 35160

William A. Burck
Quinn Emanual Urquhart, et al.
1300 I Street, NW Ste. 900
Washington, DC 20005

William H. Parish
Parish Guy Castillo
1919 Grand Canal Blvd. Ste. A-5
Stockton, Ca 95207

William S. Ohlemeyer
Boies Shiller Flexner
333 Main Street
Armonk, NY 10504

Zona Jones
Harrison Davis Steakley Morrison Jones
5 Ritchie Road
Waco, TX 76712