# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>Case No. 18-OP-45332 (N.D. Ohio)<br><br><br>BROWARD COUNTY, FLORIDA,<br><br>               Plaintiff,<br><br>   vs.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC., PAR PHARMACEUTICAL, INC., PAR PHARMACEUTICAL COMPANIES, INC., JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC., NORAMCO, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., ALLERGAN PLC f/k/a ACTAVIS PLC, ALLERGAN FINANCE LLC, f/k/a ACTAVIS, INC., f/k/a WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT LLC, SPECGX LLC, CARDINAL HEALTH, INC., McKESSON CORPORATION, AMERISOURCEBERGEN | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster**<br><br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO H. D. SMITH HOLDINGS, LLC AND H. D. SMITH HOLDING COMPANY** |

-2-

| | |
|---|---|
| CORPORATION, HEALTH MART SYSTEMS, INC., H. D. SMITH, LLC d/b/a HD SMITH, f/k/a H.D. SMITH WHOLESALE DRUG CO., H. D. SMITH HOLDINGS, LLC, H. D. SMITH HOLDING COMPANY, CVS HEALTH CORPORATION, WALGREENS BOOTS ALLIANCE, INC. a/k/a WALGREEN CO., and WAL-MART INC. f/k/a WAL-MART STORES, INC.,<br><br>                    Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned stipulate that H. D. Smith Holdings, LLC and H. D. Smith Holding Company are hereby dismissed without prejudice, with each party to bear its own fees and costs.

DATED:  June 5, 2018.

                    Respectfully submitted,

By:  */s/ Elizabeth J. Cabraser*
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
ELIZABETH J. CABRASER
MARK P. CHALOS
PAULINA DO AMARAL
KENNY S. BYRD
250 Hudson Street, 8th Floor
New York, NY 10013
Tel: 212/355-9500
ecabraser@lchb.com
mchalos@lchb .com
pdoamaral@lchb.com
kbyrd@lchb.com

By:  */s/ Paul J. Geller*
ROBBINS GELLER RUDMAN
 & DOWD LLP
PAUL J. GELLER
FL BAR NO. 984795
MARK J. DEARMAN
FL BAR NO. 982407
AELISH M. BAIG
DOROTHY P. ANTULLIS
FL BAR NO. 890421
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Tel: 561/750-3000
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
abaig@rgrdlaw.com
dantullis@rgrdlaw.com

By: /s/ James D. Young
MORGAN & MORGAN COMPLEX
LITIGATION GROUP
JAMES D. YOUNG
FL BAR NO. 567507
76 South Laura Street
Suite 1100
Jacksonville, FL 32202
Tel: 904/361-0012
jyoung@forthepeople.com

By: /s/ Robert C. Gilbert
KOPELOWITZ OSTROW FERGUSON
WEISELBERG GILBERT
ROBERT C. GILBERT
FL BAR NO. 561861
SCOTT WEISELBERG
FL BAR NO. 122701
2800 Ponce de Leon Boulevard, Suite 1100
Coral Gables, FL 33134
Tel: 305/384-7269
gilbert@kolawyers.com
weiselberg@kolawyers.com

By: /s/ Andrew J. Meyers
BROWARD COUNTY, FLORIDA
ANDREW J. MEYERS
FL BAR NO. 709816
ANGELA F. BENJAMIN
FL BAR NO. 015914
Governmental Center, Suite 423
115 South Andrews Avenue
Fort Lauderdale, Florida 33301
Telephone:  954.357.7600
Fascimile: 954.357.7641
ameyers@broward.org
abenjamin@broward.org

By: /s/ Eugene K. Pettis
HALICZER PETTIS & SCHWAMM, P.A.
EUGENE K. PETTIS
FL BAR NO. 508454
DEBRA P. KLAUBER
FL BAR NO. 055646
One Financial Plaza
100 SE 3rd Avenue, 7th Floor
Fort Lauderdale, FL 33394
Tel: 954/523-9922
service@hpslegal.com

*Attorneys for Plaintiff Broward County, Florida*

By: /s/ *Dean T. Barnhard*
BARNES & THORNBURG LLP
DEAN T. BARNHARD
IN BAR NO. 4079-49
11 South Meridian Street
Indianapolis, Indiana  46204
Telephone:  317.231.7501
Fascimile:  317.231.7433
dean.barnhard@btlaw.com

*Counsel for H. D. Smith, LLC, f/k/a H. D. Smith Wholesale Drug Company, H. D. Smith Holdings, LLC, and H. D. Smith Holding Company*

-3-

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on June 5, 2018, I electronically filed the foregoing document with the Clerk of the United States District Court, Northern District of Ohio.  The electronic case filing system (CM/ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                */s/ Robert C. Gilbert*
                                                Robert C. Gilbert, Esq.