# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATION PRESCRIPTION OPIATE LITIGATION ) ) ) | CASE NO. 1:17-MD-2804 |
| This document relates to: ) Roxie Whitley, et al. v. Purdue Pharma, L.P., et al. ) Case No. 2-18-cv-02290 ) | JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE ON BEHALF OF
## FRED'S STORES OF TENNESSEE, INC.

COMES NOW the law firm of Hall Booth Smith, P.C., and gives notice to the Court and to Plaintiffs of its appearance in this matter on behalf of Fred's Stores of Tennessee, Inc. (hereinafter "Defendant"), without waiving any objections as to the subject matter or personal jurisdiction of this Court, as to the capacity or standing of the Plaintiffs to bring suit, or as to any other defense available to this Defendant under law.  Any and all correspondence pertaining to this Defendant may be sent to Jennifer S. Harrison, John E. Hall, Jr. and Julia M. Kavanagh.

Respectfully submitted,

HALL BOOTH SMITH, P.C.

By: */s/ Julia M. Kavanagh*
Julia M. Kavanagh, Esquire, BPR #028144
Jennifer S. Harrison, Esquire, BPR #022831
40 South Main Street, Suite 2800
Memphis, Tennessee 38103
(901) 620-4990 (Telephone)
(901) 620-4982 (Facsimile)
jharrison@hallboothsmith.com
jkavanagh@hallboothsmith.com

-And-

John E. Hall, Jr., Esquire, BPR #022415
191 Peachtree Street NE
Suite 2900
Atlanta, GA 30303
(404) 954-5000 (Telephone)
(404) 954-5020 (Facsimile)
jhall@hallboothsmith.com

*Attorneys for Defendant, Fred's Stores of Tennessee, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on June 6, 2018, I filed a copy of the Notice of Appearance on behalf of Fred's Stores of Tennessee, Inc. electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

*/s/ Julia M. Kavanagh*
JULIA M. KAVANAGH