# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster<br><br>Corporate Disclosure Statement in a Civil Case |

      Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of the case.

      In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:  Endo Health Solutions Inc.; Endo Pharmaceuticals Inc.; Par Pharmaceutical, Inc.; and Par Pharmaceutical Companies, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   __X__ Yes      _____ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. are indirect wholly owned subsidiaries of Endo International plc (a publicly held limited company that is not a party to this case), which owns 10% or more of the parties' stock.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? ____ Yes __X___ No (other than as noted above).

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018, a copy of the foregoing Corporate Disclosure Statement in a Civil Case was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 6, 2018               Signature: /s/ *Jonathan L. Stern*
                                              JONATHAN L. STERN
                                              Arnold & Porter Kaye Scholer LLP
                                              601 Massachusetts Ave. NW
                                              Washington DC 20001
                                              Phone: (202) 942-5000
                                              Fax No: (202) 942-5999
                                              Jonathan.Stern@arnoldporter.com

                                              *Attorney for Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*