**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION,** | **MDL No. 2804**<br><br>**Master Docket No.:**<br>**1:17-MD-02804-DAP** |
| **This document applies to:**<br><br>*ALL CASES* | **Hon. Judge Dan A. Polster** |

**CORPORATE DISCLOSURE STATEMENT**

  Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

  In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: PSS World Medical, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   __x__ Yes   _____ No

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

PSS World Medical, Inc., now known as McKesson Medical-Surgical Top Holdings Inc., is a wholly owned subsidiary whose ultimate parent is McKesson Corporation.  McKesson Corporation is a publicly held corporation and is separately filing a disclosure statement in this matter.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?
   _____ Yes   __x__ No

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

Dated:  June 6, 2018                           Respectfully submitted,

>  */s/ Megan Rodgers*
>  Geoffrey E. Hobart
>  Mark Lynch
>  Megan Rodgers
>  Covington & Burling LLP
>  One CityCenter
>  850 Tenth Street, N.M.
>  Washington, DC  20001-4956
>  Office: (650) 632-4737
>  mrodgers@cov.com
>
>  *Counsel for PSS World Medical, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 6, 2018, a copy of the foregoing **Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

>  */s/ Megan Rodgers*
>    Megan Rodgers