**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION,** | MDL No. 2804 |
| | **Master Docket No.:** <br> **1:17-MD-02804-DAP** |
| **This document applies to:** <br> *The County Of Cuyahoga, et al. v. Purdue Pharma L.P., et al.* <br> Case No. 17-OP-45004 | **Hon. Judge Dan A. Polster** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: Health Mart Systems, Inc.

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   __x__ Yes  _____ No

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   Health Mart Systems, Inc. is a wholly owned subsidiary whose ultimate parent is McKesson Corporation.  McKesson Corporation is a publicly held corporation and is separately filing a disclosure statement in this matter.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?
   _____ Yes  __x__ No

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

Dated:  June 6, 2018

Respectfully submitted,

*/s/ Megan Rodgers*
Geoffrey E. Hobart
Mark Lynch
Megan Rodgers
Covington & Burling LLP
One CityCenter
850 Tenth Street, N.M.
Washington, DC  20001-4956
Office: (650) 632-4737
mrodgers@cov.com

*Counsel for Health Mart Systems, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 6, 2018, a copy of the foregoing **Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Megan Rodgers*
Megan Rodgers