# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: *Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:17-op-45053-DAP (S.D. W. Va.) | Case No. 17-md-2804 <br><br> Judge Dan Aaron Polster |

     Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c): Any non-governmental corporate party to a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

     In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: Johnson & Johnson.

1.    Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
      ___X___ Yes     _____ No.

     If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

     Johnson & Johnson is a publicly held corporation and does not have a parent corporation. No publicly held corporation owns 10% or more of Johnson & Johnson's stock. Defendant Janssen Pharmaceuticals, Inc. is a wholly owned corporate subsidiary of Johnson & Johnson.

2.    Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?
      _____ Yes     ___X___ No.

     If the answer is Yes, list the identity of such corporation and the nature of the financial interest:  N/A.

/s/ Charles C. Lifland                               6/7/2018
(Signature of Counsel)                               (Date)

Charles C. Lifland
Sabrina H. Strong
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com
sstrong@omm.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2018, a copy of the foregoing **Corporate Disclosure Statement in a Civil Case** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

| | |
|---|---|
| Dated:  June 7, 2018 | /s/ Charles C. Lifland |
| | Charles C. Lifland<br>Sabrina H. Strong<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>clifland@omm.com<br>sstrong@omm.com |
| | *Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.* |