UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                          MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −36)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 673 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 08, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**   MDL No. 2804

### SCHEDULE CTO−36 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 18−01195 | City of St. Petersburg, Florida v. Amerisourcebergen Drug Corporation et al |
| **INDIANA NORTHERN** | | | |
| INN | 3 | 18−00367 | Logansport City of v. Purdue Pharma LP et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 18−11002 | Town of East Bridgewater v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11003 | Town of Freetown v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11004 | Town of Hanson v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11005 | Town of Lakeville v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11013 | Town of North Attleborough v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11015 | Town of Nantucket v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11017 | City of Newburyport v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−30072 | City of North Adams v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40076 | Town of Douglas v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40077 | Town of Dudley v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40078 | Town of Hopedale v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40079 | Town of Leicester v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40080 | City of Leominster v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40082 | Town of Northbridge v. Amerisourcebergen Drug Corporation et al |