**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*Cabell County Commission v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 17-op-45053-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**DEFENDANTS AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., AND McKESSON CORP.'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6))**

Pursuant to Case Management Orders One [Dkt. 232] and Four [Dkt. 485], Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributors") move to dismiss the Second Amended Complaint in the above-referenced action with prejudice on the basis that it fails to state a claim upon which relief can be granted, for the reasons given in the accompanying memorandum of law, which is incorporated herein.

Pursuant to Case Management Order One Section 2.g, Distributors raise "only those issues they believe are most critical," and pursuant to Section 2.j, Distributors do not waive and hereby preserve any defenses not addressed in the motion and reserve their right "to file an individual motion to dismiss" at the appropriate time.

Dated: June 8, 2018                                          Respectfully submitted,

/s/ Robert A. Nicholas                                       /s/ Enu Mainigi
Robert A. Nicholas                                           Enu Mainigi
Shannon E. McClure                                           F. Lane Heard III
**REED SMITH LLP**                                           Steven M. Pyser
Three Logan Square                                           Ashley W. Hardin
1717 Arch Street, Suite 3100                                 **WILLIAMS & CONNOLLY LLP**
Philadelphia, PA 19103                                       725 Twelfth Street, NW
Tel: (215) 851-8100                                          Washington, DC 20005
Fax: (215) 851-1420                                          Tel: (202) 434-5000
rnicholas@reedsmith.com                                      Fax: (202) 434-5029
smcclure@reedsmith.com                                       emainigi@wc.com
                                                             lheard@wc.com
*Counsel for AmerisourceBergen Drug*                         spyser@wc.com
*Corporation*                                                ahardin@wc.com

/s/ Geoffrey Hobart                                          *Counsel for Cardinal Health, Inc.*
Geoffrey Hobart
Mark Lynch
Christian Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

I, Ashley W. Hardin, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

                                                      */s/ Ashley W. Hardin*
                                                      Ashley W. Hardin