# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-MD-2804 |
| *Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.*, Case No. 17-op-45053 | **Judge Dan Aaron Polster** |
| *County of Monroe, Michigan v. Purdue Pharma L.P., et al.*, Case No. 18-op-45158 | |
| *Broward County, Florida v. Purdue Pharma L.P., et al.*, Case No. 18-op-45332 | |

## WALGREENS BOOTS ALLIANCE, INC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Fed. R. Civ. P. 12(b)(2), Defendant Walgreens Boots Alliance, Inc. moves to dismiss Plaintiffs' Second Amended Complaints in the above-captioned cases for lack of personal jurisdiction for the reasons set forth in the accompanying Memorandum.

| | |
|---|---|
| Dated:  June 8, 2018 | Respectfully submitted, |
| | /s/ Kaspar Stoffelmayr |
| | Kaspar Stoffelmayr |
| | Bartlit Beck Herman Palenchar & Scott LLP |
| | 54 West Hubbard Street, Ste. 300 |
| | Chicago, Illinois 60654 |
| | (312) 494-4400 |
| | kaspar.stoffelmayr@bartlit-beck.com |
| | *Counsel for Walgreens Boots Alliance, Inc.* |

- 2 -

## **CERTIFICATE OF SERVICE**

    I hereby certify that, this 8th day of June, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

        /s/ Kaspar Stoffelmayr
        Kaspar Stoffelmayr

        *Counsel for Walgreens Boots Alliance, Inc.*