# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>  *Cabell County Commission v. AmerisourceBergen Drug Corp., et al.*,<br>  Case No. 1:17-op-45053-DAP (S.D. W. Va.) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## RITE AID CORPORATION'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Pursuant to Federal Rule of Civil Procedure 12(b)(2), Rite Aid Corporation ("RAC") respectfully moves this Court to dismiss Plaintiff Cabell County Commission's claims against RAC for lack of personal jurisdiction. Fed. R. Civ. P. 12(b)(2). RAC refers the Court to the attached memorandum in support for a full statement of the bases for this Motion.

|  |  |
|---|---|
| Date: June 8, 2018 | Respectfully submitted,<br><br>*/s/ Elisa P. McEnroe*<br>Elisa P. McEnroe, Esq.<br>elisa.mcenroe@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>1701 Market Street<br>Philadelphia, PA 19103-2921<br>T: 215-963-5917<br>F: 215-963-5001<br><br>Kelly A. Moore, Esq.<br>kelly.moore@morganlewis.com<br>Morgan, Lewis & Bockius LLP<br>101 Park Avenue<br>New York, NY 10178-0060<br>T: 212-309-6612<br>F: 212-309-6001<br><br>*Counsel for Rite Aid Corporation and Rite Aid of Maryland, Inc.* |

## **CERTIFICATE OF SERVICE**

I certify that the foregoing document and all of its attachments were electronically filed on June 8, 2018 with the Clerk of Court using the CM/ECF system, which will send notification of such filing to all registered users.

/s/ *Elisa P. McEnroe*
Elisa P. McEnroe