# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Cabell County Commission v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 17-op-45053-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANT CARDINAL HEALTH, INC.'S MOTION TO DISMISS
## (FED. R. CIV. P. 12(b)(6))

Pursuant to Case Management Orders One [Dkt. 232] and Four [Dkt. 485], Defendant Cardinal Health, Inc., moves to dismiss the Second Amended Complaint in the above-referenced action with prejudice on the basis that it is barred by the doctrine of res judicata and for the reasons given in the accompanying memorandum of law, which is incorporated herein. Defendant HD Smith joins the motion.

Dated:  June 8, 2018                                Respectfully submitted,

*/s/ Dean T. Barnhard*                              */s/ Enu Mainigi*
Dean T. Barnhard                                    Enu Mainigi
**BARNES & THORNBURG LLP**                          F. Lane Heard III
11 South Meridian Street                            Steven M. Pyser
Indianapolis, IN 46204                              Ashley W. Hardin
Tel: (317) 231-7501                                 **WILLIAMS & CONNOLLY LLP**
Fax: (317) 231-7433                                 725 Twelfth Street, NW
dean.barnhard@btlaw.com                             Washington, DC 20005
                                                    Tel: (202) 434-5000
*Counsel for HD Smith*                              Fax: (202) 434-5029
                                                    emainigi@wc.com
                                                    lheard@wc.com
                                                    spyser@wc.com
                                                    ahardin@wc.com

                                                    *Counsel for Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I, Ashley W. Hardin, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

<em>/s/ Ashley W. Hardin</em><br>
Ashley W. Hardin