# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) ) ) | **CASE NO. 1:17-MD-2804** <br><br> **JUDGE POLSTER** <br><br> **NOTICE DISCLOSING ASSISTANTS** |

The Court hereby gives notice to the parties as follows. The Court has scheduled briefing on motions to dismiss in several cases. *See* CMO-1 at 2-5 (docket no. 232); CMO-4 (docket no. 485). In anticipation of the sizable amount of briefing and the complexity of issues associated with these motions to dismiss, and with Court knowledge, Special Master Cohen hired two assistants to help with legal research and drafting. They are:

| | |
|---|---|
| Michael J. Borden <br> Associate Dean <br> Cleveland-Marshall College of Law <br> Cleveland State University <br> 2121 Euclid Ave. <br> Cleveland, OH 44115 <br> 216.523.7419 <br> michael.borden@law.csuohio.edu | Nora von Stange <br> Von Stange Law, PLC <br> 70 South Winooski Ave., Suite 2A <br> Burlington, VT 05401 <br> 802.651.6970 <br> gvonstange@vonstangelaw.com |

In light of the recent workload reassignment, *see* docket no. 549, Mr. Borden and Ms. von Stange will, going forward, provide assistance on the motions to dismiss directly to Magistrate Judge Ruiz. Mr. Borden has agreed to an hourly rate for this matter of $300.00, and Ms. von Stange has agreed to an hourly rate for this matter of $200. The assistants will submit their monthly bills to Magistrate Judge Ruiz for his authorization, and the parties will split their approved costs 50-50. The Court files this notice to ensure transparency.

                                                                     */s/ Dan Aaron Polster    June 8, 2018*
                                                                     **Dan Aaron Polster**
                                                                     **United States District Judge**