# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*Broward County, Florida v. Purdue Pharma L.P., et al.*, Case No. 18-op-45332 | **MDL No. 2804**<br><br>**Case No. 17-MD-2804**<br><br>**Judge Dan Aaron Polster** |

## MOTION TO DISMISS BY DEFENDANTS CVS HEALTH CORPORATION, WALGREENS BOOTS ALLIANCE, INC., AND WALMART INC.

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants CVS Health Corporation, Walgreens Boots Alliance, Inc., and Walmart Inc. move to dismiss Plaintiff's Second Amended Complaint with prejudice for the reasons set forth in the accompanying Memorandum.

Dated:  June 8, 2018

Respectfully submitted,

/s/ Kaspar Stoffelmayr
Kaspar Stoffelmayr
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
54 West Hubbard Street, Ste. 300
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlit-beck.com

*Counsel for Walgreens Boots Alliance, Inc.*

/s/ Eric R. Delinsky (consent)
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Ste. 1000
Washington, DC  20036
(202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com

*Counsel for CVS Health Corporation*


/s/ Tina M. Tabacchi (consent)
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
(312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that this 8th day of June, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Kaspar Stoffelmayr
Kaspar Stoffelmayr

*Counsel for Walgreens Boots Alliance, Inc.*