UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION
OPIATE LITIGATION

MDL No. 2804

**This document relates to:**                                      Judge Dan Aaron Polster

*Cabell County Commission v.*
*AmerisourceBergen Drug Corporation, et al.*
Case No. 17-OP-45053 – DAP


MOTION TO DISMISS SECOND AMENDED COMPLAINT BY DEFENDANTS
CVS HEALTH CORPORATION, THE KROGER CO., RITE AID
CORPORATION, WALGREEN BOOTS ALLIANCE, INC., AND WALMART INC.

CVS Health Corporation, The Kroger Co., Rite Aid Corporation, Walgreens Boots Alliance, Inc, and Walmart Inc., collectively the "Moving Defendants," move to dismiss the Second Amended Complaint pursuant to Rules 12(b)(1) and 12(b)(6).

1. Plaintiff Lacks Authority to Challenge Legal Activities Otherwise Regulated by the State.

2. The Complaint fails to state a claim for relief.

3. Plaintiff has not plausibly pled any claim against the Moving Defendants as Pharmacies.

4. Plaintiff has not plausibly pled a claim for negligence.

5. Plaintiff fails to state a claim for public nuisance.

6. Plaintiff's unjust enrichment claim fails because Plaintiff conferred no benefit on the Moving Defendants.

7. Plaintiff's claims against Moving Defendants based on the distribution of opioids are barred by W. Va. Code §§ 30-5-21.

8. Plaintiff's claims against Moving Defendants based on their alleged dispensation of opioids are barred by the West Virginia Medical Professional Liability Act.

9. Plaintiff's civil conspiracy claim fails.

10. Plaintiff's claims are barred by the "free-public-service" doctrine.

11. Plaintiff's claims are barred by the "economic loss" doctrine.

For these reasons, and as set forth more fully in the accompanying Memorandum of Law and in the motion submitted by other parties in this action in which the Moving Defendants join, the Complaint must be dismissed.

**THE MOVING DEFENDANTS**
By counsel

/s/ Ronda L. Harvey
Ronda L. Harvey (WVSB #6326)
Fazal A. Shere (WVSB #5433)
BOWLES RICE LLP
600 Quarrier Street (25301)
Post Office Box 1386
Charleston, West Virginia 25326-1386
Telephone:  304-347-1100
Facsimile:  304-347-1756
rharvey@bowlesrice.com
fshere@bowlesrice.com
*Counsel for The Kroger Co.*

/s/ Eric R. Delinsky (consent)
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER
1800 M Street, NW
Suite 1000
Washington, DC 20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com
*Attorneys for CVS Health Corporation*

/s/ Kaspar Stoffelmayr (consent)
Kaspar Stoffelmayr
BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail:  kaspar.stoffelmayr@bartlit-beck.com
*Attorney for Walgreens Boots Alliance, Inc.*

/s/ Kelly A. Moore (consent)
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY  10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail:  kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
Email: elisa.mcenroe@morganlewis.com
*Attorneys for Rite Aid Corporation and Rite Aid of Maryland, Inc. d/b/a Rite Aid Mid-Atlantic Customer Support Center, Inc.*

/s/ Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail:   tfumerton@jonesday.com
*Attorneys for Walmart Inc.*

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**IN RE NATIONAL PRESCRIPTION**
**OPIATE LITIGATION**

**MDL No. 2804**

**This document relates to:**  **Case No. 17-md-2804**
**Judge Dan Aaron Polster**

*Cabell County Commission v.*
*AmerisourceBergen Drug Corporation, et al.*
**Case No. 1:17-OP-45053 – DAP (S.D. W. Va.)**

## CERTIFICATE OF SERVICE

I hereby certify that this 8th day of June, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Ronda L. Harvey
Ronda L. Harvey (WVSB #6326)
BOWLES RICE LLP
600 Quarrier Street (25301)
Post Office Box 1386
Charleston, West Virginia 25326-1386
Telephone:  304-347-1100
Facsimile:  304-347-1756
rharvey@bowlesrice.com

*Counsel for The Kroger Co.*

10186509.1