# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.,* Case No. 18-OP-45090<br><br>*City of Chicago, Illinois v. Cardinal Health, Inc.*, *et al.*, Case No. 18-OP-45281<br><br>*Cabell County Commission, West Virginia v. AmerisourceBergen Drug Corp., et al.*, Case No. 17-OP-45053<br><br>*County of Monroe, Michigan v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45158<br><br>*Broward County, Florida v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45332 | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

## WALMART INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant Walmart Inc. respectfully submits this Corporate Disclosure Statement.

Walmart Inc. does not have any parent corporation(s) and no publicly held corporation owns 10% or more of Walmart Inc.'s stock.

Dated: June 8, 2018

Respectfully submitted,

/s/ *Tara A. Fumerton*
Tara A. Fumerton
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 782-3939
Email:  tfumerton@jonesday.com

*Counsel for Walmart Inc.*

- 2 -

## **CERTIFICATE OF SERVICE**

I hereby certify that, this 8th day of June, 2018, I electronically filed a copy of the foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

/s/ *Tara A. Fumerton*
Tara A. Fumerton

*Counsel for Walmart Inc.*

- 2 -