**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**CORPORATE DISCLOSURE STATEMENT** |

Pursuant to the Court's Order of June 5, 2018, and the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with that provision, this Corporate Disclosure Statement is filed on behalf of: **CVS HEALTH CORPORATION** (without waiving personal jurisdiction)

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
    Yes         **x** No

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?
    Yes         **x** No

Date: June 8, 2018                                      Respectfully submitted,

                                                                     */s/ Eric R. Delinsky*
Eric R. Delinsky
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW
Washington, DC 20036
202-778-1800
202-822-8106 (fax)
edelinsky@zuckerman.com

*Counsel for CVS Health Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 8, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Eric R. Delinsky*
Eric R. Delinsky