**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>   *City of Chicago v.*<br>   *Cardinal Health Inc.*, et al.,<br>   Case No. 18-op-45281 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**CVS HEALTH CORPORATION'S MOTION TO DISMISS
THE FIRST AMENDED COMPLAINT FOR
<u>LACK OF PERSONAL JURISDICTION</u>**

Defendant CVS Health Corporation, pursuant to the Court's April 11, 2018 Case Management Order One, moves to dismiss the First Amended Complaint filed in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). A memorandum in support of this motion is attached.

Date: June 8, 2018

Respectfully submitted,

<u>/s/ *Eric R. Delinsky*</u>
Eric R. Delinsky
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW
Washington, DC 20036
202-778-1800
202-822-8106 (fax)
edelinsky@zuckerman.com

*Counsel for CVS Health Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Eric R. Delinsky*
Eric R. Delinsky