UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Broward County, Florida v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45332 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANTS AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., AND McKESSON CORP.'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6))

Pursuant to Case Management Orders One [Dkt. 232] and Four [Dkt. 485], Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributors") move to dismiss the Second Amended Complaint in the above-referenced action with prejudice on the basis that it fails to state a claim upon which relief can be granted, for the reasons given in the accompanying memorandum of law, which is incorporated herein.

Pursuant to Case Management Order One Section 2.g, Distributors raise "only those issues they believe are most critical," and pursuant to Section 2.j, Distributors do not waive and hereby preserve any defenses not addressed in the motion and reserve their right "to file an individual motion to dismiss" at the appropriate time.

Dated: June 8, 2018                                Respectfully submitted,

*/s/ Robert A. Nicholas*                           */s/ Enu Mainigi*
Robert A. Nicholas                                 Enu Mainigi
Shannon E. McClure                                 F. Lane Heard III
**REED SMITH LLP**                                 Steven M. Pyser
Three Logan Square                                 Ashley W. Hardin
1717 Arch Street, Suite 3100                       **WILLIAMS & CONNOLLY LLP**
Philadelphia, PA 19103                             725 Twelfth Street, NW
Tel: (215) 851-8100                                Washington, DC 20005
Fax: (215) 851-1420                                Tel: (202) 434-5000
rnicholas@reedsmith.com                            Fax: (202) 434-5029
smcclure@reedsmith.com                             emainigi@wc.com
                                                   lheard@wc.com
*Counsel for AmerisourceBergen Drug                spyser@wc.com
Corporation*                                       ahardin@wc.com

*/s/ Geoffrey Hobart*                              *Counsel for Cardinal Health, Inc.*
Geoffrey Hobart
Mark Lynch
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

2

## CERTIFICATE OF SERVICE

      I, Geoffrey Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

                                                       */s/ Geoffrey Hobart*
                                                       Geoffrey Hobart