**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>   *County of Monroe, Michigan v. Purdue Pharma L.P.*, et al.,<br>   Case No. 18-op-45158 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br>Magistrate Judge David Ruiz |

**MOTION TO DISMISS BY DEFENDANTS
CVS HEALTH CORPORATION, THE KROGER CO., RITE AID CORPORATION,
RITE AID OF MARYLAND, INC., D/B/A RITE AID MID-ATLANTIC CUSTOMER
SUPPORT CENTER, WALGREENS BOOTS ALLIANCE, INC., AND WALMART INC.**

Defendants CVS Health Corporation, The Kroger Co., Rite Aid Corporation, Rite Aid of Maryland, Inc., d/b/a Rite Aid Mid-Atlantic Customer Support Center, Walgreens Boots Alliance, Inc., and Walmart Inc. (collectively the "Moving Defendants") move to dismiss the Second Amended Complaint in the above-captioned action pursuant to Rules 12(b)(1), 12(b)(6), and 9(b) of the Federal Rules of Civil Procedure. The Second Amended Complaint ("Complaint") must be dismissed for the following reasons:

1. Plaintiff lacks Article III standing to bring its claims because it alleges only harm that is common to the general public and derivative of harm incurred by third parties.

2. The Complaint purports to state claims against the Moving Defendants in their capacities as distributors, not dispensing pharmacies, and any claims against the Moving Defendants as dispensing pharmacies are insufficient under pleading rules.

3. Michigan's Drug Immunity Statute bars Plaintiff's common law claims.

4. Plaintiff fails to state any claims on which relief can be granted. The Complaint fails to allege facts showing that the Moving Defendants: (1) violated the Michigan Consumer Protection Act; (2) negligently distributed prescription opioids; (3) created a public nuisance through their lawful distribution of a highly regulated product; (4) received any benefit from Plaintiff that constitutes unjust enrichment; (5) committed any fraud; or (6) engaged in a civil conspiracy.

For these reasons, and as set forth more fully in the accompanying memorandum and in the memorandum submitted by Defendants McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Drug Corporation, the Second Amended Complaint must be dismissed.

Dated:  June 8, 2018

Respectfully submitted,

*/s/ Eric R. Delinsky*
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Attorneys for CVS Health Corporation*

*/s/*Tina M. Tabacchi
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tmtabacchi@jonesday.com
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

*/s/*Kaspar Stoffelmayr
Kaspar Stoffelmayr
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlit-beck.com

*Attorneys for Walgreens Boots Alliance, Inc.*

*/s/*Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
E-mail: elisa.mcenroe@morganlewis.com

*Attorneys for Rite Aid Corporation and Rite Aid of Maryland, Inc.*

*/s/*Ronda Harvey
Ronda Harvey
Fazal A. Shere
BOWLES RICE LLP
600 Quarrier Street
Charleston, WV 25301
Phone: (304) 347-1701
Fax: (304) 347-1746
E-mail: rharvey@bowlesrice.com
E-mail: fshere@bowlesrice.com

*Attorneys for The Kroger Co.*

6433786.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 8, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

*/s/ Eric R. Delinsky*
Eric R. Delinsky

6433786.1