# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:17-op-45053-DAP (S.D. W. Va.) | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Before the Court is the Manufacturer Defendants' Joint Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion"). Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED** that the Manufacturer Defendants' Motion is **GRANTED** in its entirety and the Second Amended Complaint is **DISMISSED WITH PREJUDICE** with respect to the Manufacturer Defendants. The Clerk shall enter judgment in the Manufacturer Defendants' favor.

IT IS SO ORDERED.

Dated this __ day of ____, 2018

                                                       Honorable Dan Aaron Polster
                                                       United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, a copy of the foregoing **[Proposed] Order Granting Manufacturer Defendants' Joint Motion to Dismiss Plaintiff's Second Amended Complaint** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated:  June 8, 2018

/s/ Charles C. Lifland

Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone:  (213) 430-6000
Facsimile:  (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*