# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*County of Monroe v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45158 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## DECLARATION OF BRIEN T. O'CONNOR IN SUPPORT OF MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

I, Brien T. O'Connor, declare as follows:

1. I am a partner at the law firm of Ropes & Gray LLP and counsel of record for Defendant Mallinckrodt LLC in the above-captioned matter. I am a member in good standing of the State Bar of Massachusetts. I submit this declaration in support of the Manufacturer Defendants' Joint Motion to Dismiss Plaintiff's Second Amended Complaint. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of a Michigan Department of Attorney General press release entitled *Schuette Opens Investigation into Opioid Manufacturers and Distributors*, dated September 9, 2017, *available at* https://www.michigan.gov/ag/0,4534,7-359-82916_81983_47203-447355--,00.html (last accessed June 8, 2018).

I declare under penalty of perjury that the foregoing is true and correct.  This Declaration was executed in Boston, Massachusetts, on June 8, 2018.

/s/ Brien T. O'Connor

Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com

*Attorney for Defendant Mallinckrodt LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 8th of June, 2018, I electronically filled the forgoing with the Clerk of the Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF systems.

Dated: June 8, 2018                                                /s/ Brien T. O'Connor
                                                                                        Brien T. O'Connor