# EXHIBIT A

OFFICIAL WEBSITE OF MICHIGAN.GOV

**DEPARTMENT OF ATTORNEY GENERAL**

☰ MENU

AG / MEET BILL / MEDIA / PRESS RELEASES

# Schuette Opens Investigation into Opioid Manufacturers and Distributors

Contact: Andrea Bitely, Megan Hawthorne; (517) 373-8060

September 19, 2017

**LANSING** – Michigan Attorney General Bill Schuette today announced that he is moving forward with an investigation of both the manufacturers and the distributors of prescription opioid drugs alongside a bipartisan coalition of 41 state attorneys general. The coalition has demanded detailed information and documents from both the manufacturers and the distributors.

Today's announcement represents a dramatic expansion and coordination of the investigations by the attorneys general into the nationwide opioid epidemic. A majority of the states' chief legal officers are now pooling resources and coordinating across party lines to address the most pressing public health crisis affecting our country, and doing so with a broad focus on multiple entities at both the manufacturer and distributor levels.

"Highly addictive opioid drugs have destroyed families, robbed children of parents and robbed parents of children," said Schuette. "I will be working with attorneys general from across the country, pooling our resources, and digging into the marketing, distribution and sale of opioids.  Once the information has been provided and reviewed, we will take further coordinated legal action as appropriate."

The attorneys general are actively investigating the following pharmaceutical manufacturers and their related entities:

- Endo International plc
- Janssen Pharmaceuticals
- Teva Pharmaceutical Industries Ltd./Cephalon Inc.
- Allergan Inc.
- Purdue Pharma

The attorneys general are also seeking documents and information about distribution practices from the following medical prescription distribution companies, who together manage approximately 90 percent of the nation's opioid distribution:

- AmerisourceBergen
- Cardinal Health
- McKesson

Opioids – both prescription and illicit – are the main driver of drug overdose deaths nationwide and in Michigan. In 2015, Michigan saw its third consecutive year of increased drug overdose deaths. 1,981 people died from drug overdoses in 2015, a 13.5% increase from 2014. Since 1999, deaths from opioids have quadrupled, up from 455 in 1999.

This investigation is being handled by Schuette's Corporate Oversight Division.

## SCHUETTE'S CONTINUED FOCUS ON STOPPING THE OPIOID CRISIS IN MICHIGAN

It should be noted that this announcement is only the latest step in Schuette's ongoing work to address this crisis.  In addition to this multistate investigation, Schuette's Licensing and Regulation Division has worked collaboratively with the Michigan Department of Licensing and Regulatory Affairs to summarily suspend the licenses of 25 prescribers since January of 2016 who engaged in overprescribing behavior.  The licenses of four more dispensers were also summarily suspended during that time.

Additionally, Schuette's Health Care Fraud Division has prosecuted two separate prescription forgery rings resulting in successful resolutions against all 13 persons charged.

Schuette's newly formed Opioid Trafficking and Interdiction Unit, part of the Attorney General's Criminal Division, has already taken on 48 cases, with six individuals already convicted and 17 currently facing charges. The cases have been and will continue to be charged in cooperation with local law enforcement, Michigan State Police narcotics teams and federal agencies. The Unit will also take on felony murder cases in which it is alleged that the delivery of opioids has caused death.

###

## RELATED CONTENT

Schuette Visits Cadillac Public Schools to Unveil New OK2SAY Student Ambassador Initiative

Schuette Charges Michigan State U. Health Physicist with Bestiality

Schuette Statement on Appointment of Assistant Attorney General Anica Letica to the Michigan Court of Appeals

Schuette: Detroit Woman Sentenced for Filing False Medicaid Claims, and Embezzling from Non-Profit Methadone Clinic

Schuette: One Year in Opioid Trafficking and Drug Interdiction Unit is Making Strides

Schuette Reminds Residents about June Consumer Education Community Programs

Schuette: Oakland County Man Charged with Multiple Felonies for Allegedly Stealing More Than $60,000 from Clients

Schuette Expands Criminal Division, Creates New Team Focused on Kids and Seniors

Schuette's Elder Financial Crimes Unit Charges West Michigan Man with 14 Felonies After He Allegedly Stole Over $300,000 from Elderly Client

Schuette: Rochester Hills Man Sentenced on Fraud and Conspiracy Charges for Using His Contracting Business to Steal Thousands from Prospective Clients

Schuette: Kevin Beverly Pleads Guilty in Jackson County, Sentenced to up to 5 Years in Prison

Schuette Reminds Students to Continue to Use OK2SAY

Schuette Touts Michigan Criminal Justice Reform Success at White House

Administrative Complaint Filed Against Dr. Strampel for Public Health Code Violations

Schuette and Forsyth Statements on MSU Settlement in Principle with Nassar Survivors

Schuette: Kevin Beverly Sentenced to up to 20 Years in Washtenaw County for Witness Intimidation and Extortion Related to Threats Against his Ex-Wife

After Spring Flood Warnings, Schuette Reminds Residents to be on the Lookout for Flood Damaged Vehicles When Making A Car Purchase

Schuette Files Appeal to Protect Safety of Michigan School Children

Schuette Statement on National Police Week

Schuette: Former Washtenaw Man Sentenced to 5 - 10 Years in Wayne County Case for Threatening His Ex-Wife



**Michigan Department of Attorney General Written Public Summary of the Department's Freedom of Information Act Procedures and Guidelines**
**Michigan Department of Attorney General Freedom of Information Act Procedures and Guidelines**
**FOIA**
**Office of Regulatory Reinvention**
**AG Privacy Policy**
**AG Web Disclaimer**

**MICHIGAN.GOV HOME**
**ADA**
**MICHIGAN NEWS**
**POLICIES**

**COPYRIGHT 2018 STATE OF MICHIGAN**