# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*County of Monroe v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45158 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S SECOND AMENDED COMPLAINT

Before the Court is the Manufacturer Defendants' Joint Motion to Dismiss Plaintiff's Second Amended Complaint (the "Motion"). Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED** that the Manufacturer Defendants' Motion is **GRANTED** in its entirety and the Second Amended Complaint is **DISMISSED WITH PREJUDICE** with respect to the Manufacturer Defendants. The Clerk shall enter judgment in the Manufacturer Defendants' favor.

IT IS SO ORDERED.

Dated this __ day of ____, 2018

_____
Honorable Dan Aaron Polster
United States District Court Judge

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 8th of June, 2018, I electronically filled the forgoing with the Clerk of the Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF systems.

Dated: June 8, 2018    /s/ Brien T. O'Connor
                       Brien T. O'Connor