UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | Case No. 17-md-2804 |
| This document relates to: | ) | |
| *Broward County, Florida v. Purdue Pharma L.P., et al.* | ) ) | Corporate Disclosure Statement in a Civil Case |
| Case No. 1:18-op-45332 | ) | |

  Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c): Any non-governmental corporate party to a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

  In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
     __X__ Yes  _____ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   Janssen Pharmaceuticals, Inc. is the corporate successor of Ortho-McNeil-Janssen Pharmaceuticals, Inc. and Janssen Pharmaceutica, Inc. Janssen Pharmaceuticals, Inc. is a wholly owned corporate subsidiary of Johnson & Johnson, a publicly held corporation.

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?
     _____ Yes  __X__ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest: N/A.

/s/ Charles C. Lifland                                6/8/2018
(Signature of Counsel)                             (Date)

Charles C. Lifland
Sabrina H. Strong
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com
sstrong@omm.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 8, 2018, a copy of the foregoing **Corporate Disclosure Statement in a Civil Case** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated:  June 8, 2018                             /s/ Charles C. Lifland

　　　　　　　　　　　　　　　　　　　　　　Charles C. Lifland
　　　　　　　　　　　　　　　　　　　　　　Sabrina H. Strong
　　　　　　　　　　　　　　　　　　　　　　O'MELVENY & MYERS LLP
　　　　　　　　　　　　　　　　　　　　　　400 S. Hope Street
　　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90071
　　　　　　　　　　　　　　　　　　　　　　Telephone: (213) 430-6000
　　　　　　　　　　　　　　　　　　　　　　Facsimile: (213) 430-6407
　　　　　　　　　　　　　　　　　　　　　　clifland@omm.com
　　　　　　　　　　　　　　　　　　　　　　sstrong@omm.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*