UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | CASE NO. 1:17-MD-2804 |
| | ) | JUDGE POLSTER |
| **THIS DOCUMENT RELATES TO: ALL CASES** | ) ) ) ) ) ) | <u>ORDER REGARDING ALTERNATE EXHIBIT A TO ARCOS PROTECTIVE ORDER</u> |

The Court earlier entered a protective order governing disclosure of information by the United States Drug Enforcement Administration ("DEA") related to the Automated Records and Consolidated Orders System/Diversion Analysis and Detection System ("ARCOS"). *See* docket no. 167) ("*ARCOS Protective Order*"). Exhibit A to the *ARCOS Protective Order* is an acknowledgement form, which must be signed by any attorney, party, Attorney General, expert, or other entity who receives ARCOS Data via production through MDL proceedings. Signers of this form acknowledge they have read and understand the *ARCOS Protective Order* and agree to be bound by its terms.

Several Attorneys General have asked that minor amendments be made to the acknowledgement form for purposes of clarification. The Court grants this request. Accordingly, attached to this Order is an alternative "Exhibit A" to the *ARCOS Protective Order*. Entities seeking access to ARCOS Data may sign either the original or alternative version of "Exhibit A."

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**

**Dated: June 11, 2018**