**[Exhibit A]**

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | **CASE NO. 1:17-MD-2804** |
| OPIATE LITIGATION | ) | |
| | ) | **JUDGE POLSTER** |
| THIS DOCUMENT RELATES TO: | ) | |
| ALL CASES | ) | |
| | ) | **ACKNOWLEDGEMENT OF** |
| | ) | **PROTECTIVE ORDER AND** |
| | ) | **AGREEMENT TO BE BOUND** |

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the above-captioned litigation, understands its terms, and agrees to be bound by its terms. Notwithstanding anything in this Order, under no circumstances is a State or federally-recognized Native American Indian Tribe, by signing this Acknowledgment, subjecting itself in any way to the jurisdiction of this Court for any purpose other than enforcement of the confidentiality provisions of the Protective Order.  The undersigned understands that the terms of the Protective Order obligate him/her to use documents designated as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" solely for purposes of the above-captioned action or for law enforcement purposes, including investigations or litigation commenced or filed by a State or Tribal Attorney General, and that disclosure of any such documents to third-persons is prohibited except in accordance with the Protective Order or with permission of the Court.

_____
Signature

_____
Date