

1301 K Street, N. W.
WASHINGTON, D.C. 20071-7403
(202) 334-6000

OPEN RECORDS LAW REQUEST
VIA EMAIL: dmatz@summitoh.net

Ms. Deborah Matz
Summit County Law Office
179 S. Main Street
Akron, OH 44308

June 7, 2018

Dear Ms. Matz:

Under the Ohio Open Records Law, §149.43 et seq., we are requesting electronic copies of Drug Enforcement Administration ARCOS data furnished to the County of Summit, OH, in the case: County of Summit, Ohio, V. Purdue Pharma, LP, #18-OP-45090. The data was transferred to the county by the Judicial Panel in Multidistrict Litigation Re: National Prescription Opiate Litigation, #17-md-2804 in the Northern District of Ohio. We are requesting that this data be provided to The Washington Post in electronic format.

We are making this request on behalf of The Washington Post, a news organization based in Washington, D.C. The records disclosed will be used in the preparation of news articles for dissemination to the public. For purposes of fee assessments, we request that you waive all fees in the public interest because the information will contribute to public understanding of the opioid epidemic. If you decline to waive all fees, we are prepared to pay your normal fees for news media requesters. Please notify us if you expect the processing fees to exceed $100. This information is not being sought for commercial purposes.

We also request a prompt response to this request. If you expect a significant delay in responding to or in fulfilling this request, please contact us with information about when we might expect copies of the requested records.

**GOVERNMENT EXHIBIT**

**B**

If you deny any or all of this request, please cite each specific exemption you feel justifies the refusal to release the information and notify us of the appeal procedures available to us under the law.

Finally, we are requesting that you communicate with us via telephone or e-mail, rather than by U.S. mail.

Thank you for your consideration and prompt attention to this request.

Very truly yours,


Scott Higham
Washington Post Staff Writer
1301 K Street, NW
Washington DC 20071
202-334-7947
scott.higham@washpost


Katie Zezima
Washington Post Staff Writer
1301 K Street, NW
Washington DC 20071
202-334-9607
Katie.zezima@washpost.com