UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

This document relates to:

*Cabell County Commission, West Virginia v.
AmerisourceBergen Drug Corporation, et al.*
Case No. 1:17-op-45053-DAP (S.D. W. Va.)

*County of Monroe, Michigan v. Purdue
Pharma L.P., et al.*
Case No. 18-op-45158

MDL No. 2804

Case No. 17-md-2804-DAP

Judge Dan Aaron Polster

   Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c): Any non-governmental corporate party to a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

   In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: **The Kroger Co.**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   \_\_\_\_\_ Yes \_\_x\_\_ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   \_\_\_\_\_ Yes \_\_X\_\_ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest: N/A.

Dated: June 11, 2018                                              Respectfully submitted,

/s/ Ronda L. Harvey
Ronda L. Harvey (WVSB #6326)
Fazal A. Shere (WVSB #5433)
BOWLES RICE LLP
600 Quarrier Street (25301)
Post Office Box 1386
Charleston, West Virginia 25326-1386
Telephone:  304-347-1100
Facsimile:  304-347-1756
rharvey@bowlesrice.com
fshere@bowlesrice.com
*Counsel for The Kroger Co.*

10193674.1