UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF OBJECTION TO PLAINTIFFS' DISCLOSURE OF ARCOS DATA
IN RESPONSE TO PUBLIC RECORDS REQUESTS**

Undersigned counsel have received notice of three public records requests seeking disclosure of certain ARCOS data in the possession of certain Plaintiffs. The data was produced by the Drug Enforcement Administration (DEA) in this matter pursuant to the Court's Protective Order, Dkt. 167. Under the terms of the Protective Order, Defendants have two business days from receipt of notification to lodge any objection to the request with this Court. Dkt. 167, ¶ 13. Accordingly, Defendants make this filing today.[1]

The DEA has filed an objection to the records requests, and requested the opportunity for briefing in the event the Court is inclined to allow production in response to the requests. Dkt. 603. The Defendants join DEA's filing in full. As submitters of information to DEA, Defendants have certain rights and opportunities to respond to requests for public disclosure pursuant to Executive Order 12,600, DEA regulations, and case law. Should the Court be inclined not to grant the relief requested by DEA and DOJ, Defendants request that the Court order DEA and DOJ to comply fully with the procedures established by Executive Order 12,600

---

[1] Counsel are aware that Plaintiffs may still be in the process of providing the required notice of these public records requests to all Defendants, as required by this Court's Protective Order. Dkt. 167, ¶ 13.

and applicable agency regulations with respect to the particular data (if any) submitted by Defendants that is sought by the three instant FOIA requests and any other FOIA requests that may subsequently be made.

    [SIGNATURE BLOCKS ON NEXT PAGE]

Dated:  June 11, 2018                           Respectfully submitted,


/s/ Robert A. Nicholas                          /s/ Enu Mainigi
Robert A. Nicholas                              Enu Mainigi
Shannon E. McClure                              F. Lane Heard III
**REED SMITH LLP**                              Steven M. Pyser
Three Logan Square                              Ashley W. Hardin
1717 Arch Street, Suite 3100                    **WILLIAMS & CONNOLLY LLP**
Philadelphia, PA 19103                          725 Twelfth Street, N.W.
Tel: (215) 851-8100                             Washington, DC 20005
Fax: (215) 851-1420                             Tel: (202) 434-5000
rnicholas@reedsmith.com                         Fax: (202) 434-5029
smcclure@reedsmith.com                          emainigi@wc.com
                                                lheard@wc.com
*Counsel for AmerisourceBergen Corporation*     spyser@wc.com
*and AmerisourceBergen Drug Corporation*        ahardin@wc.com


/s/ Geoffrey Hobart                             *Counsel for Cardinal Health, Inc.*
Geoffrey E. Hobart
Mark H. Lynch                                   /s/ Thomas J. Hurney, Jr.
Christian J. Pistilli                           Thomas J. Hurney, Jr. (WVSB #1833)
**COVINGTON & BURLING LLP**                     Laurie K. Miller (WVSB #8826)
One CityCenter                                  **JACKSON KELLY PPLC**
850 Tenth Street, N.W.                          P.O. Box 553
Washington, DC 20001                            Charleston, WV 25322
Tel: (202) 662-5281                             Tel: (304) 340-1000
ghobart@cov.com                                 Fax: (304) 340-1050
mlynch@cov.com                                  thurney@jacksonkelly.com
cpistilli@cov.com                               lmiller@jacksonkelly.com


*Counsel for McKesson Corporation*              *Counsel for Miami-Luken, Inc.*


/s/ Dean T. Barnhard                            /s/ Kaspar J. Stoffelmayr
Dean T. Barnhard                                Kaspar J. Stoffelmayr
**BARNES & THORNBURG LLP**                      **BARTLIT BECK HERMAN**
11 South Meridian Street                        **PALENCHAR & SCOTT LLP**
Indianapolis, IN 46204                          54 West Hubbard St., Ste. 300
Tel: (317) 231-7501                             Chicago, IL 60654
Fax: (317) 231-7433                             Tel: (312) 494-4400
Dean.Barnhard@btlaw.com                         kaspar.stoffelmayr@bartlit-beck.com


*Counsel for H.D. Smith, LLC f/k/a H. D.*       *Liaison Counsel for the Chain Pharmacy*
*Smith Wholesale Drug Company*                  *Defendants*

**CERTIFICATE OF SERVICE**

I certify that, on June 11, 2018, I filed a copy of the foregoing Notice of Objection to Plaintiffs' Disclosure of ARCOS Data in Response to Public Records Requests electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

>  */s/ Ashley W. Hardin*
>  Ashley W. Hardin