# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| ) | |
| **IN RE: NATIONAL PRESCRIPTION** ) | **MDL 2804** |
| **OPIATE LITIGATION** ) | |
| ) | **CASE NO. 1:17-MD-2804-DAP** |
| **This document relates to:** ) | |
| ) | **Judge Dan Aaron Polster** |
| *County of Webb v. Purdue Pharma, L.P.,* ) | |
| *et al.*, Case No. 1:18-op-45175-DAP ) | |
| **(N.D. Ohio)** ) | |
| ) | |

## <u>DEFENDANT OPTUM, INC.'S CORPORATE DISCLOSURE STATEMENT</u>

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: **Optum, Inc.**

1.      Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    __X__ Yes _____ No

If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

a.      Defendant Optum, Inc. is a wholly-owned subsidiary of United HealthCare Services, Inc.

b.      United HealthCare Services, Inc. is a wholly-owned subsidiary of UnitedHealth Group Incorporated.

      c.     No publicly held corporation holds 10% or more of UnitedHealth Group Incorporated's stock.

2.     Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

       _____ Yes   \_\_\_X\_\_\_ No

If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

Dated: June 12, 2018                    Respectfully submitted,

                                   */s/ Kimberly K. Chemerinsky*
William H. Jordan
Georgia Bar No. 405112
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Suite 4900
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
bill.jordan@alston.com

Brian D. Boone
North Carolina Bar No. 38910
ALSTON & BIRD LLP
101 South Tryon Street
Suite 4000
Charlotte, NC 28280
Tel.: (704) 444-1000
Fax: (704) 444-1111
brian.boone@alston.com

Kimberly K. Chemerinsky
California Bar No. 277637
ALSTON & BIRD LLP
333 South Hope Street, 16th Floor
Los Angeles, CA 90071
Tel.: (213) 576-1000
Fax: (213) 576-1100

*Attorneys for Optum, Inc., OptumRx, Inc., and UnitedHealth Group Incorporated*

2

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ Kimberly K. Chemerinsky*
Kimberly K. Chemerinsky

3