UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 17-op-45053 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## **DEFENDANT NORAMCO, INC.'S CORPORATE DISCLOSURE STATEMENT**

  Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(c): Any non-governmental corporate party to a case must file a corporate disclosure statement identifying the following: (a) Any parent, subsidiary, or affiliate corporation; (b) Any publicly held corporation that owns 10% or more of the party's stock; and (c) Any publicly held corporation or its affiliate that has a substantial financial interest in the outcome of the case by reason of insurance, a franchise agreement or indemnity agreement. A corporation is an affiliate for purposes of this rule if it controls, is under the control of, or is under common control with a publicly owned corporation. A party must file the statement upon the filing of a complaint, answer, motion, response, or other pleading in this Court, whichever occurs first. The obligation to report any changes in the information originally disclosed continues throughout the pendency of the case.

  In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: **Noramco, Inc**.

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
  \_\_\_\_\_ Yes  \_\_**X**\_ No.

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?
  \_\_\_\_\_ Yes \_\_**X**\_ No.

  If the answer is Yes, list the identity of such corporation and the nature of the financial interest: **N/A**

  Respectfully submitted,

            /s/ Jenny A. Mendelsohn
            Daniel G. Jarcho\*
            D.C. Bar No. 391837
            ALSTON & BIRD LLP
            950 F Street NW

Washington, DC 20004
Telephone: (202) 239-3254
Facsimile: (202) 239-333
daniel.jarcho@alston.com

Cari K. Dawson*
Georgia Bar No. 213490
Jenny A. Mendelsohn*
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
cari.dawson@alston.com
jenny.mendelsohn@alston.com

*Attorneys for Noramco, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 12, 2018, a copy of the foregoing **DEFENDANT NORAMCO, INC.'S CORPORATE DISCLOSURE STATEMENT** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/ Jenny A. Mendelsohn
Daniel G. Jarcho*
D.C. Bar No. 391837
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Telephone: (202) 239-3254
Facsimile: (202) 239-333
daniel.jarcho@alston.com

Cari K. Dawson*
Georgia Bar No. 213490
Jenny A. Mendelsohn*
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
cari.dawson@alston.com
jenny.mendelsohn@alston.com

*Attorneys for Noramco, Inc.*
