UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates To:<br>ALL ACTIONS. | No. 1:17-md-2804<br><br>Judge Dan A. Polster |

NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to the Court's Minute Entry (ECF No. 4), Gayle M. Blatt hereby enters her appearance as counsel of record on behalf of Plaintiffs County of Marin (Case No. 18-2730, CTO-33) and County of Santa Cruz (Case No. 18-2803, CTO-34) in the above-captioned action. Ms. Blatt is registered for Electronic Case Filing in multiple federal courts. The undersigned respectfully requests service of all further notices, correspondence, filings and orders.

DATED: June 13, 2018

CASEY GERRY SCHENK FRANCAVILLA
BLATT & PENFIELD LLP

*/s/ Gayle M. Blatt*
GAYLE M. BLATT
Cal. Bar No. 122048
*gmb@cglaw.com*
110 Laurel St.
San Diego, CA 92101
Telephone: (619) 238-1811
Facsimile: (619) 544-9232

*Attorneys for Plaintiffs County of Marin and County of Santa Cruz*