UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) This document relates to: ) ) *State of Alabama v. Purdue Pharma, et al.,* )    Case No. 18-OP-45236 ) ) ) | CASE NO. 1:17-MD-2804<br><br>DISTRICT JUDGE POLSTER<br>MAGISTRATE JUDGE RUIZ<br><br>Motion for State Amicus Briefing |

### ORDER GRANTING PLAINTIFF'S MOTION TO PERMIT SHARING OF ALABAMA'S AMENDED COMPLAINT

Plaintiff State of Alabama asks this Court to allow it to share its amended complaint with other State Attorneys General and to set the parameters for state amicus briefing contemplated by Case Management Order 1.

Having considered the State's motion, the Court hereby **GRANTS** the motion as follows:

1. Notwithstanding previous orders of this Court, the State of Alabama may share its amended complaint (and any future amended complaints) with other State Attorneys General. The recipient States' use of Alabama's amended complaint (and any future amended complaints) shall be governed by the protective orders of this Court.

2. Consistent with Case Management Order One, the State Attorneys General may file amicus briefs in *State of Alabama v. Purdue Pharma, et. al.*, as follows:

    a. The State Attorneys General may file one consolidated brief of no more than 20 pages on issues related to manufacturer Defendants;

    b. The State Attorneys General may file one consolidated brief of no more than 20 pages on issues related to the distributor Defendants;

  c. The amicus briefs shall be filed no later than seven days after Alabama files its response to the Defendants' motions to dismiss;

  d. Defendants' reply briefs shall respond to both Alabama's brief and the amicus briefs and shall not exceed 30 pages each; and,

  e. Defendants' reply briefs shall be filed no later than 28 days after the amicus briefs are filed.

The filing of an amicus brief pursuant to this order does not subject any State or State Attorney General to the jurisdiction of this Court for any other purpose.

**IT IS SO ORDERED.**

 

_____
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

Dated: _____