# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) |
| | ) Case No. 17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) |
| | ) Judge Dan Aaron Polster |
| ALL CASES | ) |
| | ) **ORDER** |
| | ) |

The following attorneys are hereby designated to address the coordination of discovery in the related state and federal cases, with the supervision of Special Master Cathy Yanni:

For Plaintiffs:   Jayne Conroy
                  Joe Rice
                  Steve Skikos

For Defendants:   Mark Cheffo
                  Paul Hynes
                  Dale Rice

**IT IS SO ORDERED.**

　　　　　　　　　　　　　　　　　　　　　　 /s/Dan A. Polster     June 13, 2018
　　　　　　　　　　　　　　　　　　　　　　**Dan Aaron Polster**
　　　　　　　　　　　　　　　　　　　　　　**United States District Judge**