# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>MDL No. 2804 | )<br>)<br>)<br>)<br>) CV Case No. 1:17-MD-2804-DAP<br>)<br>) (FLN/4:18−cv−00183)<br>) |

## NOTICE OF APPEARANCE

COMES NOW W. Lewis Garrison, Jr. of the law firm Heninger Garrison Davis, LLC, and hereby enters his appearance as counsel for Plaintiffs Big Bend Community Based Care, Inc., Lutheran Services Florida, Inc., Central Florida Cares Health System, Inc., Southeast Florida Behavioral Health Network, Inc. and Central Florida Behavioral Health Network, Inc., in the above matter (FLN/4:18−cv−00183).

Dated:  June 13, 2018

*/s/ W. Lewis Garrison*
W. Lewis Garrison, Jr.
ASB 3591 N74W
HENINGER GARRISON DAVIS, LLC
2224 – 1st Avenue North
Birmingham, AL  35203
Tel:   205.326.3336
Fax:  205.326.3332
lewis@hgdlawfirm.com

CERTIFICATE OF SERVICE

I certify that on this 13th day of June, 2018, I caused a copy of the above and foregoing to be served by filing same with the Court's ECF MDL Case Administrator at robert_t_pitts@ohnd.uscourts.gov pursuant to *Order Concerning Notices of Appearances* (Doc. 469) which will notify court and counsel as required.

/s/ W. Lewis Garrison
W. Lewis Garrison, Jr.