# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** <br><br> This document applies to: *State of Alabama v. Purdue Pharma L.P. et al.*, 1:18-op-45236-DAP | ) <br> ) <br> ) Case No. **1:17-md-02804-DAP** <br> ) <br> ) Corporate Disclosure Statement <br> ) <br> ) |

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

    In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

**Rhodes Pharmaceuticals L.P.**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   \_\_\_\_ Yes     _X_ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? \_\_\_\_ Yes     _X_ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

| /s/ Steven F. Napolitano | 6/13/2018 |
|---|---|
| (Signature of Counsel) | (Date) |

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | : | CASE NO.: 1:17-MD-2804 |
| OPIATE LITIGATION | : | |
| | : | JUDGE DAN AARON POLSTER |

**CERTIFICATE OF SERVICE**

The undersigned certifies that on June 13, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

                                        /s/ Steven F. Napolitano
                                        Steven F. Napolitano, Esq. (NY Bar ID: 2260040)
                                        **Skarzynski Black LLC**
                                        One Battery Park Plaza, 32nd Floor
                                        New York, NY 10004
                                        Telephone: (212) 820-7700
                                        Fax: (212) 820-7740
                                        Email: snapolitano@skarzynski.com
                                        *Counsel for Defendant, Rhodes Pharmaceuticals L.P.*