UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF OBJECTION TO PLAINTIFFS' DISCLOSURE OF ARCOS DATA
IN RESPONSE TO PUBLIC RECORDS REQUESTS**

Undersigned counsel have received notice of three public records requests seeking disclosure of certain ARCOS data in the possession of certain Plaintiffs:

1. Open Records Law Request to the County of Cuyahoga, Ohio by the Washington Post in a letter dated June 7, 2018 ("Cuyahoga Request").

2. Open Records Law Request to the County of Summit, Ohio by the Washington Post in a letter dated June 7, 2018 ("Summit Request").

3. West Virginia Freedom of Information Act Request to the Cabell County Commission, West Virginia by HD Media Company, LLC in a letter dated June 11, 2018 ("Cabell County Request").

The data was produced by the Drug Enforcement Administration ("DEA") in this matter pursuant to the Court's Protective Order, Dkt. 167. The DEA has filed an objection to the Cuyahoga and Summit Requests, and requested the opportunity for briefing in the event the Court is inclined to allow production in response to the requests. Dkt. 603. Distributor Defendants separately filed an objection to the Cuyahoga and Summit Requests, and joined DEA's filing in full. Dkt. 605. The Manufacturer Defendants[1] join DEA's filing in full, and

---

[1] The Manufacturer Defendants are Endo Pharmaceuticals Inc.; Endo Health Solutions Inc.; Par Pharmaceutical, Inc. and Par Pharmaceuticals Companies, Inc.; Purdue Pharma L.P.; Purdue Pharma Inc.; The Purdue Frederick Company Inc.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Actavis LLC, Actavis Pharma Inc fka Watson Pharma Inc, and Watson Laboratories Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Insys Therapeutics, Inc., and Mallinckrodt LLC.

further object to the Cabell County Request. As submitters of information to DEA, Manufacturer Defendants have certain rights and opportunities to respond to requests for public disclosure pursuant to Executive Order 12,600, DEA regulations, and case law. Should the Court be inclined not to grant the relief requested by DEA and the Department of Justice ("DOJ"), Manufacturer Defendants request that the Court order DEA and DOJ to comply fully with the procedures established by Executive Order 12,600 and applicable agency regulations with respect to the particular data (if any) submitted by Manufacturer Defendants that is sought by the three instant FOIA requests and any other FOIA requests that may subsequently be made.

[SIGNATURE BLOCKS ON NEXT PAGE]

Dated:  June 13, 2018

Respectfully submitted,

/s/ Charles C. Lifland (consent)
Charles C. Lifland
Sabrina H. Strong
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com
sstrong@omm.com

*Attorney for Defendants Janssen Pharmaceuticals,*
*Inc., Johnson & Johnson, Janssen Pharmaceutica,*
*Inc. n/k/a Janssen Pharmaceuticals, Inc.,*
*and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a*
*Janssen Pharmaceuticals, Inc.*

/s/ Mark S. Cheffo (consent)
Mark S. Cheffo
Sheila L. Birnbaum
Hayden A. Coleman
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Mark.Cheffo@dechert.com
Sheila.Birnbaum@dechert.com
Hayden.Coleman@dechert.com

*Attorneys for Defendants Purdue Pharma*
*L.P., Purdue Pharma Inc., and The Purdue*
*Frederick Company*

/s/ Jonathan L. Stern (consent)
Jonathan L. Stern
**Arnold & Porter Kaye Scholer LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Phone: 202-942-5000
Fax: 202-942-5999
Email: jonathan.stern@arnoldporter.com

Sean O. Morris
**Arnold & Porter Kaye Scholer LLP**
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Phone: 213-243-4000
Fax: 213-243-4199
Email: sean.morris@arnoldporter.com

*Attorneys for Endo Health Solutions Inc. and*
*Endo Pharmaceuticals Inc.*

*Attorneys for Par Pharmaceutical, Inc. and*
*Par Pharmaceuticals Companies, Inc.*

/s/ Steven A. Reed (consent)
Steven A. Reed
Eric W. Sitarchuk
Rebecca J. Hillyer
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market St.
Philadelphia, PA 19103-2921
T: 215.963.5603
F: 215.963.5001
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

Brian M. Ercole
**MORGAN, LEWIS & BOCKIUS LLP**
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
(305) 415-3000
brian.ercole@morganlewis.com

*Attorneys for Teva Pharmaceuticals USA,*
*Inc., Cephalon, Inc., Watson Laboratories,*
*Inc., Actavis LLC, and Actavis Pharma, Inc.*

/s/ Donna M. Welch (consent)
Donna M. Welch, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
donna.welch@kirkland.com

*Counsel for Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.*

/s/ Eric H. Zagrans (consent)
Eric H. Zagrans (0013108)
**ZAGRANS LAW FIRM LLC**
6100 Oak Tree Boulevard, Suite 200
Cleveland, Ohio 44131
Telephone: 216.771.1000
Facsimile: 866.261.2008
eric@zagrans.com

J. Matthew Donohue
Joseph L. Franco
**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
Facsimile: 503.241.8014
matt.donohue@hklaw.com
joe.franco@hklaw.com

Nicholas A. Sarokhanian
**HOLLAND & KNIGHT LLP**
200 Crescent Court, Suite 1600
Dallas, TX 75201
Telephone: 214.964.9500
Facsimile: 214.964.9501
nicholas.sarokhanian@hklaw.com

*Counsel for Insys Therapeutics, Inc*

/s/ Brien T. O'Connor (consent)
Brien T. O'Connor
Andrew J. O'Connor
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Attorneys for Defendant Mallinckrodt LLC*

*Attorneys for SpecGX LLC (not yet served or appearing*

## CERTIFICATE OF SERVICE

I certify that, on June 13, 2018, I filed a copy of the foregoing Notice of Objection to Plaintiffs' Disclosure of ARCOS Data in Response to Public Records Requests electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

>*/s/ Charles C. Lifland*
>Charles C. Lifland