UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: *ALL CASES* | Judge Dan A. Polster |

NOTICE OF APPEARANCE ON BEHALF OF
<u>MIAMI-LUKEN, INC.</u>

COMES NOW the law firm of Jackson Kelly PLLC, and gives notice to the Court and to Plaintiffs of its appearance in this matter on behalf of Miami-Luken, Inc. (hereinafter "Defendant"), without waiving any objections as to the subject matter or personal jurisdiction of the Court, as to the capacity or standing of the Plaintiffs to bring suit, or as to any other defense available to this Defendant under law.  Any and all correspondence pertaining to this Defendant may be sent to Thomas J. Hurney, Jr. and Laurie K. Miller.

Dated:  June 13, 2018

Respectfully submitted,

*/s/ Laurie K. Miller*_____
Thomas J. Hurney (WVSB #1833)
Laurie K. Miller (WVSB #8826)
Jackson Kelly PLLC
P.O. Box 553
Charleston, WV  25322
Tel:  (304) 340-1000
Fax:  (304) 340-1050
Email:  thurney@jacksonkelly.com
Email:  lmiller@jacksonkelly.com
*Counsel for Miami-Luken, Inc.*

4815-4596-1320.v1

## CERTIFICATE OF SERVICE

I hereby certify that on June 13, 2018, a copy of the foregoing **Notice of Appearance on Behalf of Miami-Luken, Inc.** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                                        /s/ *Laurie K. Miller*_____
                                                                            Laurie K. Miller

4815-4596-1320.v1