**UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804** |
| | **Case No. 1:17-MD-2804** |
| **THIS DOCUMENT RELATES TO:** *ALL CASES* | **Judge Dan A. Polster** |

## CORPORATE DISCLOSURE STATEMENT

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: <u>Miami-Luken, Inc.</u>  Miami-Luken, Inc. states that it is a wholly owned subsidiary of Miami-Luken Holding Company, Inc.

1. Is said parent, subsidiary or other affiliate of a publicly owned corporation?
   \_\_\_\_  Yes        <u> X </u>  No

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

   \_\_\_\_  Yes        <u> X </u>  No

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

4815-1456-9320.v1

Dated:  June 13, 2018                              Respectfully submitted,

/s/ Laurie K. Miller
Thomas J. Hurney (WVSB #1833)
Laurie K. Miller (WVSB #8826)
Jackson Kelly PLLC
P.O. Box 553
Charleston, WV  25322
Tel:  (304) 340-1000
Fax:  (304) 340-1050
Email:  thurney@jacksonkelly.com
Email:  lmiller@jacksonkelly.com
*Counsel for Miami-Luken, Inc.*

2

4815-1456-9320.v1

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 13, 2018, a copy of the foregoing **Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                 /s/ *Laurie K. Miller*
                                                 Laurie K. Miller

4815-1456-9320.v1