# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| | **Case No. 17-md-2804** |
| This document relates to: | |
| | **Judge Dan Aaron Polster** |
| Case No. 18-op-45090 (N.D. Ohio) | |
| THE COUNTY OF SUMMIT, OHIO; THE CITY OF AKRON, OHIO; and THE STATE OF OHIO *EX REL.*, THE PROSECUTING ATTORNEY FOR SUMMIT COUNTY, SHERRI BEVAN WALSH and THE DIRECTOR OF LAW FOR THE CITY OF AKRON, EVE BELFANCE, | **STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO RITE AID CORPORATION** |
| Plaintiffs, | |
| vs. | |
| PURDUE PHARMA, L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; PAR PHARMACEUTICAL, INC.; PAR PHARMACEUTICAL COMPANIES, INC. F/K/A PAR PHARMACEUTICAL HOLDINGS, INC.; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; / JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC.; JOHNSON & JOHNSON; NORAMCO, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; ALLERGAN PLC F/K/A ACTAVIS PLC; ALLERGAN FINANCE LLC, F/K/A/ ACTAVIS, INC., F/K/A WATSON PHARMACEUTICALS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. F/K/A WATSON PHARMA, INC; INSYS THERAPEUTICS, | |

INC., MALLINCKRODT PLC;
MALLINCKRODT LLC; SPECGX LLC,
AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; CVS HEALTH
CORPORATION; DISCOUNT DRUG MART,
INC.; HBC SERVICE COMPANY; HENRY
SCHEIN, INC.; HENRY SCHEIN MEDICAL
SYSTEMS, INC.; MCKESSON
CORPORATION; MIAMI-LUKEN, INC.;
PRESCRIPTION SUPPLY, INC.; RITE AID
CORPORATION.; RITE AID OF MARYLAND,
INC.; D/B/A RITE-AID MID-ATLANTIC
CUSTOMER SUPPORT CENTER, INC;
WALGREENS BOOTS ALLIANCE, INC.
A/K/A WALGREEN CO., AND WALMART
INC. F/K/A WAL-MART STORES, INC.,

                  Defendants.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned stipulate that

Rite Aid Corporation is hereby dismissed without prejudice, with each party to bear its own fees

and costs.

Respectfully submitted,

Dated:  June 13, 2018

    */s/ Linda Singer*

Joseph F. Rice
Lisa Saltzburg
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9000
Fax:  843-216-9450
jrice@motleyrice.com
lsaltzburg@motleyrice.com

Linda Singer
Louis Bograd
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lsinger@motleyrice.com
lbograd@motleyrice.com

Donald W. Davis, Jr.
Adam D. Fuller
Elizabeth Shively Boatwright
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, OH 44308
Tel:  330-253-5060
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com

*Attorneys for the Plaintiffs*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 13th day of June 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System. The foregoing will be served on counsel of record.


   */s/ Linda Singer*
Linda Singer

*Attorney for the Plaintiffs*