UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The County of Cuyahoga, et al. v. Purdue Pharma., et al.*; Case No. 17-op-45004<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*; Case No. 18-op-45090<br><br>*City of Cleveland, Ohio, et al. v. Purdue Pharma L.P., et al.*; Case No. 18-op-45132 | MDL No. 2804<br><br>Master Docket No. 1:17-md-2804-DAP<br><br>Judge Dan Aaron Polster<br><br>Corporate Disclosure Statement |

   Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with that provision, this Corporate Disclosure Statement is filed on behalf of:
  **Rite Aid of Maryland, Inc.**[1]

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
  **x** Yes   No

    If the answer is Yes, list below the identity of the parent, subsidiary, or other affiliate corporation and the relationship between it and the named party:
    • **Rite Aid Corporation (parent company)**

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?
   Yes  **x** No

Date: June 14, 2018                   Respectfully submitted,

---

[1] Rite Aid of Maryland, Inc. reserves all objections to personal jurisdiction, insufficient process, and insufficient service of process in the underlying actions.

2

>/s/ Elisa P. McEnroe>
Elisa P. McEnroe, Esq.
elisa.mcenroe@morganlewis.com
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103-2921
T: 215-963-5917
F: 215-963-5001

Kelly A. Moore, Esq.
kelly.moore@morganlewis.com
Morgan, Lewis & Bockius LLP
101 Park Avenue
New York, NY 10178-0060
T: 212-309-6612
F: 212-309-6001

*Counsel for Rite Aid of Maryland, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on June 14, 2018, a copy of the foregoing Corporate Disclosure Statement was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

<u>/s/ Elisa P. McEnroe</u>