IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, <br><br> THIS DOCUMENT RELATES TO: ALL CASES | Case No. 1:17-MD-2804-DAP <br><br> JUDGE DAN AARON POLSTER <br><br> **NOTICE OF WITHDRAWAL** |

Please take notice that JEFFREY S. EDEN, MARGARET A. HOFFMANN, and ANDREW J. LEE of the law firm of Schwabe, Williamson & Wyatt, P.C. hereby give notice of their withdrawal as additional counsel for Defendants Johnson & Johnson and Janssen Pharmaceuticals, Inc. in the "main case" in the above-captioned proceeding. Please continue to direct all orders, pleadings, motions, correspondences and other material pertaining to this matter to Defendants Johnson & Johnson's and Janssen Pharmaceuticals, Inc.'s remaining attorneys of record.

DATED this 14th day of June, 2018.

SCHWABE, WILLIAMSON & WYATT, P.C.

By: s/ Andrew J. Lee
Jeffrey S. Eden, OSB #851903
Email: jeden@schwabe.com
Andrew J. Lee, OSB #023646
Email: ajlee@schwabe.com
Telephone: 503.222.9981
Facsimile: 503.796.2900

*Of Attorneys for Defendants Johnson & Johnson and Janssen Pharmaceuticals, Inc.*

Page 1 -   **NOTICE OF WITHDRAWAL**

SCHWABE, WILLIAMSON & WYATT, P.C.
Attorneys at Law
1211 SW 5th Ave., Suite 1900
Portland, OR 97204
Telephone: 503.222.9981
Fax: 503.796.2900

PDX\043200\234790\AJL\23192032.1