UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*Cleveland Bakers & Teamsters Health & Welfare Fund v. Purdue Pharma L.P., et al.,* Case No. 18-OP-45431 (N.D. Ohio) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE FIRST AMENDED COMPLAINT UNDER SEAL** |

Plaintiff moves for leave to file its First Amended Complaint Under Seal in the above captioned case.

The Motion states that filing said First Amended Complaint under seal is necessary to ensure compliance with Case Management Order No. 2, ECF Doc. 441, and the Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167, because the First Amended Complaint will contain confidential information subject to said Orders.

Plaintiff's Motion for Leave to File First Amended Complaint Under Seal is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated:  June 18, 2018

_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE