UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.,<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.,<br>Case No. 17-op-45004<br><br>*City of Cleveland, Ohio*, et al. *v. AmerisourceBergen Drug Corp.*, et al.,<br>Case No. 18-op-45132 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION AND ADD
CVS INDIANA, L.L.C. AND CVS RX SERVICES, INC. AS DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiffs in the above-captioned cases hereby move to dismiss Defendant CVS Health Corporation ("CVS Health") from the cases without prejudice and to add CVS Indiana, L.L.C. ("CVS Indiana") and CVS Rx Services, Inc. ("CVS Rx Services") as Defendants in those cases. CVS Health does not oppose the motion.

On May 25, 2018, CVS Health moved to dismiss the complaints in the above-captioned cases for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). If this motion pursuant to Rule 21 to dismiss CVS Health is granted, the motions to dismiss for lack of personal jurisdiction will be moot.

This motion and the addition of CVS Indiana and CVS Rx Services to these cases is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to CVS Indiana and CVS Rx Services as Defendants in the cases.

Date: June 19, 2018                                              Respectfully submitted,

*s/Peter H. Weinberger*

Peter H. Weinberger (Ohio Bar No. 0022076)
William Hawal (Ohio Bar No. 0006730)
Dustin Herman (Ohio Bar No. 0093163)
**SPANGENBERG SHIBLEY &**
   **LIBER, LLP**
1001 Lakeside Ave East, Suite 1700
Cleveland, OH 44114
Tel: 216-696-3232
Fax: 216-696-3924
pweinberger@spanglaw.com
whawal@spanglaw.com
dherman@spanglaw.com

Paul T. Farrell, Jr. (Ohio Bar No. 0070257)
Bert Ketchum
**GREENE, KETCHUM, FARRELL,**
   **BAILEY & TWEEL, LLP**
419 - 11th Street (25701)/ P.O. Box 2389
Huntington, West Virginia 25724-2389
Tel.: 800-479-0053 or 304-525-9115
Fax: 304-529-3284
paul@greeneketchum.com
bert@greeneketchurn.com

Anthony J. Majestro
**POWELL & MAJESTRO, PLLC**
405 Capitol Street, Suite P-1200
Charleston, WV 25301
Tel.: 304-346-2889
Fax: 304-346-2895
amajestro@powellmajestro.com

Michael J. Fuller, Jr. (Ohio Bar No. 0090250)
Amy Quezon (Ohio Bar No. 0091798)
**McHUGH FULLER LAW GROUP, PLLC**
97 Elias Whiddon Rd.
Hattiesburg, MS 39402
Tel.: 601-261-2220
Fax: 601-261-2481
mike@mchughfuller.com
amy@mchughfuller.com

David J. Butler (Ohio Bar No. 068455)
Adrian D. Thompson (Ohio Bar No. 0036742)
David H. Wallace (Ohio Bar No. 0037210)
**TAFT STETTINIUS & HOLLISTER, LLP**
200 Public Square, Ste. 3500
Cleveland, Ohio 44114
Tel.: 216-241-2838
Fax.: 216-241-3707
dbutler@taftlaw.com
athompson@taftlaw.com
dwallace@taftlaw.com

Peter J. Mougey
Troy Rafferty
Page A. Poerschke
Laura S. Dunning
Neil E. "Ned" McWilliams
Jeffrey Gaddy
**LEVIN, PAPANTONIO, THOMAS,**
   **MITCHELL, RAFFERTY &**
   **PROCTOR, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel.: 850-435-7068
Fax: 850-436-6068
pmougey@levinlaw.com
trafferty@levinlaw.com
ppoerschke@levinlaw.com
ldunning@levinlaw.com
nmcwilliams@levinlaw.com
jgaddy@levinlaw.com

Russell W. Budd
J. Burton LeBlanc, IV
Laura J. Baughman
S. Ann Saucer
Christine C. Mansour
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 11 00
Dallas, TX 752 19
Tel.: 214-521-3605
Fax: 214-520-1181
rbudd@baronbudd.com

2

James C. Peterson (Ohio Bar No. 0032465)
R. Edison Hill
Aaron L. Harrah
**HILL, PETERSON, CARPER, BEE & DEITZLER, PLLC**
NorthGate Business Park
500 Tracy Way
Charleston, WV 253 11
Tel.: 304-345-5667
Fax: 304-345-1519
jcpeterson@hpcbd.com
rehill@hpcbd.com
aaron@hpcbd.com

bleblanc@baronbudd.com
lbaughman@baronbudd.com
asaucer@baronbudd.com
cmansour@baronbudd.com

Roland K. Tellis
Mark P. Pifko
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Los Angeles, CA 91436
Tel.: 818-839-2333
Fax: 818-986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

**COUNSEL FOR THE CITY OF CLEVELAND**

Robin M. Wilson (0066604)
**CUYAHOGA COUNTY DEPARTMENT OF LAW**
County Administrative Headquarters
2079 East 9th Street, 7th Floor
Cleveland, Ohio 44115
Phone: (216) 443-7042
rwilson@cuyahogacounty.us

Hunter J. Shkolnik (admitted *pro hac vice*)
Paul J. Napoli (admitted *pro hac vice*)
Salvatore C. Badala (admitted *pro hac vice*)
Joseph L. Ciaccio (admitted *pro hac vice*)
**NAPOLI SHKOLNIK PLLC**
360 Lexington Avenue
New York, New York 10017
Phone: (212) 397-1000
hunter@napolilaw.com
pnapoli@napolilaw.com
sbadala@napolilaw.com
jciaccio@napolilaw.com

Michael C. O'Malley (0059592)
**CUYAHOGA COUNTY OFFICE OF THE PROSECUTOR**
The Justice Center, Courts Tower 1200 Ontario Street
9th Floor Cleveland, Ohio 44113
Phone: (216) 443-7800
mcomalley@prosecutor.cuyahogacounty.us

Scott Elliot Smith (0003749)
5003 Horizons Dr., Suite 200
Columbus, Ohio 43220
Phone: (614) 846-1700
ses@sestriallaw.com

Frank Gallucci (0072680)
**PLEVIN & GALLUCCI COMPANY, L.P.**
55 Public Square, Suite 2222
Cleveland, Ohio 44113
Phone: (216) 861-0804
fgallucci@pglawyer.com

Leo M. Spellacy, Jr. (0067304)
**THRASHER DINSMORE & DOLAN L.P.A.**
1111 Superior Avenue
Suite 412
Cleveland, Ohio 44114
Phone: (216) 255-5450
lspellacy@tddlaw.com

**COUNSEL FOR THE COUNTY OF CUYAHOGA**

Joseph F. Rice
Lisa Saltzburg
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel: 843-216-9000
Fax: 843-216-9450
jrice@motleyrice.com
lsaltzburg@motleyrice.com

Linda Singer
Louis Bograd
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel: 202-232-5504
Fax: 202-386-9622
lsinger@motleyrice.com
lbograd@motleyrice.com

Donald W. Davis, Jr.
Adam D. Fuller
Elizabeth Shively Boatwright
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, OH 44308
Tel: 330-253-5060
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com

**COUNSEL FOR THE COUNTY OF SUMMIT**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 19th day of June 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*s/Peter H. Weinberger*
Peter H. Weinberger
One of Plaintiffs' Counsel