**UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>    ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**REQUEST FOR ARGUMENT REGARDING
PLAINTIFFS' MOTION FOR MODIFICATION OF CMO-1**

Defendants respectfully file this request for oral argument regarding Plaintiffs' motion for modification of Case Management Order One (Dkt. 232).[1]  In their response to Plaintiffs' motion, Defendants explained the extraordinary relief sought by Plaintiffs and detailed Plaintiffs' failure to identify any authority that would permit this Court to grant the relief they request.  Plaintiffs' reply fails to cure these deficiencies.

This Court should deny the motion based on the papers, but to the extent that the Court is considering granting relief beyond extension of the amendment deadline, Defendants respectfully request the opportunity to present argument to address the positions taken in Plaintiffs' reply, particularly Plaintiffs' contentions regarding *Krupski v. Costa Crociere S. p. A.*, 560 U.S. 538 (2010).

Plaintiffs contend that *Krupski* overturned the Sixth Circuit's precedent and now permits amendments to relate back when the plaintiff did not know whom to sue.  *See* Reply at 4 ("[I]f Plaintiffs did not originally sue a potential defendant, it is because they are unaware of them and

---

[1] This opposition is submitted on behalf of all manufacturer, distributor, and chain pharmacy defendants that have appeared in any case in this MDL proceeding to date.

the role they played[.]"). But the Sixth Circuit has rejected precisely this reading of *Krupski*: "Even after *Krupski*, Rule 15(c) offers no remedy for this problem [of not knowing whom to sue]." *Smith v. City of Akron*, 476 F. App'x 67, 69 (6th Cir. 2012).

This Court should deny Plaintiffs' motion for modification of Case Management Order One (at least to the extent that it requests relief beyond extension of the amendment deadline) or, in the alternative, hold argument or permit Defendants to file a sur-reply.

Date: June 18, 2018

Respectfully submitted,

/s/ Kaspar Stoffelmayr
Kaspar Stoffelmayr
BARTLIT BECK HERMAN
 PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4434
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlit-beck.com

*Liaison Counsel for the Chain Pharmacy Defendants*

/s/ Mark S. Cheffo
Mark S. Cheffo
DECHERT, LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3814
Fax: (212) 698-3599
markcheffo@dechert.com

*Co-Liaison Counsel for the Manufacturer Defendants*

/s/ Enu Mainigi
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Carole S. Rendon*
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 621- 0200
Fax: (216) 696-0740
crendon@bakerlaw.com

*Co-Liaison Counsel for the Manufacturer Defendants*

*/s/ Geoffrey Hobart*
Geoffrey Hobart
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC  20001-4956
Telephone: (202) 662-5281
ghobart@cov.com

*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Shannon McClure*
Shannon McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, Pennsylvania 19103
Telephone: (215) 851-8226
Fax: (215) 851-1420
smcclure@reedsmith.com

*Co-Liaison Counsel for the Distributor Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that, this 19th day of June, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Kaspar Stoffelmayr
Kaspar Stoffelmayr

*Counsel for Walgreens Boots Alliance, Inc.*