UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | Case No. 17-MD-2804 |
| THIS DOCUMENT RELATES TO: All Cases | ) ) ) | Judge Dan Aaron Polster |
| | ) ) ) ) ) | NOTICE OF ACKNOWLEDGEMENT OF PROTECTIVE ORDER AND AGREEMENT TO BE BOUND |

Pursuant to the Court's **Protective Order re: DEA's ARCOS/DADS Database** (Doc # 167) and **Order Regarding Alternate Exhibit A to ARCOS Protective Order** (Doc # 602) the undersigned provides all parties notice that the offices or representatives of the following states' and sovereign Native American nations' Attorneys Generals have agreed to and executed the ARCOS Protective Order:

State of Alabama, Office of the Attorney General

Cherokee Nation, Office of the Attorney General

State of Delaware, Office of the Attorney General

State of Louisiana, Office of the Attorney General

Commonwealth of Massachusetts, Office of the Attorney General

State of Mississippi, Office of the Attorney General

Muscogee Creek Nation, Office of the Attorney General

State of New Mexico, Office of the Attorney General

State of Ohio, Office of the Attorney General

State of West Virginia, Office of the Attorney General

1

Dated: June 19, 2018                        RESPECTFULLY SUBMITTED:

/s/J. Burton LeBlanc, IV
J. Burton LeBlanc, IV
BARON & BUDD, P.C.
2600 CitiPlace, Suite 400
Baton Rouge, LA 70808
Tel.: 225-927-5441
Fax: 225-927-5449
bleblanc@baronbudd.com

*Attorneys General Liaison to the Plaintiffs Executive Committee*

### CERTIFICATE OF SERVICE

I hereby certify that on the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 19, 2018                        /s/J. Burton LeBlanc, IV
J. Burton LeBlanc, IV
BARON & BUDD, P.C.
2600 CitiPlace, Suite 400
Baton Rouge, LA 70808
Tel.: 225-927-5441
Fax: 225-927-5449
bleblanc@baronbudd.com

*Attorneys General Liaison to the Plaintiffs Executive Committee*