# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) | MDL No. 2804 |
| ) | |
| ) | Case No. 17-md-2804 |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Judge Dan Aaron Polster |
| ALL CASES ) | |
| ) | **ORDER CLARIFYING FACT SHEET IMPLEMENTATION ORDER, DOC #: 638** |

_____

The Court has been getting calls inquiring whether the State of Alabama and Tribes are considered "Governmental Entities" that are required to provide completed Plaintiff Fact Sheets pursuant to the Fact Sheet Implementation Order issued on June 19, 2018, Doc #: 638.

The purpose of this Order is to clarify that the direction to Governmental Entities to provide Plaintiff Fact Sheets does not apply to the State of Alabama or the Tribes.

**IT IS SO ORDERED.**

 */s/Dan A. Polster     June 20, 2018*
**Dan Aaron Polster**
**United States District Judge**