**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL NO. 2804** |
| | **CASE NO. 1:17-MD-2804** |
| **THIS DOCUMENT RELATES TO:** | |
| *All Cases* | **JUDGE DAN A. POLSTER** |

**NOTICE OF APPEARANCE**

**COMES NOW,** Dustin C. Carter and the law firm of Neblett, Beard & Arsenault and gives notice to the Court of his appearance in this matter on behalf of plaintiffs, Municipality of Yabucoa, Puerto Rico, Case No. 1:18-op-45731 and the City of Monroe, Louisiana, Case Number 1:18-op-45732.

Respectfully submitted,

By:  /s/Dustin C. Carter
　　 DUSTIN C. CARTER
　　 Neblett, Beard & Arsenault
　　 2220 Bonaventure Court
　　 Alexandria, LA  71301
　　 Phone:  (318) 487-9874
　　 Facsimile:  (318) 561-2592
　　 dcarter@nbalawfirm.com

**CERTIFICATE OF SERVICE**

I, the undersigned, do hereby certify that I have this 20th day of June, 2018, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Dustin C. Carter
DUSTIN C. CARTER