# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL NO. 2804

CASE NO. 1:17-MD-2804

THIS DOCUMENT RELATES TO:
*All Cases*

JUDGE DAN A. POLSTER

## NOTICE OF APPEARANCE

**COMES NOW,** Dawn M. Chmielewski and the law firm of Neblett, Beard & Arsenault and gives notice to the Court of her appearance in this matter on behalf of plaintiffs, Municipality of Yabucoa, Puerto Rico, Case No. 1:18-op-45731 and the City of Monroe, Louisiana, Case Number 1:18-op-45732.

Respectfully submitted,

By: /s/Dawn M. Chmielewski
DAWN M. CHMIELEWSKI
Neblett, Beard & Arsenault
2220 Bonaventure Court
Alexandria, LA  71301
Phone:  (318) 487-9874
Facsimile:  (318) 561-2592
dchmielewski@nbalawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 20th day of June, 2018, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/ Dawn M. Chmielewski
DAWN M. CHMIELEWSKI