# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** ) | MDL No. 2804 |
| ) | |
| ) | Case No. 17-md-2804 |
| This document relates to: ) | |
| ) | Judge Dan Aaron Polster |
| Case No. 18-OP-45132 (N.D. Ohio) ) | |
| ) | |
| City of Cleveland, Ohio et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| vs. ) | **NOTICE OF APPEARANCE** |
| ) | |
| AmerisourceBergen Drug Corporation, et al. ) | |
| ) | |
| Defendants. ) | |

PLEASE TAKE NOTICE that Timothy D. Johnson of the law firm Cavitch, Familo & Durkin Co., L.P.A., 1300 East Ninth Street, 20th Floor, Cleveland, Ohio 44114, hereby enters his appearance as counsel for Defendant, Discount Drug Mart, Inc., in the above-captioned action.

Respectfully submitted

/s/ Timothy D. Johnson
Timothy D. Johnson (0006686)
Cavitch, Familo & Durkin Co., L.P.A.
1300 East Ninth Street, 20th Floor
Cleveland, OH 44114
Telephone:   216-621-7860
Facsimile:   216-621-3415
Email:       tjohnson@cavitch.com
***Attorneys for Defendant***
***Discount Drug Mart, Inc.***

## CERTIFICATE OF SERVICE

On this 22nd day of June, 2018, the foregoing **Notice of Appearance** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Timothy D. Johnson
Timothy D. Johnson (0006686)
Cavitch, Familo & Durkin Co., L.P.A.
1300 East Ninth Street, 20th Floor
Cleveland, OH 44114
Telephone:	216-621-7860
Facsimile:	216-621-3415
Email:	tjohnson@cavitch.com
***Attorneys for Defendant***
***Discount Drug Mart, Inc.***