**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>   *The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.,<br>   Case No. 18-op-45090 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**JOINT MOTION TO STAY THE RESPONSIVE BRIEFING DEADLINE FOR WALGREENS BOOTS ALLIANCE INC'S**
**<u>MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION</u>**

Plaintiffs in the above-captioned case and Defendant Walgreens-Boots Alliance, Inc. ("WBA") hereby jointly move to stay the responsive briefing deadline to WBA's Motion to Dismiss for Lack of Personal Jurisdiction (Dkt. 494) for fourteen (14) days.

On May 25, 2018, WBA moved to dismiss the complaint in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). Plaintiffs and Defendant WBA are currently working to identify and confirm the proper party (or parties) to substitute for Defendant WBA. Plaintiffs and Defendant WBA jointly request that the responsive briefing deadline to WBA's Motion to Dismiss for Lack of Personal Jurisdiction be extended by 14 days, until July 6, 2018, so that the Plaintiffs may seek to substitute another entity for WBA and to dismiss WBA, thereby mooting WBA's personal jurisdiction motion.

This motion is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to WBA as a Defendant in this case.

Date: June 22, 2018                                    Respectfully submitted,


    */s/ Linda Singer*

Joseph F. Rice
Lisa Saltzburg
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9000
Fax:  843-216-9450
jrice@motleyrice.com
lsaltzburg@motleyrice.com

Linda Singer
Louis Bograd
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lsinger@motleyrice.com
lbograd@motleyrice.com

Donald W. Davis, Jr.
Adam D. Fuller
Elizabeth Shively Boatwright
**BRENNAN, MANNA & DIAMOND, LLC**
75 East Market Street
Akron, OH 44308
Tel:  330-253-5060
dwdavis@bmdllc.com
adfuller@bmdllc.com
esboatwright@bmdllc.com

*Attorneys for the Plaintiffs*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 22nd day of June 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System. The foregoing will be served on counsel of record.

                                                       */s/ Linda Singer*
                                                      Linda Singer

                                                      *Attorney for the Plaintiffs*

Case: 1:17-md-02804-DAP  Doc #: 649  Filed:  06/22/18  3 of 3.  PageID #: 15589