# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 17-OP-45004 (N.D. Ohio)<br><br>THE COUNTY OF CUYAHOGA, OHIO, and STATE OF OHIO EX REL., PROSECUTING ATTORNEY OF CUYAHOGA COUNTY, MICHAEL C. O'MALLEY,<br><br>      Plaintiffs,<br><br> vs.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC., NORAMCO, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., ALLERGAN PLC f/k/a ACTAVIS PLC, ALLERGAN FINANCE LLC, f/k/a ACTAVIS, INC., f/k/a WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT LLC, CARDINAL HEALTH, INC., McKESSON CORPORATION, AMERISOURCEBERGEN CORPORATION, HEALTH MART SYSTEMS, INC., H. D. SMITH, LLC d/b/a HD SMITH, f/k/a H.D. | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster<br><br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO RITE AID CORPORATION** |

SMITH WHOLESALE DRUG CO., H. D. SMITH HOLDINGS, LLC, H. D. SMITH HOLDING COMPANY, CVS HEALTH CORPORATION, RITEAID OF MARYLAND, INC. D/B/A RITEAID MIDATLANTIC CUSTOMER SUPPORT CENTER, INC.; RITEAID CORP; WALGREENS BOOTS ALLIANCE, INC. a/k/a WALGREEN CO., and WAL-MART INC. f/k/a WAL-MART STORES, INC.,

      Defendants.

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the undersigned stipulate that Rite Aid Corporation is hereby dismissed without prejudice, with each party to bear its own fees and costs.

Dated:  June 20, 2018        Respectfully submitted,

                       By: /s/ *Hunter J. Shkolnik*

| | |
|---|---|
| Cuyahoga County Department of Law | Napoli Shkolnik PLLC |
| Robin M. Wilson (0066604) | Hunter J. Shkolnik (admitted pro hac vice) |
| County Administrative Headquarters | Paul J. Napoli (admitted pro hac vice) |
| 2079 East 9th Street, 7th Floor Cleveland, | Salvatore C. Badala (admitted pro hac vice) |
| Ohio 44115 Phone: (216) 443-7042 | Joseph L. Ciaccio (admitted pro hac vice) 360 |
| rwilson@cuyahogacounty.us | Lexington Avenue New York, New York 10017 hunter@napolilaw.com |
| Cuyahoga County Office of the Prosecutor | pnapoli@napolilaw.com |
| Michael C. O'Malley (0059592) | sbadala@napolilaw.com |
| The Justice Center, Courts Tower 1200 | jciaccio@napolilaw.com |
| Ontario Street, 9th Floor | Phone: (212) 397-1000 |
| Cleveland, Ohio 44113 | |
| Phone: (216) 443-7800 | Plevin & Gallucci Company, L.P.A. |
| mcomalley@prosecutor.cuyaho gacounty.us | Frank Gallucci (0072680) |
| | 55 Public Square Suite 2222 |
| Scott Elliot Smith L.P.A. Scott Elliot Smith | Cleveland, Ohio 44113 |
| (0003749) 5003 Horizons Dr., Suite 200 | fgallucci@pglawyer.com |
| Columbus, Ohio 43220 | Phone: (216) 861-0804 |

Phone: (614) 846-1700
ses@sestriallaw.com

Thrasher Dinsmore & Dolan L.P.A.
Leo M. Spellacy, Jr. (0067304)
1111 Superior Avenue, Suite 412
Cleveland, Ohio 44114
Phone: (216) 255-5450

**CERTIFICATE OF SERVICE**

   I HEREBY CERTIFY that on this 20th day of June 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System. The foregoing will be served on counsel of record subject to the applicable Protective and Confidentiality Orders.

/s/ *Hunter J. Shkolnik*
Hunter J. Shkolnik
*Counsel for Plaintiffs*