IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | MDL No. 2804<br><br>CASE NO. 1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

The Court and parties hereto will take notice that Michael N. Ungar, John M. Alten and Dolores P. Garcia Prignitz of Ulmer & Berne LLP, 1660 West 2nd Street, Suite 1100, Cleveland, OH 44113, telephone: 216-583-7000, hereby enter their appearance as additional counsel of record for Defendant McKesson Corporation ("McKesson"). It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as additional counsel of record for McKesson.

Respectfully submitted,

*/s/ Dolores P. Garcia Prignitz*
Michael N. Ungar (0016989)
John M. Alten (0071580)
Dolores P. Garcia Prignitz (0085644)
ULMER & BERNE LLP
1660 West 2nd Street, Suite 1100
Cleveland, OH 44113
Tel: (216) 583-7000
Fax: (216) 583-7001
mungar@ulmer.com
jalten@ulmer.com
dgarciaprignitz@ulmer.com

*Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on June 22, 2018, a copy of the foregoing Notice of Appearance was electronically filed.  Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system.  Parties and their counsel may access this filing through the Court's Electronic Case Filing system.

*/s/ Dolores P. Garcia Prignitz*
One of the Attorneys for Defendant
