UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ<br><br><br><br>**<u>UNITED STATES OF AMERICA'S MOTION TO FILE UNDER SEAL</u>** |

Now comes the United States of America, on behalf of the United States Department of Justice ("DOJ") and the Drug Enforcement Administration ("DEA"), by and through undersigned counsel, and, pursuant to Local Rule 5.2, hereby moves the Court for permission to file under seal for the Court's eyes only its Brief in Support of Objections to Disclosure of ARCOS Data and any declaration and exhibits in support thereof.  Good cause exists for the Court to grant this Motion because the brief, declaration and any exhibits will contain sensitive law enforcement information related to DEA's pending investigations and/or prosecutions. Further, the brief and declaration will contain sensitive law enforcement information related to investigative techniques and procedures, the effectiveness of which would be impaired by disclosure to the parties and the public.

Wherefore, the United States respectfully moves the Court for an order permitting it to file under seal for the Court's eyes only its Brief in Support of Objections to Disclosure of ARCOS Data and any declaration and exhibits in support thereof.   The United States will publically file a redacted version of the brief, declaration, and any related exhibit that will not contain sensitive law enforcement information.

1

        Respectfully submitted,

        DAVID A. SIERLEJA
        First Assistant United States Attorney
        Northern District of Ohio

By:   */s/James R. Bennett II*
        JAMES R. BENNETT II (OH #0071663)
        KAREN E. SWANSON HAAN (OH #0082518)
        Assistant U.S. Attorneys
        Carl B. Stokes United States Courthouse
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio  44113-1852
        (216) 622-3988 (Bennett)
        (216) 622-3851 (Swanson Haan)
        E-mail:  James.Bennett4@usdoj.gov
        E-mail:  Karen.Swanson.Haan@usdoj.gov

        ALEXANDER K. HAAS
        Special Counsel to the Assistant AG, Civil Division
        ALICE SHIH LACOUR
        ERIC J. SOSKIN
        Counsel to the Assistant AG, Civil Division
        United States Department of Justice
        950 Pennsylvania Ave., NW
        Washington, DC 20530
        (202) 353-8679 (Haas)
        (202) 514-3180 (LaCour)
        (202) 514-1500 (Soskin)
        E-mail: alex.haas@usdoj.gov
        E-mail: alice.s.lacour@usdoj.gov
        E-mail: eric.soskin@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on June 22, 2018, I filed a copy of the foregoing Motion to Seal electronically.  The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

    /s/ James R. Bennett II
    JAMES R. BENNETT II
    Assistant U.S. Attorney

    *Attorney for the United States of America*