# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* Case No. 18-op-45090 | Case No. 17-md-2804 <br><br> Hon. Dan Aaron Polster |

## JOINDER OF DISTRIBUTORS' MOTIONS TO DISMISS SECOND AMENDED COMPLAINT

Defendants Henry Schein, Inc. and Henry Schein Medical Systems, Inc. (collectively, the "Schein Defendants") hereby join in Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc. and McKesson Corp's Motions to Dismiss the Second Amended Complaint and Memorandum in Support ("Motions to Dismiss") filed on May 25, 2018 and June 8, 2018 (ECF No. 491, 1:17-md-02804-DAP and ECF No. 41, 1:18-op-45090-DAP, respectively.)

The Schein Defendants join, adopt, and incorporate by reference the legal arguments and authorities cited in the Motions to Dismiss to the extent such legal arguments and authorities impact claims brought against the Schein Defendants, including but not limited to the legal arguments and authorities cited in Sections II, III, IV, V, and VI of the Motions to Dismiss.  This Joinder is made pursuant to §§ 2(g), 2(j), and 2(k) of Case Management Order One (ECF No. 232) entered April 11, 2018, in an endeavor to coordinate and consolidate briefing on all of the motions to dismiss and avoid duplicative briefing by incorporating similar arguments by reference, and the Schein Defendants reserve all rights to raise any defenses not addressed in the Motion to Dismiss and to file an individual motion to dismiss on any grounds in the future.

1

Accordingly, for at least the reasons set forth in the Distributors' Motion to Dismiss, the Court should dismiss all claims against the Schein Defendants, and grant the Schein Defendants any such further relief allowable at law or in equity.

Dated: June 25, 2018          Respectfully submitted,

*/s/ Brandan Montminy*
John P. McDonald
  Texas Bar No. 13549090
  *jmcdonald@lockelord.com*
C. Scott Jones
  Texas Bar No. 24012922
  *sjones@lockelord.com*
Brandan J. Montminy
  Texas Bar No. 24088080
  *brandan.montminy@lockelord.com*
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
Telephone: (214) 740-8000
Facsimile:  (214) 740-8800

***Attorneys for Henry Schein, Inc. and Henry Schein Medical Systems, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email addresses on file with the Court.

*/s/ Brandan Montminy*
Brandan Montminy