UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  This document relates to: *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* Case No. 18-op-45090 | MDL No. 2804  Case No. 17-md-2804  Hon. Dan Aaron Polster |

**CORPORATE DISCLOSURE
STATEMENT OF HENRY SCHEIN, INC.**

Pursuant to the corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any non-governmental corporate party to a proceeding must file a statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock.  A party must file the statement upon a filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first.  The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with that provision, this Corporate Disclosure Statement is filed on behalf of:

**Henry Schein, Inc.[1]**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    _____ Yes    X  _____ No

2. Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

    _____ Yes    X  _____ No

---

[1] Henry Schein, Inc. reserves all defenses and objections to personal jurisdiction, insufficient process, and insufficient service of process in the underlying actions.

1

Dated: June 25, 2018          Respectfully submitted,

                                           */s/ Brandan Montminy*
                                           John P. McDonald
                                             Texas Bar No. 13549090
                                             *jmcdonald@lockelord.com*
                                             C. Scott Jones
                                             Texas Bar No. 24012922
                                             *sjones@lockelord.com*
                                             Brandan J. Montminy
                                             Texas Bar No. 24088080
                                             *brandan.montminy@lockelord.com*
                                             LOCKE LORD LLP
                                             2200 Ross Avenue, Suite 2800
                                             Dallas, Texas 75201
                                             Telephone: (214) 740-8000
                                             Facsimile:  (214) 740-8800

                                             ***Attorneys for Henry Schein, Inc. and Henry Schein Medical Systems, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email addresses on file with the Court.

                                             /s/ *Brandan Montminy*
                                             Brandan Montminy