UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* Case No. 18-op-45090 | Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**CORPORATE DISCLOSURE STATEMENT OF
<u>HENRY SCHEIN MEDICAL SYSTEMS, INC.</u>**

Pursuant to the corporate Disclosure Statement provisions in Local Civil Rule 3.13(b): Any non-governmental corporate party to a proceeding must file a statement identifying all of its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon a filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with that provision, this Corporate Disclosure Statement is filed on behalf of:

**Henry Schein Medical Systems, Inc.[1]**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?

    <u>  X  </u> Yes <u>         </u>No

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    *Henry Schein Medical Systems, Inc. is 100% owned by Henry Schein, Inc.*

---

[1] Henry Schein Medical Systems, Inc. reserves all defenses and objections to personal jurisdiction, insufficient process, and insufficient service of process in the underlying actions.

1

2.  Is there a publicly owned corporation, not a party to this case, that has a financial interest in the outcome?

          Yes    X    No

Dated: June 25, 2018                         Respectfully submitted,

                                                      */s/ Brandan Montminy*
                                                      John P. McDonald
                                                        Texas Bar No. 13549090
                                                        *jmcdonald@lockelord.com*
                                                      C. Scott Jones
                                                        Texas Bar No. 24012922
                                                        *sjones@lockelord.com*
                                                      Brandan J. Montminy
                                                        Texas Bar No. 24088080
                                                        *brandan.montminy@lockelord.com*
                                                      LOCKE LORD LLP
                                                      2200 Ross Avenue, Suite 2800
                                                      Dallas, Texas 75201
                                                      Telephone: (214) 740-8000
                                                      Facsimile:  (214) 740-8800

                                                    ***Attorneys for Henry Schein, Inc. and Henry Schein Medical Systems, Inc.***

## CERTIFICATE OF SERVICE

I hereby certify that on June 25, 2018, I electronically filed the foregoing with the clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email addresses on file with the Court.

                                                                    */s/ Brandan Montminy*
                                                                     Brandan Montminy