UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | )  MDL NO. 2804 ) ) |
| THIS DOCUMENT RELATES TO: | )  CASE NO. 1:17-MD-2804 ) ) |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* *Case No. 18-op-45090* | )  JUDGE DAN A. POLSTER ) ) |

**JOINDER OF DEFENDANT HBC SERVICE COMPANY IN DEFENDANTS AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., AND McKESSON CORP.'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6))**

Defendant HBC Service Company ("HBC") hereby joins in Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc. and McKesson Corporation's Motion to Dismiss (Fed. R. Civ. P. 12(b)(6)) and Memorandum in Support ("Motion to Dismiss") [ECF No. 491] filed on or about May 25, 2018.

HBC joins, adopts, and incorporates by reference the legal arguments and authorities cited in Sections II, III, IV, V and VI of the Motion to Dismiss.  Accordingly, for the reasons set forth in Sections II, III, IV, V and IV of the Motion to Dismiss, the Court should dismiss Plaintiffs' claims against HBC.

Respectfully submitted,

*/s/George M. Moscarino*
GEORGE M. MOSCARINO, ESQ. (0019447)
WILLIAM H. FALIN, ESQ. (0038839)
**MOSCARINO & TREU LLP**
The Hanna Building
1422 Euclid Avenue, Suite 630
Cleveland, Ohio  44115
Telephone:   (216) 621-1000
Facsimile:   (216) 574-4788
Email:   gmoscarino@mosctreu.com
wfalin@mosctreu.com

ROBERT M. BARNES, ESQ. (PA ID #58655)
**MARCUS & SHAPIRA, LLP**
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA  15219
Telephone:   (412) 471-3490
Email:   rbarnes@marcus-shapira.com

Counsel for Defendant
HBC Service Company

- 3 -

## **CERTIFICATE OF SERVICE**

The foregoing Joinder in Motion to Dismiss has been electronically filed this 25th day of June 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

/s/*George M. Moscarino*
GEORGE M. MOSCARINO, ESQ.
WILLIAM H. FALIN, ESQ.

Counsel for Defendant