UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION

THIS DOCUMENT RELATES TO:
*All Cases*

MDL NO. 2804

CASE NO. 1:17-MD-2804

JUDGE DAN A. POLSTER

## NOTICE OF APPEARANCE

**COMES NOW,** Lindsey A. Cheek and the law firm of The Cheek Law Firm and gives notice to the Court of his appearance in this matter on behalf of plaintiffs, Municipality of Yabucoa, Puerto Rico, Case No. 1:18-op-45731.

Respectfully submitted,

By:  /s/Lindsey A Cheek
Lindsey A Cheek
The Cheek Law Firm
650 POYDRAS, Suite 2310
New Orleans, LA 70130
TEL: 504-304-4333
FAX: 504-324-0629
LCheek@thecheeklawfirm.com

## CERTIFICATE OF SERVICE

I, the undersigned, do hereby certify that I have this 26th day of June, 2018, electronically filed a copy of the foregoing with the Clerk of the Court to be served by operation of the Court's electronic filing system upon the parties of record.

/s/Lindsey A Cheek
Lindsey A Cheek