# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ |

## NOTICE OF APPEARANCE

Please take notice that Karen C. Lefton and Timothy D. Smith of The Lefton Group, LLC, 3480 West Market Street, Suite 304, Akron, Ohio 44333, hereby enter their appearance as counsel of record for The Washington Post Company, LLC, ("The Post") for the purpose of participating in this litigation as it pertains to public access to ARCOS Data and other records.

Respectfully submitted,

THE LEFTON GROUP, LLC

*/S/ Karen C. Lefton*
KAREN C. LEFTON (0024522)
TIMOTHY D. SMITH (0007636)
3480 W. Market Street, Suite 304
Akron, Ohio 44333
330-864-2003 - office
330-606-8299 - cell
Karen@theleftongroup.com
tdsmith@kent.edu

1

Attorneys for The Washington Post Company, LLC

**CERTIFICATE OF SERVICE**

I certify that on Wednesday, June 27, 2018, a copy of the foregoing Notice of Appearance was electronically filed and served on all counsel of record for this case through the Court's electronic filing system.

*/s/ Karen C. Lefton*
KAREN C. LEFTON (0024522)
An Attorney for The Washington Post Company, LLC