# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO.  1:17-MD-2804 <br> ) <br> ) JUDGE DAN A. POLSTER <br> ) <br> ) <br> ) <br> ) |

## NOTICE OF APPEARANCE

Now come Attorney Craig G. Pelini, Attorney Paul B. Ricard, and the law firm of Pelini, Campbell & Williams, LLC and hereby enter their appearance as counsel of record on behalf of Prescription Supply, Inc. Please direct all future correspondence and pleadings to Craig G. Pelini and Paul B. Ricard, c/o Pelini, Campbell & Williams LLC, Bretton Commons - Suite 400, 8040 Cleveland Avenue NW, North Canton, Ohio, 44720, and include the undersigned in all future certificates of service.

Respectfully submitted,

*/s/ Craig G. Pelini*
Craig G. Pelini (#0019221)
Paul B. Ricard (#0088207)
Pelini, Campbell & Williams, LLC
8040 Cleveland Ave., NW, Suite 400
North Canton, OH  44720
Telephone:  (330) 305-6400
Facsimile:   (330) 305-0042
E-mail:  cgp@pelini-law.com
            pbricard@pelini-law.com

Counsel for Prescription Supply, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on June 27, 2018, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Craig G. Pelini
Paul B. Ricard (#0088207)
Craig G. Pelini (#0019221)

S:\4137\5000 MDL\MDL Pleadings\NOA pres supply inc.docx[6/27/18:ldc]