**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  )<br>)<br>)<br>)<br>)<br>)<br>**This document applies to Track One Cases** )<br>**and Cases Identified in CMO No. 1 ¶ 2.** ) | **CASE NO.  1:17-MD-2804**<br><br>**JUDGE DAN AARON POLSTER**<br><br>**ORDER RE: REFERRAL TO**<br>**MAGISTRATE JUDGE RUIZ** |

On June 4, 2018, the Court issued an Order reassigning the workload going forward, and expressly stating that

> Magistrate Judge David Ruiz will be handling the motions to dismiss in the cases referenced in paragraph 2 of Case Management Order No. 1.  (Doc #: 232 at 2-4.)  The Court noted that he will prepare and issue Reports and Recommended Decisions, with any objections being resolved by the Court.

(Doc #: 549 at 1.)  The docket in the main case now shows that there are motions and proposed stipulations directly or tangentially related to the motions to dismiss that are currently pending before Magistrate Judge Ruiz – most of which can be ruled on in marginal entries.  (See, e.g., Doc ##: 580, 649, 650, 658, 664.)   The Court refers these types of motions to Magistrate Judge Ruiz for such rulings.[1]

**IT IS SO ORDERED.**

        */s/ Dan A. Polster     June 28, 2018*
**Dan Aaron Polster**
**United States District Judge**

---

[1] Per Doc #: 549, all discovery disputes shall continue to be addressed to Special Master David Cohen.