UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | CASE NO. 1:17-MD-2804  JUDGE POLSTER |
| **This Order Applies to** **Case No. 1:18-op-45604**  *and*  **Case No. 1:18-op-45682** | ) ) ) ) | **ORDER REGARDING** **REMAND BRIEFING** |

The MDL Panel recently transferred to this Court two cases that: (a) were originally filed in State Court by a State Attorney General, (b) were removed to federal court, and (c) arrived at the MDL Court with a pending motion to remand to State Court.  Specifically: (1) there is a fully-briefed motion to remand in *Commonwealth of Kentucky v. McKesson Corp.*, No. 1:18-op-45682; and (2) there is a not-yet-briefed motion to remand in *State of Montana v. Purdue Pharma*, no. 1:18-op-45604.

The MDL Court now directs the parties to resume briefing on the motion to remand in the *Montana* case (docket no. 26).  Defendants' response to the motion to remand is due on July 20, 2018, and plaintiffs' reply brief is due August 3, 2018.

In addition, the parties may submit additional authority, if any, in the *Kentucky* case.  Submissions of additional authority are due on or before July 9, 2018.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated: June 28, 2018**