Case: 1:17-md-02804-DAP Doc #: 679 Filed: 06/29/18 1 of 1. PageID #: 16057

The motion is GRANTED. The Court will take judicial notice of the attached to R. 580 to the extent appropriate. /s/Magistrate Judge David Ruiz 6/29/18

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*Cabell County Commission v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 17-op-45053-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**MOTION REQUESTING JUDICIAL NOTICE**
**IN FURTHER SUPPORT OF CARDINAL HEALTH'S**
**MOTION TO DISMISS SECOND AMENDED COMPLAINT**