The motion is GRANTED to the extent the moving Defendants seek to join the Motion to Dismiss (R. 491) filed by the Distributor Defendants. /s/Magistrate Judge David Ruiz 6/29/18

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* Case No. 18-op-45090 | Case No. 17-md-2804  Hon. Dan Aaron Polster |

## JOINDER OF DISTRIBUTORS' MOTIONS TO
## DISMISS SECOND AMENDED COMPLAINT

Defendants Henry Schein, Inc. and Henry Schein Medical Systems, Inc. (collectively, the "Schein Defendants") hereby join in Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc. and McKesson Corp's Motions to Dismiss the Second Amended Complaint and Memorandum in Support ("Motions to Dismiss") filed on May 25, 2018 and June 8, 2018 (ECF No. 491, 1:17-md-02804-DAP and ECF No. 41, 1:18-op-45090-DAP, respectively.)

The Schein Defendants join, adopt, and incorporate by reference the legal arguments and authorities cited in the Motions to Dismiss to the extent such legal arguments and authorities impact claims brought against the Schein Defendants, including but not limited to the legal arguments and authorities cited in Sections II, III, IV, V, and VI of the Motions to Dismiss. This Joinder is made pursuant to §§ 2(g), 2(j), and 2(k) of Case Management Order One (ECF No. 232) entered April 11, 2018, in an endeavor to coordinate and consolidate briefing on all of the motions to dismiss and avoid duplicative briefing by incorporating similar arguments by reference, and the Schein Defendants reserve all rights to raise any defenses not addressed in the Motion to Dismiss and to file an individual motion to dismiss on any grounds in the future.

1