**The motion is GRANTED to the extent the moving Defendant seeks to join the Motion to Dismiss (R. 491) filed by the Distributor Defendants. /s/Magistrate Judge David Ruiz 6/29/18**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL NO. 2804 ) ) |
| | ) CASE NO. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: | ) ) |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* *Case No. 18-op-45090* | ) JUDGE DAN A. POLSTER ) ) |

### JOINDER OF DEFENDANT HBC SERVICE COMPANY IN DEFENDANTS AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., AND McKESSON CORP.'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6))

Defendant HBC Service Company ("HBC") hereby joins in Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc. and McKesson Corporation's Motion to Dismiss (Fed. R. Civ. P. 12(b)(6)) and Memorandum in Support ("Motion to Dismiss") [ECF No. 491] filed on or about May 25, 2018.

HBC joins, adopts, and incorporates by reference the legal arguments and authorities cited in Sections II, III, IV, V and VI of the Motion to Dismiss.  Accordingly, for the reasons set forth in Sections II, III, IV, V and IV of the Motion to Dismiss, the Court should dismiss Plaintiffs' claims against HBC.