**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO. 1:17-MD-2804 ) ) JUDGE DAN A. POLSTER ) ) FILED ON BEHALF OF ) HD MEDIA COMPANY, LLC ) (D/B/A CHARLESTON GAZETTE- ) MAIL AND THE HERALD-DISPATCH) ) |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record:

Please enter the appearance of counsel on behalf of HD Media Company, LLC (d/b/a Charleston Gazette-Mail and The Herald-Dispatch), as follows:

1. Patrick C. McGinley. Mr. McGinley is admitted to practice law and is in good standing in the following courts: the Supreme Court of Appeals of West Virginia, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Southern District of West Virginia, the United States District Court for the Northern District of West Virginia, the Supreme Court of Pennsylvania, the United States Court of Appeals for the Third Circuit, and the United States District Court for the Western District of Pennsylvania.

2. Suzanne M. Weise. Ms. Weise is admitted to practice law and is in good standing in the following courts: the Supreme Court of Appeals of West Virginia, the United States Court of Appeals for the Fourth Circuit, the United States District Court for the Southern District of West Virginia and the United States District Court for the Northern District of West Virginia.

3. Mr. McGinley and Ms. Weise are appearing in this case as counsel for HD Media Company, LLC (d/b/a Charleston Gazette-Mail and The Herald-Dispatch) for the limited purpose of filing a brief to address its public records request in response to this Court's Order entered on June 13, 2018.

Date:   June 29, 2018

*/S/ Patrick C. McGinley*
Patrick C. McGinley
(W. Va. Bar 5620; Pa. Bar 33674)
pmcginley@igc.org
Telephone: 304-552-2631
Fax: 304-292-9822

*/S/ Suzanne Weise*
Suzanne Weise (W. Va. Bar 4312)
737 South Hills Drive
Morgantown, West Virginia 26501
suzweise@yahoo.com
Telephone & Fax: 304-292-9822

Counsel for HD Media Company, LLC (d/b/a Charleston Gazette-Mail and The Herald-Dispatch)

**CERTIFICATE OF SERVICE**

    I certify that on June 29, 2018, a copy of the foregoing Notice of Appearance was electronically filed and served on all counsel of record for this case through the Court's electronic filing system in accord with the Court's Order entered on June 13, 2018, inviting HD Media Company, LLC to participate in this action for the limited purpose of filing a brief to address its public records request.

    */s/ Suzanne Weise*
Suzanne Weise (W. Va. Bar 4312)
737 South Hills Drive
Morgantown, West Virginia 26501
suzweise@yahoo.com
Telephone & Fax: 304-292-9822

Counsel for HD Media Company, LLC