# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 18-op-45530-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANTS AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., AND McKESSON CORP.'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6))

Pursuant to Case Management Orders One [Dkt. 232] and Four [Dkt. 485], Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributors") move to dismiss the Complaint in the above-referenced action with prejudice on the basis that it fails to state a claim upon which relief can be granted, for the reasons given in the accompanying memorandum of law, which is incorporated herein.

Pursuant to Case Management Order One Section 2.j, Distributors do not waive and hereby preserve any defenses not addressed in the motion and reserve their right "to file an individual motion to dismiss" at the appropriate time.

Dated:  June 29, 2018                                         Respectfully submitted,

| | |
|---|---|
| */s/ Robert A. Nicholas* | */s/ Enu Mainigi* |
| Robert A. Nicholas | Enu Mainigi |
| Shannon E. McClure | F. Lane Heard III |
| **REED SMITH LLP** | Steven M. Pyser |
| Three Logan Square | Ashley W. Hardin |
| 1717 Arch Street, Suite 3100 | **WILLIAMS & CONNOLLY LLP** |
| Philadelphia, PA 19103 | 725 Twelfth Street, NW |
| Tel: (215) 851-8100 | Washington, DC 20005 |
| Fax: (215) 851-1420 | Tel: (202) 434-5000 |
| rnicholas@reedsmith.com | Fax: (202) 434-5029 |
| smcclure@reedsmith.com | emainigi@wc.com |
| | lheard@wc.com |
| *Counsel for AmerisourceBergen Drug Corporation* | spyser@wc.com |
| | ahardin@wc.com |
| */s/ Geoffrey Hobart* | *Counsel for Cardinal Health, Inc.* |
| Geoffrey Hobart | |
| Mark Lynch | |
| Christian Pistilli | |
| **COVINGTON & BURLING LLP** | |
| One CityCenter | |
| 850 Tenth Street NW | |
| Washington, DC 20001 | |
| Tel: (202) 662-5281 | |
| ghobart@cov.com | |
| mlynch@cov.com | |
| cpistilli@cov.com | |
| | |
| *Counsel for McKesson Corporation* | |

## CERTIFICATE OF SERVICE

I, Ashley W. Hardin, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Ashley W. Hardin*
Ashley W. Hardin
