# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION _____ This document applies to: THE MUSCOGEE (CREEK) NATION                Plaintiff,     v. PURDUE PHARMA L.P., *et al.*                Defendants. Case No.: 18-op-45459 | CASE NO. 1:17-md-2804 JUDGE DAN A. POLSTER |

## **NOTICE OF APPEARANCE**

The attorneys listed below of the law firm Gilbert LLP enter their appearance in the above-captioned case as counsel of record for Plaintiff, The Muscogee (Creek) Nation. Each of the attorneys below respectfully requests his or her name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorneys through the Court ECF filing system, as registered, or, if necessary, at the addresses noted below.

Scott D. Gilbert, Esq.
DC Bar No. 290932
Gilbert, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2277
Facsimile:  (202)772-3333
Email:  gilberts@gotofirm.com

Richard D. Shore, Esq.
DC Bar No. 420736
Gilbert, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2317
Facsimile:  (202)772-3333
Email:  shorer@gotofirm.com

Jenna A. Hudson, Esq.
DC Bar No. 1002396
Gilbert, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-3966
Facsimile:  (202)772-3333
Email:  hudsonj@gotofirm.com

Michael B. Rush, Esq.
DC Bar No. 1046258
Gilbert, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2405
Facsimile:  (202)772-3333
Email:  rushm@gotofirm.com

Peter P. Meringolo, Esq.
DC Bar No. 479109
Gilbert, LLP
655 Montgomery Street, 7th Floor
San Francisco, CA 94111
Telephone:  (202) 772-4014
Facsimile:  (202)772-3333
Email:  meringolop@gotofirm.com

Dated: June 29, 2018                              Respectfully submitted,

                                                        */s/ Scott D. Gilbert* (consent)
                                                        Scott D. Gilbert, Esq.
                                                        DC Bar No. 290932
                                                        Gilbert, LLP
                                                        1100 New York Avenue, NW, Suite 700
                                                        Washington, DC 20005
                                                        Telephone:  (202) 772-2277

Facsimile:  (202)772-3333
Email:  gilberts@gotofirm.com

*/s/ Richard D. Shore* (consent)
Richard D. Shore, Esq.
DC Bar 420736
Gilbert, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2317
Facsimile:  (202)772-3333
Email:  shorer@gotofirm.com

*/s/ Jenna A. Hudson*
Jenna A. Hudson, Esq.
DC Bar 1002396
Gilbert, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-3966
Facsimile:  (202)772-3333
Email:  hudsonj@gotofirm.com

*/s/ Michael B. Rush* (consent)
Michael B. Rush, Esq.
DC Bar 1046258
Gilbert, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2405
Facsimile:  (202)772-3333
Email:  rushm@gotofirm.com

*/s/ Peter P. Meringolo* (consent)
Peter P. Meringolo, Esq.
DC Bar No. 479109
Gilbert, LLP
655 Montgomery Street, 7th Floor
San Francisco, CA 94111
Telephone:  (202) 772-4014
Facsimile:  (202)772-3333
Email:  meringolop@gotofirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on June 29, 2018 I electronically filed the foregoing Notice of Appearance for the attorneys set forth above with the Clerk of this Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                        */s/ Jenna A. Hudson*
                                        Jenna A. Hudson, Esq.