**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*State of Alabama v. Purdue Pharma L.P., et al.*<br>Case No. 18-OP-45236 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANT McKESSON CORP.'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6))

Pursuant to Case Management Order 1 (Dkt. 232), Defendant McKesson Corporation ("McKesson") moves to dismiss the First Amended Complaint in the above-referenced action with prejudice on the basis that it fails to state a claim upon which relief can be granted, for the reasons given in the accompanying memorandum of law, which is incorporated herein.

Pursuant to Case Management Order One Section 2.g, McKesson raises "only those issues [it] believe[s] are most critical," and pursuant to Section 2.j, McKesson does not waive and hereby preserves any defenses not addressed in the motion and reserves its right to file an additional motion to dismiss at a later date.

2

Dated: June 29, 2018                               Respectfully submitted,


                                                   */s/ Geoffrey E. Hobart*
                                                   Geoffrey E. Hobart
                                                   Mark H. Lynch
                                                   Christian J. Pistilli
                                                   **COVINGTON & BURLING LLP**
                                                   One CityCenter
                                                   850 Tenth Street N.W.
                                                   Washington, DC 20001
                                                   Tel: (202) 662-6000
                                                   ghobart@cov.com
                                                   mlynch@cov.com
                                                   cpistilli@cov.com

                                                   *Counsel for McKesson Corporation*

2

## CERTIFICATE OF SERVICE

  I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

                     */s/ Geoffrey E. Hobart*
                     Geoffrey E. Hobart