**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The State of Alabama v. Purdue Pharma L.P.*, No. 1:18-op-45236-DAP | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**REQUEST FOR JUDICIAL NOTICE IN SUPPORT OF THE MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS THE STATE OF ALABAMA'S FIRST AMENDED COMPLAINT**

PLEASE TAKE NOTICE that, pursuant to Federal Rule of Evidence 201, the Manufacturer Defendants hereby request that the Court take judicial notice of the following documents in support of the Manufacturer Defendants' Joint Motion to Dismiss The State of Alabama's First Amended Complaint. All exhibit references correspond to the exhibits attached to the Declaration of Sean O. Morris, filed contemporaneously in support of the above-referenced motion.

1. Exhibit A: The prescription drug label for OXYCONTIN® approved by the FDA as revised December 2016;

2. Exhibit B: The prescription drug label for OPANA® ER approved by the FDA a revised December 2016;

3. Exhibit C: DOJ press release entitled "Manhattan U.S. Attorney Announces $39 Million Civil Fraud Settlement Against Qualitest Pharmaceuticals For Selling Half-Strength Fluoride Supplements" (Dec. 16, 2015);

4. Exhibit D: DOJ press release entitled "Mallinckrodt Agrees to Pay Record $35 Million Settlement for Failure to Report Suspicious Orders of Pharmaceutical Drugs and for Recordkeeping Violations" (July 11, 2017); and

5. Exhibit E: Alabama Drug Abuse Task Force's Report to the Alabama Legislature (February 15, 2013).

All of these exhibits are properly subject to judicial notice.  Courts routinely take judicial notice of FDA-approved labels (Exhibit A & B) and governmental press releases (Exhibits C, D & E).  *See, e.g.*, *Aaron v. Medtronic, Inc.*, 209 F. Supp. 3d 994, 1014 (S.D. Ohio 2016) (citing *Chapman v. Abbott Labs.*, 930 F. Supp. 2d 1321, 1323 (M.D. Fla. 2013) (FDA drug label)); *Reeves v. PharmaJet Inc.*, 846 F. Supp.2d 791, 794 n.1 (N.D. Ohio 2012) ("The Court may also take judicial notice of matters of public record including records of the FDA available on its website."); *Kiker v. SmithKline Beecham Corp.*, 2016 WL 8189286, at *4 n.3 (S.D. Ohio Dec. 15, 2016) (press releases); *see also Beaver Cty. Ret. Bd. v. LCA-Vision Inc.*, 2009 WL 806714, at *7 (S.D. Ohio Mar. 25, 2009) (finding that accuracy of press releases cannot be reasonably questioned, and noting that "[p]ress releases also are self-authenticating under evidentiary rule 902(6)").

**WHEREFORE**, the Manufacturer Defendants respectfully request that the Court take judicial notice of the abovementioned exhibits.

Dated: June 29, 2018　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　/s/  Mark S. Cheffo
　　　　　　　　　　　　　　　　　　　　　Mark S. Cheffo
　　　　　　　　　　　　　　　　　　　　　Sheila L. Birnbaum
　　　　　　　　　　　　　　　　　　　　　Hayden A. Coleman
　　　　　　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　　　　Three Bryant Park
　　　　　　　　　　　　　　　　　　　　　1095 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　　　Tel: (212) 698-3500
　　　　　　　　　　　　　　　　　　　　　Mark.Cheffo@dechert.com
　　　　　　　　　　　　　　　　　　　　　Sheila.Birnbaum@dechert.com
　　　　　　　　　　　　　　　　　　　　　Hayden.Coleman@dechert.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*

　　　　　　　　　　　　　　　　　　　　　/s/ *Jonathan L. Stern* (consent)

　　　　　　　　　　　　　　　　　　　　　Jonathan L. Stern
　　　　　　　　　　　　　　　　　　　　　Arnold & Porter Kaye Scholer LLP
　　　　　　　　　　　　　　　　　　　　　601 Massachusetts Ave. NW
　　　　　　　　　　　　　　　　　　　　　Washington, DC 20001
　　　　　　　　　　　　　　　　　　　　　Tel: (202) 942-5000
　　　　　　　　　　　　　　　　　　　　　jonathan.stern@arnoldporter.com

　　　　　　　　　　　　　　　　　　　　　Sean O. Morris
　　　　　　　　　　　　　　　　　　　　　Arnold & Porter Kaye Scholer LLP
　　　　　　　　　　　　　　　　　　　　　777 S. Figueroa St., Suite 4400
　　　　　　　　　　　　　　　　　　　　　Los Angeles, CA 90017
　　　　　　　　　　　　　　　　　　　　　Tel: (213) 243-4000
　　　　　　　　　　　　　　　　　　　　　sean.morris@arnoldporter.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

　　　　　　　　　　　　　　　　　　　　　/s/ *Steven F. Napoltiano* (consent)

　　　　　　　　　　　　　　　　　　　　　Steven F. Napolitano
　　　　　　　　　　　　　　　　　　　　　Skarzynski Black
　　　　　　　　　　　　　　　　　　　　　One Battery Park Plaza 32nd Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 10004
　　　　　　　　　　　　　　　　　　　　　Tel: (212) 820-7746

snapolitano@skarzynski.com

*Attorneys for Defendant Rhodes Pharmaceuticals L.P*