IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The State of Alabama v. Purdue Pharma L.P.*,<br>No. 1:18-op-45236-DAP | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**DECLARATION OF SEAN O. MORRIS IN SUPPORT OF THE MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS THE STATE OF ALABAMA'S FIRST AMENDED COMPLAINT**

I, Sean O. Morris declare as follows:

1. I am a partner at the law firm of Arnold & Porter Kaye Scholer and counsel of record for Defendants Endo Pharmaceuticals Inc. and Endo Health Solutions Inc. in the above-captioned matter. I am a member in good standing of the State Bar of California. I submit this declaration in support of the Manufacturer Defendants' Joint Motion to Dismiss The State of Alabama's First Amended Complaint. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a is a true and correct copy of  the prescription drug label for OXYCONTIN® approved by the FDA as revised December 2016, *available at* https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/022272s034lbl.pdf (last accessed June 29, 2018).

3. Attached hereto as **Exhibit B** is a true and correct copy of the prescription drug label that was applicable for OPANA® ER approved by the FDA as revised December 2016, *available at*

https://www.accessdata.fda.gov/drugsatfda_docs/label/2016/201655s021lbl.pdf (last accessed June 29, 2018)

4. Attached hereto as **Exhibit C** is a true and correct copy of a DOJ press release entitled "Manhattan U.S. Attorney Announces $39 Million Civil Fraud Settlement Against Qualitest Pharmaceuticals For Selling Half-Strength Fluoride Supplements" (Dec. 16, 2015), *available at* https://www.justice.gov/usao-sdny/pr/manhattan-us-attorney-announces-39-million-civil-fraud-settlement-against-qualitest (last accessed June 29, 2018)

5. Attached hereto as **Exhibit D** is a true and correct copy of a DOJ press release entitled "Mallinckrodt Agrees to Pay Record $35 Million Settlement for Failure to Report Suspicious Orders of Pharmaceutical Drugs and for Recordkeeping Violations" (July 11, 2017), *available at* https://www.justice.gov/opa/pr/mallinckrodt-agrees-pay-record-35-million-settlement-failure-report-suspicious-orders (last accessed June 29, 2018).

6. Attached hereto as **Exhibit E** is a true and correct copy of the Alabama Drug Abuse Task Force's Report to the Alabama Legislature (February 15, 2013), *available at* http://www.alabamaprosecutor.com/Documents/2013_ADTF_Report.pdf (last accessed June 29, 2018).

I declare under penalty of perjury that the foregoing is true and correct. This Declaration was executed in Los Angeles, California on June 29, 2018.

/s/ Sean O. Morris (consent)
Sean O. Morris

Arnold & Porter Kaye Scholer LLP
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Tel: (213) 243-4000
sean.morris@arnoldporter.com

*Attorneys for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018 a copy of the foregoing **Declaration of Sean O. Morris in Support of the Manufacturer Defendants' Joint Motion to Dismiss The State of Alabama's First Amended Complaint** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated:  June 29, 2018

/s/ Sean O. Morris (consent)
Sean O. Morris

Sean O. Morris
Arnold & Porter Kaye Scholer LLP
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Tel: (213) 243-4000
sean.morris@arnoldporter.com

*Attorneys for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*