**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The State of Alabama v. Purdue Pharma L.P.*, No. 1:18-op-45236-DAP | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### [PROPOSED] ORDER GRANTING MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS THE STATE OF ALABAMA'S FIRST AMENDED COMPLAINT

Before the Court is the Manufacturer Defendants' Joint Motion to Dismiss the State of Alabama's First Amended Complaint (the "Motion"). Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED** that the Manufacturer Defendants' Motion is **GRANTED** in its entirety and the First Amended Complaint is **DISMISSED WITH PREJUDICE** with respect to the Manufacturer Defendants. The Clerk shall enter judgment in the Manufacturer Defendants' favor.

IT IS SO ORDERED.

Dated this __ day of ____, 2018

_____
Honorable Dan Aaron Polster
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on June 29, 2018, a copy of the foregoing **[Proposed] Order Granting the Manufacturer Defendants' Joint Motion to Dismiss Plaintiffs' Second Amended Complaint** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated:  June 29, 2018                                  */s/ Mark S. Cheffo*