**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corp., et al.*, No. 18-op-45530 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING THE MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS PLAINTIFF'S COMPLAINT**

Before the Court is the Manufacturer Defendants' Joint Motion to Dismiss Plaintiff's Complaint (the "Motion"). Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED** that the Manufacturer Defendants' Motion is **GRANTED** in its entirety and the Complaint is **DISMISSED WITH PREJUDICE** with respect to the Manufacturer Defendants. The Clerk shall enter judgment in the Manufacturer Defendants' favor.

IT IS SO ORDERED.

Dated this __ day of _____, 2018

_____
HONORABLE DAN AARON POLSTER
UNITED STATES DISTRICT COURT JUDGE

c:  All Counsel of Record