# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804** |
| This document relates to: *West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corporation et al,* Case No. 18-OP-45530 | **Case No. 17-md-2804**  **Judge Dan Aaron Polster** |

## WALMART INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant Walmart Inc. respectfully submits this Corporate Disclosure Statement.

Walmart Inc. does not have any parent corporation(s) and no publicly held corporation owns 10% or more of Walmart Inc.'s stock.

Dated: June 29, 2018

Respectfully submitted,

/s/ *Tara A. Fumerton*
Tara A. Fumerton
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 782-3939
Email:  tfumerton@jonesday.com

*Counsel for Walmart Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, this 29th day of June, 2018, I electronically filed a copy of the foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

/s/ *Tara A. Fumerton*
Tara A. Fumerton

*Counsel for Walmart Inc.*