UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL NO. 2804 ) ) ) CASE NO. 1:17-MD-2804 ) |
| THIS DOCUMENT RELATES TO: *City of Cleveland v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45132 | ) ) ) JUDGE DAN A. POLSTER ) ) ) ) **NOTICE OF APPEARANCE** |

Please take notice that William H. Falin, Esq. of Moscarino & Treu LLP, The Hanna Building, 1422 Euclid Avenue, Suite 630, Cleveland, OH  44115, hereby enter their appearance as co-counsel of record for Defendant, HBC Service Company in the above-captioned action.

Respectfully submitted,

/s/ *William H. Falin*
GEORGE M. MOSCARINO, ESQ. (0019447)
WILLIAM H. FALIN, ESQ. (0038839)
**MOSCARINO & TREU LLP**
The Hanna Building
1422 Euclid Avenue, Suite 630
Cleveland, Ohio  44115
Telephone:   (216) 621-1000
Facsimile:    (216) 574-4788
Email:          gmoscarino@mosctreu.com
                    wfalin@mosctreu.com

Counsel for Defendant
HBC Service Company

- 2 -

## **CERTIFICATE OF SERVICE**

The foregoing Notice of Appearance has been electronically filed this 3rd day of July 2018. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/William H. Falin*
GEORGE M. MOSCARINO, ESQ.
WILLIAM H. FALIN, ESQ.

Counsel for Defendant