UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>  *County of Monroe v. Purdue Pharma L.P., et al.,*<br>  *Case No. 18-op-45158* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION AND ADD CVS INDIANA, L.L.C. AS DEFENDANT

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff in the above-captioned case hereby moves to dismiss Defendant CVS Health Corporation ("CVS Health") from the case without prejudice and to add CVS Indiana, L.L.C. ("CVS Indiana") as a Defendant in this case. CVS Health does not oppose the motion.

On June 8, 2018, CVS Health moved to dismiss the complaint in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). If this motion pursuant to Rule 21 to dismiss CVS Health is granted, the motion to dismiss for lack of personal jurisdiction will be moot.

This motion and the addition of CVS Indiana to this case is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to CVS Indiana as a Defendant in the case.

Date:  July 5, 2018                              Respectfully submitted,

                                                  ROBBINS GELLER RUDMAN
                                                        & DOWD LLP

*s/Aelish M. Baig*
AELISH M. BAIG
MATTHEW S. MELAMED
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA 94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com


ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com


ROBBINS GELLER RUDMAN
   & DOWD LLP
THOMAS E. EGLER
CARISSA DOLAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com
cdolan@rgrdlaw.com

THE MILLER LAW FIRM, P.C.
A. POWELL MILLER (P39487)
SHARON S. ALMONRODE (P33938)
DEVON P. ALLARD (P71712)
DENNIS A. LIENHARDT (P81118)
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: 248/841-2200
248/652-2852 (fax)
epm@millerlawpc.com
ssa@millerlawpc.com
dpa@millerlawpc.com
dal@millerlawpc.com

*Counsel for Plaintiff*


Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
pweinberger@spanglaw.com

*Plaintiffs' Co-Liaison Counsel*


MONROE COUNTY CORPORATION COUNSEL

Philip D. Goldsmith (P-37650)
W. Thomas Graham (P-26548)
Lennard, Graham & Goldsmith, P.L.C.
222 Washington Street
Monroe, MI 48161
Telephone: 734/242-9500
734/242-9509 (fax)
pgoldsmith@lggplc.com

*Counsel for Plaintiff County of Monroe*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day of July 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*s/Aelish M. Baig*
AELISH M. BAIG
*Counsel for Plaintiff*
