UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*Broward County*, *Florida, v. Purdue Pharma L.P.*, et al.,<br>Case No. *18-op-45332* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION AND ADD CVS ORLANDO, FLORIDA DISTRIBUTION, LLC. AND CVS VERO, FLORIDA, LLC. AS DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff in the above-captioned case hereby moves to dismiss Defendant CVS Health Corporation ("CVS Health") from the case without prejudice and to add CVS Orlando, Florida Distribution, L.L.C. ("CVS Orlando") and CVS Vero, Florida Distribution, L.L.C. ("CVS Vero") as Defendants in that case. CVS Health does not oppose the motion.

On June 8, 2018, CVS Health moved to dismiss the complaint in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). If this motion pursuant to Rule 21 to dismiss CVS Health is granted, the motion to dismiss for lack of personal jurisdiction will be moot.

This motion and the addition of CVS Orlando and CVS Vero to this case is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to CVS Orlando and CVS Vero as Defendants in the case.

Date:  July 6, 2018.

Respectfully submitted,

By: */s/ Elizabeth J. Cabraser*
    LIEFF, CABRASER, HEIMANN &
    BERNSTEIN, LLP
    ELIZABETH J. CABRASER
    MARK P. CHALOS
    PAULINA DO AMARAL
    KENNY S. BYRD
    250 Hudson Street, 8th Floor
    New York, NY 10013
    Tel: 212/355-9500
    ecabraser@lchb.com
    mchalos@lchb .com
    pdoamaral@lchb.com
    kbyrd@lchb.com

By: */s/ Paul J. Geller*
    ROBBINS GELLER RUDMAN
      & DOWD LLP
    PAUL J. GELLER
    FL BAR NO. 984795
    MARK J. DEARMAN
    FL BAR NO. 982407
    AELISH M. BAIG
    DOROTHY P. ANTULLIS
    FL BAR NO. 890421
    120 East Palmetto Park Road, Suite 500
    Boca Raton, FL 33432
    Tel: 561/750-3000
    pgeller@rgrdlaw.com
    mdearman@rgrdlaw.com
    abaig@rgrdlaw.com
    dantullis@rgrdlaw.com

By: */s/ James D. Young*
    MORGAN & MORGAN COMPLEX
    LITIGATION GROUP
    JAMES D. YOUNG
    FL BAR NO. 567507
    76 South Laura Street
    Suite 1100
    Jacksonville, FL 32202
    Tel: 904/361-0012
    jyoung@forthepeople.com

By: */s/ Robert C. Gilbert*
    KOPELOWITZ OSTROW FERGUSON
    WEISELBERG GILBERT
    ROBERT C. GILBERT
    FL BAR NO. 561861
    SCOTT WEISELBERG
    FL BAR NO. 122701
    2800 Ponce de Leon Boulevard, Suite 1100
    Coral Gables, FL 33134
    Tel: 305/384-7269
    gilbert@kolawyers.com
    weiselberg@kolawyers.com

By: */s/ Andrew J. Meyers*
    BROWARD COUNTY, FLORIDA
    ANDREW J. MEYERS
    FL BAR NO. 709816
    ANGELA F. BENJAMIN
    FL BAR NO. 015914
    Governmental Center, Suite 423
    115 South Andrews Avenue
    Fort Lauderdale, Florida 33301
    Telephone:  954.357.7600
    Facsimile: 954.357.7641
    ameyers@broward.org
    abenjamin@broward.org

By: */s/ Eugene K. Pettis*
    HALICZER PETTIS & SCHWAMM, P.A.
    EUGENE K. PETTIS
    FL BAR NO. 508454
    DEBRA P. KLAUBER
    FL BAR NO. 055646
    One Financial Plaza
    100 SE 3rd Avenue, 7th Floor
    Fort Lauderdale, FL 33394
    Tel: 954/523-9922
    service@hpslegal.com

*Attorneys for Plaintiff*
*Broward County, Florida*

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on July 6, 2018, I electronically filed the foregoing document with the Clerk of the United States District Court, Northern District of Ohio.  The electronic case filing system (CM/ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                              */s/ Robert C. Gilbert*
                                                  Robert C. Gilbert, Esq.