UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO 1:17 MD 2804<br><br>JUDGE DAN AARON POLSTER |

**ENTRY OF APPEARANCE**

Please enter the appearance of W Scott Simmer, of Baron & Budd, P.C., on behalf of Plaintiffs Belmont County Board of County Commissioners; City of Cincinnati; City of Portsmouth; Clermont County Board of County Commissioners; Fayette County Commission, Gallia County Board of Commissioners; Hocking County Board of Commissioners; Logan County Commission; Louisville/Jefferson County Metro Government; Pike County Board of County Commissioners; Ross County Board of County Commissioners; Vinton County Board of County Commissioners; Wayne County Commission; Brown County Board of County Commissioners; Cabell County Commission; Jackson County Board of County Commissioners; Lawrence County Board of Commissioners; Boone County Commission; Kanawha County Commission; Ross County Board of County Commissioners; Scioto County Board of County Commissioners; Medical Mutual of Ohio; and the People of the State of Illinois, in the above-captioned action.

Respectfully submitted,

Dated:  July 6, 2018

/s/ *W. Scott Simmer*
W. Scott Simmer (DC Bar ID No. 460726)
Baron & Budd, P.C.
600 New Hampshire Avenue, NW, Suite 10-A
Washington, DC  20037
Tel.:  202.333.4849
Fax:  202.337.1039
ssimmer@baronbudd.com