UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Monroe v. Purdue Pharma L.P., et al.*, Case No. 18-op-45158 (N.D. Ohio) | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO RITE AID CORPORATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned stipulate that Rite Aid Corporation is hereby dismissed without prejudice, with each party to bear its own fees and costs.

DATED:  July 6, 2018

Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP

 s/Aelish M Baig
AELISH M. BAIG
MATTHEW S. MELAMED
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com

1

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL 33432
Telephone: 561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THOMAS E. EGLER
CARISSA DOLAN
655 West Broadway, Suite 1900
San Diego, CA 92101
Telephone: 619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com
cdolan@rgrdlaw.com

THE MILLER LAW FIRM, P.C.
E. POWELL MILLER (P39487)
SHARON S. ALMONRODE (P33938)
DEVON P. ALLARD (P71712)
DENNIS A. LIENHARDT (P81118)
950 West University Drive, Suite 300
Rochester, MI 48307
Telephone: 248/841-2200
248/652-2852 (fax)
epm@millerlawpc.com
ssa@millerlawpc.com
dpa@millerlawpc.com
dal@millerlawpc.com

*Counsel for Plaintiff*

2

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
Telephone: 216/696-3232
216/696-3924 (fax)
pweinberger@spanglaw.com

*Plaintiffs' Co-Liaison Counsel*

MONROE COUNTY CORPORATION COUNSEL
Philip D. Goldsmith (P-37650)
W. Thomas Graham (P-26548)
Monroe County Corporation Counsel
Lennard, Graham & Goldsmith, P.L.C.
222 Washington Street
Monroe, MI  48161
Telephone:  734/242-9500
734/242-9509 (fax)
pgoldsmith@lggplc.com

*Counsel for Plaintiff County of Monroe*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 6th day of July, 2018, I electronically filed the foregoing document with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

    _s/ Aelish M. Baig_____
    AELISH M. BAIG
    *Counsel for Plaintiff*