# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Master Docket No.: 1:17-MD-02804-DAP |
| This document relates to: | |
| | (Hon. Judge Dan A. Polster ) |
| THE MUSCOGEE (CREEK) NATION, | |
| | Case No.: 1:18-op-45459-DAP |
| PLAINTIFF, | |
| v. | NOTICE OF APPEARANCE OF JOSEPH M. CALLOW, JR. |
| PURDUE PHARMA L.P., et al., | |
| DEFENDANTS. | |

PLEASE TAKE NOTICE that Joseph M. Callow, Jr., of the law firm Keating Muething & Klekamp, PLL, who is admitted to practice before this Court, is appearing in this matter as counsel for Plaintiff The Muscogee (Creek) Nation. The undersigned requests that he be included in the distribution of all future pleadings, notices (electronic or otherwise) and/or correspondence.

Respectfully submitted,

STATE OF OHIO
MIKE DEWINE, ATTORNEY GENERAL

*/s/ Joseph M. Callow, Jr.*
Joseph M. Callow, Jr. (0061814)
KEATING MUETHING & KLEKAMP PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
Phone: (513) 579-6400
Fax: (513) 579-6457
jcallow@kmklaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 9, 2018, I electronically filed the foregoing document using the Court's CM/ECF system, which will send notification to all counsel of record.

*/s/ Joseph M. Callow, Jr.*
Joseph M. Callow, Jr. (0061814)

8531740.1