# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*County of Monroe v. Purdue Pharma L.P., et al.,*<br>Case No. 18-op-45158 (N.D. Ohio) | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

## PLAINTIFF'S MOTION FOR LEAVE TO FILE OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Pursuant to Local Rule 5.2, Plaintiff seeks leave of Court to file its Omnibus Memorandum in Opposition to Defendants' Motions to Dismiss ("Opposition") in the above-captioned case under seal on July 9, 2018.  Plaintiff files this Motion and Proposed Order (attached as **Exhibit A**) to ensure compliance with Case Management Order ("CMO") No. 2 (ECF No. 441) and the Protective Order Re: DEA's ARCOS/DADS Database (ECF No. 167).

Upon completion of the meet-and-confer process with Defendants regarding any disputes about what information should be kept confidential, Plaintiff will file a redacted version of said Opposition in the public record.  Plaintiff respectfully requests the option to proceed in this manner so there are no inadvertent disclosures of confidential information subject to CMO No. 2 or the ARCOS Protective Order.

WHEREFORE, Plaintiff respectfully requests that the Honorable Court grant Plaintiff's Motion for Leave to File Omnibus Memorandum in Opposition to Defendants' Motions to Dismiss Under Seal.

DATED:  July 9, 2018               Respectfully submitted,

ROBBINS GELLER RUDMAN
 & DOWD LLP
AELISH M. BAIG
MATTHEW S. MELAMED


*s/ Aelish M. Baig*
AELISH M. BAIG

PostMontgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com

*Counsel for Plaintiff*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned hereby certifies that on July 9, 2018, the foregoing was filed using the

Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all

attorneys of record.

*s/ Aelish M. Baig*
AELISH M. BAIG
*Counsel for Plaintiff*