UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Monroe v. Purdue Pharma L.P., et al.*, Case No. 18-op-45158 (N.D. Ohio) | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE OMNIBUS MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

Plaintiff moves for leave to file its Omnibus Memorandum in Opposition to Defendants' Motions to Dismiss ("Opposition") under seal in the above-captioned case.

The Motion states that filing said Opposition under seal is necessary to ensure compliance with Case Management Order No. 2 (ECF No. 441), and the Protective Order Re: DEA's ARCOS/DADS Database (ECF No. 167), because the Opposition will contain confidential information subject to said Orders.

Plaintiff's Motion for Leave to File Omnibus Memorandum in Opposition to Defendants' Motions to Dismiss Under Seal is hereby **GRANTED**.

**IT IS SO ORDERED**.

DATED: _____    _____
                                                                                                    HON. DAN AARON POLSTER
                                                                                                    UNITED STATES DISTRICT JUDGE