## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | CASE NO. 1:17-MD-2804 |
| | | JUDGE DAN A. POLSTER |
| | | MAGISTRATE JUDGE DAVID RUIZ |

### AFFIDAVIT OF ERIC EYRE

I, Eric Eyre, hereby attest to the following in support of "HD Media Company, LLC's Brief In Support Of Public Disclosure Of ARCOS Data":

1. I make the factual statements herein based on my personal knowledge and on information provided to me in freedom of information requests and other public documents disclosed to me during my investigative reporting.

2. I am currently employed by HD Media Company, LLC ("HDM") as a statehouse reporter. Prior to my employment with HD Media Company, LLC, I was a Charleston Gazette-Mail (WV) reporter from June 1998 to March 2018, when HDM acquired ownership of the Gazette-Mail.

3. The Huntington Herald-Dispatch is also owned by HDM, and Courtney Hessler is a reporter employed by that newspaper.

4. Since 2012, I have investigated and reported on the growing prescription opioid epidemic impacting West Virginia, which has experienced the highest rate of opioid overdose deaths of any state in the United States.

5. My reporting of the West Virginia opioid epidemic began with coverage of two tort cases ("the pill mill cases") filed on behalf of citizens of West Virginia in the summer of 2012 by the Attorney General of West Virginia in which numerous opioid distributors were named as defendants. These cases were captioned as *State of West Virginia ex rel. Patrick Morrisey v. AmerisourceBergen*

*Corp. et al.*, Civil Action No. 12-C-141, and *State of West Virginia ex rel. Patrick Morrisey v. Cardinal Health*, Civil Action No. 12-C-140.

6.     As I understand it, prior to significant discovery in both pill mill cases, the parties submitted to the trial court agreed stipulated protective orders that were then entered by the court. Subsequently, in both cases, the State Plaintiff filed Second Amended Complaints under seal as per the stipulated protective order. Each Second Amended Complaint contained information gleaned from a West Virginia ARCOS database that had been provided to the AG by the U.S. Drug Enforcement Agency in 2015 for use in the pill mill cases. These amended complaints cited facts identifying the number of pills and the name of the wholesale drug distributors that supplied large quantities of oxycodone and hydrocodone to named pharmacies during the period 2007-2012. These amended complaints stated that the source of much of this information was the DEA.

7.     The State Plaintiff moved the Circuit Court of Boone County to unseal both amended complaints; the drug distributor defendants opposed the unsealing on grounds that the names of the pharmacies, the number of opioid pills ordered by the pharmacies and the names of the distributors identified in the complaints constituted trade secrets and confidential business information that, if released, would cause them competitive injury.

8.     In April 2016 and October 2016, attorneys for the Charleston Gazette-Mail moved to intervene in *State of West Virginia ex rel. Patrick Morrisey v. AmerisourceBergen Corp. et al.*, and *State of West Virginia ex rel. Patrick Morrisey v. Cardinal Health,* respectively, for the limited purpose of seeking the unsealing of the second amended complaints.

9.     The Circuit Court of Boone County accepted briefs on the issue of unsealing the two amended complaints and heard oral arguments of all parties including the proposed intervenor Charleston Gazette-Mail.

2

10.     The Boone County Circuit Court subsequently entered orders requiring the unsealing of both amended complaints. Official copies of those Court Orders are attached to HDM's brief as Exhibit A and Exhibit B.

11.     I wrote articles setting forth the detailed ARCOS data recited in the second amended complaints; those articles were published in the Charleston Gazette-Mail.

12.     In August 2016, I filed a WVFOIA request with the Office of the Attorney General of West Virginia seeking disclosure of the ARCOS and other records the DEA had provided the State. The FOIA request letter is attached hereto as Attachment 1.

13.     In October 2016, the Attorney General of West Virginia ("AG") responded to my August 2016 FOIA letter, providing all of its ARCOS and related database without claiming any exemption for invasion of personal privacy, trade secrets, interference with law enforcement, or that disclosure would cause competitive injury to any drug company or pharmacy.

14.     Included in the DEA data disclosed to me by the AG in response to my August 8, 2016, WVFOIA request, the AG responded providing hundreds of printed pages of ARCOS data spreadsheets. (Attachment 2). The ARCOS data spreadsheets were sent in January 2015 by a DEA official in the DEA's Office of Diversion Control to an assistant attorney general in the WVOAG. (Attachment 3). These ARCOS spreadsheets disclosed the number of hydrocodone and oxycodone dosage units sold to every retail pharmacy in West Virginia from 2007 to 2012, and the drug distributors/wholesalers' total shipments of hydrocodone and oxycodone to all 55 counties in West Virginia during those years.

15.     The DEA ARCOS records disclosed to me included a DEA analysis of hydrocodone and oxycodone sales by each county in West Virginia on a per-capita basis and hydrocodone and oxycodone purchases by strength (mg). The ARCOS pharmacy spreadsheets included: the name of the pharmacy, DEA number, drug code, city, county, zip code, weight in grams, and total dosage units. The

3

DEA records excluded hydrocodone and oxycodone sales to hospitals, urgent care centers, medical offices, nursing homes, hospice care and numerous other facilities registered with the DEA. (A representative example of these DEA ARCOS data sheets I obtained from the AG' office is attached to this affidavit (Attachment 4). The AG excluded some records because they were "subject to the attorney work product doctrine" and thus exempt from disclosure.

16.    In November 2016, I requested the opportunity to review all Suspicious Order Reports ("SOR") filed by drug wholesalers/distributors with the West Virginia Board of Pharmacy. I made the request via email.  I reviewed more than 7000 of the suspicious order reports at the board's office, where they were kept in banker's boxes. The board also furnished me with a CD containing copies of the reports. I was not required to request the reports under the Freedom of Information Act.

17.    The Board of Pharmacy suspicious order reports contained the names of the reporting distributors (including primarily McKesson and Cardinal Health) and the names and locations of the pharmacies making alleged suspicious orders. A representative example of the suspicious order reports I obtained from the West Virginia Pharmacy Board is attached to this affidavit (Attachment 5).

18.    Based on the DEA ARCOS data contained in the amended pill mill case complaints and the WV Board of Pharmacy SOR records, I wrote articles that were published in the Charleston Gazette-Mail on December 17 and 18, 2016. Examples of the use of that publicly available information in those articles include the following excerpts:

**Drug firms poured 780M painkillers into WV amid rise of overdoses,** Charleston Gazette-Mail (December 17. 2016).

https://www.wvgazettemail.com/news/cops_and_courts/drug-firms-poured-m-painkillers-into-wv-amid-rise-of/article_99026dad-8ed5-5075-90fa-adb906a36214.html

The trail of painkillers leads to West Virginia's southern coalfields, to places like Kermit, population 392. There, out-of-state drug companies shipped nearly 9 million highly addictive — and potentially lethal — hydrocodone pills over two years to a single pharmacy in the Mingo County town.

4

Rural and poor, Mingo County has the fourth-highest prescription opioid death rate of any county in the United States.

The trail also weaves through Wyoming County, where shipments of OxyContin have doubled, and the county's overdose death rate leads the nation. One mom-and-pop pharmacy in Oceana received 600 times as many oxycodone pills as the Rite Aid drugstore just eight blocks away.

In six years, drug wholesalers showered the state with 780 million hydrocodone and oxycodone pills, while 1,728 West Virginians fatally overdosed on those two painkillers, a Sunday Gazette-Mail investigation found.

***

The Gazette-Mail obtained previously confidential drug shipping sales records sent by the U.S. Drug Enforcement Administration to West Virginia Attorney General Patrick Morrisey's office. The records disclose the number of pills sold to every pharmacy in the state and the drug companies' shipments to all 55 counties in West Virginia between 2007 and 2012.

The state's southern counties have been ravaged by a disproportionate number of pain pills and f fatal drug overdoses, records show.

The region includes the top four counties — Wyoming, McDowell, Boone and Mingo — for fatal overdoses caused by pain pills in the U.S., according to CDC data analyzed by the Gazette-Mail.

Another two Southern West Virginia counties — Mercer and Raleigh — rank in the top 10. And Logan, Lincoln, Fayette and Monroe fall among the top 20 counties for fatal overdoses involving prescription opioids.

Mingo, Logan and Boone counties received the most doses of hydrocodone — sold under brand names such as Lortab, Vicodin and Norco — on a per-person basis in West Virginia. Wyoming and Raleigh counties scooped up OxyContin pills by the tens of millions.

The nation's three largest prescription drug wholesalers — McKesson Corp., Cardinal Health and AmerisourceBergen Drug Co. — supplied more than half of all pain pills statewide.

As the fatalities mounted — hydrocodone and oxycodone overdose deaths increased 67 percent in West Virginia between 2007 and 2012

Cardinal Health saw its hydrocodone shipments to Logan County increase six-fold over three years. AmerisourceBergen's oxycodone sales to Greenbrier County soared from 292,000 pills to 1.2 million pills a year. And McKesson saturated Mingo County with more hydrocodone pills in one year — 3.3 million — than it supplied over five other consecutive years combined.

***

5

Between 2007 and 2012 — when McKesson, Cardinal Health and AmerisourceBergen collectively shipped 423 million pain pills to West Virginia, according to DEA data analyzed by the Gazette-Mail — the companies earned a combined $17 billion in net income.

In Southern West Virginia, many of the pharmacies that received the largest shipments of prescription opioids were small, independent drugstores like ones in Raleigh and Wyoming counties that ordered 600,000 to 1.1 million oxycodone pills a year. Or they were locally owned pharmacies in Mingo and Logan counties, where wholesalers distributed 1.4 million to 4.7 million hydrocodone pills annually.

