# CABELL EXHIBIT A

```
CASE   12-C-140        BOONE                                              PAGE    1

STATE OF WV, EX REL DARRELL MC vs. CARDINAL HEALTH, INC.

LINE   DATE      ACTION
  1    06/26/12  CIVIL CASE INFORMATION STATEMENT
  2    06/26/12  COMPLAINT REC & FILED BY: FRANCES A HUGHES, BLD., RM 26-E,
  3              STATE CAPITOL, CHARLESTON WV  PH# 558-2021
  4    06/26/12  SUMMONS ISSUED TO: ATTORNEY FOR SERVICE........
  5    07/05/12  INTERROGATORIES, REQUEST FOR PRODUCTION, SUMMONS & COMPLAINT
  6              SERVED ON SEC. OF STATE ON BEHALF OF CARDINAL HEALTH, INC. SER-
  7              VED ON 06-28-12.
  8    07/31/12  DEFENDANT CARDINAL HEALTH, INC.'S NOTICE OF FILING NOTICE OF
  9              REMOVAL. CERT. OF SERV. EXHIBIT 1.
 10    03/29/13  UNITED STATES DISTRICT COURT OF SOUTHERN WV CIVIL DOCKET REF-
 11              ERENCING THIS CASE IS PENDING IN WV DIST. COURT.
 12    04/17/13  NOTICE OF SCHEDULING CONFERENCE SET FOR 05-13-13 @ 9:30 AM.
 13              CERT. OF SERV.
 14    04/22/13  ORDER AUTHORIZING ADMISSION PRO HAC VICE OF JAMES R. WOOLEY,
 15              ESQ. & IS PARTICIPATING AS COUNSEL FOR DEFENDANT CARDINAL
 16              HEALTH, INC. ENTERED.
 17    04/22/13  ORDER SUBSTITUTING COUNSEL OF RECORD FOR CARDINAL HEALTH, INC.
 18              W. HENRY JERNIGAN, ESQ. & MARK A. CARTER, ESQ OF THE LAW FIRM
 19              DINSMORE & SHOHL LLP BE SUBSTITUTED IN PLACE OF CARTE P.
 20              GOODWIN, ESQ., JOHNNY M. KNISELY, II & JOSEPH M. WARD, ESQ.
 21              OF THE LAW FIRM OF GOODWIN & GOODWIN, PLLC AS COUNSEL OF REC-
 22              ORD FOR CARDINAL HEALTH, INC. ENTERED.
 23    04/22/13  ORDER AUTHORIZING ADMISSION PRO HAC VICE OF CHAD A READLER.
 24              ENTERED.
 25    04/23/13  CARTE GOODWIN, ESQUIRE REMOVED FROM CASE REPRESENTING CARDINAL
 26              HEALTH.
 27    04/19/13  MOTION FOR ADMISSION PRO HAC VICE OF JAMES R. WOOLEY, ESQ.
 28              VERIFIED STATEMENT OF APPLICATION OF JAMES R. WOOLEY FOR PRO
 29              HAC VICE ADMISSION.
 30              ORDER AUTHORIZING ADMISSION PRO HAC VICE OF JAMES R. WOOLEY
 31              (UNSIGNED BY JUDGE THOMPSON). CERT. OF SERV. EXHIBIT 1.
 32    04/19/13  MOTION FOR ADMISSION PRO HAC VICE OF CHAD A READLER, ESQ.
 33              VERIFIED STATEMENT OF APPLICATION OF CHAD A READLER FOR PRO
 34              HAC VICE ADMISSION.
 35              ORDER AUTHORIZING ADMISSION PRO HAC VICE OF CHAD A READLER
 36              (UNSIGNED BY JUDGE THOMPSON). CERT. OF SERV. EXHIBIT 1.
