# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 )<br>) CASE NO. 1:17-MD-2804<br>)<br>) JUDGE DAN AARON POLSTER<br>) |

## NOTICE OF APPEARANCE

Please take notice that Daniel M. Petrocelli of O'Melveny & Myers LLP, 1999 Avenue of the Stars, 8th Floor, Los Angeles, CA 90067-6035, telephone: (310) 553-6700, hereby enters his appearance as additional counsel of record for Defendants Johnson & Johnson and Janssen Pharmaceuticals, Inc. It is respectfully requested that service of all further pleadings, notices, filings, and papers be made upon the undersigned as additional counsel of record.

Respectfully submitted,

*/s/ Daniel M. Petrocelli*
Daniel M. Petrocelli (Cal. Bar No. 97802)
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 8th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779
dpetrocelli@omm.com

*Counsel for Defendants Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 11, 2018, a copy of the foregoing Notice of Appearance was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system. Parties and their counsel may access this filing through the Court's Electronic Case Filing system.

                                            */s/ Daniel M. Petrocelli*
                                            Daniel M. Petrocelli