UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-MD-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| *Commonwealth of Kentucky v. McKesson Corporation*<br>**Case No. 1:18-op-45682** | |

## NOTICE OF CONSENT TO REMAND

While continuing to maintain that there is a basis for federal jurisdiction in this case, Defendant McKesson Corporation hereby consents to remand of *Commonwealth of Kentucky, ex rel. Andy Beshear Attorney General v. McKesson Corporation*, Case No. 1:18-op-45682 (E.D. Ky.), to the Commonwealth of Kentucky, Franklin Circuit Court. An order remanding this case is attached.

Dated: July 12, 2018  Respectfully submitted,

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
Covington & Burling LLP
850 10th St. NW Washington, DC 20001
ghobart@cov.com

*Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record this the 12th day of July, 2018.

<i>/s/ Geoffrey E. Hobart</i><br>
Geoffrey E. Hobart