UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to all cases | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

**DISTRIBUTOR DEFENDANTS' CONSENT MOTION TO EXTEND THE TIME FOR DEFENDANTS TO ADD PARTIES TO THE TRACK ONE CASES**

The undersigned counsel for McKesson Corporation ("McKesson"), on behalf of the Distributor Defendants, move to extend the deadline for Defendants to add new parties to the Track One cases, and state as follows:

1. Paragraph 6(b) of Case Management Order One provides: "The deadline for Defendants to add a party without leave of Court shall be 45 days before the close of fact discovery applicable to a particular case." ECF No. 232. For the Track One cases, this deadline will fall on July 14, 2018.

2. The Distributor Defendants request that the deadline for Defendants to add parties to the Track One cases be extended to August 1, 2018. This additional time is requested in order to make a careful determination as to whether additional parties should be added.

3. The Plaintiffs' Executive Committee has consented to this Motion.

4. A Proposed Order accompanies this Motion.

Accordingly, the Distributor Defendants request that this Court extend the deadline for Defendants to add parties to the Track One cases without leave of Court to August 1, 2018.

Dated:  July 12, 2018                      Respectfully submitted,

                                                   */s/ Geoffrey E. Hobart*
                                                   Geoffrey E. Hobart
                                                   Mark H. Lynch
                                                   Covington & Burling LLP
                                                   850 10th St. NW Washington, DC 20001
                                                   ghobart@cov.com

                                                   *Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record this the 12th day of July, 2018.

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart