UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to all cases | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## [PROPOSED] ORDER

Upon consideration of the Distributor Defendants' Consent Motion to Extend the Time for Defendants to Add Parties to the Track One Cases, it is hereby **ORDERED** that the deadline for Defendants to add parties to the Track One cases without leave of Court is extended to August 1, 2018.

**IT IS SO ORDERED.**

DATED: _____        _____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE