# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Master Docket No.: 1:17-MD-02804-DAP |
| This document relates to: | |
| | (Hon. Judge Dan A. Polster) |
| THE MUSCOGEE (CREEK) NATION, | |
| | Case No.: 1:18-op-45459-DAP |
| PLAINTIFF, | |
| vs. | NOTICE OF APPEARANCE |
| PURDUE PHARMA L.P., et al., | |
| DEFENDANTS. | |

The attorneys listed below of the law firm Sonosky, Chambers, Sachse, Endreson & Perry, LLP enter their appearance in the above-captioned case as co-counsel of record for Plaintiff The Muscogee (Creek) Nation. Each of the attorneys below respectfully requests his or her name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorneys through the Court ECF filing system, as registered, or, if necessary, at the addresses noted below.

Lloyd B. Miller
DC Bar No. 317131
SONOSKY, CHAMBERS, SACHSE,
   ENDRESON & PERRY, LLP
1425 K Street NW, Suite 600
Washington, DC 20005
Tel: 202-682-0240
Fax: 202-682-0249
lloyd@sonosky.net

Donald J. Simon
DC Bar No. 256388
SONOSKY, CHAMBERS, SACHSE,
   ENDRESON & PERRY, LLP
1425 K Street NW, Suite 600
Washington, DC 20005
Tel: 202-682-0240
Fax: 202-682-0249
dsimon@sonosky.com

Whitney A. Leonard
AK Bar No. 1711064
SONOSKY, CHAMBERS, SACHSE,
   MILLER & MONKMAN, LLP
725 East Fireweed Lane, Suite 420
Anchorage, AK 99503
Tel: (907) 258-6377
Fax: (907) 272-8332
whitney@sonosky.net


Dated:  July 12, 2018            Respectfully submitted,

                                     SONOSKY, CHAMBERS, SACHSE,
                                       ENDRESON & PERRY, LLP

                                     */s/ Lloyd B. Miller*
                          By: _____
                                 Lloyd B. Miller (DC Bar No. 317131)
                                 1425 K Street NW, Suite 600
                                 Washington, DC 20005
                                 Tel: 202-682-0240
                                 Fax: 202-682-0249
                                 lloyd@sonosky.net

                                     */s/ Donald J. Simon* (consent)
                          By: _____
                                 Donald J. Simon (DC Bar No. 256388)
                                 1425 K Street NW, Suite 600
                                 Washington, DC 20005
                                 Tel: 202-682-0240
                                 Fax: 202-682-0249
                                 dsimon@sonosky.com

                        SONOSKY, CHAMBERS, SACHSE,
                          MILLER & MONKMAN, LLP

By:    */s/ Whitney A. Leonard* (consent)
       Whitney A. Leonard (AK Bar No. 1711064)
       725 East Fireweed Lane, Suite 420
       Anchorage, AK 99503
       Tel: (907) 258-6377
       Fax: (907) 272-8332
       whitney@sonosky.net

## CERTIFICATE OF SERVICE

I hereby certify that on July 12, 2018 I electronically filed the foregoing document using the Court's CM/ECF system, which will send notification to all counsel of record.

       */s/ Lloyd B. Miller*
       Lloyd B. Miller