UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Commonwealth of Kentucky v. McKesson Corporation*<br>**Case No. 1:18-op-45682** | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

# ORDER

Upon consideration of Defendant McKesson Corporation's Notice of Consent to Remand, it is hereby **ORDERED** that the action entitled *Commonwealth of Kentucky, ex rel. Andy Beshear Attorney General v. McKesson Corporation*, Case No. 1:18-op-45682 (E.D. Ky.) is **REMANDED** to the Commonwealth of Kentucky, Franklin Circuit Court.

**IT IS SO ORDERED.**


DATED: ___7/13/18_____        ___/s/Dan Aaron Polster_____
                                        HON. DAN AARON POLSTER
                                        UNITED STATES DISTRICT JUDGE