## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) ) Case No. 1:17-MD-2804 ) ) Hon. Dan A. Polster ) |

### NOTICE OF WITHDRAWAL

Please take notice that Thomas J. Cullen, Jr., Kali Enyeart Book, and the law firm of Goodell, DeVries, Leech & Dann, LLP hereby give notice of their withdrawal as counsel for Defendant Impax Laboratories, Inc. in the matter styled *Linda Hughes v. Mallinckrodt Brand Pharmaceuticals, Inc., et al.*, Case No. 1:18-op-45149-DAP,[1] as consolidated into the above-styled matter. Please continue to direct all orders, pleadings, motions, correspondences and other material pertaining to the above-styled matter to Defendant Impax Laboratories, Inc.'s remaining attorneys of record.

/s/  *Thomas J. Cullen, Jr.*
**Thomas J. Cullen, Jr.**
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Phone: (410)-783-4000
Fax: (410)-783-4040
tjc@gdldlaw.com

---

[1] This matter was transferred to the MDL from the United States Court for the Eastern District of Missouri and was previously styled there as *Linda Hughes v. Mallinckrodt Brand Pharmaceuticals, Inc., et al.*, Civil Action Case No. 4:2017-cv-02426.

/s/     Kali Enyeart Book
**Kali Enyeart Book**
Goodell, DeVries, Leech & Dann, LLP
One South Street, 20th Floor
Baltimore, MD 21202
Phone: (410)-783-4000
Fax: (410)-783-4040
kbook@gdldlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 13, 2018, I electronically filed a true and correct copy of the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record registered in this matter.

／s／ *Thomas J. Cullen, Jr.*
**Thomas J. Cullen, Jr.**

4824-1452-1709, v. 1