# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Cabell County Commission v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 17-op-45053-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## [PROPOSED] ORDER

It is hereby **ORDERED** that Cardinal Health, Inc. may file a reply brief of up to eight (8) pages in support of its motion to dismiss the Second Amended Complaint on the basis of res judicata (Dkt. No. 146-1, June 8, 2018).  This extension shall be in addition to the 90 pages permitted by Case Management Order No. 4 (MDL Dkt. No. 485, May 22, 2018) for distributor defendants' joint replies to their joint motions to dismiss in the five local government cases in which they are defendants and selected for bellwether briefing in *In re National Prescription Opiate Litigation*, MDL No. 2804.

It is so **ORDERED.**

_____
Magistrate Judge David Ruiz

Dated:  July ____, 2018