The motion is granted.  The motion to dismiss for lack of jurisdiction filed by Defendant CVS Health Corporation on June 8, 2018 (ECF No. 590) is hereby rendered moot.

**IT IS SO ORDERED.**
s/ *David A. Ruiz*
U.S. Magistrate Judge
7/16/2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*County of Monroe v. Purdue Pharma L.P., et al.,*<br>*Case No. 18-op-45158* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION AND ADD CVS INDIANA, L.L.C. AS DEFENDANT

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff in the above-captioned case hereby moves to dismiss Defendant CVS Health Corporation ("CVS Health") from the case without prejudice and to add CVS Indiana, L.L.C. ("CVS Indiana") as a Defendant in this case. CVS Health does not oppose the motion.

On June 8, 2018, CVS Health moved to dismiss the complaint in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). If this motion pursuant to Rule 21 to dismiss CVS Health is granted, the motion to dismiss for lack of personal jurisdiction will be moot.

This motion and the addition of CVS Indiana to this case is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to CVS Indiana as a Defendant in the case.