# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-45530 | MDL No. 2804<br><br>Hon. Dan Aaron Polster<br><br>Corporate Disclosure Statement in a Civil Case |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: **Cardinal Health, Inc.**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation? _____ Yes __**X**__ No.

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party: **N/A**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes __**X**__ No.

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest: **N/A**

Dated:  July 16, 2018                                   Respectfully submitted,

                                              */s/ Steven M. Pyser*
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I, Steven M. Pyser, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

Dated: July 16, 2018

*/s/ Steven M. Pyser*
Steven M. Pyser
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
spyser@wc.com

*Counsel for Cardinal Health, Inc.*

3