Motion granted.  The motion to dismiss for lack of personal jurisdiction filed by Defendant Walgreens Boots Alliance Inc. on May 25, 2018 (ECF No. 494) is hereby rendered moot.

**IT IS SO ORDERED.**
s/ *David A. Ruiz*
U.S. Magistrate Judge
7/16/2018

**UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF OHIO EASTERN DIVISION**

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

THIS DOCUMENT RELATES TO:
   *The County of Summit, Ohio*, et al. *v.*
   *Purdue Pharma L.P.*, et al.,
   Case No. 18-op-45090

MDL No. 2804

Case No. 1:17-md-2804

Judge Dan Aaron Polster

## UNOPPOSED MOTION TO DISMISS WALGREENS-BOOTS ALLIANCE, INC. AND ADD WALGREEN CO. AND WALGREEN EASTERN CO. AS DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff in the above-captioned case hereby moves to dismiss Defendant Walgreens-Boots Alliance, Inc. ("WBA, Inc.") from the case without prejudice and to add Walgreen Co. and Walgreen Eastern Co. as Defendants in this case. WBA, Inc. does not oppose the motion.

On May 25, 2018, WBA, Inc. moved to dismiss the complaint in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). If this motion pursuant to Rule 21 to dismiss WBA, Inc. is granted, the motion to dismiss for lack of personal jurisdiction will be moot.

This motion and the addition of Walgreen Co. and Walgreen Eastern Co. to this case is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to Walgreen Co. and Walgreen Eastern Co. as Defendants in the case.

Dated:  July 5, 2018

Respectfully submitted,

   */s/ Linda Singer*