The motion is granted. The motion to dismiss for lack of jurisdiction filed by Defendant CVS Health Corporation on June 8, 2018 (ECF No. 587) is hereby rendered moot.

**IT IS SO ORDERED.**
s/ *David A. Ruiz*
U.S. Magistrate Judge
7/16/2018

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*Broward County, Florida, v. Purdue Pharma L.P.*, et al.,<br>Case No. *18-op-45332* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION AND ADD CVS ORLANDO, FLORIDA DISTRIBUTION, LLC. AND CVS VERO, FLORIDA, LLC. AS DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff in the above-captioned case hereby moves to dismiss Defendant CVS Health Corporation ("CVS Health") from the case without prejudice and to add CVS Orlando, Florida Distribution, L.L.C. ("CVS Orlando") and CVS Vero, Florida Distribution, L.L.C. ("CVS Vero") as Defendants in that case. CVS Health does not oppose the motion.

On June 8, 2018, CVS Health moved to dismiss the complaint in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). If this motion pursuant to Rule 21 to dismiss CVS Health is granted, the motion to dismiss for lack of personal jurisdiction will be moot.

This motion and the addition of CVS Orlando and CVS Vero to this case is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to CVS Orlando and CVS Vero as Defendants in the case.