# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: | |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* *Case No. 18-op-45090;* | Judge Dan A. Polster |
| *The City of Cleveland v. AmerisourceBergen Drug Corporation* *Case No. 1:18-op-45132; and* | |
| *County of Cuyahoga, et al v. Pursue Pharma L.P., et al.* *Case No. 1:17-op-45004* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Jeremy D. Engle of Marcus & Shapira, LLP hereby enters his appearance as counsel of record for Defendant HBC Service Company in the above-captioned action.

Dated:  July 17, 2018

Respectfully submitted,

/s/ *Jeremy D. Engle*
Jeremy D. Engle (PA ID #324008)
Marcus & Shapira, LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA  15219
(412) 471-3490
engle@marcus-shapira.com

*Counsel for HBC Service Company*

A1283639.1

## CERTIFICATE OF SERVICE

I hereby certify that on July 17, 2018, a copy of the foregoing **Notice of Appearance** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

*/s/ Jeremy D. Engle*
Jeremy D. Engle

A1283639.1