UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Cuyahoga, Ohio, v. Purdue Pharma L.P.*, et al.,<br>Case No. *17-op-45004* (N.D. Ohio) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### UNOPPOSED MOTION TO DISMISS WALGREENS-BOOTS ALLIANCE, INC. AND ADD WALGREEN CO. AS DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff in the above-captioned case hereby moves to dismiss Defendant Walgreens-Boots Alliance, Inc. ("WBA, Inc.") from the case without prejudice and to add Walgreen Co. as Defendant in this case. WBA, Inc. does not oppose the motion.

On June 8, 2018, WBA, Inc. moved to dismiss the complaint in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). If this motion pursuant to Rule 21 to dismiss WBA, Inc. is granted, the motion to dismiss for lack of personal jurisdiction will be moot.

This motion and the addition of Walgreen Co. to this case is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to Walgreen Co. as Defendant in the case.

Dated: July 18, 2018

Respectfully submitted,

By: /s/ *Frank Gallucci*
_____
Frank Gallucci (0072680

| | |
|---|---|
| Cuyahoga County Department of Law<br>Robin M. Wilson (0066604)<br>County Administrative Headquarters<br>2079 East 9th Street, 7th Floor<br>Cleveland, Ohio 44115<br>Phone: (216) 443-7042<br>rwilson@cuyahogacounty.us | Plevin & Gallucci Company, L.P.A.<br>55 Public Square Suite 2222<br>Cleveland, Ohio 44113<br>fgallucci@pglawyer.com<br>Phone: (216) 861-0804 |

<div style="display: flex;">

Cuyahoga County Office of the Prosecutor
Michael C. O'Malley (0059592)
The Justice Center, Courts Tower
1200 Ontario Street, 9th Floor
Cleveland, Ohio 44113
Phone: (216) 443-7800
mcomalley@prosecutor.cuyaho gacounty.us

Scott Elliot Smith L.P.A.
Scott Elliot Smith (0003749)
5003 Horizons Dr., Suite 200
Columbus, Ohio 43220
Phone: (614) 846-1700
ses@sestriallaw.com

Napoli Shkolnik PLLC
Hunter J. Shkolnik (admitted pro hac vice)
Paul J. Napoli (admitted pro hac vice)
Salvatore C. Badala (admitted pro hac vice)
Joseph L. Ciaccio (admitted pro hac vice)
360 Lexington Avenue, 11th Floor
New York, New York 10017
hunter@napolilaw.com
pnapoli@napolilaw.com
sbadala@napolilaw.com
jciaccio@napolilaw.com
Phone: (212) 397-1000

Thrasher Dinsmore & Dolan L.P.A.
Leo M. Spellacy, Jr. (0067304)
1111 Superior Avenue, Suite 412
Cleveland, Ohio 44114
Phone: (216) 255-5450

</div>

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on July 18, 2018, I electronically filed the foregoing document with the Clerk of the United States District Court, Northern District of Ohio. The electronic case filing system (CM/ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

*/s/ Frank Gallucci*
Frank Gallucci