UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ<br><br><br>NOTICE OF SERVICE |

Please take notice that on July 19, 2018, the U.S. Drug Enforcement Administration (DEA) disclosed, pursuant to the Protective Order, an encrypted CD containing the ARCOS Data for the period of January 1, 2006 through December 31, 2014.

The encrypted CD was served upon the Court via hand-delivery and upon the following counsel via federal express:

Paul T. Farrell, Jr., Esq.
Greene Ketchum, LLP
419 Eleventh Street
Huntington, WV 25701

Mark S. Cheffo, Esq.
Quinn, Emanuel, Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Floor
New York, NY 10010

Enu Mainigi, Esq.
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

        Respectfully submitted,

        DAVID A. SIERLEJA
        First Assistant United States Attorney
        Attorney for the United States
        Acting Under Authority Conferred by 28 U.S.C. § 515

By:   /s/ James R. Bennett II
       JAMES R. BENNETT II (OH #0071663)
       KAREN E. SWANSON HAAN (OH #0082518)
       Assistant U.S. Attorneys
       Carl B. Stokes U.S. Courthouse
       801 West Superior Avenue, Suite 400
       Cleveland, Ohio  44113-1852
       Telephone:  (216) 622-3600
       Facsimile:  (216) 522-4982
       E-mail:  James.Bennett4@usdoj.gov
       E-mail:  Karen.Swanson.Haan@usdoj.gov

        ALEXANDER K. HAAS
        Special Counsel to the Assistant AG, Civil Division
        ALICE SHIH LACOUR
        ERIC J. SOSKIN
        Counsel to the Assistant AG, Civil Division
        United States Department of Justice
        950 Pennsylvania Ave., NW
        Washington, DC 20530
        (202) 353-8679 (Haas)
        (202) 514-3180 (LaCour)
        (202) 514-1500 (Soskin)
        E-mail: alex.haas@usdoj.gov
        E-mail: alice.s.lacour@usdoj.gov
        E-mail: eric.soskin@usdoj.gov

        Attorneys for United States Department of Justice,
        Drug Enforcement Administration

CERTIFICATE OF SERVICE

I certify that, on July 19, 2018, I filed a copy of the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney