# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) CASE NO. 1:17-MD-2804-DAP ) ) JUDGE DAN AARON POLSTER |
| THIS DOCUMENT RELATES TO: | ) ) |
| ALL CASES | ) NOTICE OF WITHDRAWAL |

Please take notice that Michelle Rognlien Gilboe and William Gordon Childs of the law firm of Bowman and Brooke LLP hereby give notice of their withdrawal as additional counsel for Defendant Amneal Pharmaceuticals of New York, LLC in the above-captioned proceeding. Please continue to direct all orders, pleadings, motions, correspondence, and other materials pertaining to this matter to Paul J. Cosgrove, Ulmer & Berne LLP, Defendant Amneal Pharmaceuticals of New York, LLC's remaining counsel of record.

Dated: July 19, 2018

Respectfully submitted,

**BOWMAN AND BROOKE LLP**

/s/ *Michelle Rognlien Gilboe*
Michelle Rognlien Gilboe
150 South Fifth Street, Suite 3000
Minneapolis, Minnesota 55402
Telephone: (612) 339-8682
michelle.gilboe@bowmanandbrooke.com

William Gordon Childs
BOWMAN AND BROOKE LLP
2901 Via Fortuna Drive, Suite 500
Austin, Texas 78745
Telephone: (512) 874-3819
bill.childs@bowmanandbrooke.com

***ATTORNEYS FOR DEFENDANT AMNEAL PHARMACEUTICALS OF NEW YORK, LLC***

## CERTIFICATE OF SERVICE

I hereby certify that on this the 19th day of July, 2018, a true and correct copy of the foregoing has been served upon all parties so registered via the Court's electronic filing system.

/s/ *William Gordon Childs*
William Gordon Childs