**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>    *Cleveland Bakers & Teamsters Health & Welfare Fund and Pipe Fitters Local Union No. 120 Insurance Fund v. Purdue Pharma L.P.*, et al.<br>    Case No. 18-op-45432 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**CVS HEALTH CORPORATION'S MOTION TO DISMISS**
**THE AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION**

Defendant CVS Health Corporation, pursuant to the Court's Case Management Orders One and Four, moves to dismiss the Amended Complaint filed in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).  A memorandum in support of this motion is attached.

Date: July 23, 2018

Respectfully submitted,

/s/ *Eric R. Delinsky*\_\_\_\_\_
Eric R. Delinsky
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW
Washington, DC 20036
202-778-1800
202-822-8106 (fax)
edelinsky@zuckerman.com

*Counsel for CVS Health Corporation*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 23, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Eric R. Delinsky*
Eric R. Delinsky