UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) ) ) ) ) ) ) ) ) ) ) ) ) ) | MDL No. 2804 <br><br> Master Docket No.: <br> 1:17-MD-02804-DAP <br><br><br> Hon. Dan A. Polster <br><br><br><br> Corporate Disclosure Statement |
| **This document applies to:** <br> Case No. 1:18-op-45432-DAP | | |
| *Cleveland Bakers and Teamsters Health and Welfare Fund and Pipe Fitters Local Union No. 120 Insurance Fund v. Purdue Pharma L.P., et al.* | | |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

Allergan Finance, LLC (f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.)

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   __X__ Yes           ____ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   Allergan plc — Allergan Finance, LLC (f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.) is an indirect wholly-owned subsidiary of Allergan plc through a chain of affiliated non-public entities.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? ____ Yes     __X__ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:


 /s/Donna M. Welch                              7/23/2018
(Signature of Counsel)                          (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I electronically filed the foregoing **Corporate Disclosure Statement in a Civil Case** with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

*/s/ Donna M. Welch*

Donna M. Welch, P.C.
KIRKLAND & ELLIS, LLP
300 North LaSalle
Chicago, Illinois 60654
T: (312) 862-2424
F: (312) 862-2200
E: dwelch@kirkland.com

Counsel for Defendant Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.