IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: *Cleveland Bakers and Teamsters Health and Welfare Fund v. Purdue Pharma L.P.*, No. 18-op-45432 | Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, a copy of foregoing (1) Manufacturer Defendants' Joint Motion to Dismiss the Amended Complaint and (2) Memorandum in Support of the Manufacturer Defendants' Joint Motion to Dismiss the Amended Complaint were filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ *Donna M. Welch*
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
Tel: (312) 862-2000
donna.welch@kirkland.com