UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −45)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 823 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jul 24, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                      MDL No. 2804

## SCHEDULE CTO−45 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **ARIZONA** | | | |
| AZ | 4 | 18−00316 | Cochise, County of v. Purdue Pharma LP et al |
| **CALIFORNIA CENTRAL** | | | |
| CAC | 5 | 18−01372 | County of Riverside et al v. Purdue Pharma L.P. et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 1 | 18−22133 | City of North Miami, Florida v. AmerisourceBergen Drug Corporation et al |
| FLS | 1 | 18−22182 | City of Miami Gardens, Florida v. AmerisourceBergen Drug Corporation et al |
| **LOUISIANA MIDDLE** | | | |
| LAM | 3 | 18−00670 | RISK MANAGEMENT, INC. v. PURDUE PHARMA L.P. et al |
| **LOUISIANA WESTERN** | | | |
| LAW | 3 | 18−00846 | Tubbs v. Purdue Pharma L P et al |
| **MASSACHUSETTS** | | | |
| MA | 1 | 18−11338 | Town of Georgetown, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11345 | Town of Eastham, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11351 | Town of Mattapoisett v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11353 | Town of North Reading, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11354 | Town of Seekonk, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11367 | Town of Shirley, Massachusetts v. Amerisourcebergen Drug Corporation et al |

| | | | |
|---|---|---|---|
| MA | 1 | 18−11368 | Town of Sudbury, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11379 | Town of Westford, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11408 | City of Peabody, Massachusetts, v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11411 | City of Melrose, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11415 | Town of Barnstable, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11416 | Town of Holliston, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−11357 | Town of Sheffield, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−30099 | Town of Clarksburg, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−30102 | Town of Williamsburg, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40109 | Town of West Boylston, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40110 | Town of Westborough, Massachusetts v. Amerisourcebergen Drug Corporation et al |

NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 18−00595 | CASWELL COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |

TENNESSEE MIDDLE

| | | | |
|---|---|---|---|
| TNM | 3 | 18−00614 | Cannon County, Tennessee v. Purdue Pharma L.P. et al |

TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 4 | 18−02314 | Brazos County v. Purdue Pharma L.P. et al |