# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Cleveland Bakers and Teamsters Health and Welfare Fund, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45432 (N.D. Ohio) | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE AS TO RITE AID CORPORATION

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the undersigned stipulate that Rite Aid Corporation is hereby dismissed without prejudice, with each party to bear its own fees and costs.

DATED:  July 20, 2018

Respectfully submitted,

ROBBINS GELLER RUDMAN
  & DOWD LLP

_s/Aelish M Baig_
AELISH M. BAIG
MATTHEW S. MELAMED
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com

It is so ordered.  /s/David A. Ruiz  7/24/18

1