**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  This document relates to: *Cleveland Bakers and Teamsters Health and Welfare Fund, et al. v. Purdue Pharma L.P., et al.* Case No. 1:18-op-45432 | MDL No. 2804  Hon. Dan Aaron Polster  Corporate Disclosure Statement in a Civil Case |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: **Cardinal Health, Inc.**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation? _____ Yes __**X**__ No.

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party: **N/A**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes __**X**__ No.

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest: **N/A**

| | |
|---|---|
| Dated:  July 24, 2018 | Respectfully submitted,<br><br>*/s/ Steven M. Pyser*<br>Enu Mainigi<br>F. Lane Heard III<br>Steven M. Pyser<br>Ashley W. Hardin<br>**WILLIAMS & CONNOLLY LLP**<br>725 Twelfth Street, NW<br>Washington, DC 20005<br>Tel: (202) 434-5000<br>Fax: (202) 434-5029<br>emainigi@wc.com<br>lheard@wc.com<br>spyser@wc.com<br>ahardin@wc.com<br><br>*Counsel for Cardinal Health, Inc.* |

## CERTIFICATE OF SERVICE

I, Steven M. Pyser, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

Dated: July 24, 2018

        */s/ Steven M. Pyser*
        Steven M. Pyser
        **WILLIAMS & CONNOLLY LLP**
        725 Twelfth Street, NW
        Washington, DC 20005
        Tel: (202) 434-5000
        Fax: (202) 434-5029
        spyser@wc.com

        *Counsel for Cardinal Health, Inc.*