# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-MD-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| *Track One Cases.* | |

## PHARMACY DEFENDANTS' MOTION FOR LEAVE TO FILE OBJECTIONS TO DISCOVERY RULINGS NO. 2 AND NO. 3 UNDER SEAL

Pursuant to Local Rule 5.2, Defendants CVS Indiana, L.L.C., CVS Rx Services, Inc., Discount Drug Mart, Inc., Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co., Inc., and Walmart Inc. (the "Pharmacies") seek leave of Court to file their Objections to Discovery Rulings No. 2 and No. 3 under seal on July 24, 2018. The Pharmacies' Objections contain confidential ARCOS data produced by the DEA. The Pharmacies file this Motion and Proposed Order (attached as Exhibit A) to ensure compliance with CMO No. 2 (ECF No. 441) and the Protective Order re: DEA's ARCOS/DADS Database (ECF No. 167). The Pharmacies will file a public version of their Objections, redacting the confidential ARCOS data.

WHEREFORE, the Pharmacies respectfully request that the Honorable Court grant the Pharmacies' Motion for Leave to File Objections to Discovery Rulings No. 2 and No. 3 Under Seal.

Dated:  July 24, 2018						Respectfully submitted,


							/s/ Kaspar J. Stoffelmayr
							Kaspar J. Stoffelmayr
							BARTLIT BECK HERMAN
							  PALENCHAR & SCOTT LLP
							54 West Hubbard Street, Ste. 300
							Chicago, IL 60654
							(312) 494-4400
							kaspar.stoffelmayr@bartlit-beck.com

							*Counsel for Walgreen Co. and Walgreen Eastern Co., Inc.*


							/s/ Eric R. Delinsky (consent)
							Eric R. Delinsky
							Alexandra W. Miller
							ZUCKERMAN SPAEDER LLP
							1800 M Street, NW, Ste. 1000
							Washington, DC  20036
							(202) 778-1800
							edelinsky@zuckerman.com
							smiller@zuckerman.com

							*Counsel for CVS Indiana, L.L.C. and CVS Rx Services, Inc.*


							/s/ Timothy D. Johnson (with consent)
							Timothy D. Johnson
							CAVITCH, FAMILO & DURKIN CO., L.P.
							1300 East Ninth Street, 20th Floor
							Cleveland, OH 44114
							(216) 621-7860
							tjohnson@cavitch.com

							*Counsel for Discount Drug Mart, Inc.*

/s/ Elisa P. McEnroe (with consent)
Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
(215) 963-5917
elisa.mcenroe@morganlewis.com

Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178-0060
(212) 309-6612
kelly.moore@morganlewis.com

*Counsel for Rite Aid of Maryland, Inc.*


/s/ Tina M. Tabacchi (consent)
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
(312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

3

**CERTIFICATE OF SERVICE**

I hereby certify that, this 24th day of July, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr

*Counsel for Walgreen Co. and Walgreen Eastern Co., Inc.*