# Exhibit A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-MD-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| *Track One Cases.* | |

## ORDER GRANTING PHARMACY DEFENDANTS' MOTION FOR LEAVE TO FILE OBJECTIONS TO DISCOVERY RULINGS NO. 2 AND NO. 3 UNDER SEAL

Pharmacy Defendants move for leave to file their Objections to Discovery Rulings No. 2 and No. 3 Under Seal in the Track One Cases.

The Motion states that filing said Objections to Discovery Rulings No. 2 and No. 3 is necessary to ensure compliance with Case Management Order No. 2, ECF No. 441, and the Protective Order regarding DEA's ARCOS/DADS Database, ECF No. 167, because the Objections to Discovery Rulings No. 2 and No. 3 will contain confidential information subject to said Orders.

Pharmacy Defendants' Motion for Leave to File Objections to Discovery Rulings No. 2 and No. 3 Under Seal is hereby **GRANTED**.

**IT IS SO ORDERED**.

Dated: July 24, 2018

HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE