# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: *Cleveland Bakers & Teamsters Health & Welfare Fund and Pipe Fitters Local Union No. 120 Insurance Fund v. Purdue Pharma L.P., et al.,* Case No. 18-OP-45530 | Case No. 17-md-2804  Judge Dan Aaron Polster |

## WALMART INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant Walmart Inc. respectfully submits this Corporate Disclosure Statement.

Walmart Inc. does not have any parent corporation(s) and no publicly held corporation owns 10% or more of Walmart Inc.'s stock.

Dated: July 24, 2018

Respectfully submitted,

/s/ *Tara A. Fumerton*
Tara A. Fumerton
JONES DAY
77 West Wacker Drive
Chicago, Illinois 60601
Telephone: (312) 782-3939
Email: tfumerton@jonesday.com

*Counsel for Walmart Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that, this 24th day of July, 2018, I electronically filed a copy of the foregoing with Clerk of the Court using the ECF system, which sent notification of such filing to counsel of record.

/s/ *Tara A. Fumerton*
Tara A. Fumerton

*Counsel for Walmart Inc.*