# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-MD-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| *Track One Cases.* | |

# EXHIBITS 1 – 6 TO PHARMACY DEFENDANTS' MOTION FOR LEAVE TO FILE OBJECTIONS TO DISCOVERY RULINGSNO. 2 AND NO. 3 UNDER SEAL