# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804 |
| This document relates to: ) *All Cases* ) ) ) ) ) ) ) ) | Case No. 1:17-md-02804-DAP  Honorable Dan A. Polster |

## DEFENDANT IMPAX LABORATORIES, INC.'S AMENDED NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018, Case Management Order One, Paragraph 6.d., Impax Laboratories, Inc. ("Impax"), hereby submits this Amended Notice Regarding Service. Impax's amended form for waiver of service for Impax is attached hereto as Exhibit A. The standard form has been modified in accordance with this Court's orders. Further requests for waiver of service to Impax shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Paul J. Cosgrove
Ulmer & Berne LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio 45202
pcosgrove@ulmer.com

Dated: July 25, 2018                               Respectfully submitted,

/s/ *Paul J. Cosgrove*
Paul J. Cosgrove (0073160)
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
Email:  pcosgrove@ulmer.com

*Attorney for Impax Laboratories, Inc.*

### CERTIFICATE OF SERVICE

I hereby certify that on this the 25th day of July, 2018, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Paul J. Cosgrove*
Paul J. Cosgrove (0073160)