UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Broward County, Florida v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45332 (N.D. Ohio);<br><br>*Cabell County Commission, West Virginia v. AmerisourceBergen Drug Corp., et al.,* Case No. 17-OP-45053 (N.D. Ohio);<br><br>*County of Monroe, Michigan v. Purdue Pharma L.P., et al.,* Case No. 18-OP-45158 (N.D. Ohio);<br><br>*The City of Chicago, Illinois v. Purdue Pharma L.P.,* Case No. 17-OP-45169 (N.D. Ohio)<br><br>*The County of Summit, Ohio, et al., v. Purdue Pharma L.P., et al.,* Case No. 18-OP-45090 (N.D. Ohio). | MDL NO. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster<br><br>**PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY** |

NOTICE is hereby given of supplemental authority recently issued that supports Plaintiffs' Oppositions to Defendants' Motions to Dismiss filed in the above-captioned cases pursuant to Case Management Order 4 (docket no. 485). *See* docket nos. 653 (Chicago I), 654 (Summit County), 726 (Chicago II), 727 (Cabell County), 729 (Monroe County), and 730 (Broward County).

We write to provide the Court with three recent state court rulings denying motions to dismiss filed by the manufacturers and/or distributors in opioid cases pending in Kentucky, Alaska, and New York, each issued after Plaintiffs' opposition briefs were filed. Copies of these three decisions are attached hereto. *See Commonwealth of Kentucky v. Endo Health Solutions, Inc. et al.,* C.A. No.

1593540.1

17-CI-1147, Franklin Circuit Court, Ky (July 10, 2018) (attached as Exhibit A); *State of Alaska v. Purdue Pharma, L.P., et al.*, Case No. 3AN-17-09966CI, Third Judicial District Anchorage, Alaska (July 12, 2018) (attached as Exhibit B); *In Re Opioid Litigation*, No. 400000/2017, Suffolk County, NY (July 17, 2018) (attached as Exhibit C).

In *Kentucky v. Endo*, C.A. No. 17-CI-1147, the Circuit Court of Franklin County denied the Motion to Dismiss filed by Endo Health Solutions, Inc. and Endo Pharmaceuticals, Inc. The Court's order rejected arguments that the claims should be dismissed on each of the following grounds, *inter alia*: failure to allege causation, *id.* at 2-9; failure to plead with particularity, *id.* at 9-10; and failure to state a claim for public nuisance.  *Id.* at 13-14.

The Court in *Alaska v. Purdue Pharma,* Case No. 3AN-17-09966CI, denied defendants' motion to dismiss claims similar to the ones pled by the Plaintiffs in this MDL.  The Court held that Alaska's complaint properly stated claims for unfair trade practices/consumer protection act violations, *id.* at 4-6; public nuisance, *id.* at 8-9; fraud and negligent misrepresentation, *id.* at 9-11; strict products liability/design defect and failure to warn, *id.* at 11-13; and unjust enrichment.  *Id.* at 13-14.

In *In re Opioid Litigation*, No. 400000/2017, the New York Court denied motions to dismiss filed by the distributor defendants.  The Court rejected arguments that the claims should be dismissed on the following grounds: particularity in pleadings, *id.* at 4-5; municipal cost recovery rule, *id.* at 6; public nuisance, *id.* at 12-14; fraud, *id.* at 15-16; unjust enrichment, *id.* at 16-17; and negligence.  *Id.* at 17-20.

These rulings provide further support for denying the pending motions to dismiss.

1593540.1

Dated:  July 25, 2018                                Respectfully submitted,

                                            */s/ Elizabeth J. Cabraser*

Elizabeth J. Cabraser
Paulina do Amaral
Abby Wolf
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street
San Francisco, CA 94111
Tel:  415-956-1000
Fax:  415-956-1008
ecabraser@lchb.com
pdoamaral@lchb.com
awolf@lchb.com

Linda Singer
Louis Bograd
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel:  202-232-5504
Fax:  202-386-9622
lsinger@motleyrice.com
lbograd@motleyrice.com

Paul Hanly
Jayne Conroy
Andrea Bierstein
**SIMMONS HANLY CONROY**
112 Madison Avenue, 7th floor
New York, New York 10016-7416
phanly@simmonsfirm.com
JConroy@simmonsfirm.com
ABierstein@simmonsfirm.com

Ann Saucer
**BARON & BUDD**
Ste. 1100
3102 Oak Lawn Avenue
Dallas, TX 75219
asaucer@baronbudd.com

1593540.1

Paul Thomas Farrell Jr.
**GREENE, KETCHUM, FARRELL,**
**BAILEY & TWEEL LLP**
419 Eleventh Street
Huntington, WV 25701
paul@greeneketchum.com

Joe Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC  29464
jrice@motleyrice.com

*Attorneys for the Plaintiffs*

1593540.1

**CERTIFICATE OF SERVICE**

I hereby certify that on this 25th day of July, 2018, I caused a copy of the foregoing document to be served, by filing a true and correct copy with this Court's CM/ECF system, to all counsel of record.

Dated: July 25, 2018 /s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser

*Attorney for the Plaintiffs*

1593540.1