UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 17-OP-45004 (N.D. Ohio)<br><br>THE COUNTY OF CUYAHOGA, OHIO, and STATE OF OHIO EX REL., PROSECUTING ATTORNEY OF CUYAHOGA COUNTY, MICHAEL C. O'MALLEY,<br><br>      Plaintiffs,<br><br> vs.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA, INC. n/k/a JANSSEN PHARMACEUTICALS, INC., NORAMCO, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC., JOHNSON & JOHNSON, TEVA PHARMACEUTICAL INDUSTRIES LTD., TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., ALLERGAN PLC f/k/a ACTAVIS PLC, ALLERGAN FINANCE LLC, f/k/a ACTAVIS, INC., f/k/a WATSON PHARMACEUTICALS, INC., WATSON LABORATORIES, INC., ACTAVIS LLC, ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC., INSYS THERAPEUTICS, INC., MALLINCKRODT PLC, MALLINCKRODT LLC, CARDINAL HEALTH, INC., McKESSON | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster<br><br>NOTICE OF APPEARANCE AS ADDITIONAL COUNSEL |

| |
|---|
| CORPORATION, AMERISOURCEBERGEN CORPORATION, HEALTH MART SYSTEMS, INC., H. D. SMITH, LLC d/b/a HD SMITH, f/k/a H.D. SMITH WHOLESALE DRUG CO., H. D. SMITH HOLDINGS, LLC, H. D. SMITH HOLDING COMPANY, CVS HEALTH CORPORATION, WALGREENS BOOTS ALLIANCE, INC. a/k/a WALGREEN CO., and WAL-MART INC. f/k/a WAL-MART STORES, INC., |
|                 Defendants. |

Joseph W. Boatwright, IV hereby enters appearance as additional counsel for Plaintiffs The County of Cuyahoga County, Ohio and State of Ohio Ex Rel., Prosecuting Attorney of Cuyahoga County, Michael C. O'Malley.  All future pleadings, correspondence, orders, or other documents should be served on the undersigned counsel.

Respectfully submitted,

/s/ *Joseph W. Boatwright, IV*
Joseph W. Boatwright, IV (0078304)
Cuyahoga County Department of Law
2079 E. 9th Street, 7th Floor
Cleveland, OH 44115
(216) 443-7128 (Telephone)
(216) 698-2744 (Facsimile)
*jboatwright@cuyahogacounty.us*

Additional Counsel for County of Cuyahoga County, Ohio and State of Ohio Ex Rel., Prosecuting Attorney of Cuyahoga County, Michael C. O'Malley

2

## **CERTIFICATE OF SERVICE**

I certify that, on July 26, 2018, I filed a copy of the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

*/s/ Joseph W. Boatwright, IV*