**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corp., et al.,*<br>Case No. 1:18-op-45330 | MDL No. 2804<br><br>Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

**UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION AND ADD
CVS OLRANDO, FLORIDA DISTRIBUTION, LLC. AND
CVS VERO, FLORIDA LLC. AS DEFENDANTS**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff in the above-captioned case hereby moves to dismiss Defendant CVS Health Corporation ("CVS Health") from the case without prejudice and to add CVS Orlando, Florida Distribution, L.L.C. ("CVS Orlando") and CVS Vero, Florida Distribution, L.L.C. ("CVS Vero") as Defendants in that case. CVS Health does not oppose the motion.

On June 29, 2018, CVS Health moved to dismiss the complaint in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). If this motion pursuant to Rule 21 to dismiss CVS Health is granted, the motion to dismiss for lack of personal jurisdiction will be moot.

This motion and the addition of CVS Orlando and CVS Vero to this case is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to CVS Orlando and CVS Vero as Defendants in the case.

Dated: July 26, 2018                                    Respectfully submitted,

        */s/ Don Barrett*
John W. ("Don") Barrett
David McMullan, Jr.
Richard Barrett
Sterling Starns
BARRETT LAW GROUP, P.A.
P.O. Box 927
404 Court Square North
Lexington, Mississippi 39095
Ph: (662) 834-2488
Fax: (662) 834-2628
dbarrett@barrettlawgroup.com
dmcmullan@barrettlawgroup.com
rrb@rrblawfirm.net
sstarns@barrettlawgroup.com

## CERTIFICATE OF SERVICE

I hereby certify that on July 26, 2018, a copy of the foregoing document was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. All other parties will be served by regular U.S. mail. Parties may access this filing through the Court's system.

>*/s/ Don Barrett*
>John W. ("Don") Barrett
>BARRETT LAW GROUP, P.A.
>P.O. Box 927
>404 Court Square North
>Lexington, Mississippi 39095
>Ph: (662) 834-2488
>Fax: (662) 834-2628
>dbarrett@barrettlawgroup.com