**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION, | 1:17-md-02804-DAP |
| This Document Relates to: | MDL No. 2804 |
| PASSAMAQUODDY TRIBE–INDIAN TOWNSHIP, | Judge Dan Aaron Polster |
| Plaintiff, | Civil Action No.: |
| vs. | |
| PURDUE PHARMA L.P., et al. | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Michael-Corey F. Hinton of Drummond Woodsum, hereby appears on behalf of Plaintiff, Passamaquoddy Tribe–Indian Township.

Dated: July 26, 2018                    Respectfully submitted,

*/s/ Michael-Corey F. Hinton*
Michael-Corey F. Hinton, ME Bar No. 6125

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME  04101
207.772.1941 (phone)
207.772.3627 (fax)
mchinton@dwmlaw.com

1

## **CERTIFICATE OF SERVICE**

The undersigned certifies that on July 26, 2018, the foregoing was filed using the Court's CM/EMF system and will be served via the Court's EM/ECF filing system on all attorneys of record.

Dated: July 26, 2018            */s/ Michael-Corey F. Hinton*
                                Michael-Corey F. Hinton