# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION** | ) | **CASE NO. 1:17-MD-2804** |
| **OPIATE LITIGATION** | ) | |
| | ) | **DISTRICT JUDGE POLSTER** |
| | ) | **MAGISTRATE JUDGE RUIZ** |
| **This document relates to:** | ) | |
| | ) | |
| ***State of Alabama v. Purdue Pharma, et al.,*** | ) | |
| **Case No. 18-OP-45236** | ) | |
| | ) | |
| | ) | |

## ORDER GRANTING PLAINTIFF'S
## UNOPPOSED MOTION TO FILE CONSOLIDATED RESPONSE BRIEF AND
## MOTION FOR EXTENSION OF TIME TO FILE RESPONSE

Plaintiff State of Alabama asks this Court for permission to file a consolidated response brief in opposition to the Defendants' Motions to Dismiss.  Alabama also requests a 7-day extension to file its consolidated response brief.   Alabama reports that no Defendant opposed its request to file a consolidated brief or for the requested extension.

Having considered Alabama's motion, the Court hereby **GRANTS** the motion as follows:

1.  Alabama may file one consolidated response brief, not to exceed 50 pages, in opposition to the Defendants' motions to dismiss.

2.  Alabama's deadline to file its response originally set forth in CMO-1 is extended by 7 days and is now due **August 3, 2018**.

3.  This extension likewise pushes back the deadlines for the Defendants to file reply briefs and the States Attorneys General to file their amicus briefs by 7 days. The Court's previous order regarding the parameters of the amicus briefing remains in effect.  *See* Doc. 699.

**IT IS SO ORDERED.**

/s/Dan Aaron Polster
_____
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

Dated: _____7/26/18_____