# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION, | 1:17-md-02804-DAP |
| | MDL No. 2804 |
| This Document Relates to: | |
| | Judge Dan Aaron Polster |
| PASSAMAQUODDY TRIBE–INDIAN TOWNSHIP, | |
| | Civil Action No.: |
| Plaintiff, | |
| vs. | |
| PURDUE PHARMA L.P., et al. | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that John M. Broaddus of Weitz & Luxenberg, P.C., hereby appears on behalf of Plaintiff, Passamaquoddy Tribe–Indian Township.

Dated: July 16, 2018

Respectfully submitted,

*/s/ John M. Broaddus*
John M. Broaddus (NJ Bar No.: 01011-2005)
**WEITZ & LUXENBERG, P.C.**
220 Lake Drive East, Suite 210
Cherry Hill, NJ 08002
Tel: (856) 755-1115
Email: JBroaddus@weitzlux.com

1

## CERTIFICATE OF SERVICE

The undersigned certifies that on July 16, 2018, the foregoing was filed using the Court's CM/EMF system and will be served via the Court's EM/ECF filing system on all attorneys of record.

Dated: July 16, 2018                    */s/ John M. Broaddus*
                                        John M. Broaddus