# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | Judge Dan Aaron Polster |
| *Cherokee Nation v. McKesson Corp., et al.*, No. 6:18-cv-00056 | |

**[PROPOSED] ORDER DIRECTING THE CLERK OF THE COURT TO STAY EXECUTION OF ANY REMAND ORDER FOR 14 DAYS PURSUANT TO FED. R. CIV. P. 62(A)**

Defendant McKesson Corporation's Motion for an Order Directing the Clerk of the Court to Stay Execution of Any Remand Order for 14 Days Pursuant to Federal Rule of Civil Procedure 62(A) is hereby GRANTED.  It is further ORDERED that:

(1) If the Court enters an order remanding this case to state court, the Clerk of the Court shall not transmit any such order to the state court until fourteen days after such order is entered, pursuant to Federal Rule of Civil Procedure 62(a); and

(2) Defendant McKesson Corporation shall file any notice of appeal and any motion to stay pending appeal within seven days of the Court entering any order remanding this action to state court.

IT IS SO ORDERED.

Dated: _____                         _____
                                                  HON. DAN AARON POLSTER
                                                  UNITED STATES DISTRICT JUDGE