IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corp., et al.,*<br>Case No. 1:18-op-45530 | MDL No. 2804<br><br>Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

### UNOPPOSED MOTION TO DISMISS WALGREENS-BOOTS ALLIANCE, INC. AND ADD WALGREEN CO. AS DEFENDANTS

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff in the above-captioned case hereby moves to dismiss Defendant Walgreens-Boots Alliance, Inc. ("WBA, Inc.") from the case without prejudice and to add Walgreen Co. as Defendant in this case. WBA, Inc. does not oppose the motion.

On June 29, 2018, WBA, Inc. moved to dismiss the complaint in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2). If this motion pursuant to Rule 21 to dismiss WBA, Inc. is granted, the motion to dismiss for lack of personal jurisdiction will be moot.

This motion and the addition of Walgreen Co. to this case is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to Walgreen Co. as Defendant in the case.

Dated: July 27, 2018                                  Respectfully submitted,

The Motion is Granted.
The motion to dismiss for lack of personal jurisdiction filed by Defendant Walgreens-Boots Alliance, Inc. on June 29, 2018 (ECF No. 685) is hereby rendered moot.
s/ David A. Ruiz
U.S. Magistrate Judge
7/27/2018

*/s/ Don Barrett*
John W. ("Don") Barrett

1