UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) ) ) ) ) ) ) | MDL NO. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**CORPORATE DISCLOSURE STATEMENT** |

    Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

    In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: **AmerisourceBergen Drug Corporation ("ABDC").**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
  __X__ Yes  _____ No.

  If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and relationship between it and the named party:

  **AmerisourceBergen Corporation (parent of AmerisourceBergen Services Corporation)**
  **AmerisourceBergen Services Corporation (parent of ABDC; not publicly traded)**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome?

  _____ Yes  __X__ No.


/s/: Sandra K. Zerrusen                                          07/27/2018
(Signature of Counsel)                                        (Date)

4827-9935-1662.v1