UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*City of Cleveland, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45132;<br><br>*County of Cuyahoga, et al. v. Purdue Pharma L.P., et al.*, Case No. 17-OP-45004;<br><br>*County of Summit, et al. v. Purdue Pharma, L.P. et al.*, Case No. 18-OP-45090 | **MDL No. 2804**<br><br>**Case No. 1:17-md-2804**<br><br>**Judge Dan Aaron Polster**<br><br>**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' OMNIBUS OPPOSITION TO MANUFACTURER DEFENDANTS' JOINT OBJECTIONS AND PHARMACY DEFENDANTS' OBJECTIONS TO THE SPECIAL MASTER'S DISCOVERY RULINGS NO. 2 AND 3 UNDER SEAL** |

Plaintiffs move for leave to file Plaintiffs' Omnibus Opposition to Manufacturer Defendants' Joint Objections and Pharmacy Defendants' Objections to the Special Master's Discovery Rulings No. 2 and 3 Under Seal in the above captioned cases.

The Motion states that filing said Omnibus Opposition under seal is necessary to ensure compliance with Case Management Order No. 2, ECF Doc. 441, because the Omnibus Opposition contains confidential information subject to said Order.

Plaintiffs' Motion for Leave to file Plaintiffs' Omnibus Opposition to Manufacturer Defendants' Joint Objections and Pharmacy Defendants' Objections to the Special Master's Discovery Rulings No. 2 and 3 Under Seal is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated:  July 30, 2018

_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE