UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) **This document relates to:** ) ) *State of Alabama v. Purdue Pharma LP, et al.* ) **Case No. 1:18-OP-45236-DAP (N.D. Ohio)** ) | **MDL 2804** **Case No. 1:17-md-2804-DAP** **Judge Dan Aaron Polster** |

**PLAINTIFF STATE OF ALABAMA'S MOTION FOR LEAVE
TO FILE ITS CONSOLIDATED RESPONSE TO DEFENDANTS'
MOTIONS TO DISMISS UNDER SEAL**

Plaintiff, the State of Alabama ("Plaintiff"), seeks leave to file its Consolidated Response in Opposition to McKesson Corporation (Doc. 11) and the Manufacturer Defendants' (Doc. 12) Motions to Dismiss under seal. Plaintiff files this Motion and Proposed Order (attached as **Exhibit A**) to ensure compliance with the Court's Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167 (hereinafter "ARCOS Protective Order").

Local Rule 5.2 states: "No document will be accepted for filing under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents." Loc. R. 5.2.

On March 6, 2018, the Court issued a Protective Order regarding the "ARCOS Data," and stated:

> If contained in a pleading, motion, or other document filed with this Court, any Designated Information must be marked with the applicable confidentiality designation, designated as "Subject to Protective Order," and filed under seal with prior Court authorization. Only the portions of the filed document containing Designated Information are subject to being filed under seal, and a party shall file both a redacted version for the public docket and an unredacted version for sealing.

ARCOS Protective Order, at ¶ 8.

Plaintiff's Consolidated Response will contain information that is subject to the Court's ARCOS Protective Order. Therefore, Plaintiff respectfully requests leave to file its Consolidated

Response under seal, so there are no inadvertent disclosures of Defendants' confidential information or information subject to the ARCOS Protective Order.

WHEREFORE, Plaintiff respectfully requests this Honorable Court to grant Plaintiff's Motion for Leave to File its Consolidated Response Under Seal.

        Respectfully submitted,

        Steve Marshall
        *Attorney General*

        By:

        */s/ Rhon E. Jones*
        Rhon E. Jones
        *Deputy Attorney General*

        Joshua P. Hayes
        *Deputy Attorney General*

        Attorneys for Plaintiff, State of Alabama

ADDRESS OF COUNSEL:

| | |
|---|---|
| Steve Marshall | Office of the Attorney General of Alabama |
| *Attorney General* | 501 Washington Avenue |
| | Montgomery, AL 36130 |
| Corey L. Maze | Phone: (334) 242-7300 |
| *Special Deputy Attorney General* | Fax: (334) 242-4891 |
| | cmaze@ago.state.al.us |
| Winfield J. Sinclair | wsinclair@ago.state.al.us |
| *Assistant Attorney General* | mdean@ago.state.al.us |
| | |
| Michael G. Dean | |
| *Assistant Attorney General* | |

OF COUNSEL:

| | |
|---|---|
| Jere L. Beasley – ASB 1981A35J | Robert F. Prince – ASB-2570-C56R |
| Rhon E. Jones – ASB 7747E52R | Joshua P. Hayes – ASB-4868-H68H |
| Richard D. Stratton – ASB 3939T76R | |
| Jeffrey D. Price – ASB 8190F60P | **Prince, Glover & Hayes** |
| J. Ryan Kral – ASB 9669N70K | 1 Cypress Point |
| J. Parker Miller – ASB 7363H53M | 701 Rice Mine Road North |
| **Beasley, Allen, Crow, Methvin,** | Tuscaloosa, Alabama 35406 |
| **Portis & Miles, P.C.** | Telephone: (205) 345-1234 |
| 218 Commerce Street | Fax: (205) 752-6313 |
| Post Office Box 4160 (36103-4160) | rprince@princelaw.net |
| Montgomery, Alabama 36104 | jhayes@princelaw.net |
| Telephone: (334) 269-2343 | |
| Fax: (334) 954-7555 | |
| Jere.Beasley@BeasleyAllen.com | |
| Rhon.Jones@BeasleyAllen.com | |
| Rick.Stratton@BeasleyAllen.com | |
| William.Sutton@BeasleyAllen.com | |
| Ryan.Kral@BeasleyAllen.com | |
| Parker.Miller @BeasleyAllen.com | |

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 30, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtain through, the Court CM/ECF Systems.

       /s/ *Rhon E. Jones*
       OF COUNSEL