## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) | **MDL 2804** |
| ) | **Case No. 1:17-md-2804-DAP** |
| **This document relates to:** ) ) | |
| ) | **Judge Dan Aaron Polster** |
| *State of Alabama v. Purdue Pharma LP, et al.* ) | |
| **Case No. 1:18-OP-45236-DAP (N.D. Ohio)** ) | |

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) | MDL 2804 |
| ) | Case No. 1:17-md-2804-DAP |
| This document relates to: ) ) | Judge Dan Aaron Polster |
| *State of Alabama v. Purdue Pharma LP, et al.* ) Case No. 1:18-OP-45236-DAP (N.D. Ohio) ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE CONSOLIDATED RESPONSE UNDER SEAL

Plaintiff seeks leave to file its Consolidated Response in Opposition to McKesson Corporation (Doc. 11) and the Manufacturer Defendants' (Doc. 12) Motions to Dismiss under seal in the above-styled case. The Motion states that filing the Consolidated Response under seal is necessary to ensure compliance with this Court's Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167, because it will contain information derived from data released by the DEA's ARCOS/DADS Database.

Plaintiff's Motion for Leave to File its Consolidated Response Under Seal is hereby **GRANTED**.

**IT IS SO ORDERED**.

_____
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

Dated:_____