**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Broward County, Florida v. Purdue Pharma L.P., et al.*, Case No. 18-op-45332<br><br>*Cabell County Commission v. AmerisourceBergen Drug Corp., et al.*, Case No. 17-op-45053<br><br>*City of Chicago v. Cardinal Health, Inc., et al.*, Case No. 18-op-45281<br><br>*County of Monroe v. Purdue Pharma L.P., et al.*, Case No. 18-op-45158<br><br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090 | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

**CHAIN PHARAMCY DEFENDANTS' MOTION FOR EXTENSION OF**
**PAGE LIMITS FOR MOTION TO DISMISS REPLY BRIEFS**

The Chain Pharmacy Defendants named in the above-captioned cases respectfully request a 14-page extension of the page limits under Case Management Order No. 4 for the reply briefs in support of their motions to dismiss these five cases.[1]

1. CMO 4 provides that, in briefing motions to dismiss the initial local government entity cases, the Chain Pharmacy Defendants would receive a combined 100 pages for their opening briefs and a combined 60 pages for their reply briefs. The other defendant groups each

---

[1] The Chain Pharmacy Defendants bringing this motion include CVS Indiana, LLC; Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center; The Kroger Co.; Walgreen Co.; Walmart Inc.; and related entities named in the above-captioned cases.

received 150 pages for opening briefs and 90 pages for reply briefs. Plaintiffs received a combined 400 pages for their opposition briefs.

2. The Chain Pharmacy Defendants did not have an opportunity to comment on a proposal for different page limits in advance of the entry of CMO 4 and subsequently indicated to the Special Master their objection to less favorable treatment than the other defendant groups. They nevertheless agreed that they would attempt to work within the page limits to the extent that they were able to do so.

3. While the Chain Pharmacy Defendants were able to file opening briefs under the 100-page combined limit, it has not proven feasible to file reply briefs within the combined limit of 60 pages. In particular, because Plaintiffs opted to file omnibus opposition briefs in each case, the Chain Pharmacy Defendants' reply briefs must respond to hundreds of pages of opposition briefing.

4. The Chain Pharmacy Defendants' reply briefs being filed today in the *Broward County*, *Cabell County*, *City of Chicago*, and *Monroe County* cases, plus their previously filed reply brief in the *Summit County* case, total 74 pages—*i.e.*, 14 pages more than the 60-page combined limit under CMO 4, but still substantially less than the 90-page combined limit that each of the other defendant groups received.

5. For reference, the combined length of the Chain Pharmacy Defendants' reply briefs is still total only 22% of the combined length of the opposition briefs to which they are replying.

6. The Special Master has indicated that he agrees that it would be appropriate for the Court to grant this motion.

WHEREFORE, the Chain Pharmacy Defendants respectfully request that the Court grant them an additional 14 pages for their reply briefs in the above-captioned cases.

Dated:  July 30, 2018  Respectfully submitted,

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
BARTLIT BECK HERMAN
 PALENCHAR & SCOTT LLP
54 West Hubbard Street, Ste. 300
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlit-beck.com

*Counsel for Walgreen Co.*

/s/ Eric R. Delinsky (consent)
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW, Ste. 1000
Washington, DC  20036
(202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com

*Counsel for CVS Indiana, LLC*

/s/ Kelly A. Moore (consent)
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
(212) 309-6612
kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5917
elisa.mcenroe@morganlewis.com

*Counsel for Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center*


/s/ Ronda L. Harvey (consent)
Gerard R. Stowers
Ronda L. Harvey
BOWLES RICE LLP
600 Quarrier Street (25301)
Post Office Box 1386
Charleston, WV 25326
(304) 347-1100
gstowers@bowlesrice.com
rharvey@bowlesrice.com

*Counsel for The Kroger Co.*


/s/ Tina M. Tabacchi (consent)
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
(312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

**CERTIFICATE OF SERVICE**

    I hereby certify that this 30th day of July, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                                        /s/ Kaspar J. Stoffelmayr
                                        Kaspar J. Stoffelmayr

                                        *Counsel for Walgreen Co.*