# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-MD-2804 |
| *Broward County, Florida v. Purdue Pharma L.P., et al.*, Case No. 18-op-45332 | Judge Dan Aaron Polster |
| *Cabell County Commission v. AmerisourceBergen Drug Corp., et al.*, Case No. 17-op-45053 | Motion GRANTED<br>IT IS SO ORDERED<br>s/ Dan A. Polster<br>U.S. District Judge<br>7/31/2018 |
| *City of Chicago v. Cardinal Health, Inc., et al.*, Case No. 18-op-45281 | |
| *County of Monroe v. Purdue Pharma L.P., et al.*, Case No. 18-op-45158 | |
| *County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090 | |

## CHAIN PHARAMCY DEFENDANTS' MOTION FOR EXTENSION OF PAGE LIMITS FOR MOTION TO DISMISS REPLY BRIEFS

The Chain Pharmacy Defendants named in the above-captioned cases respectfully request a 14-page extension of the page limits under Case Management Order No. 4 for the reply briefs in support of their motions to dismiss these five cases.[1]

1.      CMO 4 provides that, in briefing motions to dismiss the initial local government entity cases, the Chain Pharmacy Defendants would receive a combined 100 pages for their opening briefs and a combined 60 pages for their reply briefs.  The other defendant groups each

---

[1] The Chain Pharmacy Defendants bringing this motion include CVS Indiana, LLC; Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center; The Kroger Co.; Walgreen Co.; Walmart Inc.; and related entities named in the above-captioned cases.