UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| American Resources Insurance Company, Inc., v. Purdue Pharma L.P., et al., ) S.D. Alabama, C.A. No. 1:18-00145 ) ) | MDL No. 2804 |

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

American Resources Insurance Company, Inc., v. Purdue
    Pharma L.P., et al.,
    S.D. Alabama, C.A. No. 1:18-00145

MDL No. 2804

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

    A conditional transfer order was filed in this action (*American Resources*) on April 10, 2018. Prior to expiration of that order's 7-day stay of transmittal, defendants Mylan Pharmaceuticals, Inc., and Aurolife Pharma LLC, both filed notices of opposition to the proposed transfer. Both defendants subsequently filed motions and briefs to vacate the conditional transfer order. This matter was then considered by the Panel at its hearing session in Santa Fe, New Mexico, on July 26, 2018. The Panel has now been advised that defendants Mylan Pharmaceuticals, Inc., and Aurolife Pharma LLC have been dismissed from this action, with prejudice. No remaining parties have opposed transfer.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-22" filed on April 10, 2018, is LIFTED insofar as it relates to this action. The action is transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polser.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel