**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-MD-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| *Track One Cases.* | |

*Granted. IT IS SO ORDERED s/ Dan A. Polster U.S. District Judge 8/2/2018*

**PHARMACY DEFENDANTS' MOTION FOR LEAVE TO FILE OBJECTIONS TO DISCOVERY RULINGS NO. 2 AND NO. 3 UNDER SEAL**

Pursuant to Local Rule 5.2, Defendants CVS Indiana, L.L.C., CVS Rx Services, Inc., Discount Drug Mart, Inc., Rite Aid of Maryland, Inc., Walgreen Co., Walgreen Eastern Co., Inc., and Walmart Inc. (the "Pharmacies") seek leave of Court to file their Objections to Discovery Rulings No. 2 and No. 3 under seal on July 24, 2018. The Pharmacies' Objections contain confidential ARCOS data produced by the DEA. The Pharmacies file this Motion and Proposed Order (attached as Exhibit A) to ensure compliance with CMO No. 2 (ECF No. 441) and the Protective Order re: DEA's ARCOS/DADS Database (ECF No. 167). The Pharmacies will file a public version of their Objections, redacting the confidential ARCOS data.

WHEREFORE, the Pharmacies respectfully request that the Honorable Court grant the Pharmacies' Motion for Leave to File Objections to Discovery Rulings No. 2 and No. 3 Under Seal.