# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION, | : : : | 1:17-md-02804 |
| | : | 1:18-op-45307 |
| This Document Relates to: | : : | Judge Polster |
| MEDICAL MUTUAL OF OHIO, | : : | |
| Plaintiff, | : : | |
| vs. | : : | |
| PURDUE PHARMA, L.P., *et al.*, | : : | |
| Defendants. | : | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Alicia M. Stefanski of the law firm of Dinsmore & Shohl LLP, hereby appears on behalf of Defendant, Linden Care, L.L.C.

Respectfully submitted,

*/s/ Alicia M. Stefanski*
Alicia M. Stefanski  (0082515)
DINSMORE & SHOHL LLP
191 W. Nationwide Blvd., Suite 300
Columbus, Ohio  43215
Phone:      (614) 628-6917
Fax:         (614) 628-6890
Email:      alicia.stefanski@dinsmore.com

*Counsel for Defendant Linden Care, L.L.C.*

## <u>CERTIFICATE OF SERVICE</u>

The undersigned certifies that on August 2, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ Alicia M. Stefanski
Alicia M. Stefanski  (0082515)

13156483v1