UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) All Cases ) ) ) ) ) | MDL No. 2804 Case No. 17-MD-2804 Judge Dan Aaron Polster NOTICE OF ACKNOWLEDGEMENT OF PROTECTIVE ORDER AND AGREEMENT TO BE BOUND |

Pursuant to the Court's **Protective Order re: DEA's ARCOS/DADS Database** (Doc # 167) and **Order Regarding Alternate Exhibit A to ARCOS Protective Order** (Doc # 602) the undersigned provides all parties notice that the offices or representatives of the following states' Attorneys Generals and/or their duly authorized representatives have agreed to and executed the ARCOS Protective Order:

State of California, Office of the Attorney General

State of Colorado, Office of the Attorney General

State of Connecticut, Office of the Attorney General

District of Columbia, Office of the Attorney General

State of Idaho, Office of the Attorney General

State of Illinois, Office of the Attorney General

State of Indiana, Office of the Attorney General

State of Iowa, Office of the Attorney General

State of Louisiana, Office of the Attorney General

State of Maine, Office of the Attorney General

State of Missouri, Office of the Attorney General

Navajo Nation (Arizona), Office of the Attorney General

State of Nebraska, Office of the Attorney General

State of North Carolina, Office of the Attorney General

State of North Dakota, Office of the Attorney General

State of Oregon, Office of the Attorney General

Commonwealth of Pennsylvania, Office of the Attorney General

State of Tennessee, Office of the Attorney General

State of Texas, Office of the Attorney General

State of Utah, Office of the Attorney General

State of Vermont, Office of the Attorney General

Dated: August 2, 2018　　　　　　　　RESPECTFULLY SUBMITTED:

/s/J. Burton LeBlanc, IV
J. Burton LeBlanc, IV
BARON & BUDD, P.C.
2600 CitiPlace, Suite 400
Baton Rouge, LA 70808
Tel.: 225-927-5441
Fax: 225-927-5449
bleblanc@baronbudd.com

*Attorneys General Liaison to the
Plaintiffs Executive Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: August 2, 2018  /s/J. Burton LeBlanc, IV
J. Burton LeBlanc, IV
BARON & BUDD, P.C.
2600 CitiPlace, Suite 400
Baton Rouge, LA 70808
Tel.: 225-927-5441
Fax: 225-927-5449
bleblanc@baronbudd.com

*Attorneys General Liaison to the
Plaintiffs Executive Committee*