# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE No. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Jan P. Levine, Ronni Fuchs, and Logan N. Anderson of Pepper Hamilton LLP hereby enter their appearance as counsel on behalf of Defendant West-Ward Pharmaceuticals Corp., in the above-captioned action.

Dated:  August 2, 2018

Respectfully submitted,

/s/ Logan N. Anderson
Logan N. Anderson (PA 320776)
Jan P. Levine (PA 43869)
Ronni Fuchs (PA 65561)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel:    (215) 981-4000
Fax:    (215) 981-4750
Email:  andersonl@pepperlaw.com
        levinej@pepperlaw.com
        fuchsr@pepperlaw.com

*Counsel for Defendant, West-Ward Pharmaceutical, Corp.*

## CERTIFICATE OF SERVICE

I, Logan N. Anderson, hereby certify that on August 2, 2018, the foregoing Notice of Appearance was served upon all parties via the Court's Electronic Filing System.

Dated:  August 2, 2018

/s/ Logan N. Anderson
Logan N. Anderson (PA 320776)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
andersonl@pepperlaw.com
 Telephone:  (215) 981-4474