UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 <br><br> CASE NO. 1:17-MD-2804 <br><br> JUDGE DAN A. POLSTER |

## NOTICE OF APPEARANCE

Please take notice that Carol Dan Browning, Esq. of Stites & Harbison, PLLC, 400 West Market Street, Suite 1800, Louisville, Kentucky 40202, hereby enters her appearance as co-counsel of record for Defendant, McKesson Corporation in the above-captioned action.

Respectfully submitted,

*/s/ Carol Dan Browning*
Carol Dan Browning, Bar No. 82265
**STITES & HARBISON PLLC**
400 West Market Street
Suite 1800
Louisville, KY  40202-3352
Telephone:  (502) 587-3400
Facsimile:  (502) 587-6391
E-mail:  cbrowning@stites.com

*Counsel for Defendant,*
*McKesson Corporation*

## CERTIFICATE OF SERVICE

The foregoing Notice of Appearance has been electronically filed this 3rd day of August, 2018.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Carol Dan Browning*
*Counsel for Defendant,*
*McKesson Corporation*

1238172:1:LOUISVILLE