# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corp., et al.,* Case No. 181-op-45330 | MDL No. 2804<br><br>Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

## MISSISSIPPI HOSPITAL ASSOCIATION'S ("MHA") MOTION FOR LEAVE TO FILE *AMICUS CURIEAE* BRIEF IN SUPPORT OF PLAINTIFF WEST BOCA MEDICAL CENTER, INC.'S OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

The Mississippi Hospital Association ("MHA") respectfully moves this Court for leave to file an *amicus curiae* brief in support of Plaintiff West Boca Medical Center, Inc.'s Omnibus Memorandum in Opposition (Dkt. No. 806) to (1) Memorandum of Law in Support of the Manufacturer Defendants' Joint Motion to Dismiss Plaintiff's Complaint (Dkt. No. 691-1); Memorandum of Law in Support of Distributors' Motion to Dismiss (Dkt. No. 684-1); and (3) Memorandum of Law in Support of Motion to Dismiss by Defendants CVS Health Corporation, Walgreens Boots Alliance, Inc., and Walmart Inc. (Dkt. No. 686-1).

MHA is a trade association of hospitals and health care providers in the State of Mississippi that are dedicated to effectively serving the health care needs of Mississippi. MHA has a significant interest in this matter because its members have sustained damages that are directly related to the negligent and deceptive acts of Defendants that have caused this crisis. MHA can speak to the impact of the crisis on MHA's hospital members, which are similarly situated to Plaintiff West Boca Medical Center ("West Boca"), and thereby provide the Court with additional perspective on hospital claims in this litigation. Through its *amicus curiae* brief,

a proposed copy of which is attached as Exhibit 1 hereto, MHA seeks to supplement and support the arguments of West Boca with particular focus on Defendants' arguments regarding the ability of hospitals to prove proximate cause and damages.

For these reasons, MHA requests that the Court grant MHA's motion and enter the proposed Order attached as Exhibit 2.

                                      Respectfully submitted,

                                      */s/ T. Roe Frazer*
                                      T. Roe Frazer II, (MSB #5519)
                                      Patrick D. McMurtray (MSB#2775)
                                      FRAZER PLC
                                      1 Burton Hills Blvd., Suite 215
                                      Nashville, TN  37215
                                      (615) 647-6464
                                      roe@frazer.law
                                      patrick@frazer.law

                                      Attorneys for Mississippi Hospital Association

Additional Attorneys for Mississippi Hospital Association:

Armin Moeller (MSB# 3399)
Walter H. Boone (MSB#8651)
BALCH & BINGHAM LLP
188 East Capitol Street
Suite 1400
Jackson, MS 39201
(601) 961-9900
(601) 961-4466
wboone@balch.com

J. Nixon Daniel, III
Mary Jane Bass
John R. Zoesch, III
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL  32502
(850) 432-2451
jnd@beggslane.com
jrz@beggslane.com

Alan T. Rogers (ASB-2577-R79A)
BALCH & BINGHAM LLP
1901 6th Avenue North, Suite 1500
Birmingham, AL 35203
(205) 251-8100
(205) 226-8799
arogers@balch.com

Thomas Roe Frazer III (TN #33296)
FRAZER PLC
1 Burton Hills Blvd., Suite 215
Nashville, TN 37215
(615) 647-6464
trey@frazer.law

Frederick T. Kuykendall, III
THE KUYKENDALL GROUP
2013 1st Avenue North, Ste 450
Birmingham, Alabama 35203
(205) 252-6127
ftk@thekuykendallgroup.com

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>  *West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corp., et al.,*<br>  Case No. 181-op-45330 | MDL No. 2804<br><br>Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

## CERTIFICATE OF SERVICE

I hereby certify that on August 3, 2018, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which provided electronic service upon all counsel of record.

　　　　　　　　　　　　　　　　　　　　　*/s/   T. Roe Frazer II*

　　　　　　　　　　　　　　　　　　　　　T. Roe Frazer II