**EXHIBIT B**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corp., et al.,*<br>Case No. 181-op-45330 | MDL No. 2804<br><br>Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

**ORDER GRANTING MOTION FOR
LEAVE TO FILE *AMICUS CURIAE* BRIEF**

The Mississippi Hospital Association ("MHA") moves for leave to file an *amicus curiae* brief in support of Plaintiff West Boca Medical Center, Inc.'s Omnibus Memorandum in Opposition (Dkt. 806) to Defendants' motions to dismiss (Dkt. No. 691-1, Dkt. No. 684-1, and Dkt. No. 686-1).  MHA's motion sets forth the interests of MHA and the relevance of MHA's proposed brief in this matter.

MHA's Motion for Leave to File *Amicus Curiae* Brief is hereby **GRANTED.**

**IT IS SO ORDERED.**


Dated: _____                    _____
                                       HON. DAN AARON POLSTER
                                       UNITED STATES DISTRICT JUDGE