UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| This document relates to: | ) ) ) | Case No. 1:17-md-2804-DAP |
| *State of Alabama v. Purdue Pharma LP, et al.* Case No. 1:18-OP-45236-DAP (N.D. Ohio) | ) ) | Judge Dan Aaron Polster |

**PLAINTIFF STATE OF ALABAMA'S MOTION FOR LEAVE
TO FILE ITS CONSOLIDATED RESPONSE TO DEFENDANTS'
MOTIONS TO DISMISS UNDER SEAL**

Plaintiff, the State of Alabama ("Plaintiff"), seeks leave to file its Consolidated Response in Opposition to McKesson Corporation (Doc. 11) and the Manufacturer Defendants' (Doc. 12) Motions to Dismiss under seal. Plaintiff files this Motion and Proposed Order (attached as **Exhibit A**) to ensure compliance with the Court's Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167 (hereinafter "ARCOS Protective Order").

Local Rule 5.2 states: "No document will be accepted for filing under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents." Loc. R. 5.2.

On March 6, 2018, the Court issued a Protective Order regarding the "ARCOS Data," and stated:

> If contained in a pleading, motion, or other document filed with this Court, any Designated Information must be marked with the applicable confidentiality designation, designated as "Subject to Protective Order," and filed under seal with prior Court authorization. Only the portions of the filed document containing Designated Information are subject to being filed under seal, and a party shall file both a redacted version for the public docket and an unredacted version for sealing.

ARCOS Protective Order, at ¶ 8.

Plaintiff's Consolidated Response will contain information that is subject to the Court's ARCOS Protective Order. Therefore, Plaintiff respectfully requests leave to file its Consolidated

Motion granted. /s/David A. Ruiz 8/6/18