# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) ) Case No. 17-MD-2804 |
| THIS DOCUMENT RELATES TO: All Cases | ) ) ) Judge Dan Aaron Polster ) ) NOTICE OF ACKNOWLEDGEMENT ) OF PROTECTIVE ORDER AND ) AGREEMENT TO BE BOUND |

Pursuant to the Court's **Protective Order re: DEA's ARCOS/DADS Database** (Doc # 167) and **Order Regarding Alternate Exhibit A to ARCOS Protective Order** (Doc # 602) the undersigned provides all parties notice that the offices or representatives of the following states' Attorneys Generals and/or their duly authorized representatives have agreed to and executed the ARCOS Protective Order:

State of Florida, Office of the Attorney General

State of Wyoming, Office of the Attorney General

Dated: August 6, 2018

RESPECTFULLY SUBMITTED:

/s/J. Burton LeBlanc, IV
J. Burton LeBlanc, IV
BARON & BUDD, P.C.
2600 CitiPlace, Suite 400
Baton Rouge, LA 70808
Tel.: 225-927-5441
Fax: 225-927-5449
bleblanc@baronbudd.com

*Attorneys General Liaison to the Plaintiffs Executive Committee*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: August 6, 2018 /s/J. Burton LeBlanc, IV
J. Burton LeBlanc, IV
BARON & BUDD, P.C.
2600 CitiPlace, Suite 400
Baton Rouge, LA 70808
Tel.: 225-927-5441
Fax: 225-927-5449
bleblanc@baronbudd.com

*Attorneys General Liaison to the*
*Plaintiffs Executive Committee*