IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) WEST BOCA MEDICAL CENTER, INC., ) ) Plaintiff ) ) v. ) ) AMERISOURCEBERGEN DRUG CORP., ) ET. AL., ) ) Defendants. ) | MDL 2804  No. 17-md-2804 |

**NOTICE OF APPEARANCE OF COUNSEL**

The attorney listed below enters his appearance in the above-captioned member case as additional counsel of record for the hospital entities listed below ("Amici Hospitals"): Allegiance Behavioral Health Center of Plainview, Allegiance Specialty Hospital of Greenville, Allegiance Health Center of Ruston, Allegiance Health Center of Monroe, Bailey Medical Center, Bienville Medical Center, BSA Hospital, BSA Physicians, Centennial Hills Hospital Medical Center, CLHG-Avoyelles dba Avoyelles Hospital, Corona Regional Medical Center, Desert Springs Hospital, Eureka Springs Hospital, The George Washington University Hospital, Harrington Cancer Center, Heart Hospital of New Mexico at Lovelace Medical Center, Henderson Hospital, Hillcrest Hospital Claremore, Hillcrest Hospital Cushing, Hillcrest Hospital Henryetta, Hillcrest Hospital Pryor, Hillcrest Hospital South, Hillcrest Medical Center, Lovelace Medical Center, Lovelace Medical Group, Lovelace Regional Hospital Roswell, Lovelace Westside Hospital, Lovelace Women's Hospital, Manatee Memorial Hospital, North Metro Medical Center, Oakdale Community Hospital, Oklahoma Heart Institute, Physicians Surgical

1

Hospitals, River Valley Medical Center, Sabine Medical Center, Seton Medical Center Harker Heights, Spring Valley Hospital Medical Center, Southwest - Inland Valley Medical Center, Summerlin Hospital Medical Center, Temecula Valley Medical Center, Tulsa Spine & Specialty Hospital, Utica Park Clinic, Valley Hospital Medical Center, and Winn Parish Medical Center. The attorneys listed below respectfully requests that his name be added to the docket sheet maintained by the Clerk of Courts and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorney at the following address and/or through the Court ECF filing system as registered:

> James T. Tyminski, Jr. (0070516)
> Gallagher Sharp LLP
> Sixth Floor – Bulkley Building
> 1501 Euclid Avenue
> Cleveland, OH  44115
> (216) 241-5310 (Telephone)
> (216) 241-1608 (Facsimile)
> E-Mail: jtyminski@gallaghersharp.com

All filings in the listed member cases should henceforth be served upon counsel.

    Respectfully submitted,

/s/ James T. Tyminski, Jr.
**JAMES T. TYMINSKI, JR. (0070516)**
**THERESA A. RICHTHAMMER (0068778)**
**Gallagher Sharp LLP**
Sixth Floor – Bulkley Building
1501 Euclid Avenue
Cleveland, OH  44115
(216) 241-5310 (Telephone)
(216) 241-1608 (Facsimile)
E-Mail: jtyminski@gallaghersharp.com
    trichthammer@gallaghersharp.com
*Counsel for Amici Curiae Bailey Medical Center, BSA Hospital, BSA Physicians, Harrington Cancer Center, Centennial Hills Hospital Medical Center, Corona Regional*

*Medical Center, Desert Springs Hospital, Heart Hospital of New Mexico at Lovelace Medical Center, The George Washington University Hospital, Henderson Hospital, Hillcrest Hospital Claremore, Hillcrest Hospital Cushing, Hillcrest Hospital Henryetta, Hillcrest Hospital Pryor, Hillcrest Hospital South, Hillcrest Medical Center, Lovelace Medical Center, Lovelace Medical Group, Lovelace Regional Hospital Roswell, Lovelace Westside Hospital, Lovelace Women's Hospital, Manatee Memorial Hospital, Oklahoma Heart Institute, Physicians Surgical Hospitals, Seton Medical Center Harker Heights, Southwest - Inland Valley Medical Center, Spring Valley Hospital Medical Center, Summerlin Hospital Medical Center, Temecula Valley Medical Center, Tulsa Spine & Specialty Hospital, Utica Park Clinic, Valley Hospital Medical Center, Allegiance Behavioral Health Center of Plainview; CLHG-Avoyelles d/b/a Avoyelles Hospital; Allegiance Specialty Hospital of Greenville; Allegiance Health Center of Ruston; Allegiance Health Center of Monroe; Bienville Medical Center; Eureka Springs Hospital; Oakdale Community Hospital; River Valley Medical Center; Sabine Medical Center; Winn Parish Medical Center; and North Metro Medical Center*

