UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) This document applies to: ) ) CITY OF CLEVELAND, ) AMERISOURCEBERGEN DRUG ) CORPORATION, et al., ) Member Case No.: 1:18-op-45132-DAP ) | Case No.: 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER |

## NOTICE OF APPEARANCE

The attorney listed below enters his appearance in the above-captioned member case as counsel of record for Plaintiff's, City of Cleveland. The attorney listed below respectfully requests that his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorney at the following address and/or through the Court ECF filing system, as registered:

Anil A. Mujumdar (ASB-2004-L65M)
**ZARZAUR MUJUMDAR & DEBROSSE - TRIAL LAWYERS**
2332 2nd Avenue North
Birmingham, Alabama 35203
T: 205.983.7983
F: 888.505.0523
E: anil@zarzaur.com

All filings in the listed member cases should henceforth be served upon counsel.

Respectfully submitted, this the 7th day of August, 2018.

*/s/ Anil A. Mujumdar*
Anil A. Mujumdar (ASB-ASB-2004-L65M)

**OF COUNSEL:**
**ZARZAUR MUJUMDAR & DEBROSSE - TRIAL LAWYERS**
2332 2nd Avenue North
Birmingham, Alabama 35203
T: (205) 983-7985
F: (888) 505-0523
E: anil@zarzaur.com

## CERTIFICATE OF SERVICE

    I hereby certify that on August 7th, 2018, a copy of the foregoing Notice of Appearance was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                                */s/ Anil A. Mujumdar*
                                                *Of Counsel*