# EXHIBIT B

Affidavit

I, _____, with the understanding that this document may be presented to the United States Department of Justice and the Honorable Dan A. Polster of the Northern District of Ohio, and that pursuant to Orders entered by the Honorable Dan A. Polster of the Northern District of Ohio I am only entitled to the ARCOS data that I am requesting if the below information is all true and accurate, do hereby affirm

1. That I am an attorney properly licensed and admitted in the state of _____ with a Bar Number of _____;

2. That I am associated with the following law firm:
   _____

3. That I can be contacted at the following:
   Address: _____    Email: _____
   _____
   _____    Phone: _____
   _____

4. That I represent the following Plaintiff(s) whose case(s) is/are currently pending within *In Re National Prescription Opioid Litigation*; Case No. 17-md-2804 (append list if necessary):
   _____    _____
   _____    _____
   _____    _____
   _____    _____
   _____    _____

DATED this _____ day of _____, 20___

_____
Signature of Affiant

SWORN to and subscribed before me this _____ day of _____, 20___

_____
NOTARY PUBLIC

My Commission Expires:
_____