# EXHIBIT C

## ARCOS INFORMATION REQUEST FORM

Pursuant to the *Order Regarding Plaintiffs' Motion for Modification of CMO-1* (Doc. #739), reports from ARCOS are being made available to current MDL Plaintiffs for the purpose of filing amended complaints by November 16, 2018, therefore any requested ARCOS reports must be relevant to that purpose. In the below chart, list a) the county for which you are requesting reports; b) the state that the county is within; and c) which client you represent within the MDL, who is listed within your affidavit, to whom the requested report is relevant.

Requests for ARCOS reports will be responded to in the order in which they are received, and will be processed as quickly as possible. If you have any questions about a pending request, please address your inquiry to arcosrequest@levinlaw.com.

| COUNTY REQUESTED | STATE COUNTY IS WITHIN | MDL CLIENT LISTED IN AFFIDAVIT TO WHOM REQUESTED REPORT IS RELELVANT |
|---|---|---|
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

_____
Requested By (Please Print)

_____
Firm Requesting

_____
Email Address to Receive Request

_____
Date Requested