# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This Document Relates to: | Case No. 17-md-2804 |
| *City of Iron Mountain, Michigan v. Purdue Pharma L.P., et al.* Case No. 1:18-op-45344-DAP | Judge Dan A. Polster |
| *County of Alcona, Michigan v. Purdue Pharma L.P., et al.* Case No. 1:18-op-45340-DAP | |
| *County of Alger, Michigan v. Purdue Pharma L.P., et al.* Case No. 1:18-op-45360-DAP | |
| *County of Antrim, Michigan v. Purdue Pharma L.P., et al.* Case No. 1:18-op-45354-DAP | |
| *County of Arenac, Michigan v. Purdue Pharma L.P., et al.* Case No. 1:18-op-45341-DAP | |
| *County of Baraga, Michigan v. Purdue Pharma L.P., et al.* Case No. 1:18-op-45361-DAP | |
| *County of Benzie, Michigan v. Purdue Pharma L.P., et al.* Case No. 1:18-op-45356-DAP | |
| *County of Dickinson, Michigan v. Purdue Pharma L.P., et al.* Case No. 1:18-op-45342-DAP | |
| *County of Gratiot, Michigan v. Purdue Pharma L.P., et al.* Case No. 1:18-op-45339-DAP | |

*County of Iosco, Michigan v.*
*Purdue Pharma L.P., et al.*
Case No. 1:18-op-45343-DAP

*County of Isabella, Michigan v.*
*Purdue Pharma L.P., et al.*
Case No. 1:18-op-45349-DAP

*County of Lake, Michigan v.*
*Purdue Pharma L.P., et al.*
Case No. 1:18-op-45366-DAP

*County of Luce, Michigan v.*
*Purdue Pharma L.P., et al.*
Case No. 1:18-op-45362-DAP

*County of Montmorency, Michigan v.*
*Purdue Pharma L.P., et al.*
Case No. 1:18-op-45347-DAP

*County of Oceana, Michigan v.*
*Purdue Pharma L.P., et al.*
Case No. 1:18-op-45359-DAP

*County of Ogemaw, Michigan v.*
*Purdue Pharma L.P., et al.*
Case No. 1:18-op-45348-DAP

*County of Osceola, Michigan v.*
*Purdue Pharma L.P., et al.*
Case No. 1:18-op-45357-DAP

*County of Otsego, Michigan v.*
*Purdue Pharma L.P., et al.*
Case No. 1:18-op-45345-DAP

*County of Sanilac, Michigan v.*
*Purdue Pharma L.P., et al.*
Case No. 1:18-op-45352-DAP

*County of Shiawassee, Michigan v.*
*Purdue Pharma L.P., et al.*
Case No. 1:18-op-45350-DAP

*County of Wexford, Michigan v.*
*Purdue Pharma L.P., et al.*
Case No. 1:18-op-45364-DAP

## NOTICE OF APPEARANCE BY PAUL J. PENNOCK, ESQ.

**PLEASE TAKE NOTICE** that Paul J. Pennock, Esq., of the law firm of Weitz & Luxenberg, P.C., hereby enters his appearance as counsel on behalf of City of Iron Mountain, Michigan; County of Alcona, Michigan; County of Alger, Michigan; County of Antrim, Michigan; County of Arenac, Michigan; County of Baraga, Michigan; County of Benzie, Michigan; County of Dickinson, Michigan; County of Gratiot, Michigan; County of Iosco, Michigan; County of Isabella, Michigan; County of Lake, Michigan; County of Luce, Michigan; County of Montmorency, Michigan; County of Oceana, Michigan; County of Ogemaw, Michigan; County of Osceola, Michigan; County of Otsego, Michigan; County of Sanilac, Michigan; County of Shiawassee, Michigan; County of Wexford, Michigan.

Dated:  August 8, 2018

Respectfully submitted,

*/s/ Paul J. Pennock*
Paul J. Pennock (PP3315)
**Weitz & Luxenberg, P.C.**
700 Broadway
New York, NY 10003
Telephone: (212) 558-5549
Facsimile:  (212) 344-5461
ppennock@weitzlux.com

## CERTIFICATE OF SERVICE

The undersigned certifies on August 8, 2018, the foregoing was filed using the Court's CM/ECF system and will be served via the Court's EM/ECF filing system on all attorneys of record.

/s/ Paul J. Pennock