# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 <br><br> Case No. 17-md-2804 <br><br> JUDGE DAN AARON POLSTER |

## WALGREEN EASTERN CO., INC.'S
## CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant Walgreen Eastern Co., Inc. respectfully submits this Corporate Disclosure Statement.

Walgreen Eastern Co., Inc.'s parent corporation is Walgreens Boots Alliance, Inc.

Dated: August 10, 2018

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr

Kaspar J. Stoffelmayr
Illinois State Bar No. 6238172
BARTLIT BECK HERMAN
 PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlit-beck.com

*Attorney for Walgreen Eastern Co., Inc.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that, this 10th day of August, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

                /s/ Kaspar J. Stoffelmayr
                Kaspar J. Stoffelmayr

                *Attorney for Walgreen Eastern Co., Inc.*