**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE POLSTER<br><br>**CASE MANAGEMENT ORDER NO. 7**<br>**SETTING NEW DEADLINES FOR**<br>**TRACK ONE CASES** |

This Court earlier set case management deadlines in connection with the "Track One Cases." *See* CMO-1 at 6-8 (docket no. 232).  The parties unanimously requested extension of those deadlines and submitted various proposed schedules.  Having reviewed those proposals, the Court now enters the following amended case management schedule.

**August 31, 2018** – The parties shall exchange lists of initial fact witness depositions.  If the parties agree, depositions may proceed immediately.  As much as possible, however, depositions shall be taken of witnesses only after relevant documents have been produced.  Thus, the majority of depositions shall occur between October 25, 2018 and January 25, 2019.

**October 25, 2018** – For all parties *except* retail pharmacy defendants: (1) production of documents shall be substantially complete; and (2) traditional 30(b)(6) depositions shall be substantially complete (i.e., 30(b)(6) depositions concerning discovery-related issues, such as types and location of documents and databases).

**November 9, 2018** – For retail pharmacy defendants: (1) production of documents shall be substantially complete; and (2) traditional 30(b)(6) depositions shall be substantially complete (i.e.,

30(b)(6) depositions concerning discovery-related issues, such as types and location of documents and databases).

**January 25, 2019** – all 30(b)(6) and fact depositions shall be completed.

**February 8, 2019** – Plaintiffs shall serve expert reports and, for each expert, provide two proposed deposition dates between **February 18 and March 15, 2019**.

**March 26, 2019** – Defendants shall serve expert reports and, for each expert, provide two proposed deposition dates between **April 8 and May 3, 2019**.

**May 13, 2019, 4:00 p.m.** – Deadline for *Daubert* and dispositive motions.

**June 10, 2019, 4:00 p.m.** – Deadline for responses to *Daubert* and dispositive motions.

**July 1, 2019, 4:00 p.m.** – Deadline for replies in support of *Daubert* and dispositive motions.

**July 16, 2019** – Hearings on *Daubert* and dispositive motions, or as otherwise set by the Court, if necessary.

**August 22, 2019, 12:00 noon** – Final Pretrial Hearing.

**September 3, 2019** – Trial.

In a separate order, the Court will set deadlines for motions in limine, deposition designations, jury instructions, jury questionnaire, and other pretrial submissions.

**IT IS SO ORDERED.**

                                                  **/s/** *Dan Aaron Polster*
                                                  **DAN AARON POLSTER**
                                                  **UNITED STATES DISTRICT JUDGE**

**Dated: August 13, 2018**