# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE POLSTER<br><br>**NOTICE DISCLOSING EXPERT CONSULTANT** |

The Court hereby gives notice to the parties as follows. The Court and the Special Masters are pursuing settlement discussions with the parties, and these discussions include the possibility of highly complex class action settlement structures. To assist the Court, Special Master McGovern has hired as an expert consultant Harvard Law School Professor William B. Rubenstein, who is the author of the seminal treatise on class actions. Professor Rubenstein and his staff will be compensated at their normal rates.

/s/ *Dan Aaron Polster*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated: August 13, 2018**