# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | |
| This document relates to: | **MDL No. 2804** |
| **All cases** | Case No. 17-md-2804 |
| *Plaintiff* | **Judge Dan Aaron Polster** |
| v. | |
| **ALLERGAN FINANCE, LLC f/k/a ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS** | |
| *Defendant, Third-party plaintiff* | |
| v. | |
| **PFIZER INC. and KING PHARMACEUTICALS, INC. n/k/a KING PHARMACEUTICALS LLC** | |
| *Third-party defendant* | |

## PRAECIPE FOR ISSUANCE

☐ ORIGINAL SUMMONS

☐ ALIAS SUMMONS

X  THIRD PARTY SUMMONS

☐ CERTIFICATE OF JUDGMENT LIEN UPON LANDS AND TENEMENTS §2329.02 ORC

☐ CERTIFICATE OF JUDGMENT FOR REGISTRATION IN ANOTHER DISTRICT

☐ WRIT OF EXECUTION

☐ OTHER (Please Specify) _____

4851-0711-0768.2

Document to be issued should be uploaded as an attachment to the Praecipe.

If service of summons will be done by certified or ordinary mail, see Local Rule 4.2.

| | |
|---|---|
| Date:  August 14, 2018 | Respectfully submitted, |
| | |
| | */s/ John R. Mitchell* |
| | John R. Mitchell (#0066759), Trial Attorney |
| | **Primary Responsibility from Thompson Hine LLP |
| | Stephanie M. Chmiel (#0087555) |
| | Matthew D. Ridings (#0079402) |
| | THOMPSON HINE LLP |
| | 3900 Key Center |
| | 127 Public Square |
| | Cleveland, OH  44114-1291 |
| | Telephone:  216-566-5500 |
| | Facsimile:  216-566-5800 |
| | John.Mitchell@ThompsonHine.com |
| | |
| | *Attorneys for Defendant Allergan Finance LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.* |

4851-0711-0768.2