# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER |

## NOTICE OF APPEARANCE

Please take notice that William J. Beausoleil and Diane E. Lifton of Hughes Hubbard & Reed LLP hereby enter their appearance in the above-captioned action as counsel of record for Defendant UCB, Inc., which has been named as a defendant in *American Resources Insurance Co. v. Purdue Pharma L.P.*, et al., No. 1:18-00145 (S.D. Ala.).  It is respectfully requested that service of all further pleadings, notices, filings, and correspondence be made upon the undersigned as counsel of record for UCB, Inc.

Dated:  August 8, 2018

Respectfully submitted,

/s/  *Diane E. Lifton*
William J. Beausoleil
Diane E. Lifton
HUGHES HUBBARD & REED LLP
One Battery Park Plaza
New York, New York 10004
Telephone: (212) 837-6000
william.beausoleil@hugheshubbard.com
diane.lifton@hugheshubbard.com

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of August 2018, I electronically filed the foregoing

Notice of Appearance with the Clerk of this Court via the CM/ECF system, which will send a

Notice of Electronic Filing to all counsel of record.


                                            /s/ Darrell Williams