UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

| | |
|---|---|
| Comstock v. Amneal Pharmaceuticals of New York, LLC, et al., ) | |
| E.D. Washington, C.A. No. 4:18-05119 ) | MDL No. 2804 |

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

A conditional transfer order was filed in this action (*Comstock*) on July 19, 2018.  Prior to expiration of that order's 7-day stay of transmittal, defendants Nadia Toshani, M.D., and John Doe Toshani (Toshani defendants), filed a notice of opposition to the proposed transfer.  The Toshani defendants later filed a motion and brief to vacate the conditional transfer order.  The Toshani defendants have now advised the Panel that they have been dismissed from this action and wish to withdraw their opposition to transfer.  No remaining parties have opposed transfer.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-46" filed on July 19, 2018, is LIFTED insofar as it relates to this action.  The action is transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polser.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel