# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | |
| This document relates to: ) ) | MDL No. 2804 |
| | Case No. 17-md-2804 |
| **All cases** ) ) | |
| _____ ) | |
| *Plaintiff* ) ) | |
| v. ) ) | |
| **ALLERGAN FINANCE, LLC f/k/a ACTAVIS, INC. f/k/a WATSON PHARMACEUTICALS** ) ) ) | |
| _____ ) | |
| *Defendant, Third-party plaintiff* ) ) | |
| v. ) ) | |
| **PFIZER INC. and KING PHARMACEUTICALS, INC. n/k/a KING PHARMACEUTICALS LLC** ) ) ) | |
| _____ ) | |
| *Third-party defendant* | |

**SUMMONS ON A THIRD-PARTY COMPLAINT**

To: KING PHARMACEUTICALS, INC. n/k/a KING PHARMACEUTICALS LLC
   C/O THE CORPORATION TRUST COMPANY
   CORPORATION TRUST CENTER
   1209 ORANGE STREET
   WILMINGTON, DE 19801

   A lawsuit has been filed against defendant <u>Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.</u>, who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff's in each individual case filed in the MDL <u>In Re National Prescription Opiate Litigation</u>.

   Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) - you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

John R. Mitchell
Stephanie M. Chmiel
Matthew D. Ridings
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114-1291
(216) 566-5500

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

See Attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

The plaintiff's complaints have been filed under seal.  To the extent that you do not already have a copy of these complaints, please contact the defendants attorneys listed above. You may - but are not required to - respond to them.

Date:  ___8/15/18_____          *SANDY OPACICH, CLERK OF COURT*

                                                           /s/Robert Pitts
                                                  *Signature of Clerk or Deputy Clerk*



**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____ _____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ _____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:


My fees are $_____ for travel and $_____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____         _____
                                                    *Server's signature*

                                                   _____
                                                   *Printed name and title*

                                                   _____
                                                   *Server's address*

Additional information regarding attempted service, etc.:

# Exhibit A
## Plaintiffs' Liaison Counsel

Peter H. Weinberger
Spangenberg, Shibley & Liber
Ste. 1700
1001 Lakeside Avenue, E
Cleveland, OH 44114

Steven J. Skikos
Skikos Crawford Skikos & Joseph - San Francisco
Ste. 2830
1 Sansome Street
San Francisco, CA 94104

Troy A. Rafferty
Levin Papantonio Thomas Mitchell Rafferty & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32502

Bonnie A. Kendrick*
Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130

Frank L. Gallucci, III*
Plevin & Gallucci
2222 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113

James R. Dugan, II*
Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130

Michael J. Fuller, Jr.
McHugh Fuller Law Group
97 Elias Whiddon Road
Hattiesburg, MS 39402

Paul T. Farrell, Jr.*
Greene Ketchum Farrell Bailey & Tweel
419 Eleventh Street
Huntington, WV 25701

Peter James Mougey*
Levin Papantonio Thomas Mitchell Rafferty & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32502

**Plaintiffs' Lead Counsel**

Joseph F. Rice
Motley Rice - Mount Pleasant
17th Floor
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Paul J. Hanly, Jr.
Simmons Hanly Conroy
112 Madison Avenue
New York, NY 10016

Amy M. Carter
Simon Greenstone Panatier Bartlett
Ste. 610
3232 McKinney Avenue
Dallas, TX 75204

* - Also Plaintiffs' Lead Counsel

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>This document relates to:  )  MDL No. 2804<br>)  Case No. 17-md-2804<br>**All cases** ) | |

IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION )
)
This document relates to: ) MDL No. 2804
) Case No. 17-md-2804
**All cases** )
_____ )
               *Plaintiff*                  )
                                            )
                  v.                        )
                                            )
**ALLERGAN FINANCE, LLC f/k/a ACTAVIS,**    )
**INC. f/k/a WATSON PHARMACEUTICALS**       )
_____ )
       *Defendant, Third-party plaintiff*   )
                                            )
                  v.                        )
                                            )
**PFIZER INC. and KING PHARMACEUTICALS,**   )
**INC. n/k/a KING PHARMACEUTICALS LLC**     )
_____ )
         *Third-party defendant*

### SUMMONS ON A THIRD-PARTY COMPLAINT

To: PFIZER INC.
    C/O CT CORPORATION SYSTEM
    111 EIGHTH AVENUE
    NEW YORK, NEW YORK 10011

     A lawsuit has been filed against defendant Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., who as third-party plaintiff is making this claim against you to pay part or all of what the defendant may owe to the plaintiff's in each individual case filed in the MDL In Re National Prescription Opiate Litigation.

     Within 21 days after service of this summons on you (not counting the day you received it) - or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(3) - you must serve on the plaintiff and on the defendant an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the defendant or defendant's attorney, whose name and address are:

John R. Mitchell
Stephanie M. Chmiel
Matthew D. Ridings
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH  44114-1291
(216) 566-5500

It must also be served on the plaintiff or plaintiff's attorney, whose name and address are:

See Attached Exhibit A

If you fail to respond, judgment by default will be entered against you for the relief demanded in the third-party complaint. You also must file the answer or motion with the court and serve it on any other parties.

The plaintiff's complaints have been filed under seal. To the extent that you do not already have a copy of these complaints, please contact the defendants attorneys listed above. You may - but are not required to - respond to them.

Date:  __8/15/18_____                    *SANDY OPACICH, CLERK OF COURT*

                                                              __/s/Robert Pitts_____
                                                                  *Signature of Clerk or Deputy Clerk*



**PROOF OF SERVICE**
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*:

My fees are $_____ for travel and $_____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____          _____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:

# Exhibit A
## Plaintiffs' Liaison Counsel

Peter H. Weinberger
Spangenberg, Shibley & Liber
Ste. 1700
1001 Lakeside Avenue, E
Cleveland, OH 44114

Steven J. Skikos
Skikos Crawford Skikos & Joseph - San Francisco
Ste. 2830
1 Sansome Street
San Francisco, CA 94104

Troy A. Rafferty
Levin Papantonio Thomas Mitchell Rafferty & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32502

Bonnie A. Kendrick*
Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130

Frank L. Gallucci, III*
Plevin & Gallucci
2222 Illuminating Bldg.
55 Public Square
Cleveland, OH 44113

James R. Dugan, II*
Dugan Law Firm
Ste. 1000
365 Canal Street
New Orleans, LA 70130

Michael J. Fuller, Jr.
McHugh Fuller Law Group
97 Elias Whiddon Road
Hattiesburg, MS 39402

Paul T. Farrell, Jr.*
Greene Ketchum Farrell Bailey & Tweel
419 Eleventh Street
Huntington, WV 25701

Peter James Mougey*
Levin Papantonio Thomas Mitchell Rafferty & Proctor
Ste. 600
316 South Baylen Street
Pensacola, FL 32502

**Plaintiffs' Lead Counsel**

Joseph F. Rice
Motley Rice - Mount Pleasant
17th Floor
28 Bridgeside Blvd.
Mount Pleasant, SC 29464

Paul J. Hanly, Jr.
Simmons Hanly Conroy
112 Madison Avenue
New York, NY 10016

Amy M. Carter
Simon Greenstone Panatier Bartlett
Ste. 610
3232 McKinney Avenue
Dallas, TX 75204

* - Also Plaintiffs' Lead Counsel