**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL No. 2804<br><br>**CASE No. 1:17-MD-2804-DAP**<br><br>**JUDGE DAN AARON POLSTER** |

**DEFENDANT WEST-WARD PHARMACEUTICALS'**
**NOTICE REGARDING SERVICE**

In Accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., West-Ward Pharmaceuticals ("West-Ward") hereby submits this Notice. The proper form for waiver of service for West-Ward is attached to this Notice as Exhibit A. The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to West-Ward shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Ronni Fuchs
fuchsr@pepperlaw.com

Dated:  August 16, 2018

Respectfully submitted,

/s/ Logan N. Anderson
Logan N. Anderson
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel:   (215) 981-4000
Email: andersonl@pepperlaw.com

*Counsel for Defendant, West-Ward Pharmaceutical, Corp.*

## CERTIFICATE OF SERVICE

    I, Logan N. Anderson, hereby certify that on August 16, 2018, the foregoing Notice Regarding Service was served upon all parties via the Court's Electronic Filing System.

Dated:  August 16, 2018

                                                  /s/ Logan N. Anderson
                                                  Logan N. Anderson (PA 320776)
                                                  PEPPER HAMILTON LLP
                                                  3000 Two Logan Square
                                                  Eighteenth & Arch Streets
                                                  Philadelphia, PA 19103-2799
                                                  andersonl@pepperlaw.com
                                                   Telephone:  (215) 981-4000