## UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| --------------------------------------------------------- | : | |
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION, | : | 1:17-md-02804-DAP |
| --------------------------------------------------------- | : | MDL No. 2804 |
| This Document Relates to: | : | |
| | : | Judge Dan Aaron Polster |
| PASSAMAQUODDY TRIBE–INDIAN TOWNSHIP, | : | |
| | : | Civil Action No.:  1:18-op-45876-DAP |
| Plaintiff, | : | |
| vs. | : | |
| | : | |
| PURDUE PHARMA L.P., et al. | : | |
| | : | |
| Defendants. | : | |
| ----------------------------------------------------------- | | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kaighn Smith, Jr. of Drummond Woodsum, hereby appears

on behalf of Plaintiff, Passamaquoddy Tribe–Indian Township.


Dated: August 17, 2018                          Respectfully submitted,

*/s/ Kaighn Smith, Jr.*
Kaighn Smith, Jr., Bar No. 3301

**DRUMMOND WOODSUM**
84 Marginal Way, Suite 600
Portland, ME  04101
207.772.1941 (phone)
207.772.3627 (fax)
ksmith@dwmlaw.com

1

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned certifies that on August 17, 2018, the foregoing was filed using the

Court's CM/EMF system and will be served via the Court's EM/ECF filing system on all attorneys

of record.

Dated: August 17, 2018                         */s/ Kaighn Smith, Jr.*
                                                Kaighn Smith, Jr.