IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) ) ) This document relates to: ) *The Muscogee (Creek) Nation v. Purdue* ) *Pharma L.P., et al.* ) Case No. 1:18-op-45459 ) ) ) | CASE NO. 1:17-md-2804  JUDGE DAN AARON POLSTER  **NOTICE OF APPEARANCE** |

Please enter the appearances noted below in the above-captioned action on behalf of Cityplex Pharmacy dba Southwestern Regional Medical Center, Inc.:

    Counsel:    Ralph Streza of Critchfield, Critchfield & Johnston, Ltd.
                         (Ohio S. Ct. #0017694)
                         Critchfield, Critchfield & Johnston, Ltd.
                         4996 Foote Road
                         Medina, OH 44256
                         Telephone:  330.723.6404
                         Facsimile:  330.721.7644
                         Email:  Streza@ccj.com

    Of Counsel:    Jonathan D. Sasser of Ellis & Winters, LLP
                         (NC S. Ct. #10028)
                         Ellis & Winters, LLP
                         4131 Parklake Ave., Suite 400
                         Raleigh, NC 27612
                         Telephone: 919-865-7002
                         Facsimile:   919-865-7010
                         Email: jon.sasser@elliswinters.com

Dated:  August 21, 2018

Respectfully submitted,

/s/ Ralph Streza
Ralph Streza (Ohio S. Ct. #0017694)
Critchfield, Critchfield & Johnston, Ltd.
4996 Foote Road
Medina, OH 44256
Telephone:  330.723.6404
Facsimile:  330.721.7644
Email:  Streza@ccj.com

*Counsel for Cityplex Pharmacy
dba Southwestern Regional Medical
    Center, Inc.*

Jonathan D. Sasser (NC S. Ct. #10028)
Ellis & Winters, LLP
4131 Parklake Ave., Suite 400
Raleigh, NC 27612
Telephone: 919-865-7002
Facsimile:  919-865-7010
Email: jon.sasser@elliswinters.com

*Of counsel for Cityplex Pharmacy
dba Southwestern Regional Medical
    Center, Inc.*

## PROOF OF SERVICE

I hereby certify that on August 21, 2018, the foregoing was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.

/s/ Ralph Streza
Ralph Streza (Ohio S. Ct. #0017694)

4827-9602-2128, v. 1