Case: 1:17-md-02804-DAP Doc #: 418 Filed: 05/14/18 1 of 21. PageID #: 5684

1

```
 1                  UNITED STATES DISTRICT COURT
                     NORTHERN DISTRICT OF OHIO
 2                        EASTERN DIVISION

 3

    ---------------------------------X
 4                                    :
    IN RE: NATIONAL PRESCRIPTION      :   MDL No. 2804
 5  OPIATE LITIGATION                 :
                                      :   Case No. 1:17-md-2804
 6                                    :   Cleveland, Ohio
    APPLIES TO ALL CASES              :
 7                                    :
                                      :   Thursday, May 10, 2018
 8  ---------------------------------X

 9

10

11

12            TRANSCRIPT OF STATUS CONFERENCE

13       HELD BEFORE THE HONORABLE DAN AARON POLSTER

14              UNITED STATES DISTRICT JUDGE

15                          and

16            THE HONORABLE DAVID A. RUIZ

17             UNITED STATES MAGISTRATE JUDGE

18

19

20  Court Reporter:        Lance A. Boardman, RDR, CRR
                           United States District Court
21                         801 West Superior Avenue
                           Court Reporters 7-189
22                         Cleveland, Ohio 44113
                           216.357.7186
23

24
    Proceedings recorded by mechanical stenography; transcript
25  produced by computer-aided transcription.
```



Case: 1:17-md-02804-DAP Doc #: 895-1 Filed: 08/21/18 2 of 3. PageID #: 20759
Case: 1:17-md-02804-DAP Doc #: 418 Filed: 05/14/18 6 of 21. PageID #: 5689

6

```
09:14:24   1   concerning the various business models that exist in our
09:14:30   2   healthcare system in the United States and nonlitigation
09:14:35   3   issues that can be addressed in a cooperative way beyond
09:14:39   4   just litigation to address the opioid crisis.
09:14:45   5           And so we want the Court to know that the parties are
09:14:49   6   in a very cooperative way addressing all of the issues that
09:14:53   7   we have in the litigation, and we will also be focusing on
09:14:58   8   nonlitigation solutions to problems that we may be able to
09:15:03   9   facilitate here in the multidistrict litigation in
09:15:08  10   accordance with your desire that we look at this problem
09:15:11  11   holistically rather than just a litigation problem.
09:15:16  12           Thank you, Your Honor.
09:15:17  13                   THE COURT:  Thank you, Mr. McGovern.
09:15:21  14   Special Master Cohen.
09:15:27  15                   MR. COHEN:  Thank you, Judge.
09:15:34  16           Special Master McGovern of course went first to
09:15:37  17   discuss negotiations to resolve this dispute because that's
09:15:42  18   the more important goal.  I'm here to chat just very briefly
09:15:45  19   and to give the Court and everyone in the room and on the
09:15:49  20   phone a quick overview of what we're calling the litigation
09:15:53  21   track.
09:15:54  22           We have a settlement track which we're pursuing with
09:15:56  23   vigor.  We have a litigation track that I should make clear
09:16:00  24   your special masters believe is in aid of settlement and not
09:16:06  25   instead of settlement.  The purpose and the point of
```

Case: 1:17-md-02804-DAP Doc #: 895-1 Filed: 08/21/18 3 of 3. PageID #: 20760
Case: 1:17-md-02804-DAP Doc #: 418 Filed: 05/14/18 7 of 21. PageID #: 5690

7

| | | |
|---|---|---|
| 09:16:09 | 1 | litigating the legal issues that the parties have identified |
| 09:16:13 | 2 | is to make it easier to come to a resolution, and we believe |
| 09:16:18 | 3 | that that's really the point of it and that that will |
| 09:16:20 | 4 | happen. |
| 09:16:24 | 5 | As the Court knows, the case management order, the |
| 09:16:27 | 6 | first case management order went on less than one month ago, |
| 09:16:30 | 7 | on April 11th. And the case management order created a |
| 09:16:36 | 8 | litigation track for sovereigns, which is both states and |
| 09:16:42 | 9 | Indian tribes, Native American Indian tribes, local |
| 09:16:47 | 10 | governmental entities, being counties and cities, hospitals, |
| 09:16:50 | 11 | and third-party payors. |
| 09:16:53 | 12 | Since then, there are other groups or entities that |
| 09:16:57 | 13 | have sought to also join the litigation, and those are |
| 09:17:00 | 14 | litigation issues the Court is going to have to address. |
| 09:17:03 | 15 | For example, there are class actions that have been filed, |
| 09:17:10 | 16 | purported class actions representing babies who suffer from |
| 09:17:12 | 17 | neonatal abstinence syndrome. That is a different group |
| 09:17:18 | 18 | that the Court has not yet worked with. |
| 09:17:22 | 19 | There are class actions purportedly representing |
| 09:17:27 | 20 | everyone who has ever paid private insurance. And again, |
| 09:17:32 | 21 | that's something that the Court is going to have to get its |
| 09:17:34 | 22 | hands around. |
| 09:17:35 | 23 | This is obviously one of the most, if not the most |
| 09:17:39 | 24 | complex pieces of litigation that the federal system has |
| 09:17:43 | 25 | seen. That's a consistent statement made by every attorney |