IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO. 1:17-md-2804 |
| | JUDGE DAN AARON POLSTER |
| | **NOTICE OF APPEARANCE** |
| This document relates to: *Gulf County, Florida v. AmerisourceBergen Drug Corporation., et al.* Case No. 5:18-cv-00162 | |

Please enter the appearances noted below in the above-captioned action on behalf of Gulf County, Florida.:

Counsel: Anthony D. Irpino
(LA St. Ct. #24727)
**IRPINO, AVIN & HAWKINS LAW FIRM**
2216 Magazine Street
New Orleans, LA 70130
Telephone: 504-525-1500
Facsimile: 504-525-1501
Email: airpino@irpinolaw.com

Counsel: Pearl A.Robertson
(LA St. Ct. #34060)
**IRPINO, AVIN & HAWKINS LAW FIRM**
2216 Magazine Street
New Orleans, LA 70130
Telephone: 504-525-1500
Facsimile: 504-525-1501
Email: probertson@irpinolaw.com

Dated: August 23, 2018

Respectfully submitted,

/s/ Anthony D. Irpino
Anthony D. Irpino (LA St. Ct. #24727)
**IRPINO, AVIN & HAWKINS LAW FIRM**
2216 Magazine Street
New Orleans, LA
Telephone: 504-525-1500
Facsimile: 504-525-1501
Email: airpino@irpinolaw.com

*Counsel for Gulf County, Florida*


Pearl A. Robertson (LA St. Ct.#34060)
**IRPINO, AVIN & HAWKINS LAW FIRM**
2216 Magazine Street
New Orleans, LA
Telephone: 504-525-1500
Facsimile: 504-525-1501
Email: probertson@irpinolaw.com

*Counsel for Gulf County, Florida*


**PROOF OF SERVICE**

I hereby certify that on August 23, 2018, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.


/s/ Anthony D. Irpino
Anthony D. Irpino (LA St. Ct #24727)