IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO. 1:17-md-2804 ) ) ) JUDGE DAN AARON POLSTER ) ) **NOTICE OF APPEARANCE** ) |
| This document relates to: *County of Montgomery v. Purdue Pharma, L.P., et al.* Case No. 1:18-op-45030 | ) ) ) ) ) ) |

Please enter the appearances noted below in the above-captioned action on behalf of County of Montgomery:

Counsel: J.D. Lambright
Texas Bar No. 24012996
jd.lambright@mctx.org
B.D. Griffin
Texas Bar No. 08468500
bd.griffin@mctx.org
Montgomery County Attorney's Office
501 N. Thompson
Suite 300
Conroe, Texas 77301
(936) 538-8202
(936) 760-6920 (facsimile)

Dated: August 23, 2018

Respectfully Submitted,

| | |
|---|---|
| **HALEY & OLSON, P.C.** | **HARRISON DAVIS STEAKLEY MORRISON JONES, P.C.** |
| By: /s/ Craig D. Cherry | By: /s/ Zollie C. Steakley |
| **Craig D. Cherry** | **Zollie C. Steakley** |
| Texas Bar No. 24012419 | Texas Bar No. 24029848 |
| Ccherry@haleyolson.com | Zollie@TheTrialLawyers.com |
| **Herbert Bristow** | **Matt Morrison** |
| Texas Bar No. 03020500 | Texas Bar No. 24028602 |
| Hbristow@haleyolson.com | Matt@TheTrialLawyers.com |
| **Benjamin Evans** | **Stephen E. Harrison** |
| Texas Bar No. 24081285 | Texas Bar No. 09126800 |
| Bevans@haleyolson.com | Steve@TheTrialLawyers.com |
| **Brandon Oates** | **Zona Jones** |
| Texas Bar No. 24032921 | Texas Bar No. 10887600 |
| Boates@haleyolson.com | Zona@TheTrialLawyers.com |
| 100 Ritchie Road | **Bryan Harrison** |
| Suite 200 | Texas Bar No. 24062769 |
| Waco, Texas 76712 | Bryan@TheTrialLawyers.com |
| (254) 776-3336 | 5 Ritchie Road |
| (254) 776-6823 (facsimile) | Waco, Texas 76712 |
| | (254) 761-3300 |
| | (254) 761-3301 (facsimile) |

**ATTORNEYS FOR MONTGOMERY COUNTY**

## PROOF OF SERVICE

I hereby certify that on August 23, 2018, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

/s/ Craig D. Cherry