# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>This document relates to:<br><br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.,* Case No. 1:18-OP-45090 (N.D. Ohio)<br><br>*Broward County, Florida v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45332 (N.D. Ohio)<br><br>*Cabell County Commission, West Virginia v. AmerisourceBergen Drug Corp., et al.,* Case No. 17-OP-45053 (N.D. Ohio);<br><br>*County of Monroe, Michigan v. Purdue Pharma L.P., et al.,* Case No. 18-OP-45158 (N.D. Ohio);<br><br>*The City of Chicago, Illinois v. Purdue Pharma L.P.,* Case No. 17-OP-45169 (N.D. Ohio) ("Chicago I")<br><br>*City of Chicago v. Cardinal Health, Inc., et al.,* Case No. 18-op-45281 ("Chicago II") | MDL NO. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## PLAINTIFFS' NOTICE OF SUPPLEMENTAL AUTHORITY

NOTICE is hereby given of supplemental authority recently issued that supports Plaintiffs' oppositions to the motions to dismiss filed in the above-captioned cases. *See* Doc. 653

(Chicago I), Doc. 654 (Summit County and City of Akron), Doc. 726 (Chicago II), Doc. 727 (Cabell County), Doc. 729 (Monroe County), and Doc. 730 (Broward County).[1]

We write to provide the Court with a recent decision by the Ross County, Ohio Court of Common Pleas in *State of Ohio ex rel. Mike DeWine, Ohio Attorney General v. Purdue Pharma L.P., et al.*, Case No. 17 CI 261 (Aug 22, 2018) (Attached as Exhibit A). The decision denied a motion to dismiss by opioid manufacturers, sustaining each of the six counts alleged.

The Court rejected, *inter alia*, the defendants' preemption arguments and arguments that common law nuisance and other claims were abrogated by the Ohio Products Liability Act. *See* Ex. A at 6 & 8). The Court further held that the plaintiff adequately pled a public nuisance claim under *Cincinnati v. Beretta*, 95 Ohio St. 3d 416 (2002). *See* Ex. A at 7. Likewise, the Court sustained the plaintiff's Ohio Corrupt Practices Act claim as adequately pled. *See* Ex. A at 9-11.

The ruling provides further support for denying the pending motions to dismiss.

August 24, 2018  Respectfully submitted,


*/s/ Elizabeth J. Cabraser*

Elizabeth J. Cabraser
Paulina do Amaral
Abby Wolf
**LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP**
275 Battery Street
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008
ecabraser@lchb.com

---

[1] Unless otherwise noted, all references to "Doc. __" are to the master docket in *In re: National Prescription Opiate Litig.*, Case No. 1:17-MD-2804 (DAP) (N.D. Ohio).

2

pdoamaral@lchb.com
awolf@lchb.com

Linda Singer
Louis Bograd
**MOTLEY RICE LLC**
401 9th Street NW, Suite 1001
Washington, DC 20004
Tel: 202-232-5504
Fax: 202-386-9622
lsinger@motleyrice.com
lbograd@motleyrice.com

Paul Hanly
Jayne Conroy
Andrea Bierstein
**SIMMONS HANLY CONROY** 112 Madison Avenue, 7th floor New York, New York
10016-7416
phanly@simmonsfirm.com
JConroy@simmonsfirm.com
ABierstein@simmonsfirm.com

Ann Saucer
**BARON & BUDD**
Ste. 1100
3102 Oak Lawn Avenue
Dallas, TX 75219
asaucer@baronbudd.com

Paul Thomas Farrell Jr.
**GREENE, KETCHUM, FARRELL, BAILEY & TWEEL LLP**
419 Eleventh Street
Huntington, WV 25701
paul@greeneketchum.com

Joe Rice
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
jrice@motleyrice.com

*Attorneys for Plaintiffs*

3

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 24th day of August 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

*/s/Elizabeth Cabraser*

*Attorney for Plaintiffs*