**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION** | **)** | **MDL No. 2084** |
| **OPIATE LITIGATION** | **)** | **Case No. 17-md-2804** |
| | **)** | |
| | **)** | |
| | **)** | |

# NOTICE OF APPEAL

Notice is hereby given that H.D. Media LLC, hereby appeals to the United States Court of Appeals for the Sixth Circuit from an ORDER sustaining the objections of the United States and Defendants to Plaintiffs' production of opioid Drug Enforcement Administration data in response to Intervenor's public records requests entered in this action on the 26th day of July, 2018.

(s) Patrick C. McGinley
Address: 737 South Hills Drive
Morgantown, WV 26501
pmcginley@igc.org
Ph. 304-552-2631
Fax 304-292-9822

Attorney for Intervenor HD Media LLC

cc: Opposing Counsel  √
    Counsel for Intervenor Washington Post √
    Court of Appeals √