# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | * * * * * | 1:17-MD-2804 |
| | * | JUDGE DAN AARON POLSTER |
| | * | |
| This document relates to: | * | |
| Gulf County, Florida v. Amerisourcebergen Drug Corporation, et al | * * | |
| Case No. 1:18-OP-45953 | * | |

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

## NOTICE OF APPEARANCE

Please enter the appearance noted below in the above-captioned matter on behalf of Gulf County, Florida:

      **Counsel:**    **PEARL A. ROBERTSON**
                           (LA St. Ct. #34060)
                           **IRPINO AVIN HAWKINS LAW FIRM**
                           2216 Magazine Street
                           New Orleans, Louisiana 70130
                           Telephone: 504-525-1500
                           Facsimile: 504-525-1501
                           probertson@irpinolaw.com

**Respectfully Submitted:**

/s/ *Pearl A. Robertson*
**PEARL A. ROBERTSON** (LA BAR #34060)
**IRPINO AVIN HAWKINS LAW FIRM**
2216 Magazine Street
New Orleans, Louisiana 70130
Telephone: 504-525-1500
Facsimile: 504-525-1501
probertson@irpinolaw.com

## **PROOF OF SERVICE**

I hereby certify that on August 24, 2018 I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties

/s/ *Pearl A. Robertson*_____
**PEARL A. ROBERTSON**