UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Commonwealth of Kentucky, ex rel. Andy Beshear, Attorney General v. Cardinal Health 5, LLC, et al.*<br>Case No. 1:18-op-45931-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF CONSENT TO REMAND

While continuing to maintain that there is a basis for federal jurisdiction in this case, Defendants hereby consent to remand of *Commonwealth of Kentucky, ex rel. Andy Beshear Attorney General v. Cardinal Health 5, LLC, et al.*, Case No. 1:18-op-45931 (W.D. Ky.), to the Commonwealth of Kentucky, Jefferson Circuit Court (Civil Action No. 18-CI-001013).  A proposed order remanding this case is attached.

Dated: August 27, 2018         Respectfully submitted,

**CARDINAL HEALTH 5, LLC; CARDINAL HEALTH 100, INC.; CARDINAL HEALTH 108, LLC; CARDINAL HEALTH 110, LLC; CARDINAL HEALTH 113, LLC; CARDINAL HEALTH 132, LLC; CARDINAL HEALTH 200, LLC; CARDINAL HEALTH 414, LLC; AND THE HARVARD DRUG COMPANY, LLC, D/B/A MAJOR PHARMACEUTICALS, D/B/A RUGBY LABORATORIES**[1]

---

[1] By filing this Notice, Cardinal Health 5, LLC; Cardinal Health 100, Inc.; Cardinal Health 108, LLC; Cardinal Health 113, LLC; Cardinal Health 132, LLC; Cardinal Health 200, LLC; and Cardinal Health 414, LLC, those entities do not concede that they are proper parties to this action.

**By Counsel:**

*/s/ Steven M. Pyser*
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Defendants*

## **CERTIFICATE OF SERVICE**

I, Steven M. Pyser, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

Dated: August 27, 2018 */s/ Steven M. Pyser*
Steven M. Pyser