UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Commonwealth of Kentucky, ex rel. Andy Beshear, Attorney General v. Cardinal Health 5, LLC, et al.*<br>Case No. 1:18-op-45931-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**[PROPOSED] ORDER**

Upon consideration of Defendants' Notice of Consent to Remand, it is hereby **ORDERED** that the action entitled *Commonwealth of Kentucky, ex rel. Andy Beshear Attorney General v. Cardinal Health 5, LLC, et al.*, Case No. 1:18-op-45931 (W.D. Ky.) is **REMANDED** to the Commonwealth of Kentucky, Jefferson Circuit Court (Civil Action No. 18-CI-001013).

IT IS SO ORDERED.

DATED: _____   _____
                                             HON. DAN AARON POLSTER
                                             UNITED STATES DISTRICT JUDGE