UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                           MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −51)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 944 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Aug 28, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

### SCHEDULE CTO−51 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|

**ALABAMA SOUTHERN**

| ALS | 1 | 18−00358 | Newman's Medical Services, Inc. v. Purdue Pharma, L.P. et al |

**INDIANA SOUTHERN**

| INS | 3 | 18−00140 | CITY OF JASPER, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |

**LOUISIANA WESTERN**

| ~~LAW~~ | ~~5~~ | ~~18−01021~~ | ~~City of Shreveport v. Purdue Pharma L P et al~~  Opposed 8/27/18 |

**MAINE**

| ~~ME~~ | ~~2~~ | ~~18−00310~~ | ~~CITY OF LEWISTON v. PURDUE PHARMA LP et al~~  Opposed 8/27/18 |

**MISSOURI WESTERN**

| MOW | 4 | 18−00605 | City of Kansas City, Missouri v. Purdue Pharma, L.P. et al |

**NORTH CAROLINA EASTERN**

| NCE | 5 | 18−00399 | Cumberland County v. AmerisourceBergen Drug Corporation et al |

**NORTH CAROLINA MIDDLE**

| NCM | 1 | 18−00703 | MOORE COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |

**NORTH CAROLINA WESTERN**

| NCW | 5 | 18−00129 | Alleghany County v. AmerisourceBergen Drug Corporation et al |

### OHIO SOUTHERN

| | | | |
|---|---|---|---|
| OHS | 1 | 18−00577 | City of Hamilton, Ohio v. AmerisourceBergen Drug Corporation et al |
| OHS | 1 | 18−00579 | City of Ironton, Ohio v. AmerisourceBergen Drug Corporation et al |

### TEXAS SOUTHERN

| | | | |
|---|---|---|---|
| TXS | 5 | 18−00118 | The City of Laredo, Texas v. Purdue Pharma L.P. et al |

### TEXAS WESTERN

| | | | |
|---|---|---|---|
| TXW | 2 | 18−00051 | City of Eagle Pass v. Purdue Pharma LP et al |
| TXW | 2 | 18−00052 | The County of Zavala v. Purdue Pharma L.P. et al |

### WASHINGTON EASTERN

| | | | |
|---|---|---|---|
| WAE | 1 | 18−03151 | Kittitas County v. Purdue Pharma LP et al |
| WAE | 2 | 18−00252 | Whitman County v. Purdue Pharma LP et al |
| WAE | 4 | 18−05131 | Walla Walla County v. Purdue Pharma LP et al |

### WASHINGTON WESTERN

| | | | |
|---|---|---|---|
| WAW | 3 | 18−05560 | City of Olympia v. Purdue Pharma, L.P. et al |
| WAW | 3 | 18−05661 | Jefferson County v. Purdue Pharma L.P. et al |
| WAW | 3 | 18−05662 | The Makah Indian Tribe v. Purdue Pharma, L.P. et al |