# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) ) Case No. 1:17-md-2804-DAP |
| This document relates to: | ) ) Judge Dan Aaron Polster |
| *State of Alabama v. Purdue Pharma LP, et al.* Case No. 1:18-OP-45236-DAP (N.D. Ohio) | ) ) |

## PLAINTIFF'S NOTICE OF SUPPLEMENTAL AUTHORITY

Plaintiff, the State of Alabama, hereby gives notice of supplemental authority recently issued that supports Plaintiff's opposition to the motions to dismiss filed by the Defendants (Doc. 845).

Plaintiff writes to provide the Court with a recent decision issued by the Ross County, Ohio Court of Common Pleas in *State of Ohio ex rel. Mike DeWine, Ohio Attorney General v. Purdue Pharma L.P., et al.*, Case No. 17 CI 261 (Aug. 22, 2018). *See* Exhibit A. The decision denied a motion to dismiss filed by opioid manufacturers and upheld all six counts alleged by the State of Ohio. Specifically, the Court rejected the defendants' preemption argument and determined that the State of Ohio's public nuisance claim was adequately pled. *See* Ex. A. at 6-7. The decision also held that, at the pleading stage, the complaint did not need to identify specific physicians who relied upon the Defendants' misrepresentation. *Id.* at 6.

This ruling provides further support for denying the Defendants' pending motions to dismiss.

Respectfully submitted,

Steve Marshall
*Attorney General*

By:

/s/ *Rhon E. Jones*
Rhon E. Jones
*Deputy Attorney General*

Joshua P. Hayes
*Deputy Attorney General*

Attorneys for Plaintiff, State of Alabama

ADDRESS OF COUNSEL:

Steve Marshall
*Attorney General*

Corey L. Maze
*Special Deputy Attorney General*

Winfield J. Sinclair
*Assistant Attorney General*

Michael G. Dean
*Assistant Attorney General*

Office of the Attorney General of Alabama
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Fax: (334) 242-4891
cmaze@ago.state.al.us
wsinclair@ago.state.al.us
mdean@ago.state.al.us

OF COUNSEL:

Jere L. Beasley – ASB 1981A35J
Rhon E. Jones – ASB 7747E52R
Richard D. Stratton – ASB 3939T76R
Jeffrey D.  Price – ASB 8190F60P
J. Ryan Kral – ASB 9669N70K
J. Parker Miller – ASB 7363H53M
**Beasley, Allen, Crow, Methvin,**
**Portis & Miles, P.C.**
218 Commerce Street
Post Office Box 4160 (36103-4160)

Robert F. Prince – ASB-2570-C56R
Joshua P. Hayes – ASB-4868-H68H
**Prince, Glover & Hayes**
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406
Telephone: (205) 345-1234
Fax: (205) 752-6313
rprince@princelaw.net
jhayes@princelaw.net

Montgomery, Alabama 36104
Telephone: (334) 269-2343
Fax: (334) 954-7555
Jere.Beasley@BeasleyAllen.com
Rhon.Jones@BeasleyAllen.com
Rick.Stratton@BeasleyAllen.com
William.Sutton@BeasleyAllen.com
Ryan.Kral@BeasleyAllen.com
Parker.Miller @BeasleyAllen.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on August 29, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtain through, the Court CM/ECF Systems.

      /s/ *Rhon E. Jones*
      OF COUNSEL