UNITED STATES DISTRICTCOURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) CASE NO.  1:17-md-2804 ) ) ) JUDGE DAN A. POLSTER |

## NOTICE OF APPEARANCE

Kathleen L. Matsoukas of the law firm of Barnes & Thornburg LLP now enters her appearance on behalf of Defendant H. D. Smith, LLC, formerly known as H. D. Smith Wholesale Drug Co.

Respectfully submitted,

*/s/ Kathleen L. Matsoukas*
Kathleen L. Matsoukas (IN No. 31833-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone:  (317) 236-1313
Facsimile:   (317) 231-7433
Email:  kathleen.matsoukas@btlaw.com

*Counsel for Defendant H. D. Smith, LLC, formerly known as H. D. Smith Wholesale Drug Co.*

- 2 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of August, 2018, a copy of the foregoing **Notice of Appearance** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                                                    */s/ Kathleen L. Matsoukas*
                                                    Kathleen L. Matsoukas

DMS 13209646v1