UNITED STATES DISTRICTCOURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) CASE NO.  1:17-md-2804 )  ) ) JUDGE DAN A. POLSTER |

## NOTICE OF APPEARANCE

William E. Padgett of the law firm of Barnes & Thornburg LLP now enters his appearance on behalf of Defendant H. D. Smith, LLC, formerly known as H. D. Smith Wholesale Drug Co.

    Respectfully submitted,

    */s/ William E. Padgett*
    William E. Padgett (IN No. 18819-49)
    BARNES & THORNBURG LLP
    11 South Meridian Street
    Indianapolis, IN 46204
    Telephone:  (317) 236-1313
    Facsimile:  (317) 231-7433
    Email:  william.padgett@btlaw.com

    *Counsel for Defendant H. D. Smith, LLC, formerly known as H. D. Smith Wholesale Drug Co.*

- 2 -

**CERTIFICATE OF SERVICE**

  The undersigned hereby certifies that on the 29th day of August, 2018, a copy of the foregoing **Notice of Appearance** has been filed electronically using the Court's CM/ECF system and will be served *via* the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

                 */s/ William E. Padgett*
                 William E. Padgett

DMS 13210271v1