UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO. 1:17-MD-2804 <br><br> JUDGE DAN A. POLSTER <br><br> MAGISTRATE JUDGE DAVID A. RUIZ <br><br> NOTICE OF SERVICE |

Please take notice that on August 30, 2018, the U.S. Drug Enforcement Administration (DEA) disclosed, pursuant to the Protective Order, an encrypted CD containing PDF files of DEA Field Office SORS for the States of New Hampshire and Montana received from January 1, 2006 – December 31, 2014.

The encrypted CD was served upon the Court via hand-delivery and upon the following counsel via federal express:

Paul T. Farrell, Jr., Esq.
Greene Ketchum, LLP
419 Eleventh Street
Huntington, WV 25701

Mark S. Cheffo, Esq.
Dechert, LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797

Enu Mainigi, Esq.
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

Respectfully submitted,

AVA ROTELL DUSTIN
Executive Assistant United States Attorney
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

By:  /s/ James R. Bennett II
JAMES R. BENNETT II (OH #0071663)
KAREN E. SWANSON HAAN (OH #0082518)
Assistant U.S. Attorneys
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
Telephone:  (216) 622-3600
Facsimile:  (216) 522-4982
E-mail:  James.Bennett4@usdoj.gov
E-mail:  Karen.Swanson.Haan@usdoj.gov


ALEXANDER K. HAAS
Special Counsel to the Assistant AG, Civil Division
ALICE SHIH LACOUR
ERIC J. SOSKIN
Counsel to the Assistant AG, Civil Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 353-8679 (Haas)
(202) 514-3180 (LaCour)
(202) 514-1500 (Soskin)
E-mail: alex.haas@usdoj.gov
E-mail: alice.s.lacour@usdoj.gov
E-mail: eric.soskin@usdoj.gov

Attorneys for United States Department of Justice,
Drug Enforcement Administration

CERTIFICATE OF SERVICE

I certify that, on August 30, 2018, I filed a copy of the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney

3