UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 1:18-op-45749 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

### DEFENDANTS AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., AND McKESSON CORP.'S MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS UNDER SEAL

Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributors") seek leave to file their Memorandum in Support of Distributors' Motion to Dismiss First Amended Complaint ("Memorandum") under seal. Distributors file this Motion and Proposed Order to ensure compliance with this Court's Case Management Order Number Two: Protective Order, ECF Doc. 441 (hereinafter "Protective Order").

Local Rule 5.2 states: "No document will be accepted for filing under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."

On May 15, 2018, the Court issued a Protective Order and stated:

> Only Confidential or Highly Confidential portions of relevant documents are subject to sealing. To the extent that a brief, memorandum, or pleading references any document designated as Confidential or Highly Confidential, then the brief, memorandum or pleading shall refer the Court to the particular exhibit filed under seal without disclosing the contents of any confidential information. If, however, the confidential information must be intertwined within the text of the document, a party may timely move the Court for

> leave to file both a redacted version for the public docket and an unredacted version for sealing.

Protective Order at ¶ 62.

Distributors' Memorandum will contain information that is subject to the Court's Protective Order. Therefore, Distributors respectfully request leave to file their Memorandum under seal, so there are no disclosures of Defendants' confidential information or information subject to the Protective Order.

WHEREFORE, Distributors respectfully requests this Honorable Court to grant Distributors' Motion for Leave to File Their Memorandum in Support of Motion to Dismiss Under Seal.

Dated:  August 31, 2018                              Respectfully submitted,

*/s/ Robert A. Nicholas*                             */s/ Enu Mainigi*
Robert A. Nicholas                                   Enu Mainigi
Shannon E. McClure                                   F. Lane Heard III
**REED SMITH LLP**                                   Steven M. Pyser
Three Logan Square                                   Ashley W. Hardin
1717 Arch Street, Suite 3100                         **WILLIAMS & CONNOLLY LLP**
Philadelphia, PA 19103                               725 Twelfth Street, NW
Tel: (215) 851-8100                                  Washington, DC 20005
Fax: (215) 851-1420                                  Tel: (202) 434-5000
rnicholas@reedsmith.com                              Fax: (202) 434-5029
smcclure@reedsmith.com                               EMainigi@wc.com
                                                     lheard@wc.com
*Counsel for AmerisourceBergen Corporation*          spyser@wc.com
*and AmerisourceBergen Drug Corporation*             ahardin@wc.com

*/s/ Geoffrey Hobart*                                *Counsel for Cardinal Health, Inc.*
Geoffrey Hobart
Mark Lynch
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
