# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 1:18-op-45749 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

### [PROPOSED] ORDER GRANTING AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., AND McKESSON CORP.'S MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS UNDER SEAL

Defendants seek leave to file their Motion for Leave to file their Memorandum in Support of Motion to Dismiss ("Memorandum") under seal in the above-styled case.  The Motion states that filing the Memorandum under seal is necessary to ensure compliance with this Court's Case Management Order Number Two: Protective Order, ECF Doc. 441, because it will contain information that is subject to that Protective Order.

Plaintiff's Motion for Leave to File its Consolidated Response Under Seal is hereby **GRANTED**.

**IT IS SO ORDERED**.

_____
Hon. Dan Aaron Polster
United States District Judge

Dated: _____