# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | * * * * * * | 1:17-MD-2804 <br><br> JUDGE DAN AARON POLSTER |
| This document relates to: <br> Shelby County, TN v. Purdue Pharma, L.P., et al. <br> Case No. 1:18-op-45992-DAP | * * * | |

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## NOTICE OF APPEARANCE

Please enter the appearance noted below in the above captioned matter on behalf of Shelby County, Tennessee:

**Counsel:**     **J. GERARD STRANCH, IV**
(TN Bar No. 23045)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Telephone: 615-254-8801
Facsimile: 615-250-3937
gerards@bsjfirm.com

**Respectfully Submitted,**

/s/ J. Gerard Stranch, IV
**J. GERARD STRANCH, IV**
(TN Bar No. 23045)
**BRANSTETTER, STRANCH & JENNINGS, PLLC**
223 Rosa L. Parks Avenue
Suite 200
Nashville, TN 37203
Telephone: 615-254-8801
Facsimile: 615-250-3937
gerards@bsjfirm.com

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

/s/ J. Gerard Stranch, IV
**J. GERARD STRANCH, IV**