Motion granted. It is so ordered.

*David A. Ruiz*    8/31/2018
David A. Ruiz      Date
United States Magistrate Judge

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 1:18-op-45749 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

### DEFENDANTS AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., AND McKESSON CORP.'S MOTION FOR LEAVE TO FILE MEMORANDUM IN SUPPORT OF MOTION TO DISMISS UNDER SEAL

Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributors") seek leave to file their Memorandum in Support of Distributors' Motion to Dismiss First Amended Complaint ("Memorandum") under seal. Distributors file this Motion and Proposed Order to ensure compliance with this Court's Case Management Order Number Two: Protective Order, ECF Doc. 441 (hereinafter "Protective Order").

Local Rule 5.2 states: "No document will be accepted for filing under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."

On May 15, 2018, the Court issued a Protective Order and stated:

> Only Confidential or Highly Confidential portions of relevant documents are subject to sealing. To the extent that a brief, memorandum, or pleading references any document designated as Confidential or Highly Confidential, then the brief, memorandum or pleading shall refer the Court to the particular exhibit filed under seal without disclosing the contents of any confidential information. If, however, the confidential information must be intertwined within the text of the document, a party may timely move the Court for