[744-3]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE MUSCOGEE (CREEK) NATION | ) | Case No. 1:18-op-45459 |
| | ) | |
| PLAINTIFF, | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| PURDUE PHARMA L.P.; et al., | ) | (MDL Case No. 17-md-2804) |
| | ) | |
| DEFENDANTS. | ) | |

PLEASE TAKE NOTICE that STEVEN W. SIMCOE of the BEST & SHARP law firm, One West Third Street, Suite 900, Tulsa, Oklahoma, 74103, hereby enters his appearance as counsel for the following Defendants:

- Reasor's LLC
- City Drug Co.
- City Drug of Coweta, Inc.
- Spoon Drugs, Inc.
- CareFirst Pharmacy, Inc.
- Ernie's Pharmacy & Wellness Center, Inc.
- Gaddy Discount Drug, Inc.
- M&D Star Drug, Inc.
- Med-Econ Drug, Inc.
- Pippenger Pharmacies LLC
- Freeland Brown Pharmacy, Inc.

Respectfully submitted,

s/ Steven W. Simcoe
Steven W. Simcoe, OBA #15349
**BEST & SHARP**
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
ssimcoe@bestsharp.com

{00492904} 1

Telephone: (918) 582-1234
Facsimile: (918) 585-9447
*Attorneys for Defendants, Reasor's LLC, City Drug Co., City Drug of Coweta, Inc., Spoon Drugs, Inc., CareFirst Pharmacy, Inc., Ernie's Pharmacy & Wellness Center, Inc., Gaddy Discount Drug, Inc., M&D Star Drug, Inc., Med-Econ Drug, Inc., Pippenger Pharmacies, LLC, Freeland Brown Pharmacy*

## CERTIFICATE OF SERVICE

I hereby certify that on the 30th day of August, 2018, the foregoing **Notice of Appearance** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

s/ Steven W. Simcoe
Steven W. Simcoe

{00492904}　　　　　　　　　　　　　　　2