# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | CASE NO. 17-md-2804 |
| | JUDGE DAN AARON POLSTER |

## **NOTICE OF APPEARANCE**

Please enter the appearance of Kaspar J. Stoffelmayr of Bartlit Beck Herman Palenchar & Scott LLP on behalf of Walgreen Arizona Drug Co. in the above-captioned action.

Dated:  August 31, 2018

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr

Kaspar J. Stoffelmayr
Illinois State Bar No. 6238172
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, Illinois 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlit-beck.com

*Attorney for Walgreen Arizona Drug Co.*

### CERTIFICATE OF SERVICE

I hereby certify that, this 31st day of August, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr

*Attorney for Walgreen Arizona Drug Co.*