## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*The Muscogee (Creek) Nation v. Purdue Pharma L.P.*, et al.,<br>Case No. 18-op-45459 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## CVS HEALTH CORPORATION'S MOTION TO DISMISS
## THE FIRST AMENDED COMPLAINT FOR
## LACK OF PERSONAL JURISDICTION

Defendant CVS Health Corporation, pursuant to the Court's Case Management Orders One and Six, moves to dismiss the First Amended Complaint filed in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2).  A memorandum in support of this motion is attached.

Date: August 31, 2018

Respectfully submitted,

/s/ *Eric R. Delinsky*
Eric R. Delinsky
Zuckerman Spaeder LLP
Suite 1000
1800 M Street, NW
Washington, DC 20036
202-778-1800
202-822-8106 (fax)
edelinsky@zuckerman.com

*Counsel for CVS Health Corporation*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on August 31, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Eric R. Delinsky*
Eric R. Delinsky