# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-MD-2804 |
| *Cabell County Commission v. AmerisourceBergen Drug Corporation, et al.*, Case No. 18-op-45053 | **Judge Dan Aaron Polster** |
| *County of Monroe, Michigan v. Purdue Pharma L.P., et al.*, Case No. 18-op-45158 | |
| *Broward County, Florida v. Purdue Pharma L.P., et al.*, Case No. 18-op-45332 | |

## DECLARATION OF MARK WEISZ

I, Mark Weisz, hereby declare:

1. I am Senior Vice President, Global Tax, for Walgreens Boots Alliance, Inc. ("WBA"). I make this declaration based on personal knowledge and my familiarity with the businesses, organization, and operations of WBA and affiliated companies.

2. WBA was incorporated in September 2014 and, on December 31, 2014, became the parent of Walgreen Co. pursuant to a merger and corporate reorganization into a holding company structure. WBA is incorporated under Delaware law and has its headquarters and principal place of business in Deerfield, Illinois.

3. WBA is a holding company that has no employees in Florida, Michigan, or West Virginia and conducts no business activities in Florida, Michigan, or West Virginia.

4. Walgreen Co. has been a subsidiary of WBA since December 31, 2014 and continues to operate retail drug stores with pharmacies across the country, as it did before the

1

merger. WBA does not operate any retail drug stores or pharmacies in Florida, Michigan, West Virginia, or elsewhere.

5. Walgreen Co. and indirect subsidiaries of WBA, including Walgreen Eastern Co. and Walgreen Arizona Drug Co., were formerly involved in the regulated distribution of prescription opioid medications to Walgreen Co.'s retail pharmacies. WBA has never distributed prescription opioid medications in Florida, Michigan, West Virginia, or elsewhere.

6. WBA is a legally distinct entity from its subsidiary Walgreen Co. and does not conduct business under the Walgreen Co. name.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on June __, 2018.

*Mark W.* [signature]