# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The Muscogee (Creek) Nation. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45459-DAP | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANTS AMERISOURCEBERGEN CORP., AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., CARDINAL HEALTH 110, LLC, AND McKESSON CORP.'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6))

Pursuant to Case Management Orders One [Dkt. 232] and Six [Dkt. 770], and this Court's order of July 26, 2018 [Dkt. 791], defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cardinal Health 110, LLC, and McKesson Corporation (collectively, "Distributors") move to dismiss the First Amended Complaint in the above-referenced action with prejudice on the basis that it fails to state a claim upon which relief can be granted, for the reasons given in the accompanying memorandum of law, which is incorporated here.

Pursuant to Case Management Order One Section 2.g, Distributors raise "only those issues they believe are most critical," and pursuant to Section 2.j, Distributors do not waive and hereby preserve any defenses not addressed in the motion and reserve their right "to file an individual motion to dismiss" at the appropriate time.

Dated: August 31, 2018          Respectfully submitted,

| | |
|---|---|
| */s/ Robert A. Nicholas* | */s/ Enu Mainigi* |
| Robert A. Nicholas | Enu Mainigi |
| Shannon E. McClure | F. Lane Heard III |
| **REED SMITH LLP** | Steven M. Pyser |
| Three Logan Square | Ashley W. Hardin |
| 1717 Arch Street, Suite 3100 | **WILLIAMS & CONNOLLY LLP** |
| Philadelphia, PA 19103 | 725 Twelfth Street, NW |
| Tel: (215) 851-8100 | Washington, DC 20005 |
| Fax: (215) 851-1420 | Tel: (202) 434-5000 |
| rnicholas@reedsmith.com | Fax: (202) 434-5029 |
| smcclure@reedsmith.com | EMainigi@wc.com |
| | lheard@wc.com |
| *Counsel for AmerisourceBergen Corporation*[1] | spyser@wc.com |
| *and AmerisourceBergen Drug Corporation* | ahardin@wc.com |
| | |
| */s/ Geoffrey Hobart* | *Counsel for Cardinal Health, Inc. and* |
| Geoffrey Hobart | *Cardinal Health 110, LLC* |
| Mark Lynch | |
| Christian Pistilli | |
| **COVINGTON & BURLING LLP** | |
| One CityCenter | |
| 850 Tenth Street NW | |
| Washington, DC 20001 | |
| Tel: (202) 662-5281 | |
| ghobart@cov.com | |
| mlynch@cov.com | |
| cpistilli@cov.com | |

*Counsel for McKesson Corporation*

---

[1] By filing this Motion, AmerisourceBergen Corporation does not concede that it is a proper party to this action.

## CERTIFICATE OF SERVICE

I, Ashley W. Hardin, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Ashley W. Hardin
Ashley W. Hardin