**IN THE UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | MDL No.  2804 |
| OPIATE LITIGATION | ) | |
| | ) | Case No. 17-md-02804 |
| | ) | |
| | ) | Judge Dan Aaron Polster |

**NOTICE OF WITHDRAWAL OF MOTIONS TO REMAND**

The Red Cliff Band of Lake Superior Chippewa Indians, Robinson Rancheria, Hopland Band of Pomo Indians, Scotts Valley Band of Pomo Indians, Round Valley Indian Tribes, Redwood Valley Band of Pomo Indians of the Redwood Valley Rancheria, Guidiville Rancheria of California, Coyote Valley Band of Pomo Indians, Big Valley Band of Pomo Indians of the Big Valley Rancheria, and the Big Sandy Rancheria Western Mono Indians (collectively "Tribes") hereby withdraw their Motions to Remand.  Said withdrawals are to be without prejudice, and the Tribes reserve their right to file renewed Motions to Remand in the future. In support of this Notice, the Tribes state the following:

1. The Tribes, individually, filed Motions to Remand in the following cases: *Red Cliff Band of Lake Superior Chippewa Indians v. McKesson Corporation, et al.*, United States District Court for the Western District of Wisconsin, Case No. 3:18-cv-00380; *Robinson Rancheria v. McKesson Corporation*, *et al.*, United States District Court for the Northern District of California, Case No. 18-cv-02525-VC; *Hopland Band of Pomo Indians v. McKesson Corporation, et al.*, United States District Court for the Northern District of California, Case No. 18-cv-02528-VC; *Scotts Valley Band of Pomo Indians v. McKesson Corporation, et al.*, United States District Court for the Northern District of California, Case No. 18-cv-02529-VC; *Round Valley Indian Tribes, et al. v. McKesson Corporation, et al.*, United States District Court for the Northern District of

California, Case No. 18-cv-02530-VC; *Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria v. McKesson Corporation, et al.*, United States District Court for the Northern District of California, Case No. 18-cv-02531; *Guidiville Rancheria of California v. McKesson Corporation, et al.*, United States District Court for the Northern District of California, Case No. 18-cv-02532; *Coyote Valley Band of Pomo Indians v. McKesson Corporation, et al.*, United States District Court for the Northern District of California, Case No. 18-cv-02533; *Big Valley Band of Pomo Indians of the Big Valley Rancheria v. McKesson Corporation, et al.*, United States District Court for the Northern District of California, Case No. 18-cv-02536; and *Big Sandy Rancheria of Western Mono Indians v. McKesson Corporation, et al.*, United States District Court for the Northern District of California, Case No. 19-cv-02537.

2. Before the Motions to Remand were decided, the Judicial Panel on Multidistrict Litigation ("JPML") issued Orders transferring all but one of these Tribes' lawsuits to this Court for the purposes of pretrial consolidation and coordination in MDL No. 2804.[1]

3. The Tribes hereby withdraw their Motions to Remand, without prejudice, and reserve their rights to refile said motions at an appropriate time in the future.

RESPECTFULLY SUBMITTED:

*/s/ T. Roe Frazer II*
T. Roe Frazer II
FRAZER PLC
1 Burton Hills Blvd., Suite 215
Nashville, TN 37215
(615) 647-6464
Fax: (866) 314-2466
roe@frazer.law

---

[1] The JPML hearing on the Red Cliff Band of Lake Superior Chippewa Indians' Conditional Transfer Objection and Motion to Vacate is set for Sept. 27, 2018.

*/s/ J. Nixon Daniel, III*
J. Nixon Daniel, III
BEGGS & LANE, RLLP
501 Commendencia Street
Pensacola, FL 32502
(850) 432-2451
jnd@beggslane.com

*/s/ Frederick T. Kuykendall, III*
Frederick T. Kuykendall, III
THE KUYKENDALL GROUP, LLC
Post Office Box 2129
Fairhope, AL 36533
(205) 434-2866
ftk@thekuykendallgroup.com

**CERTIFICATE OF SERVICE**

3

4

I, T. Roe Frazer II, certify that on August 31, 2018, the foregoing document was served via the Court's ECF system to all counsel of Record.

*/s/ T. Roe Frazer II*
T. Roe Frazer II
