## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804** |
| This document relates to: | **Case No. 17-MD-2804** |
| *The Muscogee (Creek) Nation v. Purdue Pharma L.P., et al.*, Case No. 18-op-45459 | **Judge Dan Aaron Polster** |

**MOTION TO DISMISS FIRST AMENDED COMPLAINT BY DEFENDANTS CAREFIRST PHARMACY, CITY DRUG, CITYPLEX PHARMACY, COUCH PHARMACY, CVS, ECONOMY PHARMACY, ERNIE'S PHARMACY, FREELAND BROWN PHARMACY, GADDY DISCOUNT DRUG, M&D STAR DRUG, MED-ECON DRUG, OMNICARE, PIPPENGER PHARMACIES, REASOR'S, ROGERS DRUG CO., SPOON DRUGS, WALGREENS, AND WALMART**

Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), Defendants CareFirst Pharmacy, Inc.; City Drug Co. and City Drug of Coweta, Inc.; Cityplex Pharmacy; CVS Health Corporation, CVS Pharmacy, Inc., and Oklahoma CVS Pharmacy, LLC; Economy Pharmacy, Inc.; Ernie's Pharmacy & Wellness Center, Inc.; Freeland Brown Pharmacy, Inc.; Gaddy Discount Drug, Inc.; M&D Star Drug, Inc.; Med-Econ Drug, Inc.; NRF, Inc. d/b/a Couch Pharmacy; Omnicare Distribution Center LLC; Pippenger Pharmacies, LLC; Reasor's LLC; Rogers Drug Co., Inc.; Spoon Drugs, Inc.; Walgreens Boots Alliance, Inc. and Walgreen Co.; and Walmart Inc. move to dismiss the Muscogee (Creek) Nation's First Amended Complaint with prejudice for the reasons set forth in the accompanying Memorandum.

Dated:  August 31, 2018

Respectfully submitted,

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
BARTLIT BECK HERMAN
  PALENCHAR & SCOTT LLP
54 West Hubbard Street, Ste. 300
Chicago, Illinois 60654
(312) 494-4400
kaspar.stoffelmayr@bartlit-beck.com

*Counsel for Walgreens Boots Alliance, Inc.
and Walgreen Co.*

/s/ Eric Delinksy (consent)
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER
1800 M Street, NW, Suite 1000
Washington, DC  20036
(202) 778-1845
edelinsky@zuckerman.com
smiller@zuckerman.com

*Counsel for CVS Health Corporation, CVS
Pharmacy Inc., Oklahoma CVS Pharmacy,
LLC, and Omnicare Distribution Center LLC*

/s/ Tina M. Tabacchi (consent)
Tina M. Tabachi
Tara A. Fumerton
JONES DAY
77 West Wacker, Ste. 3500
Chicago, Illinois 60601
(312) 782-8585
tfumerton@jonesday.com
tmtabacchi@jonesday.com

*Counsel for Walmart Inc.*

/s/ Ralph Streza (consent)
Ralph Streza
CRITCHFIELD, CRITCHFIELD &
  JOHNSTON - MEDINA
54996 Foote Road
Medina, Ohio 44256
(330) 723-6404
streza@ccj.com

*Counsel for Cityplex Pharmacy*


/s/ Gregory O'Brien (consent)
Gregory O'Brien
CAVITCH FAMILO & DURKIN
1300 East Ninth Street, 20th Floor
Cleveland, Ohio 44114
(216) 621-7860
gobrien@cavitch.com

*Counsel for Rogers Drug Co., Inc.*


/s/ C. Richard McDonald (consent)
C. Richard McDonald (0017537)
Brian Lange (0080627)
BONEZZI SWITZER POLITO
  & HUPP CO. L.P.A.
1300 East Ninth Street, Suite 1950
Cleveland, Ohio 44114
(216) 875-2767
rmcdonald@bsphlaw.com
blange@bsphlaw.com

*Counsel for Economy Pharmacy, Inc.*

/s/ Sean H. McKee (consent)
Sean H. McKee, OBA #14277
Matthew B. Free, OBA #18055
Benjamin D. Reed, OBA #22696
Steven W. Simcoe, OBA #15349
BEST & SHARP
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, Oklahoma  74103
(216) 875-2767
smckee@bestsharp.com
mfree@bestsharp.com
breed@bestsharp.com
ssimcoe@bestsharp.com

*Counsel for Reasor's LLC, City Drug Co.,
City Drug of Coweta, Inc., Spoon Drugs, Inc.,
CareFirst Pharmacy, Inc., Ernie's Pharmacy
& Wellness Center, Inc., Gaddy Discount
Drug, Inc., M&D Star Drug, Inc., Med-Econ
Drug, Inc., Pippenger Pharmacies, LLC,
Freeland Brown Pharmacy, Inc.*


/s/ Brian D. Kerns (consent)
Brian D. Kerns (0037015)
William A. Peseski (0095235)
BONEZZI SWITZER POLITO
  & HUPP CO. L.P.A.
46 Public Square, Suite 230
Medina, Ohio 44256
(330) 952-0440
bkerns@bsphlaw.com
wpeseski@bsphlaw.com

Edward D. Papp (0068574)
BONEZZI SWITZER POLITO
  & HUPP CO. L.P.A.
1300 East Ninth Street, Suite 1950
Cleveland, Ohio 44114
(216) 875-2767
epapp@bsphlaw.com

*Counsel for NRF, Inc. d/b/a
Couch Pharmacy*

## **<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that, this 31st day of August, 2018, I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which sent notification of such filing to all counsel of record.

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr

*Counsel for Walgreens Boots Alliance, Inc. and Walgreen Co.*