# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The Muscogee (Creek) Nation v. Purdue Pharma L.P., et al.,*<br>Case No. 1:18-op-45459-DAP | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING THE GENERIC MANUFACTURERS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Before the Court is the Generic Manufacturers' Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"). Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED** that the Generic Manufacturers' Motion is **GRANTED** in its entirety and the Complaint is **DISMISSED WITH PREJUDICE** with respect to the Generic Manufacturers.[1] The Clerk shall enter judgment in the Generic Manufacturers' favor.

IT IS SO ORDERED.

Dated this __ day of _____, 2018        _____

                                                                             Honorable Dan Aaron Polster
                                                                             United States District Court Judge

---

[1] Generic Manufacturers include KVK-Tech, Inc., Amneal Pharmaceuticals, Inc., Watson Laboratories, Inc., Actavis Pharma, Inc., Actavis LLC, Teva Pharmaceuticals, USA, Inc., and Allergan Finance, LLC.