# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 18-op-45749 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### [PROPOSED] ORDER GRANTING THE GENERIC MANUFACTURERS' MOTION TO DISMISS PLAINTIFF'S FIRST AMENDED COMPLAINT

Before the Court is the Generic Manufacturers' Motion to Dismiss Plaintiff's First Amended Complaint (the "Motion"). Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED** that the Generic Manufacturers' Motion is **GRANTED** in its entirety and the Complaint is **DISMISSED WITH PREJUDICE** with respect to the Generic Manufacturers.[1] The Clerk shall enter judgment in the Generic Manufacturers' favor.

IT IS SO ORDERED.

Dated this __ day of _____, 2018

_____

Honorable Dan Aaron Polster
United States District Court Judge

---

[1] Generic Manufacturers include Watson Laboratories, Inc., Actavis Pharma, Inc., Actavis LLC, Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. It also includes Mallinckrodt LLC, SpecGx LLC, and Teva Pharmaceuticals USA, Inc. to the extent Plaintiff's claims rest on allegations regarding their generic products.