# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The Muscogee (Creek) Nation v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45459<br><br>*The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 18-op-45749 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS THE TRIBES' FIRST AMENDED COMPLAINTS

Before the Court is the Manufacturer Defendants' Joint Motion to Dismiss the Tribes' First Amended Complaints. Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED** that the Manufacturer Defendants' Motion is **GRANTED** in its entirety and the First Amended Complaints of the Muscogee (Creek) Nation and the Blackfeet Tribe of the Blackfeet Nation are **DISMISSED WITH PREJUDICE** with respect to the Manufacturer Defendants. The Clerk shall enter judgment in the Manufacturer Defendants' favor.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2018          _____

Honorable Dan Aron Polster
United States District Judge

## CERTIFICATE OF SERVICE

I hereby certify that on August 31, 2018, a copy of the foregoing **[Proposed] Order Granting Manufacturer Defendants' Joint Motion to Dismiss the Tribes' First Amended Complaints** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: August 31, 2018

By: */s/ Jonathan L. Stern*
Jonathan L. Stern
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Tel: (202) 942-5000
jonathan.stern@arnoldporter.com

*Attorneys for Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*