# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 1:18-op-45749 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANTS AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., AND McKESSON CORP.'S MOTION TO DISMISS (FED. R. CIV. P. 12(b)(6))

Pursuant to Case Management Orders One (Dkt. 232) and Six (Dkt. 770), Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributors") move to dismiss the First Amended Complaint in the above-referenced action with prejudice on the basis that it fails to state a claim upon which relief can be granted, for the reasons given in the memorandum filed on August 31, 2018 (sealed version at Dkt. 923 and public version at Dkt. 924), which is incorporated herein by reference.

Pursuant to Case Management Order One Sections 2.g and 2.j, Distributors raise "only those issues they believe are most critical" and do not waive and hereby preserve any defenses not addressed in the motion and accompanying memorandum of law and reserve their rights "to file an individual motion to dismiss" at the appropriate time.

Dated:  September 4, 2018                    Respectfully  submitted,


/s/ Robert A. Nicholas                       /s/ Enu Mainigi
Robert A. Nicholas                           Enu Mainigi
Shannon E. McClure                           F. Lane Heard III
**REED SMITH LLP**                           Steven M. Pyser
Three Logan Square                           Ashley W. Hardin
1717 Arch Street, Suite  3100                **WILLIAMS & CONNOLLY LLP**
Philadelphia,  PA 19103                      725 Twelfth Street, NW
Tel: (215) 851-8100                          Washington,  DC 20005
Fax: (215) 851-1420                          Tel: (202) 434-5000
rnicholas@reedsmith.com                      Fax: (202) 434-5029
smcclure@reedsmith.com                       EMainigi@wc.com
                                             lheard@wc.com
*Counsel for AmerisourceBergen Corporation*   spyser@wc.com
*and AmerisourceBergen Drug Corporation*      ahardin@wc.com


/s/ Geoffrey Hobart                          *Counsel for Cardinal Health, Inc.*
Geoffrey Hobart
Mark Lynch
Christian  J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street N.W.
Washington,  DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com


*Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart