UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| **In Re: National Prescription Opiate Litigation** | ) ) ) | MDL No. 2804 |
| _____ | ) ) | Case No.  1:17-md-2804-DAP |
| **This document relates to:** **All Cases** | ) ) ) | Corporate Disclosure Statement |

Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: **Defendant, SpecGx LLC**                                                                              .

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   __X__  Yes          _____  No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

   **Mallinckrodt plc, a publicly held Irish corporation, owns (indirectly) more than 10% of the stock of SpecGx LLC**

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes    __X__ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

| | |
|---|---|
| /s/ Brien T. O'Connor | 9/04/2018 |
| (Signature of Counsel) | (Date) |

## CERTIFICATE OF SERVICE

I hereby certify that on the 4th of September 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

/s/ *Brien T. O'Connor*

Brien T. O'Connor
ROPES & GRAY, LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199
617-951-7000
Brien.O'Connor@ropesgray.com

Attorney for Defendants
MALLINCKRODT LLC and
SPECGX LLC