# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) | MDL No. 2804 |
| | | Case No. 1:17-md-2804 |
| | | Hon. Dan Aaron Polster |
| THIS DOCUMENT RELATES TO: *The Muscogee (Creek) Nation v. Purdue Pharma L.P., et al., Case No. 18-op-45959* | | NOTICE OF APPEARANCE |

PLEASE TAKE NOTICE that Thomas E. Rice of the law firm of Baker Sterchi Cowden & Rice, L.L.C., 2400 Pershing Road, Suite 500, Kansas City, Missouri 64108, hereby enters his appearance as counsel for Defendant KVK-Tech, Inc.

Respectfully submitted,

/s/ Thomas E. Rice
Thomas E. Rice     MO Bar # 29946
BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Telephone:    (816) 471-2121
Facsimile:    (816) 472-0288
rice@bscr-law.com
**ATTORNEYS FOR DEFENDANT
KVK-TECH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of September, 2018, the foregoing NOTICE OF APPEARANCE was filed electronically with the Clerk of the Court by using the CM/ECF system, which will send notification of the same to all counsel of record.

/s/ Thomas E. Rice