# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISON

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | 1:17-md-02804-DAP |
| | MDL No. 2804 |
| This document relates to: | |
| | Judge Dan Aaron Polster |
| YUROK TRIBE, | |
| Plaintiff, | Civil Action No.: 1:18-op-45311-DAP |
| vs. | |
| PURDUE PHARMA L.P., et al., | |
| Defendants. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Dan Drachler of Zwerling, Schachter & Zwerling, LLP hereby appears on behalf of Plaintiff, the Yurok Tribe.

Dated: September 6, 2018

*/s/ Dan Drachler*
Dan Drachler, WA Bar No. 27728
Zwerling, Schachter & Zwerling, LLP
1904 Third Avenue
Suite 1030
Seattle, WA 98101
Tel.: (206) 233-2053
Fax: (206) 343-9636
Email:  ddrachler@zsz.com

## **CERTIFICATE OF SERVICE**

  I hereby certify that on September 6, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system which will send a notice of electronic filing to all parties.

Dated: September 6, 2018        */s/ Dan Drachler*
                  Dan Drachler