UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

_____

This document applies to:

THE MUSCOGEE (CREEK) NATION

　　　　　　　Plaintiff,

　　　v.

PURDUE PHARMA L.P., *et al.*

　　　　　　　Defendants.

Case No.: 18-op-45459

CASE NO. 1:17-md-2804

JUDGE DAN A. POLSTER

NOTICE OF APPEARANCE

The attorney listed below of the law firm Gilbert LLP enters his appearance in the above-captioned case as counsel of record for Plaintiff, The Muscogee (Creek) Nation. The attorney below respectfully requests his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorney through the Court ECF filing system, as registered, or, if necessary, at the addresses noted below.

David H. Remes, Esq.
DC Bar No. 370782
Gilbert, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202)772-2337
Facsimile:  (202)772-3333
Email: remesd@gotofirm.com

2

Dated: September 7, 2018                              Respectfully submitted,

_s/ David H. Remes_
David H. Remes, Esq.
DC Bar No. 370782
Gilbert, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202)772-2337
Facsimile:  (202)772-3333
Email: remesd@gotofirm.com

2

## **CERTIFICATE OF SERVICE**

I hereby certify that on September 7, 2018 I electronically filed the foregoing Notice of

Appearance for the attorney set forth above with the Clerk of this Court by using the CM/ECF

system, which will send notice of electronic filing to all counsel of record.


*s/ David H. Remes*_____
David H. Remes, Esq.