# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION _____ This document applies to: THE MUSCOGEE (CREEK) NATION <br>                 Plaintiff, <br>    v. <br> PURDUE PHARMA L.P., *et al.* <br>                 Defendants. <br> Case No.: 18-op-45459 | CASE NO. 1:17-md-2804 <br><br> JUDGE DAN A. POLSTER |

## **NOTICE OF APPEARANCE**

The attorney listed below of the law firm Gilbert LLP enters his appearance in the above-captioned case as counsel of record for Plaintiff, The Muscogee (Creek) Nation. The attorney below respectfully requests his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorney through the Court ECF filing system, as registered, or, if necessary, at the addresses noted below.

Michael B. Rush, Esq.
DC Bar No. 1046258
Gilbert, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2405
Facsimile:  (202)772-3333
Email:  rushm@gotofirm.com

Dated: September 7, 2018                 Respectfully submitted,

                                             *s/ Michael B. Rush*
                                             Michael B. Rush, Esq.
                                             DC Bar 1046258
                                             Gilbert, LLP
                                             1100 New York Avenue, NW, Suite 700
                                             Washington, DC 20005
                                             Telephone:  (202) 772-2405
                                             Facsimile:  (202)772-3333
                                             Email:  rushm@gotofirm.com

## **CERTIFICATE OF SERVICE**

     I hereby certify that on September 7, 2018 I electronically filed the foregoing Notice of Appearance for the attorney set forth above with the Clerk of this Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                          *s/ Michael B. Rush* _____
                                          Michael B. Rush, Esq.