## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br>_____ | |
| This document applies to: | CASE NO. 1:17-md-2804 |
| THE MUSCOGEE (CREEK) NATION | |
| Plaintiff, | JUDGE DAN A. POLSTER |
| v. | |
| PURDUE PHARMA L.P., *et al.* | |
| Defendants. | |
| Case No.: 18-op-45459 | |

## <u>NOTICE OF APPEARANCE</u>

The attorney listed below of the law firm Gilbert LLP enters his appearance in the above-captioned case as counsel of record for Plaintiff, The Muscogee (Creek) Nation. The attorney below respectfully requests his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorney through the Court ECF filing system, as registered, or, if necessary, at the addresses noted below.

Peter P. Meringolo, Esq.
DC Bar No. 479109
Gilbert, LLP
655 Montgomery Street, 7th Floor
San Francisco, CA 94111
Telephone:  (202) 772-4014
Facsimile:  (202)772-3333
Email:  meringolop@gotofirm.com

Dated: September 7, 2018                     Respectfully submitted,

                                             *s/ Peter P. Meringolo*
                                             Peter P. Meringolo, Esq.
                                             DC Bar No. 479109
                                             Gilbert, LLP
                                             655 Montgomery Street, 7th Floor
                                             San Francisco, CA 94111
                                             Telephone:  (202) 772-4014
                                             Facsimile:  (202)772-3333
                                             Email:  meringolop@gotofirm.com

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on September 7, 2018 I electronically filed the foregoing Notice of Appearance for the attorney set forth above with the Clerk of this Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*s/ Peter P. Meringolo* _____
Peter P. Meringolo, Esq.