UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION _____ This document applies to: THE MUSCOGEE (CREEK) NATION                Plaintiff,    v. PURDUE PHARMA L.P., *et al.*               Defendants. Case No.: 18-op-45459 | CASE NO. 1:17-md-2804 JUDGE DAN A. POLSTER |

## NOTICE OF APPEARANCE

The attorney listed below of the law firm Gilbert LLP enters his appearance in the above-captioned case as counsel of record for Plaintiff, The Muscogee (Creek) Nation. The attorney below respectfully requests his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorney through the Court ECF filing system, as registered, or, if necessary, at the addresses noted below.

Richard D. Shore, Esq.
DC Bar No. 420736
Gilbert, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone:  (202) 772-2317
Facsimile:  (202)772-3333
Email:  shorer@gotofirm.com

1

2

Dated: September 7, 2018                                       Respectfully submitted,

                                                                      *s/ Richard D. Shore*
                                                                       Richard D. Shore, Esq.
                                                                       DC Bar 420736
                                                                       Gilbert, LLP
                                                                       1100 New York Avenue, NW, Suite 700
                                                                       Washington, DC 20005
                                                                       Telephone:  (202) 772-2317
                                                                       Facsimile:  (202)772-3333
                                                                       Email:  shorer@gotofirm.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on September 7, 2018 I electronically filed the foregoing Notice of Appearance for the attorney set forth above with the Clerk of this Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                        *s/ Richard D. Shore* _____
                                        Richard D. Shore, Esq.