# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there, on *(date)*
_____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:




My fees are $_____ for travel and $_____ for services, for a total of $  0.00  .

I declare under penalty of perjury that this information is true.

Date: _____                    _____
                                                                                    *Server's signature*

                                                                                    _____
                                                                                    *Printed name and title*

                                                                                    _____
                                                                                    *Server's address*

Additional information regarding attempted service, etc.:    SEE ATTACHED AFFIDAVIT

UNITED STATES DISTRICT COURT/NORTHERN DISTRICT OF OHIO        Attorney: CADY REPORTING SERVICES INC.

---

NATIONAL PRESCRIPTION OPIATE LITIGATION

Plaintiff(s)

- against -

Index # 1:17-MD-02804-DAP

ALLERGAN FINANCE, LLC F/K/A ACTAVIS, INC. F/K/A WATSON PHARMACEUTICALS

Purchased August 15, 2018
File # 91.75 (CK)

Defendant(s)

- against -

**AFFIDAVIT OF SERVICE**

PFIZER INC., ETAL

3rd Party Defendant(s)

---

STATE OF NEW YORK: COUNTY OF NEW YORK ss:

CHRISTOPHER J. KLEIN BEING DULY SWORN DEPOSES AND SAYS DEPONENT IS NOT A PARTY TO THIS ACTION, OVER THE AGE OF EIGHTEEN YEARS AND RESIDES IN THE STATE OF NEW YORK.

That on August 29, 2018 at 03:05 PM at

C/O CT CORPORATION SYSTEM
111 EIGHTH AVENUE, 13TH FL
NEW YORK, NY10011

deponent served the within SUMMONS ON A THIRD-PARTY COMPLAINT on PFIZER INC. therein named,

CORPORATION   a DOMESTIC corporation by delivering thereat a true copy of each to SATTIE JAIRAM, LEGAL CLERK personally, deponent knew said corporation so served to be the corporation described in said SUMMONS ON A THIRD-PARTY COMPLAINT as said Defendant and knew said individual to be AUTHORIZED to accept thereof.

Deponent further states that he describes the person actually served as follows:

| Sex | Skin Color | Hair Color | Age (Approx.) | Height (Approx.) | Weight (Approx) |
|---|---|---|---|---|---|
| FEMALE | TAN | BLACK | 40 | 5'4 | 140 |

BY SERVING SAME ON IT'S AUTHORIZED AGENT

Sworn to me on: August 30, 2018

JOSEPH KNIGHT
Notary Public, State of New York
No. 01KN6178241
Qualified In New York County
Commission Expires November 26, 2019

RALPH J MULLEN
Notary Public, State of New York
No. 01MU6238632
Qualified in New York County
Commission Expires April 11, 2019

VINETTA BREWER
Notary Public, State of New York
No. 4949206
Qualified in Bronx County
Commission Expires April 3, 2019

CHRISTOPHER J. KLEIN
License #: 1188546
Invoice #: 701865

UNITED PROCESS SERVICE, INC., 3RD FLOOR, 315 BROADWAY, NEW YORK, NY 10007 - (212) 619-0728  NYCDCA#1102045