## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____ was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____; or

☐ I returned the summons unexecuted because _____; or

☐ Other *(specify)*:




My fees are $_____ for travel and $_____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc.:   SEE ATTACHED AFFIDAVIT

# Affidavit of Process Server

UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO

| ALLERGAN FINANCE, LLC | VS | PFIZER INC. et al | MDL No. 2804<br>Case No. 17-md-2804 |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

DENORRIS BRITT being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service. RECEIVED 8/27/18

**Service:** I served KING PHARMACEUTICALS, INC. n/k/a KING PHARMACEUTICALS, LLC
NAME OF PERSON / ENTITY BEING SERVED

with (list documents) SUMMONS ON THIRD PARTY COMPLAINT, THIRD PARTY COMPLAINT WITH EXHIBIT A

by leaving with AMY MCLAREN (authorized person at the registered agent) At
NAME    RELATIONSHIP

☐ Residence _____
ADDRESS        CITY / STATE

☒ Business C/O THE CORPORATION TRUST CO. 1209 ORANGE STREET WILMINGTON, DE 19801
ADDRESS        CITY / STATE

On 8/27/18 AT 1:10 PM
DATE    TIME

Thereafter copies of the documents were mailed by prepaid, first class mail on _____
DATE

from _____
CITY    STATE    ZIP

**Manner of Service:**
☒ CORPORATE SERVICE
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

☐ **Non-Service:** After due search, careful inquiry and diligent attempts at the address (es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address  ☐ Moved, Left no Forwarding  ☐ Service Cancelled by Litigant  ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist  ☐ Other _____

**Service Attempts:** Service was attempted on: (1) _____ (2) _____
DATE  TIME          DATE  TIME

(3) _____ (4) _____ (5) _____
DATE  TIME          DATE  TIME          DATE  TIME

AGE 35  Sex F  Race W  Height 5'5  Weight 130  HAIR BROWN

_____
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this 27TH day of August, 2018.

_____
SIGNATURE OF NOTARY PUBLIC

KEVIN DUNN
NOTARY PUBLIC
STATE OF DELAWARE
My Commission Expires September 14, 2020

NOTARY PUBLIC for the state of DELAWARE

NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS