# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) CASE NO. 1:17-MD-2804 <br> ) <br> ) JUDGE DAN A. POLSTER <br> ) <br> ) MAGISTRATE JUDGE DAVID A. RUIZ <br> ) <br> ) NOTICE OF APPEAL FROM OPINION <br> ) AND ORDER DENYING ACCESS TO <br> ) ARCOS DATA <br> ) <br> ) FILED ON BEHALF OF THE <br> ) WASHINGTON POST <br> ) |

Notice is hereby given that Intervenor, The WP Company, LLC, d/b/a The Washington Post ("the Post"), hereby appeals to the United States Court of Appeals for the Sixth Circuit from the Opinion and Order denying access to the ARCOS Data, which was entered in this action on July 26, 2018, a copy of which is attached hereto as Exhibit A. This Notice of Appeal is being filed pursuant to Fed. R. App. P. 4(a)(3), within 14 days of the Notice of Appeal filed by HD Media, LLC, which was filed on August 26, 2018.

        Respectfully submitted,

        THE LEFTON GROUP, LLC

        */s/ Karen C. Lefton*
        KAREN C. LEFTON (0024522)
        TIMOTHY D. SMITH (0007636)
        3480 W. Market Street, Suite 304
        Akron, Ohio  44333
        330-864-2003 - office
        330-606-8299 - cell
        Karen@theleftongroup.com
        tdsmith@kent.edu

        *Attorneys for The W.P. Company, LLC*

## CERTIFICATE OF SERVICE

 I certify that on September 7, 2018, a copy of the foregoing Notice of Appeal was electronically filed and served on all counsel of record for this case through the Court's electronic filing system.

        */s/ Karen C. Lefton*
        KAREN C. LEFTON (0024522)
        Attorney for The W.P. Company, LLC