**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The Muscogee (Creek) Nation v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45459 | MDL No. 2804<br><br>Hon. Dan Aaron Polster<br><br>Corporate Disclosure Statement in a Civil Case |

      Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2: Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

      In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of: **Cardinal Health 110, LLC**

1. Is said party a parent, subsidiary or other affiliate of a publicly owned corporation? __**X**__ Yes ____ No.

    If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

    Cardinal Health 110, LLC is a wholly-owned subsidiary of Cardinal Health, Inc. Cardinal Health, Inc. has no parent corporation. Cardinal Health, Inc. is a publicly traded company and there is no publicly held company owning 10% or more of its stock.

2. Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? _____ Yes __**X**__ No.

    If the answer is Yes, list the identity of such corporation and the nature of the financial interest: **N/A**

Dated:  September 13, 2018

Respectfully submitted,

*/s/ Steven M. Pyser*
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Cardinal Health 110, LLC*

## CERTIFICATE OF SERVICE

    I, Steven M. Pyser, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

Dated: September 13, 2018

                                               */s/ Steven M. Pyser*
                                               Steven M. Pyser
                                               **WILLIAMS & CONNOLLY LLP**
                                               725 Twelfth Street, NW
                                               Washington, DC 20005
                                               Tel: (202) 434-5000
                                               Fax: (202) 434-5029
                                               spyser@wc.com

                                               *Counsel for Cardinal Health 110, LLC*