**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>**All cases**<br><br><br>ALLERGAN FINANCE, LLC,<br><br>                    Third-Party Plaintiff,<br><br>      v.<br><br>PFIZER INC. and KING PHARMACEUTICALS, INC. n/k/a KING PHARMACEUTICALS LLC,<br><br>                    Third-Party Defendants. | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please take notice that Anthony C. White of Thompson Hine LLP, 41 South High Street, Suite 1700, Columbus, Ohio 43215, enters his appearance as counsel for Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.

Respectfully submitted,

*/s/ Anthony C. White*
Anthony C. White (#0062146)
THOMPSON HINE LLP
41 South High Street, Suite 1700
Columbus, Ohio 43215
Telephone:  614-469-3200
Facsimile:  614-469-3361
Anthony.White@ThompsonHine.com
*Attorney for Defendant Allergan Finance, LLC f/k/a*
*Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on this 13th day of September 2018, a copy of the foregoing was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

*/s/ Anthony C. White*
*One of the Attorneys for Defendant*
*Allergan Finance LLC f/k/a Actavis, Inc.*
*f/k/a Watson Pharmaceuticals, Inc.*