# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| THE MUSCOGEE (CREEK) NATION, | CASE NO. 1:18-OP-45459 |
| Plaintiff, | JUDGE DAN AARON POLSTER |
| vs. | |
| PURDUE PHARMA L.P., et al., | (MDL No. 2804) |
| Defendants. | |

## MOTION TO DISMISS PURSUANT TO FED. R. CIV. P. 12(b)(6)

Defendant Pharmacy Buying Association is named as a Distributor Defendant in Plaintiff's First Amended Complaint, and joins and incorporates by reference in the Motion to Dismiss (Doc. 49) and Memorandum in Support (Doc. 49-1) filed by Distributor Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cardinal Health 110, LLC, and McKesson Corp.

Dated: August 31, 2018

Respectfully submitted,

LATHROP GAGE LLP

By:  /s/ Brian C. Fries
    Brian C. Fries (MO # 40830)
    Taryn A. Nash (MO # 70271)
    2345 Grand Boulevard, Suite 2200
    Kansas City, Missouri 64108-2618
    Telephone: 816.292.2000
    Telecopier: 816.292.2001
    bfries@lathropgage.com
    tnash@lathropgage.com

    ATTORNEYS FOR DEFENDANT
    PHARMACY BUYING ASSOCIATION

## CERTIFICATE OF SERVICE

I hereby certify that on this 31st day of August, 2018, a copy of the foregoing Motion to Dismiss Pursuant to Fed. R. Civ. P. 12(b)(6) was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

*/s/ Brian C. Fries*
Brian C. Fries (MO # 40830)
An Attorney for Defendant Pharmacy
Buying Association