# EXHIBIT 1

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL 2804 |
| **This document relates to:** ) ) | Case No. 1:17-md-2804-DAP |
| *County of Webb v. Purdue Pharma, L.P. et al.* ) Case No. 1:18-op-45175-DAP (N.D. Ohio) ) ) | Judge Dan Aaron Polster |
| *Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, et al. v. Purdue Pharma L.P., et al.* ) ) ) ) Case No. 1:18-op-45446-DAP (N.D. Ohio) ) | |

## [PROPOSED] ORDER GRANTING MOTION FOR LEAVE TO FILE JOINT MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Plaintiffs, the County of Webb, Texas, Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, and Employer-Teamsters Local Nos. 175 & 505 Retiree Fund, through their attorneys, seek leave to file a proposed Joint Motion for Preliminary Injunctive Relief.

For the reasons set forth in the Joint Motion and its supporting documents, and for good cause shown, the Joint Motion for Leave to File Motion for Preliminary Injunctive Relief is hereby **GRANTED**.

**IT IS SO ORDERED** this _____ day of September, 2018.

_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE