# EXHIBIT 2

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL 2804 |
| **This document relates to:** ) ) | Case No. 1:17-md-2804-DAP |
| *County of Webb v. Purdue Pharma, L.P. et al.* ) Case No. 1:18-op-45175-DAP (N.D. Ohio) ) ) | Judge Dan Aaron Polster |
| *Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, et al. v. Purdue Pharma L.P., et al.* ) ) ) ) Case No. 1:18-op-45446-DAP (N.D. Ohio) ) | |

**JOINT MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

Plaintiffs, the County of Webb, Texas, Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, and Employer-Teamsters Local Nos. 175 & 505 Retiree Fund (collectively "Plaintiffs"), by and through their undersigned attorneys, and pursuant to Fed. R. Civ. P. 65(a), hereby request that this Court grant this request for a preliminary injunction directing pharmacy benefit manager defendants Caremark, Express Scripts and OptumRx to make immediate edits to their formularies, consistent with the March 2016 CDC Guideline and effective immediately:

    1.    For chronic pain[1] outside of active cancer, palliative and end-of-life care, no opioids are covered in the first instance. Step therapy using nonpharmacologic therapies[2] and nonopioid medications must be completed first.

    2.    For acute pain, any opioid, including the widely abused immediate-release opioids hydrocodone-acetaminophen, oxycodone-acetaminophen and codeine-

---

[1] The CDC Guideline defines chronic pain as pain lasting longer than 3 months or past the time of normal tissue healing (which could be substantially shorter than 3 months, depending on the condition).

[2] Nonpharmacologic therapies include CBT, exercise therapy, interventional treatments, and multimodal pain treatment. Nonopioid medications include NSAIDs (*e.g.,* acetaminophen or ibuprofen), or certain medications that are also used for depression or seizures.

1

acetaminophen, may only be covered for three-days. Prior authorization is required for any acute pain opioid prescriptions beyond this three-day limit.

3. Given overdose risks, prescription coverage is limited to amounts where daily dosages do not meet or exceed 50 MME/day absent prior authorization, and coverage should be excluded for dosages of greater than or equal to 90 MME/day.

4. To prevent overdose and treat opioid addiction, cover at least one formulation each of naloxone, methadone, buprenorphine, and naltrexone on the lowest formulary tier or otherwise waive cost-sharing for such treatments. Eliminate prior authorization requirements and quantity limits for all formulations of such treatments that are covered.

Pursuant to Fed. R. Civ. P. 65(c), Plaintiffs respectfully move the Court to dispense with a bond for the reasons set forth in in the accompanying Memorandum of Law, which states in detail the bases for this Joint Motion and is hereby incorporated by reference herein.

Date: September 14, 2018

Respectfully submitted,

| **THE CICALA LAW FIRM PLLC** | **SANFORD HEISLER SHARP, LLP** |
|---|---|
| /s/ Joanne Cicala | Judge Kevin Sharp |
| Joanne Cicala | ksharp@sanfordheisler.com |
| joanne@cicalapllc.com | 611 Commerce Street, Suite 3100 |
| Jocelyn R. Normand | Nashville, Tennessee 37203 |
| jnormand@cicalapllc.com | Tel: (615) 434-7000 |
| 101 College Street | Fax: (615) 434-7020 |
| Dripping Springs, Texas 78620 | |
| Tel: (512) 275-6550 | Ross Brooks |
| Fax: (512) 858-1801 | RBrooks@sanfordheisler.com |
| | 1350 Avenue of the Americas, |
| *Lead Counsel for Plaintiff County of Webb* | 31st Floor |
| | New York, New York 10019 |
| | Tel: (646) 402-5668 |
| | Fax: (646) 402-5651 |
| | |
| | *Co-counsel to The Cicala Law Firm PLLC* |

2

**MEHRI & SKALET**

Cyrus Mehri
cmehri@findjustice.com
Jay Angoff
jangoff@findjustice.com
Christine H. Monahan
cmonahan@findjustice.com
1250 Connecticut Ave, NW, Suite 300
Washington, DC 20036
Tel: (202) 822-5100
Fax: (202) 822-4997

*Counsel for Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, and Employer-Teamsters Local Nos. 175 & 505 Retiree Health & Welfare Fund*

**HENRICHSEN SIEGEL, PLLC**

Neil L. Henrichsen
nhenrichsen@hslawyers.com
301 W Bay Street, Suite 1400
Jacksonville, FL 32202
Tel: (904) 381-8183
Fax: (904) 212-2800

*Counsel for Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, and Employer-Teamsters Local Nos. 175 & 505 Retiree Health & Welfare Fund*