# EXHIBIT 5

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) | MDL 2804 |
| ) | Case No. 1:17-md-2804-DAP |
| **This document relates to:** ) ) | Judge Dan Aaron Polster |
| *County of Webb v. Purdue Pharma, L.P. et al.* ) Case No. 1:18-op-45175-DAP (N.D. Ohio) ) ) | |
| *Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, et al. v. Purdue Pharma L.P., et al.* ) ) ) Case No. 1:18-op-45446-DAP (N.D. Ohio) ) | |

## [PROPOSED] ORDER GRANTING
## JOINT MOTION FOR PRELIMINARY INJUNCTIVE RELIEF

Plaintiffs, the County of Webb, Texas, Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, and Employer-Teamsters Local Nos. 175 & 505 Retiree Fund, by their attorneys, having filed a Joint Motion for Preliminary Injunctive Relief against the Pharmacy Benefit Manager ("PBM") Defendants with supporting memorandum of law and the declaration of Joanne Cicala, dated September 14, 2018, and this Court having considered such arguments and supporting evidence filed by the PBM Defendants, and in the interest of implementing all efforts to abate the opioid epidemic:

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED as follows:

The PBM defendants immediately shall make edits to their formularies, consistent with the 2016 CDC Guideline, effectively immediately as follows:

1. For chronic pain[1] outside of active cancer, palliative and end-of-life care, no opioids are covered in the first instance. Step therapy using nonpharmacologic therapies[2] and nonopioid medications must be completed first.

2. For acute pain, any opioid, including the widely abused immediate-release opioids hydrocodone-acetaminophen, oxycodone-acetaminophen and codeine-acetaminophen, may only be covered for three-days. Prior authorization is required for any acute pain opioid prescriptions beyond this three-day limit.

3. Given overdose risks, prescription coverage is limited to amounts where daily dosages do not meet or exceed 50 MME/day absent prior authorization, and coverage should be excluded for dosages of greater than or equal to 90 MME/day.

4. To prevent overdose and treat opioid addiction, cover at least one formulation each of naloxone, methadone, buprenorphine, and naltrexone on the lowest formulary tier or otherwise waive cost-sharing for such treatments. Eliminate prior authorization requirements and quantity limits for all formulations of such treatments that are covered.

IT IS SO ORDERED, this _____ day of September, 2018

---

HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

---

[1] The CDC Guideline defines chronic pain as pain lasting longer than 3 months or past the time of normal tissue healing (which could be substantially shorter than 3 months, depending on the condition).

[2] Nonpharmacologic therapies include CBT, exercise therapy, interventional treatments, and multimodal pain treatment. Nonopioid medications include NSAIDs (*e.g.,* acetaminophen or ibuprofen), or certain medications that are also used for depression or seizures.