# EXHIBIT G-2

**August**

# Prescribing Guide - Standard Control 2018





# Prescribing Guide - Standard Control

*08/01/2018*

INTRODUCTION .................................................................................................................................................... 4
PREFACE ............................................................................................................................................................... 4
PHARMACY AND THERAPEUTICS (P&T) COMMITTEE ...................................................................................... 4
DRUG LIST PRODUCT DESCRIPTIONS ............................................................................................................... 5
GENERIC SUBSTITUTION ..................................................................................................................................... 5
SPECIALTY PHARMACY ........................................................................................................................................ 6
LEGEND ................................................................................................................................................................. 9
NOTICE ................................................................................................................................................................... 9
ANALGESICS ....................................................................................................................................................... 10
    ANALGESICS, OTHER .................................................................................................................................... 10
    NSAIDs ........................................................................................................................................................... 10
    NSAIDs, COMBINATIONS .............................................................................................................................. 10
    NSAIDs, TOPICAL .......................................................................................................................................... 10
    COX-2 INHIBITORS ........................................................................................................................................ 10
    GOUT .............................................................................................................................................................. 10
    OPIOID ANALGESICS .................................................................................................................................... 10
    NON-OPIOID ANALGESICS ........................................................................................................................... 11
    VISCOSUPPLEMENTS ................................................................................................................................... 11
ANTI-INFECTIVES ................................................................................................................................................ 11
    ANTIBACTERIALS .......................................................................................................................................... 12
    ANTIFUNGALS ............................................................................................................................................... 12
    ANTIMALARIALS ............................................................................................................................................ 12
    ANTIRETROVIRAL AGENTS .......................................................................................................................... 13
    ANTITUBERCULAR AGENTS ......................................................................................................................... 13
    ANTIVIRALS .................................................................................................................................................... 13
    MISCELLANEOUS .......................................................................................................................................... 14
ANTINEOPLASTIC AGENTS ............................................................................................................................... 14
    ALKYLATING AGENTS ................................................................................................................................... 14
    ANTIMETABOLITES ....................................................................................................................................... 15
    HORMONAL ANTINEOPLASTIC AGENTS ..................................................................................................... 15
    IMMUNOMODULATORS ................................................................................................................................. 15
    KINASE INHIBITORS ...................................................................................................................................... 15
    TOPOISOMERASE INHIBITORS .................................................................................................................... 15
    MISCELLANEOUS .......................................................................................................................................... 15
CARDIOVASCULAR ............................................................................................................................................. 16
    ACE INHIBITORS ........................................................................................................................................... 16
    ACE INHIBITOR/CALCIUM CHANNEL BLOCKER COMBINATIONS ............................................................. 16
    ACE INHIBITOR/DIURETIC COMBINATIONS ................................................................................................ 16
    ADRENOLYTICS, CENTRAL ........................................................................................................................... 16
    ALDOSTERONE RECEPTOR ANTAGONISTS ............................................................................................... 16
    ALPHA BLOCKERS ........................................................................................................................................ 17
    ANGIOTENSIN II RECEPTOR ANTAGONISTS/DIURETIC COMBINATIONS ................................................. 17
    ANGIOTENSIN II RECEPTOR ANTAGONIST/CALCIUM CHANNEL BLOCKER COMBINATIONS ................. 17
    ANGIOTENSIN II RECEPTOR ANTAGONIST/CALCIUM CHANNEL BLOCKER/DIURETIC COMBINATIONS . 17
    ANTIARRHYTHMICS ....................................................................................................................................... 17
    ANTILIPEMICS ............................................................................................................................................... 17
    BETA-BLOCKERS ........................................................................................................................................... 18
    BETA-BLOCKER/DIURETIC COMBINATIONS ............................................................................................... 18
    CALCIUM CHANNEL BLOCKERS .................................................................................................................. 19
    CALCIUM CHANNEL BLOCKER/ANTILIPEMIC COMBINATIONS .................................................................. 19
    DIGITALIS GLYCOSIDES ............................................................................................................................... 19
    DIRECT RENIN INHIBITORS/DIURETIC COMBINATIONS ............................................................................. 19
    DIURETICS ..................................................................................................................................................... 19
    HEART FAILURE ............................................................................................................................................ 19
    NITRATES ....................................................................................................................................................... 20
    PULMONARY ARTERIAL HYPERTENSION ................................................................................................... 20
    MISCELLANEOUS .......................................................................................................................................... 20

**CENTRAL NERVOUS SYSTEM** .................................................................................................................. 20
    ANTIANXIETY ......................................................................................................................................... 20
    ANTICONVULSANTS ............................................................................................................................. 21
    ANTIDEMENTIA ...................................................................................................................................... 21
    ANTIDEPRESSANTS ............................................................................................................................. 21
    ANTIPARKINSONIAN AGENTS ............................................................................................................. 22
    ANTIPSYCHOTICS ................................................................................................................................ 22
    ATTENTION DEFICIT HYPERACTIVITY DISORDER ............................................................................ 23
    FIBROMYALGIA ..................................................................................................................................... 23
    HUNTINGTON'S DISEASE AGENTS ..................................................................................................... 23
    HYPNOTICS .......................................................................................................................................... 23
    MIGRAINE ............................................................................................................................................. 24
    MOOD STABILIZERS ............................................................................................................................ 24
    MULTIPLE SCLEROSIS AGENTS ......................................................................................................... 24
    MUSCULOSKELETAL THERAPY AGENTS ........................................................................................... 24
    MYASTHENIA GRAVIS ........................................................................................................................... 25
    NARCOLEPSY ....................................................................................................................................... 25
    POSTHERPETIC NEURALGIA (PHN) .................................................................................................... 25
    PSYCHOTHERAPEUTIC-MISCELLANEOUS ......................................................................................... 25
**ENDOCRINE AND METABOLIC** .............................................................................................................. 25
    ACROMEGALY ...................................................................................................................................... 25
    ANDROGENS ........................................................................................................................................ 26
    ANTIDIABETICS .................................................................................................................................... 26
    ANTIOBESITY ........................................................................................................................................ 27
    CALCIUM REGULATORS ...................................................................................................................... 28
    CARNITINE DEFICIENCY AGENTS ...................................................................................................... 28
    CONTRACEPTIVES ............................................................................................................................... 28
    ENDOMETRIOSIS ................................................................................................................................. 29
    ESTROGENS ......................................................................................................................................... 29
    ESTROGEN/PROGESTINS .................................................................................................................... 30
    ESTROGEN/SELECTIVE ESTROGEN RECEPTOR MODULATOR COMBINATIONS ............................. 30
    FERTILITY REGULATORS ..................................................................................................................... 30
    GAUCHER DISEASE ............................................................................................................................. 30
    GLUCOCORTICOIDS ............................................................................................................................ 30
    GLUCOSE ELEVATING AGENTS .......................................................................................................... 30
    HEREDITARY TYROSINEMIA TYPE 1 AGENTS .................................................................................... 30
    HUMAN GROWTH HORMONES ............................................................................................................ 30
    HYPERPARATHYROID TREATMENT, VITAMIN D ANALOGS ................................................................ 31
    PHENYLKETONURIA TREATMENT AGENTS ........................................................................................ 31
    PHOSPHATE BINDER AGENTS ............................................................................................................ 31
    POTASSIUM-REMOVING AGENTS ....................................................................................................... 31
    PROGESTINS ........................................................................................................................................ 31
    SELECTIVE ESTROGEN RECEPTOR MODULATORS ........................................................................... 31
    THYROID AGENTS ................................................................................................................................ 31
    VASOPRESSINS ................................................................................................................................... 31
    MISCELLANEOUS ................................................................................................................................. 31
**GASTROINTESTINAL** .............................................................................................................................. 32
    ANTIDIARRHEALS ................................................................................................................................ 32
    ANTIEMETICS ....................................................................................................................................... 32
    ANTISPASMODICS ............................................................................................................................... 32
    CHOLELITHOLYTICS ............................................................................................................................ 32
    $H_2$ RECEPTOR ANTAGONISTS ....................................................................................................... 32
    INFLAMMATORY BOWEL DISEASE ...................................................................................................... 32
    IRRITABLE BOWEL SYNDROME ........................................................................................................... 33
    LAXATIVES ............................................................................................................................................ 33
    OPIOID-INDUCED CONSTIPATION ....................................................................................................... 33
    PANCREATIC ENZYMES ....................................................................................................................... 33
    PROSTAGLANDINS ............................................................................................................................... 33
    PROTON PUMP INHIBITORS ................................................................................................................. 33
    SALIVA STIMULANTS ............................................................................................................................ 33
    STEROIDS, RECTAL ............................................................................................................................. 33
    ULCER THERAPY COMBINATIONS ...................................................................................................... 33
    MISCELLANEOUS ................................................................................................................................. 33

**GENITOURINARY** ........................................................................................................................................... 34
  BENIGN PROSTATIC HYPERPLASIA ...................................................................................................... 34
  ERECTILE DYSFUNCTION .................................................................................................................... 34
  URINARY ANTISPASMODICS ................................................................................................................ 34
  VAGINAL ANTI-INFECTIVES ................................................................................................................. 34
  MISCELLANEOUS ............................................................................................................................... 34
**HEMATOLOGIC** ............................................................................................................................................ 35
  ANTICOAGULANTS ............................................................................................................................. 35
  HEMATOPOIETIC GROWTH FACTORS ................................................................................................... 35
  HEMOPHILIA AGENTS ......................................................................................................................... 35
  HEREDITARY ANGIOEDEMA ................................................................................................................ 35
  IDIOPATHIC THROMBOCYTOPENIC PURPURA AGENTS ........................................................................... 35
  PAROXYSMAL NOCTURNAL HEMOGLOBINURIA (PNH) AGENTS ................................................................ 35
  PLATELET AGGREGATION INHIBITORS .................................................................................................. 35
  PLATELET SYNTHESIS INHIBITORS ....................................................................................................... 35
  STEM CELL MOBILIZERS ..................................................................................................................... 36
  MISCELLANEOUS ............................................................................................................................... 36
**IMMUNOLOGIC AGENTS** ............................................................................................................................. 36
  ALLERGENIC EXTRACTS ...................................................................................................................... 36
  AUTOIMMUNE AGENTS ‡ .................................................................................................................... 36
  DISEASE-MODIFYING ANTIRHEUMATIC DRUGS (DMARDs) ..................................................................... 36
  IMMUNOMODULATORS ...................................................................................................................... 36
  IMMUNOSUPPRESSANTS .................................................................................................................... 36
**NUTRITIONAL/SUPPLEMENTS** .................................................................................................................... 37
  ELECTROLYTES .................................................................................................................................. 37
  VITAMINS AND MINERALS .................................................................................................................. 37
**RESPIRATORY** ............................................................................................................................................. 37
  ANAPHYLAXIS TREATMENT AGENTS .................................................................................................... 37
  ANTICHOLINERGICS ........................................................................................................................... 38
  ANTICHOLINERGIC/BETA AGONIST COMBINATIONS ............................................................................... 38
  ANTICHOLINERGIC/BETA AGONIST/STEROID INHALANT COMBINATIONS .................................................. 38
  ANTIHISTAMINES, LOW SEDATING ....................................................................................................... 38
  ANTIHISTAMINES, NONSEDATING ........................................................................................................ 38
  ANTIHISTAMINES, SEDATING .............................................................................................................. 38
  ANTIHISTAMINE/DECONGESTANT COMBINATIONS ................................................................................ 38
  ANTITUSSIVES ................................................................................................................................... 38
  ANTITUSSIVE COMBINATIONS ............................................................................................................. 38
  BETA AGONISTS ................................................................................................................................ 39
  CYSTIC FIBROSIS ............................................................................................................................... 39
  LEUKOTRIENE MODULATORS ............................................................................................................. 39
  MAST CELL STABILIZERS .................................................................................................................... 39
  NASAL ANTIHISTAMINES .................................................................................................................... 39
  NASAL STEROIDS/COMBINATIONS ....................................................................................................... 39
  PHOSPHODIESTERASE-4 INHIBITORS ................................................................................................... 39
  PULMONARY FIBROSIS AGENTS .......................................................................................................... 39
  STEROID/BETA AGONIST COMBINATIONS ............................................................................................. 39
  STEROID INHALANTS ......................................................................................................................... 40
  XANTHINES ...................................................................................................................................... 40
  MISCELLANEOUS ............................................................................................................................... 40
**TOPICAL** .................................................................................................................................................... 40
  DERMATOLOGY ................................................................................................................................. 40
  MOUTH/THROAT/DENTAL AGENTS ...................................................................................................... 42
  OPHTHALMIC ................................................................................................................................... 43
  OTIC ................................................................................................................................................ 44
**SPECIALTY DRUGS** ...................................................................................................................................... 45
**WEBSITES** .................................................................................................................................................. 49
**INDEX** ....................................................................................................................................................... 51

## INTRODUCTION

We are pleased to provide the 2018 *Prescribing Guide - Standard Control* as a useful reference and informational tool. The *Prescribing Guide - Standard Control* can assist practitioners in selecting clinically appropriate and cost-effective products for their patients.

The drugs represented have been reviewed by a National Pharmacy and Therapeutics (P&T) Committee and are approved for inclusion. The *Prescribing Guide - Standard Control* is reflective of current medical practice as of the date of review.

The information contained in this *Prescribing Guide - Standard Control* and its appendices is provided solely for the convenience of medical providers. We do not warrant or assure accuracy of such information nor is it intended to be comprehensive in nature. This *Prescribing Guide - Standard Control* is not intended to be a substitute for the knowledge, expertise, skill and judgment of the medical provider in his or her choice of prescription drugs. All the information in the *Prescribing Guide - Standard Control* is provided as a reference for drug therapy selection. Specific drug selection for an individual patient rests solely with the prescriber. The document is subject to state-specific regulations and rules, including, but not limited to, those regarding generic substitution, controlled substance schedules, preference for brands and mandatory generics whenever applicable.

We assume no responsibility for the actions or omissions of any medical provider based upon reliance, in whole or in part, on the information contained herein. The medical provider should consult the drug manufacturer's product literature or standard references for more detailed information.

National guidelines can be found on the National Guideline Clearinghouse site at **http://www.guideline.gov**, on the websites listed under each therapeutic class and on the sites listed in the WEBSITES section of this publication.

## PREFACE

The *Prescribing Guide - Standard Control* is organized by sections. Each section is divided by therapeutic drug class primarily defined by mechanism of action. Products are listed by generic name with brand name for reference only. Unless exceptions are noted, generally all applicable dosage forms and strengths of the drug cited are included in the *Prescribing Guide - Standard Control*. Generics should be considered the first line of prescribing.

Individual pharmacy benefit plans may impose restrictions or not reimburse some products. In addition, over-the-counter (OTC) products, with the exception of insulin and diabetes monitoring products, are usually not included in the pharmacy benefit. Pharmacy law requires a valid prescription for purchase of needles and syringes in certain states. OTC products are listed for informational purposes. If covered in the pharmacy benefit, OTC products require a valid prescription.

Drugs represented in the *Prescribing Guide - Standard Control* may have varying cost to the plan member. Prescription benefit plan may alter coverage of certain products or vary copay amounts based on the condition being treated. Generic medications typically are available at the lowest cost, brand-name medications on the *Prescribing Guide - Standard Control* will generally cost more than generics, and brand-name medications not on the list will generally cost the most.

## PHARMACY AND THERAPEUTICS (P&T) COMMITTEE

The services of an independent National Pharmacy and Therapeutics Committee ("P&T Committee") are utilized to approve safe and clinically effective drug therapies. The P&T Committee is an external advisory body of clinical professionals from across the United States. The P&T Committee's voting members include physicians, pharmacists, a pharmacoeconomist and a medical ethicist, all of whom have a broad background of clinical and academic expertise regarding prescription drugs. Employees with significant clinical expertise are invited to meet with the P&T Committee, but no CVS Caremark® employee may vote on issues before the P&T Committee. Voting members of the P&T Committee must disclose any financial relationship or conflicts of interest with any pharmaceutical manufacturers.

## DRUG LIST PRODUCT DESCRIPTIONS

To assist in understanding which specific strengths and dosage forms are on the *Prescribing Guide - Standard Control*, examples are noted below. The general principles shown in the examples can usually be extended to other entries in the book. Any exceptions are noted.

**Products on the *Prescribing Guide - Standard Control* include all strengths and dosage forms of the cited brand-name product.**

   *pregabalin*                                          *Lyrica*

Oral capsules, oral solution and all strengths of Lyrica would be included in this listing.

**When a strength or dosage form is specified, only the specified strength and dosage form is on the *Prescribing Guide - Standard Control*. Other strengths/dosage forms of the reference product are not.**

   *acyclovir caps, tabs*                                    *Zovirax*

The capsules and tablets of Zovirax are on the *Prescribing Guide - Standard Control*. From this entry, the cream and ointment cannot be assumed to be on the list unless there is a specific entry.

**Extended-release and delayed-release products require their own entry.**

   *sitagliptin/metformin*                                   *Janumet*

The immediate-release product listing of Janumet alone would not include the extended-release product Janumet XR.

      *sitagliptin/metformin ext-rel*                          *Janumet XR*

A separate entry for Janumet XR confirms that the extended-release product is on the *Prescribing Guide - Standard Control*.

**Dosage forms on the *Prescribing Guide - Standard Control* will be consistent with the category and use where listed.**

   *neomycin/polymyxin B/hydrocortisone*                     *Cortisporin*

Since Cortisporin is listed only in the OTIC section, it is limited to the otic solution and suspension. From this entry the topical cream cannot be assumed to be on the list unless there is an entry for this product in the DERMATOLOGY section of the *Prescribing Guide - Standard Control*.

## GENERIC SUBSTITUTION

Generic substitution is a pharmacy action whereby a generic version is dispensed rather than a prescribed brand-name product. **Boldface** type indicates generic availability. However, not all strengths or dosage forms of the generic name in boldface type may be generically available. In addition, boldface type may indicate that the brand name cited is a generic. Examples of the latter include Levoxyl and Trivora.

One way to reduce out-of-pocket cost is by requesting a generic drug. Generic drugs are usually priced lower than their brand-name equivalents. Prescription generic drugs are:

- Approved by the U.S. Food and Drug Administration for safety and effectiveness, and are manufactured under the same strict standards that apply to brand-name drugs.
- Tested in humans to assure the generic is absorbed into the bloodstream in a similar rate and extent compared to the brand-name drug. Generics may be different from the brand in size, color, and inactive ingredients, but this does not alter their effectiveness or ability to be absorbed just like the brand-name drug.
- Manufactured in the same strength and dosage form as the brand-name drugs.

When a generic drug is substituted for a brand-name drug, you can expect the generic to produce the same clinical effect and safety profile as the brand-name drug.

## SPECIALTY PHARMACY

CVS Specialty™ is a full-service specialty pharmaceutical provider. Specialty pharmaceuticals or products are used in the management of specific chronic or genetic conditions and certain catastrophic diseases such as cancer. They are often injectable or infused medications, but may also include oral agents.

CVS Caremark offers these services combined with professional pharmaceutical care management.

Medications distributed through CVS Specialty program are listed below. A member's specific prescription benefit plan may have different coverage or copayments for specific specialty products.

### Medications Available through CVS Specialty (Alpha List)

**abacavir tab** (ZIAGEN)[1]
**abacavir/lamivudine** (EPZICOM)[1]
**abacavir/lamivudine/ zidovudine tab** (TRIZIVIR)[1]
Actemra
Actimmune
Adcetris
Adcirca
**adefovir dipivoxil** (HEPSERA)[1]
Adempas
Advate
Adynovate
Afinitor
Afstyla
Aldurazyme
Alecensa
Alferon N
Alphanate
AlphaNine SD
Alprolix
Alunbrig
Ampyra
Apokyn
Aptivus
Aralast NP
Aranesp
Arcalyst
Arzerra
Astagraf XL
**atazanavir sulfate** (REYATAZ)[1]
Atripla
Aubagio
Austedo
Avastin
Aveed
Avonex
**azacitidine** (VIDAZA)[1]
Baraclude
Bavencio
Bebulin
Beleodaq
Bendeka
BeneFIX
Benlysta
Berinert
Betaseron

Bethkis
**bexarotene** (TARGRETIN)[1]
Biktarvy
Bivigam
Blincyto
Bortezomib
Bosulif
Botox
Bravelle
Buphenyl
Cabometyx
**capecitabine** (XELODA)[1]
Carimune NF
CellCept
Ceprotin
Cerdelga
Cerezyme
Cetrotide
Chorionic Gonadotropin
Cimduo
Cimzia
Cinqair
Cinryze
Combivir
Complera
Copaxone
Corifact
Cosentyx
Cotellic
Crixivan
Crysvita
Cuvitru
**cyclosporine** (gengraf, NEORAL, SANDIMMUNE)[1]
Cystagon
Cyramza
Cytogam
Dacogen
Daklinza
Darzalex
**decitabine** (DACOGEN)[1]
**deferoxamine** (DESFERAL)[1]
Descovy
Desferal
**didanosine** (VIDEX, VIDEX EC)[1]

**dofetilide** (TIKOSYN)[1]
Doptelet
Dupixent
Durolane
Dysport
Edurant
**efavirenz** (SUSTIVA)[1]
Egrifta
Elaprase
Elelyso
Eligard
Eloctate
Empliciti
Emtriva
Enbrel
**entecavir** (BARACLUDE)[1]
Entyvio
Envarsus XR
Epclusa
Epivir
Epivir HBV
Epogen
**epoprostenol sodium** (FLOLAN, VELETRI)[1]
Epzicom
Erbitux
Erivedge
Erleada
Esbriet
Euflexxa
Evomela
Evotaz
Exjade
Extavia
Eylea
Fabrazyme
Farydak
Fasenra
Feiba NF
Fibryga
Firazyr
Firmagon
Flebogamma DIF
Flolan
Follistim AQ
Folotyn
Forteo

**fosamprenavir (LEXIVA)**[1]
Fusilev
Fuzeon
GamaSTAN S/D
Gammagard Liquid
Gammagard S/D
Gammaked
Gammaplex
Gamunex C
Ganirelix acetate
Gattex
Gazyva
Gel-One
Gelsyn-3
Genotropin
Genvisc 850
Genvoya
Gilenya
Glassia
**glatiramer acetate**
 (COPAXONE, glatopa)[1]
Gleevec
Gonal-F
Granix
H.P. Acthar Gel
Haegarda
Halaven
Harvoni
Helixate FS
Hemlibra
Hemofil M
HepaGam B
Hepsera
Herceptin
Hizentra
Humate-P
Humatrope
Humira
Hyalgan
Hycamtin
Hymovis
HyperHEP B
HyperRHO S/D
HyQvia
Ibrance
Idelvion
Idhifa
Ilaris
Iluvien
**imatinib mesylate (GLEEVEC)**[1]
Imfinzi
Increlex
Inflectra
Inlyta
Intelence
Intron A
Invirase

Iressa
Isentress
Istodax
Ixempra
Ixinity
Jadenu
Jakafi
Juluca
Jevtana
Kadcyla
Kalbitor
Kaletra
Kanuma
Kevzara
Keytruda
Kisqali
Kisqali Femara Co-Pack
Kitabis Pak
Koate-DVI
Kogenate FS
Kovaltry
Krystexxa
Kuvan
Kyleena
Kyprolis
**lamivudine**
 (EPIVIR, EPIVIR HBV)[1]
**lamivudine/zidovudine**
 (COMBIVIR)[1]
Lemtrada
Letairis
Leukine
**leuprolide acetate (LUPRON)**[1]
Levoleucovorin Calcium
Lexiva
Liletta
Lonsurf
**lopinavir/ritonavir soln**
 (KALETRA)[1]
Lucemyra
Lucentis
Lumizyme
Lupaneta Pack
Lupron
Lupron Depot
Macugen
Makena
Mavyret
Mekinist
Menopur
MICRhoGAM
**miglustat**[1]
Mirena
**mitoxantrone HCl**[1]
Moderiba
Monoclate-P
Mononine

