# EXHIBIT G-6

# SilverScript
# 2018 Formulary
## (List of Covered Drugs)

**PLEASE READ: THIS DOCUMENT CONTAINS
INFORMATION ABOUT THE DRUGS WE COVER IN THIS PLAN**

Formulary File 18420, Version 12

This formulary was updated on August 1, 2018. For more recent information or other questions, please contact SilverScript at 1-866-235-5660 or, for TTY users, 711, 24 hours a day, 7 days a week, or visit www.silverscript.com.

**Note to existing members:** This formulary has changed since last year. Please review this document to make sure that it still contains the drugs you take.

When this drug list (formulary) refers to "we," "us," or "our," it means SilverScript® Insurance Company. When it refers to "plan" or "our plan," it means SilverScript Plus (PDP).

This document includes a list of the drugs (formulary) for our plan which is current as of August 1, 2018. For an updated formulary, please contact us. Our contact information, along with the date we last updated the formulary, appears on the front and back cover pages.

You must generally use network pharmacies to use your prescription drug benefit. Benefits, formulary, pharmacy network, and/or copayments/coinsurance may change on January 1, 2019, and from time to time during the year.



SilverScript®

# What is the SilverScript Formulary?

A formulary is a list of covered drugs selected by SilverScript Plus (PDP) in consultation with a team of health care providers, which represents the prescription therapies believed to be a necessary part of a quality treatment program.

Our plan will generally cover the drugs listed in our formulary as long as the drug is medically necessary, the prescription is filled at a plan network pharmacy, and other plan rules are followed. For more information on how to fill your prescriptions, please review your *Evidence of Coverage*.

# Can the Formulary (drug list) change?

Generally, if you are taking a drug on our 2018 formulary that was covered at the beginning of the year, we will not discontinue or reduce coverage of the drug during the 2018 coverage year except when a new, less expensive generic drug becomes available or when new adverse information about the safety or effectiveness of a drug is released.

Other types of formulary changes, such as removing a drug from our formulary, will not affect members who are currently taking the drug. It will remain available at the same cost-sharing for those members taking it for the remainder of the coverage year.

We feel it is important that you have continued access for the remainder of the coverage year to the formulary drugs that were available when you chose our plan, except for cases in which you can save additional money or we can ensure your safety.

If we remove drugs from our formulary, add prior authorization, quantity limits and/or step therapy restrictions on a drug, or move a drug to a higher cost-sharing tier, we must notify affected members of the change at least 60 days before the change becomes effective, or at the time the member requests a refill of the drug, at which time the member will receive a 60-day supply of the drug.

If the Food and Drug Administration deems a drug on our formulary to be unsafe or the drug's manufacturer removes the drug from the market, we will immediately remove the drug from our formulary and provide notice to members who take the drug.

The enclosed formulary is current as of August 1, 2018. To get updated information about the drugs covered by SilverScript Plus (PDP), please contact us. Our contact information appears on the front and back cover pages.

If we have other types of mid-year non-maintenance formulary changes unrelated to the reasons stated above (e.g. remove drugs from our formulary, add prior authorization requirements, quantity limits and/or step therapy restrictions on a drug, or move a drug to a higher cost-sharing tier), we will notify you by mail. We will also update our formulary with the new information. The updated formulary may be obtained from our website or by calling us. Our contact information appears on the front and back cover pages.

# How do I use the Formulary?

There are two ways to find your drug within the formulary:

## Medical Condition

The formulary begins on page 8. The drugs in this formulary are grouped into categories depending on the type of medical conditions that they are used to treat. For example, drugs used to treat a heart condition are listed under the category, "Cardiovascular". If you know what your drug is used for, look for the category name in the list that begins on page 8. Then look under the category name for your drug.

1

### Alphabetical Listing

If you are not sure what category to look under, you should look for your drug in the Index that begins on page 57. The Index provides an alphabetical list of all of the drugs included in this document. Both brand name drugs and generic drugs are listed in the Index. Look in the Index and find your drug. Next to your drug, you will see the page number where you can find coverage information. Turn to the page listed in the Index and find the name of your drug in the first column of the list.

## What are generic drugs?

SilverScript Plus (PDP) covers both brand name drugs and generic drugs. A generic drug is approved by the FDA as having the same active ingredient as the brand name drug. Generally, generic drugs cost less than brand name drugs.

## Are there any restrictions on my coverage?

Some covered drugs may have additional requirements or limits on coverage. These requirements and limits may include:

### Prior Authorization (PA)

SilverScript Plus (PDP) requires you or your physician to get prior authorization for certain drugs. This means that you will need to get approval from us before you fill your prescriptions. If you don't get approval, we may not cover the drug.

### Quantity Limits (QL)

For certain drugs, SilverScript Plus (PDP) limits the amount of the drug that we will cover. For example, our plan provides up to 30 tablets per prescription for *doxazosin*. This may be in addition to a standard one-month or three-month supply.

### Step Therapy (ST)

In some cases, SilverScript Plus (PDP) requires you to first try certain drugs to treat your medical condition before we will cover another drug for that condition. For example, if Drug A and Drug B both treat your medical condition, we may not cover Drug B unless you try Drug A first. If Drug A does not work for you, we will then cover Drug B.

You can find out if your drug has any additional requirements or limits by looking in the formulary that begins on page 8. You can also get more information about the restrictions applied to specific covered drugs by visiting our website. We have posted on line documents that explain our prior authorization and step therapy restrictions. You may also ask us to send you a copy. Our contact information, along with the date we last updated the formulary, appears on the front and back cover pages.

You can ask us to make an exception to these restrictions or limits or for a list of other, similar drugs that may treat your health condition. See the section, "How do I request an exception to the SilverScript formulary?" on page 3 for information about how to request an exception.

## What if my drug is not on the Formulary?

If your drug is not included in this formulary (list of covered drugs), you should first contact Customer Care and ask if your drug is covered.

If you learn that SilverScript Plus (PDP) does not cover your drug, you have two options:

- You can ask Customer Care for a list of similar drugs that are covered by our plan. When you receive the list, show it to your doctor and ask him or her to prescribe a similar drug that is covered by our plan.

- You can ask us to make an exception and cover your drug. See below for information about how to request an exception.

2

## How do I request an exception to the SilverScript Formulary?

You can ask us to make an exception to our coverage rules. There are several types of exceptions that you can ask us to make.

- You can ask us to cover a drug even if it is not on our formulary. If approved, this drug will be covered at a pre-determined cost-sharing level, and you would not be able to ask us to provide the drug at a lower cost-sharing level.

- You can ask us to cover a formulary drug at a lower cost-sharing level if this drug is not on the specialty tier. If approved this would lower the amount you must pay for your drug.

- You can ask us to waive coverage restrictions or limits on your drug. For example, for certain drugs, our plan limits the amount of the drug that we will cover. If your drug has a quantity limit, you can ask us to waive the limit and cover a greater amount.

Generally, SilverScript Plus (PDP) will only approve your request for an exception if the alternative drugs included on the plan's formulary, the lower cost-sharing drug or additional utilization restrictions would not be as effective in treating your condition and/or would cause you to have adverse medical effects.

You should contact us to ask us for an initial coverage decision for a formulary, tiering or utilization restriction exception. **When you request a formulary, tiering or utilization restriction exception you should submit a statement from your prescriber or physician supporting your request.**

Generally, we must make our decision within 72 hours of getting your prescriber's supporting statement. You can request an expedited (fast) exception if you or your doctor believe that your health could be seriously harmed by waiting up to 72 hours for a decision.

If your request to expedite is granted, we must give you a decision no later than 24 hours after we get a supporting statement from your doctor or other prescriber.

## What do I do before I can talk to my doctor about changing my drugs or requesting an exception?

As a new or continuing member in our plan you may be taking drugs that are not on our formulary. Or, you may be taking a drug that is on our formulary but your ability to get it is limited. For example, you may need a prior authorization from us before you can fill your prescription. You should talk to your doctor to decide if you should switch to an appropriate drug that we cover or request a formulary exception so that we will cover the drug you take.

While you talk to your doctor to determine the right course of action for you, we may cover your drug in certain cases during the first 90 days you are a member of our plan.

For each of your drugs that is not on our formulary or if your ability to get your drugs is limited, we will cover a temporary 30-day supply (unless you have a prescription written for fewer days) when you go to a network pharmacy.

After your first 30-day supply, we will not pay for these drugs, even if you have been a member of the plan less than 90 days.

If you are a resident of a long-term care facility, we will allow you to refill your prescription until we have provided you with a 102-day transition supply, consistent with the dispensing increment, (unless you have a prescription written for fewer days). We will cover more than one refill of these drugs for the first 90 days you are a member of our plan. If you need a drug that is not on our formulary or if your ability to get your drugs is limited, but you are past the first 90 days of membership in our plan, we will cover a 34-day emergency supply of that drug (unless you have a prescription for fewer days) while you pursue a formulary exception.

3

If you experience a change in your level of care, such as a move from a home to a long-term care setting, and need a drug that is not on our formulary (or if your ability to get your drugs is limited), we may cover a one-time temporary supply from a network pharmacy for up to 34 days unless you have a prescription for fewer days. You should use the plan's exception process if you wish to have continued coverage of the drug after the temporary supply is finished.

# For more information

For more detailed information about your SilverScript Plus (PDP) prescription drug coverage, please review your *Evidence of Coverage* and other plan materials.

If you have questions about our plan, please contact us. Our contact information, along with the date we last updated the formulary, appears on the front and back cover pages.

If you have general questions about Medicare prescription drug coverage, please call Medicare at 1-800-MEDICARE (1-800-633-4227), 24 hours a day, 7 days a week. TTY users should call 1-877-486-2048. Or, visit https://www.medicare.gov.

# SilverScript Plus (PDP)'s Formulary

The formulary that begins on page 8 provides coverage information about the drugs covered by our plan. If you have trouble finding your drug in the list, turn to the Index that begins on page 57.

The first column of the chart lists the drug name. Brand name drugs are capitalized (e.g., SYNTHROID) and generic drugs are listed in lower-case italics (e.g., *levothyroxine*).

The information in the Requirements/Limits column tells you if our plan has any special requirements for coverage of your drug.

**PA** – Prior authorization.

**QL** – Drug has quantity limit.

**ST** – Step therapy required.

**NM** – Not available at our mail-order pharmacies.

**NDS** – Non-extended day supply. Not available for an extended (long-term) supply.

**LA** – Limited access. This prescription may be available only at certain pharmacies. For more information consult your Pharmacy Directory or call Customer Care at 1-866-235-5660, 24 hours a day, 7 days a week. TTY users should call 711.

**HR** – High Risk Drug. According to medical experts, these drugs may cause more side effects if you are 65 years of age or older. If you are taking one of these drugs, ask your doctor if there are safer options available.

**B/D** – This drug may be covered under Medicare Part B or Part D depending upon the circumstances. Information may need to be submitted describing the use and setting of the drug to make the determination.

**GC** – We provide additional coverage of this prescription drug in the coverage gap. Please refer to our *Evidence of Coverage* for more information about this coverage.

4

The Tier column of the drug list that begins on page 8 tells you which tier your drug is in. The table below tells you the copayment or coinsurance amount (i.e., the share of the drug's cost that you will pay during the initial coverage stage) for up to a one-month supply of drugs in each tier.

## Initial Coverage Stage Copayment / Coinsurance Levels

Preferred Retail/Mail-Order and Standard Retail/Mail-Order cost-sharing (in-network) (Up to a 30-day supply)

| State | Pharmacy Type (Retail & Mail) | Tier 1 (Preferred Generic) | Tier 2 (Generic) | Tier 3 (Preferred Brand) | Tier 4 (Non-Preferred Drug) | Tier 5 (Specialty Tier) |
|---|---|---|---|---|---|---|
| Alabama | Preferred | $2.00 | $8.00 | $40.00 | 46% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Arizona | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Arkansas | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| California | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Colorado | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Connecticut | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Delaware | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| District of Columbia | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Florida | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Georgia | Preferred | $2.00 | $8.00 | $40.00 | 46% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Hawaii | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Idaho | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Illinois | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Indiana | Preferred | $2.00 | $8.00 | $40.00 | 46% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Iowa | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Kansas | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |

| State | Pharmacy Type (Retail & Mail) | Tier 1 (Preferred Generic) | Tier 2 (Generic) | Tier 3 (Preferred Brand) | Tier 4 (Non-Preferred Drug) | Tier 5 (Specialty Tier) |
|---|---|---|---|---|---|---|
| Kentucky | Preferred | $2.00 | $8.00 | $40.00 | 46% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Louisiana | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Maine | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Maryland | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Massachusetts | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Michigan | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Minnesota | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Mississippi | Preferred | $2.00 | $8.00 | $40.00 | 46% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Missouri | Preferred | $2.00 | $8.00 | $40.00 | 46% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Montana | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Nebraska | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Nevada | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| New Hampshire | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| New Jersey | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| New Mexico | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| New York | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| North Carolina | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| North Dakota | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Ohio | Preferred | $2.00 | $8.00 | $40.00 | 46% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Oklahoma | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |

| State | Pharmacy Type (Retail & Mail) | Tier 1 (Preferred Generic) | Tier 2 (Generic) | Tier 3 (Preferred Brand) | Tier 4 (Non-Preferred Drug) | Tier 5 (Specialty Tier) |
|---|---|---|---|---|---|---|
| Oregon | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Pennsylvania | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Rhode Island | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| South Carolina | Preferred | $2.00 | $8.00 | $40.00 | 46% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| South Dakota | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Tennessee | Preferred | $2.00 | $8.00 | $40.00 | 46% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Texas | Preferred | $2.00 | $8.00 | $40.00 | 46% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Utah | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Vermont | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Virginia | Preferred | $2.00 | $8.00 | $40.00 | 46% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Washington | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| West Virginia | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Wisconsin | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |
| Wyoming | Preferred | $1.00 | $5.00 | $35.00 | 40% | 33% |
| | Standard | $10.00 | $20.00 | $47.00 | 50% | |

Tier 1 (Preferred Generic) includes low cost preferred generic drugs
Tier 2 (Generic) includes preferred generic drugs
Tier 3 (Preferred Brand) includes preferred brand and non-preferred generic drugs
Tier 4 (Non-Preferred Drug) includes non-preferred brand and non-preferred generic drugs
Tier 5 (Specialty Tier) includes high cost brand and generic drugs

You can find complete cost-sharing information, including costs for long-term supplies, long-term care, and out-of-network pharmacy pricing, in your *Evidence of Coverage*.

7

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| **ANALGESICS** | | |
| ***GOUT*** | | |
| *allopurinol tab* (generic of ZYLOPRIM) | 2 | GC |
| *colchicine w/ probenecid* | 3 | |
| COLCRYS<br>QL (120 tabs / 30 days) | 3 | QL |
| MITIGARE<br>QL (60 caps / 30 days) | 3 | QL |
| *probenecid* | 3 | |
| ULORIC | 3 | ST |
| ***NSAIDS*** | | |
| *celecoxib* (generic of CELEBREX)  CAPS 50mg<br>QL (240 caps / 30 days) | 4 | QL |
| *celecoxib* (generic of CELEBREX)  CAPS 100mg<br>QL (120 caps / 30 days) | 4 | QL |
| *celecoxib* (generic of CELEBREX)  CAPS 200mg<br>QL (60 caps / 30 days) | 4 | QL |
| *celecoxib* (generic of CELEBREX)  CAPS 400mg<br>QL (30 caps / 30 days) | 4 | QL |
| *diclofenac potassium*<br>QL (120 tabs / 30 days) | 3 | QL |
| *diclofenac sodium*  TB24; TBEC | 2 | GC |
| *diflunisal* | 3 | |
| *flurbiprofen*  TABS | 3 | |
| *ibu tabs 600mg* | 2 | GC |
| *ibu tabs 800mg* | 2 | GC |
| *ibuprofen*  SUSP | 3 | |
| *ibuprofen*  TABS 400mg, 600mg, 800mg | 2 | GC |
| *ketoprofen cap 50mg* | 3 | |
| *ketoprofen cap 75mg* | 3 | |
| *meloxicam* (generic of MOBIC)  TABS | 1 | GC |
| *nabumetone*  TABS | 2 | GC |
| *naproxen* (generic of NAPROSYN)  SUSP | 4 | |
| *naproxen* (generic of NAPROSYN)  TABS 250mg, 500mg | 1 | GC |
| *naproxen*  TABS 375mg | 1 | GC |
| *naproxen dr* (generic of EC-NAPROSYN) | 2 | GC |
| *sulindac*  TABS | 2 | GC |
| ***OPIOID ANALGESICS*** | | |
| *acetaminophen w/ codeine*  SOLN<br>QL (5000 mL / 30 days) | 2 | GC QL |
| *acetaminophen w/ codeine*  TABS<br>QL (400 tabs / 30 days) | 2 | GC QL |
| *acetaminophen w/ codeine* (generic of TYLENOL/CODEINE #3)  TABS<br>QL (400 tabs / 30 days) | 2 | GC QL |
| *acetaminophen w/ codeine* (generic of TYLENOL/CODEINE #4)  TABS<br>QL (400 tabs / 30 days) | 2 | GC QL |
| *butorphanol tartrate*  SOLN 1mg/ml, 2mg/ml | 4 | |
| BUTRANS  5mcg/hr<br>QL (16 patches / 28 days) | 3 | QL |
| BUTRANS  10mcg/hr<br>QL (8 patches / 28 days) | 3 | QL |
| BUTRANS  15mcg/hr, 20mcg/hr<br>QL (4 patches / 28 days) | 3 | QL |
| BUTRANS 7.5MCG/HR<br>QL (8 patches / 28 days) | 3 | QL |
| *nalbuphine hcl*  SOLN | 4 | |
| *tramadol hcl* (generic of ULTRAM)  TABS<br>QL (240 tabs / 30 days) | 2 | GC QL |
| *tramadol-acetaminophen* (generic of ULTRACET)<br>QL (240 tabs / 30 days) | 3 | QL |
| ***OPIOID ANALGESICS, CII*** | | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| EMBEDA CAP 20-0.8MG QL (60 caps / 30 days) | 3 | QL |
| EMBEDA CAP 30-1.2MG QL (60 caps / 30 days) | 3 | QL |
| EMBEDA CAP 50-2MG QL (60 caps / 30 days) | 3 | QL |
| EMBEDA CAP 60-2.4MG QL (60 caps / 30 days) | 3 | QL |
| EMBEDA CAP 80-3.2MG QL (60 caps / 30 days) | 3 | QL |
| EMBEDA CAP 100-4MG QL (60 caps / 30 days) | 3 | QL |
| *endocet* (generic of PERCOCET) QL (360 tabs / 30 days) | 3 | QL |
| *fentanyl citrate* (generic of ACTIQ)   LPOP QL (120 lozenges / 30 days) | 5 | NDS QL PA |
| *fentanyl patch 12 mcg/hr* (generic of DURAGESIC) QL (10 patches / 30 days) | 4 | QL |
| *fentanyl patch 25 mcg/hr* (generic of DURAGESIC) QL (10 patches / 30 days) | 4 | QL |
| *fentanyl patch 50 mcg/hr* (generic of DURAGESIC) QL (10 patches / 30 days) | 4 | QL |
| *fentanyl patch 75 mcg/hr* (generic of DURAGESIC) QL (10 patches / 30 days) | 4 | QL |
| *fentanyl patch 100 mcg/hr* (generic of DURAGESIC) QL (10 patches / 30 days) | 4 | QL |
| FENTORA QL (120 tabs / 30 days) | 5 | NDS QL PA |
| *hydroco/apap tab 5-325mg* (generic of NORCO) QL (360 tabs / 30 days) | 2 | GC QL |
| *hydroco/apap tab 7.5-325mg* (generic of NORCO) QL (360 tabs / 30 days) | 2 | GC QL |
| *hydroco/apap tab 10-325mg* (generic of NORCO) QL (360 tabs / 30 days) | 2 | GC QL |
| *hydrocodone-acetaminophen 7.5-325 mg/15ml* QL (5400 mL / 30 days) | 4 | QL |
| *hydrocodone-ibuprofen 7.5-200mg* QL (150 tabs / 30 days) | 3 | QL |
| *hydromorphone hcl* (generic of DILAUDID)   LIQD | 4 | |
| *hydromorphone hcl* (generic of HYDROMORPHONE HYDROCHLORI)   SOLN 10mg/ml, 50mg/5ml, 500mg/50ml | 4 | B/D |
| *hydromorphone hcl* (generic of DILAUDID)   TABS QL (270 tabs / 30 days) | 3 | QL |
| HYSINGLA ER   20mg, 30mg, 40mg, 60mg QL (60 tabs / 30 days) | 3 | QL |
| HYSINGLA ER   80mg, 100mg, 120mg QL (30 tabs / 30 days) | 3 | QL |
| *lorcet hd tab 10-325mg* (generic of NORCO) QL (360 tabs / 30 days) | 2 | GC QL |
| *lorcet plus tab 7.5-325* (generic of NORCO) QL (360 tabs / 30 days) | 2 | GC QL |
| *methadone hcl*   SOLN 5mg/5ml QL (450 mL / 30 days) | 3 | QL |
| *methadone hcl 5mg* (generic of DOLOPHINE) QL (180 tabs / 30 days) | 3 | QL |
| *methadone hcl 10mg* (generic of DOLOPHINE) QL (180 tabs / 30 days) | 3 | QL |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *methadone hcl intensol* (generic of METHADOSE)<br>QL (120 mL / 30 days) | 3 | QL |
| *methadone hcl soln 10 mg/5ml*<br>QL (450 mL / 30 days) | 3 | QL |
| *morphine ext-rel tab* (generic of MS CONTIN)   15mg, 30mg, 60mg, 100mg<br>QL (90 tabs / 30 days) | 3 | QL |
| *morphine ext-rel tab* (generic of MS CONTIN)   200mg<br>QL (60 tabs / 30 days) | 3 | QL |
| *morphine sul inj 1mg/ml* | 4 | B/D |
| MORPHINE SUL INJ 2MG/ML | 4 | B/D |
| MORPHINE SUL INJ 4MG/ML | 4 | B/D |
| *morphine sul inj 10mg/ml* (generic of MORPHINE SULFATE) | 4 | B/D |
| MORPHINE SULFATE SOLN 2mg/ml, 4mg/ml, 5mg/ml, 8mg/ml, 10mg/ml, 150mg/30ml | 4 | B/D |
| *morphine sulfate* (generic of MORPHINE SULFATE) SOLN 4mg/ml, 8mg/ml | 4 | B/D |
| *morphine sulfate*   SOLN 8mg/ml, 10mg/ml | 4 | B/D |
| *morphine sulfate*   TABS<br>QL (180 tabs / 30 days) | 3 | QL |
| *morphine sulfate oral sol* | 3 | |
| NUCYNTA ER   50mg, 100mg<br>QL (120 tabs / 30 days) | 3 | QL |
| NUCYNTA ER   150mg, 200mg, 250mg<br>QL (60 tabs / 30 days) | 3 | QL |
| OPANA ER (CRUSH RESISTANT)<br>QL (120 tabs / 30 days) | 3 | QL |
| *oxycodone hcl*   SOLN | 4 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *oxycodone hcl* (generic of ROXICODONE)   TABS 5mg, 15mg, 30mg<br>QL (180 tabs / 30 days) | 3 | QL |
| *oxycodone hcl*   TABS 10mg, 20mg<br>QL (180 tabs / 30 days) | 3 | QL |
| *oxycodone w/ acetaminophen 2.5-325mg* (generic of PERCOCET)<br>QL (360 tabs / 30 days) | 3 | QL |
| *oxycodone w/ acetaminophen 5-325mg* (generic of PERCOCET)<br>QL (360 tabs / 30 days) | 3 | QL |
| *oxycodone w/ acetaminophen 7.5-325mg* (generic of PERCOCET)<br>QL (360 tabs / 30 days) | 3 | QL |
| *oxycodone w/ acetaminophen 10-325mg* (generic of PERCOCET)<br>QL (360 tabs / 30 days) | 3 | QL |
| OXYCONTIN<br>QL (120 tabs / 30 days) | 3 | QL |
| **ANESTHETICS** | | |
| ***LOCAL ANESTHETICS*** | | |
| *lidocaine inj 0.5%* (generic of XYLOCAINE) | 4 | B/D |
| *lidocaine inj 0.5% preservative free (pf)* (generic of XYLOCAINE-MPF) | 4 | B/D |
| *lidocaine inj 1%* (generic of XYLOCAINE) | 4 | B/D |
| *lidocaine inj 1% preservative free (pf)* (generic of XYLOCAINE-MPF) | 4 | B/D |
| *lidocaine inj 1.5% preservative free (pf)* (generic of XYLOCAINE-MPF) | 4 | B/D |
| *lidocaine inj 2%* (generic of XYLOCAINE) | 4 | B/D |
| **ANTI-INFECTIVES** | | |
| ***ANTI-BACTERIALS - MISCELLANEOUS*** | | |
| *amikacin sulfate*   SOLN | 4 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *gentamicin in saline* | 4 | |
| *gentamicin sulfate*   SOLN | 4 | |
| *neomycin sulfate*   TABS | 3 | |
| *paromomycin sulfate*   CAPS | 4 | |
| *streptomycin sulfate*   SOLR | 4 | |
| SULFADIAZINE   TABS | 4 | |
| *tobramycin* (generic of KITABIS PAK)   NEBU | 5 | NDS NM PA |
| *tobramycin inj 1.2 gm/30ml* | 4 | |
| *tobramycin inj 1.2gm* | 5 | NDS |
| *tobramycin inj 10mg/ml* | 4 | |
| *tobramycin inj 40mg/ml* | 4 | |
| *tobramycin inj 80mg/2ml* | 4 | |
| ***ANTI-INFECTIVES - MISCELLANEOUS*** | | |
| ALBENZA | 5 | NDS |
| ALINIA | 5 | NDS |
| *atovaquone* (generic of MEPRON)   SUSP | 5 | NDS |
| AZACTAM IN ISO-OSMOTIC DE | 4 | |
| AZACTAM/DEX INJ | 4 | |
| *aztreonam* (generic of AZACTAM) | 4 | |
| BILTRICIDE | 3 | |
| CAYSTON | 5 | NDS NM LA PA |
| *clindamycin cap 75mg* (generic of CLEOCIN) | 2 | GC |
| *clindamycin cap 300mg* (generic of CLEOCIN) | 2 | GC |
| *clindamycin hcl cap 150 mg* (generic of CLEOCIN) | 2 | GC |
| *clindamycin phosphate in d5w* (generic of CLEOCIN IN D5W) | 4 | |
| *clindamycin phosphate in d5w* (generic of CLEOCIN PHOSPHATE) | 4 | |
| CLINDAMYCIN PHOSPHATE IN NACL | 4 | |
| *clindamycin phosphate inj* (generic of CLEOCIN PHOSPHATE) | 4 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *clindamycin soln 75mg/5ml* (generic of CLEOCIN PEDIATRIC GRANULE) | 4 | |
| *colistimethate sodium* (generic of COLY-MYCIN M) SOLR | 4 | |
| *dapsone*   TABS | 3 | |
| *daptomycin* (generic of CUBICIN)   500mg | 5 | NDS |
| EMVERM | 5 | NDS |
| *imipenem-cilastatin* | 3 | |
| *imipenem-cilastatin* (generic of PRIMAXIN IV) | 3 | |
| INVANZ | 4 | |
| *ivermectin* (generic of STROMECTOL)   TABS | 3 | |
| *linezolid* (generic of ZYVOX) | 5 | NDS |
| *linezolid in sodium chloride* | 5 | NDS |
| *meropenem* (generic of MERREM) | 4 | |
| *methenamine hippurate* (generic of HIPREX) | 3 | |
| *metronidazole* (generic of FLAGYL)   TABS | 2 | GC |
| *metronidazole in nacl* | 4 | |
| NEBUPENT | 4 | B/D |
| *nitrofurantoin macrocrystal* (generic of MACRODANTIN) 50mg, 100mg     PA applies if 70 years and     older after a 90 day supply     in a calendar year; HR | 4 | PA |
| *nitrofurantoin monohyd macro* (generic of MACROBID)     PA applies if 70 years and     older after a 90 day supply     in a calendar year; HR | 4 | PA |
| PENTAM 300 | 4 | |
| *praziquantel* (generic of BILTRICIDE)   TABS | 3 | |
| SIVEXTRO | 5 | NDS |
| *sulfamethoxazole-trimethop ds* (generic of BACTRIM DS) | 2 | GC |
| *sulfamethoxazole-trimethopri m inj* | 4 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

11

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *sulfamethoxazole-trimethoprim susp* | 4 | |
| *sulfamethoxazole-trimethoprim tab (generic of BACTRIM)* | 2 | GC |
| SYNERCID | 5 | NDS |
| TIGECYCLINE   50mg | 5 | NDS |
| *tigecycline (generic of TYGACIL)   50mg* | 5 | NDS |
| *trimethoprim   TABS* | 2 | GC |
| *vancomycin hcl (generic of VANCOCIN HCL)   CAPS* | 5 | NDS |
| *vancomycin hcl   SOLR 10gm, 500mg, 750mg, 1000mg, 5000mg* | 4 | |
| VANCOMYCIN IN NACL | 4 | |
| ***ANTIFUNGALS*** | | |
| ABELCET | 5 | NDS B/D |
| AMBISOME | 5 | NDS B/D |
| *amphotericin b   SOLR* | 4 | B/D |
| CANCIDAS | 5 | NDS |
| CASPOFUNGIN ACETATE 50mg, 70mg | 5 | NDS |
| *caspofungin acetate (generic of CANCIDAS)   50mg, 70mg* | 5 | NDS |
| *fluconazole (generic of DIFLUCAN)   SUSR* | 3 | |
| *fluconazole (generic of DIFLUCAN)   TABS* | 2 | GC |
| *fluconazole in dextrose* | 4 | |
| FLUCONAZOLE INJ NACL 100 | 4 | |
| *fluconazole inj nacl 200* | 4 | |
| *fluconazole inj nacl 400* | 4 | |
| *flucytosine (generic of ANCOBON)   CAPS* | 5 | NDS |
| *griseofulvin microsize   SUSP* | 3 | |
| *griseofulvin microsize   TABS* | 4 | |
| *griseofulvin ultramicrosize* | 4 | |
| *itraconazole (generic of SPORANOX)   CAPS* | 4 | PA |
| *ketoconazole   TABS* | 3 | PA |
| MYCAMINE | 5 | NDS |
| NOXAFIL   SUSP QL (630 mL / 30 days) | 5 | NDS QL |
| NOXAFIL   TBEC QL (93 tabs / 30 days) | 5 | NDS QL |
| *nystatin   TABS* | 3 | |
| *terbinafine hcl (generic of LAMISIL)   TABS* | 2 | GC |
| *voriconazole (generic of VFEND IV)   SOLR* | 4 | |
| *voriconazole (generic of VFEND)   SUSR; TABS* | 5 | NDS |
| ***ANTIMALARIALS*** | | |
| *atovaquone-proguanil hcl (generic of MALARONE)* | 4 | |
| *chloroquine phosphate TABS* | 3 | |
| COARTEM | 4 | |
| *mefloquine hcl* | 3 | |
| PRIMAQUINE PHOSPHATE | 3 | |
| *quinine sulfate (generic of QUALAQUIN)   CAPS* | 4 | PA |
| ***ANTIRETROVIRAL AGENTS*** | | |
| *abacavir sulfate (generic of ZIAGEN)* | 3 | |
| APTIVUS | 5 | NDS |
| *atazanavir sulfate (generic of REYATAZ)* | 5 | NDS |
| CRIXIVAN | 4 | |
| *didanosine (generic of VIDEX EC)* | 4 | |
| EDURANT | 5 | NDS |
| *efavirenz (generic of SUSTIVA)   CAPS 50mg* | 4 | |
| *efavirenz (generic of SUSTIVA)   CAPS 200mg* | 5 | NDS |
| *efavirenz (generic of SUSTIVA)   TABS* | 5 | NDS |
| EMTRIVA | 3 | |
| *fosamprenavir tab 700 mg (generic of LEXIVA)* | 5 | NDS |
| FUZEON | 5 | NDS NM |
| INTELENCE   25mg | 4 | |
| INTELENCE   100mg, 200mg | 5 | NDS |
| INVIRASE | 5 | NDS |
| ISENTRESS   CHEW 25mg | 3 | |
| ISENTRESS   CHEW 100mg | 5 | NDS |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| ISENTRESS   PACK | 5 | NDS |
| ISENTRESS   TABS | 5 | NDS |
| ISENTRESS HD | 5 | NDS |
| lamivudine (generic of EPIVIR) | 3 | |
| LEXIVA   SUSP | 4 | |
| LEXIVA   TABS | 5 | NDS |
| nevirapine tab 200mg (generic of VIRAMUNE) | 3 | |
| nevirapine tb24 (generic of VIRAMUNE XR) | 4 | |
| NORVIR | 3 | |
| PREZISTA   SUSP QL (400 mL / 30 days) | 5 | NDS QL |
| PREZISTA   TABS 75mg QL (480 tabs / 30 days) | 3 | QL |
| PREZISTA   TABS 150mg QL (240 tabs / 30 days) | 5 | NDS QL |
| PREZISTA   TABS 600mg QL (60 tabs / 30 days) | 5 | NDS QL |
| PREZISTA   TABS 800mg QL (30 tabs / 30 days) | 5 | NDS QL |
| RESCRIPTOR | 4 | |
| RETROVIR IV INFUSION | 4 | |
| REYATAZ   PACK | 5 | NDS |
| ritonavir (generic of NORVIR) | 3 | |
| SELZENTRY   SOLN | 5 | NDS |
| SELZENTRY   TABS 25mg | 4 | |
| SELZENTRY   TABS 75mg, 150mg, 300mg | 5 | NDS |
| stavudine (generic of ZERIT) | 3 | |
| SUSTIVA   TABS | 5 | NDS |
| tenofovir disoproxil fumarate (generic of VIREAD) | 5 | NDS |
| TIVICAY   10mg | 3 | |
| TIVICAY   25mg, 50mg | 5 | NDS |
| TROGARZO | 5 | NDS NM LA |
| TYBOST | 3 | |
| VIDEX EC   125mg | 4 | |
| VIDEX PEDIATRIC | 4 | |
| VIRACEPT | 5 | NDS |
| VIRAMUNE   SUSP | 4 | |
| VIREAD | 5 | NDS |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| ZERIT   SOLR | 5 | NDS |
| zidovudine cap 100mg (generic of RETROVIR) | 4 | |
| zidovudine syp 50mg/5ml (generic of RETROVIR) | 4 | |
| zidovudine tab 300mg | 3 | |
| **ANTIRETROVIRAL COMBINATION AGENTS** | | |
| abacavir sulfate-lamivudine (generic of EPZICOM) | 5 | NDS |
| abacavir sulfate-lamivudine-zidovudine (generic of TRIZIVIR) | 5 | NDS |
| ATRIPLA | 5 | NDS |
| BIKTARVY | 5 | NDS |
| COMPLERA | 5 | NDS |
| DESCOVY | 5 | NDS |
| EVOTAZ | 5 | NDS |
| GENVOYA | 5 | NDS |
| JULUCA | 5 | NDS |
| KALETRA TAB 100-25MG | 4 | |
| KALETRA TAB 200-50MG | 5 | NDS |
| lamivudine-zidovudine (generic of COMBIVIR) | 4 | |
| lopinavir-ritonavir (generic of KALETRA) | 5 | NDS |
| ODEFSEY | 5 | NDS |
| PREZCOBIX | 5 | NDS |
| STRIBILD | 5 | NDS |
| SYMFI | 5 | NDS |
| SYMFI LO | 5 | NDS |
| TRIUMEQ | 5 | NDS |
| TRUVADA TAB 100-150 QL (60 tabs / 30 days) | 5 | NDS QL |
| TRUVADA TAB 133-200 QL (30 tabs / 30 days) | 5 | NDS QL |
| TRUVADA TAB 167-250 QL (30 tabs / 30 days) | 5 | NDS QL |
| TRUVADA TAB 200-300 QL (30 tabs / 30 days) | 5 | NDS QL |
| **ANTITUBERCULAR AGENTS** | | |
| CAPASTAT SULFATE | 4 | |
| cycloserine   CAPS | 5 | NDS |

**PA** - Prior Authorization    **QL** - Quantity Limits    **ST** - Step Therapy    **NM** - Not available at mail-order    **B/D** - Covered under Medicare B or D    **LA** - Limited Access    **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.    **NDS** - Non-Extended Days Supply    **HR** - High Risk Medication

