# EXHIBIT J-1


# EXPRESS SCRIPTS®

The following is a list of the most commonly prescribed drugs. It represents an abbreviated version of the drug list (formulary) that is at the core of your prescription plan. The list is not all-inclusive and does not guarantee coverage. In addition to using this list, you are encouraged to ask your doctor to prescribe generic drugs whenever appropriate.

## 2018 Express Scripts National Preferred Formulary

**PLEASE NOTE:** Brand-name drugs may move to nonformulary status if a generic version becomes available during the year. Not all the drugs listed are covered by all prescription plans; check your benefit materials for the specific drugs covered and the copayments for your prescription plan. For specific questions about your coverage, please call the phone number printed on your member ID card.

**KEY**
[INJ] - Injectable Drug
Brand-name drugs are listed in CAPITAL letters.
Generic drugs are listed in lower case letters.

### A
ABILIFY MAINTENA [INJ]
ABSORICA
ACANYA
acetaminophen/codeine
ACTEMRA [INJ]
ACTHAR H.P. [INJ]
acyclovir
ADCIRCA
ADEMPAS
ADVAIR DISKUS
ADVAIR HFA
AFSTYLA [INJ]
AKYNZEO
albuterol nebulization solution
alendronate
allopurinol
ALPHAGAN P 0.1%
alprazolam
ALREX
amiodarone
AMITIZA
amitriptyline
amlodipine
amlodipine/benazepril
amlodipine/valsartan
amoxicillin
amoxicillin/potassium clavulanate
AMPYRA
anastrozole
ANDRODERM
ANDROGEL 1.62%
ANORO ELLIPTA
apri
APRISO
ARCAPTA NEOHALER
aripiprazole
ARISTADA [INJ]
ARMONAIR RESPICLICK
ARNUITY ELLIPTA
ASMANEX HFA
ASMANEX TWISTHALER
atenolol
atenolol/chlorthalidone
atorvastatin
AVONEX [INJ]
AZASITE
azelastine nasal spray
azithromycin

### B
baclofen
benazepril
benzonatate
BEPREVE
BETASERON [INJ]
BETHKIS
BEVESPI AEROSPHERE
bisoprolol/hctz
blisovi fe
BREO ELLIPTA
BRILINTA
BRISDELLE
budesonide nebulization suspension
bupropion
bupropion ext-release
buspirone
butalbital/acetaminophen/ caffeine
BYDUREON [INJ]
BYETTA [INJ]
BYSTOLIC
BYVALSON

### C
CANASA
CARAC
carbidopa/levodopa
carvedilol
cefdinir
cefuroxime axetil
celecoxib
cephalexin
CETROTIDE [INJ]
chlorhexidine gluconate
chlorthalidone
CIALIS
CIPRODEX
ciprofloxacin
citalopram
clarithromycin
clindamycin hcl
clindamycin phosphate
clindamycin phosphate/ benzoyl peroxide
clobetasol propionate
clomiphene citrate
clonazepam
clonidine
clopidogrel
clotrimazole/betamethasone dipropionate
COLCRYS
COMBIGAN
COMBIPATCH
COMBIVENT RESPIMAT

COPAXONE 40 MG [INJ]
COREG CR
CORLANOR
COSENTYX [INJ]
CREON
CRINONE
cyanocobalamin [INJ]
cyclobenzaprine

### D
DALIRESP
DAYTRANA
desloratadine
desonide
desvenlafaxine succinate er
dexamethasone
dexmethylphenidate ext-release
dextroamphetamine/ amphetamine
dextroamphetamine/ amphetamine ext-release
diazepam
diclofenac sodium delayed-release
dicyclomine
digoxin
diltiazem ext-release
diphenoxylate/atropine
divalproex delayed-release
divalproex ext-release
DIVIGEL
donepezil
doxazosin
doxycycline hyclate
doxycycline monohydrate
DUAVEE
DULERA
duloxetine delayed-release
DUPIXENT [INJ]
DYMISTA

### E
EDARBI
EDARBYCLOR
ELIDEL
ELIQUIS
EMVERM
enalapril
ENBREL [INJ]
enoxaparin [INJ]
ENSTILAR
ENTRESTO
EPCLUSA
EPIDUO, EPIDUO FORTE
EPINEPHRINE AUTO-INJECTOR (by Mylan)

EPIPEN, EPIPEN JR [INJ]
ergocalciferol
erythromycin eye ointment
escitalopram
esomeprazole magnesium delayed-release
ESTRACE CREAM
estradiol
estradiol patches
estradiol/norethindrone acetate
ESTRING
eszopiclone
EUFLEXXA [INJ]
EVEKEO
EXTAVIA [INJ]
ezetimibe

