# EXHIBIT J-2



# 2018 National Preferred Formulary Exclusions

The excluded medications shown below are not covered on the Express Scripts drug list. In most cases, if you fill a prescription for one of these drugs, you will pay the full retail price.

**Take action to avoid paying full price.** If you're currently using one of the excluded medications, please ask your doctor to consider writing you a new prescription for one of the following preferred alternatives. Additional covered alternatives may be available. Costs for covered alternatives may vary. Log on to **express-scripts.com/covered** to compare drug prices. Not all the drugs listed are covered by all prescription plans; check your benefit materials for the specific drugs covered and the copayments for your plan. For specific questions about your coverage, please call the number on your member ID card.

Express Scripts manages your prescription plan for your employer, plan sponsor, health plan or benefit fund. These excluded medications do not apply to Medicare plans.

| Drug Class | Excluded Medications | Preferred Alternatives |
|---|---|---|
| **AUTONOMIC & CENTRAL NERVOUS SYSTEM**<br>Anti-Migraine Therapy | SUMAVEL DOSEPRO | sumatriptan injection |
| Antiparkinsonism Agents | GOCOVRI ER | amantadine capsules, amantadine tablets, amantadine oral solution |
| Duchenne Muscular Dystrophy (DMD) Agents | EMFLAZA | prednisone solution, prednisone tablets |
| | EXONDYS 51 | No alternatives recommended |
| Long-Acting Opioid Oral Analgesics | OPANA ER, OXYCODONE ER | hydromorphone ER, morphine sulfate ER, oxymorphone ER, HYSINGLA ER, NUCYNTA ER, OXYCONTIN |
| Narcotic Analgesics | BUPRENORPHINE PATCHES, BUTRANS | fentanyl patches, hydromorphone ER, morphine sulfate ER, oxymorphone ER, HYSINGLA ER, NUCYNTA ER, OXYCONTIN |
| Narcotic Antagonists | EVZIO | naloxone syringe, NARCAN NASAL SPRAY |
| Neuropathic Agents | LYRICA CR | gabapentin, GRALISE, LYRICA |
| Transmucosal Fentanyl Analgesics | ABSTRAL, FENTORA, LAZANDA | fentanyl citrate lozenges |
| **CARDIOVASCULAR**<br>PCSK9 Inhibitors | REPATHA | PRALUENT |
| **DERMATOLOGICAL**<br>Oral Agents For Rosacea | DOXYCYCLINE 40 MG CAPSULES | ORACEA |
| Topical Acne/Antibiotic Combinations | AKTIPAK, VELTIN | clindamycin/benzoyl peroxide, clindamycin/tretinoin, erythromycin/benzoyl peroxide, ACANYA, ONEXTON |
| Topical Agents for Actinic Keratosis | FLUOROURACIL 0.5% CREAM, ZYCLARA | diclofenac 3% gel, fluorouracil 2% solution, fluorouracil 5% cream, imiquimod 5% cream, CARAC, PICATO |
| **DIABETES**<br>Blood Glucose Meters & Test Strips | ABBOTT (FREESTYLE, PRECISION), BAYER (BREEZE, CONTOUR), NATIONAL MEDICAL (ADVOCATE), OMNIS HEALTH (EMBRACE, VICTORY), ROCHE (ACCU-CHEK), TRIVIDIA (TRUETEST, TRUETRACK), UNISTRIP | LIFESCAN (ONETOUCH) |
| Dipeptidyl Peptidase-4 Inhibitors & Combinations | ALOGLIPTIN, NESINA, ONGLYZA | JANUVIA, TRADJENTA |
| | ALOGLIPTIN/METFORMIN, KAZANO, KOMBIGLYZE XR | JANUMET, JANUMET XR, JENTADUETO, JENTADUETO XR |
| Glucagon-Like Peptide-1 Agonists | ADLYXIN, TANZEUM, VICTOZA | BYDUREON, BYETTA, TRULICITY |
| Insulins | NOVOLIN | HUMULIN |
| | ADMELOG, APIDRA, FIASP, NOVOLOG | HUMALOG |
| **EAR/NOSE**<br>Nasal Steroids | BECONASE AQ, OMNARIS, ZETONNA | budesonide, flunisolide, fluticasone, mometasone, QNASL |
| Otic Fluoroquinolone Antibiotics | CETRAXAL | ciprofloxacin ear solution, ofloxacin ear solution, CIPRODEX, OTOVEL |
| **ENDOCRINE (OTHER)**<br>Estrogen and Estrogen Modifiers for Vaginal Symptoms | FEMRING | estradiol patches, estradiol tablets, yuvafem, ESTRACE CREAM, ESTRING, PREMARIN CREAM, PREMARIN TABLETS |
| Growth Hormones | NUTROPIN AQ NUSPIN, OMNITROPE, SAIZEN, SAIZENPREP, ZOMACTON | GENOTROPIN, HUMATROPE, NORDITROPIN |

