# EXHIBIT K-1



# Putting the brakes on the opioid epidemic



**The opioid crisis does not discriminate. Anyone is vulnerable.
Everyone is affected.**

With your help, Express Scripts is combating this epidemic, fighting for the lives of grandfathers, daughters, friends and your employees by working to stop opioid abuse in its tracks. Learn how you can stop the opioid epidemic.

Make an impact (http://my.express-scripts.com/opioids-Form-Visit-Page.html)

## What is our Advanced Opioid Management$^{SM}$ solution?

A **clinically-driven** solution combating a nationally recognized crisis, our Advanced Opioid Management (AOM) suite of services provide a dynamic way to fight opioid abuse, meeting patients at the doctor's office, at the pharmacy and at home. Watch our video to learn more about the opioid crisis and how together, we can make a change.



**90+ people die** on an average day from an opioid-related overdose[2]

**2 million people** are addicted to prescription narcotics[4]

The odds of continuing opioid use after one year are **20%** after receiving a ten-day supply[1]

The opioid crisis accounts for **$25 billion** in lost productivity annually[3]

## How does the Advanced Opioid Management solution work?

**At the doctor's office:**

- Prescriber messages provided through electronic medical record, fax or letter
- Alerts sent when patient activity indicates potential abuse
- Prescriber education & peer comparison
- Enhanced Fraud, Waste & Abuse

**At home:**

- Informational letter detailing the risks of opioid use
- Supply of drug disposal bags, when needed, reducing the chance for excessive use or distribution
- Proactive Neuroscience Therapeutic Research Center pharmacist outreach

**At the pharmacy:**

- Concurrent drug utilization reviews identifying the most pertinent clinical patient safety or utilization concerns
- First-time users limited to a seven-day supply of short-acting opioids
- Prior authorization on first fill of a long-acting opioid to encourage a safe start
- Pharmacy intervention triggered when patient dosage across all opioids reaches certain level
- Safer fentanyl utilization initiatives

*Share graphic* (mailto:?subject=More%20Inf scripts.com/rs/809-VGG-836/images/Express OpioidEpidemicDow

Hover icons to learn more



PATIENT



# The first 90 days of the program has seen a nearly 60% reduction
in the average days' supply for new opioid-prescribed patients.

(from 18.6 days' supply per prescription to 7.5)

Learn more (http://my.express-scripts.com/opioids-Form-Visit-Page.html)

## Our Lasting Legacy of Education

Express Scripts has a long history of working to make the use of prescription medications safer, and our Advanced Opioid Management solution is just one of the products of our efforts.

We support national and state intervention. However, we know that government regulations and initiatives are only one part of the solution. The answers lie in education, coordination and action. Our efforts are **receiving national attention**, and you can join us in creating change. Preview our leadership library below, and start learning about how you can directly contribute to solving the opioid crisis.



### Helping doctors, protecting patients

Our Advanced Opioid Management is more than just utilization management: it's also about patient education and care, proper disposal of unused medication, and using data to enable action.

(http://my.express-scripts.com/opioids-Form-page.html)



### Why "Abuse Deterrent" is a misnomer

Instead of mandating first-line coverage for ADF opioids, we must remain committed to reducing opioid misuse through a comprehensive, well-coordinated solution that includes law enforcement, providers, plan sponsors and patients.

(http://my.express-scripts.com/opioids-Form-page.html)

 **Data helps docs prescribe opioids safely**

Successfully addressing safe opioid use while ensuring access to these medications for patients in pain requires a comprehensive approach that includes patients, pharmacies, and — critically important — physician education and outreach.

(http://my.express-scripts.com/opioids-Form-page.html)

 **5 key takeaways for Senate HELP Committee**

As policymakers look for ways to rein in drug costs and improve patient care, they need look no further than what pharmacy benefit managers like Express Scripts do every day. PBMs help employers, unions and health plans provide affordable benefits to American families.

(http://my.express-scripts.com/opioids-Form-page.html)

To read these articles and more, access our Leadership Library. (http://my.express-scripts.com/opioids-Form-page.html)

1. Shah A, Hayes CJ, Martin BC. Characteristics of Initial Prescription Episodes and Likelihood of Long-Term Opioid Use — United States, 2006–2015. MMWR Morb Mortal Wkly Rep 2017;66:265–269. DOI: http://dx.doi.org/10.15585/mmwr.mm6610a1 (//dx.doi.org/10.15585/mmwr.mm6610a1)

2. Department of Health and Human Services and Centers for Disease Control

3. American Journal of Managed Care (//www.ajmc.com/journals/supplement/2015/ace0029_aug15_painrems/ace0029_aug15_painrems_fudin)

4. Center for Disease Control and Prevention

---

Have questions about the content on this site? Contact your Express Scripts representative or email us at pharmacysmarter@express-scripts.com (mailto:pharmacysmarter@express-scripts.com).

Visit our corporate website (http://lab.express-scripts.com/lab/insights/drug-safety-and-abuse/changing-the-way-we-fight-the-opioid-epidemic) to access more articles and information about Express Scripts.

© 2018 Express Scripts Holding Company. All Rights Reserved. Terms and Conditions (http://my.express-scripts.com/AOM-TOU.html) | Privacy Policy (http://my.express-scripts.com/AOM-Privacy-Policy.html)