# EXHIBIT L



# OptumRx: Driving Smarter Health Care Connections

*OptumRx is a pharmacy care services company that creates smarter health care connections to help more than 65 million Americans realize improved care, lower costs and a better overall experience.*

## Innovative Tools and Strategies

Fueled by a flexible client focus, industry-leading platform and clinical and operational capabilities, OptumRx leverages the unique solutions within Optum to solve modern health care challenges. We deliver significant value to our clients and members through enhanced services and cost trend management, driven by our unparalleled technology, expert resources, greater efficiencies and scale. Specifically, we offer:

**Connected Pharmacy Care Experience**
OptumRx is the only company that can offer a completely synchronized pharmacy care experience, combining comprehensive member engagement with unparalleled health data and analytics.

**Size and Scale**
As one of the three largest participants in the pharmacy benefit management (PBM) sector, we will fill more than one billion scripts annually, a scale that will deliver greater economic value. Enhanced economics and administrative improvements from the OptumRx / Catamaran combination will lead to increased savings and drive value that will directly benefit clients and individuals through reduced costs for prescriptions and enhanced pharmacy services.

**Member Engagement**
We take a comprehensive approach to member engagement. In every interaction we focus not only on a member's immediate need or question, but also on improving their total health. This includes connecting them to other services, including wellness or behavioral support, disease and care management programs; identifying any potential safety or adherence issues; and promoting lower cost alternatives.

**Innovation and Flexibility**
Innovation is at the heart of who we are and how we have grown. We have enhanced product offerings to meet client needs including clinical, network, drug management, member engagement and custom benefit designs. These flexible offerings align with client and member goals and deliver significant value.

**Technical Capabilities Across a Variety of Markets**
The RxClaim platform has a proven success record in building client-specific solutions. These capabilities will continue to serve multiple markets and government programs including commercial, managed care, Medicaid, Medicare, labor and trust, workers compensation and others.

### Key Statistics

– More than 10,000 employees
– HQ in Eden Prairie, Minn.
– 65M+ members served
– Process more than 1 billion pharmacy claims annually
– National network of 67,000 community pharmacies
– $74 billion total pharmacy spend

## Better Connecting Care

In order to drive transformative change and deliver quality holistic care, an individual's care must be intelligently connected through an approach called Synchronization.

Synchronization connects each of the pillars of health care together to provide a 360 degree view of a consumer, insights into the next best action for that consumer, and empowers consumers to participate more actively in their health. OptumRx was an early champion of Synchronization and now, with the combination of OptumRx and Catamaran, we will take it to the next level together. Specifically, we are focused on:

- *Connected Care* – Blending health systems, programs and people to address the complex needs of each consumer.

- *Connected Engagement* – Surrounding consumers at every health care touchpoint with intelligent and actionable information.

- *Connected Data and Expertise* – Using technology and analytics to power smarter strategies that proactively address utilization and cost trends.

- *Connected Partnerships* – Building clients for life through flexible engagements to address modern health care dynamics.

© 2015 OptumRx, Inc. All rights reserved.

Company Overview

## Specialty Pharmacy Services

Managing overall specialty cost is a complex challenge because coverage of specialty drugs is often split between a patient's medical and pharmacy benefit plan. Our competitive advantage is our ability to manage specialty pharmacy across both medical and pharmacy benefits. We dedicate specialized teams, distribution channels, training, clinical programs and outcomes to make a measurable impact in the lives of our customers. Utilizing this non-traditional approach, we have achieved statistically significant lower gaps in therapy:

- $3.21 per member per month savings for first year of program and $3.00 per member per month savings ongoing (years 2-4).[1]

Our experience and multi-faceted approach gives us the ability to help customers manage complex costs and outcomes as this portion of the pharmaceutical market expands from an estimated $100 billion in spend in 2014 to potentially $400 billion annually by 2020.

## Clinical Programs

Delivering quality health care is our top priority. Our clinical programs and services address care components across more than 200 disease states and conditions.

- We can synchronize medical, pharmacy and clinical data in a way that supports member health awareness and behavior. This enables us to apply the full breadth of our resources to manage costs and achieve healthier outcomes.

- Generic medications provide excellent value and quality for consumers and payers. Our generic utilization rates are among the best in the industry at 84.4 percent (OptumRx) and 85 percent (Catamaran).

## Consistently Recognized for Service and Clinical Excellence


First PBM to earn all four URAC Pharmacy Quality Management accreditations: Pharmacy Benefit Management, Drug Therapy Management, Mail Service and Specialty Pharmacy.


Verified Internet Pharmacy Practice Sites (VIPPS) reaccreditation by the National Association of Boards of Pharmacy® for web-based pharmacies.


Earned a silver 2014 eHealthcare Leadership Award for best patient access and convenience website.

## Recent Innovations

| Year | Innovations |
|---|---|
| 2016+ | Client Concierge Service; Behavioral Health Integration |
| 2015 | Health Care Advisor Model; OptumRx Mobile App; 360 Health and Savings Alerts; Diabetes Management Program; First Outcomes-Based Guarantee (Hep C) |
| 2014 | Mail Service Member Select; Innovation Now Series: SECURE, Hospital Transition Program |
| 2013 | Clinical Synchronization; Pharmacist on the Care Team; Specialty Member Video Consults |
| 2011 | Electronic Real-Time COB; Online Prior Authorization |
| 2010 | Adherence Text Messaging; Price Protection |
| 2009 | Integrated eSync™ Platform; Exclude at Launch Program |
| 2008 | Retail Pharmacy Savings Alert Messaging |
| 2006 | Real-Time Claims Audit; Nexium Exclusion |
| 2005 | Advantage PDL (any drug, any tier); Specialty Pharmacy Program |

**OPTUM™**

optumrxsales@optum.com | optum.com/optumrx

All Optum™ trademarks and logos are owned by Optum, Inc. All other brand or product names are trademarks or registered marks of their respective owners.

© 2015 OptumRx, Inc. All rights reserved.