# EXHIBIT M-4



# Your 2018 Formulary

**Effective July 1, 2018**



**For the most current list of covered medications or if you have questions:**

 Call the toll-free member phone number on your ID card.

 Visit your plan's member website listed on your ID card to:

• Locate a participating retail pharmacy by ZIP code.

• Look up possible lower-cost medication alternatives.

• Compare medication pricing and options.

**Premium Standard**

## Understanding your formulary

**What is a formulary?**
A formulary is a list of prescribed medications selected
by your plan for their safety, cost and effectiveness.
Medications are listed by categories or classes and are
placed into cost levels known as tiers. It includes both brand
and generic prescription medications approved by the
U.S. Food and Drug Administration (FDA).

**How do I use my formulary?**
You and your doctor can consult the formulary to help you
select the most cost-effective prescription medications.
This guide tells you if a medication is generic or brand, and
if special rules apply. Bring this list with you when you see
your doctor. If your medication is not listed here, please visit
your plan's member website or call the toll-free member
phone number on your ID card.

**About this formulary**
Where differences exist between
this formulary and your benefit
plan documents, the benefit plan
documents rule. This may not be
a complete list of medications,
and not all medications listed
may be covered by your plan.
Please look at the benefit plan
documents provided by your
employer or plan sponsor for
full details.

**What are tiers?**
Tiers are the different cost levels you pay for a medication. Each tier is assigned a cost,
determined by your employer or plan sponsor. This is how much you will pay when
you fill a prescription.

**When does the formulary change?**
- Medications may move to a lower tier at any time.

- Medications may move to a higher tier when a generic equivalent becomes available.

- Medications may move to a higher tier or be excluded from coverage on January 1
  or July 1 of each year.

When a medication changes tiers, you may have to pay a different amount for that medication.

**Why are some medications excluded from coverage?**
A medication may be excluded from coverage under your pharmacy benefit when it works the
same as or similar to another prescription or over-the-counter (OTC) medication.

**What if I don't agree with a decision about an excluded medication?**
You (or your authorized representative) and your doctor can ask for an initial coverage decision
by calling the toll-free member phone number on your ID card.

## Medication tips

**What is the difference between brand-name and generic medications?**
Generic medications contain the same active ingredients (what makes the medication work) as brand-name medications, but they often cost less. Once the patent for a brand-name medication ends, the FDA can approve a generic version with the same active ingredients.

**What if my doctor writes a brand-name prescription?**
If your doctor gives you a prescription for a brand-name medication, ask if a generic equivalent or lower-cost option is available and could be right for you. Generic medications are usually your lowest-cost option.

**Over-the-counter medications**
An OTC medication may be the right treatment option for some conditions. Talk to your doctor about available OTC options. Even though these medications may not be covered by your pharmacy benefit, they may cost less than a prescription medication.

**What if I am taking a specialty medication?**
Specialty medications treat rare or complex conditions and are typically higher cost medications. Please note, not all specialty medications are listed in the formulary. BriovaRx®, the OptumRx specialty pharmacy, can provide most of your specialty medications along with helpful programs and services. Call BriovaRx and have your prescriptions delivered right to your home or doctor's office.

## Reading your formulary

The formulary gives you choices so you and your doctor can determine your best course of treatment. In this formulary, brand-name medications are shown in UPPERCASE (for example, CLOBEX) and generic medications in lowercase (for example, clobetasol).

**Tier information**

Using lower tier or preferred medications can help you pay your lowest out-of-pocket cost. Your plan may have multiple or no tiers. Please note: If you have a high deductible plan, the tier cost levels will apply once you hit your deductible.

| Drug Tier | | Includes | Helpful Tips |
|---|---|---|---|
| Tier 1 | $ | **Lower-cost** generics and some brand-name | Use Tier 1 drugs for the lowest out-of-pocket costs. |
| Tier 2 | $$ | **Mid-range cost** preferred brand-name | Use Tier 2 drugs, instead of Tier 3, to help reduce your out-of-pocket costs. |
| Tier 3 | $$$ | **Highest-cost** non-preferred | Many Tier 3 drugs have lower-cost options in Tier 1 or 2. Ask your doctor if they could work for you. |
| Tier E | ⊗ | **Excluded** | May be excluded from coverage or subject to prior authorization. Lower-cost options are available and covered. |

**Drug list information**

In this drug list, some medications are noted with letters next to them to help you see which ones may have coverage requirements or limits. Your benefit plan determines how these medications may be covered for you.

| | |
|---|---|
| **M** | Authorized generic or co-branded product |
| **PA** | **Prior Authorization** – Your doctor is required to provide additional information to determine coverage. |
| **QL** | **Quantity Limit** – Medication may be limited to a certain quantity. |
| **SP** | **Specialty Medication** – Medication is designated as specialty. |
| **ST** | **Step Therapy** – Trial of lower-cost medication(s) is required before a higher-cost medication can be covered. |
| **3P** | Tier 3 preferred |

## Table of Contents

Analgesics - Drugs for Pain ............................. 6
Analgesics - Drugs for Pain and Inflammation . 7
Anesthetics ..................................................... 7
Anti-Addiction / Substance Abuse Treatment
  Agents ......................................................... 7
Antibacterials ................................................. 8
Anticoagulants ............................................... 9
Anticonvulsants - Drugs for Seizures .............. 9
Antidementia Agents - Drugs for Alzheimer's
  Disease and Dementia .................................. 9
Antidepressants ............................................. 9
Antiemetics - Drugs for Nausea and Vomiting 10
Antifungals .................................................... 10
Antigout Agents ............................................ 10
Antimigraine Agents ...................................... 11
Antineoplastics - Drugs for Cancer ................ 11
Antiparasitics ................................................ 11
Antiparkinson Agents .................................... 11
Antiplatelets ................................................. 11
Antipsychotics - Drugs for Mood Disorders .... 11
Antivirals ...................................................... 11
Anxiolytics - Drugs for Anxiety ....................... 12
Bipolar Agents - Drugs for Mood Disorders .... 12
Blood Products / Modifiers / Volume
  Expanders - Drugs for Bleeding Disorders ... 12
Cardiovascular Agents - Drugs for Heart and
  Circulation Conditions .................................. 13
Central Nervous System Agents - Drugs for
  Attention Deficit Disorder ............................. 15
Central Nervous System Agents - Drugs for
  Multiple Sclerosis ........................................ 15
Central Nervous System Agents -
  Miscellaneous ............................................. 16
Dental and Oral Agents - Drugs for Mouth
  and Throat Conditions .................................. 16
Dermatological Agents - Drugs for Skin
  Conditions ................................................... 16
Diabetes - Antidiabetic Agents ....................... 17
Diabetes - Glucose Monitoring ....................... 18
Diabetes - Insulins ........................................ 19
Electrolytes / Minerals / Metals / Vitamins ...... 20
Gastrointestinal Agents - Drugs for Acid
  Reflux and Ulcer .......................................... 20
Gastrointestinal Agents - Drugs for Bowel,
  Intestine and Stomach Conditions ................ 20
Genetic or Enzyme Disorder: Drugs for
  Replacement, Modifiers, Treatment ............. 21
Genitourinary Agents - Drugs for Bladder,
  Genital and Kidney Conditions ..................... 21
Genitourinary Agents - Drugs for Prostate
  Conditions ................................................... 21

Hormonal Agents - Adrenal ............................ 21
Hormonal Agents - Men's Health ................... 22
Hormonal Agents - Osteoporosis ................... 22
Hormonal Agents - Pituitary ........................... 22
Hormonal Agents - Sex Hormones and Birth
  Control ........................................................ 23
Hormonal Agents - Thyroid ............................ 24
Immunological Agents - Drugs for Immune
  System Stimulation or Suppression ............. 25
Immunological Agents - Drugs for
  Vaccination ................................................. 26
Inflammatory Bowel Disease Agents .............. 26
Metabolic Bone Disease Agents - Drugs for
  Osteoporosis ............................................... 26
Miscellaneous Therapeutic Agents ................ 27
Ophthalmic Agents - Drugs for Eye Allergy,
  Infection and Inflammation ........................... 27
Ophthalmic Agents - Drugs for Glaucoma ...... 27
Ophthalmic Agents - Drugs for Miscellaneous
  Eye Conditions ............................................ 27
Otic Agents - Drugs for Ear Conditions .......... 28
Respiratory Tract / Pulmonary Agents -
  Drugs for Allergies, Cough, Cold ................. 28
Respiratory Tract / Pulmonary Agents -
  Drugs for Asthma and Other Lung
  Conditions                                             28
Respiratory Tract / Pulmonary Agents -
  Drugs for Pulmonary Hypertension .............. 30
Skeletal Muscle Relaxants - Drugs for
  Muscle Tension and Spasm ......................... 30
Sleep Disorder Agents ................................... 30
Index of Drugs ............................................... 31

| Drug Name | Drug Tier | Notes |
|---|---|---|
| **Analgesics - Drugs for Pain** | | |
| ABSTRAL | E | |
| acetaminophen-codeine #2 | 1 | QL |
| acetaminophen-codeine #3 | 1 | QL |
| acetaminophen-codeine #4 | 1 | QL |
| acetaminophen-codeine oral tablet 300-15 mg, 300-60 mg | 1 | QL |
| ARYMO ER | E | |
| butalbital-apap-caffeine oral capsule | 1 | |
| butalbital-apap-caffeine oral tablet 50-325-40 mg | 1 | |
| DURAGESIC-100 | E | |
| DURAGESIC-12 | E | |
| DURAGESIC-25 | E | |
| DURAGESIC-50 | E | |
| DURAGESIC-75 | E | |
| EMBEDA | 2 | PA; QL |
| fentanyl transdermal patch 72 hour 100 mcg/hr, 12 mcg/hr, 25 mcg/hr, 37.5 mcg/hr, 50 mcg/hr, 62.5 mcg/hr, 75 mcg/hr, 87.5 mcg/hr | 1 | PA; QL |
| FENTORA BUCCAL TABLET 100 MCG, 200 MCG, 400 MCG, 600 MCG, 800 MCG | E | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| hydrocodone-acetaminophen oral tablet 10-300 mg, 10-325 mg, 2.5-325 mg, 5-300 mg, 5-325 mg, 7.5-300 mg, 7.5-325 mg | 1 | QL |
| hydromorphone hcl oral tablet 2 mg, 4 mg, 8 mg | 1 | QL |
| HYSINGLA ER | 2 | PA; QL |
| KADIAN ORAL CAPSULE EXTENDED RELEASE 24 HOUR 10 MG, 100 MG, 20 MG, 200 MG, 30 MG, 40 MG, 50 MG, 60 MG, 80 MG | E | |
| LAZANDA | E | |
| methadone hcl oral tablet | 1 | PA |
| morphine sulfate er oral tablet extended release | 1 | PA; QL |
| NORCO | E | |
| NUCYNTA | E | |
| NUCYNTA ER | E | |
| OPANA ER ORAL TABLET ER 12 HOUR ABUSE-DETERRENT | E | |
| oxycodone hcl oral tablet 10 mg, 15 mg, 20 mg, 30 mg, 5 mg | 1 | QL |
| oxycodone-acetaminophen oral tablet 10-325 mg, 2.5-325 mg, 5-325 mg, 7.5-325 mg | 1 | QL |
| OXYCONTIN ORAL TABLET ER 12 HOUR ABUSE-DETERRENT | 2 | PA; QL |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| PERCOCET ORAL TABLET 10-325 MG, 2.5-325 MG, 5-325 MG, 7.5-325 MG | E | |
| SUBSYS | E | |
| tramadol hcl ir | 1 | QL |
| tramadol-acetaminophen | 1 | QL |
| XTAMPZA ER | E | |
| ZOHYDRO ER ORAL CAPSULE ER 12 HOUR ABUSE-DETERRENT | E | |
| **Analgesics - Drugs for Pain and Inflammation** | | |
| CAMBIA | E | |
| CELEBREX | E | |
| celecoxib oral | 1 | QL |
| diclofenac potassium | 1 | |
| diclofenac sodium oral | 1 | |
| diclofenac sodium transdermal gel 1 % | 1 | QL |
| DUEXIS | E | |
| etodolac oral tablet | 1 | |
| FLECTOR | 3 | QL |
| ibuprofen oral tablet 400 mg, 600 mg, 800 mg | 1 | |
| indomethacin oral | 1 | |
| ketorolac tromethamine oral | 1 | QL |
| meloxicam oral tablet | 1 | |
| nabumetone oral | 1 | |
| naproxen oral tablet | 1 | |
| naproxen sodium oral tablet 275 mg, 550 mg | 1 | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| PENNSAID TRANSDERMAL SOLUTION 2 % | E | |
| sulindac oral | 1 | |
| VIMOVO | E | |
| VOLTAREN GEL 1% | E | |
| ZORVOLEX | E | |
| **Anesthetics** | | |
| lidocaine external ointment | 1 | |
| lidocaine external patch 5 % | 1 | |
| LIDODERM | E | |
| **Anti-Addiction / Substance Abuse Treatment Agents** | | |
| BUNAVAIL BUCCAL FILM 2.1-0.3 MG, 4.2-0.7 MG, 6.3-1 MG | 3 | QL |
| buprenorphine hcl sublingual tablet 2 mg, 8 mg | 1 | QL |
| buprenorphine hcl-naloxone hcl sublingual tablet 2-0.5 mg, 8-2 mg | 1 | QL |
| CHANTIX STARTING MONTH PAK | 3 | QL |
| naltrexone hcl oral | 1 | |
| NARCAN | 2 | |
| SUBOXONE SUBLINGUAL FILM 12-3 MG, 2-0.5 MG, 4-1 MG, 8-2 MG | 2 | QL |
| ZUBSOLV SUBLINGUAL TABLET 0.7-0.18 MG, 1.4-0.36 MG, 11.4-2.9 MG, 2.9-0.71 MG, 5.7-1.4 MG, 8.6-2.1 MG | 2 | QL |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|-----------|-----------|-------|
| **Antibacterials** | | |
| ACTICLATE | E | |
| amoxicillin oral capsule | 1 | |
| amoxicillin oral suspension reconstituted | 1 | |
| amoxicillin oral tablet | 1 | |
| amoxicillin-potassium clavulanate oral suspension reconstituted 200-28.5 mg/5ml, 250-62.5 mg/5ml, 400-57 mg/5ml, 600-42.9 mg/5ml | 1 | |
| amoxicillin-potassium clavulanate oral tablet 250-125 mg, 500-125 mg, 875-125 mg | 1 | |
| azithromycin oral suspension reconstituted | 1 | |
| azithromycin oral tablet 250 mg, 500 mg, 600 mg | 1 | |
| BETHKIS | 2 | SP |
| cefdinir | 1 | |
| cefuroxime axetil oral tablet | 1 | |
| cephalexin oral capsule | 1 | |
| cephalexin oral suspension reconstituted | 1 | |
| ciprofloxacin hcl oral | 1 | |
| clarithromycin oral tablet | 1 | |
| clindamycin hcl oral | 1 | |
| clindamycin phosphate external gel | 1 | |
| clindamycin phosphate external lotion | 1 | |
| clindamycin phosphate external solution | 1 | |

