# EXHIBIT O-3

Home   News   Weather   Investigations   Entertainment            77°   Connect

# Family Sues Suburban Hospital After Grandmother Dies of Prescription Drug Overdose

Published at 4:14 PM CDT on May 11, 2018 | Updated at 6:48 PM CDT on May 11, 2018



The family of a west suburban grandmother says they are filled with grief and anger tonight after she died of a drug overdose that they say was caused by doctors feeding her opioid addiction. NBC 5's Katie Kim reports.
(Published Friday, May 11, 2018)

   

**Family Files Suit After Grandmother Dies of Opioid Overdose** | Drug Distributors Accused of Missing Suspicious Opioid Sales | Chicago Police Investigate After Temptations Singer's Death | Restaurant Employees Sue Over Tips

**TRENDING STORIES**

1. Foo Fighters' Hilarious List of Prohibited Items at Wrigley
2. PHOTOS Suburban Home for Sale Features Indoor Ice Rink, Rock Wall
3. Armed Robbers Hold Up Lakeview Restaurant
4. VIDEO Mountaintop Plot in Beverly Hills Can Be Yours for $1 Billion

**WEATHER FORECAST**

Chicago, IL

77° Few Clouds
Feels Like 79°

Radar   Forecast   Maps

A family is suing a suburban Chicago hospital and another Chicago-area doctor, alleging the doctors and medical staff fueled a drug addiction that ultimately ended a 56-year-old grandmother's life.

Nina Koehler filed a wrongful death lawsuit against Northwestern's Delnor Hospital and her mother's local doctor claiming they "not only failed to recognize and treat Linda Svanstrom's prescription drug addiction but also fueled it by giving her large doses of opioid and prescription drugs. "

Linda Svanstrom suffered from chronic knee pain and weekly visited Delnor Hospital along with her local doctor at his St. Charles private practice, according to family. She died on Feb. 7, 2017 of a prescription drug overdose, leaving behind three children, including a disabled son, and two grandchildren.

**WHAT DO YOU THINK?**

Do you think Rosanne Barr's appearance on Fox News' "Hannity" this week helped or hurt her image with the public?

○ Helped
○ Hurt
○ No opinion
○ I'm not following this story

 

Home News Weather Investigations Entertainment

**NEWSLETTERS**
Receive the latest local updates in your inbox

Email    Sign up

Privacy policy | More Newsletters

**Drug Distributors Accused of Missing Suspicious Opioid Sales**

Lawmakers from the Subcommittee on Oversight and Investigations accused wholesale drug distributors of being responsible for shipping millions of prescription opioid pills to West Virginia. The responses from five wholesale distributors ranged from apologies to finger pointing in a contentious hearing on Capitol Hill. (Published Tuesday, May 8, 2018)

According to their complaint, phone records also showed she made 80 phone calls in a seven-month period to her primary care physician.

"My mom left us at age 56 because she trusted a medical system that is broken," Koehler said in a statement. "You shouldn't be allowed to walk into a hospital multiple times a week and be given uncontrolled access to opioids and prescribed dangerous pain killers without any evidence of a medical emergency. I pleaded with the hospital to stop giving my mom drugs but they wouldn't listen, and now she's gone."

The family's attorney said doctors and staff missed a documented pattern of addiction.

- **Drug Distributors Say They Didn't Cause Opioids Crisis**

"There has to be check and balances to giving dangerous drugs," Mark McNabola said.

His comments were echoed by Sen. Dick Durbin, who announced legislation Friday aimed at reducing the over-prescribing of opioids.

"We face the worst drug epidemic in American history," Durbin said. "That's quite a statement but it's true and we know it because this opioid epidemic touches every single community in our state."

- **As States Consider Taxing Opioids, Drugmakers Push Back**

A spokesman for Northwestern said the hospital does not comment on pending litigation. Her local physician could not immediately be reached for comment.

Get the latest from NBC Chicago anywhere, anytime



**Download the App**
Available for **IOS** and **Android**    Follow NBC Chicago