# UNITED STATES JUDICIAL PANEL
## on
## MULTIDISTRICT LITIGATION

**IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION**

City of Shreveport v. Purdue Pharma L P, et al.,       )

      W.D. Louisiana, C.A. No. 5:18-01021       )        MDL No. 2804

## ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action (*Shreveport*) on August 20, 2018.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Shreveport* filed a notice of opposition to the proposed transfer.  Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-51" filed on August 20, 2018, is LIFTED insofar as it relates to this action.  The action is transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polster.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel