# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | Case No. 1:17-md-2804 |
| This document relates to all cases. | ) ) | |
| | ) | Judge Dan Aaron Polster |
| _____ | ) ) ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Redi Kasollja of Foley & Lardner LLP hereby enters his appearance as additional counsel of record for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. in the above-captioned action.

Dated:  September 17, 2018   Respectfully submitted,

*/s/ Redi Kasollja*
Redi Kasollja (MA BBO #673557)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617.342.4000
Facsimile: 617.342.4001
rkasollja@foley.com

*Counsel for Anda, Inc. and Anda Pharmaceuticals, Inc.*

4837-5275-5570.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 17th day of September 2018, I emailed a copy of the foregoing to the Clerk of Court at MDL@ohnd.uscourts.gov, who will electronically file the same via the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                                                            */s/ Redi Kasollja*
                                                         Redi Kasollja

4837-5275-5570.1