UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*All cases* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Jaclyn V. Piltch hereby withdraws her appearance as counsel of record for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. (collectively, "Anda") in the above-captioned action. Anda continues to be represented by James W. Matthews, Katy E. Koski, and Redi Kasollja of Foley & Lardner LLP in the above-captioned action.

Dated:  September 18, 2018

Respectfully submitted,

/s/ Jaclyn V. Piltch
Jaclyn V. Piltch (MA BBO # 682945)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
Telephone: (617) 342-4000
Facsimile: (617) 342-4001

4830-5115-3266.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of September 2018, I electronically filed the foregoing Notice of Withdrawal with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ Jaclyn V. Piltch*
Jaclyn V. Piltch
