UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: | JUDGE DAN AARON POLSTER |

*Ambrosio, et al. v. Purdue, et al.*
1:18-op-45375-DAP

*Flanagan, et al, v Purdue Pharma, LP, et al.*
1:18-op-45405-DAP

*Hunt, et al. v. Purdue Pharma, L.P., et al.*
1:18-op-45681-DAP

*Moore, et al. v. Purdue Pharma, L.P., et al.*
1:18-op-01231-DAP

*Rees, et al. v. McKesson Corporation, et al.*
1:18-op-45252-DAP

*Salmons, et al. v. McKesson Corporation, et al.*
1:18-op-45268-DAP

*Wood, et al. v. Purdue Pharma, L.P., et al.*
1:18-op-45264-DAP

## NOTICE OF SERVICE

Please take notice that on September 20, 2018, Plaintiffs identified above, through undersigned counsel, filed this **Plaintiffs' Motion for Transfer of Actions Pursuant to 28 U.S.C. § 1407 For Coordinated or Consolidated Pretrial Proceedings** (Attached hereto) in the United States Judicial Panel on Multidistrict Litigation (N.D. Ohio Docket No. 1:17:-md-2804).

Respectfully submitted,

/s/ Scott R. Bickford
**MARTZELL, BICKFORD & CENTOLA**
Scott R. Bickford (LA 1165)
Spencer R. Doody (LA 27795)

4841-3255-8451, v. 1

338 Lafayette Street
New Orleans, LA 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635
sbickford@mbfirm.com
srd@mbfirm.com
usdcndoh@mbfirm.com

/s/ Celeste Brustowicz
**COOPER LAW FIRM, LLC**
Celeste Brustowicz (LA 16835)
Barry J. Cooper, Jr. (LA 27202)
Stephen H. Wussow (LA 35391)
Victor Cobb
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Cbrustowicz@sch-llc.com

/s/ Kevin W. Thompson
**THOMPSON BARNEY LAW FIRM**
Kevin W. Thompson
David R. Barney, Jr.
2030 Kanawha Boulevard, East
Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Kwthompsonwv@gmail.com

/s/ James F. Clayborne
**CLAYBORNE, SABO & WAGNER,** LLP
Sen. James F. Clayborne (IL 45627)
525 West Main Street, Suite 105
Belleville, Il 62220
Telephone:  618-239-0187
Facsimile:  618-416-7556
jclayborne@cswlawllp.com

/s/ Jack W. Harang
**LAW OFFICES OF JACK W. HARANG**
Jack W. Harang (LA 15083)
2433 Taffy Drive
Kenner, LA 70065
Telephone: 504-810-4734
jwharang@gmail.com

/s/ Kent Harrison Robbins

**THE LAW OFFICES OF KENT** HARRISON ROBBINS, P.A.
Kent Harrison Robbins (FL 275484)
242 Northeast 27th Street
Miami, FL 33137
Telephone: 305-532-0500
Facsimile: 305-531-0150
Primary: Khr@khrlawoffices.com
Secondary: ereyes@khrlawoffices.com
Tertiary: assistant@khrlawoffices.com

/s/ Donald Creadore
**THE CREADORE LAW FIRM, P.C.**
Donald Creadore (NY 20907202)
450 Seventh Avenue - 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Primary: donald@creadorelawfirm.com
Secondary: donald@aol.com

/s/ Warren Perrin
**PERRIN, LANDRY, deLAUNAY**
Warren Perrin
251 La Rue France
P. O. Box 53597
Lafayette, LA 70505
Telephone: 337-233-5832
Perrin@plddo.com


## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September, 2018, a true and correct copy of the foregoing has been electronically filed with the United States Judicial Panel on Multidistrict Litigation for the National Prescription Opiate Litigation (1:17-md-02804-DAP), U.S. Mail, and/or Email.


/s/ Celeste Brustowicz
Celeste Brustowicz

4841-3255-8451, v. 1