BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

IN RE: CHILDREN BORN
OPIOID-DEPENDENT

MDL - _____

## SCHEDULE OF ACTIONS

| Case Caption | Present Court | Docket Case No. | Judge |
|---|---|---|---|
| **Plaintiff(s):** Melissa Ambrosio, individually and as next friend of Baby G.A., on behalf of themselves and all others similarly situated **Defendants:** Purdue Pharma, LP; The Purdue Frederick Company, Inc.; McKesson Corporation; Cardinal Health, Inc.; AmerisourceBergen Corporation; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Allergen PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; and, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. | N.D. Ohio Eastern Division MDL 2804 | 1:18-op-45375-DAP | Judge Dan Aaron Polster |

| | | | |
|---|---|---|---|
| **Plaintiff(s):** Darren and Elena Flanagan, individually and as adoptive parents and next friends of Baby K.L.F., on behalf of themselves and all other similarly situated **Defendants:** Purdue Pharma, LP; Purdue Pharma, Inc; The Purdue Frederick Company, Inc.; McKesson Corporation; Cardinal Health, Inc.; AmerisourceBergen Corporation; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Allergen PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; and, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. | N.D. Ohio MDL 2804 | 1:18-op-45405-DAP | Judge Dan Aaron Polster |

| | | | |
|---|---|---|---|
| **Plaintiff(s):** Shannon Hunt, individually and as next friend of Baby S.J., on behalf of themselves and all others similarly situated **Defendants:** Purdue Pharma, L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; McKesson Corporation; cardinal Health, Inc.; AmerisourceBergen Corporation; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Allergen PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. | N.D. Ohio Eastern Division MDL 2804 | 1:18-op-45681-DAP | Judge Dan Aaron Polster |

| **Plaintiff(s)**: Bobbie Lou Moore, individually and as next friend and guardian of minor R.R.C., on behalf of themselves and all others similarly situated<br>**Defendants**: Purdue Pharma, L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; McKesson Corporation; Cardinal Health, Inc.; AmerisourceBergen Corporation; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica Inc. n/k/a Janssen Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Allergen PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.,; Watson Laboratories, Inc.; Actavis LLC; and, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. | S.D. West Virginia (Charleston Division) | 2:18-cv-01231 | Judge David A. Faber |

| | | | |
|---|---|---|---|
| **Plaintiff(s):** Derric and Ceonda Rees, individually and as next friend and guardian of Baby T.W.B. on behalf of themselves and all others similarly situated<br>**Defendants:** McKesson Corporation; Cardinal Health, Inc.; AmerisourceBergen Corporation; Purdue Pharma, LP; Purdue Pharma, Inc.; the Purdue Frederick Company, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Endo Health Solutions; Endo Pharmaceuticals, Inc.; Allergan PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis, LLC; and, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. | N.D. Ohio Eastern Division MDL 2804 | 18-OP-45252-DAP | Judge Dan Aaron Polster |

| | | | |
|---|---|---|---|
| **Plaintiff(s):** Walter and Virginia Salmons, individually and as the next friend or guardian or minor W.D. and on behalf of all others similarly situated<br>**Defendants:** Purdue Pharma, L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; McKesson Corporation; Cardinal Health, Inc.; AmerisourceBergen Corporation; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica Inc. n/k/a Janssen Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Allergen PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.,; Watson Laboratories, Inc.; Actavis LLC; and, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. | N.D. Ohio Eastern Division MDL 2804 | 18-OP-45268-DAP | Judge Dan Aaron Polster |

| Plaintiff(s): Rachel Wood, individually and as next friend and adopted Mother of Baby O.W., on behalf of themselves and all others similarly situated<br>Defendants: Purdue Pharma, L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; McKesson Corporation; Cardinal Health, Inc.; AmerisourceBergen Corporation; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica Inc. n/k/a Janssen Pharmaceuticals, Inc.; Endo Health Solutions, Inc.; Endo Pharmaceuticals, Inc.; Allergen PLC f/k/a Actavis PLC; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis LLC; and, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. | N.D. Ohio Eastern Division MDL 2804 | 1:18-op-45264-DAP | Judge Dan Aaron Polster |
|---|---|---|---|

Respectfully submitted,

/s/ Scott R. Bickford
**MARTZELL, BICKFORD & CENTOLA**
Scott R. Bickford (LA 1165)
Spencer R. Doody (LA 27795)
338 Lafayette Street
New Orleans, LA 70130
Telephone: 504-581-9065
Facsimile: 504-581-7635
sbickford@mbfirm.com
srd@mbfirm.com
usdcndoh@mbfirm.com

4814-3352-3315, v. 1

/s/ Celeste Brustowicz
**COOPER LAW FIRM, LLC**
Celeste Brustowicz (LA 16835)
Barry J. Cooper, Jr. (LA 27202)
Stephen H. Wussow (LA 35391)
Victor Cobb (LA 36830)
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Cbrustowicz@sch-llc.com


/s/ Kevin W. Thompson
**THOMPSON BARNEY LAW FIRM**
Kevin W. Thompson (WV 5062)
David R. Barney, Jr. (WV 7958)
2030 Kanawha Boulevard, East
Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Kwthompsonwv@gmail.com


/s/ James F. Clayborne
**CLAYBORNE, SABO & WAGNER, LLP**
Sen. James F. Clayborne (IL 45627)
525 West Main Street, Suite 105
Belleville, Il 62220
Telephone:  618-239-0187
Facsimile:  618-416-7556
jclayborne@cswlawllp.com


/s/ Jack W. Harang
**LAW OFFICES OF JACK W. HARANG**
Jack W. Harang (LA 15083)
2433 Taffy Drive
Kenner, LA 70065
Telephone: 504-810-4734
jwharang@gmail.com


/s/ Kent Harrison Robbins
**THE LAW OFFICES OF KENT** HARRISON ROBBINS, P.A.
Kent Harrison Robbins (FL 275484)
242 Northeast 27th Street
Miami, FL 33137
Telephone: 305-532-0500

Facsimile: 305-531-0150
Primary: Khr@khrlawoffices.com
Secondary: ereyes@khrlawoffices.com
Tertiary: assistant@khrlawoffices.com

/s/ Donald Creadore
**THE CREADORE LAW FIRM, P.C.**
Donald Creadore (NY 20907202)
450 Seventh Avenue - 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Primary: donald@creadorelawfirm.com
Secondary: donald@aol.com

/s/ Warren Perrin
**PERRIN, LANDRY, deLAUNAY**
Warren Perrin (LA 10498)
251 La Rue France
P. O. Box 53597
Lafayette, LA 70505
Telephone: 337-233-5832
Perrin@plddo.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 20th day of September, 2018, a true and correct copy of the foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which provides an electronic service notification to all counsel of record registered as CM/ECF users.

/s/Scott Bickford
Scott Bickford

4814-3352-3315, v. 1