# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) |
| | ) Case No. 17-MD-2804 |
| THIS DOCUMENT RELATES TO: All Cases | ) ) Judge Dan Aaron Polster |
| | ) |
| | ) NOTICE OF ACKNOWLEDGEMENT ) OF PROTECTIVE ORDER AND ) AGREEMENT TO BE BOUND |

Pursuant to the Court's **Protective Order re: DEA's ARCOS/DADS Database** (Doc # 167) and **Order Regarding Alternate Exhibit A to ARCOS Protective Order** (Doc # 602) the undersigned provides all parties notice that the offices or representatives of the following states' Attorneys Generals and/or their duly authorized representatives have agreed to and executed the ARCOS Protective Order:

State of Arkansas, Office of the Attorney General

State of Arizona, Office of the Attorney General

State of Georgia, Office of the Attorney General

State of Hawaii, Office of the Attorney General

State of Kansas, Office of the Attorney General

State of Minnesota, Office of the Attorney General

State of South Carolina, Office of the Attorney General

State of Virginia, Office of the Attorney General

State of Washington, Office of the Attorney General

State of West Virginia, Office of the Attorney General

Dated: September 20, 2018　　　　RESPECTFULLY SUBMITTED:

/s/J. Burton LeBlanc, IV
J. Burton LeBlanc, IV
BARON & BUDD, P.C.
2600 CitiPlace, Suite 400
Baton Rouge, LA 70808
Tel.: 225-927-5441
Fax: 225-927-5449
bleblanc@baronbudd.com

*Attorneys General Liaison to the
Plaintiffs Executive Committee*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the foregoing was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: September 20, 2018 /s/J. Burton LeBlanc, IV
J. Burton LeBlanc, IV
BARON & BUDD, P.C.
2600 CitiPlace, Suite 400
Baton Rouge, LA 70808
Tel.: 225-927-5441
Fax: 225-927-5449
bleblanc@baronbudd.com

*Attorneys General Liaison to the
Plaintiffs Executive Committee*