# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | * * * * * * | CASE NO. 1:17-MD-2804<br><br>JUDGE POLSTER |

## NOTICE OF APPEARANCE

Attorneys, Frank H. Spruiell, Jr. and Russell R. Dickson, of the law firm of Wiener, Weiss & Madison, APC hereby give notice to this Court and to all parties that they enter their appearance as counsel of record for Defendant, Morris & Dickson Co., L.L.C.

Respectfully submitted,

    /s/Frank H. Spruiell, Jr.
Frank H. Spruiell, Jr. (LA#1611)
Russell R. Dickson (LA#37660)
**Wiener, Weiss & Madison, APC**
330 Marshall Street, Ste. 1000
Shreveport, LA 71101
Phone: (318) 226-9100
Fax: (318) 424-5128
Email: fspruiell@wwmlaw.com
Email: rdickson@wwmlaw.com

Attorneys for Defendant, Morris & Dickson Co., L.L.C.

## CERTIFICATE OF SERVICE

I hereby certify that the foregoing was electronically filed with the U.S. District Court, Northern District of Ohio, Eastern Division, on this date and served upon counsel of record and all other parties who have appeared in this matter and registered with ECF via the court's electronic filing system.

      /s/Frank H. Spruiell, Jr.
    Frank H. Spruiell, Jr. (LA 1611)