# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION )
OPIATE LITIGATION )
) **Case No. 1:17-md-2804**
This filing applies to:  All Cases )
) **Judge Dan Aaron Polster**
)
)
_____)

## AMENDED NOTICE OF FORM OF WAIVER REQUEST

Pursuant to Paragraph 6(d) of Case Management Order One (ECF #232), attached at

**Exhibit A** is a proper form of waiver request for Defendant Anda, Inc., and attached at

**Exhibit B** is a proper form of waiver request for Defendant Anda Pharmaceuticals, Inc.

Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. hereby designate James W.

Matthews (jmatthews@foley.com) as the person to electronically accept waiver requests in the

above-referenced action, with copies also to be provided electronically to Katy E. Koski

(kkoski@foley.com) and Redi Kasollja (rkasollja@foley.com).

Dated:  September 21, 2018    Respectfully submitted,

  */s/ James W. Matthews*
  James W. Matthews (MA BBO #560560)
  FOLEY & LARDNER LLP
  111 Huntington Avenue
  Boston, MA 02199
  Telephone: 617.342.4000
  Facsimile: 617.342.4001
  jmatthews@foley.com

  *Counsel for Anda, Inc. and*
  *Anda Pharmaceuticals, Inc*.

4838-2738-1619.1

**CERTIFICATE OF SERVICE**

I hereby certify that on the 21st day of September 2018, I caused the foregoing document to be filed with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

*/s/ James W. Matthews*
James W. Matthews

4838-2738-1619.1