UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION    MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −55)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 987 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 21, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

## SCHEDULE CTO−55 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| ALABAMA MIDDLE | | | |
| ALM | 2 | 18−00761 | City of Clanton, Alabama v. Amerisourcebergen Drug Corporation et al |
| CALIFORNIA NORTHERN | | | |
| CAN | 1 | 18−05353 | City of Eureka et al v. Purdue Pharma, L.P. et al |
| LOUISIANA MIDDLE | | | |
| LAM | 3 | 18−00817 | Bossier City v. AmerisourceBergen Drug Corporation et al |
| LAM | 3 | 18−00818 | St. James Parish v. AmerisourceBergen Drug Corporation et al |
| LAM | 3 | 18−00819 | Beauregard Parish Police Jury v. AmerisourceBergen Drug Corporation et al |
| MASSACHUSETTS | | | |
| MA | 1 | 18−11878 | Town of Aquinnah, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11880 | Town of West Bridgewater v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11886 | Town of Kingston, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11887 | City of Brockton, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 1 | 18−11888 | Town of Walpole, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MA | 3 | 18−30144 | Town of Longmeadow v. Amerisourcebergen Drug Corporation et al |
| MA | 4 | 18−40148 | Town of Millbury, Massachusetts v. Amerisourcebergen Drug Corporation et al |
| MICHIGAN WESTERN | | | |
| MIW | 1 | 18−00983 | Branch, County of v. Purdue Pharma L.P. et al |

MISSOURI EASTERN

| ~~MOE~~ | ~~4~~ | ~~18−01477~~ | ~~Jefferson County et al v. Purdue Pharma L.P. et al~~ Opposed 9/20/18 |

WEST VIRGINIA SOUTHERN

| WVS | 2 | 18−01263 | The City of Buckhannon, West Virginia v. McKesson Corporation et al |