IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO EASTERN
DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | MDL No. 2804<br><br>CASE No: 1:17-MD-2804<br><br>JUDGE Dan Aaron Polster |

### NOTICES OF APPEARANCE

The Court and parties hereto will take notice that Thomas Lowe Young of Law Office of Thomas L. Young, PA., 320 W. Kennedy Blvd., Suite 650 Tampa, FL 33606, Telephone (813) 251-9706, hereby enter their appearance as additional counsel of record for plaintiffs, Polk County, Florida ("Polk County"). It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as additional counsel of record for Polk County, Florida.

Respectfully submitted

_____
THOMAS LOWE YOUNG
Florida Bar Number 0231680
Law Office of Thomas L. Young, PA
320 W. Kennedy Blvd., Suite 650
Tampa FL 33606
Tel: (813) 252-9706
tyoung@tlylaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on September 24, 2018, a copy of the foregoing Notice of Appearance was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system. Parties and their counsel may access this filing though the Court's Electronic Case Filing system.

_____
Tom Young