# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>Honorable Dan A. Polster |
| **This document applies to:** | | |
| *Scott County Board of Supervisors v. AmerisourceBergen Drug Corporation, et al., Member Case No.: 1:18-op-46074* | | |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Bert Ketchum., of Greene, Ketchum, Farrell, Bailey & Tweel, LLP, hereby appears on behalf of the above-referenced Plaintiff, requests that his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents in this case be made upon him through the Court CM/ECF filing system.

        Respectfully submitted,

        /s/ Bert Ketchum
        Bert Ketchum
        Greene, Ketchum, Farrell,
          Bailey & Tweel, LLP
        419 - 11th Street (25701)/ P.O. Box 2389
        Huntington, West Virginia 25724-2389
        Phone:  800.479.0053 or 304.525.9115
        Fax:    304.529.3284
        **bert@greeneketchum.com**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 24th day of September, 2018, the foregoing was electronically filed using the court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Bert Ketchum
Bert Ketchum