[744-3]

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE MUSCOGEE (CREEK) NATION | ) | Case No. 1:18-op-45459 |
| | ) | |
| PLAINTIFF, | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| PURDUE PHARMA L.P.; et al., | ) | (MDL Case No. 17-md-2804) |
| | ) | |
| DEFENDANTS. | ) | |

PLEASE TAKE NOTICE that SEAN H. MCKEE of the BEST & SHARP law firm, One West Third Street, Suite 900, Tulsa, Oklahoma, 74103, hereby enters his appearance as counsel for Defendant GCP Pharma, LLC.

        Respectfully submitted,

        s/ Sean H. McKee
        Sean H. McKee, OBA #14277
        **BEST & SHARP**
        Williams Center Tower 1
        One West Third Street, Suite 900
        Tulsa, OK 74103
        ssimcoe@bestsharp.com
        Telephone: (918) 582-1234
        Facsimile: (918) 585-9447
        *Attorneys for Defendant GCP Pharma, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of September, 2018, the foregoing **Notice of Appearance** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                  s/ Sean H. McKee  
                                                  Sean H. McKee