[744-3]

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| THE MUSCOGEE (CREEK) NATION | ) | Case No. 1:18-op-45459 |
| | ) | |
| PLAINTIFF, | ) | JUDGE DAN AARON POLSTER |
| v. | ) | |
| | ) | **NOTICE OF APPEARANCE** |
| PURDUE PHARMA L.P.; et al., | ) | (MDL Case No. 17-md-2804) |
| | ) | |
| DEFENDANTS. | ) | |

PLEASE TAKE NOTICE that STEVEN W. SIMCOE of the BEST & SHARP law firm, One West Third Street, Suite 900, Tulsa, Oklahoma, 74103, hereby enters his appearance as counsel for Defendant GCP Pharma, LLC.

Respectfully submitted,

s/ Steven W. Simcoe
Steven W. Simcoe, OBA #15349
**BEST & SHARP**
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, OK 74103
ssimcoe@bestsharp.com
Telephone: (918) 582-1234
Facsimile: (918) 585-9447
*Attorneys for Defendant GCP Pharma, LLC*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 26th day of September, 2018, the foregoing **Notice of Appearance** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                                                           s/ Steven W. Simcoe
                                                           Steven W. Simcoe