IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| THE MUSCOGEE (CREEK) NATION ) | Case No. 1:18-op-45459 |
| ) | |
| PLAINTIFF, ) | JUDGE DAN AARON POLSTER |
| v. ) | |
| ) | **Motion to Dismiss** |
| PURDUE PHARMA L.P.; et al., ) | (MDL Case No. 17-md-2804) |
| ) | |
| DEFENDANTS. ) | |

## DEFENDANT GCP PHARMA, LLC'S MOTION TO DISMISS

Defendant GCP Pharma, LLC is named as a Distributor Defendant in Plaintiff's First Amended Complaint, and joins and incorporates by reference in the Motion to Dismiss (Doc #49) and Memorandum in Support (Doc. 49-1) filed by Distributor Defendants AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, Cardinal Health, Inc., Cardinal Health 110, LLC, and McKesson Corp.

Dated: September 26, 2018

    Respectfully submitted,

    s/ Steven W. Simcoe
    Sean H. McKee, OBA #14277
    *smckee@bestsharp.com*
    Matthew B. Free, OBA #18055
    *mfree@bestsharp.com*
    Benjamin D. Reed, OBA #22696
    *breed@bestsharp.com*
    Steven W. Simcoe, OBA #15349
    *ssimcoe@bestsharp.com*
    **BEST & SHARP**
    Williams Center Tower 1
    One West Third Street, Suite 900
    Tulsa, OK 74103
    Telephone: (918) 582-1234
    Facsimile: (918) 585-9447
    *Attorneys for Defendant GCP Pharma, LLC*

{00496916}

**CERTIFICATE OF SERVICE**

   I hereby certify that on the 26th day of September, 2018, the foregoing **Motion to Dismiss** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

                  s/ Steven W. Simcoe
                  Steven W. Simcoe

{00496916}