Ian R. Feldman (State Bar No. 200308)
ifeldman@clausen.com
Meredith D. Stewart (State Bar No: 217212)
mstewart@clausen.com
CLAUSEN MILLER P.C.
17901 Von Karman Avenue, Suite 650
Irvine, CA 92614
Telephone 949-260-3100
Facsimile 949-260-3190

Attorneys for Defendant
AMERICAN PAIN SOCIETY, INC.

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804<br>[Transferred from CAC 8:18-cv-00745]<br><br>Judge Dan A. Polster<br><br>**NOTICE OF APPEARANCE** |

**TO THIS HONORABLE COURT, TO ALL PARTIES HEREIN AND TO THEIR ATTORNEYS OF RECORD:**

PLEASE TAKE NOTICE that Meredith D. Stewart of the law firm Clausen Miller P.C. hereby gives notice that she has been retained by Defendant AMERICAN PAIN SOCIETY ("APS") to represent it in the above-captioned matter and is authorized to receive service of all pleadings, notices, orders, and other papers relating to this matter.

The filing of this Notice of Appearance shall not constitute a general appearance and is for purposes of identification of counsel and preparation of a service list only.

This Notice of Appearance shall not waive and is without prejudice to any challenge by APS to the jurisdiction of the Court, substantive or procedural challenges to the Complaint or any affirmative defenses raised by APS in its responsive pleadings.

DATED: September 26, 2018         CLAUSEN MILLER P.C.


BY: /s/*Meredith D. Stewart*
    Ian R. Feldman
    Meredith D. Stewart

Attorneys for Defendant
AMERICAN PAIN SOCIETY, INC.

132917.1

-3-

## CERTIFICATE OF SERVICE

I am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action; my business address is 17901 Von Karman Avenue, Suite 650, Irvine, California 92614.

On September 26, 2018, I served the following document(s) described below on the interested parties in this action, as follows:

**NOTICE OF APPEARANCE**

**[X] BY CM/ECF:** I caused such document(s) to be served electronically pursuant to the U.S. District Court's Electronic Case Filing Program to be delivered electronically to those parties who have registered to become an E-Filer.

**[X] BY FEDERAL:** I declare under penalty of perjury under the laws of the United States of America that I am employed in the office of a member of the bar of this court at whose direction the service was made.

Executed on September 26, 2018, at Irvine, California.

_____
Barbara M. Dorsey

126453