UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                           MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −56)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,004 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Sep 27, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                        MDL No. 2804

### SCHEDULE CTO−56 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| GEORGIA NORTHERN | | | |
| GAN | 2 | 18−00161 | City of Demorest, Georgia v. AmerisourceBergen Drug Corporation et al |
| GAN | 2 | 18−00162 | Habersham County Medical Center v. AmerisourceBergen Drug Corporation et al |
| GEORGIA SOUTHERN | | | |
| GAS | 5 | 18−00068 | Pierce County, Georgia v. Amerisourcebergen Drug Corporation et al |
| GAS | 5 | 18−00069 | Bacon County, Georgia v. Amerisourcebergen Drug Corporation et al |
| INDIANA NORTHERN | | | |
| INN | 3 | 18−00709 | Pulaski County v. Purdue Pharma LP et al |
| INDIANA SOUTHERN | | | |
| INS | 1 | 18−02757 | CITY OF BEECH GROVE, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| INS | 1 | 18−02778 | MARKETING SERVICES OF INDIANA, INC. v. PURDUE PHARMA L.P. et al |
| KANSAS | | | |
| KS | 2 | 18−02246 | Crawford County, Board of Commissioners v. Purdue Pharma L.P. et al |
| MINNESOTA | | | |
| MN | 0 | 18−02612 | Dakota County v. Purdue Pharma L.P. et al |
| NEW HAMPSHIRE | | | |
| NH | 1 | 18−00808 | Rochester, NH, City of et al v. Purdue Pharma L.P. et al |

NORTH CAROLINA EASTERN

| | | | |
|---|---|---|---|
| NCE | 7 | 18−00163 | Robeson County v. Actavis, LLC et al |

OKLAHOMA NORTHERN

| | | | | |
|---|---|---|---|---|
| ~~OKN~~ | ~~4~~ | ~~18−00459~~ | ~~Board of County Commissioners of Pawnee County, State of Oklahoma, The v. Purde Pharma L.P. et al~~ | Opposed 9/26/18 |
| ~~OKN~~ | ~~4~~ | ~~18−00460~~ | ~~Board of County Commissioners of Delaware County, State of Oklahoma, The v. Purde Pharma L.P. et al~~ | Opposed 9/26/18 |
| ~~OKN~~ | ~~4~~ | ~~18−00461~~ | ~~Board of County Commissioners of Osage County, State of Oklahoma, The v. Purde Pharma L.P. et al~~ | Opposed 9/26/18 |
| ~~OKN~~ | ~~4~~ | ~~18−00466~~ | ~~Board of County Commissioners of Ottawa County, State of Oklahoma, The v. Purde Pharma L.P. et al~~ | Opposed 9/26/18 |

OKLAHOMA WESTERN

| | | | | |
|---|---|---|---|---|
| ~~OKW~~ | ~~5~~ | ~~18−00857~~ | ~~Board of County Commissioners of McClain County, State of Oklahoma v. Purde Pharma LP et al~~ | Opposed 9/26/18 |