IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Master Docket No.: 1:17-MD-02804-DAP |
| Case No. 1:18-op-45459 | Hon. Judge Dan A. Polster |
| THE MUSCOGEE (CREEK) NATION, | |
| PLAINTIFF, | JURY TRIAL DEMANDED |
| v. | |
| PURDUE PHARMA L.P., *et al.*, | |
| DEFENDANTS. | |

**UNOPPOSED MOTION TO DISMISS CVS HEALTH CORPORATION**

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff in the above-captioned case hereby moves to dismiss Defendant CVS Health Corporation ("CVS Health") from the case without prejudice.  CVS Health does not oppose the motion.

CVS Health is the parent company of Defendant CVS Pharmacy, Inc. and the indirect parent of Defendant Oklahoma CVS Pharmacy, LLC.  On August 31, 2018, CVS Health moved to dismiss the complaint in the above-captioned case against CVS Health for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2)—neither CVS Pharmacy, Inc. nor Oklahoma CVS Pharmacy, LLC moved to dismiss based on lack of jurisdiction.  If this motion is granted, the motion to dismiss CVS Health for lack of personal jurisdiction will be moot.

This motion is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to Defendants CVS Pharmacy, Inc. and Oklahoma CVS Pharmacy, LLC.

Date: September 27, 2018

OF COUNSEL:

Scott D. Gilbert
Richard Shore
Peter Meringolo
Michael B. Rush
Jenna A. Hudson
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
gilberts@gotofirm.com
shorer@gotofirm.com
meringolop@gotofirm.com
rushm@gotofirm.com
hudsonj@gotofirm.com

Richard W. Fields
FIELDS PLLC
1700 K Street, NW, Suite 810
Washington, DC 20006
fields@fieldslawpllc.com

Lloyd B. Miller
Donald J. Simon
Whitney A. Leonard
SONOSKY CHAMBERS SACHSE
ENDRESON & PERRY, LLP
1425 K Street, NW, Suite 600
Washington, DC 20005
lloyd@sonosky.net
dsimon@sonosky.net
whitney@sonosky.net

William S. Ohlemeyer
Patricia Melville
Tyler Ulrich
Stephen N. Zack
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
wohlemeyer@bsfllp.com
pmelville@bsfllp.com
tulrich@bsfllp.com
szack@bsfllp.com

/s/ Kevin Dellinger
Attorney General Kevin Dellinger,
OBA #15612
MUSCOGEE (CREEK) NATION
P.O. Box 580
Okmulgee, OK 74447
kdellinger@mcnag.com


/s/ Joseph M. Callow, Jr.
Gregory M. Utter
Joseph M. Callow, Jr.
Thomas F. Hankinson
Sarah V. Geiger
KEATING MUETHING &
KLEKAMP PLL
One East Fourth Street, Suite
1400 Cincinnati, OH 45202
gmutter@kmklaw.com
jcallow@kmklaw.com
thankinson@kmklaw.com
sgeiger@kmklaw.com

*Attorneys for the Muscogee (Creek) Nation*

## CERTIFICATE OF SERVICE

I, Jenna A. Hudson, hereby certify that on September 27, 2018 the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Jenna A. Hudson*
Jenna A. Hudson