IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Master Docket No.: 1:17-MD-02804-DAP |
| Case No. 1:18-op-45459 | Hon. Judge Dan A. Polster |
| THE MUSCOGEE (CREEK) NATION, | |
| PLAINTIFF, | JURY TRIAL DEMANDED |
| v. | |
| PURDUE PHARMA L.P., *et al.*, | |
| DEFENDANTS. | |

## UNOPPOSED MOTION TO DISMISS WALGREENS BOOTS ALLIANCE, INC.

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff in the above-captioned case hereby moves to dismiss Defendant Walgreens Boots Alliance, Inc. ("WBA") from the case without prejudice.  WBA does not oppose the motion.

WBA is the parent company of one other Defendant in this case, Walgreen Co.  On August 31, 2018, WBA moved to dismiss the complaint in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2)—Walgreen Co. did not move to dismiss based on lack of jurisdiction.  If this motion to dismiss WBA pursuant to Rule 21 is granted, the motion to dismiss WBA for lack of personal jurisdiction will be moot.

This motion is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to Defendant Walgreen Co.

Date:  September 27, 2018

OF COUNSEL:

| | |
|---|---|
| Scott D. Gilbert<br>Richard Shore<br>Peter Meringolo<br>Michael B. Rush<br>Jenna A. Hudson<br>GILBERT LLP<br>1100 New York Avenue, NW, Suite 700<br>Washington, DC 20005<br>gilberts@gotofirm.com<br>shorer@gotofirm.com<br>meringolop@gotofirm.com<br>rushm@gotofirm.com<br>hudsonj@gotofirm.com | /s/ Kevin Dellinger<br>Attorney General Kevin Dellinger,<br>OBA #15612<br>MUSCOGEE (CREEK) NATION<br>P.O. Box 580<br>Okmulgee, OK 74447<br>kdellinger@mcnag.com |
| Richard W. Fields<br>FIELDS PLLC<br>1700 K Street, NW, Suite 810<br>Washington, DC 20006<br>fields@fieldslawpllc.com | /s/ Joseph M. Callow, Jr.<br>Gregory M. Utter<br>Joseph M. Callow, Jr.<br>Thomas F. Hankinson<br>Sarah V. Geiger<br>KEATING MUETHING & KLEKAMP PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202<br>gmutter@kmklaw.com<br>jcallow@kmklaw.com<br>thankinson@kmklaw.com<br>sgeiger@kmklaw.com |
| Lloyd B. Miller<br>Donald J. Simon<br>Whitney A. Leonard<br>SONOSKY CHAMBERS SACHSE<br>ENDRESON & PERRY, LLP<br>1425 K Street, NW, Suite 600<br>Washington, DC 20005<br>lloyd@sonosky.net<br>dsimon@sonosky.net<br>whitney@sonosky.net | *Attorneys for the Muscogee (Creek) Nation* |

William S. Ohlemeyer
Patricia Melville
Tyler Ulrich
Stephen N. Zack
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
wohlemeyer@bsfllp.com
pmelville@bsfllp.com
tulrich@bsfllp.com
szack@bsfllp.com

**CERTIFICATE OF SERVICE**

I, Jenna A. Hudson, hereby certify that on September 27, 2018 the foregoing document was served via the Court's ECF system to all counsel of record.

/s/  *Jenna A. Hudson*
Jenna A. Hudson