# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : | CASE NO. 1:17 MD 2804<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF WITHDRAWAL OF COUNSEL

Please withdraw the appearance of Daniel Carmeli, Esquire of Morgan, Lewis & Bockius LLP as counsel of record on behalf of Defendant, Rite Aid of Maryland, Inc., in the above-captioned action.

Respectfully submitted,

Dated:  September 28, 2018

*/s/ Daniel Carmeli*
Daniel Carmeli (PA ID No. 313617)
MORGAN, LEWIS & BOCKIUS LLP
301 Grant Street
One Oxford Centre, 32nd Floor
Pittsburgh, PA  15219-6401
412.560.7433 (dir)
412.560.7001 (fax)
daniel.carmeli@morganlewis.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 28th day of September, 2018, I electronically filed the foregoing Notice of Withdrawal with the Clerk of this Court via the CM/ECF system, which will send notification of such filing to all registered users.

/s/ *Daniel Carmeli*
Daniel Carmeli