# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>**All cases**<br><br>ALLERGAN FINANCE, LLC<br><br>        Third Party Plaintiff,<br><br>        v.<br><br>PFIZER INC. and KING PHARMACEUTICALS, INC., n/k/a KING PHARMACEUTICALS LLC,<br><br>        Third Party Defendants. | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster**<br><br>**NOTICE OF APPEARANCE** |

PLEASE TAKE NOTICE that George S. Wang, Esq. of the law firm of Simpson Thacher & Bartlett LLP hereby appears as counsel for Third Party Defendants Pfizer Inc. and King Pharmaceuticals, Inc. n/k/a King Pharmaceuticals LLC in this action and requests that all subsequent papers be served upon this firm at the address indicated below.

Dated:    September 28, 2018
             New York, New York

                                    SIMPSON THACHER & BARTLETT LLP

                                    By:  /s/ *George S. Wang*
                                            George S. Wang (gwang@stblaw.com)
                                            425 Lexington Avenue
                                            New York, New York 10017-3954
                                            Telephone: (212) 455-2000
                                            Facsimile: (212) 455-2502

                                            *Attorneys for Third Party Defendants Pfizer*
                                            *Inc. and King Pharmaceuticals, Inc. n/k/a*
                                            *King Pharmaceuticals LLC*

**CERTIFICATE OF SERVICE**

    I hereby certify that on September 28, 2018, a copy of the foregoing **Notice of Appearance** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: September 28, 2018

                        SIMPSON THACHER & BARTLETT LLP

                        By:  /s/ *George S. Wang*
                              George S. Wang (gwang@stblaw.com)
                              425 Lexington Avenue
                              New York, New York 10017-3954
                              Telephone: (212) 455-2000
                              Facsimile: (212) 455-2502

                              *Attorneys for Third Party Defendants Pfizer Inc. and King Pharmaceuticals, Inc. n/k/a King Pharmaceuticals LLC*