**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| **This document relates to:** | **Master Docket No.: 1:17-MD-02804-DAP** |
| **Case No. 1:18-op-45459-DAP** | **Hon. Judge Dan A. Polster** |
| **THE MUSCOGEE (CREEK) NATION,** | |
| PLAINTIFF, | **JURY TRIAL DEMANDED** |
| **v.** | |
| **PURDUE PHARMA L.P., *et al.,*** | |
| DEFENDANTS. | |

<u>**MOTION FOR LEAVE TO FILE MOTION SUBSTITUTING AMNEAL DEFENDANTS**</u>

Pursuant to Case Management Order One § 6.g, *In re: National Prescription Opiate Litigation*, Case No. 1:17-md-2804 (N.D. Ohio), ECF No. 232 and Local Rule 7.1, Plaintiff in the above-captioned case hereby moves for leave to file a motion ("Proposed Motion"), attached hereto as Exhibit A, for the reasons set forth therein.  The Proposed Motion requests that the Court (1) add Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York, LLC (collectively, the "Amneal Operating Entities") as Defendants in this case in place of Amneal Pharmaceuticals, Inc. (the "Amneal Holding Company"), and (2) provided that the Amneal Operating Entities are added, dismiss the Amneal Holding Company without prejudice.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the Proposed Motion attached as Exhibit A, and enter the proposed order attached as Exhibit B.

Date:  September 28, 2018

OF COUNSEL:

Gregory M. Utter
Joseph M. Callow, Jr.
Thomas F.
Hankinson Sarah V.
Geiger
KEATING MUETHING &
KLEKAMP PLL
One East Fourth Street, Suite
1400 Cincinnati, OH 45202
gmutter@kmklaw.com
jcallow@kmklaw.com
thankinson@kmklaw.com
sgeiger@kmklaw.com

Richard W. Fields
FIELDS PLLC
1700 K Street, NW, Suite 810
Washington, DC 20006
fields@fieldslawpllc.com

Lloyd B. Miller
Donald J. Simon
Whitney A. Leonard
SONOSKY CHAMBERS SACHSE
ENDRESON & PERRY, LLP
1425 K Street, NW, Suite 600
Washington, DC 20005
lloyd@sonosky.net
dsimon@sonosky.net
whitney@sonosky.net

William S. Ohlemeyer
Patricia Melville Tyler
Ulrich
Stephen N. Zack
BOIES SCHILLER FLEXNER LLP
333 Main Street
Armonk, NY 10504
wohlemeyer@bsfllp.com
pmelville@bsfllp.com
tulrich@bsfllp.com
szack@bsfllp.com

*/s/ Kevin Dellinger*
Attorney General Kevin Dellinger, OBA
#15612
MUSCOGEE (CREEK) NATION
P.O. Box 580 Okmulgee,
OK 74447
kdellinger@mcnag.com


*/s/ Jenna A. Hudson*
Scott D. Gilbert
Richard Shore Peter
Meringolo Michael
B. Rush
Jenna A. Hudson
GILBERT LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
gilberts@gotofirm.com
shorer@gotofirm.com
meringolop@gotofirm.com
rushm@gotofirm.com
hudsonj@gotofirm.com

*Attorneys for the Muscogee (Creek)
Nation*

**CERTIFICATE OF SERVICE**

I, Jenna A. Hudson, hereby certify that on September 28, 2018 the foregoing document was served via the Court's ECF system to all counsel of record.

/s/  *Jenna A. Hudson*
Jenna A. Hudson