# EXHIBIT B

# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| | |
| **This document relates to:** | **Master Docket No.:** |
| | **1:17-MD-02804-DAP** |
| **Case No. 1:18-op-45459-DAP** | |
| | **Hon. Judge Dan A. Polster** |
| **THE MUSCOGEE (CREEK) NATION,** | |
| **PLAINTIFF,** | **ORDER GRANTING PLAINTIFF'S MOTION FOR LEAVE TO FILE MOTION SUBSTITUTING AMNEAL DEFENDANTS** |
| **v.** | |
| **PURDUE PHARMA L.P.,** *et al.*, | |
| **DEFENDANTS.** | |

Plaintiff Muscogee Creek Nation moves for leave to file a motion to (1) add Amneal Pharmaceuticals LLC and Amneal Pharmaceuticals of New York, LLC (collectively, the "Amneal Operating Entities") as Defendants in this case in place of Amneal Pharmaceuticals, Inc. (the "Amneal Holding Company"), and (2) provided that the Amneal Operating Entities are added, dismiss the Amneal Holding Company without prejudice.

The Motion states that the terms substituting the Amneal Operating Entities as Defendants in place of the Amneal Holding Company are just within the meaning of Rule 21.

Plaintiff's Motion for Leave to File Motion Substituting Amneal Defendants is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE