1 | Sean Morris (State Bar No. 200368)
2 | Tiffany M. Ikeda (State Bar No. 280083)
  | ARNOLD & PORTER KAYE SCHOLER LLP
3 | 777 South Figueroa Street, Forty-Fourth Floor
  | Los Angeles, California 90017-5844
4 | Telephone: +1 213.243.4000
  | Facsimile: +1 213.243.4199
5 | Email: Sean.Morris@arnoldporter.com
  | Email: Tiffany.Ikeda@arnoldporter.com

6 | Attorneys for Defendants
  | ENDO HEALTH SOLUTIONS INC. and
7 | ENDO PHARMACEUTICALS INC.

8 | [Names and addresses of additional counsel
  | appear on the signature pages]

IN THE UNITED STATE DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| **IN RE:** National Prescription Opiate Litigation | MDL No. 2804 |
| | *Big Sandy Rancheria of Western Mono Indians v. McKesson Corporation, et. al.,* No. 1:18-op-45923; |
| | *Big Valley Band of Pomo Indians of the Big Valley Rancheria v. McKesson Corporation, et. al.,* No. 1:18-op-45922; |
| | *Center Point, Inc. v. McKesson Corporation, et. al.,* No 1:18-op-45919; |
| | *Consolidated Tribal Health Project, Inc. vs. McKesson Corporation, et. al.,* No. 1:18-op-45919; |
| | *Coyote Valley Band of Pomo Indians vs. McKesson Corporation, et. al.,* No. 1:18-op-45917; |
| | *Guidiville Rancheria of California v. McKesson Corporation, et. al.,* No. 1:18-op-45913; |
| | *Hopland Band of Pomo Indians v. McKesson Corporation, et. al.,* No. 1:18-op-45913; |
| | *Redwood Valley or Little River Band of Pomo Indians of the Redwood Valley Rancheria v. McKesson Corporation, et. al.,* No. 1:18-op-45916; |
| | *Robinson Rancheria v. McKesson Corporation, et. al.,* No. 1:18-op-45915 |

|   | *Round Valley Indian Tribes, and Round Valley Indian Health Center, Inc. v. McKesson Corporation, et. al.,* No. 1:18-op-45915; *Scotts Valley Band of Pomo Indians v. McKesson Corporation, et. al.,* No. 1:18-op-45914; *R.D. Burns v. Purdue Pharma L.P. et. al.,* No. 1:18-op-45934 |
|---|---|

### NOTICE OF WITHDRAWAL

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that S. Albert Wang, of the law firm Arnold & Porter Kaye Scholer LLP, withdraws as counsel for Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. (collectively "Endo"), in the above-referenced action, effective immediately.

Dated: September 28, 2018

S: */s/ Sean Morris*
Sean Morris

Tiffany M. Ikeda
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, Forty-Fourth Floor
Los Angeles, CA 90017-5844
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
sean.morris@arnoldporter.com
tiffany.ikeda@arnoldporter.com

Joshua M. Davis, *pro hac vice forthcoming*
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Avenue, N.W.
Washington, DC 20001
Telephone: (202) 942-5000
joshua.davis@arnoldporter.com

John C. Hueston
HUESTON HENNIGAN LLP
620 Newport Center Drive, Suite 1300
Newport Beach, CA 92660
Telephone: (949) 229-8640

Facsimile: (888) 775-0898
jhueston@hueston.com

Marshall A. Camp
Moez M. Kaba
HUESTON HENNIGAN LLP
523 West 6th Street, Suite 400
Los Angeles, CA 90014
Telephone: (213) 788-4340
Facsimile: (888) 775-0898
mcamp@hueston.com
mkaba@hueston.com

*Attorneys for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 28, 2018, a true and correct copy of the foregoing has been served upon all parties so registered via the Court's electronic filing system.


Dated: September 28, 2018    Signature: /s/ *Sean Morris*
                                        SEAN MORRIS
                                        Arnold & Porter Kaye Scholer LLP
                                        777 South Figueroa Street, 44th Floor
                                        Los Angeles, CA 90017-5844
                                        Telephone: +1 213.243.4000
                                        Facsimile: +1 213.243.4199
                                        Sean.Morris@arnoldporter.com