# EXHIBIT A

## Index of Defendants' Arguments and the Nation's Responses[1]

*Key:*

- AB: Amneal's Opening Brief in Support of Motion to Dismiss Based on Improper Service, Improper Service of Process, and Lack of Personal Jurisdiction
- DB: AmerisourceBergen, Cardinal, and McKesson's Opening Brief in Support of Motion to Dismiss
- GB: Generic Manufacturers' Opening Brief in Support of Motion to Dismiss
- MB: Manufacturer Defendants' Opening Brief in Support of Motion to Dismiss
- PB: CareFirst, City Drug, Cityplex, Couch, CVS, Economy Pharmacy, Ernie's, Freeland, Gaddy, M&D, Omnicare, Pippenger, Reasor's, Rogers, Spoon, Walgreens, and Walmart's Opening Brief in Support of Motion to Dismiss

| Issues | Defendants' Arguments | Nation's Response |
|---|---|---|
| **Arguments Applicable to Multiple Counts** | | |
| Article III Standing | PB § I (page 2) | § I |
| Preemption | GB §§ I, III.C, III.D (pages 2-3, 7, 12-23)<br>MB Introduction, § IV (pages 2, 42-48) | § II |
| Causation, Including the Learned Intermediary Doctrine | DB § V (pages 21-23)<br>GB §§ I, III.B, III.D (pages 4, 7, 10, 23)<br>MB § I.A (pages 4-17)<br>PB §§ II, IV (pages 3-7) | § III |
| Injury, Including the Economic Loss Doctrine and the Derivative Injury Rule | GB § III.D (page 23)<br>MB Introduction, §§ I.A.1, II.A, II.B (pages 2, 8, 19-25) | § IV |
| Particularity & Group Pleading | DB § VII (pages 25-26)<br>GB §§ I, II, III.B, III.D (pages 1-4, 7-12, 23)<br>MB Introduction, § V.A (pages 3, 49-58)<br>PB Introduction §§ II, III (pages 1-4) | § V |
| Statute of Limitations | MB § V.B (pages 58-67) | § VI |
| Improper Service of Process & Personal Jurisdiction | AB | § VII |

---

[1] The Nation and the respective Defendants have mooted CVS's Motion to Dismiss for Lack of Personal Jurisdiction and Walgreens' Motion to Dismiss for Lack of Personal Jurisdiction.  *See* Unopposed Motion to Dismiss CVS Health Corporation, No. 1:18-op-45459-DAP (N.D. Ohio) ECF No. 81 (dismissing CVS Health Corporation without prejudice); Unopposed Motion to Dismiss Walgreens Boots Alliance, Inc., No. 1:18-op-45459-DAP (N.D. Ohio) ECF No. 82 (dismissing Walgreens Boots Alliance, Inc. without prejudice).  The Nation therefore does not include those motion in this index.

Exhibit A to the Muscogee (Creek) Nation's Consolidated Opposition to Defendants' Motions to Dismiss

| Issues | Defendants' Arguments | Nation's Response |
|---|---|---|
| **Arguments Applicable to Specific Counts** | | |
| Nuisance | DB § IV (pages 15-21)<br>GB § III.D (page 23)<br>MB Introduction, § III.A (pages 2, 34-38)<br>PB § V.D (page 13) | § VIII.A |
| Negligence and Negligence Per Se | DB § III (pages 9-15)<br>GB § III.D (page 23)<br>MB §§ I.B, II.F (pages 17-19, 31-33)<br>PB § V.B (pages 8-11) | § VIII.B |
| Unjust Enrichment | DB § VI (pages 23-25)<br>GB § III.D (page 23)<br>MB Introduction, § III.B (pages 2, 39-42)<br>PB § V.F (page 14) | § VIII.C |
| Civil Conspiracy | DB § VII (pages 25-26)<br>MB § V.C (pages 67-68)<br>PB § V.E (pages 13-14) | § VIII.D |
| RICO | DB § I (pages 3-5)<br>GB § III.D (page 22)<br>MB §§ II.C, V.A.2 (pages 25-27, 55-57)<br>PB § V.A (pages 7-8) | § VIII.E |
| Lanham Act | DB § II (pages 5-9)<br>MB § II.D (pages 28-29)<br>PB § V.C (pages 11-12) | § VIII.F |

Exhibit A to the Muscogee (Creek) Nation's Consolidated Opposition to Defendants' Motions to Dismiss