# EXHIBIT B

Exhibit B to the Muscogee (Creek) Nation's Consolidated Opposition to Defendants' Motions to Dismiss

## Holdings by Other Courts that Have Rejected Defendants' Arguments

| ISSUES | OK [1] | NH [2] | OH [3] | AK [4] | NY Counties [5] (Manufacturers) | NY Counties [6] (Distributors) | WA [7] | TN Counties [8] | MO [9] | City of Everett, WA [10] | City of Chicago, IL [11] | WV [12] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Claims not preempted by federal law | X | X | X | X | X | | X | | | | | |
| Economic Loss is inapplicable | | | X | | X | X | | | | | | X |
| Municipal Cost Recovery Rule is inapplicable | | | | | X | X | X | | | X | | X |
| Statute of Limitations did not serve as grounds to dismiss claims | | | | X | X | X | | | | X | | |
| Plaintiff properly plead public nuisance claims | X | X | X | X | X | X | X | | | | | X |
| Plaintiff properly plead negligence claims | | | | X | X | X | X | | | | | X |
| Plaintiff properly plead unjust enrichment claims | X | | | X | X | X | | | | X | | X |
| Plaintiff satisfied applicable pleading standards | X | X | X | X | X | X | | X | X | | X | X |
| Plaintiff adequately pled causation | X | X | | X | X | X | X | X | | X | | X |

[1] *State ex rel. Hunter v. Purdue Pharma, L.P.*, No. CJ-2017-816 (Okla. Dist. Ct. Dec. 6, 2017)

[2] *State v. Purdue Pharma, L.P.*, No. 217-2017-CV-00402 (N.H. Super. Ct. Sept. 18, 2018)

[3] *State ex rel. Purdue Pharma, L.P.*, No. 17 CI 261 (Ohio Ct. C.P., Ross Cty. Aug. 22, 2018)

[4] *State v. Purdue Pharma, L.P.*, No. 3AN-17-09966CI (Alaska Super Ct. July 12, 2018).

[5] *In re Opioid Litigation*, No. 400000/2017, 2018 WL 3115102 (N.Y. Sup. Ct. Jun. 18, 2018)

[6] *In re Opioid Litig.,* No. 400000/2017 (N.Y. Sup. Ct. July 17, 2018)

[7] *State v. Purdue Pharma, L.P.*, No. 17-2-25505-0 SEA (Wash. Super. Ct. May 14, 2018)

[8] *Staubus v. Purdue Pharma, L.P.*, No. C-41916, 2018 WL 3349093 (Tenn. Cir. Ct. May 8, 2018) (transcript of hearing on motions to dismiss)

[9] *State ex rel. Hawley v. Purdue Pharma, L.P.*, No. 1722-CC10626 (Mo. Cir. Ct. Apr. 25, 2018)

[10] *City of Everett v. Purdue Pharma, L.P.*, No. C17-209RSM, 2017 WL 4236062 (W.D. Wash. Sept. 25, 2017 )

[11] *City of Chicago v. Purdue Pharma, L.P.*, 211 F.Supp. 3d 1058 (N.D. Ill. 2016).

[12] *State ex rel. Morrisey v. Cardinal Health, Inc.*, No. 12-C-140 (W. Va. Cir. Ct. Apr. 17, 2015) ; *State ex rel. Morrisey v. Cardinal Health, Inc.*, No. 12-C-140 (W. Va. Cir. Ct. Feb. 19, 2016)