# EXHIBIT C



## IN THE DISTRICT COURT OF CLEVELAND COUNTY
## STATE OF OKLAHOMA

| | |
|---|---|
| STATE OF OKLAHOMA, ex rel., <br> MIKE HUNTER, <br> ATTORNEY GENERAL OF OKLAHOMA, <br><br>         Plaintiff, <br> vs. <br><br> (1) PURDUE PHARMA L.P.; <br> (2) PURDUE PHARMA, INC.; <br> (3) THE PURDUE FREDERICK COMPANY; <br> (4) TEVA PHARMACEUTICALS USA, INC.; <br> (5) CEPHALON, INC.; <br> (6) JOHNSON & JOHNSON; <br> (7) JANSSEN PHARMACEUTICALS, INC: <br> (8) ORTHO-McNEIL-JANSSEN <br> PHARMACEUTICALS, INC., n/k/a <br> JANSSEN PHARMACEUTICALS <br> (9) JANSSEN PHARMACEUTICA, INC., <br> n/k/a JANSSEN PHARMACEUTICALS, INC.; <br> (10) ALLERGAN, PLC, f/k/a ACTAVIS PLC, <br> f/k/a ACTAVIS, INC., f/k/a WATSON <br> PHARMACEUTICALS, INC.; <br> (11) WATSON LABORATORIES, INC.; <br> (12) ACTAVIS LLC; and <br> (13) ACTAVIS PHARMA, INC., <br> f/k/a WATSON PHARMA, INC., <br><br>         Defendants. | Case No.: CJ-2017-816 <br> Judge Thad Balkman <br><br> STATE OF OKLAHOMA } S.S <br> CLEVELAND COUNTY <br><br> **FILED** <br><br> DEC 0 6 2017 <br><br> In the office of the <br> Court Clerk MARILYN WILLIAM" |

## ORDER

The State and the Defendants appear by counsel for oral arguments on Defendants' Motions to Dismiss and Motion to Stay. After review of the briefs and oral arguments from the parties, the Court finds and orders that the State's Petition sufficiently states its claims and those claims should not be dismissed based on preemption or pursuant to the Primary Jurisdiction doctrine or the Court's inherent power. However the State's cause of action under the Oklahoma Consumer Protection Act 15 OS § 751-65 is dismissed with prejudice. The Defendants are to respond to the State's discovery requests pursuant to a protective order; a formal protective order setting out the terms will be prepared by Defendants and submitted to the State by December 15, 2017.

The parties are to appear and enter a scheduling order on January 11, 2018 at 10:00am.

                          */s/ Thad Balkman*
                         Thad Balkman, District Judge

## CERTIFICATE OF SERVICE

This is to certify that on the 6th day of December, 2017, a true and correct copy of the above and foregoing instrument was delivered via First Class U.S. Mail, Postage Prepaid thereon to the following:

Michael Burrage
Reggie Whitten
Whitten Burrage
512 N BROADWAY AVE STE 300
OKLAHOMA CITY, OK 73102

Mike Hunter,
Attorney General for State of OK
Abby Dillsaver,
General Counsel to Attorney General
Ethan Shaner,
Deputy General Counsel
313 NE 21ST STREET
OKLAHOMA CITY, OK 73105

Bradley Beckworth
Jeffrey Angelovich
Nix, Patterson & Roach, LLP
512 N BROADWAY AVE STE 200
OKLAHOMA CITY, OK 73102

Glenn Coffee
Glenn Coffee & Assoc., PLLC
915 N ROBINSON AVE
OKLAHOMA CITY, OK 73102

*Attorneys for Plaintiff*

Robert G. McCampbell
Travis V. Jett
GableGotwals
One Leadership Square, 1 5th Floor
211 North Robinson
Oklahoma City, OK 73102

John H. Sparks
Benjamin H. Odom
Odom, Sparks & Jones, PLLC
HiPoint Office Building
2500 McGee Drive, Ste. 140
Norman, OK 73072

Sanford C. Coats
Cullen D. Sweeney
CR0 WE & DUNLEVY, P.C.
Braniff Building
324 N. Robinson Ave., Ste. 100
Oklahoma City, OK 73102

Sheila Birnbaum
Mark S. Cheffo
Hayden A. Coleman
QUINN EMANUEL URQUHART & SULLIVAN, LLP
51 Madison Avenue, 22 Floor
New York, New York 10010

Patrick J. Fitzgerald
R. Ryan Stoll
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
155 North Wacker Drive, Suite 2700
Chicago, Illinois 60606

Steven A. Reed
Harvey Bartle IV
Jeremy A. Menkowitz
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921

3

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131


Charles C. Lifland
O'MELVENY & MEYERS LLP
400 S. Hope Street
Los Angeles, CA 90071


*Attorneys for Defendants*

_____
Jami Welbourne, Secretary/Bailiff

4