# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION

This document relates to:

**All cases**

ALLERGAN FINANCE, LLC

                Third Party Plaintiff,

          v.

PFIZER INC. and KING PHARMACEUTICALS, INC., n/k/a KING PHARMACEUTICALS LLC,

              Third Party Defendants.

**MDL No. 2804**
**Case No. 17-md-2804**
**Judge Dan Aaron Polster**

**NOTICE OF APPEARANCE**

        PLEASE TAKE NOTICE that Lynn K. Neuner, Esq. of the law firm of Simpson

Thacher & Bartlett LLP hereby appears as counsel for Third Party Defendants Pfizer Inc. and King

Pharmaceuticals, Inc. n/k/a King Pharmaceuticals LLC in this action and requests that all

subsequent papers be served upon this firm at the address indicated below.

Dated:        September 28, 2018
              New York, New York

              SIMPSON THACHER & BARTLETT LLP

              By:  _/s/ *Lynn K. Neuner*_____
                  Lynn K. Neuner (lneuner@stblaw.com)
                  425 Lexington Avenue
                  New York, New York 10017-3954
                  Telephone: (212) 455-2000
                  Facsimile: (212) 455-2502

                  *Attorneys for Third Party Defendants Pfizer*
                  *Inc. and King Pharmaceuticals, Inc. n/k/a*
                  *King Pharmaceuticals LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2018, a copy of the foregoing **Notice of Appearance**

was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's

electronic filing system.  Parties may access this filing through the Court's system.

Dated: September 28, 2018

SIMPSON THACHER & BARTLETT LLP

By:  /s/ *Lynn K. Neuner*
    Lynn K. Neuner (lneuner@stblaw.com)
    425 Lexington Avenue
    New York, New York 10017-3954
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502

    *Attorneys for Third Party Defendants Pfizer*
    *Inc. and King Pharmaceuticals, Inc. n/k/a*
    *King Pharmaceuticals LLC*