IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| Plaintiffs' Liaison Counsel, | Case Number: 1:17-md-2804 |
| Plaintiffs' Lead Counsel | |
| Plaintiff's Executive Committee | |
| Plaintiffs, | MOTION FOR WITHDRAWAL OF COUNSEL |
| vs. | |
| Purdue Pharma L.P. | |
| Purdue Pharma Inc. | |
| Purdue Frederick Company | |
| Teva Pharmaceuticals USA, Inc. | |
| Cephalon, Inc. | |
| Johnson & Johnson | |
| Janssen Pharmaceuticals, Inc. | |
| Janssen Pharmaceutica, Inc. | |
| Endo Pharmaceuticals, Inc. | |
| Allergan PLC | |
| Actavis, Inc. | |
| Watson Laboratories, Inc. | |
| Actavis LLC | |
| Actavis Pharma, Inc. | |
| Endo Health Solutions Inc. | |
| McKesson Corporation | |
| Cardinal Health, Inc. | |

| | |
|---|---|
| AmerisourceBergen Corporation | |
| Russell Portenoy | |
| Perry Fine | |
| Scott Fishman | |
| Lynn Webster | |
| Allergan Finance LLC | |
| Insys Therapeutics, Inc. | |
| AmerisourceBergen Drug Corporation | |
| Mallinckrodt LLC | |
| Mallinckrodt PLC | |
| Teva Pharmaceutical Industries Ltd. | |
| Noramco, Inc. | |
| Watson Pharmaceuticals, Inc. | |
| Harold Anthony Cofer, Jr. | |
| West Virginia Board of Pharmacy | |
| Cardinal Health 110, LLC | |
| Miami-Luken, Inc. | |
| Jane Does | |
| CVS Indiana, L.L.C. | |
| Rite Aid of Maryland, Inc. | |
| Wal-Mart Stores East, LP | |
| Kroger Limited Partnership II | |
| Walgreen Eastern Co., Inc. | |

| | |
|---|---|
| Kroger Limited Partnership I | |
| Anda Pharmaceuticals, Inc. | |
| Anda, Inc. | |
| Keysource Medical, Inc. | |
| Masters Pharmaceutical, Inc. | |
| Omnicare Distribution Center LLC | |
| Harvard Drug Group, L.L.C. | |
| Top Rx, LLC | |
| Bellco Drug Corp. | |
| Generics Bidco I, LLC | |
| H.D. Smith Wholesale Drug Co. | |
| Qualitest Pharmaceuticals, Inc. | |
| Cedardale Distributor LLC | |
| George W. Chapman, III | |
| SAJ Distributors | |
| Chip Rx, LLC | |
| Abbott Laboratories | |
| JM Smith Corporation | |
| Abbott Laboratories, Inc. | |
| Cardinal Health 112, LLC | |
| Cardinal Health 105, Inc. | |
| Cardinal Health 108, LLC | |
| Cardinal Health 414, LLC | |

| | |
|---|---|
| Knoll Pharmaceutical Company | |
| Does 1-100, Inclusive | |
| M.D. PawanKumar Jain | |
| William P. Gaspar | |
| Samantha Beaver | |
| Kevin L. Foster | |
| Brittany Berkshire | |
| Joe Gay, Jr. | |
| Jesse Bobb | |
| Michael White | |
| Elsa Marie Neace | |
| Glenn M. Fields | |
| Claude Holt, Jr. | |
| James Coomer | |
| Lloyd E. McNear | |
| Joel E. Barrett, Jr. | |
| Abbvie Inc. | |
| Randall Brewer | |
| Actavis PLC | |
| CVS Health Corporation | |
| Costco Wholesale Corporation | |
| Rite Aid Corporation | |
| Walgreens Boots Alliance Inc. | |

| | |
|---|---|
| Seattle Pain Center Medical Corporation | |
| Richard Johns | |
| Advanced Pain Specialists | |
| Amneal Pharmaceuticals of New York, LLC | |
| Comprehensive Pain Specialists, LLC | |
| Christopher Creighton | |
| Impax Laboratories, Inc. | |
| KVK-Tech, Inc. | |
| Mallinckrodt Brand Pharmaceuticals, Inc. | |
| Par Pharmaceuticals, Inc. | |
| West-Ward Pharmaceuticals Corp. | |
| Purdue Products L.P. | |
| Caremark Rx, L.L.C. | |
| Caremark L.L.C. | |
| CaremarkPCS Health, L.L.C. | |
| CaremarkPCS, L.L.C. | |
| Express Scripts Holding Company | |
| Express Scripts Inc. | |
| Navitus Health Solutions, LLC | |
| Navitus Holdings, LLC | |
| Optum, Inc. | |
| OptumRX, Inc. | |
| Prime Therapeutics, LLC | |

