# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>**All cases**<br><br>ALLERGAN FINANCE, LLC,<br><br>      Third Party Plaintiff,<br><br>    v.<br><br>PFIZER INC. and KING PHARMACEUTICALS, INC., n/k/a KING PHARMACEUTICALS LLC,<br><br>      Third Party Defendants. | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

## PFIZER INC. AND KING PHARMACEUTICALS LLC'S CORPORATE DISCLOSURE STATEMENT

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Third Party Defendants Pfizer Inc. and King Pharmaceuticals, Inc. n/k/a King Pharmaceuticals LLC respectfully submit this Corporate Disclosure Statement.

Pfizer Inc. does not have any parent corporation(s) and no publicly held corporation owns 10% or more of Pfizer Inc.'s stock.

King Pharmaceuticals, Inc. n/k/a King Pharmaceuticals LLC is an indirect, wholly-owned subsidiary of Pfizer Inc.

Dated: October 1, 2018                                SIMPSON THACHER & BARTLETT LLP

By:  /s/ *George S. Wang*
    Lynn K. Neuner (lneuner@stblaw.com)
    George S. Wang (gwang@stblaw.com)
    425 Lexington Avenue
    New York, New York 10017-3954
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502

*Attorneys for Third Party Defendants*
*Pfizer Inc. and King Pharmaceuticals, Inc.*
*n/k/a King Pharmaceuticals LLC*

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, a copy of the foregoing **Pfizer Inc. and King Pharmaceuticals LLC's Corporate Disclosure Statement** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: October 1, 2018

SIMPSON THACHER & BARTLETT LLP

By: /s/ *George S. Wang*
    Lynn K. Neuner (lneuner@stblaw.com)
    George S. Wang (gwang@stblaw.com)
    425 Lexington Avenue
    New York, New York 10017-3954
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502

*Attorneys for Third Party Defendants*
*Pfizer Inc. and King Pharmaceuticals, Inc.*
*n/k/a King Pharmaceuticals LLC*