**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>**All cases**<br><br>ALLERGAN FINANCE, LLC,<br><br>                 Third Party Plaintiff,<br><br>          v.<br><br>PFIZER INC. and KING PHARMACEUTICALS, INC., n/k/a KING PHARMACEUTICALS LLC,<br><br>              Third Party Defendants. | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

**[PROPOSED] ORDER GRANTING PFIZER INC. AND KING PHARMACEUTICALS LLC'S MOTION TO DISMISS ALLERGAN FINANCE, LLC'S THIRD PARTY COMPLAINT**

    **AND NOW**, upon consideration of Pfizer Inc. and King Pharmaceuticals LLC's Motion to Dismiss Allergan Finance, LLC's Third Party Complaint, filed on October 1, 2018, and all responses and replies thereto,

    **IT IS HEREBY ORDERED** that Pfizer Inc. and King Pharmaceuticals LLC's Motion to Dismiss Allergan Finance, LLC's Third Party Complaint is **GRANTED** in its entirety and Allergan Finance, LLC's Third Party Complaint is **DISMISSED WITHOUT PREJUDICE**.  **IT IS FURTHER ORDERED** that judgment is entered in favor of Pfizer Inc. and King Pharmaceuticals LLC.

**IT IS SO ORDERED.**

Dated this __ day of ___, 2018

_____
Honorable Dan Aaron Polster
United States District Court Judge

## CERTIFICATE OF SERVICE

I hereby certify that on October 1, 2018, a copy of the foregoing **[Proposed] Order Granting Pfizer Inc. and King Pharmaceuticals LLC's Motion to Dismiss Allergan Finance, LLC's Third Party Complaint** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: October 1, 2018

SIMPSON THACHER & BARTLETT LLP

By:  /s/ *George S. Wang*
    Lynn K. Neuner (lneuner@stblaw.com)
    George S. Wang (gwang@stblaw.com)
    425 Lexington Avenue
    New York, New York 10017-3954
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502

    *Attorneys for Third Party Defendants*
    *Pfizer Inc. and King Pharmaceuticals, Inc.*
    *n/k/a King Pharmaceuticals LLC*