# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.* <br> Member Case No.:1:17-op-45004 (N.D. Ohio) | Judge Dan Aaron Polster |

## H. D. SMITH HOLDINGS, LLC AND H. D. SMITH HOLDING COMPANY'S MOTION TO DISMISS SECOND AMENDED CORRECTED COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Defendants, H. D. Smith Holdings, LLC and H. D. Smith Holding Company, pursuant to the Court's April 11, 2018 Case Management Order One, move to dismiss the Second Amended Corrected Complaint filed by The County of Cuyahoga, Ohio, *et al*. for lack of personal jurisdiction, pursuant to Federal Rule of Civil Procedure 12(b)(2).  A memorandum in support of this motion is attached.

Dated October 2, 2018

Respectfully submitted,

*/s/ Kathleen L. Matsoukas*
Kathleen L. Matsoukas (IN No. 31833-49)
William E. Padgett (IN No. 18819-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: kathleen.matsoukas@btlaw.com
william.padgett@btlaw.com

*Counsel for Defendants H. D. Smith, LLC, f/k/a H. D. Smith Wholesale Drug Company, H. D. Smith Holdings, LLC and H. D. Smith Holding Company*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on October 2, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

>  */s/ Kathleen L. Matsoukas*
> Kathleen L. Matsoukas

DMS 12929735v1