UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION ) | |
| OPIATE LITIGATION ) | CAUSE NO.: 1:17-MD-2804-DAP |
| ) | |
| ) | Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Now come Attorney Paul Scott and the law firm of Brown, Readdick, Bumgartner, Carter, Strickland & Watkins LLP, and hereby enter their appearance as counsel of record on behalf of Plaintiff Glynn County, Georgia. It is respectfully requested that all parties and the Court add the undersigned to the service lists in this action.

This 2nd day of October, 2018.

                                        BROWN, READDICK, BUMGARTNER,
                                        CARTER, STRICKLAND & WATKINS, LLP


                                        s/Paul Scott
                                        Paul M. Scott
                                        Georgia Bar No. 140960
                                        pscott@brbcsw.com

P. O. Box 220
Brunswick, GA  31521-0220
Phone: 912-264-8544
Fax: 912-264-9667

                                        **ATTORNEY FOR PLAINTIFF GLYNN COUNTY,
                                        GEORGIA**