IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No.  1:18-op-45749-DAP<br><br>THE BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION,<br><br>    Plaintiff,<br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION, et al.<br><br>    Defendants. | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

### DECLARATION OF S. ANN SAUCER IN SUPPORT OF PLAINTIFF'S OMNIBUS OPPOSITION TO DEFENDANTS' MOTIONS TO DISMISS

I, S. Ann Saucer, delcare as follows:

1. I am counsel at the law firm of Baron & Budd, P.C., and I am honored to represent the Blackfeet Tribe of the Blackfeet Indian Reservation in the above-captioned case. I submit this declaration in support of the Plaintiff's Omnibus Opposition to the Defendants' Motions to Dismiss. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify competently thereto.

2. Attached hereto as Exhibit 1 is a true and correct copy of the slip opinion Order in *State of New Hampshire v. Purdue Pharma L.P., et al.*, No. 217-2017-CV-402 (N.H. Sup. Ct. September 18, 2018), per the Clerk of Court's Notice of Decision.

1

3. Attached hereto as Exhibit 2 is a true and correct copy of the Order in *Commonwealth of Ky v. Endo Health Solutions, Inc. et al.*, C.A. No. 17-CI-1147 (Franklin, Ky. Circuit Court, July 10, 2018), as available through Westlaw (*see* 2018 WL 3635765).

4. Attached hereto as Exhibit 3 is a true and correct copy of the Order Granting in Part Defendants' Motion to Dismiss Plaintiff's Complaint (Case Motion #8) in *State of Alaska v. Purdue Pharma, L.P., et al.*, Case No. 3AN-17-09966CI\ (3d Jud. Dist. Alaska July 12, 2018), per the Judicial Assistant certification of mailing (*see id.* at Page 19 of 19).

5. Attached hereto as Exhibit 4 is a true and correct copy of the E-filed decision in *In re Opioid Litigation*, 400000/2017 (N.Y. Sup. Ct. July 17, 2018), as issued from the Suffolk County Clerk (*see id.* at header).

6. Attached hereto as Exhibit 5 is the Decision and Entry in *State of Ohio ex rel. Mike DeWine, Ohio Attorney General v. Purdue Pharma L.P., et al.*, Case No. 17 CI 261 (Aug 22, 2018), per the Filed stamp of the Ross County Common Pleas Clerk of Courts (*see id.* at page 1).

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed in Dallas, Texas on September 28, 2018.

/s/S. Ann Saucer  
S. Ann Saucer

## **CERTIFICATE OF SERVICE**

  I HEREBY CERTIFY that on this 28th day of September 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  The foregoing will be served on counsel of record via the CM/ECF system.

               */s/ Archie C. Lamb, Jr.*
               Archie C. Lamb, Jr.