UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-02804-DAP |
| _____ | NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL |
| **This Document Relates to:** *County of Bowie v. Purdue Pharma, L.P.,* No. 5:17-cv-00168, from the U.S. District Court for the Eastern District of Texas | |
| **ND Ohio MDL Member No. 1:17-op-45159** | |

### NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Jack Walker of Martin Walker, P.C., and hereby file this Notice of Appearance of Additional Counsel for Plaintiffs, COUNTY OF BOWIE, in the referenced civil action.  The undersigned respectfully requests to be added as an attorney to be noticed so that he may receive copies of all filing in this cause.

Respectfully submitted,



The Arcadia Theater
121 N. Spring Avenue
Tyler, Texas 75702
(903) 526-1600 Telephone
(903) 595-0796 Telefax
jwalker@martinwalkerlaw.com

NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL                                                     Page 1

                                       BY: /s/ John F. (Jack) Walker, III
                                                 JOHN F. (JACK) WALKER, III
                                                 Bar No. 00785167
                                                 REID WM. MARTIN
                                                 Bar No. 13098986

                                                 ATTORNEYS FOR PLAINTIFF

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 3rd day of October, 2018 a true and correct copy of the foregoing document was served on all parties by using the CM/ECF system in accordance with the Federal Rules of Civil Procedure.

                                                 /s/ John F. (Jack) Walker, III
                                                 JOHN F. (JACK) WALKER, III