UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-02804-DAP |
| _____ | NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL |
| **This Document Relates to:** *County of Bowie v. Purdue Pharma, L.P.,* No. 5:17-cv-00168, from the U.S. District Court for the Eastern District of Texas | |
| **ND Ohio MDL Member No. 1:17-op-45159** | |

**NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL**

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW, Reid Martin of Martin Walker, P.C., and hereby file this Notice of Appearance of Additional Counsel for Plaintiffs, COUNTY OF BOWIE, in the referenced civil action.  The undersigned respectfully requests to be added as an attorney to be noticed so that he may receive copies of all filing in this cause.

Respectfully submitted,



The Arcadia Theater
121 N. Spring Avenue
Tyler, Texas 75702
(903) 526-1600 Telephone
(903) 595-0796 Telefax
jwalker@martinwalkerlaw.com

        BY: /s/ Reid Wm. Martin
           REID WM. MARTIN
           Bar No. 13098986
           JOHN F. (JACK) WALKER, III
           Bar No. 00785167

        ATTORNEYS FOR PLAINTIFF

**CERTIFICATE OF SERVICE**

    I hereby certify that on this the 3rd day of October, 2018 a true and correct copy of the foregoing document was served on all parties by using the CM/ECF system in accordance with the Federal Rules of Civil Procedure.

        /s/ Reid Wm. Martin
        REID WM. MARTIN