**UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                                MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −57)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,018 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

Oct 04, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                    MDL No. 2804

## SCHEDULE CTO−57 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| FLORIDA MIDDLE | | | |
| FLM | 6 | 18−01554 | City of Palm Bay v. Purdue Pharma L.P. et al |
| FLM | 8 | 18−02236 | Sarasota County Public Hospital District v. Purdue Pharma L.P. et al |
| INDIANA NORTHERN | | | |
| INN | 1 | 18−00290 | Portland City of et al v. Purdue Pharma LP et al |
| KANSAS | | | |
| KS | 2 | 18−02497 | Neosho County, Kansas, Board of Commissioners v. Purdue Pharma, L.P. et al |
| KENTUCKY EASTERN | | | |
| KYE | 5 | 18−00536 | The Fiscal Court of Estill County v. Amerisourcebergen Drug Corporation et al |
| KYE | 7 | 18−00107 | Letcher County Fiscal Court v. Amerisourcebergen Drug Corporation et al |
| LOUISIANA EASTERN | | | |
| ~~LAE~~ | ~~2~~ | ~~18−08687~~ | ~~St. Tammany Parish Government v. Purdue Pharma LP et al~~  Opposed 10/3/18 |
| MASSACHUSETTS | | | |
| ~~MA~~ | ~~4~~ | ~~18−11958~~ | ~~City of Worcester v. Purdue Pharma LP, et al.~~ Opposed 10/3/18 |
| MICHIGAN EASTERN | | | |
| MIE | 2 | 18−12938 | CHARTER TOWNSHIP OF CANTON et al v. PURDUE PHARMA L.P. et al |
| MIE | 4 | 18−12950 | CHARTER TOWNSHIP OF CLINTON, MICHIGAN v. PURDUE PHARMA L.P. et al |

NEW YORK WESTERN

| | | | | |
|---|---|---|---|---|
| | ~~NYW~~ | ~~1~~ | ~~18−01018~~ | ~~A.M.H. v. Purdue Pharma L.P. et al~~ Opposed 10/2/18 |

UTAH

| | | | |
|---|---|---|---|
| UT | 2 | 18−00719 | Lopez v. Purdue Pharma LP et al |

VIRGINIA EASTERN

| | | | |
|---|---|---|---|
| VAE | 2 | 18−00485 | City of Virginia Beach, et al v. AmerisourceBergen Drug Corporation, et al |

WASHINGTON EASTERN

| | | | |
|---|---|---|---|
| WAE | 2 | 18−00285 | Chelan County v. Purdue Pharma LP et al |

WEST VIRGINIA SOUTHERN

| | | | |
|---|---|---|---|
| WVS | 2 | 18−01284 | The Town of Clendenin, West Virginia v. AmerisourceBergen Drug Corporation et al |
| WVS | 2 | 18−01285 | The City of Montgomery, West Virginia v. AmerisourceBergen Drug Corporation et al |
| WVS | 2 | 18−01286 | The Town of Sophia, West Virginia v. AmerisourceBergen Drug Corporation et al |
| WVS | 2 | 18−01287 | The Town of Whitesville, West Virginia v. AmerisourceBergen Drug Corporation et al |
| WVS | 2 | 18−01290 | The Gilmer County Commission v. Cardinal Health, Inc. et al |