IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Master Docket No.: 1:17-MD-02804-DAP |
| Case No. 1:18-op-45459 | Hon. Judge Dan A. Polster |
| THE MUSCOGEE (CREEK) NATION, | |
| PLAINTIFF, | JURY TRIAL DEMANDED |
| v. | |
| PURDUE PHARMA L.P., *et al.*, | |
| DEFENDANTS. | |

## UNOPPOSED MOTION TO DISMISS WALGREENS BOOTS ALLIANCE, INC.

Pursuant to Federal Rule of Civil Procedure 21, Plaintiff in the above-captioned case hereby moves to dismiss Defendant Walgreens Boots Alliance, Inc. ("WBA") from the case without prejudice. WBA does not oppose the motion.

WBA is the parent company of one other Defendant in this case, Walgreen Co. On August 31, 2018, WBA moved to dismiss the complaint in the above-captioned case for lack of personal jurisdiction under Federal Rule of Civil Procedure 12(b)(2)—Walgreen Co. did not move to dismiss based on lack of jurisdiction. If this motion to dismiss WBA pursuant to Rule 21 is granted, the motion to dismiss WBA for lack of personal jurisdiction will be moot.

This motion is without prejudice to any defenses, counterclaims, cross-claims, arguments, or other legal positions available to Defendant Walgreen Co.

The motion is granted. In addition, the motion to dismiss for lack of personal jurisdiction filed by Defendant Walgreens Boots Alliance, Inc. on August 31, 2018 (ECF No. 922) is hereby rendered moot.
/s/David A. Ruiz 10/5/18