UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:   NATIONAL PRESCRIPTION                     MDL  2804
OPIATE LITIGATION

This document relates to:                          Case No. 1:17-md-2804-DAP

*County of Webb v. Purdue Pharma, L.P., et al*
Case No. 1:18-op-45175-DAP (N.D. Ohio)             Judge Dan Aaron Polster

## NOTICE OF APPEARANCE OF COUNSEL

In accordance with this Court's December 14, 2017 Order (Dkt. No. 4) in Case No. 1:17-MD-2804-DAP, *In re:  National Prescription Opiate Litigation,* Frank H. Spruiell, Jr. of the law firm of Wiener, Weiss & Madison APC respectfully requests the Court add him and Russell R. Dickson as attorneys of record to be noticed on behalf of Defendant, Morris & Dickson Co., LLC in the above-captioned matter (member case), as follows:

Frank H. Spruiell, Jr.
Wiener, Weiss & Madison
330 Marshall Street, Suite 1000
Shreveport, LA   71101
(318) 213-9281
Fax (318) 424-5128
Email:   fspruiell@wwmlaw.com

Russell R. Dickson
Wiener, Weiss & Madison
330 Marshall Street, Suite 1000
Shreveport, LA   71101
(318) 213-9282
Fax (318) 424-5128

Email:  rdickson@wwmlaw.com

Dated:   October 5, 2018

                                          Respectfully submitted,

                                    By:       /s/ Frank H. Spruiell, Jr.
                                          Frank H. Spruiell, Jr. #1611
                                          Russell R. Dickson #37660
                                          Wiener, Weiss & Madison
                                          330 Marshall St., Suite 1000
                                          Shreveport, LA   71101
                                          (318) 213-9281
                                          Fax:  (318) 424-5128
                                          Email:  fspruiell@wwmlaw.com

                                    ATTORNEYS FOR MORRIS & DICKSON CO., LLC

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of October, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served vis the Court's CM/ECF filing system on all attorneys of record.

                                                       /s/ Frank H. Spruiell, Jr.
                                                  Frank H. Spruiell, Jr.