| | |
|---|---|
| 1 | Maura Walsh Ochoa (SBN 193799) |
| 2 | GROTEFELD HOFFMANN LLP<br>700 Larkspur Landing Cir., Suite 280 |
| 3 | Larkspur, CA 94939<br>Telephone: 415.344.9670 |
| 4 | Facsimile: 415.989.2802 |
| 5 | Marc Polansky (SBN 236176) |
| 6 | GROTEFELD HOFFMANN LLP<br>5535 Balboa Blvd., Suite 219 |
| 7 | Encino, CA 91316<br>Telephone: 747.233.7150 |
| 8 | Facsimile: 747.233.7143 |
| 9 | Attorneys for Plaintiff |
| 10 | ZENITH INSURANCE COMPANY<br>and ZNAT INSURANCE COMPANY |

**UNITED STATES DISTRICT COURT**

**FOR THE CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| ZENITH INSURANCE COMPANY and ZNAT INSURANCE COMPANY, <br><br>Plaintiffs,<br><br>v.<br><br>AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; McKESSON CORPORATION; PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO- MCNEIL-JANSSEN | Civil Action No.: 2:18-cv-08479<br><br>**NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS** |

1

---

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS

| | |
|---|---|
| 1 | PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSENPHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; NORAMCO, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLS; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; MALLINCKRODT PLC and MALLINCKRODT LLC. |

Defendants.

Plaintiffs Zenith Insurance Company and ZNAT Insurance Company (hereinafter identified jointly as "Zenith"), by and through its undersigned counsel of record, hereby notifies the Court and all opposing parties pursuant to Civil Local Rule 83-1.4 that the above captioned case involves the similar subject matter and Defendants as another action that is presently pending in another federal district court.

## *In Re: National Prescription Opiate Litigation*

The multi-district litigation entitled *In Re: National Prescription Opiate Litigation*, Case 17-MD-02804-DAP ("Opioid MDL"), is pending in the United States District Court for the Northern District of Ohio, Eastern Division. It has been assigned to the Honorable Dan Aaron Polster.

The Opioid MDL is a multi-district litigation for all federal cases involving suits filed against prescription opiate manufacturers and distributors. These cases specifically concern the alleged improper marketing of and inappropriate

distribution of various prescription opiate medications.

The Opioid MDL's initial transfer order set forth that "the actions in this litigation involve common questions of fact, and that centralization in the Northern District of Ohio will serve the convenience of the parties and witnesses and promote the just and efficient conduct of the litigation." Moreover, the initial transfer order provides that, "although all of the cases on the motion [to transfer] before us involve claims brought by political subdivisions, we have been notified of potential tag-along actions brought by individuals, consumers, hospitals and third party payor." Zenith are such a third party payors that the court had envisioned. A true and correct copy of the December 12, 2017 transfer order is attached hereto as Exhibit A.

**Potential Transfer of *Zenith* action to the Northern District of Ohio and Opioid MDL**

In the coming days, Zenith will file a motion to transfer venue pursuant to 28 U.S.C. § 1404 (a). Among the facts justifying such a transfer are the following: the above referenced and cited transfer order from the Opioid MDL; most if not all of the named Defendants in the Zenith action are Defendants in the Opioid MDL; and the Zenith action contains similar allegations, based on a shared set of facts, which assert claims similar or the same to those asserted by Plaintiffs currently parties to the Opioid MDL. Further, transfer of the Zenith action to the Opioid MDL in the

///
///
///
///
///
///
///
///

1 | Norther District of Ohio will avoid conflicts, conserve the courts' and the parties'
2 | resources, and promote an efficient determination of all actions involved.
3
4
5 | Dated this 2nd day of October, 2018          **GROTEFELD HOFFMANN**
6
7 |                                              /s/Maura Walsh Ochoa
8 |                                              Maura Walsh Ochoa
                                                 Marc Polansky
9 |                                              Attorneys for Plaintiffs

4

NOTICE OF PENDENCY OF OTHER ACTIONS OR PROCEEDINGS