# EXHIBIT 14

**From:** David R. Cohen <David@SpecialMaster.Law>
**Sent:** Tuesday, September 25, 2018 1:34:37 AM
**To:** xALLDEFENDANTS-MDL2804-Service@arnoldporter.com; 2804 Discovery, MDL; Mark Cheffo; Weinberger, Peter H.; Skikos, Steve; Troy Rafferty; Carole Rendon; Enu Mainigi; Shannon McClure; Tyler Tarney; Geof Hobart; Kaspar Stoffelmayr
**Subject:** EXTERNAL-Friday Hearing

Dear Counsel:

Regarding the hearing on Friday to address defendants' interrogatories and RFPs that seek information related to individual prescriptions, please take note that I invite parties to participate in person in Judge Polster's courtroom, with the hearing to begin at 3:30p. (Due to travel I cannot start earlier on Friday. Also, if I could push this hearing to another, more convenient time, I would, but I am in a hearing in another case in Kansas City for two weeks, starting next Monday.)

Participants may instead appear by telephone. Of course, there will be no 'penalty' if someone chooses to appear by phone, instead, as originally planned.

I ask the parties to limit those who will be presenting argument, which will last for no more than 2 hours total (preferably 1.5 hours). I ask Donna Welch and Linda Singer, respectively, to "organize" their side (all Ds and all Ps), and let me know who will be presenting argument; and also to suggest time limits.

Thanks,

-David


===========================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
www.SpecialMaster.law

1

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files  |  Leave group  |  Learn more about Office 365 Groups

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.