# EXHIBIT 17

**From:** Ackerman, David
**Sent:** Friday, October 5, 2018 7:31:52 PM
**To:** david@specialmaster.law
**Cc:** 2804 Discovery, MDL; xALLDEFENDANTS-MDL2804-Service@arnoldporter.com
**Subject:** MDL 2804 -- Request to Formalize Ruling regarding Rx Interrogatories

Special Master Cohen,

Plaintiffs respectfully request that you formalize your October 2, 2018 ruling concerning Plaintiffs' responses to interrogatories.

David

**David Ackerman** | Attorney at Law | Motley Rice LLC
401 9th St. NW, Suite 1001 | Washington, DC 20004 | dackerman@motleyrice.com
o. 202.849.4962 x5962 | c. 202.997.1217 | f. 202.386.9622

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files  |  Leave group  |  Learn more about Office 365 Groups

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.