## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION      :
OPIATE LITIGATION                 :
                                  :      CASE NO. 1:17-MD-2804
                                  :
                                  :      JUDGE DAN AARON POLSTER

## NOTICE OF SUBSTITUTION OF CO-COUNSEL

The Court and parties hereto will take notice that Brian J. Laliberte of Steptoe & Johnson PLLC, 41 South High Street, Suite 2200, Columbus, Ohio 43215, is hereby substituted for Alana Valle Tanoury, formerly of the firm Steptoe & Johnson PLLC, as co-counsel of record for Defendant McKesson Corporation in the above styled action. It is respectfully requested that service of all further pleadings, notices, filings, papers, etc., be made upon the undersigned as co-counsel of record for Defendant McKesson Corporation.

*/s/ Brian J. Laliberte*
_____
Vincent I. Holzhall (0074901)
Brian J. Laliberte (0071125)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio  43215
(614) 221-5100 phone; (614) 221-0952 fax
vince.holzhall@steptoe-johnson.com
brian.laliberte@steptoe-johnson.com

*Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify that on October 11, 2018, the foregoing *Notice of Substitution of Co-Counsel* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

>/s/ Brian J. Laliberte
>Brian J. Laliberte (0071125)
>*Counsel for Defendant McKesson Corporation*

8204318