UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND DIVISION

| | |
|---|---|
| CITY OF PALM BAY, ) | |
| ) | MDL No. 02804 |
| ) | |
| Plaintiff, ) | Case No.: 1:18-op-46132 |
| ) | |
| vs ) | |
| ) | |
| PURDUE PHARMA L.P., et al. ) | |
| ) | |
| Defendant, ) | |
| _____) | |

**DEFENDANT IBEM R. BORGES, M.D.'S CERTIFICATE OF INTERESTED PERSONS**

Pursuant to Rule 7.1, Federal Rules of Civil Procedure, and the United States District Court in and for the Middle District of Florida, Orlando Division's Order on Interested Persons and Corporate Disclosure dated September 27, 2018 (DE 15), Defendant, IBEM R. BORGES, M.D. ("Defendant"), by and through his undersigned counsel, hereby files his Certificate of Interested Persons.

**INTERESTED PERSONS**

1. The name of each person, attorney, association of persons, firm, law firm, partnership, and corporation that has or may have an interest in a party to this action or in the outcome of this action, including subsidiaries, conglomerates, affiliates, parent corporations, publicly-traded companies that own 10% or more of a party's stock, and all other identifiable legal entities related to a party:

- City of Palm Bay, *Plaintiff*

- Ibem R. Borges, M.D., *Defendant*

- Purdue Pharama L.P., *Defendant*

- Cephalon, Inc., *Defendant*

- Endo International PLC, *Defendant*

1

- Endo Pharmaceuticals, Inc., *Defendant*

- Janssen Pharmaceuticals, Inc., *Defendant*

- Insys Therapeutics, Inc., *Defendant*

- Mallinckrodt PLC, *Defendant*

- Mallinckrodt Pharmaceuticals, *Defendant*

- AmerisourceBergen Corporation, *Defendant*

- Cardinal Health, Inc., *Defendant*

- McKesson Corporation, *Defendant*

- Russel Portenoy, *Defendant*

- Perry Fine, *Defendant*

- Scott Fishman, *Defendant*

- Lynn Webster, *Defendant*

- John Gayden M.D., *Defendant*

- Dr. Victor Thiagaraj Selvaraj, *Defendant*

- Edge Pharmacy, *Defendant*

- Debbie Satyal, Esq.
  Chantal M. Pillay, Esq.
  Adams and Reese LLP
  Attorneys for Defendant Bodin Oil Recovery, Inc.

- Michael H. Kahn, Esq.
  Michael Kahn, P.A.
  482 N. Harbor City Blvd.
  Melbourne, FL 32935
  Attorney for Plaintiff

- John Roman Romano Law Group
  1005 Lake Avenue
  Lake Worth, FL 33460
  Attorney for Plaintiff

- Daniel K. Kissane, Esq.
  Rachel Chewning, Esq.
  Cole, Scott & Kissane, P.A.
  4686 Sunbeam Road
  Jacksonville, FL 32257
  Attorneys for Purdue Pharma L.P.

- Daniel A. Shapiro, Esq.
  Christopher J. Donegan, Esq.
  Cole, Scott & Kissane, P.A.
  4301 West Boy Scout Blvd., Suite 400
  Tampa, FL 33607
  Attorneys for Purdue Pharma L.P.

- Erik Snapp, Esq.
  Dechert LLP
  35 W Wacker Drive, Suite 3400
  Chicago, IL 60601
  Attorneys for Purdue Pharma L.P.

- John J. Goran, Esq.
  Addison J. Meyers, Esq.
  Mintzer Sarowitz Zeris Ledva & Meyers, LLP
  The Waterford at Blue Lagoon
  1000 N.W. 57th Court, Suite 300
  Miami, FL 33126
  Attorneys for Edge Pharmacy

- Harvey Bartle, IV, Esq.
  Steven A. Reed, Esq.
  Morgan, Lewis & Brockius LLP
  1701 Market St.
  Philadelphia, PA 19103
  Attorneys for Cephalon, Inc.

- Brian M. Ercole, Esq.
  Morgan, Lewis & Brockius LLP
  200 South Biscayne Blvd., Suite 5300
  Miami, FL 33131
  Attorney for Cephalon, Inc.

- Robert R. Hearn, Esq.
  A. Brian Albritton
  Sharon Carlstedt, Esq.
  Phelps Dunbar LLp

3

    100 S Ashley Drive, Suite 1900
    Tampa, FL 33602
    Attorney for Mallinckrodt Pharmaceuticals and Mallinckrodt PLC

- Brian T. O'Connor, Esq.
  Ropes & Gray LLP
  Prudential Tower
  800 Boylston Street
  Boston, MA 02199
  Attorney for Mallinckrodt Pharmaceuticals

- William N. Shepherd, Esq.
  Holland & Knight LLP
  222 Lakeview Avenue, Suite 1000
  West Palm Beach, FL 33401
  Attorney for Insys Therapeutics, Inc.

