UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

This document relates to:

*City of Jacksonville v. Purdue Pharma L.P., et. al.,*
Case no. 3:18-cv-751-J-32PAB, from the
United States District Court for the
Middle District of Florida,

N.D. Ohio MDL No. 1:18-op-46120-DAP

_____/

MDL No. 2804
CASE NO. 1:17-md-2804-DAP

Judge Dan Aaron Polster

## NOTICE OF APPEARANCE OF COUNSEL
## ON BEHALF OF DEFENDANT MICHAEL BABICH

PLEASE TAKE NOTICE that P. Matthew Luka, attorney for Defendant Michael Babich, hereby enters this Notice of Appearance as counsel on his behalf in the above-captioned case. The undersigned respectfully requests to be added as counsel of record for Defendant Michael Babich and requests that all filings be served upon him at the email address or physical address below.

Respectfully submitted,

By: /s/ *P. Matthew Luka*
P. MATTHEW LUKA
Florida Bar No. 555630
TROMBLEY & HANES, P.A.
707 North Franklin Street, 10th Floor
Tampa, Florida  33602
Telephone: (813) 229-7918
Facsimile:  (813) 223-5204
Email:  mluka@trombleyhaneslaw.com

*Attorney for Defendant Michael Babich*

1

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on October 11, 2018, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to the parties of record.

/s/ *P. Matthew Luka*
P. MATTHEW LUKA