UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION | ) | MDL No. 2804 |
| OPIATE LITIGATION | ) | Case No. 17-MD-2804 |
| | ) | Judge Dan Aaron Polster |
| This document relates to: | ) | |
| *The Muscogee (Creek) Nation v.* | ) | |
| *Purdue Pharma L.P., et al., Case No. 18-op-45459* | ) | |

MOTION TO DISMISS FIRST AMENDED COMPLAINT BY DEFENDANT

OLYMPIA PHARMACY

     Comes now Defendant Olympia Pharmacy having been severed with summons in the above cause on or after the dates provided for to submit input, cooperation and consolidation for the development of a joint motion for dismissal, moves now in compliance with Case Management Orders One (DKT. # 232) and Six  (DKT # 770)  directing one consolidated brief for the  represented pharmacy defendants,  respectfully adopts and incorporates the well drafted pleading and memorandum of defendants pharmacy's  *MOTION TO DISMISS FIRST AMENDED COMPLAINT BY DEFENDANT'S CAREFIRST PHARMACY, CITY DRUG,CITYPLEX PHARMACY, COUCH PHARMACY, CVS, ECONOMY PHARMACY, ERNIE'S PHARMACY, FREELAND BROWN PHARMACY, GADDY DISCOUNT DRUG, M&D STAR DRUG, MED-ECON DRUG, OMNICARE, PIPPENGER PHARMACIES, REASOR'S, ROGERS DRUG CO.,SPOON DRUGS, WALGREENS, AND WALMART, (DKT # 928 and 928-1)* joining in requesting dismissal  of the action with prejudice  pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6).

     Pursuant to Case Management Order One (DKT. 232) sections 2.g and 2.j Defendant Olympia Pharmacy does not waive and does hereby preserve any defenses not addressed in the motion and accompanying memorandum of law and reserve their rights to file additional motions as necessary at the appropriate times as identified in 2.j.

Dated October 12th, 2018     Respectfully submitted,

     /s/ David C. Youll    #16553

Welsh & McGough, PLLC

2727 East 21st Street, STE #600

Tulsa, OK  74114

(918) 585-8600

david@tulsafirm.com

*Counsel for Olympia Pharmacy*

CERTIFICATE OF SERVICE

I, David C. Youll, hereby certify that the forgoing document was serviced via the Court's ECF system to all counsel of record.

*/s/ David C. Youll*

*Counsel for Olympia Pharmacy*