UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**NOTICE RELATING TO THE COURT'S ORDER
REGARDING OBJECTIONS TO REPORT AND RECOMMENDATION**

Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Distributors") hereby file this notice relating to the Court's Order Regarding Objections to Report and Recommendation (Dkt. 1032) in order to preserve their objection to the Court's requirement that they file a consolidated Objection limited to 15 pages. Distributors acknowledge the Order's statement that "[n]o motions for relief from the length restrictions will be considered" but, absent this notice, there will be no appellate record sufficient to preserve (i) that Distributors had communicated to Special Master Cohen their request to file a consolidated 50-page Objection before the Court announced at the October 10, 2018 status conference that it would shorten the limits allowed by the Local Rules, and (ii) Distributors' objection to a page limitation less than that allowed by the Local Rules. As set forth below, the Court's ruling so constrains Distributors' ability to present their defenses and protect their interests as to violate principles of fundamental fairness and places them at risk of non-compliance with Sixth Circuit rules requiring that objections to reports and recommendations be specific and complete in order to avoid waiver.

Plaintiffs filed an 11-count, 1137-paragraph complaint against 20 different Defendants. The R&R is 103 pages long and recommends against dismissal of every claim asserted against Distributors but one. The R&R fails to consider Distributor-specific arguments and repeatedly and erroneously relies on arguments and allegations that relate only to the Manufacturer Defendants. Under the Local Rules, each defendant is presumptively entitled to file a 30-page Objection. L.R. 7.1(f). On October 9, in the interests of judicial economy, Distributors proposed to Special Master Cohen that they file a consolidated Objection of 50 pages. On October 11, without the opportunity for briefing, the Court ordered Distributors to file a single Objection limited to 15 pages.

Under Sixth Circuit precedent, "the failure to file *specific* objections to a magistrate's report constitutes a waiver of those objections." *Carter v. Mitchell*, 829 F.3d 455, 472 (6th Cir. 2016) (emphasis added); *see also Cowherd v. Million*, 380 F.3d 909, 912 (6th Cir. 2004) (en banc) (holding that the incorporation of arguments by reference in objections is "disfavor[ed]"). As a corollary to this rule, "only those specific objections to the magistrate's report made to the district court will be preserved for appellate review." *Kelly v. Withrow*, 25 F.3d 363, 366 (6th Cir. 1994); *accord McClanahan v. Comm'r of Soc. Sec.*, 474 F.3d 830, 837 (6th Cir. 2006) ("This court cannot entertain an objection to a magistrate judge's report and recommendation that was not previously raised.").

Curtailing Distributors' ability meaningfully to present each of their specific objections by imposing restrictive page limits will frustrate the Court's ability to undertake the required *de novo* review of the R&R and makes it extremely difficult for Distributors fully to protect their appellate rights.

Dated:  October 12, 2018                                   Respectfully submitted,

/s/ Robert A. Nicholas                                     /s/ Enu Mainigi
Robert A. Nicholas                                         Enu Mainigi
Shannon E. McClure                                         F. Lane Heard III
**REED SMITH LLP**                                         Steven M. Pyser
Three Logan Square                                         Ashley W. Hardin
1717 Arch Street, Suite 3100                               **WILLIAMS & CONNOLLY LLP**
Philadelphia, PA 19103                                     725 Twelfth Street, N.W.
Tel: (215) 851-8100                                        Washington, DC 20005
Fax: (215) 851-1420                                        Tel: (202) 434-5000
rnicholas@reedsmith.com                                    Fax: (202) 434-5029
smcclure@reedsmith.com                                     EMainigi@wc.com
                                                           lheard@wc.com
*Counsel for AmerisourceBergen Corporation*                spyser@wc.com
*and AmerisourceBergen Drug Corporation*                   ahardin@wc.com
                                                           *Counsel for Cardinal Health, Inc.*

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

3

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
