# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The Muscogee (Creek) Nation v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45459,<br><br>And<br><br>*The Blackfeet Tribe of The Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporation, et al.*<br>Case No. 1:18-op-45749. | MDL No. 2804<br><br>Master Docket No.:<br>1:17-MD-02804-DAP<br><br>Hon. Dan Aaron Polster |

## NOTICE OF JOINDER BY THE ABSENTEE SHAWNEE TRIBE OF OKLAHOMA IN THE BRIEF OF AMICI CURIAE OF 448 FEDERALLY RECOGNIZED TRIBES

The Absentee Shawnee Tribe of Oklahoma ("Tribe") respectfully joins in the Brief of Amici Curiae of 448 Federally Recognized Tribes in Opposition to Defendants' Motions to Dismiss Tribal Claims filed in Case: 1:17-md-02804-DAP at Docket # 1026. Attached to this Notice is the Tribe's Statement of Interest to include in Appendix B of the Brief.

The Amici in this matter advocate for the interests of the Tribe and Tribal Members on these issues of national concern, and have invested tremendous effort to ensure that uniform, fair, and appropriate legal remedies are available for Tribes impacted by the opioid crisis. The Tribe has a direct and substantial interest in the outcome of this litigation, and seeks to join and lend its

support to the positions and proposed remedies put forward by the Amici in their submission to the Court.

Submitted: October 12, 2018

By: /s/  *Geoffrey D. Strommer*

William R. Norman
HOBBS, STRAUS, DEAN, & WALKER LLP
101 Park Avenue
Suite 700
Oklahoma City, OK 73102
Telephone: (405) 602-9425
Facsimile: (405) 602-9426
wnorman@hobbsstraus.com

Geoffrey D. Strommer
Edmund C. Goodman
Stephen D. Osborne
Dawn E. Winalski
HOBBS, STRAUS, DEAN & WALKER, LLP
516 SE Morrison St., Suite 1200
Portland, OR 97214
Telephone: (503) 242-1745
Facsimile: (503) 242-1072
gstrommer@hobbsstraus.com
egoodman@hobbsstraus.com
sosborne@hobbsstraus.com
dwinalski@hobbsstraus.com

Caroline P. Mayhew
HOBBS, STRAUS, DEAN, & WALKER LLP
2120 L St. NW, Suite 700
Washington, DC 2003 7
Telephone: (202) 822-8282
Facsimile: (202) 296-8834
cmayhew@hobbsstraus.com

*Counsel for Amicus Curiae*

**Statement of Interest: Absentee Shawnee Tribe of Oklahoma**

The government of the Absentee Shawnee Tribe of Oklahoma (Tribe) is located in the heart of Oklahoma, with over 4,300 Tribal Members of all ages living in every region of the United States. The Tribe's highest priority is promoting the health and wellness of its Tribal Members, and it maintains numerous medical programs and facilities dedicated to preventing, diagnosing, and treating illnesses and chronic conditions that affect the Tribal Members' quality of life.

Unfortunately, for many years, an increasing number of Tribal Members have been negatively impacted by the harmful effects of opioids.  These substances, which were supposed to help remedy health ailments and alleviate suffering, have instead significantly damaged the health and wellbeing of countless people throughout the Tribe's communities nationwide.  Combatting the negative effects of opioids prescribed to Tribal Members has consumed an increasing share of the Tribe's medical resources and funding, and placed a severe strain on the Tribe's ability to serve the health needs of Tribal Members locally and nationally.  More crucially, the devastating toll that opioids have taken on the lives and families of countless Tribal Members is incalculable, and the Tribe will need to apply every available resource to provide care and comfort to those who are grappling with the terrible impacts of this national epidemic.

To help address the crisis, the Tribe participates in the Oklahoma Area Inter-Tribal Consortium (OIC). The Tribe operates Absentee Shawnee Counseling Services, an outpatient substance abuse treatment clinic specializing in methamphetamine and opiate addictions.  Young people from the Tribe also worked with young people from the Cheyenne and Arapaho Tribe, Chickasaw Nation, and Comanche Nation to develop IAMNDN, a culturally-centered youth substance abuse prevention program.

## CERTIFICATE OF SERVICE

I, Steven J. Skikos, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

Date:  October 12, 2018

/s/  *Steven J. Skikos*