UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISTRICT

| | |
|---|---|
| **In re: National Prescription Opiate Litigation** | ) ) ) |
| **This document relates to:** | ) ) ) **MDL No. 2804** |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>*Case No. 18-op-45090* | ) ) ) **Hon. Dan Aaron Polster** ) ) ) |

**NOTICE RELATING TO THE COURT'S ORDER
REGARDING OBJECTIONS TO REPORT AND RECOMMENDATION**

The Manufacturer Defendants[1] hereby file this notice relating to the Court's Order Regarding Objections to Report and Recommendation ("R&R") (Dkt. 1032) in order to respectfully request that the Court permit the Manufacturer Defendants to file Objections that are limited to 25 pages rather than 15 pages.  The Manufacturer Defendants respectfully suggest that this modest page extension shall allow the Manufacturer Defendants to most efficiently comply with the Court's directive that the parties "set forth clearly and concisely, [the] findings in the Magistrate's R&R that they believe are erroneous or contrary to law" and the bases and legal support for such objections.  *Id.* at 1.  The Manufacturer Defendants' request to file a 25-page Objection – which is less than the 30 pages to which each party is presumptively entitled under Local Rule 7.1(f) – is consistent with the Court's "continued efforts to conserve judicial

---

[1] "Manufacturer Defendants" refers to Purdue Pharma LP, Purdue Pharma Inc., and The Purdue Frederick Company Inc. ("Purdue"); Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. ("Allergan/Actavis"); Watson Laboratories, Inc., Actavis Pharma, Inc.; Actavis LLC; Teva Pharmaceuticals, USA, Inc.; and Cephalon, Inc. ("Teva"); Johnson & Johnson ("J&J") and Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. ("Janssen"); Endo Health Solutions Inc. and Endo Pharmaceuticals Inc. ("Endo"); Insys Therapeutics, Inc. ("Insys"); and Mallinckrodt LLC ("Mallinckrodt").

resources, … and promote the just and efficient conduct in this litigation" *id*., while also ensuring that the Manufacturer Defendants are able to efficiently present their specific objections to the Court and sufficiently preserve them for any further review.

Dated:  October 15, 2018　　　　　　　　　Respectfully submitted,

            By: */s/ Mark S. Cheffo*
              Mark S. Cheffo
              DECHERT LLP
              Three Bryant Park
              1095 Avenue of the Americas
              New York, NY 10036-6797
              Tel: (212) 698-3500
              Fax: (212) 698-3599
              Mark.Cheffo@dechert.com

              *Attorney for Defendants PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY INC., PURDUE PHARMA MANUFACTURING INC.*

            By: */s/ Jonathan L. Stern*
              Jonathan L. Stern
              ARNOLD & PORTER KAYE SCHOLER LLP
              601 Massachusetts Ave., NW
              Washington DC 20001
              Phone: (202) 942-5000
              Fax: (202) 942-5999
              Jonathan.Stern@arnoldporter.com

              *Attorney for Defendants ENDO PHARMACEUTICALS INC. and ENDO HEALTH SOLUTIONS INC.*

            By: */s/ Steven A. Reed*
              Steven A. Reed
              MORGAN, LEWIS & BOCKIUS LLP
              1701 Market Street
              Philadelphia, PA 19103
              Tel: (215) 963-5603
              Fax: (215) 963-5001
              Steven.reed@morganlewis.com

*Attorney for Defendants TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; and ACTAVIS PHARMA, INC.*

By:   */s/ Charles C. Lifland*
      Charles C. Lifland
      O'MELVENY & MYERS LLP
      400 South Hope Street
      Los Angeles, CA 90071
      Tel: (213) 430-6000
      Fax: (213) 430-6407
      clifland@omm.com

*Attorney for Defendants JOHNSON & JOHNSON, JANSSEN PHARMACEUTICALS, INC., ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., and JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, Inc.*

By:   */s/ Brien R. O'Connor*
      Brien T. O'Connor
      ROPES & GRAY LLP
      Prudential Tower, 800 Boylston Street
      Boston, MA 02199-3600
      Telephone: (617) 235 4650
      Brien.O'Connor@ropesgray.com

*Attorney for Defendant MALLINCKRODT LLC*

By:   */s/ J. Matthew Donohue*
      J. Matthew Donohue
      HOLLAND & KNIGHT LLP
      2300 U.S. Bancorp Tower
      111 S.W. Fifth Avenue
      Portland, OR 97204
      Telephone: (503) 243-2300
      Facsimile: (503) 241-8014
      matt.donohue@hklaw.com

*Attorney for Defendant INSYS THERAPEUTICS, INC.*

By:   */s/ Donna M. Welch*
      Donna M. Welch

KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
donna.welch@kirkland.com

*Attorney for Defendants ALLERGAN PLC F/K/A ACTAVIS PLC and ALLERGAN FINANCE, LLC F/K/A ACTAVIS, INC. F/K/A WATSON PHARMACEUTICALS, INC.*

## **CERTIFICATE OF SERVICE**

  I hereby certify that on the 15th of October, 2018, I electronically filled the forgoing with the Clerk of the Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF systems.

Dated: October 15, 2018      By:  /s/ *Mark S. Cheffo*
                   Mark S. Cheffo
                   DECHERT LLP
                   Three Bryant Park
                   1095 Avenue of the Americas
                   New York, NY 10036
                   Tel: (212) 698-3500
                   Mark.Cheffo@dechert.com