**Single-Document Comparison:**
**Mallinckrodt Proposed Document Search Terms (October 8, 2018)**

<u>**Legend**</u>

| | |
|---|---|
| **Red text** | The red text reflects the terms for which Mallinckrodt's as-applied search term set proposes to modify the terms set forth in the current search term demand from Keller Rohrback. Please note that the document incorporates your two rulings regarding search terms provided on 10/7/18 – that is, all "w/100" need to be changed to "w/50", including the one before the numbered search strings, and all "AND" connectors need to be changed to "w/50".  All terms in black text are found in both sides' search term sets. |
| **Grey and beige shading** | On July 24, Keller Rohrback provided its search term demand with certain terms highlighted as "high priority."  For additional context, the search strings herein shaded in beige correspond to those that were previously indicated by Keller Rohrback as high priority terms. The search strings herein shaded in grey correspond to those that were previously indicated by Keller Rohrback as not high priority terms. |



(~~SAO or "short acting opioid" or LAO or "long acting opioid" or ROO or "rapid onset opioid" or~~ ~~"ER-LA" or "ER/LA" or "extended release, long acting" or~~ (Oxy* w/5 30) or *~~Contin or~~ ~~Dilaud* or Delaud* or Butran* or Hysing* or Hising* or Targin* or (morphine w/2 sulfate) or~~ *morphine or ~~codeine or~~ hydromorph~~one~~* or ~~bupren* or *~~oxycodone or ~~Kadian or Kadean or~~ ~~Norco or Actiq or Fentora or~~ fentan~~yl~~* or ~~fentin* or durages* or Nucynta or nucinta or nusynta~~ ~~or Nucynta or tapent* or opana* or perco* or perca* or subsys or subsis or~~ exalg~~o~~* or roxico~~done~~* or ~~roxeco* or~~ Xartem~~is~~* or ~~Xartim* or~~ methadose or methadone or ~~naltrex* or~~ opoid* or opioid* or opioid* or opiate* or magnacet or oxymorphone)

w/50~~100~~[1] of any of the search queries below:

| No. | Search String |
|---|---|
| 1. | ~~jama OR~~ nejm ~~or "journal of the american medical association" or "new england journal of medicine"~~ |
| 2. | ~~Krebs or Kolodny or Lembke or Dreamland~~ |
| 3. | ~~Gravely OR~~ (Jane w/2 Porter) OR (Hershel w/2 Jick) |
| 4. | (neonatal OR infant* OR newborn* OR bab*) w/3 (withdrawal) |
| 5. | ~~/AND~~ "black market" or illegal ~~or street~~ or dealer or stolen or theft or "false prescription" or "fake prescription" |
| 6. | ~~((~~"Center* for Disease Control" OR "CDC") w/10 guideline) or epidemic OR crisis OR catastrophe OR "public safety" OR "public health" ~~or advisory or HIV or aids~~ |
| 7. | ~~death* OR dying OR dead OR dies OR mortalit* OR fatal* OR toxic* OR coma or kill* OR (life w/3 threat*) or~~ overdos* ~~or OD~~ |
| 8. | ~~/AND~~ w/100 ~~addict* OR hook* OR junk* OR~~ dop* ~~OR abus* OR kick* OR habit* OR overus* OR deter*~~ "ADF" or "ADT" |
| 9. | ~~"ER visit*" OR hospital* OR rehab* OR detox OR intervention* OR emergency OR clinic~~ |
| 10. | recreational OR illicit OR illegal OR heroin OR herin OR herion ~~or opium~~ |
| 11. | ~~NDS or "Pharmaceutical Data Services" OR PDS or "PRA Health" or SDI or "Source Healthcare" or "Wolters Kluwer"~~ |
| 12. | ~~Bllshit or bullshit or "bull shit" or corrupt or "cover up" or crap* or cya or dammit or damn or "deep shit" or "f—k" or "f ed" or "f uck" or fcuk or "fu k" or fu*k or fuck* or garbage or "gray~~ |

---

[1] Except where otherwise noted.

