UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO:*<br><br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.,* **Case No. 1:18-cv-45090** | **MDL 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

### SECOND ORDER REGARDING OBJECTIONS TO REPORT AND RECOMMENDATION

On October 10, 2018, the Court issued its Order Regarding Objections to Report and Recommendation. Doc. #: 1032. That Order directed each class of Defendant identified in footnotes 1-3 of the R&R to coordinate to file a single, 15-page document addressing the objections common to the class. Defendants were also directed to collaborate to prevent repetition of the same or similar arguments or objections.

On October 12, 2018, Distributor Defendants filed a Notice alerting the Court that they had proposed to Special Master Cohen that they be allowed to file a consolidated Objection of 50 pages. Doc. #: 1041. On October 15, 2018, Manufacturer Defendants filed a similar Notice requesting that they be permitted to file a 25-page Objection. Doc. #: 1045.

The Court notes that, during briefing on the Motion to Dismiss, Defendants repeated many of the same or similar arguments. The Court is confident it has granted the Parties far more pages than are necessary if the Parties follow the Court's directive not to repeat and reiterate arguments.

However, based on Distributor and Manufacturer Defendants' Notices, and pursuant to the Court's continued efforts to conserve judicial resources, serve the convenience of the parties, and promote the just and efficient conduct of this litigation, the Court amends its Order Regarding Objections to Report and Recommendation as follows:

The three classes of Defendant identified in footnotes 1-3 of the R&R can hereby decide whether to comply with the original Order or, if they prefer, the Court is willing to accept a single, omnibus, 60-page filing of Written Objections from all Defendants collectively. Except as stated above, all other filing requirements and restrictions remain subject to the Court's previous Order Regarding Objections to Report and Recommendation, the Federal Rules, the Local Rules of this District, and the preceding Case Management Orders issued in this case.

**IT IS SO ORDERED.**

 **/s/ Dan Aaron Polster  *October 16, 2018*** 
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**