# EXHIBIT A

**McKesson US Pharma PPV customers with controlled ordering in Cherokee Nation counties in Oklahoma**
**January 1, 2006 - June 30, 2018**

| DEA number | Ship to customer name | Address | City | County | State | Zip code |
|---|---|---|---|---|---|---|
| AE2011055 | EUFAULA IND HLTH CTR  IHS | 800 FOREST AVENUE | EUFAULA | MCINTOSH COUNTY | OK | 0000074432 |
| AI5778925 | USPHS CLAOPIHSOPNMKTNET30 | 101 S MOORE AVENUE | CLAREMORE | ROGERS COUNTY | OK | 0000074017 |
| AU2011360 | CHEROKE NAT SAM HIDER IHS | 859 E MELTON DR | JAY | DELAWARE COUNTY | OK | 0000074346 |
| AU4591601 | USPHS,WW HASTINGS IP IHS | 100 SOUTH BLISS AVE | TAHLEQUAH | CHEROKEE COUNTY | OK | 0000074464 |
| AV4592742 | VA MED CENTER MUSKOGEE | 1011 HONOR HGT PHY 1C2F | MUSKOGEE | MUSKOGEE COUNTY | OK | 0000074401 |
| AV8770023 | VA OP CLINIC-TULSA | 9322 EAST 41ST STREET | TULSA | TULSA COUNTY | OK | 0000074145 |
| BB6292902 | BEARSKIN HEALTH CLI IHS | 1 TURTLE DRIVE/PO BOX 30 | WYANDOTTE | OTTAWA COUNTY | OK | 0000074370 |
| BC0363248 | SALINA COMM CLN PHCY  IHS | 900 OWEN WALTERS BLVD | SALINA | MAYES COUNTY | OK | 0000074365 |
| BC6533473 | WILL ROGERS HLTHCARE IHS | 1020 LENAPE DRIVE | NOWATA | NOWATA COUNTY | OK | 0000074048 |
| BI2946525 | IND HLTHCR RESRCE CTR IHS | 550 S. PEORIA | TULSA | TULSA COUNTY | OK | 0000074120 |
| BK9830147 | KOWETA IND HLTH FAC IHS | 31870 E. HIGHWAY 51 | COWETA | WAGONER COUNTY | OK | 0000074429 |
| BM7357711 | THREE RIVERS HLT CTR  IHS | 1001 S. 41ST STREET\, EAST | MUSKOGEE | MUSKOGEE COUNTY | OK | 0000074403 |
| BN7490307 | NORTHEASTERN TRIB HLT-IHS | 7600 S HWY 69A | MIAMI | OTTAWA COUNTY | OK | 0000074354 |
| BO1421700 | OK VETS CT/CLAREMORE SVH2 | 3001 W BLUE STARR DRBX988 | CLAREMORE | ROGERS COUNTY | OK | 0000074018 |
| BR3224324 | REDBIRD SMITH HLT CTR IHS | 301 SOUTH J.T. STITES | SALLISAW | SEQUOYAH COUNTY | OK | 0000074955 |
| BS5435361 | BEARSKIN HEALTH CLI IHS | 1 TURTLE DRIVE/PO BOX 30 | WYANDOTTE | OTTAWA COUNTY | OK | 0000074370 |
| BW4385159 | WILMA P MANKILLER HLT IHS | ROUTE 6 BOX 840 | STILWELL | ADAIR COUNTY | OK | 0000074960 |
| FB3497799 | BEARSKIN HEALTH CLI  IHS | 1 TURTLE DRIVE/PO BOX 30 | WYANDOTTE | OTTAWA COUNTY | OK | 0000074370 |
| FC1099286 | CHEROHASTIPIHSOPNMKTNET30 | 100 SOUTH BLISS AVE | TAHLEQUAH | CHEROKEE COUNTY | OK | 0000074464 |
| FC2742131 | CHEROKE CRCIHS OPNMKTNT30 | 1001 S. 41ST STREET\, EAST | MUSKOGEE | MUSKOGEE COUNTY | OK | 0000074403 |
| FC3462037 | CHEROKEE NTN VINITAHCIHS | 27371 S 4410 RD | VINITA | CRAIG COUNTY | OK | 0000074301 |
| FC5273381 | COOWEESCOOWEE HLTH IHS | 395200 W 2900 RD | OCHELATA | WASHINGTON COUNTY | OK | 0000074051 |
| FC5441807 | CHEROKE NAT WHAST URG IHS | 100 S BLISS AVE | TAHLEQUAH | CHEROKEE COUNTY | OK | 0000074464 |

**Sources:**
[1] McKesson US Pharma data.
[2] US Department of Veterans Affairs, "ppvEligibilityListing.xlsx".

**Note:**
[1] Cherokee Nation counties in Oklahoma defined as Adair, Cherokee, Craig, Delaware, Mayes, McIntosh, Muskogee, Nowata, Ottawa, Rogers, Sequoyah, Tulsa, Wagoner, Washington counties.