# EXHIBIT B

**PPV customer share of total McKesson opioid shipments by county in Cherokee Nation counties in Oklahoma**
**January 1, 2006 - June 30, 2018**

| County | PPV volume | Non-PPV volume | Total volume | PPV volume as percent of total |
|---|---|---|---|---|
| ADAIR COUNTY | 3,421,140 | 7,281,838 | 10,702,978 | 31.96% |
| CHEROKEE COUNTY | 5,697,331 | 10,994,797 | 16,692,128 | 34.13% |
| CRAIG COUNTY | 735,345 | 6,470,096 | 7,205,441 | 10.21% |
| DELAWARE COUNTY | 2,788,234 | 9,966,973 | 12,755,207 | 21.86% |
| MAYES COUNTY | 3,609,116 | 11,055,875 | 14,664,991 | 24.61% |
| MCINTOSH COUNTY | 2,055,708 | 12,312,398 | 14,368,106 | 14.31% |
| MUSKOGEE COUNTY | 28,929,265 | 16,806,176 | 45,735,441 | 63.25% |
| NOWATA COUNTY | 1,443,580 | 2,631,193 | 4,074,773 | 35.43% |
| OTTAWA COUNTY | 5,648,851 | 9,420,507 | 15,069,358 | 37.49% |
| ROGERS COUNTY | 3,843,492 | 14,219,333 | 18,062,825 | 21.28% |
| SEQUOYAH COUNTY | 2,985,472 | 8,014,297 | 10,999,769 | 27.14% |
| TULSA COUNTY | 21,447,365 | 165,400,166 | 186,847,531 | 11.48% |
| WAGONER COUNTY | 1,799,036 | 4,105,375 | 5,904,411 | 30.47% |
| WASHINGTON COUNTY | 66,715 | 12,618,416 | 12,685,131 | 0.53% |
| Total | 84,470,650 | 291,297,440 | 375,768,090 | 22.48% |

**Sources:**
[1] McKesson US Pharma data.
[2] US Department of Veterans Affairs, "ppvEligibilityListing.xlsx".

**Notes:**
[1] 2018 represents a partial year of ordering through June 30, 2018.
[2] Data represent net shipments from McKesson US Pharma.
[3] PPV customers identified by DEA numbers listed in "ppvEligibilityListing.xlsx". Volumes to PPV customers include shipments to all customer account numbers associated with a DEA number listed in "ppvEligibilityListing.xlsx".
[4] Tramadol is classified as an opioid product for all years.
[5] Cherokee Nation counties in Oklahoma defined as Adair, Cherokee, Craig, Delaware, Mayes, McIntosh, Muskogee, Nowata, Ottawa, Rogers, Sequoyah, Tulsa, Wagoner, Washington counties.

**PPV customer share of total McKesson opioid shipments in Cherokee Nation counties in Oklahoma**
**January 1, 2006 - June 30, 2018**

| Year | PPV volume | Non-PPV volume | Total volume | PPV volume as percent of total |
|---|---|---|---|---|
| 2006 | 4,892,228 | 14,387,032 | 19,279,260 | 25.38% |
| 2007 | 5,190,835 | 21,236,889 | 26,427,724 | 19.64% |
| 2008 | 5,827,283 | 20,732,812 | 26,560,095 | 21.94% |
| 2009 | 6,299,089 | 21,197,000 | 27,496,089 | 22.91% |
| 2010 | 7,333,641 | 23,374,715 | 30,708,356 | 23.88% |
| 2011 | 8,037,960 | 24,750,081 | 32,788,041 | 24.51% |
| 2012 | 8,303,905 | 26,115,870 | 34,419,775 | 24.13% |
| 2013 | 6,280,479 | 23,354,023 | 29,634,502 | 21.19% |
| 2014 | 6,603,506 | 23,263,726 | 29,867,232 | 22.11% |
| 2015 | 8,226,170 | 26,788,564 | 35,014,734 | 23.49% |
| 2016 | 7,636,627 | 27,391,586 | 35,028,213 | 21.80% |
| 2017 | 6,793,536 | 25,104,645 | 31,898,181 | 21.30% |
| 2018 | 3,045,391 | 13,600,497 | 16,645,888 | 18.30% |
| Total | 84,470,650 | 291,297,440 | 375,768,090 | 22.48% |

**Sources:**

[1] McKesson US Pharma data.

[2] US Department of Veterans Affairs, "ppvEligibilityListing.xlsx".

**Notes:**

[1] 2018 represents a partial year of ordering through June 30, 2018.

[2] Data represent net shipments from McKesson US Pharma.

[3] PPV customers identified by DEA numbers listed in "ppvEligibilityListing.xlsx". Volumes to PPV customers include shipments to all customer account numbers associated with a DEA number listed in "ppvEligibilityListing.xlsx".

[4] Tramadol is classified as an opioid product for all years.

[5] Cherokee Nation counties in Oklahoma defined as Adair, Cherokee, Craig, Delaware, Mayes, McIntosh, Muskogee, Nowata, Ottawa, Rogers, Sequoyah, Tulsa, Wagoner, Washington counties.