# EXHIBIT C

**Cherokee Nation customer share of total McKesson opioid shipments in Cherokee Nation counties in Oklahoma**
**January 1, 2006 - June 30, 2018**

| Year | PPV volume | Non-PPV volume | Total volume | PPV volume as percent of total |
|------|-----------:|---------------:|-------------:|-------------------------------:|
| 2006 | 925,151 | 18,354,109 | 19,279,260 | 4.80% |
| 2007 | 1,121,458 | 25,306,266 | 26,427,724 | 4.24% |
| 2008 | 1,690,356 | 24,869,739 | 26,560,095 | 6.36% |
| 2009 | 2,263,740 | 25,232,349 | 27,496,089 | 8.23% |
| 2010 | 3,004,516 | 27,703,840 | 30,708,356 | 9.78% |
| 2011 | 3,482,333 | 29,305,708 | 32,788,041 | 10.62% |
| 2012 | 3,715,918 | 30,703,857 | 34,419,775 | 10.80% |
| 2013 | 2,953,799 | 26,680,703 | 29,634,502 | 9.97% |
| 2014 | 2,628,007 | 27,239,225 | 29,867,232 | 8.80% |
| 2015 | 2,678,353 | 32,336,381 | 35,014,734 | 7.65% |
| 2016 | 2,325,362 | 32,702,851 | 35,028,213 | 6.64% |
| 2017 | 2,259,947 | 29,638,234 | 31,898,181 | 7.08% |
| 2018 | 1,049,052 | 15,596,836 | 16,645,888 | 6.30% |
| Total | 30,097,992 | 345,670,098 | 375,768,090 | 8.01% |

**Sources:**

[1] McKesson US Pharma data.

[2] Young Declaration, Cherokee Nation v. McKesson Corp., et al., Dkt. 75-1, Ex. A

**Notes:**

[1] 2018 represents a partial year of ordering through June 30, 2018.

[2] Data represent net shipments from McKesson US Pharma.

[3] PPV customers identified by DEA numbers in Young Declaration, Cherokee Nation v. McKesson Corp., et al., Dkt. 75-1, Ex. A

[4] Tramadol is classified as an opioid product for all years.

[5] Cherokee Nation counties in Oklahoma defined as Adair, Cherokee, Craig, Delaware, Mayes, McIntosh, Muskogee, Nowata, Ottawa, Rogers, Sequoyah, Tulsa, Wagoner, Washington counties.