UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*City of Palm Bay v. Purdue Pharma L.P., et al.*, Case No. 6:18-cv-01554-RBD-DCI | MDL No.: 2804<br><br>Case No.: 1:18-op-46132<br><br>Judge Dan Aaron Polster |

**DEFENDANT'S, EDGE PHARMACY,
MOTION TO DISMISS PLAINTIFF'S COMPLAINT, OR,
IN THE ALTERNATIVE, FOR A MORE DEFINITE STATEMENT**

Defendant, Edge Pharmacy, by and through the undersigned counsel, and pursuant to Rules 12(b)(1), 12(b)(6), and 12(e) of the Federal Rules of Civil Procedure, hereby respectfully moves this Court for the entry of an Order dismissing Plaintiff's, City of Palm Bay, Complaint with prejudice, or, in the alternative, requiring a More Definite Statement from Plaintiff, City of Palm Bay, regarding the allegations set forth in Plaintiff's, City of Palm Bay, Complaint, for the reasons set forth in the accompanying Memorandum.

[SPACE INTENTIONALLY LEFT BLANK]

Dated this 26th day of October, 2018.

                        Respectfully submitted,

                    By: /s/ *John J. Goran*
                        JOHN J. GORAN
                        Florida Bar No. 999970
                        BRIAN A. EVES
                        Florida Bar No. 43794
                        MINTZER, SAROWITZ, ZERIS, LEDVA
                        & MEYERS, LLP
                        The Waterford at Blue Lagoon
                        1000 N.W. 57th Court,
                        Suite 300
                        Miami, Florida 33126
                        Phone: (305) 774-9966
                        Fax: (305) 774-7743
                        Emails: JGoran@DefenseCounsel.com
                                  Beves@defensecounsel.com
                        ***Trial Counsel for Defendant, EDGE PHARMACY***

CASE NO.: 1:18-op-46132
Page 3 of 8

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served on this 26th day of October, 2018, by using the CM/ECF System, which will send a notice of electronic filing to all counsel, or parties, of record on the service list attached.

By: */s/ John J. Goran*
JOHN J. GORAN
Florida Bar No. 999970

## SERVICE LIST

| *Counsel for Plaintiff City of Palm Bay:*<br>**Michael H. Kahn, Esq.**<br>Michael Kahn, P.A.<br>482 N. Harbor City Blvd.<br>Melbourne, FL 32935<br>Ph: (321) 242-2564<br>michael@michaelkahnpa.com<br>roma@michaelkahnpa.com<br>assistant@michaelkahnpa.com | *Counsel for Plaintiff City of Palm Bay:*<br>**John Romano, Esq.**<br>Romano Law Group, P.A.<br>1005 Lake Avenue<br>Lake Worth, FL 33460<br>Ph: (561) 533-6700<br>561-533-6700<br>john@romanolawgroup.com<br>danielle@romanolawgroup.com<br>service@romanolawgroup.com |
|---|---|
| *Counsel for Defendant Purdue Pharma L.P.:*<br>**Daniel J. Kissane, Esq.**<br>**Rachel R. Chewning, Esq.**<br>COLE, SCOTT & KISSANE, P.A.<br>4686 Sunbeam Rd<br>Jacksonville, FL 32257<br>Ph: (904) 672-4091<br>daniel.kissane@csklegal.com<br>Laura.Kennington@csklegal.com<br>Ph: 904-672-4000<br>rachel.chewning@csklegal.com<br>matoya.deas@csklegal.com<br><br><br>*Counsel for Defendant Purdue Pharma L.P.:*<br>**Daniel A. Shapiro, Esq.**<br>**Christopher J. Donegan, Esq.**<br>COLE SCOTT & KISSANE, P.A.<br>4301 West Boy Scout Blvd., Ste. 400<br>Tampa, FL 33607<br>Ph: (813) 864-9395<br>daniel.shapiro@csklegal.com<br>bethany.goodrow@csklegal.com<br>Ph: (813) 864-9368<br>christopher.donegan@csklegal.com | *Counsel for Defendant Purdue Pharma L.P.:*<br>**Erik Snapp, Esq.**<br>Dechert LLP<br>35 W. Wacker Drive, Ste. 3400<br>Chicago, IL 60601-1738<br>Ph: (312) 646-5828<br>**erik.snapp@dechert.com** |

