# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-2804 |
| *Kanawha County Commission v. Rite Aid of Marlyand, Inc., et al.*, 1:17-op-45063-DAP | Hon. Dan A. Polster |
| *Town of Butler, Alabama v. Endo Health Solutions, Inc., et al.*, 1:18-op-45216-DAP | |
| *County Commission of Mingo County v. Purdue Pharma, L.P., et al.*, 1:18-op-45940-DAP | |

## NOTICE OF WITHDRAWAL

Please take notice that Christopher S. Dodrill of the law firm Jones Day withdraws as counsel for Defendants Wal-Mart Stores East, LP and Wal-Mart Stores, Inc.  The remaining attorneys of record will continue to represent these defendants in this matter.

Dated:  October 26, 2018

Respectfully submitted,

/s/*Christopher S. Dodrill*
Christopher S. Dodrill
JONES DAY
North Point
901 Lakeside Ave.
Cleveland, OH 44114
Telephone:  (216) 586-3939
Fax:  (216) 579-0212
cdodrill@jonesday.com

NAI-1505241324v1

## CERTIFICATE OF SERVICE

I hereby certify that on October 26, 2018, the foregoing was filed electronically through the CM/ECF system, which provides electronic service notification to counsel of record.

/ s/   Christopher S. Dodrill