# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804**<br><br>Case No. 17-md-2804<br><br>**Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please enter the appearance of John J. Haggerty of Fox Rothschild LLP as additional counsel of record for Defendant Prescription Supply, Inc. in the above-captioned action.

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

/s/ John J. Haggerty
John J. Haggerty (Ohio Bar No. 0073572)
jhaggerty@foxrothschild.com
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Dated:  October 29, 2018         Fax: (215) 345-7507

*Counsel for Prescription Supply, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 29th day of October 2018 I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

**FOX ROTHSCHILD LLP**

BY: /s/ John J. Haggerty
    John J. Haggerty