# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | |
| This document relates to: ) **All cases** ) ) | MDL No. 2804 |
| ALLERGAN FINANCE, LLC ) ) | Case No. 17-md-2804 |
|     Third Party Plaintiff, ) ) | Judge Dan Aaron Polster |
|     v. ) ) | |
| PFIZER, INC. and KING PHARMACEUTICALS, INC., n/k/a KING PHARMACEUTICALS LLC ) ) ) ) | |
|     Third Party Defendants. ) ) | |

## JOINT STIPULATION TO MODIFY MOTION DEADLINE

Pursuant to Federal Rule of Civil Procedure 6(b), Defendant Allergan Finance, LLC ("Allergan") and Third Party Defendants Pfizer, Inc. ("Pfizer") and King Pharmaceuticals, Inc., n/k/a King Pharmaceuticals LLC ("King") (collectively, the "Parties") hereby submit this Joint Stipulation to Modify Motion Deadline.  The Parties have conferred and jointly request that the Court continue the deadline for Allergan to file its response to Pfizer and King's Motion to Dismiss to November 30, 2018.

Respectfully Submitted,

| | |
|---|---|
| */s/ John R. Mitchell* | */s/ Lynn K. Neuner (via email authorization)* |
| Anthony C. White (#0062146) | Lynn K. Neuner |
| John R. Mitchell (#0066759), Trial Attorney | George S. Wang |
| **Primary Responsibility from Thompson Hine LLP | SIMPSON THACHER & BARTLETT LLP |
| Matthew D. Ridings (#0079402) | 425 Lexington Avenue |
| THOMPSON HINE LLP | New York, New York 10017-3954 |
| 3900 Key Center | Telephone: (212) 455-2000 |
| 127 Public Square | Facsimile: (212) 455-2502 |
| Cleveland, OH 44114-1291 | lneuner@stblaw.com |
| Telephone:  216-566-5500 | gwang@stblaw.com |
| Facsimile:  216-566-5800 | |
| John.Mitchell@ThompsonHine.com | |
| | *Attorneys for Third Party Defendants Pfizer Inc. and King Pharmaceuticals, Inc. n/k/a King Pharmaceuticals LLC* |
| *Attorneys for Defendant Allergan Finance LLC f/k/a Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc.* | |

## CERTIFICATE OF SERVICE

I hereby certify that on October 30, 2018, I electronically filed the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to all counsel of record.

*/s/ John R. Mitchell*
Anthony C. White (#0062146)
John R. Mitchell (#0066759), Trial Attorney
**Primary Responsibility from Thompson Hine LLP
Matthew D. Ridings (#0079402)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114-1291
Telephone:  216-566-5500
Facsimile:  216-566-5800
John.Mitchell@ThompsonHine.com

*Attorney for Defendant Allergan Finance LLC*
*f/k/a Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc.*