# EXHIBIT 1

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: | Hon. Dan Aaron Polster |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45090 | |
| *The County of Cuyahoga v. Purdue Pharma L.P.*, Case No. 17-OP-45004 | |
| *City of Cleveland v. AmerisourceBergen Drug Corp.*, Case No. 18-OP-45132 | |

## [PROPOSED] ORDER

Before this Court is the Manufacturer Defendants' Motion for Leave to File Their Joint Motion to Dismiss Track 1 Plaintiffs' Claims for Damages Pursuant to Federal Rule of Civil Procedure 41(b).  Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED**, that the Manufacturer Defendants' Motion is **GRANTED**. The Manufacturer Defendants may file their Joint Motion to Dismiss, Memorandum of Law, and other papers in support upon entry of this Order.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2018

_____
Honorable Dan Aaron Polster
United States District Court Judge