# EXHIBIT A

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION
OPIATE LITIGATION

This document relates to:

*The County of Summit, Ohio, et al. v. Purdue
Pharma L.P., et al.*, Case No. 18-OP-45090

*The County of Cuyahoga v. Purdue Pharma
L.P.*, Case No. 17-OP-45004

*City of Cleveland v. AmerisourceBergen Drug
Corp.*, Case No. 18-OP-45132

MDL No. 2804

Case No. 17-md-2804

Hon. Dan Aaron Polster

## THE MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS TRACK 1
## PLAINTIFFS' CLAIMS FOR DAMAGES PURSUANT TO RULE 41(b)

Pursuant to Rule 41(b) of the Federal Rules of Civil Procedure, the Manufacturer

Defendants,[1] by and through their undersigned attorneys, move this Court to enforce Case

Management Order One ("CMO-1") and dismiss the Track 1 Plaintiffs' claims for damages in

each of their complaints. This Motion will be supported by the pleadings, the record, the

Manufacturer Defendants' supporting Memorandum of Law and exhibits, which are filed

---

[1] "Manufacturer Defendants" refers to Purdue Pharma LP, Purdue Pharma Inc., and The Purdue Frederick Company Inc. ("Purdue"); Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. ("Allergan/Actavis"); Watson Laboratories, Inc., Actavis Pharma, Inc.; Actavis LLC; Teva Pharmaceuticals, USA, Inc.; and Cephalon, Inc. ("Teva"); Johnson & Johnson ("J&J") and Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. ("Janssen"); Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. ("Endo"); Insys Therapeutics, Inc. ("Insys"); and Mallinckrodt LLC and SpecGX LLC ("Mallinckrodt"). Defendant Noramco, Inc., a company referenced in the Second Amended Complaint ("2AC") as a former affiliate of Janssen (*see* 2AC ¶ 80), joins in this Motion to the extent applicable. Noramco does not (and did not at all material times relevant hereto) manufacture, package, brand, market, distribute, or sell the finished drug products at issue in this litigation, and it reserves all rights and defenses specific to it. Although the arguments raised herein apply equally to Teva Pharmaceutical Industries Ltd., Allergan plc, and Mallinckrodt plc, these Manufacturer Defendants do not join this motion because they are an Israeli corporation, Irish holding company, and Irish company, respectively, that have not been served and over which no personal jurisdiction exists.

contemporaneously herewith and incorporated herein by reference, oral argument and any other

evidence requested or permitted by the Court.

WHEREFORE, the Manufacturer Defendants respectfully request this Honorable Court

grant their Motion and dismiss the Track 1 Plaintiffs' claims for damages with prejudice.

Dated: November 1, 2018                    Respectfully submitted,


                                           /s/ Steven A. Reed
                                           Steven A. Reed
                                           Eric W. Sitarchuk
                                           Rebecca J. Hillyer
                                           MORGAN LEWIS & BOCKIUS LLP
                                           1701 Market Street
                                           Philadelphia, PA 19103
                                           Telephone: (215) 963-5000
                                           Facsimile: (215) 963-5001
                                           steven.reed@morganlewis.com
                                           eric.sitarchuk@morganlewis.com
                                           rebecca.hillyer@morganlewis.com

                                           Brian Ercole
                                           MORGAN, LEWIS & BOCKIUS LLP
                                           200 South Biscayne Boulevard, Suite 5300
                                           Miami, FL 33131
                                           Telephone: (305) 415-3000
                                           Facsimile: (305) 415-3001
                                           brian.ercole@morganlewis.com

                                           *Attorneys for Teva Pharmaceuticals U.S.A., Inc.,*
                                           *Cephalon, Inc., Watson Laboratories, Inc., Actavis*
                                           *LLC, and Actavis Pharma, Inc.*


                                           /s/ Charles C. Lifland (consent)

                                           Charles C. Lifland
                                           Sabrina Heron Strong
                                           O'MELVENY & MYERS LLP
                                           400 S. Hope Street
                                           Los Angeles, CA 90071
                                           Telephone: (213) 430-6000
                                           Facsimile: (213) 430-6407

clifland@omm.com
sstrong@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

/s/ Mark S. Cheffo (consent)

Sheila L. Birnbaum
Mark S. Cheffo
Hayden A. Coleman
DECHERT
Three Bryant Park
1095 Avenue of the Americas
New York, NY
Telephone: (212) 698-3500
Fax: (212) 698-3599
sheila.birnbaum@dechert.com
mark.cheffo@dechert.com
hayden.colemen@dechert.com

*Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*

/s/ Jonathan L. Stern (consent)

Jonathan L. Stern
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Phone: 202-942-5000
Fax: 202-942-5999
Email: jonathan.stern@arnoldporter.com

Sean O. Morris
Arnold & Porter Kaye Scholer LLP
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Phone: 213-243-4000

Fax: 213-243-4199
Email: sean.morris@arnoldporter.com

*Attorneys for Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., as well as Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*

/s/ Donna M. Welch (consent)

Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North Lasalle
Chicago, Illinois 60654
(312) 862-2000
donna.welch@kirkland.com

*Counsel for Allergan Finance LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.*

/s/ J. Matthew Donohue (consent)

J. Matthew Donohue
Joseph L. Franco
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
Telephone: 503.243.2300
matt.donohue@hklaw.com
joe.franco@hklaw.com

Nicholas A. Sarokhanian
HOLLAND & KNIGHT LLP
200 Crescent Court, Suite 1600
Dallas, TX 75201
Telephone: 214.964.9500
nicholas.sarokhanian@hklaw.com

*Counsel for Insys Therapeutics, Inc.*

/s/ Brien T. O'Connor (consent)

Brien T. O'Connor

4

Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Attorneys for Defendant Mallinckrodt LLC and
SpecGX LLC*

/s/ Daniel G. Jarcho (consent)

Daniel G. Jarcho
ALSTON & BIRD LLP
950 F Street, N.W.
Washington, D.C. 200004-1404
(202) 239-3254
Daniel.jarcho@alston.com

*Counsel for Noramco, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2018, a copy of the foregoing **JOINT MOTION TO DISMISS TRACK 1 PLAINTIFFS' CLAIMS FOR DAMAGES PURSUANT TO RULE 41(b)** and supporting papers were filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: November 1, 2018                    /s/ Steven A. Reed