# EXHIBIT A-2

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: | Hon. Dan Aaron Polster |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45090 | |
| *The County of Cuyahoga v. Purdue Pharma L.P.*, Case No. 17-OP-45004 | |
| *City of Cleveland v. AmerisourceBergen Drug Corp.*, Case No. 18-OP-45132 | |

## DECLARATION OF STEVEN A. REED IN SUPPORT OF THE MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS TRACK 1 PLAINTIFFS' CLAIMS FOR DAMAGES PURSUANT TO RULE 41(b)

I, Steven A. Reed, declare as follows.

1.      I am a partner at the law firm of Morgan, Lewis & Bockius LLP and counsel of record for Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc., in the above captioned matter.  I am a member of good standing of the bar of the Commonwealth of Pennsylvania.  I submit this declaration in support of the Manufacturer Defendants' Joint Motion to Dismiss Track 1 Plaintiffs' Claims for Damages Pursuant to Rule 41(b).  I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify competently thereto.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the Discovery Ruling No. 1 issued in this matter and can be located on the docket at ECF No. 606.

3.      Attached hereto as Exhibit 2 is a true and correct copy of a July 16, 2018 letter sent from Jodi Westbrook Flowers on behalf of the County of Summit and the City of Akron, Ohio.

4.      Attached hereto as Exhibit 3 is a true and correct copy of a July 16, 2018 letter sent from Hunter J. Shkolnik on behalf of Cuyahoga County.

5.      Attached hereto as Exhibit 4 is a true and correct copy of a July 16, 2018 letter sent from David J. Butler on behalf of City of Cleveland.

6.      Attached hereto as Exhibit 5 is a true and correct copy of a July 27, 2018 sent from Steven A. Reed.

7.      Attached hereto as Exhibit 6 is a true and correct copy of a July 31, 2018 letter sent from Hunter J. Shkolnik on behalf of the Track 1 Plaintiffs.

8.      Attached hereto as Exhibit 7 is a true and correct copy of the transcript from the August 2, 2018 Status Conference held before the Honorable Dan Aaron Polster.

9.      Attached hereto as Exhibit 8 is a true and correct copy of an October 11, 2018 email sent from Linda Singer.

I declare under penalty of perjury that the foregoing is true and correct.  This Declaration was executed in Philadelphia, Pennsylvania on November 1, 2018.


/s/ Steven A. Reed

Steven A. Reed
MORGAN LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
steven.reed@morganlewis.com

*Attorney for Teva Pharmaceuticals U.S.A., Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc.*