# EXHIBIT 3

**NAPOLI SHKOLNIK PLLC**
ATTORNEYS AT LAW

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

July 16, 2018

**VIA EMAIL**

| | |
|---|---|
| Mark Cheffo, Esq.<br>Dechert LLP<br>Three Bryant Park<br>1095 Avenue of the Americas<br>New York, NY 10036-6797<br>mark.cheffo@dechert.com | Geoffrey E. Hobart, Esq.<br>Covington & Burling<br>One City Center<br>850 Tenth Street, NW.<br>Washington, DC  20001<br>ghobart@cov.com |
| Carol Rendon, Esq.<br>Baker Hostetler<br>Key Tower, 127 Public Square<br>Cleveland, OH  44114<br>crendon@bakerlaw.com | Kaspar Stoffelmayr, Esq.<br>Bartlit Beck<br>54 West Hubbard Street, Ste 300<br>Chicago, IL  60654<br>Kaspar.stoffelmayr@bartlit-beck.com |
| Enu Mainigi, Esq.<br>Williams & Connolly<br>725 Twelfth Street, NW.<br>Washington, DC  20005<br>emainigi@wc.com | Tina Tabacchi, Esq.<br>Jones Day<br>77 West Wacker Drive<br>Chicago, IL  60601<br>tmtabacchi@jonesday.com |
| Shannon McClure, Esq.<br>ReedSmith<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA  19103<br>smcclure@reedsmith.com | Tyler Tarney, Esq.<br>Gordon & Rees<br>41 S. High Street, Suite 2495<br>Columbus, OH  43215<br>ttarney@grsm.com |

Re:  *In Re National Prescription Opioid Litigation*; Case No. 17-md-2804
*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*; Case No. 17-md-2804
CMO No. 1 ¶ 9(l)(iii)

Counsel,

We are writing on behalf of Cuyahoga County pursuant to CMO No. 1 ¶ 9(l)(iii). CMO No. 1 ¶ 9(l)(iii) provides,

> **No later than, Monday, July 16, 2018**, each Plaintiff in cases in Track One that alleges money damages based upon unnecessary prescriptions shall identify: (a) the prescriptions that each Plaintiff asserts were medically unnecessary or medically inappropriate, to whom they were written, and whether Plaintiff reimbursed for them; (b) the physicians or healthcare providers who wrote the prescriptions; and (c)



**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

> Plaintiff's basis for identifying the prescriptions that it asserts are medically unnecessary or medically inappropriate.

*Id.* (emphasis in the original).

Cuyahoga County is not seeking reimbursement for opioid prescriptions for which it paid based on the allegation that they were medically unnecessary or medically inappropriate, and therefore, CMO No. 1 ¶ 9(l)(iii) does not apply to Cuyahoga County.

Sincerely,
*/s/ Hunter J. Shkolnik*
Hunter J. Shkolnik
Salvatore C. Badala
Joseph L. Ciaccio
