# EXHIBIT 4



65 East State Street, Suite 1000 / Columbus, Ohio 43215-4213
Tel: 614.221.2838 / Fax: 614.221.2007
www.taftlaw.com

**DAVID J. BUTLER**
614.334.6167
dbutler@taftlaw.com

**CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER**

July 16, 2018

**VIA EMAIL**

| | |
|---|---|
| Mark Cheffo, Esq. | Geoffrey E. Hobart, Esq. |
| Dechert LLP | Covington & Burling |
| Three Bryant Park | One City Center |
| 1095 Avenue of the Americas | 850 Tenth Street, NW. |
| New York, NY 10036-6797 | Washington, DC 20001 |
| mark.cheffo@dechert.com | ghobart@cov.com |
| | |
| Carole Rendon, Esq. | Kaspar Stoffelmayr, Esq. |
| Baker Hostetler | Bartlit Beck |
| Key Tower, 127 Public Square | 54 West Hubbard Street, Ste 300 |
| Cleveland, OH 44114 | Chicago, IL 60654 |
| crendon@bakerlaw.com | Kaspar.stoffelmayr@bartlit-beck.com |
| | |
| Enu Mainigi, Esq. | Tina Tabacchi, Esq. |
| Williams & Connolly | Jones Day |
| 725 Twelfth Street, NW. | 77 West Wacker Drive |
| Washington, DC 20005 | Chicago, IL 60601 |
| emainigi@wc.com | tmtabacchi@jonesday.com |
| | |
| Shannon McClure, Esq. | Tyler Tarney, Esq. |
| ReedSmith | Gordon & Rees |
| Three Logan Square | 41 S. High Street, Suite 2495 |
| 1717 Arch Street, Suite 3100 | Columbus, OH 43215 |
| Philadelphia, PA 19103 | ttarney@grsm.com |
| smcclure@reedsmith.com | |

Re: *In Re National Prescription Opioid Litigation*; Case No. 17-md-2804
*City of Cleveland v. Purdue Pharma L.P., et al.*; Case No. 1:18-op-45132
CMO No. 1 ¶ 9(l)(iii)

Counsel,

We are writing on behalf of the City of Cleveland pursuant to CMO No. 1 ¶ 9(l)(iii). CMO No. 1 ¶ 9(l)(iii) provides,

Taft Stettinius & Hollister LLP         Chicago / Cincinnati / Cleveland / Columbus / Dayton / Indianapolis / Northern Kentucky / Phoenix

July 16, 2018
Page 2

> **No later than, Monday, July 16, 2018**, each Plaintiff in cases in Track One that alleges money damages based upon unnecessary prescriptions shall identify: (a) the prescriptions that each Plaintiff asserts were medically unnecessary or medically inappropriate, to whom they were written, and whether Plaintiff reimbursed for them; (b) the physicians or healthcare providers who wrote the prescriptions; and (c) Plaintiff's basis for identifying the prescriptions that it asserts are medically unnecessary or medically inappropriate.

*Id.* (emphasis in the original).

The City of Cleveland is not seeking reimbursement for opioid prescriptions for which it paid based on the allegation that they were medically unnecessary or medically inappropriate, and therefore, CMO No. 1 ¶ 9(l)(iii) does not apply to the City of Cleveland.

Sincerely,

*/s/ David J. Butler*

David J. Butler

23190663.1