# EXHIBIT A-3

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION
OPIATE LITIGATION

This document relates to:

*The County of Summit, Ohio, et al. v. Purdue
Pharma L.P., et al.*, Case No. 18-OP-45090

*The County of Cuyahoga v. Purdue Pharma
L.P.*, Case No. 17-OP-45004

*City of Cleveland v. AmerisourceBergen Drug
Corp.*, Case No. 18-OP-45132

MDL No. 2804

Case No. 17-md-2804

Hon. Dan Aaron Polster

## [PROPOSED] ORDER

Before this Court is the Manufacturer Defendants' Joint Motion to Dismiss Track 1

Plaintiffs' Claims for Damages Pursuant to Federal Rule of Civil Procedure 41(b).  Having

considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED**, that the Manufacturer Defendants' Motion is **GRANTED**.

The Track 1 Plaintiffs' claims for damages are **DISMISSED WITH PREJUDICE**.

**IT IS SO ORDERED.**

Dated this ___ day of _____, 2018

_____
Honorable Dan Aaron Polster
United States District Court Judge