Nos. 18-3839/3860

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**
Nov 01, 2018
DEBORAH S. HUNT, Clerk

In re:  NATIONAL PRESCRIPTION OPIATE LITIGATION

| | |
|---|---|
| HD MEDIA COMPANY, LLC (18-3839); WASHINGTON POST COMPANY, LLC (18-3860), )<br><br>    Intervenors – Appellant,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF JUSTICE; DRUG ENFORCEMENT ADMINISTRATION,<br><br>    Interested Parties – Appellees,<br><br>DISTRIBUTOR DEFENDANTS; MANUFACTURING DEFENDANTS; CHAIN PHARMACY DEFENDANTS,<br><br>    Defendants – Appellees. | O R D E R |

The United States Department of Justice and Drug Enforcement Agency move to consolidate these appeals and to permit them to file a single appellee brief that does not exceed 18,000 words.  The appellants have not responded.

The appeals being from the same order the motion to consolidate is GRANTED.  After the appellants have filed briefs in their respective cases, the appeals will be consolidated for filing of the appellee briefs, allowing any appellee to file a single consolidated brief in both

appeals.  The United States appellees are granted leave to file an oversized brief that does not exceed 18,000 words.

        ENTERED PURSUANT TO RULE 45(a)
        RULES OF THE SIXTH CIRCUIT

        Deborah S. Hunt, Clerk