# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 <br><br> Case No. 17-md-2804 <br><br> Judge Dan Aaron Polster |

## MOTION FOR LEAVE
## TO SUBSTITUTE COUNSEL FOR DEFENDANT J M SMITH CORP.

Under Local Rule 83.9, Fox Rothschild LLP, and John J. Haggerty, Esquire, of that firm move for leave of Court to substitute as counsel of record for Defendant J M Smith Corp. ("Smith Drug") in place of attorneys John D. Hoblitzell, III of Key Casto & Chaney, PLLC; Craig G. Pelini and Paul B. Ricard of Pelini, Campbell & Williams, LLC; and Christopher E. Penna, Derek A. Mendicino, and David Cousins of Penna & Mendicino LLP.

Mr. Haggerty certifies that he has provided written notice of this substitution to Smith Drug, which has consented to the substitution.  Mr. Haggerty also certifies that by the CM/ECF service of this filing, he has notified all parties to the case of this substitution.

Smith Drug and its counsel request that all future notices, correspondence, pleadings, and other filings be directed to Smith Drug's counsel at Fox Rothschild.

Respectfully submitted,

/s/ John J. Haggerty
John J. Haggerty (Ohio Bar No. 0073572)
jhaggerty@foxrothschild.com
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507

/s/ John D. Hoblitzell, III
John D. Hoblitzell, III
jdhoblitzell@kaycasto.com
KAY CASTO & CHANEY, PLLC
707 Virginia St. East, 15th Floor
PO Box 2031
Charleston, WV 25301
Tel: (304) 345-8900
Fax: (304) 345-8909

/s/ Craig G. Pelini
Craig G. Pelini (Ohio Bar No. 0019221)
cgp@pelini-law.com
Paul B. Ricard (Ohio Bar No. 0088207)
pbricard@pelini-law.com
PELINI, CAMPBELL & WILLIAMS, LLC
8040 Cleveland Ave., NW, Suite 400
North Canton, OH 44720
Tel: (330) 305-6400
Fax: (330) 305-0042

/s/ Christopher E. Penna
Christopher E. Penna
cpenna@pennamendicinolaw.com
Derek A. Mendicino
dam@pennamendicinolaw.com
David Cousins
dcousins@pennamendicinolaw.com
Penna & Mendicino LLP
1902 Old Covington Highway S.W.
Conyers, GA 30012
Tel: (770) 602-4312
Fax: (770) 602-4313

*Counsel for J M Smith Corp.*

2

## CERTIFICATE OF SERVICE

     I hereby certify that on November 2, 2018, I electronically filed the foregoing motion with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

                                        /s/ John J. Haggerty
                                        John J. Haggerty (Ohio Bar No. 0073572)
                                        jhaggerty@foxrothschild.com
                                        FOX ROTHSCHILD LLP
                                        2700 Kelly Road, Suite 300
                                        Warrington, PA 18976
                                        Tel: (215) 345-7500
                                        Fax: (215) 345-7507

                                        *Counsel for J M Smith Corp.*