# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* Case No. 18-op-45090 | Hon. Dan Aaron Polster |

## MOTION FOR LEAVE TO FILE MOTION TO CERTIFY QUESTIONS OF LAW TO THE OHIO SUPREME COURT

Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributors") request leave to file a Motion to Certify Questions of Law to the Ohio Supreme Court, attached as Exhibit 1.  Pursuant to CMO-1 § 6(g), Dkt. 232, the Court has placed a moratorium on filing motions that are not expressly authorized absent further Order of this Court.  Distributors thus request leave to file the attached Motion.

The attached Motion seeks certification of questions of law raised in Distributors' motion to dismiss the *Summit County* complaint, ruled on by Magistrate Judge Ruiz in the October 5, 2018 Report and Recommendation, and raised in Distributors' Objections to that Report and Recommendation, filed contemporaneously herewith.  Distributors must seek certification now, before this Court answers the questions at issue.  *Antioch Co. Litig. Tr. v. Morgan*, 633 F. App'x 296, 304 (6th Cir. 2015).

Distributors therefore respectfully request that this Court grant Distributors' leave to file the attached Motion.

Dated:  November 2, 2018                                    Respectfully submitted,

/s/ Robert A. Nicholas                                              /s/ Enu Mainigi
Robert A. Nicholas                                                    Enu Mainigi
Shannon E. McClure                                              F. Lane Heard III
**REED SMITH LLP**                                              Steven M. Pyser
Three Logan Square                                                Ashley W. Hardin
1717 Arch Street, Suite 3100                                **WILLIAMS & CONNOLLY LLP**
Philadelphia, PA 19103                                            725 Twelfth Street, NW
Tel: (215) 851-8100                                                  Washington, DC 20005
Fax: (215) 851-1420                                                 Tel: (202) 434-5000
rnicholas@reedsmith.com                                      Fax: (202) 434-5029
smcclure@reedsmith.com                                      EMainigi@wc.com
                                                                                    lheard@wc.com
*Counsel for AmerisourceBergen Drug*                spyser@wc.com
*Corporation*                                                              ahardin@wc.com

                                                                                    *Counsel for Cardinal Health, Inc.*

/s/ Geoffrey Hobart
Geoffrey Hobart
Mark Lynch
Christian Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

2

## CERTIFICATE OF SERVICE

I, Ashley W. Hardin, hereby certify that the foregoing document and supporting papers were served via the Court's ECF system to all counsel of record.

>  */s/ Ashley W. Hardin*
>  Ashley W. Hardin