# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The Muscogee (Creek) Nation v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45459<br><br>*The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 18-op-45749 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## DECLARATION OF SEAN MORRIS IN SUPPORT OF THE REPLY BRIEF IN SUPPORT OF THE MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS THE TRIBES' FIRST AMENDED COMPLAINTS

I, SEAN MORRIS, declare as follows:

1. I am a partner at the law firm of Arnold & Porter Kaye Scholer LLP and counsel of record for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. in the above-captioned matters. I am a member in good standing of the State Bar of California. I submit this declaration in support of the Reply Brief in Support of the Manufacturer Defendants' Joint Motion to Dismiss the Tribes' First Amended Complaints. I have personal knowledge of the following facts and, if called and sworn as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Complaint for Violations of California False Advertising Law, California Unfair Competition Law, and Public

Nuisance under the caption *People of the State of Cal. v. Purdue Pharma L.P., et al.*, No. 30-2014-00725287-CU-BN-CXC (Cal. Super. Ct. filed May 21, 2014).

I declare under penalty of perjury that the foregoing is true and correct. This declaration was executed in Los Angeles, California on November 2, 2018.

*/s/ Sean Morris*
Sean Morris

Arnold & Porter Kaye Scholer LLP
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Tel: (213) 243-4000
sean.morris@arnoldporter.com

*Attorneys for Defendants Endo*
*Pharmaceuticals Inc., Endo Health*
*Solutions Inc., Par Pharmaceutical, Inc.,*
*and Par Pharmaceutical Companies, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on November 2, 2018, a copy of the foregoing Declaration of Sean Morris in Support of the Reply Brief in Support of the Manufacturer Defendants' Joint Motion to Dismiss the Tribes' First Amended Complaints was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Dated: November 2, 2018            */s/ Jonathan L. Stern*
                                          Jonathan L. Stern

                                          Arnold & Porter Kaye Scholer LLP
                                          601 Massachusetts Ave. NW
                                          Washington, DC 20001
                                          Tel: (202) 942-5000
                                          jonathan.stern@arnoldporter.com

                                          *Attorneys for Defendants Endo Pharmaceuticals Inc., Endo Health Solutions Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*