# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO:*<br>*ALL CASES* | MDL 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

### SCHEDULING ORDER RE: PLAINTIFF'S MOTION FOR MODIFICATION (DOC #: 1077)

On November 2, 2018, Plaintiffs filed a document entitled "Plaintiffs' Motion for Modification of CMO 1 Regarding ARCOS Market Share Data and Amending Complaints." Doc #: 1077 ("Motion").  Therein, Plaintiffs ask the Court to issue an order allowing dissemination of a limited amount of market share data from the ARCOS database to the MDL Plaintiffs, subject to all recipients executing the ARCOS Protective Order, and extending the deadline for MDL Plaintiffs to file amended complaints from November 16, 2018 to March 16, 2019.  MDL Plaintiffs assert that they proposed a solution to the MDL Defendants, outlined in the Motion at 2-3, and the MDL Defendants rejected that solution.

Accordingly, as the current deadline for filing amended complaints is fast approaching, the Court hereby **DIRECTS** MDL Defendants to file a single, concise response to the Motion **no later than 4:00 p.m. Eastern Time on Tuesday, November 6, 2018**, and MDL Plaintiffs to file a concise reply **no later than 4:00 p.m. on Wednesday, November 7, 2018**.

IT IS SO ORDERED.

                                                           */s/ Dan A. Polster   November 5, 2018*
                                                           **Dan Aaron Polster**
                                                           **United States District Judge**