# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** <br> *APPLIES TO:* <br> *ALL CASES* | ) ) ) **MDL 2804** ) ) **Case No. 1:17-md-2804** ) ) **Judge Dan Aaron Polster** ) ) |

### SCHEDULING ORDER RE:  Motion for Leave to File the Manufacturer Defendants' Joint Motion to Dismiss Track 1 Plaintiffs' Claims for Damages Pursuant to Rule 41(b) (Doc #: 1073)

The Court, having reviewed the Manufacturer Defendants' Motion for Leave, etc, **Doc #: 1073**, hereby **DIRECTS** the following briefing schedule.  MDL Plaintiffs shall file a single, concise response brief **no later than 12:00 noon on Monday, November 12, 2018**, and the Manufacturer Defendants shall file a single, concise reply brief **no later than 12:00 noon on Thursday, November 15, 2018.**

IT IS SO ORDERED.

 */s/ Dan A. Polster     November 6, 2018*
**Dan Aaron Polster**
**United States District Judge**