# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO.: 1:17MD2804 )  ) ) JUDGE DAN A. POLSTER ) ) ) ) **NOTICE OF SUBSTITUTION** ) **OF COUNSEL** ) |

Notice is hereby given that Renée A. Bacchus enters her appearance as counsel of record for Interested Party, U.S. Department of Justice, Drug Enforcement Administration, substituting for Karen E. Swanson Haan. All filings in this case should henceforth be served upon the undersigned.

Respectfully submitted,

AVA ROTELL DUSTIN
Executive Assistant United States Attorney
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

By: /s/ Renée A. Bacchus
Renée A. Bacchus (#0063676)
Assistant United States Attorney
United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
(216) 622-3707
(216) 522-4982 – Facsimile
Renee.bacchus@usdoj.gov

Attorney for U.S. Department of Justice
Drug Enforcement Administration

CERTIFICATE OF SERVICE

I certify that on November 6, 2018, a copy of the foregoing *Notice of Substitution* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ Renée A. Bacchus
Renée A. Bacchus
Assistant U.S. Attorney