# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>**<u>UNITED STATES OF AMERICA'S BRIEF IN RESPONSE TO PLAINTIFFS' MOTION FOR MODIFICATION OF CMO 1 REGARDING ARCOS MARKET SHARE DATA AND AMENDING COMPLAINTS</u>** |

Now comes the United States of America, on behalf of the U.S. Department of Justice ("DOJ") and the U.S. Drug Enforcement Administration ("DEA") (collectively "United States") and hereby responds to Plaintiffs' Motion for Modification of CMO 1 Regarding ARCOS Market Share Data and Amending Complaints.  (ECF No. 1077 PageID # 26896.)  The United States has reviewed the proposed modification and states that the United States does not object to it, provided that each and every proposed recipient of ARCOS or SORs data is a Plaintiff in this action who agrees to be bound by the orders of this Court governing the confidentiality of the ARCOS and SORs information (ECF Nos. 167 and 400) and executes Exhibit A to the protective order (ECF No. 167) confirming its agreement to comply with the orders.  Further, the United States of America takes no position on Plaintiffs' motion regarding amending of complaints.

Respectfully submitted,

AVA DUSTIN ROTELL
Executive Assistant United States Attorney
Northern District of Ohio

/s/ James R. Bennett II
JAMES R. BENNETT II (OH #0071663)
Assistant U.S. Attorney
Carl B. Stokes United States Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
(216) 622-3988 (Direct)
E-mail:  James.Bennett4@usdoj.gov

ALEXANDER K. HAAS
Special Counsel to the Assistant AG, Civil Division
ALICE SHIH LACOUR
ERIC J. SOSKIN
Counsel to the Assistant AG, Civil Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 353-8679 (Haas)
(202) 514-3180 (LaCour)
(202) 514-1500 (Soskin)
E-mail: alex.haas@usdoj.gov
E-mail: alice.s.lacour@usdoj.gov
E-mail: eric.soskin@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on November 6, 2018, I filed a copy of the foregoing Brief in Response electronically.  The Court's electronic filing system will send notice of this filing to all parties.  Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney

*Attorney for the United States of America*