# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004<br><br>*City of Cleveland, Ohio, et al. v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 18-op-45132 | Hon. Dan Aaron Polster |

## MOTION FOR LEAVE TO FILE
## MEMORANDUM IN SUPPORT OF THE MANUFACTURER DEFENDANTS' JOINT MOTION TO DISMISS TRACK 1 PLAINTIFFS' CLAIMS FOR DAMAGES

Defendants Cardinal Health, Inc. and McKesson Corporation (collectively, "Movants") request leave to file a Memorandum in Support of the Manufacturer Defendants' Joint Motion To Dismiss Track 1 Plaintiffs' Claims for Damages, attached as Exhibit 1.  Pursuant to CMO-1 § 6(g), Dkt. 232, the Court has placed a moratorium on filing motions that are not expressly authorized absent further Order of this Court.  Distributors thus request leave to file the attached Motion.

The attached Memorandum articulates Movants' support for the Manufacturer Defendants' Joint Motion to Dismiss Track 1 Plaintiffs' Claims for Damages Pursuant to Rule 41(b), which Manufacturer Defendants have requested leave to file.  Dkt. 1073.  Permitting Movants to join in Manufacturers' Joint Motion conserves this Court's resources by eliminating the need for duplicative motions concerning the issues raised in the Joint Motion.

Movants therefore respectfully request that this Court grant Distributors' leave to file the attached Motion.

Dated:  November 6, 2018

Respectfully submitted,

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
EMainigi@wc.com
lheard@wc.com
spyser@wc.com
ahardin@wc.com
*Counsel for Cardinal Health, Inc.*

*/s/ Geoffrey Hobart*
Geoffrey Hobart
Mark Lynch
Christian Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com
*Counsel for McKesson Corporation*

## CERTIFICATE OF SERVICE

    I, Ashley W. Hardin, hereby certify that the foregoing document and supporting papers were served via the Court's ECF system to all counsel of record.

*/s/ Ashley W. Hardin*
Ashley W. Hardin
