# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Master Docket No.: 1:17-MD-02804-DAP |
| Case No. 1:18-op-45459-DAP | Hon. Judge Dan A. Polster |
| THE MUSCOGEE (CREEK) NATION, | |
| PLAINTIFF, | JURY TRIAL DEMANDED |
| v. | |
| PURDUE PHARMA L.P., *et al.*, | |
| DEFENDANTS. | |

## MOTION FOR LEAVE TO FILE MOTION TO CORRECT CLERICAL ERROR

Pursuant to Case Management Order One § 6.g, *In re: National Prescription Opiate Litigation*, Case No. 1:17-md-2804 (N.D. Ohio), ECF No. 232 and Local Rule 7.1, Plaintiff in the above-captioned case hereby moves for leave to file a motion ("Proposed Motion"), attached hereto as Exhibit A, for the reasons set forth therein.  The Proposed Motion requests that the Court accept a substituted Exhibit L to Plaintiff's Consolidated Opposition to Defendants' Motions to Dismiss the Nation's First Amended Complaint, ECF No. 84 in order to correct a clerical error, whereby an incorrect version of the exhibit was inadvertently attached.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiff leave to file the Proposed Motion attached as Exhibit A, and enter the proposed order attached as Exhibit B.

Dated: November 6, 2018

| | |
|---|---|
| OF COUNSEL:<br>Gregory M. Utter<br>Joseph M. Callow, Jr.<br>KEATING MUETHING &<br>KLEKAMP PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202<br>gmutter@kmklaw.com<br>jcallow@kmklaw.com | /s/ Kevin Dellinger<br>Attorney General Kevin Dellinger,<br>OBA #15612<br>MUSCOGEE (CREEK) NATION<br>P.O. Box 580<br>Okmulgee, OK 74447<br>kdellinger@mcnag.com |
| Richard W. Fields<br>FIELDS PLLC<br>1700 K Street, NW, Suite 810<br>Washington, DC 20006<br>fields@fieldslawpllc.com | /s/ Jenna A. Hudson<br>Scott D. Gilbert<br>Richard Shore<br>Peter Meringolo<br>Michael B. Rush<br>Jenna A. Hudson<br>GILBERT LLP<br>1100 New York Avenue, NW, Suite 700<br>Washington, DC 20005<br>gilberts@gotofirm.com<br>shorer@gotofirm.com<br>meringolop@gotofirm.com<br>rushm@gotofirm.com<br>hudsonj@gotofirm.com |
| Lloyd B. Miller<br>Donald J. Simon<br>Whitney A. Leonard<br>SONOSKY CHAMBERS SACHSE<br>ENDRESON & PERRY, LLP<br>1425 K Street, NW, Suite 600<br>Washington, DC 20005<br>lloyd@sonosky.net<br>dsimon@sonosky.net<br>whitney@sonosky.net | *Attorneys for the Muscogee (Creek) Nation* |
| William S. Ohlemeyer<br>Patricia Melville<br>Tyler Ulrich<br>Stephen N. Zack<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>wohlemeyer@bsfllp.com<br>pmelville@bsfllp.com<br>tulrich@bsfllp.com<br>szack@bsfllp.com | |

## **CERTIFICATE OF SERVICE**

      I, Jenna A. Hudson, hereby certify that on November 6, 2018 the foregoing document was served via the Court's ECF system to all counsel of record.

                                        */s/ Jenna A. Hudson*
                                        Jenna A. Hudson