# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION      : | |
| OPIATE LITIGATION                              : | Case No. 1:17-MD-2804-DAP |
| : | |
| : | Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Alison Tanchyk on behalf of Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc.; Actavis, LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. in the above-captioned matter.

Dated:  November 7, 2018    Respectfully submitted,

/s/ Alison Tanchyk
Alison Tanchyk (FL Bar No. 0112211 )
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL  33131-2339
Telephone:  305.415.3444
Facsimile:  305.415.3001
alison.tanchyk@morganlewis.com