# BEFORE THE UNITED STATES JUDICIAL PANEL
# ON MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## SCHEDULE OF ACTIONS

|    | Short Case Caption | Court | Civil Action No. | Defendant Represented |
|----|---|---|---|---|
| 1. | *Randy Smith, Sheriff of St. Tammany Parish, Louisiana in his capacity as Officer Ex Officio of the St. Tammany Parish Sheriff's Office and the St. Tammany Parish Law Enforcement District v. Purdue Pharma L.P., et al.* | Eastern District of Louisiana | 2:18-cv-09357 | Morris & Dickson Co., LLC |