BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION    MDL NO. 2804

## PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rule of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, on November 8, 2018, I caused to be served a true and correct copy of Defendant, Morris & Dickson Co., L.L.C.'s Corporate Disclosure Statement upon the counsel listed in the attached Service List via the means described therein.

Dated: November 8, 2018

WIENER, WEISS & MADISON
A Professional Corporation


By:   s/Frank H. Spruiell, Jr.
        Frank H. Spruiell, Jr.
330 Marshall Street, Suite 1000
P.O. Box 21990
Shreveport, LA   71120-1990
(318) 213-9281
Fax: (318) 424-5128

ATTORNEYS FOR MORRIS & DICKSON CO., L.L.C.

BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTI-DISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION   MDL NO. 2804

## SERVICE LIST

*Randy Smith, Sheriff of St. Tammany Parish, Louisiana in his capacity as Officer Ex Officio of the St. Tammany Parish Sheriff's Office and the St. Tammany Parish Law Enforcement District v. Purdue Pharma L.P., et al, Case No. 2:18-cv-09357 (E.D. La.)*

**Service Via CM/ECF Notification or Email:**

Walter J. Leger
Leger & Shaw
935 Gravier Street, Suite 2150
New Orleans, LA 70112
(504) 588-9043
Fax: (504) 588-9980
Email: wleger@legershaw.com

Ross F. Lagarde
Ross F. Lagarde, APLC
2250 Gause Blvd., Suite 301
Slidell, LA 70461
(985) 605-0527
Fax: (985) 605-0526
Email: ross@rlagardelaw.com

*Counsel for Plaintiffs Randy Smith, Sheriff of St. Tammany Parish, Louisiana in his capacity as Officer Ex Officio of the St. Tammany Parish Sheriff's Office and the St. Tammany Parish Law Enforcement District*

Charles C. Lifland
O'Melveny & Myers LLP
400 South Hope Street
Los Angeles, CA 90071
(213) 430-6000
Fax: (213) 430-6407
Email: clifland@omm.com

*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutical Inc. n/k/a Janssen Pharmaceuticals, Inc.*

Brien O'Connor
Andrew O'Connor
Ropes & Gray LLP
Prudential Tower
800 Boylston Street
Boston, MA 02199-3600
Email: brian.o'connor@ropesgray.com
Andrew.o'connor@ropesgray.com

*Counsel for Defendants Mallinckrodt PLC and Mallinckrodt LLC*

Steven A. Reed
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA   19103-2921
(215) 963-5000
Email:  sreed@morganlewis.com

*Counsel for Defendants Cephalon, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Watson Pharmaceuticals, Inc. n/k/a Actavis, Inc.; Watson Laboratories, Inc.; Actavis, LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

Robert A. Nicholas
Reed Smith
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA   19103
(215) 851-8252
Fax:  (215) 851-1420
Email:  rnicholas@reedsmith.com

*Counsel for Defendant Amerisource Bergen Drug Corporation*

Daniel G. Jarcho
Alston & Bird
950 F Street, NW
Washington, DC   20004
(202) 239-3254
Fax:  (202) 239-3333
Email:  Daniel.jarcho@alston.com

*Counsel for Defendant Noramco, Inc.*

Jonathan L. Stern
Arnold & Porter Kay Scholer LLP
601 Massachusetts Avenue, NW
Washington, DC   20001
(202) 942-5000
Email:  Jonathan.Stern@apks.com

*Counsel for Defendants Endo Health Solutions, Inc. and Endo Pharmaceuticals, Inc.*

Enu Mainigi
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC   20005
(202) 434-5000
Email:  emainigi@we.com

*Counsel for Defendants Cardinal Health, Inc.*

Mark Lynch
Covington & Burling
One City Center
850 Tenth Street NW
Washington, DC   20001-4956
(202) 662-5544
Email:  mlynch@cov.com

*Counsel for Defendant McKesson Corporation*

J. Matthew Donohue
Holland & Knight LLP
2300 U.S. Bancorp Tower/111 S.W. 5th Ave.
Portland, OR   97204
(503) 517-2913
Email:  matt.donohue@hklaw.com

*Counsel for Defendant Insys Therapeutics, Inc.*

Mark S. Cheffo
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY  10036-6797
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599
Email:  mark.cheffo@dechert.com

*Counsel for Defendant The Purdue Frederick Company, Inc.*

Donna Welch
Kirkland & Ellis LLP
300 North LaSalle
Chicago, IL   60654
(312) 862-2425
Email:  donna.welch@kirkland.com

*Counsel for defendants Allergan PLC and Actavis PLS*