# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | CASE NO. 1:17-MD-2804 |
| OPIATE LITIGATION | ) | Honorable Dan A. Polster |
| _____ | ) | |
| **This document applies to:** | ) | |
| | ) | |
| *City of Ashland, Ohio v.* | ) | |
| *AmerisourceBergen Drug Corporation, et al.,* | ) | |
| Member Case No.:  1:18-op-46203 | ) | |
| | ) | |

## <u>NOTICE OF APPEARANCE</u>

**PLEASE TAKE NOTICE** that Paul T. Farrell, Jr., of Greene, Ketchum, Farrell, Bailey & Tweel, LLP, hereby enters his appearance in the above-captioned member case as counsel of record for Plaintiff, City of Ashland, Ohio. Attorney respectfully requests that his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon him through the Court ECF filing system, as registered:

> Paul T. Farrell, Jr. (Ohio Bar ID. 0070257)
> GREENE, KETCHUM, FARRELL,
>     BAILEY & TWEEL, LLP
> 419 - 11th Street (25701)/ P.O. Box 2389
> Huntington, West Virginia 25724-2389
> 800.479.0053 or 304.525.9115
> 304.529.3284: fax
> paul@greeneketchum.com

All filings in the listed member cases should henceforth be served upon counsel.

> Respectfully submitted,
>
> /s/ Paul T. Farrell, Jr.
> Paul T. Farrell, Jr.
> Greene, Ketchum, Farrell,
>     Bailey & Tweel, LLP
> 419 - 11th Street (25701)/ P.O. Box 2389
> Huntington, West Virginia 25724-2389

Phone:  800.479.0053 or 304.525.9115
Fax:      304.529.3284
**paul@greeneketchum.com**

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 9th day of November, 2018, the foregoing was electronically filed using the court's CM/ECF system and will be served via the Court's CM/ECF filing system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/    Paul T. Farrell, Jr.
Paul T. Farrell, Jr.