## IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | Case No. 1:17-md-2804 |
| This document relates to: | ) | |
| *All cases* | ) | Judge Dan Aaron Polster |
| | ) | |
| | ) | |

## NOTICE OF WITHDRAWAL AS COUNSEL

Please take notice that Gerard R. Stowers hereby withdraws his appearance as counsel of record for Defendant The Kroger Company, Kroger Limited Partnership I, and Kroger Limited Partnership II, (collectively "Kroger"), in the above-captioned matter.  Kroger continues to be represented by Ronda L. Harvey, Fazal A. Shere, and Unaiza Riaz of Bowles Rice LLP in the above-captioned matter.

Dated:    November 12, 2018.

Respectfully submitted,


/s/ Gerard R. Stowers
Gerard R. Stowers (WVSB # 3633)
Bowles Rice LLP
600 Quarrier Street
Charleston, West Virginia 25301
Charleston, West Virginia 25301
Telephone:    304-347-1100
Facsimile:    304-347-1756
Email:         gstowers@bowlesrice.com

10586631.1

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | MDL No. 2804 |
| OPIATE LITIGATION | ) | |
| | ) | Case No. 1:17-md-2804 |
| This document relates to: | ) | |
| ***All cases*** | ) | Judge Dan Aaron Polster |
| | ) | |
| | ) | |

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on the 12th day of November 2018, I electronically filed the

foregoing *Notice of Withdrawal as Counsel* with the Clerk of this Court via the CM/ECF system,

which will send a Notice of Electronic Filing to all counsel of record.


/s/ Gerard R. Stowers
Gerard R. Stowers (WVSB # 3633)
Bowles Rice LLP
600 Quarrier Street
Charleston, West Virginia 25301
Telephone:    304-347-1100
Facsimile:    304-347-1756
Email:        gstowers@bowlesrice.com