**CHART OF DEFENDANTS' ARGUMENTS ON OBJECTION TO R&R**

| Defense Group | Defendants' Argument | Defs' Objections | Plfs' MTD Opposition | R&R | Not Briefed in MTD |
|---|---|---|---|---|---|
| Manufacturers | RICO Standing | 2-8 | 35-45 | 12-17 | |
| Manufacturers | Plaintiffs' Claims Derivative, not Direct | 2-5 | 14, 35, 38 n28, 45 | 23-24, 28, 80 | |
| Manufacturers | Not Business or Property | 5-8 | 35-38 | 13-17 | |
| Manufacturers | RICO Proximate Cause | 8-11 | 38-45 | 26-38 | |
| Manufacturers | Proximate Cause Policy Based | 9 | 43-44, 66 | | New |
| Manufacturers | Reliance on Neurontin Misplaced | 10 | 25, 41, 46 n30 | 13 n.11, 30-31, 35 | New |
| Manufact | SOL | 12-13 | 122-128 | 54-56 | |
| Manufacturers | Fraudulent Concealment | 12-13 | 124-126 | 54-56 | |
| Manufacturers | Continuing Violations | 13 | 126-128 | 54-56 | |
| Manufacturers | No Duty to Monitor or Report SOR | 14-15 | 60-62 | 78-80, 102 | |
| Manufacturers | Duty to Report Owed Only to DEA | 14 | | | New |
| Distributors | Conspiracy not Adequately Plead | 2-4 | 99-105 | | |
| Distributors | Manufacturers didn't Advocate Quota Levels | 2-3 | 55-56 | 10 | |
| Distributors | Regulated Business Activity | 3 | 104 | | |
| Distributors | Noerr-Pennington | 3, n.2 | | | Raised only in Reply at 13 |
| Distributors | RICO no Injury to Business or Property | 4-7 | 35-38 | 13-17 | |
| Distributors | Proximate Cause | 7-12 | 38-45, 78-82 | 26-36, 79-82 | |
| Distributors | OPLA Abrogation/Derivative of Personal Injury | 12-13 | 18-21, 88-90/14, 35, 45 | 23-24, 57-66 | |
| Distributors | No Duty to Report and Halt SORs doesn't Run to Plaintiffs | 14 | | | New |
| Distributors | Economic Loss | 15 | 85-88 | 71 n 48, 83-85 | |
| Chain Pharmacies | No Claims against Pharmacies as Pharmacies | 2 | 75 n47 | 78-79, 81 n51 | |
| Chain Pharmacies | No Derivative Claims for Economic Loss | 2-4 | 45, 85-88, 108-09 | 80-2, 83-85, 100-2 | |
| Chain Pharmacies | No Statutory Public Nuisance | 4-7 | 15-18 | 66-74 | |
| Chain Pharmacies | No Claim for Injury through Criminal Acts | 7-10 | 92-95 | 88-90 | |
| Chain Pharmacies | No Unjust Enrichment | 10-14 | 95-99 | 91-95 | |
| Chain Pharmacies | Conspiracy Allegations against Pharmacies Insufficient | 15 | 99-105 | 9-10, 37-38, 95-98 | |