UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>Track One Cases | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**DISTRIBUTOR AND PHARMACY DEFENDANTS' MOTION FOR LEAVE TO FILE PARTIAL OBJECTION TO DISCOVERY RULING NO. 7 AND EXHIBIT E TO TO THE OBJECTION UNDER SEAL**

Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributor Defendants"), and Walgreens, Rite Aid of Maryland, CVS, and Walmart (collectively, "Pharmacy Defendants") seek leave to file their Partial Objection to Discovery Ruling No. 7 and Exhibit E to that Objection under seal. Distributor and Pharmacy Defendants file this Motion and Proposed Order to ensure compliance with the Court's Case Management Order Number Two: Protective Order, ECF Doc. 441 ("Protective Order").

Local Rule 5.2 states: "No document will be accepted for filing under seal unless a statue, court rule, or prior court order authorizes the filing of seal documents."

On May 15, 2018, the Court issued a Protective Order and stated:

> Only Confidential or Highly Confidential portions of relevant documents are subject to sealing.  To the extent that a brief, memorandum, or pleading references any document designated as Confidential or Highly Confidential, then the brief, memorandum, or pleading shall refer the Court to the particular exhibit filed under seal without disclosing the contents of any confidential information.  If, however, the confidential information must be intertwined within the text of the document, a party may timely

4

> move the Court for leave to file both a redacted version for the public docket and an unredacted version for sealing.

Protective Order at ¶ 62.

The Distributor and Pharmacy Defendants' Partial Objection to Discovery Ruling No. 7 and Exhibit E to that Objection contain information that is subject to the Court's Protective Order.  Therefore, the Distributor and Pharmacy Defendants respectfully request leave to file their Partial Objection to Discovery Ruling No. 7, as well as Exhibit E, under seal, so there is no disclosure of Defendants' confidential information or information subject to the Protective Order.  A redacted and unredacted version of Distributor and Pharmacy Defendants' Partial Objection to Discovery Ruling No. 7 is being filed contemporaneously with this motion.

WHEREFORE, the Distributor and Pharmacy Defendants respectfully request the Court grant Distributor and Pharmacy Defendants' Motion for Leave to File Their Partial Objection to Discovery Ruling No. 7 and Exhibit E to that Objection Under Seal.

Dated:  November 13, 2018

Respectfully submitted,

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

/s/ Enu Mainigi
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
EMainigi@wc.com
lheard@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

/s/ Geoffrey Hobart
Geoffrey Hobart
Mark Lynch
Christian Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

/s/ James W. Matthews
James W. Matthews
Katy E. Koski
Redi Kasollja
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199 Tel: (617) 342-4000 Fax: (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
rkasollja@foley.com

*Counsel for Anda, Inc.*

(counsel continued on next page)

*/s/ William E. Padgett*
William E. Padgett (IN No. 18819-49)
Kathleen Matsoukas (IN No. 31833-49)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
Tel: (317) 236-1313
Fax:(317)231-7433
william.padgett@btlaw.com
kmatsoukas@btlaw.com

*Counsel for H.D. Smith, LLC f/k/a/
H.D. Smith Wholesale Drug Co.*


*/s/ Eric R. Delinsky (with consent)*
Eric R. Delinsky
Alexandra W. Miller
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW, Ste. 1000
Washington, DC 20036
Tel: (202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com

*Counsel for CVS Indiana, L.L.C. and
CVS Services, Inc.*


*/s/ Elisa P. McEnroe (with consent)*
Elisa P. McEnroe
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
elisa.mcenroe@morganlewis.com

**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178-0060
Tel: (212) 309-6000
kelly.moore@morganlewis.com


*Counsel for Rite Aid of Maryland, Inc.*


*/s/ Matthew W. Brewer*
**BARTLIT BECK HERMAN
PALENCHAR & SCOTT LLP**
54 West Hubbard Street, Ste. 300
Chicago, IL 60654
Tel: (312) 494-4400
matthew.brewer@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen
Eastern Co., Inc.*


*/s/ Tina M. Tabacchi (consent)*
Tina M. Tabacchi
Tara A. Fumerton
**JONES DAY**
 77 West Wacker
Chicago, IL 60601
Tel: (312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com


*Counsel for Walmart Inc.*

4

## CERTIFICATE OF SERVICE

I, J. Philip Calabrese, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ J. Philip Calabrese*
J. Philip Calabrese
