# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>Track One Cases | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING DISTRIBUTOR AND PHARMACY DEFENDANTS' MOTION FOR LEAVE TO FILE PARTIAL OBJECTION TO DISCOVERY RULING NO. 7 AND EXHIBIT E TO THAT OBJECTION
<u>UNDER SEAL</u>**

Distributor and Pharmacy Defendants seek leave to file their Partial Objection to Discovery Ruling No. 7 and Exhibit E to that Objection under seal in the above-captioned case. The Motion states that filing under seal is necessary to ensure compliance with the Court's Case Management Order Number Two: Protective Order, ECF Doc. 441, because the Objection and Exhibit E will contain information that is subject to that Protective Order.

Distributor and Pharmacy Defendants' Motion for Leave to File Their Partial Objection to Discovery Ruling No. 7 and Exhibit E to that Objection Under Seal is hereby **GRANTED**.

**IT IS SO ORDERED.**

_____
**Hon. Dan Aaron Polster**
**United States District Judge**

Dated:_____