Dennis K. Ames, Esq., Cal. State Bar# 81460
E-mail: Dames@ljdfa.com
(*Application for Pro Hac Vice pending*)
Robert J. Iacopino, Esq., Cal. State Bar# 279754
E-mail: Riacopino@ljdfa.com
(*Application for Pro Hac Vice pending*)
LA FOLLETTE, JOHNSON, DE HAAS,
FESLER & AMES
2677 N. Main Street, Suite 901
Santa Ana, CA 92705
Telephone:  (714) 558-7008
Facsimile:   (714) 972-0379

Attorneys for Defendant
AMERICAN ACADEMY OF PAIN MEDICINE, INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF OHIO

| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*R D Burns v. Purdue Pharma L.P. et al*<br>CAC/8:18-cv-00745 | MDL No. 2804<br>Master Dkt.: 1:17-MD-2804<br>Hon. Dan Aaron Polster |
|---|---|

## NOTICE OF APPEARANCE

TO ALL PARTIES AND TO THEIR COUNSEL OF RECORD HEREIN:

PLEASE TAKE NOTICE that Dennis K. Ames, Esq., of LaFollette, Johnson, DeHaas, Fesler and Ames, located at 2677 N. Main Street, Suite 901, Santa Ana, CA 92705, hereby notifies the Court and all counsel of his appearance as counsel for Defendant, American Academy of Pain Medicine, Inc., incorporated in California, in the above-captioned matter.

Dated: November 6, 2018          LA FOLLETTE, JOHNSON, DEHAAS, FESLER & AMES


BY:     /s/   Dennis K. Ames
DENNIS K. AMES, ESQ.
ROBERT J. IACOPINO, ESQ.
Attorneys for Defendant
AMERICAN ACADEMY OF PAIN MEDICINE, INC.

## CERTIFICATE OF SERVICE

  I, the undersigned, am employed in the County of Orange, State of California. I am over the age of eighteen years and not a party to the within action. I am employed with the law offices of La Follette, Johnson, De Haas, Fesler & Ames, 2677 N. Main Street, Suite 901, Santa Ana, California 92705.

  On the below date, I electronically served a true and correct copy of the document entitled **NOTICE OF APPEARANCE** on all parties in MDL No. 2804 via CM/ECF.

  I declare that I am employed in the office of an attorney admitted to practice before this Court, at whose direction the service was made. I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

  Executed on November 7, 2018, at Santa Ana, California.

_____
MONICA SALT