UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: | Judge Dan A. Polster |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* *Case No. 18-op-45090;* | |
| *The City of Cleveland v. AmerisourceBergen Drug Corporation Case No. 1:18-op-45132; and* | |
| *County of Cuyahoga, et al v. Pursue Pharma L.P., et al. Case No. 1:17-op-45004* | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Joshua A. Kobrin of Marcus & Shapira, LLP hereby enters his appearance as counsel of record for Defendant HBC Service Company in the above-captioned action.

Dated:  November 15, 2018  Respectfully submitted,

/s/ Joshua A. Kobrin
Joshua A. Kobrin (PA ID #318200)
Marcus & Shapira, LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, PA  15219
(412) 471-3490
kobrin@marcus-shapira.com

*Counsel for HBC Service Company*

A1287053.1

## CERTIFICATE OF SERVICE

  I hereby certify that on November 15, 2018, a copy of the foregoing **Notice of Appearance** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

               /s/ Joshua A. Kobrin
               Joshua A. Kobrin