AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| In re: National Prescription Opiate Litigation ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 1:17-MD-2804 |
| ) | |
| *Defendant* ) | |

## SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
## OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: David A. Yost, the Ohio State Auditor
Attn: Legal Department, 88 East Broad Street, 5th Floor, Columbus, OH 43215

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material:
See attached duces tecum

| Place: Ulmer & Berne LLP<br>65 East State Street, Suite 1100<br>Columbus, OH 43215 | Date and Time:<br>12/17/2018 10:00 am |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|
| | |

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 11/14/2018

              *CLERK OF COURT*
                                    OR
                                         /s/ Michael N. Ungar
_____      _____
*Signature of Clerk or Deputy Clerk*        *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* McKesson Corp. _____, who issues or requests this subpoena, are:
Michael N. Ungar, 1660 W. 2nd St., #1100 Cleveland, OH 44113, mungar@ulmer.com, (216) 583-7000

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

Case: 1:17-md-02804-DAP Doc #: 1139 Filed: 11/19/18 2 of 2. PageID #: 28386

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-MD-2804

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* David Yost, Ohio State Auditor on *(date)* 11/15/18.

☒ I served the subpoena by delivering a copy to the named person as follows: by serving Chris Nolfi - Legal Admin. on *(date)* 11/16/18 at 10:15AM ; or

☐ I returned the subpoena unexecuted because: _____

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ _____ .

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 11/16/18

Erika Cremeans
*Server's signature*

Erika M. Cremeans - Process Server
*Printed name and title*

2862 Johnstown Rd.
Columbus, OH 43219
*Server's address*

Additional information regarding attempted service, etc.: