## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

## REQUEST OF CERTAIN DEFENDANTS FOR
## PROCEEDINGS TO BE ON THE RECORD

On behalf of the defendants listed in the margin,[1] the undersigned liaison counsel respectfully request that all telephonic and in-person status and discovery conferences or hearings, including the upcoming November 20, 2018 status conference, be held on the record with a court reporter present.  *See* 28 U.S.C. § 753(b) (3) ("Proceedings to be recorded under this section include . . . such other proceedings as . . . may be requested by any party to the proceeding.")

---

[1]  AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation, Walmart, Inc., Walgreen Co., CVS Health Corporation, Rite Aid of Maryland, HBC Service Company, H. D. Smith, Discount Drug Mart, Henry Schein, Inc., Henry Schein Medical Systems, Inc., Anda, Inc., Mallinckrodt LLC, SpecGx LLC, Allergan Finance, LLC, Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc., Par Pharmaceutical Companies, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Insys Therapeutics, Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC,  and Actavis Pharma, Inc.

DATED:  November 19, 2018

Respectfully submitted,

*/s/ Carole S. Rendon*
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
Telephone:  216.621.0200
Facsimile:  216.696.0740

*Co-Liaison Counsel for the Manufacturer Defendants*


*/s/ Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 434-5000
Fax:  (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

*Co-Liaison Counsel for the Distributor
  Defendants*


*/s/ Shannon E. McClure*
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA  19103
Telephone:  (215) 851-8100
Fax:  (215) 851-1420
smcclure@reedsmith.com

*Counsel for Distributor Defendant
  AmerisourceBergen Drug Corporation*

*Co-Liaison Counsel for the Distributor
  Defendants*

2

*/s/ Geoffrey Hobart*
Geoffrey Hobart
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C.  20001-4956
Telephone:  (202) 662-5281
Fax:  (202) 662-6291
ghobart@cov.com

*Counsel for Distributor Defendant*
  *McKesson Corporation*

*Co-Liaison Counsel for the Distributor*
  *Defendants*


*/s/ Kaspar Stoffelmayr*
Kaspar Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone: (312) 494-4400
Fax:  (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for the Walgreens Defendants*

*Liaison Counsel for the Chain Pharmacy Defendants*

3

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of November, 2018, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Geoffrey Hobart*
Geoffrey Hobart
