UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) **This document relates to:** ) ) *County of Webb v. Purdue Pharma, L.P. et al.* ) Case No. 1:18-op-45175-DAP (N.D. Ohio) ) ) *Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, et al. v. Purdue Pharma L.P., et al.* ) Case No. 1:18-op-45446-DAP (N.D. Ohio) ) ) ) ) | MDL 2804 Case No. 1:17-md-2804-DAP Judge Dan Aaron Polster |

**PLAINTIFFS' MOTION FOR ORAL ARGUMENT ON MOTION FOR LEAVE TO FILE JOINT MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

Plaintiffs Webb County, Texas, Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, and Employer-Teamsters Local Nos. 175 & 505 Retiree Fund (collectively, "Plaintiffs"), through their counsel, respectively request that the Court consider holding oral argument on their Motion for Leave to File Joint Motion for Preliminary Injunctive Relief (ECF No. 978). Given the seriousness of the issues presented and that the relief requested is tailored to help abate perhaps the most severe public health crisis this country has ever faced, oral argument would provide the parties an opportunity to respond to any questions from the Court and to help in the Court's decision-making process.

Plaintiffs are aware of the Court's advisory that oral argument on motions does not regularly occur. *See Judge Polster's Civil and Criminal Practices and Procedures,* http://www.ohnd.uscourts.gov/judge-polsters-civil-and-criminal-practices-and-procedures. Here, however, oral argument may benefit the Court and its consideration of the parties' positions.

1

Plaintiffs observe that courts in this District have heard oral argument on motions for injunctive relief when the questions presented involve matters of public importance, such as here. *See, e.g., Babler v. Futhey*, 669 F. Supp. 2d 873 (N.D. Ohio 2009); *News Herald, Div. Gannett Satellite v. Ruyle*, 949 F. Supp. 519 (N.D. Ohio 1996).

    For the foregoing reasons and for good cause shown, Plaintiffs respectfully request the Court consider oral argument on their Motion for Leave to File Joint Motion for Preliminary Injunctive Relief.

*[signature page follows]*

Date: November 19, 2018

Respectfully submitted,

| | |
|---|---|
| **THE CICALA LAW FIRM PLLC** | **MEHRI & SKALET** |

/s/ Joanne Cicala
Joanne Cicala
joanne@cicalapllc.com
Jocelyn R. Normand
jnormand@cicalapllc.com
101 College Street
Dripping Springs, Texas 78620
Tel: (512) 275-6550
Fax: (512) 858-1801

*Lead Counsel for Plaintiff County of Webb*

**SANFORD HEISLER SHARP, LLP**

Kevin Sharp
ksharp@sanfordheisler.com
611 Commerce Street, Suite 3100
Nashville, Tennessee 37203
Tel: (615) 434-7000
Fax: (615) 434-7020

Ross Brooks
RBrooks@sanfordheisler.com
1350 Avenue of the Americas,
31st Floor
New York, New York 10019
Tel: (646) 402-5668
Fax: (646) 402-5651

*Co-counsel to The Cicala Law Firm PLLC*

Cyrus Mehri
cmehri@findjustice.com
Jay Angoff
jangoff@findjustice.com
Christine H. Monahan
cmonahan@findjustice.com
1250 Connecticut Ave NW, Suite 300
Washington, DC 20036
Tel: (202) 822-5100
Fax: (202) 822-4997

*Counsel for Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, and Employer-Teamsters Local Nos. 175 & 505 Retiree Health & Welfare Fund*

**HENRICHSEN SIEGEL, PLLC**

Neil L. Henrichsen
nhenrichsen@hslawyers.com
301 W Bay Street, Suite 1400
Jacksonville, FL 32202
Tel: (904) 381-8183
Fax: (904) 212-2800

*Counsel for Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, and Employer-Teamsters Local Nos. 175 & 505 Retiree Health & Welfare Fund*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 19, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Joanne Cicala
Joanne Cicala
