# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL 2804 |
| **This document relates to:** ) ) | Case No. 1:17-md-2804-DAP |
| *County of Webb v. Purdue Pharma, L.P. et al.* ) Case No. 1:18-op-45175-DAP (N.D. Ohio) ) ) | Judge Dan Aaron Polster |
| *Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, et al. v. Purdue Pharma L.P., et al.* ) ) ) ) Case No. 1:18-op-45446-DAP (N.D. Ohio) ) | |

**[PROPOSED] ORDER GRANTING MOTION FOR ORAL ARGUMENT ON MOTION FOR LEAVE TO FILE JOINT MOTION FOR PRELIMINARY INJUNCTIVE RELIEF**

Plaintiffs, the County of Webb, Texas, Employer-Teamsters Local Nos. 175 & 505 Health & Welfare Fund, and Employer-Teamsters Local Nos. 175 & 505 Retiree Fund, through their attorneys, respectively request that the Court consider oral argument on their Motion for Leave to File Joint Motion for Preliminary Injunctive Relief (ECF No. 978).

For the reasons set forth in the Motion for Oral Argument on Motion for Leave to File Joint Motion for Preliminary Injunctive Relief ("Motion for Oral Argument"), and for good cause shown, the Motion for Oral Argument is hereby **GRANTED**.

**IT IS SO ORDERED** this _____ day of November, 2018.

_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE