# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | :<br>:   Case No. 1:17-MD-2804-DAP<br>:<br>:   Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Adam M. Hammoud on behalf of Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc.; Actavis, LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. in the above-captioned matter.

Dated:  November 21, 2018        Respectfully submitted,

> */s/ Adam M. Hammoud*
> Adam M. Hammoud (PA Bar No. 313642)
> MORGAN, LEWIS & BOCKIUS LLP
> 1701 Market Street
> Philadelphia, PA  19103
> Telephone:  215.963.5000
> Facsimile:  215.963.5001
> adam.hammoud@morganlewis.com