UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>Track One Cases | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

Plaintiffs move for leave to file Plaintiffs' Response in Opposition to Walgreens' Objection to Discovery Ruling No. 9 Under Seal in the above captioned cases.

The Motion states that filing said Opposition under seal is necessary to ensure compliance with Case Management Order No. 2, ECF Doc. 441, because the Opposition contains confidential information subject to said Order.

Plaintiffs' Motion for Leave to file Plaintiffs' Opposition to Walgreens' Objection to Discovery Ruling No. 9 Under Seal is hereby **GRANTED**.

**IT IS SO ORDERED.**

Dated:  11/26/18

/s/Dan Aaron Polster
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE