UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
WESTERN DIVISION

---------------------------------------------------------
IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION          )          MDL No. 1:17-md-02804
                           )
                           )          **NOTICE OF CHANGE**
---------------------------------------------------------)   **OF ADDRESS**

This applies to:

*Stephens County (1:18-op-45804)*
*Brazos County (1:18-op-45863)*
*Kaufman County (1:18-op-46081)*

**To the Clerk of courts, All Parties and Counsel:**

    I, Matthew R. McCarley, hereby give notice to this Honorable Court, all parties and all counsel of record in this matter who have made an appearance that Fears Nachawati PLLC's new office address effective immediately is 5473 Blair Road, Dallas, Texas 75231. The telephone number, facsimile, and email addresses remain unchanged.

                  Fears Nachawait PLLC
                  5473 Blair Road
                  Dallas, TX 75231
                  Tel: (214) 890-0711
                  Facsimile: (214) 890-0712
                  mccarley@fnlawfirm.com

Dated:  November 27, 2018

**CERTIFICATE OF SERVICE**

    I hereby certify that on November 27, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system. Parties may access this filing through the Court's system.

                                                                     s/ Matthew R. McCarley
                                                                     MATTHEW R. McCARLEY