**BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

### PROOF OF SERVICE

In compliance with Rule 4.1(a) of the Rules of Procedure for the United States Judicial Panel on Multidistrict Litigation, I hereby certify that, I caused to be served a true and correct copy of the following document(s) upon the counsel listed on the attached Service List via the means described therein:

Notice of Appearance

Date: November 29, 2018                                  Respectfully submitted,

*s/ Paul J. Cosgrove*
Paul J. Cosgrove, Esq.
ULMER & BERNE, LLP
600 Vine Street, Suite 2800
Cincinnati, Ohio
Tel.: (513) 243-5000
Fax: (513) 241-5001
Email: pcosgrove@ulmer.com

Counsel for Defendant Amneal Pharmaceuticals, LLC

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**
**MDL NO. 2804**

**SERVICE LIST**

*Tucson Medical Center v. Purdue Pharma L.P., et al.,* **Case No. 4:18-cv-00532**

**Service via CM/ECF Notification:**

**Louis M. Bograd**
**Linda Singer**
Motley Rice LLC
401 9th St. NW, Ste. 1001
Washington, DC 20004
434-242-2473
Fax: 202-386-9622
Email: lbograd@motleyrice.com
Email: lsinger@motleyrice.com

Counsel for Plaintiffs

**Samuel Mitchell**
Speights & Worrich LLC
2149 S Holly St., Ste. 105
Denver, CO 80222
303-662-8082
Email: sam@mitchellspeights.com

Counsel for Plaintiffs

**Mark S. Cheffo**
**Sheila Birnbaum**
**Hayden A. Coleman**
Dechert LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
212-698-3500
Fax: 212-698-3590
Email: mark.cheffo@dechert.com
Email: sheila.birnbaum@dechert.com
Email: hayden.coleman@dechert.com

Counsel for Defendants Purdue Pharma, L.P., Purdue Pharma Inc., The Purdue Frederick Company, Inc.

**Steven C Mitchell**
Mitchell & Speights LLC
4854 E Baseline Rd., Ste. 103
Mesa, AZ 85206
602-244-1520
Fax: 602-267-9394
Email: steve@mitchellspeights.com

Counsel for Plaintiffs

2

**Christina M. Vitale**
Morgan Lewis & Bockius LLP
1000 Louisiana St., Ste. 4000
Houston, TX 77002
713-890-5000
Fax: 713-890-5001
Email: christina.vitale@morganlewis.com

Counsel for Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Pharmaceuticals Inc. *n/k/a* Actavis Inc., Watson Laboratories Inc., Actavis LLC, Actavis Pharma Inc.

**Charles C. Lifland**
O'Melveny And Myers LLP
400 S Hope Street
Los Angeles, CA 90071-2899
213-430-6000
Fax: 213-430-6407
Email: clifland@omm.com

Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.

**Enu Mainigi**
Williams & Connolly
725 Twelfth Street, NW
Washington, DC 20005
202/434-5000
Fax: 202/434-5029
Email: emainigi@wc.com

Counsel for Defendant Cardinal Health, Inc.

**Steven A. Reed**
Morgan, Lewis & Bockius LLP
1701 Market Street
Philadelphia, PA 19103
(215) 963-5000
Email: steven.reed@morganlewis.com

Counsel for Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc.

**Jonathan L. Stern**
Arnold & Porter Kaye Scholer
601 Massachusetts Ave, NW
Washington, DC 20001-3743
202.942.5018
Email: Jonathan.Stern@arnoldporter.com

Counsel for Defendants Endo Pharmaceuticals, Inc., Endo Health Solutions Inc.

**Rocky C. Tsai**
Ropes & Gray
Three Embarcadero Center
San Francisco, California 94111
Phone: 415-315-6358
Fax: 415-315-4856
Email: Rocky.Tsai@ropesgray.com

Counsel for Defendants Mallinckrodt plc, and SpecGX LCG

**Brandan J. Montminy**
**C. Scott Jones**
**John P. McDonald**
Locke Lord LLP
2200 Ross Ave., Ste. 2200
Dallas, TX 75201-6776
214-740-8000
Fax: 214-740-8800
Email: brandan.montminy@lockelord.com
Email: sjones@lockelord.com
Email: jpmcdonald@lockelord.com

Counsel for Defendant Henry Schein Inc.

3

**Adam Weisman**
Hinderaker Rauh & Weisman PLC
2401 E Speedway Blvd.
Tucson, AZ 85719
520-881-6607
Fax: 520-881-6775
Email: sara@hrtucson.com

Counsel for Defendant Henry Schein Inc.

**Steven J. Boranian**
Reed Smith LLP
101 2nd St., 18th Fl.
San Francisco, CA 94105
415-543-8700
Fax: 415-391-8269
Email: sboranian@reedsmith.com

Counsel for Defendant AmerisourceBergen Drug Corporation

**Donna M. Welch**
Kirkland & Ellis - Chicago
300 North LaSalle Street
Chicago, IL 60654
312-862-2425
Fax: 312-862-2200
Email: dwelch@kirkland.com

Counsel for Defendant Allergan PLC

**Katy E. Koski**
Foley & Lardner - Boston
111 Huntington Avenue
Boston, MA 02199
617-342-4000
Fax: 617-342-4001
Email: kkoski@foley.com

Counsel for Defendant Anda Inc.

