**PARISH GUY CASTILLO, PC**
William H. Parish (State Bar No. 95913)
parish@parishlegal.com
Fawn Smolak (State Bar No. 321138)
smolak@parishlegal.com
1919 Grand Canal Boulevard, Suite A-5
Stockton, California  95207-8114
Telephone:  (209) 952-1992
Facsimile:   (209) 952-0250

**LAW OFFICES OF FRANCIS O. SCARPULLA**
Francis O. Scarpulla (41059)
Patrick B. Clayton (240191)
456 Montgomery Street, 17th Floor
San Francisco, CA  94104
Telephone:  (415) 788-7210
Facsimile:  (415) 788-0706
fos@scarpullalaw.com
pbc@scarpullalaw.com

*Attorneys for Plaintiffs*

[Additional Counsel Appear on Signature Page]

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | 1:17-md-02804-dap<br>MDL No. 2804<br>Judge Dan Aaron Polster |
| This Document Relates To:<br>COUNTY OF SAN JOAQUIN, CITY OF STOCKTON, and MONTEZUMA FIRE PROTECTION DISTRICT,<br><br>                             Plaintiffs,<br>vs.<br><br>PURDUE PHARMA L.P., PURDUE PHARMA INC., THE PURDUE FREDERICK COMPANY, INC. TEVA PHARMACEUTICALS USA, INC., CEPHALON, INC., JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC. ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., JANSSEN PHARMACEUTICA, INC. N/K/A JANSSEN PHARMACEUTICALS, INC., ENDO HEALTH SOLUTIONS INC., ENDO PHARMACEUTICALS, INC.; McKESSON CORPORATION; and DOES 1-100, inclusive,<br><br>                             Defendants. | Case No. 1:17-op-45017-DAP<br><br>**NOTICE OF FIRM NAME CHANGE BY COUNSEL FOR PLAINTIFFS COUNTY OF SAN JOAWUIN, CITY OF STOCKTON, and MONTEZUMA FIRE PROTECTION DISTRICT** |

PLEASE TAKE NOTICE that PARISH GUY CASTILLO, PC counsel for PLAINTIFFS COUNTY OF SAN JOAWUIN, CITY OF STOCKTON, and MONTEZUMA FIRE PROTECTION DISTRICT has now changed its name as follows:

**WILLIAM H. PARISH, A Professional Corporation**
1919 Grand Canal Boulevard, Suite A-5
Stockton, California  95207-8114
Telephone:  (209) 952-1992
Facsimile:   (209) 952-0250

Erin Guy Castillo is no longer a member of the law firm, effective November 30, 2018. All notices and all filings in this action or concerning this matter shall be directed as set forth herein.

DATED: November 29, 2018                    **PARISH GUY CASTILLO, PC**

By_____/s/William H. Parish_____
    **WILLIAM H. PARISH**
    Attorneys for Plaintiffs

**Additional Counsel:**

**J. Mark Myles**
*jmyles@sjgov.org*
County Counsel
San Joaquin County
44 North San Joaquin Street
Sixth Floor, Suite 679
Stockton, CA 95202
Telephone: (209) 468-2980
Facsimile: (209) 468-0315

*Counsel for San Joaquin County*

**John M. Luebberke**
*John.luebberke@stoctkonca.gov*
City Attorney
City of Stockton
425 North El Dorado Street, Second Floor
Stockton, CA 95202
Telephone: (209) 937-8333
Facsimile: (209) 937-8898

*Counsel for City of Stockton*