IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Master Docket No.: 1:17-MD-02804-DAP |
| Case No. 1:18-op-45459-DAP | Hon. Judge Dan A. Polster |
| THE MUSCOGEE (CREEK) NATION, | |
| PLAINTIFF, | JURY TRIAL DEMANDED |
| v. | |
| PURDUE PHARMA L.P., *et al.*, | |
| DEFENDANTS. | |

## MOTION TO CORRECT CLERICAL ERROR

Plaintiff in the above-captioned case hereby moves to substitute an exhibit to Plaintiff's Consolidated Opposition to Defendants' Motions to Dismiss the Nation's First Amended Complaint, ECF No. 84 ("Plaintiff's Opposition") in order to correct a clerical error. Although Plaintiff's Opposition correctly cited to *State of Oklahoma v. R.J. Reynolds, et al.*, No. CJ 96-1499 (Okla. Dist. Ct. Nov. 5, 1998), as Exhibit L, it inadvertently attached the incorrect order.

On November 28, 2018, Magistrate Judge Ruiz granted Plaintiff's Motion for Leave to File this motion. *See* ECF No. 101.

Plaintiff therefore requests that the Court accept the attached, corrected order as the substituted Exhibit L to Plaintiff's Opposition.

Dated: November 30, 2018

| | |
|---|---|
| OF COUNSEL:<br>Gregory M. Utter<br>Joseph M. Callow, Jr.<br>KEATING MUETHING &<br>KLEKAMP PLL<br>One East Fourth Street, Suite 1400<br>Cincinnati, OH 45202<br>gmutter@kmklaw.com<br>jcallow@kmklaw.com | /s/ Kevin Dellinger<br>Attorney General Kevin Dellinger,<br>OBA #15612<br>MUSCOGEE (CREEK) NATION<br>P.O. Box 580<br>Okmulgee, OK 74447<br>kdellinger@mcnag.com |
| Richard W. Fields<br>FIELDS PLLC<br>1700 K Street, NW, Suite 810<br>Washington, DC 20006<br>fields@fieldslawpllc.com | /s/ Jenna A. Hudson<br>Scott D. Gilbert<br>Richard Shore<br>Peter Meringolo<br>Michael B. Rush<br>Jenna A. Hudson<br>GILBERT LLP<br>1100 New York Avenue, NW, Suite 700<br>Washington, DC 20005<br>gilberts@gotofirm.com<br>shorer@gotofirm.com<br>meringolop@gotofirm.com<br>rushm@gotofirm.com<br>hudsonj@gotofirm.com<br><br>*Attorneys for the Muscogee (Creek) Nation* |
| Lloyd B. Miller<br>Donald J. Simon<br>Whitney A. Leonard<br>SONOSKY CHAMBERS SACHSE<br>ENDRESON & PERRY, LLP<br>1425 K Street, NW, Suite 600<br>Washington, DC 20005<br>lloyd@sonosky.net<br>dsimon@sonosky.net<br>whitney@sonosky.net | |
| William S. Ohlemeyer<br>Patricia Melville<br>Tyler Ulrich<br>Stephen N. Zack<br>BOIES SCHILLER FLEXNER LLP<br>333 Main Street<br>Armonk, NY 10504<br>wohlemeyer@bsfllp.com<br>pmelville@bsfllp.com<br>tulrich@bsfllp.com<br>szack@bsfllp.com | |

## CERTIFICATE OF SERVICE

I, Jenna A. Hudson, hereby certify that on November 30, 2018 the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Jenna A. Hudson*
Jenna A. Hudson