# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No. 1:18-op-45459-DAP<br><br>THE MUSCOGEE (CREEK) NATION,<br><br>PLAINTIFF,<br><br>v.<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>DEFENDANTS. | MDL No. 2804<br><br>Master Docket No.:<br>1:17-MD-02804-DAP<br><br>Hon. Judge Dan A. Polster |

## PROPOSED ORDER

Plaintiff's Motion to Correct Clerical Error is hereby GRANTED. Accordingly, the order attached to Plaintiff's Motion to Correct Clerical Error is accepted as the substituted Exhibit L to Plaintiff's Consolidated Opposition to Defendants' Motions to Dismiss the Nation's First Amended Complaint, ECF No. 84.

IT IS SO ORDERED.

Dated: _____

_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE