# EXHIBIT B

# Kate Swift

| | |
|---|---|
| **From:** | Fumerton, Tara A. <tfumerton@JonesDay.com> |
| **Sent:** | Thursday, August 2, 2018 4:10 PM |
| **To:** | Zach Bower; Michael A. Innes |
| **Cc:** | External User - Tina Tabacchi; 'Migliori, Don'; 'mdl2804discovery@motleyrice.com'; Fiorentinos, Irene S. |
| **Subject:** | In re National Prescription Opiate Litigation, MDL No. 2804  -- Plaintiffs' First Combined Discovery Requests |

Michael and Zach,

Walmart objects to Plaintiffs' First Combined Discovery Requests (the "Combined Requests"), including without limitation on the grounds that they exceed the discovery limitations provided in CMO-1.  Based on the July 30, 2018 directives from Special Master Cohen, we will treat the Combined Requests as prioritizations of plaintiffs' previous discovery requests.  As such, we will not serve new objections and responses to the Combined Requests and refer plaintiffs to our responses and objections to plaintiffs' previous discovery requests.  Please note, however, that in light of the hearing this morning before Judge Polster we do plan to serve amended responses and objections to plaintiffs' previous discovery requests.

Very truly yours,

Tara

Tara A. Fumerton (bio)
Partner
**JONES DAY® - One Firm Worldwide℠**
77 West Wacker Drive
Chicago, IL 60601-1692
Office +1.312.269.4335
tfumerton@jonesday.com