# EXHIBIT E

| | |
|---|---|
| **From:** | Kate Swift |
| **To:** | "Jeff Gaddy" |
| **Cc:** | Peter Mougey; Laura Dunning; Page Poerschke; Josh Gay; Haynes Bryant; Hunter Shkolnik; Salvatore C. Badala; Joseph L. Ciaccio; Andrew Dressel; Kaspar Stoffelmayr |
| **Subject:** | RE: Walgreens Discovery Prioritizations |
| **Date:** | Friday, August 17, 2018 2:43:00 PM |

Jeff,

In his July 26 email to SM Cohen, Mr. Farrell tied plaintiffs' "Combined Discovery Requests" to certain of plaintiffs' earlier requests.  SM Cohen's guidance was to treat the new combined requests as prioritizations of those earlier requests, as much as possible, and we are doing that, though some of the data is old and difficult to gather.  We will keep you apprised on the timing of all of our productions, whether included in the prioritized categories or not, in our weekly production updates, as SM Cohen has requested.  The categories of documents in Mr. Farrell's July 11 letter, and those listed in your letter yesterday, differ in many respects from both the "Combined Discovery Requests" and the earlier requests plaintiffs have said the combined requests refer back to.  Some of those categories of documents do not appear to be included in plaintiffs' discovery requests to Walgreens.  For any that you believe are included in your earlier discovery requests, please let us know which RFP you think they refer back to.

Thanks,
Kate

Katherine M. Swift **|** Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300, Chicago, IL  60654
P:  312.494.4405  F:  312.494.4440  C: 773.531.6118
kate.swift@bbhps.com  |   www.bartlit-beck.com

This message may contain confidential or privileged information.  If it has been sent to you in error, please reply to advise the sender of the error, and then immediately delete this message.

**From:** Jeff Gaddy <jgaddy@levinlaw.com>
**Sent:** Thursday, August 16, 2018 11:58 AM
**To:** Kate Swift <kate.swift@bartlit-beck.com>
**Cc:** Peter Mougey <pmougey@levinlaw.com>; Laura Dunning <ldunning@levinlaw.com>; Page Poerschke <ppoerschke@levinlaw.com>; Josh Gay <jgay@levinlaw.com>; Haynes Bryant <hbryant@levinlaw.com>; Hunter Shkolnik <Hunter@NapoliLaw.com>; Salvatore C. Badala <SBadala@NapoliLaw.com>; Joseph L. Ciaccio <JCiaccio@NapoliLaw.com>; Andrew Dressel <ADressel@NapoliLaw.com>; Kaspar Stoffelmayr <kaspar.stoffelmayr@bartlit-beck.com>
**Subject:** Walgreens Discovery Prioritizations

Kate,

Please see the attached correspondence.

**Jeff Gaddy**

*Attorney*
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7054 (office)
850.436.6054 (fax)
jgaddy@levinlaw.com



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.