# EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: NATIONAL PRESCRIPTION | ) | **CASE NO. 1:17-MD-2804** |
| OPIATE LITIGATION | ) | |
| | ) | **Judge Dan Aaron Polster** |
| THIS DOCUMENT RELATES TO: | ) | |
| *"Track One Cases"* | ) | |

**PLAINTIFFS (FIRST) COMBINED DISCOVERY REQUESTS
TO NATIONAL RETAIL PHARMACIES DEFENDANTS**

COMES now the Track One Case Plaintiffs, by counsel, and submit the following discovery requests pursuant to Rules 33 and 34 of the Federal Rules of Civil Procedure to the National Retail Pharmacies Defendants.[1]  Plaintiffs previously served a first set of interrogatories and request for production of documents upon the National Retail Pharmacies Defendants.  Since then, the National Retail Pharmacies Defendants responded to the discovery requests in full, in part or not at all.  Moreover, all of the responses complained of "vagueness" resulting in a series of meet and confers.  Finally, the Special Master recently provided guidance in *Discovery Ruling 2* on the geographical and temporal scope of discovery.  As a result, this third set of discovery (but first in a combined format) is designed to synthesize and state with precision some basic elements of discovery requested by the Plaintiffs.

---

[1] On July 1, 2018, Plaintiffs served an identical set of discovery requests on "Distributor Defendants."  To be clear, and to avoid any confusion, this discovery is directed to the "National Retail Pharmacies Defendants."  Both terms are used and defined in the complaints filed in the Case Track One cases.  <u>See</u> Second Amended Corrected Complaint, City of Cleveland v. Purdue Pharma, LP et. al, Case No. 18-OP-45132 (N.D. Ohio),¶95 ("Collectively, Defendants CVS, HBC, Rite Aid, Walgreens, and Walmart are referred to as 'National Retail Pharmacies.'"); ¶96 ("Cardinal, McKesson, AmerisourceBergen, H.D. Smith, Anda, Discount Drug, Prescription Supply and the National Retail Pharmacies are collectively referred to as the "Distributor Defendants.'").  Plaintiffs intend for this set of discovery to now be served on all the distributors in the Case Track One cases.

## COMBINED DISCOVERY REQUESTS

1.      Please produce all *transactional data* related to Opioids and/or Opioid Products from January 1, 1996 to the present; please identify the Bates stamp range for each related to *Case Track One*.

2.      Please produce each of your *Suspicious Order Monitoring System (SOMS)* policies and procedures since January 1, 2006 and identify the Bates stamp range for each; please identify the effective date(s) each was in force and effect.

3.      Please identify and describe each *suspicious order* your Suspicious Order Monitoring System (SOMS) identified since January 1, 2006 and produce all documents related thereto; please identify the Bates stamp range for each related to *Case Track One*.

4.      Please identify each suspicious order you *reported* to the DEA since January 1, 1996 and produce all documents related thereto; please identify the Bates stamp range for each related to *Case Track One*.

5.      For each suspicious order you identified but did not report to the DEA since January 1, 2006, please describe in as much detail as possible the reasons and produce all documents related thereto; please identify the Bates stamp range for each related to *Case Track One*.

6.      For each suspicious order you reported to the DEA since January 1, 2006, please identify whether you *declined* the order or *shipped* the order and produce all documents related thereto; please identify the Bates stamp range for each related to *Case Track One*.

7.      For each suspicious order you reported and then shipped since January 1, 2006, please produce all documents related to your "*due diligence*" for each; please identify the Bates stamp range for each related to *Case Track One*.

8.      Please produce and identify the Bates stamp range of all communications to and/or from the DEA since January 1, 2006, related to Opioids and/or Opioid Products (including the 2006/2007 "*Rannazzisi letters*").

s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr. (Ohio Bar No. 0070257)
GREENE, KETCHUM, FARRELL,
BAILEY & TWEEL, LLP
419 - 11th Street (25701)
P.O. Box 2389
Huntington, West Virginia 25724-2389
Tel.: 800-479-0053 or 304-525-9115
Fax: 304-529-3284
paul@greeneketchum.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 3rd day of July, 2018, the foregoing has been served via email only to the following defense liaison counsel and counsel of record:

Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
T:  (212) 698-3500
mark.cheffo@dechert.com
--*Co-Liaison Counsel for the Manufacturer Defendants*

Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Ste. 2000
Cleveland, OH 44114
T:  (216) 621- 0200
crendon@bakerlaw.com
--*Co-Liaison Counsel for the Manufacturer Defendants*

Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
T:  (215) 851-8100
smcclure@reedsmith.com
--*Co-Liaison Counsel for the Distributor Defendants and*
--*Counsel for AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation*

Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
T:  (202) 434-5000
emainigi@wc.com
--*Co-Liaison Counsel for the Distributor Defendants and*
--*Counsel for Cardinal Health, Inc.*

Geoffrey E. Hobart
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, N.W.
Washington, DC 20001
T:  (202) 662-5281
ghobart@cov.com
--*Co-Liaison Counsel for the Distributor Defendants and*
--*Counsel for McKesson Corporation*


Tyler Tarney
GORDON & REES LLP
41 South High Street, Suite 240
Columbus, Ohio 43215
T: (614) 340-5558
F: (614) 360-2130
ttarney@grsm.com
--*Liaison Counsel for the Physician Defendants*


James W. Matthews (MA BBO #560560)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
T: 617.342.4000
F: 617.342.4001
jmatthews@foley.com
--*Counsel for Anda, Inc.*


Timothy D. Johnson (0006686)
Cavitch, Familo & Durkin Co., L.P.A.
1300 East Ninth Street, 20th Floor
Cleveland, OH 44114
T: 216-621-7860
F: 216-621-3415
tjohnson@cavitch.com
--*Counsel for Discount Drug Mart, Inc.*


Dean T. Barnhard
BARNES & THORNBURG LLP

Kaspar J. Stoffelmayr
BARTLIT  BECK  HERMAN  PALENCHAR
& SCOTT LLP
54 West Hubbard Street, Ste. 300
Chicago, IL 60654
T:  (312) 494-4400
kaspar.stoffelmayr@bartlit-beck.com
--*Liaison Counsel for the Chain Pharmacy Defendants and*
--*Counsel for Walgreens Boots Alliance, Inc. aka Walgreen Co.*


Robert A. Nicholas
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
T: (215) 851-8100
F: (215) 851-1420
rnicholas@reedsmith.com
--*Counsel for Defendants AmerisourceBergen Drug Corporation, AmerisourceBergen Corporation*


Eric R. Delinsky
Zuckerman Spaeder LLP
1800 M Street, NW, Suite 1000
Washington, DC 20036
T: 202-778-1800
F: 202-822-8106 (fax)
edelinsky@zuckerman.com
--*Counsel for CVS Indiana, LLC and CVS Rx Services, Inc.*


George M. Moscarino, Esq. (0019447)
Moscarino & Treu LLP
The Hanna Building
1422 Euclid Avenue, Suite 630
Cleveland, Ohio  44115
T: (216) 621-1000
F: (216) 574-4788
gmoscarino@mosctreu.com>
--*Counsel for HBC Service Company*


Mark H. Lynch
COVINGTON & BURLING LLP

11 South Meridian Street
Indianapolis, IN 46204
Tel: (317) 231-7501
Fax: (317) 231-7433
Dean.Barnhard@btlaw.com
*--Counsel for H.D. Smith entities*

One City Center
850 Tenth Street, N.W.
Washington, D.C. 20001-4956
T: (202) 662-5544
mlynch@cov.com
*--Counsel for Defendant Health Mart Systems,
    Inc.*

Brandan J. Montminy
Texas Bar No. 24088080
LOCKE LORD LLP
2200 Ross Avenue, Suite 2800
Dallas, Texas 75201
T: (214) 740-8000
F: (214) 740-8800
brandan.montminy@lockelord.com
*--Counsel for Henry Schein, Inc. and
    Henry Schein Medical Systems, Inc.*

Laurie K. Miller (WVSB #8826)
Jackson Kelly PLLC
P.O. Box 553
Charleston, WV 25322
Tel: (304) 340-1000
Fax: (304) 340-1050
Email: lmiller@jacksonkelly.com
--Counsel for Miami-Luken, Inc. (Summit)

Craig G. Pelini (#0019221)
Pelini, Campbell & Williams, LLC
8040 Cleveland Ave., NW, Suite 400
North Canton, OH 44720
T: (330) 305-6400
F: (330) 305-0042
cgp@pelini-law.com
*--Counsel for Prescription Supply, Inc.*

Elisa P. McEnroe (PA ID No. 206143)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel.: 215.963.5917
Fax: 215.963.5001
elisa.mcenroe@morganlewis.com
--Counsel for Rite Aid Corporation
    (Cuyahoga) and Rite Aid of Maryland, Inc.
    d/b/a Rite-Aid Mid Atlantic Customer
    Support Center, Inc.

Tina M. Tabacchi
JONES DAY
77 West Wacker Drive
Chicago, IL 60601-1692
T: (312) 782-3939
F: (312) 782-8585
tmtabacchi@jonesday.com
*--Counsel for Walmart Inc. f/k/a Wal-Mart
    Stores, Inc.*

s/ Paul T. Farrell, Jr. _____