# EXHIBIT C

**Walgreens' Production Status - 10/12/18**
**Plaintiffs' Prioritized Categories of Documents**

| Category | Subcategory | Priority Item No | Does the Requested Production Exist? | Time Period Covered by Production[1] | Estimated Time of Substantial Completion of Production[2] | Status / Notes | Location[3] |
|---|---|---|---|---|---|---|---|
| Custodian[4] | Ed Bratton | 1 | Yes | 2010 - 2018 | Substantially complete | Substantially complete | Custodial file of Ed Bratton |
| | Sean Barnes | 2 | Yes | 2010 - 2018 | Substantially complete | Substantially complete | Custodial file of Sean Barnes |
| | Steve Mills | 3 | Yes | 2010 - 2018 | Substantial completion expected by 10/22 | Production in process | Custodial file of Steve Mills |
| | Patty Daugherty | 4 | Yes | 2012 - 2018 | Substantial completion expected by 10/22 | Production in process | Custodial file of Patty Daugherty |
| | Barb Martin | 5 | Yes | 2008 - 2018 | Substantial completion expected by 10/22 | Production in process | Custodial file of Barb Martin |
| | Stephen Bamberg | 6 | Yes | 2010 - 2018 | Substantial completion expected by 11/9 | Production in process | Custodial file of Stephen Bamberg |
| | John Merritello | 7 | Yes | 2011 - 2018 | Substantially complete | Substantially complete | Custodial file of John Merritello |
| | Tasha Polster | 8 | Yes | 2010 - 2018 | Substantial completion expected by 10/22 | Production in process | Custodial file of Tasha Polster |
| | Mike Bleser | 9 | Yes | 2011 - 2018 | Substantial completion expected by 10/22 | Production in process | Custodial file of Mike Bleser |

[1] The parties should identify the general date range (e.g., 1999–2017) of documents or data produced for each applicable category and need not identify specific date ranges of every document in a given category.  For custodial files, the date range reflects documents produced to date. Substantial additional productions are forthcoming.

[2] Substantial completion does not include production resulting from privilege review, which is being conducted pursuant to the schedule set forth in CMO 1.  Additional documents may be produced as a result of such review.

[3] Where feasible, the location of documents should be identified by bates range.  It is recognized that some categories of documents may be spread throughout productions, and that providing a precise bates range is not feasible.  In such situations, the location of documents should be identified by production volume, the name of the custodial file that contains responsive documents, or by the best description possible.

[4] Custodians listed here are those for whom deposition dates have been requested and no objection has been raised.

**Walgreens' Production Status - 10/12/18**
**Plaintiffs' Prioritized Categories of Documents**

| | | | | | | |
|---|---|---|---|---|---|---|
| | Tomson George | 10 | *Yes* | *2008 - 2018* | *Substantial completion expected by 10/22* | *Production in process* | *Custodial file of Tomson George* |
| | Rex Swords | 11 | *Yes* | *2012 - 2018* | *Substantial completion expected by 11/9* | *Production in process* | *Custodial file of Rex Swords* |
| | Eric Stahmann | 12 | *Yes* | *2010 - 2018* | *Substantial completion expected by 11/9* | *Production in process* | *Custodial file of Eric Stahmann* |
| **Non-Custodial Files[5]** | Transactional Data | 1 | *Yes* | *2003 - 2014* | *Produced 10/4* | *Walgreens is working on Plaintiffs' request for data from three additional stores* | *WAGMDL00293631* |
| | Suspicious Order Reports | 2 | *Yes* | *2007-2012* | *Substantial completion expected by 10/22* | *Walgreens lacks a central repository for SORs. Walgreens' investigation is ongoing* | *TBD* |
| | Suspicious Order Monitoring Policies and Procedures | 3 | *Yes* | *2005 - 2018* | *Produced with Walgreens' prior production, custodial, and non-custodial MDL productions from Rx Integrity* | *Production in progress* | *See policies on Suspicious Order Handling and Loss and Good Faith Dispensing* |
| | Files containing due diligence for suspicious orders | 4 | *Walgreens is producing documents related to its evaluation of orders from* | *At least 2012 - 2018* | *Substantial completion expected by 11/9* | *Production in process* | *See custodial files above, including for individuals in Walgreens' Rx Integrity group* |

[5] Each of these categories refers to documents Plaintiffs requested in discovery to be produced in the MDL and does not expand any previous discovery request. All information provided in response is subject to objections previously raised by Defendants in response to those discovery requests.

**Walgreens' Production Status - 10/12/18**
**Plaintiffs' Prioritized Categories of Documents**

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| | | | *Walgreens pharmacies* | | | | |
| | DEA Communications | 5 | *Walgreens is producing communications with the DEA related to the distribution of Opioids in the CT1 jurisdictions* | *At least 2012 - 2018* | *Substantial completion expected by 11/9* | *Walgreens' investigation is ongoing. Additional DEA communications will be produced as available* | *See DEA Records Request email and custodial files for Ed Bratton, Patty Daugherty, Tasha Polster, Barb Martin, Tomson George, Casey Cesnovar, and Ed Kaleta* |