# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) MDL 2804 ) ) Case No. 1:17-md-2804 |
| **THIS DOCUMENT RELATES TO:** | ) ) Judge Dan Aaron Polster |
| *ALL CASES* | ) ) **ORDER** |

Twenty-three sovereign Indian Tribes ask this Court for leave to file a Motion to be Allowed to Conduct Discovery on Certain Issues That Are Unique to The Claims of Indian Tribes.[1] **Doc. #: 1164**. The Motion is **DENIED**.

This Court has already identified cases brought by sovereign Indian Tribes that are actively proceeding with briefing on threshold legal issues unique to the Tribes. See Doc. ##: 232 and 666. Plaintiff Tribes' Motion is untimely and a waste of judicial resources. Plaintiff Tribes' counsel is advised to coordinate future motion practice through the Tribes' representative on the PEC.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster  *December 4, 2018*
 **DAN AARON POLSTER**
 **UNITED STATES DISTRICT JUDGE**

---

[1] The 23 tribes are: St. Croix Chippewa Indians of Wisconsin, Red Cliff Band of Lake Superior Chippewa Indians, Lac Courte Oreilles Band of Lake Superior Chippewa Indians, Lac Du Flambeau Band of Lake Superior Chippewa Indians, Shinnecock Indian Nation, Fond du Lac Band of Lake Superior Chippewa Indians, Chitimacha Tribe of Louisiana, Walker River Paiute Tribe, Paiute -Shoshone Tribe of the Fallon Reservation and Colony , Reno Sparks Indian Colony, Pyramid Lake Paiute Tribe, Ely Shoshone Tribe of Nevada, Battle Mountain Band of the Te-Moak Tribe of Western Shoshone Indians, South Fork Band of the Te-Moak Tribe of Western Shoshone Indians, Round Valley Tribe, Coyote Valley Band of Pomo Indians, Big Valley Band of Pomo Indians, Guidiville Rancheria of California , Redwood Valley Little River Band of Pomo, Scotts Valley Band of Pomo Indians, Hopland Band of Pomo Indians, Big Sand y Rancheria, and Robinson Rancheria.