UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

**Plaintiffs' Motion for Extension of Time to Respond to Plaintiffs' Fact Sheets on Behalf of Counties Affected by Recent Natural Disasters**

Plaintiffs respectfully move the Court for an extension of 45 days beyond the current deadline of December 17, 2018 (until January 31, 2019) within which certain counties affected by recent natural disasters must provide responses to the Plaintiffs' Fact Sheets.

These counties have been required to devote personnel resources to respond to natural disasters and as a result have not had sufficient time to complete the responses.

The California counties of Butte, Ventura, and Los Angeles have been severely affected by the recent fires.

Hurricanes along the Gulf and East Coasts have impacted the following counties as well as others shown on the attached FEMA Disaster Declaration maps for Florida, North Carolina, and South Carolina:

Florida: Bay, Calhoun, Franklin, Gadsden, Gulf, Holmes, Jackson, Leon, Liberty, Taylor, Wakulla, Washington;

Georgia:  Baker, Calhoun, Clay, Crisp, Decatur, Dougherty, Early, Grady, Laurens, Lee, Miller, Mitchell, Randolph, Seminole, Sumter, Terrell, Thomas, Tift, Turner, Worth;

Alabama:  Baldwin, Barbour, Bullock, Butler, Coffee, Conecuh, Covington, Crenshaw, Dale, Escambia, Geneva, Henry, Houston, Mobile, Montgomery, Pike, Poarch Creek Reservation and Trust Lands (also FL), Russell.

WHEREFORE, Plaintiffs respectfully request an extension of 45 days, until January 31, 2019, for those counties affected by recent natural disasters to respond to the Plaintiff Fact Sheet.

Respectfully submitted,

s/*Peter H. Weinberger*
Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (FAX)
pweinberger@spanglaw.com

*Plaintiffs' Co-Liaison Counsel*

### CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2018, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

s/*Peter H. Weinberger*
Peter H. Weinberger
*Plaintiffs' Co-Liaison Counsel*
