

FEMA-4399-DR, Florida Disaster Declaration as of 11/15/2018

# FEMA-4393-DR, North Carolina Disaster Declaration as of 11/15/2018

**Data Layer/Map Description:**
The types of assistance that have been designated for selected areas in the State of North Carolina.

All designated areas in the State of North Carolina are eligible to apply for assistance under the Hazard Mitigation Grant Program.

**Designated Counties**
- No Designation
- Individual Assistance
- Public Assistance
- Individual Assistance and Public Assistance
- Individual Assistance and Public Assistance (Categories A - G)

**Data Sources:**
FEMA, ESRI;
Initial Declaration: 09/14/2018
Disaster Federal Registry Notice:
Amendment #10, 11/15/2018
Datum: North American 1983
Projection: Lambert Conformal Conic

MapID 84c93f1cff50915182103hqprod

