# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The Muscogee (Creek) Nation v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45459-DAP | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

## DISTRIBUTORS' AND PHARMACY DEFENDANTS' RESPONSE TO THE MUSCOGEE (CREEK) NATION'S MOTION TO CORRECT CLERICAL ERROR

Recognizing that it cited and attached an entirely irrelevant unpublished trial court order to its Opposition to Distributors' and Pharmacy Defendants' motions to dismiss its complaint, the Muscogee (Creek) Nation now has obtained leave to attach a different trial court order. This new order, however, provides no more support for the Nation's arguments than the old, irrelevant one did, and the Nation still fails to cite a single Oklahoma case relevant to any of the Distributors' and Pharmacy Defendants' arguments for dismissal of the Nation's public nuisance claim.

The Nation cited only two Oklahoma cases in support of its opposition to Distributors' and Pharmacy Defendants' motions to dismiss its public nuisance claim. Dkt. 1008 at 74–87. Both were unpublished trial court orders; neither offered any analysis of Oklahoma public nuisance law. Distributors' Reply, Dkt. 1086 at 12–14; Pharmacy Defs.' Reply, Dkt. 1087 at 14–15 & n.12. Nevertheless, the Nation contended that the orders negated published Oklahoma precedent limiting public nuisance to uses of property that cause injury to the property of another. Distributors' Br., Dkt. 925-1 at 17.

Distributors and Pharmacy Defendants noted the irrelevance of the cited orders in their Replies. Distributors' Reply 12–14; Pharmacy Defs.' Reply 15 n.12. Four days after Defendants

filed their Replies, the Nation sought and ultimately received leave to "correct" the record and substitute the original Exhibit L, a 1998 trial court order from the State of Oklahoma's suit against tobacco companies that did not mention public nuisance, with a "corrected" Exhibit L.  While the new Exhibit L does address nuisance, it nevertheless does not address the property requirement or any of Defendants' other arguments supporting dismissal of the public nuisance claim.  The order addresses only the remedies available to public bodies under Oklahoma public nuisance law.  According to the order, the tobacco defendants moved for summary judgment on the State's attempt "to recover both actual and punitive damages, in excess of 'abatement damages.'"  "Corrected" Ex. L at 1.  After emphasizing that public bodies may seek only limited remedies, the order grants partial summary judgment to the defendants, holding that the State's "claim for damages is limited to damages sufficient to complete the abatement remedy as to any proven wrongful acts." *Id.* at 3.  There is no indication that the court considered (or that the tobacco defendants even briefed) any of the arguments that Defendants raised in their motions to dismiss the Nation's claims.

In short, neither the old Exhibit L nor the "corrected" one have any bearing on Defendants' motions to dismiss the Nation's public nuisance claim.  The Nation's public nuisance claim (as well as all of its other claims) should be dismissed for the reasons stated in the Defendants' motions to dismiss.

Dated:  December 5, 2018    Respectfully submitted,

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005

Tel: (202) 434-5000
Fax: (202) 434-5029
EMainigi@wc.com
lheard@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc. and Cardinal Health 110, LLC*


*/s/ Robert A. Nicholas* (consent)
Robert A. Nicholas
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Corporation[1] and AmerisourceBergen Drug Corporation*


*/s/ Geoffrey Hobart* (consent)
Geoffrey Hobart
Mark Lynch
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

---

[1] By filing this Motion, AmerisourceBergen Corporation does not concede that it is a proper party to this action.

*/s/ Kaspar J. Stoffelmayr* (consent)
Kaspar J. Stoffelmayr
**BARTLIT BECK LLP**
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for Walgreens Co.*


*/s/ Eric R. Delinsky* (consent)
Eric R. Delinsky
Alexandra W. Miller
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW, Ste. 1000
Washington, DC 20036
(202) 778-1800
edelinsky@zuckerman.com
smiller@zuckerman.com

*Counsel for CVS Pharmacy Inc., Oklahoma CVS Pharmacy, LLC, and Omnicare Distribution Center LLC*


*/s/ Tina M. Tabacchi* (consent)
Tina M. Tabacchi
Tara A. Fumerton
**JONES DAY**
77 West Wacker
Chicago, IL 60601
(312) 782-3939
tmtabacchi@jonesday.com
tfumerton@jonesday.com

*Counsel for Walmart Inc.*


*/s/ Ralph Streza* (consent)
Ralph Streza
**CRITCHFIELD, CRITCHFIELD & JOHNSTON - MEDINA**
54996 Foote Road
Medina, Ohio 44256

        (330) 723-6404
        streza@ccj.com

*Counsel for Cityplex Pharmacy*


*/s/ Gregory O'Brien* (consent)
Gregory O'Brien
**CAVITCH FAMILO & DURKIN**
1300 East Ninth Street, 20th Floor
Cleveland, Ohio 44114
(216) 621-7860
gobrien@cavitch.com

*Counsel for Rogers Drug Co., Inc.*


*/s/ C. Richard McDonald* (consent)
C. Richard McDonald (0017537)
Brian Lange (0080627)
**BONEZZI SWITZER POLITO
& HUPP CO. L.P.A.**
1300 East Ninth Street, Suite 1950
Cleveland, Ohio 44114
(216) 875-2767
rmcdonald@bsphlaw.com
blange@bsphlaw.com

*Counsel for Economy Pharmacy, Inc.*


*/s/ Sean H. McKee* (consent)
Sean H. McKee, OBA #14277
Matthew B. Free, OBA #18055
Benjamin D. Reed, OBA #22696
Steven W. Simcoe, OBA #15349
**BEST & SHARP**
Williams Center Tower 1
One West Third Street, Suite 900
Tulsa, Oklahoma 74103
(216) 875-2767
smckee@bestsharp.com
mfree@bestsharp.com
breed@bestsharp.com
ssimcoe@bestsharp.com

*Counsel for Reasor's LLC, City Drug Co., City Drug of Coweta, Inc., Spoon Drugs, Inc., CareFirst Pharmacy, Inc., Ernie's Pharmacy & Wellness Center, Inc., Gaddy Discount Drug, Inc., M&D Star Drug, Inc., Med-Econ Drug, Inc., Pippenger Pharmacies, LLC, Freeland Brown Pharmacy, Inc.*

*/s/ Brian D. Kerns* (consent)
Brian D. Kerns (0037015)
William A. Peseski (0095235)
**BONEZZI SWITZER POLITO & HUPP CO. L.P.A.**
46 Public Square, Suite 230
Medina, Ohio 44256
(330) 952-0440
bkerns@bsphlaw.com
wpeseski@bsphlaw.com

Edward D. Papp (0068574)
**BONEZZI SWITZER POLITO & HUPP CO. L.P.A.**
1300 East Ninth Street, Suite 1950
Cleveland, Ohio 44114
(216) 875-2767
epapp@bsphlaw.com

*Counsel for NRF, Inc. d/b/a Couch Pharmacy*

*/s/ David C. Youll* (consent)
David C. Youll (16553)
**WELSH & McGOUGH, PLLC**
2727 East 21st Street, Ste. 600
Tulsa, Oklahoma 74114
(918) 585-8600
david@tulsafirm.com

*Counsel for Olympia Pharmacy*

6

## CERTIFICATE OF SERVICE

  I, Ashley W. Hardin, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Ashley W. Hardin*
Ashley W. Hardin
