UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ<br><br><br><br>NOTICE OF SERVICE |

Please take notice that, on November 30, 2018, and December 4, 2018, counsel for the United States Drug Enforcement Administration sent to the following counsel of record an encrypted flash drive containing a production of documents responsive to the subpoena issued to Mr. Joseph Rannazzisi for documents "obtained in the course of [his] employment at DEA relating to opioids":

Paul T. Farrell, Jr., Esq.
Greene Ketchum
419 Eleventh Street
Huntington, WV 25701

Mark S. Cheffo, Esq.
Dechert LLP
Three Bryant Park
1095 Avenue Of The Americas
New York, NY 10036

Enu Mainigi, Esq.
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

Counsel for the United States Drug Enforcement Administration is also preparing and will submit a courtesy copy of the material to the Court.

>Respectfully submitted,
>
>AVA ROTELL DUSTIN
>Executive Assistant United States Attorney
>Attorney for the United States
>Acting Under Authority Conferred by 28 U.S.C. § 515
>
>By:  /s/ James R. Bennett II
>JAMES R. BENNETT II (OH #0071663)
>RENÉE A. BACCHUS (#0063676)
>Assistant U.S. Attorneys
>Carl B. Stokes U.S. Courthouse
>801 West Superior Avenue, Suite 400
>Cleveland, Ohio  44113-1852
>Telephone:  (216) 622-3600
>Facsimile:  (216) 522-4982
>E-mail:  James.Bennett4@usdoj.gov
>E-mail:  Renee.Bacchus@usdoj.gov
>
>Attorneys for United States Department of Justice,
>Drug Enforcement Administration

CERTIFICATE OF SERVICE

I certify that, on December 6, 2018, I filed a copy of the foregoing electronically.  The Court's electronic filing system will send notice of this filing to all parties.  Parties may access this filing through the Court's system.

>/s/ James R. Bennett II
>JAMES R. BENNETT II
>Assistant U.S. Attorney