# EXHIBIT B

**From:** Kate Swift <kate.swift@bartlit-beck.com>
**Sent:** Thursday, September 13, 2018 5:12 PM
**To:** Jeff Gaddy <jgaddy@levinlaw.com>
**Cc:** Peter Mougey <pmougey@levinlaw.com>; Laura Dunning <ldunning@levinlaw.com>; Page Poerschke <ppoerschke@levinlaw.com>; Becca Timmons <btimmons@levinlaw.com>; Salvatore C. Badala <SBadala@NapoliLaw.com>; Hunter Shkolnik <Hunter@NapoliLaw.com>; Joseph L. Ciaccio <JCiaccio@NapoliLaw.com>; Andrew Dressel <ADressel@NapoliLaw.com>; Katie Mayo <kmayo@levinlaw.com>; mdl2804discovery@motleyrice.com; Kaspar Stoffelmayr <kaspar.stoffelmayr@bartlit-beck.com>; opioids@golkow.com
**Subject:** RE: Notice of Deposition - Walgreens

Counsel,

We do not agree to offer Mr. Bratton for his deposition on September 27.

Walgreens offers the following deposition dates for each of the witnesses you requested in your August 31 initial list of witnesses:

- Sean Barnes – October 23
- Steve Mills – November 8
- Patty Daugherty – November 15
- Ed Bratton – November 30
- Barb Martin – December 19

We expect that several of these witnesses will be designated on one or more 30(b)(6) topics.  We will designate witnesses for specific topics shortly, in accordance with the Court's orders.

Walgreens will present each of these witnesses at Bartlit Beck's Chicago office.

Have a good night,
Kate

Katherine M. Swift **|** Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300, Chicago, IL  60654
P:  312.494.4405  F:  312.494.4440  C:  773.531.6118
kate.swift@bbhps.com  |  www.bartlit-beck.com

This message may contain confidential or privileged information.  If it has been sent to you in error, please reply to advise the sender of the error, and then immediately delete this message.

**From:** Jeff Gaddy <jgaddy@levinlaw.com>
**Sent:** Friday, September 7, 2018 1:11 PM
**To:** Hobart, Geoffrey <ghobart@cov.com>; Mainigi, Enu <EMainigi@wc.com>; McClure, Shannon E. <SMcClure@ReedSmith.com>; mark.cheffo@dechert.com; Carole S. Rendon (crendon@bakerlaw.com) <crendon@bakerlaw.com>; Kaspar Stoffelmayr <kaspar.stoffelmayr@bartlit-beck.com>; Kate Swift <kate.swift@bartlit-beck.com>; ttarney@grsm.com
**Cc:** Peter Mougey <pmougey@levinlaw.com>; Laura Dunning <ldunning@levinlaw.com>; Page Poerschke <ppoerschke@levinlaw.com>; Becca Timmons <btimmons@levinlaw.com>; Salvatore C.

Badala <SBadala@NapoliLaw.com>; Hunter Shkolnik <Hunter@NapoliLaw.com>; Joseph L. Ciaccio <JCiaccio@NapoliLaw.com>; Andrew Dressel <ADressel@NapoliLaw.com>; Katie Mayo <kmayo@levinlaw.com>; mdl2804discovery@motleyrice.com;opioids@golkow.com
**Subject:** Notice of Deposition - Walgreens

Counsel,

Attached please find the notice of deposition for Edward Bratton.

**Jeff Gaddy**
*Attorney*
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7054 (office)
850.436.6054 (fax)
jgaddy@levinlaw.com

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.