# EXHIBIT C

**From:** **Kate Swift** kate.swift@bartlit-beck.com
**Subject:** RE: In RE: MDL 2804 - Accelerated 30b6 on Document Preservation
**Date:** September 11, 2018 at 1:16 PM
**To:** Jeff Gaddy jgaddy@levinlaw.com
**Cc:** Peter Mougey pmougey@levinlaw.com, Laura Dunning ldunning@levinlaw.com, Page Poerschke ppoerschke@levinlaw.com, Becca Timmons btimmons@levinlaw.com, Haynes Bryant hbryant@levinlaw.com, Hunter Shkolnik Hunter@NapoliLaw.com, Salvatore C. Badala SBadala@NapoliLaw.com, Joseph L. Ciaccio JCiaccio@NapoliLaw.com, Josh Gay jgay@levinlaw.com, ADressel@NapoliLaw.com, Katie Mayo kmayo@levinlaw.com, Kaspar Stoffelmayr kaspar.stoffelmayr@bartlit-beck.com

Jeff,

We are not going to offer a witness for an accelerated 30(b)(6) deposition.  The claims in your Friday letter are baseless, and the discovery you seek is inappropriate.  We have explained this, both in our meet and confer and in our written correspondence.  It is clear that we will not reach agreement on this issue.  We will seek Special Master Cohen's intervention today.

Katherine M. Swift I Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300, Chicago, IL  60654
P:  312.494.4405  F:  312.494.4440  C: 773.531.6118
kate.swift@bbhps.com  I  www.bartlit-beck.com

This message may contain confidential or privileged information.  If it has been sent to you in error, please reply to advise the sender of the error, and then immediately delete this message.

**From:** Katie Mayo <kmayo@levinlaw.com>
**Sent:** Friday, September 7, 2018 4:50 PM
**To:** Kate Swift <kate.swift@bartlit-beck.com>; Kaspar Stoffelmayr <kaspar.stoffelmayr@bartlit-beck.com>
**Cc:** Peter Mougey <pmougey@levinlaw.com>; Laura Dunning <ldunning@levinlaw.com>; Page Poerschke <ppoerschke@levinlaw.com>; Becca Timmons <btimmons@levinlaw.com>; Haynes Bryant <hbryant@levinlaw.com>; Hunter Shkolnik <Hunter@NapoliLaw.com>; Salvatore C. Badala <SBadala@NapoliLaw.com>; Joseph L. Ciaccio <JCiaccio@NapoliLaw.com>; Josh Gay <jgay@levinlaw.com>; ADressel@NapoliLaw.com; Jeff Gaddy <jgaddy@levinlaw.com>
**Subject:** In RE: MDL 2804 - Accelerated 30b6 on Document Preservation

Counsel,

On behalf of Jeff, please see the attached correspondence.

Thank you,

**Katie Mayo**
Assistant to Jeff Gaddy and Alex Taylor
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
850.435.7182 (office)
850.436.6182 (fax)
kmayo@levinlaw.com

THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.