# EXHIBIT E

| | |
|---|---|
| **From:** | Kate Swift <kate.swift@bartlit-beck.com> |
| **Sent:** | Friday, September 21, 2018 9:39 PM |
| **To:** | Laura Dunning |
| **Cc:** | Peter Mougey; Jeff Gaddy; Kaspar Stoffelmayr |
| **Subject:** | RE: Walgreens - Eric Stahmann Deposition |

Thanks, Laura.  Special Master Cohen has already said that Mr. Bratton's deposition need not go forward in September, as Peter and I discussed yesterday morning.  We will not put him up next week.

As for the conversation Peter and I had today, I asked if plaintiffs were willing to depose one of our fact witnesses without a complete custodial file production.  Are you?

Have a good weekend,
Kate

Katherine M. Swift **|** Bartlit Beck Herman Palenchar & Scott LLP
54 West Hubbard Street, Suite 300, Chicago, IL  60654
P:  312.494.4405  F:  312.494.4440  C: 773.531.6118
kate.swift@bbhps.com  |  www.bartlit-beck.com

This message may contain confidential or privileged information.  If it has been sent to you in error, please reply to advise the sender of the error, and then immediately delete this message.

**From:** Laura Dunning <ldunning@levinlaw.com>
**Sent:** Friday, September 21, 2018 4:11 PM
**To:** Kate Swift <kate.swift@bartlit-beck.com>
**Cc:** Peter Mougey <pmougey@levinlaw.com>; Jeff Gaddy <jgaddy@levinlaw.com>; Kaspar Stoffelmayr <kaspar.stoffelmayr@bartlit-beck.com>
**Subject:** Walgreens - Eric Stahmann Deposition

Kate,

Pursuant to your discussion with Peter earlier today, if Walgreens will agree to put Eric Stahmann up for fact deposition in the next couple of weeks at a time that works for everyone, we will agree to withdraw the notice for Mr. Bratton's September 27th deposition.

We are also in receipt of your letter of today identifying certain custodians and personnel.  Please provide the dates of their employment with Walgreens, including whether any are no longer in Walgreens's employ.

Thank you,

**Laura S. Dunning**
*Of Counsel*
*Securities and Business Litigation*
Levin, Papantonio, Thomas, Mitchell,
Rafferty & Proctor, P.A.
205-396-5014
ldunning@levinlaw.com



THE INFORMATION CONTAINED IN THIS TRANSMISSION IS PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED ONLY FOR USE OF THE INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS TRANSMISSION IN ERROR, DO NOT READ IT. PLEASE IMMEDIATELY REPLY TO THE SENDER THAT YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR. THEN DELETE IT. THANK YOU.