UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-MD-2804<br><br>**Hon. Dan A. Polster** |

### DEFENDANTS' NON-OPPOSITION TO PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFFS' FACT SHEETS ON BEHALF OF COUNTIES AFFECTED BY RECENT NATUAL DISASTERS

Defendants do not oppose Plaintiffs' motion to extend by 45 days the current deadline of December 17, 2018 (until January 31, 2019) for those Plaintiffs that are counties affected by recent natural disasters to respond to the Plaintiff Fact Sheet.

DATED:  December 7, 2018                Respectfully submitted,

*/s/ Mark S. Cheffo*
Sheila L. Birnbaum
Mark S. Cheffo
Hayden A. Coleman
**DECHERT LLP**
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Facsimile: (212) 698-3599
Sheila.Birnbaum@dechert.com
Mark.Cheffo@dechert.com
Hayden.Coleman@dechert.com

*Attorneys for Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*

*/s/ Charles C. Lifland (consent)*
Charles C. Lifland
Sabrin Heron Strong
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com
sstrong@omm.com

*Attorneys for Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals,Inc. n/k/a Janssen Pharmaceuticals, Inc.*

*/s/ Steven A. Reed (consent)*
Steven A. Reed
Eric W. Sitarchuk
Rebecca J. Hillyer
**MORGAN LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103
Telephone: (215) 963-5000
Facsimile: (215) 963-5001
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

Brian Ercole
**MORGAN, LEWIS & BOCKIUS LLP**
200 South Biscayne Boulevard, Suite 5300
Miami, FL 33131
Telephone: (305) 415-3000
Facsimile: (305) 415-3001
brian.ercole@morganlewis.com

*Attorneys for Teva Pharmaceuticals U.S.A., Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc.*

*/s/ Jonathan L. Stern (consent)*
Jonathan L. Stern
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Telephone: (202) 942-5000
Facsimile: (202) 942-5999
jonathan.stern@arnoldporter.com

Sean O. Morris
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Telephone: (213) 243-4000
Facsimile: (213) 243-4199
sean.morris@arnoldporter.com

*Attorneys for Endo Health Solutions Inc. and Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. f/k/a Par Pharmaceutical Holdings, Inc.*

*/s/ Donna M. Welch (consent)*
Donna M. Welch, P.C.
**KIRKLAND & ELLIS LLP**
300 North Lasalle
Chicago, Illinois 60654
Telephone: (312) 862-2000
donna.welch@kirkland.com

*Attorneys for Allergan Finance LLC f/k/a Acatvis, Inc. f/k/a Watson Pharmaceuticals, Inc.*

*/s/ J. Matthew Donohue (consent)*
J. Matthew Donohue
Joseph L. Franco
**HOLLAND & KNIGHT LLP**
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
Telephone: (503) 243-2300
matt.donohue@hklaw.com
joe.franco@hklaw.com

Nicholas A. Sarokhanian
**HOLLAND & KNIGHT LLP**
200 Crescent Court, Suite 1600
Dallas, TX 75201
Telephone: (214) 964-9500
nicholas.sarokhanian@hklaw.com

*Attorneys for Insys Therapeutics, Inc.*

*/s/ Brien T. O'Connor (consent)*
Brien T. O'Connor
Andrew J. O'Connor
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
Telephone: (617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Attorneys for Defendant Mallinckrodt LLC and SpecGX LLC*

*/s/ Daniel G. Jarcho (consent)*
Daniel G. Jarcho
**ALSTON & BIRD LLP**
950 F Street, N.W.
Wasthington, D.C. 200004-1404
(202) 239-3254
Daniel.jarcho@alston.com

*Attorneys for Noramco, Inc.*

*/s/ Enu Mainigi (consent)*
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
spyser@wc.com

4

ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

*/s/ Robert A. Nicholas (consent)*
Robert A. Nicholas
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

*/s/ Geoffrey Hobart (consent)*
Geoffrey Hobart
Mark Lynch
Christian Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
Telephone: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

*/s/ James W. Matthews (consent)*
James W. Matthews
Redi Kasollja
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
Telephone: (617) 342-4000
Facsimile:  (617) 342-4001
jmatthews@foley.com
rkasollja@foley.com

*Counsel for Anda, Inc.*

5

*/s/ William E. Padgett (consent)*
William E. Padgett
Kathleen Matsoukas
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Fax: (317) 231-7433
william.padgett@btlaw.com
kmatsoukas@btlaw.com

*Counsel for H.D. Smith, LLC f/k/a H.D. Smith Wholesale Drug Co.*

*/s/ Tara A. Fumerton (consent)*
Tina M. Tabacchi
Tara A. Fumerton
**JONES DAY**
77 West Wacker
Chicago, IL 60601
Telephone: (312) 269-4335
Fax: (312) 782-8585
tfumerton@jonesday.com

*Counsel for Walmart Inc.*

*/s/ Eric R. Delinsky (consent)*
Eric R. Delinsky
Alexandra W. Miller
**ZUCKERMAN SPAEDER LLP**
1800 M Street, NW
Suite 1000
Washington, DC 20036
Telephone: (202) 778-1800
Fax: (202) 822-8106
edelinsky@zuckerman.com
smiller@zuckerman.com

*Counsel for CVS Indiana, L.L.C. and CVS Rx Services, Inc.*

*/s/ Kelly A. Moore (consent)*
Elisa P. McEnroe
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: (215) 963-5000
Elisa.mcenroe@morganlewis.com

Kelly A. Moore
**MORGAN, LEWIS & BOCKIUS LLP**
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6612
Fax: (212) 309-6001
kelly.moore@morganlewis.com

*Counsel for Rite Aid of Maryland, Inc.*

*/s/ Kaspar Stoffelmayr (consent)*
Kaspar Stoffelmayr
Matthew W. Brewer
**BARTLIT BECK LLP**
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4434
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlit-beck.com
matthew.brewer@bartlit-beck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co.*

7

## **CERTIFICATE OF SERVICE**

      I hereby certify that on December 7, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record registered to receive electronic Notices of Electronic Filing by CM/ECF.

                                                                                   */s/ Mark S. Cheffo*