

**U.S. Department of Justice**

United States Attorney
Northern District of Ohio

United States Court House
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113-1852
Main:  216-622-3600
Facsimile:  216-522-4982

December 10, 2018

Michael Mapes
███████████████
Colorado Spring, CO 80920

      Re:  Subpoena in *In re: National Prescription Opiate Litigation*, MDL No. 2804 (N.D. Ohio)

Dear Mr. Mapes:

    You have been requested by counsel for defendants in the above captioned case to appear at a deposition and testify regarding official Department of Justice information. The Drug Enforcement Administration (DEA) was notified of this request and has stated that it opposes the request.  After reviewing the request, I have determined that your testimony would be cumulative with other witnesses who are being authorized to testify and/or privileged.  Specifically, Joseph Rannazzisi and Kyle Wright are being authorized to testify about the same information that defendants seek testimony from you.  *See, e.g., United States v. Weischedel*, 201 F.3d 1250, 1255 (9th Cir. 2000) (affirming the denial of request to subpoena witnesses whose testimony, although relevant, would be cumulative); *see also* Fed. R. Civ. P. 26(b)(2)(C).  Therefore, I have determined that it would be inappropriate for you to testify regarding the requested topics.

    If you are asked to testify about official Department of Justice information in this case, you should respectfully decline to answer and explain that 28 C.F.R. § 16.22(a) precludes you from doing so.  If you have any questions, please do not hesitate to contact DEA Assistant Deputy Chief Counsel Sandra Stevens or Assistant U.S. Attorney James Bennett (216-622-3988).

                                              */s/ Ava Rotell Dustin*
                            AVA ROTELL DUSTIN
                            Executive Assistant United States Attorney
                            Office of the United States Attorney
                            Northern District of Ohio
                            Acting Under Authority Conferred by 28 U.S.C. § 515

**GOVERNMENT EXHIBIT F**