# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : <br> : Case No. 1:17-MD-2804-DAP <br> : <br> : Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Nathan J. Andrisani on behalf of Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc.; Actavis, LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. in the above-captioned matter.

Dated:  December 11, 2018                     Respectfully submitted,

*/s/ Nathan J. Andrisani*
Nathan J. Andrisani (PA Bar No. 77205)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Facsimile:  215.963.5001
nathan.andrisani@morganlewis.com