# IN THE UNITED STAES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| -------------------------------------------------X | MDL No. 2804 |
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-md-02804-DAP |
| This document relates to: |  |
| The County of Pike, Kentucky | Case No. 18-op-45368-DAP |
| The County of Floyd, Kentucky | Case No. 18-op-45369-DAP |
| The County of Knott, Kentucky | Case No. 18-op-45370-DAP |
|  | Judge Dan Aaron Polster |
| -------------------------------------------------X |  |

## NOTICE OF PAUL B. MASLO'S WITHDRAWAL AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED AS ATTORNEY TO BE NOTICED

Napoli Shkolnik PLLC represents Plaintiffs, in the above-referenced cases. Please be advised that I am leaving the firm. As such, I respectfully request that I am removed as "Attorney of Record" and "Attorney to be Noticed." Napoli Shkolnik will remain Plaintiff's counsel.

Dated: December 12, 2018

Respectfully submitted,

*/s/ Paul B. Maslo*
Paul B. Maslo (admitted *pro hac vice*)
NAPOLI SHKOLNIK PLLC
360 Lexington Avenue, 11th Floor
New York, New York 10017
Telephone: (212) 397-1000
Fax: (646) 843-7603
Email: pmaslo@napolilaw.com

*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

The undersigned attorney hereby certifies that on December 12, 2018, he electronically filed a copy of the attached via the CM/ECF filing system, which sent notification of such filing to all Filing Users.

*/s/ Paul Maslo*