IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

NOTICE OF APPEARANCE

The Court and parties will please take notice that Brent M. Buckley of Buckley King LPA, 1400 Fifth Third Center, 600 Superior Avenue East, Cleveland, OH 44114, hereby enters his appearance on behalf of defendant, Walgreen Co.

Dated: December 13, 2018

/s/  Brent M. Buckley
BRENT M. BUCKLEY
Ohio State Bar 0017010
BUCKLEY KING LPA
1400 Fifth Third Center
600 Superior Avenue East
Cleveland, OH  44114-2652
Phone: (216) 363-1400
Fax: (216) 579-1020
buckley@buckleyking.com

*Attorney for Defendant Walgreen Co.*

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of December, 2018, the foregoing *Notice of Appearance* was electronically filed with the Clerk of this Court. Notification of such filing will be sent to all parties through the Court's ECF system.

                                                                         */s/ Brent M. Buckley*
                                                                         Brent M. Buckley  (0017010)
                                                                         *Attorney for Defendant Walgreen Co.*