UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                              MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −70)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. *See* 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,178 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Dec 14, 2018

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

### SCHEDULE CTO−70 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **CALIFORNIA SOUTHERN** | | | |
| CAS | 3 | 18−02673 | Pala Band of Mission Indians v. Purdue Pharma L.P. et al |
| **FLORIDA MIDDLE** | | | |
| FLM | 8 | 18−02861 | City of Bradenton v. Amerisourcebergen Drug Corporation et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 0 | 18−62830 | City of Fort Lauderdale, Florida v. Purdue Pharma L.P. et al |
| **GEORGIA MIDDLE** | | | |
| GAM | 1 | 18−00221 | CITY OF ALBANY GEORGIA v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| GAM | 1 | 18−00224 | GRADY COUNTY GEORGIA v. PURDUE PHARMA LP et al |
| **GEORGIA NORTHERN** | | | |
| ~~GAN~~ | ~~2~~ | ~~18−00220~~ | ~~County of Fannin v. Rite Aid of Georgia, Inc. et al~~ Opposed 12/13/18 |
| **INDIANA NORTHERN** | | | |
| INN | 1 | 18−00380 | Blackford County, Indiana v. AmerisourceBergen Drug Corporation et al |
| **INDIANA SOUTHERN** | | | |
| INS | 4 | 18−00198 | CITY OF NEW ALBANY, INDIANA v. AMERISOURCEBERGEN DRUG CORPORATION et al |

## LOUISIANA EASTERN

| | | | |
|---|---|---|---|
| ~~LAE~~ | ~~2~~ | ~~18-11486~~ | ~~New Orleans City v. Purdue Pharma LP, et al~~ Opposed 12/13/18 |

## MARYLAND

| | | | |
|---|---|---|---|
| MD | 8 | 18-03597 | Commissioners of St. Mary's County, Maryland v. Amerisourcebergen Drug Corporation et al |

## MICHIGAN EASTERN

| | | | |
|---|---|---|---|
| MIE | 2 | 18-13645 | Detroit Wayne Mental Health Authority v. Purdue Pharma L.P. et al |

## MISSOURI WESTERN

| | | | |
|---|---|---|---|
| ~~MOW~~ | ~~4~~ | ~~18-00932~~ | ~~Tudhope et al v. AmerisourceBergen Drug Corporation et al~~ Opposed 12/13/18 |

## NORTH CAROLINA MIDDLE

| | | | |
|---|---|---|---|
| NCM | 1 | 18-00983 | DAVIDSON COUNTY v. PURDUE PHARMA, L.P. et al |