Motion granted.  /s/Dan Aaron Polster 12/14/18

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>***APPLIES TO ALL CASES*** | Case No. 1:17-MD-2804<br><br>Hon. Dan A. Polster |

### Plaintiffs' Motion for Extension of Time to Respond to Plaintiffs' Fact Sheets on Behalf of Counties Affected by Recent Natural Disasters

Plaintiffs respectfully move the Court for an extension of 45 days beyond the current deadline of December 17, 2018 (until January 31, 2019) within which certain counties affected by recent natural disasters must provide responses to the Plaintiffs' Fact Sheets.

These counties have been required to devote personnel resources to respond to natural disasters and as a result have not had sufficient time to complete the responses.

The California counties of Butte, Ventura, and Los Angeles have been severely affected by the recent fires.

Hurricanes along the Gulf and East Coasts have impacted the following counties as well as others shown on the attached FEMA Disaster Declaration maps for Florida, North Carolina, and South Carolina:

Florida:  Bay, Calhoun, Franklin, Gadsden, Gulf, Holmes, Jackson, Leon, Liberty, Taylor, Wakulla, Washington;