# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 |
| | ) |
| | ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) |
| | ) Judge Dan Aaron Polster |
| *Rees v. McKesson Corporation, et al.,* *Case No. 1:18-OP-45252* | ) |
| | ) **ORDER** |
| | ) |
| *Wood v. Purdue Pharma L.P., et al.,* *Case No. 1:18-OP-45264* | ) |
| | ) |
| *Salmons v. Purdue Pharma L.P., et al.,* *Case No. 1:18-OP-45268* | ) |
| | ) |
| *Ambrosio v. Purdue Pharma L.P., et al.,* *Case No. 1:18-OP-45375* | ) |
| | ) |
| *Flanagan v. Purdue Pharma L.P., et al.,* *Case No. 1:18-OP-45405* | ) |
| | ) |
| *Whitley, et al. v. Purdue Pharma L.P., et al.,* *Case No. 1:18-OP-45598* | ) |
| | ) |
| *Roach v. McKesson Corporation, et al.,* *Case No. 1:18-OP-45662* | ) |
| | ) |
| *Hunt v. Purdue Pharma L.P., et al.,* *Case No. 1:18-OP-45681* | ) |

Before the Court is Plaintiffs' Motion for Leave to File Renewed Motion for Separate NAS Baby Track. **Doc. #: 895**. In the Motion, the above captioned NAS Baby Plaintiffs expressed concerns that the particularized needs of babies born with neonatal abstinence syndrome ("NAS") were not sufficiently being addressed by the Plaintiffs' Executive Committee ("PEC"). Plaintiffs

even went so far as to move for transfer of their cases to a separate MDL. *See, e.g., In Re: Infants Born Opioid-Dependent Products Liability Litigation*, MDL No. 2872, Doc. #: 51, Order Denying Transfer (J.P.M.L. Dec. 6, 2018). In denying centralization, the Joint Panel on Multidistrict Litigation stated that they "are confident in [this Court's] ability to ensure that non-leadership counsel and other litigants are treated appropriately in this litigation." *Id.* at 4.

Therefore, in lieu of granting Plaintiffs' Motion, the Court directs NAS Baby Plaintiffs' Counsel to meet with the PEC and Special Master McGovern to address how Plaintiffs' needs might be more adequately addressed. Plaintiffs Motion for Leave to File Renewed Motion for Separate NAS Baby Track is **DENIED**.

       **IT IS SO ORDERED.**

     **/s/ Dan Aaron Polster** *December 14, 2018*
     **DAN AARON POLSTER**
     **UNITED STATES DISTRICT JUDGE**