# IN THE UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | * * * | 1:17-MD-2804 |
| | * * | JUDGE DAN AARON POLSTER |
| This document relates to: Shelby County, TN v. Purdue Pharma, L.P., et al. Case No. 1:18-op-45992-DAP | * * * | |

*******************************************

## NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE

Plaintiff Shelby County, Tennessee, hereby files this notice of voluntary dismissal of this action **without prejudice** under Rule 41(a)(1)(A)(i).  Per Rule 41(a)(1)(A)(i), leave of Court is not required because no defendant in this action has filed an answer or a motion for summary judgment.

Dated: December 17, 2018  

Respectfully submitted,

　/s/ *J. Gerard Stranch, IV*　
BRANSTETTER, STRANCH & JENNINGS, PLLC
James G. Stranch, III (BPR #2542)
J. Gerard Stranch, IV (BPR #023045)
Tricia A. Herzfeld (BPR #26014)
Benjamin A. Gastel (BPR #28699)
The Freedom Center
223 Rosa L. Parks Avenue, Suite 200
Nashville, TN  37203
Telephone: (615) 254-8801

Facsimile: (615) 255-5419
jims@bsjfirm.com
gerards@bsjfirm.com
triciah@bsjfirm.com
beng@bsjfirm.com
aorlandi@bsjfirm.com

John Marshall Jones (BPR #13289)
Deputy County Attorney
Johnm.jones@shelbycountytn.gov
SHELBY COUNTY ATTORNEY'S OFFICE
160 North Main St., Suite 950
Memphis, TN 38103

*Attorneys for Plaintiff Shelby County, Tenn.*

## CERTIFICATE OF SERVICE

I hereby certify that on December 17, 2018, a copy of this pleading was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  All other parties will be served by regular U.S. mail.  Parties may access this filing through the Court's electronic filing system.

                                        BRANSTETTER, STRANCH &  
                                      JENNINGS, PLLC

          By:          /s/ *J. Gerard Stranch, IV*  
                                J. Gerard Stranch, IV