THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION, MDL No. 2804 | ) ) ) ) |  |
| This Document Relates to: LANCASTER COUNTY, SOUTH CAROLINA, | ) ) ) ) ) |  |
| **Plaintiff**, | ) ) |  |
| v. | ) ) ) ) ) ) | 1:17-md-02804-DAP<br><br>C.A. No. 1:18-op-45265<br>S.C. C. A. NO.: 0:18-cv-00636 |
| AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH, INC., McKESSON CORPORATION, PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; NORAMCO, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLS; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; MALLINCKRODT PLC and MALLINCKRODT LLC. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF DISMISSAL** |
| **Defendants.** | ) ) ) |  |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and its counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants.

        s/Charles W. Whetstone, Jr.
Charles W. Whetstone, Jr., Fed. ID #4604
James E. Brogdon, III, Fed. I.D. #10872
Cheryl F. Perkins, Fed. ID # 4969
John Eric Fulda, Fed. ID #7328
WHETSTONE, PERKINS & FULDA, LLC
Post Office Box 8086
601 Devine Street (29201)
Columbia, South Carolina 29202
cperkins@attorneyssc.com
jfulda@attorneyssc.com
cwhetstone@attorneyssc.com
Phone (803) 799-9400
Facsimile (803)799-2017

s/Annesley H. DeGaris.
Annesley H. DeGaris
Alabama State Bar #ASB9182-A63A
DeGaris & Rogers, LLC
Two North Twentieth Street
Suite 1030
Birmingham, Alabama 35203
Phone: (205) 558-9000
Facsimile (205)588-5231
adegaris@degarislaw.com
cduddy@degarislaw.com

Columbia, South Carolina
December 17, 2018