# THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION, MDL No. 2804 | ) ) ) ) |
| This Document Relates to: | ) ) |
| MARION COUNTY, SOUTH CAROLINA, | ) ) |
| **Plaintiff**, | ) ) |
| v. | ) 1:17-md-02804-DAP ) ) C.A. No. 1:18-op-45146 ) S.C. C. A. NO.: 4:18-cv-00115 ) |
| AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH, INC., McKESSON CORPORATION, PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; NORAMCO, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLS; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; MALLINCKRODT PLC and MALLINCKRODT LLC. | ) ) ) ) ) ) ) ) ) ) **NOTICE OF DISMISSAL** ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) |
| **Defendants.** | ) |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and its counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants.

                        s/Charles W. Whetstone, Jr.
                        Charles W. Whetstone, Jr., Fed. ID #4604
                        James E. Brogdon, III, Fed. I.D. #10872
                        Cheryl F. Perkins, Fed. ID # 4969
                        John Eric Fulda, Fed. ID #7328
                        WHETSTONE, PERKINS & FULDA, LLC
                        Post Office Box 8086
                        601 Devine Street (29201)
                        Columbia, South Carolina 29202
                        cperkins@attorneyssc.com
                        jfulda@attorneyssc.com
                        cwhetstone@attorneyssc.com
                        Phone (803) 799-9400
                        Facsimile (803)799-2017

                        s/Annesley H. DeGaris.
                        Annesley H. DeGaris
                        Alabama State Bar #ASB9182-A63A
                        DeGaris & Rogers, LLC
                        Two North Twentieth Street
                        Suite 1030
                        Birmingham, Alabama 35203
                        Phone: (205) 558-9000
                        Facsimile (205)588-5231
                        adegaris@degarislaw.com
                        cduddy@degarislaw.com

Columbia, South Carolina
December 17, 2018