# THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION, MDL No. 2804 ) ) ) ) | |
| This Document Relates to: ) ) | |
| CALHOUN COUNTY, SOUTH CAROLINA, ) ) | |
| **Plaintiff**, ) ) | |
| v. ) ) ) ) ) ) ) | 1:17-md-02804-DAP<br><br>C.A. No. 1:18-op-45748<br>S.C. C. A. NO.: 5:18-cv-01526 |
| AMERISOURCEBERGEN DRUG CORPORATION, CARDINAL HEALTH, INC., McKESSON CORPORATION, PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICAL INDUSTRIES, LTD.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; JANSSEN PHARMACEUTICA INC. n/k/a JANSSEN PHARMACEUTICALS, INC.; NORAMCO, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN PLC f/k/a ACTAVIS PLS; WATSON PHARMACEUTICALS, INC. n/k/a ACTAVIS, INC.; WATSON LABORATORIES, INC.; ACTAVIS LLC; ACTAVIS PHARMA, INC. f/k/a WATSON PHARMA, INC.; MALLINCKRODT PLC and MALLINCKRODT LLC. ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) | **NOTICE OF DISMISSAL** |
| **Defendants.** ) | |

Pursuant to F.R.C.P. 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, the Plaintiff and its counsel hereby give notice that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants.

                 s/Charles W. Whetstone, Jr.
                 Charles W. Whetstone, Jr., Fed. ID #4604
                 James E. Brogdon, III, Fed. I.D. #10872
                 Cheryl F. Perkins, Fed. ID # 4969
                 John Eric Fulda, Fed. ID #7328
                 WHETSTONE, PERKINS & FULDA, LLC
                 Post Office Box 8086
                 601 Devine Street (29201)
                 Columbia, South Carolina 29202
                 cperkins@attorneyssc.com
                 jfulda@attorneyssc.com
                 cwhetstone@attorneyssc.com
                 Phone (803) 799-9400
                 Facsimile (803)799-2017

                 s/Annesley H. DeGaris.
                 Annesley H. DeGaris
                 Alabama State Bar #ASB9182-A63A
                 DeGaris & Rogers, LLC
                 Two North Twentieth Street
                 Suite 1030
                 Birmingham, Alabama 35203
                 Phone: (205) 558-9000
                 Facsimile (205)588-5231
                 adegaris@degarislaw.com
                 cduddy@degarislaw.com

Columbia, South Carolina
December 17, 2018