# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No.: 1:17-MD-2804-DAP |

## NOTICE OF APPEARANCE

Please take notice that David R. Geiger of Foley Hoag LLP, 155 Seaport Blvd., Boston, MA 02210, hereby enters his appearance as counsel for Defendants Mark E Cieniawski, M.D., and Michael B. Bruehl, M.D., in the above-captioned matter.

Dated: December 17, 2018

Respectfully submitted,

*/s/ David R. Geiger*
David R. Geiger, BBO #188120
Foley Hoag LLP
155 Seaport Boulevard
Boston, MA 02210
Tel: 617- 832-1000
Fax: 617-832-7000
dgeiger@foleyhoag.com

*Attorney for Mark E Cieniawski, M.D., and Michael B. Bruehl, M.D.*

1

2

## **CERTIFICATE OF SERVICE**

      I hereby certify that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF), and paper copies will be sent to those indicated as non-registered participants on December 17, 2018.

                                                  */s/ David R. Geiger*
                                                  David R. Geiger

Case: 1:17-md-02804-DAP  Doc #: 1197  Filed:  12/17/18  2 of 2.  PageID #: 28808

2