**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION AT CLEVELAND**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) Case No. 1:17-MD-2804- DAP<br>)<br>)<br>) |

**NOTICE OF APPEARANCE**

Please take notice that Marc E. Dann of the Dann Law Firm, 2728 Euclid Ave., Suite 300, Cleveland, Ohio 44115 hereby enters his appearance as counsel for Plaintiff, Jodi Shaffer, in the above captioned matter.

Dated: December 18, 2018

Respectfully Submitted,

*/s/Marc E. Dann, Esq.*
Marc E. Dann (0039425)
Brian D Flick (0081605)
DannLaw
P.O. Box 6031040
Cleveland, OH  44103
Phone: (216) 373-0539
Facsimile: (216) 373-0536
notices@dannlaw.com