# EXHIBIT A



Begin forwarded message:

**From:** "Peter H. Weinberger" <PWeinberger@spanglaw.com>
**Date:** November 29, 2018 at 5:01:54 PM EST
**To:** "'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com'" <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>
**Cc:** "2804 Discovery, MDL" <mdl2804discovery@motleyrice.com>, Sheila Schebek <SMS@spanglaw.com>
**Subject: Notice of Discovery Sharing per CMO 2 - MDL 2804**

To all Defendants:

Pursuant to Paragraph 33 (I) of CMO 2, plaintiffs give notice that the following representatives of State Attorney Generals have been provided access to the Purdue's MDL discovery responses and have executed the Acknowledgment and Agreement to be bound by the Protective Order:

Arizona AG: Rebecca Salisbury, Assistant Attorney General; rebecca.salisbury@azag.gov, *State of Arizona, Ex Rel. Mark Brnovich, Attorney General vs. Purdue Pharma L.P., Purdue Pharma, Inc., and the Purdue Frederick Company, Inc. (D/B/A The Purdue Frederick Company)*, Case No. C20072471, Superior Court Of Arizona, Pima County.

Massachusetts AG: Gillian Feiner, Massachusetts, Head of False Claims Division, gillian.feiner@state.ma.us, *Commonwealth of MA v. Purdue Pharma, L.P.*, C.A. No. 1884-cv-01808 (BLS2).

Minnesota AG: Eric Maloney, Minnesota Assistant Attorney General,  eric.maloney@ag.state.mn.us, *State of Minnesota by its Attorney General, Lori Swanson, v. Purdue Pharma L.P., Purdue Pharma, Inc., and The Purdue Frederick Company Inc.*, Court File No. 27-CV-18-10788, Fourth Judicial District, Hennepin County District Court, Minnesota.  Counsel of record for the Minnesota Attorney General's Office are Deputy Attorney General James Canaday, Assistant Attorney General Eric Maloney, and Assistant Attorney General Evan Romanoff.

New York AG: Carol Hunt, Assistant Attorney General, Carol.Hunt@ag.ny.gov, *The People of the State of New York, by Barbara D. Underwood, Attorney General of the State of New York v. Purdue Pharma LP, et al*, Case No. 0400016/2018.

Oregon AG: David Hart, Assistant Attorney in Charge, Oregon Dept. of Justice, david.hart@doj.state.or.us, *Rosenblum, Attorney General for the State of Oregon, Plaintiff, vs. Purdue Pharma L.P. a Delaware limited partnership; Purdue Pharma Inc., a New York corporation; and The Purdue Frederick Company Inc., a New York corporation*, Multnomah County Circuit Case No. 18CV40526.

Pete

Peter H. Weinberger

**Spangenberg Shibley & Liber LLP**
1001 Lakeside Avenue East, Suite 1700
Cleveland, Ohio 44114
216-696-3232 Office
216-407-5033 Cell
216-696-3924 Fax
PWeinberger@spanglaw.com | www.spanglaw.com



CONFIDENTIALITY NOTICE: The information in this e-mail, including any attachments, is for the sole use of the intended recipient(s), and may contain confidential and legally privileged communications. If you are not the intended recipient, any disclosure, copying, distribution or use of the contents of this communication is strictly prohibited and may be unlawful, and could subject the unlawful user to civil and criminal penalties. Any unintended receipt should be reported to this sender immediately and all copies returned, deleted, and destroyed. TO OUR CLIENTS: Any dissemination of this communication to third-parties may be a waiver of the attorney-client privilege.

---

This communication may contain information that is legally privileged, confidential or exempt from disclosure. If you are not the intended recipient, please note that any dissemination, distribution, or copying of this communication is strictly prohibited. Anyone who receives this message in error should notify the sender immediately by telephone or by return e-mail and delete it from his or her computer.

---

For more information about Arnold & Porter, click here:
http://www.arnoldporter.com