# EXHIBIT C

# OGorman, Debra

| | |
|---|---|
| **From:** | Feiner, Gillian (AGO) <gillian.feiner@state.ma.us> |
| **Sent:** | Tuesday, November 20, 2018 10:51 AM |
| **To:** | Blank, Timothy; James.Carroll@skadden.com; Maya.Florence@skadden.com; joan.lukey@choate.com; jwolosz@choate.com; OGorman, Debra; Olsson, Jon; Gold, Eric (AGO); Magen, Sarah |
| **Cc:** | Gold, Eric (AGO); Alexander, Sandy (AGO) |
| **Subject:** | Com. v. Purdue, et al. |

Counsel,

We plan to file and serve an Amended Complaint on December 7.  Because the Amended Complaint will contain material that Defendants have designated Confidential and/or Highly Confidential under the Protective Order, we plan to file a motion early next week to allow for it to be impounded.  Could you please let me know whether I can indicate your assent?

I hope you all have a restful and enjoyable Thanksgiving.

Best,

Gillian
617-963-2571