# EXHIBIT D



# THE COMMONWEALTH OF MASSACHUSETTS
## OFFICE OF THE ATTORNEY GENERAL
ONE ASHBURTON PLACE
BOSTON, MASSACHUSETTS 02108

**MAURA HEALEY**
**ATTORNEY GENERAL**

(617) 727-2200
(617) 727-4765 TTY
www.mass.gov/ago

December 3, 2018



**IN HAND**

Civil Clerk's Office
Suffolk County Superior Court
Suffolk County Courthouse, 12th Floor
3 Pemberton Square
Boston, MA 02108

Re: *Com. v. Purdue Pharma L.P., et al.*, C.A. No. 1884-cv-01808 (BLS2)

Dear Sir or Madam:

Enclosed for filing on behalf of the Commonwealth and defendants Purdue Pharma L.P., Purdue Pharma Inc., Craig Landau, John Stewart, and Mark Timney, please find our *JOINT MOTION TO IMPOUND AMENDED COMPLAINT*.

If you have any questions concerning this filing, please do not hesitate to contact me at the number below.

Sincerely,

Gillian Feiner
Assistant Attorney General
Office of the Attorney General
One Ashburton Place
Boston, Massachusetts 02108
617-963-2571
Gillian.feiner@mass.gov

cc: Service List, via email

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                                                       SUPERIOR COURT

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
:
COMMONWEALTH OF MASSACHUSETTS,       :
:
        Plaintiff,          :   Civil Action
:   No. 1884-cv-01808 (BLS2)
  v.                                  :
:
PURDUE PHARMA L.P, et al.,            :
:
        Defendants.        :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

### JOINT MOTION[1] TO IMPOUND AMENDED COMPLAINT

The Commonwealth of Massachusetts, Defendants Purdue Pharma L.P., Purdue Pharma Inc. (collectively with Purdue Pharma L.P., "Purdue") and Defendants Craig Landau, John Stewart, and Mark Timney (collectively the "Officer Defendants," with Purdue, "Defendants," and collectively with the Commonwealth the "Parties") jointly move to impound the Commonwealth's Amended Complaint, which is scheduled to be filed on December 7, 2018. As grounds for the requested relief, the Parties state:

      1.    The Commonwealth anticipates filing an Amended Complaint on December 7. The Commonwealth has informed Defendants that new allegations in the Amended Complaint contain information the Defendants have designated Confidential or Highly Confidential pursuant to this Court's October 22, 2018 Protective Order and/or Protective Orders in other proceedings. Although Defendants have not yet seen the Amended Complaint, the

---

[1] Director Defendants Peter Boer, Paulo Costa, Ilene Sackler Lefcourt, Judy Lewent, Cecil Pickett, Beverly Sackler, David Sackler, Jonathan Sackler, Kathe Sackler, Mortimer D.A. Sackler, Richard Sackler, Theresa Sackler, and Ralph Snyderman do not join in this motion but do not oppose it.

Officer Defendants understand that the new allegations in the Amended Complaint include highly sensitive personal financial information of the Officer Defendants, and Purdue understands that the Amended Complaint refers to and/or quotes from documents that Purdue has produced to the Commonwealth and designated Confidential or Highly Confidential.

2. Accordingly, pursuant to paragraph 12 of this Court's October 22, 2018 Protective Order and Rule 8 of the Uniform Rules on Impoundment Procedure, in order to afford adequate protection to the Defendants, the Commonwealth seeks the Court's permission to:

    a. file an impounded, unredacted version of the Amended Complaint; and

    b. submit to the Clerk for public inspection a version of the Amended Complaint redacting all information Defendants have designated Confidential or Highly Confidential.

3. After the Commonwealth files and serves upon the Defendants the unredacted Amended Complaint, the Parties will promptly meet and confer, in good faith, concerning the designations and the scope of appropriate redactions. The Parties will then file, within 30 days or such other time allowed by the Court, a less heavily redacted public version of the complaint, along with a supporting motion and affidavit(s) specifying the material to be redacted and establishing good cause for the remaining redactions, in accordance with the Uniform Rules on Impoundment Procedure, and/or motions concerning remaining designation-related disputes, pursuant to paragraph 16 of the Protective Order.

WHEREFORE, the Parties respectfully request that the Court enter the proposed Findings and Order of Impoundment attached hereto as Exhibit A.

