# EXHIBIT E

## OGorman, Debra

| | |
|---|---|
| **From:** | Blank, Timothy |
| **Sent:** | Tuesday, December 18, 2018 10:15 AM |
| **To:** | Gold, Eric (AGO); Feiner, Gillian (AGO) |
| **Cc:** | Carroll, James R; Boisvert, Chip; Wolosz, Justin J.; Alexander, Sandy (AGO); OGorman, Debra; Walker, Jeffrey (AGO); Birnbaum, Sheila; Cheffo, Mark; Lukey, Joan; Florence, Maya P; Julie Porter; EXT mleventhal@jha.com; EXT dpepe@jha.com; mkmonaghan@debevoise.com |
| **Subject:** | RE: TC re impoundment hearing |
| **Attachments:** | Fwd: Notice of Discovery Sharing per CMO 2 - MDL 2804 |

Dear Gillian,

As I mentioned when we spoke yesterday, many of the documents cited in the version of the Commonwealth's Amended Complaint bear bates numbers with the prefix "PPLP" or "PPLPC" indicating that the documents were produced by Purdue in the MDL.  These documents were not provided to you by counsel for Purdue.  Instead, they were shared with you by counsel for the MDL plaintiffs. In obtaining these documents, you were required to sign on to be bound by the MDL protective order and to consent to the jurisdiction of the MDL court.  Indeed, on November 29, 2018, Counsel for Purdue was informed by MDL Plaintiffs' counsel that you personally were among the state Attorney Generals that "have been provided access to the Purdue's MDL discovery responses and have executed the Acknowledgment and Agreement to be bound by the Protective Order."  (See attached email from Peter H. Weinberger of Spangenberg Shibley & Liber LLP).  The acknowledgement you signed states:

> I agree to comply with and to be bound by all the terms of the Protective Order, and I understand and acknowledge that failure to so comply could expose me to sanctions and punishment in the nature of contempt. I solemnly promise that I will not disclose in any manner any information or item that is subject to the Protective Order to any person or entity except in strict compliance with the provisions of the Protective Order.
>
> I further agree to submit to the jurisdiction of the United States District Court for the Northern District of Ohio for the purposes of enforcing terms of the Protective Order, even if such enforcement proceedings occur after termination of these proceedings.

It is Purdue's position that any disclosure of information obtained from the MDL documents obtained by the Commonwealth pursuant to paragraph 33(l) of the MDL Protective Order remains governed by the provisions of the MDL Protective Order.  As you agreed in signing Acknowledgement A, you may "not disclose in any manner any information or item that is subject to the Protective Order to any person or entity except in strict compliance with the provisions of the Protective Order."  We do not agree with you that the protective order entered in this case has any impact on your obligations as a signatory to Acknowledgement A.

Please confirm immediately that you will not publicly disclose information obtained from Purdue's MDL production.  If you do not do so, we will raise this issue with the MDL court.

```
Timothy C. Blank
Dechert LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA  02110
Direct:  +1.617.728.7154
Cell:  +1.617.429.5084
Fax: +1.617.426.6567
timothy.blank@dechert.com
www.dechert.com
```

**From:** Gold, Eric (AGO) [mailto:eric.gold@state.ma.us]
**Sent:** Tuesday, December 18, 2018 9:20 AM
**To:** Feiner, Gillian (AGO) <gillian.feiner@state.ma.us>; Blank, Timothy <timothy.blank@dechert.com>
**Cc:** Carroll, James R <James.Carroll@skadden.com>; Boisvert, Chip <Chip.Boisvert@dechert.com>; Wolosz, Justin J. <jwolosz@choate.com>; Alexander, Sandy (AGO) <sandy.alexander@state.ma.us>; OGorman, Debra <Debra.O'Gorman@dechert.com>; Walker, Jeffrey (AGO) <jeffrey.walker@state.ma.us>
**Subject:** RE: TC re impoundment hearing

Tim, Can you do a call on this today at 1:30?

- Eric

**From:** Feiner, Gillian (AGO) <gillian.feiner@mass.gov>
**Sent:** Monday, December 17, 2018 3:32 PM
**To:** Blank, Timothy <timothy.blank@dechert.com>
**Cc:** Carroll, James R <James.Carroll@skadden.com>; Boisvert, Chip <Chip.Boisvert@dechert.com>; Wolosz, Justin J. <jwolosz@choate.com>; Gold, Eric (AGO) <eric.gold@mass.gov>; Alexander, Sandy (AGO) <Sandy.Alexander@mass.gov>
**Subject:** RE: TC re impoundment hearing


**From:** Blank, Timothy
**Sent:** Friday, December 14, 2018 6:14 PM
**To:** Feiner, Gillian (AGO)
**Cc:** Carroll, James R ; Boisvert, Chip ; Wolosz, Justin J. ; Gold, Eric (AGO) ; Alexander, Sandy (AGO)
**Subject:** Re: TC re impoundment hearing

Gillian—we will be going through the new allegations thought the weekend and through Monday and hope and expect to be able to have a call with you on Tuesday to discuss. We will send times on Monday when we have a better sense.

Thanks, Tim

Timothy C. Blank
Dechert LLP
One International Place, 40th Floor
100 Oliver Street
Boston, MA 02110
Direct: +1. 617.728.7154
Cell: +1.617.429.5084
timothy.blank@dechert.com
www.dechert.com


On Dec 14, 2018, at 5:34 PM, Feiner, Gillian (AGO) <gillian.feiner@state.ma.us> wrote:

> Following up to see whether you have time on Monday to confer about the designations/redactions. Please let us know when works on your end.
>
> **From:** Feiner, Gillian (AGO)
> **Sent:** Thursday, December 13, 2018 1:31:24 PM
> **To:** Carroll, James R; Blank, Timothy (timothy.blank@dechert.com); Boisvert, Chip; Wolosz, Justin J.

2

**Cc:** Gold, Eric (AGO); Alexander, Sandy (AGO)
**Subject:** RE: TC re impoundment hearing

Counsel,

As promised, here is a pdf of the amended complaint we gave you today (the unredacted version) together with a version comparing it against the original complaint. Please let us know whether you have time for a call on Monday to discuss designation issues.

Sincerely,
Gillian

-----Original Appointment-----
**From:** Feiner, Gillian (AGO) <gillian.feiner@mass.gov>
**Sent:** Wednesday, December 12, 2018 1:32 PM
**To:** Carroll, James R; Blank, Timothy (timothy.blank@dechert.com); Gold, Eric (AGO)
**Subject:** TC re impoundment hearing
**When:** Wednesday, December 12, 2018 1:45 PM-2:00 PM (UTC-05:00) Eastern Time (US & Canada).
**Where:** 617-963-2494; 030717

---

This e-mail is from Dechert LLP, a law firm, and may contain information that is confidential or privileged. If you are not the intended recipient, do not read, copy or distribute the e-mail or any attachments. Instead, please notify the sender and delete the e-mail and any attachments. Thank you.