# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| This document applies to: | CASE NO.: 1:17-md-2804 |
| THE MUSCOGEE (CREEK) NATION | |
| Plaintiff, | JUDGE DAN A. POLSTER |
| v. | |
| PURDUE PHARMA L.P., *et al.*, | |
| Defendants. | |
| Case No.: 18-op-45459 | |

## NOTICE OF WITHDRAWAL AS COUNSEL

Please take notice that the attorney listed below of the law firm Gilbert LLP withdraws his appearance in the above-captioned case as counsel of record for Plaintiff, The Muscogee (Creek) Nation.

David H. Remes, Esq.
DC Bar No. 370782
Gilbert, LLP
1100 New York Avenue, NW
Suite 700
Washington, DC 20005
Telephone:  (202)772-2337
Facsimile:  (202)772-3333
Email:  remesd@gotofirm.com

Dated:  December 21, 2018	Respectfully submitted,

               */s/ David H. Remes*
               David H. Remes, Esq.
               DC Bar No. 370782
               Gilbert, LLP
               1100 New York Avenue, NW
               Suite 700
               Washington, DC 20005
               Telephone:  (202)772-2337
               Facsimile:  (202)772-3333
               Email:  remesd@gotofirm.com

**CERTIFICATE OF SERVICE**

  I hereby certify that on December 21, 2018, I electronically filed the foregoing Notice of Withdrawal as Counsel for the attorney set forth above with the Clerk of this Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

              /*s/ Jenna A. Hudson*
              Jenna A. Hudson, Esq.