UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804 |
| | | JUDGE DAN A. POLSTER |
| | | MAGISTRATE JUDGE DAVID A. RUIZ |
| | | NOTICE OF SERVICE |

Please take notice that, on December 21, 2018, the United States Drug Enforcement

Administration served upon the Court and the following counsel of record encrypted media

containing (1) a supplemental production of documents responsive to the subpoena issued to Mr.

Joseph Rannazzisi for documents "obtained in the course of [his] employment at DEA relating to

opioids" and (2) distributor briefing documents for distributors who are defendants in the Track 1

cases:

Paul T. Farrell, Jr., Esq.
Greene Ketchum
419 Eleventh Street
Huntington, WV 25701

Mark S. Cheffo, Esq.
Dechert LLP
Three Bryant Park
1095 Avenue Of The Americas
New York, NY 10036

Enu Mainigi, Esq.
Williams & Connolly LLP
725 Twelfth Street NW
Washington, DC 20005

Respectfully submitted,

AVA ROTELL DUSTIN
Executive Assistant United States Attorney
Northern District of Ohio
Acting Under Authority Conferred by
28 U.S.C. § 51


By:    /s/ James R. Bennett II
JAMES R. BENNETT II (OH #0071663)
Assistant U.S. Attorney
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
Telephone:  (216) 622-3600
Facsimile:  (216) 522-4982
E-mail:  James.Bennett4@usdoj.gov


Attorneys for United States Department of Justice,
Drug Enforcement Administration


CERTIFICATE OF SERVICE

I certify that, on December 21, 2018, I filed a copy of the foregoing electronically.  The

Court's electronic filing system will send notice of this filing to all parties.  Parties may access

this filing through the Court's system.


/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney

2