# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>City of Huntington Beach, California v. Purdue Pharma L.P., et al (1:18-op-45588-DAP) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## MOTION TO WITHDRAW AS ATTORNEY

**COMES NOW** John C. Thornton, III and Anne Andrews of Andrews & Thornton respectfully request permission to withdraw as counsel for Plaintiff City of Huntington Beach, California. Having so approved this withdrawal, the City of Huntington Beach, California will continue to be represented by the remaining Attorneys of Record.

    Respectfully submitted,

    */s/ John C. Thornton*
    John C. Thornton, III, SBN: 84492
    Anne Andrews, SBN: 103280
    **ANDREWS & THORNTON**
    4701 Von Karman Ave, Suite 300
    Newport Beach, CA 92660
    Telephone: (949) 748-1000
    Facsimile: (949) 315-3540
    E-mail: jct@andrewsthornton.com
    E-mail: aa@andrewsthornton.com
    *Attorneys for Plaintiff City of Huntington Beach, California*

## CERTIFICATE OF SERVICE

I hereby certify that on December 21, 2018, a copy of foregoing **MOTION TO WITHDRAW AS ATTORNEY** was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

                                                 */s/ John C. Thornton*
                                                 John C. Thornton