# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| | **Case No. 17-md-2804** |
| | **Judge Dan Aaron Polster** |

## MOTION TO WITHDRAW

Craig G. Pelini, Paul B. Ricard, and the firm of Pelini, Campbell & Williams, LLC hereby provide this Motion to Withdraw as counsel of record for Prescription Supply, Inc. ("PSI") in the above referenced matter. John J. Haggerty of Fox Rothschild LLP will remain as counsel of record for PSI. Please remove Attorney Pelini and Attorney Ricard from all future pleadings, correspondence, and notices filed under the CM/ECF system.

Respectfully submitted,

*/s/ Craig G. Pelini*
Craig G. Pelini (#0019221)
Paul B. Ricard (#0088207)
Pelini, Campbell & Williams, LLC
8040 Cleveland Ave., NW, Suite 400
North Canton, OH  44720
Telephone:  (330) 305-6400
Facsimile:   (330) 305-0042
E-mail:  cgp@pelini-law.com
             pbricard@pelini-law.com

## CERTIFICATE OF SERVICE

I hereby certify that on December 22, 2018, I electronically filed the foregoing Motion to Withdraw with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

/s/ Craig G. Pelini
Paul B. Ricard (#0088207)
Craig G. Pelini (#0019221)

s:\4137\6000 mdl prescription supply\motion to withdrawl.docx