IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| *THIS DOCUMENT RELATES TO: ALL CASES* | Case No. 17-md-2804 |
| | Hon. Dan Aaron Polster |

## McKESSON'S MOTION FOR LEAVE TO FILE A MOTION TO COMPEL WITH THE COURT

Pursuant to Rule 45(d)(2)(B)(i) of the Federal Rules of Civil Procedure, McKesson Corporation ("McKesson"), by its undersigned counsel of record respectfully requests leave to file its Motion to Compel Production of the Ohio Automated Rx Reporting System ("OARRS") database ("Motion to Compel") with the Court. At the direction of Special Master Cohen, the Motion to Compel is filed concurrent with this motion on the public docket, but is directed to him.

The reasons for granting this motion are more fully set forth in the attached memorandum in support.

1

Date: <u>December 31, 2018</u>    Respectfully submitted,

<u>/s/ Geoffrey Hobart</u>
Geoffrey E. Hobart
Mark H. Lynch
Maureen F. Browne
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
mbrowne@cov.com

*Counsel for McKesson Corporation*