IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br>*ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**PROPOSED ORDER GRANTING McKESSON'S MOTION TO COMPEL PRODUCTION OF THE OHIO AUTOMATED Rx REPORTING SYSTEM DATABASE**

This matter having come before the Court upon McKesson Corporation's ("McKesson") motion to compel the State of Ohio Board of Pharmacy ("the Board") to produce the Ohio Automated Rx Reporting System ("OARRS") database pursuant to Rule 45(d)(2)(B)(i) of the Federal Rules of Civil Procedure; the Court having reviewed the motion and related papers; due and proper notice of the motion having been provided; and after due deliberation and sufficient cause appearing therefore, the Court finds that the motion should be GRANTED.

WHEREFORE, IT IS HEREBY ORDERED that the Board shall immediately produce the OARRS database in response to McKesson's Rule 45(a)(1)(D) Subpoena.

SO ORDERED this __ day of _____, 2019.

_____
**HON. DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**