**EXHIBIT D**

# COVINGTON

BEIJING   BRUSSELS   DUBAI   FRANKFURT   JOHANNESBURG
LONDON   LOS ANGELES   NEW YORK   SAN FRANCISCO
SEOUL   SHANGHAI   SILICON VALLEY   WASHINGTON

Ethan Forrest

Covington & Burling LLP
One Front Street
San Francisco, CA 94111-5356
T +1 415 591 7008
eforrest@cov.com

**By Email**

August 22, 2018

James T. Wakley
Senior Assistant Attorney General
Counsel to the State of Ohio Board of Pharmacy
Health and Human Services
30 E. Broad Street, 26th Floor
Columbus, OH 43215

Re:   *In re: National Prescription Opiate Litigation*,
      Case No. 1:17-md-02804
      **Subpoena Duces Tecum to State of Ohio Board of Pharmacy**

Dear Mr. Wakley:

We write regarding the Ohio Board of Pharmacy's document production responsive to McKesson Corporation's July 11, 2018 subpoena in the above-captioned case. In your August 10, 2018 letter, you explained that you had deposited the first batch of documents responsive to that subpoena. You further stated that the Board was still gathering records and would provide an update when available. Please let us know the status of the Board's record collection by this Friday, August 24.

Also, on August 2, 2018, the Ohio Board of Pharmacy was served with a subpoena for deposition testimony. Ideally, the BOP document production and production of the OARRS database will be substantially complete by the time of the deposition. Please factor this in to your update. We are, of course, happy to discuss by telephone if that is more convenient.

Sincerely,

Ethan Forrest