IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br>*ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## ORDER GRANTING McKESSON'S MOTION FOR LEAVE TO FILE ITS MOTION TO COMPEL WITH THE COURT

This matter having come before the Court upon McKesson Corporation's ("McKesson") motion for leave to file its Motion to Compel; the Court having reviewed the motion and related papers; due and proper notice of the motion having been provided; and after due deliberation and sufficient cause appearing therefore, the Court finds that the motion should be GRANTED.

SO ORDERED this 2 day of January, 2019.

 

s/ Dan Aaron Polster
_____

HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE