# EXHIBIT A

AFFIDAVIT OF SERVICE



NAPOLI SHKOLNIK - NY
UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO
IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION

PLAINTIFF

- vs -

index No. 17-MD-2804
Date Filed
File No. MDL 2804
Court Date: 01/04/2019

AFFIDAVIT OF SERVICE

STATE OF ALABAMA, COUNTY OF JEFFERSON :SS:

MIKE JUNKINS, being duly sworn deposes and says:

Deponent is not a party herein, is over 18 years of age and resides in the State of ALABAMA.

On 12.19.2018 at 7:00 PM,

at 7078 LAKE RUN DRIVE BIRMINGHAM, AL 35242

deponent served the within **PLAINTIFF'S NOTICE OF INTENT TO SERVE SUBPOENA AND SUBPOENA TO TESTIFY AT A DEPOSITION IN A CIVIL ACTION** on: **DARIN CECIL**, the **WITNESS** therein named.

___ #1 INDIVIDUAL  By delivering a true copy of each to said recipient personally; deponent knew the person served to be the person described as said person therein.

___ #2 CORPORATION  By delivering a true copy of each to _____ personally, deponent knew the person so served to be the _____ of the corporation, and authorized to accept service on behalf of the corporation.

___ #3 SUITABLE AGE PERSON  By delivering a true copy of each to _____ a person of suitable age and discretion. Said premises is **WITNESS's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

___ #4 AFFIXING TO DOOR  By affixing a true copy of each to the door of said premises, which is **WITNESS's**: [ ] actual place of business  [ ] dwelling house (usual place of abode) within the state.

Deponent was unable, with due diligence to find **WITNESS** or a person of suitable age and discretion, having called thereat

| | on the | day of | at |
|---|---|---|---|
| | 12th | December, 2018 | 5:38 PM |
| | 14TH | December, 2018 | 7:05 PM |
| | 15th | December, 2018 | 4:38 pm |
| | 19th | December, 2018 | 7:00 PM |

Address confirmed by _____

___ #5 MAIL COPY  On _____ I deposited in the United States mail a true copy of the aforementioned documents properly enclosed and sealed in a post-paid wrapper addressed to the above address. Copy mailed 1st class mail marked personal and confidential not indicating on the outside thereof by return address or otherwise that said notice is from an attorney or concerns an action against the person to be served.

___ #6 DESCRIPTION (USE WITH #1, 2 OR 3)  Deponent describes the person served as aforesaid to the best of deponent's ability at the time and circumstances of the service as follows.
Sex: _____  Color: _____  Hair: _____
Age: _____  Height: _____  Weight: _____
OTHER IDENTIFYING FEATURES: _____

___ #7 WITNESS FEES  The authorized witness fee and / or traveling expenses were paid (tendered) to the **WITNESS** in the amount of $ _____

___ #8 MILITARY SRVC  Deponent asked person spoken to whether the **WITNESS** was presently in military service of the United States Government or of the State of _____ and was informed that **WITNESS** was not.

X #9 OTHER  Defendant refused to answer door on December 19, 2018, believes to be evading service.

12.31.2018

NOTARY NAME & DATE

MONICA J. HAYES
NOTARY PUBLIC, ALABAMA STATE AT LARGE
MY COMMISSION EXPIRES MAR. 21, 2022

Mike Junkins

PM Legal, LLC
75 MAIDEN LANE 11TH FLOOR
NEW YORK, NY 10038
Reference No: 8-NPLNY-942404