UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*THIS DOCUMENT RELATES TO:  ALL CASES* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

**CERTAIN DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RELIEF CONCERNING IMPROPER EXTRAJUDICIAL STATEMENTS AND VIOLATIONS OF COURT ORDERS**

The undersigned Defendants move this Court for leave to file the annexed Motion for Relief Concerning Improper Extrajudicial Statements and Violation of Court Orders and memorandum in support thereof.

Lawyers representing plaintiffs in this litigation are engaged in a concerted campaign to taint potential jury pools in this district—and across the country—through misleading, inflammatory, and improper public statements.  Their behavior, which reached a crescendo on national TV during a recent episode of *60 Minute*s, is a flagrant violation of their ethical obligations as attorneys practicing before this Court and threatens defendants' rights to a fair adjudication of the claims asserted against them.  Certain statements by plaintiffs' counsel also have violated this Court's express orders.  These lawyers' professional misconduct is so far outside the bounds of appropriate behavior as to warrant a gag order and other sanctions.  Such steps are necessary to help mitigate the unfair and prejudicial effects of the misconduct and to deter similar misconduct in the future.  The essential fairness of this proceeding and the rights of the parties are at stake.

1

For these reasons and those more fully set forth in the annexed motion and memorandum in support, the Court should grant Defendants leave to file the annexed Motion for Relief Concerning Improper Extrajudicial Statements and Violation of Court Orders and memorandum in support thereof.

January 4, 2019							Respectfully submitted,

*/s/ Carole S. Rendon*
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Tel: (216) 621- 0200
Fax: (216) 696-0740
crendon@bakerlaw.com

*Counsel for Defendants Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. (incorrectly named as "Par Pharmaceutical Companies, Inc. f/k/a Par Pharmaceutical Holdings, Inc.")*

*/s/ Donna M. Welch*
Donna M. Welch, P.C.
(Illinois Bar No. 6226352)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2424
Fax: (312) 862-2200
dwelch@kirkland.com

*Counsel for Defendants Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. and Allergan PLC f/k/a Actavis PLC*

*/s/ Shannon McClure Roberts*
Shannon McClure Roberts
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel:  (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Distributor Defendant AmerisourceBergen Drug Corporation*

*Counsel for H.D. Smith for the limited purpose of this motion*

*/s/ Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

*/s/ Timothy D. Johnson*
Timothy D. Johnson (0006686)
CAVITCH, FAMILO & DURKIN CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio 44114
Tel:  (216) 621-7860
Fax:  (216) 621-3415
tjohnson@cavitch.com

*Attorney for Discount Drug Mart, Inc.*

3

/s/ Charles C. Lifland
Charles C. Lifland (Cal. Bar No. 108950)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com

*Counsel for Defendants Johnson & Johnson; Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

/s/ Brien T. O'Connor
Brien T. O'Connor
Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199
Tel:  (617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Counsel for Defendant Mallinckrodt LLC*

/s/ Geoffrey Hobart
Geoffrey Hobart
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
Tel:  (202) 662-5281
ghobart@cov.com

*Counsel for Distributor Defendant McKesson Corporation*

4

*/s/ Mark S. Cheffo*
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel:  (212) 698-3500
Mark.Cheffo@dechert.com

*Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*