**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| ***THIS DOCUMENT RELATES TO: ALL CASES*** | Case No. 1:17-md-2804 |
| | Hon. Dan Aaron Polster |

**CERTAIN DEFENDANTS' MOTION FOR RELIEF**
**CONCERNING IMPROPER EXTRAJUDICIAL STATEMENTS**
**AND VIOLATIONS OF COURT ORDERS**

The undersigned Defendants move this Court for the following relief and all other relief the Court deems necessary:

(1)     Mr. Moore, Mr. DeWine, and Mr. LeBlanc, all counsel representing the plaintiffs in this MDL, and all those who have received information or documents pursuant to this Court's Orders, shall strictly comply with Rule 3.6 of the Ohio Rules of Professional Conduct and shall refrain from making any statements to the media or the public relating to any of the following subjects:  (a) the character, credibility, or reputation of a party; (b) the strengths or weaknesses of any party's case; (c) any information the attorneys know or reasonably should know is likely to be inadmissible evidence and would create a substantial risk of prejudice if disclosed; and (d) the ARCOS data or any information produced in discovery in this action.

(2)     Mr. Moore, Mr. DeWine, and Mr. LeBlanc shall be admonished for violating this Court's orders and the Court should impose appropriate sanctions to deter future violations.

(3)     Mr. Moore, Mr. DeWine, and Mr. LeBlanc shall pay the defendants' attorneys' fees and costs incurred as a result of their misconduct.

(4)     Pursuant to Local Rule 83.7(d)(1), this matter shall be referred to the Court's Committee on Complaints and Policy Compliance, with notification to the Clerk of Court, for investigation and the prosecution of a formal disciplinary proceeding or the formulation of such other recommendation as is appropriate.

(5)     Mr. Moore, Mr. DeWine, and Mr. LeBlanc shall identify all counsel who were present for the taping of the *60 Minutes* segment or otherwise knowingly assisted, induced, or participated in the effort in any way.

This motion is supported by the attached Memorandum in Support of Motion for Relief Concerning Improper Extrajudicial Statements and Violations of Court Orders.

January 4, 2019                                                          Respectfully submitted,


                                                                          */s/ Carole S. Rendon*
                                                                          Carole S. Rendon
                                                                          BAKER & HOSTETLER LLP
                                                                          Key Tower 127 Public Square, Suite 2000
                                                                          Cleveland, OH 44114-1214
                                                                          Tel: (216) 621- 0200
                                                                          Fax: (216) 696-0740
                                                                          crendon@bakerlaw.com

                                                                          *Counsel for Defendants Endo Health
                                                                          Solutions Inc., Endo Pharmaceuticals Inc.,
                                                                          Par Pharmaceutical, Inc., and Par
                                                                          Pharmaceutical Companies, Inc. (incorrectly
                                                                          named as "Par Pharmaceutical Companies,
                                                                          Inc. f/k/a Par Pharmaceutical Holdings,
                                                                          Inc.")*

*/s/ Donna M. Welch*
Donna M. Welch, P.C.
(Illinois Bar No. 6226352)
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
Tel: (312) 862-2424
Fax: (312) 862-2200
dwelch@kirkland.com

*Counsel for Defendants Allergan Finance,*
*LLC f/k/a Actavis, Inc. f/k/a Watson*
*Pharmaceuticals, Inc. and Allergan PLC f/k/a*
*Actavis PLC*

*/s/ Shannon McClure Roberts*
Shannon McClure Roberts
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel:  (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Distributor Defendant*
*AmerisourceBergen Drug Corporation*

*Counsel for H.D. Smith for the limited*
*purpose of this motion*

*/s/ Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

3

/s/ Timothy D. Johnson
Timothy D. Johnson (0006686)
CAVITCH, FAMILO & DURKIN CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio 44114
Tel:  (216) 621-7860
Fax:  (216) 621-3415
tjohnson@cavitch.com

*Attorney for Discount Drug Mart, Inc.*

/s/ Charles C. Lifland
Charles C. Lifland (Cal. Bar No. 108950)
O'MELVENY & MYERS LLP
400 South Hope Street
Los Angeles, California 90071
Tel: (213) 430-6000
Fax: (213) 430-6407
clifland@omm.com

*Counsel for Defendants Johnson & Johnson;
Janssen Pharmaceuticals, Inc.; Janssen
Pharmaceutica, Inc. n/k/a Janssen
Pharmaceuticals, Inc.; and Ortho-
McNeil-Janssen Pharmaceuticals, Inc. n/k/a
Janssen Pharmaceuticals, Inc.*

/s/ Brien T. O'Connor
Brien T. O'Connor
Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199
Tel:  (617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Counsel for Defendant Mallinckrodt LLC*

4

*/s/ Geoffrey Hobart*
Geoffrey Hobart
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
Tel:  (202) 662-5281
ghobart@cov.com

*Counsel for Distributor Defendant McKesson*
*Corporation*

*/s/ Mark S. Cheffo*
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel:  (212) 698-3500
Mark.Cheffo@dechert.com

*Counsel for Defendants Purdue Pharma L.P.,*
*Purdue Pharma Inc., and The Purdue*
*Frederick Company*