# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*THIS DOCUMENT RELATES TO: ALL CASES* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

### ORDER GRANTING CERTAIN DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR RELIEF CONCERNING IMPROPER EXTRAJUDICIAL STATEMENTS AND VIOLATIONS OF COURT ORDERS

This matter having come before the Court upon Certain Defendants' motion for leave to file their Motion for Relief Concerning Improper Extrajudicial Statements and Violations of Court Orders; the Court having reviewed the motion and related papers; due and proper notice of the motion having been provided; and after due deliberation and sufficient cause appearing therefore, the Court finds that the motion should be GRANTED.

SO ORDERED this ___ day of _____, 2019.

_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE