# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | :<br>:  Case No. 1:17-MD-2804-DAP<br>:<br>:  Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Richard G. Shephard, Jr. on behalf of Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc.; Actavis, LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. in the above-captioned matter.

Dated: January 4, 2019        Respectfully submitted,

*/s/ Richard G. Shephard, Jr.*
Richard G. Shephard, Jr. (PA Bar No. 320968)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Facsimile:  215.963.5001
richard.shephard@morganlewis.com