UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION
    New Orleans City v. Purdue Pharma LP, et al.,   )
        E.D. Louisiana C.A. No. 2:18-11486   )          MDL No. 2804

**ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER**

    A conditional transfer order was filed in this action *(New Orleans City)* on December 6, 2018.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *New Orleans City* filed a notice of opposition to the proposed transfer.  Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

    IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-70" filed on December 6, 2018, is LIFTED insofar as it relates to this action.  The action is transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polster

                                          FOR THE PANEL:

                                          Jeffery N. Lüthi
                                          Clerk of the Panel