Motion granted. Plaintiffs are directed to inform the Court when they will be able to take the depositions. /s/Dan Aaron Polster 1/7/19

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## SUPPLEMENTAL JOINT MOTION TO ALLOW CERTAIN INSYS-RELATED WITNESSES TO BE DEPOSED BEYOND JANUARY 25, 2019

On December 14, 2018, the Court granted the Joint Motion To Allow Certain Insys-Related Witnesses To Be Deposed Beyond January 25, 2019 (Dkt. #1184). Pursuant to the Court's order, the depositions of several witnesses related to Defendant Insys Therapeutics, Inc. ("Insys") will take place after the conclusion of the criminal action brought by the Department of Justice ("DOJ") in the United States District Court, District of Massachusetts (Case:1:16-cr-10343-ADB) against certain former employees of Insys. On December 18, 2018, counsel for Dr. John Kapoor, a defendant in the above criminal action, advised that Dr. Kapoor will move to stay his deposition in the Track One cases until after the conclusion of the criminal trial scheduled to start January 28, 2018. The parties believe that other criminal defendants in the above action that Plaintiffs have identified for deposition (i.e., Sunrise Lee, Michael Babich, Michael Gurry, Joseph Rowan and Alec Burlakoff) will also move to stay their depositions for the same or similar reasons. As such, pursuant to the Court's scheduling order CMO-1 (Dkt. 232), CMO-7 Setting New Deadlines for Track One Cases (Dkt. 876), and Federal Rule of Civil Procedure 16, Plaintiffs and Insys jointly move to allow the depositions of the above criminal defendants to be taken following the adjudication of the DOJ's criminal action.