# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL CASES ) ) ) ) ) | MDL No. 2804 <br><br> Case No. 1:17-md-2804 <br><br> Judge Dan Aaron Polster <br><br> Mag. Judge David A. Ruiz |

## PLAINTIFF CITY OF CLEVELAND'S MOTION FOR LEAVE TO FILE MOTION TO DISQUALIFY CAROLE RENDON UNDER SEAL

Pursuant to Local Rule 5.2, Plaintiff City of Cleveland seeks leave of Court to file its Motion for Leave to Disqualify Carole Rendon and accompanying documents in the above-listed case under seal. Plaintiff files this Motion and Proposed Order to ensure compliance with CMO No. 2: Protective Order (ECF Doc. 441) and the Protective Order Re: DEA's ARCOS/DADS Database (ECF Doc. 167). Plaintiff respectfully requests the option to proceed in this manner so there are no inadvertent disclosures of confidential information subject to CMO No. 2 or the ARCOS Protective Order.

WHEREFORE, Plaintiff respectfully requests the Honorable Court to grant Plaintiff's Motion for Leave to Disqualify Carole Rendon Under Seal.

Respectfully submitted,

s/Mark Pifko
Mark Pifko
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Los Angeles, California  91436
(818) 839-2325
(818) 986-9698 (Fax)
mpifko@baronbudd.com

        s/*Peter H. Weinberger*
Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Counsel for Plaintiff the City of Cleveland*

### CERTIFICATE OF SERVICE

I hereby certify that on January 8, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

        s/Mark Pifko
Mark Pifko
*Counsel for Plaintiff the City of Cleveland*