UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) THIS DOCUMENT RELATES TO: ) ) ALL CASES ) ) ) ) ) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>Mag. Judge David A. Ruiz |

**ORDER GRANTING PLAINTIFF CITY OF CLEVELAND'S MOTION FOR LEAVE TO FILE MOTION TO DISQUALIFY CAROLE RENDON UNDER SEAL**

Plaintiff City of Cleveland moves for leave to file its Motion for Leave to Disqualify Carole Rendon and accompanying documents in the above-listed case under seal.

The Motion states that filing said Motion is necessary to ensure compliance with CMO No. 2: Protective Order, ECF Doc. 441, and the Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167 because the Motion and accompanying documents will contain confidential information subject to said Orders.

Plaintiff's Motion for Leave to File Motion to Disqualify Carole Rendon Under Seal is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: _____

HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE