# EXHIBIT 2

BLOG      ABOUT US      CAREERS      INVESTORS      CONTACT US      LOGINS      Search

Pharmaceutical Distribution    Wholesale Medical Supplies    Pharmacy Services & Technology    Specialty Practice Solutions    Solutions for Biopharma

HOME   /   ABOUT MCKESSON   /   OPIOID ABUSE - FIGHTING THE EPIDEMIC

# Opioid Abuse - Fighting the Epidemic



HOME | 60 MINUTES RESPONSE | HOW WE'RE FIGHTING THE EPIDEMIC

POLICY RECOMMENDATIONS | PRESCRIPTION SAFETY-ALERT SYSTEM

CONTROLLED SUBSTANCE MONITORING PROGRAM | PHARMACEUTICAL SUPPLY CHAIN

PERSPECTIVES AND STATEMENTS | OPIOID FOUNDATION | FACT SHEETS | BOARD RESPONSE

## At McKesson, we take our role in helping to protect the safety and integrity of the pharmaceutical supply chain extremely seriously.

On December 16, 2018, 60 Minutes aired a segment profiling the plaintiff lawyers who are leading the lawsuits against the companies that manufacture and distribute prescription opioids. We were disappointed that 60 Minutes chose to present a one-sided story, which uncritically repeated the plaintiffs' lawyers' charges without any challenge. We encourage you to visit our **60 Minutes Response** page, where we've prepared a short Q&A to address several misconceptions about the opioid epidemic, the role distributors play in the industry, and what McKesson is doing to help address the crisis.

As a company, we are deeply concerned by the impact the opioid epidemic is having on families and communities across our nation—and we're committed to being part of the solution. We have formed an independent foundation, to which McKesson contributed $100 million, dedicated to addressing the crisis. We are also advancing **company initiatives** aimed at preventing opioid abuse and offering thoughtful **public policy recommendations**, including the **Prescription Safety-Alert System** (RxSAS) technology proposal. We encourage you to learn more by exploring the information available in the website tabs above.

Each day, our distribution team delivers life-saving medicines to pharmacies, hospitals and clinics that serve millions of Americans. We take to heart that each and every item delivered – every pill bottle, every vial, every ointment – reaches a patient in need. We know that it's not just a package, it's a patient.

Over the past decade, as the opioid epidemic evolved rapidly, we enhanced our teams, processes and technologies dedicated to preventing diversion. We are committed to maintaining – and continuously enhancing – **strong programs** designed to detect and prevent opioid diversion within the pharmaceutical supply chain, while also protecting the availability of appropriate treatments for patients with serious illnesses and injuries.

This complicated, multi-faceted public health crisis must be addressed through a comprehensive and collaborative approach. Each participant in the **pharmaceutical supply chain** can play an important role, including:

- The Drug Enforcement Administration (DEA), which has regulatory oversight for all DEA-registrants (doctors, pharmacists, distributors) and sets yearly quotas for the volume of opioids that can be manufactured
- Drug manufacturers that design, develop and promote the medication
- Doctors who prescribe the medication
- Pharmacists who dispense the medication
- Private and public health insurance groups that determine what they will pay for
- State medical and pharmacy boards that oversee the doctors and pharmacies in their jurisdiction
- Distributors that deliver medications ordered by pharmacists to fill prescriptions written by doctors

Today, we are working with others to advance a series of **company initiatives** focused on helping to address the opioid epidemic, support the formation of a foundation dedicated to combating the crisis, offer thoughtful **public policy recommendations** – including the Prescription Safety-Alert System (RxSAS) technology proposal – and to support **innovative programs and partnerships** that we believe can have a meaningful impact on this challenging issue. We are committed to engaging with all who share our dedication to acting with urgency to address this epidemic and working together to end this national crisis. We encourage you to click through to the tabs above to learn more about our response to the opioid crisis.

## *Opioid Resources*

### McKesson's Opioid Initiatives, New Foundation

Learn more about how McKesson's new company initiatives will help fight the opioid epidemic, including the formation of a foundation dedicated to combating the crisis.

LEARN MORE

### Pharmaceutical Supply Chain

McKesson works closely with pharmacies and manufacturers to ensure pharmacies have the medications their patients need. See how medications move through the supply chain.

LEARN MORE

### Controlled Substance Monitoring Program

Our CSMP uses sophisticated algorithms designed to monitor for suspicious orders, and block the shipment of controlled substances.

LEARN MORE

### Opioid Policy Recommendations

McKesson has offered policy recommendations that can improve prescribing and dispensing practices, limit the supply of opioids and facilitate better information sharing.

LEARN MORE

### Partnering Against Opioid Abuse

The opioid epidemic won't be solved by any one participant or idea. McKesson is partnering with others to deploy the best thinking across the country and advance meaningful solutions.

LEARN MORE



### ABOUT MCKESSON
About Us
Our Values
Locations
McKesson Vision Centers
Corporate Social Responsibility
Newsroom
Event Calendar
Connect With McKesson

### BLOG

### CAREERS
Find A Job
Campus Recruiting

### POPULAR SOLUTIONS
Medical Supplies
Pharmaceutical Distribution
Specialty Drug Distribution
Health Mart Independent Pharmacy
Pharmacy Services & Technology

### RESOURCES
Biopharma Resources
Explainer: Biosimilars
Explainer: Medication Dispensing
Explainer: Unit Dose Packaging

### CUSTOMER ORDERING
Pharmaceuticals: Branded & Generic
Specialty and Oncology Drugs
Plasma Products
Medical Supplies & Equipment
Homecare Products for Consumers

### INVESTORS
Financial News
Events
Financial Information
Stock Information
Investor Alerts
Corporate Governance

### OUR BUSINESSES
U.S. Pharmaceutical
Medical-Surgical
Specialty Health
Pharmacy Systems
High Volume Solutions
RelayHealth
Life Sciences

### MCKESSON INTERNATIONAL
McKesson Canada
McKesson Europe

### MCKESSON VENTURES

Case: 1:17-md-02804-DAP  Doc #: 1233-2  Filed:  01/08/19  5 of 5.  PageID #: 29758

CONTACT US   PRIVACY NOTICE   DISCLAIMER   PATENTS   SITE MAP

© 2019 McKesson Corporation