# EXHIBIT 3

BLOG    ABOUT US    CAREERS    INVESTORS    CONTACT US    LOGINS    Search    Search

| Pharmaceutical Distribution | Wholesale Medical Supplies | Pharmacy Services & Technology | Specialty Practice Solutions | Solutions for Biopharma |

## Access to a wide selection of drug products, delivered accurately, safely and on time

Our mission as your distribution partner is to help you improve the quality of care and service you deliver to patients and customers, and drive better financial results for your business.

**LEARN ABOUT**

### Help your independent pharmacy succeed

Health Mart's influential network, industry-leading solutions and flexible engagement model helps you navigate changes in our current pharmacy market.

Health Mart >

### Find medical supplies and equipment

As the nation's largest distributor of wholesale medical supplies and equipment, McKesson is ready to support you.

McKesson Medical Supplies >

### Order specialty drugs online for your practice

Whether it's oral, infusible or injectable specialty medications, we can help you get what your patients need.

Specialty Drugs >

## Solutions for your pharmacy, hospital, medical practice or biopharma company

## Pharmaceutical Distribution

It's not just a package. It's a patient. Rely on our accurate, safe and speedy drug distribution services to build a better patient experience.

EXPLORE DISTRIBUTION SERVICES

## Medical Supplies & Equipment

Find the quality wholesale supplies and equipment you need for your high-performing lab, physician practice or post-acute care setting. Satisfaction guaranteed.

EXPLORE MEDICAL SUPPLIES

## Pharmacy Services & Technology

Balance customer care, operational efficiency and business growth with the help of our pharmacy management tools and consultancy services.

EXPLORE PHARMACY SOLUTIONS

## Specialty Practice Solutions

Value-based care programs. Specialty group purchasing. A top-of-the-line EHR. Learn how we can support your oncology or other specialty practice.

EXPLORE SPECIALTY SOLUTIONS

## Solutions for Biopharma

From commercialization services to medication access and adherence, we'll get your groundbreaking treatment to the patients who need it most.

EXPLORE BIOPHARMA SOLUTIONS

PRESCRIPTION DRUG ABUSE

## Fighting the Opioid Epidemic

Learn about McKesson's innovative security programs, order monitoring initiatives and policy recommendations to help curb the opioid epidemic.

LEARN MORE

FEATURED BLOG POST

## Top 5 Health System Pharmacy Trends

McKesson's Mark Eastham identifies the five trends that will have the biggest clinical and financial impact on your health system pharmacy in 2019.

READ MORE


### The Pharmacy of the Future

In the future, retail pharmacies will offer a completely different experience for patients. Find out what it will be like.

READ MORE


### Top Read Blogs of 2018

Discover what we had to say about the healthcare industry's biggest challenges—and how you can solve them.

READ MORE


### Managing Drug Shortages

Drug shortages affect how your hospital pharmacy treats patients. Learn how your supply chain can help.

READ MORE

## Press Releases

| JANUARY 07, 2019 | DECEMBER 07, 2018 | DECEMBER 06, 2018 | DECEMBER 03, 2018 |
|---|---|---|---|
| McKesson and Genpact Expand Their Relationship to Support McKesson's Finance Operating Model Optimization | XOSPATA (gilteritinib) Available at Biologics by McKesson | Augmedix's EHR Documentation Platform Enters Innovative Pilot With Award-Winning iKnowMed Oncology EHR | McKesson Presents Innovative Solutions at ASHP Midyear Clinical Meeting |

ALL PRESS RELEASES



ABOUT MCKESSON

About Us

Our Values

Locations

McKesson Vision Centers

Corporate Social Responsibility

Newsroom

Event Calendar

Connect With McKesson

BLOG

CAREERS

Find A Job

Campus Recruiting

POPULAR SOLUTIONS

Medical Supplies

Pharmaceutical Distribution

Specialty Drug Distribution

Health Mart Independent Pharmacy

Pharmacy Services & Technology

RESOURCES

Biopharma Resources

Explainer: Biosimilars

Explainer: Medication Dispensing

Explainer: Unit Dose Packaging

CUSTOMER ORDERING

Pharmaceuticals: Branded & Generic

Specialty and Oncology Drugs

Plasma Products

Medical Supplies & Equipment

Homecare Products for Consumers

INVESTORS

Financial News

Events

Financial Information

Stock Information

Investor Alerts

Corporate Governance

OUR BUSINESSES

U.S. Pharmaceutical

Medical-Surgical

Specialty Health

Pharmacy Systems

High Volume Solutions

RelayHealth

Life Sciences

MCKESSON INTERNATIONAL

McKesson Canada

McKesson Europe

MCKESSON VENTURES

CONTACT US    PRIVACY NOTICE    DISCLAIMER    PATENTS    SITE MAP

© 2019 McKesson Corporation