# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | Case No. 1:17-md-2804<br><br>Hon. Dan A. Polster |

### REQUEST OF CERTAIN DEFENDANTS FOR JANUARY 10 STATUS CONFERENCE TO BE ON THE RECORD

On behalf of the defendants listed in the margin,[1] the undersigned liaison counsel respectfully request that in view of the many contested issues that plaintiffs seek to raise at the upcoming telephonic status conference on January 10, 2019, *see* Joint Status Report For January 10, 2019 Status Conference, the conference be held on the record with a court reporter present. *See* 28 USC § 753(b)(3) ("Proceedings to be recorded under this section include . . . such other proceedings as . . . may be requested by any party to the proceeding.")

---

[1] AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation, Walmart, Inc., Walgreen Co., Rite Aid of Maryland, H. D. Smith, Discount Drug Mart, Anda, Inc., Mallinckrodt LLC, SpecGx LLC, Allergan Finance, LLC, Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc., Par Pharmaceutical Companies, Inc., Purdue Pharma, L.P., Insys Therapeutics, Inc., Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc., Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Prescription Supply, Inc., HBC Service Company, and CVS Health Corp.

DATED:  January 8, 2019

Respectfully submitted,

*/s/ Carole S. Rendon*
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
Telephone:  216.621.0200
Facsimile:  216.696.0740

*Counsel for the Endo Defendants*

*Co-Liaison Counsel for the Manufacturer Defendants*


*/s/ Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005
Telephone:  (202) 434-5000
Fax:  (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

*Co-Liaison Counsel for the Distributor Defendants*


*/s/ Shannon E. McClure*
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA  19103
Telephone:  (215) 851-8100
Fax:  (215) 851-1420
smcclure@reedsmith.com

*Counsel for Defendant AmerisourceBergen Drug Corporation*

*Co-Liaison Counsel for the Distributor Defendants*

2

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C.  20001-4956
Telephone:  (202) 662-5281
Fax:  (202) 662-6291
ghobart@cov.com

*Counsel for Defendant McKesson Corporation*

*Co-Liaison Counsel for the Distributor Defendants*


/s/ Kaspar Stoffelmayr
Kaspar Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL  60654
Telephone: (312) 494-4400
Fax:  (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for the Walgreens Defendants*

*Liaison Counsel for the Chain Pharmacy Defendants*

## CERTIFICATE OF SERVICE

The undersigned certifies that on the 8th day of January, 2019, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF filing system, and will be served via the Court's CM/ECF filing system on all attorneys of record.

*/s/ Carole S. Rendon*
Carole S. Rendon