IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL: 2804<br><br>**NOTICE OF ATTORNEY WITHDRAW** |

**Caption**: The County Commission of Putnam County v. Amerisourcebergen Drug Corporation, et al.
Date: January 9, 2019.
**Docket No.**: 3:18-cv-00350
_____

### NOTICE OF ATTORNEY WITHDRAW

NOTICE IS HEREBY GIVEN in accordance with Local Rule 83.9 that Lynnette Simon Marshall, Esq., is withdrawing her representation of Plaintiff, the County Commission of Putnam County, as she is no longer associated with the law form of Warner Law Offices, PLLC.  Warner Law Offices, PLLC and Robert B. Warner, Andrus Wagstaff, PC, and Aimee H. Wagstaff, and Pritt and Spano, PLLC, and Alan L. Pritt will continue to represent Plaintiff and remain as counsel of record.

Dated:  January 9, 2019

By: /s/ Lynnette Simon Marshall
Lynnette Simon Marshall (WVSB #8009)
Warner Law Offices, PLLC
227 Capitol Street
Charleston, WV 25301
Telephone: 304-344-4460
Facsimile:  304-344-4508
lmarshall@wvpersonalinjury.com

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 9, 2019, I electronically filed the foregoing *NOTICE OF ATTORNEY WITHDRAW*, with the clerk of the court using the CM/ECF filing system, which will send notification of such filing to all counsel of record.

                          By: <u>/s/ Lynnette Simon Marshall</u>
                              Lynnette Simon Marshall (WVSB #8009)
                              Warner Law Offices, PLLC
                              227 Capitol Street
                              Charleston, WV 25301
                              Telephone: 304-344-4460
                              Facsimile:  304-344-4508
                              *lmarshall@wvpersonalinjury.com*