# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| | **Case No. 17-md-2804** |
| *THIS DOCUMENT RELATES TO: ALL CASES* | **Hon. Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please enter the appearance of Senior Assistant Attorney General James T. Wakley as counsel of record for Non-Party Ohio State Board of Pharmacy in the above-captioned action.

Date: <u>January 9, 2019</u>        Respectfully submitted,

MICHAEL DEWINE
Ohio Attorney General

/s/ *James T. Wakley*
JAMES T. WAKLEY (0090349)
Senior Assistant Attorney General
30 East Broad Street, 26th Floor
Columbus, Ohio 43215
Tel:    614.466.8600
Fax:    855.326.1856
Email: james.wakley@ohioattorneygeneral.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 9th day of January 2019 I electronically filed a copy of the foregoing

Notice of Appearance with the Clerk of Court using the CM/ECF system, which sent notification

of such filing to all counsel of record.

Respectfully submitted,

MICHAEL DEWINE
Ohio Attorney General


/s/ *James T. Wakley*
JAMES T. WAKLEY (0090349)
Assistant Attorney General
30 East Broad Street, 26th Floor
Columbus, Ohio 43215
Tel:    614.466.8600
Fax:    855.326.1856
Email: james.wakley@ohioattorneygeneral.gov