IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br>*ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**NON-PARTY STATE OF OHIO BOARD OF PHARMACY'S**
**MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 15 PAGES**

Pursuant to Local Rule 7.1, the Ohio State Board of Pharmacy ("Ohio BOP") moves this Court for leave to file a memorandum in excess of fifteen pages in response to Defendant McKesson's Motion to Compel Production of the Ohio Automated Rx Reporting System ("OARRS"). The Ohio BOP requests leave to file a responsive memorandum of no more than 25 pages.

On December 31, 2018, McKesson filed for Leave to file a Motion to Compel Production of with this Court. That motion was granted on January 2, 2019. Undersigned counsel spoke with Special Master Cohen by telephone on Friday, January 4th and indicated that the Ohio Board of Pharmacy ("Ohio BOP") would file its response to that motion on or before January 11, 2019.

Undersigned counsel has been diligently preparing the Ohio BOP's response to McKesson's motion to compel. The issues presented by McKesson's motion and the Ohio BOP's response thereto are complex and difficult to summarize in 15 pages. Additionally, this is the Ohio BOP's first appearance in this matter, and their unique role in constructing and maintaining the OARRS database requires some explanation. On those bases, the Ohio BOP

requests leave to exceed the page limitation set forth in Local Rule 7.1.  The Board believes that a 25-page memorandum in response to the motion to compel is reasonable and does not prejudice McKesson in this matter.

Date: January 9, 2019                    Respectfully submitted,

                                         MICHAEL DEWINE
                                         Ohio Attorney General


                                         /s/ *James T. Wakley*
                                         JAMES T. WAKLEY (0090349)
                                         Senior Assistant Attorney General
                                         30 East Broad Street, 26th Floor
                                         Columbus, Ohio 43215
                                         Tel:    614.466.8600
                                         Fax:    855.326.1856
                                         Email: james.wakley@ohioattorneygeneral.gov

## **CERTIFICATE OF SERVICE**

I certify that on this 9th day of January 2019 I electronically filed a copy of the foregoing motion with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

    Respectfully submitted,

    MICHAEL DEWINE
    Ohio Attorney General

    /s/ *James T. Wakley*
    JAMES T. WAKLEY (0090349)
    Assistant Attorney General
    30 East Broad Street, 26th Floor
    Columbus, Ohio 43215
    Tel:    614.466.8600
    Fax:    855.326.1856
    Email: james.wakley@ohioattorneygeneral.gov