# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| | **Case No. 17-md-2804** |
| *THIS DOCUMENT RELATES TO: ALL CASES* | **Hon. Dan Aaron Polster** |

## PROPOSED ORDER GRANTING THE OHIO BOARD OF PHARMACY'S REQUEST TO EXCEED THE PAGE LIMITATIONS

This matter having come before the Court upon the Ohio Board of Pharmacy's request to exceed the page limitations set forth in Local Rule 7.1; the Court having reviewed the motion and related papers; due and proper notice of the motion having been provided; and after due deliberation and for good cause shown, the Court finds that the motion should be GRANTED.

WHEREFORE, IT IS HEREBY ORDERED that the Board shall be granted leave to file a response to McKesson's Motion to Compel not to exceed 25 pages.

SO ORDERED this ___ day of _____, 2019.

_____
**HON. DAN ARRON POLSTER**
**UNITED STATES DISTRICT JUDGE**