# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) |
| | ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) |
| | ) Judge Dan Aaron Polster |
| ALL CASES | ) |
| | ) **ORDER REGARDING CERTAIN** |
| | ) **DEADLINES** |

On January 10, 2019 the Court held a regular status teleconference. During the call, the Court provided the parties with deadlines for several pending motions.

The Joint Proposal for the Track Two Case Management Order is extended to February 4, 2019 at 12:00 pm.

Plaintiffs' Reply in Support of the Motion for Approval of a Short Form Complaint and Incorporation of Sealed Materials by Reference, Doc. #: 1142, is due not later than January 14, 2019 at 12:00 pm.

Ohio Board of Pharmacy's Response to McKesson's Motion to Compel Discovery Production of the Ohio Automated Rx Reporting System Database, Doc. #: 1221, is due January 11, 2019. McKesson's Reply in Support is due January 18, 2019 at 12:00 pm.

2

The next status teleconference will be held on February 13, 2019 at 12:00 pm. Dial in instruction remain the same. The Status Report is due February 11, 2019 at 12:00 pm.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster *January 10, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**