**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| | **Case No. 17-md-2804** |
| *THIS DOCUMENT RELATES TO: ALL CASES* | **Hon. Dan Aaron Polster** |

**NON-PARTY STATE OF OHIO BOARD OF PHARMACY'S RESPONSE IN
<u>OPPOSITION TO McKESSON'S MOTION TO COMPEL</u>**

The State of Ohio Board of Pharmacy ("the Board"), by its undersigned counsel of record, respectfully requests that this Court deny McKesson's Motion to Compel production of the Ohio Automated Rx Reporting System ("OARRS") database.  The reasons why this Court should deny McKesson's motion are fully set forth in the attached memorandum.

Date: <u>January 11, 2019</u>

Respectfully submitted,

MICHAEL DEWINE
Ohio Attorney General

<u>/s/ James T. Wakley</u>
JAMES T. WAKLEY (0090349)
Assistant Attorney General
30 East Broad Street, 26th Floor
Columbus, Ohio 43215
Tel:     614.466.8600
Fax:     855.326.1856
Email: james.wakley@ohioattorneygeneral.gov