```
 1            IN THE DISTRICT COURT OF THE UNITED STATES
                FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION

 3

    IN RE: NATIONAL              )
 4  PRESCRIPTION                 )    JUDGE POLSTER
    OPIATE LITIGATION,           )
 5                               )
    APPLIES TO ALL CASES         )    Cleveland, Ohio
 6                               )
                                 )    Civil Action
 7                               )    Number 1:17MD02804
                                 )
 8                          - - - - -

 9           TRANSCRIPT OF PROCEEDINGS HAD BEFORE

10           THE HONORABLE DAN AARON POLSTER

11                  JUDGE OF SAID COURT,

12            ON THURSDAY, JANUARY 10, 2019
                        - - - - -
13

14

15

16

17

18

19
     Official Court Reporter:        Shirle M. Perkins, RDR, CRR
20                                   U.S. District Court
                                     801 West Superior, #7-189
21                                   Cleveland, OH 44113-1829
                                     (216) 357-7106
22

23

     Proceedings recorded by mechanical stenography; transcript
24   produced by computer-aided transcription.

25
```

1      THURSDAY SESSION, JANUARY 10, 2019, AT 12:00 P.M.

2                DEPUTY CLERK:  Thank you all for holding I'm

3      going to put you on with Judge Polster.  Thanks very much.

4                THE COURT:  All right.  Good afternoon,

5      everyone.

6                MR. WEINBERGER:  Judge, this is Pete.

7                THE COURT:  Yes, Pete?

8                MR. WEINBERGER:  Also on the line, who also is

9      present I should say, is Jonathan Blanton, representing

10     Governor-elect DeWine.  And thank you.

11               THE COURT:  All right.

12          Yeah, I'm glad -- I'm glad Jonathan is staying on.  A

13     credit to him and our Governor-elect, the new AG.  All

14     right.

15          Well, I should say we have a Court Reporter.  That was

16     the request of some of the parties, that we have one.  I

17     think it's probably a good idea.  So we have a Court

18     Reporter.

19          This is our regularly scheduled status conference.

20     Thanks to everyone for the status report, which I've

21     reviewed.  That -- a lot of pages in the status report was

22     devoted to IMS data, and I understand that Special Master

23     Cohen spent a good deal of time with everyone yesterday

24     dealing with that.  So I'm not going to take that up.

25          There are a number of -- and also I think he spent a

1    fair amount of time working on the SOM, S-O-M matter, so I'm

2    not going to address that any further.

3         There are a few things I do want to address.  First, I

4    had directed that the CMO for the Track 2 cases be submitted

12:07:20  5    jointly by January 15th.  I understand the parties have

6    requested some additional time.  So I'm extending that date

7    to February 4th.

8         There's been some additional discovery, some

9    submissions on the BIO Immersion Trip.  I think everything

12:07:48 10    has been produced that's supposed to be produced.  If the

11    Plaintiffs want to -- want the Court to -- feel the Court

12    should take any further action, you need to file something

13    and I'll consider it.  My personal view is that while this

14    was a very bad idea by whoever thought it up, I don't think

12:08:08 15    any serious harm was done.  But, certainly we're not going

16    to have anything anywhere close or like that in the future.

17    Everyone understands it was a very bad idea and it was

18    poorly executed so -- but if the Plaintiffs think that I

19    need to do something further, you got to file something.

12:08:29 20         There was a motion for leave to file a motion for

21    sanctions that a number of Defendants filed wanting me to

22    sanction the lawyers and Attorney General DeWine, who made

23    statements on last month's 60 Minutes program.  I watched

24    the program, I've read the transcript.  I wasn't happy to

12:09:04 25    see and hear what I saw and heard.  It was right up to the

1    edge of where anyone should go, but I'm not going to issue

2    any more orders and I'm not going to grant leave to file

3    that, but -- I'm not issuing any orders but I want to make

4    clear that no lawyers and no clients are to be discussing or

12:09:31 5    characterizing documents that have been filed subject to a

6    protective order, and no one is to be maligning the

7    character of anyone else, and no one is to be discussing,

8    even in general terms, settlement discussions, other than to

9    say everyone's working hard, which is what all I've been

12:09:53 10    saying.

