UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | MDL 2804<br><br>Hon. Dan Aaron Polster<br><br>Mag Judge David A. Ruiz |

## PLAINTIFFS' SUMMIT COUNTY, CUYAHOGA COUNTY, AND CITY OF AKRON'S JOINT MOTION TO JOIN IN THE CITY OF CLEVELAND'S MOTION TO DISQUALIFY CAROLE RENDON

Plaintiffs Summit County, Cuyahoga County, and the City of Akron respectfully move this Court for an order allowing them to join in the City of Cleveland's Motion to Disqualify Carole Rendon (Doc. 1241) and hereby incorporate the City of Cleveland's Memorandum of Points and Authorities in Support of its Motion.

For the reasons set forth in the City of Cleveland's Memorandum, Plaintiffs' request their Motion to join the City of Cleveland's Motion to Disqualify Carole Rendon be granted and that the Motion to Disqualify Carole Rendon also be granted.

Respectfully submitted,

*s/Linda Singer*
Linda Singer
**MOTLEY RICE**
401 9th St. NW, Ste 1001
Washington, DC  20004
(202) 386-9626
lsinger@motleyrice.com
*Counsel for Summit County
 and City of Akron*

>*s/Hunter Shkolnik*
>Hunter Shkolnik
>**NAPOLI SHKOLNIK**
>360 Lexington Ave., 11th Flr
>New York, NY  10017
>(212) 397-1000
>hunter@napolilaw.com
>*Counsel for Cuyahoga County*
>
>*s/Peter H. Weinberger*
>Peter H. Weinberger (0022076)
>**SPANGENBERG SHIBLEY & LIBER**
>1001 Lakeside Avenue East, Suite 1700
>Cleveland, OH  44114
>(216) 696-3232
>(216) 696-3924 (Fax)
> pweinberger@spanglaw.com
>
>*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 14, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

>*s/Peter H. Weinberger*
>Peter H. Weinberger
>
>*Plaintiffs' Liaison Counsel*