By contrast, the Wal-Mart at Charleston's Southridge Centre, one of the retail giant's busiest stores in West Virginia, was shipped about 5,000 oxycodone and 9,500 hydrocodone pills each year.

Between 2007 and 2012, the number of 30-milligram OxyContin tablets increased six-fold, the supply of 15-milligram pills tripled and 10-milligram oxycodone nearly doubled, the DEA records sent to Morrisey's office show.

In the email to Morrisey, DEA agent Kyle Wright said the higher-strength oxycodone pills were commonly abused.

The DEA agent sent Morrisey's office a separate email about hydrocodone shipments to the state. West Virginia pharmacies were mostly buying 10-milligram hydrocodone tablets — the most potent dosage at the time.

**Suspicious' drug order rules never enforced by state,** Charleston Gazette-Mail (December 18. 2016).

https://www.wvgazettemail.com/news/health/suspicious-drug-order-rules-never-enforced-by-state/article_3c9f1983-9044-5e97-87ff-df5ed5e55418.html

Tug Valley Pharmacy in Mingo County, for instance, sales orders for the painkiller hydrocodone jumped from 820,000 pills in 2007 to more than 2.4 million in 2008 and more than 3 million in 2009, U.S. Drug Enforcement Agency records show. But the increases didn't prompt wholesalers to send a single suspicious order report about Tug Valley to the pharmacy board those years.

In April 2017, this reporting was awarded the Pulitzer Prize for Investigative Reporting.

19.     Following the release of the ARCOS data and my reporting in the Charleston Gazette-Mail, many positive steps were taken in West Virginia and nationally to combat the opioid epidemic. For example, in May of 2017, the House Subcommittee on Oversight and Investigations "opened an investigation into the distribution of prescription opioids by wholesale drug distributors, with a specific

6

focus on distribution practices in West Virginia, and enforcement practices by the Drug Enforcement Administration (DEA) during the opioid epidemic." https://energycommerce.house.gov/opioids-investigations/. In addition, the President of the United States declared a Nationwide Public Health Emergency to address the opioids crisis. Under Medicaid expansion in West Virginia, Medicaid will now cover inpatient or detox treatment, partial hospitalization, care coordination and case management, and prescription drugs like Suboxone. https://dhhr.wv.gov/News/2017/Pages/DHHR's-Medicaid-Program-to-Expand-Substance-Use-Treatment-and-Services.aspx [https://perma.cc/8QYR-7KTQ]. The Medicaid expansion now will "allow West Virginia to cover methadone, naloxone, peer recovery support, withdrawal management, and short-term residential services to all Medicaid enrollees." *Id.* West Virginia's Medicaid also now will cover the treatment costs of infants who are born to addicted mothers. Associated Press, *West Virginia Medicaid Will Now Cover Babies in Drug Rehab*, Modern Healthcare (Feb. 14, 2018), http://www.modernhealthcare.com/article/20180214/NEWS/180219963 [https://perma.cc/4L29-M232]. West Virginia House of Delegates Bill 2428, was passed by the West Virginia Legislature in 2017 and directed $22 million (funds received through settlements with drug wholesalers Cardinal Health and AmerisourceBergen) to help create new treatment facilities and beds for people who need help in treating their addiction. West Virginia House of Delegates Bill 2620 (2017), enacted as The West Virginia Drug Overdose Monitoring Act, creates a state repository for drug overdose and crime data that will help law enforcement and state officials track drug statistics. This data will also help secure grant funding from the federal government to fight the opioid drug epidemic. West Virginia Senate Bill 273 (2018), enacted by the West Virginia Legislature in 2018; it limits the initial amount of opioid drugs that can be prescribed at a time to most patients, and requires a practitioner to reassess the patient before making additional prescriptions.

20.     Disclosure of the ARCOS data did not appear to interfere with settlement negotiations in the pill mill cases. Ten days after the Charleston Gazette-Mail published my December 2016 articles containing references to the West Virginia ARCOS data, Cardinal Health and AmerisourceBergen announced settlement with the State of West Virginia of the pill mill cases filed in 2012.

Further the affiant sayeth naught.

_____

Eric Eyre

Taken, subscribed and sworn to, and subscribed before me this 9th day of July 2018.

_____
Notary Public State of West Virginia

Official Seal
Notary Public, State of West Virginia
**Judith K. Cantley**
HC 78 Box 104B
Griffithsville, WV 25521
My Commission Expires August 31, 2018

My commission expires ___Aug. 31, 2018___.



*The State Newspaper*

1001 Virginia St., East
Charleston, W.Va. 25301

Aug. 8, 2016

Patrick Morrisey
West Virginia Attorney General
State Capitol Complex E-26
Charleston, WV 25305

Dear Mr. Morrisey:

Please consider this a request made under the West Virginia Freedom of Information Act, W.Va. Code 29B-1-1, et seq. Please provide the following information:

1. **Any supporting documentation used to determine and calculate the total number of alleged doses of hydrocodone and oxycodone in West Virginia and specific counties between 2007-12 as stated (i.e. "DEA records indicate...") in the following complaints: State of West Virginia v. AmerisourceBergen et al., State of West Virginia v. McKesson, and State of West Virginia v. Cardinal Health.**

2. **Any supporting documentation used to determine the pill shipment numbers to individual pharmacies in West Virginia as stated in State of West Virginia vs. AmerisourceBergen.**

3. **Any supporting documentation that would show total number of hydrocodone and oxycodone doses shipped by individual drug wholesalers to West Virginia from 2007-12 -- broken down by county and year if available.**

**If there are any fees for searching or copying these records, please inform me if the cost will exceed $ 25.**

If you choose to withhold any records which are responsive to my request, please provide me with an index of those documents. The index should describe each document and the claimed exemption, provide a relatively detailed justification as to why each document is exempt, and specifically explain the basis for the claimed exemption. See *Daily Gazette Co. v. West Virginia Development Office,* 198 W.Va. 563, 482 S.E.2d 180 (1996).

If any records in your agency's custody contain both exempt and non-exempt material, please provide redacted copies of these documents. *See Ogden Newspapers Inc. v. City of Williamstown, 192 W.Va. 648, 453 S.E. 2d 631 (1994).*

As I am sure you are aware, the disclosure provisions of the state FOIA are to be liberally construed, and the withholding provisions strictly construed. The party claiming exemption has the burden of showing the express applicability of such exemption to the material requested. See *Queen v. West Virginia University Hospitals,* 179 W.Va. 95, 365 S.E. 2d. 375 (1987).

I assume you will, within 5 days, provide me with the records I have requested, advise me of the time and place at which I may inspect and copy the materials, or deny my request, stating in writing the reasons for such denial. If you have any questions about this request, please contact me at (304) 348-4869. Thank you for your prompt attention to this matter.

Sincerely,
/s/
Eric Eyre
Staff Writer

**ATTACHMENT 1**



State of West Virginia
Office of the Attorney General

Patrick Morrisey
Attorney General

(304) 558-2021
Fax (304) 558-0140

October 20, 2016

Mr. Eric Eyre
Charleston Gazette
1001 Virginia Street, East
Charleston, West Virginia 25301

Re:    FOIA Requests Dated August 8, 2016, and September 23, 2016
       AG FOIA Dockets #16-EE-010 and 12

Dear Mr. Eyre:

In compliance with the West Virginia Freedom of Information Act, W.Va. Code § 29B-1-1 et seq., this office searched its records following receipt of the above-reference request.  In request AG FOIA Docket #16-EE-010 you seek:

1. Any supporting documentation used to determine and calculate the total number of alleged doses of hydrocodone and oxycodone in West Virginia and specific counties between 2007-12 as stated (i.e. "DEA records indicate...") in the following complaints: State of West Virginia v. AmerisourceBergen et al., State of West Virginia v. McKesson, and State of West Virginia v. Cardinal Health.

2. Any supporting documentation used to determine the pill shipment numbers to individual pharmacies in West Virginia as stated in State of West Virginia vs. AmerisourceBergen.

3. Any supporting documentation that would show total number of hydrocodone and oxycodone doses shipped by individual drug wholesalers to West Virginia from 2007-12 -- broken down by county and year if available.

Enclosed please find documents responsive to your request.  Please be advised that the remaining documents collected during our search are subject to the attorney work product doctrine and thus are exempt from disclosure.

**ATTACHMENT 2**

State Capitol Building 1, Room E-26, 1900 Kanawha Boulevard East, Charleston, WV 25305

**From:** Wright, Kyle J. [mailto:Kyle.J.Wright@usdoj.gov]
**Sent:** Thursday, January 8, 2015 11:36 AM
**To:** Betty A. Pullin; caglelaw@aol.com
**Cc:** Williamson, Suzan; Mack, Gwendolyn K.
**Subject:** WV Data

Explanation of the attached data files.

Pullin 3: For the period of 2007 – 2012, lists in descending order all distributors of oxycodone and hydrocodone to retail level pharmacies in West Virginia.  Please note that this is cumulative for the five (5) year time period.  Scroll down as oxycodone is listed first, then hydrocodone is listed second, all on the same page.  All data is in dosage units only, no liquids or powders are counted.

Pullin 2: Ranks in descending order, cumulatively for 2007 – 2012, for oxycodone only, West Virginia counties, based upon 10,000 population.