 37    04/19/13  NOTICE & STIPULATION OF SUBSTITUTION OF COUNSEL, DEFENDANT
 38              CARDINAL HEALTH, INC. ADVISES THAT W. HENRY JERNIGAN, JR.,
 39              MARK A. CARTER & THE LAW FIRM OF DINSMORE & SHOHL, LLP HAVE
 40              BEEN RETAINED IN SUBSTITUTION OF CARTE P. GOODWIN, JOHNNY M.
 41              KNISELY, II, JOSEPH M. WARD & THE LAW FIRM OF GOODWIN & GOOD-
 42              WIN, PLLC.
 43    04/19/13  ORDER SUBSTITUTING COUNSEL OF RECORD FOR CARDINAL HEALTH, INC.
 44              (UNSIGNED BY JUDGE THOMPSON). CERT. OF SERV.
 45    04/26/13  NOTICE OF APPEARANCE OF JEFFREY J. BRESCH, ESQ. OF JONES DAY,
 46              500 GRANT STREET, STE. 4500, PITTSBURGH, PA 15219-2514 AS
 47              COUNSEL ON BEHALF OF DEFENDANT CARDINAL HEALTH, INC. CERT. OF
 48              SERV.
 49    04/22/13  ORDER AUTHORIZING ADMISSION PRO HAC VICE OF JAMES R. WOOLEY, ESQ
 50              . ENTERED.
 51    04/22/13  ORDER SUBSTITUTING COUNSEL OF RECORD FOR CARDINAL HEALTH, INC.
 52              IS NOW W. HENRY JERNIGAN, ESQ. & MARK A. CARTER, ESQ. OF DINS-
 53              MORE & SHOHL, LLP IN PLACE OF CARTE P. GOODWIN, ESQ., JOHNNY
 54              M. KNISELY, II, ESQ., & JOSEPH M. WARD, ESQ. OF GOODWIN &
```

```
CASE  12-C-140      BOONE                                              PAGE    2

STATE OF WV, EX REL DARRELL MC vs. CARDINAL HEALTH, INC.

LINE  DATE      ACTION
 55             GOODWIN. ENTERED.                                      166/460
 56   04/22/13  ORDER AUTHORIZING ADMISSION PRO HAC VICE OF CHAD A. READLER.
 57             ENTERED.                                               166/462
 58   05/10/13  MOTION OF PLAINTIFF TO CONTINUE SCHEDULING CONFERENCE. CERT. OF
 59             SERV.
 60   05/13/13  CERT. OF SERV. FOR "MEMORANDUM RESPONDING TO MOTION TO CONTINUE
 61             SCHEDULING CONFERENCE".
 62   07/02/13  NOTICE OF SCHEDULING CONFERENCE SET FOR 09-09-13 @ 9:30 AM.
 63   07/29/13  CERT. OF SERV. FOR "PLAINTIFF'S 1ST SET OF INTERROGATORIES & RE-
 64             QUEST FOR PRODUCTION OF DOCUMENTS".
 65   09/09/13  LETTER RET'D BACK FROM US DIS. COUT OF SOUTHERN DIST. OF WV WITH
 66             REGARDS TO THIS CASE AS WELL AS 12-C-141. DEA 12-PG LIST OF
 67             "CONTROLLED SUBSTANCES" SCHEDULES 1 THROUGH V.
 68   09/18/13  SCHEDULING ORDER. PRETRIAL CONFERENCE IS SET FOR 10-06-14 @ 9:30
 69             AM. TRIAL SET FOR 10-21-13 @ 9:30 AM. ENTERED.          167/697
 70   10/18/13  AGREED AGENDA FOR OCTOBER 24, 2013 STATUS CONFERENCE SET FOR
 71             10-24-13 @ 1:00 PM. CERT. OF SERV.
 72   11/21/13  ORDER ENTERED.                                          168/242
 73   11/21/13  AGREED AGENDA FOR NOVEMBER 26, 2013 STATUS CONFERENCE SET FOR
 74             9:30 AM.
 75   12/18/13  PROTECTIVE ORDER, EXHIBIT A. ENTERED.                   168/379
 76   12/26/13  MODIFIED AGREED AGENDA FOR DECEMBER 23, 2013 STATUS CONFERENCE.
 77   01/08/14  STIPULATION.
 78   01/09/14  AMENDED COMPLAINT. CERT. OF SERV.