/s/Phillip F. Cramer

**PHILLIP F. CRAMER**
**LAUREN Z. CURRY**
**Sherrard Roe Voigt & Harbison, PLC**
150 3rd Avenue South, Suite 1100
Nashville, TN  37219
(615) 742-4200 (Telephone)
(615) 742-4539 (Facsimile)
E-Mail: pcramer@srvhlaw.com
           lcurry@srvhlaw.com
*Counsel for Amici Curiae Bailey Medical Center, BSA Hospital, BSA Physicians, Harrington Cancer Center, Centennial Hills Hospital Medical Center, Corona Regional*

3

*Medical Center, Desert Springs Hospital, Heart Hospital of New Mexico at Lovelace Medical Center, The George Washington University Hospital, Henderson Hospital, Hillcrest Hospital Claremore, Hillcrest Hospital Cushing, Hillcrest Hospital Henryetta, Hillcrest Hospital Pryor, Hillcrest Hospital South, Hillcrest Medical Center, Lovelace Medical Center, Lovelace Medical Group, Lovelace Regional Hospital Roswell, Lovelace Westside Hospital, Lovelace Women's Hospital, Manatee Memorial Hospital, Oklahoma Heart Institute, Physicians Surgical Hospitals, Seton Medical Center Harker Heights, Southwest - Inland Valley Medical Center, Spring Valley Hospital Medical Center, Summerlin Hospital Medical Center, Temecula Valley Medical Center, Tulsa Spine & Specialty Hospital, Utica Park Clinic, and Valley Hospital Medical Center*

/s/Craig L. Williams

**CRAIG L. WILLIAMS**
**LUCIEN H. MARIONEAUX, JR**.
**Marioneaux & Williams, LLC**
1201 Hawn Avenue
Shreveport, LA 71107
(318) 963-5980 (Telephone)
(318) 963-5980 (Facsimile)
E-Mail: craig@mandwlegal.com
        lucien@mandwlegal.com
*Counsel for Amici Curiae Allegiance Behavioral Health Center of Plainview; CLHG-Avoyelles d/b/a Avoyelles Hospital; Allegiance Specialty Hospital of Greenville; Allegiance Health Center of Ruston; Allegiance Health Center of Monroe; Bienville Medical Center; Eureka Springs Hospital; Oakdale Community Hospital; River Valley Medical Center; Sabine Medical Center; Winn Parish Medical Center; and North Metro Medical Center*

4

**CERTIFICATE OF SERVICE**

       I hereby certify that on August 7, 2018 the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

       /s/ James T. Tyminski, Jr.
**THERESA A. RICHTHAMMER (0068778)**
**GALLAGHER SHARP LLP**
*Counsel for Amici Curiae for Bailey Medical Center, BSA Hospital, BSA Physicians, Harrington Cancer Center, Centennial Hills Hospital Medical Center, Corona Regional Medical Center, Desert Springs Hospital, Heart Hospital of New Mexico at Lovelace Medical Center, The George Washington University Hospital, Henderson Hospital, Hillcrest Hospital Claremore, Hillcrest Hospital Cushing, Hillcrest Hospital Henryetta, Hillcrest Hospital Pryor, Hillcrest Hospital South, Hillcrest Medical Center, Lovelace Medical Center, Lovelace Medical Group, Lovelace Regional Hospital Roswell, Lovelace Westside Hospital, Lovelace Women's Hospital, Manatee Memorial Hospital, Oklahoma Heart Institute, Physicians Surgical Hospitals, Seton Medical Center Harker Heights, Southwest - Inland Valley Medical Center, Spring Valley Hospital Medical Center, Summerlin Hospital Medical Center, Temecula Valley Medical Center, Tulsa Spine & Specialty Hospital, Utica Park Clinic, Valley Hospital Medical Center, Allegiance Behavioral Health Center of Plainview; CLHG-Avoyelles d/b/a Avoyelles Hospital; Allegiance Specialty Hospital of Greenville; Allegiance Health Center of Ruston; Allegiance Health Center of Monroe; Bienville Medical Center; Eureka Springs Hospital; Oakdale Community Hospital; River Valley Medical Center; Sabine Medical Center; Winn Parish Medical Center; and North Metro Medical Center*