Monovisc
Mozobil
Mugard
**mycophenolate mofetil**
 (CELLCEPT)[1]
**mycophenolate sodium DR**
 (MYFORTIC)[1]
Myfortic
Myobloc
Nabi-HB
Naglazyme
Natpara
Neoral
Nerlynx
Neulasta
Neumega
Neupogen
**nevirapine**
 (VIRAMUNE, VIRAMUNE XR)[1]
Nexavar
Nexplanon
Ninlaro
Norditropin
Northera
Norvir
Novoeight
NovoSeven RT
Nplate
Nucala
Nulojix
Nutropin AQ
Nuplazid
Nuwiq
Obizur
Ocaliva
Ocrevus
Octagam
**octreotide acetate**
 (SANDOSTATIN)[1]
Odefsey
Odomzo
Ofev
Olumiant
Omnitrope
Oncaspar
Opdivo
Opsumit
Oralair
Orencia
Orenitram
Orthovisc
Otezla
Otrexup
Ovidrel
Ozurdex
Parsabiv
Pegasys

PegIntron
Perjeta
Plegridy
Pomalyst
Portrazza
Praluent
Prezcobix
Prezista
Privigen
Procrit
Profilnine SD
Prograf
Proleukin
Prolia
Promacta
Pulmozyme
Purixan
Rapamune
Rasuvo
Ravicti
Rebif
Rebinyn
Reclast
Recombinate
Remicade
Remodulin
Repatha
Renflexis
Rescriptor
Retisert
Retrovir
Revatio
Revlimid
Reyataz
RhoGAM
Rhophylac
RiaSTAP
RibaTab
**ribavirin caps**
   (ribasphere, REBETOL)[1]
**ribavirin tabs**
   (ribasphere, MODERIBA)[1]
**ritonavir** (NORVIR)[1]
Rituxan
Rituxan Hycela
Rixubis
Romidepsin
Rubraca
Ruconest
Rydapt
Sabril PWD
Sabril tabs
Saizen
Samsca
Sandimmune
Sandostatin
Sandostatin LAR

Selzentry
Sensipar
Serostim
**sildenafil citrate** (REVATIO)[1]
Siliq
Simponi
Simponi ARIA
**sirolimus tab** (RAPAMUNE)[1]
Skyla
**sodium phenylbutyrate**
   (BUPHENYL)[1]
Solesta
Soliris
Somatuline Depot
Somavert
Sovaldi
Sprycel
**stavudine** (ZERIT)[1]
Stelara
Stimate
Stivarga
Stribild
Supartz FX
Supprelin LA
Sustiva
Sutent
Sylatron
Sylvant
Symfi
Symfi Lo
Synagis
Synvisc
Synvisc-One
**tacrolimus** (PROGRAF)[1]
Tafinlar
Tagrisso
Taltz
Tarceva
Targretin
Tasigna
Tecentriq
Tecfidera
Technivie
Temodar
**temozolomide** (TEMODAR)[1]
**tenofovir disoproxil fumarate**
   (VIREAD)[1]
Tepadina
**tetrabenazine** (XENAZINE)[1]
Thalomid
Thyrogen
Tikosyn
Tivicay
TOBI
TOBI Podhaler
**tobramycin nebulizer** (TOBI)[1]
Torisel

Tracleer
Treanda
Trelstar
Tremfya
Tretten
Triumeq
Trizivir
Truvada
Tybost
Tykerb
Tymlos
Tysabri
Tyvaso
Uptravi
Valstar
Vantas
Varizig
Vectibix
Velcade
Veletri
Vemlidy
Ventavis
Verzenio
Vidaza
Videx
Videx EC
Viekira Pak
**vigabatrin pwd** (SABRIL PWD)[1]
Vimizim
Viracept
Viramune
Viramune XR
Viread
Visco-3
Visudyne
Vivitrol
Vonvendi
Vosevi
Votrient
VPRIV
Wilate
WinRho SDF
Xalkori
Xeljanz
Xeloda
Xenazine
Xeomin
Xgeva
Xolair
Xtandi
Xyntha
Yervoy
Yondelis
Zaltrap
Zarxio
Zelboraf
Zemaira

| | | |
|---|---|---|
| Zepatier | **zoledronic acid** | Zorbtive |
| Zerit | (RECLAST, ZOMETA)[1] | Zortress |
| Ziagen | Zolinza | Zykadia |
| **zidovudine** (RETROVIR)[1] | Zomacton | Zytiga |
| Zoladex | Zometa | |

[1]  Bold lowercase type indicates generic name and availability; nonbold lowercase type within parentheses indicates trademark generics listed only when no brand is available; products in all capital letters within parentheses indicate brand names of generic products.

This list is current as of July 2018. Products distributed by CVS Caremark and therapies may change.

To learn more about how CVS Specialty can help you or your patients, please visit our website **https://www.CVSspecialty.com** or call **1-800-237-2767.**

## LEGEND

| | |
|---|---|
| **OTC** | Over the counter |
| **boldface** | Indicates generic availability; boldface may not apply to every strength or dosage form under the listed generic name |
| delayed-rel | Delayed-release (also known as enteric-coated), refer to the reference brand listed for clarification |
| ext-rel | Extended-release (also known as sustained-release), refer to the reference brand listed for clarification |

## NOTICE

The information contained in this document is proprietary. The information may not be copied in whole or in part without written permission. ©2018 CVS Caremark. All rights reserved.

This document contains references to brand-name prescription drugs that are trademarks or registered trademarks of pharmaceutical manufacturers not affiliated with CVS Caremark.

CVS Caremark does not operate the websites/organizations listed here, nor is it responsible for the availability or reliability of the websites' content. These listings do not imply or constitute an endorsement, sponsorship or recommendation by CVS Caremark.

**When viewing the *Prescribing Guide - Standard Control v*ia the Internet, please be advised that the *Prescribing Guide - Standard Control* is updated periodically and changes may appear prior to their effective date to allow for client notification.**

## ANALGESICS

Practice guidelines of pain management are available at:
**http://www.asahq.org**

**ANALGESICS, OTHER**
Treatment recommendations for osteoarthritis are available at:
**http://www.rheumatology.org**

| | |
|---|---|
| **OTC** | **acetaminophen** (generic of TYLENOL) |

**NSAIDs**

| | |
|---|---|
| | **diclofenac sodium delayed-rel** |
| | **diflunisal** |
| | **etodolac** |
| | **ibuprofen** |
| **OTC** | **ibuprofen** (generic of ADVIL) |
| | **meloxicam** (generic of MOBIC) |
| | **nabumetone** |
| **OTC** | **naproxen sodium** (generic of ALEVE) |
| | **naproxen sodium** (generic of ANAPROX) |
| | **naproxen susp** (generic of NAPROSYN) |
| | **naproxen tabs** (generic of NAPROSYN) |
| | **oxaprozin** (generic of DAYPRO) |
| | **sulindac** |

**NSAIDs, COMBINATIONS**

| |
|---|
| **diclofenac sodium delayed-rel/misoprostol** |

**NSAIDs, TOPICAL**

| |
|---|
| **diclofenac sodium gel 1%** |
| **diclofenac sodium soln** |

**COX-2 INHIBITORS**

| |
|---|
| **celecoxib** (generic of CELEBREX) |

**GOUT**

| |
|---|
| **allopurinol** (generic of ZYLOPRIM) |
| **colchicine** (generic of COLCRYS) |
| febuxostat (ULORIC) |
| **probenecid** |

**OPIOID ANALGESICS**
Practice Guidelines for Cancer Pain Management (includes WHO analgesic ladder) are available at:
**http://www.asahq.org**
**http://www.nccn.org**

Opioid guidelines in the management of chronic non-malignant pain are available at:
**http://www.asipp.org/Guidelines.htm**

| |
|---|
| buprenorphine (BELBUCA) |
| buprenorphine transdermal (BUTRANS) |
| **codeine/acetaminophen** (generic of TYLENOL w/CODEINE) |
| fentanyl citrate buccal (FENTORA) |
| fentanyl sublingual spray (SUBSYS) |
| **fentanyl transdermal** (generic of DURAGESIC) |
| **fentanyl transmucosal lozenge** |
| hydrocodone ext-rel (HYSINGLA ER) |
| **hydrocodone/acetaminophen** (generic of NORCO) |

10

| |
|---|
| **hydromorphone** (generic of DILAUDID) |
| **hydromorphone ext-rel** (generic of EXALGO) |
| **methadone** |
| **morphine** |
| **morphine ext-rel** |
| **morphine ext-rel** (generic of KADIAN) |
| **morphine ext-rel** (generic of MS CONTIN) |
| **morphine supp** |
| **oxycodone caps, tabs 5 mg** |
| **oxycodone concentrate 20 mg/mL** |
| oxycodone ext-rel (OXYCONTIN) |
| **oxycodone tabs 15 mg, 30 mg, soln 5 mg/5 mL** (generic of ROXICODONE) |
| **oxycodone/acetaminophen 5/325** (generic of PERCOCET) |
| **oxycodone/acetaminophen soln** (generic of ROXICET) |
| tapentadol (NUCYNTA) |
| tapentadol ext-rel (NUCYNTA ER) |
| **tramadol** (generic of ULTRAM) |
| **tramadol ext-rel** |

NON-OPIOID ANALGESICS

| |
|---|
| **butalbital/acetaminophen/caffeine tabs** (generic of ESGIC) |
| **butalbital/aspirin/caffeine** (generic of FIORINAL) |

VISCOSUPPLEMENTS

| |
|---|
| sodium hyaluronate (GEL-ONE) |
| sodium hyaluronate (GELSYN-3) |
| sodium hyaluronate (SUPARTZ FX) |
| sodium hyaluronate (VISCO-3) |

## ANTI-INFECTIVES

Practice guidelines and statements developed and endorsed by the Infectious Diseases Society of America are available at:
**http://www.idsociety.org**

**Hepatitis:** CDC recommendations on the treatment of hepatitis are available at:
**http://www.cdc.gov/hepatitis/Resources/**

Guidelines for the management of chronic hepatitis by the American Association for the Study of Liver Disease are available at:
**http://www.aasld.org**

**HIV/AIDS:** Guidelines for the treatment of HIV patients by the U.S. Department of Health and Human Services are available at:
**http://www.aidsinfo.nih.gov**

**Infective Endocarditis:** American Heart Association recommendations for the prevention of bacterial endocarditis are available at:
**http://www.myamericanheart.org**

**Influenza:** Recommendations of the Advisory Committee on Immunization Practices are available at:
**http://www.cdc.gov/ncidod/diseases/flu/fluvirus.htm**

**International Travel:** CDC recommendations for international travel are available at:
**http://www.cdc.gov/travel**

**Respiratory Tract Infection/Antibiotic Use/Community Acquired Pneumonia/Other:** Principles of appropriate antibiotic use for treatment of nonspecific upper respiratory tract infection in adults are available at:
**http://www.cdc.gov/flu/**

**Sexually Transmitted Diseases:** CDC Sexually Transmitted Diseases Guidelines are available at:
**http://www.cdc.gov/std/treatment/default.htm**

## ANTIBACTERIALS
### Cephalosporins
*First Generation*

**cefadroxil**

**cephalexin** (generic of KEFLEX)

*Second Generation*

**cefprozil**

**cefuroxime axetil** (generic of CEFTIN)

*Third Generation*

**cefdinir**

**cefixime** (generic of SUPRAX)

### Erythromycins/Macrolides

**azithromycin** (generic of ZITHROMAX)

**clarithromycin**

**clarithromycin ext-rel**

**erythromycin delayed-rel**

**erythromycin ethylsuccinate**

**erythromycin stearate**

fidaxomicin (DIFICID)

### Fluoroquinolones

**ciprofloxacin** (generic of CIPRO)

**ciprofloxacin ext-rel**

**levofloxacin** (generic of LEVAQUIN)

**moxifloxacin** (generic of AVELOX)

### Penicillins

**amoxicillin**

**amoxicillin/clavulanate** (generic of AUGMENTIN)

**amoxicillin/clavulanate ext-rel**

**ampicillin**

**dicloxacillin**

**penicillin VK**

### Tetracyclines

**doxycycline hyclate** (generic of VIBRAMYCIN)

**doxycycline hyclate 20 mg**

**minocycline**

**tetracycline**

## ANTIFUNGALS

**clotrimazole troches**

**fluconazole** (generic of DIFLUCAN)

**griseofulvin ultramicrosize** (generic of GRIS-PEG)

**itraconazole** (generic of SPORANOX)

**nystatin**

**terbinafine tabs** (generic of LAMISIL)

**voriconazole** (generic of VFEND)

## ANTIMALARIALS

**atovaquone/proguanil** (generic of MALARONE)

**chloroquine**

**mefloquine**

## ANTIRETROVIRAL AGENTS
### Antiretroviral Combinations
abacavir/dolutegravir/lamivudine (TRIUMEQ)

**abacavir/lamivudine** (generic of EPZICOM)

atazanavir/cobicistat (EVOTAZ)

darunavir/cobicistat (PREZCOBIX)

efavirenz/emtricitabine/tenofovir disoproxil fumarate (ATRIPLA)

elvitegravir/cobicistat/emtricitabine/tenofovir alafenamide (GENVOYA)

elvitegravir/cobicistat/emtricitabine/tenofovir disoproxil fumarate (STRIBILD)

emtricitabine/rilpivirine/tenofovir alafenamide (ODEFSEY)

emtricitabine/rilpivirine/tenofovir disoproxil fumarate (COMPLERA)

emtricitabine/tenofovir alafenamide (DESCOVY)

emtricitabine/tenofovir disoproxil fumarate (TRUVADA)

**lamivudine/zidovudine** (generic of COMBIVIR)

### Fusion Inhibitors
enfuvirtide (FUZEON)

### Integrase Inhibitors
dolutegravir (TIVICAY)

raltegravir (ISENTRESS)

### Non-nucleoside Reverse Transcriptase Inhibitors
**efavirenz**

etravirine (INTELENCE)

**nevirapine ext-rel** (generic of VIRAMUNE XR)

nevirapine susp (VIRAMUNE)

**nevirapine tabs** (generic of VIRAMUNE)

rilpivirine (EDURANT)

### Nucleoside Reverse Transcriptase Inhibitors
**abacavir tabs** (generic of ZIAGEN)

**didanosine delayed-rel** (generic of VIDEX EC)

emtricitabine (EMTRIVA)

**lamivudine** (generic of EPIVIR)

**stavudine** (generic of ZERIT)

**zidovudine** (generic of RETROVIR)

### Nucleotide Reverse Transcriptase Inhibitors
**tenofovir disoproxil fumarate** (generic of VIREAD)

### Protease Inhibitors
**atazanavir** (generic of REYATAZ)

darunavir (PREZISTA)

**lopinavir/ritonavir soln** (generic of KALETRA)

lopinavir/ritonavir tabs (KALETRA)

**ritonavir** (generic of NORVIR)

## ANTITUBERCULAR AGENTS
**ethambutol** (generic of MYAMBUTOL)

**isoniazid**

**pyrazinamide**

**rifampin** (generic of RIFADIN)

## ANTIVIRALS
### Cytomegalovirus Agents
**valganciclovir**

13

**Hepatitis Agents**

*Hepatitis B*

| | |
|---|---|
| **entecavir** (generic of BARACLUDE) | |
| **lamivudine** (generic of EPIVIR-HBV) | |
| tenofovir alafenamide (VEMLIDY) | |

*Hepatitis C*

| | |
|---|---|
| † | ledipasvir/sofosbuvir (HARVONI) |
| | **ribavirin caps** (generic of REBETOL) |
| | ribavirin oral soln (REBETOL) |
| | **ribavirin tabs** (generic of COPEGUS) |
| † | sofosbuvir/velpatasvir (EPCLUSA) |
| † | sofosbuvir/velpatasvir/voxilaprevir (VOSEVI) |

†HARVONI only for genotypes 1, 4, 5, and 6
 EPCLUSA for genotypes 1, 2, 3, 4, 5, 6
 VOSEVI for use in patients previously treated with an HCV regimen containing an NS5A inhibitor
   (for genotypes 1-6) or sofosbuvir without an NS5A inhibitor (for genotypes 1a or 3).

**Herpes Agents**

| |
|---|
| **acyclovir caps, tabs** (generic of ZOVIRAX) |
| **famciclovir** |
| **valacyclovir** |

**Influenza Agents**

| |
|---|
| **oseltamivir** |
| zanamivir (RELENZA) |

**MISCELLANEOUS**

| |
|---|
| **clindamycin** (generic of CLEOCIN) |
| **dapsone** |
| **ivermectin** (generic of STROMECTOL) |
| **linezolid** |
| mebendazole chewable (EMVERM) |
| **metronidazole** (generic of FLAGYL) |
| **nitrofurantoin ext-rel** (generic of MACROBID) |
| **nitrofurantoin macrocrystals** |
| **nitrofurantoin susp** (generic of FURADANTIN) |
| rifaximin 550 mg (XIFAXAN) |
| **sulfamethoxazole/trimethoprim** |
| **sulfamethoxazole/trimethoprim DS** |
| **tinidazole** (generic of TINDAMAX) |
| **trimethoprim** |
| **vancomycin** (generic of VANCOCIN) |

## ANTINEOPLASTIC AGENTS

Clinical practice guidelines in oncology are available at:
**http://www.asco.org**
**http://www.nccn.org**

**ALKYLATING AGENTS**

| |
|---|
| altretamine (HEXALEN) |
| busulfan (MYLERAN) |
| chlorambucil (LEUKERAN) |
| cyclophosphamide caps |
| **melphalan** (generic of ALKERAN) |
| **temozolomide** (generic of TEMODAR) |

## ANTIMETABOLITES

**capecitabine** (generic of XELODA)
**mercaptopurine**
methotrexate (TREXALL)
thioguanine (TABLOID)

## HORMONAL ANTINEOPLASTIC AGENTS

### Antiandrogens

abiraterone (ZYTIGA)
**bicalutamide** (generic of CASODEX)
enzalutamide (XTANDI)
**flutamide**

### Antiestrogens

**tamoxifen**

### Aromatase Inhibitors

**anastrozole** (generic of ARIMIDEX)
**exemestane** (generic of AROMASIN)
**letrozole** (generic of FEMARA)

### Luteinizing Hormone-Releasing Hormone (LHRH) Agonists

goserelin acetate (ZOLADEX)
**leuprolide acetate**
leuprolide acetate (ELIGARD)
leuprolide acetate (LUPRON DEPOT)

### Progestins

**megestrol acetate tabs**

## IMMUNOMODULATORS

lenalidomide (REVLIMID)
pomalidomide (POMALYST)
thalidomide (THALOMID)

## KINASE INHIBITORS

bosutinib (BOSULIF)
cabozantinib (CABOMETYX)
dasatinib (SPRYCEL)
erlotinib (TARCEVA)
everolimus (AFINITOR)
gefitinib (IRESSA)
**imatinib mesylate**
lapatinib (TYKERB)
midostaurin (RYDAPT)
palbociclib (IBRANCE)
pazopanib (VOTRIENT)
ribociclib (KISQALI)
ribociclib + letrozole (KISQALI FEMARA CO-PACK)
sorafenib (NEXAVAR)
sunitinib (SUTENT)

## TOPOISOMERASE INHIBITORS

topotecan caps (HYCAMTIN)

## MISCELLANEOUS

**bexarotene caps** (generic of TARGRETIN)
**etoposide**

| | |
|---|---|
| **hydroxyurea** (generic of HYDREA) | |
| mitotane (LYSODREN) | |
| procarbazine (MATULANE) | |
| sonidegib (ODOMZO) | |
| **tretinoin caps** | |
| uridine triacetate (VISTOGARD) | |
| vorinostat (ZOLINZA) | |

## CARDIOVASCULAR

The Eighth Report of the Joint National Committee on Prevention, Detection, Evaluation and Treatment of High Blood Pressure is available at:
**http://jama.jamanetwork.com/article.aspx?articleid=1791497**

Guidelines for the evaluation and management of cardiovascular diseases in adults are available at:
**http://www.acc.org**
**http://www.heartfailureguideline.org**
**http://www.myamericanheart.org**

### ACE INHIBITORS
Guidelines for the use of ACE inhibitors are available at:
**http://jama.jamanetwork.com/article.aspx?articleid=1791497**
**http://professional.diabetes.org**
**http://www.acc.org**
**http://www.myamericanheart.org**

| | |
|---|---|
| **benazepril** (generic of LOTENSIN) | |
| **captopril** | |
| **enalapril** (generic of VASOTEC) | |
| **fosinopril** | |
| **lisinopril** (generic of ZESTRIL) | |
| **perindopril** | |
| **quinapril** (generic of ACCUPRIL) | |
| **ramipril** (generic of ALTACE) | |
| **trandolapril** | |

### ACE INHIBITOR/CALCIUM CHANNEL BLOCKER COMBINATIONS

| | |
|---|---|
| **amlodipine/benazepril** (generic of LOTREL) | |
| **trandolapril/verapamil ext-rel** (generic of TARKA) | |

### ACE INHIBITOR/DIURETIC COMBINATIONS

| | |
|---|---|
| **benazepril/hydrochlorothiazide** (generic of LOTENSIN HCT) | |
| **captopril/hydrochlorothiazide** | |
| **enalapril/hydrochlorothiazide** (generic of VASERETIC) | |
| **fosinopril/hydrochlorothiazide** | |
| **lisinopril/hydrochlorothiazide** (generic of ZESTORETIC) | |
| **quinapril/hydrochlorothiazide** (generic of ACCURETIC) | |

### ADRENOLYTICS, CENTRAL

| | |
|---|---|
| **clonidine** (generic of CATAPRES) | |
| **clonidine transdermal** (generic of CATAPRES-TTS) | |
| **guanfacine** | |

### ALDOSTERONE RECEPTOR ANTAGONISTS

| | |
|---|---|
| **eplerenone** (generic of INSPRA) | |
| **spironolactone** (generic of ALDACTONE) | |

**ALPHA BLOCKERS**
Guidelines for the use of alpha blockers in various patient populations are available at:
**http://jama.jamanetwork.com/article.aspx?articleid=1791497**

| | |
|---|---|
| **doxazosin** (generic of CARDURA) | |
| **terazosin** | |

**ANGIOTENSIN II RECEPTOR ANTAGONISTS/DIURETIC COMBINATIONS**
Guidelines for the use of angiotensin II receptor antagonists in various patient populations are available at:
**http://jama.jamanetwork.com/article.aspx?articleid=1791497**
**http://professional.diabetes.org**

| |
|---|
| **candesartan** |
| **candesartan/hydrochlorothiazide** |
| **eprosartan** |
| **irbesartan** |
| **irbesartan/hydrochlorothiazide** |
| **losartan** (generic of COZAAR) |
| **losartan/hydrochlorothiazide** (generic of HYZAAR) |
| **olmesartan** |
| **olmesartan/hydrochlorothiazide** |
| **telmisartan** (generic of MICARDIS) |
| **telmisartan/hydrochlorothiazide** (generic of MICARDIS HCT) |
| **valsartan** |
| **valsartan/hydrochlorothiazide** |