13

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *ethambutol hcl* (generic of MYAMBUTOL)  TABS | 3 | |
| *isoniazid*  TABS | 2 | GC |
| *isoniazid inj 100 mg/ml* | 4 | |
| *isoniazid syp 50mg/5ml* | 4 | |
| PASER D/R | 4 | |
| PRIFTIN | 4 | |
| *pyrazinamide*  TABS | 4 | |
| *rifabutin* (generic of MYCOBUTIN) | 4 | |
| *rifampin* (generic of RIFADIN) CAPS | 3 | |
| *rifampin* (generic of RIFADIN) SOLR | 4 | |
| RIFATER | 4 | |
| SIRTURO | 5 | NDS LA PA |
| TRECATOR | 4 | |
| ***ANTIVIRALS*** | | |
| *acyclovir* (generic of ZOVIRAX)  CAPS; TABS | 2 | GC |
| *acyclovir* (generic of ZOVIRAX)  SUSP | 4 | |
| *acyclovir sodium* | 4 | B/D |
| *adefovir dipivoxil* (generic of HEPSERA) | 5 | NDS |
| BARACLUDE   SOLN | 5 | NDS |
| DAKLINZA | 5 | NDS NM PA |
| *entecavir* (generic of BARACLUDE) | 5 | NDS |
| EPCLUSA | 5 | NDS NM PA |
| EPIVIR HBV   SOLN | 4 | |
| *famciclovir*  TABS | 3 | |
| *ganciclovir inj 500mg* (generic of CYTOVENE) | 3 | B/D |
| GANCICLOVIR INJ 500MG/10ML | 3 | B/D |
| HARVONI | 5 | NDS NM PA |
| *lamivudine (hbv)* (generic of EPIVIR HBV) | 4 | |
| MAVYRET | 5 | NDS NM PA |
| *moderiba tab 200mg* | 4 | NM |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *oseltamivir phosphate* (generic of TAMIFLU)  CAPS 30mg QL (168 caps / year) | 3 | QL |
| *oseltamivir phosphate* (generic of TAMIFLU)  CAPS 45mg, 75mg QL (84 caps / year) | 3 | QL |
| *oseltamivir phosphate* (generic of TAMIFLU)  SUSR QL (1080 mL / year) | 3 | QL |
| PEGASYS | 5 | NDS NM PA |
| PEGASYS PROCLICK | 5 | NDS NM PA |
| REBETOL SOL 40MG/ML | 5 | NDS NM |
| RELENZA DISKHALER QL (6 inhalers / year) | 3 | QL |
| *ribasphere* (generic of REBETOL)  CAPS | 3 | NM |
| *ribasphere*  TABS 200mg | 4 | NM |
| *ribasphere*  TABS 400mg, 600mg | 5 | NDS NM |
| *ribavirin cap 200mg* (generic of REBETOL) | 3 | NM |
| *ribavirin tab 200mg* | 4 | NM |
| *rimantadine hydrochloride* (generic of FLUMADINE) | 3 | |
| SOVALDI | 5 | NDS NM PA |
| *valacyclovir hcl* (generic of VALTREX)  TABS | 3 | |
| *valganciclovir hcl* (generic of VALCYTE) | 5 | NDS |
| VEMLIDY | 5 | NDS |
| VOSEVI | 5 | NDS NM PA |
| ZEPATIER | 5 | NDS NM PA |
| ***CEPHALOSPORINS*** | | |
| *cefaclor*  CAPS | 3 | |
| *cefaclor*  SUSR | 4 | |
| CEFACLOR ER TAB 500MG | 4 | |
| *cefadroxil*  CAPS | 2 | GC |
| *cefadroxil*  SUSR | 3 | |
| *cefadroxil*  TABS | 4 | |
| CEFAZOLIN IN DEXTROSE 2GM/100ML-4% | 4 | |
| *cefazolin inj* | 4 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *cefazolin sodium*   SOLR 1gm, 20gm | 4 | |
| CEFAZOLIN SODIUM 1 GM/50ML | 4 | |
| *cefdinir*   CAPS | 3 | |
| *cefdinir*   SUSR | 4 | |
| *cefepime hcl* (generic of MAXIPIME) | 4 | |
| *cefixime* (generic of SUPRAX) | 4 | |
| *cefotaxime sodium*   1gm, 2gm, 500mg | 4 | |
| *cefoxitin sodium* | 4 | |
| *cefpodoxime proxetil* | 4 | |
| *cefprozil* | 3 | |
| *ceftazidime*   SOLR | 4 | |
| CEFTAZIDIME/DEXTROSE | 4 | |
| *ceftriaxone sodium* (generic of ROCEPHIN)   SOLR 1gm | 4 | |
| *ceftriaxone sodium*   SOLR 1gm, 2gm, 10gm, 250mg, 500mg | 4 | |
| *cefuroxime axetil* | 3 | |
| *cefuroxime sodium* | 4 | |
| *cephalexin* (generic of KEFLEX)   CAPS 250mg, 500mg | 2 | GC |
| *cephalexin*   SUSR | 3 | |
| SUPRAX   CAPS | 3 | |
| SUPRAX   CHEW | 4 | |
| SUPRAX   SUSR 500mg/5ml | 3 | |
| *tazicef*   SOLR | 4 | |
| TEFLARO | 5 | NDS |
| ***ERYTHROMYCINS/MACROLIDES*** | | |
| *azithromycin*   PACK | 3 | |
| *azithromycin* (generic of ZITHROMAX)   SOLR | 4 | |
| *azithromycin* (generic of ZITHROMAX)   SUSR | 3 | |
| *azithromycin* (generic of ZITHROMAX)   TABS | 2 | GC |
| *clarithromycin*   TABS 250mg | 3 | |
| *clarithromycin* (generic of BIAXIN)   TABS 500mg | 3 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *clarithromycin er* (generic of BIAXIN XL) | 3 | |
| *clarithromycin for susp* | 4 | |
| DIFICID | 5 | NDS |
| *e.e.s. 400mg tab* | 4 | |
| *ery-tab* | 4 | |
| ERYTHROCIN LACTOBIONATE | 4 | |
| *erythrocin stearate* | 4 | |
| *erythromycin base* | 4 | |
| *erythromycin cap 250mg ec* | 4 | |
| *erythromycin ethylsuccinate* TABS | 4 | |
| ***FLUOROQUINOLONES*** | | |
| *ciprofloxacin*   SUSR 250mg/5ml | 4 | |
| *ciprofloxacin* (generic of CIPRO)   SUSR 500mg/5ml | 4 | |
| *ciprofloxacin hcl tab*   100mg | 4 | |
| *ciprofloxacin hcl tab* (generic of CIPRO)   250mg, 500mg | 2 | GC |
| *ciprofloxacin hcl tab*   750mg | 2 | GC |
| *ciprofloxacin in d5w* | 4 | |
| *ciprofloxacin in d5w* (generic of CIPRO I.V.-IN D5W) | 4 | |
| *levofloxacin* (generic of LEVAQUIN)   TABS | 2 | GC |
| *levofloxacin in d5w* | 4 | |
| *levofloxacin inj 25mg/ml* | 4 | |
| *levofloxacin oral soln 25 mg/ml* | 4 | |
| ***PENICILLINS*** | | |
| *amoxicillin* | 2 | GC |
| *amoxicillin & pot clavulanate* CHEW | 4 | |
| *amoxicillin & pot clavulanate* SUSR | 3 | |
| *amoxicillin & pot clavulanate* (generic of AUGMENTIN) SUSR | 3 | |
| *amoxicillin & pot clavulanate* (generic of AUGMENTIN ES-600)   SUSR | 3 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

15

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *amoxicillin & pot clavulanate* TABS | 2 | GC |
| *amoxicillin & pot clavulanate* (generic of AUGMENTIN) TABS | 2 | GC |
| *amoxicillin & pot clavulanate* (generic of AUGMENTIN XR) TB12 | 4 | |
| *ampicillin & sulbactam sodium* | 4 | |
| *ampicillin & sulbactam sodium* (generic of UNASYN) | 4 | |
| *ampicillin & sulbactam sodium* (generic of UNASYN BULK PACK) | 4 | |
| *ampicillin cap 250mg* | 2 | GC |
| *ampicillin cap 500mg* | 2 | GC |
| *ampicillin inj* | 4 | |
| *ampicillin sodium* | 4 | |
| *ampicillin susp* | 3 | |
| BICILLIN L-A | 4 | |
| *dicloxacillin sodium* | 3 | |
| *nafcillin sodium*   1gm, 2gm | 4 | |
| *nafcillin sodium*   10gm | 5 | NDS |
| *oxacillin sodium*   1gm, 2gm | 4 | |
| *oxacillin sodium*   10gm | 5 | NDS |
| PENICILLIN G POT IN DEXTROSE 2MU | 4 | |
| PENICILLIN G POT IN DEXTROSE 3MU | 4 | |
| PENICILLIN G PROCAINE | 4 | |
| *penicillin g sodium* | 4 | |
| *penicillin v potassium* | 2 | GC |
| *penicilln gk inj 5mu* | 4 | |
| *penicilln gk inj 20mu* | 4 | |
| *pfizerpen-g inj 5mu* | 4 | |
| *pfizerpen-g inj 20mu* | 4 | |
| *piper/tazoba inj 2-0.25gm* (generic of ZOSYN) | 4 | |
| *piper/tazoba inj 3-0.375gm* (generic of ZOSYN) | 4 | |
| *piper/tazoba inj 4-0.5gm* (generic of ZOSYN) | 4 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| PIPER/TAZOBA INJ 12-1.5GM | 4 | |
| *piper/tazoba inj 36-4.5gm* (generic of ZOSYN) | 4 | |
| ***TETRACYCLINES*** | | |
| *doxy 100* | 4 | |
| *doxycycline (monohydrate)* CAPS 50mg, 100mg | 2 | GC |
| *doxycycline (monohydrate)* TABS | 3 | |
| *doxycycline hyclate*   CAPS 50mg | 3 | |
| *doxycycline hyclate* (generic of VIBRAMYCIN)   CAPS 100mg | 3 | |
| *doxycycline hyclate*   SOLR | 4 | |
| *doxycycline hyclate*   TABS 20mg, 100mg | 3 | |
| *minocycline hcl* (generic of MINOCIN)   CAPS 50mg, 100mg | 3 | |
| *minocycline hcl*   CAPS 75mg | 3 | |
| *morgidox cap 1x50mg* | 3 | |
| **ANTINEOPLASTIC AGENTS** | | |
| ***ALKYLATING AGENTS*** | | |
| BENDEKA | 5 | NDS B/D NM |
| *busulfan* (generic of BUSULFEX) | 5 | NDS B/D |
| CYCLOPHOSPHAMIDE CAPS 25mg, 50mg | 4 | B/D |
| *cyclophosphamide* (generic of CYCLOPHOSPHAMIDE) CAPS 25mg, 50mg | 4 | B/D |
| *cyclophosphamide*   SOLR | 5 | NDS B/D |
| *dacarbazine* | 3 | B/D |
| EMCYT | 4 | |
| GLEOSTINE | 4 | |
| HEXALEN | 5 | NDS |
| IFEX   3gm | 4 | B/D |
| *ifosfamide inj 1gm* (generic of IFEX) | 4 | B/D |
| *ifosfamide inj 1gm/20ml* | 4 | B/D |
| IFOSFAMIDE INJ 3GM | 4 | B/D |
| *ifosfamide inj 3gm/60ml* | 4 | B/D |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| LEUKERAN | 4 | |
| *melphalan hcl* (generic of ALKERAN) | 5 | NDS B/D |
| MUSTARGEN | 5 | NDS B/D |
| ***ANTHRACYCLINES*** | | |
| *adriamycin* | 4 | B/D |
| *doxorubicin hcl* | 4 | B/D |
| *doxorubicin hcl liposomal* (generic of DOXIL) | 5 | NDS B/D |
| *doxorubicin hcl soln 2mg/ml* | 4 | B/D |
| *epirubicin hcl* (generic of ELLENCE) | 4 | B/D |
| ***ANTIBIOTICS*** | | |
| *bleomycin sulfate* | 4 | B/D |
| *mitomycin*  SOLR | 5 | NDS B/D |
| ***ANTIMETABOLITES*** | | |
| *adrucil* | 4 | B/D |
| ALIMTA | 5 | NDS B/D |
| *azacitidine* (generic of VIDAZA) | 5 | NDS B/D NM |
| *cladribine* | 5 | NDS B/D |
| *cytarabine*  20mg/ml | 4 | B/D |
| *fludarabine phosphate* | 4 | B/D |
| *fluorouracil*  SOLN | 4 | B/D |
| *gemcitabine inj soln* | 4 | B/D |
| *gemcitabine inj solr* (generic of GEMZAR)   1gm, 200mg | 5 | NDS B/D |
| *gemcitabine inj solr*   2gm | 5 | NDS B/D |
| *mercaptopurine*  TABS | 4 | |
| *methotrexate sodium inj* | 4 | B/D |
| NIPENT | 5 | NDS B/D |
| PURIXAN | 5 | NDS NM |
| TABLOID | 4 | |
| ***ANTIMITOTIC, TAXOIDS*** | | |
| ABRAXANE | 5 | NDS B/D |
| *docetaxel* (generic of TAXOTERE)   CONC 20mg/ml, 80mg/4ml | 5 | NDS B/D |
| DOCETAXEL   CONC 80mg/4ml, 160mg/8ml, 200mg/10ml | 5 | NDS B/D |
| DOCETAXEL   SOLN 20mg/2ml, 80mg/8ml, 160mg/16ml | 5 | NDS B/D |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *docetaxel* (generic of DOCETAXEL)   SOLN 20mg/2ml, 80mg/8ml, 160mg/16ml | 5 | NDS B/D |
| *paclitaxel* | 4 | B/D |
| TAXOTERE   80mg/4ml | 5 | NDS B/D |
| ***ANTIMITOTIC, VINCA ALKALOIDS*** | | |
| *vinblastine sulfate* | 4 | B/D |
| *vincasar pfs* | 4 | B/D |
| *vincristine sulfate* | 4 | B/D |
| *vinorelbine tartrate* (generic of NAVELBINE) | 4 | B/D |
| ***BIOLOGIC RESPONSE MODIFIERS*** | | |
| AVASTIN | 5 | NDS NM LA PA |
| BELEODAQ | 5 | NDS NM PA |
| BORTEZOMIB | 5 | NDS NM PA |
| ERIVEDGE | 5 | NDS NM LA PA |
| FARYDAK | 5 | NDS NM LA PA |
| HERCEPTIN | 5 | NDS NM PA |
| IBRANCE | 5 | NDS NM LA PA |
| IDHIFA | 5 | NDS NM LA PA |
| KADCYLA | 5 | NDS B/D NM |
| KEYTRUDA | 5 | NDS NM PA |
| KISQALI | 5 | NDS NM PA |
| KISQALI FEMARA 200 DOSE | 5 | NDS NM PA |
| KISQALI FEMARA 400 DOSE | 5 | NDS NM PA |
| KISQALI FEMARA 600 DOSE | 5 | NDS NM PA |
| LYNPARZA | 5 | NDS NM LA PA |
| MYLOTARG | 5 | NDS NM LA PA |
| NINLARO | 5 | NDS NM PA |
| ODOMZO | 5 | NDS NM LA PA |
| RITUXAN | 5 | NDS NM LA PA |
| RITUXAN HYCELA | 5 | NDS NM LA PA |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| RUBRACA | 5 | NDS NM LA PA |
| TECENTRIQ | 5 | NDS NM LA PA |
| VELCADE | 5 | NDS NM PA |
| VENCLEXTA    10mg, 50mg | 4 | NM LA PA |
| VENCLEXTA    100mg | 5 | NDS NM LA PA |
| VENCLEXTA STARTING PACK | 5 | NDS NM LA PA |
| VERZENIO | 5 | NDS NM LA PA |
| YERVOY | 5 | NDS NM PA |
| ZEJULA | 5 | NDS NM LA PA |
| ZOLINZA | 5 | NDS NM PA |
| **HORMONAL ANTINEOPLASTIC AGENTS** | | |
| *anastrozole* (generic of ARIMIDEX)   TABS | 2 | GC |
| *bicalutamide* (generic of CASODEX) | 3 | |
| DEPO-PROVERA INJ 400/ML | 4 | B/D |
| ERLEADA | 5 | NDS NM LA PA |
| *exemestane* (generic of AROMASIN) | 4 | |
| FARESTON | 5 | NDS |
| FASLODEX | 5 | NDS B/D |
| *flutamide* | 3 | |
| *hydroxyprogesterone caproate (antineoplastic)* | 5 | NDS B/D |
| *letrozole* (generic of FEMARA)   TABS | 2 | GC |
| *leuprolide inj 1mg/0.2* | 3 | NM PA |
| LUPRON DEPOT (1-MONTH) 3.75mg | 5 | NDS NM PA |
| LUPRON DEPOT INJ 11.25MG (3-MONTH) | 5 | NDS NM PA |
| LYSODREN | 3 | |
| *megestrol ac sus 40mg/ml* HR | 4 | |
| *megestrol ac tab 20mg* HR | 4 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *megestrol ac tab 40mg* HR | 4 | |
| *megestrol sus 625mg/5ml* (generic of MEGACE ES) HR | 4 | PA |
| *nilutamide* (generic of NILANDRON) | 5 | NDS |
| SOLTAMOX | 4 | |
| *tamoxifen citrate*   TABS | 1 | GC |
| TRELSTAR DEP INJ 3.75MG | 5 | NDS NM PA |
| TRELSTAR LA INJ 11.25MG | 5 | NDS NM PA |
| XTANDI | 5 | NDS NM LA PA |
| ZYTIGA | 5 | NDS NM LA PA |
| **IMMUNOMODULATORS** | | |
| POMALYST CAP 1MG | 5 | NDS NM LA PA |
| POMALYST CAP 2MG | 5 | NDS NM LA PA |
| POMALYST CAP 3MG | 5 | NDS NM LA PA |
| POMALYST CAP 4MG | 5 | NDS NM LA PA |
| REVLIMID    QL (28 caps / 28 days) | 5 | NDS QL NM LA PA |
| THALOMID   50mg, 100mg   QL (30 caps / 30 days) | 5 | NDS QL NM PA |
| THALOMID   150mg, 200mg   QL (60 caps / 30 days) | 5 | NDS QL NM PA |
| **KINASE INHIBITORS** | | |
| AFINITOR    QL (30 tabs / 30 days) | 5 | NDS QL NM PA |
| AFINITOR DISPERZ   2mg   QL (150 tabs / 30 days) | 5 | NDS QL NM PA |
| AFINITOR DISPERZ   3mg   QL (90 tabs / 30 days) | 5 | NDS QL NM PA |
| AFINITOR DISPERZ   5mg   QL (60 tabs / 30 days) | 5 | NDS QL NM PA |
| ALECENSA | 5 | NDS NM LA PA |
| ALUNBRIG | 5 | NDS NM LA PA |
| BOSULIF | 5 | NDS NM PA |

**PA** - Prior Authorization    **QL** - Quantity Limits    **ST** - Step Therapy    **NM** - Not available at mail-order    **B/D** - Covered under Medicare B or D    **LA** - Limited Access    **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.    **NDS** - Non-Extended Days Supply    **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| CABOMETYX QL (30 tabs / 30 days) | 5 | NDS QL NM LA PA |
| CALQUENCE | 5 | NDS NM LA PA |
| CAPRELSA | 5 | NDS NM LA PA |
| COMETRIQ | 5 | NDS NM LA PA |
| COTELLIC | 5 | NDS NM LA PA |
| GILOTRIF TAB 20MG | 5 | NDS NM LA PA |
| GILOTRIF TAB 30MG | 5 | NDS NM LA PA |
| GILOTRIF TAB 40MG | 5 | NDS NM LA PA |
| ICLUSIG | 5 | NDS NM LA PA |
| *imatinib mesylate* (generic of GLEEVEC)  100mg QL (90 tabs / 30 days) | 5 | NDS QL NM PA |
| *imatinib mesylate* (generic of GLEEVEC)  400mg QL (60 tabs / 30 days) | 5 | NDS QL NM PA |
| IMBRUVICA | 5 | NDS NM LA PA |
| INLYTA  1mg QL (180 tabs / 30 days) | 5 | NDS QL NM LA PA |
| INLYTA  5mg QL (120 tabs / 30 days) | 5 | NDS QL NM LA PA |
| IRESSA | 5 | NDS NM LA PA |
| JAKAFI QL (60 tabs / 30 days) | 5 | NDS QL NM LA PA |
| LENVIMA 8 MG DAILY DOSE | 5 | NDS NM LA PA |
| LENVIMA 10 MG DAILY DOSE | 5 | NDS NM LA PA |
| LENVIMA 14 MG DAILY DOSE | 5 | NDS NM LA PA |
| LENVIMA 18 MG DAILY DOSE | 5 | NDS NM LA PA |
| LENVIMA 20 MG DAILY DOSE | 5 | NDS NM LA PA |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| LENVIMA 24 MG DAILY DOSE | 5 | NDS NM LA PA |
| MEKINIST | 5 | NDS NM LA PA |
| NERLYNX | 5 | NDS NM LA PA |
| NEXAVAR | 5 | NDS NM LA PA |
| RYDAPT | 5 | NDS NM PA |
| SPRYCEL | 5 | NDS NM PA |
| STIVARGA | 5 | NDS NM LA PA |
| SUTENT | 5 | NDS NM PA |
| TAFINLAR | 5 | NDS NM LA PA |
| TAGRISSO | 5 | NDS NM LA PA |
| TARCEVA  25mg QL (90 tabs / 30 days) | 5 | NDS QL NM LA PA |
| TARCEVA  100mg, 150mg QL (30 tabs / 30 days) | 5 | NDS QL NM LA PA |
| TASIGNA | 5 | NDS NM PA |
| TYKERB | 5 | NDS NM LA PA |
| VOTRIENT | 5 | NDS NM LA PA |
| XALKORI | 5 | NDS NM LA PA |
| ZELBORAF | 5 | NDS NM LA PA |
| ZYDELIG | 5 | NDS NM LA PA |
| ZYKADIA | 5 | NDS NM LA PA |
| ***MISCELLANEOUS*** | | |
| *bexarotene* (generic of TARGRETIN) | 5 | NDS NM PA |
| DROXIA | 3 | |
| *hydroxyurea* (generic of HYDREA)   CAPS | 3 | |
| LONSURF | 5 | NDS NM PA |
| MATULANE | 5 | NDS LA |
| *mitoxantrone hcl* | 3 | B/D NM |
| SYLATRON KIT 200MCG | 5 | NDS NM PA |
| SYLATRON KIT 300MCG | 5 | NDS NM PA |

**PA** - Prior Authorization    **QL** - Quantity Limits    **ST** - Step Therapy    **NM** - Not available at mail-order    **B/D** - Covered under Medicare B or D    **LA** - Limited Access    **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.    **NDS** - Non-Extended Days Supply    **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| SYLATRON KIT 600MCG | 5 | NDS NM PA |
| SYNRIBO | 5 | NDS NM PA |
| *tretinoin (chemotherapy)* | 5 | NDS |
| TRISENOX | 5 | NDS B/D |
| **PLATINUM-BASED AGENTS** | | |
| *carboplatin* | 4 | B/D |
| *cisplatin* | 3 | B/D |
| *oxaliplatin inj 50mg* | 5 | NDS B/D |
| *oxaliplatin inj 50mg/10ml* | 4 | B/D |
| *oxaliplatin inj 100mg* | 5 | NDS B/D |
| *oxaliplatin inj 100mg/20ml* | 4 | B/D |
| **PROTECTIVE AGENTS** | | |
| *dexrazoxane* (generic of ZINECARD) | 5 | NDS B/D |
| ELITEK | 5 | NDS B/D |
| *leucovorin calcium   SOLR* | 4 | B/D |
| *leucovorin calcium   TABS* | 3 | |
| *levoleucovorin calcium 175mg/17.5ml* | 5 | NDS B/D NM |
| LEVOLEUCOVORIN CALCIUM   250mg/25ml | 5 | NDS B/D NM |
| *levoleucovorin calcium 50mg* (generic of FUSILEV) | 5 | NDS B/D NM |
| LEVOLEUCOVORIN CALCIUM 175MG | 5 | NDS B/D NM |
| *mesna* (generic of MESNEX) | 4 | B/D |
| MESNEX   TABS | 5 | NDS |
| **TOPOISOMERASE INHIBITORS** | | |
| *etoposide   SOLN* | 3 | B/D |
| *irinotecan hcl* (generic of CAMPTOSAR)   40mg/2ml, 100mg/5ml | 4 | B/D |
| *irinotecan hcl   500mg/25ml* | 4 | B/D |
| *toposar* | 3 | B/D |
| *topotecan inj 4mg* (generic of TOPOTECAN HCL)   SOLN | 5 | NDS B/D |
| *topotecan inj 4mg* (generic of HYCAMTIN)   SOLR | 5 | NDS B/D |
| TOPOTECAN INJ 4MG/4ML | 5 | NDS B/D |
| **CARDIOVASCULAR** | | |
| ***ACE INHIBITOR COMBINATIONS*** | | |
| *amlodipine besylate-benazepril hcl cap 2.5-10 mg* | 2 | GC |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *amlodipine besylate-benazepril hcl cap 5-10 mg* (generic of LOTREL) | 2 | GC |
| *amlodipine besylate-benazepril hcl cap 5-20 mg* (generic of LOTREL) | 2 | GC |
| *amlodipine besylate-benazepril hcl cap 5-40 mg* | 2 | GC |
| *amlodipine besylate-benazepril hcl cap 10-20 mg* (generic of LOTREL) | 2 | GC |
| *amlodipine besylate-benazepril hcl cap 10-40 mg* (generic of LOTREL) | 2 | GC |
| *benazepril & hydrochlorothiazide* | 2 | GC |
| *benazepril & hydrochlorothiazide* (generic of LOTENSIN HCT) | 2 | GC |
| *enalapril maleate & hydrochlorothiazide* | 2 | GC |
| *enalapril maleate & hydrochlorothiazide* (generic of VASERETIC) | 2 | GC |
| *fosinopril sodium & hydrochlorothiazide* | 2 | GC |
| *lisinopril & hydrochlorothiazide* (generic of ZESTORETIC) | 1 | GC |
| *moexipril-hydrochlorothiazide* | 2 | GC |
| *quinapril-hydrochlorothiazide* (generic of ACCURETIC) | 2 | GC |
| ***ACE INHIBITORS*** | | |
| *benazepril hcl   TABS 5mg* | 1 | GC |
| *benazepril hcl* (generic of LOTENSIN)   TABS 10mg, 20mg, 40mg | 1 | GC |
| *enalapril maleate* (generic of VASOTEC)   TABS | 2 | GC |
| *fosinopril sodium* | 2 | GC |
| *lisinopril* (generic of ZESTRIL) TABS 2.5mg, 30mg, 40mg | 1 | GC |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *lisinopril* (generic of PRINIVIL) TABS 5mg, 10mg, 20mg | 1 | GC |
| *moexipril hcl* | 2 | GC |
| *perindopril erbumine* | 2 | GC |
| *quinapril hcl* (generic of ACCUPRIL) | 2 | GC |
| *ramipril* (generic of ALTACE) | 2 | GC |
| *trandolapril*   1mg, 2mg | 2 | GC |
| *trandolapril* (generic of MAVIK)   4mg | 2 | GC |
| ***ALDOSTERONE RECEPTOR ANTAGONISTS*** | | |
| *eplerenone* (generic of INSPRA) | 4 | |
| *spironolactone* (generic of ALDACTONE)   TABS | 1 | GC |
| **ALPHA BLOCKERS** | | |
| *doxazosin mesylate* (generic of CARDURA)   TABS 1mg, 2mg, 4mg    QL (30 tabs / 30 days) | 3 | QL |
| *doxazosin mesylate* (generic of CARDURA)   TABS 8mg | 3 | |
| *prazosin hcl* (generic of MINIPRESS) | 3 | |
| *terazosin hcl* | 2 | GC |
| ***ANGIOTENSIN II RECEPTOR ANTAGONIST COMBINATIONS*** | | |
| *amlodipine besylate-olmesartan medoxomil* (generic of AZOR) | 2 | GC |
| *amlodipine besylate-valsartan tab 5-160 mg* (generic of EXFORGE) | 2 | GC |
| *amlodipine besylate-valsartan tab 5-320 mg* (generic of EXFORGE) | 2 | GC |
| *amlodipine besylate-valsartan tab 10-160 mg* (generic of EXFORGE) | 2 | GC |
| *amlodipine besylate-valsartan tab 10-320 mg* (generic of EXFORGE) | 2 | GC |
| ENTRESTO | 3 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *irbesartan-hydrochlorothiazide* (generic of AVALIDE) | 2 | GC |
| *losartan potassium & hctz tab 50-12.5 mg* (generic of HYZAAR) | 2 | GC |
| *losartan potassium & hctz tab 100-12.5 mg* (generic of HYZAAR) | 2 | GC |
| *losartan potassium & hctz tab 100-25 mg* (generic of HYZAAR) | 2 | GC |
| *olmesartan medoxomil-amlodipine-hydroc hlorothiazide* (generic of TRIBENZOR) | 2 | GC |
| *olmesartan medoxomil-hydrochlorothiazid e* (generic of BENICAR HCT) | 2 | GC |
| *valsartan-hydrochlorothiazide* (generic of DIOVAN HCT) | 2 | GC |
| ***ANGIOTENSIN II RECEPTOR ANTAGONISTS*** | | |
| *irbesartan* (generic of AVAPRO) | 2 | GC |
| *losartan potassium* (generic of COZAAR) | 1 | GC |
| *olmesartan medoxomil* (generic of BENICAR)   TABS | 2 | GC |
| *valsartan* (generic of DIOVAN) | 2 | GC |
| ***ANTIARRHYTHMICS*** | | |
| *amiodarone hcl soln* | 4 | |
| *amiodarone tab 100mg* | 4 | |
| *amiodarone tab 200mg* | 2 | GC |
| *amiodarone tab 400mg* | 4 | |
| *disopyramide phosphate* (generic of NORPACE)   HR | 4 | |
| *dofetilide* (generic of TIKOSYN) | 4 | NM |
| *flecainide acetate* | 3 | |
| *mexiletine hcl* | 4 | |
| MULTAQ | 4 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| NORPACE CR HR | 4 | |
| *pacerone*  100mg, 400mg | 4 | |
| *pacerone*  200mg | 2 | GC |
| *propafenone hcl* | 3 | |
| *propafenone hcl 12hr* (generic of RYTHMOL SR) | 4 | |
| *quinidine gluconate*  TBCR | 4 | |
| *quinidine sulfate*  TABS | 2 | GC |
| *sorine* (generic of BETAPACE)  80mg, 120mg, 160mg | 2 | GC |
| *sorine*  240mg | 2 | GC |
| *sotalol hcl* (generic of BETAPACE)  80mg, 120mg, 160mg | 2 | GC |
| *sotalol hcl*  240mg | 2 | GC |
| *sotalol hcl (afib/afl)* (generic of BETAPACE AF) | 3 | |

### ANTILIPEMICS, HMG-CoA REDUCTASE INHIBITORS

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *atorvastatin calcium* (generic of LIPITOR)  TABS | 1 | GC |
| *lovastatin*  10mg, 20mg | 1 | GC |
| *lovastatin* (generic of MEVACOR)  40mg | 1 | GC |
| *pravastatin sodium*  10mg | 2 | GC |
| *pravastatin sodium* (generic of PRAVACHOL)  20mg, 40mg, 80mg | 2 | GC |
| *rosuvastatin calcium* (generic of CRESTOR)        QL (30 tabs / 30 days) | 2 | GC QL |
| *simvastatin* (generic of ZOCOR)  TABS 5mg, 10mg, 20mg, 40mg | 1 | GC |
| *simvastatin* (generic of ZOCOR)  TABS 80mg        QL (30 tabs / 30 days) | 1 | GC QL |

### ANTILIPEMICS, MISCELLANEOUS

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *cholestyramine* (generic of QUESTRAN) | 4 | |
| *cholestyramine light*  PACK | 4 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *cholestyramine light* (generic of QUESTRAN LIGHT) POWD | 4 | |
| *colestipol hcl gran* (generic of COLESTID) | 4 | |
| *colestipol hcl pack* (generic of COLESTID) | 4 | |
| *colestipol hcl tabs* (generic of COLESTID) | 3 | |
| *ezetimibe* (generic of ZETIA) | 4 | |
| *ezetimibe-simvastatin* (generic of VYTORIN) | 2 | GC |
| *fenofibrate* (generic of TRICOR)  TABS 48mg, 145mg | 2 | GC |
| *fenofibrate*  TABS 54mg, 160mg | 2 | GC |
| *fenofibrate micronized* 67mg, 134mg, 200mg | 3 | |
| *gemfibrozil* (generic of LOPID) TABS | 2 | GC |
| JUXTAPID | 5 | NDS NM LA PA |
| KYNAMRO | 5 | NDS NM PA |
| *niacin er (antihyperlipidemic)* (generic of NIASPAN) | 4 | |
| *niacor* | 3 | |
| *omega-3-acid ethyl esters* (generic of LOVAZA) | 4 | |
| PRALUENT | 5 | NDS NM PA |
| *prevalite*  PACK | 4 | |
| *prevalite* (generic of QUESTRAN LIGHT)  POWD | 4 | |
| VASCEPA | 4 | |
| WELCHOL | 3 | |

### BETA-BLOCKER/DIURETIC COMBINATIONS

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *atenolol & chlorthalidone* | 3 | |
| *bisoprolol & hydrochlorothiazide* (generic of ZIAC) | 2 | GC |
| *metoprolol & hydrochlorothiazide* | 3 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *metoprolol & hydrochlorothiazide* (generic of LOPRESSOR HCT) | 3 | |
| ***BETA-BLOCKERS*** | | |
| *acebutolol hcl*  CAPS | 2 | GC |
| *atenolol* (generic of TENORMIN)  TABS 25mg | 1 | GC |
| *atenolol*  TABS 50mg, 100mg | 1 | GC |
| *bisoprolol fumarate* | 2 | GC |
| BYSTOLIC  2.5mg, 5mg, 10mg         QL (30 tabs / 30 days) | 4 | QL |
| BYSTOLIC  20mg         QL (60 tabs / 30 days) | 4 | QL |
| *carvedilol* (generic of COREG) | 2 | GC |
| *labetalol hcl*  TABS | 3 | |
| *metoprolol succinate* (generic of TOPROL XL) | 1 | GC |
| *metoprolol tartrate*  SOCT | 4 | |
| *metoprolol tartrate*  SOLN | 4 | |
| *metoprolol tartrate*  TABS 25mg | 1 | GC |
| *metoprolol tartrate* (generic of LOPRESSOR)  TABS 50mg, 100mg | 1 | GC |
| *pindolol* | 3 | |
| *propranolol cap er* (generic of INDERAL LA) | 3 | |
| *propranolol hcl*  SOLN | 4 | |
| *propranolol hcl*  TABS | 3 | |
| *propranolol oral sol* | 3 | |
| *timolol maleate*  TABS | 3 | |
| ***CALCIUM CHANNEL BLOCKERS*** | | |
| *afeditab cr* (generic of ADALAT CC) | 3 | |
| *amlodipine besylate* (generic of NORVASC)  TABS | 1 | GC |
| *cartia xt* (generic of CARDIZEM CD)  120mg, 180mg, 240mg | 3 | |
| *cartia xt*  300mg | 3 | |
| *dilt-xr cap* | 3 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *diltiazem cap 120mg cd* (generic of CARDIZEM CD) | 3 | |
| *diltiazem cap 180mg cd* (generic of CARDIZEM CD) | 3 | |
| *diltiazem cap 240mg cd* (generic of CARDIZEM CD) | 3 | |
| *diltiazem cap 300mg cd* | 3 | |
| *diltiazem cap 360mg cd* (generic of CARDIZEM CD) | 3 | |
| *diltiazem cap er/12hr* | 4 | |
| *diltiazem hcl* (generic of CARDIZEM)  TABS 30mg, 60mg, 120mg | 2 | GC |
| *diltiazem hcl*  TABS 90mg | 2 | GC |
| *diltiazem hcl cap sr 24hr* | 3 | |
| *diltiazem hcl coated beads cap sr 24hr* (generic of CARDIZEM CD)  120mg, 360mg | 3 | |
| *diltiazem hcl coated beads cap sr 24hr*  300mg | 3 | |
| *diltiazem hcl extended release beads cap sr* (generic of TIAZAC)  120mg, 180mg, 240mg, 300mg, 360mg, 420mg | 3 | |
| *diltiazem hcl extended release beads cap sr* (generic of CARDIZEM CD)  180mg | 3 | |
| *diltiazem inj* | 4 | |
| *felodipine* | 3 | |
| *nicardipine hcl*  CAPS | 4 | |
| *nifedical xl* (generic of PROCARDIA XL) | 3 | |
| *nifedipine* (generic of PROCARDIA XL)  TB24 | 3 | |
| *nifedipine er* (generic of ADALAT CC) | 3 | |
| *nimodipine*  CAPS | 5 | NDS |
| NYMALIZE | 5 | NDS |
| *taztia xt* (generic of TIAZAC) | 3 | |
| *verapamil cap er* (generic of VERELAN PM)  100mg, 200mg, 300mg | 4 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