### F
famotidine
FARXIGA
fenofibrate
fenofibrate micronized
fenofibric acid delayed-release
fentanyl patches
FETZIMA
FINACEA
finasteride
FLECTOR
FLOVENT DISKUS
FLOVENT HFA
fluconazole
fluocinonide
fluoxetine
fluticasone nasal spray
FLUTICASONE/SALMETEROL
folic acid
FRAGMIN [INJ]
furosemide
FYCOMPA

### G
gabapentin
GELNIQUE
gemfibrozil
GENOTROPIN [INJ]
GILENYA
GILOTRIF
glimepiride
glipizide
glipizide ext-release
GLUCAGEN [INJ]
GLUCAGON [INJ]
glyburide
GLYXAMBI

### GONAL-F, GONAL-F RFF,
GONAL-F RFF REDI-JECT [INJ]
GRALISE
GRANIX [INJ]
GRASTEK
guanfacine ext-release

### H
HARVONI
HELIXATE FS [INJ]
HUMALOG [INJ]
HUMATROPE [INJ]
HUMIRA [INJ]
HUMULIN [INJ]
hydralazine
hydrochlorothiazide
hydrocodone/acetaminophen
hydrocodone/ chlorpheniramine polistirex ext-release
hydrocortisone topical
hydromorphone
hydroxychloroquine
hydroxyzine hcl
hydroxyzine pamoate
HYSINGLA ER

### I
ibandronate
ibuprofen
ILEVRO
INCRUSE ELLIPTA
indomethacin
INLYTA
INVOKAMET
INVOKAMET XR
INVOKANA
irbesartan
IRESSA
isosorbide mononitrate ext-release

### J
JANUMET, JANUMET XR
JANUVIA
JARDIANCE
JENTADUETO
JENTADUETO XR
junel fe

### K
ketoconazole topical
ketorolac
KITABIS PAK

*(continued)*

Go to express-scripts.com/2018drugs for a full list of formulary exclusions with their covered alternatives or log on to compare drug prices. Costs for covered alternatives may vary.

© 2017 Express Scripts Holding Company
All Rights Reserved
**THIS DOCUMENT LIST IS EFFECTIVE JANUARY 1, 2018 THROUGH DECEMBER 31, 2018. THIS LIST IS SUBJECT TO CHANGE.**
You can find more information at express-scripts.com.
#1702 NP-A
PRMT22157-18 (09/15/17)

KOGENATE FS [INJ]
KOVALTRY [INJ]
KYLEENA

## L

labetalol
lamotrigine
lansoprazole delayed-release
LANTUS [INJ]
latanoprost eye solution
LATUDA
LETAIRIS
LEVEMIR [INJ]
levetiracetam
levocetirizine
levofloxacin
levothyroxine sodium
lidocaine patches
LINZESS
liothyronine
LIPOFEN
lisinopril
lisinopril/hctz
LIVALO
LO LOESTRIN FE
lorazepam
losartan
losartan/hctz
LOTEMAX
lovastatin
LUMIGAN
LYRICA

## M

MAKENA [INJ]
MAVYRET
meclizine
medroxyprogesterone
meloxicam
MEPHYTON
MESTINON SYRUP
metaxalone
metformin
metformin ext-release
methimazole
methocarbamol
methotrexate
methylphenidate
methylphenidate ext-release
methylprednisolone
metoclopramide hcl
metoprolol succinate
    ext-release
metoprolol tartrate
metronidazole
metronidazole topical
metronidazole vaginal gel
microgestin fe
MINIVELLE
minocycline
MIRENA
mirtazapine
MIRVASO
MITIGARE
moderiba
mometasone
mononessa

MONOVISC [INJ]
montelukast
morphine sulfate ext-release
MOVANTIK
MOXEZA
multivitamins/fluoride
mupirocin
MUSE
MYDAYIS
MYRBETRIQ

## N

nabumetone
NAMENDA XR
NAMZARIC
naproxen, naproxen sodium
NARCAN NASAL SPRAY
NASCOBAL
NATAZIA
neomycin/polymyxin/
    hydrocortisone ear drops
NEXIUM PACKETS
niacin ext-release
nifedipine ext-release
nitrofurantoin macrocrystal
NORDITROPIN [INJ]
nortriptyline
NOVOEIGHT [INJ]
NUCYNTA, NUCYNTA ER
NUEDEXTA
NUVARING
nystatin oral suspension
nystatin topical

## O

ofloxacin
olanzapine
olmesartan
olmesartan/hctz
olopatadine
omega-3 acid ethyl esters
omeprazole delayed-release
ondansetron
ondansetron orally
    disintegrating tablets
ONETOUCH KITS/METERS;
    ULTRA 2, ULTRAMINI,
    VERIO, VERIO FLEX,
    VERIO IQ, VERIO SYNC
ONETOUCH TEST STRIPS;
    ULTRA, VERIO
ONEXTON
OPSUMIT
ORACEA
ORTHOVISC [INJ]
OTEZLA
OTOVEL
OTREXUP [INJ]
oxcarbazepine
oxybutynin ext-release
oxycodone
oxycodone/acetaminophen
OXYCONTIN