*Continued*

© 2018 Express Scripts Holding Company. All Rights Reserved.
Other trademarks are the property of their respective owners.

204612
DL44109Q-SD-18 (07/15/2018)

| Drug Class | Excluded Medications | Preferred Alternatives |
|---|---|---|
| **ENDOCRINE (OTHER)** *(continued)*<br>Somatostatin Analogs | SANDOSTATIN LAR DEPOT, SIGNIFOR LAR | SOMATULINE DEPOT |
| Topical Estrogen Gels | ESTROGEL | DIVIGEL |
| Topical Testosterone Products | FORTESTA, NATESTO, TESTOSTERONE GEL | ANDROGEL 1.62% |
| **GASTROINTESTINAL**<br>Inflammatory Bowel Agents | ASACOL HD, DELZICOL, DIPENTUM, MESALAMINE 800 MG DELAYED-RELEASE | balsalazide disodium, mesalamine 1.2 gm delayed release, sulfasalazine, APRISO, PENTASA |
| Irritable Bowel Syndrome and Chronic Constipation Agents | TRULANCE | AMITIZA, LINZESS |
| Pancreatic Enzymes | PANCREAZE, PERTZYE | CREON, ZENPEP |
| Proton Pump Inhibitors | ACIPHEX SPRINKLE, PRILOSEC SUSPENSION, PROTONIX SUSPENSION | esomeprazole, lansoprazole, omeprazole, pantoprazole, rabeprazole, NEXIUM PACKETS |
| **HEMATOLOGICAL**<br>Erythropoiesis-Stimulating Agents | ARANESP, EPOGEN, MIRCERA | PROCRIT |
| Granulocyte Colony Stimulating Factors | NEUPOGEN | GRANIX, ZARXIO |
| **HEPATITIS**<br>Hepatitis C | DAKLINZA, OLYSIO, SOVALDI, ZEPATIER | EPCLUSA, HARVONI, MAVYRET, TECHNIVIE, VIEKIRA PAK, VIEKIRA XR, VOSEVI |
| **MUSCULOSKELETAL & RHEUMATOLOGY**<br>Gout Therapy | COLCHICINE | COLCRYS, MITIGARE |
| **OBSTETRICAL & GYNECOLOGICAL**<br>Gonadotropin-Releasing Hormone (GnRH) Antagonists (for Infertility) | GANIRELIX ACETATE | CETROTIDE |
| Ovulatory Stimulants (Follitropins) | BRAVELLE, FOLLISTIM AQ | GONAL-F, GONAL-F RFF, GONAL-F RFF REDI-JECT |
| Vaginal Progesterones | ENDOMETRIN | CRINONE 8% GEL |
| **OPHTHALMIC**<br>Antiglaucoma Drugs (Beta-Adrenergic Blockers) | TIMOPTIC OCUDOSE | betaxolol drops, levobunolol drops, timolol drops, ALPHAGAN P 0.1%, COMBIGAN |
| Antiglaucoma Drugs (Ophthalmic Prostaglandins) | ZIOPTAN | bimatoprost drops, latanoprost drops, LUMIGAN, TRAVATAN Z |
| Ophthalmic Non-Steroidal Anti-Inflammatory Drugs (NSAIDs) | ACUVAIL, NEVANAC | bromfenac drops, diclofenac drops, ketorolac drops, ILEVRO, PROLENSA |
| **OSTEOARTHRITIS**<br>Hyaluronic Acid Derivatives | DUROLANE, GEL-ONE, GELSYN-3, GENVISC 850, HYALGAN, HYMOVIS, SUPARTZ FX, SYNVISC, SYNVISC-ONE, VISCO-3 | EUFLEXXA, MONOVISC, ORTHOVISC |
| **RENAL DISEASE**<br>Phosphate Binders | FOSRENOL POWDER PACKET, RENAGEL | lanthanum, sevelamer carbonate, PHOSLYRA, VELPHORO |
| **RESPIRATORY**<br>Epinephrine Auto-Injector Systems | AUVI-Q, EPINEPHRINE AUTO-INJECTOR (BY A-S MEDICATION, IMPAX & LINEAGE) | EPINEPHRINE AUTO-INJECTOR (BY MYLAN), EPIPEN, EPIPEN JR |
| Pulmonary Anti-Inflammatory Inhalers | ALVESCO | ARMONAIR RESPICLICK, ARNUITY ELLIPTA, ASMANEX HFA/TWISTHALER, FLOVENT DISKUS/HFA, PULMICORT FLEXHALER, QVAR |
| Short-Acting Beta$_2$-Agonist Inhalers | LEVALBUTEROL HFA, PROVENTIL HFA, XOPENEX HFA | PROAIR HFA/RESPICLICK, VENTOLIN HFA |
| **UROLOGICAL**<br>Erectile Dysfunction Oral Agents | LEVITRA, STAXYN | sildenafil, CIALIS |
| **WEIGHT LOSS**<br>Weight Loss Agents | QSYMIA | benzphetamine, diethylpropion, phentermine |
| **MISCELLANEOUS AGENTS** | ENDARI | Over-the-Counter glutamine powder or tablets |
| | MEBOLIC, OMNIVEX, XYZBAC, ZYVIT | Over-the-Counter multivitamin combination plus folic acid |
| | NOCTIVA | desmopressin tablets |