| Drug Name | Drug Tier | Notes |
|-----------|-----------|-------|
| CLINDESSE | 3 | |
| DORYX MPC | 3 | |
| doxycycline hyclate oral capsule | 1 | |
| doxycycline hyclate oral tablet 100 mg, 150 mg, 20 mg, 75 mg | 1 | |
| doxycycline monohydrate oral capsule | 1 | |
| doxycycline monohydrate oral tablet | 1 | |
| KITABIS PAK | E | SP |
| levofloxacin oral tablet | 1 | |
| metronidazole oral tablet | 1 | |
| metronidazole vaginal | 1 | |
| minocycline hcl oral capsule | 1 | |
| mupirocin external | 1 | |
| nitrofurantoin macrocrystal oral | 1 | |
| nitrofurantoin monohydrate macrocrystals | 1 | |
| penicillin v potassium oral tablet | 1 | |
| SOLODYN ORAL TABLET EXTENDED RELEASE 24 HOUR 105 MG, 115 MG, 55 MG, 65 MG, 80 MG | 3 | |
| sulfamethoxazole-trimethoprim oral suspension 200-40 mg/5ml | 1 | |
| sulfamethoxazole-trimethoprim oral tablet | 1 | |
| TOBI NEBULIZER | E | SP |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| TOBI PODHALER | E | SP |
| tobramycin nebulization solution 300 mg/5ml inhalation | 1 | ST; SP |
| TOBRAMYCIN NEBULIZATION SOLUTION 300 MG/5ML INHALATION | E | M; SP |
| **Anticoagulants** | | |
| ELIQUIS ORAL TABLET 2.5 MG, 5 MG | 3 | QL |
| enoxaparin sodium | 1 | SP; QL |
| PRADAXA | 2 | QL |
| SAVAYSA | 3 | QL |
| warfarin sodium oral | 1 | |
| XARELTO ORAL TABLET 10 MG, 15 MG, 20 MG | 2 | QL |
| XARELTO STARTER PACK | 2 | QL |
| **Anticonvulsants - Drugs for Seizures** | | |
| carbamazepine oral tablet | 1 | |
| DILANTIN INFATABS | E | |
| DILANTIN ORAL CAPSULE 100 MG | E | |
| DILANTIN ORAL SUSPENSION | E | |
| divalproex sodium er oral tablet extended release 24 hour | 1 | |
| divalproex sodium oral tablet delayed release | 1 | |
| gabapentin oral capsule | 1 | |
| gabapentin oral tablet | 1 | |
| lamotrigine oral tablet | 1 | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| levetiracetam oral tablet | 1 | |
| oxcarbazepine oral tablet | 1 | |
| phenytoin sodium extended | 1 | |
| topiramate oral tablet | 1 | |
| TROKENDI XR | E | |
| VIMPAT | 3 | |
| zonisamide oral | 1 | |
| **Antidementia Agents - Drugs for Alzheimer's Disease and Dementia** | | |
| donepezil hcl oral tablet | 1 | |
| memantine hcl oral tablet 10 mg, 5 mg | 1 | |
| NAMZARIC ORAL CAPSULE EXTENDED RELEASE 24 HOUR 14-10 MG, 28-10 MG | 2 | QL |
| **Antidepressants** | | |
| amitriptyline hcl oral | 1 | |
| bupropion hcl er (sr) | 1 | QL |
| bupropion hcl er (xl) oral tablet extended release 24 hour 150 mg, 300 mg | 1 | QL |
| bupropion hcl oral | 1 | |
| citalopram hydrobromide oral tablet | 1 | |
| CYMBALTA | E | |
| desvenlafaxine succinate er oral tablet extended release 24 hour 100 mg, 25 mg, 50 mg | 1 | QL |
| doxepin hcl oral capsule | 1 | |
| duloxetine hcl oral capsule delayed release particles 20 mg, 30 mg, 60 mg | 1 | QL |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| DULOXETINE HCL ORAL CAPSULE DELAYED RELEASE PARTICLES 40 MG | 3 | QL |
| EFFEXOR XR | E | |
| escitalopram oxalate oral tablet | 1 | |
| fluoxetine hcl oral capsule | 1 | |
| fluoxetine hcl oral tablet | 1 | |
| FORFIVO XL | 2 | QL |
| LEXAPRO ORAL TABLET | E | |
| mirtazapine oral tablet | 1 | |
| nortriptyline hcl oral capsule | 1 | |
| paroxetine hcl er | 1 | |
| paroxetine hcl oral tablet | 1 | |
| PRISTIQ | E | |
| PROZAC ORAL CAPSULE | E | |
| sertraline hcl oral tablet | 1 | |
| trazodone hcl oral | 1 | |
| TRINTELLIX | 3 | ST; QL |
| venlafaxine hcl | 1 | |
| venlafaxine hcl er | 1 | |
| VIIBRYD ORAL TABLET | 3 | QL |
| VIIBRYD STARTER PACK | 3 | QL |
| WELLBUTRIN SR | E | |
| WELLBUTRIN XL | E | |
| ZOLOFT | E | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| **Antiemetics - Drugs for Nausea and Vomiting** | | |
| meclizine hcl oral tablet 25 mg | 1 | |
| metoclopramide hcl oral tablet | 1 | |
| ondansetron hcl oral tablet 24 mg | 1 | QL |
| ondansetron hcl oral tablet 4 mg, 8 mg | 1 | |
| ondansetron odt | 1 | QL |
| prochlorperazine maleate oral | 1 | |
| VARUBI ORAL | 3 | QL |
| **Antifungals** | | |
| fluconazole oral tablet | 1 | |
| GYNAZOLE-1 | 3 | |
| JUBLIA | 3 | PA |
| KERYDIN | 3 | PA |
| ketoconazole external cream | 1 | |
| ketoconazole external shampoo | 1 | |
| nystatin external cream | 1 | |
| nystatin mouth/throat | 1 | |
| terbinafine hcl oral | 1 | QL |
| terconazole vaginal cream | 1 | |
| **Antigout Agents** | | |
| allopurinol oral | 1 | |
| COLCHICINE ORAL TABLET | 3 | |
| COLCRYS | 2 | |
| ULORIC | 2 | ST |
| ZURAMPIC | 3 | ST |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| **Antimigraine Agents** | | |
| MIGRANAL | 3 | QL |
| ONZETRA XSAIL | 3 | ST; QL |
| rizatriptan benzoate | 1 | QL |
| sumatriptan succinate oral | 1 | QL |
| SUMAVEL DOSEPRO SUBCUTANEOUS SOLUTION JET-INJECTOR | 3 | QL |
| ZOMIG ORAL | E | |
| ZOMIG ZMT | E | |
| **Antineoplastics - Drugs for Cancer** | | |
| anastrozole oral | 1 | |
| CABOMETYX | 2 | PA; SP |
| capecitabine | 1 | PA; SP |
| IBRANCE | 3 | PA; SP |
| letrozole oral | 1 | |
| mercaptopurine oral | 1 | SP |
| REVLIMID | 3 | PA; SP |
| SPRYCEL | 2 | PA; SP |
| tamoxifen citrate oral | 1 | |
| XTANDI | 3 | PA; SP |
| ZYTIGA | 3 | PA; SP |
| **Antiparasitics** | | |
| EMVERM | 2 | |
| hydroxychloroquine sulfate oral | 1 | |
| permethrin external cream | 1 | |
| SOOLANTRA | 2 | |
| **Antiparkinson Agents** | | |
| benztropine mesylate oral | 1 | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| carbidopa-levodopa oral tablet | 1 | |
| pramipexole dihydrochloride | 1 | |
| ropinirole hcl | 1 | |
| ZELAPAR | 3 | |
| **Antiplatelets** | | |
| BRILINTA | 2 | |
| cilostazol | 1 | |
| clopidogrel bisulfate oral | 1 | |
| **Antipsychotics - Drugs for Mood Disorders** | | |
| aripiprazole oral tablet | 1 | QL |
| ARISTADA INTRAMUSCULAR PREFILLED SYRINGE 441 MG/1.6ML, 662 MG/2.4ML, 882 MG/3.2ML | 3 | |
| haloperidol oral | 1 | |
| INVEGA SUSTENNA | 3 | |
| INVEGA TRINZA | 3 | |
| LATUDA ORAL TABLET 120 MG, 20 MG, 40 MG, 60 MG, 80 MG | 3 | ST; QL |
| olanzapine oral tablet | 1 | QL |
| quetiapine fumarate oral tablet 100 mg, 200 mg, 25 mg, 300 mg, 400 mg, 50 mg | 1 | QL |
| REXULTI | 3 | QL |
| risperidone oral tablet | 1 | QL |
| SAPHRIS | 2 | QL |
| ziprasidone hcl | 1 | QL |
| **Antivirals** | | |
| abacavir sulfate-lamivudine | 1 | SP |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| acyclovir oral capsule | 1 | |
| acyclovir oral tablet | 1 | |
| ATRIPLA | 2 | SP |
| COMPLERA | 2 | SP |
| DESCOVY | 2 | SP |
| entecavir | 1 | SP; QL |
| EPCLUSA | 2 | PA; SP; QL |
| GENVOYA | 2 | SP |
| HARVONI | 2 | PA; SP; QL |
| INTELENCE | 2 | SP |
| ISENTRESS ORAL TABLET | 2 | SP |
| MAVYRET | 2 | PA; SP; QL |
| NORVIR ORAL TABLET | 2 | SP |
| ODEFSEY | 2 | SP |
| oseltamivir phosphate oral capsule 30 mg, 45 mg, 75 mg | 1 | QL |
| PREZCOBIX | 2 | SP |
| PREZISTA ORAL TABLET 150 MG, 600 MG, 75 MG, 800 MG | 2 | SP |
| REYATAZ ORAL CAPSULE 150 MG, 200 MG, 300 MG | 3 | SP |
| STRIBILD | 2 | SP |
| TAMIFLU ORAL CAPSULE | E | |
| TAMIFLU ORAL SUSPENSION RECONSTITUTED 6 MG/ML | 2 | QL |
| TIVICAY | 2 | SP |
| TRIUMEQ | 2 | SP |
| TRUVADA | 2 | SP |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| valacyclovir hcl oral | 1 | QL |
| VIREAD ORAL TABLET 150 MG, 200 MG, 250 MG | 2 | SP |
| VIREAD ORAL TABLET 300 MG | 3 | SP |
| VOSEVI | 2 | PA; SP; QL |
| ZOVIRAX EXTERNAL CREAM | 2 | |
| ZOVIRAX EXTERNAL OINTMENT | E | |
| ZOVIRAX ORAL | E | |
| **Anxiolytics - Drugs for Anxiety** | | |
| alprazolam oral tablet 0.25 mg, 0.5 mg, 1 mg, 2 mg | 1 | QL |
| buspirone hcl oral | 1 | |
| clonazepam oral tablet | 1 | QL |
| diazepam oral tablet | 1 | |
| hydroxyzine hcl oral tablet | 1 | |
| hydroxyzine pamoate oral | 1 | |
| lorazepam oral tablet 0.5 mg, 1 mg, 2 mg | 1 | QL |
| triazolam | 1 | QL |
| VALIUM | E | |
| XANAX | E | |
| XANAX XR | E | |
| **Bipolar Agents - Drugs for Mood Disorders** | | |
| lithium carbonate er | 1 | |
| lithium carbonate oral capsule | 1 | |
| **Blood Products / Modifiers / Volume Expanders - Drugs for Bleeding Disorders** | | |
| AFSTYLA | 3 | SP |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| ARANESP (ALBUMIN FREE) INJECTION SOLUTION 100 MCG/ML, 200 MCG/ML, 25 MCG/ML, 300 MCG/ML, 40 MCG/ML, 60 MCG/ML | E | SP |
| ARANESP (ALBUMIN FREE) INJECTION SOLUTION PREFILLED SYRINGE | E | SP |
| EPOGEN INJECTION SOLUTION 10000 UNIT/ML, 2000 UNIT/ML, 20000 UNIT/ML, 3000 UNIT/ML, 4000 UNIT/ML | E | SP |
| GRANIX | 2 | PA; SP |
| NEUPOGEN INJECTION SOLUTION 300 MCG/ML, 480 MCG/1.6ML | 2 | PA; SP |
| NEUPOGEN INJECTION SOLUTION PREFILLED SYRINGE | 2 | PA; SP |
| NUWIQ | 3 | SP |
| PROCRIT | 2 | PA; SP |
| ZARXIO | 2 | PA; SP |
| **Cardiovascular Agents - Drugs for Heart and Circulation Conditions** | | |
| amiodarone hcl oral | 1 | |
| amlodipine besylate oral | 1 | |
| amlodipine besylate-benazepril hcl | 1 | |
| amlodipine besylate-valsartan | 1 | |
| atenolol oral | 1 | |
| atenolol-chlorthalidone | 1 | |
| atorvastatin calcium oral | 1 | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| AZOR | E | |
| benazepril hcl oral | 1 | |
| benazepril-hydrochlorothiazide | 1 | |
| BENICAR | E | |
| BENICAR HCT | E | |
| bisoprolol fumarate | 1 | |
| bisoprolol-hydrochlorothiazide | 1 | |
| bumetanide oral | 1 | |
| BYSTOLIC | 2 | |
| BYVALSON | 2 | |
| cartia xt | 1 | |
| carvedilol | 1 | |
| chlorthalidone oral tablet 25 mg, 50 mg | 1 | |
| choline fenofibrate | 1 | |
| clonidine hcl oral | 1 | |
| CRESTOR | E | |
| digox | 1 | |
| digoxin oral tablet | 1 | |
| diltiazem hcl er beads | 1 | |
| diltiazem hcl er coated beads oral capsule extended release 24 hour | 1 | |
| diltiazem hcl oral | 1 | |
| DIOVAN | E | |
| DIOVAN HCT | E | |
| doxazosin mesylate | 1 | |
| EDARBI | 3 | ST |
| EDARBYCLOR | 3 | ST |
| enalapril maleate oral | 1 | |
| ezetimibe | 1 | |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| ezetimibe-simvastatin oral tablet 10-10 mg, 10-20 mg, 10-40 mg | 1 | |
| ezetimibe-simvastatin oral tablet 10-80 mg | 1 | PA |
| fenofibrate micronized oral capsule 134 mg, 200 mg, 67 mg | 1 | |
| fenofibrate oral tablet | 1 | |
| fenofibric acid oral capsule delayed release | 1 | |
| flecainide acetate | 1 | |
| furosemide oral tablet | 1 | |
| gemfibrozil oral | 1 | |
| guanfacine hcl oral | 1 | |
| hydralazine hcl oral | 1 | |
| hydrochlorothiazide oral | 1 | |
| irbesartan | 1 | |
| irbesartan-hydrochlorothiazide | 1 | |
| isosorbide mononitrate er | 1 | |
| labetalol hcl oral | 1 | |
| LIPITOR | E | |
| LIPOFEN | 2 | |
| lisinopril oral | 1 | |
| lisinopril-hydrochlorothiazide | 1 | |
| LIVALO | 3 | ST |
| losartan potassium | 1 | |
| losartan potassium-hctz | 1 | |
| lovastatin | 1 | |
| LOVAZA | E | |
| metoprolol succinate er | 1 | |
| metoprolol tartrate oral | 1 | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| MULTAQ | 3 | |
| nadolol oral tablet 20 mg, 40 mg, 80 mg | 1 | |
| niacin er (antihyperlipidemic) | 1 | |
| nifedipine er | 1 | |
| nifedipine er osmotic release | 1 | |
| nitroglycerin sublingual | 1 | |
| NITROSTAT | E | |
| NORVASC | E | |
| olmesartan medoxomil oral | 1 | |
| olmesartan medoxomil-hctz | 1 | |
| omega-3-acid ethyl esters | 1 | |
| pentoxifylline er | 1 | |
| PRALUENT SUBCUTANEOUS SOLUTION PEN-INJECTOR | 2 | PA; SP; QL |
| pravastatin sodium | 1 | |
| prazosin hcl oral | 1 | |
| propranolol hcl er | 1 | |
| propranolol hcl oral tablet | 1 | |
| quinapril hcl | 1 | |
| ramipril | 1 | |
| RANEXA | 2 | ST |
| REPATHA | 2 | PA; SP; QL |
| REPATHA PUSHTRONEX SYSTEM | 2 | PA; SP; QL |
| REPATHA SURECLICK | 2 | PA; SP; QL |
| rosuvastatin calcium | 1 | |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| simvastatin oral tablet 10 mg, 20 mg, 40 mg, 5 mg | 1 | |
| simvastatin oral tablet 80 mg | 1 | PA |
| sotalol hcl oral | 1 | |
| spironolactone oral | 1 | |
| TEKTURNA | 2 | ST |
| TEKTURNA HCT | 2 | ST |
| telmisartan | 1 | |
| TOPROL XL | E | |
| torsemide oral | 1 | |
| triamterene-hctz oral capsule 37.5-25 mg | 1 | |
| triamterene-hctz oral tablet | 1 | |
| TRIBENZOR | E | |
| valsartan | 1 | |
| valsartan-hydrochlorothiazide | 1 | |
| VASCEPA | 2 | |
| verapamil hcl er oral tablet extended release 120 mg, 180 mg, 240 mg | 1 | |
| verapamil hcl oral | 1 | |
| VYTORIN | E | |
| WELCHOL | 2 | |
| ZETIA | E | |
| **Central Nervous System Agents - Drugs for Attention Deficit Disorder** | | |
| ADDERALL XR | E | |
| amphetamine-dextroamphetamine er | 1 | PA; QL |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| amphetamine-dextroamphetamine oral tablet 10 mg, 12.5 mg, 15 mg, 20 mg, 30 mg, 5 mg, 7.5 mg | 1 | PA; QL |
| atomoxetine hcl oral capsule 10 mg, 100 mg, 18 mg, 25 mg, 40 mg, 60 mg, 80 mg | 1 | QL |
| CONCERTA | E | |
| dexmethylphenidate hcl | 1 | PA; QL |
| dexmethylphenidate hcl er oral capsule extended release 24 hour 10 mg, 15 mg, 20 mg, 25 mg, 30 mg, 35 mg, 40 mg, 5 mg | 1 | PA; QL |
| guanfacine hcl er | 1 | |
| methylphenidate hcl er oral tablet extended release 10 mg, 18 mg, 20 mg, 27 mg, 36 mg, 54 mg | 1 | PA; QL |
| methylphenidate hcl er oral tablet extended release 24 hour 18 mg, 27 mg, 36 mg, 54 mg | 1 | PA; QL |
| methylphenidate hcl oral tablet | 1 | PA; QL |
| VYVANSE | 2 | PA; QL |
| **Central Nervous System Agents - Drugs for Multiple Sclerosis** | | |
| AMPYRA | 2 | PA; SP; QL |
| AUBAGIO | 3 | PA; SP; QL |
| AVONEX PEN INTRAMUSCULAR AUTO-INJECTOR KIT | 2 | PA; SP; QL |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|-----------|-----------|-------|
| AVONEX PREFILLED INTRAMUSCULAR PREFILLED SYRINGE KIT | 2 | PA; SP; QL |
| AVONEX VIAL INTRAMUSCULAR  KIT | 2 | PA; SP; QL |
| BETASERON SUBCUTANEOUS KIT | 2 | PA; SP; QL |
| COPAXONE SUBCUTANEOUS SOLUTION PREFILLED SYRINGE 20 MG/ML, 40 MG/ML | 2 | PA; SP; QL |
| EXTAVIA SUBCUTANEOUS KIT | E | SP |
| GILENYA | 3 | PA; 3P; SP; QL |
| PLEGRIDY | E | SP |
| PLEGRIDY STARTER PACK | E | SP |
| REBIF REBIDOSE SUBCUTANEOUS SOLUTION AUTO-INJECTOR | E | SP |
| REBIF REBIDOSE TITRATION PACK SUBCUTANEOUS SOLUTION AUTO-INJECTOR | E | SP |
| REBIF SUBCUTANEOUS SOLUTION PREFILLED SYRINGE | E | SP |
| REBIF TITRATION PACK SUBCUTANEOUS SOLUTION PREFILLED SYRINGE | E | SP |
| TECFIDERA ORAL | 2 | PA; SP; QL |