| | |
|---|---|
| UnitedHealth Group Incorporated | |
| Richie Pharmacal | |
| Pd-Rx Pharmaceuticals Inc. | |
| Physicians Total Care Inc. | |
| HealthMart Systems, Inc. | |
| Rhodes Pharmaceuticals, L.P. | |
| Richie Enterprises, L.L.C. | |
| Amarc Medical Clinic | |
| Attain Med, Inc. | |
| Bloodworth Wholesale Drugs, Inc. | |
| Medicine Center Pharmacy | |
| PSS World Medical, Inc. | |
| Roy Blackburn, M.D. | |
| Corvallis Internal Medicine, P.C. | |
| Julie Ann DeMille | |
| Fusion Wellness Clinic | |
| James Gallant, M.D. | |
| Gallant Internal Medicine, P.C. | |
| Oregon TLC, LLC | |
| Oregon TLC, S-Corporation | |
| Pacific Medical Evaluation and Review Company | |
| Stuart Rosenblum, M.D. Stuart M. Rosenblum, M.D., LLC | |

| | |
|---|---|
| Collegium Pharmaceutical, Inc. | |
| Frank D. Li | |
| Depomed, Inc. | |
| Masters Pharmaceutical, LLC | |
| Auburn Pharmaceuticals | |
| Cardinal Health Pharmacy Services, LLC | |
| DIT Healthcare Distribution, Inc. | |
| Parmed Pharmaceuticals, LLC | |
| Walgreen Co. | |
| Allergan USA, Inc. | |
| Alabama CVS Pharmacy LLC | |
| Malika Aryanpure | |
| James T. Barnett, Jr. | |
| CVS Pharmacy Inc. | |
| Mitt Larry Family Practice LLC | |
| AccessHealth | |
| Cardinal LeaderNET | |
| Elevate Provider Network | |
| Linden Care LLC | |
| H.D. Smith Holding Company | |
| H.D. Smith Holdings, LLC | |
| Walmart, Inc.<br>Associated Pharmacies Inc. | |
| Ernest Claybon | |

| | |
|---|---|
| Steven Hefter | |
| Fred's Stores of Tennessee, Inc. | |
| Marv Kelly | |
| Craig Landau | |
| Paul Medeiros | |
| Discount Drug Mart, Inc. | |
| HBC Service Company | |
| Par Pharmaceutical Companies, Inc. | |
| Prescription Supply Inc. | |
| Kroger Co. | |
| Henry Schein Medical Systems, Inc. | |
| Henry Schein, Inc. | |
| Thrifty Payless | |
| Family Drug Mart LLC | |
| Advanced Pharma, Inc. | |
| Allegiance Corporation | |
| Allergan Sales, LLC | |
| Amerisourcebergen Services Corporation | |
| Cardinal Health 100 Inc. | |
| Cardinal Health 200 LLC | |
| Gazelle Craig | |
| David Devido | |
| Endo International PLC | |

| | |
|---|---|
| Richard Arthur Evans, M.D. | |
| Fresenius Kabi USA | |
| Fresenius USA Manufacturing, Inc. | |
| ICU Medical Inc. | |
| Insys Manufacturing LLC | |
| McKesson Medical-Surgical, Inc. | |
| Mission Pharmacal Company | |
| Neos Therapeutics Brands LLC | |
| Arun Sharma, M.D. | |
| Karin Sharma, M.D. | |
| CVS RX Services, Inc. | |
| Wilkinson Family Pharmacy, LLC | |
| Morris and Dickson Co LLC | |
| PPPFD Inc. | |
| Mark Timothy Radcliffe | |
| Amneal Pharmaceuticals LLC | |
| CVS Orlando, Florida Distribution, LLC | |
| CVS Vero, Florida Distribution, LLC | |
| CVS Tennessee, Florida Distribution, LLC | |
| SpecGX LLC | |
| Omnicare, Inc. | |
| Rite Aid of Michigan, Inc. Rite Aid of Massachusetts, Inc. | |
| Advantage Logistics | |

| | |
|---|---|
| Albertson's LLC | |
| Associated Pharmacies Inc. | |
| Dakota Drug, Inc. | |
| Smith's Food & Drug Centers, Inc. | |
| Walgreen's Arizona Drug Co. | |
| Paul C. Madison, M.D. | |
| Midwest Pain Clinic Interventional, LLC | |
| American Academy of Pain Medicine, Inc. | |
| American Pain Foundation, Inc. | |
| American Pain Society, Inc. | |
| Estate of Mortimer Sackler | |
| Estate of Raymond Sackler | |
| John N. Kapoor | |
| Dr. Richard Sackler | |
| UCB Inc. | |
| Endo Generics Holdings, Inc. | |
| Rite Aid Corporation of New York, Inc. | |
| Teva Biopharmaceuticals USA, Inc | |
| Beewell Pharmacy, Inc. | |
| Continuumcare Pharmacy LLC | |
| Cross Lanes Family Pharmacy, Inc. | |
| MRNB, Inc. | |
| McCloud Family Pharmacy, Inc. | |