- J. Matthew Donohue, Esq.
  Joseph L. Franco, Esq.
  Holland & Knight LLP
  111 SW Fifth Avenue
  Portland, OR 97204
  Attorney for Insys Therapeutics, Inc.

- Amy E. Furness, Esq.
  Carlton Fields
  Miami Tower
  1000 S.E. 2nd Street, Suite 4200
  Miami, FL 33131
  Attorney for Endo International PLC and Endo Pharmaceuticals, Inc.

- Charles C. Lifland, Esq.
  O'Melveny & Myers, LLP
  400 S. Hope Street
  Los Angeles, CA 90071
  Attorney for Janssen Pharmaceuticals, Inc.

- Edward Mullins, Esq.
  Sujey Herrera, Esq.
  Reed Smith, LLP
  1001 Bickell Bay Dt, Suite 900
  Miami, FL 33131
  Attorneys for AmerisourceBergen Corporation

- Michael S. Vitale, Esq.
  Baker & Hostetler, LLP

       200 S. Orange Ave, Suite 2300
       Orlando, FL 32801
       Attorney for Cardinal Health, Inc.

- Francisco Ramos, Jr., Esq.
  Spencer H. Silverglate, Esq.
  Clark Silverglate, PA
  799 Brickell Plz, Suite 900
  Miami, FL 33131
  Attorneys for McKesson Corporation

- Eric R. Thompson, Esq.
  Robin T. Symons, Esq.
  Gordon & Reese Scully Mansukhani, LLC
  100 SE 2nd St, Suite 3900
  Miami, FL 33131
  Attorney for Perry Fine and Scott Fishman

- S. Amy Spencer, Eq.
  Shaheen & Gordon. P.A.
  107 Storrs Street
  P.O. Box 2703
  Concord, NH 03302
  Attorney for Russell Portenoy

2.    The name of every other entity whose publicly-traded stock, equity, or debt may be substantially affected by the outcome of the proceedings:

    None.

3.    The name of every other entity which is likely to be an active participant in the proceedings, including the debtor and members of the creditors' committee (or if no creditors' committee the 20 largest unsecured creditors):

    None.

4.    The name of each victim (individual and corporate), including every person who maybe entitled to restitution:

    None.

5. I certify that I am unaware of any actual or potential conflict of interest involving the District Judge and Magistrate Judge assigned to this case and will immediately notify the Court in writing upon learning of any such conflict.

Dated this 11th day of October, 2018.

/s/ *Chantal M. Pillay*
Chantal M. Pillay
Fla. Bar No. 108369
Adams and Reese, LLP
350 E. Las Olas Boulevard 1110
Ft. Lauderdale, FL 33301
Phone: 954.541.5390
chantal.pillay@arlaw.com
teesha.kittilson@arlaw.com


/s/ *Debbie Satyal*
Debbie Satyal
Fla. Bar No. 70531
Adams and Reese, LLP
350 E. Las Olas Boulevard 1110
Ft. Lauderdale, FL 33301
Phone: 954.541.5390
debbie.satyal@arlaw.com
*Counsel for Ibem R. Borges, M.D.*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on October 11, 2018, I electronically filed the foregoing with the Clerk of the Court utilizing the CM/ECF system. I further certify that I electronically transmitted a true copy to:

Michael H. Kahn, Esq.
Michael Kahn, P.A.
482 N. Harbor City Blvd.
Melbourne, FL 32935
michael@michaelkahnpa.com
roma@micaehlkahnpa.com
assistant@michaelkahnpa.com
Attorney for Plaintiff
John Roman Romano Law Group
1005 Lake Avenue
Lake Worth, FL 33460
service@romanolawgroup.com
john@romanolawgroup.com

6

eric@romanolawgroup.com
becky@romanolawgroup.com
danielle@romanolawgroup.com
Attorney for Plaintiff

Daniel K. Kissane, Esq.
Rachel Chewning, Esq.
Cole, Scott & Kissane, P.A.
4686 Sunbeam Road
Jacksonville, FL 32257
Daniel.Kissane@csklegal.com
Rachel.Chewning@csklegal.com
Laura.Kennington@csklegal.com
Attorneys for Purdue Pharma L.P.