**Single-Document Comparison:**
**Mallinckrodt Proposed Document Search Terms (October 8, 2018)**

| No. | Search String |
|---|---|
|  | area" or "grey area" or "hit the fan" or "red flag" or s—t or s-hit or "sh t" or shit* or "time bomb" or toxic or "wtf" or (whiskey w/2 tango w/2 foxtrot) or OMG or "O.M.G." |
| 13. | ((DOJ or justice or DEA or Florida) w/5 settlement) or ((Hobart w/25 (diver* or fail* or violat* or audit* or secure or security or DEA or investing*)) |
| 14. | "South Florida Pain" or George w/in 2 of (Jeff* OR Chris*) or "American Pain" or "Executive Pain" or "Hallandale Pain" or "East Coast Pain" |
| 15. | "C.A.R.E.S" or (CARES w/2 Alliance) or "Collaborating and Acting Responsibly to Ensure Safety" or (Charles w/2 Argoff) or (Bradley w/2 Galer) or "Defeat Chronic Pain Now" or (Defeat w/2 Chronic) |
| 16. | "adverse event*" or "adv event" or AERS or FAERS OR PV OR Pharmacovig* |
| 17. | Arclight or IMS or IQVIA or Quintiles* or Scriptline* or Verispan* or Medscape |
| 18. | "blue highway" or "oxy express" or migrat* |
| 19. | /AND w/100 chew* OR inject* OR insufflat* OR snort OR grind OR ground OR illicit OR cook* OR dissolv* OR crush* OR break* OR inhal* OR heat* OR soak* OR manipul* OR shoot* OR intraven* OR "IV" OR "route of administration" or tamper*  |
| 20. | w/50 interstate |
| 21. | bonus* OR compensat* OR lie* OR lying OR Liar* OR jail OR (lock* w/2 up) OR prison |
| 22. | w/25 convict* OR liabilit* OR liabl* OR sue* OR violat* OR kill* OR wrong* OR victim* OR idiot* OR fine* OR punish* OR penal* OR license* OR DOJ OR plea* OR judgment* OR feds OR "attorney* general*" OR subpoena |
| 23. | Whistle*blower or "whistle blower" OR hid* OR hiding* OR secret OR "cover up" OR conceal* OR scam* OR "witch hunt" OR crime* OR criminal* OR uncomfortabl* OR fault OR misgiving* OR worrie* OR worry OR trouble* OR problem* |
| 24. | Hyperalgesia |
| 25. | "market share" OR marketshare OR (share w/5 market) OR (leader w/5 market) |
| 26. | "return on investment" OR ROI OR budget* OR "business plan" OR strateg* OR meeting* OR minutes* OR agenda* OR payor* OR project* OR (growth w/5 plan) OR snapshot* OR report* |

**Single-Document Comparison:**
**Mallinckrodt Proposed Document Search Terms (October 8, 2018)**

| No. | Search String |
|---|---|
| 27. | chargeback* OR (volume w/10 (discount* OR rebate*)) OR assistance OR coupon |
| 28. | "Law Enforcement Executive Development" OR (FBI w/2 LEEDA) |
| 29. | Mitigation OR REMS OR "Risk MAP" or RiskMap or "patient guidelines" or informed or consent or IRB or "investigator brochure"  |
| 30. | "dear doctor" OR "dear health*" or "Dear HCP" or PIR or "information response" |
| 31. | ("prescription* monitor* program*" OR PMP OR PDMP) w/25 Ohio |
| 32. | (citizen w/5 petition*) |
| 33. | complain* OR (incident w/5 report*) |
| 34. | DDMAC OR OPDP or minutes or "FDA contact" or "Type B" or "Type C" or "contact record" or "warning letter" or "untitled letter" or "incomplete response" or "complete response" OR label OR "black box" |
| 35. | ((DEA or "Drug Enforcement Administration") w/10 (report* OR notif* OR submit*)) w/25 Ohio OR Narcs |
| 36. | doctor w/5 shop* |
| 37. | effective w/2 control* |
| 38. | PhRMA w/5 Code |
| 39. | warning w/2 letter* |
| 40. | congress* or lobby* or senat* |
| 41. | investigat* |
| 42. | "controlled substances act" OR csa OR "1301" |
| 43. | Grassley OR Baucus OR Hatch OR Wyden OR McCaskill |