CASE NO.: 1:18-op-46132
Page 5 of 8

|  | **_Counsel for Defendant Cephalon, Inc.:_**<br>**Harvey Bartle, IV, Esq.**<br>**Steven A. Reed, Esq.**<br>Morgan, Lewis & Bockius LLP<br>1701 Market St.<br>Philadelphia, PA 19103-2921<br>Ph:   (215) 963-5521<br>harvey.bartle@morganlewis.com<br>Ph: (215) 963-5603<br>steven.reed@morganlewis.com<br><br>**_Counsel for Defendant Cephalon, Inc.:_**<br>**Brian M. Ercole, Esq.**<br>Morgan, Lewis & Bockius LLP<br>200 South Biscayne Boulevard, Ste. 5300<br>Miami, FL 33131<br>Ph:   (305) 415-3416<br>brian.ercole@morganlewis.com<br>peggy.martinez@morganlewis.com |
|---|---|

| | |
|---|---|
| | ***Counsel for Defendant Endo International PLC and Endo Pharmaceuticals, Inc.:***<br>**Amy E. Furness, Esq.**<br>CARLTON FIELDS<br>Miami Tower<br>100 S.E. 2nd Street, Ste. 4200<br>Miami, FL 33131-2113<br>Ph: (305) 530-0050<br>afurness@carltonfields.com<br>mnavarrete@caroltonfields.com<br><br>**Ingo W. Sprie, Jr., Esq.**<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>250 West 55 Street<br>New York, New York 10019-9710<br>Ph: (212) 836-8000<br>IngoSprie@arnoldporter.com<br><br>**Sean Morris, Esq.**<br>ARNOLD & PORTER KAYE SCHOLER LLP<br>777 South Figueroa Street, 44th Floor<br>Los Angeles, CA 90017<br>Ph: (213) 243-4000<br>Sean.Morris@arnoldporter.com |
| ***Counsel for Defendant Mallinckrodt Pharmaceuticals:***<br>**Robert R. Hearn, Esq.**<br>**Sharon Carlsted**<br>**A Brian Albritton, Esq.**<br>Phelps Dunbar LLP<br>100 S Ashley Drive, Suite 1900<br>Tampa, Florida 33602<br>Ph: (813) 472-7550<br>hearnr@phelps.com<br>carlstedtc@phelps.com | ***Counsel for Defendant Mallinckrodt Pharmaceuticals:***<br>**Brien T. O'Connor, Esq.**<br>ROPES & GRAY LLP<br>Prudential Tower<br>800 Boylston Street<br>Boston, MA 02199<br>Ph: (617) 951-7385<br>brien.o'Connor@ropesgray.com |

| | |
|---|---|
| brian.albritton@phelps.com<br>samantha.powell@phelps.com<br>lois.floyd@phelps.com | |
| **Counsel for Defendant Insys Therapeutics, Inc.:**<br>**William N. Shepherd, Esq.**<br>HOLLAND & KNIGHT LLP<br>222 Lakeview Avenue, Ste. 1000<br>West Palm Beach, FL 33401<br>Ph: (561) 650-8338<br>william.shepherd@hklaw.com<br>maryann.volturara@hklaw.com<br><br>**Counsel for Defendant Insys Therapeutics, Inc.:**<br>**J. Matthew Donohue, Esq.**<br>**Joseph L. Franco, Esq.**<br>HOLLAND & KNIGHT LLP<br>2300 U.S. Bancorp Tower<br>111 SW Fifth Avenue<br>Portland, OR 97204<br>Ph: (503) 243-2300<br>Matt.Donohue@hklaw.com<br>Ph: (503) 517-2941<br>Joe.Franco@hklaw.com | **Counsel for Defendant Janssen Pharmaceuticals, Inc.:**<br>**Charles C. Lifland, Esq.**<br>O'MELVENY & MYERS, LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>Ph: (213) 430-6665<br>clifland@omm.com |
| **Counsel for Defendant, Ibem R. Borges, M.D.**<br>**Debbie Satyal, Esq.**<br>**Chantal M. Pillay, Esq.**<br>Adams and Reese, LLP<br>350 E. Las Olas Boulevard, Ste. 1110<br>Ft. Lauderdale, FL 33301<br>Ph: (954) 541-5390<br>Debbie.satyal@arlaw.com<br>Teesha.kittilson@arlaw.com | |

CASE NO.: 1:18-op-46132
Page 8 of 8

| | |
|---|---|
| **_Counsel for McKesson Corporation_**<br>**Shannon McKenna, Esq.**<br>**Spencer H. Silverglate, Esq.**<br>**Francisco Ramos, Eq.**<br>Clarke Silverglate, P.A.<br>799 Brickell Plaza, Ste. 900<br>Miami, FL 33131-2805<br>Ph: (305) 377-0700<br>smckenna@cspalaw.com<br>ssilverglate@cspalaw.com<br>framos@cspalaw.com | S. Amy Spencer, Esq.<br>Shaheen & Gordon, P.A.<br>107 Storrs Street<br>P.O. Box 2703<br>Concord, NH 03302<br>Ph: 603) 819-4231<br>saspencer@shaheengordon.com |
| John Gayden, M.D.<br>Orlando County Jail<br>33rd Street Jail<br>2450 W. 33rd Street<br>Orlando, FL 32839 | Victor Thiagaraj Selvaraj<br>28 Pinnacle Drive<br>Charleston, WV 25311 |