**Jay A. Fradkin**
**John J. Kastner, Jr.**
Jennings Strouss & Salmon PLC
1 E Washington St., Ste. 1900
Phoenix, AZ 85004-2554
602-262-5911
Fax: 602-495-2621
Email: JFradkin@jsslaw.com
Email: jkastner@jsslaw.com

Counsel for Defendant AmerisourceBergen Drug Corporation

**Daniel G. Jarcho**
Alston & Bird
950 F Street, NW
Washington, DC 20004
202-239-3254
Fax: 202-239-3333
Email: daniel.jarcho@alston.com

Counsel for Defendant Noramco, Inc.

**Cari K. Dawson**
**Jenny A. Mendelsohn**
Alston & Bird - Atlanta
One Atlantic Center
1201 West Peachtree Street
Atlanta, GA 30309
404-881-7766
Fax: 404-881-7777
Email: cari.dawson@alston.com
Email: jenny.mendelsohn@alston.com

Counsel for Defendant Noramco, Inc.

**Kevin M. Sadler**
Baker Botts
1001 Page Mill Road, Bldg. One, Ste. 200
Palo Alto, CA 94304
650-739-7518
Fax: 650-739-7618
Email: kevin.sadler@bakerbotts.com

Counsel for Defendant Depomed, Inc.

**David T. Arlington**
Baker Botts
98 San Jacinto Boulevard, Suite 1500
Austin, Texas 78701
512.322.2553
Fax: 512.322.8301
Email: kevin.sadler@bakerbotts.com

Counsel for Defendant Depomed, Inc.

**James W. Matthews**
Foley & Lardner - Boston
111 Huntington Avenue
Boston, MA 02199
617-502-3298
Fax: 617-342-4001
Email: JMatthews@foley.com

Counsel for Defendants Actavis, Inc. *f/k/a* Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. *f/k/a* Watson Pharma, Inc., Anda Pharmaceuticals, Inc., Anda, Inc., Actavis, PLC

**Kathleen L. Matsoukas**
**Oni N. Harton**
Barnes & Thornburg
11 South Meridian Street
Indianapolis, IN 46204
317-231-7332
Fax: 317-231-7433
Email: kathleen.matsoukas@btlaw.com
Email: oni.harton@btlaw.com

Counsel for Defendants H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H. D. Smith, LLC, H. D. Smith Holdings, LLC

**John A. McCauley**
**James K. O'Connor**
Venable
750 Pratt Street, Ste. 900
Baltimore, MD 21202
410-244-7400
Fax: 410-244-7742
Email: jmccauley@venable.com
Email: jko03@venable.com

Counsel for Defendant Abbott Laboratories, Inc.

**Jennifer G. Levy**
Kirkland & Ellis
655 Fifteenth Street, NW, Ste. 1200
Washington, DC 20005
202-879-5211
Fax: 202-879-5200
Email: jlevy@kirkland.com

Counsel for Defendants Allergan PLC *f/k/a* Actavis PLS, Actavis, Inc. *f/k/a* Watson Pharmaceuticals, Inc., Actavis LLC, Allergan Finance LLC, Actavis PLC

**John D. Lombardo**
Arnold & Porter Kaye Scholer
777 South Figueroa Street, Ste. 4400
Los Angeles, CA 90017
213-243-4000
Fax: 213.243.4199
Email: john.lombardo@arnoldporter.com

Counsel for Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc.

**Timothy W. Knapp**
**Martin L. Roth**
Kirkland & Ellis
300 North LaSalle Street
Chicago, IL 60654
312-862-7426
Fax: 312-862-2200
Email: tknapp@kirkland.com
Email: rothm@kirkland.com

Counsel for Defendants Allergan PLC *f/k/a* Actavis PLS, Actavis, Inc. *f/k/a* Watson Pharmaceuticals, Inc., Actavis LLC, Allergan Finance LLC, Actavis PLC

**Jeremy C. Johnson**
**David C. Potts**
Jones, Skelton & Hochuli, P.L.C
40 North Central Avenue, Suite 2700
Phoenix, AZ 85004
602.263.1700
Fax: 602.651.7599
Email: jjohnson@jshfirm.com
Email: dpotts@jshfirm.com

**Service via First-Class Mail:**

Jae Hong Lee
Dechert LLP
One Bush Street, Suite 1600
San Francisco, CA 94104-4446

**Collie F. James, IV**
Morgan Lewis & Bockius
Ste. 1800
600 Anton Blvd.
Costa Mesa, CA 92626
949-399-7199
Fax: 714-830-0700
Email: collie.james@morganlewis.com

Counsel for Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc.

**Laura Sixkiller**
DLA Piper
2525 East Camelback Road, Suite 1000
Phoenix, Arizona 85016
480-606-5161
Fax: 480 323 2419

Counsel for Defendant Purdue Pharma L.P.

**J. Matthew Donohue**
Holland & Knight, LLP
2300 US Bancorp Tower
111 SW Fifth Avenue
Portland, OR 97204
Email: matt.donohue@hklaw.com

Counsel for Defendant INSYS Therapeutics, Inc.