Dated: December 3, 2018
       Boston, Massachusetts

_____
Sydenham B. Alexander, III (BBO #671182)
Gillian Feiner (BBO #664152)
Eric M. Gold (BBO #660393)
Jeffrey Walker (BBO #673328)
Jenny Wojewoda (BBO #674722)
Assistant Attorneys General
Office of the Attorney General
Health Care and Fair Competition Bureau
One Ashburton Place
Boston, Massachusetts 02108
(617) 727-1200
sandy.alexander@state.ma.us

Counsel for Plaintiff
Commonwealth of Massachusetts

3

**DECHERT LLP**

*Jon Olsson / qf*
_____
Jon E. Olsson (BBO #698783)
DECHERT LLP
One International Place
100 Oliver Street, 40th Floor
Boston, MA 02110
(617) 728-7135
jon.olsson@dechert.com

Sheila L. Birnbaum (admitted *pro hac vice*)
Mark S. Cheffo (admitted *pro hac vice*)
Debra D. O'Gorman (admitted *pro hac vice*)
Bert L. Wolff (admitted *pro hac vice*)
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
sheila.birnbaum@dechert.com
mark.cheffo@dechert.com
debra.o'gorman@dechert.com
bert.wolff@dechert.com

*Attorneys for Defendants Purdue Pharma L.P. and Purdue Pharma Inc.*


**SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP**

*Maya Florence / qf*
_____
James R. Carroll (BBO #554426)
Maya Florence (BBO #661628)
SKADDEN, ARPS, SLATE,
 MEAGHER & FLOM LLP
500 Boylston Street
Boston, Massachusetts 02116
(617) 573-4800
james.carroll@skadden.com
maya.florence@skadden.com

Counsel for Defendants
Craig Landau, John Stewart, and Mark Timney

4

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                       SUPERIOR COURT

---------------------------------- x
:
COMMONWEALTH OF MASSACHUSETTS, :
:
       Plaintiff,                     Civil Action
                                        : No. 1884-cv-01808 (BLS2)
   v.                                      :
:
PURDUE PHARMA L.P, et al., :
:
       Defendants. :
:
---------------------------------- x

## AFFIDAVIT IN SUPPORT OF JOINT MOTION TO IMPOUND AMENDED COMPLAINT

I, Gillian Feiner, being duly sworn, depose and say:

1. I am an Assistant Attorney General in the False Claims Division of the Office of the Attorney General. I represent the plaintiff in the above-captioned action.

2. The facts set out in the *Joint Motion to Impound Amended Complaint* are true and accurate.

Signed under the pains and penalties of perjury in Boston, MA this 3rd day of December 2018.

By: _____
Gillian Feiner, BBO # 664152
Assistant Attorney General

5

## CERTIFICATE OF SERVICE

I, Gillian Feiner, hereby certify that on December 3, 2018, a true copy of the foregoing Motion For Impoundment and Affidavit in Support was served on all parties of record via email.

Dated: December 3 2018

_____
Gillian Feiner

# EXHIBIT A

COMMONWEALTH OF MASSACHUSETTS

SUFFOLK, ss.                                                                  SUPERIOR COURT

-------------------------------------- X
                                                 :

COMMONWEALTH OF MASSACHUSETTS,
                                                 :

           Plaintiff,                               Civil Action
                                                 :    No. 1884-cv-01808 (BLS2)

   v.
                                                 :

PURDUE PHARMA L.P, et al.,
                                                 :

          Defendants.
                                                 :
-------------------------------------- X

## [PROPOSED] FINDINGS AND ORDER OF IMPOUNDMENT

**IT IS HEREBY ORDERED THAT:**

     1.     Good cause exists to impound the Commonwealth's Amended Complaint, which is scheduled to be filed on December 7, 2018, until December 7, 2023 or such other time as set forth in a superseding Order.

     2.     The Commonwealth shall simultaneously submit a redacted copy of the Amended Complaint to the clerk for public inspection.

     3.     After the Commonwealth files and serves upon the Defendants the unredacted Amended Complaint, the Parties will promptly meet and confer, in good faith, concerning the designations and the scope of appropriate redactions. The Parties will then file, within 30 days or such other time allowed by the Court, a less heavily redacted public version of the complaint, along with a supporting motion and affidavit(s) specifying the material to be redacted and establishing good cause for the remaining redactions, in accordance with the Uniform Rules on Impoundment Procedure, and/or motions concerning remaining designation-related disputes, pursuant to paragraph 16 of the Protective Order.

So Ordered: Date:

_____    _____
Superior Court Justice