11       And I don't want to see anything more like I saw on 60

12    Minutes, and I don't want to see anything on the Defense

13    side either.  So everyone's going to be behaving

14    professionally.  That goes for the lawyers or the clients.

12:10:09 15       There was a motion that was just filed to disqualify

16    one of the lawyers on the Defense side.  I'm going to handle

17    that in the ordinary course.  So our response will be due

18    January 23rd and a reply, January 30th.  And then I'll

19    address it.

12:10:32 20       I believe at the last call, I said that Special Master

21    McGovern would be working with all counsel to come up with a

22    workable trial plan for the September trial, and Special

23    Master McGovern is redoubling his efforts to come up with

24    some -- with a trial that can -- that is manageable and

12:11:04 25    understandable and will be done within the time limits that

1      we've set, roughly three weeks.

2          I understand I had sort of a private meeting with Joe

3      Rice and Sheila Birnbaum, and I just asked them how things

4      are going in the MDL, and they said that everyone's working

12:11:31  5      hard, which I knew, but they both felt that Special Master

6      Cohen is overloaded with dealing with the privilege issue in

7      all its myriad forms, and they felt he needed additional

8      resources.  So I'm going to confer with my team and figure

9      out a way to get him the additional resources he needs.

12:11:58 10          It obviously will be helpful to him and whomever else

11      is assigned to that task for everyone to work together and

12      put these issues in categories because no one has the time

13      or energy to go through thousands of documents one by one.

14      So you organize them in categories and say all right, these

12:12:23 15      are the issues that will be presented, and Special Master

16      Cohen will make an order.  And if people want to appeal,

17      they can appeal it to me like we've been doing.  But, we're

18      not going to be going through document by document several

19      thousand documents.  So both sides need to work on that.

12:12:43 20          And I again want to emphasize I don't want to see any

21      overdesignation of privilege documents because if I -- if I

22      see that, I'm going to have to impose sanctions.  Special

23      Master Cohen has power to impose them.  And if he doesn't,

24      I'll have to.  And I don't want to do that.

12:13:04 25          I thought the best time for our next call, unless

1   someone feels we need one sooner, I was going to propose

2   Wednesday, February 13th, at noon.  We've set February 12th

3   and 13th for general meetings, whatever needs to be covered.

4   And it seems logical, as we've done this time, to have you

12:13:41  5   noon on the second day for another one of these calls.  And

6   that would mean the status report would be due Monday,

7   February 11th, at noon.

8       Does anyone feel that's a problem or that we need to

9   have one sooner?  If so, I can schedule one sooner.  All

12:14:09 10   right.

11       Well then hearing no objections, that's what we'll

12   have.

13       Let me see if there was -- all right.  Judge Ruiz is

14   working on the reports and recommendations on the dealing

12:14:43 15   with the motions to dismiss in the Tribe cases.  We all

16   agree that would be the next focus, and he's working, he and

17   his crew are working on that.

18       The status report reflects on Page 10, the meeting

19   with the Court and representatives from the PBM Defendants.

12:15:05 20   On December 5th we had that meeting, and we scheduled

21   another meeting either February 12th or 13th.  I'm still

22   working on the schedule, but just so everyone knows, the

23   second meeting will be February 12th or 13th.

24       Again, on Page 13 there, the Plaintiffs had filed a

12:15:29 25   motion for approval of a short form complaint.  The

1    Defendants filed their opposition on January 14th.  I need a

2    reply by the Plaintiffs by January 14th.  I will encourage

3    the parties to try to work together on this.  I -- and

4    figure out -- figure it out.  But if not, Special Master

12:15:52  5    Cohen will issue a ruling on it promptly after the reply.