Pullin 1: There are two tabs at the bottom of data file; Sheet 1 and Transaction File.  The transaction file provides you all the retail pharmacies who purchased oxycodone for the same time period by year.  Sheet 1 ranks the counties based upon purchases of oxycodone only, but provides you the ability to view each year.

We are working on the hydrocodone and should have that to you late this afternoon.  **PLEASE** contact me if you have any questions, comments, or changes.


*Kyle J. Wright, Chief*
*Targeting & Analysis Unit (ODXPT)*
*(202) 307-5492 - Office*
*(202) 373-4620 - Mobile*
*(202) 307-8101 - FAX*

*Mailing Address:*
*Drug Enforcement Administration*
*Office of Diversion Control (OD)*
*Targeting & Analysis Unit (ODXPT)*
*8701 Morrissette Drive*
*Springfield, VA 22152*
*Physical Address:*
*600 Army Navy Drive*
*Arlington, VA 22202*

**Leigh A Brawley**

| | |
|---|---|
| **From:** | Betty A. Pullin |
| **Sent:** | Monday, October 17, 2016 10:13 AM |
| **To:** | Steven A. Travis; James R Leslie |
| **Subject:** | WV DATA by DEA (Hydrocodone Strength) |
| **Attachments:** | Pullin 4.xlsx; Drug Purchases by Strength Archive (YEAR 2003 - 2013).png |

Email #2 from DEA

-----Original Message-----
From: Wright, Kyle J. [mailto:Kyle.J.Wright@usdoj.gov]
Sent: Thursday, January 8, 2015 12:01 PM
To: caglelaw@aol.com; Betty A. Pullin
Cc: Mack, Gwendolyn K.; Williamson, Suzan
Subject: Hydrocodone Strength

The attached graph and data file, reveal that pharmacies in WV are purchasing the strongest available formulation of hydrocodone (10mg).  The chart is plots the years 2007 - 2012.

**ATTACHMENT 3**

1

**Leigh A Brawley**

| | |
|---|---|
| **From:** | Betty A. Pullin |
| **Sent:** | Monday, October 17, 2016 10:13 AM |
| **To:** | Steven A. Travis; James R Leslie |
| **Subject:** | WV DATA - compiled by DEA (Oxycodone) |
| **Attachments:** | Drug Purchases by Strength Archive (YEAR 2003 - 2013).png; Pullin 5.xlsx |

Email #3 from DEA

**From:** Wright, Kyle J. [mailto:Kyle.J.Wright@usdoj.gov]
**Sent:** Thursday, January 8, 2015 12:07 PM
**To:** caglelaw@aol.com; Betty A. Pullin
**Cc:** Williamson, Suzan; Mack, Gwendolyn K.
**Subject:** Oxycodone

The attached graph is the same as the hydrocodone but now measures oxycodone.  Oxycodone 5 mg is the most commonly prescribed, but as you can see it has been trending down.  What is more significant is that oxycodone 10, 30, and 15 mg (commonly abused) increased significantly as opposed to the decline of the 5 mg.

*Kyle J. Wright, Chief*
*Targeting & Analysis Unit (ODPT)*
*(202) 307-5492 - Office*
*(202) 373-4620 - Mobile*
*(202) 307-8101 - FAX*

*Mailing Address:*
*Drug Enforcement Administration*
*Office of Diversion Control (OD)*
*Targeting & Analysis Unit (ODPT)*
*8701 Morrissette Drive*
*Springfield, VA 22152*
*Physical Address:*
*600 Army Navy Drive*
*Arlington, VA 22202*

1

**Leigh A Brawley**

| | |
|---|---|
| **From:** | Betty A. Pullin |
| **Sent:** | Monday, October 17, 2016 10:39 AM |
| **To:** | Steven A. Travis; James R Leslie |
| **Subject:** | FW: Distributors Oxycodone |
| **Attachments:** | WV Distributors Sales Hydro Pullin 7-1.xlsx; WV Distributors Sales Hydro Pullin 7-2.xlsx |

**From:** Wright, Kyle J. [mailto:Kyle.J.Wright@usdoj.gov]
**Sent:** Friday, January 9, 2015 3:28 PM
**To:** Betty A. Pullin; caglelaw@aol.com
**Cc:** Williamson, Suzan; Mack, Gwendolyn K.
**Subject:** Distributors Oxycodone

We got it to you under the wire.  Because the data was so voluminous, we broke it out in years, which you can identify in the headers.  It is in the same format as we provided for hydrocodone.

This completes your request.

*Kyle J. Wright, Chief*
*Targeting & Analysis Unit (ODPT)*
*(202) 307-5492 - Office*
*(202) 373-4620 - Mobile*
*(202) 307-8101 - FAX*

*Mailing Address:*
*Drug Enforcement Administration*
*Office of Diversion Control (OD)*
*Targeting & Analysis Unit (ODPT)*
*8701 Morrissette Drive*
*Springfield, VA 22152*
*Physical Address:*
*600 Army Navy Drive*
*Arlington, VA 22202*

1

**Leigh A Brawley**

| | |
|---|---|
| **From:** | Betty A. Pullin |
| **Sent:** | Monday, October 17, 2016 10:15 AM |
| **To:** | Steven A. Travis; James R Leslie |
| **Subject:** | WV Data - compiled by DEA - explanatory message |

**From:** Wright, Kyle J. [mailto:Kyle.J.Wright@usdoj.gov]
**Sent:** Thursday, January 8, 2015 2:53 PM
**To:** Betty A. Pullin
**Subject:** RE: WV Data

A = Pharmacy.  B = Hospital, C = Practitioner

If we didn't have codes, we would never be able to print or deal with the data.

**From:** Betty A. Pullin [mailto:Betty.A.Pullin@wvago.gov]
**Sent:** Thursday, January 08, 2015 2:52 PM
**To:** Wright, Kyle J.
**Subject:** RE: WV Data

Kyle, under the "Business Activity" on the excel spreadsheet, what does "A" mean?

**From:** Wright, Kyle J. [mailto:Kyle.J.Wright@usdoj.gov]
**Sent:** Thursday, January 8, 2015 2:23 PM
**To:** Betty A. Pullin
**Subject:** RE: WV Data

I have resorted the Transaction File so that it is consistent throughout.  It is sorted on year first, and county second.

Anything else, please let us know.

**From:** Betty A. Pullin [mailto:Betty.A.Pullin@wvago.gov]
**Sent:** Thursday, January 08, 2015 2:13 PM
**To:** Wright, Kyle J.
**Subject:** RE: WV Data

Kyle, on behalf of Jim, Rob, Sean and me, thank you so much!!  All of this information is very very helpful.

One question:  Regarding Pullin 1 transaction file referenced below.  I noticed that for the year 2007, it is in order by county, but then later years, it appears to be in order by the registration number on the far left.  Am I reading that correctly?  It seems it might be more beneficial if all years were in order by county.  Or am I not understanding that chart?

**Leigh A Brawley**

| | |
|---|---|
| **From:** | Betty A. Pullin |
| **Sent:** | Monday, October 17, 2016 10:20 AM |
| **To:** | Steven A. Travis; James R Leslie |
| **Subject:** | WV Hydrocodone - by county |
| **Attachments:** | Copy of Pullin 1 (2) HYDRO.XLSX; Copy of Pullin 2 (2) HYDRO.XLSX |

**From:** Wright, Kyle J. [mailto:Kyle.J.Wright@usdoj.gov]
**Sent:** Friday, January 9, 2015 9:27 AM
**To:** Betty A. Pullin; caglelaw@aol.com
**Cc:** Williamson, Suzan; Mack, Gwendolyn K.
**Subject:** WV Hydrocodone

The attached two (2) data files are identical to what was provided to you yesterday, but pertain only to hydrocodone only.

Providing these remaining data sets, completes our understanding of your request.  If you have questions, or additional explanation of the information that has been provided, please feel free to contact this unit.

*Kyle J. Wright, Chief*
*Targeting & Analysis Unit (ODPT)*
*(202) 307-5492 - Office*
*(202) 373-4620 - Mobile*
*(202) 307-8101 - FAX*

*Mailing Address:*
*Drug Enforcement Administration*
*Office of Diversion Control (OD)*
*Targeting & Analysis Unit (ODPT)*
*8701 Morrissette Drive*
*Springfield, VA 22152*
*Physical Address:*
*600 Army Navy Drive*
*Arlington, VA 22202*