 79   02/04/14  LETTER REC'D BY MARK A. CARTER, ESQ. OF DINSMORE & SHOHL, LLP
 80             REGARDING A REQUESTED EXTENSION FOR 02-14-14 STATING PLAINTIFFS
 81             AGREEING TO THE EXTENSION.
 82   02/10/14  MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON BEHALF OF CARDINAL
 83             HEALTH, INC. ORDER GRANTING LEAVE TO FILE SUPPORTING LEGAL MEM-
 84             ORANDUM IN EXCESS OF TWENTY PAGES (UNSIGNED BY JUDGE THOMPSON).
 85             CERT. OF SERV.
 86   02/12/14  ORDER DENYING MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON BEHALF
 87             OF CARDINAL HEALTH, INC. ENTERED.                       169/22
 88   02/11/14  MOTION FOR LEAVE TO EXCEED PAGE LIMIT ON BEHALF OF CARDINAL
 89             HEALTH, INC. CERT. OF SERV.
 90   02/14/14  NOTICE OF HEARING SET FOR 03-25-14 @ 1:30 PM. MAILED TO ALL
 91             ATTORNEYS IN THIS MATTER.
 92   02/18/14  CARDINAL HEALTH, INC.'S MOTION TO DISMISS.
 93   02/18/14  MEMORANDUM IN SUPPORT OF CARDINAL HEALTH, INC.'S MOTION TO DIS-
 94             MISS. CERT. OF SERV.
 95   02/18/14  ATTACHMENTS INCLUDED (TOO LARGE TO SCAN)...
 96   02/24/14  MOTION TO RECONSIDER OR IN THE ALTERNATIVE FOR LEAVE TO FILE A
 97             MEMORANDUM IN SUPPORT OF MOTION TO DISMISS. CERT. OF SERV.
 98   02/25/14  ORDER ON DEFENDANT'S MOTION TO RECONSIDER OPR IN THE ALTERNATIVE
 99             FOR LEAVE TO FILE A MEMORANDUM IN SUPPORT OF MOTION TO DISMISS.
100             ENTERED.                                                169/82
101   03/04/14  MEMORANDUM IN SUPPORT CARDINAL HEALTH, INC.'S MOTION TO DISMISS.
102             TABLE OF CONTENTS. TABLE OF AUTHORITIES. INTRODUCTION. CERT.
103             OF SERV. EXHIBITS INCLUDED (TOO LARGE TO SCAN).
104   03/10/14  DEFENDANT'S NOTICE OF HEARING SET FOR 03-25-14 @ 1:30 PM. CERT.
105             OF SERV.
106   03/19/14  AGREED AGENDA FOR MARCH 25, 2014 STATUS CONFERENCE WHICH IS SET
107             @ 1:30 PM.
108   03/19/14  WITHDRAWAL OF DEFENDANT'S NOTICE OF HEARING FOR 03-25-14. CERT.
```

```
CASE  12-C-140           BOONE                                       PAGE   3

STATE OF WV, EX REL DARRELL MC vs. CARDINAL HEALTH, INC.

LINE  DATE      ACTION
109             OF SERV.
110  04/16/14   AGREED ORDER FOR CIVIL ACTION 12-C-140 & CIVIL ACTION 12-C-141
111             REGARDING JOINT STATUS CONFERENCE OF MARCH 25, 2014. CERT. OF
112             SERV (UNSIGNED BY JUDGE THOMPSON).
113  04/17/14   AGREE ORDER FOR CIVIL ACTION 12-C-140 & CIVIL ACTION 12-C-141
114             REGARDING JOINT STATUS CONFERENCE OF MARCH 25, 2014.   169/272
115             ENTERED.
116
117
118  05/08/14   THE STATE OF WEST VIRGINIA'S RESPONSE TO CARDINAL HEALTH'S MO-
119             TION TO DISMISS. TABLE OF CONTENTS. EXHIBIT 1. CERT. OF SERV.
120  05/23/14   REPLY IN SUPPORT OF CARDINAL HEALTH, INC.'S MOTION TO DISMISS.