**ANGIOTENSIN II RECEPTOR ANTAGONIST/CALCIUM CHANNEL BLOCKER COMBINATIONS**

| |
|---|
| **amlodipine/olmesartan** (generic of AZOR) |
| **amlodipine/telmisartan** |
| **amlodipine/valsartan** |

**ANGIOTENSIN II RECEPTOR ANTAGONIST/CALCIUM CHANNEL BLOCKER/DIURETIC COMBINATIONS**

| |
|---|
| **amlodipine/valsartan/hydrochlorothiazide** |
| **olmesartan/amlodipine/hydrochlorothiazide** (generic of TRIBENZOR) |

**ANTIARRHYTHMICS**
Guidelines for the use of antiarrhythmics and cardiac glycosides in various patient populations are available at:
**http://www.acc.org**

| |
|---|
| **amiodarone** |
| **disopyramide** (generic of NORPACE) |
| disopyramide ext-rel (NORPACE CR) |
| **dofetilide** (generic of TIKOSYN) |
| dronedarone (MULTAQ) |
| **flecainide** |
| **propafenone** |
| **propafenone ext-rel** (generic of RYTHMOL SR) |
| **sotalol** |

**ANTILIPEMICS**
The 2013 ACC/AHA Guideline on the Treatment of Blood Cholesterol to Reduce Atherosclerotic Cardiovascular Risk in Adults is available at:
**http://circ.ahajournals.org/content/early/2013/11/11/01.cir.0000437738.63853.7a**

Bile Acid Resins

| |
|---|
| **cholestyramine** (generic of QUESTRAN/QUESTRAN LIGHT) |
| **colesevelam** (generic of WELCHOL) |
| **colestipol** (generic of COLESTID) |

17

**Cholesterol Absorption Inhibitors**

**ezetimibe**

**Fibrates**

**fenofibrate**
fenofibrate (ANTARA)
**fenofibrate** (generic of LIPOFEN)
**fenofibrate** (generic of LOFIBRA)
**fenofibric acid delayed-rel** (generic of TRILIPIX)
**gemfibrozil** (generic of LOPID)

**HMG-CoA Reductase Inhibitors/Combinations**

**atorvastatin**
**ezetimibe/simvastatin** (generic of VYTORIN)
**fluvastatin**
**lovastatin**
**pravastatin** (generic of PRAVACHOL)
**rosuvastatin**
**simvastatin** (generic of ZOCOR)

**Niacins**

**niacin ext-rel** (generic of NIASPAN)

**Omega-3 Fatty Acids**

icosapent ethyl (VASCEPA)
**omega-3 acid ethyl esters** (generic of LOVAZA)

**PCSK9 Inhibitors**

evolocumab (REPATHA)

**BETA-BLOCKERS**

Guidelines for the use of beta-blockers and beta-blocker combinations in various patient populations are available at:
**http://jama.jamanetwork.com/article.aspx?articleid=1791497**
**http://www.acc.org**

**atenolol** (generic of TENORMIN)
**bisoprolol**
**carvedilol** (generic of COREG)
**carvedilol phosphate ext-rel** (generic of COREG CR)
**labetalol**
**metoprolol succinate ext-rel** (generic of TOPROL-XL)
**metoprolol tartrate** (generic of LOPRESSOR)
**nadolol** (generic of CORGARD)
nebivolol (BYSTOLIC)
**pindolol**
**propranolol**
**propranolol ext-rel** (generic of INDERAL LA)

**BETA-BLOCKER/DIURETIC COMBINATIONS**

Guidelines for the use of beta-blockers and diuretic combinations in various patient populations are available at:
**http://jama.jamanetwork.com/article.aspx?articleid=1791497**
**http://www.acc.org**

**atenolol/chlorthalidone** (generic of TENORETIC)
**bisoprolol/hydrochlorothiazide** (generic of ZIAC)
**metoprolol/hydrochlorothiazide** (generic of LOPRESSOR HCT)

**CALCIUM CHANNEL BLOCKERS**
Dihydropyridines

| | |
|---|---|
| **amlodipine** | |
| **felodipine ext-rel** | |
| **nifedipine ext-rel** (generic of ADALAT CC) | |
| **nifedipine ext-rel** (generic of PROCARDIA XL) | |

Nondihydropyridines

| | |
|---|---|
| * | **diltiazem ext-rel** |
| | **diltiazem ext-rel** (generic of TIAZAC) |
| | **verapamil ext-rel** (generic of CALAN SR) |

* Listing does not include generic CARDIZEM LA

**CALCIUM CHANNEL BLOCKER/ANTILIPEMIC COMBINATIONS**

**amlodipine/atorvastatin** (generic of CADUET)

**DIGITALIS GLYCOSIDES**

digoxin 0.0625 mg, 0.1875 mg (LANOXIN)
**digoxin 0.125 mg, 0.25 mg**
**digoxin ped elixir**

**DIRECT RENIN INHIBITORS/DIURETIC COMBINATIONS**

aliskiren (TEKTURNA)
aliskiren/hydrochlorothiazide (TEKTURNA HCT)

**DIURETICS**
Carbonic Anhydrase Inhibitors

**acetazolamide**
**acetazolamide ext-rel**
**methazolamide**

Loop Diuretics

**bumetanide**
**furosemide** (generic of LASIX)
**torsemide** (generic of DEMADEX)

Potassium-sparing Diuretics

**amiloride**

Thiazides and Thiazide-like Diuretics

**chlorthalidone**
**hydrochlorothiazide**
**indapamide**
**metolazone**

Diuretic Combinations

**amiloride/hydrochlorothiazide**
**spironolactone/hydrochlorothiazide** (generic of ALDACTAZIDE)
**triamterene/hydrochlorothiazide** (generic of DYAZIDE)
**triamterene/hydrochlorothiazide** (generic of MAXZIDE)

**HEART FAILURE**

isosorbide dinitrate/hydralazine (BIDIL)
ivabradine (CORLANOR)
sacubitril/valsartan (ENTRESTO)

**NITRATES**

Oral

| | |
|---|---|
| **isosorbide dinitrate ext-rel tabs** | |
| **isosorbide dinitrate oral** (generic of ISORDIL) | |
| **isosorbide mononitrate** | |
| **isosorbide mononitrate ext-rel** (generic of IMDUR) | |

Sublingual/Translingual

| | |
|---|---|
| **nitroglycerin lingual spray** (generic of NITROLINGUAL) | |
| **nitroglycerin sublingual** (generic of NITROSTAT) | |

Transdermal

| | |
|---|---|
| **nitroglycerin transdermal** | |
| **nitroglycerin transdermal** (generic of NITRO-DUR) | |

**PULMONARY ARTERIAL HYPERTENSION**

Endothelin Receptor Antagonists

| | |
|---|---|
| ambrisentan (LETAIRIS) | |
| bosentan (TRACLEER) | |
| macitentan (OPSUMIT) | |

Phosphodiesterase Inhibitors

| | |
|---|---|
| **sildenafil** (generic of REVATIO) | |
| tadalafil (ADCIRCA) | |

Prostacyclin Receptor Agonists

| | |
|---|---|
| selexipag (UPTRAVI) | |

Prostaglandin Vasodilators

| | |
|---|---|
| **epoprostenol sodium** (generic of FLOLAN) | |
| treprostinil ext-rel (ORENITRAM) | |

Soluble Guanylate Cyclase Stimulators

| | |
|---|---|
| riociguat (ADEMPAS) | |

**MISCELLANEOUS**

| | |
|---|---|
| **hydralazine** | |
| **methyldopa** | |
| **midodrine** | |
| ranolazine ext-rel (RANEXA) | |

## CENTRAL NERVOUS SYSTEM

Practice guidelines for psychiatric disorders are available at:
**http://www.psych.org**

**ANTIANXIETY**

Benzodiazepines

| | |
|---|---|
| **alprazolam** (generic of XANAX) | |
| **clonazepam tabs** (generic of KLONOPIN) | |
| **diazepam** (generic of VALIUM) | |
| **lorazepam** (generic of ATIVAN) | |
| **oxazepam** | |

Miscellaneous

| | |
|---|---|
| **buspirone** | |
| **clomipramine** (generic of ANAFRANIL) | |
| **fluvoxamine** | |

**ANTICONVULSANTS**

Practice guidelines for the treatment of epilepsy are available at:
**http://www.aan.com**

| |
|---|
| **carbamazepine** (generic of TEGRETOL) |
| **carbamazepine ext-rel** |
| **carbamazepine ext-rel** (generic of CARBATROL) |
| **diazepam rectal gel** (generic of DIASTAT) |
| **divalproex sodium delayed-rel** (generic of DEPAKOTE) |
| **divalproex sodium ext-rel** (generic of DEPAKOTE ER) |
| **ethosuximide** (generic of ZARONTIN) |
| **gabapentin** (generic of NEURONTIN) |
| lacosamide (VIMPAT) |
| **lamotrigine** (generic of LAMICTAL) |
| **lamotrigine ext-rel** (generic of LAMICTAL XR) |
| **lamotrigine orally disintegrating tabs** (generic of LAMICTAL ODT) |
| **levetiracetam** (generic of KEPPRA) |
| **levetiracetam ext-rel** (generic of KEPPRA XR) |
| **oxcarbazepine** (generic of TRILEPTAL) |
| oxcarbazepine ext-rel (OXTELLAR XR) |
| perampanel (FYCOMPA) |
| **phenobarbital** |
| **phenytoin** (generic of DILANTIN INFATABS) |
| **phenytoin sodium extended** (generic of DILANTIN) |
| **primidone** (generic of MYSOLINE) |
| **tiagabine** (generic of GABITRIL) |
| **topiramate** (generic of TOPAMAX) |
| **topiramate ext-rel** |
| topiramate ext-rel (TROKENDI XR) |
| **valproic acid** (generic of DEPAKENE) |
| **zonisamide** |

**ANTIDEMENTIA**

Practice guidelines for the management of dementia are available at:
**http://www.aan.com**

| |
|---|
| **donepezil** (generic of ARICEPT) |
| **galantamine** (generic of RAZADYNE) |
| **galantamine ext-rel** (generic of RAZADYNE ER) |
| **memantine** (generic of NAMENDA) |
| **memantine ext-rel** |
| memantine/donepezil (NAMZARIC) |
| **rivastigmine** |
| **rivastigmine transdermal** (generic of EXELON) |

**ANTIDEPRESSANTS**

Although these agents are primarily indicated for depression, some of these are also approved for other indications, including bipolar disorder, obsessive-compulsive disorder, panic disorder and premenstrual dysphoric disorder.

Guidelines for the evaluation and management of bipolar and depressive disorders are available at:
**http://www.psych.org**

Monoamine Oxidase Inhibitors (MAOIs)

| |
|---|
| **phenelzine** (generic of NARDIL) |
| **tranylcypromine** (generic of PARNATE) |

**Selective Serotonin Reuptake Inhibitors (SSRIs)**

| | |
|---|---|
| **citalopram** (generic of CELEXA) | |
| **escitalopram** (generic of LEXAPRO) | |
| **fluoxetine** (generic of PROZAC) | |
| **fluoxetine 60 mg** | |
| **paroxetine HCl** (generic of PAXIL) | |
| **paroxetine HCl ext-rel** (generic of PAXIL CR) | |
| **sertraline** (generic of ZOLOFT) | |
| vilazodone (VIIBRYD) | |
| vortioxetine (TRINTELLIX) | |

**Serotonin Norepinephrine Reuptake Inhibitors (SNRIs)**

| | |
|---|---|
| **desvenlafaxine ext-rel** (generic of PRISTIQ) | |
| **duloxetine delayed-rel** | |
| **venlafaxine** | |
| **venlafaxine ext-rel** | |

**Tricyclic Antidepressants (TCAs)**

| | |
|---|---|
| **amitriptyline** | |
| **desipramine** (generic of NORPRAMIN) | |
| **doxepin** | |
| **imipramine HCl** (generic of TOFRANIL) | |
| **nortriptyline** (generic of PAMELOR) | |

**Miscellaneous Agents**

| | |
|---|---|
| **bupropion** | |
| **bupropion ext-rel** (generic of WELLBUTRIN SR) | |
| **bupropion ext-rel** (generic of WELLBUTRIN XL) | |
| **mirtazapine** (generic of REMERON) | |
| **trazodone** | |

## ANTIPARKINSONIAN AGENTS

Practice guidelines for the diagnosis and treatment of Parkinson's disease are available at:
**http://www.aan.com**

| | |
|---|---|
| **amantadine** | |
| **benztropine** | |
| **bromocriptine** (generic of PARLODEL) | |
| **carbidopa/levodopa** (generic of SINEMET) | |
| **carbidopa/levodopa ext-rel** (generic of SINEMET CR) | |
| **carbidopa/levodopa orally disintegrating tabs** | |
| **carbidopa/levodopa/entacapone** (generic of STALEVO) | |
| **entacapone** (generic of COMTAN) | |
| **pramipexole** (generic of MIRAPEX) | |
| **pramipexole ext-rel** (generic of MIRAPEX ER) | |
| **rasagiline** | |
| **ropinirole** (generic of REQUIP) | |
| **ropinirole ext-rel** (generic of REQUIP XL) | |
| rotigotine transdermal (NEUPRO) | |
| **selegiline** | |
| **trihexyphenidyl** | |

## ANTIPSYCHOTICS
**Atypicals**

| | |
|---|---|
| **aripiprazole** | |
| aripiprazole ext-rel inj (ABILIFY MAINTENA) | |
| aripiprazole lauroxil ext-rel inj (ARISTADA) | |
| cariprazine (VRAYLAR) | |

22

| | |
|---|---|
| **clozapine** (generic of CLOZARIL) | |
| lurasidone (LATUDA) | |
| **olanzapine** (generic of ZYPREXA) | |
| **quetiapine** (generic of SEROQUEL) | |
| **quetiapine ext-rel** | |
| **risperidone** (generic of RISPERDAL) | |
| risperidone long-acting injection (RISPERDAL CONSTA) | |
| **ziprasidone** (generic of GEODON) | |

Miscellaneous

| | |
|---|---|
| **chlorpromazine** | |
| **fluphenazine** | |
| **haloperidol** | |
| **perphenazine** | |
| **thiothixene** | |
| **trifluoperazine** | |

## ATTENTION DEFICIT HYPERACTIVITY DISORDER

Guidelines for the evaluation and management of attention deficit disorder are available at:
**http://www.aacap.org**
**http://www.aap.org**

| | |
|---|---|
| **amphetamine/dextroamphetamine mixed salts** | |
| **amphetamine/dextroamphetamine mixed salts ext-rel** | |
| amphetamine/dextroamphetamine mixed salts ext-rel (MYDAYIS) | |
| **atomoxetine** (generic of STRATTERA) | |
| **dexmethylphenidate** (generic of FOCALIN) | |
| **dexmethylphenidate ext-rel** (generic of FOCALIN XR) | |
| **dextroamphetamine** | |
| **dextroamphetamine ext-rel** (generic of DEXEDRINE SPANSULE) | |
| **guanfacine ext-rel** | |
| lisdexamfetamine (VYVANSE) | |
| **methylphenidate** (generic of METHYLIN) | |
| **methylphenidate** (generic of RITALIN) | |
| **methylphenidate ext-rel** | |
| methylphenidate ext-rel (APTENSIO XR) | |
| **methylphenidate ext-rel** (generic of CONCERTA) | |
| **methylphenidate ext-rel** (generic of RITALIN LA) | |
| methylphenidate ext-rel susp (QUILLIVANT XR) | |

## FIBROMYALGIA

| | |
|---|---|
| milnacipran (SAVELLA) | |
| pregabalin (LYRICA) | |

## HUNTINGTON'S DISEASE AGENTS

| | |
|---|---|
| deutetrabenazine (AUSTEDO) | |
| **tetrabenazine** | |

## HYPNOTICS

Practice parameters for the treatment of sleep disorders and clinical guidelines for the evaluation and management of chronic insomnia in adults are available at:
**http://www.aasmnet.org**

Benzodiazepines

| | |
|---|---|
| **temazepam** (generic of RESTORIL) | |

23

**Nonbenzodiazepines**

| | |
|---|---|
| **eszopiclone** | |
| suvorexant (BELSOMRA) | |
| **zolpidem** (generic of AMBIEN) | |
| **zolpidem ext-rel** (generic of AMBIEN CR) | |
| **zolpidem sublingual** | |

**Tricyclics**

| | |
|---|---|
| doxepin (SILENOR) | |

**MIGRAINE**

Guidelines for prevention and management of migraine headaches are available at:
**http://www.aan.com**

**Ergotamine Derivatives**

| | |
|---|---|
| **dihydroergotamine inj** (generic of D.H.E. 45) | |
| **dihydroergotamine spray** (generic of MIGRANAL) | |
| **ergotamine/caffeine** | |

**Selective Serotonin Agonists**

| | |
|---|---|
| **eletriptan** (generic of RELPAX) | |
| **naratriptan** | |
| **rizatriptan** (generic of MAXALT) | |
| **sumatriptan** (generic of IMITREX) | |
| **sumatriptan inj** (generic of IMITREX) | |
| sumatriptan inj (ZEMBRACE SYMTOUCH) | |
| sumatriptan nasal powder (ONZETRA XSAIL) | |
| **sumatriptan nasal spray** (generic of IMITREX) | |
| **zolmitriptan** (generic of ZOMIG) | |
| zolmitriptan nasal spray (ZOMIG) | |

**Selective Serotonin Agonist/Nonsteroidal Anti-inflammatory Drug (NSAID) Combinations**

| | |
|---|---|
| **sumatriptan/naproxen sodium** (generic of TREXIMET) | |

**Miscellaneous**

| | |
|---|---|
| **OTC**  **acetaminophen/aspirin/caffeine** (generic of EXCEDRIN MIGRAINE) | |

**MOOD STABILIZERS**

| | |
|---|---|
| **lithium carbonate** | |
| **lithium carbonate ext-rel tabs 300 mg** (generic of LITHOBID) | |
| **lithium carbonate ext-rel tabs 450 mg** | |

**MULTIPLE SCLEROSIS AGENTS**

Practice guidelines for multiple sclerosis are available at:
**http://www.aan.com**

| | |
|---|---|
| dimethyl fumarate delayed-rel (TECFIDERA) | |
| fingolimod (GILENYA) | |
| **glatiramer 20 mg/mL** | |
| **glatiramer 40 mg/mL** (generic of COPAXONE) | |
| interferon beta-1a (REBIF) | |
| interferon beta-1b (BETASERON) | |
| natalizumab (TYSABRI) | |
| teriflunomide (AUBAGIO) | |

**MUSCULOSKELETAL THERAPY AGENTS**

| | |
|---|---|
| **baclofen** | |
| **carisoprodol** | |

| | |
|---|---|
| **chlorzoxazone** | |
| **cyclobenzaprine** | |
| **dantrolene** (generic of DANTRIUM) | |
| **metaxalone** (generic of SKELAXIN) | |
| **methocarbamol** (generic of ROBAXIN) | |
| **orphenadrine/aspirin/caffeine** | |
| **tizanidine tabs** (generic of ZANAFLEX) | |

**MYASTHENIA GRAVIS**

**pyridostigmine** (generic of MESTINON)
**pyridostigmine ext-rel** (generic of MESTINON TIMESPAN)

**NARCOLEPSY**

**armodafinil**

**POSTHERPETIC NEURALGIA (PHN)**

gabapentin ext-rel (GRALISE)

**PSYCHOTHERAPEUTIC-MISCELLANEOUS**

Alcohol Deterrents

**acamprosate calcium** (generic of CAMPRAL)
**disulfiram** (generic of ANTABUSE)

Opioid Antagonists

**naloxone inj**
naloxone nasal spray (NARCAN)
**naltrexone**

Partial Opioid Agonist/Opioid Antagonist Combinations

buprenorphine/naloxone sublingual film (SUBOXONE)
**buprenorphine/naloxone sublingual tabs**
buprenorphine/naloxone sublingual tabs (ZUBSOLV)

Pseudobulbar Affect Agents

dextromethorphan/quinidine (NUEDEXTA)

Smoking Deterrents

Treating Tobacco Use and Dependence: 2008 Update-Clinical Practice Guideline is available at:
**http://www.ahrq.gov/professionals/clinicians-providers/guidelines-recommendations/tobacco/index.html**

| | |
|---|---|
| | **bupropion ext-rel** (generic of ZYBAN) |
| OTC | **nicotine polacrilex gum** (generic of NICORETTE) |
| OTC | nicotine polacrilex lozenge (NICORETTE) |
| OTC | **nicotine transdermal** (generic of NICODERM CQ) |
| | varenicline (CHANTIX) |

Vasomotor Symptom Agents

**paroxetine mesylate**

**ENDOCRINE AND METABOLIC**

**ACROMEGALY**

lanreotide acetate (SOMATULINE DEPOT)
pegvisomant (SOMAVERT)

**ANDROGENS**

Clinical practice guidelines for the treatment of hypogonadism are available at:
**http://www.aace.com**

| |
|---|
| **testosterone cypionate** |
| **testosterone enanthate** |
| **testosterone gel** |
| testosterone gel 1.62% (ANDROGEL) |
| **testosterone soln** |
| testosterone transdermal (ANDRODERM) |

**ANTIDIABETICS**

Guidelines of treatment and management of diabetes are available at:
**http://professional.diabetes.org**

**Alpha-glucosidase Inhibitors**

| |
|---|
| **acarbose** (generic of PRECOSE) |

**Amylin Analogs**

| |
|---|
| pramlintide (SYMLINPEN) |

**Biguanides**

| |
|---|
| **metformin** (generic of GLUCOPHAGE) |
| **metformin ext-rel** (generic of GLUCOPHAGE XR) |

**Biguanide/Sulfonylurea Combinations**

| |
|---|
| **glipizide/metformin** |

**Dipeptidyl Peptidase-4 (DPP-4) Inhibitors**

| |
|---|
| linagliptin (TRADJENTA) |
| sitagliptin phosphate (JANUVIA) |

**Dipeptidyl Peptidase-4 (DPP-4) Inhibitor/Biguanide Combinations**

| |
|---|
| linagliptin/metformin (JENTADUETO) |
| linagliptin/metformin ext-rel (JENTADUETO XR) |
| sitagliptin/metformin (JANUMET) |
| sitagliptin/metformin ext-rel (JANUMET XR) |

**Incretin Mimetic Agents**

| |
|---|
| dulaglutide (TRULICITY) |
| liraglutide (VICTOZA) |
| semaglutide (OZEMPIC) |

**Incretin Mimetic Agent/Insulin Combinations**

| |
|---|
| lixisenatide/insulin glargine (SOLIQUA) |

**Insulins**

| | |
|---|---|
| | insulin aspart (FIASP) |
| | insulin aspart (NOVOLOG) |
| | insulin aspart protamine 70%/insulin aspart 30% (NOVOLOG MIX 70/30) |
| | insulin degludec (TRESIBA) |
| | insulin detemir (LEVEMIR) |
| | insulin glargine (BASAGLAR) |
| | insulin human (HUMULIN R U-500) |
| OTC | insulin human (NOVOLIN R) |
| OTC | insulin isophane human (NOVOLIN N) |
| OTC | insulin isophane human 70%/regular 30% (NOVOLIN 70/30) |