23

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Drug Requirements/ Tier | Limits |
|---|---|---|
| _verapamil cap er_ (generic of VERELAN)   120mg, 180mg, 240mg | 4 | |
| _verapamil cap er_   360mg | 4 | |
| _verapamil hcl_   SOLN | 4 | |
| _verapamil hcl_   TABS 40mg | 2 | GC |
| _verapamil hcl_ (generic of CALAN)   TABS 80mg, 120mg | 2 | GC |
| _verapamil hcl_ (generic of CALAN SR)   TBCR | 2 | GC |
| _verapamil tab er_ (generic of CALAN SR) | 2 | GC |
| _DIGITALIS GLYCOSIDES_ | | |
| _digitek_ (generic of LANOXIN) .25mg    PA if 70 years and older; HR | 3 | PA |
| _digitek_ (generic of LANOXIN) .125mg    QL (30 tabs / 30 days)  HR (doses > 0.125 mg/day) | 3 | QL |
| _digox_ (generic of LANOXIN) 125mcg    QL (30 tabs / 30 days)  HR (doses > 0.125 mg/day) | 3 | QL |
| _digox_ (generic of LANOXIN) 250mcg    PA if 70 years and older; HR | 3 | PA |
| _digoxin_ (generic of LANOXIN) TABS 125mcg    QL (30 tabs / 30 days)  HR (doses > 0.125 mg/day) | 3 | QL |
| _digoxin_ (generic of LANOXIN) TABS 250mcg    PA if 70 years and older; HR | 3 | PA |
| _digoxin inj_ (generic of LANOXIN)    HR (doses > 0.125 mg/day) | 4 | |
| _digoxin sol 50mcg/ml_    PA if 70 years and older; HR | 3 | PA |

| Drug Name | Drug Requirements/ Tier | Limits |
|---|---|---|
| _DIRECT RENIN INHIBITORS/COMBINATIONS_ | | |
| TEKTURNA | 4 | |
| TEKTURNA HCT | 4 | |
| _DIURETICS_ | | |
| _acetazolamide_   CP12 | 4 | |
| _acetazolamide_   TABS | 3 | |
| _amiloride & hydrochlorothiazide_ | 2 | GC |
| _amiloride hcl_   TABS | 3 | |
| _bumetanide_   SOLN | 4 | |
| _bumetanide_ (generic of BUMEX)   TABS | 3 | |
| _chlorothiazide tabs_ | 3 | |
| _chlorthalidone_ | 3 | |
| _furosemide_   SOLN | 2 | GC |
| _furosemide_ (generic of LASIX)   TABS | 1 | GC |
| _furosemide inj_ | 4 | |
| _hydrochlorothiazide_ (generic of MICROZIDE)   CAPS | 1 | GC |
| _hydrochlorothiazide_   TABS | 1 | GC |
| _indapamide_ | 2 | GC |
| _methazolamide_ (generic of NEPTAZANE)   TABS 25mg | 4 | |
| _methazolamide_   TABS 50mg | 4 | |
| _methyclothiazide_ | 3 | |
| _metolazone_ | 3 | |
| _spironolactone & hydrochlorothiazide_ (generic of ALDACTAZIDE) | 3 | |
| _torsemide tabs_   5mg, 100mg | 2 | GC |
| _torsemide tabs_ (generic of DEMADEX)   10mg, 20mg | 2 | GC |
| _triamterene & hydrochlorothiazide cap 37.5-25 mg_ (generic of DYAZIDE) | 2 | GC |
| _triamterene & hydrochlorothiazide tabs_ (generic of MAXZIDE) | 1 | GC |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *triamterene & hydrochlorothiazide tabs* (generic of MAXZIDE-25) | 1 | GC |
| ***MISCELLANEOUS*** | | |
| *clonidine hcl* (generic of CATAPRES-TTS-1)   PTWK .1mg/24hr | 4 | |
| *clonidine hcl* (generic of CATAPRES-TTS-2)   PTWK .2mg/24hr | 4 | |
| *clonidine hcl* (generic of CATAPRES-TTS-3)   PTWK .3mg/24hr | 4 | |
| *clonidine hcl* (generic of CATAPRES)   TABS | 2 | GC |
| CORLANOR | 4 | |
| DEMSER | 5 | NDS |
| *hydralazine hcl*   SOLN | 4 | |
| *hydralazine hcl*   TABS | 2 | GC |
| *midodrine hcl* | 3 | |
| *minoxidil*   TABS | 2 | GC |
| NORTHERA | 5 | NDS NM LA PA |
| RANEXA | 4 | |
| ***NITRATES*** | | |
| *isosorb mononitrate tab* | 2 | GC |
| *isosorbide dinitrate* (generic of ISORDIL TITRADOSE)   5mg | 3 | |
| *isosorbide dinitrate*   10mg, 20mg, 30mg | 3 | |
| *isosorbide dinitrate er* | 4 | |
| *isosorbide mononitrate er* | 2 | GC |
| *minitran* (generic of NITRO-DUR) | 3 | |
| NITRO-BID | 3 | |
| NITRO-DUR DIS 0.3MG/HR | 4 | |
| NITRO-DUR DIS 0.8MG/HR | 4 | |
| *nitroglycerin* (generic of NITROSTAT)   SUBL | 3 | |
| *nitroglycerin td patch* .1mg/hr | 3 | |
| *nitroglycerin td patch* (generic of NITRO-DUR)   .2mg/hr, .4mg/hr, .6mg/hr | 3 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| ***PULMONARY ARTERIAL HYPERTENSION*** | | |
| ADCIRCA     QL (60 tabs / 30 days) | 5 | NDS QL NM PA |
| ADEMPAS     QL (90 tabs / 30 days) | 5 | NDS QL NM LA PA |
| LETAIRIS     QL (30 tabs / 30 days) | 5 | NDS QL NM LA PA |
| OPSUMIT     QL (30 tabs / 30 days) | 5 | NDS QL NM LA PA |
| REMODULIN | 5 | NDS NM LA PA |
| *sildenafil citrate (pulmonary hypertension)* (generic of REVATIO)   TABS     QL (90 tabs / 30 days) | 3 | QL NM PA |
| TRACLEER   TABS 62.5mg     QL (120 tabs / 30 days) | 5 | NDS QL NM LA PA |
| TRACLEER   TABS 125mg     QL (60 tabs / 30 days) | 5 | NDS QL NM LA PA |
| VENTAVIS | 5 | NDS NM PA |
| **CENTRAL NERVOUS SYSTEM** **ANTIANXIETY** | | |
| *alprazolam tab 0.5mg* (generic of XANAX)     QL (240 tabs / 30 days) | 2 | GC QL |
| *alprazolam tab 0.25mg* (generic of XANAX)     QL (480 tabs / 30 days) | 2 | GC QL |
| *alprazolam tab 1mg* (generic of XANAX)     QL (120 tabs / 30 days) | 2 | GC QL |
| *alprazolam tab 2 mg* (generic of XANAX)     QL (150 tabs / 30 days) | 2 | GC QL |
| *buspirone hcl*   TABS 5mg, 7.5mg, 10mg, 15mg | 2 | GC |
| *buspirone hcl*   TABS 30mg | 4 | |
| *fluvoxamine maleate*   TABS 25mg, 50mg     QL (45 tabs / 30 days) | 3 | QL |
| *fluvoxamine maleate*   TABS 100mg | 3 | |
| *lorazepam* (generic of ATIVAN)   SOLN | 4 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *lorazepam* (generic of ATIVAN)  TABS<br>     QL (150 tabs / 30 days) | 2 | GC QL |
| *lorazepam intensol*<br>     QL (150 mL / 30 days) | 3 | QL |
| ***ANTICONVULSANTS*** | | |
| APTIOM   200mg<br>     QL (180 tabs / 30 days) | 4 | QL |
| APTIOM   400mg<br>     QL (90 tabs / 30 days) | 4 | QL |
| APTIOM   600mg, 800mg<br>     QL (60 tabs / 30 days) | 4 | QL |
| BANZEL SUS 40MG/ML | 5 | NDS PA |
| BANZEL TAB 200MG | 5 | NDS PA |
| BANZEL TAB 400MG | 5 | NDS PA |
| BRIVIACT | 4 | PA |
| *carbamazepine*   CHEW | 3 | |
| *carbamazepine* (generic of CARBATROL)   CP12 | 4 | |
| *carbamazepine* (generic of TEGRETOL)   SUSP; TABS | 4 | |
| *carbamazepine* (generic of TEGRETOL-XR)   TB12 | 4 | |
| CELONTIN | 4 | |
| *clonazepam* (generic of KLONOPIN)   TABS 1mg<br>     QL (120 tabs / 30 days) | 2 | GC QL |
| *clonazepam* (generic of KLONOPIN)   TABS 2mg<br>     QL (300 tabs / 30 days) | 2 | GC QL |
| *clonazepam* (generic of KLONOPIN)   TABS .5mg<br>     QL (240 tabs / 30 days) | 2 | GC QL |
| *clonazepam*   TBDP 1mg<br>     QL (120 tabs / 30 days) | 3 | QL |
| *clonazepam*   TBDP 2mg<br>     QL (300 tabs / 30 days) | 3 | QL |
| *clonazepam*   TBDP .5mg<br>     QL (240 tabs / 30 days) | 3 | QL |
| *clonazepam*   TBDP .25mg<br>     QL (480 tabs / 30 days) | 3 | QL |
| *clonazepam*   TBDP .125mg<br>     QL (960 tabs / 30 days) | 3 | QL |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *clorazepate dipotassium* 3.75mg<br>     QL (120 tabs / 30 days)<br>   PA if 65 years and older | 3 | QL PA |
| *clorazepate dipotassium* (generic of TRANXENE T) 7.5mg<br>     QL (120 tabs / 30 days)<br>   PA if 65 years and older | 3 | QL PA |
| *clorazepate dipotassium* 15mg<br>     QL (180 tabs / 30 days)<br>   PA if 65 years and older | 3 | QL PA |
| DIASTAT ACUDIAL | 4 | |
| DIASTAT PEDIATRIC | 4 | |
| *diazepam*   SOLN 1mg/ml<br>     QL (1200 mL / 30 days)<br>   PA if 65 years and older | 3 | QL PA |
| *diazepam*   SOLN 5mg/ml | 4 | |
| *diazepam* (generic of VALIUM)   TABS<br>     QL (120 tabs / 30 days)<br>   PA if 65 years and older | 2 | GC QL PA |
| *diazepam gel* | 4 | |
| *diazepam intensol*<br>     QL (240 mL / 30 days)<br>   PA if 65 years and older | 3 | QL PA |
| DILANTIN | 4 | |
| DILANTIN-125 SUS 125/5ML | 4 | |
| *divalproex sodium* (generic of DEPAKOTE SPRINKLES) CSDR | 4 | |
| *divalproex sodium* (generic of DEPAKOTE ER)   TB24 | 4 | |
| *divalproex sodium* (generic of DEPAKOTE)   TBEC | 3 | |
| *epitol* (generic of TEGRETOL) | 4 | |
| *ethosuximide* (generic of ZARONTIN)   CAPS; SOLN | 4 | |
| *felbamate* (generic of FELBATOL)   SUSP | 5 | NDS |
| *felbamate* (generic of FELBATOL)   TABS | 4 | |
| FYCOMPA   SUSP<br>     QL (720 mL / 30 days) | 4 | QL PA |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| FYCOMPA   TABS 2mg QL (180 tabs / 30 days) | 4 | QL PA |
| FYCOMPA   TABS 4mg QL (90 tabs / 30 days) | 4 | QL PA |
| FYCOMPA   TABS 6mg QL (60 tabs / 30 days) | 4 | QL PA |
| FYCOMPA   TABS 8mg, 10mg, 12mg QL (30 tabs / 30 days) | 4 | QL PA |
| gabapentin (generic of NEURONTIN)   CAPS; TABS | 2 | GC |
| gabapentin (generic of NEURONTIN)   SOLN | 4 | |
| GABITRIL   12mg, 16mg | 4 | |
| lamotrigine (generic of LAMICTAL CHEWABLE DISPERS)   CHEW | 3 | |
| lamotrigine (generic of LAMICTAL)   TABS | 2 | GC |
| levetiracetam (generic of KEPPRA)   TABS | 3 | |
| levetiracetam (generic of KEPPRA XR)   TB24 | 3 | |
| levetiracetam in sodium chloride (generic of LEVETIRACETAM) | 4 | |
| levetiracetam inj (generic of KEPPRA) | 4 | |
| levetiracetam sol 100mg/ml (generic of KEPPRA) | 3 | |
| LYRICA   CAPS 25mg, 50mg, 75mg, 100mg, 150mg QL (120 caps / 30 days) | 3 | QL |
| LYRICA   CAPS 200mg QL (90 caps / 30 days) | 3 | QL |
| LYRICA   CAPS 225mg, 300mg QL (60 caps / 30 days) | 3 | QL |
| LYRICA   SOLN QL (946 mL / 30 days) | 3 | QL |
| ONFI SOLN | 5 | NDS PA |
| ONFI TAB | 5 | NDS PA |
| oxcarbazepine (generic of TRILEPTAL)   SUSP | 4 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| oxcarbazepine (generic of TRILEPTAL)   TABS | 3 | |
| PEGANONE | 4 | |
| phenobarbital   ELIX; TABS PA if 70 years and older; HR | 4 | PA |
| PHENOBARBITAL SODIUM SOLN 65mg/ml PA if 70 years and older; HR | 4 | PA |
| phenobarbital sodium   SOLN 130mg/ml PA if 70 years and older; HR | 4 | PA |
| PHENYTEK | 4 | |
| phenytoin (generic of DILANTIN INFATABS)   CHEW | 3 | |
| phenytoin (generic of DILANTIN-125)   SUSP | 3 | |
| phenytoin sodium   SOLN | 4 | |
| phenytoin sodium extended (generic of DILANTIN) 100mg | 3 | |
| phenytoin sodium extended (generic of PHENYTEK) 200mg, 300mg | 3 | |
| primidone (generic of MYSOLINE)   TABS | 2 | GC |
| roweepra (generic of KEPPRA) | 3 | |
| roweepra xr (generic of KEPPRA XR) | 3 | |
| SABRIL   TABS QL (180 tabs / 30 days) | 5 | NDS QL NM LA PA |
| SPRITAM | 4 | |
| TEGRETOL | 4 | |
| TEGRETOL-XR | 4 | |
| tiagabine hcl (generic of GABITRIL) | 4 | |
| topiramate (generic of TOPAMAX SPRINKLE) CPSP | 4 | |
| topiramate (generic of TOPAMAX)   TABS | 3 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

27

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *valproate sodium oral soln* (generic of DEPAKENE) | 3 | |
| *valproate sodium soln 100mg/ml* (generic of DEPACON) | 4 | |
| *valproic acid* (generic of DEPAKENE) | 3 | |
| *vigabatrin powd pack 500mg* (generic of SABRIL)     QL (180 packets / 30 days) | 5 | NDS QL NM LA PA |
| VIMPAT    SOLN 10mg/ml     QL (1200 mL / 30 days) | 4 | QL |
| VIMPAT    SOLN 200mg/20ml | 4 | |
| VIMPAT    TABS 50mg     QL (180 tabs / 30 days) | 4 | QL |
| VIMPAT    TABS 100mg, 150mg, 200mg     QL (60 tabs / 30 days) | 4 | QL |
| *zonisamide* (generic of ZONEGRAN)    CAPS 25mg, 100mg | 3 | |
| *zonisamide*    CAPS 50mg | 3 | |
| ***ANTIDEMENTIA*** | | |
| *donepezil hydrochloride* (generic of ARICEPT)    TABS 5mg     QL (60 tabs / 30 days) | 2 | GC QL |
| *donepezil hydrochloride* (generic of ARICEPT)    TABS 10mg | 2 | GC |
| *donepezil hydrochloride* (generic of ARICEPT)    TABS 23mg | 4 | |
| *donepezil hydrochloride* TBDP 5mg     QL (60 tabs / 30 days) | 3 | QL |
| *donepezil hydrochloride* TBDP 10mg | 3 | |
| EXELON PATCHES     QL (30 patches / 30 days) | 3 | QL |
| *galantamine hydrobromide* SOLN | 4 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *galantamine hydrobromide* (generic of RAZADYNE) TABS | 4 | |
| *galantamine hydrobromide er* (generic of RAZADYNE ER) | 4 | |
| *memantine hcl*  SOLN     PA if < 30 yrs | 4 | PA |
| *memantine hcl* (generic of NAMENDA)  TABS     PA if < 30 yrs | 3 | PA |
| *memantine hcl cp24* (generic of NAMENDA XR)     PA if < 30 yrs | 4 | PA |
| NAMENDA XR     PA if < 30 yrs | 3 | PA |
| NAMENDA XR TITRATION PACK     PA if < 30 yrs | 3 | PA |
| NAMZARIC | 4 | |
| *rivastigmine tartrate caps* | 4 | |
| ***ANTIDEPRESSANTS*** | | |
| *amitriptyline hcl*  TABS     HR | 4 | |
| *amoxapine*     HR | 3 | |
| *bupropion hcl*  TABS | 3 | |
| *bupropion hcl* (generic of WELLBUTRIN SR)   TB12 | 2 | GC |
| *bupropion hcl* (generic of WELLBUTRIN XL)   TB24 | 3 | |
| *citalopram hydrobromide* SOLN | 3 | |
| *citalopram hydrobromide* (generic of CELEXA)   TABS | 1 | GC |
| *clomipramine hcl* (generic of ANAFRANIL)   CAPS     HR | 4 | |
| *desipramine hcl* (generic of NORPRAMIN)   TABS 10mg, 25mg     HR | 4 | |
| *desipramine hcl*  TABS 50mg, 75mg, 100mg, 150mg     HR | 4 | |

**PA** - Prior Authorization    **QL** - Quantity Limits    **ST** - Step Therapy    **NM** - Not available at mail-order    **B/D** - Covered under Medicare B or D    **LA** - Limited Access    **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.    **NDS** - Non-Extended Days Supply    **HR** - High Risk Medication

28

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *desvenlafaxine succinate* (generic of PRISTIQ)<br>　QL (30 tabs / 30 days) | 4 | QL |
| *doxepin hcl*  CAPS; CONC<br>　HR | 4 | |
| *duloxetine hcl* (generic of CYMBALTA)   CPEP 20mg<br>　QL (180 caps / 30 days) | 3 | QL |
| *duloxetine hcl* (generic of CYMBALTA)   CPEP 30mg<br>　QL (120 caps / 30 days) | 3 | QL |
| *duloxetine hcl* (generic of CYMBALTA)   CPEP 60mg<br>　QL (60 caps / 30 days) | 3 | QL |
| EMSAM<br>　QL (30 patches / 30 days) | 5 | NDS QL PA |
| *escitalopram oxalate*  SOLN | 4 | |
| *escitalopram oxalate* (generic of LEXAPRO)  TABS | 2 | GC |
| FETZIMA   20mg<br>　QL (180 caps / 30 days) | 4 | QL |
| FETZIMA   40mg<br>　QL (90 caps / 30 days) | 4 | QL |
| FETZIMA   80mg, 120mg<br>　QL (30 caps / 30 days) | 4 | QL |
| FETZIMA TITRATION PACK | 4 | |
| *fluoxetine cap 10mg* (generic of PROZAC) | 1 | GC |
| *fluoxetine cap 20mg* (generic of PROZAC) | 1 | GC |
| *fluoxetine cap 40mg* (generic of PROZAC) | 1 | GC |
| *fluoxetine hcl*  SOLN | 2 | GC |
| *imipramine hcl* (generic of TOFRANIL)   TABS<br>　HR | 4 | |
| *maprotiline hcl* | 4 | |
| MARPLAN TAB 10MG<br>　QL (180 tabs / 30 days) | 4 | QL |
| *mirtazapine*  TABS 7.5mg<br>　QL (45 tabs / 30 days) | 2 | GC QL |
| *mirtazapine* (generic of REMERON)   TABS 15mg<br>　QL (45 tabs / 30 days) | 2 | GC QL |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *mirtazapine* (generic of REMERON)   TABS 30mg, 45mg | 2 | GC |
| *mirtazapine* (generic of REMERON SOLTAB)   TBDP 15mg<br>　QL (30 tabs / 30 days) | 3 | QL |
| *mirtazapine* (generic of REMERON SOLTAB)   TBDP 30mg, 45mg | 3 | |
| *nefazodone hcl* | 4 | |
| *nortriptyline hcl* (generic of PAMELOR)   CAPS<br>　HR | 2 | GC |
| *nortriptyline hcl*  SOLN<br>　HR | 4 | |
| *paroxetine hcl* (generic of PAXIL)   TABS<br>　HR | 1 | GC |
| PAXIL   SUSP<br>　QL (900 mL / 30 days)<br>　HR | 4 | QL |
| *phenelzine sulfate* (generic of NARDIL)   TABS | 3 | |
| *protriptyline hcl*<br>　HR | 4 | |
| *sertraline hcl* (generic of ZOLOFT)   CONC | 3 | |
| *sertraline hcl* (generic of ZOLOFT)   TABS | 1 | GC |
| *tranylcypromine sulfate* (generic of PARNATE) | 4 | |
| *trazodone hcl*  TABS 50mg, 100mg | 2 | GC |
| *trazodone tab 150mg* | 2 | GC |
| *trimipramine maleate* (generic of SURMONTIL)   CAPS 25mg<br>　QL (240 caps / 30 days)<br>　HR | 4 | QL |
| *trimipramine maleate* (generic of SURMONTIL)   CAPS 50mg<br>　QL (120 caps / 30 days)<br>　HR | 4 | QL |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

29

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *trimipramine maleate* (generic of SURMONTIL)   CAPS 100mg        QL (60 caps / 30 days)        HR | 4 | QL |
| TRINTELLIX   5mg        QL (120 tabs / 30 days) | 4 | QL |
| TRINTELLIX   10mg        QL (60 tabs / 30 days) | 4 | QL |
| TRINTELLIX   20mg        QL (30 tabs / 30 days) | 4 | QL |
| *venlafaxine hcl* (generic of EFFEXOR XR)   CP24 37.5mg, 75mg        QL (30 caps / 30 days) | 2 | GC QL |
| *venlafaxine hcl* (generic of EFFEXOR XR)   CP24 150mg        QL (60 caps / 30 days) | 2 | GC QL |
| *venlafaxine hcl*   TABS | 3 | |
| VIIBRYD STARTER PACK | 4 | |
| VIIBRYD TAB        QL (30 tabs / 30 days) | 4 | QL |

### *ANTIPARKINSONIAN AGENTS*

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *amantadine hcl*   CAPS        QL (120 caps / 30 days) | 3 | QL |
| *amantadine hcl*   SYRP | 2 | GC |
| *amantadine hcl*   TABS | 4 | |
| APOKYN | 5 | NDS NM LA PA |
| *benztropine mesylate* (generic of COGENTIN)   SOLN | 3 | |
| *benztropine mesylate*   TABS      PA if 70 years and older;      HR | 3 | PA |
| *bromocriptine mesylate* (generic of PARLODEL) CAPS; TABS | 4 | |
| *carbidopa-levodopa* (generic of SINEMET)   TABS | 2 | GC |
| *carbidopa-levodopa* (generic of SINEMET CR)   TBCR | 3 | |
| *carbidopa-levodopa*   TBDP | 4 | |
| *carbidopa/levodopa/entacapone* (generic of STALEVO 50) | 4 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *carbidopa/levodopa/entacapone* (generic of STALEVO 75) | 4 | |
| *carbidopa/levodopa/entacapone* (generic of STALEVO 100) | 4 | |
| *carbidopa/levodopa/entacapone* (generic of STALEVO 125) | 4 | |
| *carbidopa/levodopa/entacapone* (generic of STALEVO 150) | 4 | |
| *carbidopa/levodopa/entacapone* (generic of STALEVO 200) | 4 | |
| *entacapone* (generic of COMTAN) | 4 | |
| NEUPRO | 4 | |
| *pramipexole tab 0.5mg* (generic of MIRAPEX) | 2 | GC |
| *pramipexole tab 0.25mg* (generic of MIRAPEX) | 2 | GC |
| *pramipexole tab 0.75mg* (generic of MIRAPEX) | 2 | GC |
| *pramipexole tab 0.125mg* (generic of MIRAPEX) | 2 | GC |
| *pramipexole tab 1.5mg* (generic of MIRAPEX) | 2 | GC |
| *pramipexole tab 1mg* (generic of MIRAPEX) | 2 | GC |
| *rasagiline mesylate* (generic of AZILECT)   TABS | 4 | |
| *ropinirole tab 0.5mg* (generic of REQUIP) | 2 | GC |
| *ropinirole tab 0.25mg* (generic of REQUIP) | 2 | GC |
| *ropinirole tab 1mg* (generic of REQUIP) | 2 | GC |
| *ropinirole tab 2mg* (generic of REQUIP) | 2 | GC |
| *ropinirole tab 3mg* (generic of REQUIP) | 2 | GC |
| *ropinirole tab 4mg* (generic of REQUIP) | 2 | GC |
| *ropinirole tab 5mg* (generic of REQUIP) | 2 | GC |
| *selegiline hcl* (generic of ELDEPRYL)   CAPS | 4 | |
| *selegiline hcl*   TABS | 3 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *trihexyphenidyl hcl* PA if 70 years and older; HR | 3 | PA |
| ***ANTIPSYCHOTICS*** | | |
| ABILIFY MAINTENA QL (1 injection / 28 days) | 4 | QL |
| *aripiprazole odt* QL (60 tabs / 30 days) | 5 | NDS QL |
| *aripiprazole oral solution 1 mg/ml* QL (900 mL / 30 days) | 5 | NDS QL |
| *aripiprazole tab* (generic of ABILIFY) QL (30 tabs / 30 days) | 4 | QL |
| ARISTADA 441mg/1.6ml, 662mg/2.4ml, 882mg/3.2ml QL (1 injection / 28 days) | 4 | QL |
| ARISTADA 1064mg/3.9ml QL (1 injection / 56 days) | 4 | QL |
| *chlorpromazine hcl* TABS | 4 | |
| CHLORPROMAZINE INJ | 4 | |
| *clozapine odt* (generic of FAZACLO) | 4 | PA |
| *clozapine tab 25mg* (generic of CLOZARIL) | 3 | |
| *clozapine tab 50mg* | 3 | |
| *clozapine tab 100mg* (generic of CLOZARIL) | 4 | |
| *clozapine tab 200mg* | 4 | |
| FANAPT QL (60 tabs / 30 days) | 4 | QL |
| FANAPT TITRATION PACK | 4 | |
| *fluphenazine decanoate* SOLN | 4 | |
| *fluphenazine hcl* | 4 | |
| GEODON SOLR QL (6 mL / 3 days) | 4 | QL |
| *haloperidol* TABS | 3 | |
| *haloperidol conc 2mg/ml* | 3 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *haloperidol decanoate* (generic of HALDOL DECANOATE 50) SOLN 50mg/ml | 4 | |
| *haloperidol decanoate* (generic of HALDOL DECANOATE 100) SOLN 100mg/ml | 4 | |
| *haloperidol inj 5mg/ml* (generic of HALDOL) | 4 | |
| *haloperidol lactate inj 5mg/ml* (generic of HALDOL) | 4 | |
| INVEGA 1.5mg, 3mg, 9mg QL (30 tabs / 30 days) | 3 | QL |
| INVEGA 6mg QL (60 tabs / 30 days) | 3 | QL |
| INVEGA SUST INJ 39MG/0.25ML QL (1 injection / 28 days) | 4 | QL |
| INVEGA SUST INJ 78MG/0.5ML QL (1 injection / 28 days) | 4 | QL |
| INVEGA SUST INJ 117MG/0.75ML QL (1 injection / 28 days) | 4 | QL |
| INVEGA SUST INJ 156MG/ML QL (1 injection / 28 days) | 4 | QL |
| INVEGA SUST INJ 234MG/1.5ML QL (1 injection / 28 days) | 4 | QL |
| INVEGA TRINZA QL (1 injection / 90 days) | 4 | QL |
| LATUDA 20mg QL (240 tabs / 30 days) | 4 | QL |
| LATUDA 40mg, 120mg QL (30 tabs / 30 days) | 4 | QL |
| LATUDA 60mg, 80mg QL (60 tabs / 30 days) | 4 | QL |

**PA** - Prior Authorization    **QL** - Quantity Limits    **ST** - Step Therapy    **NM** - Not available at mail-order    **B/D** - Covered under Medicare B or D    **LA** - Limited Access    **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.    **NDS** - Non-Extended Days Supply    **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *loxapine succinate* | 3 | |
| NUPLAZID | 5 | NDS QL NM LA PA |
| QL (60 tabs / 30 days) | | |
| *olanzapine* (generic of ZYPREXA)   SOLR | 4 | QL |
| QL (3 vials / 1 day) | | |
| *olanzapine* (generic of ZYPREXA)   TABS 2.5mg | 3 | QL |
| QL (240 tabs / 30 days) | | |
| *olanzapine* (generic of ZYPREXA)   TABS 5mg | 3 | QL |
| QL (120 tabs / 30 days) | | |
| *olanzapine* (generic of ZYPREXA)   TABS 7.5mg | 3 | QL |
| QL (30 tabs / 30 days) | | |
| *olanzapine* (generic of ZYPREXA)   TABS 10mg, 15mg, 20mg | 3 | QL |
| QL (60 tabs / 30 days) | | |
| *olanzapine* (generic of ZYPREXA ZYDIS)   TBDP 5mg | 4 | QL |
| QL (30 tabs / 30 days) | | |
| *olanzapine* (generic of ZYPREXA ZYDIS)   TBDP 10mg, 15mg, 20mg | 4 | QL |
| QL (60 tabs / 30 days) | | |
| *perphenazine*   TABS | 4 | |
| *pimozide* (generic of ORAP) | 4 | |
| *quetiapine fumarate* (generic of SEROQUEL)   TABS | 3 | QL |
| QL (90 tabs / 30 days) | | |
| *quetiapine fumarate* (generic of SEROQUEL XR)   TB24 50mg | 4 | QL |
| QL (120 tabs / 30 days) | | |
| *quetiapine fumarate* (generic of SEROQUEL XR)   TB24 150mg, 200mg | 4 | QL |
| QL (30 tabs / 30 days) | | |
| *quetiapine fumarate* (generic of SEROQUEL XR)   TB24 300mg, 400mg | 4 | QL |
| QL (60 tabs / 30 days) | | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| REXULTI   1mg | 4 | QL |
| QL (90 tabs / 30 days) | | |
| REXULTI   2mg | 4 | QL |
| QL (60 tabs / 30 days) | | |
| REXULTI   3mg, 4mg | 4 | QL |
| QL (30 tabs / 30 days) | | |
| REXULTI   .5mg | 4 | QL |
| QL (180 tabs / 30 days) | | |
| REXULTI   .25mg | 4 | QL |
| QL (360 tabs / 30 days) | | |
| RISPERDAL INJ 12.5MG | 4 | QL |
| QL (2 injections / 28 days) | | |
| RISPERDAL INJ 25MG | 4 | QL |
| QL (2 injections / 28 days) | | |
| RISPERDAL INJ 37.5MG | 4 | QL |
| QL (2 injections / 28 days) | | |
| RISPERDAL INJ 50MG | 4 | QL |
| QL (2 injections / 28 days) | | |
| *risperidone* (generic of RISPERDAL)   SOLN | 4 | |
| *risperidone* (generic of RISPERDAL)   TABS | 2 | GC |
| *risperidone*   TBDP | 4 | |
| SAPHRIS   2.5mg | 4 | QL |
| QL (240 tabs / 30 days) | | |
| SAPHRIS   5mg | 4 | QL |
| QL (120 tabs / 30 days) | | |
| SAPHRIS   10mg | 4 | QL |
| QL (60 tabs / 30 days) | | |
| *thioridazine hcl*   TABS | 4 | |
| *thiothixene* | 4 | |
| *trifluoperazine hcl* | 3 | |
| VERSACLOZ | 5 | NDS QL PA |
| QL (600 mL / 30 days) | | |
| VRAYLAR   1.5mg | 4 | QL PA |
| QL (120 caps / 30 days) | | |
| VRAYLAR   3mg | 4 | QL PA |
| QL (60 caps / 30 days) | | |
| VRAYLAR   4.5mg, 6mg | 4 | QL PA |
| QL (30 caps / 30 days) | | |
| VRAYLAR THERAPY PACK | 4 | PA |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| _ziprasidone hcl_ (generic of GEODON) | 4 | QL |
| QL (60 caps / 30 days) | | |
| ZYPREXA RELPREVV 300mg | 4 | QL PA |
| QL (2 vials / 28 days) | | |
| ZYPREXA RELPREVV 405mg | 4 | QL PA |
| QL (1 vial / 28 days) | | |
| ZYPREXA RELPREVV 210MG | 4 | QL PA |
| QL (2 vials / 28 days) | | |
| **_ATTENTION DEFICIT HYPERACTIVITY DISORDER_** | | |
| _amphetamine-dextroamphetamine cap sr 24hr 5 mg_ (generic of ADDERALL XR) | 4 | QL |
| QL (90 caps / 30 days) | | |
| _amphetamine-dextroamphetamine cap sr 24hr 10 mg_ (generic of ADDERALL XR) | 4 | QL |
| QL (90 caps / 30 days) | | |
| _amphetamine-dextroamphetamine cap sr 24hr 15 mg_ (generic of ADDERALL XR) | 4 | QL |
| QL (30 caps / 30 days) | | |
| _amphetamine-dextroamphetamine cap sr 24hr 20 mg_ (generic of ADDERALL XR) | 4 | QL |
| QL (30 caps / 30 days) | | |
| _amphetamine-dextroamphetamine cap sr 24hr 25 mg_ (generic of ADDERALL XR) | 4 | QL |
| QL (30 caps / 30 days) | | |
| _amphetamine-dextroamphetamine cap sr 24hr 30 mg_ (generic of ADDERALL XR) | 4 | QL |
| QL (30 caps / 30 days) | | |
| _amphetamine-dextroamphetamine tab 5 mg_ (generic of ADDERALL) | 3 | QL |
| QL (360 tabs / 30 days) | | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| _amphetamine-dextroamphetamine tab 7.5 mg_ (generic of ADDERALL) | 3 | QL |
| QL (240 tabs / 30 days) | | |
| _amphetamine-dextroamphetamine tab 10 mg_ (generic of ADDERALL) | 3 | QL |
| QL (180 tabs / 30 days) | | |
| _amphetamine-dextroamphetamine tab 12.5 mg_ (generic of ADDERALL) | 3 | QL |
| QL (144 tabs / 30 days) | | |
| _amphetamine-dextroamphetamine tab 15 mg_ (generic of ADDERALL) | 3 | QL |
| QL (120 tabs / 30 days) | | |
| _amphetamine-dextroamphetamine tab 20 mg_ (generic of ADDERALL) | 3 | QL |
| QL (90 tabs / 30 days) | | |
| _amphetamine-dextroamphetamine tab 30 mg_ (generic of ADDERALL) | 3 | QL |
| QL (60 tabs / 30 days) | | |
| _atomoxetine hcl_ (generic of STRATTERA)   10mg, 18mg, 25mg | 4 | QL |
| QL (120 caps / 30 days) | | |
| _atomoxetine hcl_ (generic of STRATTERA)   40mg | 4 | QL |
| QL (60 caps / 30 days) | | |
| _atomoxetine hcl_ (generic of STRATTERA)   60mg, 80mg, 100mg | 4 | QL |
| QL (30 caps / 30 days) | | |
| _guanfacine er (adhd)_ (generic of INTUNIV) | 4 | PA |
| PA if 70 years and older; HR | | |
| _metadate tab 20mg er_ | 4 | QL |
| QL (90 tabs / 30 days) | | |
| _methylphenidate hcl_ (generic of RITALIN)   TABS 5mg, 10mg | 3 | QL |
| QL (180 tabs / 30 days) | | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

33

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *methylphenidate hcl* (generic of RITALIN)   TABS 20mg<br>QL (90 tabs / 30 days) | 3 | QL |
| *methylphenidate hcl oral soln* (generic of METHYLIN) 5mg/5ml<br>QL (1800 mL / 30 days) | 4 | QL |
| *methylphenidate hcl oral soln* (generic of METHYLIN) 10mg/5ml<br>QL (900 mL / 30 days) | 4 | QL |
| *methylphenidate tab 10mg er*<br>QL (90 tabs / 30 days) | 4 | QL |
| *methylphenidate tab 20mg er*<br>QL (90 tabs / 30 days) | 4 | QL |
| ***HYPNOTICS*** | | |
| BELSOMRA<br>QL (30 tabs / 30 days) | 4 | QL |
| HETLIOZ | 5 | NDS NM LA PA |
| SILENOR   3mg<br>QL (60 tabs / 30 days)<br>HR (doses > 6mg/day) | 3 | QL |
| SILENOR   6mg<br>QL (30 tabs / 30 days)<br>HR (doses > 6mg/day) | 3 | QL |
| *temazepam* (generic of RESTORIL)   7.5mg<br>QL (30 caps / 30 days)<br>PA applies if 65 years and older after a 90 day supply in a calendar year | 3 | QL PA |
| *temazepam* (generic of RESTORIL)   15mg<br>QL (60 caps / 30 days)<br>PA applies if 65 years and older after a 90 day supply in a calendar year | 3 | QL PA |
| *zolpidem tartrate* (generic of AMBIEN)   TABS<br>QL (30 tabs / 30 days)<br>PA applies if 70 years and older after a 90 day supply in a calendar year; HR | 3 | QL PA |
| ***MIGRAINE*** | | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *dihydroergotamine mesylate 1mg/ml* (generic of D.H.E. 45) | 5 | NDS |
| *dihydroergotamine nasal*<br>QL (8 mL / 30 days) | 5 | NDS QL |
| *ergotamine w/ caffeine* (generic of CAFERGOT) | 4 | |
| *migergot* | 5 | NDS |
| *naratriptan hcl* (generic of AMERGE)<br>QL (12 tabs / 30 days) | 3 | QL |
| *rizatriptan benzoate* (generic of MAXALT)<br>QL (18 tabs / 30 days) | 3 | QL |
| *rizatriptan benzoate odt* (generic of MAXALT-MLT)<br>QL (18 tabs / 30 days) | 3 | QL |
| *sumatriptan inj 4mg/0.5ml* (generic of IMITREX STATDOSE SYSTEM) SOAJ<br>QL (18 injections / 30 days) | 4 | QL |
| *sumatriptan inj 4mg/0.5ml* (generic of IMITREX STATDOSE REFILL)   SOCT<br>QL (18 injections / 30 days) | 4 | QL |
| *sumatriptan inj 6mg/0.5ml* (generic of IMITREX STATDOSE SYSTEM) SOAJ<br>QL (12 injections / 30 days) | 4 | QL |
| *sumatriptan inj 6mg/0.5ml* (generic of IMITREX STATDOSE REFILL)   SOCT<br>QL (12 injections / 30 days) | 4 | QL |
| *sumatriptan inj 6mg/0.5ml* (generic of IMITREX)   SOLN<br>QL (12 injections / 30 days) | 4 | QL |

**PA** - Prior Authorization    **QL** - Quantity Limits    **ST** - Step Therapy    **NM** - Not available at mail-order    **B/D** - Covered under Medicare B or D    **LA** - Limited Access    **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.    **NDS** - Non-Extended Days Supply    **HR** - High Risk Medication