## P

pantoprazole delayed-release
paroxetine
PAZEO
penicillin v potassium
PENTASA
PERFOROMIST
PHOSLYRA
PICATO
pioglitazone
PLEGRIDY [INJ]
polymyxin/trimethoprim
    eye solution
potassium chloride
    ext-release
PRALUENT [INJ]
pramipexole
pravastatin
prednisolone acetate
    eye suspension
prednisolone sodium
    phosphate
prednisone
PREMARIN CREAM
PREMARIN TABS
PREMPHASE
PREMPRO
PREPOPIK
PROAIR HFA
PROAIR RESPICLICK
PROCRIT [INJ]
progesterone micronized
PROLENSA
promethazine
promethazine/
    dextromethorphan
propranolol
propranolol ext-release
PULMICORT FLEXHALER
PYLERA

## Q

QNASL
QUDEXY XR
quetiapine
QUILLICHEW ER
QUILLIVANT XR
quinapril
QVAR

## R

rabeprazole delayed-release
RAGWITEK
raloxifene
ramipril
RANEXA
ranitidine
RAPAFLO
RASUVO [INJ]
REBIF [INJ]
RECTIV
RELISTOR [INJ]
REMICADE [INJ]
RENVELA TABLETS
REPATHA [INJ]
RESTASIS

risperidone
rizatriptan
ropinirole
rosuvastatin

## S

SAFYRAL
SANCUSO
SAVELLA
SEREVENT DISKUS
sertraline
SIMPONI 100 MG (for
    ulcerative colitis only) [INJ]
simvastatin
SKYLA
SOLIQUA [INJ]
SOLODYN
SOMATULINE DEPOT [INJ]
SOOLANTRA
SPIRIVA HANDIHALER
SPIRIVA RESPIMAT
spironolactone
sprintec
SPRYCEL
STELARA SC [INJ]
STIOLTO RESPIMAT
STRENSIQ [INJ]
STRIVERDI RESPIMAT
SUBOXONE SL FILM
sulfamethoxazole/
    trimethoprim
sumatriptan
SUPREP
SYMBICORT
SYMLINPEN [INJ]
SYNJARDY, SYNJARDY XR

## T

TACLONEX SUSPENSION
tamoxifen
tamsulosin ext-release
TARCEVA
TAYTULLA
TAZORAC GEL
TAZORAC 0.05% CREAM
TECFIDERA
TECHNIVIE
TEKTURNA, TEKTURNA HCT
temazepam
terazosin
terconazole vaginal
testosterone cypionate [INJ]
timolol maleate eye solution
tizanidine
TOBI PODHALER
TOBRADEX OINTMENT
TOBRADEX ST
tobramycin eye solution
tobramycin/dexamethasone
    eye suspension
topiramate
TOUJEO SOLOSTAR [INJ]
TOVIAZ
TRACLEER
TRADJENTA
tramadol
TRAVATAN Z

trazodone
TRESIBA [INJ]
triamcinolone topical
triamterene/hctz
trinessa
tri-sprintec
TRULICITY [INJ]
TUDORZA PRESSAIR
TYMLOS [INJ]

## U

UCERIS TABLETS
ULORIC
UPTRAVI

## V

valacyclovir
valsartan
valsartan/hctz
VARUBI
VASCEPA
VELPHORO
VELTASSA
venlafaxine
venlafaxine ext-release
VENTOLIN HFA
verapamil ext-release
VESICARE
VIAGRA
VIBERZI
VIEKIRA PAK
VIEKIRA XR
VIIBRYD
VIMPAT
VIOKACE
VOSEVI
VYVANSE

## W

warfarin
WELCHOL

## X

XARELTO
XELJANZ, XELJANZ XR
XIFAXAN
XIGDUO XR
XIIDRA
XTANDI
XULTOPHY [INJ]

## Z

ZARXIO [INJ]
ZENPEP
zolpidem
zolpidem ext-release
ZOMIG NASAL
ZONTIVITY
ZOVIRAX CREAM
ZUBSOLV
ZYLET
ZYTIGA

*Please note that product placement for the Treatment for Inflammatory Conditions is under consideration and changes may occur based upon changes in market dynamics and new product launches.*

Go to express-scripts.com/2018drugs for a full list of formulary exclusions with their covered alternatives or log on to check your group drug prices. Costs for covered alternatives may vary.

© 2017 Express Scripts Holding Company
All Rights Reserved

THIS DOCUMENT LIST IS EFFECTIVE JANUARY 1, 2018 THROUGH DECEMBER 31, 2018. THIS LIST IS SUBJECT TO CHANGE.
You can find more information at express-scripts.com.

#1702 NP-A
PRMT22157-18 (09/15/17)