*Continued*

© 2018 Express Scripts Holding Company. All Rights Reserved.
Other trademarks are the property of their respective owners.

204612
DL44109Q-SD-18 (07/15/2018)

## Indication Based Management

| Drug Class | Nonpreferred Medications | Preferred Alternatives |
|---|---|---|
| **INFLAMMATORY CONDITIONS** | All other Brand Name medications for Inflammatory Conditions are Nonpreferred. Approval may be granted following a coverage review. A trial of one or more Preferred medications is required prior to initiating therapy with a Nonpreferred medication. A formulary exception may be granted for patients already established on therapy with a Nonpreferred medication. | ACTEMRA, COSENTYX, ENBREL, HUMIRA, INFLECTRA, OTEZLA, REMICADE, RENFLEXIS, SIMPONI 100 MG (FOR ULCERATIVE COLITIS ONLY), STELARA SC, TREMFYA*, XELJANZ, XELJANZ XR |

*\* This medication may be subject to step therapy.*

## Excluded Medications/Products at a Glance

ABBOTT (FREESTYLE, PRECISION)
ABILIFY^
ABSTRAL
ACIPHEX^
ACIPHEX SPRINKLE
ACUVAIL
ADDERALL^
ADLYXIN
ADMELOG
AKTIPAK
ALOGLIPTIN
ALOGLIPTIN/METFORMIN
ALVESCO
ANDROGEL 1%^
ANUSOL-HC^
APIDRA
ARANESP
ARIMIDEX^
ASACOL HD
ATACAND^, ATACAND HCT^
AUVI-Q
AVALIDE^, AVAPRO^
AVODART^
AZOR^
BAYER (BREEZE, CONTOUR)
BECONASE AQ
BENICAR^, BENICAR HCT^
BRAVELLE
BUPAP^
BUPRENORPHINE PATCHES
BUTRANS
CELEBREX^
CELEXA^
CETRAXAL
COLCHICINE
COREG^
COSOPT^
COZAAR^, HYZAAR^
CRESTOR^
CYMBALTA^
CYTOMEL^
DAKLINZA
DELZICOL
DETROL^, DETROL LA^
DIOVAN^, DIOVAN HCT^
DIPENTUM
DOXYCYCLINE 40 MG CAPSULES
DUROLANE
EFFEXOR XR^
EMFLAZA
ENDARI
ENDOMETRIN
EPINEPHRINE AUTO-INJECTOR
    (BY A-S MEDICATION, IMPAX & LINEAGE)
EPOGEN
ESTROGEL
EVZIO
EXFORGE^, EXFORGE HCT^
EXONDYS 51
FEMRING
FENTORA
FIASP
FLUOROURACIL 0.5% CREAM
FOLLISTIM AQ