| Drug Name | Drug Tier | Notes |
|-----------|-----------|-------|
| TECFIDERA ORAL CAPSULE DELAYED RELEASE | 2 | PA; SP; QL |
| **Central Nervous System Agents - Miscellaneous** | | |
| CONTRAVE | 2 | PA |
| GRALISE ORAL TABLET 300 MG, 600 MG | 3 | ST; QL |
| GRALISE STARTER | 3 | ST; QL |
| LYRICA ORAL CAPSULE 100 MG, 150 MG, 200 MG, 225 MG, 25 MG, 300 MG, 50 MG, 75 MG | 2 | QL |
| phentermine hcl oral tablet | 1 | PA |
| **Dental and Oral Agents - Drugs for Mouth and Throat Conditions** | | |
| chlorhexidine gluconate mouth/throat | 1 | |
| lidocaine viscous | 1 | |
| **Dermatological Agents - Drugs for Skin Conditions** | | |
| ABSORICA | 3 | PA |
| ACANYA | E | |
| ACZONE | 3 | |
| adapalene external gel | 1 | PA |
| AKTIPAK | E | |
| ATRALIN | 3 | PA |
| BENZACLIN | E | |
| BENZACLIN WITH PUMP | E | |
| BENZAMYCIN | E | |
| claravis | 1 | PA |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| clindamycin phosphate-benzoyl peroxide external gel 1-5 % | 1 | |
| clotrimazole-betamethasone external cream | 1 | |
| COSENTYX 150 MG/ML | 3 | PA; 3P; SP |
| COSENTYX 300 DOSE | 3 | PA; 3P; SP |
| COSENTYX SENSOREADY 300 DOSE | 3 | PA; 3P; SP |
| COSENTYX SENSOREADY PEN SUBCUTANEOUS SOLUTION AUTO-INJECTOR 150 MG/ML | 3 | PA; 3P; SP |
| DIFFERIN EXTERNAL GEL 0.3 % | 3 | PA |
| DIFFERIN EXTERNAL LOTION | 3 | PA |
| DUAC | E | |
| DUPIXENT | 2 | PA; SP; QL |
| ELIDEL | 2 | ST |
| ENSTILAR | 3 | QL |
| EPIDUO | 3 | |
| EPIDUO FORTE | 3 | |
| EUCRISA | 2 | ST |
| FLUOROPLEX | 3 | |
| METROGEL EXTERNAL GEL | 3 | |
| metronidazole external gel | 1 | |
| MIRVASO | 2 | |
| ONEXTON | 3 | |
| ORACEA | 3 | |
| OXSORALEN ULTRA | 2 | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| RETIN-A MICRO GEL 0.04 %, 0.1 % | E | |
| RETIN-A MICRO PUMP EXTERNAL GEL 0.04 %, 0.1 % | E | |
| RETIN-A MICRO PUMP EXTERNAL GEL 0.06 %, 0.08 % | 2 | PA |
| STELARA SUBCUTANEOUS SOLUTION PREFILLED SYRINGE | 2 | PA; SP |
| TACLONEX EXTERNAL OINTMENT | E | |
| TACLONEX EXTERNAL SUSPENSION | 3 | QL |
| TALTZ | E | SP |
| TAZORAC | 3 | |
| tretinoin external cream | 1 | PA |
| VECTICAL | 3 | |
| VELTIN | E | |
| ZIANA | E | |
| ZYCLARA | 3 | |
| ZYCLARA PUMP | 3 | |
| **Diabetes - Antidiabetic Agents** | | |
| ADLYXIN | E | |
| ADLYXIN STARTER PACK | E | |
| ALOGLIPTIN BENZOATE | E | M |
| ALOGLIPTIN-METFORMIN HCL | E | M |
| ALOGLIPTIN-PIOGLITAZONE | E | M |
| BYDUREON BCISE AUTOINJECTOR | 2 | ST; QL |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes | Drug Name | Drug Tier | Notes |
|---|---|---|---|---|---|
| BYDUREON PEN | 2 | ST; QL | pioglitazone hcl | 1 | |
| BYDUREON VIAL | 2 | ST; QL | SOLIQUA | 2 | ST; QL |
| BYETTA 10 MCG PEN | 2 | ST; QL | SYNJARDY | 2 | ST |
| BYETTA 5 MCG PEN | 2 | ST; QL | SYNJARDY XR | 2 | ST |
| FARXIGA | E | | TANZEUM | E | |
| glimepiride | 1 | | TRADJENTA | 2 | ST |
| glipizide er | 1 | | TRULICITY | 2 | ST; QL |
| glipizide ir | 1 | | VICTOZA | 2 | ST; QL |
| glipizide xl | 1 | | XIGDUO XR | E | |
| GLUMETZA | E | | **Diabetes - Glucose Monitoring** | | |
| glyburide oral | 1 | | ACCU-CHEK AVIVA DEVICE | E | |
| glyburide-metformin | 1 | | ACCU-CHEK AVIVA CONNECT KIT W/DEVICE | E | |
| INVOKAMET | 2 | ST | ACCU-CHEK AVIVA PLUS | E | |
| INVOKAMET XR | 2 | ST | | | |
| INVOKANA | 2 | ST | ACCU-CHEK COMPACT PLUS CARE KIT | E | |
| JANUMET | 2 | ST | ACCU-CHEK COMPACT PLUS TEST STRIPS | E | |
| JANUMET XR | 2 | ST | | | |
| JANUVIA | 2 | ST | ACCU-CHEK FASTCLIX LANCET KIT | 2 | |
| JARDIANCE | 2 | ST | | | |
| JENTADUETO | 2 | ST | ACCU-CHEK FASTCLIX LANCETS | 2 | |
| JENTADUETO XR | 2 | ST | ACCU-CHEK GUIDE | E | |
| KAZANO | E | | ACCU-CHEK MULTICLIX LANCET DEVICE KIT | 2 | |
| KOMBIGLYZE XR | E | | | | |
| metformin hcl er | 1 | | | | |
| metformin hcl er (mod) | 1 | PA | ACCU-CHEK MULTICLIX LANCETS | 2 | |
| metformin hcl er (osm) oral tablet extended release 24 hour 1000 mg, 500 mg | 1 | | ACCU-CHEK NANO SMARTVIEW KIT W/DEVICE | E | |
| metformin hcl ir | 1 | | | | |
| NESINA | E | | | | |
| ONGLYZA | E | | | | |
| OSENI | E | | | | |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| ACCU-CHEK SMARTVIEW TEST STRIPS | E | |
| ACCU-CHEK SOFT TOUCH LANCETS | 2 | |
| ACCU-CHEK SOFTCLIX LANCET DEVICE KIT KIT | 2 | |
| ACCU-CHEK SOFTCLIX LANCETS | 2 | |
| DEXCOM G4 PLATINUM PEDIATRIC RECEIVER DEVICE | 3 | |
| DEXCOM G4 PLATINUM RECEIVER, SENSOR, TRANSMITTER DEVICE | 3 | |
| DEXCOM G5 SENSOR, TRANSMITTER, MOBILE RECEIVER | 3 | |
| ONETOUCH ULTRA 2 KIT W/DEVICE | 2 | |
| ONETOUCH ULTRA BLUE TEST STRIPS | 2 | QL |
| ONETOUCH ULTRA MINI KIT W/DEVICE | 2 | |
| ONETOUCH VERIO | 2 | |
| ONETOUCH VERIO FLEX SYSTEM KIT W/DEVICE | 2 | |
| ONETOUCH VERIO TEST STRIPS | 2 | QL |
| ONETOUCH VERIO IQ SYSTEM KIT W/DEVICE | 2 | |
| ONETOUCH VERIO SYNC SYSTEM KIT W/DEVICE | 2 | |
| **Diabetes - Insulins** | | |
| APIDRA SOLOSTAR | E | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| APIDRA VIAL | E | |
| BASAGLAR KWIKPEN | E | |
| FIASP | E | |
| FIASP FLEXTOUCH | E | |
| HUMALOG U-100 AND U-200 KWIKPEN | 2 | |
| HUMALOG MIX 50/50 KWIKPEN | 2 | |
| HUMALOG MIX 50/50 VIAL | 2 | |
| HUMALOG MIX 75/25 KWIKPEN | 2 | |
| HUMALOG MIX 75/25 VIAL | 2 | |
| HUMALOG U-100 JUNIOR KWIKPEN | 2 | |
| HUMALOG U-100 VIAL AND CARTRIDGE | 2 | |
| HUMULIN 70/30 KWIKPEN | 2 | |
| HUMULIN 70/30 VIAL | 2 | |
| HUMULIN N KWIKPEN | 2 | |
| HUMULIN N VIAL | 2 | |
| HUMULIN R U-500 KWIKPEN | 2 | |
| HUMULIN R U-500 VIAL (CONCENTRATED) | 2 | |
| HUMULIN R VIAL | 2 | |
| LANTUS U-100 SOLOSTAR | 2 | |
| LANTUS U-100 VIAL | 2 | |
| LEVEMIR U-100 FLEXTOUCH | E | |
| LEVEMIR U-100 VIAL | E | |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| NOVOFINE AUTOCOVER PEN NEEDLE | 2 | |
| NOVOFINE PEN NEEDLE | 2 | |
| NOVOFINE PLUS PEN NEEDLE | 2 | |
| NOVOLIN 70/30 RELION | E | |
| NOVOLIN 70/30 VIAL | E | |
| NOVOLIN N RELION | E | |
| NOVOLIN N VIAL | E | |
| NOVOLIN R RELION | E | |
| NOVOLIN R VIAL | E | |
| NOVOLOG U-100 FLEXPEN | E | |
| NOVOLOG MIX 70/30 FLEXPEN | E | |
| NOVOLOG MIX 70/30 VIAL | E | |
| NOVOLOG U-100 PENFILL | E | |
| NOVOLOG U-100 VIAL | E | |
| NOVOTWIST PEN NEEDLE 32G X 5 MM | 2 | |
| TOUJEO SOLOSTAR | 2 | |
| TRESIBA FLEXTOUCH | E | |
| **Electrolytes / Minerals / Metals / Vitamins** | | |
| cyanocobalamin injection | 1 | |
| folic acid oral tablet 1 mg | 1 | |
| klor-con m20 | 1 | |
| ludent | 1 | |
| potassium chloride crys er | 1 | |
| potassium chloride er | 1 | |
| potassium citrate er | 1 | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| VELTASSA | 3 | |
| VITAFOL ORAL TABLET | E | |
| vitamin d (ergocalciferol) | 1 | |
| **Gastrointestinal Agents - Drugs for Acid Reflux and Ulcer** | | |
| ACIPHEX | E | |
| CARAFATE ORAL TABLET | E | |
| DEXILANT | 2 | QL |
| esomeprazole magnesium | 1 | QL |
| famotidine oral tablet 20 mg, 40 mg | 1 | |
| lansoprazole oral capsule delayed release | 1 | QL |
| NEXIUM ORAL CAPSULE DELAYED RELEASE | E | |
| omeprazole oral capsule delayed release | 1 | QL |
| pantoprazole sodium oral | 1 | QL |
| PREVACID | E | |
| rabeprazole sodium | 1 | QL |
| ranitidine hcl oral capsule | 1 | |
| ranitidine hcl oral syrup | 1 | |
| ranitidine hcl oral tablet 150 mg, 300 mg | 1 | |
| sucralfate oral tablet | 1 | |
| ZEGERID | E | |
| **Gastrointestinal Agents - Drugs for Bowel, Intestine and Stomach Conditions** | | |
| AMITIZA | 2 | ST; QL |
| dicyclomine hcl oral capsule | 1 | |
| dicyclomine hcl oral tablet | 1 | |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| diphenoxylate-atropine oral tablet | 1 | |
| gavilyte-g | 1 | |
| LINZESS | 2 | ST; QL |
| MOTOFEN | E | |
| MOVANTIK | E | |
| MOVIPREP | 3 | |
| OMECLAMOX-PAK | 2 | |
| polyethylene glycol 3350 oral powder | 1 | |
| PREPOPIK | 3 | |
| PYLERA | 2 | |
| RELISTOR SUBCUTANEOUS SOLUTION 12 MG/0.6ML | 3 | PA; QL |
| SUPREP BOWEL PREP KIT | 3 | |
| VIBERZI | 3 | PA; QL |
| **Genetic or Enzyme Disorder: Drugs for Replacement, Modifiers, Treatment** | | |
| CERDELGA | 3 | PA; SP |
| CREON | 2 | |
| PANCREAZE | E | |
| PERTZYE | E | |
| VIOKACE | E | |
| ZENPEP ORAL CAPSULE DELAYED RELEASE PARTICLES 10000 UNIT, 15000 UNIT, 20000-63000 UNIT, 25000 UNIT, 3000-10000 UNIT, 5000 UNIT | 2 | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| **Genitourinary Agents - Drugs for Bladder, Genital and Kidney Conditions** | | |
| CIALIS ORAL TABLET 10 MG, 2.5 MG, 20 MG, 5 MG | 2 | QL |
| DEPEN TITRATABS | 2 | SP |
| LEVITRA | E | |
| MYRBETRIQ | 2 | |
| oxybutynin chloride er | 1 | |
| oxybutynin chloride oral tablet | 1 | |
| phenazopyridine hcl oral tablet 100 mg, 200 mg | 1 | |
| RENVELA ORAL TABLET | 2 | |
| STAXYN | E | |
| STENDRA | E | |
| tolterodine tartrate er | 1 | |
| TOVIAZ | 3 | |
| VELPHORO | 3 | |
| VESICARE | 2 | |
| VIAGRA | 3 | QL |
| **Genitourinary Agents - Drugs for Prostate Conditions** | | |
| alfuzosin hcl er | 1 | |
| finasteride oral tablet 5 mg | 1 | |
| RAPAFLO | 2 | |
| tamsulosin hcl | 1 | |
| terazosin hcl oral | 1 | |
| **Hormonal Agents - Adrenal** | | |
| betamethasone valerate external cream | 1 | |
| clobetasol propionate external cream | 1 | |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| clobetasol propionate external ointment | 1 | |
| clobetasol propionate external solution | 1 | |
| CLOBEX SPRAY | 3 | |
| dexamethasone oral tablet | 1 | |
| fluocinonide external cream | 1 | |
| hydrocortisone external cream 2.5 % | 1 | |
| hydrocortisone external ointment 2.5 % | 1 | |
| hydrocortisone oral | 1 | |
| methylprednisolone oral | 1 | |
| mometasone furoate external cream | 1 | |
| prednisolone oral solution | 1 | |
| prednisolone oral syrup 15 mg/5ml | 1 | |
| prednisolone sodium phosphate oral solution 10 mg/5ml, 15 mg/5ml, 20 mg/5ml, 25 mg/5ml, 6.7 (5 base) mg/5ml | 1 | |
| prednisone oral tablet | 1 | |
| prednisone oral tablet therapy pack | 1 | |
| triamcinolone acetonide external cream | 1 | |
| triamcinolone acetonide external ointment | 1 | |
| **Hormonal Agents - Men's Health** | | |
| ANDRODERM TRANSDERMAL PATCH 24 HOUR | 2 | PA |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| ANDROGEL PUMP TRANSDERMAL GEL 20.25 MG/ACT (1.62%) | 2 | PA |
| ANDROGEL TRANSDERMAL GEL 20.25 MG/1.25GM (1.62%), 40.5 MG/2.5GM (1.62%) | 2 | PA |
| ANDROGEL TRANSDERMAL GEL 25 MG/2.5GM (1%), 50 MG/5GM (1%) | E | |
| DEPO-TESTOSTERONE INTRAMUSCULAR SOLUTION | E | |
| FORTESTA | E | |
| TESTIM | E | |
| testosterone cypionate intramuscular solution 100 mg/ml, 200 mg/ml | 1 | PA |
| TESTOSTERONE TRANSDERMAL GEL 10 MG/ACT (2%) | E | M |
| VOGELXO PUMP | E | |
| VOGELXO TRANSDERMAL GEL 50 MG/5GM (1%) | E | |
| **Hormonal Agents - Osteoporosis** | | |
| OSPHENA | 3 | |
| raloxifene hcl | 1 | |
| **Hormonal Agents - Pituitary** | | |
| BRAVELLE | E | SP |
| CETROTIDE SUBCUTANEOUS KIT 0.25 MG | 2 | PA; SP |
| FOLLISTIM AQ SUBCUTANEOUS | E | SP |
| GENOTROPIN | E | SP |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| GENOTROPIN MINIQUICK | E | SP |
| GONAL-F | 2 | PA; SP |
| GONAL-F RFF | 2 | PA; SP |
| GONAL-F RFF REDIJECT | 2 | PA; SP |
| HP ACTHAR | 2 | PA; SP |
| HUMATROPE | E | SP |
| LUPRON DEPOT (1-MONTH) INTRAMUSCULAR KIT 7.5 MG | 2 | PA; SP |