| |  |
|---|---|
| Medical Park Pharmacy LTC, Inc. | |
| PASTM, Inc. | |
| Rite Aid of West Virginia, Inc. | |
| Safe RX Pharmacies, Inc. | |
| T&J Enterprises, Inc. | |
| West Virginia CVS Pharmacy, L.L.C. | |
| Louisiana Wholesale Drug Company, Inc. | |
| Couch Pharmacy on Sheridan | |
| Ernie's Pharmacy & Wellness Center, Inc. | |
| Freeland Brown Pharmacy | |
| GCP Pharma LLC | |
| Gaddy Discount Drug, Inc. | |
| Getman Apothecary Shoppe, Inc. | |
| Langsam Health Services, LLC | |
| M&D Star Drug, Inc. | |
| Med-Econ Drug, Inc. | |
| Olympia Pharmacy | |
| Pippenger Pharmacies LLC | |
| Rogers Drug Co., Inc. | |
| Smith Drug Company | |
| Cityplex Pharmacy | |
| Carefirst Pharmacy | |
| City Drug Co. | |

| | |
|---|---|
| City Drug of Coweta, Inc. | |
| Economy Discount Pharmacy | |
| Economy Pharmacy Express | |
| Economy Pharmacy, Inc. | |
| Med-X Corporation | |
| Oklahoma CVS Pharmacy, LLC | |
| Reasor's LLC | |
| Spoon Drugs, Inc. | |
| H.D. Smith, LLC | |
| Mercy Clinic East Communities | |
| Demetrios V. Polites, D.O. | |
| Zydus Pharmaceuticals (USA), Inc. | |
| Pharmaceutical Industries, LTD | |
| Actavis LLC | |
| Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. | |
| Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. | |
| Cephalon, Inc. | |
| Endo Health Solutions Inc. | |
| Endo Pharmaceuticals Inc. | |
| Indys Therapeutics, Inc. | |
| Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc. | |
| Janssen Pharmaceuticals, Inc. | |

| |  |
|---|---|
| Johnson & Johnson | |
| Mallinckrodt LLC | |
| Par Pharmaceutical, Inc. | |
| Par Pharmaceuticals Companies, Inc. | |
| Purdue Pharma Inc. | |
| Purdue Pharma L.P. | |
| SpecGX LLC | |
| Teva Pharmaceuticals, USA, Inc. | |
| The Purdue Frederick Company | |
| Watson Laboratories, Inc. | |
| Amneal Pharmaceuticals, Inc. | |
|     Defendants | |
|     Intervenors | |

**COMES NOW** Emery K. Harlan and Nelson W. Phillips, III, of MWH Law Group LLP and respectfully request permission to withdraw as counsel for Plaintiffs Walworth County, Wisconsin and Milwaukee County, Wisconsin.

    Respectfully submitted,

    */s/ Nelson W. Phillips, III*
    Nelson W. Phillips, III, SBN: 1028189
    Emery K. Harlan, SBN: 1000240
    **MWH LAW GROUP LLP**
    735 N Water Street, Suite 610
    Milwaukee, WI 53202
    Telephone: (414) 436-0353
    Facsimile: (414) 436-0354
    E-mail: nelson.phillips@mwhlawgroup.com
    E-mail: emery.harlan@mwhlawgroup.com
    *Attorneys for Plaintiffs Milwaukee County and Walworth County*

## PROOF OF SERVICE

I hereby certify that on September 24, 2018, I electronically filed the foregoing with the Clerk of the Court using the electronic document management/electronic filing system which will send notification of such filing to the following:

Jules Burton LeBlanc, Esq.
**BARON BUDD**
2600 CitiPlace Dr., Ste 400
Baton Rouge LA, 70810
Telephone: (225) 927-5441
Facsimile: (225) 927-5449
Email: bleblanc@baronbudd.com
*Attorneys for Plaintiffs*

James C. Peterson, Esq.
**HILL PETERSON CARPER BEE & DEITZLER, PLLC**
500 Tracy Way
Charleston, WV 25311
Telephone: 304-345-5667
Facsimile: 304-345-1519
Email: jcpeterson@hpcbd.com
*Attorneys for Plaintiffs*

K. Scott Wagner, Esq., SBN: 1004668
**MALLERY & ZIMMERMAN S.C.**
731 N Jackson Street, Suite 900
Milwaukee, WI 53202-4613
Telephone: 414-271-2424
Facsimile: 414-271-8678
Email: swagner@mzmilw.com
*Attorneys for Plaintiffs*

            */s/ Mary Multhauf*
            Mary Multhauf