Daniel A. Shapiro, Esq.
Christopher J. Donegan, Esq.
Cole, Scott & Kissane, P.A.
4301 West Boy Scout Blvd., Suite 400
Tampa, FL 33607
Daniel.Shapiro@csklegal.com
Christopher.Donegan@csklegal.com
Bethany.Goodrow@csklegal.com
Attorneys for Purdue Pharma L.P.

Erik Snapp, Esq.
Dechert LLP
35 W Wacker Drive, Suite 3400
Chicago, IL 60601
Erik.Snapp@dechert.com
Attorneys for Purdue Pharma L.P.

John J. Goran, Esq.
Addison J. Meyers, Esq.
Mintzer Sarowitz Zeris Ledva & Meyers, LLP
The Waterford at Blue Lagoon
1000 N.W. 57th Court, Suite 300
Miami, FL 33126
jgoran@defensecounsel.com
ameyers@defensecounsel.com
Attorneys for Edge Pharmacy

Harvey Bartle, IV, Esq.
Steven A. Reed, Esq.
Morgan, Lewis & Brockius LLP
1701 Market St.

Philadelphia, PA 19103
harvey.bartle@morganlewis.com
steven.reed@morganlewis.com
Attorneys for Cephalon, Inc.

Brian M. Ercole, Esq.
Morgan, Lewis & Brockius LLP
200 South Biscayne Blvd., Suite 5300
Miami, FL 33131
brian.ercole@morganlewis.com
Attorney for Cephalon, Inc.

Robert R. Hearn, Esq.
A.   Brian Albritton
Sharon Carlstedt, Esq.
Phelps Dunbar LLp
100 S Ashley Drive, Suite 1900
Tampa, FL 33602
hearnr@phelps.com
carlstedtc@phelps.com
brian.albritton@phelps.com
Attorney for Mallinckrodt Pharmaceuticals
and Mallinckrodt PLC


Brian T. O'Connor, Esq.
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199
Brian.OConnor@ropesgray.com
Attorney for Mallinckrodt Pharmaceuticals

William N. Shepherd, Esq.
Holland & Knight LLP
222 Lakeview Avenue, Suite 1000
West Palm Beach, FL 33401
William.shepherd@hklaw.com
Attorney for Insys Therapeutics, Inc.

J. Matthew Donohue, Esq.
Joseph L. Franco, Esq.
Holland & Knight LLP
111 SW Fifth Avenue
Portland, OR 97204
Matt.Donahue@hklaw.com

8

Joe.Franco@hklaw.com
Attorney for Insys Therapeutics, Inc.

Amy E. Furness, Esq.
Carlton Fields
Miami Tower
1000 S.E. 2nd Street, Suite 4200
Miami, FL 33131
afurness@carltonfields.com
Attorney for Endo International PLC
and Endo Pharmaceuticals, Inc.

Charles C. Lifland, Esq.
O'Melveny & Myers, LLP
400 S. Hope Street
Los Angeles, CA 90071
clifland@omm.com
Attorney for Janssen Pharmaceuticals, Inc.

Edward Mullins, Esq.
Sujey Herrera, Esq.
Reed Smith, LLP
1001 Bickell Bay Dt, Suite 900
Miami, FL 33131
emullins@reedsmith.com
sherrera@reedsmith.com
Attorneys for AmerisourceBergen Corporation

Michael S. Vitale, Esq.
Baker & Hostetler, LLP
200 S. Orange Ave, Suite 2300
Orlando, FL 32801
mvitale@bakerlaw.com
Attorney for Cardinal Health, Inc.

Francisco Ramos, Jr., Esq.
Spencer H. Silverglate, Esq.
Clark Silverglate, PA
799 Brickell Plz, Suite 900
Miami, FL 33131
framos@csclawfirm.com
ssilverglate@csclawfirm.com
Attorneys for McKesson Corporation

Eric R. Thompson, Esq.
Robin T. Symons, Esq.

Gordon & Reese Scully Mansukhani, LLC
100 SE 2nd St, Suite 3900
Miami, FL 33131
ethompson@gordonrees.com
rsymons@gordonrees.com
Attorney for Perry Fine
and Scott Fishman

S. Amy Spencer, Eq.
Shaheen & Gordon. P.A.
107 Storrs Street
P.O. Box 2703
Concord, NH 03302
Attorney for Russell Portenoy

John Gayden M.D.
Orlando County Jail
33rd Street Jail
2450 W. 33rd Street
Orlando, FL 32839
*Pro Se*

Dr. Victor Thiagaraj Selvaraj
28 Pinnacle Drive
Charleston, WV 25311
*Pro Se*

*/s/Chantal. M. Pillay*
Chantal M. Pillay

*/s/ Debbie Satyal*
Debbie Satyal