**Single-Document Comparison:**
**Mallinckrodt Proposed Document Search Terms (October 8, 2018)**

| No. | Search String |
|-----|---------------|
| 44. | ~~/AND~~ ((suspicious w/10 prescrib*) OR (suspicious w/3 order)) w/25 Ohio ~~OR SOM~~ |
| 45. | ~~w/10 relief OR pain OR use OR function~~ |
| 46. | ~~w/10 "daily"~~ |
| 47. | ~~w/50 effect* OR efficac* or~~ w/10 ("improved function" OR (level w/5 function)~~)~~ |
| 48. | "around the clock" OR ((24 w/2 hour) OR (~~"twenty four hour" OR "twenty-four hour" OR "twenty four" w/2 hour OR "twenty-four"~~ w/2 four w/2 hour) |
| 49. | ~~"field sales team" OR "sales rep*" OR pamphlet* OR brochure* OR "sales sheet*" OR video OR journal* OR reprint* OR article* OR publication* OR manual*~~ |
| 50. | ~~"fifth vital" OR "5th vital"~~ |
| 51. | "promotional review committee" OR PRC ~~OR "legal review" OR "medical legal"~~ |
| 52. | ~~nonopioid* OR nonopiate* OR (non w/2 (opioid* OR opiate*))~~ |
| 53. | ~~w/50 *arthriti* OR rheumat* OR anykylosing OR spondylit* OR spondyloarthri* or fibromyalgia or headache~~ |
| 54. | ~~w/50 elderly OR geriatric* OR seniors OR "senior citizens"~~ |
| 55. | ~~(exaggerate* w/5 (fear* OR scar* OR terr*))~~ |
| 56. | ~~w/50 (inflam* OR "diabetic" OR DM OR DPN OR disc* OR "back pain")~~ |
| 57. | (key w/5 message*) OR (action w/5 plan*)~~)~~ |
| 58. | ~~w/25 (marketing OR adverti* OR unbrand* OR brand* OR present* OR conference* OR exhibition* OR (video w/2 conferenc*) OR videoconferenc* OR~~ poster* OR "trade show*" OR "visual aid*" ~~OR handout* OR "hand out*" OR flyer*~~ OR factsheet* OR "fact sheet*" OR "visual aid* OR "leave behind" ~~OR one sheet*")~~ |
| 59. | (med* w/2 (necessary OR unnecessary)) |
| 60. | ~~(mild w/5 pain)~~ |

**Single-Document Comparison:**
**Mallinckrodt Proposed Document Search Terms (October 8, 2018)**

| No. | Search String |
|---|---|
| 61. | mislead* OR deceive* OR misled OR misrep* OR deceiv* OR decept* ~~or omit* or omission* or fraud*~~ |
| 62. | "nonsteroidal* antiinflammatory" OR "NSAID*" ~~OR Tylenol OR Advil OR Aleve OR acetaminophen OR ibuprofen OR aspirin OR naproxen~~ |
| 63. | ~~(overprescrib* OR~~ overdos* OR (doctor* w/5 shop*) ~~OR alias* OR (drug* w/5 seek*) OR (multi* w/5 prescri*) OR (multi* w/5 physician*) OR (refill* w/5 histor*)~~ OR crime* ~~OR criminal*~~ OR illicit) |
| 64. | (prescribe* w/5 guide*) |
| 65. | (quality w/2 life) |
| 66. | ~~(sciatic* OR (nerve* w/5 pain*) OR radiculo* OR (nerve* w/5 (imping* OR press*)))~~ |
| 67. | (script* w/10 (market* OR sale* OR rep*)) |
| 68. | **Marketing** w/~~25~~ (study OR studies OR trial* OR experiment* ~~OR analys* OR research*~~ OR investigat* ~~OR conduct*~~ OR author* OR scientific OR empirical OR statistic* OR observational OR cohort OR epi*) |
| 69. | ~~(suspect* OR fake* OR faking OR stole* OR steal* OR scam* OR "street value" OR (drug* w/5 deal*))~~ |
| 70. | ~~(toleran* OR~~ withdrawal*) |
| 71. | "call note*" |
| 72. | ~~w/50 ceiling~~ |
| 73. | Chronic w/30 ("non-cancer pain" OR "non cancer pain") |
| 74. | ~~danger*~~ |
| 75. | ~~dependen*~~ |
| 76. | euphori* |
| 77. | ~~myth*~~ |
| 78. | Painkiller* or pain-killer* or "pain killer" or "pain med" or "pain manag*" or "pain pill*" |