6        There's briefing on McKesson's motion to compel the

7    production of the Ohio Automated RX Reporting System.

8    What -- what's the next -- Plaintiffs filed their response

9    on January 5th, and I guess a reply will be filed shortly,

12:16:28 10    and we'll address that.

11            LAW CLERK:  When?

12            MR. BLANTON:  This is Jonathan -- (on phone

13    but inaudible.)

14            THE COURT:  Well, John, when do you think you

12:16:46 15    will have those replies?

16            MR. BLANTON:  I believe tomorrow, your Honor.

17            THE COURT:  All right.

18            MR. BLANTON:  My understanding.

19            THE COURT:  All right.  Well, then Special

12:16:56 20    Master Cohen will address that.  Okay.  And on Page 14 --

21            MR. CHEFFO:  Excuse me, your Honor.  This is

22    Mark.  I'm just confused.  Who is Jonathan?

23            THE COURT:  Oh.  Jonathan Blanton from the

24    State of Ohio because this was --

12:17:33 25            MR. BLANTON:  That's by tomorrow and then

1    we'll file our reply.

2              THE COURT:  All right.  Maybe I had -- well,

3    I'm confused.  You said McKesson filed the motion to compel

4    on December 31st.  Plaintiffs filed the response on January

12:17:57  5    5th.  All right.  Then Ohio's going to file one by tomorrow,

6    the 11th, and then McKesson can file their reply.

7         When do you want to file your reply?

8              COUNSEL:  Is five days okay?

9              THE COURT:  Well, I'll give you a week.  I'll

12:18:18 10    make it the 18th.  All right?

11              COUNSEL:  Thank you, your Honor.

12              THE COURT:  Reply.  McKesson will reply the

13    18th.

14         Looking at the -- the related State cases on Page 14,

12:18:33 15    the second one, Oklahoma versus Purdue, et al., is scheduled

16    for May 28th.  It's my understanding that that trial is

17    going forward.  What about the first one, West Virginia

18    versus McKesson, April 30th?  Anyone know anything about

19    that?

12:18:53 20              MR. HOBART:  Your Honor, this is Geoff Hobart

21    from Covington.  That trial date is still on the calendar

22    but it's certainly going to be continued due to some issues

23    with the election in West Virginia.  So that -- that case --

24              THE COURT:  All right.

12:19:12 25              MR. HOBART:  That trial date will be

 1    continued.

 2              THE COURT:  Thank you.  That's what I thought,

 3    but the second one, that's -- that would likely be the first

 4    trial of -- on these opioid matters.  So I think that one's

 5    going forward.  Okay.

 6         I think that that covers everything in the joint

 7    status report and the other matters I have.  Any questions

 8    about the things we -- the things we've covered or anyone

 9    wants to say anything further?  All right.

10         Well, thank you.  Again, I want to appreciate all the

11    hard work that all the lawyers on the phone and all the

12    other lawyers who are assisting you are putting in.  This is

13    an extraordinarily difficult and complex set of cases.  Now

14    more than 1500.  And we have the best lawyers in the country

15    on all sides.  I've got an exceptional team of Special

16    Masters.  But, it's clearly taxing everyone.  The size, the

17    complexity, the number of players, the overlap with the

18    State courts, but I appreciate everyone's hard work.

19              And with that, we are adjourned.  Thank you.

20              COUNSEL:  Thank you.

21         (Proceedings adjourned at 12:20 p.m.)

22

23

24

25

1              C E R T I F I C A T E

2              I certify that the foregoing is a correct

3      transcript from the record of proceedings in the

4      above-entitled matter.

5

6

7

8      s/Shirle Perkins_____
       Shirle M. Perkins, RDR, CRR
9      U.S. District Court - Room 7-189
       801 West Superior Avenue
10     Cleveland, Ohio 44113
       (216) 357-7106
11

12

13

14

15

16

17

18

19

20

21

22

23

24

25