| | | | | | |
|---|---|---|---|---|---|
| BRAXTON | 229,000 | 256,200 | 273,000 | 239,600 | 997,800 |
| OHIO | 222,800 | 229,000 | 234,000 | 244,000 | 929,800 |
| NICHOLAS | 254,600 | 263,600 | 217,700 | 183,400 | 919,300 |
| HAMPSHIRE | 213,700 | 250,900 | 212,700 | 218,600 | 895,900 |
| MINERAL | 171,400 | 186,800 | 204,600 | 202,700 | 765,500 |
| RANDOLPH | 206,100 | 184,100 | 179,500 | 165,100 | 734,800 |
| LEWIS | 180,100 | 177,900 | 192,500 | 183,500 | 734,000 |
| PUTNAM | 158,000 | 160,700 | 172,800 | 180,100 | 671,600 |
| UPSHUR | 151,800 | 128,900 | 130,600 | 132,000 | 543,300 |
| HARDY | 125,000 | 142,600 | 106,600 | 71,100 | 445,300 |
| GREENBRIER | 103,100 | 97,900 | 99,400 | 90,000 | 390,400 |
| **CVS INDIANA Total** | **8,991,200** | **9,639,700** | **10,198,800** | **9,653,100** | **38,482,800** |
| **MCKESSON CORPORATION** | | | | | |
| LOGAN | 2,321,000 | 588,560 | 523,760 | 934,110 | 4,367,430 |
| MINGO | 3,289,900 | 296,320 | 286,200 | 257,330 | 4,129,750 |
| MERCER | 709,430 | 837,060 | 848,660 | 761,130 | 3,156,280 |
| RALEIGH | 741,770 | 813,280 | 802,330 | 580,620 | 2,938,000 |
| KANAWHA | 455,500 | 548,820 | 753,640 | 607,350 | 2,365,310 |
| BARBOUR | 346,200 | 503,660 | 541,100 | 579,900 | 1,970,860 |
| MCDOWELL | 444,800 | 413,930 | 369,520 | 428,680 | 1,656,930 |
| WOOD | 381,750 | 379,960 | 454,960 | 407,520 | 1,624,190 |
| LINCOLN | 219,330 | 243,460 | 350,400 | 381,020 | 1,194,210 |
| CABELL | 382,000 | 458,600 | 164,400 | 117,600 | 1,122,600 |
| WYOMING | 489,280 | 318,910 | 48,600 | 182,220 | 1,039,010 |
| WAYNE | 208,000 | 225,800 | 237,840 | 187,130 | 858,770 |
| MONONGALIA | 250,800 | 271,260 | 240,460 | 74,780 | 837,300 |
| MARION | 49,600 | 142,010 | 366,940 | 238,260 | 796,810 |
| OHIO | 209,200 | 270,820 | 169,660 | 131,460 | 781,140 |
| SUMMERS | 154,980 | 167,740 | 230,400 | 211,790 | 764,910 |
| MINERAL | 156,500 | 195,660 | 199,920 | 188,630 | 740,710 |
| HARRISON | 64,500 | 107,180 | 199,200 | 295,950 | 666,830 |
| TYLER | 107,360 | 120,020 | 159,100 | 129,000 | 515,480 |
| BOONE | 33,100 | 115,560 | 216,500 | 89,260 | 454,420 |
| RITCHIE | 5,800 | 94,220 | 165,100 | 166,460 | 431,580 |
| PRESTON | 171,600 | 137,020 | 65,620 | 57,260 | 431,500 |
| LEWIS | 10,100 | 18,320 | 83,200 | 232,330 | 343,950 |
| HARDY | 62,900 | 69,720 | 66,500 | 107,500 | 306,620 |
| HAMPSHIRE | 11,660 | 67,320 | 93,100 | 104,960 | 277,040 |
| JACKSON | 78,100 | 48,800 | 86,740 | 51,320 | 264,960 |

**ATTACHMENT 4**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 2012 | BK3927172 | KMART PHARMACY | RANDOLPH | ELKINS | WV | 26241 A | 9143 | 816.2633 | 68,200 |
| 2012 | BK4655847 | KROGER PHARMACY #730 | RANDOLPH | ELKINS | WV | 26241 A | 9143 | 738.4919 | 95,000 |
| 2012 | BW5432973 | WAL-MART PHARMACY 10-1522 | RANDOLPH | ELKINS | WV | 26241 A | 9143 | 358.1518 | 57,400 |
| 2012 | FF25B8119 | FAST & FRIENDLY PHARMACY LLC | RANDOLPH | ELKINS | WV | 26241 A | 9143 | 971.5819 | 75,200 |
| 2012 | FT2678463 | TYGART VALLEY PHARMACY | RANDOLPH | MILL CREEK | WV | 26280 A | 9143 | 67.4616 | 10,200 |
| 2012 | FW0669676 | WALGREEN CO. | RANDOLPH | ELKINS | WV | 26241-3950 A | 9143 | 1520.0158 | 159,700 |
| 2012 | BH5073534 | HOMETOWN PHARMACY | RITCHIE | HARRISVILLE | WV | 26362 A | 9143 | 189.2063 | 19,760 |
| 2012 | BP6192859 | PENNSBORO FAMILY PHARMACY | RITCHIE | PENNSBORO | WV | 26415 A | 9143 | 248.1064 | 18,600 |
| 2012 | BR3547099 | RITE AID OF WEST VIRGINIA | RITCHIE | HARRISVILLE | WV | 26362 A | 9143 | 278.5474 | 35,600 |
| 2012 | BF4016451 | FRUTH PHARMACY #18 | ROANE | SPENCER | WV | 25276 A | 9143 | 777.2655 | 66,400 |
| 2012 | BS2038760 | STAATS PHCY & HLTH CARE | ROANE | SPENCER | WV | 25276 A | 9143 | 434.6255 | 43,300 |
| 2012 | BW6629046 | WAL-MART PHARMACY 10-2810 | ROANE | SPENCER | WV | 25276 A | 9143 | 277.0185 | 38,100 |
| 2012 | FW2980438 | WILLOW DRUG | ROANE | SPENCER | WV | 25276 A | 9143 | 329.0155 | 24,400 |
| 2012 | AB2971845 | BIG FOUR DRUG STORE INC | SUMMERS | HINTON | WV | 25951 A | 9143 | 2858.8489 | 215,660 |
| 2012 | AR8622626 | RITE AID OF WEST VIRGINIA | SUMMERS | HINTON | WV | 25951 A | 9143 | 342.2389 | 26,900 |
| 2012 | BK6935506 | KROGER PHARMACY #743 | SUMMERS | HINTON | WV | 25951 A | 9143 | 220.9873 | 21,900 |
| 2012 | BR1434529 | RITE AID OF WEST VIRGINIA | TAYLOR | GRAFTON | WV | 26354 A | 9143 | 916.4471 | 81,400 |
| 2012 | BW6629034 | WAL-MART PHARMACY 10 2833 | TAYLOR | GRAFTON | WV | 26354 A | 9143 | 147.4743 | 18,300 |
| 2012 | FW1481782 | WALGREEN CO. | TAYLOR | GRAFTON | WV | 26354 A | 9143 | 298.9828 | 37,800 |
| 2012 | BC9597684 | COMMUNITY CARE PHARMACY | TUCKER | PARSONS | WV | 26287-1337 A | 9143 | 186.2479 | 26,000 |
| 2012 | BR1736579 | RITE AID OF WEST VIRGINIA | TUCKER | PARSONS | WV | 26287 A | 9143 | 64.0998 | 9,200 |
| 2012 | AP2986442 | PHILLIPS DRUG LLC | TYLER | SISTERSVILLE | WV | 26175 A | 9143 | 645.7041 | 74,900 |
| 2012 | FH0538566 | HAYES PROFESSIONAL SERVICE, LLC | TYLER | SISTERSVILLE | WV | 26175 A | 9143 | 382.3573 | 40,900 |
| 2012 | AM2974473 | MILLERS PHARMACY INC | UPSHUR | BUCKHANNON | WV | 26201-2104 A | 9143 | 5.8273 | 1,000 |
| 2012 | AT5014662 | THOMPSON'S PHARMACY | UPSHUR | BUCKHANNON | WV | 26201 A | 9143 | 427.6305 | 45,900 |
| 2012 | BK4820165 | KROGER PHARMACY | UPSHUR | BUCKHANNON | WV | 26201 A | 9143 | 245.1928 | 29,400 |
| 2012 | B15607479 | WEST VIRGINIA CVS PHARMACY, L.L.C. | UPSHUR | BUCKHANNON | WV | 26201 A | 9143 | 454.9738 | 49,500 |
| 2012 | BT9099866 | TRICOUNTY HEALTH CLINIC INC | UPSHUR | ROCK CAVE | WV | 26234-0000 A | 9143 | 37.6530 | 5,400 |
| 2012 | BW6867456 | WAL-MART PHARMACY 10-2809 | UPSHUR | BUCKHANNON | WV | 26201 A | 9143 | 368.4615 | 48,600 |
| 2012 | FR0713304 | RITE AID OF WEST VIRGINIA INC | UPSHUR | BUCKHANNON | WV | 26201 A | 9143 | 281.7251 | 33,600 |
| 2012 | AF6154556 | FAIRFIELD PHARMACY | WAYNE | WAYNE | WV | 25570-0338 A | 9143 | 129.3701 | 11,500 |
| 2012 | AG2973506 | GRIFFITH & FELL DRUG | WAYNE | KENOVA | WV | 25530 A | 9143 | 848.9855 | 57,300 |
| 2012 | BF1434555 | FRUTH PHARMACY | WAYNE | HUNTINGTON | WV | 25704 A | 9143 | 373.1681 | 43,100 |
| 2012 | BH1134977 | WEST VIRGINIA CVS PHARMACY, L.L.C. | WAYNE | CEREDO | WV | 25507 A | 9143 | 637.1874 | 61,300 |
| 2012 | BR2168044 | RITE AID OF WEST VIRGINIA | WAYNE | WAYNE | WV | 25570 A | 9143 | 406.5628 | 39,600 |
| 2012 | BR3824477 | RITE AID OF WEST VIRGINIA INC | WAYNE | LAVALETTE | WV | 25535 A | 9143 | 754.8530 | 47,200 |
| 2012 | BT5541760 | T AND J ENTERPRISES INC | WAYNE | HUNTINGTON | WV | 25704 A | 9143 | 7602.9934 | 324,000 |
| 2012 | BW6484389 | WAL-MART PHARMACY 10-2792 | WAYNE | WAYNE | WV | 25570 A | 9143 | 178.6276 | 23,400 |
| 2012 | BH5099317 | HIGHLANDER PHARMACY | WEBSTER | WEBSTER SPRINGS | WV | 26288 A | 9143 | 415.3036 | 52,400 |
| 2012 | BR0258714 | RITE AID OF WEST VIRGINIA | WEBSTER | WEBSTER SPRINGS | WV | 26288 A | 9143 | 199.9195 | 25,300 |
| 2012 | FW2793568 | WEBCO PHARMACY | WEBSTER | WEBSTER SPRINGS | WV | 26288 A | 9143 | 87.1846 | 7,700 |
| 2012 | BR1720704 | RITE AID OF WEST VIRGINIA, INC | WETZEL | NEW MARTINSVILLE | WV | 26155 A | 9142 | 1527.6360 | 149,600 |
| 2012 | BW5128360 | WITSCHEY'S PHARMACY | WETZEL | NEW MARTINSVILLE | WV | 26155-1399 A | 9143 | 164.5078 | 22,200 |
| 2012 | BW6176932 | WAL-MART PHARMACY 10 2684 | WETZEL | NEW MARTINSVILLE | WV | 26155 A | 9143 | 218.9701 | 38,700 |
| 2012 | FN0076439 | NORRIS PHARMACY INC | WETZEL | PINE GROVE | WV | 26419 A | 9143 | 384.8226 | 47,200 |
| 2012 | FC1808166 | CARDINAL PHARMACY | WIRT | ELIZABETH | WV | 26143 A | 9143 | 130.6649 | 17,000 |
| 2012 | AB2997343 | BOND'S DRUG STORE INC | WOOD | WASHINGTON | WV | 26181 A | 9143 | 1319.7677 | 108,560 |
| 2012 | AK6379526 | K MART PHARMACY #3218 | WOOD | PARKERSBURG | WV | 26101 A | 9143 | 345.6008 | 48,300 |
| 2012 | AK6380771 | K MART PHARMACY #3220 | WOOD | PARKERSBURG | WV | 26101 A | 9143 | 438.8368 | 58,400 |
| 2012 | AR2183717 | RITE AID OF WEST VIRGINIA | WOOD | PARKERSBURG | WV | 26104-1810 A | 9143 | 731.5440 | 84,900 |
| 2012 | A11131755 | THE KROGER CO | WOOD | PARKERSBURG | WV | 26101 A | 9143 | 254.3819 | 37,000 |
| 2012 | BC9442637 | COX FAMILY PHARMACY, INC. | WOOD | PARKERSBURG | WV | 26101 A | 9143 | 465.5076 | 52,300 |
| 2012 | BD0757902 | DUTTON PHARMACY | WOOD | VIENNA | WV | 26105 A | 9143 | 360.3930 | 35,100 |
| 2012 | BF3866831 | FRUTH PHARMACY | WOOD | MINERAL WELLS | WV | 26150 A | 9143 | 456.0796 | 53,500 |
| 2012 | BH0723656 | WEST VIRGINIA CVS PHARMACY, L.L.C. | WOOD | PARKERSBURG | WV | 26101 A | 9143 | 554.9335 | 70,700 |
| 2012 | BH0723735 | WEST VIRGINIA CVS PHARMACY, L.L.C. | WOOD | PARKERSBURG | WV | 26101 A | 9143 | 964.4099 | 118,700 |
| 2012 | BH0723848 | WEST VIRGINIA CVS PHARMACY, L.L.C. | WOOD | PARKERSBURG | WV | 26101 A | 9143 | 335.5151 | 53,700 |
| 2012 | BK1723835 | KROGER PHARMACY | WOOD | PARKERSBURG | WV | 26101 A | 9143 | 561.4331 | 63,500 |
| 2012 | BN5751789 | RITE AID OF WEST VIRGINIA | WOOD | PARKERSBURG | WV | 26101 A | 9143 | 378.0989 | 39,800 |
| 2012 | BN5752604 | RITE AID OF WEST VIRGINIA | WOOD | PARKERSBURG | WV | 26101 A | 9143 | 434.5784 | 49,000 |
| 2012 | BN5752616 | RITE AID OF WEST VIRGINIA | WOOD | VIENNA | WV | 26105 A | 9143 | 776.3690 | 94,900 |
| 2012 | BP6023105 | PFALZGRAF | WOOD | PARKERSBURG | WV | 26104 A | 9143 | 551.5716 | 64,900 |
| 2012 | BR4281503 | WEST VIRGINIA CVS PHARMACY, L.L.C. | WOOD | PARKERSBURG | WV | 26101 A | 9143 | 1140.7963 | 130,100 |
| 2012 | 3W3209194 | WILLIAMSTOWN PHARMACY | WOOD | WILLIAMSTOWN | WV | 26187 A | 9143 | 192.1648 | 24,660 |
| 2012 | BW5432858 | WAL-MART PHARMACY 10-1782 | WOOD | VIENNA | WV | 26105 A | 9143 | 235.3313 | 34,600 |
| 2012 | BW6627650 | WAL-MART PHARMACY 10-2823 | WOOD | PARKERSBURG | WV | 26101 A | 9143 | 359.2724 | 54,400 |
| 2012 | FB0418423 | BOND DRUG | WOOD | VIENNA | WV | 26105-1845 A | 9143 | 890.8969 | 94,800 |

DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION, OFFICE
OF DIVERSION CONTROL
ARCOS 3 - REPORT
TOP 50 DRUG DISTRIBUTED BY BUYER DEA CODE

| | |
|---|---|
| Date: | 1/6/2015 |
| Business Activity: | DISTRIBUTOR (F) |
| Drug Name: | HYDOCODONE (9193) HYDROCODONE (9193) |
| Report Based on Account: | PHARMACIES (A) |
| Report Valid To: | INV - ALL DEA |
| Transaction Cut: | 2007 - 2012 |
| Report Limited - 1 PM= | ALL Omment  ALL Offices |
| Report By: | Total Dosage Units |
| Displays Limit: | 050 |

*McKesson*

*Empowering Healthcare*

38220 Plymouth Road
Livonia, MI 48150
Phone (734) 779-8800
Fax (734) 779-8819

# FAX

**To: State of West Virginia Board of Pharmacy**

**From: McKesson Corporation**

**Phone: 304-558-0572**

**Date: June 30, 2015**

**Re: Suspicious Order Reports**

**Cc:**

**Urgent     For Review     Please Comment     Please Reply     Please Recycle**

---

*Attached please find the report of orders for controlled substances placed by West Virginia customers, from June 29, 2015 through July 5, 2015 that have been flagged as suspicious.*

*If you have any questions, please contact Scott W. Kurtz, Director of Regulatory Affairs, at 734-779-8832.*

This fax communication is intended only for the use of the addresses and may contain information which is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone, and destroy the original. Thank You

**ATTACHMENT 5**

01:10:06 p.m.

734 779 8815

| DEA # | Customer | DC | SO Date | Invoice # | Material | | NDC # | Use ID | EA | EA |
|---|---|---|---|---|---|---|---|---|---|---|
| AA8151728 | ADKINS PHCY | 8164 | 06/30/2015 | 7694386701 | 3209608 | TRAMADOL TAB 50MG 1000 NSTAR@ | 16714011112 | V | 1 | 0 |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 06/27/2015 | 7693931627 | 1907104 | OXYCOD HYD TAB 10MG ZYD 100@ | 68382079401 | V | 2 | 0 |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 06/29/2015 | 7694165378 | 3270246 | HYDROCOD+AP TB 10/325 Q/P1000@ | 603388732 | V | 1 | 0 |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 06/29/2015 | 7694165378 | 3284262 | HYDROC B+AC TB 5/325 MALL 500@ | 406012305 | V | 1 | 0 |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 06/30/2015 | 7694386697 | 3284296 | HYDROC B+AC TB 7.5/325MALL500 @ | 406012405 | V | 1 | 0 |
| AG2972506 | GRIFFITH FEIL DR EDI #2 | 8164 | 06/30/2015 | 7694389171 | 1276567 | OXYCOD HCL TAB 30MG MALL 100@ | 406853001 | V | 13 | 0 |
| AG2972506 | GRIFFITH FEIL DR EDI #2 | 8164 | 06/30/2015 | 7694389171 | 2474195 | MORPHINE ER TB 100MG MALL 100@ | 406839001 | V | 2 | 0 |
| AL9565954 | LARRYS DRIVE IN PHCY INC | 8164 | 06/30/2015 | 7694292673 | 1947977 | XANAX TAB 1MG 100 | 9009001 | V | 2 | 0 |
| AL9565954 | LARRYS DRIVE IN PHCY INC | 8164 | 06/30/2015 | 7694292673 | 2236834 | ALPRAZOL TAB 0.5MG SAN 500@ | 781107705 | V | 1 | 0 |
| AP2988357 | PHILLIPS PHCY | 8164 | 06/29/2015 | 7694081411 | 3220803 | TRAMDOL HCL TAB 50MG VIRT1000@ | 76439013611 | V | 1 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AP2988357 | PHILLIPS PHCY | 8164 | 06/30/2015 | 7694289914 | 1696277 | APAP+COD TAB 30MG Q/P 1000@ | 603233832 | V | 3 | 0 |
| AP2988357 | PHILLIPS PHCY | 8164 | 07/01/2015 | 7694511285 | 1696277 | APAP+COD TAB 30MG Q/P 1000@ | 603233832 | V | 3 | 0 |
| AP2988357 | PHILLIPS PHCY | 8164 | 07/02/2015 | 7694735058 | 1696277 | APAP+COD TAB 30MG Q/P 1000@ | 603233832 | V | 3 | 0 |
| AR6086563 | RITE AID 0915 | 8772 | 06/29/2015 | 7694155452 | 3284213 | HYDROC B+AC 10/325 MALL 100@ | 406012501 | V | 20 | 0 |
| AR9505871 | RITE AID 00947/THOMAS PHS | 8164 | 06/29/2015 | 7694180806 | 1693308 | SUBOXONE SUBLING FLM 2/.5MG 30 | 12496120203 | V | 1 | 0 |
| AR9505871 | RITE AID 0947 | 8164 | 06/28/2015 | 7693964009 | 1299965 | BUPRENOR TAB 8MG HI-T 30@ | 50383093093 | V | 1 | 0 |
| AR9505871 | RITE AID 0947 | 8164 | 06/29/2015 | 7694195757 | 1299965 | BUPRENOR TAB 8MG HI-T 30@ | 50383093093 | V | 4 | 0 |
| AR9505871 | RITE AID 0947 | 8164 | 06/30/2015 | 7694420190 | 1299965 | BUPRENOR TAB 8MG HI-T 30@ | 50383093093 | V | 4 | 0 |
| AR9505871 | RITE AID 0947 | 8164 | 06/30/2015 | 7694420190 | 1693308 | SUBOXONE SUBLING FLM 2/.5MG 30 | 12496120203 | V | 1 | 0 |
| AR9813987 | RITE AID 1462 | 8120 | 06/28/2015 | 7693900492 | 3216330 | TRAMADOL TAB 50MG TEV 100@ | 93005801 | V | 10 | 0 |
| AR9813987 | RITE AID 1462 | 8120 | 06/28/2015 | 7693900492 | 3413036 | TRAMADOL+AC ET 37.5/325 APX100@ | 60505264401 | V | 2 | 0 |
| AR9813987 | RITE AID 1462 | 8120 | 06/29/2015 | 7694166321 | 3216330 | TRAMADOL TAB 50MG TEV 100@ | 93005801 | V | 6 | 0 |