121             CERT. OF SERV. EXHIBITS 1-25 (NOT SCANNED),
122  06/23/14   NOTICE OF FILING THE STATE'S PROPOSED ORDER DENYING MOTION TO
123             DISMISS. CERT. OF SERV.
124  06/23/14   ORDER DENYING MOTION TO DISMISS (UNSIGNED BY JUDGE THOMPSON).
125  07/03/14   LETTER TO JUDGE THOMPSON FROM ROBERT O. PASSMORE CONCERNING
126             EXTENSION OF TIME.
127  07/09/14   CARDINAL HEALTH INC.'S RESPONSE TO PLAINTIFFS' PROPOSED ORDER
128             DENYING MOTION TO DISMISS. CERT. OF SERV.
129  07/10/14   AGREED PROTECTIVE ORDER (UNSIGNED BY JUDGE THOMPSON).
130  07/11/14   LETTER TO JUDGE THOMPSON REGARDING THIS CASE.
131  08/19/14   ORDER. ENTERED.
132  09/05/14   ORDER CONTINUING PRE-TRIAL & TRIAL DATES. PRE-TRIAL SET FOR
133             10-06-14 @ 9:30 AM. TRIAL SET FOR 10-21-14 @ 9:30 AM. ENTERED.
134  10/01/14   THE STATE'S CONFIDENTIAL MEDIATION STATEMENT PURSUANT TO JUDGE
135             THOMPSON'S ORDER OF 08-19-14 FILED UNDER SEAL.............
136  10/15/14   KEYSOURCE MEDICAL INC.'S CONFIDENTIAL MEDIATION STATEMENT.....
137             ...........FILED UNDER SEAL................
138  10/22/14   NOTICE FO SUPPLEMENTAL AUTHORITIES, CERT. OF SERV, EXHIBITS A &
139             B.
140  01/16/15   MOTION TO SCHEDULE A CONFERENCE & ENTER A SCHEDULING ORDER.
141             CERT. OF SERV.
142  01/20/15   NOTICE OF MEDIATION SET FOR 02-11-15 @ 10:00 AM. CERT. OF SERV.
143  01/22/15   CARDINAL HEALTH INC.'S OPPOSITION TO PLAINTIFFS' MOTION TO
144             SCHEDULE A CONFERENCE & ENTER A SCHEDULING ORDER. CERT. OF
145             SERV.
146  01/26/15   NOTICE OF HEARING SET FOR 02-02-15 @ 9:30 AM.
147             MOTION TO SCHEDULE A CONFERENCE & ENTER A SCHEDULING ORDER. CERT
148             OF SERV.
149  02/06/15   NOTICE OF HEARING SET FOR 03-03-15 @ 9:00 AM. CERT. OF SERV.
150  02/24/15   CARDINAL HEALTH, INC.'S MOTION FOR CONSOLIDATION FOR PRETRIAL
151             PROCEEDINGS.
152             MEMORANDUM IN SUPPORT OF CARDINAL HEALTH, INC.'S MOTION FOR CON-
153             SOLIDATION FOR PRETRIAL PROCEEDINGS. CONCLUSION.
154             DEFENDANT'S NOTICE OF HEARING SET FOR 03-03-15 @ 9:00 AM. CERT.
155             OF SERV.
156  03/13/15   ORDER GRANTING CORDINAL HEALTH'S MOTION TO CONSOLIDATE (UNSIGN-
157             ED BY JUDGMENT THOMPSON).
158  03/16/15   RESPONSE TO DEFENDANTS MOTION FOR CONSOLIDATION OF PRETRIAL PRO-
159             CEEDINGS. CERT. OF SERV.
160             ORDER DENYING CARDINAL HEALTH INC.'S MOTION FOR CONSOLIDATION
161             (UNSIGNED BY JUDGE THOMPSON).
162  04/01/15   ORIGINAL TRANSCRIPT FROM PROCEEDINGS HELD ON 03-03-15 BEFORE
```

```
CASE  12-C-140           BOONE                                                PAGE    4

STATE OF WV, EX REL DARRELL MC vs. CARDINAL HEALTH, INC.