**Insulin Sensitizers**

**pioglitazone**

**Insulin Sensitizer/Biguanide Combinations**

**pioglitazone/metformin** (generic of ACTOPLUS MET)

**Insulin Sensitizer/Sulfonylurea Combinations**

**pioglitazone/glimepiride** (generic of DUETACT)

**Meglitinides**

**nateglinide**

**repaglinide** (generic of PRANDIN)

**Sodium-Glucose Co-Transporter 2 (SGLT2) Inhibitors**

canagliflozin (INVOKANA)

dapagliflozin (FARXIGA)

**Sodium-Glucose Co-Transporter 2 (SGLT2) Inhibitor/Biguanide Combinations**

canagliflozin/metformin (INVOKAMET)

canagliflozin/metformin ext-rel (INVOKAMET XR)

dapagliflozin/metformin ext-rel (XIGDUO XR)

**Sodium-Glucose Co-Transporter 2 (SGLT2) Inhibitor/Dipeptidyl Peptidase-4 (DPP-4) Inhibitor Combinations**

dapagliflozin/saxagliptin (QTERN)

**Sulfonylureas**

**glimepiride** (generic of AMARYL)

**glipizide** (generic of GLUCOTROL)

**glipizide ext-rel** (generic of GLUCOTROL XL)

**glyburide**

**Supplies**

blood glucose continuous monitoring receivers, sensors, transmitters (DEXCOM CONTINUOUS GLUCOSE MONITORING SYSTEM)

blood glucose monitoring kits, test strips (ONETOUCH ULTRA kits and test strips)

blood glucose monitoring kits, test strips (ONETOUCH VERIO kits and test strips)

insulin infusion disposable pump (OMNIPOD INSULIN INFUSION PUMP)

**OTC**    insulin syringes, needles (BD ULTRAFINE insulin syringes and needles)

**OTC**    lancets

**ANTIOBESITY**

Guidelines of treatment and management of obesity are available at:

**http://www.aace.com**

**http://www.nhlbi.nih.gov/health-pro/guidelines/in-develop/obesity-evidence-review**

**Injectable**

liraglutide (SAXENDA)

**Oral**

lorcaserin (BELVIQ)

lorcaserin ext-rel (BELVIQ XR)

naltrexone/bupropion ext-rel (CONTRAVE)

**CALCIUM REGULATORS**
Guidelines of treatment and management of osteoporosis are available at:
**http://www.aace.com**
**http://www.nof.org**

Bisphosphonates

**alendronate** (generic of FOSAMAX)

**ibandronate** (generic of BONIVA)

**risedronate** (generic of ACTONEL)

**risedronate delayed-rel** (generic of ATELVIA)

Calcitonins

**calcitonin-salmon spray**

Parathyroid Hormones

teriparatide (FORTEO)

abaloparatide (TYMLOS)

Miscellaneous

denosumab (PROLIA)

**CARNITINE DEFICIENCY AGENTS**

**levocarnitine**

**CONTRACEPTIVES**
EE = ethinyl estradiol
ME = mestranol

Monophasic
*20 mcg Estrogen*

**drospirenone/EE 3/20** (generic of YAZ)

**drospirenone/EE/levomefolate 3/20 and levomefolate**

**levonorgestrel/EE 0.1/20 - Lessina**

**norethindrone acetate/EE 1/20** (generic of LOESTRIN 1/20)

**norethindrone acetate/EE 1/20 and iron** (generic of LOESTRIN FE 1/20)

**norethindrone acetate/EE 1/20 and iron chewable** (generic of MINASTRIN 24 FE)

*30 mcg Estrogen*

**desogestrel/EE 0.15/30**

**drospirenone/EE 3/30** (generic of YASMIN)

**drospirenone/EE/levomefolate 3/30 and levomefolate** (generic of SAFYRAL)

**levonorgestrel/EE 0.15/30 - Levora**

**norethindrone acetate/EE 1.5/30** (generic of LOESTRIN 1.5/30)

**norethindrone acetate/EE 1.5/30 and iron** (generic of LOESTRIN FE 1.5/30)

**norgestrel/EE 0.3/30 - Low-Ogestrel**

*35 mcg Estrogen*

**ethynodiol diacetate/EE 1/35 - Zovia 1/35**

**norethindrone/EE 0.5/35**

**norethindrone/EE 0.5/35** (generic of BREVICON)

**norethindrone/EE 1/35**

**norethindrone EE 1/35** (generic of ORTHO-NOVUM 1/35)

**norgestimate/EE 0.25/35** (generic of ORTHO-CYCLEN)

*50 mcg Estrogen*

**ethynodiol diacetate/EE 1/50 - Zovia 1/50**

**norethindrone/ME 1/50**

Biphasic
| | |
|---|---|
| **desogestrel/EE** (generic of MIRCETTE) | |
| norethindrone acetate/EE 1/10 and EE 10 and iron (LO LOESTRIN FE) | |

Triphasic
| | |
|---|---|
| **desogestrel/EE** (generic of CYCLESSA) | |
| **levonorgestrel/EE - Trivora** | |
| **norethindrone/EE** (generic of ORTHO-NOVUM 7/7/7) | |
| **norethindrone/EE** (generic of TRI-NORINYL) | |
| **norgestimate/EE** (generic of ORTHO TRI-CYCLEN) | |
| **norgestimate/EE** (generic of ORTHO TRI-CYCLEN LO) | |

Four Phase
| | |
|---|---|
| estradiol valerate and dienogest/estradiol valerate (NATAZIA) | |

Extended Cycle
| | |
|---|---|
| **levonorgestrel/EE 0.1/20 and EE 10** (generic of LOSEASONIQUE) | |
| **levonorgestrel/EE 0.15/30** | |
| **levonorgestrel/EE 0.15/30 and EE 10** (generic of SEASONIQUE) | |

Progestin Only
| | |
|---|---|
| **norethindrone** | |
| **norethindrone** (generic of ORTHO MICRONOR) | |

Injectable
| | |
|---|---|
| **medroxyprogesterone acetate 150 mg/mL** (generic of DEPO-PROVERA) | |

Progestin Intrauterine Devices
| | |
|---|---|
| levonorgestrel releasing IUD (KYLEENA) | |
| levonorgestrel releasing IUD (MIRENA) | |
| levonorgestrel releasing IUD (SKYLA) | |

Transdermal
| | |
|---|---|
| **norelgestromin/EE** | |

Vaginal
| | |
|---|---|
| etonogestrel/EE ring (NUVARING) | |

**ENDOMETRIOSIS**
| | |
|---|---|
| **danazol** | |

**ESTROGENS**

Guidelines of treatment and management of hormone therapy and menopause are available at:
**http://www.menopause.org**
**https://www.aace.com/files/menopause.pdf**

Oral
| | |
|---|---|
| **estradiol** (generic of ESTRACE) | |
| estrogens, conjugated (PREMARIN) | |
| **estropipate** | |

Transdermal
| | |
|---|---|
| **estradiol** (generic of CLIMARA) | |
| estradiol (DIVIGEL) | |
| estradiol (EVAMIST) | |
| estradiol (MINIVELLE) | |
| **estradiol** (generic of VIVELLE-DOT) | |

**Vaginal**

| | |
|---|---|
| **estradiol vaginal crm** (generic of ESTRACE) | |
| estradiol vaginal ring (ESTRING) | |
| **estradiol vaginal tabs** (generic of VAGIFEM) | |
| estrogens, conjugated crm (PREMARIN) | |

**ESTROGEN/PROGESTINS**

**Oral**

| | |
|---|---|
| **estradiol/norethindrone** | |
| estrogens, conjugated/medroxyprogesterone (PREMPHASE) | |
| estrogens, conjugated/medroxyprogesterone (PREMPRO) | |
| **EE/norethindrone acetate - Jinteli** | |

**Transdermal**

| | |
|---|---|
| estradiol/levonorgestrel (CLIMARA PRO) | |
| estradiol/norethindrone acetate (COMBIPATCH) | |

**ESTROGEN/SELECTIVE ESTROGEN RECEPTOR MODULATOR COMBINATIONS**

| | |
|---|---|
| conjugated estrogens/bazedoxifene (DUAVEE) | |

**FERTILITY REGULATORS**

**GNRH/LHRH Antagonists**

| | |
|---|---|
| cetrorelix (CETROTIDE) | |
| ganirelix | |

**Ovulation Stimulants, Gonadotropins**

| | |
|---|---|
| choriogonadotropin alfa (OVIDREL) | |
| follitropin alfa (GONAL-F) | |

**Ovulation Stimulants, Synthetic**

| | |
|---|---|
| **clomiphene** | |

**GAUCHER DISEASE**

| | |
|---|---|
| eliglustat (CERDELGA) | |
| imiglucerase (CEREZYME) | |

**GLUCOCORTICOIDS**

| | |
|---|---|
| **dexamethasone** | |
| **fludrocortisone** | |
| **hydrocortisone** (generic of CORTEF) | |
| **methylprednisolone** (generic of MEDROL) | |
| **prednisolone** | |
| **prednisone** | |

**GLUCOSE ELEVATING AGENTS**

| | |
|---|---|
| glucagon, human recombinant (GLUCAGEN HYPOKIT) | |
| glucagon, human recombinant (GLUCAGON EMERGENCY KIT) | |

**HEREDITARY TYROSINEMIA TYPE 1 AGENTS**

**Metabolic Modifiers**

| | |
|---|---|
| nitisinone (ORFADIN) | |

**HUMAN GROWTH HORMONES**

Guidelines for use of growth hormone are available at:
**http://www.aace.com/publications/guidelines**

| | |
|---|---|
| somatropin (HUMATROPE) | |
| somatropin (NORDITROPIN) | |

## HYPERPARATHYROID TREATMENT, VITAMIN D ANALOGS
**calcitriol (1,25-D3)** (generic of ROCALTROL)
**doxercalciferol** (generic of HECTOROL)
**paricalcitol** (generic of ZEMPLAR)

## PHENYLKETONURIA TREATMENT AGENTS
sapropterin (KUVAN)

## PHOSPHATE BINDER AGENTS
**calcium acetate** (generic of PHOSLO)
calcium acetate (PHOSLYRA)
**calcium acetate tabs**
**lanthanum carbonate**
**sevelamer carbonate**
sucroferric oxyhydroxide (VELPHORO)

## POTASSIUM-REMOVING AGENTS
patiromer sorbitex (VELTASSA)

## PROGESTINS
### Oral
**medroxyprogesterone acetate** (generic of PROVERA)
**megestrol acetate susp** (generic of MEGACE ES)
**norethindrone acetate** (generic of AYGESTIN)
**progesterone, micronized** (generic of PROMETRIUM)

### Vaginal
progesterone gel (CRINONE)
progesterone vaginal inserts (ENDOMETRIN)

## SELECTIVE ESTROGEN RECEPTOR MODULATORS
ospemifene (OSPHENA)
**raloxifene** (generic of EVISTA)

## THYROID AGENTS
### Antithyroid Agents
**methimazole** (generic of TAPAZOLE)
**propylthiouracil**

### Thyroid Supplements
**levothyroxine**
**levothyroxine** (generic of SYNTHROID)
**levothyroxine - Levoxyl**
**liothyronine** (generic of CYTOMEL)

## VASOPRESSINS
**desmopressin spray, tabs** (generic of DDAVP)

## MISCELLANEOUS
**cabergoline**

31

## GASTROINTESTINAL

Guidelines for the treatment and management of various gastrointestinal diseases/conditions are available at:
**http://gi.org**
**http://www.gastro.org**

### ANTIDIARRHEALS

| | |
|---|---|
| | **diphenoxylate/atropine** (generic of LOMOTIL) |
| | **loperamide** |
| OTC | **loperamide** (generic of IMODIUM A-D) |

### ANTIEMETICS

| | |
|---|---|
| | doxylamine/pyridoxine delayed-rel (DICLEGIS) |
| | **dronabinol** (generic of MARINOL) |
| | **granisetron** |
| | granisetron transdermal (SANCUSO) |
| | **meclizine** |
| | **metoclopramide** (generic of REGLAN) |
| | **ondansetron** (generic of ZOFRAN) |
| | **prochlorperazine** |
| | **promethazine** |
| | rolapitant (VARUBI) |
| | **trimethobenzamide** (generic of TIGAN) |

### ANTISPASMODICS

| | |
|---|---|
| | **chlordiazepoxide/clidinium** |
| | **dicyclomine** (generic of BENTYL) |
| | **hyoscyamine sulfate** (generic of LEVSIN) |
| | **hyoscyamine sulfate ext-rel** (generic of LEVBID) |
| | **hyoscyamine sulfate ext-rel caps** |
| | **hyoscyamine sulfate orally disintegrating tabs** |

### CHOLELITHOLYTICS

| | |
|---|---|
| | **ursodiol** (generic of ACTIGALL) |
| | **ursodiol** (generic of URSO) |

### H₂ RECEPTOR ANTAGONISTS

| | |
|---|---|
| | **cimetidine** |
| OTC | **cimetidine** (generic of TAGAMET HB 200) |
| | **famotidine** (generic of PEPCID) |
| OTC | **famotidine** (generic of PEPCID AC) |
| | **ranitidine** (generic of ZANTAC) |
| OTC | **ranitidine** (generic of ZANTAC 75, ZANTAC 150) |

### INFLAMMATORY BOWEL DISEASE
#### Oral Agents

| | |
|---|---|
| | **balsalazide** |
| | **budesonide delayed-rel caps** |
| | budesonide ext-rel (UCERIS) |
| | **mesalamine delayed-rel tabs** (generic of LIALDA) |
| | mesalamine ext-rel caps (APRISO) |
| | mesalamine ext-rel caps (PENTASA) |
| | **sulfasalazine** (generic of AZULFIDINE) |
| | **sulfasalazine delayed-rel** (generic of AZULFIDINE EN-TABS) |

#### Rectal Agents

| | |
|---|---|
| | hydrocortisone acetate foam (CORTIFOAM) |
| | **hydrocortisone enema** |

| | |
|---|---|
| **mesalamine rectal susp** (generic of ROWASA) | |
| mesalamine supp (CANASA) | |

**IRRITABLE BOWEL SYNDROME**
Irritable Bowel Syndrome with Constipation

| | |
|---|---|
| linaclotide (LINZESS) | |
| lubiprostone (AMITIZA) | |

Irritable Bowel Syndrome with Diarrhea

| | |
|---|---|
| **alosetron** | |
| eluxadoline (VIBERZI) | |

**LAXATIVES**

| | |
|---|---|
| **lactulose** | |
| **peg 3350/electrolytes** (generic of GOLYTELY) | |
| **peg 3350/electrolytes** (generic of NULYTELY) | |
| **polyethylene glycol 3350** (generic of MIRALAX) | |
| sodium sulfate/potassium sulfate/magnesium sulfate (SUPREP) | |

**OPIOID-INDUCED CONSTIPATION**

| | |
|---|---|
| naloxegol (MOVANTIK) | |

**PANCREATIC ENZYMES**

| | |
|---|---|
| pancrelipase (VIOKACE) | |
| pancrelipase delayed-rel (CREON) | |
| pancrelipase delayed-rel (ZENPEP) | |

**PROSTAGLANDINS**

| | |
|---|---|
| **misoprostol** (generic of CYTOTEC) | |

**PROTON PUMP INHIBITORS**

| | |
|---|---|
| dexlansoprazole delayed-rel (DEXILANT) | |
| **esomeprazole delayed-rel** | |
| **lansoprazole delayed-rel** | |
| **omeprazole delayed-rel** (generic of PRILOSEC) | |
| <span style="color:red">OTC</span> omeprazole magnesium delayed-rel (PRILOSEC OTC) | |
| **pantoprazole delayed-rel** | |

**SALIVA STIMULANTS**

| | |
|---|---|
| **cevimeline** (generic of EVOXAC) | |
| **pilocarpine tabs** (generic of SALAGEN) | |

**STEROIDS, RECTAL**

| | |
|---|---|
| hydrocortisone acetate/pramoxine foam (PROCTOFOAM-HC) | |
| **hydrocortisone crm** (generic of ANUSOL-HC) | |

**ULCER THERAPY COMBINATIONS**

| | |
|---|---|
| bismuth/metronidazole/tetracycline (PYLERA) | |
| **lansoprazole + amoxicillin + clarithromycin** (generic of PREVPAC) | |

**MISCELLANEOUS**

| | |
|---|---|
| **sucralfate** (generic of CARAFATE) | |

## GENITOURINARY

**BENIGN PROSTATIC HYPERPLASIA**
Guidelines for the management of BPH are available at:
**http://www.auanet.org/guidelines**

| | |
|---|---|
| **alfuzosin ext-rel** | |
| **dutasteride** (generic of AVODART) | |
| **dutasteride/tamsulosin** | |
| **finasteride** (generic of PROSCAR) | |
| silodosin (RAPAFLO) | |
| **tamsulosin** (generic of FLOMAX) | |

**ERECTILE DYSFUNCTION**
Guidelines for the management of erectile dysfunction are available at:
**http://www.auanet.org/guidelines**

Alprostadil Agents

alprostadil supp (MUSE)

Phosphodiesterase Inhibitors

tadalafil (CIALIS)

**URINARY ANTISPASMODICS**

**darifenacin ext-rel**
fesoterodine ext-rel (TOVIAZ)
mirabegron ext-rel (MYRBETRIQ)
**oxybutynin**
**oxybutynin ext-rel** (generic of DITROPAN XL)
solifenacin succinate (VESICARE)
**tolterodine** (generic of DETROL)
**tolterodine ext-rel**
**trospium**
**trospium ext-rel**

**VAGINAL ANTI-INFECTIVES**

|  | |
|---|---|
| | **clindamycin crm** (generic of CLEOCIN) |
| OTC | **clotrimazole** (generic of GYNE-LOTRIMIN) |
| | **metronidazole** (generic of METROGEL-VAGINAL) |
| OTC | **miconazole** (generic of MONISTAT) |
| | **terconazole** |
| | **terconazole** (generic of TERAZOL 7) |
| OTC | **tioconazole** (generic of VAGISTAT-1) |

**MISCELLANEOUS**

|  | |
|---|---|
| | **bethanechol** (generic of URECHOLINE) |
| OTC | **phenazopyridine** |
| | **phenazopyridine** (generic of PYRIDIUM) |
| | **potassium citrate ext-rel** (generic of UROCIT-K) |

34

# HEMATOLOGIC

Guidelines of treatment and management of hemophilia are available at:
**http://www.hemophilia.org**

## ANTICOAGULANTS

CHEST guidelines are available at:
**http://www.chestnet.org/Guidelines-and-Resources/Guidelines-and-Consensus-Statements/Antithrombotic-Guidelines-9th-Ed**

### Injectable

| | |
|---|---|
| dalteparin (FRAGMIN) | |
| **enoxaparin** (generic of LOVENOX) | |

### Oral

| | |
|---|---|
| apixaban (ELIQUIS) | |
| rivaroxaban (XARELTO) | |
| **warfarin** (generic of COUMADIN) | |

### Synthetic Heparinoid-like Agents

| |
|---|
| **fondaparinux** (generic of ARIXTRA) |

## HEMATOPOIETIC GROWTH FACTORS

Guidelines for the management of neutropenia are available at:
**http://www.asco.org**

Guidelines for the management of anemia associated with chronic kidney disease are available at:
**http://www.kidney.org/professionals/kdoqi/guidelines_commentaries.cfm#guidelines**

| |
|---|
| darbepoetin alfa (ARANESP) |
| epoetin alfa (PROCRIT) |
| filgrastim-sndz (ZARXIO) |

## HEMOPHILIA AGENTS

| |
|---|
| antihemophilic factor (recombinant) (KOGENATE FS) |
| antihemophilic factor (recombinant) (KOVALTRY) |
| antihemophilic factor (recombinant) (NOVOEIGHT) |
| human coagulation factor VIII (rDNA) simoctocog alfa (NUWIQ) |

## HEREDITARY ANGIOEDEMA

| |
|---|
| C1 esterase inhibitor, recombinant (RUCONEST) |

## IDIOPATHIC THROMBOCYTOPENIC PURPURA AGENTS

| |
|---|
| eltrombopag (PROMACTA) |

## PAROXYSMAL NOCTURNAL HEMOGLOBINURIA (PNH) AGENTS

| |
|---|
| eculizumab (SOLIRIS) |

## PLATELET AGGREGATION INHIBITORS

| | |
|---|---|
| **OTC** | **aspirin** |
| | **clopidogrel** |
| | **dipyridamole** |
| | **dipyridamole ext-rel/aspirin** (generic of AGGRENOX) |
| | **prasugrel** |
| | ticagrelor (BRILINTA) |

## PLATELET SYNTHESIS INHIBITORS

| |
|---|
| **anagrelide** (generic of AGRYLIN) |

**STEM CELL MOBILIZERS**

plerixafor (MOZOBIL)

**MISCELLANEOUS**

**cilostazol**

## IMMUNOLOGIC AGENTS

Guidelines for the management of rheumatic diseases are available at:
**http://www.rheumatology.org**

**ALLERGENIC EXTRACTS**

grass mixed pollen allergen extract (ORALAIR)

ragweed pollen allergen extract (RAGWITEK)

timothy grass pollen allergen extract (GRASTEK)

**AUTOIMMUNE  AGENTS ‡**

adalimumab (HUMIRA)

apremilast (OTEZLA)

etanercept (ENBREL)

sarilumab (KEVZARA)

secukinumab (COSENTYX)

**#**    ustekinumab (STELARA SUBCUTANEOUS)

‡ Coverage may be altered or copay amounts may vary based on the condition being treated (e.g., psoriasis).
# STELARA SUBCUTANEOUS only for Plaque Psoriasis and Psoriatic Arthritis.

**DISEASE-MODIFYING ANTIRHEUMATIC DRUGS (DMARDs)**

**hydroxychloroquine** (generic of PLAQUENIL)

**leflunomide** (generic of ARAVA)

**methotrexate**

methotrexate auto-injector (RASUVO)

**IMMUNOMODULATORS**
CDC recommendations on the treatment of hepatitis are available at:
**http://www.cdc.gov/hepatitis/Resources/**

Guidelines for the management of hepatitis are available at:
**http://www.aasld.org**

*Interferons*

interferon alfa-2b (INTRON A)

peginterferon alfa-2a (PEGASYS)

peginterferon alfa-2b (SYLATRON)

*Miscellaneous*

canakinumab (ILARIS)

**IMMUNOSUPPRESSANTS**
*Antimetabolites*

azathioprine (AZASAN)

**azathioprine** (generic of IMURAN)

**mycophenolate mofetil** (generic of CELLCEPT)

**mycophenolate sodium delayed-rel** (generic of MYFORTIC)

*Calcineurin Inhibitors*

**cyclosporine** (generic of SANDIMMUNE)

**cyclosporine, modified** (generic of NEORAL)

**tacrolimus** (generic of PROGRAF)

**Rapamycin Derivatives**

        **sirolimus** (generic of RAPAMUNE)

## NUTRITIONAL/SUPPLEMENTS

**ELECTROLYTES**
Potassium

        **potassium chloride ext-rel**

        **potassium chloride liquid**

Miscellaneous

OTC      **electrolyte soln, oral** (generic of PEDIALYTE)

**VITAMINS AND MINERALS**
Folic Acid/Combinations

        **folic acid**

        **folic acid/vitamin B6/vitamin B12**

Prenatal Vitamins

        prenatal vitamins/DHA/docusate/folic acid (CITRANATAL 90 DHA)

        prenatal vitamins/DHA/docusate/folic acid (CITRANATAL DHA)

        prenatal vitamins/DHA/docusate/folic acid (CITRANATAL HARMONY)

        prenatal vitamins/docusate/folic acid (CITRANATAL RX)

        prenatal vitamins/docusate/folic acid + DHA (CITRANATAL ASSURE)

        prenatal vitamins/folic acid + pyridoxine (CITRANATAL B-CALM)

        **prenatal vitamins**

Miscellaneous

OTC      **calcium carbonate** (generic of OS-CAL)

        **cyanocobalamin inj**

        **ergocalciferol (D2)**

OTC      **ferrous sulfate** (generic of FEOSOL)

        **fluoride drops**

        **fluoride tabs**

        **multivitamins/fluoride drops, tabs**

        **multivitamins/fluoride/iron drops, tabs**

OTC      **multivitamins/minerals** (generic of CENTRUM)

        **vitamin ADC/fluoride drops**

        **vitamin ADC/fluoride/iron drops**

## RESPIRATORY

Guidelines to the management, prevention, or treatment of COPD and asthma are available at:
**http://www.aaaai.org**
**http://www.ginasthma.com**
**http://www.goldcopd.com**
**http://www.nhlbi.nih.gov**

The Allergy Report and guidelines for allergy-related conditions are available at:
**http://www.aaaai.org**

**ANAPHYLAXIS TREATMENT AGENTS**

        **epinephrine auto-injector**

        epinephrine auto-injector (EPIPEN)

        epinephrine auto-injector (EPIPEN JR.)