34

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *sumatriptan inj 6mg/0.5ml* SOSY QL (12 injections / 30 days) | 4 | QL |
| *sumatriptan nasal spray* (generic of IMITREX) 5mg/act QL (24 inhalers / 30 days) | 4 | QL |
| *sumatriptan nasal spray* (generic of IMITREX) 20mg/act QL (12 inhalers / 30 days) | 4 | QL |
| *sumatriptan succinate* (generic of IMITREX)   TABS QL (12 tabs / 30 days) | 2 | GC QL |
| ***MISCELLANEOUS*** | | |
| AUSTEDO   6mg QL (60 tabs / 30 days) | 5 | NDS QL NM LA PA |
| AUSTEDO   9mg, 12mg QL (120 tabs / 30 days) | 5 | NDS QL NM LA PA |
| *lithium carbonate*   CAPS; TABS | 2 | GC |
| *lithium carbonate er* (generic of LITHOBID)   300mg | 2 | GC |
| *lithium carbonate er*   450mg | 2 | GC |
| LITHIUM SOLN 8MEQ/5ML | 3 | |
| LYRICA CR   82.5mg, 165mg QL (90 tabs / 30 days) | 3 | QL PA |
| LYRICA CR   330mg QL (60 tabs / 30 days) | 3 | QL PA |
| NUEDEXTA | 4 | PA |
| *pyridostigmine tab 60mg* (generic of MESTINON) | 3 | |
| *riluzole* (generic of RILUTEK) | 3 | |
| *tetrabenazine* (generic of XENAZINE)   12.5mg QL (240 tabs / 30 days) | 5 | NDS QL NM PA |
| *tetrabenazine* (generic of XENAZINE)   25mg QL (120 tabs / 30 days) | 5 | NDS QL NM PA |
| ***MULTIPLE SCLEROSIS AGENTS*** | | |
| AMPYRA | 5 | NDS NM LA PA |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| AVONEX QL (4 injections / 28 days) | 5 | NDS QL NM PA |
| AVONEX PEN QL (4 injections / 28 days) | 5 | NDS QL NM PA |
| BETASERON QL (14 syringes / 28 days) | 5 | NDS QL NM PA |
| COPAXONE INJ 20MG/ML QL (30 syringes / 30 days) | 5 | NDS QL NM PA |
| COPAXONE INJ 40MG/ML QL (12 syringes / 28 days) | 5 | NDS QL NM PA |
| GILENYA CAP 0.5MG QL (28 caps / 28 days) | 5 | NDS QL NM PA |
| REBIF QL (12 injections / 28 days) | 5 | NDS QL NM PA |
| REBIF REBIDOSE QL (12 injections / 28 days) | 5 | NDS QL NM PA |
| REBIF REBIDOSE TITRATION QL (12 injections / 28 days) | 5 | NDS QL NM PA |
| REBIF TITRATION PACK QL (12 injections / 28 days) | 5 | NDS QL NM PA |
| TYSABRI | 5 | NDS NM LA PA |
| ***MUSCULOSKELETAL THERAPY AGENTS*** | | |
| *baclofen*   TABS 10mg, 20mg | 2 | GC |
| *cyclobenzaprine hcl*   TABS 5mg, 10mg PA if 70 years and older; HR | 3 | PA |
| *dantrolene sodium* (generic of DANTRIUM)   CAPS 25mg, 50mg | 4 | |
| *dantrolene sodium*   CAPS 100mg | 4 | |
| *tizanidine hcl*   TABS 2mg | 2 | GC |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *tizanidine hcl* (generic of ZANAFLEX)   TABS 4mg | 2 | GC |
| **NARCOLEPSY/CATAPLEXY** | | |
| *armodafinil* (generic of NUVIGIL)   50mg | 4 | QL PA |
| QL (150 tabs / 30 days) | | |
| *armodafinil* (generic of NUVIGIL)   150mg | 4 | QL PA |
| QL (60 tabs / 30 days) | | |
| *armodafinil* (generic of NUVIGIL)   200mg, 250mg | 4 | QL PA |
| QL (30 tabs / 30 days) | | |
| XYREM | 5 | NDS QL NM LA PA |
| QL (540 mL / 30 days) | | |
| **PSYCHOTHERAPEUTIC-MISC** | | |
| *acamprosate calcium* | 4 | |
| *buprenorphine hcl*   SUBL | 3 | PA |
| *buprenorphine hcl-naloxone hcl sl* | 3 | QL PA |
| QL (120 tabs / 30 days) | | |
| *bupropion hcl (smoking deterrent)* (generic of ZYBAN) | 3 | |
| CHANTIX CONTINUING MONTH | 4 | PA |
| CHANTIX PAK 0.5& 1MG | 4 | PA |
| CHANTIX TAB 0.5MG | 4 | PA |
| CHANTIX TAB 1MG | 4 | PA |
| *disulfiram* (generic of ANTABUSE)   TABS | 3 | |
| *naloxone inj 0.4mg/ml* | 3 | |
| *naloxone inj 1mg/ml* | 3 | |
| *naltrexone hcl*   TABS | 3 | |
| NARCAN | 3 | |
| NICOTROL INHALER | 4 | |
| NICOTROL NS | 4 | |
| SUBOXONE MIS 2-0.5MG | 4 | QL PA |
| QL (120 SL films / 30 days) | | |
| SUBOXONE MIS 4-1MG | 4 | QL PA |
| QL (120 SL films / 30 days) | | |
| SUBOXONE MIS 8-2MG | 4 | QL PA |
| QL (120 SL films / 30 days) | | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| SUBOXONE MIS 12-3MG | 4 | QL PA |
| QL (60 SL films / 30 days) | | |
| VIVITROL | 5 | NDS NM |
| **ENDOCRINE AND METABOLIC** | | |
| **ANDROGENS** | | |
| ANADROL-50 | 5 | NDS PA |
| ANDRODERM | 4 | QL PA |
| QL (30 patches / 30 days) | | |
| ANDROGEL 1.62% | 3 | QL PA |
| QL (150 grams / 30 days) | | |
| ANDROGEL PUMP | 3 | QL PA |
| QL (150 grams / 30 days) | | |
| *oxandrolone tab 2.5mg* | 3 | PA |
| *oxandrolone tab 10mg* (generic of OXANDRIN) | 4 | PA |
| *testosterone*   GEL 1% | 4 | QL PA |
| QL (300 gm / 30 days) | | |
| *testosterone* (generic of ANDROGEL)   GEL 25mg/2.5gm, 50mg/5gm | 4 | QL PA |
| QL (300 gm / 30 days) | | |
| *testosterone cypionate* (generic of DEPO-TESTOSTERONE) SOLN | 3 | PA |
| *testosterone enanthate* SOLN | 3 | PA |
| **ANTIDIABETICS, INJECTABLE** | | |
| ALCOHOL SWABS | 3 | |
| BYDUREON BCISE | 3 | QL |
| QL (4 pens / 28 days) | | |
| BYDUREON INJ | 3 | QL |
| QL (4 vials / 28 days) | | |
| BYDUREON PEN | 3 | QL |
| QL (4 pens / 28 days) | | |
| BYETTA | 4 | QL |
| QL (1 pen / 30 days) | | |
| FIASP | 3 | |
| FIASP FLEXTOUCH | 3 | |
| GAUZE PADS 2" X 2" | 3 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| HUMULIN R INJ U-500 | 5 | NDS B/D |
| HUMULIN R U-500 KWIKPEN | 5 | NDS |
| INSULIN PEN NEEDLE | 3 | |
| INSULIN SAFETY NEEDLES | 3 | |
| INSULIN SYRINGE | 3 | |
| LANTUS | 3 | |
| LANTUS SOLOSTAR | 3 | |
| LEVEMIR | 3 | |
| LEVEMIR FLEXTOUCH | 3 | |
| NOVOLIN 70/30 (brand RELION not covered) | 3 | |
| NOVOLIN N (brand RELION not covered) | 3 | |
| NOVOLIN R (brand RELION not covered) | 3 | |
| NOVOLOG | 3 | |
| NOVOLOG 70/30 FLEXPEN | 3 | |
| NOVOLOG FLEXPEN | 3 | |
| NOVOLOG MIX 70/30 | 3 | |
| NOVOLOG PENFILL | 3 | |
| OZEMPIC INJ 0.25 OR 0.5MG/DOSE QL (1 pen / 28 days) | 3 | QL |
| OZEMPIC INJ 1MG/DOSE QL (2 pens / 28 days) | 3 | QL |
| SOLIQUA 100/33 QL (10 pens / 30 days) | 3 | QL |
| SYMLINPEN 60 | 5 | NDS PA |
| SYMLINPEN 120 | 5 | NDS PA |
| TOUJEO MAX SOLOSTAR | 3 | |
| TOUJEO SOLOSTAR | 3 | |
| TRESIBA FLEXTOUCH | 3 | |
| TRULICITY QL (4 pens / 28 days) | 3 | QL |
| VICTOZA QL (3 pens / 30 days) | 3 | QL |
| XULTOPHY 100/3.6 QL (5 pens / 30 days) | 3 | QL |

***ANTIDIABETICS, ORAL***

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *acarbose* (generic of PRECOSE) | 3 | |
| FARXIGA   5mg QL (60 tabs / 30 days) | 3 | QL |
| FARXIGA   10mg QL (30 tabs / 30 days) | 3 | QL |
| *glimepiride* (generic of AMARYL)   1mg QL (240 tabs / 30 days) | 1 | GC QL |
| *glimepiride* (generic of AMARYL)   2mg QL (120 tabs / 30 days) | 1 | GC QL |
| *glimepiride* (generic of AMARYL)   4mg QL (60 tabs / 30 days) | 1 | GC QL |
| *glip/metform tab 2.5-250mg* QL (240 tabs / 30 days) | 2 | GC QL |
| *glip/metform tab 2.5-500mg* QL (120 tabs / 30 days) | 2 | GC QL |
| *glip/metform tab 5-500mg* QL (120 tabs / 30 days) | 2 | GC QL |
| *glipizide* (generic of GLUCOTROL)   TABS 5mg QL (240 tabs / 30 days) | 1 | GC QL |
| *glipizide* (generic of GLUCOTROL)   TABS 10mg QL (120 tabs / 30 days) | 1 | GC QL |
| *glipizide* (generic of GLUCOTROL XL)   TB24 2.5mg QL (240 tabs / 30 days) | 2 | GC QL |
| *glipizide* (generic of GLUCOTROL XL)   TB24 5mg QL (120 tabs / 30 days) | 2 | GC QL |
| *glipizide* (generic of GLUCOTROL XL)   TB24 10mg QL (60 tabs / 30 days) | 2 | GC QL |
| *glipizide xl* (generic of GLUCOTROL XL)   2.5mg QL (240 tabs / 30 days) | 2 | GC QL |
| *glipizide xl* (generic of GLUCOTROL XL)   5mg QL (120 tabs / 30 days) | 2 | GC QL |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *glipizide xl* (generic of GLUCOTROL XL)   10mg QL (60 tabs / 30 days) | 2 | GC QL |
| INVOKAMET TAB 50-500MG QL (120 tabs / 30 days) | 3 | QL |
| INVOKAMET TAB 50-1000MG QL (60 tabs / 30 days) | 3 | QL |
| INVOKAMET TAB 150-500MG QL (60 tabs / 30 days) | 3 | QL |
| INVOKAMET TAB 150-1000MG QL (60 tabs / 30 days) | 3 | QL |
| INVOKAMET XR TAB 50-500MG QL (120 tabs / 30 days) | 3 | QL |
| INVOKAMET XR TAB 50-1000MG QL (60 tabs / 30 days) | 3 | QL |
| INVOKAMET XR TAB 150-500MG QL (60 tabs / 30 days) | 3 | QL |
| INVOKAMET XR TAB 150-1000MG QL (60 tabs / 30 days) | 3 | QL |
| INVOKANA   100mg QL (90 tabs / 30 days) | 3 | QL |
| INVOKANA   300mg QL (30 tabs / 30 days) | 3 | QL |
| JANUMET QL (60 tabs / 30 days) | 3 | QL |
| JANUMET XR TAB 50-500MG QL (60 tabs / 30 days) | 3 | QL |
| JANUMET XR TAB 50-1000 QL (60 tabs / 30 days) | 3 | QL |
| JANUMET XR TAB 100-1000 QL (30 tabs / 30 days) | 3 | QL |
| JANUVIA QL (30 tabs / 30 days) | 3 | QL |
| JENTADUETO QL (60 tabs / 30 days) | 3 | QL |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| JENTADUETO TAB XR 2.5-1000 MG QL (60 tabs / 30 days) | 3 | QL |
| JENTADUETO TAB XR 5-1000 MG QL (30 tabs / 30 days) | 3 | QL |
| *metformin er* (generic of GLUCOPHAGE XR)   500mg QL (120 tabs / 30 days) (generic of GLUCOPHAGE XR) | 1 | GC QL |
| *metformin er* (generic of GLUCOPHAGE XR)   750mg QL (60 tabs / 30 days) (generic of GLUCOPHAGE XR) | 1 | GC QL |
| *metformin hcl* (generic of GLUCOPHAGE)   TABS 500mg QL (150 tabs / 30 days) | 1 | GC QL |
| *metformin hcl* (generic of GLUCOPHAGE)   TABS 850mg QL (90 tabs / 30 days) | 1 | GC QL |
| *metformin hcl* (generic of GLUCOPHAGE)   TABS 1000mg QL (75 tabs / 30 days) | 1 | GC QL |
| *nateglinide* (generic of STARLIX) QL (90 tabs / 30 days) | 2 | GC QL |
| *pioglitazone hcl* (generic of ACTOS) QL (30 tabs / 30 days) | 2 | GC QL |
| *repaglinide* (generic of PRANDIN)   1mg QL (120 tabs / 30 days) | 2 | GC QL |
| *repaglinide* (generic of PRANDIN)   2mg QL (240 tabs / 30 days) | 2 | GC QL |
| *repaglinide*   .5mg QL (120 tabs / 30 days) | 2 | GC QL |
| TRADJENTA QL (30 tabs / 30 days) | 3 | QL |

**PA** - Prior Authorization    **QL** - Quantity Limits    **ST** - Step Therapy    **NM** - Not available at mail-order    **B/D** - Covered under Medicare B or D    **LA** - Limited Access    **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.    **NDS** - Non-Extended Days Supply    **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| XIGDUO XR TAB 2.5-1000 MG | 3 | QL |
| QL (60 tabs / 30 days) | | |
| XIGDUO XR TAB 5-500MG | 3 | QL |
| QL (60 tabs / 30 days) | | |
| XIGDUO XR TAB 5-1000MG | 3 | QL |
| QL (60 tabs / 30 days) | | |
| XIGDUO XR TAB 10-500MG | 3 | QL |
| QL (60 tabs / 30 days) | | |
| XIGDUO XR TAB 10-1000MG | 3 | QL |
| QL (30 tabs / 30 days) | | |
| *BISPHOSPHONATES* | | |
| *alendronate sodium* TABS 5mg, 10mg, 35mg, 40mg | 1 | GC |
| *alendronate sodium* (generic of FOSAMAX)  TABS 70mg | 1 | GC |
| PAMIDRONATE DISODIUM 6mg/ml | 4 | B/D |
| *pamidronate disodium* 30mg/10ml, 90mg/10ml | 4 | B/D |
| *pamidronate inj 30mg* | 4 | B/D |
| *pamidronate inj 90mg* | 4 | B/D |
| *zoledronic acid* (generic of RECLAST)  5mg/100ml | 4 | B/D NM |
| *zoledronic inj 4mg/5ml* (generic of ZOMETA) | 4 | B/D NM |
| *CALCIUM RECEPTOR AGONISTS* | | |
| SENSIPAR  30mg, 90mg | 5 | NDS B/D QL |
| QL (120 tabs / 30 days) | | NM |
| SENSIPAR  60mg | 5 | NDS B/D QL |
| QL (60 tabs / 30 days) | | NM |
| *CHELATING AGENTS* | | |
| CHEMET | 4 | |
| DEPEN TITRATABS | 5 | NDS |
| EXJADE | 5 | NDS NM LA PA |
| JADENU | 5 | NDS NM LA PA |
| JADENU SPRINKLE | 5 | NDS NM LA PA |
| *kionex sus 15gm/60ml* | 3 | |
| *sodium polystyrene sulfonate* | 3 | |
| *sodium polystyrene sulfonate oral susp* | 3 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *sps* | 3 | |
| SYPRINE | 5 | NDS |
| *trientine hcl* (generic of SYPRINE) | 5 | NDS |
| *CONTRACEPTIVES* | | |
| *altavera tab* | 3 | |
| *alyacen 1/35* (generic of ORTHO-NOVUM 1/35) | 3 | |
| *apri* (generic of DESOGEN) | 3 | |
| *aranelle* (generic of TRI-NORINYL 28) | 3 | |
| *aubra* | 3 | |
| *aviane* | 3 | |
| *balziva* | 3 | |
| *bekyree* (generic of MIRCETTE) | 3 | |
| *blisovi fe 1.5/30* (generic of LOESTRIN FE 1.5/30) | 3 | |
| *blisovi fe 1/20* (generic of LOESTRIN FE 1/20) | 3 | |
| *briellyn* | 3 | |
| *camila* | 3 | |
| *caziant pak* | 3 | |
| *cryselle-28* | 3 | |
| *cyclafem 1/35* (generic of ORTHO-NOVUM 1/35) | 3 | |
| *cyclafem 7/7/7* (generic of ORTHO-NOVUM 7/7/7) | 3 | |
| *cyred tab* (generic of DESOGEN) | 3 | |
| *dasetta 1/35* (generic of ORTHO-NOVUM 1/35) | 3 | |
| *dasetta 7/7/7* (generic of ORTHO-NOVUM 7/7/7) | 3 | |
| *deblitane* | 3 | |
| *delyla* | 3 | |
| *desogestrel & ethinyl estradiol* (generic of DESOGEN) | 3 | |
| *desogestrel-ethinyl estradiol (biphasic)* (generic of MIRCETTE) | 3 | |
| *drospirenone-ethinyl estradiol* (generic of YASMIN 28) | 3 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|-----------|------|---------------------------|
| *drospirenone-ethinyl estradiol* (generic of YAZ) | 3 | |
| ELLA | 4 | |
| *emoquette* (generic of DESOGEN) | 3 | |
| *enpresse-28* | 3 | |
| *enskyce* (generic of DESOGEN) | 3 | |
| *errin* (generic of ORTHO MICRONOR) | 3 | |
| *estarylla tab 0.25-35* (generic of ORTHO-CYCLEN) | 3 | |
| *ethynodiol diacet & eth estrad* | 3 | |
| *ethynodiol tab 1-50* | 3 | |
| *falmina* | 3 | |
| *femynor* (generic of ORTHO-CYCLEN) | 3 | |
| *gianvi* (generic of YAZ) | 3 | |
| *gildagia* | 3 | |
| *heather* | 3 | |
| *introvale* | 3 | |
| *isibloom* (generic of DESOGEN) | 3 | |
| *jolessa* | 3 | |
| *jolivette* (generic of ORTHO MICRONOR) | 3 | |
| *juleber* (generic of DESOGEN) | 3 | |
| *junel 1.5/30* (generic of LOESTRIN 1.5/30-21) | 3 | |
| *junel 1/20* (generic of LOESTRIN 1/20-21) | 3 | |
| *junel fe 1.5/30* (generic of LOESTRIN FE 1.5/30) | 3 | |
| *junel fe 1/20* (generic of LOESTRIN FE 1/20) | 3 | |
| *kariva* (generic of MIRCETTE) | 3 | |
| *kelnor 1/35* | 3 | |
| *kelnor 1/50* | 3 | |
| *kimidess* (generic of MIRCETTE) | 3 | |
| *kurvelo* | 3 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|-----------|------|---------------------------|
| *larin 1.5/30* (generic of LOESTRIN 1.5/30-21) | 3 | |
| *larin 1/20* (generic of LOESTRIN 1/20-21) | 3 | |
| *larin fe 1.5/30* (generic of LOESTRIN FE 1.5/30) | 3 | |
| *larin fe 1/20* (generic of LOESTRIN FE 1/20) | 3 | |
| *larissia tab* | 3 | |
| *leena* (generic of TRI-NORINYL 28) | 3 | |
| *lessina* | 3 | |
| *levonest* | 3 | |
| *levonor/ethi tab* | 3 | |
| *levonorgestrel & eth estradiol* | 3 | |
| *levonorgestrel-ethinyl estradiol (91-day)* | 3 | |
| *levora 0.15/30-28* | 3 | |
| *loryna* (generic of YAZ) | 3 | |
| *low-ogestrel* | 3 | |
| *lutera* | 3 | |
| *lyza* (generic of ORTHO MICRONOR) | 3 | |
| *marlissa* | 3 | |
| *medroxyprogesterone acetate (contraceptive)* (generic of DEPO-PROVERA CONTRACEPTIV) | 3 | |
| *microgestin 1.5/30* (generic of LOESTRIN 1.5/30-21) | 3 | |
| *microgestin 1/20* (generic of LOESTRIN 1/20-21) | 3 | |
| *microgestin fe 1.5/30* (generic of LOESTRIN FE 1.5/30) | 3 | |
| *microgestin fe 1/20* (generic of LOESTRIN FE 1/20) | 3 | |
| *mili* (generic of ORTHO-CYCLEN) | 3 | |
| *mono-linyah tab 0.25-35* (generic of ORTHO-CYCLEN) | 3 | |
| *mononessa* (generic of ORTHO-CYCLEN) | 3 | |
| *myzilra* | 3 | |
| *necon 0.5/35-28* | 3 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| necon 1/50-28 | 3 | |
| necon 7/7/7 (generic of ORTHO-NOVUM 7/7/7) | 3 | |
| nikki (generic of YAZ) | 3 | |
| nora-be | 3 | |
| norethindrone (contraceptive) (generic of ORTHO MICRONOR) | 3 | |
| norethindrone acet & eth estra (generic of LOESTRIN 1/20-21) | 3 | |
| norgest/ethi tab 0.25/35 (generic of ORTHO-CYCLEN) | 3 | |
| norgestimate-ethinyl estradiol (triphasic) 0.18-25/0.215-25/0.25-25 mg-mcg (generic of ORTHO TRI-CYCLEN LO) | 3 | |
| norgestimate-ethinyl estradiol (triphasic) 0.18-35/0.215-35/0.25-35 mg-mcg (generic of ORTHO TRI-CYCLEN) | 3 | |
| norlyroc | 3 | |
| nortrel 0.5/35 (28) | 3 | |
| nortrel 1/35 (generic of ORTHO-NOVUM 1/35) | 3 | |
| nortrel 7/7/7 (generic of ORTHO-NOVUM 7/7/7) | 3 | |
| NUVARING | 4 | |
| ocella (generic of YASMIN 28) | 3 | |
| orsythia | 3 | |
| philith | 3 | |
| pimtrea (generic of MIRCETTE) | 3 | |
| pirmella 1/35 (generic of ORTHO-NOVUM 1/35) | 3 | |
| portia-28 | 3 | |
| previfem (generic of ORTHO-CYCLEN) | 3 | |
| quasense | 3 | |
| reclipsen (generic of DESOGEN) | 3 | |
| setlakin tab | 3 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| sharobel (generic of ORTHO MICRONOR) | 3 | |
| sprintec 28 (generic of ORTHO-CYCLEN) | 3 | |
| sronyx | 3 | |
| syeda (generic of YASMIN 28) | 3 | |
| tarina fe 1/20 (generic of LOESTRIN FE 1/20) | 3 | |
| tilia fe (generic of ESTROSTEP FE) | 3 | |
| tri-legest fe (generic of ESTROSTEP FE) | 3 | |
| tri-linyah (generic of ORTHO TRI-CYCLEN) | 3 | |
| tri-lo marzia (generic of ORTHO TRI-CYCLEN LO) | 3 | |
| tri-lo-estarylla (generic of ORTHO TRI-CYCLEN LO) | 3 | |
| tri-lo-sprintec (generic of ORTHO TRI-CYCLEN LO) | 3 | |
| tri-mili (generic of ORTHO TRI-CYCLEN) | 3 | |
| tri-previfem (generic of ORTHO TRI-CYCLEN) | 3 | |
| tri-sprintec (generic of ORTHO TRI-CYCLEN) | 3 | |
| tri-vylibra (generic of ORTHO TRI-CYCLEN) | 3 | |
| trinessa (generic of ORTHO TRI-CYCLEN) | 3 | |
| trinessa lo (generic of ORTHO TRI-CYCLEN LO) | 3 | |
| trivora-28 | 3 | |
| velivet | 3 | |
| vestura (generic of YAZ) | 3 | |
| vienva | 3 | |
| viorele (generic of MIRCETTE) | 3 | |
| vyfemla | 3 | |
| vylibra (generic of ORTHO-CYCLEN) | 3 | |
| xulane | 4 | |
| zarah (generic of YASMIN 28) | 3 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *zenchent* | 3 | |
| *zovia 1/35e* | 3 | |
| *zovia 1/50e* | 3 | |
| ***ENDOMETRIOSIS*** | | |
| *danazol* CAPS | 4 | |
| SYNAREL | 5 | NDS |
| ***ENZYME REPLACEMENTS*** | | |
| ADAGEN | 5 | NDS NM LA PA |
| ALDURAZYME | 5 | NDS NM LA PA |
| CARBAGLU | 5 | NDS NM LA PA |
| CERDELGA | 5 | NDS NM PA |
| CEREZYME | 5 | NDS NM LA PA |
| CYSTADANE POW | 5 | NDS NM LA |
| CYSTAGON | 4 | NM LA PA |
| FABRAZYME | 5 | NDS NM LA PA |
| KUVAN | 5 | NDS NM LA PA |
| *levocarnitine (metabolic modifiers) (generic of CARNITOR)* SOLN 1gm/10ml | 4 | B/D |
| *levocarnitine (metabolic modifiers)* SOLN 200mg/ml | 4 | B/D |
| *levocarnitine (metabolic modifiers) (generic of CARNITOR)* TABS | 4 | B/D |
| LUMIZYME | 5 | NDS NM LA PA |
| *miglustat* | 5 | NDS NM PA |
| NAGLAZYME | 5 | NDS NM LA PA |
| ORFADIN | 5 | NDS NM LA PA |
| *sodium phenylbutyrate (generic of BUPHENYL)* | 5 | NDS NM PA |
| ZAVESCA | 5 | NDS NM LA PA |
| ***ESTROGENS*** | | |
| DELESTROGEN 10mg/ml | 4 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| ESTRACE CREA | 3 | |
| *estradiol (generic of CLIMARA)* PTWK HR | 4 | |
| *estradiol (generic of ESTRACE)* TABS .5mg, 1mg, 2mg HR | 3 | |
| *estradiol valerate inj (generic of DELESTROGEN)* | 3 | |
| *fyavolv tab 1-5mg* HR | 4 | |
| *jinteli* HR | 4 | |
| *norethindrone acetate-ethinyl estradiol tab 1 mg-5 mcg* HR | 4 | |
| PREMARIN TABS HR | 3 | |
| PREMPHASE HR | 3 | |
| PREMPRO HR | 3 | |
| ***GLUCOCORTICOIDS*** | | |
| *cortisone acetate* TABS | 4 | |
| DEXAMETHASONE CONC | 4 | |
| *dexamethasone* ELIX; SOLN | 3 | |
| *dexamethasone* TABS | 2 | GC |
| *dexamethasone sodium phosphate* | 4 | |
| *fludrocortisone acetate* TABS | 2 | GC |
| *hydrocortisone (generic of CORTEF)* TABS | 3 | |
| *methylpr ace inj 40mg/ml (generic of DEPO-MEDROL)* | 4 | B/D |
| *methylpr ace inj 80mg/ml (generic of DEPO-MEDROL)* | 4 | B/D |
| *methylpr ss inj 1gm (generic of SOLU-MEDROL)* | 4 | B/D |
| *methylpr ss inj 40mg (generic of SOLU-MEDROL)* | 4 | B/D |
| *methylpr ss inj 125mg (generic of SOLU-MEDROL)* | 4 | B/D |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *methylpred pak 4mg* (generic of MEDROL DOSEPAK) | 2 | GC |
| *methylpred tab 4mg* (generic of MEDROL) | 3 | B/D |
| *methylpred tab 8mg* (generic of MEDROL) | 3 | B/D |
| *methylpred tab 16mg* (generic of MEDROL) | 3 | B/D |
| *methylpred tab 32mg* (generic of MEDROL) | 3 | B/D |
| *pred sod pho sol 5mg/5ml* | 3 | B/D |
| *prednisolone sodium phosphate* SOLN 15mg/5ml | 2 | GC B/D |
| *prednisolone sol 15mg/5ml* | 2 | GC B/D |
| *prednisolone sol 25mg/5ml* | 3 | B/D |
| PREDNISONE CON 5MG/ML | 4 | B/D |
| *prednisone pak 5mg* | 2 | GC |
| *prednisone pak 10mg* | 2 | GC |
| *prednisone sol 5mg/5ml* | 3 | B/D |
| *prednisone tab 1mg* | 2 | GC B/D |
| *prednisone tab 2.5mg* | 2 | GC B/D |
| *prednisone tab 5mg* | 2 | GC B/D |
| *prednisone tab 10mg* | 2 | GC B/D |
| *prednisone tab 20mg* | 2 | GC B/D |
| *prednisone tab 50mg* | 2 | GC B/D |
| SOLU-CORTEF 250mg | 4 | |
| ***GLUCOSE ELEVATING AGENTS*** | | |
| GLUCAGEN HYPOKIT | 3 | |
| GLUCAGON EMERGENCY KIT | 3 | |
| PROGLYCEM SUS 50MG/ML | 4 | |
| ***HUMAN GROWTH HORMONES*** | | |
| NORDITROPIN FLEXPRO | 5 | NDS NM PA |
| ***MISCELLANEOUS*** | | |
| *cabergoline* | 4 | |
| *calcitonin (salmon)* (generic of MIACALCIN) | 3 | B/D |
| FORTEO | 5 | NDS NM PA |
| INCRELEX | 5 | NDS NM LA PA |
| KORLYM | 5 | NDS NM LA PA |
| LUPRON DEP-PED INJ 7.5MG | 5 | NDS NM PA |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| LUPRON DEP-PED INJ 11.25MG | 5 | NDS NM PA |
| LUPRON DEP-PED INJ 11.25MG (3-MONTH) | 5 | NDS NM PA |
| LUPRON DEP-PED INJ 15MG | 5 | NDS NM PA |
| LUPRON DEP-PED INJ 30MG (3-MONTH) | 5 | NDS NM PA |
| MIACALCIN | 5 | NDS B/D |
| NATPARA | 5 | NDS NM PA |
| *octreotide acetate* (generic of SANDOSTATIN) 50mcg/ml, 100mcg/ml | 4 | NM PA |
| *octreotide acetate* 200mcg/ml | 4 | NM PA |
| *octreotide acetate* (generic of SANDOSTATIN) 500mcg/ml | 5 | NDS NM PA |
| *octreotide acetate* 1000mcg/ml | 5 | NDS NM PA |
| PROLIA QL (1 injection / 180 days) | 4 | QL NM |
| *raloxifene tab 60mg* (generic of EVISTA) | 3 | |
| SANDOSTATIN LAR DEPOT | 5 | NDS NM PA |
| SIGNIFOR | 5 | NDS NM LA PA |
| SOMATULINE DEPOT | 5 | NDS NM PA |
| SOMAVERT | 5 | NDS NM LA PA |
| XGEVA | 5 | NDS NM PA |
| ***PHOSPHATE BINDER AGENTS*** | | |
| AURYXIA QL (360 tabs / 30 days) | 4 | QL |
| *calcium acetate (phosphate binder)* (generic of PHOSLO) CAPS QL (360 caps / 30 days) | 3 | QL |
| *calcium acetate (phosphate binder)* TABS QL (360 tabs / 30 days) | 3 | QL |
| RENVELA PAK 0.8GM QL (540 paks / 30 days) | 3 | QL |
| RENVELA PAK 2.4GM QL (180 paks / 30 days) | 3 | QL |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

43

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| RENVELA TAB 800MG<br>QL (540 tabs / 30 days) | 3 | QL |
| **PROGESTINS** | | |
| *medroxyprogesterone acetate tab* (generic of PROVERA) | 2 | GC |
| *norethindrone acetate* (generic of AYGESTIN) TABS | 3 | |
| **THYROID AGENTS** | | |
| *levothyroxine sodium* (generic of SYNTHROID)   TABS | 1 | GC |
| *liothyronine sodium* (generic of CYTOMEL)   TABS | 3 | |
| *methimazole* (generic of TAPAZOLE)   TABS | 2 | GC |
| *propylthiouracil*   TABS | 3 | |
| SYNTHROID | 4 | |
| **VASOPRESSINS** | | |
| *desmopressin acetate spray* (generic of DDAVP) | 4 | |
| *desmopressin acetate spray refrigerated* | 4 | |
| *desmopressin acetate tabs* (generic of DDAVP) | 3 | |
| *desmopressin inj 4mcg/ml* (generic of DDAVP) | 4 | |
| *desmopressin sol 0.01%* | 4 | |
| STIMATE | 5 | NDS NM |
| **GASTROINTESTINAL ANTIEMETICS** | | |
| *aprepitant* (generic of EMEND) | 4 | B/D |
| *aprepitant pak 80mg & 125mg* | 4 | B/D |
| *compro* | 4 | |
| *dronabinol* (generic of MARINOL)<br>QL (60 caps / 30 days) | 4 | B/D QL |
| EMEND   SUSR | 4 | B/D |
| *granisetron hcl*   SOLN | 4 | |
| *granisetron hcl*   TABS | 4 | B/D |
| *meclizine hcl*   TABS<br>HR | 2 | GC |
| *metoclopramide hcl*   SOLN | 2 | GC |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *metoclopramide hcl* (generic of REGLAN)   TABS | 2 | GC |
| *metoclopramide hcl inj* | 4 | |
| *ondansetron hcl* (generic of ZOFRAN)   TABS 4mg, 8mg | 3 | B/D |
| *ondansetron hcl*   TABS 24mg | 3 | B/D |
| *ondansetron hcl inj* | 4 | |
| *ondansetron hcl oral soln* (generic of ZOFRAN) | 4 | B/D |
| *ondansetron odt* (generic of ZOFRAN ODT) | 3 | B/D |
| *prochlorperazine inj* | 4 | |
| *prochlorperazine maleate* TABS | 2 | GC |
| *prochlorperazine supp* | 4 | |
| *promethazine hcl* (generic of PHENERGAN)   SOLN<br>PA if 70 years and older; HR | 4 | PA |
| *promethazine hcl*   SYRP; TABS<br>PA if 70 years and older; HR | 4 | PA |
| *scopolamine patch* (generic of TRANSDERM-SCOP)<br>QL (10 patches / 30 days)<br>PA if 70 years and older; HR | 4 | QL PA |
| **ANTISPASMODICS** | | |
| *dicyclomine hcl* (generic of BENTYL)   CAPS<br>HR | 2 | GC |
| *dicyclomine hcl*   SOLN 10mg/5ml<br>HR | 4 | |
| *dicyclomine hcl*   TABS<br>HR | 2 | GC |
| *glycopyrrolate* (generic of ROBINUL)   SOLN 4mg/20ml | 4 | |
| *glycopyrrolate* (generic of ROBINUL)   TABS 1mg | 3 | |
| *glycopyrrolate* (generic of ROBINUL FORTE)   TABS 2mg | 3 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

44

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| **_H2-RECEPTOR ANTAGONISTS_** | | |
| _famotidine inj_ | 4 | |
| _famotidine tab_ (generic of PEPCID) | 2 | GC |
| _ranitidine hcl_ (generic of ZANTAC)  TABS | 2 | GC |
| _ranitidine hcl inj_ (generic of ZANTAC) | 4 | |
| _ranitidine syrup_ | 3 | |
| **_INFLAMMATORY BOWEL DISEASE_** | | |
| APRISO | 3 | |
| ASACOL HD | 4 | |
| _balsalazide disodium_ (generic of COLAZAL) | 4 | |
| _budesonide ec_ (generic of ENTOCORT EC) | 5 | NDS |
| CANASA | 4 | |
| _colocort_ (generic of CORTENEMA) | 4 | |
| DELZICOL | 4 | |
| _hydrocortisone (enema)_ (generic of CORTENEMA) | 4 | |
| _mesalamine_  ENEM | 4 | |
| _mesalamine w/ cleanser_ (generic of ROWASA) | 4 | |
| _sulfasalazine_ (generic of AZULFIDINE)  TABS | 3 | |
| _sulfasalazine ec_ (generic of AZULFIDINE EN-TABS) | 3 | |
| **_LAXATIVES_** | | |
| _constulose_ | 2 | GC |
| _enulose_ | 2 | GC |
| _gavilyte-c_ (generic of COLYTE-FLAVOR PACKS) | 2 | GC |
| _gavilyte-g_ (generic of GOLYTELY) | 2 | GC |
| _gavilyte-n/flavor pack_ (generic of NULYTELY/FLAVOR PACKS) | 2 | GC |
| _generlac_ | 2 | GC |
| GOLYTELY | 3 | |
| _lactulose_ | 2 | GC |
| _lactulose (encephalopathy)_ | 2 | GC |
| MOVIPREP | 4 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| NULYTELY/FLAVOR PACKS | 3 | |
| _peg 3350-kcl-sod bicarb-sod chloride-sod sulfate_ (generic of GOLYTELY) | 2 | GC |
| _peg 3350-potassium chloride-sod bicarbonate-sod chloride_ (generic of NULYTELY/FLAVOR PACKS) | 2 | GC |
| _peg 3350/electrolytes_ (generic of COLYTE-FLAVOR PACKS) | 2 | GC |
| _polyethylene glycol 3350 PACK_ | 3 | |
| _polyethylene glycol 3350 POWD_ | 2 | GC |
| SUPREP BOWEL PREP KIT | 4 | |
| _trilyte_ (generic of NULYTELY/FLAVOR PACKS) | 2 | GC |
| **_MISCELLANEOUS_** | | |
| _alosetron hcl_ (generic of LOTRONEX) | 5 | NDS PA |
| AMITIZA   8mcg       QL (180 caps / 30 days) | 3 | QL |
| AMITIZA   24mcg      QL (60 caps / 30 days) | 3 | QL |
| _cromolyn sodium (mastocytosis)_ (generic of GASTROCROM) | 5 | NDS |
| _diphenoxylate w/ atropine LIQD_ | 3 | |
| _diphenoxylate w/ atropine_ (generic of LOMOTIL)  TABS | 3 | |
| GATTEX | 5 | NDS NM LA PA |
| LINZESS   72mcg, 290mcg    QL (30 caps / 30 days) | 3 | QL |
| LINZESS   145mcg     QL (60 caps / 30 days) | 3 | QL |
| _loperamide hcl_  CAPS | 2 | GC |
| _misoprostol_ (generic of CYTOTEC)  TABS | 3 | |
| MOVANTIK   12.5mg    QL (60 tabs / 30 days) | 3 | QL |
| MOVANTIK   25mg      QL (30 tabs / 30 days) | 3 | QL |
| RELISTOR   SOLN | 5 | NDS PA |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