FORTESTA
FOSRENOL CHEWABLE TABLET^
FOSRENOL POWDER PACKET
GANIRELIX ACETATE
GEL-ONE
GELSYN-3
GENVISC 850
GLEEVEC^
GLUCOPHAGE^, GLUCOPHAGE XR^
GLUMETZA^
GOCOVRI ER
HYALGAN
HYMOVIS
IMITREX^
INDERAL LA^
INTUNIV^
ISTALOL^
KAZANO
KEPPRA^, KEPPRA XR^
KOMBIGLYZE XR
LAMICTAL^, LAMICTAL ODT^, LAMICTAL XR^
LAZANDA
LEVALBUTEROL HFA
LEVITRA
LEXAPRO^
LIBRAX^
LIDODERM^
LIPITOR^
LOESTRIN^, LOESTRIN FE^
LOTREL^
LOVENOX^
LUNESTA^
LYRICA CR
MAXALT^, MAXALT MLT^
MEBOLIC
MESALAMINE 800 MG DELAYED-RELEASE
MICARDIS^, MICARDIS HCT^
MINASTRIN 24 FE^
MIRCERA
NASONEX^
NATESTO
NATIONAL MEDICAL (ADVOCATE)
NESINA
NEUPOGEN
NEURONTIN^
NEVANAC
NOCTIVA
NORVASC^
NOVOLIN
NOVOLOG
NUTROPIN AQ NUSPIN
OLYSIO
OMNARIS
OMNIS HEALTH (EMBRACE, VICTORY)
OMNITROPE
OMNIVEX
ONGLYZA
OPANA ER
ORTHO TRI-CYCLEN^, ORTHO TRI-CYCLEN LO^
OXYCODONE ER
PANCREAZE
PERTZYE
PLAQUENIL^
PLAVIX^

PREVACID^, PREVACID SOLUTAB^
PRILOSEC SUSPENSION
PRISTIQ^
PROTONIX^
PROTONIX SUSPENSION
PROVENTIL HFA
PROVIGIL^
PROZAC^
PULMICORT RESPULES^
QSYMIA
RENAGEL
REPATHA
ROCHE (ACCU-CHEK)
SAIZEN, SAIZENPREP
SANDOSTATIN LAR DEPOT
SEROQUEL^, SEROQUEL XR^
SIGNIFOR LAR
SINGULAIR^
SOVALDI
STAXYN
STRATTERA^
SUMAVEL DOSEPRO
SUPARTZ FX
SYNVISC, SYNVISC-ONE
TANZEUM
TESTIM^
TESTOSTERONE GEL
TIKOSYN^
TIMOPTIC OCUDOSE
TOBI SOLUTION^
TOPAMAX^
TRIBENZOR^
TRICOR^
TRILEPTAL^
TRIVIDIA (TRUETEST, TRUETRACK)
TRULANCE
UNISTRIP
VALIUM^
VALTREX^
VELTIN
VICTOZA
VISCO-3
VOGELXO^
VYTORIN^
WELLBUTRIN SR^
XALATAN^
XANAX^, XANAX XR^
XENAZINE^
XOPENEX HFA
XYZBAC
ZEGERID^
ZEPATIER
ZETIA^
ZETONNA
ZIOPTAN
ZOCOR^
ZOLOFT^
ZOMACTON
ZOMIG TABLETS^, ZOMIG ZMT^
ZYCLARA
ZYFLO CR^
ZYVIT

*^ Multisource brand exclusion – The generic equivalent of this brand-name medication is covered under your plan. FDA-approved generic medications meet strict standards and contain the same active ingredients as their corresponding brand-name medications, although they may have a different appearance.*

© 2018 Express Scripts Holding Company. All Rights Reserved.
Other trademarks are the property of their respective owners.

204612
DL44109Q-SD-18 (07/15/2018)