| LUPRON DEPOT (3-MONTH) INTRAMUSCULAR KIT 22.5 MG | 2 | PA; SP |
| LUPRON DEPOT (4-MONTH) INTRAMUSCULAR KIT 30MG | 2 | PA; SP |
| LUPRON DEPOT (6-MONTH) INTRAMUSCULAR KIT 45MG | 2 | PA; SP |
| NORDITROPIN FLEXPRO | 2 | PA; SP |
| NUTROPIN AQ NUSPIN 10 | 2 | PA; SP |
| NUTROPIN AQ NUSPIN 20 | 2 | PA; SP |
| NUTROPIN AQ NUSPIN 5 | 2 | PA; SP |
| OMNITROPE | 2 | PA; SP |
| OVIDREL | 3 | SP |
| SAIZEN | E | SP |
| SAIZEN CLICK.EASY | E | SP |
| SAIZENPREP | E | SP |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| ZOMACTON | E | SP |
| **Hormonal Agents - Sex Hormones and Birth Control** | | |
| apri | 1 | |
| aviane | 1 | |
| BEYAZ | E | |
| blisovi 24 fe | 1 | |
| blisovi fe 1.5/30 | 1 | |
| blisovi fe 1/20 | 1 | |
| CLIMARA PRO | 2 | |
| cryselle-28 | 1 | |
| DIVIGEL | 3 | |
| drospirenone-ethinyl estradiol | 1 | |
| DUAVEE | 2 | |
| ELESTRIN | 3 | |
| ENDOMETRIN | 2 | |
| enskyce | 1 | |
| ESTRACE VAGINAL | 3 | |
| estradiol oral | 1 | |
| estradiol transdermal | 1 | |
| jolivette | 1 | |
| junel 1/20 | 1 | |
| junel fe 1.5/30 | 1 | |
| junel fe 1/20 | 1 | |
| levonorgestrel-ethinyl estrad oral tablet 0.1-20 mg-mcg, 0.15-30 mg-mcg | 1 | |
| LO LOESTRIN FE | 3 | |
| loryna | 1 | |
| low-ogestrel | 1 | |
| MAKENA INTRAMUSCULAR | 2 | PA; SP |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| medroxyprogesterone acetate intramuscular | 1 | QL |
| medroxyprogesterone acetate oral | 1 | |
| microgestin 1.5/30 | 1 | |
| microgestin 1/20 | 1 | |
| microgestin fe 1.5/30 | 1 | |
| microgestin fe 1/20 | 1 | |
| MINASTRIN 24 FE | E | |
| MINIVELLE | 3 | |
| mono-linyah | 1 | |
| mononessa | 1 | |
| NATAZIA | 2 | |
| nikki | 1 | |
| norethindrone acet-ethinyl est oral tablet | 1 | |
| norethindrone oral | 1 | |
| norgestimate-ethinyl estradiol triphasic | 1 | |
| nortrel 1/35 (21) | 1 | |
| nortrel 1/35 (28) | 1 | |
| NUVARING | 2 | |
| ocella | 1 | |
| ORTHO TRI-CYCLEN (28) | E | |
| ORTHO TRI-CYCLEN LO | E | |
| portia-28 | 1 | |
| PREMARIN ORAL | 2 | |
| PREMARIN VAGINAL | 2 | |
| PREMPHASE | 2 | |
| PREMPRO | 2 | |
| progesterone micronized oral | 1 | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| SAFYRAL | 3 | |
| sprintec 28 | 1 | |
| tri-estarylla | 1 | |
| tri-linyah | 1 | |
| tri-lo-marzia | 1 | |
| tri-lo-sprintec | 1 | |
| trinessa (28) | 1 | |
| trinessa lo | 1 | |
| tri-sprintec | 1 | |
| VAGIFEM VAGINAL TABLET 10 MCG | E | |
| vienva | 1 | |
| viorele | 1 | |
| VIVELLE-DOT | E | |
| xulane | 1 | |
| YAZ | E | |
| yuvafem | 1 | |
| **Hormonal Agents - Thyroid** | | |
| ARMOUR THYROID | 3 | |
| CYTOMEL | E | |
| levo-t | 1 | |
| levothyroxine sodium oral | 1 | |
| levoxyl | 1 | |
| liothyronine sodium oral | 1 | |
| methimazole oral | 1 | |
| NATURE-THROID ORAL TABLET 113.75 MG, 130 MG, 146.25 MG, 16.25 MG, 195 MG, 260 MG, 32.5 MG, 325 MG, 48.75 MG, 65 MG, 81.25 MG, 97.5 MG | 3 | |
| SYNTHROID | 3 | |
| TIROSINT | 3 | |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| **Immunological Agents - Drugs for Immune System Stimulation or Suppression** | | |
| azathioprine oral | 1 | |
| CIMZIA PREFILLED KIT | 2 | PA; SP |
| CIMZIA STARTER KIT | 2 | PA; SP |
| CIMZIA VIAL KIT | 2 | PA; SP |
| cyclosporine modified oral capsule | 1 | SP |
| ENBREL SUBCUTANEOUS SOLUTION PREFILLED SYRINGE | 3 | PA; SP |
| ENBREL SURECLICK SUBCUTANEOUS SOLUTION AUTO-INJECTOR | 3 | PA; SP |
| HAEGARDA | 3 | PA; SP |
| HUMIRA PEDIATRIC CROHNS START SUBCUTANEOUS PREFILLED SYRINGE KIT 40 MG/0.8ML | 2 | PA; SP |
| HUMIRA PEN SUBCUTANEOUS PEN-INJECTOR KIT | 2 | PA; SP |
| HUMIRA PEN-CROHNS STARTER SUBCUTANEOUS PEN-INJECTOR KIT | 2 | PA; SP |
| HUMIRA PEN-PSORIASIS STARTER SUBCUTANEOUS PEN-INJECTOR KIT | 2 | PA; SP |
| HUMIRA SUBCUTANEOUS PREFILLED SYRINGE KIT | 2 | PA; SP |
| INFLECTRA | E | SP |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| methotrexate oral | 1 | |
| methotrexate sodium oral | 1 | |
| mycophenolate mofetil oral capsule | 1 | SP |
| mycophenolate mofetil oral tablet | 1 | SP |
| mycophenolate sodium | 1 | SP |
| ORENCIA SUBCUTANEOUS SOLUTION PREFILLED SYRINGE | 3 | PA; SP |
| OTEZLA ORAL TABLET | 2 | PA; SP |
| OTEZLA ORAL TABLET THERAPY PACK | 2 | PA; SP |
| PROGRAF ORAL | 3 | SP |
| RASUVO SUBCUTANEOUS SOLUTION AUTO-INJECTOR 10 MG/0.2ML, 12.5 MG/0.25ML, 15 MG/0.3ML, 17.5 MG/0.35ML, 20 MG/0.4ML, 22.5 MG/0.45ML, 25 MG/0.5ML, 30 MG/0.6ML, 7.5 MG/0.15ML | 2 | PA; QL |
| REMICADE | 2 | PA; SP |
| SIMPONI ARIA | 2 | PA; SP |
| SIMPONI SUBCUTANEOUS SOLUTION AUTO-INJECTOR | 2 | PA; SP |
| SIMPONI SUBCUTANEOUS SOLUTION PREFILLED SYRINGE | 2 | PA; SP |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| STELARA INTRAVENOUS | 2 | PA; SP |
| tacrolimus oral | 1 | SP |
| TREMFYA | 2 | PA; SP |
| XELJANZ XR | 3 | PA; SP |
| **Immunological Agents - Drugs for Vaccination** | | |
| AFLURIA PRESERVATIVE FREE INTRAMUSCULAR SUSPENSION PREFILLED SYRINGE | 3 | |
| BOOSTRIX INTRAMUSCULAR SUSPENSION 5-2.5-18.5 | 3 | |
| FLUARIX QUADRIVALENT INTRAMUSCULAR SUSPENSION PREFILLED SYRINGE | 3 | |
| FLUCELVAX QUADRIVALENT INTRAMUSCULAR SUSPENSION PREFILLED SYRINGE | 3 | |
| FLUVIRIN INTRAMUSCULAR SUSPENSION | 3 | |
| FLUVIRIN INTRAMUSCULAR SUSPENSION PREFILLED SYRINGE | 3 | |
| FLUZONE HIGH-DOSE INTRAMUSCULAR SUSPENSION PREFILLED SYRINGE | 3 | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| FLUZONE QUADRIVALENT INTRAMUSCULAR SUSPENSION | 3 | |
| FLUZONE QUADRIVALENT INTRAMUSCULAR SUSPENSION PREFILLED SYRINGE | 3 | |
| ZOSTAVAX SUBCUTANEOUS SUSPENSION RECONSTITUTED | 3 | |
| **Inflammatory Bowel Disease Agents** | | |
| APRISO | 2 | |
| ASACOL HD | E | |
| CANASA | 2 | |
| DELZICOL | E | |
| DIPENTUM | 3 | |
| LIALDA | E | |
| mesalamine oral tablet delayed release 1.2 gm | 1 | |
| MESALAMINE ORAL TABLET DELAYED RELEASE 800 MG | E | M |
| PENTASA | 3 | |
| PROCTOFOAM HC | 2 | |
| sulfasalazine oral tablet | 1 | |
| UCERIS RECTAL | 3 | |
| **Metabolic Bone Disease Agents - Drugs for Osteoporosis** | | |
| alendronate sodium oral tablet 10 mg, 40 mg, 5 mg | 1 | |
| alendronate sodium oral tablet 35 mg, 70 mg | 1 | QL |
| BINOSTO | 3 | QL |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| calcitriol oral capsule | 1 | |
| FORTEO SUBCUTANEOUS SOLUTION 600 MCG/2.4ML | 2 | PA; SP |
| ibandronate sodium oral | 1 | QL |
| TYMLOS | 2 | PA; SP |
| **Miscellaneous Therapeutic Agents** | | |
| BOTOX | 2 | PA; Non-Cosmetic; SP |
| CETYLEV | 3 | |
| EUFLEXXA INTRA-ARTICULAR SOLUTION PREFILLED SYRINGE | 2 | PA; SP |
| SYNVISC INTRA-ARTICULAR SOLUTION PREFILLED SYRINGE | 2 | PA; SP |
| SYNVISC ONE INTRA-ARTICULAR SOLUTION PREFILLED SYRINGE | 2 | PA; SP |
| **Ophthalmic Agents - Drugs for Eye Allergy, Infection and Inflammation** | | |
| AZASITE | 3 | |
| BESIVANCE | 3 | |
| ciprofloxacin hcl ophthalmic | 1 | |
| erythromycin ophthalmic | 1 | |
| gentamicin sulfate ophthalmic solution | 1 | |
| ketorolac tromethamine ophthalmic | 1 | |
| MOXEZA | 2 | |
| moxifloxacin hcl ophthalmic | 1 | |
| ofloxacin ophthalmic | 1 | |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| olopatadine hcl ophthalmic | 1 | |
| PAZEO | 2 | |
| prednisolone acetate ophthalmic | 1 | |
| PROLENSA | 3 | QL |
| tobramycin ophthalmic | 1 | |
| **Ophthalmic Agents - Drugs for Glaucoma** | | |
| ALPHAGAN P OPHTHALMIC SOLUTION 0.1 % | 2 | |
| ALPHAGAN P OPHTHALMIC SOLUTION 0.15 % | E | |
| AZOPT | 2 | |
| BETIMOL | 3 | |
| brimonidine tartrate ophthalmic | 1 | |
| COMBIGAN | 2 | |
| COSOPT PF | 3 | |
| dorzolamide hcl-timolol mal | 1 | |
| latanoprost ophthalmic | 1 | QL |
| LUMIGAN OPHTHALMIC SOLUTION 0.01 % | 2 | QL |
| RESCULA | E | |
| SIMBRINZA | 2 | |
| timolol maleate ophthalmic solution | 1 | |
| TRAVATAN Z | 2 | QL |
| ZIOPTAN | E | |
| **Ophthalmic Agents - Drugs for Miscellaneous Eye Conditions** | | |
| LASTACAFT | 3 | ST |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| neomycin-polymyxin-dexameth ophthalmic suspension 3.5-10000-0.1 | 1 | |
| polymyxin b-trimethoprim | 1 | |
| RESTASIS | 2 | PA |
| RESTASIS MULTIDOSE | 2 | PA |
| TOBRADEX OPHTHALMIC SUSPENSION | E | |
| tobramycin-dexamethasone | 1 | |
| XIIDRA | 2 | PA |
| **Otic Agents - Drugs for Ear Conditions** | | |
| CIPRODEX | 2 | |
| neomycin-polymyxin-hc otic solution 1 % | 1 | |
| neomycin-polymyxin-hc otic suspension | 1 | |
| ofloxacin otic | 1 | |
| **Respiratory Tract / Pulmonary Agents - Drugs for Allergies, Cough, Cold** | | |
| ASTEPRO NASAL SOLUTION 0.15 % | 3 | QL |
| azelastine hcl nasal | 1 | QL |
| benzonatate | 1 | |
| cetirizine hcl oral solution | 1 | |
| cetirizine hcl oral syrup 1 mg/ml | 1 | |
| DYMISTA | 2 | QL |
| fluticasone propionate nasal | 1 | |
| hydrocodone polst-cpm polst er oral suspension extended release 10-8 mg/5ml | 1 | PA; QL |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| ipratropium bromide nasal | 1 | |
| levocetirizine dihydrochloride oral tablet | 1 | |
| mometasone furoate nasal | 1 | QL |
| NASONEX | E | |
| OMNARIS | 3 | QL |
| promethazine hcl oral tablet | 1 | |
| promethazine-codeine | 1 | PA; QL |
| promethazine-dm | 1 | |
| pseudoephedrine-bromphen-dm oral syrup 30-2-10 mg/5ml | 1 | |
| QNASL | 3 | QL |
| QNASL CHILDRENS | 3 | QL |
| TUZISTRA XR ORAL SUSPENSION EXTENDED RELEASE | 3 | PA; QL |
| XOLAIR | 2 | PA; SP |
| ZETONNA | 3 | QL |
| ZUTRIPRO | 3 | PA; QL |
| **Respiratory Tract / Pulmonary Agents - Drugs for Asthma and Other Lung Conditions** | | |
| ADVAIR DISKUS | 2 | QL |
| ADVAIR HFA | 2 | QL |
| AIRDUO RESPICLICK 113/14 | E | |
| AIRDUO RESPICLICK 232/14 | E | |
| AIRDUO RESPICLICK 55/14 | E | |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| albuterol sulfate inhalation nebulization solution (2.5 mg/3ml) 0.083%, (5 mg/ml) 0.5%, 0.63 mg/3ml, 1.25 mg/3ml | 1 | QL |
| ALVESCO | E | |
| ANORO ELLIPTA | 2 | QL |
| ARNUITY ELLIPTA | 2 | QL |
| ASMANEX 120 METERED DOSES | E | |
| ASMANEX 14 METERED DOSES | E | |
| ASMANEX 30 METERED DOSES | E | |
| ASMANEX 60 METERED DOSES | E | |
| ASMANEX 7 METERED DOSES | E | |
| ASMANEX HFA | E | |
| AUVI-Q INJECTION SOLUTION AUTO-INJECTOR | E | |
| BREO ELLIPTA INHALATION AEROSOL POWDER BREATH ACTIVATED 100-25 MCG/INH, 200-25 MCG/INH | 2 | QL |
| budesonide inhalation | 1 | QL |
| COMBIVENT RESPIMAT | 2 | QL |
| DULERA | E | |
| EPINEPHRINE INJECTION SOLUTION AUTO-INJECTOR 0.15 MG/0.15ML | E | Made by Impax; M |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| EPINEPHRINE INJECTION SOLUTION AUTO-INJECTOR 0.15 MG/0.3ML | 2 | Made by Mylan |
| EPINEPHRINE SOLUTION AUTO-INJECTOR 0.3 MG/0.3ML INJECTION | 2 | Made by Mylan |
| EPINEPHRINE SOLUTION AUTO-INJECTOR 0.3 MG/0.3ML INJECTION | E | Made by Impax; M |
| EPIPEN 2-PAK INJECTION SOLUTION AUTO-INJECTOR | E | |
| EPIPEN JR 2-PAK INJECTION SOLUTION AUTO-INJECTOR | E | |
| FLOVENT DISKUS INHALATION AEROSOL POWDER BREATH ACTIVATED 100 MCG/BLIST, 250 MCG/BLIST, 50 MCG/BLIST | 2 | QL |
| FLOVENT HFA INHALATION AEROSOL 110 MCG/ACT, 220 MCG/ACT, 44 MCG/ACT | 2 | QL |
| INCRUSE ELLIPTA | 2 | QL |
| ipratropium bromide inhalation | 1 | QL |
| ipratropium-albuterol | 1 | QL |
| LEVALBUTEROL HFA INHALATION AEROSOL 45 MCG/ACT | E | M |
| montelukast sodium oral tablet | 1 | |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