**Single-Document Comparison:**
**Mallinckrodt Proposed Document Search Terms (October 8, 2018)**

| No. | Search String |
|-----|---------------|
| 79. | ~~predispose*~~ |
| 80. | ~~risk*~~ |
| 81. | ~~safe*~~ |
| 82. | ~~stigma*~~ |
| 83. | withdrawal |
| 84. | Chronic w/30 ("non-cancer pain" OR "non cancer pain") ~~or noncancer~~ |
| 85. | (use* OR using OR usage) w/5~~10~~ ("long term" OR "short term" OR extend* OR "steady state") |
| 86. | ~~legitimate w/10 (pain OR patient* OR medical OR use* OR treatment* OR scien*)~~ |
| 87. | opioid* w/5 screen* |
| 88. | pain* w/5~~0100~~ ("off label" OR offlabel OR "prior auth*" OR reimburs* OR disput* ~~OR reject*~~ OR "step therapy" ~~OR indicat*~~ OR first*line ~~OR (not w/5 support*)~~)) |
| 89. | pseudoaddict* OR (pseudo w/2 addict*) OR "pseudo-addict* ~~OR toler* or depend*~~" |
| 90. | undertreat* w/10 pain |
| 91. | Marketing w/5 "focus group" |
| 92. | ~~("off label" OR offlabel OR "prior auth*" OR reimburs* OR dispute* OR reject* OR "step therapy" OR "first*line")~~ |
| 93. | (core OR high) w/2 prescriber*) |
| 94. | "Target * w/10 (list" ~~or panel or vet* or PCP OR PCPs OR rheumatol* OR neurol* OR nurse* OR RN OR "primary care" OR "pain doctor*" OR "pain specialist*" OR anesthes*)~~ |
| 95. | ~~(provider* OR prescriber* OR doctor* OR physician* OR nurse* OR MD*) w/10 (decid* OR choos* OR chos* OR select* OR determin* OR favor* OR prefer*)~~ |
| 96. | ~~w/50 (survey OR attitude* OR opinion* OR perception* OR perceive*)~~ |
| 97. | w/10 (detail* or market* or promot*) w/25 Ohio |

**Single-Document Comparison:**
**Mallinckrodt Proposed Document Search Terms (October 8, 2018)**

| No. | Search String |
|-----|---------------|
| 98. | w/10 ((whale OR target* or "high volume") or "high prescrib*" OR (high w/3 prescriber)w/25 Ohio) |
| 99. | "pill w/2 mill*" w/25 Ohio |
| 100. | emergingsolutionsinpain* |
| 101. | inthefaceofpain* |
| 102. | letstalkpain* |
| 103. | painedu* |
| 104. | painknowledge* |
| 105. | partnersagainstpain* |
| 106. | prescriberesponsibly* |
| 107. | smartmovessmartchoices* |
| 108. | (("867" OR "852"OR "850" OR wholesale* OR inventory* OR sale*downstream) w/520 (data* OR "EDI" OR report* OR trac*OR detail* OR scorecard* OR base*)) w/25 Ohio |
| 109. | "chargeback" OR "Charge back" OR "charge-back" |
| 110. | (Distribut* OR trad*) w/20 (chain* OR network* OR partner* OR system* OR partner*) |
| 111. | (Sale* OR volume OR rebate*) w/120 (promotion OR agree* OR program* OR incentive* OR allowance* OR adjustment* OR discount* or rebate) |
| 112. | manufacturer w/5 *marketing* |
| 113. | ((suspicious OR above OR average OR unusual OR irregular OR atypical OR abnormal OR aberrant OR anomalous OR devia* OR notable OR disproportion*) w/50 (order* OR movement* OR volume* OR siz* OR frequen* OR sale* OR demand OR request* OR purchase* OR buy* OR flag* OR alert* OR release* OR pattern* OR trend* OR activit* OR forecast* OR detect* OR exception*)) w/25 Ohio |
| 114. | "OI" or (Order w/5 interest) |
| 115. | "CSMP"OR "SOM" OR ((monitor* OR identif* OR detect* OR discover* OR track*) w/20 (program* OR system* protocol* OR procedure*)) |

**Single-Document Comparison:**
**Mallinckrodt Proposed Document Search Terms (October 8, 2018)**

| No. | Search String |
|---|---|
| 116. | (assign* OR monitor* OR allocat* OR impos* OR confer* OR task* OR diligence OR flag* OR review* OR document* OR existing OR customer*) w/~~1~~20 (threshold* OR baseline* OR forecast*) |
| 117. | ~~diversion OR~~ Hobart w/25 diver* |
| 118. | "KYC" OR "know your customer" OR (diligence w/5 customer) |
| 119. | ~~Cardinal* OR Amerisource* OR McKesson* OR "HD Smith*" OR "H.D. Smith*" OR "Discount Drug*" OR "Prescription supply*" OR CVS OR "HBC" OR "Rite Aid*" OR "Walgreen*" OR "Walmart" OR "Wal mart"~~  |
| 120. | ~~Valuecentric* OR Valuetrak*~~ |
| 121. | ~~(individual OR appl* OR manufact*) w/5 Quota or "APQ"~~ |
| 122. | ~~"prescriber-identifiable data" OR (prescriber w/5 data)~~ |
| 123. | ~~net w/5 disposal~~ |
| 124. | ~~utilization w/5 report~~ |
| 125. | ~~(asses* or establish* or medical or scientific or research or industrial) w/10 (need)~~ |
| 126. | ~~trend* w/5 "net disposal"~~ |
| 127. | ~~"projected demand"~~ |
| 128. | ~~("govt affairs" or "government aff*")~~ |
| 129. | ~~Narcan OR Naloxone OR Amitiza OR lubiprostone OR naloxegol OR movantik OR methylnaltrexone OR relistor OR naldemedine OR symproic~~ |
| 130. | ~~w/50 (release OR onset OR duration)~~ |
| 131. | opiophob~~ia* OR downstream OR threshold~~ |
| 132. | ~~Oxycotton or OC or O.C. or~~ M30 or "M 30" or "M/30" ~~or "Ms"~~ or "M's" or Blues or Roxies or Mallies |