07-07-2015

01:11:10 p.m.

734 779 8815

| AR9813987 | RITE AID 1462 | 8120 | 06/29/2015 | 7694166321 | 3413036 | TRAMADOL+AC ET 37.5/325 APX100@ | 6050526440 1 | V | 1 | 0 |
| AR9813987 | RITE AID 1462 | 8120 | 06/30/2015 | 7694303072 | 3216330 | TRAMADOL TAB 50MG TEV 100@ | 93005801 | V | 4 | 0 |
| AR9813987 | RITE AID 1462 | 8120 | 06/30/2015 | 7694303072 | 3413036 | TRAMADOL+AC ET 37.5/325 APX100@ | 6050526440 1 | V | 1 | 0 |
| AV5458648 | VAMC 581-HUNTINGTON | 8164 | 06/29/2015 | 7694151189 | 3209392 | TRAMADOL TAB 50MG AMN 1000@ | 6516206271 1 | V | 12 | 0 |
| BC2417310 | CRAB ORCHARD PHCY S J | 8164 | 06/27/2015 | 7693968864 | 1170588 | CLONAZEP TAB 1MG ACTA 100@ | 228300411 | V | 2 | 0 |
| BF0660565 | FAMILY DISCOUNT PHARMACY | 8164 | 06/29/2015 | 7694080676 | 1653039 | ANDROGEL PUMP 1.62% 60X1.25GM | 51846233 | V | 1 | 0 |
| BH6954401 | HURLEY DRUG COMPANY | 8164 | 06/30/2015 | 7694421370 | 1276567 | OXYCOD HCL TAB 30MG MALL 100@ | 406853001 | V | 2 | 0 |
| BM8273524 | FRITZS PHCY &WELLNESS | 8164 | 06/30/2015 | 7694388690 | 1170588 | CLONAZEP TAB 1MG ACTA 100@ | 228300411 | V | 10 | 0 |
| BM8273524 | FRITZS PHCY &WELLNESS | 8164 | 06/30/2015 | 7694388704 | 2136620 | OXYCONTIN CR TAB 15MG (REF)100 | 5901104151 0 | V | 1 | 0 |
| BM8273524 | FRITZS PHCY &WELLNESS | 8164 | 06/30/2015 | 7694388704 | 2136695 | OXYCONTIN CR TAB 40MG (REF)100 | 5901104401 0 | V | 1 | 0 |
| BM8273524 | FRITZS PHCY &WELLNESS | 8164 | 06/30/2015 | 7694388704 | 2136745 | OXYCONTIN CR TAB 60MG (REF)100 | 5901104601 0 | V | 1 | 0 |

01:11:46 p.m.    07-07-2015

734 779 8815

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BM8273524 | FRITZS PHCY &WELLNESS | 8164 | 06/30/2015 | 7694388704 | 2136760 | OXYCONTIN CR TAB 80MG (REF)100 | 59011048010 | V | 1 | 0 |
| BN5751789 | RITE AID 1460 | 8164 | 06/28/2015 | 7693968587 | 1170588 | CLONAZEP TAB 1MG ACTA 100@ | 228300411 | V | 1 | 0 |
| BN5751789 | RITE AID 1460 | 8164 | 06/28/2015 | 7693968587 | 1171057 | CLONAZEP TAB 2MG ACTA 100@ | 228300511 | V | 1 | 0 |
| BN5751789 | RITE AID 1460 | 8164 | 06/29/2015 | 7694196589 | 1169895 | CLONAZEP TAB 0.5MG ACTA 100@ | 228300311 | V | 1 | 0 |
| BN5751789 | RITE AID 1460 | 8164 | 06/29/2015 | 7694196589 | 1170588 | CLONAZEP TAB 1MG ACTA 100@ | 228300411 | V | 1 | 0 |
| BN5751789 | RITE AID 1460 | 8164 | 06/29/2015 | 7694196589 | 1171057 | CLONAZEP TAB 2MG ACTA 100@ | 228300511 | V | 1 | 0 |
| BN5751789 | RITE AID 1460 | 8164 | 06/30/2015 | 7694412705 | 1169895 | CLONAZEP TAB 0.5MG ACTA 100@ | 228300311 | V | 5 | 0 |
| BN5751789 | RITE AID 1460 | 8164 | 06/30/2015 | 7694412705 | 1170588 | CLONAZEP TAB 1MG ACTA 100@ | 228300411 | V | 2 | 0 |
| BN5751789 | RITE AID 1460 | 8164 | 06/30/2015 | 7694412705 | 1171057 | CLONAZEP TAB 2MG ACTA 100@ | 228300511 | V | 1 | 0 |
| BN5752604 | RITE AID 1405 | 8164 | 06/29/2015 | 7694194878 | 1169895 | CLONAZEP TAB 0.5MG ACTA 100@ | 228300311 | V | 4 | 0 |
| BN5752604 | RITE AID 1405 | 8164 | 06/30/2015 | 7694420281 | 1169895 | CLONAZEP TAB 0.5MG ACTA 100@ | 228300311 | V | 5 | 0 |

07-07-2015

01:12:29 p.m.

734 779 8815

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BN5752616 | RITE AID 1473 | 8164 | 06/29/2015 | 7694195514 | 1170588 | CLONAZEP TAB 1MG ACTA 100@ | 228300411 | V | 4 | 0 |
| BN5752616 | RITE AID 1473 | 8164 | 06/30/2015 | 7694420865 | 1170588 | CLONAZEP TAB 1MG ACTA 100@ | 228300411 | V | 5 | 0 |
| BP9551885 | CHAPMANVILLE PHCY HM | 8164 | 06/29/2015 | 7694169892 | 2235893 | ALPRAZOL TAB 0.5MG SAN 100@ | 781107701 | V | 3 | 0 |
| BP9551885 | CHAPMANVILLE PHCY HM | 8164 | 06/29/2015 | 7694169892 | 2238970 | ALPRAZOL TAB 1MG SAN 100@ | 781107901 | V | 3 | 0 |
| BP9551885 | CHAPMANVILLE PHCY HM | 8164 | 06/29/2015 | 7694169892 | 2246759 | ALPRAZOL TAB 2MG SAN 100@ | 781108901 | V | 1 | 0 |
| BR0431231 | RITE AID 1802 | 8772 | 06/30/2015 | 7694357921 | 3271392 | HYDROCOD+AP TB 5/300MGBOCA100@ | 64376064801 | V | 3 | 0 |
| BR0431231 | RITE AID 1802 | 8772 | 06/30/2015 | 7694357921 | 3272093 | HYDROCOD+AP TB 10/300 BOCA100@ | 64376064301 | V | 3 | 0 |
| BR0431231 | RITE AID 1802 | 8772 | 06/30/2015 | 7694357921 | 3284213 | HYDROC B+AC 10/325 MALL 100@ | 406012501 | V | 20 | 0 |
| BR1642518 | RITE AID 1992 | 8164 | 06/28/2015 | 7693928693 | 1283944 | ALPRAZOL TAB 1MG MYL 500@ | 378400505 | V | 2 | 0 |
| BR1642518 | RITE AID 1992 | 8164 | 06/28/2015 | 7693928693 | 1284140 | ALPRAZOL TAB 0.5MG Q/P 500@ | 603212828 | V | 1 | 0 |
| BR3322726 | RITE AID 2728 | 8120 | 06/30/2015 | 7694583415 | 1616101 | OXYCOD TAB 15MG Q/P 100@ | 603499121 | V | 9 | 0 |
| BR9739319 | RHONDAS PHARMACY | 8164 | 06/29/2015 | 7694194621 | 1276567 | OXYCOD HCL TAB 30MG MALL 100@ | 406853001 | V | 8 | 0 |

07-07-2015

01:13:19 p.m.