LINE  DATE      ACTION
 163            JUDGE THOMPSON. TRANSCRIPT REC'D BY MISSY L. YOUNG, C.C.R.
 164  04/15/15  ORDER DENYING CARDINAL HEALTH'S MOTION TO CONSOLIDATE. ENTERED.
 165  04/17/15  ORDER DENYING MOTION TO DISMISS. ENTERED.
 166  05/19/15  AGREED ORDER ALLOWING FILING OF 2ND AMENDED COMPLAINT & EXTEN-
 167            SION OF TIME TO ANSWER OF OTHERWISE RESPOND. ENTERED.
 168  05/26/15  MAIL RET'D FOR CHAD A. READLER, ESQ. "INSUFFICIENT ADDRESS" CON-
 169            TAINING AGREED ORDER ALLOWING FILING OF 2ND AMENDED COMPLAINT.
 170  06/17/15  MAIL RET'D FOR CHAD A. READLER, ESQ. "UNABLE TO FORWARD" CON-
 171            TAINING ORDER DENYING MOTION TO DISMISS.
 172  08/12/15  SECOND AMENDED COMPLAINT........FILED UNDER SEAL.........
 173  08/13/15  ORDER.
 174  09/10/15  CARDINAL HEALTH, INC.'S MOTION TO DISMISS 2ND AMENDED COMPLAINT.
 175            MEMORANDUM IN SUPPORT OF CARDINAL HEALTH, INC.'S MOTION TO DIS-
 176            MISS PLAINTIFFS' 2ND AMENDED COMPLAINT.
 177            CERT. OF SERV.
 178            ATTACHMENTS.
 179  09/24/15  EMAIL SENT TO KATIE REGARDING THIS CASE & 12-C-141.
 180  09/24/15  SIGN-IN SHEET OF ALL ATTORNEYS SHOWING UP FOR HEARING ON THIS
 181            CASE & 12-C-141.
 182  10/08/15  ORDER. (UNSIGNED BY JUDGE THOMPSON).
 183  10/09/15  ORDER.
 184  10/16/15  THE STATE'S RESPONSE TO CARDINAL'S 2ND MOTION TO DISMISS.
 185            CERT. OF SERV.
 186  10/30/15  MEDIATION TO BE CONDUCETED AT GLADE SPRINGS RESORT FOR BOTH
 187            THIS CASE & 12-C-141 SET NOW FOR APRIL 7 & APRIL 8, 2016.
 188  10/30/15  SCHEDULING ORDER REC'D FROM SUPREME COURT OF APPEALS.
 189  10/30/15  REPLY IN SUPPORT OF CARDINAL HEALTH, INC.'S MOTION TO DISMISS.
 190            TABLE OF CONTENTS.
 191            INTRODUCTION.
 192            CERT. OF SERV.
 193  11/13/15  CERT. OF SERV. FOR "CARDINAL HEALTH, INC.'S 1ST SET OF INTERROG-
 194            ATORIES TO PLAINTIFFS".
 195            CERT. OF SERV. FOR "CARDINAL HEALTH, INC.'S 1ST SET OF REQUEST
 196            FOR PRODUCTION TO PLAINTIFFS".
 197  11/16/15  AGREED ORDER (UNSIGNED).
 198  11/16/15  AGREED ORDER.
 199  12/03/15  ORDER GRANTING CARDINAL HEALTH, INC.'S MOTION TO DISMISS PLAIN-
 200            TIFFS' 2ND AMENDED COMPLAINT (UNSIGNED). CERT. OF SERV.
 201  12/14/15  CERT. OF SERV. FOR "DEF.'S RESPONSES & OBJECTIONS TO PLAINTIFFS'
 202            2ND SET OF INTERROGATORIES & REQUESTS FOR PRODUCTION OF DOCU-
 203            MENTS & REQUESTS FOR ADMISSION".
 204  01/12/16  CERT. OF SERV. FOR "CARDINAL HEALTH, INC.'S 1SST SET OF REQUESTS
 205            FOR ADMISSION TO PLAINTIFFS".
 206  01/19/16  NOTICE OF HEARING SET FOR 02-24-16 @ 2:00 PM.