**ANTICHOLINERGICS**

| | |
|---|---|
| **ipratropium soln** | |
| tiotropium (SPIRIVA) | |
| umeclidinium bromide (INCRUSE ELLIPTA) | |

**ANTICHOLINERGIC/BETA AGONIST COMBINATIONS**
Short Acting

| | |
|---|---|
| **ipratropium/albuterol soln** | |
| ipratropium/albuterol, CFC-free aerosol (COMBIVENT RESPIMAT) | |

Long Acting

| | |
|---|---|
| glycopyrrolate/formoterol (BEVESPI AEROSPHERE) | |
| tiotropium/olodaterol (STIOLTO RESPIMAT) | |
| umeclidinium/vilanterol (ANORO ELLIPTA) | |

**ANTICHOLINERGIC/BETA AGONIST/STEROID INHALANT COMBINATIONS**

| | |
|---|---|
| fluticasone/umeclidinium/vilanterol (TRELEGY ELLIPTA) | |

**ANTIHISTAMINES, LOW SEDATING**

| | |
|---|---|
| OTC | **cetirizine** (generic of ZYRTEC) |
| | **levocetirizine** (generic of XYZAL) |

**ANTIHISTAMINES, NONSEDATING**

| | |
|---|---|
| OTC | **fexofenadine** (generic of ALLEGRA) |
| OTC | **loratadine** (generic of CLARITIN) |

**ANTIHISTAMINES, SEDATING**

| | |
|---|---|
| OTC | **chlorpheniramine 4 mg** (generic of CHLOR-TRIMETON ALLERGY) |
| OTC | **clemastine 1.34 mg** |
| | **clemastine 2.68 mg** |
| | **cyproheptadine** |
| OTC | **diphenhydramine** (generic of BENADRYL) |
| | **hydroxyzine HCl** |

**ANTIHISTAMINE/DECONGESTANT COMBINATIONS**

| | |
|---|---|
| OTC | **cetirizine/pseudoephedrine ext-rel** (generic of ZYRTEC-D 12 Hour) |
| OTC | **dexbrompheniramine/pseudoephedrine ext-rel 6 mg/120 mg** (generic of DRIXORAL) |
| OTC | **loratadine/pseudoephedrine ext-rel** (generic of CLARITIN-D) |

**ANTITUSSIVES**
Clinical practice guidelines are available at:
**http://journal.publications.chestnet.org/article.aspx?articleID=1084267**

| | |
|---|---|
| **benzonatate** (generic of TESSALON) | |

**ANTITUSSIVE COMBINATIONS**
Opioid

| | |
|---|---|
| **codeine/chlorpheniramine/pseudoephedrine** | |
| **codeine/guaifenesin liquid** | |
| **codeine/guaifenesin/pseudoephedrine** | |
| **codeine/promethazine** | |
| **codeine/promethazine/phenylephrine** | |
| **hydrocodone/homatropine** | |

Non-opioid

| | |
|---|---|
| **dextromethorphan/brompheniramine/pseudoephedrine** | |
| OTC | **dextromethorphan/guaifenesin** (generic of ROBITUSSIN-DM) |
| **dextromethorphan/promethazine** | |

**BETA AGONISTS**
Inhalants
*Short Acting*

| | |
|---|---|
| **albuterol soln** | |
| albuterol sulfate aerosol powder breath-activated (PROAIR RESPICLICK) | |
| albuterol sulfate, CFC-free aerosol (PROAIR HFA) | |
| **levalbuterol tartrate, CFC-free aerosol** | |

*Long Acting*
Hand-held Active Inhalation

| | |
|---|---|
| olodaterol, CFC-free aerosol (STRIVERDI RESPIMAT) | |
| salmeterol xinafoate (SEREVENT) | |

Nebulized Passive Inhalation

| | |
|---|---|
| formoterol inhalation soln (PERFOROMIST) | |

Oral Agents

| | |
|---|---|
| **albuterol** | |
| **albuterol ext-rel** | |
| **terbutaline** | |

**CYSTIC FIBROSIS**

| | |
|---|---|
| dornase alfa (PULMOZYME) | |
| **tobramycin inhalation soln** | |
| tobramycin inhalation soln (BETHKIS) | |

**LEUKOTRIENE MODULATORS**

| | |
|---|---|
| **montelukast** (generic of SINGULAIR) | |
| **zafirlukast** | |
| **zileuton ext-rel** | |

**MAST CELL STABILIZERS**

| | |
|---|---|
| **cromolyn soln** | |

**NASAL ANTIHISTAMINES**

| | |
|---|---|
| **azelastine spray** | |
| **azelastine spray** (generic of ASTEPRO) | |
| **olopatadine spray** (generic of PATANASE) | |

**NASAL STEROIDS/COMBINATIONS**

| | |
|---|---|
| azelastine/fluticasone spray (DYMISTA) | |
| **flunisolide spray** | |
| **fluticasone spray** | |
| **mometasone spray** | |
| **triamcinolone acetonide spray** | |

**PHOSPHODIESTERASE-4 INHIBITORS**

| | |
|---|---|
| roflumilast (DALIRESP) | |

**PULMONARY FIBROSIS AGENTS**

| | |
|---|---|
| nintedanib (OFEV) | |
| pirfenidone (ESBRIET) | |

**STEROID/BETA AGONIST COMBINATIONS**

| | |
|---|---|
| budesonide/formoterol (SYMBICORT) | |
| fluticasone/salmeterol (ADVAIR) | |
| fluticasone/salmeterol, CFC-free aerosol (ADVAIR HFA) | |
| fluticasone/vilanterol (BREO ELLIPTA) | |

**STEROID INHALANTS**

| | |
|---|---|
| | beclomethasone, CFC-free aerosol (QVAR) |
| | budesonide (PULMICORT FLEXHALER) |
| | **budesonide inh susp** (generic of PULMICORT RESPULES) |
| | fluticasone (FLOVENT DISKUS) |
| | fluticasone, CFC-free aerosol (FLOVENT HFA) |
| | mometasone (ASMANEX) |

**XANTHINES**

| | |
|---|---|
| | **theophylline ext-rel tabs** |

**MISCELLANEOUS**

| | |
|---|---|
| | **ipratropium spray** |
| | omalizumab (XOLAIR) |

## TOPICAL

**DERMATOLOGY**

Acne

Guidelines for the care and treatment of acne vulgaris are available at:
**http://www.aad.org/education-and-quality-care/clinical-guidelines**

*Oral*

| | |
|---|---|
| | **isotretinoin** |

*Topical*

| | |
|---|---|
| | **adapalene** (generic of DIFFERIN) |
| | **adapalene/benzoyl peroxide** (generic of EPIDUO) |
| | adapalene/benzoyl peroxide (EPIDUO FORTE) |
| OTC | **benzoyl peroxide** |
| | **benzoyl peroxide** (generic of BENZAC AC) |
| | **clindamycin gel, lotion, soln** (generic of CLEOCIN T) |
| | **clindamycin/benzoyl peroxide** (generic of ACANYA) |
| | **clindamycin/benzoyl peroxide** (generic of BENZACLIN) |
| | **clindamycin/benzoyl peroxide** (generic of DUAC) |
| | **erythromycin gel 2%** |
| | **erythromycin soln** |
| | **erythromycin/benzoyl peroxide** (generic of BENZAMYCIN) |
| | **sulfacetamide lotion 10%** (generic of KLARON) |
| | **tazarotene** (generic of TAZORAC) |
| | **tretinoin** (generic of ATRALIN) |
| | **tretinoin** (generic of RETIN-A) |
| | **tretinoin - Avita** |
| | **tretinoin gel microsphere** (generic of RETIN-A MICRO) |

Actinic Keratosis

| | |
|---|---|
| | fluorouracil crm 4% (TOLAK) |
| | **fluorouracil crm 5%, soln 5%, soln 2%** |
| | imiquimod (ZYCLARA) |
| | ingenol mebutate (PICATO) |

Antibiotics

| | |
|---|---|
| OTC | **bacitracin** |
| | **gentamicin** |
| | **mupirocin** (generic of BACTROBAN) |
| OTC | **neomycin/polymyxin B/bacitracin** (generic of NEOSPORIN) |
| OTC | **polymyxin B/bacitracin** (generic of POLYSPORIN) |
| | **silver sulfadiazine** (generic of SILVADENE) |

### Antifungals

|     |     |
| --- | --- |
|     | **ciclopirox** (generic of LOPROX) |
|     | **clotrimazole** |
| OTC | **clotrimazole** (generic of LOTRIMIN AF) |
|     | **econazole** |
|     | efinaconazole (JUBLIA) |
|     | **ketoconazole** |
|     | luliconazole (LUZU) |
| OTC | **miconazole** (generic of MICATIN) |
|     | **naftifine** (generic of NAFTIN) |
|     | **nystatin** |
| OTC | terbinafine (LAMISIL AT) |
| OTC | **tolnaftate** (generic of TINACTIN) |

### Antipsoriatics

Guidelines of care for the management and treatment of psoriasis with topical therapies are available at:
**http://www.aad.org**

*Oral*

|     |     |
| --- | --- |
|     | **acitretin** (generic of SORIATANE) |
|     | **methoxsalen oral** (generic of OXSORALEN-ULTRA) |

*Topical*

|     |     |
| --- | --- |
|     | **calcipotriene** (generic of DOVONEX) |

### Antiseborrheics

|     |     |
| --- | --- |
|     | **ketoconazole shampoo 2%** (generic of NIZORAL) |
|     | **selenium sulfide shampoo 2.5%** |

### Atopic Dermatitis

Guidelines for the treatment of atopic dermatitis are available at:
**http://www.aad.org/education/clinical-guidelines**

*Injectable*

|     |     |
| --- | --- |
|     | dupilumab (DUPIXENT) |

*Topical*

|     |     |
| --- | --- |
|     | pimecrolimus (ELIDEL) |
|     | **tacrolimus** |

### Corticosteroids

*Low Potency*

|     |     |
| --- | --- |
|     | **alclometasone crm, oint 0.05%** |
|     | **desonide crm, lotion, oint 0.05%** (generic of DESOWEN) |
|     | **fluocinolone acetonide soln 0.01%** |
|     | **hydrocortisone crm 2.5%** |
| OTC | **hydrocortisone crm, oint 0.5%, 1%** (generic of CORTIZONE) |
|     | **hydrocortisone lotion 1%** |

*Medium Potency*

|     |     |
| --- | --- |
|     | **betamethasone valerate crm, lotion, oint 0.1%** |
|     | **clocortolone crm 0.1%** |
|     | **desoximetasone crm, oint 0.05%** (generic of TOPICORT LP) |
|     | **fluocinolone acetonide crm, oint 0.025%** |
|     | **fluticasone propionate crm, lotion 0.05%, oint 0.005%** (generic of CUTIVATE) |
|     | **hydrocortisone butyrate crm, oint, soln 0.1%** |
|     | **hydrocortisone valerate crm, oint 0.2%** (generic of WESTCORT) |
|     | **mometasone crm, lotion, oint 0.1%** (generic of ELOCON) |

| | |
|---|---|
| | **triamcinolone acetonide crm, lotion 0.025%** |
| | **triamcinolone acetonide crm, lotion, oint 0.1%** |

*High Potency*

| | |
|---|---|
| | **betamethasone dipropionate augmented crm 0.05%** (generic of DIPROLENE AF) |
| | **betamethasone dipropionate augmented lotion 0.05%** (generic of DIPROLENE) |
| | **betamethasone dipropionate crm, lotion, oint 0.05%** |
| | **desoximetasone crm, oint 0.25%, gel 0.05%** (generic of TOPICORT) |
| | **diflorasone diacetate crm 0.05%** |
| | **fluocinonide crm, gel, oint, soln 0.05%** |
| | **triamcinolone acetonide crm 0.5%** |

*Very High Potency*

| | |
|---|---|
| | **betamethasone dipropionate augmented gel, oint 0.05%** (generic of DIPROLENE) |
| | **clobetasol propionate crm, gel, oint, soln 0.05%** (generic of TEMOVATE) |
| | **clobetasol propionate foam 0.05%** |
| | **clobetasol propionate lotion, shampoo 0.05%** (generic of CLOBEX) |
| | **diflorasone diacetate oint 0.05%** |
| | **halobetasol propionate crm, oint 0.05%** (generic of ULTRAVATE) |

Emollients

| | |
|---|---|
| | **ammonium lactate 12%** (generic of LAC-HYDRIN) |

Local Analgesics

| | |
|---|---|
| | **lidocaine patch** (generic of LIDODERM) |

Local Anesthetics

| | |
|---|---|
| OTC | **lidocaine** (generic of LMX-4) |
| | **lidocaine/prilocaine** |

Rosacea

| | |
|---|---|
| | azelaic acid gel (FINACEA) |
| | **doxycycline monohydrate** (generic of ORACEA) |
| | ivermectin (SOOLANTRA) |
| | **metronidazole crm 0.75%** (generic of METROCREAM) |
| | **metronidazole gel 0.75%** |
| | **metronidazole gel 1%** (generic of METROGEL) |
| | **metronidazole lotion 0.75%** (generic of METROLOTION) |

Scabicides and Pediculicides

| | |
|---|---|
| | **malathion** (generic of OVIDE) |
| | **permethrin 5%** |
| OTC | **permethrin creme rinse 1%** (generic of NIX) |
| OTC | **pyrethrins/piperonyl butoxide 4%** (generic of A-200) |
| OTC | **pyrethrins/piperonyl butoxide shampoo 4%** (generic of RID) |

Miscellaneous Skin and Mucous Membrane

| | |
|---|---|
| | **imiquimod** (generic of ALDARA) |
| | **podofilox** (generic of CONDYLOX) |
| OTC | **salicylic acid 17%/collodion** (generic of DUOFILM) |

**MOUTH/THROAT/DENTAL AGENTS**
Anesthetics - Topical Oral

| | |
|---|---|
| | **lidocaine viscous** |

Protectants - Mouth/Throat

| | |
|---|---|
| | benzyl alcohol/carbomer 941/glycerin (MUGARD) |
| | soy phospholipid/glycerol dioleate (EPISIL) |

**Steroids - Mouth/Throat**

| | |
|---|---|
| | **triamcinolone paste** |

## OPHTHALMIC

Preferred Practice Pattern Guidelines for the treatment of various ophthalmic conditions are available at:
**http://one.aao.org**

### Antiallergics

| | |
|---|---|
| | alcaftadine (LASTACAFT) |
| | **azelastine** |
| | **cromolyn sodium** |
| OTC | **ketotifen** (generic of ZADITOR) |
| | **olopatadine** (generic of PATADAY) |
| | **olopatadine** (generic of PATANOL) |
| | olopatadine (PAZEO) |

### Anti-infectives

| | |
|---|---|
| | **bacitracin** |
| | besifloxacin (BESIVANCE) |
| | ciprofloxacin oint (CILOXAN) |
| | **ciprofloxacin soln** (generic of CILOXAN) |
| | **erythromycin** |
| | **gentamicin** |
| | **levofloxacin** |
| | moxifloxacin (MOXEZA) |
| | **moxifloxacin** (generic of VIGAMOX) |
| | **neomycin/polymyxin B/gramicidin** (generic of NEOSPORIN) |
| | **ofloxacin** (generic of OCUFLOX) |
| | **polymyxin B/bacitracin** |
| | **polymyxin B/trimethoprim** (generic of POLYTRIM) |
| | **sulfacetamide oint 10%** |
| | **sulfacetamide soln 10%** (generic of BLEPH-10) |
| | **tobramycin** (generic of TOBREX) |

### Anti-infective/Anti-inflammatory Combinations

| | |
|---|---|
| | **neomycin/polymyxin B/bacitracin/hydrocortisone oint** |
| | **neomycin/polymyxin B/dexamethasone** (generic of MAXITROL) |
| | **neomycin/polymyxin B/hydrocortisone susp** |
| | **sulfacetamide/prednisolone phosphate 10%/0.25%** |
| | tobramycin/dexamethasone oint 0.3%/0.1% (TOBRADEX) |
| | tobramycin/dexamethasone susp 0.3%/0.05% (TOBRADEX ST) |
| | **tobramycin/dexamethasone susp 0.3%/0.1%** (generic of TOBRADEX) |
| | tobramycin/loteprednol (ZYLET) |

### Anti-inflammatories
*Nonsteroidal*

| | |
|---|---|
| | **bromfenac sodium** |
| | **diclofenac sodium** |
| | **ketorolac** (generic of ACULAR) |
| | ketorolac tromethamine (ACUVAIL) |
| | nepafenac (ILEVRO) |
| | nepafenac (NEVANAC) |

*Steroidal*

| | |
|---|---|
| | dexamethasone (MAXIDEX) |
| | **dexamethasone sodium phosphate** |
| | difluprednate (DUREZOL) |
| | **fluorometholone** |

43

| | |
|---|---|
| | fluorometholone (FLAREX) |
| | fluorometholone (FML FORTE) |
| | fluorometholone (FML S.O.P.) |
| | prednisolone acetate (PRED MILD) |
| | **prednisolone acetate 1%** |
| | prednisolone phosphate 1% |

**Antivirals**

**trifluridine** (generic of VIROPTIC)

**Beta-blockers**
*Nonselective*

**levobunolol** (generic of BETAGAN)

**metipranolol**

timolol hemihydrate (BETIMOL)

**timolol maleate** (generic of TIMOPTIC)

**timolol maleate gel** (generic of TIMOPTIC-XE)

*Selective*

betaxolol (BETOPTIC S)

**Carbonic Anhydrase Inhibitors**
*Topical*

brinzolamide (AZOPT)

**dorzolamide** (generic of TRUSOPT)

**Carbonic Anhydrase Inhibitor/Beta-blocker Combinations**

**dorzolamide/timolol maleate** (generic of COSOPT)

**Carbonic Anhydrase Inhibitor/Sympathomimetic Combinations**

brinzolamide/brimonidine (SIMBRINZA)

**Dry Eye Disease**

cyclosporine, emulsion (RESTASIS)

lifitegrast (XIIDRA)

**Prostaglandins**

bimatoprost (LUMIGAN)

**latanoprost** (generic of XALATAN)

travoprost (TRAVATAN Z)

**Sympathomimetics**

**brimonidine** (generic of ALPHAGAN P)

**brimonidine 0.2%**

**Sympathomimetic/Beta-blocker Combinations**

brimonidine/timolol (COMBIGAN)

**OTIC**
Clinical practice guidelines for the treatment of otitis media are available at:
**http://www.aap.org**

**Anti-infectives**

**acetic acid**

**ofloxacin otic**

**Anti-infective/Anti-inflammatory Combinations**

ciprofloxacin/dexamethasone (CIPRODEX)

**neomycin/polymyxin B/hydrocortisone** (generic of CORTISPORIN OTIC)

Miscellaneous

OTC        **carbamide peroxide 6.5%** (generic of DEBROX)

## SPECIALTY DRUGS

CVS Specialty is a leading provider of specialty pharmaceuticals to individuals with chronic or genetic conditions throughout the United States.