45

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *sucralfate* (generic of CARAFATE)   TABS | 3 | |
| *ursodiol* (generic of ACTIGALL)   CAPS | 3 | |
| *ursodiol* (generic of URSO 250)   TABS 250mg | 4 | |
| *ursodiol* (generic of URSO FORTE)   TABS 500mg | 4 | |
| XIFAXAN  550mg | 5 | NDS PA |
| ***PANCREATIC ENZYMES*** | | |
| CREON | 3 | |
| ZENPEP | 4 | |
| ***PROTON PUMP INHIBITORS*** | | |
| DEXILANT CAP 30MG DR     QL (30 caps / 30 days) | 4 | QL |
| DEXILANT CAP 60MG DR     QL (30 caps / 30 days) | 4 | QL |
| *esomeprazole magnesium* (generic of NEXIUM)     QL (30 caps / 30 days) | 3 | QL |
| *esomeprazole sodium inj* 20mg | 4 | |
| *esomeprazole sodium inj* (generic of NEXIUM I.V.) 40mg | 4 | |
| *omeprazole cap 10mg* | 1 | GC |
| *omeprazole cap 20mg* | 1 | GC |
| *omeprazole cap 40mg* | 1 | GC |
| *pantoprazole sodium* (generic of PROTONIX)   TBEC | 2 | GC |
| **GENITOURINARY** | | |
| ***BENIGN PROSTATIC HYPERPLASIA*** | | |
| *alfuzosin hcl* (generic of UROXATRAL) | 2 | GC |
| *dutasteride* (generic of AVODART)   CAPS     QL (30 caps / 30 days) | 3 | QL |
| *finasteride* (generic of PROSCAR)   TABS 5mg | 2 | GC |
| *tamsulosin hcl* (generic of FLOMAX) | 2 | GC |
| ***MISCELLANEOUS*** | | |
| *bethanechol chloride* (generic of URECHOLINE)   TABS | 3 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *potassium citrate (alkalinizer) er tabs* (generic of UROCIT-K 15)   15meq | 4 | |
| *potassium citrate (alkalinizer) er tabs* (generic of UROCIT-K 5)   540mg | 4 | |
| *potassium citrate (alkalinizer) er tabs* (generic of UROCIT-K 10)   1080mg | 4 | |
| ***URINARY ANTISPASMODICS*** | | |
| MYRBETRIQ TAB 25MG     QL (60 tabs / 30 days) | 4 | QL |
| MYRBETRIQ TAB 50MG     QL (30 tabs / 30 days) | 4 | QL |
| *oxybutynin chloride*   SYRP | 2 | GC |
| *oxybutynin chloride*   TABS | 3 | |
| *oxybutynin chloride* (generic of DITROPAN XL)   TB24 | 3 | |
| *tolterodine tartrate cap er* (generic of DETROL LA)     QL (30 caps / 30 days) | 4 | QL ST |
| *tolterodine tartrate tabs* (generic of DETROL) | 4 | ST |
| TOVIAZ     QL (30 tabs / 30 days) | 3 | QL |
| *trospium chloride*   TABS | 4 | |
| VESICARE     QL (30 tabs / 30 days) | 4 | QL |
| ***VAGINAL ANTI-INFECTIVES*** | | |
| *clindamycin phosphate vaginal* (generic of CLEOCIN) | 3 | |
| *metronidazole vaginal* (generic of METROGEL-VAGINAL) | 4 | |
| *terconazole vaginal* (generic of TERAZOL 7)   CREA .4% | 3 | |
| *terconazole vaginal*   CREA .8% | 3 | |
| *terconazole vaginal*   SUPP | 3 | |
| *vandazole* | 4 | |
| **HEMATOLOGIC** | | |
| ***ANTICOAGULANTS*** | | |
| COUMADIN | 4 | |
| ELIQUIS | 3 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

46

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| ELIQUIS STARTER PACK | 3 | |
| *enoxaparin sodium* (generic of LOVENOX) | 4 | |
| *fondaparinux sodium* (generic of ARIXTRA)   2.5mg/0.5ml | 4 | |
| *fondaparinux sodium* (generic of ARIXTRA)   5mg/0.4ml, 7.5mg/0.6ml, 10mg/0.8ml | 5 | NDS |
| *heparin sod (porcine) in d5w* | 4 | |
| *heparin sod inj 1000/ml* | 4 | B/D |
| *heparin sod inj 5000/ml* | 4 | B/D |
| *heparin sod inj 10000/ml* | 4 | B/D |
| *heparin sod inj 20000/ml* | 4 | B/D |
| *heparin sodium/d5w* | 4 | |
| HEPARIN SODIUM/NACL 0.45% | 4 | |
| *jantoven* (generic of COUMADIN) | 1 | GC |
| PRADAXA | 4 | |
| *warfarin sodium* (generic of COUMADIN) | 1 | GC |
| XARELTO | 3 | |
| XARELTO STARTER PACK | 3 | |
| ***HEMATOPOIETIC GROWTH FACTORS*** | | |
| GRANIX | 5 | NDS NM PA |
| MOZOBIL | 5 | NDS NM PA |
| NEUPOGEN | 5 | NDS NM PA |
| PROCRIT   2000unit/ml, 3000unit/ml, 4000unit/ml, 10000unit/ml | 3 | NM PA |
| PROCRIT   20000unit/ml, 40000unit/ml | 5 | NDS NM PA |
| ***MISCELLANEOUS*** | | |
| *anagrelide hcl*   1mg | 4 | |
| *anagrelide hcl* (generic of AGRYLIN)   .5mg | 4 | |
| *cilostazol* | 2 | GC |
| CINRYZE      QL (20 vials / 30 days) | 5 | NDS QL NM LA PA |
| ENDARI | 5 | NDS NM LA PA |
| FIRAZYR      QL (9 syringes / 30 days) | 5 | NDS QL NM PA |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| HAEGARDA   2000unit QL (30 vials / 30 days) | 5 | NDS QL NM LA PA |
| HAEGARDA   3000unit QL (20 vials / 30 days) | 5 | NDS QL NM LA PA |
| *pentoxifylline*   TBCR | 2 | GC |
| PROMACTA   12.5mg QL (360 tabs / 30 days) | 5 | NDS QL NM LA PA |
| PROMACTA   25mg QL (180 tabs / 30 days) | 5 | NDS QL NM LA PA |
| PROMACTA   50mg QL (90 tabs / 30 days) | 5 | NDS QL NM LA PA |
| PROMACTA   75mg QL (60 tabs / 30 days) | 5 | NDS QL NM LA PA |
| *tranexamic acid* (generic of CYKLOKAPRON)   SOLN | 3 | |
| *tranexamic acid* (generic of LYSTEDA)   TABS | 4 | |
| ***PLATELET AGGREGATION INHIBITORS*** | | |
| AGGRENOX | 3 | |
| BRILINTA | 3 | |
| *clopidogrel tab 75mg* (generic of PLAVIX) | 1 | GC |
| *prasugrel hcl* (generic of EFFIENT) | 4 | |
| ZONTIVITY | 4 | |
| **IMMUNOLOGIC AGENTS** ***DISEASE-MODIFYING ANTI-RHEUMATIC DRUGS (DMARDS)*** | | |
| HUMIRA   10mg/0.1ml, 20mg/0.2ml      QL (2 syringes / 28 days) | 5 | NDS QL NM PA |
| HUMIRA   40mg/0.4ml      QL (6 syringes / 28 days) | 5 | NDS QL NM PA |
| HUMIRA INJ 10MG/0.2ML      QL (2 syringes / 28 days) | 5 | NDS QL NM PA |
| HUMIRA KIT 20MG/0.4ML      QL (2 syringes / 28 days) | 5 | NDS QL NM PA |
| HUMIRA KIT 40MG/0.8ML      QL (6 syringes / 28 days) | 5 | NDS QL NM PA |

**PA** - Prior Authorization    **QL** - Quantity Limits    **ST** - Step Therapy    **NM** - Not available at mail-order    **B/D** - Covered under Medicare B or D    **LA** - Limited Access    **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.    **NDS** - Non-Extended Days Supply    **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| HUMIRA PEDIATRIC CROHNS DISEASE | 5 | NDS NM PA |
| HUMIRA PEN<br>QL (6 pens / 28 days) | 5 | NDS QL NM PA |
| HUMIRA PEN-CROHNS DISEASE | 5 | NDS NM PA |
| HUMIRA PEN-PSORIASIS | 5 | NDS NM PA |
| *hydroxychloroquine sulfate (generic of PLAQUENIL)* | 3 | |
| *leflunomide (generic of ARAVA)  TABS* | 3 | |
| *methotrexate sodium tabs* | 3 | |
| REMICADE INJ 100MG | 5 | NDS NM PA |
| XATMEP | 4 | B/D |
| XELJANZ  5mg<br>QL (60 tabs / 30 days) | 5 | NDS QL NM PA |
| XELJANZ XR<br>QL (30 tabs / 30 days) | 5 | NDS QL NM PA |
| ***IMMUNOGLOBULINS*** | | |
| BIVIGAM | 5 | NDS NM PA |
| CARIMUNE NANOFILTERED | 5 | NDS NM PA |
| FLEBOGAMMA DIF | 5 | NDS NM PA |
| GAMASTAN S/D | 3 | B/D NM |
| GAMMAGARD LIQUID | 5 | NDS NM PA |
| GAMMAGARD S/D | 5 | NDS NM PA |
| GAMMAKED | 5 | NDS NM PA |
| GAMMAPLEX | 5 | NDS NM PA |
| GAMMAPLEX 10GM/100ML | 5 | NDS NM PA |
| GAMUNEX-C | 5 | NDS NM PA |
| OCTAGAM | 5 | NDS NM PA |
| PRIVIGEN | 5 | NDS NM PA |
| ***IMMUNOMODULATORS*** | | |
| ACTIMMUNE | 5 | NDS NM LA PA |
| ARCALYST | 5 | NDS NM PA |
| INTRON-A INJ 10MU | 5 | NDS B/D NM |
| INTRON-A INJ 18MU | 5 | NDS B/D NM |
| INTRON-A INJ 25MU | 5 | NDS B/D NM |
| INTRON-A INJ 50MU | 5 | NDS B/D NM |
| ***IMMUNOSUPPRESSANTS*** | | |
| AZATHIOPRINE  SOLR | 4 | B/D |
| *azathioprine (generic of IMURAN)  TABS* | 3 | B/D |
| BENLYSTA | 5 | NDS NM PA |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *cyclosporine (generic of SANDIMMUNE)  CAPS; SOLN* | 4 | B/D |
| *cyclosporine modified (for microemulsion) (generic of NEORAL)  CAPS 25mg, 100mg* | 4 | B/D |
| *cyclosporine modified (for microemulsion)  CAPS 50mg* | 4 | B/D |
| *cyclosporine modified (for microemulsion) (generic of NEORAL)  SOLN* | 4 | B/D |
| *gengraf (generic of NEORAL)* | 4 | B/D |
| *mycophenolate mofetil (generic of CELLCEPT) CAPS; TABS* | 4 | B/D |
| *mycophenolate mofetil (generic of CELLCEPT) SUSR* | 5 | NDS B/D |
| *mycophenolate sodium (generic of MYFORTIC)* | 4 | B/D |
| NULOJIX | 5 | NDS B/D |
| RAPAMUNE  SOLN | 5 | NDS B/D |
| SANDIMMUNE  SOLN 100mg/ml | 3 | B/D |
| *sirolimus (generic of RAPAMUNE)  TABS 2mg* | 5 | NDS B/D |
| *sirolimus (generic of RAPAMUNE)  TABS .5mg, 1mg* | 4 | B/D |
| *tacrolimus (generic of PROGRAF)  CAPS* | 4 | B/D |
| ZORTRESS TAB 0.5MG | 5 | NDS B/D |
| ZORTRESS TAB 0.25MG | 5 | NDS B/D |
| ZORTRESS TAB 0.75MG | 5 | NDS B/D |
| ***VACCINES*** | | |
| ACTHIB | 3 | |
| ADACEL | 3 | |
| BCG VACCINE | 3 | |
| BEXSERO | 3 | |
| BOOSTRIX | 3 | |
| DAPTACEL | 3 | |
| DIPHTHERIA/TETANUS TOXOID | 3 | B/D |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

48

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| ENGERIX-B   SUSP | 3 | B/D |
| GARDASIL 9 | 3 | |
| HAVRIX | 3 | |
| HIBERIX | 3 | |
| IMOVAX RABIES (H.D.C.V.) | 3 | |
| INFANRIX | 3 | |
| IPOL INACTIVATED IPV | 3 | |
| IXIARO | 3 | |
| KINRIX | 3 | |
| M-M-R II | 3 | |
| MENACTRA | 3 | |
| MENVEO | 3 | |
| PEDIARIX | 3 | |
| PEDVAX HIB | 3 | |
| PENTACEL | 3 | |
| PROQUAD | 3 | |
| QUADRACEL | 3 | |
| RABAVERT | 3 | |
| RECOMBIVAX HB | 3 | B/D |
| ROTARIX | 3 | |
| ROTATEQ | 3 | |
| SHINGRIX | 3 | QL |
| QL (2 vials per lifetime) | | |
| SYNAGIS | 5 | NDS NM |
| TENIVAC | 3 | B/D |
| TETANUS/DIPHTHERIA TOXOID | 3 | B/D |
| TRUMENBA | 3 | |
| TWINRIX INJ | 3 | |
| TYPHIM VI | 3 | |
| VAQTA | 3 | |
| VARIVAX | 3 | |
| YF-VAX | 3 | |
| ZOSTAVAX | 3 | QL |
| QL (1 vial per lifetime) | | |

## NUTRITIONAL/SUPPLEMENTS
### *ELECTROLYTES*

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *klor-con 8* | 2 | GC |
| *klor-con 10* | 2 | GC |
| *klor-con m10* | 2 | GC |
| KLOR-CON M15 | 3 | |
| *klor-con m20* | 2 | GC |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *klor-con pak 20meq* | 4 | |
| *klor-con spr cap 8meq (generic of MICRO-K)* | 3 | |
| *klor-con spr cap 10meq (generic of MICRO-K)* | 3 | |
| MAGNESIUM SULFATE SOLN 2gm/50ml, 4gm/100ml, 4gm/50ml, 20gm/500ml, 40gm/1000ml | 3 | |
| *magnesium sulfate (generic of MAGNESIUM SULFATE) SOLN 2gm/50ml, 4gm/100ml, 4gm/50ml, 20gm/500ml, 40gm/1000ml* | 3 | |
| *magnesium sulfate   SOLN 50%* | 3 | |
| MAGNESIUM SULFATE IN D5W | 3 | |
| *magnesium sulfate in dextrose (generic of MAGNESIUM SULFATE IN D5W)* | 3 | |
| *potassium chloride (generic of MICRO-K)   CPCR* | 3 | |
| *potassium chloride   PACK* | 4 | |
| *potassium chloride   SOLN 10%, 20%* | 4 | |
| *potassium chloride   TBCR 8meq, 10meq* | 2 | GC |
| *potassium chloride (generic of K-TAB)   TBCR 20meq* | 2 | GC |
| *potassium chloride microencapsulated crystals er* | 2 | GC |
| *sodium chloride   SOLN 2.5meq/ml* | 4 | |
| *sodium fluoride chew; tab; 1.1 (0.5 f) mg/ml soln* | 2 | GC |
| *tpn electrolytes* | 4 | B/D |
| ***IV NUTRITION*** | | |
| AMINOSYN | 4 | B/D |
| AMINOSYN 7%/ELECTROLYTES | 4 | B/D |
| *aminosyn 8.5%/electrolyte* | 4 | B/D |
| *aminosyn ii 8.5%/electrol* | 4 | B/D |
| AMINOSYN II INJ 8.5% | 4 | B/D |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|-----------|------|----------------------------|
| AMINOSYN II INJ 10% | 4 | B/D |
| AMINOSYN M | 4 | B/D |
| AMINOSYN-HBC | 4 | B/D |
| AMINOSYN-PF 7% | 4 | B/D |
| AMINOSYN-PF 10% | 4 | B/D |
| AMINOSYN-RF | 4 | B/D |
| CLINIMIX 2.75%/DEXTROSE 5% | 4 | B/D |
| CLINIMIX 4.25%/DEXTROSE 5% | 4 | B/D |
| CLINIMIX 4.25%/DEXTROSE 25% | 4 | B/D |
| CLINIMIX 5%/DEXTROSE 15% | 4 | B/D |
| CLINIMIX 5%/DEXTROSE 20% | 4 | B/D |
| CLINIMIX 5%/DEXTROSE 25% | 4 | B/D |
| CLINIMIX INJ 4.25/D10 | 4 | B/D |
| CLINIMIX INJ 4.25/D20 | 4 | B/D |
| FREAMINE HBC 6.9% | 4 | B/D |
| FREAMINE III | 4 | B/D |
| *hepatamine* | 4 | B/D |
| INTRALIPID 30% | 4 | B/D |
| *intralipid inj 20%* | 4 | B/D |
| NEPHRAMINE | 4 | B/D |
| *nutrilipid inj 20%* | 4 | B/D |
| *premasol 6%* | 4 | B/D |
| PREMASOL 10% | 4 | B/D |
| PROCALAMINE | 4 | B/D |
| PROSOL | 4 | B/D |
| TRAVASOL | 4 | B/D |
| TROPHAMINE INJ 10% | 4 | B/D |
| ***IV REPLACEMENT SOLUTIONS*** | | |
| *dextrose 2.5%/nacl 0.45%* | 4 | |
| *dextrose 5%* | 4 | |
| DEXTROSE 5% /ELECTROLYTE | 4 | |
| *dextrose 5%/lactated ring* | 4 | |
| *dextrose 5%/nacl 0.2%* | 4 | |
| DEXTROSE 5%/NACL 0.3% | 4 | |
| *dextrose 5%/nacl 0.9%* | 4 | |
| *dextrose 5%/nacl 0.33%* | 4 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|-----------|------|----------------------------|
| *dextrose 5%/nacl 0.45%* | 4 | |
| *dextrose 5%/nacl 0.225%* | 4 | |
| *dextrose 5%/potassium chl* | 4 | |
| *dextrose 10% flex contain* | 4 | |
| DEXTROSE 10%/NACL 0.2% | 4 | |
| *dextrose 10%/nacl 0.45%* | 4 | |
| *dextrose 50%* | 4 | |
| *dextrose inj 70%* | 4 | |
| IONOSOL-MB/DEXTROSE 5% | 4 | |
| ISOLYTE P | 4 | |
| ISOLYTE S | 4 | |
| *kcl0.15%/d5w/nacl0.2%* | 4 | |
| KCL 0.3%/D5W/NACL 0.9% | 4 | |
| *kcl 0.3%/d5w/nacl 0.45%* | 4 | |
| *kcl 0.15%/d5w/nacl 0.9%* | 4 | |
| KCL 0.15%/D5W/NACL 0.225% | 4 | |
| *kcl 0.075%/d5w/nacl 0.45%* | 4 | |
| *kcl/d5w inj 0.3%* | 4 | |
| *kcl/d5w/nacl inj 0.22%/0.45%* | 4 | |
| *kcl/d5w/nacl inj .15/.33%* | 4 | |
| *kcl/d5w/nacl inj .15/.45%* | 4 | |
| *kcl/nacl inj 0.3-0.9* | 4 | |
| *kcl/nacl inj 0.15%-0.9%* | 4 | |
| *lactated ringer's inj* | 4 | |
| NORMOSOL-M IN D5W | 4 | |
| NORMOSOL-R | 4 | |
| NORMOSOL-R IN D5W | 4 | |
| PLASMA-LYTE A | 4 | |
| PLASMA-LYTE-148 | 4 | |
| *pot chloride inj 2meq/ml* | 4 | |
| *potassium chloride SOLN .4meq/ml, 2meq/ml, 10meq/100ml, 10meq/50ml, 20meq/100ml, 40meq/100ml* | 4 | |
| *potassium chloride in nacl* | 4 | |
| *ringer's* | 4 | |
| *sod chloride inj 0.9%* | 4 | |
| *sodium chloride SOLN 3%, 5%* | 4 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *sodium chloride 0.45%* | 4 | |
| ***VITAMINS*** | | |
| *calcitriol* (generic of ROCALTROL)   CAPS | 3 | B/D |
| *calcitriol inj* | 4 | B/D |
| *calcitriol oral soln 1 mcg/ml (generic of ROCALTROL)* | 4 | B/D |
| *paricalcitol* (generic of ZEMPLAR)   CAPS 1mcg, 2mcg | 4 | B/D |
| *paricalcitol*   CAPS 4mcg | 4 | B/D |
| *prenatal vitamin/folic acid > 0.8 mg (generic)* | 2 | GC |
| RAYALDEE | 5 | NDS |
| **OPHTHALMIC** | | |
| ***ANTI-INFECTIVE/ANTI-INFLAMMATORY*** | | |
| *bacitracin-poly-neomycin-hc* | 3 | |
| BLEPHAMIDE   OINT | 4 | |
| *neomycin-polymy-dexameth (generic of MAXITROL)* | 2 | GC |
| *neomycin-polymyxin-hc (ophth)* | 4 | |
| *sulfacetamide sod-prednisolone* | 2 | GC |
| TOBRADEX   OINT | 4 | |
| TOBRADEX ST | 4 | |
| *tobramycin-dexamethasone (generic of TOBRADEX)* | 4 | |
| ZYLET | 3 | |
| ***ANTI-INFECTIVES*** | | |
| *bacitracin (ophthalmic)* | 3 | |
| *bacitracin-polymyxin b (ophth)* | 2 | GC |
| BESIVANCE | 3 | |
| CILOXAN   OINT | 3 | |
| *ciprofloxacin hcl (ophth) (generic of CILOXAN)* | 2 | GC |
| *erythromycin (ophth)* | 2 | GC |
| *gentak* | 2 | GC |
| *gentamicin sulfate soln (ophth)* | 3 | |
| MOXEZA | 4 | |
| *moxifloxacin hcl (ophth) (generic of VIGAMOX)* | 4 | |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| NATACYN | 4 | |
| *neomycin-bacitracin zn-polymyxin* | 3 | |
| *neomycin-polymyxin-gramicidin (generic of NEOSPORIN)* | 3 | |
| *ofloxacin (ophth) (generic of OCUFLOX)* | 2 | GC |
| *polymyxin b-trimethoprim (generic of POLYTRIM)* | 2 | GC |
| *sulfacet sod oin 10% op* | 3 | |
| *sulfacetamide sodium (ophth) (generic of BLEPH-10)* | 3 | |
| *tobramycin (ophth) (generic of TOBREX)* | 2 | GC |
| *trifluridine (generic of VIROPTIC)   SOLN* | 3 | |
| ZIRGAN | 4 | |
| ***ANTI-INFLAMMATORIES*** | | |
| ALREX | 3 | |
| BROMSITE | 4 | |
| *dexamethasone sodium phosphate (ophth)* | 3 | |
| *diclofenac sodium (ophth)* | 3 | |
| DUREZOL | 4 | |
| *fluorometholone* | 3 | |
| *flurbiprofen sodium* | 2 | GC |
| ILEVRO | 4 | |
| *ketorolac tromethamine (ophth) (generic of ACULAR LS)  .4%* | 3 | |
| *ketorolac tromethamine (ophth) (generic of ACULAR) .5%* | 3 | |
| LOTEMAX | 3 | |
| *prednisolone acetate (ophth) (generic of OMNIPRED)* | 3 | |
| PREDNISOLONE SODIUM PHOSPHATE (OPHTH) | 3 | |
| PROLENSA | 3 | |
| ***ANTIALLERGICS*** | | |
| *azelastine drop 0.05%* | 3 | |
| BEPREVE | 3 | |
| *cromolyn sodium (ophth)* | 2 | GC |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

51

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| LASTACAFT | 4 | |
| *olopatadine hcl 0.2%* (generic of PATADAY) | 3 | |
| PAZEO | 3 | |
| ***ANTIGLAUCOMA*** | | |
| ALPHAGAN P SOL 0.1% | 3 | |
| ALPHAGAN P SOL 0.15% | 3 | |
| AZOPT | 4 | |
| *betaxolol hcl (ophth)* | 3 | |
| BETOPTIC-S | 4 | |
| *brimonidine sol 0.2%* | 2 | GC |
| *carteolol hcl (ophth)* | 2 | GC |
| COMBIGAN | 3 | |
| *dorzolamide hcl* (generic of TRUSOPT) | 3 | |
| *dorzolamide hcl-timolol maleate* (generic of COSOPT) | 3 | |
| ISTALOL | 3 | |
| *latanoprost* (generic of XALATAN)   SOLN | 2 | GC |
| *levobunolol hcl* (generic of BETAGAN) | 2 | GC |
| LUMIGAN | 3 | |
| *metipranolol* | 3 | |
| PHOSPHOLINE IODIDE | 4 | |
| *pilocarpine hcl* (generic of ISOPTO CARPINE)   SOLN | 3 | |
| SIMBRINZA | 4 | |
| *timolol maleate (ophth) soln* (generic of TIMOPTIC) | 2 | GC |
| *timolol maleate gel* (generic of TIMOPTIC-XE) | 4 | |
| TRAVATAN Z | 3 | |
| ***MISCELLANEOUS*** | | |
| CYSTARAN | 5 | NDS NM LA PA |
| *proparacaine hcl* (generic of ALCAINE)   SOLN | 3 | |
| RESTASIS     QL (64 single use vials / 30 days) | 3 | QL |
| RESTASIS MULTIDOSE     QL (1 bottle / 30 days) | 3 | QL |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| **RESPIRATORY** | | |
| ***ANTICHOLINERGIC/BETA AGONIST COMBINATIONS*** | | |
| ANORO ELLIPTA     QL (60 blisters / 30 days) | 3 | QL |
| BEVESPI AEROSPHERE     QL (1 inhaler / 30 days) | 3 | QL |
| COMBIVENT RESPIMAT     QL (2 inhalers / 30 days) | 4 | QL |
| *ipratropium-albuterol nebu* | 3 | B/D |
| TRELEGY ELLIPTA     QL (60 blisters / 30 days) | 3 | QL |
| ***ANTICHOLINERGICS*** | | |
| ATROVENT HFA     QL (2 inhalers / 30 days) | 4 | QL |
| INCRUSE ELLIPTA     QL (30 blisters / 30 days) | 3 | QL |
| *ipratropium bromide*   SOLN | 2 | GC B/D |
| *ipratropium bromide (nasal)* | 3 | |
| ***ANTIHISTAMINES*** | | |
| *azelastine spr 0.1%* | 3 | |
| *azelastine spr 0.15%* (generic of ASTEPRO) | 4 | |
| *cetirizine syrup* | 2 | GC |
| *cyproheptadine hcl*   SYRP; TABS     PA if 70 years and older; HR | 4 | PA |
| *diphenhydramine hcl inj* | 4 | |
| *hydroxyz hcl inj*     PA if 70 years and older; HR | 4 | PA |
| *hydroxyzine hcl*   SYRP; TABS     PA if 70 years and older; HR | 4 | PA |
| *hydroxyzine pamoate* (generic of VISTARIL)   CAPS 25mg, 50mg     PA if 70 years and older; HR | 4 | PA |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

52

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *levocetirizine dihydrochloride* TABS | 2 | GC |
| ***BETA AGONISTS*** | | |
| *albuterol sulfate*  NEBU | 2 | GC B/D |
| *albuterol sulfate*  SYRP | 2 | GC |
| *albuterol sulfate*  TABS | 4 | |
| SEREVENT DISKUS   QL (60 inhalations / 30 days) | 3 | QL |
| *terbutaline sulfate*  TABS | 4 | |
| VENTOLIN HFA   QL (2 inhalers / 30 days) | 3 | QL |
| XOPENEX HFA   QL (2 inhalers / 30 days) | 3 | QL |
| ***LEUKOTRIENE MODULATORS*** | | |
| *montelukast sodium* (generic of SINGULAIR)   CHEW | 3 | |
| *montelukast sodium* (generic of SINGULAIR)   PACK | 4 | |
| *montelukast sodium* (generic of SINGULAIR)   TABS | 2 | GC |
| *zafirlukast* (generic of ACCOLATE) | 4 | |
| ***MAST CELL STABILIZERS*** | | |
| *cromolyn sod neb 20mg/2ml* | 3 | B/D |
| ***MISCELLANEOUS*** | | |
| *acetylcysteine*  SOLN 10%, 20% | 3 | B/D |
| ARALAST NP | 5 | NDS NM LA PA |
| DALIRESP | 4 | |
| *epinephrine (anaphylaxis)* .15mg/0.15ml, .3mg/0.3ml   (generic of Adrenaclick) | 3 | |
| ESBRIET | 5 | NDS NM PA |
| KALYDECO | 5 | NDS NM PA |
| OFEV | 5 | NDS NM PA |
| ORKAMBI | 5 | NDS NM PA |
| PROLASTIN-C | 5 | NDS NM LA PA |
| PULMOZYME | 5 | NDS NM PA |
| SYMDEKO | 5 | NDS NM LA PA |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| XOLAIR | 5 | NDS NM LA PA |
| ZEMAIRA | 5 | NDS NM LA PA |
| ***NASAL STEROIDS*** | | |
| *flunisolide (nasal)*   QL (3 bottles / 30 days) | 3 | QL |
| *fluticasone propionate (nasal)* (generic of FLONASE)   QL (1 bottle / 30 days) | 2 | GC QL |
| *mometasone furoate (nasal)* (generic of NASONEX)   QL (2 inhalers / 30 days) | 4 | QL |
| NASONEX   QL (2 inhalers / 30 days) | 4 | QL |
| ***STEROID INHALANTS*** | | |
| ARNUITY ELLIPTA   QL (30 inhalations / 30 days) | 4 | QL |
| *budesonide (inhalation)* (generic of PULMICORT) .25mg/2ml, .5mg/2ml | 4 | B/D |
| FLOVENT DISKUS 50mcg/blist, 100mcg/blist   QL (120 inhalations / 30 days) | 4 | QL |
| FLOVENT DISKUS 250mcg/blist   QL (240 inhalations / 30 days) | 4 | QL |
| FLOVENT HFA   QL (2 inhalers / 30 days) | 4 | QL |
| PULMICORT FLEXHALER   QL (2 inhalers / 30 days) | 3 | QL |
| ***STEROID/BETA-AGONIST COMBINATIONS*** | | |
| ADVAIR DISKUS   QL (60 inhalations / 30 days) | 3 | QL |
| ADVAIR HFA   QL (1 inhaler / 30 days) | 3 | QL |
| BREO ELLIPTA   QL (60 blisters / 30 days) | 3 | QL |

**PA** - Prior Authorization    **QL** - Quantity Limits    **ST** - Step Therapy    **NM** - Not available at mail-order    **B/D** - Covered under Medicare B or D    **LA** - Limited Access    **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.    **NDS** - Non-Extended Days Supply    **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| SYMBICORT | 3 | QL |
|     QL (1 inhaler / 30 days) | | |
| ***XANTHINES*** | | |
| *aminophylline inj* | 4 | |
| *theophylline*   SOLN | 4 | |
| *theophylline*   TB12; TB24 | 3 | |
| **TOPICAL** | | |
| **DERMATOLOGY, ACNE** | | |
| *amnesteem* | 4 | PA |
| *avita* (generic of RETIN-A) CREA | 4 | PA |
| *avita*   GEL | 4 | PA |
| *claravis* | 4 | PA |
| *clindacin-p* (generic of CLEOCIN-T) | 3 | |
| *clindamycin phosphate (topical)* (generic of CLEOCIN-T)   GEL; SOLN; SWAB | 3 | |
| *clindamycin phosphate (topical)* (generic of CLEOCIN-T)   LOTN | 4 | |
| *ery pad 2%* | 3 | |
| *erythromycin (acne aid)* (generic of ERYGEL)   GEL | 4 | |
| *erythromycin (acne aid)* SOLN | 3 | |
| *isotretinoin*   CAPS | 4 | PA |
| *myorisan* | 4 | PA |
| *sulfacetamide sodium (acne)* (generic of KLARON) | 4 | |
| *tretinoin* (generic of RETIN-A) CREA | 4 | PA |
| *tretinoin* (generic of RETIN-A) GEL .01%, .025% | 4 | PA |
| *zenatane* | 4 | PA |
| ***DERMATOLOGY, ANTIBIOTICS*** | | |
| *gentamicin sulfate (topical)* | 3 | |
| *mafenide acetate* (generic of SULFAMYLON)   PACK | 4 | |
| *mupirocin*   OINT | 2 | GC |
| *silver sulfadiazine* (generic of SILVADENE)   CREA | 2 | GC |
| *ssd* (generic of SILVADENE) | 2 | GC |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| SULFAMYLON   CREA | 4 | |
| SULFAMYLON   PACK | 5 | NDS |
| ***DERMATOLOGY, ANTIFUNGALS*** | | |
| *ciclopirox* (generic of LOPROX)   CREA; SUSP | 3 | |
| *ciclopirox*   GEL | 4 | |
| *ciclopirox shampoo 1%* (generic of LOPROX SHAMPOO) | 4 | |
| *clotrimazole (topical)* | 3 | |
| *ketoconazole cream* | 3 | |
| *nyamyc* | 3 | |
| *nystatin (topical)* | 3 | |
| *nystop* | 3 | |
| ***DERMATOLOGY, ANTIPSORIATICS*** | | |
| *acitretin* (generic of SORIATANE) | 5 | NDS PA |
| *calcipotriene* (generic of DOVONEX)   CREA | 4 | |
| *calcipotriene*   SOLN | 4 | |
| *tazarotene* (generic of TAZORAC)   CREA | 4 | PA |
| TAZORAC   CREA .05% | 4 | PA |
| ***DERMATOLOGY, ANTISEBORRHEICS*** | | |
| *ketoconazole shampoo* (generic of NIZORAL) | 2 | GC |
| *selenium sulfide*   LOTN | 2 | GC |
| ***DERMATOLOGY, CORTICOSTEROIDS*** | | |
| *ala-cort* | 2 | GC |
| *alclometasone dipropionate* | 3 | |
| *betamethasone dipropionate (topical)* | 3 | |
| *betamethasone dipropionate augmented* (generic of DIPROLENE AF)   CREA | 3 | |
| *betamethasone dipropionate augmented*   GEL | 4 | |
| *betamethasone dipropionate augmented* (generic of DIPROLENE)   LOTN; OINT | 4 | |
| *betamethasone valerate* CREA; LOTN; OINT | 3 | |

**PA** - Prior Authorization   **QL** - Quantity Limits   **ST** - Step Therapy   **NM** - Not available at mail-order   **B/D** - Covered under Medicare B or D   **LA** - Limited Access   **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.   **NDS** - Non-Extended Days Supply   **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *fluocinolone acetonide (generic of SYNALAR) SOLN* | 4 | |
| *fluocinonide* CREA .05% | 4 | |
| *fluocinonide* GEL | 4 | |
| *fluocinonide* SOLN | 3 | |
| *fluocinonide emulsified base* | 4 | |
| *fluticasone propionate* CREA; OINT | 3 | |
| *halobetasol propionate (generic of ULTRAVATE)* | 4 | |
| *hydrocortisone (topical)* CREA; OINT | 2 | GC |
| *hydrocortisone (topical)* LOTN | 3 | |
| *hydrocortisone butyrate cream 0.1% (generic of LOCOID)* | 4 | |
| *hydrocortisone butyrate oint 0.1%* | 4 | |
| *hydrocortisone butyrate soln 0.1% (generic of LOCOID)* | 4 | |
| *mometasone furoate (generic of ELOCON)* CREA | 2 | GC |
| *mometasone furoate (generic of ELOCON)* OINT | 3 | |
| *mometasone furoate* SOLN | 3 | |
| *triamcinolone acetonide (topical)* CREA; OINT | 2 | GC |
| *triamcinolone acetonide (topical)* LOTN | 3 | |

### DERMATOLOGY, LOCAL ANESTHETICS

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *glydo* QL (30 mL / 30 days) | 3 | QL PA |
| *lidocaine (generic of LIDODERM)* PTCH QL (3 patches / 1 day) | 4 | QL PA |
| *lidocaine hcl* GEL QL (30 mL / 30 days) | 3 | QL PA |
| *lidocaine hcl* SOLN 4% QL (50 mL / 30 days) | 2 | GC QL PA |
| *lidocaine oint 5%* QL (50 gm / 30 days) | 4 | QL PA |

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *lidocaine-prilocaine* QL (30 gm / 30 days) | 4 | QL PA |

### DERMATOLOGY, MISCELLANEOUS SKIN AND MUCOUS MEMBRANE

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *ammonium lactate (generic of LAC-HYDRIN)* CREA | 3 | |
| *ammonium lactate* LOTN | 3 | |
| *diclofenac sodium (topical)* SOLN | 4 | |
| *fluorouracil (topical) (generic of EFUDEX)* CREA 5% | 4 | |
| *fluorouracil (topical)* SOLN | 4 | |
| *imiquimod (generic of ALDARA)* CREA | 4 | |
| *metronidazole (topical) (generic of METROCREAM) CREA* | 4 | |
| *metronidazole (topical) (generic of METROLOTION) LOTN* | 4 | |
| *metronidazole gel 0.75%* | 4 | |
| PANRETIN | 5 | NDS |
| PENNSAID | 5 | NDS |
| PICATO | 3 | |
| *podofilox* SOLN | 3 | |
| *procto-med hc (generic of ANUSOL-HC)* | 3 | |
| *procto-pak (generic of PROCTOCORT)* | 3 | |
| *proctosol hc cre 2.5% (generic of ANUSOL-HC)* | 3 | |
| *proctozone-hc (generic of ANUSOL-HC)* | 3 | |
| *rosadan (generic of METROCREAM)* | 4 | |
| *tacrolimus (topical) (generic of PROTOPIC)* | 4 | |
| TARGRETIN GEL | 5 | NDS NM PA |
| VALCHLOR | 5 | NDS NM LA PA |
| VOLTAREN GEL 1% | 3 | |