| Drug Name | Drug Tier | Notes |
|---|---|---|
| montelukast sodium oral tablet chewable | 1 | |
| PERFOROMIST | 3 | QL |
| PROAIR HFA | 2 | QL |
| PROAIR RESPICLICK | 2 | QL |
| PROVENTIL HFA | E | |
| PULMICORT FLEXHALER | 2 | QL |
| PULMICORT SUSPENSION | E | |
| QVAR INHALATION AEROSOL SOLUTION | E | |
| QVAR REDIHALER | E | |
| SEREVENT DISKUS | 2 | QL |
| SINGULAIR | E | |
| SPIRIVA HANDIHALER | 2 | QL |
| SPIRIVA RESPIMAT | 2 | QL |
| STIOLTO RESPIMAT | 2 | QL |
| SYMBICORT | 2 | QL |
| TUDORZA PRESSAIR INHALATION AEROSOL POWDER BREATH ACTIVATED | E | |
| VENTOLIN HFA | 2 | QL |
| XOPENEX HFA | E | |
| **Respiratory Tract / Pulmonary Agents - Drugs for Pulmonary Hypertension** | | |
| ADCIRCA | 3 | PA; SP; QL |
| ADEMPAS | 2 | PA; SP; QL |
| LETAIRIS | 2 | PA; SP; QL |
| OPSUMIT | 2 | PA; SP; QL |
| ORENITRAM | 3 | PA; SP |
| sildenafil citrate oral tablet 20 mg | 1 | PA; SP; QL |