**Single-Document Comparison:**
**Mallinckrodt Proposed Document Search Terms (October 8, 2018)**

Marketing Search Terms

| | |
|---|---|
| 1. | ~~w/50 "continuing medical education" OR "medical education" OR CME* OR fund* OR grant* OR sponsor* OR collab* OR research* OR "investigator initiated" OR IIR)~~ |
| 2. | w/50 ((patient* w/5 advoca*) OR (peer* w/5 program*) OR (speaker~~* OR~~ w/5 bureau) ~~* OR advisor*~~ OR symposi*) |
| 3. | ("key opinion leader*" OR kol* OR "thought leader*" ~~OR~~ OR (peer* w/5 program*) ~~OR train*~~) |
| 4. | Marketing w/5 (sponsorship* ~~OR "business plan*"~~ OR campaign* OR dinner* OR lunch* OR honorari* OR incent* OR gift* OR bonus* OR graft* OR brib*) |
| 5. | ~~Fanciullo OR~~ ((Scott OR Dr.) w/3 Fishman) ~~OR Haddox~~ OR Pergolizzi OR Portenoy ~~OR Saper~~ OR ((Lynn OR Dr.) w/3 Webster) or Nalamachu  or Yapundich or Schim or Hoffberg or Dore or ((Perry OR Dr.) w/3 Fine) |
| 6. | "Academy of Integrative Pain Management" ~~OR AIPM~~ |
| 7. | ~~"Alcohol Drug Abuse Directors" OR NASADAD~~ |
| 8. | "Alliance for Patient Access" OR APA |
| 9. | "American Academy of Pain Medicine" OR AAPM |
| 10. | "American Chronic Pain Association" OR ACPA |
| 11. | "American Geriatric* Society" OR AGS |
| 12. | ~~"American Osteopathic Association"~~ |
| 13. | "American Pain Foundation" OR APF |
| 14. | "American Pain Society" OR APS |
| 15. | ~~"American Society for Pain Management Nursing" OR ASPMN~~ |
| 16. | ~~"American Society of Addiction Medicine" OR ASAM OR ILSAM~~ |
| 17. | ~~"Anti-Drug Coalition" OR CADCA~~ |
| 18. | ~~"board of pharmacy" OR "boards of pharmacy"~~ |
| 19. | ~~"College on Problems of Drug Dependence" OR "CPDD"~~ |
| 20. | "Federation of State Medical Boards" OR "FSMB" |
| 21. | "Healthcare Distribution Alliance" OR "HDA" |

**Single-Document Comparison:**
**Mallinckrodt Proposed Document Search Terms (October 8, 2018)**

| 22. | "Healthcare Distribution Management Association" OR "HDMA" |
|-----|-----------------------------------------------------------|
| 23. | "Joint Commission" OR JCAHO OR JHACO |
| 24. | ~~"National Association of Drug Diversion Investigators" OR NADDI~~ |
| 25. | ~~"National Initiative on Pain Control" OR NIPC~~ |
| 26. | "National Pain Foundation" OR NPF |
| 27. | ~~"Pain and Policy Studies Group" OR PPSG~~ |
| 28. | "Pain Care Forum" OR PCF |
| 29. | "~~Society of Interventional Pain" OR ASIPP~~ |
| 30. | "U.S. Pain Foundation" OR "US Pain Foundation" ~~OR USPF~~ |
| 31. | ~~"Will Rowe"~~ |
| 32. | "Woodberry Associates" |
| 33. | "front group" |
| 34. | ~~*Panchal*~~ |
| 35. | ~~"American Association for the Treatment of Opioid Dependence" OR AATOD~~ |
| 36. | ~~"Physicians for Responsible Opioid Prescribing" OR PROP~~ |
| 37. | ~~(media OR magazine OR spread or press)~~ |