734 779 8815

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| BR9738319 | RHONDAS PHARMACY | 8164 | 06/30/2015 | 7694420289 | 1276567 | OXYCOD HCL TAB 30MG MALL 100@ | 406853001 | V | 10 | 0 |
| BU5227942 | OCEANA PHCY HM | 8164 | 06/30/2015 | 7694405065 | 3284262 | HYDROC B+AC TB 5/325 MALL 500@ | 406012305 | V | 2 | 0 |
| BU5227942 | OCEANA PHCY HM | 8164 | 06/30/2015 | 7694405065 | 3284262 | HYDROC B+AC TB 7.5/325MALL500 | 406012405 | V | 2 | 0 |
| FA1571192 | AMERICAN PHARMACY | 8772 | 06/29/2015 | 7694087699 | 2712008 | ALPRAZOL TAB 0.5MG GRE 1000@ | 59762372004 | V | 1 | 0 |
| FB0418423 | BOND DRUG HM | 8164 | 06/29/2015 | 7694182785 | 1481258 | VYVANSE CAP 40MG 100 | 59417010410 | V | 3 | 0 |
| FB0418423 | BOND DRUG HM | 8164 | 06/29/2015 | 7694182785 | 1482389 | VYVANSE CAP 60MG 100 | 59417010610 | V | 3 | 0 |
| FB0418423 | BOND DRUG HM | 8164 | 06/29/2015 | 7694182785 | 1764430 | VYVANSE CAP 30MG 100 | 59417010310 | V | 3 | 0 |
| FB0418423 | BOND DRUG HM | 8164 | 06/29/2015 | 7694182785 | 3285020 | HYDROC B+AC TB 5/325 MALL 100@ | 406012301 | V | 5 | 0 |
| FB0418423 | BOND DRUG HM | 8164 | 06/30/2015 | 7694417797 | 3295177 | OXYCOD+ACET TB10/325MG RHOD100 | 42858010401 | V | 12 | 0 |
| FB0418423 | BOND DRUG HM | 8164 | 06/30/2015 | 7694417797 | 3295300 | OXYCOD+ACET TB7.5/325MGRH OD100 | 42858010301 | V | 12 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| FC3015915 | CITY CENTER PHARMACY HM | 8164 | 06/27/2015 | 7693975414 | 1290485 | OXYCOD+ACET TB10/325MGALV 100@ | 4778102300 1 | V | 2 | 0 |
| FC3729499 | CAMC PHCY #2 PHS | 8164 | 06/30/2015 | 7694308241 | 1283860 | ALPRAZOL TAB 0.25MG Q/P 100@ | 603212721 | V | 2 | 0 |
| FC3729499 | CAMC PHCY #2 WAC A34 | 8164 | 06/29/2015 | 7694080077 | 1283860 | ALPRAZOL TAB 0.25MG Q/P 100@ | 603212721 | V | 2 | 0 |
| FC3729499 | CAMC PHCY #2 WAC A34 | 8164 | 06/30/2015 | 7694307753 | 1283860 | ALPRAZOL TAB 0.25MG Q/P 100@ | 603212721 | V | 2 | 0 |
| FF0641591 | FAMILY LIFE PHARMACY | 8164 | 06/27/2015 | 7693974880 | 1290469 | OXYCOD+ACET TB7.5/325MGAL V100@ | 4778102290 1 | V | 1 | 0 |
| FF0641591 | FAMILY LIFE PHARMACY | 8164 | 06/27/2015 | 7693974880 | 1907104 | OXYCOD HYD TAB 10MG ZYD 100@ | 6838207940 1 | V | 1 | 0 |
| FF0641591 | FAMILY LIFE PHARMACY | 8164 | 06/27/2015 | 7693974880 | 2126589 | OXYCOD HCL TAB 15MG ACTA 100@ | 228287811 | V | 1 | 0 |
| FF4155912 | FRITZS PHCY III | 8164 | 06/29/2015 | 7694078246 | 1276567 | OXYCOD HCL TAB 30MG MALL 100@ | 406853001 | V | 1 | 0 |
| FF4155912 | FRITZS PHCY III | 8164 | 06/29/2015 | 7694078246 | 2126589 | OXYCOD HCL TAB 15MG ACTA 100@ | 228287811 | V | 1 | 0 |
| FH0841040 | HARTS PHCY | 8164 | 06/29/2015 | 7694167162 | 1907104 | OXYCOD HYD TAB 10MG ZYD 100@ | 6838207940 1 | V | 2 | 0 |

07-07-2015

01:14:43 p.m.

734 779 8815

| FH0841D40 | HARTS PHCY | 8164 | 06/29/2015 | 7694167162 | 1907112 | OXYCOD HYD TAB 20MG ZYD 100@ | 6838207960 1 | V | 2 | 0 |
|---|---|---|---|---|---|---|---|---|---|---|
| FH0841D40 | HARTS PHCY | 8164 | 06/30/2015 | 7694385601 | 1794163 | MORPHINE ER TB 30MG RHOD 100@ | 4285808020 1 | V | 1 | 0 |
| FM1265984 | CRAIGSVILLE HOMETOWN PHCY | 8164 | 06/29/2015 | 7694078027 | 2243848 | ALPRAZOL TAB 1MG SAN 500@ | 781107905 | V | 1 | 0 |
| FM2277007 | MEDS 2 GO EXPRESS PHCY | 8164 | 06/29/2015 | 7694065508 | 3413515 | BELSOMRA TAB 10MG 30 | 6003330 | V | 1 | 0 |
| FM3205590 | MACE'S PHARMACY #2 | 8772 | 05/27/2015 | 7693871328 | 3209608 | TRAMADOL TAB 50MG 1000 NSTAR@ | 1671401111 2 | V | 3 | 0 |
| FM3205590 | MACE'S PHARMACY #2 | 8772 | 06/29/2015 | 7694093608 | 3209608 | TRAMADOL TAB 50MG 1000 NSTAR@ | 1671401111 2 | V | 3 | 0 |
| FM3205590 | MACE'S PHARMACY #2 | 8772 | 06/30/2015 | 7694325220 | 3209608 | TRAMADOL TAB 50MG 1000 NSTAR@ | 1671401111 2 | V | 4 | 0 |

734 779 8815     --                                                07:18:52 a.m.    07-16-2015           1 /2

## McKesson
*Empowering Healthcare*

38220 Plymouth Road
Livonia, MI  48150
Phone (734) 779-8800
Fax (734) 779-8819

# FAX

**To: State of West Virginia Board of Pharmacy**

**From: McKesson Corporation**

**Phone: 304-558-0572**

**Date:  July 16, 2015**

**Re:  Suspicious Order Reports**

**Cc:**

**Urgent     For Review     Please Comment     Please Reply     Please Recycle**

---

*Attached please find the report of orders for controlled substances placed by West Virginia customers, from July 6, 2015 through July 12, 2015 that have been flagged as suspicious.*

*If you have any questions, please contact Scott W. Kurtz, Director of Regulatory Affairs, at 734-779-8832.*

This fax communication is intended only for the use of the addresses and may contain information which is privileged and confidential.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by telephone, and destroy the original. Thank You

2/2

07-16-2015

07:19:09 a.m.

734 779 8815

CSMP Susp Order Rpt for WV from 20150706to20150712

| DEA # | Customer | DC | SO Date | Invoice # | Material | | NDC # | Use ID | Order Qty EA | Bill Qty EA |
|-------|----------|-----|---------|-----------|----------|---|-------|--------|------|------|
| AB2992433 | BONDS LTC | 8164 | 07/10/2015 | 7695983088 | 2792513 | ACETAM+COD TB 3C/30 MALL 1000@ | 406048410 | V | 2 | 0 |
| AB2992433 | BONDS LTC | 8164 | 07/10/2015 | 7695983089 | 2792513 | ACETAM+COD TB 3C/30 MALL 1000@ | 406048410 | V | 4 | 0 |
| AC2518895 | CAMC EMP SPEC WAC A34 | 8164 | 07/08/2015 | 7695542474 | 2140671 | ALLEGRA-D 12HR TAB 120MG 20 | 41167431004 | V | 8 | 0 |
| AC2518895 | CAMC EMP SPEC WAC A34 | 8164 | 07/08/2015 | 7695542475 | 2062677 | CLARITIN-D 24HR TAB 10 | 11523433202 | V | 8 | 0 |
| FH0841040 | HARTS PHCY | 8164 | 07/02/2015 | 7694897310 | 1276567 | OXYCOD HCL TAB 30MG MALL 100@ | 408853001 | V | 5 | 0 |
| FM2277007 | MEDS 2 GO EXPRESS PHCY | 8164 | 07/06/2015 | 7695116150 | 1804194 | TESTOS CYP SDV200MG/MLPAD 1ML@ | 574082001 | V | 1 | 0 |

734 779 8815                                                    07:10:43 a.m.      07-22-2015        1 /2



*McKesson*

*Empowering Healthcare*

38220 Plymouth Road
Livonia, MI 48150
Phone (734) 779-8800
Fax (734) 779-8819

# FAX

**To: State of West Virginia Board of Pharmacy**

**From: McKesson Corporation**

**Phone: 304-558-0572**

**Date: July 22, 2015**

**Re: Suspicious Order Reports**

**Cc:**

**Urgent    For Review    Please Comment    Please Reply    Please Recycle**

---

*Attached please find the report of orders for controlled substances placed by West Virginia customers, from July 13, 2015 through July 19, 2015 that have been flagged as suspicious.*

*If you have any questions, please contact Scott W. Kurtz, Director of Regulatory Affairs, at 734-779-8832.*

This fax communication is intended only for the use of the addresses and may contain information which is privileged and confidential. If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately by telephone, and destroy the original. Thank You

2/2

07-22-2015

07:11:00 a.m.