 207  02/16/16  CERT. OF SERV. FOR "PLAINTIFF'S RESPONSES TO THE 1ST SET OF RE-
 208            QUESTS FOR ADMISSIONS".
 209  02/19/16  ORDER DENYING CARDINAL HEALTH, INC.'S MOTION TO DISMISS THE 2ND
 210            AMENDED COMPLAINT.
 211  04/07/16  NOTICE OF CONFERENCE PURSUANT TO THE COURT'S ORDER FROM 24 FEB.
 212            2016 STATUS CONFERENCE. CERT. OF SERV.
 213  04/21/16  CARDINAL HEALTH 110, LLC'S ANSWER TO SECOND AMENDED COMPLAINT.
 214            CERT. OF SERV.
 215  04/22/16  ORDER (UNSIGNED BY JUDGE THOMPSON).
 216  05/13/16  CERT. OF SERV. FOR "CARDINAL HEALTH'S 1ST SET OF REQUESTS FOR
```

```
CASE  12-C-140           BOONE                                         PAGE   5

STATE OF WV, EX REL DARRELL MC vs. CARDINAL HEALTH, INC.

LINE  DATE      ACTION
217             PRODUCTION TO PLAINTIFF THE WV DEPT. OF HEALTH & HUMAN SERVIC-
218             ES".
219   05/31/16  NOTICE OF PHYSICAL ADDRESS CHANGE FOR DINSMORE & SHOHL, LLP,
220             WHICK IS NOW 707 VIRGINIA STREET, EAST, SUITE 1300, CHARLESTON,
221             WV 25301 & PO BOX 11887, CHARLESTON, WV 25339-1887. CERT. OF
222             SERV.
223   06/09/16  CERT. OF SERV. FOR "CARDINAL HEALTH'S 1ST SET OF REQUESTS FOR
224             PRODUCTION TO PLAINTIF THE WV DEPT. OF MILITARY AFFAIRS & PUB-
225             LIC SAFETY".
226   10/07/16  MEMORANDUM OF LAW IN SUPPORT OF GAZETTE-MAIL MOTION TO INTER-
227             VENE FOR THE LMTD PURPOSE OF SEEKING REVIEW OF THE COURT'S
228             ORDER SEALING COURT RECORDS & IN SUPPORT OF ITS MOTION TO UN-
229             SEAL PLAINTIFFS' 2ND AMENDED COMPLAINT. CERT. OF SERV.
230   10/07/16  MOTION ON BEHALF OF THE CHARLESTON GAZETTE-MAIL TO INTERVENE
231             FOR THE LMTD PURPOSE OF MOVING THE CIRCUIT COURT TO UNSEAL
232             THE PLAINTIFF'S 2ND AMENDED COMPLAINT.
233   10/17/16  AGREED ORDER STAYING DISCOVERY.
234   10/21/16  NOTICE OF HEARING SET FOR 11-02-16 @ 11:00 AM. MAILED TO ALL
235             PARTIES.
236   10/31/16  CARDINAL HEALTH'S OPPOSITION TO THE MOTION ON BEHALF OF THE
237             CHARLESTON GAZETTE-MAIL TO INTERVENE FROM THE LMTD PURPOSE OF
238             MOVING THE CIRCUIT COURT TO UNSEAL THE PLAINTIFF'S 2ND AMEND-
239             ED COMPLAINT. CERT. OF SERV. (REC'D BY FAX).
240             REC'D THE SAME AS ABOVE IN HARD COPY FORM.
241   11/04/16  ORDER WITH RESPECT TO THE CHARLESTON GAZETTE-MAIL'S MOTION TO
242             INTERVENE & TO UNSEAL PLAINTIFFS' 2ND AMENDED COMPLAINT.
243   12/27/16  ORDER ENTERED.
244   01/09/17  ORDER OF DISMISSAL WITH PREJUDICE.
245   01/10/17  SETTLEMENT AGREEMENT & RELEASE.
246
247
```