CVS Specialty is dedicated to helping individuals by providing services for the following:

**ACROMEGALY**
**octreotide acetate**
  (SANDOSTATIN)[1]
Sandostatin LAR
Somatuline Depot
Somavert

**ALCOHOL/OPIOID DEPENDENCY**
Lucemyra
Vivitrol

**ALLERGEN IMMUNOTHERAPY**
Oralair

**ALPHA-1 ANTITRYPSIN DEFICIENCY**
Aralast NP
Glassia
Zemaira

**ANEMIA**
Aranesp
Epogen
Procrit

**ASTHMA**
Cinqair
Fasenra
Nucala
Xolair

**ATOPIC DERMATITIS**
Dupixent

**BOTULINUM TOXINS**
Botox
Dysport
Myobloc
Xeomin

**CARDIAC DISORDERS**
**dofetilide** (TIKOSYN)[1]

**COAGULATION DISORDERS**
Ceprotin

**CONTRACEPTIVES**
Kyleena
Liletta
Mirena
Nexplanon
Skyla

**CRYOPYRIN-ASSOCIATED PERIODIC SYNDROMES**
Arcalyst
Ilaris

**CYSTIC FIBROSIS**
Bethkis
Kitabis Pak
Pulmozyme
TOBI Podhaler
**tobramycin nebulizer** (TOBI)[1]

**ELECTROLYTE DISORDERS**
Samsca

**GASTROINTESTINAL DISORDERS-OTHER**
Gattex
Ocaliva
Solesta

**GOUT**
Krystexxa

**GROWTH HORMONE & RELATED DISORDERS**
*Growth Hormone Disorders*
Genotropin
Humatrope
Norditropin
Nutropin AQ
Omnitrope
Saizen
Serostim
Zomacton
Zorbtive

**GROWTH HORMONE & RELATED DISORDERS**
*IGF-1 Deficiency*
Increlex

**HEMATOPOIETICS**
Mozobil
Neumega

**HEMOPHILIA, VON WILLEBRAND DISEASE & RELATED BLEEDING DISORDERS**
Advate
Adynovate
Afstyla
Alphanate
AlphaNine SD
Alprolix
Bebulin
BeneFIX
Corifact
Eloctate
Feiba NF
Fibryga
Helixate FS
Hemlibra
Hemofil M
Humate-P
Idelvion
Ixinity
Koate-DVI
Kogenate FS
Kovaltry
Monoclate-P
Mononine
Novoeight
NovoSeven RT
Nuwiq
Obizur
Profilnine SD
Rebinyn
Recombinate
RiaSTAP
Rixubis
Stimate

45

Tretten
Vonvendi
Wilate
Xyntha

### HEPATITIS

**adefovir dipivoxil**  (HEPSERA)[1]
Daklinza
**entecavir** (BARACLUDE)[1]
Epclusa
Harvoni
Intron A
**lamivudine** (EPIVIR, EPIVIR HBV)[1]
Mavyret
Pegasys
PegIntron
RibaTab
**ribavirin caps**
   (ribasphere, REBETOL)[1]
**ribavirin tabs**
   (ribasphere, MODERIBA)[1]
Sovaldi
Technivie
**tenofovir disoproxil fumarate**
   (VIREAD)[1]
Vemlidy
Viekira Pak
Vosevi
Zepatier

### HEREDITARY ANGIOEDEMA

Berinert
Cinryze
Firazyr
Haegarda
Kalbitor
Ruconest

### HIV MEDICATIONS

**abacavir tab** (ZIAGEN)[1]
**abacavir/lamivudine** (EPZICOM)[1]
**abacavir/lamivudine/**
   **zidovudine  tab** (TRIZIVIR)[1]
Aptivus
**atazanavir sulfate** (REYATAZ)[1]
Atripla
Biktarvy
Cimduo
Complera
Crixivan
Descovy
**didanosine**
   (VIDEX, VIDEX EC)[1]
Edurant
**efavirenz** (SUSTIVA)[1]
Egrifta
Emtriva

Evotaz
**fosamprenavir** (LEXIVA)[1]
Fuzeon
Genvoya
Intelence
Invirase
Isentress
Juluca
**lamivudine** (EPIVIR)[1]
**lamivudine/zidovudine**
   (COMBIVIR)[1]
Lexiva
**lopinavir/ritonavir  soln**
   (KALETRA)[1]
**nevirapine**
   (VIRAMUNE, VIRAMUNE XR)[1]
Odefsey
Prezcobix
Prezista
Rescriptor
Retrovir Injectable
**ritonavir** (NORVIR)[1]
Selzentry
**stavudine** (ZERIT)[1]
Stribild
Symfi
Symfi Lo
**tenofovir disoproxil fumarate**
   (VIREAD)[1]
Tivicay
Triumeq
Truvada
Tybost
Viracept
**zidovudine** (RETROVIR)[1]

### HORMONAL THERAPIES

Aveed
Eligard
Firmagon
**leuprolide acetate** (LUPRON)[1]
Lupaneta Pack
Lupron Depot
Natpara
Supprelin LA
Trelstar
Vantas
Zoladex

### IMMUNE DEFICIENCIES & RELATED DISORDERS

Bivigam
Carimune NF
Cuvitru
Cytogam
Flebogamma DIF
GamaSTAN S/D

Gammagard Liquid
Gammagard S/D
Gammaked
Gammaplex
Gamunex C
HepaGam B
Hizentra
HyperHEP B
HyperRHO S/D
HyQvia
MICRhoGAM
Nabi-HB
Octagam
Privigen
RhoGAM
Rhophylac
Varizig
WinRho SDF

### INFECTIOUS DISEASE - OTHER

Actimmune
Alferon N

### INFERTILITY

Bravelle
Cetrotide
Chorionic Gonadotropin
Follistim AQ
Ganirelix acetate
Gonal-F
Menopur
Ovidrel

### INFLAMMATORY BOWEL DISEASE

Cimzia
Entyvio
Humira
Inflectra
Remicade
Renflexis
Simponi
Stelara
Tysabri
Xeljanz

### IRON OVERLOAD

**deferoxamine** (DESFERAL)[1]
Exjade
Jadenu

### LIPID DISORDERS - PCSK9 INHIBITORS

Praluent
Repatha

46

**LYSOSOMAL STORAGE DISORDERS**
Aldurazyme
Cerdelga
Cerezyme
Cystagon
Elaprase
Elelyso
Fabrazyme
Kanuma
Lumizyme
**miglustat**[1]
Naglazyme
Vimizim
VPRIV

**MOVEMENT DISORDERS**
Apokyn
Austedo
Northera
Nuplazid
Soliris
**tetrabenazine** (XENAZINE)[1]

**MULTIPLE SCLEROSIS**
Ampyra
Aubagio
Avonex
Betaseron
Extavia
Gilenya
**glatiramer acetate**
   (COPAXONE, glatopa)[1]
Lemtrada
**mitoxantrone HCI**[1]
Ocrevus
Plegridy
Rebif[2]
Tecfidera
Tysabri

**NEUTROPENIA**
Granix
Leukine
Neulasta
Neupogen
Zarxio

**ONCOLOGY - INJECTABLE**[2]
Adcetris
Arzerra
Avastin
**azacitidine** (VIDAZA)[1]
Bavencio
Beleodaq
Bendeka
Blincyto

Bortezomib
Cyramza
Darzalex
**decitabine** (DACOGEN)[1]
Empliciti
Erbitux
Evomela
Folotyn
Fusilev
Gazyva
Halaven
Herceptin
Imfinzi
Intron A
Istodax
Ixempra
Jevtana
Kadcyla
Keytruda
Kyprolis
Levoleucovorin Calcium
**mitoxantrone HCI**[1]
Oncaspar
Opdivo
Perjeta
Portrazza
Proleukin
Rituxan
Rituxan Hycela
Romidepsin
Sylatron
Sylvant
Tecentriq
Temodar
Tepadina
Thyrogen
Torisel
Treanda
Valstar
Vectibix
Velcade
Xgeva
Yervoy
Yondelis
Zaltrap
**zoledronic acid** (ZOMETA)[1]

**ONCOLOGY - ORAL/TOPICAL**
Afinitor
Alecensa
Alunbrig
**bexarotene** (TARGRETIN)[1]
Bosulif
Cabometyx
**capecitabine** (XELODA)[1]
Cotellic
Erivedge

Erleada
Farydak
Hycamtin
Ibrance
Idhifa
**imatinib mesylate** (GLEEVEC)[1]
Inlyta
Iressa
Jakafi
Kisqali
Kisqali Femara Co-Pack
Lonsurf
Mekinist
Mugard
Nerlynx
Nexavar
Ninlaro
Odomzo
Pomalyst
Purixan
Revlimid
Rubraca
Rydapt
Sprycel
Stivarga
Sutent
Tafinlar
Tagrisso
Tarceva
Tasigna
**temozolomide** (TEMODAR)[1]
Thalomid
Tykerb
Verzenio
Votrient
Xalkori
Xtandi
Zelboraf
Zolinza
Zykadia
Zytiga

**OSTEOARTHRITIS**
Durolane
Euflexxa
Gel-One
Gelsyn-3
Genvisc 850
Hyalgan
Hymovis
Monovisc
Orthovisc
Supartz FX
Synvisc
Synvisc-One
Visco-3

47

**OSTEOPOROSIS**
Forteo
Prolia
Tymlos
**zoledronic acid** (RECLAST)[1]

**PAROXYSMAL NOCTURNAL HEMOGLOBINURIA**
Soliris

**PHENYLKETONURIA**
Kuvan

**PRE-TERM BIRTH**
Makena

**PSORIASIS**
Cimzia
Cosentyx
Enbrel
Humira
Inflectra
Otezla
Otrexup
Rasuvo
Remicade
Renflexis
Siliq
Stelara
Taltz
Tremfya
Xeljanz

**PULMONARY ARTERIAL HYPERTENSION**
Adcirca
Adempas
**epoprostenol sodium**
   (FLOLAN, VELETRI)[1]
Letairis
Opsumit
Orenitram
Remodulin

**sildenafil citrate** (REVATIO)[1]
Tracleer
Tyvaso
Uptravi
Veletri
Ventavis

**PULMONARY DISORDERS-OTHER**
Esbriet
Ofev

**RARE DISORDERS - OTHER**
Crysvita

**RENAL DISEASE**
Parsabiv
Sensipar

**RESPIRATORY SYNCYTIAL VIRUS**
Synagis

**RETINAL DISORDERS**
Eylea
Iluvien
Lucentis
Macugen
Ozurdex
Retisert
Visudyne

**RHEUMATOID ARTHRITIS**
Actemra
Cimzia
Enbrel
Humira
Inflectra
Kevzara
Olumiant
Orencia
Otrexup
Rasuvo

Remicade
Renflexis
Rituxan
Simponi
Simponi ARIA
Xeljanz

**SEIZURE DISORDERS**
H.P Acthar Gel
Sabril tabs
**vigabatrin pwd** (SABRIL PWD)[1]

**SYSTEMIC LUPUS ERYTHEMATOSUS**
Benlysta

**THROMBOCYTOPENIA**
Doptelet
Nplate
Promacta

**TRANSPLANT**
Astagraf XL
**cyclosporine**
   (gengraf, NEORAL,
   SANDIMMUNE)[1]
Envarsus XR
**mycophenolate mofetil**
   (CELLCEPT,
   CELLCEPT INJECTABLE)[1]
**mycophenolate sodium dr**
   (MYFORTIC)[1]
Nulojix
Prograf Injectable
**sirolimus tab** (RAPAMUNE)[1]
**tacrolimus** (PROGRAF)[1]
Zortress

**UREA CYCLE DISORDERS**
**sodium phenylbutyrate**
   (BUPHENYL)[1]
Ravicti

---

[1]  Bold lowercase type indicates generic name and availability; nonbold lowercase type within parentheses indicates trademark generics listed only when no brand is available; products in all capital letters within parentheses indicate brand names of generic products.

[2]  Call CVS Caremark for specific medications available through CVS Specialty.

## WEBSITES

**Agency for Healthcare Research and Quality**
**http://www.ahrq.gov**

**Alzheimer's Association**
**http://www.alz.org**

**American Academy of Allergy, Asthma and Immunology**
**http://www.aaaai.org**

**American Academy of Child & Adolescent Psychiatry**
**http://www.aacap.org**

**American Academy of Dermatology**
**http://www.aad.org**

**American Academy of Neurology**
**http://www.aan.com**

**American Academy of Ophthalmology**
**http://www.aao.org**

**American Academy of Pediatrics**
**http://www.aap.org**

**American Association for the Study of Liver Disease**
**http://www.aasld.org**

**American Association of Clinical Endocrinologists**
**http://www.aace.com**

**American Association of Diabetes Educators**
**http://www.diabeteseducator.org**

**American Cancer Society**
**http://www.cancer.org**

**American College of Allergy, Asthma and Immunology**
**http://www.acaai.org**

**American College of Cardiology**
**http://www.acc.org**

**American College of Chest Physicians**
**http://www.chestnet.org**

**American College of Gastroenterology**
**http://gi.org**

**American College of Physicians**
**http://www.acponline.org**

**American College of Rheumatology**
**http://www.rheumatology.org**

**American Congress of Obstetricians and Gynecologists**
**http://www.acog.org**

**American Diabetes Association**
**http://www.diabetes.org**

**American Gastroenterological Association**
**http://www.gastro.org**

**American Headache Society Committee for Headache Education**
**http://www.achenet.org**

**American Heart Association**
**http://www.myamericanheart.org**

**American Lung Association**
**http://www.lung.org**

**American Medical Association**
**http://www.ama-assn.org**

**American Psychiatric Association**
**http://www.psych.org**

**American Society of Anesthesiologists**
**http://www.asahq.org**

**American Society of Clinical Oncology**
**http://www.asco.org**

**American Society of Interventional Pain Physicians**
**http://www.asipp.org**

**American Urological Association**
**http://www.auanet.org**

**Centers for Disease Control and Prevention**
**http://www.cdc.gov**

**Centers for Disease Control and Prevention Guideline topics: AIDS**
**http://www.cdc.gov/hiv/default.html**

**Centers for Disease Control and Prevention Guideline topics: Sexually Transmitted Diseases**
**http://www.cdc.gov/std/treatment/default.htm**

**CVS Caremark**
**http://www.caremark.com**

**The Food and Drug Administration**
**http://www.fda.gov**

Global Initiative for Asthma
http://www.ginasthma.com

Infectious Diseases Society of America
http://www.idsociety.org

Institute for Safe Medication Practices
http://www.ismp.org

Johns Hopkins AIDS Service
http://www.thebody.com/content/art12096.html

Juvenile Diabetes Research Foundation International
http://jdrf.org

MedWatch
http://www.fda.gov/Safety/MedWatch/default.htm

National Agricultural Library
http://www.nal.usda.gov

National Cancer Institute
http://www.cancer.gov/cancertopics

National Comprehensive Cancer Network
http://www.nccn.org

National Foundation for Infectious Diseases
http://www.nfid.org

National Guideline Clearinghouse
http://www.guideline.gov

National Heart, Lung and Blood Institute
http://www.nhlbi.nih.gov

National Institutes of Health
http://www.nih.gov

National Kidney Foundation
http://www.kidney.org

National Osteoporosis Foundation
http://www.nof.org

North American Menopause Society
http://www.menopause.org

United States Department of Health and Human Services
http://www.hhs.gov

World Health Organization
http://www.who.int

# INDEX

## A

A-200, 42
**abacavir tabs, 13**
abacavir/dolutegravir/lamivudine, 13
**abacavir/lamivudine, 13**
abaloparatide, 28
ABILIFY MAINTENA, 22
abiraterone, 15
**acamprosate calcium, 25**
ACANYA, 40
**acarbose, 26**
ACCUPRIL, 16
ACCURETIC, 16
**acetaminophen, 10**
**acetaminophen/aspirin/caffeine, 24**
**acetazolamide, 19**
**acetazolamide ext-rel, 19**
**acetic acid, 44**
**acitretin, 41**
ACTIGALL, 32
ACTONEL, 28
ACTOPLUS MET, 27
ACULAR, 43
ACUVAIL, 43
**acyclovir caps, tabs, 14**
ADALAT CC, 19
adalimumab, 36
**adapalene, 40**
**adapalene/benzoyl peroxide, 40**
ADCIRCA, 20
ADEMPAS, 20
ADVAIR, 39
ADVAIR HFA, 39
ADVIL, 10
AFINITOR, 15
AGGRENOX, 35
AGRYLIN, 35
**albuterol, 39**
**albuterol ext-rel, 39**
**albuterol soln, 39**
albuterol sulfate aerosol powder breath-activated, 39
albuterol sulfate, CFC-free aerosol, 39
alcaftadine, 43
**alclometasone crm, oint 0.05%, 41**
ALDACTAZIDE, 19
ALDACTONE, 16
ALDARA, 42
**alendronate, 28**
ALEVE, 10
**alfuzosin ext-rel, 34**
aliskiren, 19
aliskiren/hydrochlorothiazide, 19
ALKERAN, 14
ALLEGRA, 38
**allopurinol, 10**
**alosetron, 33**
ALPHAGAN P, 44
**alprazolam, 20**
alprostadil supp, 34
ALTACE, 16
altretamine, 14
**amantadine, 22**

AMARYL, 27
AMBIEN, 24
AMBIEN CR, 24
ambrisentan, 20
**amiloride, 19**
**amiloride/hydrochlorothiazide, 19**
**amiodarone, 17**
AMITIZA, 33
**amitriptyline, 22**
**amlodipine, 19**
**amlodipine/atorvastatin, 19**
**amlodipine/benazepril, 16**
**amlodipine/olmesartan, 17**
**amlodipine/telmisartan, 17**
**amlodipine/valsartan, 17**
**amlodipine/valsartan/hydrochlorothiazide, 17**
**ammonium lactate 12%, 42**
**amoxicillin, 12**
**amoxicillin/clavulanate, 12**
**amoxicillin/clavulanate ext-rel, 12**
**amphetamine/dextroamphetamine mixed salts, 23**
**amphetamine/dextroamphetamine mixed salts ext-rel, 23**
**ampicillin, 12**
ANAFRANIL, 20
**anagrelide, 35**
ANAPROX, 10
**anastrozole, 15**
ANDRODERM, 26
ANDROGEL, 26
ANORO ELLIPTA, 38
ANTABUSE, 25
ANTARA, 18
antihemophilic factor (recombinant), 35
ANUSOL-HC, 33
apixaban, 35
apremilast, 36
APRISO, 32
APTENSIO XR, 23
ARANESP, 35
ARAVA, 36
ARICEPT, 21
ARIMIDEX, 15
**aripiprazole, 22**
aripiprazole ext-rel inj, 22
aripiprazole lauroxil ext-rel inj, 22
ARISTADA, 22
ARIXTRA, 35
**armodafinil, 25**
AROMASIN, 15
ASMANEX, 40
**aspirin, 35**
ASTEPRO, 39
**atazanavir, 13**
atazanavir/cobicistat, 13
ATELVIA, 28
**atenolol, 18**
**atenolol/chlorthalidone, 18**
ATIVAN, 20
**atomoxetine, 23**
**atorvastatin, 18**
**atovaquone/proguanil, 12**
ATRALIN, 40
ATRIPLA, 13

AUBAGIO, 24
AUGMENTIN, 12
AUSTEDO, 23
AVELOX, 12
AVODART, 34
AYGESTIN, 31
AZASAN, 36
azathioprine, 36
azelaic acid gel, 42
**azelastine, 43**
**azelastine spray, 39**
azelastine/fluticasone spray, 39
**azithromycin, 12**
AZOPT, 44
AZOR, 17
AZULFIDINE, 32
AZULFIDINE EN-TABS, 32

# B

**bacitracin, 40, 43**
**baclofen, 24**
BACTROBAN, 40
**balsalazide, 32**
BARACLUDE, 14
BASAGLAR, 26
BD ULTRAFINE insulin syringes and needles, 27
beclomethasone, CFC-free aerosol, 40
BELBUCA, 10
BELSOMRA, 24
BELVIQ, 27
BELVIQ XR, 27
BENADRYL, 38
**benazepril, 16**
**benazepril/hydrochlorothiazide, 16**
BENTYL, 32
BENZAC AC, 40
BENZACLIN, 40
BENZAMYCIN, 40
**benzonatate, 38**
**benzoyl peroxide, 40**
**benztropine, 22**
benzyl alcohol/carbomer 941/glycerin, 42
besifloxacin, 43
BESIVANCE, 43
BETAGAN, 44
**betamethasone dipropionate augmented crm 0.05%, 42**
**betamethasone dipropionate augmented gel, oint 0.05%, 42**
**betamethasone dipropionate augmented lotion 0.05%, 42**
**betamethasone dipropionate crm, lotion, oint 0.05%, 42**
**betamethasone valerate crm, lotion, oint 0.1%, 41**
BETASERON, 24
betaxolol, 44
**bethanechol, 34**
BETHKIS, 39
BETIMOL, 44
BETOPTIC S, 44
BEVESPI AEROSPHERE, 38
**bexarotene caps, 15**
**bicalutamide, 15**
BIDIL, 19
bimatoprost, 44
bismuth/metronidazole/tetracycline, 33
**bisoprolol, 18**
**bisoprolol/hydrochlorothiazide, 18**
BLEPH-10, 43

blood glucose continuous monitoring receivers, sensors, transmitters, 27
blood glucose monitoring kits, test strips, 27
BONIVA, 28
bosentan, 20
BOSULIF, 15
bosutinib, 15
BREO ELLIPTA, 39
BREVICON, 28
BRILINTA, 35
**brimonidine, 44**
**brimonidine 0.2%, 44**
brimonidine/timolol, 44
brinzolamide, 44
brinzolamide/brimonidine, 44
**bromfenac sodium, 43**
**bromocriptine, 22**
budesonide, 40
**budesonide delayed-rel caps, 32**
budesonide ext-rel, 32
**budesonide inh susp, 40**
budesonide/formoterol, 39
**bumetanide, 19**
buprenorphine, 10
buprenorphine transdermal, 10
buprenorphine/naloxone sublingual film, 25
**buprenorphine/naloxone sublingual tabs, 25**
**bupropion, 22**
**bupropion ext-rel, 22, 25**
**buspirone, 20**
busulfan, 14
**butalbital/acetaminophen/caffeine tabs, 11**
**butalbital/aspirin/caffeine, 11**
BUTRANS, 10
BYSTOLIC, 18

# C

C1 esterase inhibitor, recombinant, 35
**cabergoline, 31**
CABOMETYX, 15
cabozantinib, 15
CADUET, 19
CALAN SR, 19
**calcipotriene, 41**
**calcitonin-salmon spray, 28**
**calcitriol (1,25-D3), 31**
**calcium acetate, 31**
**calcium acetate tabs, 31**
**calcium carbonate, 37**
CAMPRAL, 25
canagliflozin, 27
canagliflozin/metformin, 27
canagliflozin/metformin ext-rel, 27
canakinumab, 36
CANASA, 33
**candesartan, 17**
**candesartan/hydrochlorothiazide, 17**
**capecitabine, 15**
**captopril, 16**
**captopril/hydrochlorothiazide, 16**
CARAFATE, 33
**carbamazepine, 21**
**carbamazepine ext-rel, 21**
**carbamide peroxide 6.5%, 45**
CARBATROL, 21
**carbidopa/levodopa, 22**

**carbidopa/levodopa ext-rel, 22**
**carbidopa/levodopa orally disintegrating tabs, 22**
**carbidopa/levodopa/entacapone, 22**
CARDURA, 17
cariprazine, 22
**carisoprodol, 24**
**carvedilol, 18**
**carvedilol phosphate ext-rel, 18**
CASODEX, 15
CATAPRES, 16
CATAPRES-TTS, 16
**cefadroxil, 12**
**cefdinir, 12**
**cefixime, 12**
**cefprozil, 12**
CEFTIN, 12
**cefuroxime axetil, 12**
CELEBREX, 10
**celecoxib, 10**
CELEXA, 22
CELLCEPT, 36
CENTRUM, 37
**cephalexin, 12**
CERDELGA, 30
CEREZYME, 30
**cetirizine, 38**
**cetirizine/pseudoephedrine ext-rel, 38**
cetrorelix, 30
CETROTIDE, 30
**cevimeline, 33**
CHANTIX, 25
chlorambucil, 14
**chlordiazepoxide/clidinium, 32**
**chloroquine, 12**
**chlorpheniramine 4 mg, 38**
**chlorpromazine, 23**
**chlorthalidone, 19**
CHLOR-TRIMETON ALLERGY, 38
**chlorzoxazone, 25**
**cholestyramine, 17**
choriogonadotropin alfa, 30
CIALIS, 34
**ciclopirox, 41**
**cilostazol, 36**
**cimetidine, 32**
CIPRO, 12
CIPRODEX, 45
**ciprofloxacin, 12**
**ciprofloxacin ext-rel, 12**
ciprofloxacin oint, 43
**ciprofloxacin soln, 43**
ciprofloxacin/dexamethasone, 45
**citalopram, 22**
CITRANATAL 90 DHA, 37
CITRANATAL ASSURE, 37
CITRANATAL B-CALM, 37
CITRANATAL DHA, 37
CITRANATAL HARMONY, 37
CITRANATAL RX, 37
**clarithromycin, 12**
**clarithromycin ext-rel, 12**
CLARITIN, 38
CLARITIN-D, 38
**clemastine 1.34 mg, 38**
**clemastine 2.68 mg, 38**

CLEOCIN, 14, 34
CLEOCIN T, 40
CLIMARA, 29
CLIMARA PRO, 30
**clindamycin, 14**
**clindamycin crm, 34**
**clindamycin gel, lotion, soln, 40**
**clindamycin/benzoyl peroxide, 40**
**clobetasol propionate crm, gel, oint, soln 0.05%, 42**
**clobetasol propionate foam 0.05%, 42**
**clobetasol propionate lotion, shampoo 0.05%, 42**
CLOBEX, 42
**clocortolone crm 0.1%, 41**
**clomiphene, 30**
**clomipramine, 20**
**clonazepam tabs, 20**
**clonidine, 16**
**clonidine transdermal, 16**
**clopidogrel, 35**
**clotrimazole, 34, 41**
**clotrimazole troches, 12**
**clozapine, 23**
CLOZARIL, 23
**codeine/acetaminophen, 10**
**codeine/chlorpheniramine/pseudoephedrine, 38**
**codeine/guaifenesin liquid, 38**
**codeine/guaifenesin/pseudoephedrine, 38**
**codeine/promethazine, 38**
**codeine/promethazine/phenylephrine, 38**
**colchicine, 10**
COLCRYS, 10
**colesevelam, 17**
COLESTID, 17
**colestipol, 17**
COMBIGAN, 44
COMBIPATCH, 30
COMBIVENT RESPIMAT, 38
COMBIVIR, 13
COMPLERA, 13
COMTAN, 22
CONCERTA, 23
CONDYLOX, 42
conjugated estrogens/bazedoxifene, 30
CONTRAVE, 27
COPAXONE, 24
COPEGUS, 14
COREG, 18
COREG CR, 18
CORGARD, 18
CORLANOR, 19
CORTEF, 30
CORTIFOAM, 32
CORTISPORIN OTIC, 45
CORTIZONE, 41
COSENTYX, 36
COSOPT, 44
COUMADIN, 35
COZAAR, 17
CREON, 33
CRINONE, 31
**cromolyn sodium, 43**
**cromolyn soln, 39**
CUTIVATE, 41
**cyanocobalamin inj, 37**
CYCLESSA, 29
**cyclobenzaprine, 25**

cyclophosphamide caps, 14
**cyclosporine, 36**
cyclosporine, emulsion, 44
**cyclosporine, modified, 36**
**cyproheptadine, 38**
CYTOMEL, 31
CYTOTEC, 33