### DERMATOLOGY, SCABICIDES AND PEDICULIDES

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *malathion (generic of OVIDE)* | 4 | |

**PA** - Prior Authorization    **QL** - Quantity Limits    **ST** - Step Therapy    **NM** - Not available at mail-order    **B/D** - Covered under Medicare B or D    **LA** - Limited Access    **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.    **NDS** - Non-Extended Days Supply    **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

| Drug Name | Tier | Drug Requirements/ Limits |
|---|---|---|
| *permethrin cre 5%* (generic of ELIMITE) | 3 | |
| **DERMATOLOGY, WOUND CARE AGENTS** | | |
| *acetic acid   .25%* | 2 | GC |
| REGRANEX | 5 | NDS PA |
| SANTYL | 4 | |
| *sodium chlor sol 0.9% irr* | 2 | GC |
| *sterile water irrigation* | 3 | |
| **MOUTH/THROAT/DENTAL AGENTS** | | |
| *chlorhexidine gluconate (mouth-throat)* (generic of PERIDEX) | 2 | GC |
| *clotrimazole   LOZG* | 4 | |
| *lidocaine hcl (mouth-throat)* | 2 | GC |
| *nystatin (mouth-throat)* | 3 | |
| *paroex sol 0.12%* (generic of PERIDEX) | 2 | GC |
| *periogard* (generic of PERIDEX) | 2 | GC |
| *pilocarpine hcl (oral)* (generic of SALAGEN) | 4 | |
| *triamcinolone acetonide (mouth)* | 3 | |
| **OTIC** | | |
| *acetic acid (otic)* | 3 | |
| CIPRODEX | 4 | |
| *fluocinolone acetonide (otic)* (generic of DERMOTIC) | 4 | |
| *neomycin-polymyxin-hc (otic)* | 3 | |
| *ofloxacin (otic)* (generic of FLOXIN OTIC) | 4 | |

**PA** - Prior Authorization    **QL** - Quantity Limits    **ST** - Step Therapy    **NM** - Not available at mail-order    **B/D** - Covered under Medicare B or D    **LA** - Limited Access    **GC** - We provide coverage of this prescription drug in the coverage gap. Please refer to our Evidence of Coverage for more information about this coverage.    **NDS** - Non-Extended Days Supply    **HR** - High Risk Medication

2018 SSI Plus 18420 v12 eff 08/01/2018

## Index

### A

*abacavir sulfate*.................12
*abacavir sulfate-lamivudine*
.............................................13
*abacavir
sulfate-lamivudine-zidovudin
e*..........................................13
ABELCET...........................12
ABILIFY
  see *aripiprazole tab*.......31
ABILIFY MAINTENA.........31
ABRAXANE ......................17
*acamprosate calcium*........36
*acarbose* ..........................37
ACCOLATE
  see *zafirlukast* ...............53
ACCUPRIL
  see *quinapril hcl* ............21
ACCURETIC
  see
  *quinapril-hydrochlorothiazi*
  *de*.......................................20
*acebutolol hcl*....................23
*acetaminophen w/ codeine* .8
*acetazolamide*...................24
*acetic acid*........................56
*acetic acid (otic)*...............56
*acetylcysteine* ..................53
*acitretin* .............................54
ACTHIB.............................48
ACTIGALL
  see *ursodiol*...................46
ACTIMMUNE ....................48
ACTIQ
  see *fentanyl citrate* ..........9
ACTOS
  see *pioglitazone hcl*.......38
ACULAR
  see *ketorolac*
  *tromethamine (ophth)* ....51
ACULAR LS
  see *ketorolac*
  *tromethamine (ophth)* ....51
*acyclovir*............................14
*acyclovir sodium* ..............14
ADACEL............................48
ADAGEN..........................42

ADALAT CC
  see *afeditab cr*...............23
  see *nifedipine er*............23
ADCIRCA..........................25
ADDERALL
  see
  *amphetamine-dextroamph*
  *etamine tab 10 mg*.........33
  see
  *amphetamine-dextroamph*
  *etamine tab 12.5 mg*......33
  see
  *amphetamine-dextroamph*
  *etamine tab 15 mg*.........33
  see
  *amphetamine-dextroamph*
  *etamine tab 20 mg*.........33
  see
  *amphetamine-dextroamph*
  *etamine tab 30 mg*.........33
  see
  *amphetamine-dextroamph*
  *etamine tab 5 mg* ..........33
  see
  *amphetamine-dextroamph*
  *etamine tab 7.5 mg*........33
ADDERALL XR
  see
  *amphetamine-dextroamph*
  *etamine cap sr 24hr 10 mg*
  .......................................33
  see
  *amphetamine-dextroamph*
  *etamine cap sr 24hr 15 mg*
  .......................................33
  see
  *amphetamine-dextroamph*
  *etamine cap sr 24hr 20 mg*
  .......................................33
  see
  *amphetamine-dextroamph*
  *etamine cap sr 24hr 25 mg*
  .......................................33
  see
  *amphetamine-dextroamph*
  *etamine cap sr 24hr 30 mg*
  .......................................33

  see
  *amphetamine-dextroamph*
  *etamine cap sr 24hr 5 mg*
  .......................................33
*adefovir dipivoxil*...............14
ADEMPAS .......................25
*adriamycin* .......................17
*adrucil*..............................17
ADVAIR DISKUS..............53
ADVAIR HFA ....................53
*afeditab cr*........................23
AFINITOR .........................18
AFINITOR DISPERZ ........18
AGGRENOX.....................47
AGRYLIN
  see *anagrelide hcl*.........47
*ala-cort*.............................54
ALBENZA ..........................11
*albuterol sulfate* ...............53
ALCAINE
  see *proparacaine hcl*.....52
*alclometasone dipropionate*
.............................................54
ALCOHOL SWABS...........36
ALDACTAZIDE
  see *spironolactone &*
  *hydrochlorothiazide* .......24
ALDACTONE
  see *spironolactone*........21
ALDARA
  see *imiquimod*...............55
ALDURAZYME ................42
ALECENSA ......................18
*alendronate sodium* ..........39
*alfuzosin hcl*......................46
ALIMTA.............................17
ALINIA ..............................11
ALKERAN
  see *melphalan hcl*.........17
*allopurinol tab* .....................8
*alosetron hcl*.....................45
ALPHAGAN P SOL 0.1% .52
ALPHAGAN P SOL 0.15%52
*alprazolam tab 0.25mg*.....25
*alprazolam tab 0.5mg*.......25
*alprazolam tab 1mg*..........25
*alprazolam tab 2 mg*.........25

2018 SSI Plus 18420 v12 eff 08/01/2018

ALREX ...........................51
ALTACE
    see *ramipril*...................21
*altavera tab* ......................39
ALUNBRIG........................18
*alyacen 1/35*.....................39
*amantadine hcl*.................30
AMARYL
    see *glimepiride* .............37
AMBIEN
    see *zolpidem tartrate*.....34
AMBISOME.......................12
AMERGE
    see *naratriptan hcl*.........34
*amikacin sulfate* ...............10
*amiloride &*
*hydrochlorothiazide*...........24
*amiloride hcl*.....................24
*aminophylline inj* ..............54
AMINOSYN......................49
AMINOSYN
7%/ELECTROLYTES .......49
*aminosyn 8.5%/electrolyte* 49
*aminosyn ii 8.5%/electrol* ..49
AMINOSYN II INJ 10% .....50
AMINOSYN II INJ 8.5% ....49
AMINOSYN M...................50
AMINOSYN-HBC ..............50
AMINOSYN-PF 10%.........50
AMINOSYN-PF 7%...........50
AMINOSYN-RF..................50
*amiodarone hcl soln*..........21
*amiodarone tab 100mg*.....21
*amiodarone tab 200mg*.....21
*amiodarone tab 400mg*.....21
AMITIZA..........................45
*amitriptyline hcl* ................28
*amlodipine besylate* ..........23
*amlodipine*
*besylate-benazepril hcl cap*
*10-20 mg*..........................20
*amlodipine*
*besylate-benazepril hcl cap*
*10-40 mg*..........................20
*amlodipine*
*besylate-benazepril hcl cap*
*2.5-10 mg*..........................20
*amlodipine*

*besylate-benazepril hcl cap*
*5-10 mg*............................20
*amlodipine*
*besylate-benazepril hcl cap*
*5-20 mg*............................20
*amlodipine*
*besylate-benazepril hcl cap*
*5-40 mg*............................20
*amlodipine*
*besylate-olmesartan*
*medoxomil* ........................21
*amlodipine*
*besylate-valsartan tab*
*10-160 mg*.........................21
*amlodipine*
*besylate-valsartan tab*
*10-320 mg*.........................21
*amlodipine*
*besylate-valsartan tab 5-160*
*mg*......................................21
*amlodipine*
*besylate-valsartan tab 5-320*
*mg*......................................21
*ammonium lactate* ............55
*amnesteem*.......................54
*amoxapine* ........................28
*amoxicillin* ........................15
*amoxicillin & pot clavulanate*
....................................15, 16
*amphetamine-dextroamphet*
*amine cap sr 24hr 10 mg* ..33
*amphetamine-dextroamphet*
*amine cap sr 24hr 15 mg* ..33
*amphetamine-dextroamphet*
*amine cap sr 24hr 20 mg* ..33
*amphetamine-dextroamphet*
*amine cap sr 24hr 25 mg* ..33
*amphetamine-dextroamphet*
*amine cap sr 24hr 30 mg* ..33
*amphetamine-dextroamphet*
*amine cap sr 24hr 5 mg* ....33
*amphetamine-dextroamphet*
*amine tab 10 mg* ...............33
*amphetamine-dextroamphet*
*amine tab 12.5 mg* ............33
*amphetamine-dextroamphet*
*amine tab 15 mg* ...............33
*amphetamine-dextroamphet*

*amine tab 20 mg*...............33
*amphetamine-dextroamphet*
*amine tab 30 mg*...............33
*amphetamine-dextroamphet*
*amine tab 5 mg* .................33
*amphetamine-dextroamphet*
*amine tab 7.5 mg*.............33
*amphotericin b* .................12
*ampicillin & sulbactam*
*sodium*.............................16
*ampicillin cap 250mg* ........16
*ampicillin cap 500mg* ........16
*ampicillin inj* .....................16
*ampicillin sodium* .............16
*ampicillin susp* .................16
AMPYRA .........................35
ANADROL-50 ...................36
ANAFRANIL
    see *clomipramine hcl* ....28
*anagrelide hcl* ...................47
*anastrozole* ......................18
ANCOBON
    see *flucytosine* .............12
ANDRODERM ..................36
ANDROGEL
    see *testosterone*...........36
ANDROGEL 1.62% ..........36
ANDROGEL PUMP ..........36
ANORO ELLIPTA .............52
ANTABUSE
    see *disulfiram*...............36
ANUSOL-HC
    see *procto-med hc* ........55
    see *proctosol hc cre 2.5%*
    .......................................55
    see *proctozone-hc*.........55
APOKYN...........................30
*aprepitant*..........................44
*aprepitant pak 80mg &*
*125mg*...............................44
*apri*....................................39
APRISO ............................45
APTIOM............................26
APTIVUS ..........................12
ARALAST NP ...................53
*aranelle*..............................39
ARAVA
    see *leflunomide*.............48

2018 SSI Plus 18420 v12 eff 08/01/2018

ARCALYST ......................48
ARICEPT
  see *donepezil*
  *hydrochloride*.................28
ARIMIDEX
  see *anastrozole*.............18
*aripiprazole odt* ................31
*aripiprazole oral solution 1*
*mg/ml*...............................31
*aripiprazole tab* ................31
ARISTADA .......................31
ARIXTRA
  see *fondaparinux sodium*
  ....................................47
*armodafinil* ......................36
ARNUITY ELLIPTA...........53
AROMASIN
  see *exemestane*............18
ASACOL HD .....................45
ASTEPRO
  see *azelastine spr 0.15%*
  ....................................52
*atazanavir sulfate*..............12
*atenolol* ............................23
*atenolol & chlorthalidone*...22
ATIVAN
  see *lorazepam*........25, 26
*atomoxetine hcl*.................33
*atorvastatin calcium* ..........22
*atovaquone* .......................11
*atovaquone-proguanil hcl*..12
ATRIPLA...........................13
ATROVENT HFA ..............52
*aubra*................................39
AUGMENTIN
  see *amoxicillin & pot*
  *clavulanate* ..............15, 16
AUGMENTIN ES-600
  see *amoxicillin & pot*
  *clavulanate* ...................15
AUGMENTIN XR
  see *amoxicillin & pot*
  *clavulanate* ...................16
AURYXIA ..........................43
AUSTEDO.........................35
AVALIDE
  see
  *irbesartan-hydrochlorothia*

*zide*.................................21
AVAPRO
  see *irbesartan* ...............21
AVASTIN ..........................17
*aviane* ..............................39
*avita* .................................54
AVODART
  see *dutasteride*..............46
AVONEX............................35
AVONEX PEN ..................35
AYGESTIN
  see *norethindrone acetate*
  ....................................44
*azacitidine*.........................17
AZACTAM
  see *aztreonam* ..............11
AZACTAM IN
ISO-OSMOTIC DE...........11
AZACTAM/DEX INJ...........11
*azathioprine* ......................48
AZATHIOPRINE ...............48
*azelastine drop 0.05%* ......51
*azelastine spr 0.1%* ..........52
*azelastine spr 0.15%*........52
AZILECT
  see *rasagiline mesylate*.30
*azithromycin*......................15
AZOPT ..............................52
AZOR
  see *amlodipine*
  *besylate-olmesartan*
  *medoxomil*....................21
*aztreonam*.........................11
AZULFIDINE
  see *sulfasalazine*...........45
AZULFIDINE EN-TABS
  see *sulfasalazine ec*......45
**B**
*bacitracin (ophthalmic)*......51
*bacitracin-polymyxin b*
*(ophth)* .............................51
*bacitracin-poly-neomycin-hc*
....................................51
*baclofen* ...........................35
BACTRIM
  see
  *sulfamethoxazole-trimetho*
  *prim tab* .......................12

BACTRIM DS
  see
  *sulfamethoxazole-trimetho*
  *p ds* ..............................11
*balsalazide disodium* ........45
*balziva* ..............................39
BANZEL SUS 40MG/ML...26
BANZEL TAB 200MG .......26
BANZEL TAB 400MG .......26
BARACLUDE......................14
  see *entecavir*.................14
BCG VACCINE .................48
*bekyree*.............................39
BELEODAQ .......................17
BELSOMRA.......................34
*benazepril &*
*hydrochlorothiazide*...........20
*benazepril hcl* ...................20
BENDEKA .........................16
BENICAR
  see *olmesartan medoxomil*
  ....................................21
BENICAR HCT
  see *olmesartan*
  *medoxomil-hydrochlorothi*
  *azide* .............................21
BENLYSTA.......................48
BENTYL
  see *dicyclomine hcl*.......44
*benztropine mesylate*........30
BEPREVE..........................51
BESIVANCE .....................51
BETAGAN
  see *levobunolol hcl*........52
*betamethasone dipropionate*
*(topical)*............................54
*betamethasone dipropionate*
*augmented*........................54
*betamethasone valerate* ...54
BETAPACE
  see *sorine* ....................22
  see *sotalol hcl* ...............22
BETAPACE AF
  see *sotalol hcl (afib/afl)* .22
BETASERON ...................35
*betaxolol hcl (ophth)* .........52
*bethanechol chloride*.........46
BETOPTIC-S ....................52

59

2018 SSI Plus 18420 v12 eff 08/01/2018

BEVESPI AEROSPHERE.52
*bexarotene*.......................19
BEXSERO.......................48
BIAXIN
  see *clarithromycin* .........15
BIAXIN XL
  see *clarithromycin er* .....15
*bicalutamide*.....................18
BICILLIN L-A.....................16
BIKTARVY .......................13
BILTRICIDE .....................11
  see *praziquantel*............11
*bisoprolol &*
*hydrochlorothiazide*...........22
*bisoprolol fumarate* ..........23
BIVIGAM ..........................48
*bleomycin sulfate* .............17
BLEPH-10
  see *sulfacetamide sodium*
  *(ophth)*...........................51
BLEPHAMIDE..................51
*blisovi fe 1.5/30*................39
*blisovi fe 1/20*..................39
BOOSTRIX ......................48
BORTEZOMIB .................17
BOSULIF..........................18
BREO ELLIPTA ...............53
*briellyn* ...........................39
BRILINTA.........................47
*brimonidine sol 0.2%*.........52
BRIVIACT .........................26
*bromocriptine mesylate*.....30
BROMSITE ......................51
*budesonide (inhalation)*.....53
*budesonide ec*..................45
*bumetanide* ......................24
BUMEX
  see *bumetanide*.............24
BUPHENYL
  see *sodium phenylbutyrate*
  .......................................42
*buprenorphine hcl* .............36
*buprenorphine hcl-naloxone*
*hcl sl*...............................36
*bupropion hcl* ...................28
*bupropion hcl (smoking*
*deterrent)* .........................36
*buspirone hcl*....................25

*busulfan* ...........................16
BUSULFEX
  see *busulfan*.................16
*butorphanol tartrate* ............8
BUTRANS...........................8
BUTRANS 7.5MCG/HR ......8
BYDUREON BCISE..........36
BYDUREON INJ ...............36
BYDUREON PEN ..............36
BYETTA............................36
BYSTOLIC .......................23
**C**
*cabergoline* .......................43
CABOMETYX ..................19
CAFERGOT
  see *ergotamine w/ caffeine*
  .......................................34
CALAN
  see *verapamil hcl* ..........24
CALAN SR
  see *verapamil hcl* ..........24
  see *verapamil tab er*.......24
*calcipotriene*.....................54
*calcitonin (salmon)*............43
*calcitriol*............................51
*calcitriol inj* .......................51
*calcitriol oral soln 1 mcg/ml*
  .......................................51
*calcium acetate (phosphate*
*binder)*..............................43
CALQUENCE ...................19
*camila* ..............................39
CAMPTOSAR
  see *irinotecan hcl* ..........20
CANASA ...........................45
CANCIDAS ......................12
  see *caspofungin acetate*12
CAPASTAT SULFATE......13
CAPRELSA.......................19
CARAFATE
  see *sucralfate*...............46
CARBAGLU .....................42
*carbamazepine* .................26
CARBATROL
  see *carbamazepine*.......26
*carbidopa/levodopa/entacap*
*one*....................................30
*carbidopa-levodopa* ..........30

*carboplatin* .......................20
CARDIZEM
  see *diltiazem hcl*...........23
CARDIZEM CD
  see *cartia xt*..................23
  see *diltiazem cap 120mg*
  *cd* ..................................23
  see *diltiazem cap 180mg*
  *cd* ..................................23
  see *diltiazem cap 240mg*
  *cd* ..................................23
  see *diltiazem cap 360mg*
  *cd* ..................................23
  see *diltiazem hcl coated*
  *beads cap sr 24hr* .........23
  see *diltiazem hcl extended*
  *release beads cap sr*.....23
CARDURA
  see *doxazosin mesylate* 21
CARIMUNE
NANOFILTERED ..............48
CARNITOR
  see *levocarnitine*
  *(metabolic modifiers)*.....42
*carteolol hcl (ophth)* ..........52
*cartia xt* ............................23
*carvedilol* ..........................23
CASODEX
  see *bicalutamide* ...........18
*caspofungin acetate*..........12
CASPOFUNGIN ACETATE
.........................................12
CATAPRES
  see *clonidine hcl*............25
CATAPRES-TTS-1
  see *clonidine hcl*............25
CATAPRES-TTS-2
  see *clonidine hcl*............25
CATAPRES-TTS-3
  see *clonidine hcl*............25
CAYSTON ........................11
*caziant pak* .......................39
*cefaclor*............................14
CEFACLOR ER TAB 500MG
.........................................14
*cefadroxil* ..........................14
CEFAZOLIN IN DEXTROSE
2GM/100ML-4%................14

2018 SSI Plus 18420 v12 eff 08/01/2018

cefazolin inj .......................14
cefazolin sodium ..............15
CEFAZOLIN SODIUM 1
GM/50ML .........................15
cefdinir ............................15
cefepime hcl.....................15
cefixime............................15
cefotaxime sodium ............15
cefoxitin sodium ...............15
cefpodoxime proxetil .........15
cefprozil............................15
ceftazidime........................15
CEFTAZIDIME/DEXTROSE
..........................................15
ceftriaxone sodium............15
cefuroxime axetil ...............15
cefuroxime sodium............15
CELEBREX
   see celecoxib..................8
celecoxib.............................8
CELEXA
   see citalopram
   hydrochloride ...............28
CELLCEPT
   see mycophenolate mofetil
   ......................................48
CELONTIN.......................26
cephalexin........................15
CERDELGA .....................42
CEREZYME ......................42
cetirizine syrup .................52
CHANTIX CONTINUING
MONTH............................36
CHANTIX PAK 0.5& 1MG .36
CHANTIX TAB 0.5MG ......36
CHANTIX TAB 1MG .........36
CHEMET...........................39
chlorhexidine gluconate
(mouth-throat) ..................56
chloroquine phosphate......12
chlorothiazide tabs............24
chlorpromazine hcl............31
CHLORPROMAZINE INJ..31
chlorthalidone....................24
cholestyramine..................22
cholestyramine light ..........22
ciclopirox .........................54
ciclopirox shampoo 1% .....54

cilostazol ...........................47
CILOXAN ..........................51
   see ciprofloxacin hcl
   (ophth)...........................51
CINRYZE .........................47
CIPRO
   see ciprofloxacin ...........15
   see ciprofloxacin hcl tab 15
CIPRO I.V.-IN D5W
   see ciprofloxacin in d5w 15
CIPRODEX .......................56
ciprofloxacin......................15
ciprofloxacin hcl (ophth)....51
ciprofloxacin hcl tab ..........15
ciprofloxacin in d5w ..........15
cisplatin............................20
citalopram hydrobromide ..28
cladribine .........................17
claravis.............................54
clarithromycin...................15
clarithromycin er ..............15
clarithromycin for susp .....15
CLEOCIN
   see clindamycin cap
   300mg ...........................11
   see clindamycin cap 75mg
   ......................................11
   see clindamycin hcl cap
   150 mg ..........................11
   see clindamycin
   phosphate vaginal .........46
CLEOCIN IN D5W
   see clindamycin
   phosphate in d5w ..........11
CLEOCIN PEDIATRIC
GRANULE
   see clindamycin soln
   75mg/5ml ......................11
CLEOCIN PHOSPHATE
   see clindamycin
   phosphate in d5w ..........11
   see clindamycin
   phosphate inj.................11
CLEOCIN-T
   see clindacin-p ..............54
   see clindamycin
   phosphate (topical)........54
CLIMARA

see estradiol.................42
clindacin-p .......................54
clindamycin cap 300mg ....11
clindamycin cap 75mg ......11
clindamycin hcl cap 150 mg
..........................................11
clindamycin phosphate
(topical).............................54
clindamycin phosphate in
d5w....................................11
CLINDAMYCIN
PHOSPHATE IN NACL ....11
clindamycin phosphate inj.11
clindamycin phosphate
vaginal ..............................46
clindamycin soln 75mg/5ml
..........................................11
CLINIMIX
2.75%/DEXTROSE 5%.....50
CLINIMIX
4.25%/DEXTROSE 25%...50
CLINIMIX
4.25%/DEXTROSE 5%.....50
CLINIMIX 5%/DEXTROSE
15% ..................................50
CLINIMIX 5%/DEXTROSE
20% ..................................50
CLINIMIX 5%/DEXTROSE
25% ..................................50
CLINIMIX INJ 4.25/D10 ...50
CLINIMIX INJ 4.25/D20 ...50
clomipramine hcl...............28
clonazepam ......................26
clonidine hcl.....................25
clopidogrel tab 75mg ........47
clorazepate dipotassium ...26
clotrimazole .....................56
clotrimazole (topical).........54
clozapine odt ...................31
clozapine tab 100mg.........31
clozapine tab 200mg.........31
clozapine tab 25mg...........31
clozapine tab 50mg...........31
CLOZARIL
   see clozapine tab 100mg
   ......................................31
   see clozapine tab 25mg 31
COARTEM.......................12

2018 SSI Plus 18420 v12 eff 08/01/2018

COGENTIN
   see *benztropine mesylate*
   ......................................30
COLAZAL
   see *balsalazide disodium*
   ......................................45
*colchicine w/ probenecid*.....8
COLCRYS...........................8
COLESTID
   see *colestipol hcl gran*...22
   see *colestipol hcl pack* ..22
   see *colestipol hcl tabs* ...22
*colestipol hcl gran* .............22
*colestipol hcl pack*.............22
*colestipol hcl tabs*..............22
*colistimethate sodium* .......11
*colocort* ............................45
COLY-MYCIN M
   see *colistimethate sodium*
   ......................................11
COLYTE-FLAVOR PACKS
   see *gavilyte-c* ...............45
   see *peg 3350/electrolytes*
   ......................................45
COMBIGAN ......................52
COMBIVENT RESPIMAT .52
COMBIVIR
   see *lamivudine-zidovudine*
   ......................................13
COMETRIQ.......................19
COMPLERA....................13
*compro*..............................44
COMTAN
   see *entacapone*.............30
*constulose*.........................45
COPAXONE INJ 20MG/ML
   ......................................35
COPAXONE INJ 40MG/ML
   ......................................35
COREG
   see *carvedilol* ...............23
CORLANOR....................25
CORTEF
   see *hydrocortisone* ........42
CORTENEMA
   see *colocort*...................45
   see *hydrocortisone*
   *(enema)*.........................45

*cortisone acetate* ..............42
COSOPT
   see *dorzolamide*
   *hcl-timolol maleate* ........52
COTELLIC ........................19
COUMADIN .....................46
   see *jantoven*..................47
   see *warfarin sodium* ......47
COZAAR
   see *losartan potassium* .21
CREON.............................46
CRESTOR
   see *rosuvastatin calcium*
   ......................................22
CRIXIVAN.........................12
*cromolyn sod neb 20mg/2ml*
   ......................................53
*cromolyn sodium*
*(mastocytosis)*...................45
*cromolyn sodium (ophth)* ..51
*cryselle-28* .........................39
CUBICIN
   see *daptomycin* .............11
*cyclafem 1/35*....................39
*cyclafem 7/7/7*...................39
*cyclobenzaprine hcl* .........35
*cyclophosphamide*............16
CYCLOPHOSPHAMIDE...16
   see *cyclophosphamide*..16
*cycloserine*........................13
*cyclosporine*......................48
*cyclosporine modified (for*
*microemulsion)* .................48
CYKLOKAPRON
   see *tranexamic acid* ......47
CYMBALTA
   see *duloxetine hcl* .........29
*cyproheptadine hcl*............52
*cyred tab*...........................39
CYSTADANE POW ..........42
CYSTAGON.....................42
CYSTARAN ......................52
*cytarabine* .........................17
CYTOMEL
   see *liothyronine sodium*.44
CYTOTEC
   see *misoprostol* .............45
CYTOVENE

   see *ganciclovir inj 500mg*
   ......................................14
**D**
D.H.E. 45
   see *dihydroergotamine*
   *mesylate 1mg/ml*...........34
*dacarbazine* ......................16
DAKLINZA .......................14
DALIRESP.......................53
*danazol* .............................42
DANTRIUM
   see *dantrolene sodium*..35
*dantrolene sodium* ............35
*dapsone*............................11
DAPTACEL ......................48
*daptomycin* .......................11
*dasetta 1/35*......................39
*dasetta 7/7/7*.....................39
DDAVP
   see *desmopressin acetate*
   *spray* .............................44
   see *desmopressin acetate*
   *tabs* ..............................44
   see *desmopressin inj*
   *4mcg/ml* ........................44
*deblitane*...........................39
DELESTROGEN..............42
   see *estradiol valerate inj*42
*delyla* ................................39
DELZICOL .......................45
DEMADEX
   see *torsemide tabs*........24
DEMSER .........................25
DEPACON
   see *valproate sodium soln*
   *100mg/ml* ......................28
DEPAKENE
   see *valproate sodium oral*
   *soln* ...............................28
   see *valproic acid* ...........28
DEPAKOTE
   see *divalproex sodium* ..26
DEPAKOTE ER
   see *divalproex sodium* ..26
DEPAKOTE SPRINKLES
   see *divalproex sodium* ..26
DEPEN TITRATABS.........39
DEPO-MEDROL

2018 SSI Plus 18420 v12 eff 08/01/2018

see *methylpr ace inj 40mg/ml*........................42
see *methylpr ace inj 80mg/ml*........................42
DEPO-PROVERA CONTRACEPTIV
see *medroxyprogesterone acetate (contraceptive)*..40
DEPO-PROVERA INJ 400/ML................................18
DEPO-TESTOSTERONE
see *testosterone cypionate* .........................................36
DERMOTIC
see *fluocinolone acetonide (otic)* ..............................56
DESCOVY .........................13
*desipramine hcl*..................28
*desmopressin acetate spray* .............................................44
*desmopressin acetate spray refrigerated*.......................44
*desmopressin acetate tabs* .............................................44
*desmopressin inj 4mcg/ml*.44
*desmopressin sol 0.01%*...44
DESOGEN
see *apri*.........................39
see *cyred tab*.................39
see *desogestrel & ethinyl estradiol*.....................39
see *emoquette*...............40
see *enskyce* .................40
see *isibloom* ..................40
see *juleber*.....................40
see *reclipsen* .................41
*desogestrel & ethinyl estradiol* .............................39
*desogestrel-ethinyl estradiol (biphasic)*.....................39
*desvenlafaxine succinate*..29
DETROL
see *tolterodine tartrate tabs* ..............................46
DETROL LA
see *tolterodine tartrate cap er*....................................46
*dexamethasone* ................42

DEXAMETHASONE .........42
*dexamethasone sodium phosphate*.........................42
*dexamethasone sodium phosphate (ophth)*.............51
DEXILANT CAP 30MG DR .........................................46
DEXILANT CAP 60MG DR .........................................46
*dexrazoxane* .....................20
*dextrose 10% flex contain*.50
DEXTROSE 10%/NACL 0.2%...................................50
*dextrose 10%/nacl 0.45%*.50
*dextrose 2.5%/nacl 0.45%* 50
*dextrose 5%*......................50
DEXTROSE 5% /ELECTROLYTE ...............50
*dextrose 5%/lactated ring* .50
*dextrose 5%/nacl 0.2%* .....50
*dextrose 5%/nacl 0.225%* .50
DEXTROSE 5%/NACL 0.3% .........................................50
*dextrose 5%/nacl 0.33%* ...50
*dextrose 5%/nacl 0.45%* ...50
*dextrose 5%/nacl 0.9%* .....50
*dextrose 5%/potassium chl* .........................................50
*dextrose 50%*...................50
*dextrose inj 70%* ..............50
DIASTAT ACUDIAL .........26
DIASTAT PEDIATRIC.......26
*diazepam* .........................26
*diazepam gel* ...................26
*diazepam intensol*...........26
*diclofenac potassium* .........8
*diclofenac sodium* ..............8
*diclofenac sodium (ophth)*.51
*diclofenac sodium (topical)*55
*dicloxacillin sodium*...........16
*dicyclomine hcl* .................44
*didanosine* ........................12
DIFICID.............................15
DIFLUCAN
see *fluconazole* .............12
*diflunisal*..............................8
*digitek* ..............................24
*digox* .................................24

*digoxin* ..............................24
*digoxin inj*..........................24
*digoxin sol 50mcg/ml* ........24
*dihydroergotamine mesylate 1mg/ml*...............................34
*dihydroergotamine mesylate nasal*................................34
DILANTIN .........................26
see *phenytoin sodium extended* ......................27
DILANTIN INFATABS
see *phenytoin*................27
DILANTIN-125
see *phenytoin*...............27
DILANTIN-125 SUS 125/5ML............................26
DILAUDID
see *hydromorphone hcl*...9
*diltiazem cap 120mg cd*....23
*diltiazem cap 180mg cd*....23
*diltiazem cap 240mg cd*....23
*diltiazem cap 300mg cd*....23
*diltiazem cap 360mg cd*....23
*diltiazem cap er/12hr* ........23
*diltiazem hcl*......................23
*diltiazem hcl cap sr 24hr*...23
*diltiazem hcl coated beads cap sr 24hr*.......................23
*diltiazem hcl extended release beads cap sr* ........23
*diltiazem inj*.......................23
*dilt-xr cap* ..........................23
DIOVAN
see *valsartan*.................21
DIOVAN HCT
see *valsartan-hydrochlorothiazide*...................................21
*diphenhydramine hcl inj*....52
*diphenoxylate w/ atropine* .45
DIPHTHERIA/TETANUS TOXOID...........................48
DIPROLENE
see *betamethasone dipropionate augmented*54
DIPROLENE AF
see *betamethasone dipropionate augmented*54

2018 SSI Plus 18420 v12 eff 08/01/2018

*disopyramide phosphate*...21
*disulfiram*...........................36
DITROPAN XL
   see *oxybutynin chloride*.46
*divalproex sodium*.............26
*docetaxel*...........................17
DOCETAXEL ...................17
   see *docetaxel* ...............17
*dofetilide*...........................21
DOLOPHINE
   see *methadone hcl 10mg* 9
   see *methadone hcl 5mg* ..9
*donepezil hydrochloride* ....28
*dorzolamide hcl*..................52
*dorzolamide hcl-timolol
maleate* ..............................52
DOVONEX
   see *calcipotriene* ...........54
*doxazosin mesylate* ..........21
*doxepin hcl*........................29
DOXIL
   see *doxorubicin hcl
liposomal* ......................17
*doxorubicin hcl*..................17
*doxorubicin hcl liposomal*..17
*doxorubicin hcl soln 2mg/ml*
..........................................17
*doxy 100* ...........................16
*doxycycline (monohydrate)*
..........................................16
*doxycycline hyclate*...........16
*dronabinol* .........................44
*drospirenone-ethinyl
estradiol* ......................39, 40
DROXIA ...........................19
*duloxetine hcl*....................29
DURAGESIC
   see *fentanyl patch 100
mcg/hr* ............................9
   see *fentanyl patch 12
mcg/hr* ............................9
   see *fentanyl patch 25
mcg/hr* ............................9
   see *fentanyl patch 50
mcg/hr* ............................9
   see *fentanyl patch 75
mcg/hr* ............................9
DUREZOL........................51

*dutasteride*........................46
DYAZIDE
   see *triamterene &
hydrochlorothiazide cap
37.5-25 mg* ...................24
E
*e.e.s. 400mg tab*...............15
EC-NAPROSYN
   see *naproxen dr* ............8
EDURANT .......................12
*efavirenz* ...........................12
EFFEXOR XR
   see *venlafaxine hcl*........30
EFFIENT
   see *prasugrel hcl*...........47
EFUDEX
   see *fluorouracil (topical)* 55
ELDEPRYL
   see *selegiline hcl*...........30
ELIMITE
   see *permethrin cre 5%*..56
ELIQUIS...........................46
ELIQUIS STARTER PACK
..........................................47
ELITEK .............................20
ELLA ................................40
ELLENCE
   see *epirubicin hcl* ..........17
ELOCON
   see *mometasone furoate*
..........................................55
EMBEDA CAP 100-4MG ....9
EMBEDA CAP 20-0.8MG ...9
EMBEDA CAP 30-1.2MG ...9
EMBEDA CAP 50-2MG ......9
EMBEDA CAP 60-2.4MG ...9
EMBEDA CAP 80-3.2MG ...9
EMCYT .............................16
EMEND .............................44
   see *aprepitant* ...............44
*emoquette*..........................40
EMSAM.............................29
EMTRIVA..........................12
EMVERM...........................11
*enalapril maleate* ..............20
*enalapril maleate &
hydrochlorothiazide*...........20
ENDARI ............................47

*endocet*................................9
ENGERIX-B ......................49
*enoxaparin sodium* ...........47
*enpresse-28*......................40
*enskyce* ............................40
*entacapone*.......................30
*entecavir*...........................14
ENTOCORT EC
   see *budesonide ec*........45
ENTRESTO ......................21
*enulose*.............................45
EPCLUSA..........................14
*epinephrine (anaphylaxis)*.53
*epirubicin hcl*.....................17
*epitol*.................................26
EPIVIR
   see *lamivudine* ..............13
EPIVIR HBV .....................14
   see *lamivudine (hbv)*.....14
*eplerenone*........................21
EPZICOM
   see *abacavir
sulfate-lamivudine* .........13
*ergotamine w/ caffeine*......34
ERIVEDGE ......................17
ERLEADA.........................18
*errin* .................................40
*ery pad 2%* ......................54
ERYGEL
   see *erythromycin (acne
aid)* .................................54
*ery-tab* .............................15
ERYTHROCIN
LACTOBIONATE ..............15
*erythromycin stearate*........15
*erythromycin (acne aid)* ....54
*erythromycin (ophth)*.........51
*erythromycin base* ............15
*erythromycin cap 250mg ec*
..........................................15
*erythromycin ethylsuccinate*
..........................................15
ESBRIET ..........................53
*escitalopram oxalate*.........29
*esomeprazole magnesium*.46
*esomeprazole sodium inj*..46
*estarylla tab 0.25-35*.........40
ESTRACE..........................42

2018 SSI Plus 18420 v12 eff 08/01/2018

see *estradiol*..................42
*estradiol* .....................42
*estradiol valerate inj*.........42
ESTROSTEP FE
   see *tilia fe*......................41
   see *tri-legest fe*.............41
*ethambutol hcl*..................14
*ethosuximide*....................26
*ethynodiol diacet & eth estrad*....................40
*ethynodiol tab 1-50* ...........40
*etoposide* ..........................20
EVISTA
   see *raloxifene tab 60mg*43
EVOTAZ...........................13
EXELON PATCHES .........28
*exemestane* ......................18
EXFORGE
   see *amlodipine besylate-valsartan tab 10-160 mg* ....................21
   see *amlodipine besylate-valsartan tab 10-320 mg* ....................21
   see *amlodipine besylate-valsartan tab 5-160 mg* .......................21
   see *amlodipine besylate-valsartan tab 5-320 mg* .......................21
EXJADE ...........................39
*ezetimibe*..........................22
*ezetimibe-simvastatin* .......22
**F**
FABRAZYME ...................42
*falmina* ............................40
*famciclovir*........................14
*famotidine inj*....................45
*famotidine tab* ..................45
FANAPT...........................31
FANAPT TITRATION PACK ........................................31
FARESTON ......................18
FARXIGA .........................37
FARYDAK........................17
FASLODEX......................18
FAZACLO
   see *clozapine odt* .........31