| Drug Name | Drug Tier | Notes |
|---|---|---|
| TRACLEER ORAL TABLET | 2 | PA; SP; QL |
| TRACLEER ORAL TABLET SOLUBLE | 2 | PA; SP; QL |
| **Skeletal Muscle Relaxants - Drugs for Muscle Tension and Spasm** | | |
| AMRIX | E | |
| baclofen oral | 1 | |
| carisoprodol oral | 1 | |
| cyclobenzaprine hcl oral | 1 | |
| LORZONE | 3 | |
| metaxalone | 1 | |
| methocarbamol oral | 1 | |
| orphenadrine citrate er | 1 | |
| tizanidine hcl oral tablet | 1 | |
| **Sleep Disorder Agents** | | |
| AMBIEN | E | |
| AMBIEN CR | E | |
| eszopiclone | 1 | QL |
| LUNESTA | E | |
| modafinil | 1 | PA; QL |
| NUVIGIL | E | |
| SILENOR | 3 | QL |
| temazepam | 1 | QL |
| zolpidem tartrate er | 1 | QL |
| zolpidem tartrate oral | 1 | QL |

For more information regarding the tiers and designations in this drug list, please see the *Reading your formulary* section of this booklet.

## Index of Drugs

abacavir sulfate-lamivudine 11
ABSORICA........................ 16
ABSTRAL............................. 6
ACANYA............................ 16
ACCU-CHEK AVIVA
CONNECT KIT W/DEVICE.18
ACCU-CHEK AVIVA
DEVICE............................ 18
ACCU-CHEK AVIVA PLUS 18
ACCU-CHEK COMPACT
PLUS CARE KIT................18
ACCU-CHEK COMPACT
PLUS TEST STRIPS.......... 18
ACCU-CHEK FASTCLIX
LANCET KIT..................... 18
ACCU-CHEK FASTCLIX
LANCETS.......................... 18
ACCU-CHEK GUIDE.......... 18
ACCU-CHEK MULTICLIX
LANCET DEVICE KIT.........18
ACCU-CHEK MULTICLIX
LANCETS.......................... 18
ACCU-CHEK NANO
SMARTVIEW KIT
W/DEVICE........................ 18
ACCU-CHEK
SMARTVIEW TEST
STRIPS............................. 19
ACCU-CHEK SOFT
TOUCH LANCETS............. 19
ACCU-CHEK SOFTCLIX
LANCET DEVICE KIT.........19
ACCU-CHEK SOFTCLIX
LANCETS.......................... 19
acetaminophen-codeine....... 6
acetaminophen-codeine #2.. 6
acetaminophen-codeine #3.. 6
acetaminophen-codeine #4.. 6
ACIPHEX........................... 20
ACTICLATE......................... 8
acyclovir............................12
ACZONE............................ 16
adapalene.......................... 16
ADCIRCA...........................30
ADDERALL XR.................. 15
ADEMPAS......................... 30
ADLYXIN........................... 17
ADLYXIN STARTER
PACK................................. 17
ADVAIR DISKUS................ 28
ADVAIR HFA..................... 28
AFLURIA
PRESERVATIVE FREE......26

AFSTYLA...........................12
AIRDUO RESPICLICK
113/14...............................28
AIRDUO RESPICLICK
232/14...............................28
AIRDUO RESPICLICK
55/14.................................28
AKTIPAK............................16
albuterol sulfate................. 29
alendronate sodium............ 26
alfuzosin hcl er...................21
allopurinol.......................... 10
ALOGLIPTIN BENZOATE.. 17
ALOGLIPTIN-
METFORMIN HCL..............17
ALOGLIPTIN-
PIOGLITAZONE................. 17
ALPHAGAN P....................27
alprazolam........................ 12
ALVESCO...........................29
AMBIEN............................. 30
AMBIEN CR.......................30
amiodarone hcl................. 13
AMITIZA............................20
amitriptyline hcl....................9
amlodipine besylate............ 13
amlodipine besylate-
benazepril hcl....................13
amlodipine besylate-
valsartan............................ 13
amoxicillin........................... 8
amoxicillin-potassium
clavulanate.........................8
amphetamine-
dextroamphetamine............ 15
amphetamine-
dextroamphetamine er........15
AMPYRA............................15
AMRIX.............................. 30
anastrozole....................... 11
ANDRODERM.................... 22
ANDROGEL.......................22
ANDROGEL PUMP........... 22
ANORO ELLIPTA............... 29
APIDRA SOLOSTAR..........19
APIDRA VIAL.....................19
apri....................................23
APRISO............................. 26
ARANESP (ALBUMIN
FREE)............................... 13
aripiprazole....................... 11
ARISTADA...........................11
ARMOUR THYROID..........24

ARNUITY ELLIPTA.............29
ARYMO ER.......................... 6
ASACOL HD..................... 26
ASMANEX 120 METERED
DOSES.............................. 29
ASMANEX 14 METERED
DOSES.............................. 29
ASMANEX 30 METERED
DOSES.............................. 29
ASMANEX 60 METERED
DOSES.............................. 29
ASMANEX 7 METERED
DOSES.............................. 29
ASMANEX HFA.................. 29
ASTEPRO...........................28
atenolol............................... 13
atenolol-chlorthalidone........13
atomoxetine hcl...................15
atorvastatin calcium............ 13
ATRALIN............................16
ATRIPLA............................12
AUBAGIO.......................... 15
AUVI-Q............................. 29
aviane................................ 23
AVONEX PEN................... 15
AVONEX PREFILLED........ 16
AVONEX VIAL
INTRAMUSCULAR  KIT..... 16
AZASITE............................27
azathioprine....................... 25
azelastine hcl.................... 28
azithromycin.........................8
AZOPT...............................27
AZOR................................. 13
baclofen........................... 30
BASAGLAR KWIKPEN.......19
benazepril hcl.....................13
benazepril-
hydrochlorothiazide.............13
BENICAR........................... 13
BENICAR HCT.................. 13
BENZACLIN........................16
BENZACLIN WITH PUMP.. 16
BENZAMYCIN.................... 16
benzonatate.......................28
benztropine mesylate..........11
BESIVANCE...................... 27
betamethasone valerate..... 21
BETASERON......................16
BETHKIS............................. 8
BETIMOL............................27
BEYAZ................................23
BINOSTO............................26

bisoprolol fumarate............. 13
bisoprolol-hydrochlorothiazide.............13
blisovi 24 fe.........................23
blisovi fe 1.5/30...................23
blisovi fe 1/20.....................23
BOOSTRIX.........................26
BOTOX............................. 27
BRAVELLE......................... 22
BREO ELLIPTA.................. 29
BRILINTA............................11
brimonidine tartrate.............27
budesonide........................ 29
bumetanide........................ 13
BUNAVAIL........................... 7
buprenorphine hcl................. 7
buprenorphine hcl-naloxone hcl......................7
bupropion hcl........................ 9
bupropion hcl er (sr)..............9
bupropion hcl er (xl)............. 9
buspirone hcl...................... 12
butalbital-apap-caffeine........ 6
BYDUREON...................... 18
BYDUREON BCISE AUTOINJECTOR.................17
BYETTA 10 MCG PEN....... 18
BYETTA 5 MCG PEN........ 18
BYSTOLIC.......................... 13
BYVALSON......................... 13
CABOMETYX..................... 11
calcitriol.............................27
CAMBIA...............................7
CANASA............................. 26
capecitabine.......................11
CARAFATE........................20
carbamazepine................... 9
carbidopa-levodopa............ 11
carisoprodol...................... 30
cartia xt............................. 13
carvedilol............................13
cefdinir............................... 8
cefuroxime axetil..................8
CELEBREX..........................7
celecoxib.............................7
cephalexin............................8
CERDELGA....................... 21
cetirizine hcl....................... 28
CETROTIDE...................... 22
CETYLEV........................... 27
CHANTIX STARTING MONTH PAK........................ 7
chlorhexidine gluconate...... 16

chlorthalidone..................... 13
choline fenofibrate.............. 13
CIALIS............................... 21
cilostazol............................ 11
CIMZIA.............................. 25
CIMZIA PREFILLED KIT.... 25
CIMZIA STARTER KIT....... 25
CIPRODEX......................... 28
ciprofloxacin hcl............ 8, 27
citalopram hydrobromide...... 9
claravis..............................16
clarithromycin.......................8
CLIMARA PRO................... 23
clindamycin hcl..................... 8
clindamycin phosphate......... 8
clindamycin phosphate-benzoyl peroxide.................17
CLINDESSE........................ 8
clobetasol propionate....21, 22
CLOBEX SPRAY................ 22
clonazepam........................ 12
clonidine hcl....................... 13
clopidogrel bisulfate............ 11
clotrimazole-betamethasone................... 17
COLCHICINE......................10
COLCRYS.......................... 10
COMBIGAN........................ 27
COMBIVENT RESPIMAT... 29
COMPLERA.......................12
CONCERTA........................15
CONTRAVE....................... 16
COPAXONE....................... 16
COSENTYX 150 MG/ML..... 17
COSENTYX 300 DOSE......17
COSENTYX SENSOREADY 300 DOSE.17
COSENTYX SENSOREADY PEN.......... 17
COSOPT PF....................... 27
CREON...............................21
CRESTOR.......................... 13
cryselle-28........................ 23
cyanocobalamin.................20
cyclobenzaprine hcl........... 30
cyclosporine modified......... 25
CYMBALTA.......................... 9
CYTOMEL.......................... 24
DELZICOL......................... 26
DEPEN TITRATABS...........21
DEPO-TESTOSTERONE... 22
DESCOVY......................... 12

desvenlafaxine succinate er.........................................9
dexamethasone................. 22
DEXCOM G4 PLATINUM PEDIATRIC RECEIVER..... 19
DEXCOM G4 PLATINUM RECEIVER, SENSOR, TRANSMITTER.................. 19
DEXCOM G5 SENSOR, TRANSMITTER, MOBILE RECEIVER......................... 19
DEXILANT.......................... 20
dexmethylphenidate hcl...... 15
dexmethylphenidate hcl er..15
diazepam........................... 12
diclofenac potassium............ 7
diclofenac sodium................ 7
dicyclomine hcl.................. 20
DIFFERIN.......................... 17
digox................................. 13
digoxin............................... 13
DILANTIN............................ 9
DILANTIN INFATABS.........9
diltiazem hcl....................... 13
diltiazem hcl er beads......... 13
diltiazem hcl er coated beads................................. 13
DIOVAN............................. 13
DIOVAN HCT.....................13
DIPENTUM........................ 26
diphenoxylate-atropine....... 21
divalproex sodium................9
divalproex sodium er............9
DIVIGEL.............................23
donepezil hcl.......................9
DORYX MPC....................... 8
dorzolamide hcl-timolol mal 27
doxazosin mesylate........... 13
doxepin hcl..........................9
doxycycline hyclate.............. 8
doxycycline monohydrate..... 8
drospirenone-ethinyl estradiol............................. 23
DUAC.................................17
DUAVEE............................ 23
DUEXIS............................... 7
DULERA............................ 29
duloxetine hcl.......................9
DULOXETINE HCL.............10
DUPIXENT.........................17
DURAGESIC-100............... 6
DURAGESIC-12................. 6
DURAGESIC-25................. 6

DURAGESIC-50 .................. 6
DURAGESIC-75 .................. 6
DYMISTA ........................... 28
EDARBI ............................. 13
EDARBYCLOR ................. 13
EFFEXOR XR ...................10
ELESTRIN ......................... 23
ELIDEL ............................. 17
ELIQUIS ..............................9
EMBEDA .............................6
EMVERM ........................... 11
enalapril maleate ............... 13
ENBREL ........................... 25
ENBREL SURECLICK ........25
ENDOMETRIN ...................23
enoxaparin sodium .............. 9
enskyce ............................23
ENSTILAR ........................ 17
entecavir ........................... 12
EPCLUSA ......................... 12
EPIDUO ............................ 17
EPIDUO FORTE ................ 17
EPINEPHRINE .................. 29
EPIPEN 2-PAK .................. 29
EPIPEN JR 2-PAK .............29
EPOGEN ........................... 13
erythromycin ...................... 27
escitalopram oxalate ...........10
esomeprazole magnesium ..20
ESTRACE ..........................23
estradiol ........................... 23
eszopiclone ...................... 30
etodolac ............................. 7
EUCRISA .......................... 17
EUFLEXXA ....................... 27
EXTAVIA ...........................16
ezetimibe ......................... 13
ezetimibe-simvastatin ......... 14
famotidine .......................... 20
FARXIGA .......................... 18
fenofibrate ........................ 14
fenofibrate micronized ........ 14
fenofibric acid .....................14
fentanyl ............................. 6
FENTORA ...........................6
FIASP ................................. 19
FIASP FLEXTOUCH ...........19
finasteride ......................... 21
flecainide acetate .............. 14
FLECTOR ............................7
FLOVENT DISKUS .............29
FLOVENT HFA .................. 29