734 779 8815

CSMP Susp Order Rpt for WV from 20150713 to 20150719

| DEA # | Customer | DC | SO Date | Invoice # | Material | | NDC # | Use ID | Order Qty EA | Bill Qty EA |
|-------|----------|----|---------|-----------|----------|--|-------|--------|--------------|-------------|
| AB2971845 | BIG FOUR DRUG S J | 8164 | 07/14/2015 | 7696571535 | 1294628 | ALPRAZOL TAB 1MG SAN 1000@ | 781107910 | V | 3 | 0 |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 07/15/2015 | 7696796916 | 2238970 | ALPRAZOL TAB 1MG SAN 100@ | 781107901 | V | 2 | 0 |
| AC2518895 | CAMC EMP SPEC WAC A34 | 8164 | 07/13/2015 | 7696269374 | 2097202 | BELVIQ TAB 10MG 60 | 62856052960 | V | 2 | 0 |
| AF4894716 | FLAT IRON DRUG | 8120 | 07/11/2015 | 7696018548 | 2712792 | ALPRAZOL TAB 1MG GRE 1000@ | 59762372104 | V | 12 | 0 |
| BJ1035802 | JUDYS DRUG STORE HM | 8120 | 07/11/2015 | 7696008140 | 1992163 | PHENOB TAB 1.5GR Q/P 100@ | 603516821 | V | 1 | 0 |
| BW5778610 | BECKLEY ARH HSO EDI 2 PHS | 8164 | 07/15/2015 | 7696783459 | 3209392 | TRAMADOL TAB 50MG AMN 1000@ | 65162062711 | V | 2 | 0 |
| BW5778610 | BECKLEY ARH HSO EDI 2 PHS | 8164 | 07/16/2015 | 7696994301 | 3209392 | TRAMADOL TAB 50MG AMN 1000@ | 65162062711 | V | 2 | 0 |
| BW5778610 | BECKLEY ARH HSO EDI 2 PHS | 8164 | 07/17/2015 | 7697124689 | 3209392 | TRAMADOL TAB 50MG AMN 1000@ | 65162062711 | V | 2 | 0 |

734 779 8815                                    09:39:56 a.m.    07-27-2015          1 /4

# *McKesson*
### *Empowering Healthcare*

38220 Plymouth Road
Livonia, MI 48150
Phone (734) 779-8800
Fax (734) 779-8819

# FAX

**To: State of West Virginia Board of Pharmacy**

**From: McKesson Corporation**

**Phone: 304-558-0572**

**Date:  July 27, 2015**

**Re:  Suspicious Order Reports**

**Cc:**

**Urgent    For Review    Please Comment    Please Reply    Please Recycle**

---

*Attached please find the report of orders for controlled substances placed by West Virginia customers, from July 20, 2015 through July 26, 2015 that have been flagged as suspicious.*

*If you have any questions, please contact Scott W. Kurtz, Director of Regulatory Affairs, at 734-779-8832.*

This fax communication is intended only for the use of the addresses and may contain information which is privileged and confidential.  If you are not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited.  If you have received this communication in error, please notify the sender immediately by telephone, and destroy the original. Thank You

Umit
Reports
07202015
to
07262015

| 07262015 | | | | | | | | Order Qty | Bill Qty |
|---|---|---|---|---|---|---|---|---|---|
| DEA # | Customer | DC | SO Date | Invoice # | Material | NDC # | Use ID | EA | EA |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 07/20/2015 | 7697493796 | 1276567 | OXYCOD HCL TAB 30MG MALL 100@ | 406853001 | V | 3 | 0 |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 07/20/2015 | 7697493796 | 2126589 | OXYCOD HCL TAB 15MG ACTA 100@ | 228287811 | V | 4 | 0 |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 07/20/2015 | 7697493798 | 2235638 | ALPRAZOL TAB 0.25MG SAN 1000@ | 781105110 | V | 1 | 0 |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 07/21/2015 | 7697703531 | 1276567 | OXYCOD HCL TAB 30MG MALL 100@ | 406853001 | V | 6 | 0 |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 07/21/2015 | 7697703531 | 1290493 | OXYCOD+AC ET TB 10/325MGALV 500@ | 4778102300 5 | V | 1 | 0 |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 07/21/2015 | 7697703531 | 1907112 | OXYCOD HYD TAB 20MG ZYD 100@ | 6838207960 1 | V | 2 | 0 |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 07/21/2015 | 7697703531 | 2126589 | OXYCOD HCL TAB 15MG ACTA 100@ | 228287811 | V | 6 | 0 |
| AB2971845 | BIG FOUR DRUG S J | 8164 | 07/22/2015 | 7697902462 | 1276567 | OXYCOD HCL TAB 30MG MALL 100@ | 406853001 | V | 2 | 0 |
| AR4573413 | RITE AID 0699 | 8772 | 07/23/2015 | 7698087316 | 1907112 | OXYCOD HYD TAB 20MG ZYD 100@ | 6836207960 1 | V | 3 | 0 |

| | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| AR5471482 | RITE AID 0966 | 8164 | 07/23/2015 | 7698144919 | 1170588 | CLONAZEP TAB 1MG ACTA 100@ | 228300411 | V | 11 | 0 |
| BC2417310 | CRAB ORCHARD PHCY S J | 8164 | 07/22/2015 | 7697932854 | 1170588 | CLONAZEP TAB 1MG ACTA 100@ | 228300411 | V | 3 | 0 |
| BF0660565 | FAMILY DISCOUNT PHARMACY | 8164 | 07/19/2015 | 7697156755 | 1834746 | LORATADINE-D 24HR TAB OHM 15 | 5166007241 5 | V | 8 | 0 |
| BK2173285 | MED-A-SAVE PHARMACY HM | 8120 | 07/21/2015 | 7697678595 | 3284296 | HYDROC B+AC TB 7.5/325MALL5 00@ | 406012405 | V | 1 | 0 |
| BK2173285 | MED-A-SAVE PHARMACY HM | 8120 | 07/22/2015 | 7697903092 | 3284296 | HYDROC B+AC TB 7.5/325MALL5 00@ | 406012405 | V | 1 | 0 |
| BK2173285 | MED-A-SAVE PHARMACY HM | 8120 | 07/23/2015 | 7698096108 | 3284262 | HYDROC B+AC TB 5/325 MALL 500@ | 406012305 | V | 1 | 0 |
| BK2173285 | MED-A-SAVE PHARMACY HM | 8120 | 07/23/2015 | 7698096108 | 3284296 | HYDROC B+AC TB 7.5/325MALL5 00@ | 406012405 | V | 1 | 0 |
| BP9551385 | CHAPMANVILLE PHCY HM | 8164 | 07/23/2015 | 7698120146 | 2235638 | ALPRAZOL TAB 0.25MG SAN 1000@ | 781106110 | V | 1 | 0 |
| BP9551385 | CHAPMANVILLE PHCY HM | 8164 | 07/23/2015 | 7698120146 | 2243848 | ALPRAZOL TAB 1MG SAN 500@ | 781107905 | V | 1 | 0 |
| BW5778610 | BECKLEY ARH HSO EDI 2 PHS | 8164 | 07/20/2015 | 7697407237 | 3209392 | TRAMADOL TAB 50MG AMN 1000@ | 6516206271 1 | V | 2 | 0 |
| FC3015915 | CITY CENTER PHARMACY HM | 8164 | 07/23/2015 | 7698147081 | 1290493 | OXYCOD+AC ET TB 10/325MGALV 500@ | 4778102300 5 | V | 1 | 0 |
| FF4155912 | FRITZS PHCY III | 8164 | 07/22/2015 | 7697904204 | 1907104 | OXYCOD HYD TAB 10MG ZYD 100@ | 6838207940 1 | V | 3 | 0 |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| FF4155912 | FRITZS PHCY III | 8164 | 07/23/2015 | 7698117840 | 1276567 | OXYCOD HCL TAB 30MG MALL 100@ | 406853001 | V | 3 | 0 |
| FF4155912 | FRITZS PHCY III | 8164 | 07/23/2015 | 7698117840 | 1907104 | OXYCOD HYD TAB 10MG ZYD 100@ | 68382079401 | V | 1 | 0 |
| FF4155912 | FRITZS PHCY III | 8164 | 07/23/2015 | 7698117840 | 2126589 | OXYCOD HCL TAB 15MG ACTA 100@ | 228287811 | V | 3 | 0 |
| FG3815163 | GLEN DANIEL PHARMACY | 8164 | 07/23/2015 | 7698136300 | 1872035 | OXYCOD+AP AP TB 10/325 AMN 100@ | 53746020401 | V | 2 | 0 |
| FG3815163 | GLEN DANIEL PHARMACY | 8164 | 07/23/2015 | 7698136300 | 1907104 | OXYCOD HYD TAB 10MG ZYD 100@ | 68382079401 | V | 1 | 0 |
| FG3815163 | GLEN DANIEL PHARMACY | 8164 | 07/23/2015 | 7698136300 | 2538080 | OXYCOD HCL TAB 5MG CAR 100@ | 57664022388 | V | 1 | 0 |