**D**

D.H.E. 45, 24
DALIRESP, 39
dalteparin, 35
**danazol, 29**
DANTRIUM, 25
**dantrolene, 25**
dapagliflozin, 27
dapagliflozin/metformin ext-rel, 27
dapagliflozin/saxagliptin, 27
**dapsone, 14**
darbepoetin alfa, 35
**darifenacin ext-rel, 34**
darunavir, 13
darunavir/cobicistat, 13
dasatinib, 15
DAYPRO, 10
DDAVP, 31
DEBROX, 45
DEMADEX, 19
denosumab, 28
DEPAKENE, 21
DEPAKOTE, 21
DEPAKOTE ER, 21
DEPO-PROVERA, 29
DESCOVY, 13
**desipramine, 22**
**desmopressin spray, tabs, 31**
**desogestrel/EE, 29**
**desogestrel/EE 0.15/30, 28**
**desonide crm, lotion, oint 0.05%, 41**
DESOWEN, 41
**desoximetasone crm, oint 0.05%, 41**
**desoximetasone crm, oint 0.25%, gel 0.05%, 42**
**desvenlafaxine ext-rel, 22**
DETROL, 34
deutetrabenazine, 23
**dexamethasone, 30, 43**
**dexamethasone sodium phosphate, 43**
**dexbrompheniramine/pseudoephedrine ext-rel 6 mg/120 mg, 38**
DEXCOM CONTINUOUS GLUCOSE MONITORING SYSTEM, 27
DEXEDRINE SPANSULE, 23
DEXILANT, 33
dexlansoprazole delayed-rel, 33
**dexmethylphenidate, 23**
**dexmethylphenidate ext-rel, 23**
**dextroamphetamine, 23**
**dextroamphetamine ext-rel, 23**
**dextromethorphan/brompheniramine/pseudoephedrine, 38**
**dextromethorphan/guaifenesin, 38**
**dextromethorphan/promethazine, 38**
dextromethorphan/quinidine, 25
DIASTAT, 21
**diazepam, 20**
**diazepam rectal gel, 21**
DICLEGIS, 32
**diclofenac sodium, 43**
**diclofenac sodium delayed-rel, 10**

**diclofenac sodium delayed-rel/misoprostol, 10**
**diclofenac sodium gel 1%, 10**
**diclofenac sodium soln, 10**
**dicloxacillin, 12**
**dicyclomine, 32**
**didanosine delayed-rel, 13**
DIFFERIN, 40
DIFICID, 12
**diflorasone diacetate crm 0.05%, 42**
**diflorasone diacetate oint 0.05%, 42**
DIFLUCAN, 12
**diflunisal, 10**
difluprednate, 43
digoxin 0.0625 mg, 0.1875 mg, 19
**digoxin 0.125 mg, 0.25 mg, 19**
**digoxin ped elixir, 19**
**dihydroergotamine inj, 24**
**dihydroergotamine spray, 24**
DILANTIN, 21
DILANTIN INFATABS, 21
DILAUDID, 11
**diltiazem ext-rel, 19**
dimethyl fumarate delayed-rel, 24
**diphenhydramine, 38**
**diphenoxylate/atropine, 32**
DIPROLENE, 42
DIPROLENE AF, 42
**dipyridamole, 35**
**dipyridamole ext-rel/aspirin, 35**
**disopyramide, 17**
disopyramide ext-rel, 17
**disulfiram, 25**
DITROPAN XL, 34
**divalproex sodium delayed-rel, 21**
**divalproex sodium ext-rel, 21**
DIVIGEL, 29
**dofetilide, 17**
dolutegravir, 13
**donepezil, 21**
dornase alfa, 39
**dorzolamide, 44**
**dorzolamide/timolol maleate, 44**
DOVONEX, 41
**doxazosin, 17**
**doxepin, 22, 24**
**doxercalciferol, 31**
**doxycycline hyclate, 12**
**doxycycline hyclate 20 mg, 12**
**doxycycline monohydrate, 42**
doxylamine/pyridoxine delayed-rel, 32
DRIXORAL, 38
**dronabinol, 32**
dronedarone, 17
**drospirenone/EE 3/20, 28**
**drospirenone/EE 3/30, 28**
**drospirenone/EE/levomefolate 3/20 and levomefolate, 28**
**drospirenone/EE/levomefolate 3/30 and levomefolate, 28**
DUAC, 40
DUAVEE, 30
DUETACT, 27
dulaglutide, 26
**duloxetine delayed-rel, 22**
DUOFILM, 42
dupilumab, 41
DUPIXENT, 41
DURAGESIC, 10

DUREZOL, 43
**dutasteride, 34**
**dutasteride/tamsulosin, 34**
DYAZIDE, 19
DYMISTA, 39

## E

**econazole, 41**
eculizumab, 35
EDURANT, 13
**EE/norethindrone acetate - Jinteli, 30**
**efavirenz, 13**
efavirenz/emtricitabine/tenofovir disoproxil fumarate, 13
efinaconazole, 41
**electrolyte soln, oral, 37**
**eletriptan, 24**
ELIDEL, 41
ELIGARD, 15
eliglustat, 30
ELIQUIS, 35
ELOCON, 41
eltrombopag, 35
eluxadoline, 33
elvitegravir/cobicistat/emtricitabine/tenofovir alafenamide, 13
elvitegravir/cobicistat/emtricitabine/tenofovir disoproxil fumarate, 13
emtricitabine, 13
emtricitabine/rilpivirine/tenofovir alafenamide, 13
emtricitabine/rilpivirine/tenofovir disoproxil fumarate, 13
emtricitabine/tenofovir alafenamide, 13
emtricitabine/tenofovir disoproxil fumarate, 13
EMTRIVA, 13
EMVERM, 14
**enalapril, 16**
**enalapril/hydrochlorothiazide, 16**
ENBREL, 36
ENDOMETRIN, 31
enfuvirtide, 13
**enoxaparin, 35**
**entacapone, 22**
**entecavir, 14**
ENTRESTO, 19
enzalutamide, 15
EPCLUSA, 14
EPIDUO, 40
EPIDUO FORTE, 40
**epinephrine auto-injector, 37**
EPIPEN, 37
EPIPEN JR., 37
EPISIL, 42
EPIVIR, 13
EPIVIR-HBV, 14
**eplerenone, 16**
epoetin alfa, 35
**epoprostenol sodium, 20**
**eprosartan, 17**
EPZICOM, 13
**ergocalciferol (D2), 37**
**ergotamine/caffeine, 24**
erlotinib, 15
**erythromycin, 43**
**erythromycin delayed-rel, 12**
**erythromycin ethylsuccinate, 12**
**erythromycin gel 2%, 40**
**erythromycin soln, 40**
**erythromycin stearate, 12**
**erythromycin/benzoyl peroxide, 40**

ESBRIET, 39
**escitalopram, 22**
ESGIC, 11
**esomeprazole delayed-rel, 33**
ESTRACE, 29, 30
**estradiol, 29**
**estradiol vaginal crm, 30**
estradiol vaginal ring, 30
**estradiol vaginal tabs, 30**
estradiol valerate and dienogest/estradiol valerate, 29
estradiol/levonorgestrel, 30
**estradiol/norethindrone, 30**
estradiol/norethindrone acetate, 30
ESTRING, 30
estrogens, conjugated, 29
estrogens, conjugated crm, 30
estrogens, conjugated/medroxyprogesterone, 30
**estropipate, 29**
**eszopiclone, 24**
etanercept, 36
**ethambutol, 13**
**ethosuximide, 21**
**ethynodiol diacetate/EE 1/35 - Zovia 1/35, 28**
**ethynodiol diacetate/EE 1/50 - Zovia 1/50, 28**
**etodolac, 10**
etonogestrel/EE ring, 29
**etoposide, 15**
etravirine, 13
EVAMIST, 29
everolimus, 15
EVISTA, 31
evolocumab, 18
EVOTAZ, 13
EVOXAC, 33
EXALGO, 11
EXCEDRIN MIGRAINE, 24
EXELON, 21
**exemestane, 15**
**ezetimibe, 18**
**ezetimibe/simvastatin, 18**

## F

**famciclovir, 14**
**famotidine, 32**
FARXIGA, 27
febuxostat, 10
**felodipine ext-rel, 19**
FEMARA, 15
**fenofibrate, 18**
**fenofibric acid delayed-rel, 18**
fentanyl citrate buccal, 10
fentanyl sublingual spray, 10
**fentanyl transdermal, 10**
**fentanyl transmucosal lozenge, 10**
FENTORA, 10
FEOSOL, 37
**ferrous sulfate, 37**
fesoterodine ext-rel, 34
**fexofenadine, 38**
FIASP, 26
fidaxomicin, 12
filgrastim-sndz, 35
FINACEA, 42
**finasteride, 34**
fingolimod, 24
FIORINAL, 11

FLAGYL, 14
FLAREX, 44
**flecainide, 17**
FLOLAN, 20
FLOMAX, 34
FLOVENT DISKUS, 40
FLOVENT HFA, 40
**fluconazole, 12**
**fludrocortisone, 30**
**flunisolide spray, 39**
**fluocinolone acetonide crm, oint 0.025%, 41**
**fluocinolone acetonide soln 0.01%, 41**
**fluocinonide crm, gel, oint, soln 0.05%, 42**
**fluoride drops, 37**
**fluoride tabs, 37**
**fluorometholone, 43**, 44
fluorouracil crm 4%, 40
**fluorouracil crm 5%, soln 5%, soln 2%, 40**
**fluoxetine, 22**
**fluoxetine 60 mg, 22**
**fluphenazine, 23**
**flutamide, 15**
fluticasone, 40
**fluticasone propionate crm, lotion 0.05%, oint 0.005%, 41**
**fluticasone spray, 39**
fluticasone, CFC-free aerosol, 40
fluticasone/salmeterol, 39
fluticasone/salmeterol, CFC-free aerosol, 39
fluticasone/umeclidinium/vilanterol, 38
fluticasone/vilanterol, 39
**fluvastatin, 18**
**fluvoxamine, 20**
FML FORTE, 44
FML S.O.P., 44
FOCALIN, 23
FOCALIN XR, 23
**folic acid, 37**
**folic acid/vitamin B6/vitamin B12, 37**
follitropin alfa, 30
**fondaparinux, 35**
formoterol inhalation soln, 39
FORTEO, 28
FOSAMAX, 28
**fosinopril, 16**
**fosinopril/hydrochlorothiazide, 16**
FRAGMIN, 35
FURADANTIN, 14
**furosemide, 19**
FUZEON, 13
FYCOMPA, 21

**G**
**gabapentin, 21**
gabapentin ext-rel, 25
GABITRIL, 21
**galantamine, 21**
**galantamine ext-rel, 21**
ganirelix, 30
gefitinib, 15
GEL-ONE, 11
GELSYN-3, 11
**gemfibrozil, 18**
**gentamicin, 40, 43**
GENVOYA, 13
GEODON, 23
GILENYA, 24

glatiramer 20 mg/mL, 24
glatiramer 40 mg/mL, 24
**glimepiride, 27**
**glipizide, 27**
**glipizide ext-rel, 27**
**glipizide/metformin, 26**
GLUCAGEN HYPOKIT, 30
GLUCAGON EMERGENCY KIT, 30
glucagon, human recombinant, 30
GLUCOPHAGE, 26
GLUCOPHAGE XR, 26
GLUCOTROL, 27
GLUCOTROL XL, 27
**glyburide, 27**
glycopyrrolate/formoterol, 38
GOLYTELY, 33
GONAL-F, 30
goserelin acetate, 15
GRALISE, 25
**granisetron, 32**
granisetron transdermal, 32
grass mixed pollen allergen extract, 36
GRASTEK, 36
**griseofulvin ultramicrosize, 12**
GRIS-PEG, 12
**guanfacine, 16**
**guanfacine ext-rel, 23**
GYNE-LOTRIMIN, 34

**H**
**halobetasol propionate crm, oint 0.05%, 42**
**haloperidol, 23**
HARVONI, 14
HECTOROL, 31
HEXALEN, 14
human coagulation factor VIII (rDNA) simoctocog alfa, 35
HUMATROPE, 30
HUMIRA, 36
HUMULIN R U-500, 26
HYCAMTIN, 15
**hydralazine, 20**
HYDREA, 16
**hydrochlorothiazide, 19**
hydrocodone ext-rel, 10
**hydrocodone/acetaminophen, 10**
**hydrocodone/homatropine, 38**
**hydrocortisone, 30**
hydrocortisone acetate foam, 32
hydrocortisone acetate/pramoxine foam, 33
**hydrocortisone butyrate crm, oint, soln 0.1%, 41**
**hydrocortisone crm, 33**
**hydrocortisone crm 2.5%, 41**
**hydrocortisone crm, oint 0.5%, 1%, 41**
**hydrocortisone enema, 32**
**hydrocortisone lotion 1%, 41**
**hydrocortisone valerate crm, oint 0.2%, 41**
**hydromorphone, 11**
**hydromorphone ext-rel, 11**
**hydroxychloroquine, 36**
**hydroxyurea, 16**
**hydroxyzine HCl, 38**
**hyoscyamine sulfate, 32**
**hyoscyamine sulfate ext-rel, 32**
**hyoscyamine sulfate ext-rel caps, 32**
**hyoscyamine sulfate orally disintegrating tabs, 32**

HYSINGLA ER, 10
HYZAAR, 17

**I**

**ibandronate, 28**
IBRANCE, 15
**ibuprofen, 10**
icosapent ethyl, 18
ILARIS, 36
ILEVRO, 43
**imatinib mesylate, 15**
IMDUR, 20
imiglucerase, 30
**imipramine HCl, 22**
imiquimod, 40, **42**
IMITREX, 24
IMODIUM A-D, 32
IMURAN, 36
INCRUSE ELLIPTA, 38
**indapamide, 19**
INDERAL LA, 18
ingenol mebutate, 40
INSPRA, 16
insulin aspart, 26
insulin aspart protamine 70%/insulin aspart 30%, 26
insulin degludec, 26
insulin detemir, 26
insulin glargine, 26
insulin human, 26
insulin infusion disposable pump, 27
insulin isophane human, 26
insulin isophane human 70%/regular 30%, 26
insulin syringes, needles, 27
INTELENCE, 13
interferon alfa-2b, 36
interferon beta-1a, 24
interferon beta-1b, 24
INTRON A, 36
INVOKAMET, 27
INVOKAMET XR, 27
INVOKANA, 27
**ipratropium soln, 38**
**ipratropium spray, 40**
**ipratropium/albuterol soln, 38**
ipratropium/albuterol, CFC-free aerosol, 38
**irbesartan, 17**
**irbesartan/hydrochlorothiazide, 17**
IRESSA, 15
ISENTRESS, 13
**isoniazid, 13**
ISORDIL, 20
**isosorbide dinitrate ext-rel tabs, 20**
**isosorbide dinitrate oral, 20**
isosorbide dinitrate/hydralazine, 19
**isosorbide mononitrate, 20**
**isosorbide mononitrate ext-rel, 20**
**isotretinoin, 40**
**itraconazole, 12**
ivabradine, 19
**ivermectin, 14**, 42

**J**

JANUMET, 26
JANUMET XR, 26
JANUVIA, 26
JENTADUETO, 26

JENTADUETO XR, 26
JUBLIA, 41

**K**

KADIAN, 11
KALETRA, 13
KEFLEX, 12
KEPPRA, 21
KEPPRA XR, 21
**ketoconazole, 41**
**ketoconazole shampoo 2%, 41**
**ketorolac, 43**
ketorolac tromethamine, 43
**ketotifen, 43**
KEVZARA, 36
KISQALI, 15
KISQALI FEMARA CO-PACK, 15
KLARON, 40
KLONOPIN, 20
KOGENATE FS, 35
KOVALTRY, 35
KUVAN, 31
KYLEENA, 29

**L**

**labetalol, 18**
LAC-HYDRIN, 42
lacosamide, 21
**lactulose, 33**
LAMICTAL, 21
LAMICTAL ODT, 21
LAMICTAL XR, 21
LAMISIL, 12
LAMISIL AT, 41
**lamivudine, 13, 14**
**lamivudine/zidovudine, 13**
**lamotrigine, 21**
**lamotrigine ext-rel, 21**
**lamotrigine orally disintegrating tabs, 21**
lancets, 27
LANOXIN, 19
lanreotide acetate, 25
**lansoprazole + amoxicillin + clarithromycin, 33**
**lansoprazole delayed-rel, 33**
**lanthanum carbonate, 31**
lapatinib, 15
LASIX, 19
LASTACAFT, 43
**latanoprost, 44**
LATUDA, 23
ledipasvir/sofosbuvir, 14
**leflunomide, 36**
lenalidomide, 15
LETAIRIS, 20
**letrozole, 15**
LEUKERAN, 14
**leuprolide acetate, 15**
**levalbuterol tartrate, CFC-free aerosol, 39**
LEVAQUIN, 12
LEVBID, 32
LEVEMIR, 26
**levetiracetam, 21**
**levetiracetam ext-rel, 21**
**levobunolol, 44**
**levocarnitine, 28**
**levocetirizine, 38**
**levofloxacin, 12, 43**

levonorgestrel releasing IUD, 29
**levonorgestrel/EE - Trivora, 29**
**levonorgestrel/EE 0.1/20 - Lessina, 28**
**levonorgestrel/EE 0.1/20 and EE 10, 29**
**levonorgestrel/EE 0.15/30, 29**
**levonorgestrel/EE 0.15/30 - Levora, 28**
**levonorgestrel/EE 0.15/30 and EE 10, 29**
**levothyroxine, 31**
**levothyroxine - Levoxyl, 31**
LEVSIN, 32
LEXAPRO, 22
LIALDA, 32
**lidocaine, 42**
**lidocaine patch, 42**
**lidocaine viscous, 42**
**lidocaine/prilocaine, 42**
LIDODERM, 42
lifitegrast, 44
linaclotide, 33
linagliptin, 26
linagliptin/metformin, 26
linagliptin/metformin ext-rel, 26
**linezolid, 14**
LINZESS, 33
**liothyronine, 31**
LIPOFEN, 18
liraglutide, 26, 27
lisdexamfetamine, 23
**lisinopril, 16**
**lisinopril/hydrochlorothiazide, 16**
**lithium carbonate, 24**
**lithium carbonate ext-rel tabs 300 mg, 24**
**lithium carbonate ext-rel tabs 450 mg, 24**
LITHOBID, 24
lixisenatide/insulin glargine, 26
LMX-4, 42
LO LOESTRIN FE, 29
LOESTRIN 1.5/30, 28
LOESTRIN 1/20, 28
LOESTRIN FE 1.5/30, 28
LOESTRIN FE 1/20, 28
LOFIBRA, 18
LOMOTIL, 32
**loperamide, 32**
LOPID, 18
**lopinavir/ritonavir soln, 13**
lopinavir/ritonavir tabs, 13
LOPRESSOR, 18
LOPRESSOR HCT, 18
LOPROX, 41
**loratadine, 38**
**loratadine/pseudoephedrine ext-rel, 38**
**lorazepam, 20**
lorcaserin, 27
lorcaserin ext-rel, 27
**losartan, 17**
**losartan/hydrochlorothiazide, 17**
LOSEASONIQUE, 29
LOTENSIN, 16
LOTENSIN HCT, 16
LOTREL, 16
LOTRIMIN AF, 41
**lovastatin, 18**
LOVAZA, 18
LOVENOX, 35
lubiprostone, 33

luliconazole, 41
LUMIGAN, 44
LUPRON DEPOT, 15
lurasidone, 23
LUZU, 41
LYRICA, 23
LYSODREN, 16

**M**

macitentan, 20
MACROBID, 14
MALARONE, 12
**malathion, 42**
MARINOL, 32
MATULANE, 16
MAXALT, 24
MAXIDEX, 43
MAXITROL, 43
MAXZIDE, 19
mebendazole chewable, 14
**meclizine, 32**
MEDROL, 30
**medroxyprogesterone acetate, 31**
**medroxyprogesterone acetate 150 mg/mL, 29**
**mefloquine, 12**
MEGACE ES, 31
**megestrol acetate susp, 31**
**megestrol acetate tabs, 15**
**meloxicam, 10**
**melphalan, 14**
**memantine, 21**
**memantine ext-rel, 21**
memantine/donepezil, 21
**mercaptopurine, 15**
**mesalamine delayed-rel tabs, 32**
mesalamine ext-rel caps, 32
**mesalamine rectal susp, 33**
mesalamine supp, 33
MESTINON, 25
MESTINON TIMESPAN, 25
**metaxalone, 25**
**metformin, 26**
**metformin ext-rel, 26**
**methadone, 11**
**methazolamide, 19**
**methimazole, 31**
**methocarbamol, 25**
methotrexate, 15, 36
methotrexate auto-injector, 36
**methoxsalen oral, 41**
**methyldopa, 20**
METHYLIN, 23
**methylphenidate, 23**
**methylphenidate ext-rel, 23**
methylphenidate ext-rel susp, 23
**methylprednisolone, 30**
**metipranolol, 44**
**metoclopramide, 32**
**metolazone, 19**
**metoprolol succinate ext-rel, 18**
**metoprolol tartrate, 18**
**metoprolol/hydrochlorothiazide, 18**
METROCREAM, 42
METROGEL, 42
METROGEL-VAGINAL, 34
METROLOTION, 42

**metronidazole, 14, 34**
**metronidazole crm 0.75%, 42**
**metronidazole gel 0.75%, 42**
**metronidazole gel 1%, 42**
**metronidazole lotion 0.75%, 42**
MICARDIS, 17
MICARDIS HCT, 17
MICATIN, 41
**miconazole, 34, 41**
**midodrine, 20**
midostaurin, 15
MIGRANAL, 24
milnacipran, 23
MINASTRIN 24 FE, 28
MINIVELLE, 29
**minocycline, 12**
mirabegron ext-rel, 34
MIRALAX, 33
MIRAPEX, 22
MIRAPEX ER, 22
MIRCETTE, 29
MIRENA, 29
**mirtazapine, 22**
**misoprostol, 33**
mitotane, 16
MOBIC, 10
mometasone, 40
**mometasone crm, lotion, oint 0.1%, 41**
**mometasone spray, 39**
MONISTAT, 34
**montelukast, 39**
**morphine, 11**
**morphine ext-rel, 11**
**morphine supp, 11**
MOVANTIK, 33
MOXEZA, 43
**moxifloxacin, 12, 43**
MOZOBIL, 36
MS CONTIN, 11
MUGARD, 42
MULTAQ, 17
**multivitamins/fluoride drops, tabs, 37**
**multivitamins/fluoride/iron drops, tabs, 37**
**multivitamins/minerals, 37**
**mupirocin, 40**
MUSE, 34
MYAMBUTOL, 13
**mycophenolate mofetil, 36**
**mycophenolate sodium delayed-rel, 36**
MYDAYIS, 23
MYFORTIC, 36
MYLERAN, 14
MYRBETRIQ, 34
MYSOLINE, 21