*felbamate*.........................26
FELBATOL
   see *felbamate*...............26
*felodipine* .........................23
FEMARA
   see *letrozole*.................18
*femynor*............................40
*fenofibrate*........................22
*fenofibrate micronized*.......22
*fentanyl citrate*...................9
*fentanyl patch 100 mcg/hr*...9
*fentanyl patch 12 mcg/hr*.....9
*fentanyl patch 25 mcg/hr*.....9
*fentanyl patch 50 mcg/hr*.....9
*fentanyl patch 75 mcg/hr*.....9
FENTORA...........................9
FETZIMA .........................29
FETZIMA TITRATION PACK ........................................29
FIASP ..............................36
FIASP FLEXTOUCH.........36
*finasteride* .........................46
FIRAZYR .........................47
FLAGYL
   see *metronidazole*.........11
FLEBOGAMMA DIF..........48
*flecainide acetate*..............21
FLOMAX
   see *tamsulosin hcl*.........46
FLONASE
   see *fluticasone propionate (nasal)* ........................53
FLOVENT DISKUS...........53
FLOVENT HFA ................53
FLOXIN OTIC
   see *ofloxacin (otic)* ........56
*fluconazole*........................12
*fluconazole in dextrose* .....12
FLUCONAZOLE INJ NACL 100.................................12
*fluconazole inj nacl 200*.....12
*fluconazole inj nacl 400*.....12
*flucytosine*........................12
*fludarabine phosphate* ......17
*fludrocortisone acetate*......42
FLUMADINE
   see *rimantadine hydrochloride*.................14

*flunisolide (nasal)*..............53
*fluocinolone acetonide*......55
*fluocinolone acetonide (otic)* ........................................56
*fluocinonide* ......................55
*fluocinonide emulsified base* ........................................55
*fluorometholone*................51
*fluorouracil*.......................17
*fluorouracil (topical)* ..........55
*fluoxetine cap 10mg*..........29
*fluoxetine cap 20mg*..........29
*fluoxetine cap 40mg*..........29
*fluoxetine hcl*....................29
*fluphenazine decanoate*....31
*fluphenazine hcl*................31
*flurbiprofen*.........................8
*flurbiprofen sodium* ...........51
*flutamide* ..........................18
*fluticasone propionate*.......55
*fluticasone propionate (nasal)*.........................53
*fluvoxamine maleate*.........25
*fondaparinux sodium* ........47
FORTEO...........................43
FOSAMAX
   see *alendronate sodium*39
*fosamprenavir tab 700 mg* 12
*fosinopril sodium*...............20
*fosinopril sodium & hydrochlorothiazide*...........20
FREAMINE HBC 6.9% .....50
FREAMINE III ...................50
*furosemide*........................24
*furosemide inj* ...................24
FUSILEV
   see *levoleucovorin calcium 50mg*.............................20
FUZEON...........................12
*fyavolv tab 1-5mg* .............42
FYCOMPA.................26, 27
**G**
*gabapentin*........................27
GABITRIL ........................27
   see *tiagabine hcl* ..........27
*galantamine hydrobromide*28
*galantamine hydrobromide er* .......................................28

2018 SSI Plus 18420 v12 eff 08/01/2018

GAMASTAN S/D..............48
GAMMAGARD LIQUID .....48
GAMMAGARD S/D ..........48
GAMMAKED ...................48
GAMMAPLEX ..................48
GAMMAPLEX 10GM/100ML
.....................................48
GAMUNEX-C ...................48
ganciclovir inj 500mg ........14
GANCICLOVIR INJ
500MG/10ML ...................14
GARDASIL 9.....................49
GASTROCROM
    see cromolyn sodium
    (mastocytosis) ...............45
GATTEX............................45
GAUZE PADS 2" X 2" .......36
gavilyte-c...........................45
gavilyte-g..........................45
gavilyte-n/flavor pack ........45
gemcitabine inj soln ..........17
gemcitabine inj solr ...........17
gemfibrozil........................22
GEMZAR
    see gemcitabine inj solr.17
generlac ............................45
gengraf..............................48
gentak ..............................51
gentamicin in saline ..........11
gentamicin sulfate .............11
gentamicin sulfate (topical)
.....................................54
gentamicin sulfate soln
(ophth) ..............................51
GENVOYA .......................13
GEODON .........................31
    see ziprasidone hcl........33
gianvi ...............................40
gildagia .............................40
GILENYA CAP 0.5MG ......35
GILOTRIF TAB 20MG.......19
GILOTRIF TAB 30MG.......19
GILOTRIF TAB 40MG.......19
GLEEVEC
    see imatinib mesylate....19
GLEOSTINE ....................16
glimepiride.......................37
glip/metform tab 2.5-250mg

.....................................37
glip/metform tab 2.5-500mg
.....................................37
glip/metform tab 5-500mg.37
glipizide............................37
glipizide xl ..................37, 38
GLUCAGEN HYPOKIT .....43
GLUCAGON EMERGENCY
KIT .................................43
GLUCOPHAGE
    see metformin hcl..........38
GLUCOPHAGE XR
    see metformin er ...........38
GLUCOTROL
    see glipizide .................37
GLUCOTROL XL
    see glipizide .................37
    see glipizide xl .........37, 38
glycopyrrolate ..................44
glydo ................................55
GOLYTELY ......................45
    see gavilyte-g...............45
    see peg 3350-kcl-sod
    bicarb-sod chloride-sod
    sulfate...........................45
granisetron hcl .................44
GRANIX ...........................47
griseofulvin microsize........12
griseofulvin ultramicrosize.12
guanfacine er (adhd)........33
H
HAEGARDA.....................47
HALDOL
    see haloperidol inj 5mg/ml
    ...................................31
    see haloperidol lactate inj
    5mg/ml ........................31
HALDOL DECANOATE 100
    see haloperidol decanoate
    ...................................31
HALDOL DECANOATE 50
    see haloperidol decanoate
    ...................................31
halobetasol propionate......55
haloperidol ......................31
haloperidol conc 2mg/ml...31
haloperidol decanoate.......31
haloperidol inj 5mg/ml.......31

haloperidol lactate inj 5mg/ml
.....................................31
HARVONI .........................14
HAVRIX ...........................49
heather .............................40
heparin sod (porcine) in d5w
.....................................47
heparin sod inj 1000/ml.....47
heparin sod inj 10000/ml...47
heparin sod inj 20000/ml...47
heparin sod inj 5000/ml.....47
heparin sodium/d5w..........47
HEPARIN SODIUM/NACL
0.45% ..............................47
hepatamine......................50
HEPSERA
    see adefovir dipivoxil.....14
HERCEPTIN.....................17
HETLIOZ .........................34
HEXALEN ........................16
HIBERIX ...........................49
HIPREX
    see methenamine
    hippurate ......................11
HUMIRA ...........................47
HUMIRA INJ 10MG/0.2ML 47
HUMIRA KIT 20MG/0.4ML 47
HUMIRA KIT 40MG/0.8ML 47
HUMIRA PEDIATRIC
CROHNS DISEASE..........48
HUMIRA PEN .................48
HUMIRA PEN-CROHNS
DISEASE .........................48
HUMIRA PEN-PSORIASIS
.....................................48
HUMULIN R INJ U-500.....37
HUMULIN R U-500
KWIKPEN ........................37
HYCAMTIN
    see topotecan inj 4mg ...20
hydralazine hcl.................25
HYDREA
    see hydroxyurea...........19
hydrochlorothiazide...........24
hydroco/apap tab 10-325mg
.......................................9
hydroco/apap tab 5-325mg.9
hydroco/apap tab 7.5-325mg

2018 SSI Plus 18420 v12 eff 08/01/2018

............................................9
*hydrocodone-acetaminophen 7.5-325 mg/15ml* .................9
*hydrocodone-ibuprofen 7.5-200mg* ..........................9
*hydrocortisone* ..................42
*hydrocortisone (enema)* ....45
*hydrocortisone (topical)* .....55
*hydrocortisone butyrate cream 0.1%* .......................55
*hydrocortisone butyrate oint 0.1%* ..................................55
*hydrocortisone butyrate soln 0.1%* ..................................55
*hydromorphone hcl* .............9
HYDROMORPHONE HYDROCHLORI
   see *hydromorphone hcl* ...9
*hydroxychloroquine sulfate* ...........................................48
*hydroxyprogesterone caproate (antineoplastic)* ...18
*hydroxyurea* ......................19
*hydroxyz hcl inj* .................52
*hydroxyzine hcl* .................52
*hydroxyzine pamoate* ........52
HYSINGLA ER ....................9
HYZAAR
   see *losartan potassium & hctz tab 100-12.5 mg* .....21
   see *losartan potassium & hctz tab 100-25 mg* ........21
   see *losartan potassium & hctz tab 50-12.5 mg* .......21
I
IBRANCE .........................17
*ibu tabs 600mg* ..................8
*ibu tabs 800mg* ..................8
*ibuprofen* ............................8
ICLUSIG ...........................19
IDHIFA .............................17
IFEX .................................16
   see *ifosfamide inj 1gm* ...16
*ifosfamide inj 1gm* .............16
*ifosfamide inj 1gm/20ml* ....16
IFOSFAMIDE INJ 3GM .....16
*ifosfamide inj 3gm/60ml* ....16
ILEVRO .............................51

*imatinib mesylate* ..............19
IMBRUVICA ......................19
*imipenem-cilastatin* ...........11
*imipramine hcl* ..................29
*imiquimod* ........................55
IMITREX
   see *sumatriptan inj 6mg/0.5ml* .....................34
   see *sumatriptan nasal spray* ...............................35
   see *sumatriptan succinate* ........................................35
IMITREX STATDOSE REFILL
   see *sumatriptan inj 4mg/0.5ml* .....................34
   see *sumatriptan inj 6mg/0.5ml* .....................34
IMITREX STATDOSE SYSTEM
   see *sumatriptan inj 4mg/0.5ml* .....................34
   see *sumatriptan inj 6mg/0.5ml* .....................34
IMOVAX RABIES (H.D.C.V.) ........................................49
IMURAN
   see *azathioprine* ............48
INCRELEX ........................43
INCRUSE ELLIPTA ..........52
*indapamide* .......................24
INDERAL LA
   see *propranolol cap er* ...23
INFANRIX .........................49
INLYTA .............................19
INSPRA
   see *eplerenone* .............21
INSULIN PEN NEEDLE ....37
INSULIN SAFETY NEEDLES ........................37
INSULIN SYRINGE...........37
INTELENCE ......................12
INTRALIPID 30%..............50
*intralipid inj 20%*...............50
INTRON-A INJ 10MU........48
INTRON-A INJ 18MU........48
INTRON-A INJ 25MU........48
INTRON-A INJ 50MU........48

*introvale* ...........................40
INTUNIV
   see *guanfacine er (adhd)* .......................................33
INVANZ ............................11
INVEGA ............................31
INVEGA SUST INJ 117MG/0.75ML ................31
INVEGA SUST INJ 156MG/ML .......................31
INVEGA SUST INJ 234MG/1.5ML ...................31
INVEGA SUST INJ 39MG/0.25ML ...................31
INVEGA SUST INJ 78MG/0.5ML .....................31
INVEGA TRINZA .............31
INVIRASE ........................12
INVOKAMET TAB 150-1000MG....................38
INVOKAMET TAB 150-500MG......................38
INVOKAMET TAB 50-1000MG......................38
INVOKAMET TAB 50-500MG........................38
INVOKAMET XR TAB 150-1000MG....................38
INVOKAMET XR TAB 150-500MG......................38
INVOKAMET XR TAB 50-1000MG......................38
INVOKAMET XR TAB 50-500MG........................38
INVOKANA .......................38
IONOSOL-MB/DEXTROSE 5% ....................................50
IPOL INACTIVATED IPV ..49
*ipratropium bromide*..........52
*ipratropium bromide (nasal)* ...........................................52
*ipratropium-albuterol nebu* 52
*irbesartan*...........................21
*irbesartan-hydrochlorothiazide* ...........................................21
IRESSA ...........................19
*irinotecan hcl* ...................20
ISENTRESS ..............12, 13

2018 SSI Plus 18420 v12 eff 08/01/2018

ISENTRESS HD ..............13
*isibloom*............................40
ISOLYTE P ......................50
ISOLYTE S ......................50
*isoniazid*............................14
*isoniazid inj 100 mg/ml*......14
*isoniazid syp 50mg/5ml*.....14
ISOPTO CARPINE
   see *pilocarpine hcl*.........52
ISORDIL TITRADOSE
   see *isosorbide dinitrate* .25
*isosorb mononitrate tab* ....25
*isosorbide dinitrate*............25
*isosorbide dinitrate er*........25
*isosorbide mononitrate er* .25
*isotretinoin*........................54
ISTALOL ..........................52
*itraconazole*.......................12
*ivermectin*..........................11
IXIARO..............................49

**J**
JADENU............................39
JADENU SPRINKLE .........39
JAKAFI..............................19
*jantoven* ...........................47
JANUMET ........................38
JANUMET XR TAB
100-1000.........................38
JANUMET XR TAB 50-1000
........................................38
JANUMET XR TAB
50-500MG ......................38
JANUVIA..........................38
JENTADUETO .................38
JENTADUETO TAB XR
2.5-1000 MG ..................38
JENTADUETO TAB XR
5-1000 MG .....................38
*jinteli*.................................42
*jolessa*..............................40
*jolivette*.............................40
*juleber*..............................40
JULUCA ...........................13
*junel 1.5/30* ......................40
*junel 1/20* .........................40
*junel fe 1.5/30* ..................40
*junel fe 1/20* .....................40
JUXTAPID.........................22

**K**
KADCYLA .........................17
KALETRA
   see *lopinavir-ritonavir* ....13
KALETRA TAB 100-25MG13
KALETRA TAB 200-50MG13
KALYDECO .....................53
*kariva* ................................40
*kcl 0.075%/d5w/nacl 0.45%*
........................................50
KCL 0.15%/D5W/NACL
0.225%............................50
*kcl 0.15%/d5w/nacl 0.9%*..50
*kcl 0.3%/d5w/nacl 0.45%*..50
KCL 0.3%/D5W/NACL 0.9%
........................................50
*kcl/d5w inj 0.3%* ...............50
*kcl/d5w/nacl inj .15/.33%*..50
*kcl/d5w/nacl inj .15/.45%*..50
*kcl/d5w/nacl inj 0.22%/0.45%*
........................................50
*kcl/nacl inj 0.15%-0.9%*....50
*kcl/nacl inj 0.3-0.9*...........50
*kcl0.15%/d5w/nacl0.2%* ....50
KEFLEX
   see *cephalexin* ..............15
*kelnor 1/35* ........................40
*kelnor 1/50* ........................40
KEPPRA
   see *levetiracetam* ..........27
   see *levetiracetam inj*......27
   see *levetiracetam sol*
   *100mg/ml* .....................27
   see *roweepra* ...............27
KEPPRA XR
   see *levetiracetam* ..........27
   see *roweepra xr* ...........27
*ketoconazole*.....................12
*ketoconazole cream*...........54
*ketoconazole shampoo*.....54
*ketoprofen cap 50mg* .........8
*ketoprofen cap 75mg* .........8
*ketorolac tromethamine
(ophth)*..............................51
KEYTRUDA .......................17
*kimidess*............................40
KINRIX...............................49
*kionex sus 15gm/60ml* ......39

KISQALI............................17
KISQALI FEMARA 200
DOSE ..............................17
KISQALI FEMARA 400
DOSE ..............................17
KISQALI FEMARA 600
DOSE ..............................17
KITABIS PAK
   see *tobramycin*..............11
KLARON
   see *sulfacetamide sodium
(acne)*.............................54
KLONOPIN
   see *clonazepam*............26
*klor-con 10*.........................49
*klor-con 8*...........................49
*klor-con m10*......................49
KLOR-CON M15..................49
*klor-con m20*......................49
*klor-con pak 20meq* ..........49
*klor-con spr cap 10meq* .....49
*klor-con spr cap 8meq* ......49
KORLYM ..........................43
K-TAB
   see *potassium chloride* .49
*kurvelo*...............................40
KUVAN ............................42
KYNAMRO .......................22

**L**
*labetalol hcl*.......................23
LAC-HYDRIN
   see *ammonium lactate*..55
*lactated ringer's inj*...........50
*lactulose* ...........................45
*lactulose (encephalopathy)*
........................................45
LAMICTAL
   see *lamotrigine*..............27
LAMICTAL CHEWABLE
DISPERS
   see *lamotrigine*..............27
LAMISIL
   see *terbinafine hcl*.........12
*lamivudine* .........................13
*lamivudine (hbv)* ...............14
*lamivudine-zidovudine* ......13
*lamotrigine* ........................27
LANOXIN

2018 SSI Plus 18420 v12 eff 08/01/2018

see *digitek* ....................24
see *digox* ......................24
see *digoxin* ...................24
see *digoxin inj* ...............24
LANTUS ............................37
LANTUS SOLOSTAR .......37
*larin 1.5/30* .....................40
*larin 1/20* ..........................40
*larin fe 1.5/30* ...................40
*larin fe 1/20* ......................40
*larissia tab* ........................40
LASIX
see *furosemide* .............24
LASTACAFT ....................52
*latanoprost* .....................52
LATUDA ...........................31
*leena* ................................40
*leflunomide* .....................48
LENVIMA 10 MG DAILY
DOSE ................................19
LENVIMA 14 MG DAILY
DOSE ................................19
LENVIMA 18 MG DAILY
DOSE ................................19
LENVIMA 20 MG DAILY
DOSE ................................19
LENVIMA 24 MG DAILY
DOSE ................................19
LENVIMA 8 MG DAILY
DOSE ................................19
*lessina* ..............................40
LETAIRIS ..........................25
*letrozole* ..........................18
*leucovorin calcium* ............20
LEUKERAN ......................17
*leuprolide inj 1mg/0.2* ........18
LEVAQUIN
see *levofloxacin* .............15
LEVEMIR ..........................37
LEVEMIR FLEXTOUCH....37
*levetiracetam* ....................27
LEVETIRACETAM
see *levetiracetam in
sodium chloride* .............27
*levetiracetam in sodium
chloride* ............................27
*levetiracetam inj* ...............27
*levetiracetam sol 100mg/ml*

...........................................27
*levobunolol hcl* .................52
*levocarnitine (metabolic
modifiers)* .........................42
*levocetirizine dihydrochloride*
...........................................53
*levofloxacin* .......................15
*levofloxacin in d5w* ............15
*levofloxacin inj 25mg/ml*....15
*levofloxacin oral soln 25
mg/ml* ...............................15
*levoleucovorin calcium* ......20
LEVOLEUCOVORIN
CALCIUM..........................20
LEVOLEUCOVORIN
CALCIUM 175MG .............20
*levoleucovorin calcium 50mg*
...........................................20
*levonest* ............................40
*levonor/ethi tab* .................40
*levonorgestrel & eth estradiol*
...........................................40
*levonorgestrel-ethinyl
estradiol (91-day)* ..............40
*levora 0.15/30-28* ..............40
*levothyroxine sodium* ........44
LEXAPRO
see *escitalopram oxalate*
.......................................29
LEXIVA ............................13
see *fosamprenavir tab 700
mg* ................................12
*lidocaine* ............................55
*lidocaine hcl* .....................55
*lidocaine hcl (mouth-throat)*
...........................................56
*lidocaine inj 0.5%* ..............10
*lidocaine inj 0.5%
preservative free (pf)* .........10
*lidocaine inj 1%* .................10
*lidocaine inj 1% preservative
free (pf)* .............................10
*lidocaine inj 1.5%
preservative free (pf)* .........10
*lidocaine inj 2%* .................10
*lidocaine oint 5%* ...............55
*lidocaine-prilocaine* ...........55
LIDODERM

see *lidocaine* ................55
linezolid ..............................11
*linezolid in sodium chloride*
...........................................11
LINZESS ...........................45
*liothyronine sodium* ...........44
LIPITOR
see *atorvastatin calcium* 22
*lisinopril* .....................20, 21
*lisinopril &
hydrochlorothiazide* ...........20
*lithium carbonate* ..............35
*lithium carbonate er* ..........35
LITHIUM SOLN 8MEQ/5ML
...........................................35
LITHOBID
see *lithium carbonate er* 35
LOCOID
see *hydrocortisone
butyrate cream 0.1%* .....55
see *hydrocortisone
butyrate soln 0.1%* ........55
LOESTRIN 1.5/30-21
see *junel 1.5/30* .............40
see *larin 1.5/30* .............40
see *microgestin 1.5/30* ..40
LOESTRIN 1/20-21
see *junel 1/20* ................40
see *larin 1/20* ................40
see *microgestin 1/20* .....40
see *norethindrone acet &
eth estra* .......................41
LOESTRIN FE 1.5/30
see *blisovi fe 1.5/30* ......39
see *junel fe 1.5/30*..........40
see *larin fe 1.5/30*..........40
see *microgestin fe 1.5/30*
.......................................40
LOESTRIN FE 1/20
see *blisovi fe 1/20* .........39
see *junel fe 1/20*............40
see *larin fe 1/20*............40
see *microgestin fe 1/20* .40
see *tarina fe 1/20* ..........41
LOMOTIL
see *diphenoxylate w/
atropine* ........................45
LONSURF ........................19

2018 SSI Plus 18420 v12 eff 08/01/2018

loperamide hcl..................45
LOPID
    see gemfibrozil .............22
lopinavir-ritonavir..............13
LOPRESSOR
    see metoprolol tartrate ..23
LOPRESSOR HCT
    see metoprolol &
    hydrochlorothiazide .......23
LOPROX
    see ciclopirox................54
LOPROX SHAMPOO
    see ciclopirox shampoo
    1%..............................54
lorazepam ..................25, 26
lorazepam intensol............26
lorcet hd tab 10-325mg.......9
lorcet plus tab 7.5-325 ........9
loryna ...............................40
losartan potassium............21
losartan potassium & hctz
    tab 100-12.5 mg................21
losartan potassium & hctz
    tab 100-25 mg..................21
losartan potassium & hctz
    tab 50-12.5 mg.................21
LOTEMAX..........................51
LOTENSIN
    see benazepril hcl .........20
LOTENSIN HCT
    see benazepril &
    hydrochlorothiazide .......20
LOTREL
    see amlodipine
    besylate-benazepril hcl
    cap 10-20 mg ...............20
    see amlodipine
    besylate-benazepril hcl
    cap 10-40 mg ...............20
    see amlodipine
    besylate-benazepril hcl
    cap 5-10 mg .................20
    see amlodipine
    besylate-benazepril hcl
    cap 5-20 mg .................20
LOTRONEX
    see alosetron hcl ...........45
lovastatin..........................22

LOVAZA
    see omega-3-acid ethyl
    esters ...........................22
LOVENOX
    see enoxaparin sodium .47
low-ogestrel .....................40
loxapine succinate ............32
LUMIGAN .........................52
LUMIZYME .......................42
LUPRON DEPOT
(1-MONTH) ......................18
LUPRON DEPOT INJ
11.25MG (3-MONTH) .......18
LUPRON DEP-PED INJ
11.25MG...........................43
LUPRON DEP-PED INJ
11.25MG (3-MONTH) .......43
LUPRON DEP-PED INJ
15MG................................43
LUPRON DEP-PED INJ
30MG (3-MONTH) ............43
LUPRON DEP-PED INJ
7.5MG ..............................43
lutera................................40
LYNPARZA.......................17
LYRICA.............................27
LYRICA CR.......................35
LYSODREN ......................18
LYSTEDA
    see tranexamic acid ......47
lyza ..................................40
M
MACROBID
    see nitrofurantoin
    monohyd macro ............11
MACRODANTIN
    see nitrofurantoin
    macrocrystal..................11
mafenide acetate ..............54
magnesium sulfate............49
MAGNESIUM SULFATE...49
    see magnesium sulfate .49
MAGNESIUM SULFATE IN
D5W.................................49
    see magnesium sulfate in
    dextrose .......................49
magnesium sulfate in
dextrose............................49

MALARONE
    see atovaquone-proguanil
    hcl .................................12
malathion ..........................55
maprotiline hcl ..................29
MARINOL
    see dronabinol...............44
marlissa ............................40
MARPLAN TAB 10MG......29
MATULANE .....................19
MAVIK
    see trandolapril..............21
MAVYRET .......................14
MAXALT
    see rizatriptan benzoate 34
MAXALT-MLT
    see rizatriptan benzoate
    odt.................................34
MAXIPIME
    see cefepime hcl ..........15
MAXITROL
    see
    neomycin-polymy-dexameth
    h.....................................51
MAXZIDE
    see triamterene &
    hydrochlorothiazide tabs 24
MAXZIDE-25
    see triamterene &
    hydrochlorothiazide tabs 25
meclizine hcl .....................44
MEDROL
    see methylpred tab 16mg
    ......................................43
    see methylpred tab 32mg
    ......................................43
    see methylpred tab 4mg 43
    see methylpred tab 8mg 43
MEDROL DOSEPAK
    see methylpred pak 4mg
    ......................................43
medroxyprogesterone
acetate (contraceptive) .....40
medroxyprogesterone
acetate tab........................44
mefloquine hcl ..................12
MEGACE ES
    see megestrol sus

2018 SSI Plus 18420 v12 eff 08/01/2018

*625mg/5ml*....................18
*megestrol ac sus 40mg/ml* 18
*megestrol ac tab 20mg* .....18
*megestrol ac tab 40mg* .....18
*megestrol sus 625mg/5ml* .18
MEKINIST .......................19
*meloxicam*..........................8
*melphalan hcl*...................17
*memantine hcl*...................28
*memantine hcl cp24*..........28
MENACTRA.....................49
MENVEO .........................49
MEPRON
    see *atovaquone*............11
*mercaptopurine*................17
*meropenem*......................11
MERREM
    see *meropenem* ............11
*mesalamine*......................45
*mesalamine w/ cleanser* ...45
*mesna* ..............................20
MESNEX..........................20
    see *mesna*....................20
MESTINON
    see *pyridostigmine tab*
    *60mg*.........................35
*metadate tab 20mg er*.......33
*metformin er*.....................38
*metformin hcl* ...................38
*methadone hcl* ...................9
*methadone hcl 10mg* ..........9
*methadone hcl 5mg* ...........9
*methadone hcl intensol* .....10
*methadone hcl soln 10*
*mg/5ml* .............................10
METHADOSE
    see *methadone hcl*
    *intensol*..........................10
*methazolamide*..................24
*methenamine hippurate* ....11
*methimazole*......................44
*methotrexate sodium inj*....17
*methotrexate sodium tabs*.48
*methyclothiazide* ...............24
METHYLIN
    see *methylphenidate hcl*
    *oral soln*........................34
*methylphenidate hcl*....33, 34

*methylphenidate hcl oral soln*
    ............................................34
*methylphenidate tab 10mg er*
    ............................................34
*methylphenidate tab 20mg er*
    ............................................34
*methylpr ace inj 40mg/ml*..42
*methylpr ace inj 80mg/ml*..42
*methylpr ss inj 125mg*.......42
*methylpr ss inj 1gm*...........42
*methylpr ss inj 40mg*.........42
*methylpred pak 4mg* .........43
*methylpred tab 16mg*........43
*methylpred tab 32mg*........43
*methylpred tab 4mg*..........43
*methylpred tab 8mg*..........43
*metipranolol* .....................52
*metoclopramide hcl*...........44
*metoclopramide hcl inj* ......44
*metolazone* .......................24
*metoprolol &*
*hydrochlorothiazide*.....22, 23
*metoprolol succinate*.........23
*metoprolol tartrate*.............23
METROCREAM
    see *metronidazole*
    *(topical)* .......................55
    see *rosadan* .................55
METROGEL-VAGINAL
    see *metronidazole vaginal*
    ......................................46
METROLOTION
    see *metronidazole*
    *(topical)* ......................55
*metronidazole*....................11
*metronidazole (topical)*......55
*metronidazole gel 0.75%* ..55
*metronidazole in nacl*........11
*metronidazole vaginal*.......46
MEVACOR
    see *lovastatin* ...............22
*mexiletine hcl*....................21
MIACALCIN .....................43
    see *calcitonin (salmon)*..43
*microgestin 1.5/30* ............40
*microgestin 1/20* ..............40
*microgestin fe 1.5/30*.........40
*microgestin fe 1/20* ..........40

MICRO-K
    see *klor-con spr cap*
    *10meq* ...........................49
    see *klor-con spr cap 8meq*
    ......................................49
    see *potassium chloride* .49
MICROZIDE
    see *hydrochlorothiazide* 24
*midodrine hcl* ....................25
*migergot*............................34
*miglustat* ..........................42
*mili* ......................................40
MINIPRESS
    see *prazosin hcl* ............21
*minitran*.............................25
MINOCIN
    see *minocycline hcl*.......16
*minocycline hcl* ................16
*minoxidil*............................25
MIRAPEX
    see *pramipexole tab*
    *0.125mg* .......................30
    see *pramipexole tab*
    *0.25mg* .........................30
    see *pramipexole tab*
    *0.5mg* ...........................30
    see *pramipexole tab*
    *0.75mg* .........................30
    see *pramipexole tab*
    *1.5mg* ...........................30
    see *pramipexole tab 1mg*
    ......................................30
MIRCETTE
    see *bekyree* .................39
    see *desogestrel-ethinyl*
    *estradiol (biphasic)*........39
    see *kariva*.....................40
    see *kimidess* ................40
    see *pimtrea* ..................41
    see *viorele*....................41
*mirtazapine* ......................29
*misoprostol* .......................45
MITIGARE ........................8
*mitomycin* ........................17
*mitoxantrone hcl* ...............19
M-M-R II............................49
MOBIC
    see *meloxicam* ...............8

2018 SSI Plus 18420 v12 eff 08/01/2018

moderiba tab 200mg .........14
moexipril hcl......................21
moexipril-hydrochlorothiazid
e.........................................20
mometasone furoate .........55
mometasone furoate (nasal)
.............................................53
mono-linyah tab 0.25-35 ...40
mononessa ........................40
montelukast sodium ..........53
morgidox cap 1x50mg.......16
morphine ext-rel tab ..........10
morphine sul inj 10mg/ml ..10
morphine sul inj 1mg/ml ....10
MORPHINE SUL INJ
2MG/ML .............................10
MORPHINE SUL INJ
4MG/ML .............................10
morphine sulfate ...............10
MORPHINE SULFATE .....10
    see morphine sul inj
    10mg/ml.........................10
    see morphine sulfate .....10
morphine sulfate oral sol...10
MOVANTIK .......................45
MOVIPREP ........................45
MOXEZA ............................51
moxifloxacin hcl (ophth) ....51
MOZOBIL...........................47
MS CONTIN
    see morphine ext-rel tab10
MULTAQ ............................21
mupirocin ..........................54
MUSTARGEN ...................17
MYAMBUTOL
    see ethambutol hcl ........14
MYCAMINE.......................12
MYCOBUTIN
    see rifabutin...................14
mycophenolate mofetil ......48
mycophenolate sodium .....48
MYFORTIC
    see mycophenolate
    sodium...........................48
MYLOTARG.....................17
myorisan ..........................54
MYRBETRIQ TAB 25MG ..46
MYRBETRIQ TAB 50MG ..46

MYSOLINE
    see primidone...............27
myzilra .............................40
N
nabumetone......................8
nafcillin sodium ................16
NAGLAZYME...................42
nalbuphine hcl...................8
naloxone inj 0.4mg/ml......36
naloxone inj 1mg/ml..........36
naltrexone hcl ..................36
NAMENDA
    see memantine hcl ........28
NAMENDA XR .................28
    see memantine hcl cp2428
NAMENDA XR TITRATION
PACK.................................28
NAMZARIC ......................28
NAPROSYN
    see naproxen ................8
naproxen............................8
naproxen dr........................8
naratriptan hcl..................34
NARCAN...........................36
NARDIL
    see phenelzine sulfate...29
NASONEX .......................53
    see mometasone furoate
    (nasal) ..........................53
NATACYN.........................51
nateglinide .......................38
NATPARA.........................43
NAVELBINE
    see vinorelbine tartrate..17
NEBUPENT .....................11
necon 0.5/35-28................40
necon 1/50-28..................41
necon 7/7/7 .....................41
nefazodone hcl ................29
neomycin sulfate ..............11
neomycin-bacitracin
zn-polymyxin.....................51
neomycin-polymy-dexameth
.............................................51
neomycin-polymyxin-gramici
din.......................................51
neomycin-polymyxin-hc
(ophth) ..............................51

neomycin-polymyxin-hc (otic)
.............................................56
NEORAL
    see cyclosporine modified
    (for microemulsion) .......48
    see gengraf...................48
NEOSPORIN
    see
    neomycin-polymyxin-grami
    cidin..............................51
NEPHRAMINE..................50
NEPTAZANE
    see methazolamide.......24
NERLYNX.........................19
NEUPOGEN .....................47
NEUPRO .........................30
NEURONTIN
    see gabapentin..............27
nevirapine tab 200mg .......13
nevirapine tb24................13
NEXAVAR ........................19
NEXIUM
    see esomeprazole
    magnesium ...................46
NEXIUM I.V.
    see esomeprazole sodium
    inj .................................46
niacin er (antihyperlipidemic)
.............................................22
niacor................................22
NIASPAN
    see niacin er
    (antihyperlipidemic).......22
nicardipine hcl...................23
NICOTROL INHALER.......36
NICOTROL NS ................36
nifedical xl........................23
nifedipine .........................23
nifedipine er ....................23
nikki .................................41
NILANDRON
    see nilutamide...............18
nilutamide ........................18
nimodipine ........................23
NINLARO..........................17
NIPENT ...........................17
NITRO-BID .......................25
NITRO-DUR

2018 SSI Plus 18420 v12 eff 08/01/2018

see *minitran*...................25
see *nitroglycerin td patch*
........................................25
NITRO-DUR DIS 0.3MG/HR
........................................25
NITRO-DUR DIS 0.8MG/HR
........................................25
*nitrofurantoin macrocrystal*11
*nitrofurantoin monohyd*
*macro*.................................11
*nitroglycerin*......................25
*nitroglycerin td patch*.........25
NITROSTAT
see *nitroglycerin* ............25
NIZORAL
see *ketoconazole*
*shampoo*........................54
*nora-be* .............................41
NORCO
see *hydroco/apap tab*
*10-325mg* ......................9
see *hydroco/apap tab*
*5-325mg* ........................9
see *hydroco/apap tab*
*7.5-325mg* .....................9
see *lorcet hd tab*
*10-325mg* .......................9
see *lorcet plus tab 7.5-325*
........................................9
NORDITROPIN FLEXPRO
........................................43
*norethindrone*
*(contraceptive)* .................41
*norethindrone acet & eth*
*estra*..................................41
*norethindrone acetate* .......44
*norethindrone acetate-ethinyl*
*estradiol tab 1 mg-5 mcg* ..42
*norgest/ethi tab 0.25/35* ....41
*norgestimate-ethinyl*
*estradiol (triphasic)*
*0.18-25/0.215-25/0.25-25*
*mg-mcg*.............................41
*norgestimate-ethinyl*
*estradiol (triphasic)*
*0.18-35/0.215-35/0.25-35*
*mg-mcg*.............................41
*norlyroc* .............................41

NORMOSOL-M IN D5W ...50
NORMOSOL-R .................50
NORMOSOL-R IN D5W....50
NORPACE
see *disopyramide*
*phosphate* .....................21
NORPACE CR .................22
NORPRAMIN
see *desipramine hcl* ......28
NORTHERA......................25
*nortrel 0.5/35 (28)* ............41
*nortrel 1/35*.......................41
*nortrel 7/7/7*......................41
*nortriptyline hcl*.................29
NORVASC
see *amlodipine besylate*23
NORVIR ...........................13
see *ritonavir*...............13
NOVOLIN 70/30..............37
NOVOLIN N .....................37
NOVOLIN R .....................37
NOVOLOG........................37
NOVOLOG 70/30 FLEXPEN
........................................37
NOVOLOG FLEXPEN ....37
NOVOLOG MIX 70/30 ....37
NOVOLOG PENFILL ........37
NOXAFIL .........................12
NUCYNTA ER .................10
NUEDEXTA .....................35
NULOJIX...........................48
NULYTELY/FLAVOR
PACKS.............................45
see *gavilyte-n/flavor pack*
........................................45
see *peg 3350-potassium*
*chloride-sod*
*bicarbonate-sod chloride*
........................................45
see *trilyte*.......................45
NUPLAZID ......................32
*nutrilipid inj 20%*..............50
NUVARING......................41
NUVIGIL
see *armodafinil*............36
*nyamyc* .............................54
NYMALIZE ......................23
*nystatin* ............................12

*nystatin (mouth-throat)*......56
*nystatin (topical)*................54
*nystop*...............................54
**O**
*ocella* ...............................41
OCTAGAM .......................48
*octreotide acetate* ............43
OCUFLOX
see *ofloxacin (ophth)*.....51
ODEFSEY........................13
ODOMZO ........................17
OFEV................................53
*ofloxacin (ophth)* ..............51
*ofloxacin (otic)* .................56
*olanzapine* ........................32
*olmesartan medoxomil*......21
*olmesartan*
*medoxomil-amlodipine-hydro*
*chlorothiazide* ...................21
*olmesartan*
*medoxomil-hydrochlorothiazi*
*de*......................................21
*olopatadine hcl 0.2%* ........52
*omega-3-acid ethyl esters* 22
*omeprazole cap 10mg* ......46
*omeprazole cap 20mg* ......46
*omeprazole cap 40mg* ......46
OMNIPRED
see *prednisolone acetate*
*(ophth)*...........................51
*ondansetron hcl* ................44
*ondansetron hcl inj*............44
*ondansetron hcl oral soln*..44
*ondansetron odt*................44
ONFI SOLN .....................27
ONFI TAB ........................27
OPANA ER (CRUSH
RESISTANT) ....................10
OPSUMIT ........................25
ORAP
see *pimozide*................32
ORFADIN .........................42
ORKAMBI ........................53
*orsythia*.............................41
ORTHO MICRONOR
see *errin*.......................40
see *jolivette*..................40
see *lyza*.........................40