FLUARIX
QUADRIVALENT ...............26
FLUCELVAX
QUADRIVALENT ...............26
fluconazole ........................10
fluocinonide ......................22
FLUOROPLEX ...................17
fluoxetine hcl .....................10
fluticasone propionate ........28
FLUVIRIN ......................... 26
FLUZONE HIGH-DOSE ......26
FLUZONE
QUADRIVALENT ...............26
folic acid ...........................20
FOLLISTIM AQ ..................22
FORFIVO XL ..................... 10
FORTEO ............................22
FORTESTA .......................22
furosemide ........................ 14
gabapentin ..........................9
gavilyte-g .......................... 21
gemfibrozil ........................ 14
GENOTROPIN ...................22
GENOTROPIN
MINIQUICK ....................23
gentamicin sulfate .............27
GENVOYA ........................ 12
GILENYA .......................... 16
glimepiride ........................ 18
glipizide er ....................... 18
glipizide ir ........................ 18
glipizide xl ....................... 18
GLUMETZA ...................... 18
glyburide .......................... 18
glyburide-metformin ........... 18
GONAL-F ..........................23
GONAL-F RFF ...................23
GONAL-F RFF REDIJECT . 23
GRALISE ........................... 16
GRALISE STARTER .......... 16
GRANIX ............................ 13
GYNAZOLE-1 ................... 10
HAEGARDA ......................16
haloperidol ....................... 11
HARVONI .......................... 12
HP ACTHAR .....................23
HUMALOG KWIKPEN ...... 19
HUMALOG MIX 50/50
KWIKPEN ......................... 19
HUMALOG MIX 50/50
VIAL .................................. 19

HUMALOG MIX 75/25
KWIKPEN .......................... 19
HUMALOG MIX 75/25
VIAL ................................... 19
HUMALOG U-100 JUNIOR
KWIKPEN .......................... 19
HUMALOG U-100 VIAL
AND CARTRIDGE ............. 19
HUMATROPE ....................23
HUMIRA ............................25
HUMIRA PEDIATRIC
CROHNS START .............. 25
HUMIRA PEN ................... 25
HUMIRA PEN-CROHNS
STARTER ......................... 25
HUMIRA PEN-PSORIASIS
STARTER ......................... 25
HUMULIN 70/30
KWIKPEN .......................... 19
HUMULIN 70/30 VIAL .......19
HUMULIN N KWIKPEN ...... 19
HUMULIN N VIAL .............. 19
HUMULIN R U-500
KWIKPEN .......................... 19
HUMULIN R U-500 VIAL
(CONCENTRATED) ........... 19
HUMULIN R VIAL .............. 19
hydralazine hcl ...................14
hydrochlorothiazide ...........14
hydrocodone polst-cpm
polst er .............................. 28
hydrocodone-
acetaminophen .................... 6
hydrocortisone ................... 22
hydromorphone hcl .............. 6
hydroxychloroquine sulfate . 11
hydroxyzine hcl ................. 12
hydroxyzine pamoate .........12
HYSINGLA ER .....................6
ibandronate sodium ............ 27
IBRANCE ...........................11
ibuprofen .............................7
INCRUSE ELLIPTA ............ 29
indomethacin ....................... 7
INFLECTRA .......................25
INTELENCE .......................12
INVEGA SUSTENNA ..........11
INVEGA TRINZA ................ 11
INVOKAMET ......................18
INVOKAMET XR ................18
INVOKANA ........................ 18
ipratropium bromide ......28, 29
ipratropium-albuterol ...........29

irbesartan ..................................14
irbesartan-
hydrochlorothiazide .............14
ISENTRESS ....................... 12
isosorbide mononitrate er ... 14
JANUMET .......................... 18
JANUMET XR .................... 18
JANUVIA ............................ 18
JARDIANCE ...................... 18
JENTADUETO ................... 18
JENTADUETO XR ............. 18
jolivette .................................23
JUBLIA ................................10
junel 1/20 ........................... 23
junel fe 1.5/30 ................... 23
junel fe 1/20 ...................... 23
KADIAN ................................ 6
KAZANO ............................ 18
KERYDIN ............................10
ketoconazole .....................10
ketorolac tromethamine .. 7, 27
KITABIS PAK ......................8
klor-con m20 ...................... 20
KOMBIGLYZE XR ............. 18
labetalol hcl ........................14
lamotrigine ........................... 9
lansoprazole ...................... 20
LANTUS SOLOSTAR ......... 19
LANTUS U-100 VIAL .......... 19
LASTACAFT ....................... 27
latanoprost .......................... 27
LATUDA ..............................11
LAZANDA ............................. 6
LETAIRIS ............................30
letrozole ............................. 11
LEVALBUTEROL HFA ....... 29
LEVEMIR U-100
FLEXTOUCH ................... 19
LEVEMIR U-100 VIAL ........ 19
levetiracetam ....................... 9
LEVITRA .............................21
levocetirizine
dihydrochloride .................. 28
levofloxacin ......................... 8
levonorgestrel-ethinyl
estrad ...............................23
levo-t ..................................24
levothyroxine sodium ..........24
levoxyl ................................24
LEXAPRO ...........................10
LIALDA ............................... 26
lidocaine ...............................7
lidocaine viscous ................16

LIDODERM ...........................7
LINZESS .............................21
liothyronine sodium .............24
LIPITOR ..............................14
LIPOFEN ............................ 14
lisinopril .............................14
lisinopril-
hydrochlorothiazide .............14
lithium carbonate ............... 12
lithium carbonate er ........... 12
LIVALO ...............................14
LO LOESTRIN FE ............. 23
lorazepam ...........................12
loryna .................................23
LORZONE ........................ 30
losartan potassium .............14
losartan potassium-hctz .....14
lovastatin ............................14
LOVAZA ..............................14
low-ogestrel .......................23
ludent ..................................20
LUMIGAN ........................... 27
LUNESTA ...........................30
LUPRON DEPOT (1-
MONTH) ............................ 23
LUPRON DEPOT (3-
MONTH) ............................ 23
LUPRON DEPOT (4-
MONTH)
INTRAMUSCULAR KIT
30MG ................................ 23
LUPRON DEPOT (6-
MONTH)
INTRAMUSCULAR KIT
45MG ................................ 23
LYRICA ...............................16
MAKENA .............................23
MAVYRET ......................... 12
meclizine hcl ...................... 10
medroxyprogesterone
acetate ............................. 24
meloxicam ............................7
memantine hcl .................... 9
mercaptopurine ..................11
mesalamine ....................... 26
MESALAMINE .................. 26
metaxalone ....................... 30
metformin hcl er .................18
metformin hcl er (mod) ........18
metformin hcl er (osm) .......18
metformin hcl ir ...................18
methadone hcl ..................... 6
methimazole ...................... 24

methocarbamol ................... 30
methotrexate ...................... 25
methotrexate sodium .......... 25
methylphenidate hcl ............15
methylphenidate hcl er .......15
methylprednisolone .............22
metoclopramide hcl .............10
metoprolol succinate er .......14
metoprolol tartrate ..............14
METROGEL .........................17
metronidazole ................ 8, 17
microgestin 1.5/30 ..............24
microgestin 1/20 .................24
microgestin fe 1.5/30 ..........24
microgestin fe 1/20 .............24
MIGRANAL ...........................11
MINASTRIN 24 FE ............. 24
MINIVELLE ......................... 24
minocycline hcl .................... 8
mirtazapine ......................... 10
MIRVASO ........................... 17
modafinil ............................ 30
mometasone furoate .....22, 28
mono-linyah ........................ 24
mononessa ........................ 24
montelukast sodium ......29, 30
morphine sulfate er ..............6
MOTOFEN ..........................21
MOVANTIK ..........................21
MOVIPREP ..........................21
MOXEZA ..............................27
moxifloxacin hcl ..................27
MULTAQ ..............................14
mupirocin ............................ 8
mycophenolate mofetil ........25
mycophenolate sodium ........25
MYRBETRIQ ...................... 21
nabumetone ..........................7
nadolol ................................ 14
naltrexone hcl ...................... 7
NAMZARIC ...........................9
naproxen ...............................7
naproxen sodium ................. 7
NARCAN ...............................7
NASONEX ...........................28
NATAZIA ..............................24
NATURE-THROID ..............24
neomycin-polymyxin-
dexameth ........................... 28
neomycin-polymyxin-hc ...... 28
NESINA .............................. 18
NEUPOGEN ...................... 13
NEXIUM ...............................20

niacin er (antihyperlipidemic)............14
nifedipine er...................... 14
nifedipine er osmotic release..................................14
nikki....................................24
nitrofurantoin macrocrystal... 8
nitrofurantoin monohydrate macrocrystals.......................8
nitroglycerin...................... 14
NITROSTAT....................... 14
NORCO.................................. 6
NORDITROPIN FLEXPRO.23
norethindrone....................24
norethindrone acet-ethinyl est........................................24
norgestimate-ethinyl estradiol triphasic................24
nortrel 1/35 (21).................. 24
nortrel 1/35 (28)................. 24
nortriptyline hcl...................10
NORVASC........................... 14
NORVIR...............................12
NOVOFINE AUTOCOVER PEN NEEDLE..................... 20
NOVOFINE PEN NEEDLE. 20
NOVOFINE PLUS PEN NEEDLE............................. 20
NOVOLIN 70/30 RELION... 20
NOVOLIN 70/30 VIAL........20
NOVOLIN N RELION..........20
NOVOLIN N VIAL...............20
NOVOLIN R RELION..........20
NOVOLIN R VIAL...............20
NOVOLOG FLEXPEN........ 20
NOVOLOG MIX 70/30 FLEXPEN............................ 20
NOVOLOG MIX 70/30 VIAL....................................20
NOVOLOG PENFILL...........20
NOVOLOG U-100 VIAL......20
NOVOTWIST PEN NEEDLE............................. 20
NUCYNTA............................ 6
NUCYNTA ER...................... 6
NUTROPIN AQ NUSPIN 10........................................23
NUTROPIN AQ NUSPIN 20........................................23
NUTROPIN AQ NUSPIN 5. 23
NUVARING...........................24
NUVIGIL.............................. 30
NUWIQ............................... 13

nystatin ............................. 10
ocella ................................. 24
ODEFSEY ............................12
ofloxacin .......................27, 28
olanzapine ......................... 11
olmesartan medoxomil........14
olmesartan medoxomil-hctz....................................... 14
olopatadine hcl....................27
OMECLAMOX-PAK...........21
omega-3-acid ethyl esters.. 14
omeprazole..........................20
OMNARIS ...........................28
OMNITROPE.......................23
ondansetron hcl..................10
ondansetron odt..................10
ONETOUCH ULTRA 2....... 19
ONETOUCH ULTRA BLUE TEST STRIPS.......... 19
ONETOUCH ULTRA MINI.. 19
ONETOUCH VERIO........... 19
ONETOUCH VERIO FLEX SYSTEM KIT W/DEVICE....19
ONETOUCH VERIO IQ SYSTEM............................ 19
ONETOUCH VERIO SYNC SYSTEM KIT W/DEVICE......................... 19
ONEXTON........................... 17
ONGLYZA............................18
ONZETRA XSAIL............... 11
OPANA ER............................ 6
OPSUMIT............................ 30
ORACEA...............................17
ORENCIA........................... 25
ORENITRAM...................... 30
orphenadrine citrate er.......30
ORTHO TRI-CYCLEN (28).24
ORTHO TRI-CYCLEN LO.. 24
oseltamivir phosphate.........12
OSENI .................................18
OSPHENA ........................... 22
OTEZLA...............................25
OVIDREL.............................23
oxcarbazepine..................... 9
OXSORALEN ULTRA.........17
oxybutynin chloride.............21
oxybutynin chloride er.........21
oxycodone hcl...................... 6
oxycodone-acetaminophen...6
OXYCONTIN........................ 6
PANCREAZE.......................21
pantoprazole sodium........... 20

paroxetine hcl .................... 10
paroxetine hcl er ................ 10
PAZEO ................................27
penicillin v potassium............8
PENNSAID ........................... 7
PENTASA ........................... 26
pentoxifylline er...................14
PERCOCET .......................... 7
PERFOROMIST................. 30
permethrin ..........................11
PERTZYE........................... 21
phenazopyridine hcl............21
phentermine hcl.................. 16
phenytoin sodium extended..............................9
pioglitazone hcl.................. 18
PLEGRIDY..........................16
PLEGRIDY STARTER PACK.................................. 16
polyethylene glycol 3350.... 21
polymyxin b-trimethoprim...28
portia-28.............................24
potassium chloride crys er..20
potassium chloride er..........20
potassium citrate er............ 20
PRADAXA.............................9
PRALUENT..........................14
pramipexole dihydrochloride.................. 11
pravastatin sodium..............14
prazosin hcl.........................14
prednisolone.......................22
prednisolone acetate.......... 27
prednisolone sodium phosphate........................22
prednisone..........................22
PREMARIN.........................24
PREMPHASE..................... 24
PREMPRO..........................24
PREPOPIK.......................... 21
PREVACID.......................... 20
PREZCOBIX........................ 12
PREZISTA........................... 12
PRISTIQ............................. 10
PROAIR HFA.......................30
PROAIR RESPICLICK........30
prochlorperazine maleate... 10
PROCRIT.............................13
PROCTOFOAM HC.............26
progesterone micronized....24
PROGRAF...........................25
PROLENSA.........................27
promethazine hcl............... 28

promethazine-codeine........ 28
promethazine-dm............... 28
propranolol hcl................... 14
propranolol hcl er............... 14
PROVENTIL HFA............... 30
PROZAC........................... 10
pseudoephedrine-
bromphen-dm.................... 28
PULMICORT FLEXHALER .30
PULMICORT
SUSPENSION.................... 30
PYLERA............................21
QNASL.............................28
QNASL CHILDRENS......... 28
quetiapine fumarate............ 11
quinapril hcl......................14
QVAR...............................30
QVAR REDIHALER............ 30
rabeprazole sodium............ 20
raloxifene hcl.......................22
ramipril............................ 14
RANEXA.......................... 14
ranitidine hcl.......................20
RAPAFLO......................... 21
RASUVO............................25
REBIF.............................. 16
REBIF REBIDOSE.............16
REBIF REBIDOSE
TITRATION PACK............. 16
REBIF TITRATION PACK.. 16
RELISTOR.........................21
REMICADE........................25
RENVELA......................... 21
REPATHA...........................14
REPATHA PUSHTRONEX
SYSTEM........................... 14
REPATHA SURECLICK..... 14
RESCULA..........................27
RESTASIS.........................28
RESTASIS MULTIDOSE.... 28
RETIN-A MICRO GEL 0.04
%, 0.1 %........................... 17
RETIN-A MICRO PUMP..... 17
REVLIMID........................ 11
REXULTI...........................11
REYATAZ......................... 12
risperidone........................ 11
rizatriptan benzoate............ 11
ropinirole hcl..................... 11
rosuvastatin calcium........... 14
SAFYRAL.......................... 24
SAIZEN.............................23
SAIZEN CLICK.EASY.........23