**N**

**nabumetone, 10**
**nadolol, 18**
**naftifine, 41**
NAFTIN, 41
naloxegol, 33
**naloxone inj, 25**
naloxone nasal spray, 25
**naltrexone, 25**
naltrexone/bupropion ext-rel, 27
NAMENDA, 21

NAMZARIC, 21
NAPROSYN, 10
**naproxen sodium, 10**
**naproxen susp, 10**
**naproxen tabs, 10**
**naratriptan, 24**
NARCAN, 25
NARDIL, 21
natalizumab, 24
NATAZIA, 29
**nateglinide, 27**
nebivolol, 18
**neomycin/polymyxin B/bacitracin, 40**
**neomycin/polymyxin B/bacitracin/hydrocortisone oint, 43**
**neomycin/polymyxin B/dexamethasone, 43**
**neomycin/polymyxin B/gramicidin, 43**
**neomycin/polymyxin B/hydrocortisone, 45**
**neomycin/polymyxin B/hydrocortisone susp, 43**
NEORAL, 36
NEOSPORIN, 40, 43
nepafenac, 43
NEUPRO, 22
NEURONTIN, 21
NEVANAC, 43
**nevirapine ext-rel, 13**
nevirapine susp, 13
**nevirapine tabs, 13**
NEXAVAR, 15
**niacin ext-rel, 18**
NIASPAN, 18
NICODERM CQ, 25
NICORETTE, 25
**nicotine polacrilex gum, 25**
nicotine polacrilex lozenge, 25
**nicotine transdermal, 25**
**nifedipine ext-rel, 19**
nintedanib, 39
nitisinone, 30
NITRO-DUR, 20
**nitrofurantoin ext-rel, 14**
**nitrofurantoin macrocrystals, 14**
**nitrofurantoin susp, 14**
**nitroglycerin lingual spray, 20**
**nitroglycerin sublingual, 20**
**nitroglycerin transdermal, 20**
NITROLINGUAL, 20
NITROSTAT, 20
NIX, 42
NIZORAL, 41
NORCO, 10
NORDITROPIN, 30
**norelgestromin/EE, 29**
**norethindrone, 29**
**norethindrone acetate, 31**
**norethindrone acetate/EE 1.5/30, 28**
**norethindrone acetate/EE 1.5/30 and iron, 28**
norethindrone acetate/EE 1/10 and EE 10 and iron, 29
**norethindrone acetate/EE 1/20, 28**
**norethindrone acetate/EE 1/20 and iron, 28**
**norethindrone acetate/EE 1/20 and iron chewable, 28**
**norethindrone/EE, 29**
**norethindrone/EE 0.5/35, 28**
**norethindrone/EE 1/35, 28**
**norethindrone/ME 1/50, 28**
**norgestimate/EE, 29**
**norgestimate/EE 0.25/35, 28**

norgestrel/EE 0.3/30 - Low-Ogestrel, **28**
NORPACE, 17
NORPACE CR, 17
NORPRAMIN, 22
**nortriptyline**, **22**
NORVIR, 13
NOVOEIGHT, 35
NOVOLIN 70/30, 26
NOVOLIN N, 26
NOVOLIN R, 26
NOVOLOG, 26
NOVOLOG MIX 70/30, 26
NUCYNTA, 11
NUCYNTA ER, 11
NUEDEXTA, 25
NULYTELY, 33
NUVARING, 29
NUWIQ, 35
**nystatin**, **12**, **41**

**O**
OCUFLOX, 43
ODEFSEY, 13
ODOMZO, 16
OFEV, 39
**ofloxacin**, **43**
**ofloxacin otic**, **44**
**olanzapine**, **23**
**olmesartan**, **17**
**olmesartan/amlodipine/hydrochlorothiazide**, **17**
**olmesartan/hydrochlorothiazide**, **17**
olodaterol, CFC-free aerosol, 39
**olopatadine**, **43**
**olopatadine spray**, **39**
omalizumab, 40
**omega-3 acid ethyl esters**, **18**
**omeprazole delayed-rel**, **33**
omeprazole magnesium delayed-rel, 33
OMNIPOD INSULIN INFUSION PUMP, 27
**ondansetron**, **32**
ONETOUCH ULTRA kits and test strips, 27
ONETOUCH VERIO kits and test strips, 27
ONZETRA XSAIL, 24
OPSUMIT, 20
ORACEA, 42
ORALAIR, 36
ORENITRAM, 20
ORFADIN, 30
**orphenadrine/aspirin/caffeine**, **25**
ORTHO MICRONOR, 29
ORTHO TRI-CYCLEN, 29
ORTHO TRI-CYCLEN LO, 29
ORTHO-CYCLEN, 28
ORTHO-NOVUM 1/35, 28
ORTHO-NOVUM 7/7/7, 29
OS-CAL, 37
**oseltamivir**, **14**
ospemifene, 31
OSPHENA, 31
OTEZLA, 36
OVIDE, 42
OVIDREL, 30
**oxaprozin**, **10**
**oxazepam**, **20**
**oxcarbazepine**, **21**
oxcarbazepine ext-rel, 21

OXSORALEN-ULTRA, 41
OXTELLAR XR, 21
**oxybutynin**, **34**
**oxybutynin ext-rel**, **34**
**oxycodone caps, tabs 5 mg**, **11**
**oxycodone concentrate 20 mg/mL**, **11**
oxycodone ext-rel, 11
**oxycodone tabs 15 mg, 30 mg, soln 5 mg/5 mL**, **11**
**oxycodone/acetaminophen 5/325**, **11**
**oxycodone/acetaminophen soln**, **11**
OXYCONTIN, 11
OZEMPIC, 26

**P**
palbociclib, 15
PAMELOR, 22
pancrelipase, 33
pancrelipase delayed-rel, 33
**pantoprazole delayed-rel**, **33**
**paricalcitol**, **31**
PARLODEL, 22
PARNATE, 21
**paroxetine HCl**, **22**
**paroxetine HCl ext-rel**, **22**
**paroxetine mesylate**, **25**
PATADAY, 43
PATANASE, 39
PATANOL, 43
patiromer sorbitex, 31
PAXIL, 22
PAXIL CR, 22
PAZEO, 43
pazopanib, 15
PEDIALYTE, 37
**peg 3350/electrolytes**, **33**
PEGASYS, 36
peginterferon alfa-2a, 36
peginterferon alfa-2b, 36
pegvisomant, 36
**penicillin VK**, **12**
PENTASA, 32
PEPCID, 32
PEPCID AC, 32
perampanel, 21
PERCOCET, 11
PERFOROMIST, 39
**perindopril**, **16**
**permethrin 5%**, **42**
**permethrin creme rinse 1%**, **42**
**perphenazine**, **23**
**phenazopyridine**, **34**
**phenelzine**, **21**
**phenobarbital**, **21**
**phenytoin**, **21**
**phenytoin sodium extended**, **21**
PHOSLO, 31
PHOSLYRA, 31
PICATO, 40
**pilocarpine tabs**, **33**
pimecrolimus, 41
**pindolol**, **18**
**pioglitazone**, **27**
**pioglitazone/glimepiride**, **27**
**pioglitazone/metformin**, **27**
pirfenidone, 39
PLAQUENIL, 36

plerixafor, 36
**podofilox, 42**
**polyethylene glycol 3350, 33**
**polymyxin B/bacitracin, 40, 43**
**polymyxin B/trimethoprim, 43**
POLYSPORIN, 40
POLYTRIM, 43
pomalidomide, 15
POMALYST, 15
**potassium chloride ext-rel, 37**
**potassium chloride liquid, 37**
**potassium citrate ext-rel, 34**
**pramipexole, 22**
**pramipexole ext-rel, 22**
pramlintide, 26
PRANDIN, 27
**prasugrel, 35**
PRAVACHOL, 18
**pravastatin, 18**
PRECOSE, 26
PRED MILD, 44
**prednisolone, 30**
prednisolone acetate, 44
**prednisolone acetate 1%, 44**
prednisolone phosphate 1%, 44
**prednisone, 30**
pregabalin, 23
PREMARIN, 29, 30
PREMPHASE, 30
PREMPRO, 30
**prenatal vitamins, 37**
prenatal vitamins/DHA/docusate/folic acid, 37
prenatal vitamins/docusate/folic acid, 37
prenatal vitamins/docusate/folic acid + DHA, 37
prenatal vitamins/folic acid + pyridoxine, 37
PREVPAC, 33
PREZCOBIX, 13
PREZISTA, 13
PRILOSEC, 33
PRILOSEC OTC, 33
**primidone, 21**
PRISTIQ, 22
PROAIR HFA, 39
PROAIR RESPICLICK, 39
**probenecid, 10**
procarbazine, 16
PROCARDIA XL, 19
**prochlorperazine, 32**
PROCRIT, 35
PROCTOFOAM-HC, 33
progesterone gel, 31
progesterone vaginal inserts, 31
**progesterone, micronized, 31**
PROGRAF, 36
PROLIA, 28
PROMACTA, 35
**promethazine, 32**
PROMETRIUM, 31
**propafenone, 17**
**propafenone ext-rel, 17**
**propranolol, 18**
**propranolol ext-rel, 18**
**propylthiouracil, 31**
PROSCAR, 34
PROVERA, 31
PROZAC, 22

PULMICORT FLEXHALER, 40
PULMICORT RESPULES, 40
PULMOZYME, 39
PYLERA, 33
**pyrazinamide, 13**
**pyrethrins/piperonyl butoxide shampoo 4%, 42**
PYRIDIUM, 34
**pyridostigmine, 25**
**pyridostigmine ext-rel, 25**

## Q

QTERN, 27
QUESTRAN/QUESTRAN LIGHT, 17
**quetiapine, 23**
**quetiapine ext-rel, 23**
QUILLIVANT XR, 23
**quinapril, 16**
**quinapril/hydrochlorothiazide, 16**
QVAR, 40

## R

ragweed pollen allergen extract, 36
RAGWITEK, 36
**raloxifene, 31**
raltegravir, 13
**ramipril, 16**
RANEXA, 20
**ranitidine, 32**
ranolazine ext-rel, 20
RAPAFLO, 34
RAPAMUNE, 37
**rasagiline, 22**
RASUVO, 36
RAZADYNE, 21
RAZADYNE ER, 21
REBETOL, 14
REBIF, 24
REGLAN, 32
RELENZA, 14
RELPAX, 24
REMERON, 22
**repaglinide, 27**
REPATHA, 18
REQUIP, 22
REQUIP XL, 22
RESTASIS, 44
RESTORIL, 23
RETIN-A, 40
RETIN-A MICRO, 40
RETROVIR, 13
REVATIO, 20
REVLIMID, 15
REYATAZ, 13
**ribavirin caps, 14**
ribavirin oral soln, 14
**ribavirin tabs, 14**
ribociclib, 15
ribociclib + letrozole, 15
RID, 42
RIFADIN, 13
**rifampin, 13**
rifaximin 550 mg, 14
rilpivirine, 13
riociguat, 20
**risedronate, 28**
**risedronate delayed-rel, 28**
RISPERDAL, 23

RISPERDAL CONSTA, 23
**risperidone, 23**
risperidone long-acting injection, 23
RITALIN, 23
RITALIN LA, 23
**ritonavir, 13**
rivaroxaban, 35
**rivastigmine, 21**
**rivastigmine transdermal, 21**
**rizatriptan, 24**
ROBAXIN, 25
ROBITUSSIN-DM, 38
ROCALTROL, 31
roflumilast, 39
rolapitant, 32
**ropinirole, 22**
**ropinirole ext-rel, 22**
**rosuvastatin, 18**
rotigotine transdermal, 22
ROWASA, 33
ROXICET, 11
ROXICODONE, 11
RUCONEST, 35
RYDAPT, 15
RYTHMOL SR, 17

**S**

sacubitril/valsartan, 19
SAFYRAL, 28
SALAGEN, 33
**salicylic acid 17%/collodion, 42**
salmeterol xinafoate, 39
SANCUSO, 32
SANDIMMUNE, 36
sapropterin, 31
sarilumab, 36
SAVELLA, 23
SAXENDA, 27
SEASONIQUE, 29
secukinumab, 36
**selegiline, 22**
**selenium sulfide shampoo 2.5%, 41**
selexipag, 20
semaglutide, 26
SEREVENT, 39
SEROQUEL, 23
**sertraline, 22**
**sevelamer carbonate, 31**
**sildenafil, 20**
SILENOR, 24
silodosin, 34
SILVADENE, 40
**silver sulfadiazine, 40**
SIMBRINZA, 44
**simvastatin, 18**
SINEMET, 22
SINEMET CR, 22
SINGULAIR, 39
**sirolimus, 37**
sitagliptin phosphate, 26
sitagliptin/metformin, 26
sitagliptin/metformin ext-rel, 26
SKELAXIN, 25
SKYLA, 29
sodium hyaluronate, 11
sodium sulfate/potassium sulfate/magnesium sulfate, 33

sofosbuvir/velpatasvir, 14
sofosbuvir/velpatasvir/voxilaprevir, 14
solifenacin succinate, 34
SOLIQUA, 26
SOLIRIS, 35
somatropin, 30
SOMATULINE DEPOT, 25
SOMAVERT, 25
sonidegib, 16
SOOLANTRA, 42
sorafenib, 15
SORIATANE, 41
**sotalol, 17**
soy phospholipid/glycerol dioleate, 42
SPIRIVA, 38
**spironolactone, 16**
**spironolactone/hydrochlorothiazide, 19**
SPORANOX, 12
SPRYCEL, 15
STALEVO, 22
**stavudine, 13**
STELARA SUBCUTANEOUS, 36
STIOLTO RESPIMAT, 38
STRATTERA, 23
STRIBILD, 13
STRIVERDI RESPIMAT, 39
STROMECTOL, 14
SUBOXONE, 25
SUBSYS, 10
**sucralfate, 33**
sucroferric oxyhydroxide, 31
**sulfacetamide lotion 10%, 40**
**sulfacetamide oint 10%, 43**
**sulfacetamide soln 10%, 43**
**sulfacetamide/prednisolone phosphate 10%/0.25%, 43**
**sulfamethoxazole/trimethoprim, 14**
**sulfamethoxazole/trimethoprim DS, 14**
**sulfasalazine, 32**
**sulfasalazine delayed-rel, 32**
**sulindac, 10**
**sumatriptan, 24**
**sumatriptan inj, 24**
sumatriptan nasal powder, 24
**sumatriptan nasal spray, 24**
**sumatriptan/naproxen sodium, 24**
sunitinib, 15
SUPARTZ FX, 11
SUPRAX, 12
SUPREP, 33
SUTENT, 15
suvorexant, 24
SYLATRON, 36
SYMBICORT, 39
SYMLINPEN, 26
SYNTHROID, 31

**T**

TABLOID, 15
**tacrolimus, 36, 41**
tadalafil, 20, 34
TAGAMET HB 200, 32
**tamoxifen, 15**
**tamsulosin, 34**
TAPAZOLE, 31
tapentadol, 11
tapentadol ext-rel, 11

TARCEVA, 15
TARGRETIN, 15
TARKA, 16
**tazarotene, 40**
TAZORAC, 40
TECFIDERA, 24
TEGRETOL, 21
TEKTURNA, 19
TEKTURNA HCT, 19
**telmisartan, 17**
**telmisartan/hydrochlorothiazide, 17**
**temazepam, 23**
TEMODAR, 14
TEMOVATE, 42
**temozolomide, 14**
tenofovir alafenamide, 14
**tenofovir disoproxil fumarate, 13**
TENORETIC, 18
TENORMIN, 18
TERAZOL 7, 34
**terazosin, 17**
terbinafine, 41
**terbinafine tabs, 12**
**terbutaline, 39**
**terconazole, 34**
teriflunomide, 24
teriparatide, 28
TESSALON, 38
**testosterone cypionate, 26**
**testosterone enanthate, 26**
**testosterone gel, 26**
testosterone gel 1.62%, 26
**testosterone soln, 26**
testosterone transdermal, 26
**tetrabenazine, 23**
**tetracycline, 12**
thalidomide, 15
THALOMID, 15
**theophylline ext-rel tabs, 40**
thioguanine, 15
**thiothixene, 23**
**tiagabine, 21**
TIAZAC, 19
ticagrelor, 35
TIGAN, 32
TIKOSYN, 17
timolol hemihydrate, 44
**timolol maleate, 44**
**timolol maleate gel, 44**
TIMOPTIC, 44
TIMOPTIC-XE, 44
timothy grass pollen allergen extract, 36
TINACTIN, 41
TINDAMAX, 14
**tinidazole, 14**
**tioconazole, 34**
tiotropium, 38
tiotropium/olodaterol, 38
TIVICAY, 13
**tizanidine tabs, 25**
TOBRADEX, 43
TOBRADEX ST, 43
**tobramycin, 43**
**tobramycin inhalation soln, 39**
tobramycin/dexamethasone oint 0.3%/0.1%, 43
tobramycin/dexamethasone susp 0.3%/0.05%, 43

**tobramycin/dexamethasone susp 0.3%/0.1%, 43**
tobramycin/loteprednol, 43
TOBREX, 43
TOFRANIL, 22
TOLAK, 40
**tolnaftate, 41**
**tolterodine, 34**
**tolterodine ext-rel, 34**
TOPAMAX, 21
TOPICORT, 42
TOPICORT LP, 41
**topiramate, 21**
**topiramate ext-rel, 21**
topotecan caps, 15
TOPROL-XL, 18
**torsemide, 19**
TOVIAZ, 34
TRACLEER, 20
TRADJENTA, 26
**tramadol, 11**
**tramadol ext-rel, 11**
**trandolapril, 16**
**trandolapril/verapamil ext-rel, 16**
**tranylcypromine, 21**
TRAVATAN Z, 44
travoprost, 44
**trazodone, 22**
TRELEGY ELLIPTA, 38
treprostinil ext-rel, 20
TRESIBA, 26
**tretinoin, 40**
**tretinoin - Avita, 40**
**tretinoin caps, 16**
**tretinoin gel microsphere, 40**
TREXALL, 15
TREXIMET, 24
**triamcinolone acetonide crm 0.5%, 42**
**triamcinolone acetonide crm, lotion 0.025%, 42**
**triamcinolone acetonide crm, lotion, oint 0.1%, 42**
**triamcinolone acetonide spray, 39**
**triamcinolone paste, 43**
**triamterene/hydrochlorothiazide, 19**
TRIBENZOR, 17
**trifluoperazine, 23**
**trifluridine, 44**
**trihexyphenidyl, 22**
TRILEPTAL, 21
TRILIPIX, 18
**trimethobenzamide, 32**
**trimethoprim, 14**
TRI-NORINYL, 29
TRINTELLIX, 22
TRIUMEQ, 13
TROKENDI XR, 21
**trospium, 34**
**trospium ext-rel, 34**
TRULICITY, 26
TRUSOPT, 44
TRUVADA, 13
TYKERB, 15
TYLENOL, 10
TYLENOL w/CODEINE, 10
TYMLOS, 28
TYSABRI, 24

**U**

UCERIS, 32
ULORIC, 10
ULTRAM, 11
ULTRAVATE, 42
umeclidinium bromide, 38
umeclidinium/vilanterol, 38
UPTRAVI, 20
URECHOLINE, 34
uridine triacetate, 16
UROCIT-K, 34
URSO, 32
**ursodiol, 32**
ustekinumab, 36

**V**

VAGIFEM, 30
VAGISTAT-1, 34
**valacyclovir, 14**
**valganciclovir, 13**
VALIUM, 20
**valproic acid, 21**
**valsartan, 17**
**valsartan/hydrochlorothiazide, 17**
VANCOCIN, 14
**vancomycin, 14**
varenicline, 25
VARUBI, 32
VASCEPA, 18
VASERETIC, 16
VASOTEC, 16
VELPHORO, 31
VELTASSA, 31
VEMLIDY, 14
**venlafaxine, 22**
**venlafaxine ext-rel, 22**
**verapamil ext-rel, 19**
VESICARE, 34
VFEND, 12
VIBERZI, 33
VIBRAMYCIN, 12
VICTOZA, 26
VIDEX EC, 13
VIGAMOX, 43
VIIBRYD, 22
vilazodone, 22
VIMPAT, 21
VIOKACE, 33
VIRAMUNE, 13
VIRAMUNE XR, 13
VIREAD, 13
VIROPTIC, 44
VISCO-3, 11
VISTOGARD, 16
**vitamin ADC/fluoride drops, 37**
**vitamin ADC/fluoride/iron drops, 37**
VIVELLE-DOT, 29
**voriconazole, 12**
vorinostat, 16
vortioxetine, 22
VOSEVI, 14
VOTRIENT, 15
VRAYLAR, 22
VYTORIN, 18
VYVANSE, 23

**W**

**warfarin, 35**
WELCHOL, 17
WELLBUTRIN SR, 22
WELLBUTRIN XL, 22
WESTCORT, 41

**X**

XALATAN, 44
XANAX, 20
XARELTO, 35
XELODA, 15
XIFAXAN, 14
XIGDUO XR, 27
XIIDRA, 44
XOLAIR, 40
XTANDI, 15
XYZAL, 38

**Y**

YASMIN, 28
YAZ, 28

**Z**

ZADITOR, 43
**zafirlukast, 39**
ZANAFLEX, 25
zanamivir, 14
ZANTAC, 32
ZANTAC 75, ZANTAC 150, 32
ZARONTIN, 21
ZARXIO, 35
ZEMBRACE SYMTOUCH, 24
ZEMPLAR, 31
ZENPEP, 33
ZERIT, 13
ZESTORETIC, 16
ZESTRIL, 16
ZIAC, 18
ZIAGEN, 13
**zidovudine, 13**
**zileuton ext-rel, 39**
**ziprasidone, 23**
ZITHROMAX, 12
ZOCOR, 18
ZOFRAN, 32
ZOLADEX, 15
ZOLINZA, 16
**zolmitriptan, 24**
zolmitriptan nasal spray, 24
ZOLOFT, 22
**zolpidem, 24**
**zolpidem ext-rel, 24**
**zolpidem sublingual, 24**
ZOMIG, 24
**zonisamide, 21**
ZOVIRAX, 14
ZUBSOLV, 13
ZYBAN, 25
ZYCLARA, 40
ZYLET, 43
ZYLOPRIM, 10
ZYPREXA, 23
ZYRTEC, 38
ZYRTEC-D 12 Hour, 38
ZYTIGA, 15

The 2018 Prescribing Guide - Standard Control is intended to be a useful reference and informational tool for medical providers. It is intended to assist practitioners in selecting clinically appropriate and cost-effective products for their patients. CVS Caremark does not warrant or assure the accuracy of such information, nor is the Prescribing Guide - Standard Control intended to be comprehensive in nature.

This Prescribing Guide - Standard Control is not intended to be a substitute for the knowledge, expertise, skill, and judgment of the medical provider in their choice of prescription drugs. All the information in the Prescribing Guide - Standard Control is provided as a reference for drug therapy selection. Specific drug selection for an individual patient rests solely with the prescriber.



© 2018 CVS Caremark. All rights reserved.                                                                                          Caremark.com