2018 SSI Plus 18420 v12 eff 08/01/2018

see *norethindrone (contraceptive)*...............41
see *sharobel*..................41
ORTHO TRI-CYCLEN
    see *norgestimate-ethinyl estradiol (triphasic) 0.18-35/0.215-35/0.25-35 mg-mcg* .........................41
    see *tri-linyah*..................41
    see *tri-mili*...................41
    see *trinessa*...................41
    see *tri-previfem*..............41
    see *tri-sprintec*..............41
    see *tri-vylibra*...............41
ORTHO TRI-CYCLEN LO
    see *norgestimate-ethinyl estradiol (triphasic) 0.18-25/0.215-25/0.25-25 mg-mcg* .........................41
    see *tri-lo marzia*.............41
    see *tri-lo-estarylla*..........41
    see *tri-lo-sprintec*...........41
    see *trinessa lo* ..............41
ORTHO-CYCLEN
    see *estarylla tab 0.25-35* .........................40
    see *femynor*...................40
    see *mili* .........................40
    see *mono-linyah tab 0.25-35* .........................40
    see *mononessa*............40
    see *norgest/ethi tab 0.25/35* .........................41
    see *previfem*..................41
    see *sprintec 28*..............41
    see *vylibra*...................41
ORTHO-NOVUM 1/35
    see *alyacen 1/35* ...........39
    see *cyclafem 1/35* .........39
    see *dasetta 1/35*............39
    see *nortrel 1/35* .............41
    see *pirmella 1/35*...........41
ORTHO-NOVUM 7/7/7
    see *cyclafem 7/7/7* .........39
    see *dasetta 7/7/7*..........39
    see *necon 7/7/7*.............41
    see *nortrel 7/7/7* ............41
*oseltamivir phosphate* .......14

OVIDE
    see *malathion*................55
*oxacillin sodium* ................16
*oxaliplatin inj 100mg* .........20
*oxaliplatin inj 100mg/20ml*.20
*oxaliplatin inj 50mg* ..........20
*oxaliplatin inj 50mg/10ml*...20
OXANDRIN
    see *oxandrolone tab 10mg* .......................................36
*oxandrolone tab 10mg* ......36
*oxandrolone tab 2.5mg* .....36
*oxcarbazepine* .................27
*oxybutynin chloride* ...........46
*oxycodone hcl*..................10
*oxycodone w/ acetaminophen 10-325mg* 10
*oxycodone w/ acetaminophen 2.5-325mg* .........................................10
*oxycodone w/ acetaminophen 5-325mg* ..10
*oxycodone w/ acetaminophen 7.5-325mg* .........................................10
OXYCONTIN ....................10
OZEMPIC INJ 0.25 OR 0.5MG/DOSE ...................37
OZEMPIC INJ 1MG/DOSE .........................................37
P
*pacerone*.........................22
*paclitaxel*..........................17
PAMELOR
    see *nortriptyline hcl* .......29
*pamidronate disodium*.......39
PAMIDRONATE DISODIUM .........................................39
*pamidronate inj 30mg* .......39
*pamidronate inj 90mg* .......39
PANRETIN......................55
*pantoprazole sodium*.........46
*paricalcitol*........................51
PARLODEL
    see *bromocriptine mesylate*......................30
PARNATE
    see *tranylcypromine*

*sulfate* ...........................29
*paroex sol 0.12%*.............56
*paromomycin sulfate*.........11
*paroxetine hcl* ..................29
PASER D/R ......................14
PATADAY
    see *olopatadine hcl 0.2%* ...........................................52
PAXIL ...........................29
    see *paroxetine hcl*.........29
PAZEO ..........................52
PEDIARIX.......................49
PEDVAX HIB ...................49
*peg 3350/electrolytes*.......45
*peg 3350-kcl-sod bicarb-sod chloride-sod sulfate*..........45
*peg 3350-potassium chloride-sod bicarbonate-sod chloride*.............................45
PEGANONE ....................27
PEGASYS .......................14
PEGASYS PROCLICK ....14
PENICILLIN G POT IN DEXTROSE 2MU .............16
PENICILLIN G POT IN DEXTROSE 3MU ........16
PENICILLIN G PROCAINE .........................................16
*penicillin g sodium* ............16
*penicillin v potassium*........16
*penicilln gk inj 20mu* .........16
*penicilln gk inj 5mu* ...........16
PENNSAID ......................55
PENTACEL......................49
PENTAM 300...................11
*pentoxifylline*....................47
PEPCID
    see *famotidine tab*.........45
PERCOCET
    see *endocet* ...................9
    see *oxycodone w/ acetaminophen 10-325mg* ...........................................10
    see *oxycodone w/ acetaminophen 2.5-325mg* ...........................................10
    see *oxycodone w/ acetaminophen 5-325mg*

2018 SSI Plus 18420 v12 eff 08/01/2018

..........................................10
see *oxycodone w/ acetaminophen 7.5-325mg* ..........................................10
PERIDEX
  see *chlorhexidine gluconate (mouth-throat)* ......................................56
  see *paroex sol 0.12%*....56
  see *periogard* .................56
*perindopril erbumine* ........21
*periogard*...........................56
*permethrin cre 5%*.............56
*perphenazine* ...................32
*pfizerpen-g inj 20mu* .........16
*pfizerpen-g inj 5mu* ...........16
*phenelzine sulfate* .............29
PHENERGAN
  see *promethazine hcl* ....44
*phenobarbital* ....................27
*phenobarbital sodium*........27
PHENOBARBITAL SODIUM ..........................................27
PHENYTEK.......................27
  see *phenytoin sodium extended*........................27
*phenytoin* ...........................27
*phenytoin sodium*..............27
*phenytoin sodium extended* ..........................................27
*philith* ................................41
PHOSLO
  see *calcium acetate (phosphate binder)* ........43
PHOSPHOLINE IODIDE...52
PICATO..............................55
*pilocarpine hcl*...................52
*pilocarpine hcl (oral)*..........56
*pimozide*............................32
*pimtrea* ..............................41
*pindolol* .............................23
*pioglitazone hcl* .................38
PIPER/TAZOBA INJ 12-1.5GM........................16
*piper/tazoba inj 2-0.25gm* .16
*piper/tazoba inj 3-0.375gm*16
*piper/tazoba inj 36-4.5gm* .16
*piper/tazoba inj 4-0.5gm* ...16

*pirmella 1/35* .....................41
PLAQUENIL
  see *hydroxychloroquine sulfate*............................48
PLASMA-LYTE A..............50
PLASMA-LYTE-148..........50
PLAVIX
  see *clopidogrel tab 75mg* ..........................................47
*podofilox* ............................55
*polyethylene glycol 3350*...45
*polymyxin b-trimethoprim*..51
POLYTRIM
  see *polymyxin b-trimethoprim* ...............51
POMALYST CAP 1MG .....18
POMALYST CAP 2MG .....18
POMALYST CAP 3MG .....18
POMALYST CAP 4MG .....18
*portia-28*............................41
*pot chloride inj 2meq/ml*....50
*potassium chloride*......49, 50
*potassium chloride in nacl*.50
*potassium chloride microencapsulated crystals er* ........................................49
*potassium citrate (alkalinizer) er tabs*...............................46
PRADAXA........................47
PRALUENT......................22
*pramipexole tab 0.125mg* .30
*pramipexole tab 0.25mg* ...30
*pramipexole tab 0.5mg* .....30
*pramipexole tab 0.75mg* ...30
*pramipexole tab 1.5mg* .....30
*pramipexole tab 1mg* ........30
PRANDIN
  see *repaglinide*..............38
*prasugrel hcl* .....................47
PRAVACHOL
  see *pravastatin sodium* .22
*pravastatin sodium*............22
*praziquantel* ......................11
*prazosin hcl*.......................21
PRECOSE
  see *acarbose*.................37
*pred sod pho sol 5mg/5ml*.43
*prednisolone acetate (ophth)*

..........................................51
*prednisolone sodium phosphate*..........................43
PREDNISOLONE SODIUM PHOSPHATE (OPHTH)....51
*prednisolone sol 15mg/5ml* ..........................................43
*prednisolone sol 25mg/5ml* ..........................................43
PREDNISONE CON 5MG/ML...........................43
*prednisone pak 10mg* .......43
*prednisone pak 5mg* .........43
*prednisone sol 5mg/5ml*....43
*prednisone tab 10mg* ........43
*prednisone tab 1mg*...........43
*prednisone tab 2.5mg*.......43
*prednisone tab 20mg*.........43
*prednisone tab 50mg*.........43
*prednisone tab 5mg*...........43
PREMARIN.......................42
PREMASOL 10%..............50
*premasol 6%*......................50
PREMPHASE ...................42
PREMPRO .......................42
*prenatal vitamin/folic acid > 0.8 mg (generic)*...............51
*prevalite*.............................22
*previfem*.............................41
PREZCOBIX....................13
PREZISTA .......................13
PRIFTIN...........................14
PRIMAQUINE PHOSPHATE ..........................................12
PRIMAXIN IV
  see *imipenem-cilastatin*.11
*primidone*...........................27
PRINIVIL
  see *lisinopril* .................21
PRISTIQ
  see *desvenlafaxine succinate*......................29
PRIVIGEN .......................48
*probenecid*.........................8
PROCALAMINE...............50
PROCARDIA XL
  see *nifedical xl*..............23
  see *nifedipine*................23

2018 SSI Plus 18420 v12 eff 08/01/2018

prochlorperazine inj...........44
prochlorperazine maleate..44
prochlorperazine supp ......44
PROCRIT..........................47
PROCTOCORT
    see procto-pak..............55
procto-med hc..................55
procto-pak........................55
proctosol hc cre 2.5% .......55
proctozone-hc..................55
PROGLYCEM SUS
50MG/ML ..........................43
PROGRAF
    see tacrolimus ..............48
PROLASTIN-C.................53
PROLENSA ....................51
PROLIA............................43
PROMACTA......................47
promethazine hcl..............44
propafenone hcl ...............22
propafenone hcl 12hr........22
proparacaine hcl .............52
propranolol cap er.............23
propranolol hcl .................23
propranolol oral sol ..........23
propylthiouracil.................44
PROQUAD.......................49
PROSCAR
    see finasteride..............46
PROSOL..........................50
PROTONIX
    see pantoprazole sodium
    .......................................46
PROTOPIC
    see tacrolimus (topical)..55
protriptyline hcl.................29
PROVERA
    see medroxyprogesterone
    acetate tab.....................44
PROZAC
    see fluoxetine cap 10mg29
    see fluoxetine cap 20mg29
    see fluoxetine cap 40mg29
PULMICORT
    see budesonide
    (inhalation).....................53
PULMICORT FLEXHALER
    .......................................53

PULMOZYME ..................53
PURIXAN..........................17
pyrazinamide ...................14
pyridostigmine tab 60mg...35
Q
QUADRACEL ..................49
QUALAQUIN
    see quinine sulfate ........12
quasense ..........................41
QUESTRAN
    see cholestyramine .......22
QUESTRAN LIGHT
    see cholestyramine light22
    see prevalite..................22
quetiapine fumarate ..........32
quinapril hcl......................21
quinapril-hydrochlorothiazide
    .......................................20
quinidine gluconate..........22
quinidine sulfate...............22
quinine sulfate..................12
R
RABAVERT .....................49
raloxifene tab 60mg ..........43
ramipril.............................21
RANEXA ..........................25
ranitidine hcl.....................45
ranitidine hcl inj................45
ranitidine syrup ................45
RAPAMUNE ....................48
    see sirolimus ................48
rasagiline mesylate ..........30
RAYALDEE......................51
RAZADYNE
    see galantamine
    hydrobromide ...............28
RAZADYNE ER
    see galantamine
    hydrobromide er............28
REBETOL
    see ribasphere ..............14
    see ribavirin cap 200mg 14
REBETOL SOL 40MG/ML 14
REBIF ..............................35
REBIF REBIDOSE............35
REBIF REBIDOSE
TITRATION......................35
REBIF TITRATION PACK.35

RECLAST
    see zoledronic acid .......39
reclipsen ..........................41
RECOMBIVAX HB............49
REGLAN
    see metoclopramide hcl 44
REGRANEX .....................56
RELENZA DISKHALER....14
RELISTOR.......................45
REMERON
    see mirtazapine.............29
REMERON SOLTAB
    see mirtazapine.............29
REMICADE INJ 100MG....48
REMODULIN ...................25
RENVELA PAK 0.8GM ....43
RENVELA PAK 2.4GM .....43
RENVELA TAB 800MG ....44
repaglinide.......................38
REQUIP
    see ropinirole tab 0.25mg
    .......................................30
    see ropinirole tab 0.5mg30
    see ropinirole tab 1mg...30
    see ropinirole tab 2mg...30
    see ropinirole tab 3mg...30
    see ropinirole tab 4mg...30
    see ropinirole tab 5mg...30
RESCRIPTOR .................13
RESTASIS.......................52
RESTASIS MULTIDOSE ..52
RESTORIL
    see temazepam.............34
RETIN-A
    see avita.......................54
    see tretinoin ..................54
RETROVIR
    see zidovudine cap 100mg
    .......................................13
    see zidovudine syp
    50mg/5ml ......................13
RETROVIR IV INFUSION.13
REVATIO
    see sildenafil citrate
    (pulmonary hypertension)
    .......................................25
REVLIMID........................18
REXULTI ..........................32

2018 SSI Plus 18420 v12 eff 08/01/2018

REYATAZ ........................13
    see *atazanavir sulfate* ...12
*ribasphere* ........................14
*ribavirin cap 200mg*...........14
*ribavirin tab 200mg* ...........14
*rifabutin* ...........................14
RIFADIN
    see *rifampin*..................14
*rifampin* ..........................14
RIFATER...........................14
RILUTEK
    see *riluzole* ...................35
*riluzole* ...........................35
*rimantadine hydrochloride*.14
*ringer's* ...........................50
RISPERDAL
    see *risperidone*..............32
RISPERDAL INJ 12.5MG..32
RISPERDAL INJ 25MG ....32
RISPERDAL INJ 37.5MG..32
RISPERDAL INJ 50MG ....32
*risperidone* .......................32
RITALIN
    see *methylphenidate hcl*
    .................................33, 34
*ritonavir* ...........................13
RITUXAN...........................17
RITUXAN HYCELA...........17
*rivastigmine tartrate caps*..28
*rizatriptan benzoate* ..........34
*rizatriptan benzoate odt* ....34
ROBINUL
    see *glycopyrrolate* .........44
ROBINUL FORTE
    see *glycopyrrolate* .........44
ROCALTROL
    see *calcitriol*..................51
    see *calcitriol oral soln 1*
    *mcg/ml*..........................51
ROCEPHIN
    see *ceftriaxone sodium*..15
*ropinirole tab 0.25mg* ........30
*ropinirole tab 0.5mg* ..........30
*ropinirole tab 1mg* .............30
*ropinirole tab 2mg* .............30
*ropinirole tab 3mg* .............30
*ropinirole tab 4mg* .............30
*ropinirole tab 5mg* .............30

*rosadan*............................55
*rosuvastatin calcium* .........22
ROTARIX...........................49
ROTATEQ .......................49
ROWASA
    see *mesalamine w/*
    *cleanser*........................45
*roweepra*..........................27
*roweepra xr*......................27
ROXICODONE
    see *oxycodone hcl*.........10
RUBRACA .......................18
RYDAPT ..........................19
RYTHMOL SR
    see *propafenone hcl 12hr*
    .....................................22

**S**

SABRIL............................27
    see *vigabatrin powd pack*
    *500mg* ...........................28
SALAGEN
    see *pilocarpine hcl (oral)*
    .....................................56
SANDIMMUNE ................48
    see *cyclosporine* ...........48
SANDOSTATIN
    see *octreotide acetate*...43
SANDOSTATIN LAR
DEPOT ............................43
SANTYL............................56
SAPHRIS ..........................32
*scopolamine patch*............44
*selegiline hcl* ....................30
*selenium sulfide* ...............54
SELZENTRY.....................13
SENSIPAR........................39
SEREVENT DISKUS ........53
SEROQUEL
    see *quetiapine fumarate*32
SEROQUEL XR
    see *quetiapine fumarate*32
*sertraline hcl* ....................29
*setlakin tab*.......................41
*sharobel*...........................41
SHINGRIX .......................49
SIGNIFOR ........................43
*sildenafil citrate (pulmonary*
*hypertension)*....................25

SILENOR .........................34
SILVADENE
    see *silver sulfadiazine*...54
    see *ssd*..........................54
*silver sulfadiazine* .............54
SIMBRINZA ....................52
*simvastatin*.......................22
SINEMET
    see *carbidopa-levodopa*30
SINEMET CR
    see *carbidopa-levodopa*30
SINGULAIR
    see *montelukast sodium*53
*sirolimus* ..........................48
SIRTURO ........................14
SIVEXTRO ......................11
*sod chloride inj 0.9%*.........50
*sodium chlor sol 0.9% irr* ..56
*sodium chloride*...........49, 50
*sodium chloride 0.45%* .....51
sodium fluoride chew; tab;
1.1 (0.5 f) mg/ml soln ........49
*sodium phenylbutyrate*......42
*sodium polystyrene sulfonate*
.........................................39
*sodium polystyrene sulfonate*
*oral susp*...........................39
SOLIQUA 100/33..............37
SOLTAMOX......................18
SOLU-CORTEF ................43
SOLU-MEDROL
    see *methylpr ss inj 125mg*
    .....................................42
    see *methylpr ss inj 1gm* 42
    see *methylpr ss inj 40mg*
    .....................................42
SOMATULINE DEPOT .....43
SOMAVERT ....................43
SORIATANE
    see *acitretin*..................54
*sorine*...............................22
*sotalol hcl*.........................22
*sotalol hcl (afib/afl)*...........22
SOVALDI .........................14
*spironolactone* .................21
*spironolactone &*
*hydrochlorothiazide*...........24
SPORANOX

2018 SSI Plus 18420 v12 eff 08/01/2018

see *itraconazole* ............12
*sprintec 28* ......................41
SPRITAM .........................27
SPRYCEL .........................19
*sps* ...................................39
*sronyx* ..............................41
*ssd* ..................................54
STALEVO 100
    see
    *carbidopa/levodopa/entac*
    *apone* ...........................30
STALEVO 125
    see
    *carbidopa/levodopa/entac*
    *apone* ...........................30
STALEVO 150
    see
    *carbidopa/levodopa/entac*
    *apone* ...........................30
STALEVO 200
    see
    *carbidopa/levodopa/entac*
    *apone* ...........................30
STALEVO 50
    see
    *carbidopa/levodopa/entac*
    *apone* ...........................30
STALEVO 75
    see
    *carbidopa/levodopa/entac*
    *apone* ...........................30
STARLIX
    see *nateglinide* ..............38
*stavudine*...........................13
*sterile water irrigation*........56
STIMATE ...........................44
STIVARGA.........................19
STRATTERA
    see *atomoxetine hcl* ......33
*streptomycin sulfate* ..........11
STRIBILD...........................13
STROMECTOL
    see *ivermectin* ..............11
SUBOXONE MIS 12-3MG 36
SUBOXONE MIS 2-0.5MG
    ...................................36
SUBOXONE MIS 4-1MG ..36
SUBOXONE MIS 8-2MG ..36

sucralfate ..........................46
*sulfacet sod oin 10% op*....51
*sulfacetamide sodium (acne)*
    ...........................................54
*sulfacetamide sodium*
*(ophth)* .............................51
*sulfacetamide*
*sod-prednisolone* ..............51
SULFADIAZINE ................11
*sulfamethoxazole-trimethop*
*ds*........................................11
*sulfamethoxazole-trimethopri*
*m inj* ..................................11
*sulfamethoxazole-trimethopri*
*m susp* ...............................12
*sulfamethoxazole-trimethopri*
*m tab*...................................12
SULFAMYLON ...................54
    see *mafenide acetate* ....54
*sulfasalazine* .....................45
*sulfasalazine ec* ................45
*sulindac*...............................8
*sumatriptan inj 4mg/0.5ml*.34
*sumatriptan inj 6mg/0.5ml*34,
35
*sumatriptan nasal spray* ....35
*sumatriptan succinate* .......35
SUPRAX ............................15
    see *cefixime* .................15
SUPREP BOWEL PREP KIT
    ...........................................45
SURMONTIL
    see *trimipramine maleate*
    ................................29, 30
SUSTIVA ...........................13
    see *efavirenz*.................12
SUTENT .............................19
*syeda* .................................41
SYLATRON KIT 200MCG.19
SYLATRON KIT 300MCG.19
SYLATRON KIT 600MCG.20
SYMBICORT ....................54
SYMDEKO........................53
SYMFI...............................13
SYMFI LO .........................13
SYMLINPEN 120 .............37
SYMLINPEN 60 ...............37
SYNAGIS..........................49

SYNALAR
    see *fluocinolone acetonide*
    ...................................55
SYNAREL...........................42
SYNERCID ........................12
SYNRIBO ..........................20
SYNTHROID ....................44
    see *levothyroxine sodium*
    ...................................44
SYPRINE ..........................39
    see *trientine hcl*.............39
**T**
TABLOID ...........................17
*tacrolimus* .........................48
*tacrolimus (topical)*............55
TAFINLAR ........................19
TAGRISSO .......................19
TAMIFLU
    see *oseltamivir phosphate*
    ...................................14
*tamoxifen citrate* ...............18
*tamsulosin hcl*....................46
TAPAZOLE
    see *methimazole* ...........44
TARCEVA..........................19
TARGRETIN.....................55
    see *bexarotene* .............19
*tarina fe 1/20*.....................41
TASIGNA...........................19
TAXOTERE ......................17
    see *docetaxel*...............17
*tazarotene*..........................54
*tazicef* ................................15
TAZORAC .........................54
    see *tazarotene* ..............54
*taztia xt* .............................23
TECENTRIQ .....................18
TEFLARO .........................15
TEGRETOL .......................27
    see *carbamazepine*.......26
    see *epitol*.......................26
TEGRETOL-XR ...............27
    see *carbamazepine*.......26
TEKTURNA .......................24
TEKTURNA HCT ..............24
*temazepam*.........................34
TENIVAC ..........................49
*tenofovir disoproxil fumarate*

2018 SSI Plus 18420 v12 eff 08/01/2018

.........................................13
TENORMIN
    see *atenolol*..................23
TERAZOL 7
    see *terconazole vaginal*.46
*terazosin hcl*......................21
*terbinafine hcl*...................12
*terbutaline sulfate*.............53
*terconazole vaginal*..........46
*testosterone*......................36
*testosterone cypionate*......36
*testosterone enanthate* .....36
TETANUS/DIPHTHERIA
TOXOID ............................49
*tetrabenazine* ...................35
THALOMID .......................18
*theophylline*......................54
*thioridazine hcl*.................32
*thiothixene*........................32
*tiagabine hcl*......................27
TIAZAC
    see *diltiazem hcl extended
    release beads cap sr* .....23
    see *taztia xt* ..................23
*tigecycline* .........................12
TIGECYCLINE .................12
TIKOSYN
    see *dofetilide* ................21
*tilia fe* .................................41
*timolol maleate*..................23
*timolol maleate (ophth) soln*
.............................................52
*timolol maleate gel*...........52
TIMOPTIC
    see *timolol maleate
    (ophth) soln* ...................52
TIMOPTIC-XE
    see *timolol maleate gel*..52
TIVICAY ............................13
*tizanidine hcl* ..............35, 36
TOBRADEX ......................51
    see
    *tobramycin-dexamethason
    e* ....................................51
TOBRADEX ST................51
*tobramycin* ........................11
*tobramycin (ophth)* ...........51
*tobramycin inj 1.2 gm/30ml*

.........................................11
*tobramycin inj 1.2gm*.........11
*tobramycin inj 10mg/ml*.....11
*tobramycin inj 40mg/ml*.....11
*tobramycin inj 80mg/2ml*...11
*tobramycin-dexamethasone*
.............................................51
TOBREX
    see *tobramycin (ophth)*..51
TOFRANIL
    see *imipramine hcl* ........29
*tolterodine tartrate cap er*..46
*tolterodine tartrate tabs*.....46
TOPAMAX
    see *topiramate* .............27
TOPAMAX SPRINKLE
    see *topiramate* .............27
*topiramate*..........................27
*toposar*................................20
TOPOTECAN HCL
    see *topotecan inj 4mg*...20
*topotecan inj 4mg* .............20
TOPOTECAN INJ 4MG/4ML
.............................................20
TOPROL XL
    see *metoprolol succinate*
.............................................23
*torsemide tabs* ..................24
TOUJEO MAX SOLOSTAR
.............................................37
TOUJEO SOLOSTAR.......37
TOVIAZ..............................46
*tpn electrolytes*..................49
TRACLEER.......................25
TRADJENTA.....................38
*tramadol hcl* ........................8
*tramadol-acetaminophen* ....8
*trandolapril*........................21
*tranexamic acid*.................47
TRANSDERM-SCOP
    see *scopolamine patch*..44
TRANXENE T
    see *clorazepate
    dipotassium*...................26
*tranylcypromine sulfate*.....29
TRAVASOL.......................50
TRAVATAN Z ...................52
*trazodone hcl* ...................29

*trazodone tab 150mg*........29
TRECATOR.......................14
TRELEGY ELLIPTA..........52
TRELSTAR DEP INJ
3.75MG..............................18
TRELSTAR LA INJ 11.25MG
.............................................18
TRESIBA FLEXTOUCH....37
*tretinoin*.............................54
*tretinoin (chemotherapy)*...20
*triamcinolone acetonide
(mouth)* .............................56
*triamcinolone acetonide
(topical)*.............................55
*triamterene &
hydrochlorothiazide cap
37.5-25 mg* ......................24
*triamterene &
hydrochlorothiazide tabs*..24,
25
TRIBENZOR
    see *olmesartan
    medoxomil-amlodipine-hyd
    rochlorothiazide*.............21
TRICOR
    see *fenofibrate* .............22
*trientine hcl* ......................39
*trifluoperazine hcl*.............32
*trifluridine* .........................51
*trihexyphenidyl hcl* ...........31
*tri-legest fe*........................41
TRILEPTAL
    see *oxcarbazepine*........27
*tri-linyah* ............................41
*tri-lo marzia*........................41
*tri-lo-estarylla*....................41
*tri-lo-sprintec*....................41
*trilyte* .................................45
*trimethoprim*......................12
*tri-mili*................................41
*trimipramine maleate* ..29, 30
*trinessa*..............................41
*trinessa lo* ..........................41
TRI-NORINYL 28
    see *aranelle* .................39
    see *leena* .....................40
TRINTELLIX ....................30
*tri-previfem*........................41

2018 SSI Plus 18420 v12 eff 08/01/2018

TRISENOX........................20
tri-sprintec ........................41
TRIUMEQ ........................13
trivora-28...........................41
tri-vylibra ...........................41
TRIZIVIR
    see abacavir
    sulfate-lamivudine-zidovud
    ine ................................13
TROGARZO......................13
TROPHAMINE INJ 10% ...50
trospium chloride...............46
TRULICITY .......................37
TRUMENBA.....................49
TRUSOPT
    see dorzolamide hcl ......52
TRUVADA TAB 100-150...13
TRUVADA TAB 133-200...13
TRUVADA TAB 167-250...13
TRUVADA TAB 200-300...13
TWINRIX INJ ...................49
TYBOST...........................13
TYGACIL
    see tigecycline...............12
TYKERB...........................19
TYLENOL/CODEINE #3
    see acetaminophen w/
    codeine...........................8
TYLENOL/CODEINE #4
    see acetaminophen w/
    codeine...........................8
TYPHIM VI .......................49
TYSABRI..........................35
U
ULORIC .............................8
ULTRACET
    see
    tramadol-acetaminophen.8
ULTRAM
    see tramadol hcl.............8
ULTRAVATE
    see halobetasol
    propionate ....................55
UNASYN
    see ampicillin & sulbactam
    sodium..........................16
UNASYN BULK PACK
    see ampicillin & sulbactam

sodium..........................16
URECHOLINE
    see bethanechol chloride
    ......................................46
UROCIT-K 10
    see potassium citrate
    (alkalinizer) er tabs........46
UROCIT-K 15
    see potassium citrate
    (alkalinizer) er tabs........46
UROCIT-K 5
    see potassium citrate
    (alkalinizer) er tabs........46
UROXATRAL
    see alfuzosin hcl............46
URSO 250
    see ursodiol...................46
URSO FORTE
    see ursodiol...................46
ursodiol ............................46
V
valacyclovir hcl.................14
VALCHLOR ......................55
VALCYTE
    see valganciclovir hcl ....14
valganciclovir hcl..............14
VALIUM
    see diazepam................26
valproate sodium oral soln 28
valproate sodium soln
100mg/ml..........................28
valproic acid.....................28
valsartan ..........................21
valsartan-hydrochlorothiazid
e.......................................21
VALTREX
    see valacyclovir hcl .......14
VANCOCIN HCL
    see vancomycin hcl.......12
vancomycin hcl ................12
VANCOMYCIN IN NACL ..12
vandazole ........................46
VAQTA.............................49
VARIVAX..........................49
VASCEPA.........................22
VASERETIC
    see enalapril maleate &
    hydrochlorothiazide .......20

VASOTEC
    see enalapril maleate ....20
VELCADE ........................18
velivet ..............................41
VEMLIDY..........................14
VENCLEXTA.....................18
VENCLEXTA STARTING
PACK................................18
venlafaxine hcl.................30
VENTAVIS........................25
VENTOLIN HFA...............53
verapamil cap er .........23, 24
verapamil hcl ...................24
verapamil tab er...............24
VERELAN
    see verapamil cap er.....24
VERELAN PM
    see verapamil cap er.....23
VERSACLOZ....................32
VERZENIO .......................18
VESICARE .......................46
vestura.............................41
VFEND
    see voriconazole ...........12
VFEND IV
    see voriconazole ...........12
VIBRAMYCIN
    see doxycycline hyclate 16
VICTOZA ..........................37
VIDAZA
    see azacitidine ..............17
VIDEX EC ........................13
    see didanosine..............12
VIDEX PEDIATRIC...........13
vienva ..............................41
vigabatrin powd pack 500mg
......................................28
VIGAMOX
    see moxifloxacin hcl
    (ophth)............................51
VIIBRYD STARTER PACK
......................................30
VIIBRYD TAB ...................30
VIMPAT ............................28
vinblastine sulfate.............17
vincasar pfs .....................17
vincristine sulfate.............17
vinorelbine tartrate............17

2018 SSI Plus 18420 v12 eff 08/01/2018

*viorele* ...............................41
VIRACEPT .....................13
VIRAMUNE .....................13
   see *nevirapine tab 200mg*
   ...............................13
VIRAMUNE XR
   see *nevirapine tb24* .......13
VIREAD...........................13
   see *tenofovir disoproxil*
   *fumarate* ......................13
VIROPTIC
   see *trifluridine* ...............51
VISTARIL
   see *hydroxyzine pamoate*
   ...............................52
VIVITROL.........................36
VOLTAREN GEL 1% ........55
*voriconazole*....................12
VOSEVI...........................14
VOTRIENT.......................19
VRAYLAR ........................32
VRAYLAR THERAPY PACK
   ...............................32
*vyfemla* .............................41
*vylibra* ...............................41
VYTORIN
   see *ezetimibe-simvastatin*
   ...............................22

**W**
*warfarin sodium*.................47
WELCHOL ......................22
WELLBUTRIN SR
   see *bupropion hcl*..........28
WELLBUTRIN XL
   see *bupropion hcl*..........28
**X**
XALATAN
   see *latanoprost*..............52
XALKORI .........................19
XANAX
   see *alprazolam tab*
   *0.25mg* ..........................25
   see *alprazolam tab 0.5mg*
   ...............................25
   see *alprazolam tab 1mg* 25
   see *alprazolam tab 2 mg*
   ...............................25
XARELTO ........................47

XARELTO STARTER PACK
   ...............................47
XATMEP ..........................48
XELJANZ .........................48
XELJANZ XR ...................48
XENAZINE
   see *tetrabenazine*..........35
XGEVA ............................43
XIFAXAN .........................46
XIGDUO XR TAB
10-1000MG......................39
XIGDUO XR TAB 10-500MG
   ...............................39
XIGDUO XR TAB 2.5-1000
MG ..................................39
XIGDUO XR TAB 5-1000MG
   ...............................39
XIGDUO XR TAB 5-500MG
   ...............................39
XOLAIR............................53
XOPENEX HFA ...............53
XTANDI............................18
*xulane* ...............................41
XULTOPHY 100/3.6 .........37
XYLOCAINE
   see *lidocaine inj 0.5%*....10
   see *lidocaine inj 1%*.......10
   see *lidocaine inj 2%*.......10
XYLOCAINE-MPF
   see *lidocaine inj 0.5%*
   *preservative free (pf)* .....10
   see *lidocaine inj 1%*
   *preservative free (pf)* .....10
   see *lidocaine inj 1.5%*
   *preservative free (pf)* .....10
XYREM ............................36
**Y**
YASMIN 28
   see *drospirenone-ethinyl*
   *estradiol*..........................39
   see *ocella*.......................41
   see *syeda*.......................41
   see *zarah* .......................41
YAZ
   see *drospirenone-ethinyl*
   *estradiol*..........................40
   see *gianvi*.......................40
   see *loryna*......................40

   see *nikki*.........................41
   see *vestura* ...................41
YERVOY...........................18
YF-VAX............................49
**Z**
*zafirlukast* ........................53
ZANAFLEX
   see *tizanidine hcl*...........36
ZANTAC
   see *ranitidine hcl* ...........45
   see *ranitidine hcl inj*.......45
*zarah*................................41
ZARONTIN
   see *ethosuximide* ..........26
ZAVESCA ........................42
ZEJULA ...........................18
ZELBORAF.......................19
ZEMAIRA.........................53
ZEMPLAR
   see *paricalcitol* ..............51
*zenatane*..........................54
*zenchent*..........................42
ZENPEP ..........................46
ZEPATIER ........................14
ZERIT ..............................13
   see *stavudine*...............13
ZESTORETIC
   see *lisinopril &*
   *hydrochlorothiazide* .......20
ZESTRIL
   see *lisinopril* ..................20
ZETIA
   see *ezetimibe* ................22
ZIAC
   see *bisoprolol &*
   *hydrochlorothiazide* .......22
ZIAGEN
   see *abacavir sulfate* ......12
*zidovudine cap 100mg*......13
*zidovudine syp 50mg/5ml* .13
*zidovudine tab 300mg*.......13
ZINECARD
   see *dexrazoxane*...........20
*ziprasidone hcl*.................33
ZIRGAN ...........................51
ZITHROMAX
   see *azithromycin* ...........15
ZOCOR

2018 SSI Plus 18420 v12 eff 08/01/2018

see *simvastatin*.............22
ZOFRAN
   see *ondansetron hcl*......44
   see *ondansetron hcl oral*
   *soln*................................44
ZOFRAN ODT
   see *ondansetron odt*......44
*zoledronic acid*.................39
*zoledronic inj 4mg/5ml* ......39
ZOLINZA...........................18
ZOLOFT
   see *sertraline hcl* ..........29
*zolpidem tartrate* ..............34
ZOMETA
   see *zoledronic inj 4mg/5ml*
   .....................................39
ZONEGRAN
   see *zonisamide* ............28
*zonisamide*.......................28

ZONTIVITY ......................47
ZORTRESS TAB 0.25MG.48
ZORTRESS TAB 0.5MG...48
ZORTRESS TAB 0.75MG.48
ZOSTAVAX......................49
ZOSYN
   see *piper/tazoba inj*
   *2-0.25gm*......................16
   see *piper/tazoba inj*
   *3-0.375gm*....................16
   see *piper/tazoba inj*
   *36-4.5gm*......................16
   see *piper/tazoba inj*
   *4-0.5gm*........................16
*zovia 1/35e* .....................42
*zovia 1/50e* .....................42
ZOVIRAX
   see *acyclovir* ................14
ZYBAN

   see *bupropion hcl*
   *(smoking deterrent)*.......36
ZYDELIG .........................19
ZYKADIA .........................19
ZYLET ..............................51
ZYLOPRIM
   see *allopurinol tab*..........8
ZYPREXA
   see *olanzapine*.............32
ZYPREXA RELPREVV.....33
ZYPREXA RELPREVV
210MG............................33
ZYPREXA ZYDIS
   see *olanzapine*.............32
ZYTIGA............................18
ZYVOX
   see *linezolid* .................11



P.O. Box 52424, Phoenix, AZ 85072-2424

This formulary was updated on August 1, 2018. For more recent information or other questions, please contact SilverScript at 1-866-235-5660 or, for TTY users, 711, 24 hours a day, 7 days a week, or visit www.silverscript.com.

The Formulary may change at any time. You will receive notice when necessary.

This information is not a complete description of benefits. Contact the plan for more information. Limitations, copayments, and restrictions may apply. Benefits, premiums, and/or copayments/coinsurance may change on January 1 of each year.

ATTENTION: If you speak Spanish, language assistance services, free of charge, are available to you. Call 1-866-235-5660 (TTY: 711). ATENCIÓN: Si usted habla español, tenemos servicios de asistencia lingüística disponibles para usted sin costo alguno. Llame al 1-866-235-5660 (TTY: 711).

SilverScript is a Prescription Drug Plan with a Medicare contract offered by SilverScript Insurance Company. Enrollment in SilverScript depends on contract renewal.