SAIZENPREP.................... 23
SAPHRIS.......................... 11
SAVAYSA............................9
SEREVENT DISKUS.......... 30
sertraline hcl.................... 10
sildenafil citrate............... 30
SILENOR........................... 30
SIMBRINZA....................... 27
SIMPONI..........................25
SIMPONI ARIA................. 25
simvastatin....................... 15
SINGULAIR...................... 30
SOLIQUA.......................... 18
SOLODYN........................... 8
SOOLANTRA.....................11
sotalol hcl......................... 15
SPIRIVA HANDIHALER..... 30
SPIRIVA RESPIMAT.......... 30
spironolactone................... 15
sprintec 28...................... 24
SPRYCEL.......................... 11
STAXYN........................... 21
STELARA..................... 17, 26
STENDRA......................... 11
STIOLTO RESPIMAT......... 30
STRIBILD..........................12
SUBOXONE........................ 7
SUBSYS............................. 7
sucralfate.......................... 20
sulfamethoxazole-
trimethoprim...........................8
sulfasalazine..................... 26
sulindac............................7
sumatriptan succinate.........11
SUMAVEL DOSEPRO........11
SUPREP BOWEL PREP
KIT................................... 21
SYMBICORT ..................... 30
SYNJARDY........................18
SYNJARDY XR..................18
SYNTHROID.....................24
SYNVISC..........................27
SYNVISC ONE.................. 27
TACLONEX....................... 17
tacrolimus......................... 26
TALTZ.............................. 17
TAMIFLU.......................... 12
tamoxifen citrate............... 11
tamsulosin hcl................... 18
TANZEUM......................... 18
TAZORAC..........................17
TECFIDERA...................... 16
TEKTURNA....................... 15

TEKTURNA HCT............... 15
telmisartan...................... 15
temazepam........................ 30
terazosin hcl.....................21
terbinafine hcl................... 10
terconazole....................... 10
TESTIM............................22
TESTOSTERONE............. 22
testosterone cypionate........22
timolol maleate...................27
TIROSINT......................... 24
TIVICAY .......................... 12
tizanidine hcl.................... 30
TOBI NEBULIZER............... 8
TOBI PODHALER.................9
TOBRADEX........................ 28
tobramycin...................... 9, 27
TOBRAMYCIN....................9
tobramycin-
dexamethasone................. 28
tolterodine tartrate er.......... 21
topiramate..........................9
TOPROL XL......................15
torsemide......................... 15
TOUJEO SOLOSTAR.........20
TOVIAZ............................21
TRACLEER.........................30
TRADJENTA......................18
tramadol hcl ir.................... 7
tramadol-acetaminophen...... 7
TRAVATAN Z.................... 27
trazodone hcl................... 10
TREMFYA..........................26
TRESIBA FLEXTOUCH......20
tretinoin............................ 17
triamcinolone acetonide......22
triamterene-hctz................. 15
triazolam.......................... 12
TRIBENZOR ..................... 15
tri-estarylla....................... 24
tri-linyah.......................... 24
tri-lo-marzia...................... 24
tri-lo-sprintec.................... 24
trinessa (28)..................... 24
trinessa lo........................ 24
TRINTELLIX ..................... 10
tri-sprintec.......................... 24
TRIUMEQ......................... 12
TROKENDI XR................... 9
TRULICITY ...................... 18
TRUVADA.........................12
TUDORZA PRESSAIR....... 30
TUZISTRA XR.................... 28

TYMLOS ............................ 27
UCERIS ............................ 26
ULORIC ............................ 10
VAGIFEM ............................24
valacyclovir hcl ...................12
VALIUM ............................ 12
valsartan ............................ 15
valsartan-
hydrochlorothiazide .............15
VARUBI ............................ 10
VASCEPA ..........................15
VECTICAL ........................ 17
VELPHORO ......................21
VELTASSA ........................ 20
VELTIN ............................ 17
venlafaxine hcl ................... 10
venlafaxine hcl er .............. 10
VENTOLIN HFA .................30
verapamil hcl ......................15
verapamil hcl er ................. 15
VESICARE ..........................21
VIAGRA ..........................21
VIBERZI ............................21
VICTOZA ..........................18
vienva ................................ 24
VIIBRYD ............................ 10
VIIBRYD STARTER PACK .10
VIMOVO ............................ 7
VIMPAT ................................ 9
VIOKACE ..........................21
viorele ................................ 24
VIREAD ............................ 12
VITAFOL ..........................20
vitamin d (ergocalciferol) .....20
VIVELLE-DOT ................... 24
VOGELXO ........................ 22
VOGELXO PUMP ..............22
VOLTAREN ........................ 7
VOSEVI ............................ 12
VYTORIN ..........................15
VYVANSE ..........................15
warfarin sodium ................... 9
WELCHOL ..........................15
WELLBUTRIN SR ..............10
WELLBUTRIN XL .............. 10
XANAX ..............................12
XANAX XR ..........................12
XARELTO ............................ 9
XARELTO STARTER
PACK .................................... 9
XELJANZ XR ......................26
XIGDUO XR ........................18
XIIDRA ..............................28

XOLAIR ..............................28
XOPENEX HFA ................. 30
XTAMPZA ER ......................7
XTANDI ..............................11
xulane ................................ 24
YAZ ....................................24
yuvafem ............................ 24
ZARXIO ............................ 13
ZEGERID ..........................20
ZELAPAR .......................... 11
ZENPEP ............................ 21
ZETIA ................................15
ZETONNA ..........................28
ZIANA ................................ 17
ZIOPTAN ..........................27
ziprasidone hcl ...................11
ZOHYDRO ER ......................7
ZOLOFT ............................10
zolpidem tartrate ................ 30
zolpidem tartrate er ............30
ZOMACTON ...................... 23
ZOMIG ............................ 11
ZOMIG ZMT ......................11
zonisamide ..........................9
ZORVOLEX ......................... 7
ZOSTAVAX ........................26
ZOVIRAX ..........................12
ZUBSOLV ........................... 7
ZURAMPIC ........................ 10
ZUTRIPRO ........................ 28
ZYCLARA ..........................17
ZYCLARA PUMP ...............17
ZYTIGA ..............................11



## Nondiscrimination notice and access to communication services

OptumRx and its family of affiliated Optum companies does not discriminate on the basis of race, color, national origin, age, disability, or sex in its health programs or activities.

We provide assistance free of charge to people with disabilities or whose primary language is not English. To request a document in another format such as large print or to get language assistance such as a qualified interpreter, please call the number located on the back of your prescription ID card, TTY 711. Representatives are available 24 hours a day, seven days a week.

If you believe that we have failed to provide these services or discriminated in another way on the basis of race, color, national origin, age, disability, or sex, you can send a complaint to:

> OptumRx Civil Rights Coordinator
> 11000 Optum Circle
> Eden Prairie, MN 55344
>
> Phone:    **1-800-562-6223**, TTY **711**
> Fax:         855-351-5495
> Email:     **Optum_Civil_Rights@Optum.com**

If you need help filing a complaint, please call the number located on the back of your prescription ID card, TTY 711. Representatives are available 24 hours a day, seven days a week. You can also file a complaint directly with the U.S. Dept. of Health and Human services online, by phone, or by mail:

**Online:**    https://ocrportal.hhs.gov/ocr/portal/lobby.jsf
Complaint forms are available at
http://www.hhs.gov/ocr/office/file/index.html

**Phone:**    Toll-free **1-800-368-1019**, 800-537-7697 (TDD)

**Mail:**    U.S. Dept. of Health and Human Services. 200 Independence Avenue,
SW Room 509F, HHH Building Washington, D.C.  20201

---

This information is available in other formats like large print. To ask for another format, please call the telephone number listed on your health plan ID card.

## Multi-language interpreter services

ATTENTION: If you speak English, language assistance services, free of charge, are available to you. Please call the toll-free phone number listed on your identification card.

ATENCIÓN: Si habla **español (Spanish)**, hay servicios de asistencia de idiomas, sin cargo, a su disposición. Llame al número de teléfono gratuito que aparece en su tarjeta de identificación.

請注意：如果您說**中文 (Chinese)**，我們免費為您提供語言協助服務。請撥打會員卡所列的免付費會員電話號碼。

XIN LƯU Ý: Nếu quý vị nói tiếng **Việt (Vietnamese)**, quý vị sẽ được cung cấp dịch vụ trợ giúp về ngôn ngữ miễn phí. Vui lòng gọi số điện thoại miễn phí ở mặt sau thẻ hội viên của quý vị.

알림: **한국어(Korean)**를 사용하시는 경우 언어 지원 서비스를 무료로 이용하실 수 있습니다. 귀하의 신분증 카드에 기재된 무료 회원 전화번호로 문의하십시오.

PAALALA: Kung nagsasalita ka ng **Tagalog (Tagalog)**, may makukuha kang mga libreng serbisyo ng tulong sa wika. Pakitawagan ang toll-free na numero ng telepono na nasa iyong identification card.

ВНИМАНИЕ: бесплатные услуги перевода доступны для людей, чей родной язык является **русском (Russian)**. Позвоните по бесплатному номеру телефона, указанному на вашей идентификационной карте.

تنبيه: إذا كنت تتحدث **العربية (Arabic)**، فإن خدمات المساعدة اللغوية المجانية متاحة لك. الرجاء الاتصال على رقم الهاتف المجاني الموجود على معرّف العضوية.

ATANSYON: Si w pale **Kreyòl ayisyen (Haitian Creole)**, ou kapab benefisye sèvis ki gratis pou ede w nan lang pa w. Tanpri rele nimewo gratis ki sou kat idantifikasyon w.

ATTENTION : Si vous parlez **français (French)**, des services d'aide linguistique vous sont proposés gratuitement. Veuillez appeler le numéro de téléphone gratuit figurant sur votre carte d'identification.

UWAGA: Jeżeli mówisz po **polsku (Polish)**, udostępniliśmy darmowe usługi tłumacza. Prosimy zadzwonić pod bezpłatny numer telefonu podany na karcie identyfikacyjnej.

ATENÇÃO: Se você fala **português (Portuguese)**, contate o serviço de assistência de idiomas gratuito. Ligue gratuitamente para o número encontrado no seu cartão de identificação.

ATTENZIONE: in caso la lingua parlata sia l'**italiano (Italian)**, sono disponibili servizi di assistenza linguistica gratuiti. Per favore chiamate il numero di telefono verde indicato sulla vostra tessera identificativa.

ACHTUNG: Falls Sie **Deutsch (German)** sprechen, stehen Ihnen kostenlos sprachliche Hilfsdienstleistungen zur Verfügung. Bitte rufen Sie die gebührenfreie Rufnummer auf der Rückseite Ihres Mitgliedsausweises an.

注意事項：日本語**(Japanese)**を話される場合、無料の言語支援サービスをご利用いただけます。健康保険証に記載されているフリーダイヤルにお電話ください。

توجه: اگر زبان شما **فارسی (Farsi)** است، خدمات امداد زبانی به طور رایگان در اختیار شما می باشد. لطفا با شماره تلفن رایگانی که روی کارت شناسایی شما قید شده تماس بگیرید.

ध्यान दें: यदि आप **हिंदी (Hindi)** बोलते है, आपको भाषा सहायता सेवाएं, नि:शुल्क उपलब्ध है। कृपया अपने पहचान पत्र पर सूचीबद्ध टोल-फ्री फोन नंबर पर कॉल करें।

CEEB TOOM: Yog koj hais Lus **Hmoob (Hmong)**, muaj kev pab txhais lus pub dawb rau koj. Thov hu rau tus xov tooj hu deb dawb uas teev muaj nyob rau ntawm koj daim yuaj cim qhia tus kheej.

ធំណាប់អារម្មណ៍: បេ៎ាសិនអ្នកនិយាយ**ភាសាខ្មែរ(Khmer)**សេវាជំនួយភាសាឥ៧យឥតគិតថ្លៃ គឺមានសំរាប់អ្នក។ សូមទូរស័ព្ទទ៎ទ៧៖ាៃលេខឥតគិតថ្លៃ ដែលមាននៅ៧ាៃលៃអគ្រសម្គ្ញាណាប់ពិណ្ណឈ្មោងរបស់អ្នក។

PAKDAAR: Nu saritaem ti **Ilocano (Ilocano)**, ti serbisyo para ti baddang ti lengguahe nga awanan bayadna, ket sidadaan para kenyam. Maidawat nga awagan iti toll-free a numero ti telepono nga nakalista ayan iti identification card mo.

DÍÍ BAA'ÁKONÍNÍZIN: **Diné (Navajo)** bizaad bee yánílti'go, saad bee áka›anída›awo›ígíí, t'áá jíík'eh, bee ná'ahóót'i'. T'áá shoodí ninaaltsoos nitł'izí bee nééhozinígíí bine'déé› t'áá jíík'ehgo béésh bee hane'í biká'ígíí bee hodíilnih.

OGOW: Haddii aad ku hadasho **Soomaali (Somali)**, adeegyada taageerada luqadda, oo bilaash ah, ayaad heli kartaa. Fadlan wac lambarka telefonka khadka bilaashka ee ku yaalla kaarkaaga aqoonsiga.



**optumrx.com**

OptumRx specializes in the delivery, clinical management and affordability of prescription medications and consumer health products. We are an Optum® company — a leading provider of integrated health services. Learn more at **optum.com/optumrx**.

All Optum trademarks and logos are owned by Optum, Inc. All other trademarks are the property of their respective owners.

© 2018 Optum, Inc. All rights reserved.

ORX6700F_180701  |  67238B-122017                                    **Premium Standard**