# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to Case No. 18-op-45090 | Judge Dan Aaron Polster |
| THE COUNTY OF SUMMIT, OHIO; SUMMIT COUNTY PUBLIC HEALTH; THE CITY OF AKRON; THE CITY OF BARBERTON; THE VILLAGE OF BOSTON HEIGHTS; BOSTON TOWNSHIP; THE VILLAGE OF CLINTON; COPLEY TOWNSHIP; COVENTRY TOWNSHIP; THE CITY OF CUYAHOGA FALLS; THE CITY OF FAIRLAWN; THE CITY OF GREEN; THE VILLAGE OF LAKEMORE; THE VILLAGE OF MOGADORE; THE CITY OF MUNROE FALLS; THE CITY OF NEW FRANKLIN; THE CITY OF NORTON; THE VILLAGE OF PENINSULA; THE VILLAGE OF RICHFIELD; THE VILLAGE OF SILVER LAKE; SPRINGFIELD TOWNSHIP; THE CITY OF STOW; THE CITY OF TALLMADGE; VALLEY FIRE DISTRICT; STATE OF OHIO EX REL., PROSECUTING ATTORNEY FOR SUMMIT COUNTY, SHERRI BEVAN WALSH, THE DIRECTOR OF LAW FOR THE CITY OF AKRON, EVE BELFANCE, THE DIRECTOR OF LAW FOR THE CITY OF BARBERTON, LISA MILLER, THE DIRECTOR OF LAW FOR THE CITY OF TALLMADGE, MEGAN RABER; THE LAW DIRECTOR FOR THE CITY OF CUYAHOGA FALLS, RUSS BALTHIS, THE LAW DIRECTOR FOR THE CITY OF FAIRLAWN, BRYAN NACE, THE LAW DIRECTOR FOR THE CITY OF GREEN, INTERIM LAW DIRECTOR BILL CHRIS, THE LAW DIRECTOR FOR THE CITY OF MOGADORE, MARSHAL M. PITCHFORD, THE LAW DIRECTOR FOR THE CITY OF MUNROE FALLS, TOM | **AMERISOURCEBERGEN DRUG CORPORATION'S ANSWER TO PLAINTIFFS' CORRECTED SECOND AMENDED COMPLAINT WITH AFFIRMATIVE DEFENSES** |

KOSTOFF, THE LAW DIRECTOR FOR
THE CITY OF NEW FRANKLIN, THOMAS
MUSARRA, THE LAW DIRECTOR FOR
THE CITY OF NORTON, JUSTIN
MARKEY; THE LAW DIRECTOR FOR THE
CITY OF STOW, AMBER ZIBRITOSKY;
THE VILLAGE SOLICITOR FOR THE
VILLAGE OF BOSTON HEIGHTS,
MARSHAL PITCHFORD), THE SOLICITOR
FOR BOSTON TOWNSHIP, ED
PULLEKINS), SOLICITOR FOR THE
VILLAGE OF CLINTON, MARSHAL
PITCHFORD, THE LAW SOLICITOR FOR
COPLEY TOWNSHIP, IRV SUGARMAN,
THE LAW SOLICITOR FOR COVENTRY
TOWNSHIP, IRV SUGARMAN, THE LAW
SOLICITOR FOR THE VILLAGE OF
LAKEMORE, IRV SUGARMAN, THE
SOLICITOR FOR THE VILLAGE OF
PENINSULA, BRAD BRYAN, THE LAW
SOLICITOR FOR THE VILLAGE OF
RICHFIELD, WILLIAM HANNA, THE
SOLICITOR THE VILLAGE OF SILVER
LAKE, BOB HEYDORN, AND THE
ADMINISTRATOR & LEGAL COUNSEL
FOR SPRINGFIELD TOWNSHIP, WARREN
PRICE,

                    Plaintiffs,

   vs.

PURDUE PHARMA, L.P.; PURDUE
PHARMA, INC.; THE PURDUE
FREDERICK COMPANY, INC.; ENDO
HEALTH SOLUTIONS INC.; ENDO
PHARMACEUTICALS, INC.; PAR
PHARMACEUTICAL, INC.; PAR
PHARMACEUTICAL COMPANIES, INC.
F/K/A PAR PHARMACEUTICAL
HOLDINGS, INC.; JANSSEN
PHARMACEUTICALS, INC.; ORTHO-
MCNEIL-JANSSEN PHARMACEUTICALS,
INC. N/K/A JANSSEN
PHARMACEUTICALS, INC.; / JANSSEN
PHARMACEUTICA, INC. N/K/A JANSSEN

PHARMACEUTICALS, INC.; JOHNSON &
JOHNSON; NORAMCO, INC.; TEVA
PHARMACEUTICAL INDUSTRIES, LTD.;
TEVA PHARMACEUTICALS USA, INC.;
CEPHALON, INC.; ALLERGAN PLC F/K/A
ACTAVIS PLC; ALLERGAN FINANCE
LLC, F/K/A/ ACTAVIS, INC., F/K/A
WATSON PHARMACEUTICALS, INC.;
WATSON LABORATORIES, INC.;
ACTAVIS LLC; ACTAVIS PHARMA, INC.
F/K/A WATSON PHARMA, INC; INSYS
THERAPEUTICS, INC., MALLINCKRODT
PLC; MALLINCKRODT LLC; SPECGX
LLC, AMERISOURCEBERGEN DRUG
CORPORATION; ANDA, INC.; CARDINAL
HEALTH, INC.; CVS HEALTH
CORPORATION; DISCOUNT DRUG
MART, INC.; HBC SERVICE COMPANY;
HENRY SCHEIN, INC.; HENRY SCHEIN
MEDICAL SYSTEMS, INC.; MCKESSON
CORPORATION; MIAMI-LUKEN, INC.;
PRESCRIPTION SUPPLY, INC.; RITE AID
CORPORATION.; RITE AID OF
MARYLAND, INC.; D/B/A RITE-AID MID-
ATLANTIC CUSTOMER SUPPORT
CENTER, INC; WALGREENS BOOTS
ALLIANCE, INC. A/K/A WALGREEN CO.,
AND WALMART INC. F/K/A WAL-MART
STORES, INC.,

                Defendants.

Defendant AmerisourceBergen Drug Corporation ("Defendant") hereby responds to the Corrected Second Amended Complaint and Jury Demand (the "Complaint") of Plaintiffs Summit County and City of Akron[1] ("Plaintiffs") as follows:

## COMPLAINT[2]

1.      Defendant only admits that Plaintiffs purport to bring the Complaint against the defendants identified in the caption and listed in Paragraph 1 of the Complaint, but specifically denies any liability or wrongdoing whatsoever and denies that Plaintiffs are entitled to any relief that they seek.  Defendant denies the allegations contained in Paragraph 1 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1 of the Complaint, and on that basis denies those allegations. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

---

[1]    On May 25, 2018, the Court directed Plaintiffs in the above-captioned action to file by May 31, 2018 an Amended Complaint with only Summit County as Plaintiff or the case would be withdrawn from the Track One cases heading to trial.  *See* Dkt. No. 492.  On May 31, 2018, certain Plaintiffs in the above-captioned action moved to voluntarily dismiss without prejudice their claims.  *See* Dkt No. 534.  On May 31, 2018, the Court granted this motion and dismissed without prejudice all claims brought by the following Plaintiffs against all Defendants: Summit County Public Health, the City of Barberton, the Village of Boston Heights, Boston Township, the Village of Clinton, Copley Township, Coventry Township, the City of Cuyahoga Falls, the City of Fairlawn, the City of Green, the Village of Lakemore, the Village of Mogadore, the City of Munroe Falls, the City of New Franklin, the City of Norton, the Village of Peninsula, the Village of Richfield, the Village of Silver Lake, Springfield Township, the City of Stow, the City of Tallmadge, and Valley Fire District, as well as, for purposes of the statutory public nuisance claim, the State of Ohio to the extent the claim is asserted by the chief legal officers of the foregoing entities acting in their official capacity.  *See* Dkt. No. 538.  Any use of the term "Plaintiffs" in Defendant's Answer with Affirmative Defenses will refer only to the two remaining Plaintiffs, Summit County and City of Akron.

[2]    Defendant includes the headings from the Complaint only for ease and convenience of the Court and the parties. Defendant neither admits nor endorses the content of any such heading.

## INTRODUCTION

2.      The allegations in Paragraph 2 of the Complaint set forth an opinion to which no response is required.  Further answering, while Defendant does not deny the existence of an opioid epidemic that raises many complex issues, as a wholesale distributor of prescription medications, Defendant has a limited role in the healthcare supply chain and does not control how medications that it distributes are prescribed, dispensed, or ultimately used.  Nor does Defendant promote the prescribing or use of medications, including opioids, to doctors or patients, or determine the appropriate supply of opioids.  Defendant has and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph of the Complaint.

3.      Defendant denies the allegations contained in Paragraph 3 of the Complaint to the extent they are directed at Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 3 of the Complaint, and on that basis denies those allegations. The allegations in Paragraph 3 of the Complaint set forth legal arguments and legal conclusions to which no response is required. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

4.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 4 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 4 of the Complaint purports to be based on reference

documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

5.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 5 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 5 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

6.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 6 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 6 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

7.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 7 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 7 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

8.      Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 8 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 8 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

9.      The allegations in Paragraph 9 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 9 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 9 of the Complaint to the extent that they are directed to Defendant.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

10.      Defendant denies the allegations contained in Paragraph 10 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed to other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 10 of the Complaint and on that basis denies those allegations.

11.      Defendant denies the allegations contained in Paragraph 11 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 11 of the Complaint and on that basis denies those allegations.

12.      Defendant denies the allegations contained in Paragraph 12 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 12 of the Complaint, and on that basis denies those allegations.

13.      Defendant denies the allegations contained in Paragraph 13 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 13 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 13 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

14.     Defendant denies the allegations contained in Paragraph 14 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 14 of the Complaint, and on that basis denies those allegations.

15.     Defendant denies the allegations contained in Paragraph 15 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 15 of the Complaint, and on that basis denies those allegations.

16.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 16 of the Complaint, and on that basis, denies those allegations. To the extent Paragraph 16 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

17.     Defendant denies the allegations contained in Paragraph 17 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 17 of the Complaint, and on that basis denies those allegations. The remaining allegations in Paragraph 17 of the Complaint set forth legal arguments and legal

conclusions to which no response is required. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

18.     The allegations in Paragraph 18 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 18 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 18 of the Complaint to the extent that they are directed to Defendant. To the extent Paragraph 18 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

19.     The allegations in Paragraph 19 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 19 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 19 of the Complaint to the extent that they are directed to Defendant. To the extent Paragraph 19 of the Complaint purports to be based on

reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

20.     The allegations in Paragraph 20 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 20 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 20 of the Complaint to the extent that they are directed to Defendant. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

21.     The allegations in Paragraph 21 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 21 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 21 of the Complaint to the extent that they are directed to Defendant. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled

substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

22.     The allegations in Paragraph 22 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 22 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 22 of the Complaint to the extent that they are directed to Defendant. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

23.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 23 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 23 of the Complaint to the extent that they are directed to Defendant. To the extent Paragraph 23 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

24.     The allegations in Paragraph 24 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 24 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 24 of the Complaint to the extent that they are directed to Defendant. By way of further response, Defendant states that Defendant has complied

and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

## JURISDICTION AND VENUE

25.     The allegations in Paragraph 25 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 25 of the Complaint, and on that basis, denies those allegations.

26.     The allegations in Paragraph 26 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 26 of the Complaint, and on that basis, denies those allegations.

27.     The allegations in Paragraph 27 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 27 of the Complaint, and on that basis, denies those allegations.

## PARTIES

I.     **PLAINTIFFS**

28.     Defendant only admits that County of Summit purports to bring the Complaint by and through its County Executive Illene Shapiro and County Prosecutor Sherri Bevan Walsh. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 28 of the Complaint, and, on that basis, denies those allegations.

29.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 29 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted Summit County Combined General Health District's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, Summit County Combined General Health District no longer brings this action by and through Prosecutor Sherri Bevan Walsh.

30.     Defendant only admits that the City of Akron purports to bring the Complaint by and through Eve Belfance, its Director of Law and Assistant to the Mayor.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the remaining allegations contained in Paragraph 30 of the Complaint, and, on that basis, denies those allegations.

31.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 31 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the City of Barberton's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the City of Barberton no longer brings this action by and through its Director of Law, Lisa Miller.

32.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 32 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the Village of Boston Heights' motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the Village of Boston Heights no longer brings this action by and through its Village Solicitor, Marshal Pitchford.

33.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 33 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted Boston Township's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, Boston Township no longer brings this action by and through its duly elected Board of Trustees and its Solicitor, Ed Pullekins.

34.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 34 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the Village of Clinton's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the Village of Clinton no longer brings this action by and through its Village Solicitor, Marshal Pitchford.

35.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 35 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted Copley Township's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, Copley Township no longer brings this action by and through its duly elected Board of Trustees and its Law Solicitor, Irv Sugarman.

36.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 36 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted Coventry Township's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result,

Coventry Township no longer brings this action by and through its duly elected Board of Trustees and its Law Solicitor, Irv Sugarman..

37.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 37 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the City of Cuyahoga Falls' motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, Cuyahoga Falls no longer brings this action by and through its Law Director, Russ Balthis.

38.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 38 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the City of Fairlawn's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the City of Fairlawn no longer brings this action by and through its Law Director, Bryan Nace.

39.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 39 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the City of Green's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the City of Green no longer brings this action by and through its Interim Law Director, Bill Chris.

40.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 40 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the Village of Lakemore's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the Village of Lakemore no longer brings this action by and through its Law Solicitor, Irv Sugarman.

41.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 41 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the Village of Mogadore's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the Village of Mogadore no longer brings this action by and through its Law Director, Marshal M. Pitchford.

42.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 42 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the City of Munroe Falls' motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the City of Munroe Falls no longer brings this action by and through its Law Director, Tom Kostoff.

43.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 43 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the City of New Franklin's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, City of New Franklin no longer brings this action by and through its Law Director, Thomas Musarra.

44.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 44 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the City of Norton's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the City of Norton no longer brings this action by and through Law Director, Justin Markey.

45.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 45 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the Village of Peninsula's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the Village of Peninsula no longer brings this action by and through its Solicitor, Brad Bryan.

46.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 46 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the Village of Ridgefield's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, Summit County Combine General Health District no longer brings this action by and through its Law Solicitor, William Hanna.

47.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 47 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the Village of Silver Lake's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the Village of Silver Lake no longer brings this action by and through its Solicitor, Bob Heydorn.

48.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 48 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted Springfield Township's motion to voluntarily dismiss without prejudice all of its claims against Defendant

and, as a result, Springfield Township no longer brings this action by and through its Township Administrator and Legal Counsel, Warren Price.

49.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 49 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the City of Stow's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the City of Stow no longer brings this action by and through its Law Director, Amber Zibritosky.

50.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 50 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the City of Tallmadge's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, the City of Tallmadge no longer brings this action by and through its Director of Law, Megan Raber.

51.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 51 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the City of Barberton, the Village of Boston Heights, Boston Township, the Village of Clinton, Copley Township, Coventry Township, the City of Cuyahoga Falls, the City of Fairlawn, the City of Green, the Village of Lakemore, the Village of Mogadore, the City of Munroe Falls, the City of New Franklin, the City of Norton, the Village of Peninsula, the Village of Richfield, the Village of Silver Lake, Springfield Township, the City of Stow, and the City of Tallmadge's motion to voluntarily dismiss without prejudice all of their claims against Defendant.

52.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 52 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted Valley Fire District's motion to voluntarily dismiss without prejudice all of its claims against Defendant and, as a result, Valley Fire District no longer brings this action by and through its Fire Chief, Chief Criedel.

53.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 53 of the Complaint, and, on that basis, denies those allegations.  By way of further response, on May 31, 2018, the Court granted the State of Ohio's motion to voluntarily dismiss without prejudice its statutory public nuisance claim against Defendant to the extent the claim is asserted by the chief legal officers of the Directors of Law for the Cities of Akron, Barberton, and Tallmadge; the law directors for the Cities of Cuyahoga Falls, Fairlawn, Green, Mogadore, Munroe Falls, New Franklin, Norton, and Stow; the Village Solicitor for the Village of Boston Heights, and the chief legal officers for Boston Township, the Village of Clinton, Copley Township, Coventry Township, the Village of Lakemore, the Village of Peninsula, the Village of Richfield, the Village of Silver Lake, and Springfield Township acting in their official capacity.

54.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 54 of the Complaint, and, on that basis, denies those allegations.

55.     Defendant denies the allegations contained in Paragraph 55.  Further answering, Defendant incorporates by reference footnote 1 and Defendant's response to Paragraphs 28 to 53.

56.     The allegations in Paragraph 56 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant

lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 56 of the Complaint, and, on that basis, denies those allegations.

57.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 57 of the Complaint, and, on that basis, denies those allegations.

58.     The allegations in Paragraph 58 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 58 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 58 of the Complaint to the extent that they are directed to Defendant. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

59.     The allegations in Paragraph 59 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 59 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 59 of the Complaint to the extent that they are directed to Defendant. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

60.     The allegations in Paragraph 60 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 60 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 60 of the Complaint to the extent that they are directed to Defendant. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

61.     The allegations in Paragraph 61 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 61 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 61 of the Complaint to the extent that they are directed to Defendant. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

62.     The allegations in Paragraph 62 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 62 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 62 of the Complaint to the extent that they are

directed to Defendant. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

## II.    DEFENDANTS

### A.    Marketing Defendants

63.    The allegations in Paragraph 63 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 63 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 63 of the Complaint, and on that basis denies those allegations.

#### 1.    Purdue Entities

64.    Defendant denies the allegations contained in Paragraph 64 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 64 of the Complaint, and on that basis denies those allegations.

65.    Defendant denies the allegations contained in Paragraph 65 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 65 of the Complaint, and on that basis denies those allegations.

66.     Defendant denies the allegations contained in Paragraph 66 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 66 of the Complaint, and on that basis denies those allegations.

67.     Defendant denies the allegations contained in Paragraph 67 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 67 of the Complaint, and on that basis denies those allegations.

68.     Defendant denies the allegations contained in Paragraph 68 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 68 of the Complaint, and on that basis denies those allegations.

69.     Defendant denies the allegations contained in Paragraph 69 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 69 of the Complaint, and on that basis denies those allegations.

70.     Defendant denies the allegations contained in Paragraph 70 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 70 of the Complaint, and on that basis denies those allegations.

### 2.     Actavis Entities

71.     Defendant denies the allegations contained in Paragraph 71 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 71 of the Complaint, and on that basis denies those allegations.

72.     Defendant denies the allegations contained in Paragraph 72 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 72 of the Complaint, and on that basis denies those allegations.

73.     Defendant denies the allegations contained in Paragraph 73 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 73 of the Complaint, and on that basis denies those allegations.

### 3.     Cephalon Entities

74.     Defendant denies the allegations contained in Paragraph 74 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 74 of the Complaint, and on that basis denies those allegations.

75.     Defendant denies the allegations contained in Paragraph 75 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 75 of the Complaint, and on that basis denies those allegations.

76.     Defendant denies the allegations contained in Paragraph 76 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 76 of the Complaint, and on that basis denies those allegations.

77.     Defendant denies the allegations contained in Paragraph 77 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 77 of the Complaint, and on that basis denies those allegations.

4.      **Janssen Entities**

78.     Defendant denies the allegations contained in Paragraph 78 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 78 of the Complaint, and on that basis denies those allegations.

79.     Defendant denies the allegations contained in Paragraph 79 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 79 of the Complaint, and on that basis denies those allegations.

80.     Defendant denies the allegations contained in Paragraph 80 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 80 of the Complaint, and on that basis denies those allegations.

81.     Defendant denies the allegations contained in Paragraph 81 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 81 of the Complaint, and on that basis denies those allegations.

82.     Defendant denies the allegations contained in Paragraph 82 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 82 of the Complaint, and on that basis denies those allegations.

83.     Defendant denies the allegations contained in Paragraph 83 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 83 of the Complaint, and on that basis denies those allegations.

84.     Defendant denies the allegations contained in Paragraph 84 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 84 of the Complaint, and on that basis denies those allegations.

85.     Defendant denies the allegations contained in Paragraph 85 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 85 of the Complaint, and on that basis denies those allegations.

86.     Defendant denies the allegations contained in Paragraph 86 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 86 of the Complaint, and on that basis denies those allegations.

87.     Defendant denies the allegations contained in Paragraph 87 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 87 of the Complaint, and on that basis denies those allegations.

88.     Defendant denies the allegations contained in Paragraph 88 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 88 of the Complaint, and on that basis denies those allegations.

  **5.**   <u>**Endo Entities**</u>

89.     Defendant denies the allegations contained in Paragraph 89 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 89 of the Complaint, and on that basis denies those allegations.

90.     Defendant denies the allegations contained in Paragraph 90 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 90 of the Complaint, and on that basis denies those allegations.

91.     Defendant denies the allegations contained in Paragraph 91 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 91 of the Complaint, and on that basis denies those allegations.

92.     Defendant denies the allegations contained in Paragraph 92 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 92 of the Complaint, and on that basis denies those allegations.

93.     Defendant denies the allegations contained in Paragraph 93 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 93 of the Complaint, and on that basis denies those allegations.

94.     Defendant denies the allegations contained in Paragraph 94 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 94 of the Complaint, and on that basis denies those allegations.

### 6.     Insys Therapeutics, Inc.

95.     Defendant denies the allegations contained in Paragraph 95 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 95 of the Complaint, and on that basis denies those allegations.

96.     Defendant denies the allegations contained in Paragraph 96 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 96 of the Complaint, and on that basis denies those allegations.

97.     Defendant denies the allegations contained in Paragraph 97 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 97 of the Complaint, and on that basis denies those allegations.

98.     Defendant denies the allegations contained in Paragraph 98 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 98 of the Complaint, and on that basis denies those allegations.

99.     Defendant denies the allegations contained in Paragraph 99 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 99 of the Complaint, and on that basis denies those allegations.

### 7.     **Mallinckrodt Entities**

100.     Defendant denies the allegations contained in Paragraph 100 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 100 of the Complaint, and on that basis denies those allegations.

101.     Defendant denies the allegations contained in Paragraph 101 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 101 of the Complaint, and on that basis denies those allegations.

102.     Defendant denies the allegations contained in Paragraph 102 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 102 of the Complaint, and on that basis denies those allegations.

103.     Defendant denies the allegations contained in Paragraph 103 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 103 of the Complaint, and on that basis denies those allegations.

104.     Defendant denies the allegations contained in Paragraph 104 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 104 of the Complaint, and on that basis denies those allegations.

105.    Defendant denies the allegations contained in Paragraph 105 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 105 of the Complaint, and on that basis denies those allegations.

106.    Defendant denies the allegations contained in Paragraph 106 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 106 of the Complaint, and on that basis denies those allegations.

## B.    Distributor Defendants

107.    The allegations in Paragraph 107 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 107 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 107 of the Complaint, and on that basis denies those allegations.

### 1.    AmerisourceBergen Drug Corporation

108.    Defendant admits that it is a wholesale distributor of various prescription medications (as well as over-the-counter medications) and that Defendant has distributed controlled substances, including opioids, to retail pharmacies in all 50 states, only to the extent that those pharmacies are registered with the DEA and licensed in their specific state. Defendant

also admits that it is a Delaware corporation with a principal place of business in Chesterbrook, Pennsylvania. Defendant denies the remaining allegations in Paragraph 108 of the Complaint.

### 2. Anda, Inc.

109. Defendant denies the allegations contained in Paragraph 109 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 109 of the Complaint, and on that basis denies those allegations.

### 3. Cardinal Health, Inc.

110. Defendant denies the allegations contained in Paragraph 110 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 110 of the Complaint, and on that basis denies those allegations.

### 4. CVS Health Corporation

111. Defendant denies the allegations contained in Paragraph 111 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 111 of the Complaint, and on that basis denies those allegations.

### 5. Discount Drug Mart, Inc.

112. Defendant denies the allegations contained in Paragraph 112 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 112 of the Complaint, and on that basis denies those allegations.

6. **HBC Service Company**

113.    Defendant denies the allegations contained in Paragraph 113 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 113 of the Complaint, and on that basis denies those allegations.

7. **Henry Schein Entities**

114.    Defendant denies the allegations contained in Paragraph 114 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 114 of the Complaint, and on that basis denies those allegations.

115.    Defendant denies the allegations contained in Paragraph 115 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 115 of the Complaint, and on that basis denies those allegations.

116.    Defendant denies the allegations contained in Paragraph 116 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 116 of the Complaint, and on that basis denies those allegations.

117.    Defendant denies the allegations contained in Paragraph 117 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 117 of the Complaint, and on that basis denies those allegations.

118.    Defendant denies the allegations contained in Paragraph 118 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 118 of the Complaint, and on that basis denies those allegations.

119.    Defendant denies the allegations contained in Paragraph 119 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 119 of the Complaint, and on that basis denies those allegations.

### 8.    McKesson Corporation

120.    Defendant denies the allegations contained in Paragraph 120 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 120 of the Complaint, and on that basis denies those allegations.

121.    Defendant denies the allegations contained in Paragraph 121 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 121 of the Complaint, and on that basis denies those allegations.

### 9.    Miami-Luken, Inc.

122.    Defendant denies the allegations contained in Paragraph 122 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 122 of the Complaint, and on that basis denies those allegations.

### 10.    Prescription Supply, Inc.

123.    Defendant denies the allegations contained in Paragraph 123 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 123 of the Complaint, and on that basis denies those allegations.

### 11.  Rite Aid ~~Corporation~~ Entities[3]

124.    Defendant denies the allegations contained in Paragraph 124 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 124 of the Complaint, and on that basis denies those allegations.

### 12.  Walgreens Boots Alliance, Inc.

125.    Defendant denies the allegations contained in Paragraph 125 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 125 of the Complaint, and on that basis denies those allegations.

### 13.  Walmart Inc.

126.    Defendant denies the allegations contained in Paragraph 126 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 126 of the Complaint, and on that basis denies those allegations.

127.    Defendant denies the allegations contained in Paragraph 127 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 127 of the Complaint, and on that basis denies those allegations.

---

[3]    Certain allegations throughout the Complaint have been stricken by Plaintiffs at the direction of the Court. Any headings containing stricken language have been left unaltered for the convenience of the Court and the parties. As stated above, Defendant neither admits nor endorses the content of any such heading.

128.     Defendant denies the allegations contained in Paragraph 128 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 128 of the Complaint, and on that basis denies those allegations.

C.     **Agency and Authority**

129.     The allegations in Paragraph 129 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 129 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 129 of the Complaint to the extent that they are directed to Defendant. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

**FACTUAL ALLEGATIONS**

I.     **FACTS COMMON TO ALL CLAIMS[4]**

A.     **Opioids and Their Effects**

130.     The allegations in Paragraph 130 of the Complaint set forth purported medical and/or expert opinions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 130 of the Complaint, and on that basis denies those allegations.

---

[4]     In Footnote 11 of Plaintiffs' Complaint, Plaintiffs purport to reserve the right to further amend or correct the Complaint.  Defendant disputes that any such amendment would be permissible or appropriate.

131.    The allegations in Paragraph 131 of the Complaint set forth purported medical and/or expert opinions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 131 of the Complaint, and on that basis denies those allegations.

132.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 132 of the Complaint and on that basis denies those allegations.  To the extent Paragraph 132 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

133.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 133 of the Complaint and on that basis denies those allegations.  To the extent Paragraph 133 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

134.    The allegations in Paragraph 134 of the Complaint set forth purported medical and/or expert opinions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 134 of the Complaint, and on that basis denies those allegations.

135.    Defendant admits that branded and generic prescription opioids are narcotics and are regulated as controlled substances.  To the extent Paragraph 135 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the remaining allegations in Paragraph 135 of the Complaint.

136.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 136 of the Complaint, and on that basis denies those allegations. Defendant denies the allegations contained in Paragraph 136 of the Complaint to the extent that they are directed to Defendant.

137.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 137 of the Complaint, and on that basis denies those allegations. Defendant denies the allegations contained in Paragraph 137 of the Complaint to the extent that they are directed to Defendant.

138.     The allegations in Paragraph 138 of the Complaint set forth purported medical and/or expert opinions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 138 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 138 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

139.     The allegations in Paragraph 139 of the Complaint set forth purported medical and/or expert opinions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 139 of the Complaint, and on that basis denies those allegations. Defendant denies the allegations contained in Paragraph 139 of the Complaint to the extent that they are directed to Defendant.

140.     Defendant denies the allegations contained in Paragraph 140 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 140 of the Complaint, and on that basis denies those allegations.

141.    The allegations in Paragraph 141 of the Complaint set forth purported medical and/or expert opinions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 141 of the Complaint, and on that basis denies those allegations. Defendant denies the allegations contained in Paragraph 141 of the Complaint to the extent that they are directed to Defendant.

142.    The allegations in Paragraph 142 of the Complaint set forth purported medical and/or expert opinions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 142 of the Complaint, and on that basis denies those allegations.

143.    The allegations in Paragraph 143 of the Complaint set forth purported medical and/or expert opinions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 143 of the Complaint, and on that basis denies those allegations.

144.    The allegations in Paragraph 144 of the Complaint set forth purported medical and/or expert opinions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 144 of the Complaint, and on that basis denies those allegations.

145.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 145 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 145 of the Complaint purports to be based on reference

documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

**B.**     **The Resurgence of Opioid Use in the United States**

    **1.**     **The Sackler Family Integrated Advertising and Medicine**

146.     Defendant denies the allegations contained in Paragraph 146 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 146 of the Complaint, and on that basis denies those allegations.

147.     Defendant denies the allegations contained in Paragraph 147 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 147 of the Complaint, and on that basis denies those allegations.

148.     Defendant denies the allegations contained in Paragraph 148 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 148 of the Complaint, and on that basis denies those allegations.

149.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 149 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 149 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

150.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 150 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 150 of the Complaint purports to be based on reference

documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

151.    Defendant denies the allegations contained in Paragraph 151 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 151 of the Complaint, and on that basis denies those allegations.

### 2. Purdue and the Development of ~~Developed and Aggressively Promoted~~ OxyContin

152.    Defendant denies the allegations contained in Paragraph 152 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 152 of the Complaint, and on that basis denies those allegations.

153.    Defendant denies the allegations contained in Paragraph 153 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 153 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 153 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

154.    Defendant denies the allegations contained in Paragraph 154 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 154 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 154 of the Complaint purports to be based on reference documents or

websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

155.    Defendant denies the allegations contained in Paragraph 155 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 155 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 155 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

156.    Defendant denies the allegations contained in Paragraph 156 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 156 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 156 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

157.    Defendant denies the allegations contained in Paragraph 157 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 157 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 157 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

158.    Defendant denies the allegations contained in Paragraph 158 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 158 of the Complaint, and on that basis denies those allegations.

159.    Defendant denies the allegations contained in Paragraph 159 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 159 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 159 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

160.    Defendant denies the allegations contained in Paragraph 160 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 160 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 160 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

161.    Defendant denies the allegations contained in Paragraph 161 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 161 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 161 of the Complaint purports to be based on reference documents or

websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

162.     Defendant denies the allegations contained in Paragraph 162 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 162 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 162 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

163.     Defendant denies the allegations contained in Paragraph 163 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 163 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 163 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### 3.     Other Marketing Defendants Leapt at the Opioid Opportunity

164.     Defendant denies the allegations contained in Paragraph 164 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 164 of the Complaint, and on that basis denies those allegations.

165.     Defendant denies the allegations contained in Paragraph 165 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 165 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 165 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

166.    Defendant denies the allegations contained in Paragraph 166 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 166 of the Complaint, and on that basis denies those allegations.

167.    Defendant denies the allegations contained in Paragraph 167 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 167 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 167 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

168.    Defendant denies the allegations contained in Paragraph 168 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 168 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 168 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

169.    Defendant denies the allegations contained in Paragraph 169 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 169 of the Complaint, and on that basis denies those allegations.

170.    Defendant denies the allegations contained in Paragraph 170 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 170 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 170 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

**C.    Defendants' Conduct Created an Abatable Public Nuisance**

171.    Defendant denies the allegations contained in Paragraph 171 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 171 of the Complaint, and on that basis denies those allegations. The remaining allegations in Paragraph 171 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

172.    Defendant denies the allegations contained in Paragraph 172 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 172 of the Complaint, and on that basis denies those allegations. The remaining allegations in Paragraph 172 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

173.    Defendant denies the allegations contained in Paragraph 173 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 173 of the Complaint, and on that basis denies those allegations. The remaining allegations in Paragraph 173 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 684 of the Complaint purports to be based on state or federal laws and regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

**D.    The Marketing Defendants' Multi-Pronged Scheme to Change Prescriber Habits and Public Perception and Increase Demand for Opioids**

174.    Defendant denies the allegations contained in Paragraph 174 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 174 of the Complaint, and on that basis denies those allegations.

175.    Defendant denies the allegations contained in Paragraph 175 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 175 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 175 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

176.    Defendant denies the allegations contained in Paragraph 176 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 176 of the Complaint, and on that basis denies those allegations.

## 1.    The Marketing Defendants Promoted Multiple Falsehoods About Opioids

177.    Defendant denies the allegations contained in Paragraph 177 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 177 of the Complaint, and on that basis denies those allegations.

178.    Defendant denies the allegations contained in Paragraph 178 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 178 of the Complaint, and on that basis denies those allegations.

179.    Defendant denies the allegations contained in Paragraph 179 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 179 of the Complaint, and on that basis denies those allegations.

### a.    Falsehood #1:  The risk of addiction from chronic opioid therapy is low

180.    Defendant denies the allegations contained in Paragraph 180 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 180 of the Complaint, and on that basis denies those allegations.

181.    Defendant denies the allegations contained in Paragraph 181 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 181 of the Complaint, and on that basis denies those allegations.

182.    Defendant denies the allegations contained in Paragraph 182 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 182 of the Complaint, and on that basis denies those allegations.

### i.    Purdue's misrepresentation regarding addiction risk

183.    Defendant denies the allegations contained in Paragraph 183 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 183 of the Complaint, and on that basis denies those allegations.

184.    Defendant denies the allegations contained in Paragraph 184 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 184 of the Complaint, and on that basis denies those allegations.

185.    Defendant denies the allegations contained in Paragraph 185 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 185 of the Complaint, and on that basis denies those allegations.

186.    Defendant denies the allegations contained in Paragraph 186 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 186 of the Complaint, and on that basis denies those allegations.

187.    Defendant denies the allegations contained in Paragraph 187 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 187 of the Complaint, and on that basis denies those allegations.

188.    Defendant denies the allegations contained in Paragraph 188 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 188 of the Complaint, and on that basis denies those allegations.

189.    Defendant denies the allegations contained in Paragraph 189 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 189 of the Complaint, and on that basis denies those allegations.

190.    Defendant denies the allegations contained in Paragraph 190 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 190 of the Complaint, and on that basis denies those allegations.

191.    Defendant denies the allegations contained in Paragraph 191 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 191 of the Complaint, and on that basis denies those allegations.

192.    Defendant denies the allegations contained in Paragraph 192 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 192 of the Complaint, and on that basis denies those allegations.

193.    Defendant denies the allegations contained in Paragraph 193 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 193 of the Complaint, and on that basis denies those allegations.

194.    Defendant denies the allegations contained in Paragraph 194 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 194 of the Complaint, and on that basis denies those allegations.

195.    Defendant denies the allegations contained in Paragraph 195 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 195 of the Complaint, and on that basis denies those allegations.

196.    Defendant denies the allegations contained in Paragraph 196 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 196 of the Complaint, and on that basis denies those allegations.

197.    Defendant denies the allegations contained in Paragraph 197 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 197 of the Complaint, and on that basis denies those allegations.

198.    Defendant denies the allegations contained in Paragraph 198 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 198 of the Complaint, and on that basis denies those allegations.

199.    Defendant denies the allegations contained in Paragraph 199 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 199 of the Complaint, and on that basis denies those allegations.

200.    Defendant denies the allegations contained in Paragraph 200 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 200 of the Complaint, and on that basis denies those allegations.

201.    Defendant denies the allegations contained in Paragraph 201 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 201 of the Complaint, and on that basis denies those allegations.

202.    Defendant denies the allegations contained in Paragraph 202 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 202 of the Complaint, and on that basis denies those allegations.

### ii.    Endo's misrepresentation regarding addiction risk

203.    Defendant denies the allegations contained in Paragraph 203 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 203 of the Complaint, and on that basis denies those allegations.

204.    Defendant denies the allegations contained in Paragraph 204 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 204 of the Complaint, and on that basis denies those allegations.

205.    Defendant denies the allegations contained in Paragraph 205 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 205 of the Complaint, and on that basis denies those allegations.

206.     Defendant denies the allegations contained in Paragraph 206 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 206 of the Complaint, and on that basis denies those allegations.

207.     Defendant denies the allegations contained in Paragraph 207 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 207 of the Complaint, and on that basis denies those allegations.

208.     Defendant denies the allegations contained in Paragraph 208 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 208 of the Complaint, and on that basis denies those allegations.

209.     Defendant denies the allegations contained in Paragraph 209 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 209 of the Complaint, and on that basis denies those allegations.

210.     Defendant denies the allegations contained in Paragraph 210 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 210 of the Complaint, and on that basis denies those allegations.

211.     Defendant denies the allegations contained in Paragraph 211 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 211 of the Complaint, and on that basis denies those allegations.

### iii. Janssen's misrepresentation regarding addiction risk

212. Defendant denies the allegations contained in Paragraph 212 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 212 of the Complaint, and on that basis denies those allegations.

213. Defendant denies the allegations contained in Paragraph 213 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 213 of the Complaint, and on that basis denies those allegations.

214. Defendant denies the allegations contained in Paragraph 214 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 214 of the Complaint, and on that basis denies those allegations.

215. Defendant denies the allegations contained in Paragraph 215 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 215 of the Complaint, and on that basis denies those allegations.

216. Defendant denies the allegations contained in Paragraph 216 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 216 of the Complaint, and on that basis denies those allegations.

217.    Defendant denies the allegations contained in Paragraph 217 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 217 of the Complaint, and on that basis denies those allegations.

218.    Defendant denies the allegations contained in Paragraph 218 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 218 of the Complaint, and on that basis denies those allegations.

219.    Defendant denies the allegations contained in Paragraph 219 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 219 of the Complaint, and on that basis denies those allegations.

220.    Defendant denies the allegations contained in Paragraph 220 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 220 of the Complaint, and on that basis denies those allegations.

### iv.    Cephalon's misrepresentations regarding addiction risk

221.    Defendant denies the allegations contained in Paragraph 221 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 221 of the Complaint, and on that basis denies those allegations.

222.    Defendant denies the allegations contained in Paragraph 222 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 222 of the Complaint, and on that basis denies those allegations.

223.    Defendant denies the allegations contained in Paragraph 223 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 223 of the Complaint, and on that basis denies those allegations.

**v.    Actavis's misrepresentation regarding addiction risk**

224.    Defendant denies the allegations contained in Paragraph 224 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 224 of the Complaint, and on that basis denies those allegations.

225.    Defendant denies the allegations contained in Paragraph 225 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 225 of the Complaint, and on that basis denies those allegations.

226.    Defendant denies the allegations contained in Paragraph 226 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 226 of the Complaint, and on that basis denies those allegations.

227.    Defendant denies the allegations contained in Paragraph 227 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 227 of the Complaint, and on that basis denies those allegations.

###### vi.     Mallinckrodt's misrepresentation regarding addiction risk

228.    Defendant denies the allegations contained in Paragraph 228 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 228 of the Complaint, and on that basis denies those allegations.

229.    Defendant denies the allegations contained in Paragraph 229 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 229 of the Complaint, and on that basis denies those allegations.

230.    Defendant denies the allegations contained in Paragraph 230 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 230 of the Complaint, and on that basis denies those allegations.

231.    Defendant denies the allegations contained in Paragraph 231 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 231 of the Complaint, and on that basis denies those allegations.

232.    Defendant denies the allegations contained in Paragraph 232 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 232 of the Complaint, and on that basis denies those allegations.

**b.  Falsehood #2:  To the extent there is a risk of addiction, it can be easily identified and managed**

233.    Defendant denies the allegations contained in Paragraph 233 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 233 of the Complaint, and on that basis denies those allegations.

234.    Defendant denies the allegations contained in Paragraph 234 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 234 of the Complaint, and on that basis denies those allegations.

235.    Defendant denies the allegations contained in Paragraph 235 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 235 of the Complaint, and on that basis denies those allegations.

236.    Defendant denies the allegations contained in Paragraph 236 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 236 of the Complaint, and on that basis denies those allegations.

237.    Defendant denies the allegations contained in Paragraph 237 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 237 of the Complaint, and on that basis denies those allegations.

238.    Defendant denies the allegations contained in Paragraph 238 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 238 of the Complaint, and on that basis denies those allegations.

239.    Defendant denies the allegations contained in Paragraph 239 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 239 of the Complaint, and on that basis denies those allegations.

240.    Defendant denies the allegations contained in Paragraph 240 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 240 of the Complaint, and on that basis denies those allegations.

### c.    Falsehood #3:  Signs of addictive behavior are "pseudoaddiction," requiring more opioids

241.    Defendant denies the allegations contained in Paragraph 241 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 241 of the Complaint, and on that basis denies those allegations.

242.    Defendant denies the allegations contained in Paragraph 242 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 242 of the Complaint, and on that basis denies those allegations.

243.    Defendant denies the allegations contained in Paragraph 243 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 243 of the Complaint, and on that basis denies those allegations.

244.    Defendant denies the allegations contained in Paragraph 244 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 244 of the Complaint, and on that basis denies those allegations.

245.    Defendant denies the allegations contained in Paragraph 245 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 245 of the Complaint, and on that basis denies those allegations.

246.    Defendant denies the allegations contained in Paragraph 246 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 246 of the Complaint, and on that basis denies those allegations.

247.    Defendant denies the allegations contained in Paragraph 247 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 247 of the Complaint, and on that basis denies those allegations.

248.    Defendant denies the allegations contained in Paragraph 248 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 248 of the Complaint, and on that basis denies those allegations.

249.    Defendant denies the allegations contained in Paragraph 249 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 249 of the Complaint, and on that basis denies those allegations.

250.    Defendant denies the allegations contained in Paragraph 250 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 250 of the Complaint, and on that basis denies those allegations.

251.    Defendant denies the allegations contained in Paragraph 251 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 251 of the Complaint, and on that basis denies those allegations.

### d.    Falsehood #4:  Opioid withdrawal can be avoided by tapering

252.    Defendant denies the allegations contained in Paragraph 252 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 252 of the Complaint, and on that basis denies those allegations.

253.    Defendant denies the allegations contained in Paragraph 253 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 253 of the Complaint, and on that basis denies those allegations.

254.    Defendant denies the allegations contained in Paragraph 254 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 254 of the Complaint, and on that basis denies those allegations.

255.    Defendant denies the allegations contained in Paragraph 255 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 255 of the Complaint, and on that basis denies those allegations.

  e.  **Falsehood #5:  Opioid doses can be increased without limit or greater risks**

256.    Defendant denies the allegations contained in Paragraph 256 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 256 of the Complaint, and on that basis denies those allegations.

257.    Defendant denies the allegations contained in Paragraph 257 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 257 of the Complaint, and on that basis denies those allegations.

258.    Defendant denies the allegations contained in Paragraph 258 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 258 of the Complaint, and on that basis denies those allegations.

259.    Defendant denies the allegations contained in Paragraph 259 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 259 of the Complaint, and on that basis denies those allegations.

260.    Defendant denies the allegations contained in Paragraph 260 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 260 of the Complaint, and on that basis denies those allegations.

261.    Defendant denies the allegations contained in Paragraph 261 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 261 of the Complaint, and on that basis denies those allegations.

262.    Defendant denies the allegations contained in Paragraph 262 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 262 of the Complaint, and on that basis denies those allegations.

263.    Defendant denies the allegations contained in Paragraph 263 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 263 of the Complaint, and on that basis denies those allegations.

264.    Defendant denies the allegations contained in Paragraph 264 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 264 of the Complaint, and on that basis denies those allegations.

265.    Defendant denies the allegations contained in Paragraph 265 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 265 of the Complaint, and on that basis denies those allegations.

266.    Defendant denies the allegations contained in Paragraph 266 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 266 of the Complaint, and on that basis denies those allegations.

267.    Defendant denies the allegations contained in Paragraph 267 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 267 of the Complaint, and on that basis denies those allegations.

### f.    Falsehood #6:  Long-term opioid use improves functioning

268.    Defendant denies the allegations contained in Paragraph 268 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 268 of the Complaint, and on that basis denies those allegations.

269.    Defendant denies the allegations contained in Paragraph 269 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 269 of the Complaint, and on that basis denies those allegations.

270.    Defendant denies the allegations contained in Paragraph 270 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 270 of the Complaint, and on that basis denies those allegations.

271.    Defendant denies the allegations contained in Paragraph 271 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 271 of the Complaint, and on that basis denies those allegations.

272.    Defendant denies the allegations contained in Paragraph 272 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 272 of the Complaint, and on that basis denies those allegations.

273.    Defendant denies the allegations contained in Paragraph 273 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 273 of the Complaint, and on that basis denies those allegations.

274.    Defendant denies the allegations contained in Paragraph 274 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 274 of the Complaint, and on that basis denies those allegations.

275.    Defendant denies the allegations contained in Paragraph 275 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 275 of the Complaint, and on that basis denies those allegations.

276.    Defendant denies the allegations contained in Paragraph 276 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 276 of the Complaint, and on that basis denies those allegations.

277.    Defendant denies the allegations contained in Paragraph 277 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 277 of the Complaint, and on that basis denies those allegations.

278.    Defendant denies the allegations contained in Paragraph 278 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 278 of the Complaint, and on that basis denies those allegations.

279.    Defendant denies the allegations contained in Paragraph 279 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 279 of the Complaint, and on that basis denies those allegations.

280.    Defendant denies the allegations contained in Paragraph 280 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 280 of the Complaint, and on that basis denies those allegations.

281.    Defendant denies the allegations contained in Paragraph 281 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 281 of the Complaint, and on that basis denies those allegations.

282.    Defendant denies the allegations contained in Paragraph 282 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 282 of the Complaint, and on that basis denies those allegations.

283.    Defendant denies the allegations contained in Paragraph 283 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 283 of the Complaint, and on that basis denies those allegations.

284.    Defendant denies the allegations contained in Paragraph 284 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 284 of the Complaint, and on that basis denies those allegations.

### g.    Falsehood #7:  Alternative forms of pain relief pose greater risks than opioids

285.    Defendant denies the allegations contained in Paragraph 285 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 285 of the Complaint, and on that basis denies those allegations.

286.    Defendant denies the allegations contained in Paragraph 286 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 286 of the Complaint, and on that basis denies those allegations.

287.    Defendant denies the allegations contained in Paragraph 287 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 287 of the Complaint, and on that basis denies those allegations.

288.    Defendant denies the allegations contained in Paragraph 288 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 288 of the Complaint, and on that basis denies those allegations.

289.    Defendant denies the allegations contained in Paragraph 289 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 289 of the Complaint, and on that basis denies those allegations.

290.    Defendant denies the allegations contained in Paragraph 290 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 290 of the Complaint, and on that basis denies those allegations.

291.    Defendant denies the allegations contained in Paragraph 291 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 291 of the Complaint, and on that basis denies those allegations.

292.    Defendant denies the allegations contained in Paragraph 292 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 292 of the Complaint, and on that basis denies those allegations.

293.    Defendant denies the allegations contained in Paragraph 293 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 293 of the Complaint, and on that basis denies those allegations.

294.    Defendant denies the allegations contained in Paragraph 294 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 294 of the Complaint, and on that basis denies those allegations.

**h.**      **Falsehood #8:  OxyContin provides twelve hours of pain relief**

295.    Defendant denies the allegations contained in Paragraph 295 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 295 of the Complaint, and on that basis denies those allegations.

296.    Defendant denies the allegations contained in Paragraph 296 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 296 of the Complaint, and on that basis denies those allegations.

297.    Defendant denies the allegations contained in Paragraph 297 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 297 of the Complaint, and on that basis denies those allegations.

298.    Defendant denies the allegations contained in Paragraph 298 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 298 of the Complaint, and on that basis denies those allegations.

299.    Defendant denies the allegations contained in Paragraph 299 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 299 of the Complaint, and on that basis denies those allegations.

300.    Defendant denies the allegations contained in Paragraph 300 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 300 of the Complaint, and on that basis denies those allegations.

301.    Defendant denies the allegations contained in Paragraph 301 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 301 of the Complaint, and on that basis denies those allegations.

302.    Defendant denies the allegations contained in Paragraph 302 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 302 of the Complaint, and on that basis denies those allegations.

303.    Defendant denies the allegations contained in Paragraph 303 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 303 of the Complaint, and on that basis denies those allegations.

304.    Defendant denies the allegations contained in Paragraph 304 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 304 of the Complaint, and on that basis denies those allegations.

305.    Defendant denies the allegations contained in Paragraph 305 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 305 of the Complaint, and on that basis denies those allegations.

306.    Defendant denies the allegations contained in Paragraph 306 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 306 of the Complaint, and on that basis denies those allegations.

307.    Defendant denies the allegations contained in Paragraph 307 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 307 of the Complaint, and on that basis denies those allegations.

i.    **Falsehood #9:  New formulations of certain opioids successfully deter abuse**

308.    Defendant denies the allegations contained in Paragraph 308 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 308 of the Complaint, and on that basis denies those allegations.

309.    Defendant denies the allegations contained in Paragraph 309 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 309 of the Complaint, and on that basis denies those allegations.

i. **Purdue's deceptive marketing of reformulated OxyContin and Hysingla ER**

310.    Defendant denies the allegations contained in Paragraph 310 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 310 of the Complaint, and on that basis denies those allegations.

311.    Defendant denies the allegations contained in Paragraph 311 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 311 of the Complaint, and on that basis denies those allegations.

312.    Defendant denies the allegations contained in Paragraph 312 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 312 of the Complaint, and on that basis denies those allegations.

313.    Defendant denies the allegations contained in Paragraph 313 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 313 of the Complaint, and on that basis denies those allegations.

314.    Defendant denies the allegations contained in Paragraph 314 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 314 of the Complaint, and on that basis denies those allegations.

315.    Defendant denies the allegations contained in Paragraph 315 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 315 of the Complaint, and on that basis denies those allegations.

316.    Defendant denies the allegations contained in Paragraph 316 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 316 of the Complaint, and on that basis denies those allegations.

317.    Defendant denies the allegations contained in Paragraph 317 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 317 of the Complaint, and on that basis denies those allegations.

318.    Defendant denies the allegations contained in Paragraph 318 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 318 of the Complaint, and on that basis denies those allegations.

319.    Defendant denies the allegations contained in Paragraph 319 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 319 of the Complaint, and on that basis denies those allegations.

320.    Defendant denies the allegations contained in Paragraph 320 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 320 of the Complaint, and on that basis denies those allegations.

321. Defendant denies the allegations contained in Paragraph 321 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 321 of the Complaint, and on that basis denies those allegations.

### ii. Endo's deceptive marketing of reformulated Opana ER

322. Defendant denies the allegations contained in Paragraph 322 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 322 of the Complaint, and on that basis denies those allegations.

323. Defendant denies the allegations contained in Paragraph 323 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 323 of the Complaint, and on that basis denies those allegations.

324. Defendant denies the allegations contained in Paragraph 324 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 324 of the Complaint, and on that basis denies those allegations.

325. Defendant denies the allegations contained in Paragraph 325 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 325 of the Complaint, and on that basis denies those allegations.

326. Defendant denies the allegations contained in Paragraph 326 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 326 of the Complaint, and on that basis denies those allegations.

327.    Defendant denies the allegations contained in Paragraph 327 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 327 of the Complaint, and on that basis denies those allegations.

328.    Defendant denies the allegations contained in Paragraph 328 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 328 of the Complaint, and on that basis denies those allegations.

329.    Defendant denies the allegations contained in Paragraph 329 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 329 of the Complaint, and on that basis denies those allegations.

330.    Defendant denies the allegations contained in Paragraph 330 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 330 of the Complaint, and on that basis denies those allegations.

331.    Defendant denies the allegations contained in Paragraph 331 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 331 of the Complaint, and on that basis denies those allegations.

332.    Defendant denies the allegations contained in Paragraph 332 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 332 of the Complaint, and on that basis denies those allegations.

333.    Defendant denies the allegations contained in Paragraph 333 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 333 of the Complaint, and on that basis denies those allegations.

334.    Defendant denies the allegations contained in Paragraph 334 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 334 of the Complaint, and on that basis denies those allegations.

335.    Defendant denies the allegations contained in Paragraph 335 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 335 of the Complaint, and on that basis denies those allegations.

336.    Defendant denies the allegations contained in Paragraph 336 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 336 of the Complaint, and on that basis denies those allegations.

337.    Defendant denies the allegations contained in Paragraph 337 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 337 of the Complaint, and on that basis denies those allegations.

338.    Defendant denies the allegations contained in Paragraph 338 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 338 of the Complaint, and on that basis denies those allegations.

339.    Defendant denies the allegations contained in Paragraph 339 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 339 of the Complaint, and on that basis denies those allegations.

340.    Defendant denies the allegations contained in Paragraph 340 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 340 of the Complaint, and on that basis denies those allegations.

341.    Defendant denies the allegations contained in Paragraph 341 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 341 of the Complaint, and on that basis denies those allegations.

342.    Defendant denies the allegations contained in Paragraph 342 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 342 of the Complaint, and on that basis denies those allegations.

343.     Defendant denies the allegations contained in Paragraph 343 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 343 of the Complaint, and on that basis denies those allegations.

344.     Defendant denies the allegations contained in Paragraph 344 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 344 of the Complaint, and on that basis denies those allegations.

### iii.     Other Marketing Defendants' misrepresentations regarding abuse deterrence

345.     Defendant denies the allegations contained in Paragraph 345 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 345 of the Complaint, and on that basis denies those allegations.

346.     Defendant denies the allegations contained in Paragraph 346 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 346 of the Complaint, and on that basis denies those allegations.

347.     Defendant denies the allegations contained in Paragraph 347 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 347 of the Complaint, and on that basis denies those allegations.

348.     Defendant denies the allegations contained in Paragraph 348 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 348 of the Complaint, and on that basis denies those allegations.

349.    Defendant denies the allegations contained in Paragraph 349 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 349 of the Complaint, and on that basis denies those allegations.

## 2.    The Marketing Defendants Disseminated Their Misleading Messages About Opioids Through Multiple Channels

350.    Defendant denies the allegations contained in Paragraph 350 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 350 of the Complaint, and on that basis denies those allegations.

351.    Defendant denies the allegations contained in Paragraph 351 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 351 of the Complaint, and on that basis denies those allegations.

### a.    The Marketing Defendants Directed Front Groups to Deceptively Promote Opioid Use

352.    Defendant denies the allegations contained in Paragraph 352 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 352 of the Complaint, and on that basis denies those allegations.

353.    Defendant denies the allegations contained in Paragraph 353 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 353 of the Complaint, and on that basis denies those allegations.

354.    Defendant denies the allegations contained in Paragraph 354 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 354 of the Complaint, and on that basis denies those allegations.

355.    Defendant denies the allegations contained in Paragraph 355 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 355 of the Complaint, and on that basis denies those allegations.

356.    Defendant denies the allegations contained in Paragraph 356 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 356 of the Complaint, and on that basis denies those allegations.

### i.    American Pain Foundation

357.    Defendant denies the allegations contained in Paragraph 357 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 357 of the Complaint, and on that basis denies those allegations.

358.    Defendant denies the allegations contained in Paragraph 358 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 358 of the Complaint, and on that basis denies those allegations.

359.    Defendant denies the allegations contained in Paragraph 359 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 359 of the Complaint, and on that basis denies those allegations.

360.    Defendant denies the allegations contained in Paragraph 360 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 360 of the Complaint, and on that basis denies those allegations.

361.    Defendant denies the allegations contained in Paragraph 361 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 361 of the Complaint, and on that basis denies those allegations.

362.    Defendant denies the allegations contained in Paragraph 362 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 362 of the Complaint, and on that basis denies those allegations.

363.    Defendant denies the allegations contained in Paragraph 363 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 363 of the Complaint, and on that basis denies those allegations.

364.    Defendant denies the allegations contained in Paragraph 364 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 364 of the Complaint, and on that basis denies those allegations.

**ii.      American Academy of Pain Medicine and the American Pain Society**

365.      Defendant denies the allegations contained in Paragraph 365 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 365 of the Complaint, and on that basis denies those allegations.

366.      Defendant denies the allegations contained in Paragraph 366 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 366 of the Complaint, and on that basis denies those allegations.

367.      Defendant denies the allegations contained in Paragraph 367 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 367 of the Complaint, and on that basis denies those allegations.

368.      Defendant denies the allegations contained in Paragraph 368 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 368 of the Complaint, and on that basis denies those allegations.

369.      Defendant denies the allegations contained in Paragraph 369 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 369 of the Complaint, and on that basis denies those allegations.

370.    Defendant denies the allegations contained in Paragraph 370 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 370 of the Complaint, and on that basis denies those allegations.

371.    Defendant denies the allegations contained in Paragraph 371 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 371 of the Complaint, and on that basis denies those allegations.

372.    Defendant denies the allegations contained in Paragraph 372 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 372 of the Complaint, and on that basis denies those allegations.

373.    Defendant denies the allegations contained in Paragraph 373 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 373 of the Complaint, and on that basis denies those allegations.

374.    Defendant denies the allegations contained in Paragraph 374 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 374 of the Complaint, and on that basis denies those allegations.

375.    Defendant denies the allegations contained in Paragraph 375 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 375 of the Complaint, and on that basis denies those allegations.

376.    Defendant denies the allegations contained in Paragraph 376 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 376 of the Complaint, and on that basis denies those allegations.

### iii.        Federation of State Medical Boards

377.    Defendant denies the allegations contained in Paragraph 377 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 377 of the Complaint, and on that basis denies those allegations.

378.    Defendant denies the allegations contained in Paragraph 378 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 378 of the Complaint, and on that basis denies those allegations.

379.    Defendant denies the allegations contained in Paragraph 379 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 379 of the Complaint, and on that basis denies those allegations.

380.    Defendant denies the allegations contained in Paragraph 380 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 380 of the Complaint, and on that basis denies those allegations.

381.     Defendant denies the allegations contained in Paragraph 381 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 381 of the Complaint, and on that basis denies those allegations.

382.     Defendant denies the allegations contained in Paragraph 382 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 382 of the Complaint, and on that basis denies those allegations.

### iv.     The Alliance for Patient Access

383.     Defendant denies the allegations contained in Paragraph 383 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 383 of the Complaint, and on that basis denies those allegations.

384.     Defendant denies the allegations contained in Paragraph 384 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 384 of the Complaint, and on that basis denies those allegations.

385.     Defendant denies the allegations contained in Paragraph 385 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 385 of the Complaint, and on that basis denies those allegations.

386.     Defendant denies the allegations contained in Paragraph 386 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 386 of the Complaint, and on that basis denies those allegations.

387.    Defendant denies the allegations contained in Paragraph 387 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 387 of the Complaint, and on that basis denies those allegations.

388.    Defendant denies the allegations contained in Paragraph 388 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 388 of the Complaint, and on that basis denies those allegations.

389.    Defendant denies the allegations contained in Paragraph 389 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 389 of the Complaint, and on that basis denies those allegations.

390.    Defendant denies the allegations contained in Paragraph 390 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 390 of the Complaint, and on that basis denies those allegations.

### v.    The U.S. Pain Foundation

391.    Defendant denies the allegations contained in Paragraph 391 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 391 of the Complaint, and on that basis denies those allegations.

###### vi.      American Geriatrics Society

392.     Defendant denies the allegations contained in Paragraph 392 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 392 of the Complaint, and on that basis denies those allegations.

393.     Defendant denies the allegations contained in Paragraph 393 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 393 of the Complaint, and on that basis denies those allegations.

394.     Defendant denies the allegations contained in Paragraph 394 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 394 of the Complaint, and on that basis denies those allegations.

395.     Defendant denies the allegations contained in Paragraph 395 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 395 of the Complaint, and on that basis denies those allegations.

###### b.      The Marketing Defendants Paid Key Opinion Leaders to Deceptively Promote Opioid Use

396.     Defendant denies the allegations contained in Paragraph 396 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 396 of the Complaint, and on that basis denies those allegations.

397.     Defendant denies the allegations contained in Paragraph 397 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 397 of the Complaint, and on that basis denies those allegations.

398.     Defendant denies the allegations contained in Paragraph 398 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 398 of the Complaint, and on that basis denies those allegations.

399.     Defendant denies the allegations contained in Paragraph 399 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 399 of the Complaint, and on that basis denies those allegations.

400.     Defendant denies the allegations contained in Paragraph 400 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 400 of the Complaint, and on that basis denies those allegations.

401.     Defendant denies the allegations contained in Paragraph 401 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 401 of the Complaint, and on that basis denies those allegations.

402.     Defendant denies the allegations contained in Paragraph 402 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 402 of the Complaint, and on that basis denies those allegations.

403.    Defendant denies the allegations contained in Paragraph 403 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 403 of the Complaint, and on that basis denies those allegations.

### i.    Dr. Russell Portenoy

404.    Defendant denies the allegations contained in Paragraph 404 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 404 of the Complaint, and on that basis denies those allegations.

405.    Defendant denies the allegations contained in Paragraph 405 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 405 of the Complaint, and on that basis denies those allegations.

406.    Defendant denies the allegations contained in Paragraph 406 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 406 of the Complaint, and on that basis denies those allegations.

407.    Defendant denies the allegations contained in Paragraph 407 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 407 of the Complaint, and on that basis denies those allegations.

408.    Defendant denies the allegations contained in Paragraph 408 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 408 of the Complaint, and on that basis denies those allegations.

409.    Defendant denies the allegations contained in Paragraph 409 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 409 of the Complaint, and on that basis denies those allegations.

410.    Defendant denies the allegations contained in Paragraph 410 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 410 of the Complaint, and on that basis denies those allegations.

411.    Defendant denies the allegations contained in Paragraph 411 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 411 of the Complaint, and on that basis denies those allegations.

**ii.    Dr. Lynn Webster**

412.    Defendant denies the allegations contained in Paragraph 412 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 412 of the Complaint, and on that basis denies those allegations.

413.    Defendant denies the allegations contained in Paragraph 413 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 413 of the Complaint, and on that basis denies those allegations.

414.    Defendant denies the allegations contained in Paragraph 414 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 414 of the Complaint, and on that basis denies those allegations.

415.    Defendant denies the allegations contained in Paragraph 415 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 415 of the Complaint, and on that basis denies those allegations.

416.    Defendant denies the allegations contained in Paragraph 416 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 416 of the Complaint, and on that basis denies those allegations.

### iii.    Dr. Perry Fine

417.    Defendant denies the allegations contained in Paragraph 417 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 417 of the Complaint, and on that basis denies those allegations.

418.    Defendant denies the allegations contained in Paragraph 418 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 418 of the Complaint, and on that basis denies those allegations.

419.    Defendant denies the allegations contained in Paragraph 419 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 419 of the Complaint, and on that basis denies those allegations.

420.    Defendant denies the allegations contained in Paragraph 420 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 420 of the Complaint, and on that basis denies those allegations.

421.    Defendant denies the allegations contained in Paragraph 421 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 421 of the Complaint, and on that basis denies those allegations.

422.    Defendant denies the allegations contained in Paragraph 422 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 422 of the Complaint, and on that basis denies those allegations.

423.    Defendant denies the allegations contained in Paragraph 423 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 423 of the Complaint, and on that basis denies those allegations.

### iv.    Dr. Scott Fishman

424.    Defendant denies the allegations contained in Paragraph 424 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 424 of the Complaint, and on that basis denies those allegations.

425.    Defendant denies the allegations contained in Paragraph 425 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 425 of the Complaint, and on that basis denies those allegations.

426.    Defendant denies the allegations contained in Paragraph 426 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 426 of the Complaint, and on that basis denies those allegations.

427.    Defendant denies the allegations contained in Paragraph 427 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 427 of the Complaint, and on that basis denies those allegations.

428.    Defendant denies the allegations contained in Paragraph 428 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 428 of the Complaint, and on that basis denies those allegations.

**c.    The Marketing Defendants Disseminated Their Misrepresentations Through Continuing Medical Education Programs**

429.    Defendant denies the allegations contained in Paragraph 429 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 429 of the Complaint, and on that basis denies those allegations.

430.    Defendant denies the allegations contained in Paragraph 430 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 430 of the Complaint, and on that basis denies those allegations.

431.    Defendant denies the allegations contained in Paragraph 431 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 431 of the Complaint, and on that basis denies those allegations.

432.    Defendant denies the allegations contained in Paragraph 432 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 432 of the Complaint, and on that basis denies those allegations.

433.    Defendant denies the allegations contained in Paragraph 433 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 433 of the Complaint, and on that basis denies those allegations.

434.    Defendant denies the allegations contained in Paragraph 434 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 434 of the Complaint, and on that basis denies those allegations.

435.    Defendant denies the allegations contained in Paragraph 435 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 435 of the Complaint, and on that basis denies those allegations.

436.    Defendant denies the allegations contained in Paragraph 436 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 436 of the Complaint, and on that basis denies those allegations.

437.    Defendant denies the allegations contained in Paragraph 437 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 437 of the Complaint, and on that basis denies those allegations.

438.    Defendant denies the allegations contained in Paragraph 438 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 438 of the Complaint, and on that basis denies those allegations.

439.    Defendant denies the allegations contained in Paragraph 439 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 439 of the Complaint, and on that basis denies those allegations.

440.    Defendant denies the allegations contained in Paragraph 440 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 440 of the Complaint, and on that basis denies those allegations.

441.    Defendant denies the allegations contained in Paragraph 441 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 441 of the Complaint, and on that basis denies those allegations.

### d.    The Marketing Defendants Used "Branded" Advertising to Promote their Products to Doctors and Consumers

442.    Defendant denies the allegations contained in Paragraph 442 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 442 of the Complaint, and on that basis denies those allegations.

443.    Defendant denies the allegations contained in Paragraph 443 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 443 of the Complaint, and on that basis denies those allegations.

### e.    The Marketing Defendants Used "Unbranded" Advertising to Promote Opioid Use for Chronic Pain Without FDA Review

444.    Defendant denies the allegations contained in Paragraph 444 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 444 of the Complaint, and on that basis denies those allegations.

445.    Defendant denies the allegations contained in Paragraph 445 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 445 of the Complaint, and on that basis denies those allegations.

f.  **The Marketing Defendants Funded, Edited and Distributed Publications That Supported Their Misrepresentations**

446.    Defendant denies the allegations contained in Paragraph 446 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 446 of the Complaint, and on that basis denies those allegations.

447.    Defendant denies the allegations contained in Paragraph 447 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 447 of the Complaint, and on that basis denies those allegations.

448.    Defendant denies the allegations contained in Paragraph 448 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 448 of the Complaint, and on that basis denies those allegations.

449.    Defendant denies the allegations contained in Paragraph 449 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 449 of the Complaint, and on that basis denies those allegations.

450.    Defendant denies the allegations contained in Paragraph 450 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 450 of the Complaint, and on that basis denies those allegations.

451.    Defendant denies the allegations contained in Paragraph 451 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 451 of the Complaint, and on that basis denies those allegations.

### g. The Marketing Defendants Used Detailing to Directly Disseminate Their Misrepresentations to Prescribers

452. Defendant denies the allegations contained in Paragraph 452 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 452 of the Complaint, and on that basis denies those allegations.

453. Defendant denies the allegations contained in Paragraph 453 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 453 of the Complaint, and on that basis denies those allegations.

454. Defendant denies the allegations contained in Paragraph 454 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 454 of the Complaint, and on that basis denies those allegations.

455. Defendant denies the allegations contained in Paragraph 455 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 455 of the Complaint, and on that basis denies those allegations.

456. Defendant denies the allegations contained in Paragraph 456 of the Complaint to the extent they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 456 of the Complaint, and on that basis denies those allegations.

457.     Defendant denies the allegations contained in Paragraph 457 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 457 of the Complaint, and on that basis denies those allegations.

458.     Defendant denies the allegations contained in Paragraph 458 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 458 of the Complaint, and on that basis denies those allegations.

459.     Defendant denies the allegations contained in Paragraph 459 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 459 of the Complaint, and on that basis denies those allegations.

460.     Defendant denies the allegations contained in Paragraph 460 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 460 of the Complaint, and on that basis denies those allegations.

461.     Defendant denies the allegations contained in Paragraph 461 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 461 of the Complaint, and on that basis denies those allegations.

        **h.**        **Marketing Defendants Used Speakers' Bureaus and Programs to Spread Their Deceptive Messages**

462.     Defendant denies the allegations contained in Paragraph 462 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 462 of the Complaint, and on that basis denies those allegations.

463.    Defendant denies the allegations contained in Paragraph 463 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 463 of the Complaint, and on that basis denies those allegations.

464.    Defendant denies the allegations contained in Paragraph 464 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 464 of the Complaint, and on that basis denies those allegations.

### 3.    The Marketing Defendants Targeted Vulnerable Populations

465.    Defendant denies the allegations contained in Paragraph 465 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 465 of the Complaint, and on that basis denies those allegations.

466.    Defendant denies the allegations contained in Paragraph 466 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 466 of the Complaint, and on that basis denies those allegations.

467.    Defendant denies the allegations contained in Paragraph 467 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 467 of the Complaint, and on that basis denies those allegations.

468.     Defendant denies the allegations contained in Paragraph 468 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 468 of the Complaint, and on that basis denies those allegations.

469.     Defendant denies the allegations contained in Paragraph 469 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 469 of the Complaint, and on that basis denies those allegations.

470.     Defendant denies the allegations contained in Paragraph 470 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 470 of the Complaint, and on that basis denies those allegations.

471.     Defendant denies the allegations contained in Paragraph 471 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 471 of the Complaint, and on that basis denies those allegations.

### 4.     **Insys Employed Fraudulent, Illegal, and Misleading Marketing Schemes to Promote Subsys**

472.     Defendant denies the allegations contained in Paragraph 472 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 472 of the Complaint, and on that basis denies those allegations.

473.     Defendant denies the allegations contained in Paragraph 473 of the Complaint to the extent they are directed to Defendant.   To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 473 of the Complaint, and on that basis denies those allegations.

474.    Defendant denies the allegations contained in Paragraph 474 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 474 of the Complaint, and on that basis denies those allegations.

475.    Defendant denies the allegations contained in Paragraph 475 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 475 of the Complaint, and on that basis denies those allegations.

476.    Defendant denies the allegations contained in Paragraph 476 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 476 of the Complaint, and on that basis denies those allegations.

477.    Defendant denies the allegations contained in Paragraph 477 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 477 of the Complaint, and on that basis denies those allegations.

478.    Defendant denies the allegations contained in Paragraph 478 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 478 of the Complaint, and on that basis denies those allegations.

479.    Defendant denies the allegations contained in Paragraph 479 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 479 of the Complaint, and on that basis denies those allegations.

480.    Defendant denies the allegations contained in Paragraph 480 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 480 of the Complaint, and on that basis denies those allegations.

481.    Defendant denies the allegations contained in Paragraph 481 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 481 of the Complaint, and on that basis denies those allegations.

482.    Defendant denies the allegations contained in Paragraph 482 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 482 of the Complaint, and on that basis denies those allegations.

483.    Defendant denies the allegations contained in Paragraph 483 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 483 of the Complaint, and on that basis denies those allegations.

484.    Defendant denies the allegations contained in Paragraph 484 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 484 of the Complaint, and on that basis denies those allegations.

485.    Defendant denies the allegations contained in Paragraph 485 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 485 of the Complaint, and on that basis denies those allegations.

486.    Defendant denies the allegations contained in Paragraph 486 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 486 of the Complaint, and on that basis denies those allegations.

> **5.    The Marketing Defendants' Scheme Succeeded, Creating a Public Health Epidemic**
>
> > **a.    Marketing Defendants Dramatically Expanded Opioid Prescribing and Use**

487.    The allegations of Paragraph 487 have been stricken from the Complaint, and thus no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 487 of the Complaint.

488.    Defendant denies the allegations contained in Paragraph 488 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 488 of the Complaint, and on that basis denies those allegations.

489.    Defendant denies the allegations contained in Paragraph 489 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 489 of the Complaint, and on that basis denies those allegations.

490.    Defendant denies the allegations contained in Paragraph 490 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 490 of the Complaint, and on that basis denies those allegations.

491.    Defendant denies the allegations contained in Paragraph 491 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 491 of the Complaint, and on that basis denies those allegations.

492.    Defendant denies the allegations contained in Paragraph 492 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 492 of the Complaint, and on that basis denies those allegations.

493.    Defendant denies the allegations contained in Paragraph 493 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 493 of the Complaint, and on that basis denies those allegations.

494.    Defendant denies the allegations contained in Paragraph 494 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 494 of the Complaint, and on that basis denies those allegations.

**b.    Market Defendants' Deception is Expanding Their Market Created and Fueled the Opioid Epidemic**

495.    Defendant denies the allegations contained in Paragraph 495 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 495 of the Complaint, and on that basis denies those allegations.

496.    Defendant denies the allegations contained in Paragraph 496 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 496 of the Complaint, and on that basis denies those allegations.

497.    The allegations of Paragraph 497 have been stricken from the Complaint, and thus no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 497 of the Complaint.

E.    **Defendants Throughout the Supply Chain Deliberately Disregarded Their Duties to Maintain Effective Controls and to Identify, Report, and Take Steps to Halt Suspicious Orders**

498.    The allegations in Paragraph 498 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 498 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 498 of the Complaint, and on that basis denies those allegations.

499.    The allegations in Paragraph 499 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 499 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 499 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 499 of the Complaint purports to be based

on reference regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

500.    Defendant denies the allegations contained in Paragraph 500 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 500 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 500 of the Complaint purports to be based on reference regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

487.    The allegations in Paragraph 487 set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 487 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 487 of the Complaint, and on that basis denies those allegations.

497.    Defendant denies the allegations contained in Paragraph 497 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 497 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 497 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### 1.    All Defendants Have a Duty to Report Suspicious Orders and Not to Ship Those Orders Unless Due Diligence Disproves Their Suspicions

501.    The allegations in Paragraph 501 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 501 of the Complaint

purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 501 of the Complaint.

502.    The allegations in Paragraph 502 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 502 of the Complaint.

503.    The allegations in Paragraph 503 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 503 of the Complaint.

504.    The allegations in Paragraph 504 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 504 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering,

Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 504 of the Complaint.

505.     The allegations in Paragraph 505 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 505 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 505 of the Complaint.

506.     The allegations in Paragraph 506 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 506 of the Complaint to the extent that they are directed to Defendant.  To the extent Paragraph 506 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious

orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 505 of the Complaint.

507.    The allegations in Paragraph 507 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 507 of the Complaint to the extent that they are directed to Defendant.  To the extent Paragraph 507 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 505 of the Complaint.

508.    The allegations in Paragraph 508 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 508 of the Complaint to the extent that they are directed to Defendant.  To the extent Paragraph 508 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 505 of the Complaint.

509.    The allegations in Paragraph 509 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 509 of the Complaint to the extent that they are directed to Defendant.  To the extent Paragraph 509 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 505 of the Complaint.

510.    The allegations in Paragraph 510 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 510 of the Complaint to the extent that they are directed to Defendant.  To the extent Paragraph 510 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 505 of the Complaint.

511.    The allegations in Paragraph 511 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 511 of the Complaint to the extent that they are

directed to Defendant.  To the extent Paragraph 511 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 505 of the Complaint.

512.    The allegations in Paragraph 512 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 512 of the Complaint to the extent that they are directed to Defendant.  To the extent Paragraph 512 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 505 of the Complaint.

513.    The allegations in Paragraph 513 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 513 of the Complaint to the extent that they are directed to Defendant.  To the extent Paragraph 513 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has

complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 505 of the Complaint.

514.     The allegations in Paragraph 514 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 514 of the Complaint to the extent that they are directed to Defendant.  To the extent Paragraph 514 of the Complaint purports to be based on state or federal laws or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. Defendant denies the remaining allegations in Paragraph 505 of the Complaint.

515.     To the extent Paragraph 515 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 515 of the Complaint to the extent that they are directed to Defendant.

516.     To the extent a response is required, Defendant denies the allegations contained in Paragraph 516 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief

as to the truth of the allegations contained in Paragraph 516 of the Complaint, and on that basis denies those allegations.

517.    The allegations in Paragraph 517 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 517 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

518.    The allegations in Paragraph 518 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 518 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

**2.      Defendants Were Aware of and Have Acknowledged Their Obligations to Prevent Diversion and to Report and Take Steps to Halt Suspicious Orders**

519.    The allegations in Paragraph 519 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 519 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited

to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

520. The allegations in Paragraph 520 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 520 of the Complaint to the extent that they are directed to Defendant. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

521. Defendant denies the allegations contained in Paragraph 521 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 521 of the Complaint, and on that basis denies those allegations.

522. To the extent Paragraph 522 purports to be based on reference documents or websites, those documents and website speak for themselves and Defendant denies any characterization of the same. Defendant admits only that it is a member of the Healthcare Distribution Alliance ("HDA") and that HDA is a national organization whose members include pharmaceutical distributors. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 522 of the Complaint, and on that basis denies those allegations. Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 522.

523. Defendant admits only that the DEA has previously hosted conferences for registrants and that Defendant has attended one or more of these DEA conferences over the years.

Defendant denies the remaining allegations contained in Paragraph 523 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 523 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

524. To the extent Paragraph 524 purports to be based on reference documents or websites, those documents and website speak for themselves and Defendant denies any characterization of the same. To the extent a response is required, Defendant denies the allegations contained in Paragraph 524 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 524 of the Complaint, and on that basis denies those allegations.

525. To the extent Paragraph 525 purports to be based on reference documents or websites, those documents and website speak for themselves and Defendant denies any characterization of the same. To the extent a response is required, Defendant denies the allegations contained in Paragraph 525 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 525 of the Complaint, and on that basis denies those allegations.

**3.**     **Defendants Worked Together to Inflate the Quotas of Opioids They Could Distribute**

526.     The allegations in Paragraph 526 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 526 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 526 of the Complaint, and on that basis denies those allegations.

527.     Defendant admits only that it provides a variety of services to its customers.  Further responding, as a wholesale distributor of prescription medications, Defendant has a limited role in the healthcare supply chain and does not control how medications that it distributes are prescribed, dispensed, or ultimately used.  Nor does Defendant promote the prescribing or use of medications, including opioids, to doctors or patients, or determine the appropriate supply of opioids.  Defendant has and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 527 of the Complaint.

528.     Defendant admits only that Defendant has purchased pharmaceutical products, including opioids, from drug manufacturers and has distributed them to retail pharmacies only to the extent that those pharmacies are registered with the DEA and licensed in their respective states.  Further responding, as a wholesale distributor of prescription medications, Defendant has a limited role in the healthcare supply chain and does not control how medications that it distributes are prescribed, dispensed, or ultimately used.  Nor does Defendant promote the prescribing or use of medications, including opioids, to doctors or patients, or determine the appropriate supply of

- 114 -

opioids.  Defendant has and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the remaining allegations in Paragraph 528 of the Complaint.

529.    To the extent Paragraph 529 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 529 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 529 of the Complaint, and on that basis denies those allegations.

530.    Defendant denies the allegations contained in Paragraph 530 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 530 of the Complaint, and on that basis denies those allegations.

531.    Defendant admits only that it is a member of HDA and that HDA is a national organization whose members include pharmaceutical distributors.  Defendant denies that it "worked . . . through . . . the HDA" to achieve any illegal or otherwise improper "common purpose."  Defendant denies the allegations contained in Paragraph 531 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 531 of the Complaint, and on that basis denies those allegations.

Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 531.

532.    Defendant denies the allegations contained in Paragraph 532 of the Complaint to the extent they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 532 of the Complaint, and on that basis denies those allegations.

533.    To the extent Paragraph 533 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves and Defendant denies any characterization of the same.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 533 of the Complaint, and on that basis denies those allegations.

534.    To the extent Paragraph 534 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves and Defendant denies any characterization of the same.  Defendant denies the allegations contained in Paragraph 534 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 534 of the Complaint, and on that basis denies those allegations.

535.    To the extent Paragraph 535 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 535 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in Paragraph 535 of the Complaint, and on that basis denies those allegations.

536.    To the extent Paragraph 536 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 536 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 536 of the Complaint, and on that basis denies those allegations.

537.    To the extent Paragraph 537 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 537 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 537 of the Complaint, and on that basis denies those allegations.

538.    To the extent Paragraph 538 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 538 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 538 of the Complaint, and on that basis denies those allegations.

539.    To the extent Paragraph 539 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 539 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 539 of the Complaint, and on that basis denies those allegations.

540.    To the extent Paragraph 540 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 540 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 540 of the Complaint, and on that basis denies those allegations.

541.    To the extent Paragraph 541 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 541 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 541 of the Complaint, and on that basis denies those allegations.

542.    To the extent Paragraph 542 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies

any characterizations of the same.  Defendant denies the allegations contained in Paragraph 542 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 542 of the Complaint, and on that basis denies those allegations.

543.    To the extent Paragraph 543 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 543 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 543 of the Complaint, and on that basis denies those allegations.

544.    To the extent Paragraph 544 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 544 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 544 of the Complaint, and on that basis denies those allegations.

545.    To the extent Paragraph 545 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 545 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed

at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 545 of the Complaint, and on that basis denies those allegations.

546.    To the extent Paragraph 546 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 546 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 546 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

547.    The allegations of Paragraph 547 have been stricken from the Complaint, and thus no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 547 of the Complaint.

548.    To the extent the allegations in Paragraph 548 of the Complaint set forth legal arguments and legal conclusions, no response is required.  Defendant denies the allegations contained in Paragraph 548 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 548 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant denies that it has participated in any "scheme" or "refus[ed]" to maintain effective controls against diversion, and identify

suspicious orders and report them to the DEA."  To the contrary, Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

549.    Defendant denies the allegations contained in Paragraph 549 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 549 of the Complaint, and on that basis denies those allegations.

550.    Defendant denies the allegations contained in Paragraph 550 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 550 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

551.    To the extent the allegations in Paragraph 551 of the Complaint set forth legal arguments and legal conclusions, no response is required.  Defendant denies the allegations contained in Paragraph 551 of the Complaint to the extent that they are directed to Defendant. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

552.     To the extent the allegations in Paragraph 552 of the Complaint set forth legal arguments and legal conclusions, no response is required.  Defendant denies the allegations contained in Paragraph 552 of the Complaint to the extent that they are directed to Defendant. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

553.     To the extent the allegations in Paragraph 553 of the Complaint set forth legal arguments and legal conclusions, no response is required.  Defendant denies the allegations contained in Paragraph 553 of the Complaint to the extent that they are directed to Defendant. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

## 1. **<u>Defendants Kept Careful Track of Prescribing Data and Knew About Suspicious Orders and Prescribers</u>**

554.     The allegations in Paragraph 554 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant admits only that ARCOS data submitted to the DEA by wholesale distributors is treated as confidential by the DEA.  Defendant further states that, except through this litigation before this Court, as set forth pursuant to the ARCOS Protective Order and any other relevant Orders of this Court, Defendant only has access to the ARCOS data Defendant submits to the DEA and does not have access, in the normal course or for non-litigation purposes, to the ARCOS data submitted to the DEA by any parties or entities other than Defendant.  Further answering, Defendant states that Defendant has complied and

continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

555. The allegations in Paragraph 555 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 555 of the Complaint to the extent that they are directed to Defendant. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

556. The allegations in Paragraph 556 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 556 of the Complaint to the extent that they are directed to Defendant. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

557. The allegations in Paragraph 557 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 557 of the Complaint to the extent that they are directed to Defendant. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited

to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

558.     Defendant denies the allegations contained in Paragraph 558 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 558 of the Complaint, and on that basis denies those allegations.

559.     To the extent the allegations contained in Paragraph 559 of the Complaint are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant further states that it complies with the obligation of a wholesale distributor to "know [its] customer," including through robust new and ongoing customer due diligence.

560.     To the extent Paragraph 560 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 560 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 560 of the Complaint, and on that basis denies those allegations.

561.     To the extent Paragraph 561 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 561 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 561 of the Complaint, and on that basis denies those allegations.

562.     To the extent Paragraph 562 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 562 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 562 of the Complaint, and on that basis denies those allegations.

563.     To the extent Paragraph 563 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 563 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 563 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances,

including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

564.    The allegations of Paragraph 564 have been stricken from the Complaint, and thus no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 564 of the Complaint.

565.    Defendant denies the allegations contained in Paragraph 565 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 565 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

566.    The allegations in Paragraph 566 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 566 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 566 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

567.     To the extent Paragraph 567 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 567 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 567 of the Complaint, and on that basis denies those allegations.

568.     To the extent Paragraph 568 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 568 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 568 of the Complaint, and on that basis denies those allegations.

569.     To the extent Paragraph 569 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 569 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 569 of the Complaint, and on that basis denies those allegations.

570.     Defendant denies the allegations contained in Paragraph 570 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 570 of the Complaint, and on that basis denies those allegations.

571.    To the extent Paragraph 571 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 571 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 571 of the Complaint, and on that basis denies those allegations.

572.    To the extent Paragraph 572 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 572 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 572 of the Complaint, and on that basis denies those allegations.

573.    To the extent Paragraph 573 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 573 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 573 of the Complaint, and on that basis denies those allegations.

574.    To the extent Paragraph 574 sets forth legal arguments and conclusions, no response is required.  Further responding, Defendant denies the allegations contained in Paragraph 574 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 574 of the Complaint, and on that basis denies those allegations.

575.    To the extent Paragraph 575 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 575 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 575 of the Complaint, and on that basis denies those allegations.

576.    To the extent Paragraph 576 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 576 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 576 of the Complaint, and on that basis denies those allegations.

577.    To the extent Paragraph 577 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 577

of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 577 of the Complaint, and on that basis denies those allegations.

578.    To the extent Paragraph 578 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 578 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 578 of the Complaint, and on that basis denies those allegations.

## 2.  Defendants Failed to Report Suspicious Orders or Otherwise Act to Prevent Diversion

579.    The allegations in Paragraph 579 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 579 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 579 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

580.    The allegations in Paragraph 598 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 580 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 580 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

581. To the extent Paragraph 581 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 581 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 581 of the Complaint, and on that basis denies those allegations.

582. To the extent Paragraph 582 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 582 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 582 of the Complaint, and on that basis denies those allegations.

583. To the extent Paragraph 583 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies

any characterizations of the same.  Defendant denies the allegations contained in Paragraph 583 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 583 of the Complaint, and on that basis denies those allegations.

584.    To the extent Paragraph 584 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 584 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 584 of the Complaint, and on that basis denies those allegations.

585.    To the extent the allegations in Paragraph 585 of the Complaint set forth legal arguments and legal conclusions, no response is required.  To the extent Paragraph 585 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  To the extent the allegations contained in Paragraph 585 of the Complaint are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 585 of the Complaint, and on that basis denies those allegations.  Defendant admits only that the State of West Virginia filed a lawsuit against it in 2012, that Defendant paid $16 million to settle that lawsuit, and that Defendant specifically denied the allegations of that lawsuit and made no admissions of any wrongdoing in connection with the settlement.  Defendant denies the remaining allegations in Paragraph 585 of the Complaint.

586.    To the extent Paragraph 586 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 586 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 586 of the Complaint, and on that basis denies those allegations.

587.    To the extent Paragraph 587 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 587 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 587 of the Complaint, and on that basis denies those allegations.

588.    Defendant denies the allegations contained in Paragraph 588 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 588 of the Complaint, and on that basis denies those allegations.

589.    To the extent Paragraph 589 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 589 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the

truth of the allegations contained in Paragraph 589 of the Complaint, and on that basis denies those allegations.

590.    To the extent Paragraph 590 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 590 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 590 of the Complaint, and on that basis denies those allegations.

591.    To the extent Paragraph 591 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 591 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 591 of the Complaint, and on that basis denies those allegations.

592.    To the extent Paragraph 592 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 592 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 592 of the Complaint, and on that basis denies those allegations.

593.     The allegations in Paragraph 593 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 593 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 593 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

**3.  Defendants Delayed a Response to the Opioid Crisis by Pretending to Cooperate with Law Enforcement**

594.     The allegations in Paragraph 593 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 593 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 593 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

595.     To the extent Paragraph 595 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 595 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed

at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 595 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

596.    To the extent Paragraph 596 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 596 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 596 of the Complaint, and on that basis denies those allegations.

597.    To the extent Paragraph 597 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 597 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 596 of the Complaint, and on that basis denies those allegations.

598.    To the extent Paragraph 598 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has

complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

599.    To the extent Paragraph 599 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 599 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 599 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

600.    The allegations in Paragraph 600 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 600 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 600 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 600 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify

- 137 -

and report suspicious orders to the appropriate federal and state government entities, including the DEA.

601.    To the extent Paragraph 601 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 601 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 601 of the Complaint, and on that basis denies those allegations.

602.    To the extent Paragraph 602 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 602 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 602 of the Complaint, and on that basis denies those allegations.

603.    To the extent Paragraph 603 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 603 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 603 of the Complaint, and on that basis denies those allegations.

604.    To the extent Paragraph 604 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 604 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 604 of the Complaint, and on that basis denies those allegations.

605.    To the extent Paragraph 605 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 605 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 605 of the Complaint, and on that basis denies those allegations.

606.    The allegations in Paragraph 606 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 606 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 606 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

### 4. The National Retail Pharmacies Were on Notice of and Contributed to Illegal Diversion of Prescription Opioids

607.    To the extent Paragraph 607 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 607 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 605 of the Complaint, and on that basis denies those allegations.

608.    Defendant denies the allegations contained in Paragraph 608 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 608 of the Complaint, and on that basis denies those allegations.

609.    To the extent Paragraph 609 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 609 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 609 of the Complaint, and on that basis denies those allegations.

610.    To the extent Paragraph 610 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 610 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed

at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 610 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA

> a. **The National Retail Pharmacies Have a Duty to Prevent Diversion**

611. The allegations in Paragraph 611 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 611 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 611 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

612. The allegations in Paragraph 612 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant denies the allegations contained in Paragraph 612 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 612 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 612 of

the Complaint purports to be based on state or federal regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

613.    Defendant denies the allegations contained in Paragraph 613 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 613 of the Complaint, and on that basis denies those allegations.

614.    Paragraph 614 of the Complaint purports to be based on state or federal regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.    To the extent a response is required, Defendant denies the allegations contained in Paragraph 614 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 614 of the Complaint, and on that basis denies those allegations.

615.    The allegations in Paragraph 615 set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 615 of the Complaint purports to be based on state or federal regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 615 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 615 of the Complaint, and on that basis denies those allegations.

616.    The allegations in Paragraph 616 set forth legal arguments and legal conclusions to which no response is required.    To the extent a response is required, Defendant denies the

allegations contained in Paragraph 616 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 616 of the Complaint, and on that basis denies those allegations.

617.    Defendant denies the allegations contained in Paragraph 617 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 617 of the Complaint, and on that basis denies those allegations.

618.    Defendant denies the allegations contained in Paragraph 618 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 618 of the Complaint, and on that basis denies those allegations.

619.    The allegations in Paragraph 619 set forth legal arguments and legal conclusions to which no response is required. To the extent a response is requited, Defendant denies the allegations contained in Paragraph 619 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 619 of the Complaint, and on that basis denies those allegations.

620.    The allegations in Paragraph 620 set forth legal arguments and legal conclusions to which no response is required. To the extent a response is requited, Defendant denies the allegations contained in Paragraph 620 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 620 of the Complaint, and on that basis denies those allegations.

621.    The allegations in Paragraph 621 set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is requited, Defendant denies the allegations contained in Paragraph 621 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 621 of the Complaint, and on that basis denies those allegations.

622.    Defendant denies the allegations contained in Paragraph 622 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 622 of the Complaint, and on that basis denies those allegations.

623.    The allegations in Paragraph 623 set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is requited, Defendant denies the allegations contained in Paragraph 623 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 623 of the Complaint, and on that basis denies those allegations.

624.    The allegations in Paragraph 624 set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is requited, Defendant denies the allegations contained in Paragraph 624 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 624 of the Complaint, and on that basis denies those allegations.

625.    The allegations in Paragraph 625 set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is requited, Defendant denies the allegations contained in Paragraph 625 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 625 of the Complaint, and on that basis denies those allegations.

626.    The allegations in Paragraph 626 set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is requited, Defendant denies the allegations contained in Paragraph 626 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 626 of the Complaint, and on that basis denies those allegations.

    **b.**  **Multiple Enforcement Actions Against the National Retail Pharmacies Confirms their Compliance Failures**

627.    The allegations in Paragraph 627 set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is requited, Defendant denies the allegations contained in Paragraph 627 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 627 of the Complaint, and on that basis denies those allegations.

###### i.    CVS

628.    Defendant denies the allegations contained in Paragraph 628 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 628 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 628 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

629.    Defendant denies the allegations contained in Paragraph 629 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 629 of the Complaint, and on that basis denies those allegations.

630.    Defendant denies the allegations contained in Paragraph 630 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 630 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 630 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

631.    Defendant denies the allegations contained in Paragraph 631 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 631 of the Complaint, and on that basis denies those allegations.

632.    Defendant denies the allegations contained in Paragraph 632 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 632 of the Complaint, and on that basis denies those allegations.

633.    Defendant denies the allegations contained in Paragraph 633 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 633 of the Complaint, and on that basis denies those allegations.

634.    Defendant denies the allegations contained in Paragraph 634 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 634 of the Complaint, and on that basis denies those allegations.

635.    Defendant denies the allegations contained in Paragraph 635 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 635 of the Complaint, and on that basis denies those allegations.

636.    Defendant denies the allegations contained in Paragraph 636 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 636 of the Complaint, and on that basis denies those allegations.

637.    Defendant denies the allegations contained in Paragraph 637 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 637 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 637 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

638.    Defendant denies the allegations contained in Paragraph 638 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 638 of the Complaint, and on that basis denies those allegations.

639.    Defendant denies the allegations contained in Paragraph 639 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 639 of the Complaint, and on that basis denies those allegations.

640.    Defendant denies the allegations contained in Paragraph 640 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 640 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 640 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

### ii.    Walgreens

641.    Defendant denies the allegations contained in Paragraph 641 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 641 of the Complaint, and on that basis denies those allegations.

To the extent Paragraph 641 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

642.    Defendant denies the allegations contained in Paragraph 642 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 642 of the Complaint, and on that basis denies those allegations.

643.    Defendant denies the allegations contained in Paragraph 643 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 643 of the Complaint, and on that basis denies those allegations.

644.    Defendant denies the allegations contained in Paragraph 644 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 644 of the Complaint, and on that basis denies those allegations.

645.    Defendant denies the allegations contained in Paragraph 645 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 645 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 645 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

646.    Defendant denies the allegations contained in Paragraph 646 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 646 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 646 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

647.    Defendant denies the allegations contained in Paragraph 647 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 647 of the Complaint, and on that basis denies those allegations.

648.    Defendant denies the allegations contained in Paragraph 647 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 647 of the Complaint, and on that basis denies those allegations.

649.    Defendant denies the allegations contained in Paragraph 649 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 649 of the Complaint, and on that basis denies those allegations.

### iii.    Rite Aid

650.    Defendant denies the allegations contained in Paragraph 650 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 650 of the Complaint, and on that basis denies those allegations.

651.    Defendant denies the allegations contained in Paragraph 651 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 651 of the Complaint, and on that basis denies those allegations.

652.    The allegations in Paragraph 652 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 652 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 652 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 652 purports to be based on reference state or federal regulations, those laws or regulations speak for themselves, and Defendant denies any characterization of the same.

653.    Defendant denies the allegations contained in Paragraph 653 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 653 of the Complaint, and on that basis, denies those allegations.

654.    The allegations in Paragraph 654 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 654 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 654 of the Complaint, and on that basis, denies those allegations.  To the extent Paragraph 654

purports to be based on reference state or federal regulations, those laws or regulations speak for themselves, and Defendant denies any characterization of the same.

655.     The allegations in Paragraph 655 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 655 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 655 of the Complaint, and on that basis, denies those allegations.

656.     The allegations in Paragraph 656 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 656 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 656 of the Complaint, and on that basis, denies those allegations.  To the extent Paragraph 656 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterization of the same.

657.     The allegations in Paragraph 657 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 657 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 657 of the Complaint, and on that basis, denies those allegations.

658.     The allegations in Paragraph 658 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 658 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 658 of the Complaint, and on that basis, denies those allegations.

659.     The allegations in Paragraph 659 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 659 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 659 of the Complaint, and on that basis, denies those allegations.

F.     **The Opioids the Defendants Sold Migrated into Other Jurisdictions**

660.     Defendant denies the allegations contained in Paragraph 660 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 660 of the Complaint, and on that basis, denies those allegations.

661.     Defendant denies the allegations contained in Paragraph 661 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 661 of the Complaint, and on that basis, denies those allegations.

662.     Defendant denies the allegations contained in Paragraph 662 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 662 of the Complaint, and on that basis, denies those allegations.

663.     Defendant denies the allegations contained in Paragraph 663 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 663 of the Complaint, and on that basis, denies those allegations.  To the extent Paragraph 663 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterization of the same.

664.     Defendant denies the allegations contained in Paragraph 664 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 664 of the Complaint, and on that basis, denies those allegations.

665.     Defendant denies the allegations contained in Paragraph 665 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 665 of the Complaint, and on that basis, denies those allegations.  To the extent Paragraph 665 purports to be based on reference documents or websites,

those documents or websites speak for themselves, and Defendant denies any characterization of the same.

666.    Defendant denies the allegations contained in Paragraph 663 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 666 of the Complaint, and on that basis, denies those allegations.  To the extent Paragraph 666 purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterization of the same.

667.    Defendant denies the allegations contained in Paragraph 667 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 667 of the Complaint, and on that basis, denies those allegations.

668.    Defendant denies the allegations contained in Paragraph 668 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 668 of the Complaint, and on that basis, denies those allegations.

669.    Defendant denies the allegations contained in Paragraph 669 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 669 of the Complaint, and on that basis, denies those allegations.

670.    The allegations in Paragraph 670 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 670 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 670 of the Complaint, and on that basis, denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

### G.    Ohio-Specific Facts

671.    The allegations in Paragraph 671 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant admits only that it is a wholesale distributor of various prescription medications (as well as over-the-counter medications) and that Defendant has distributed controlled substances, including opioids, to retail pharmacies in Ohio, only to the extent that those pharmacies are registered with the DEA and licensed in Ohio. Defendant further states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant also denies the allegations contained in Paragraph 671 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 671 of the Complaint, and on that basis denies those allegations.

1. **The Devastating Effects of the Opioid Crisis in Ohio and Plaintiffs' Communities**

a. **Marketing Defendants' Implementation of Their Scheme in Summit County**

672. Defendant denies the allegations contained in Paragraph 672 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 672 of the Complaint, and on that basis denies those allegations. By way of further response, Defendant incorporates by reference its answer to Paragraph 671.

673. Defendant denies the allegations contained in Paragraph 673 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 673 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 673 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

674. Defendant denies the allegations contained in Paragraph 674 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 674 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 674 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

675.    Defendant denies the allegations contained in Paragraph 675 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 675 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 675 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

676.    Defendant denies the allegations contained in Paragraph 676 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 676 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 676 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

677.    Defendant denies the allegations contained in Paragraph 677 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 677 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 677 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

678.    Defendant denies the allegations contained in Paragraph 678 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 678 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 678 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

679.     Defendant denies the allegations contained in Paragraph 679 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 679 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 679 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

680.     Defendant denies the allegations contained in Paragraph 680 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 680 of the Complaint, and on that basis denies those allegations.

681.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 681 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 681 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

682.     Defendant denies the allegations contained in Paragraph 682 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 682 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 682 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

683.    Defendant denies the allegations contained in Paragraph 683 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 683 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 683 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

b.      **Defendants Breached Their Duties in Ohio**

684.    The allegations in Paragraph 684 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 684 of the Complaint purports to be based on state or federal laws and regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant admits that it is a wholesale distributor of various prescription medications (as well as over-the-counter medications) and that Defendant has distributed controlled substances, including opioids, to retail pharmacies in Ohio, only to the extent that those pharmacies are registered with the DEA and licensed in Ohio.  Defendant also admits that branded and generic prescription opioids are regulated as controlled substances by state and federal law. Defendant further states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify

and report suspicious orders to the appropriate federal and state government entities, including the DEA. To the extent the allegations of Paragraph 684 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations. Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 684.

685. The allegations in Paragraph 685 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 685 of the Complaint purports to be based on state or federal laws and regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. To the extent the allegations of Paragraph 685 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations. Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 685.

686. The allegations in Paragraph 686 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 686 of the Complaint purports to be based on state or federal laws and regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government

entities, including the DEA. To the extent the allegations of Paragraph 686 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.  Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 686.

687.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 687 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 687 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

688.    The allegations in Paragraph 688 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 688 of the Complaint purports to be based on state or federal laws and regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. To the extent the allegations of Paragraph 688 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.  Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 688.

689.    The allegations in Paragraph 689 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 689 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for

themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. To the extent the allegations of Paragraph 689 are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations, and on that basis denies those allegations.  Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 689.

690.    To the extent Paragraph 690 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 690 of the Complaint, and on that basis denies those allegations.

691.    To the extent Paragraph 690 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 691 of the Complaint, and on that basis denies those allegations.

692.    To the extent Paragraph 692 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 692 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant

states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

693.    To the extent Paragraph 693 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant admits that it is a wholesale distributor of various prescription medications (as well as over-the-counter medications) and that Defendant has distributed controlled substances, including opioids, to retail pharmacies in Ohio, only to the extent that those pharmacies are registered with the DEA and licensed in Ohio. Defendant further states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the allegations contained in Paragraph 693 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 693 of the Complaint, and on that basis denies those allegations.   Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 693.

694.    To the extent Paragraph 694 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant admits that it is a wholesale distributor of various prescription medications (as well as over-the-counter medications) and that

Defendant has distributed controlled substances, including opioids, to retail pharmacies in Ohio, only to the extent that those pharmacies are registered with the DEA and licensed in Ohio. Defendant further states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the allegations contained in Paragraph 694 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 694 of the Complaint, and on that basis denies those allegations. Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 694.

694. To the extent Paragraph 695 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant admits that it is a wholesale distributor of various prescription medications (as well as over-the-counter medications) and that Defendant has distributed controlled substances, including opioids, to retail pharmacies in Ohio, only to the extent that those pharmacies are registered with the DEA and licensed in Ohio. Defendant further states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the allegations contained in Paragraph 695 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as

to the truth of the allegations contained in Paragraph 695 of the Complaint, and on that basis denies those allegations. Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 695.

696.    To the extent Paragraph 696 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant admits that it is a wholesale distributor of various prescription medications (as well as over-the-counter medications) and that Defendant has distributed controlled substances, including opioids, to retail pharmacies in Ohio, only to the extent that those pharmacies are registered with the DEA and licensed in Ohio. Defendant further states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the allegations contained in Paragraph 696 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 696 of the Complaint, and on that basis denies those allegations. Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 696.

697.    To the extent Paragraph 697 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant admits that it is a wholesale distributor of various prescription medications (as well as over-the-counter medications) and that Defendant has distributed controlled substances, including opioids, to retail pharmacies in Ohio,

only to the extent that those pharmacies are registered with the DEA and licensed in Ohio. Defendant further states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the allegations contained in Paragraph 697 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 697 of the Complaint, and on that basis denies those allegations. Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 697.

698.    To the extent Paragraph 698 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 698 of the Complaint, and on that basis denies those allegations.

699.    To the extent Paragraph 699 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 699 of the Complaint, and on that basis denies those allegations.

700.    To the extent Paragraph 700 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 700 of the Complaint, and on that basis denies those allegations.

701.    The allegations in Paragraph 701 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the allegations contained in Paragraph 701 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 701 of the Complaint, and on that basis denies those allegations. Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 701.

702.    The allegations in Paragraph 702 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  Defendant denies the allegations contained in Paragraph 702 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 702 of the Complaint, and on that basis denies those allegations. Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 702.

703.     The allegations of Paragraph 703 have been stricken from the Complaint, and thus no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 703 of the Complaint.

704.     The allegations of Paragraph 704 have been stricken from the Complaint, and thus no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 704 of the Complaint.

705.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 705 of the Complaint, and on that basis denies those allegations. Defendant also denies the allegations contained in Paragraph 705 of the Complaint to the extent that they are directed to Defendant.  The remaining allegations in Paragraph 705 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

706.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 706 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 706 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

707.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 707 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 707 of the Complaint purports to be based on reference

documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

708.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 708 of the Complaint, and on that basis denies those allegations. Defendant also denies the allegations contained in Paragraph 708 of the Complaint to the extent that they are directed to Defendant.  The remaining allegations in Paragraph 708 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

709.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 709 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 709 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

710.    To the extent Paragraph 710 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  The remaining allegations in Paragraph 710 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 710 of the Complaint, and on that basis denies those allegations.  Defendant also denies the allegations contained in Paragraph 710 of the Complaint to the extent that they are directed to

Defendant. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

711.    The allegations of Paragraph 711 have been stricken from the Complaint, and thus no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 711 of the Complaint.

712.    To the extent Paragraph 712 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  The remaining allegations in Paragraph 712 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 712 of the Complaint, and on that basis denies those allegations.  Defendant also denies the allegations contained in Paragraph 712 of the Complaint to the extent that they are directed to Defendant. By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

713.    The allegations in Paragraph 713 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 713 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 713 of the Complaint to the extent that they are

directed to Defendant.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

> c. **By Dramatically Increasing Prescription Opioid Prescribing and Use, Defendants Have Created a Public Health Crisis in Summit County**

714.    The allegations in Paragraph 714 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 714 of the Complaint, and on that basis, denies those allegations. Defendant denies the allegations contained in Paragraph 714 of the Complaint to the extent that they are directed to Defendant.  By way of further response, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

715.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 715 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 715 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  By way of further response, Defendant incorporates by reference its response to Paragraph 2 of the Complaint.

716.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 716 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 716 of the Complaint purports to be based on reference

documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same. The remaining allegations in Paragraph 716 of the Complaint set forth legal arguments and legal conclusions to which no response is required. By way of further response, Defendant incorporates by reference its response to Paragraph 2 of the Complaint.

717. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 717 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 717 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same. By way of further response, Defendant incorporates by reference its response to Paragraph 2 of the Complaint.

718. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 718 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 718 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same. By way of further response, Defendant incorporates by reference its response to Paragraph 2 of the Complaint.

719. Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 719 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 719 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same. By way of further response, Defendant incorporates by reference its response to Paragraph 2 of the Complaint.

720.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 720 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 720 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  By way of further response, Defendant incorporates by reference its response to Paragraph 2 of the Complaint.

721.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 721 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 721 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  By way of further response, Defendant incorporates by reference its response to Paragraph 2 of the Complaint.

722.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 722 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 722 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

723.     The allegations in Paragraph 723 of the Complaint set forth purported medical and/or expert opinions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 723 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 723 of the Complaint purports to be based on reference documents or

websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

724.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 724 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 724 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

725.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 725 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 725 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

726.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 726 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 726 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

727.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 727 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 727 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

728.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 728 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 728 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

729.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 729 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 729 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

730.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 730 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 730 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

731.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 731 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 731 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

732.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 732 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 732 of the Complaint purports to be based on reference

documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

733.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 733 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 733 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

734.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 734 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 734 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

735.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 735 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 735 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

736.    Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 736 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 736 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

737.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 737 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 737 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

738.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 738 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 738 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

739.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 739 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 739 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

740.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 740 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 740 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

741.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 741 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 741 of the Complaint purports to be based on reference

documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

742.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 742 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 742 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

743.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 743 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 743 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

744.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 744 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 744 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.

745.     Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 745 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 745 of the Complaint purports to be based on reference documents or websites, those documents or websites speak for themselves, and Defendant denies any characterizations of the same.  By way of further response, on May 31, 2018, the Court granted

Valley Fire District's motion to voluntarily dismiss without prejudice all of its claims against Defendant.

**H.     The Defendants Conspired To Engage In the Wrongful Conduct Complained Of Herein and Intended To Benefit Both Independently and Jointly From Their Conspiracy**

**1.     Conspiracy Among Marketing Defendants**

746.    Defendant denies the allegations contained in Paragraph 746 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 746 of the Complaint, and on that basis denies those allegations.

747.    Defendant denies the allegations contained in Paragraph 747 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 747 of the Complaint, and on that basis denies those allegations.

748.    Defendant denies the allegations contained in Paragraph 748 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 748 of the Complaint, and on that basis denies those allegations.

749.    Defendant denies the allegations contained in Paragraph 749 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 749 of the Complaint, and on that basis denies those allegations.

750.    Defendant denies the allegations contained in Paragraph 750 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties,

Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 750 of the Complaint, and on that basis denies those allegations.

751.    Defendant denies the allegations contained in Paragraph 751 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 751 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 751 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

752.    Defendant denies the allegations contained in Paragraph 752 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 752 of the Complaint, and on that basis denies those allegations.

753.    Defendant denies the allegations contained in Paragraph 753 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 753 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 753 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

754.    Defendant denies the allegations contained in Paragraph 754 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 754 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 754 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

755.    Defendant denies the allegations contained in Paragraph 755 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 755 of the Complaint, and on that basis denies those allegations.

756.    Defendant denies the allegations contained in Paragraph 756 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 756 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 756 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

757.    Defendant denies the allegations contained in Paragraph 757 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 757 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 757 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

758.    Defendant denies the allegations contained in Paragraph 758 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 758 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 758 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

759.    Defendant denies the allegations contained in Paragraph 759 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 759 of the Complaint, and on that basis denies those allegations.

## 2.    Conspiracy Among All Defendants

760.    The allegations in Paragraph 760 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 760 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 760 of the Complaint, and on that basis denies those allegations.

761.    The allegations in Paragraph 761 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 761 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 761 of the Complaint, and on that basis denies those allegations.

762.     The allegations in Paragraph 762 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 762 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 762 of the Complaint, and on that basis denies those allegations.

763.     The allegations in Paragraph 763 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 763 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 763 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 763 of the Complaint purports to be based on reference regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.

764.     The allegations in Paragraph 764 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 764 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 764 of the Complaint, and on that basis denies those allegations.

765.     The allegations in Paragraph 765 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 765 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 765 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

766. The allegations in Paragraph 766 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 766 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 766 of the Complaint, and on that basis denies those allegations.

## I.     Statutes of Limitation Are Tolled and Defendants Are Estopped From Asserting Statutes Of Limitations As Defenses

### 1.     Continuing Conduct

767. The allegations in Paragraph 767 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent a response is required, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 767 of the Complaint, and on that basis denies those allegations.

768. The allegations in Paragraph 768 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 768 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 768 of the Complaint, and on that

basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

<strong>2.     Equitable Estoppel and Fraudulent Concealment</strong>

769.    The allegations in Paragraph 769 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 769 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 769 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

770.    The allegations in Paragraph 770 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 770 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 770 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

771.    Defendant denies the allegations contained in Paragraph 771 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 771 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 771 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

772.    The allegations in Paragraph 772 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 772 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 772 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

773.    The allegations in Paragraph 773 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 773 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 773 of the Complaint, and on that basis denies those allegations.

774.    Defendant denies the allegations contained in Paragraph 774 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 774 of the Complaint, and on that basis denies those allegations.

775.    The allegations in Paragraph 775 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 775 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 775 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 775 of the Complaint, and on that basis denies those allegations.

776.    The allegations in Paragraph 776 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 776 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 776 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

777.    The allegations in Paragraph 777 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 777 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 777 of the Complaint, and on that basis denies those allegations.

 **J.**  **Facts Pertaining to Punitive Damages**

 778. The allegations in Paragraph 778 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 778 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 778 of the Complaint, and on that basis denies those allegations.

 779. The allegations in Paragraph 779 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 779 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 779 of the Complaint, and on that basis denies those allegations. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

 780. The allegations in Paragraph 780 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 780 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 780 of the Complaint, and on that basis denies those allegations.

781.    The allegations in Paragraph 781 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 781 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 781 of the Complaint, and on that basis denies those allegations.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

### 1.    The Marketing Defendants Persisted in Their Fraudulent Scheme Despite Repeated Admonitions, Warnings and Even Prosecutions

782.    Defendant denies the allegations contained in Paragraph 782 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 782 of the Complaint, and on that basis denies those allegations.

### a.    FDA Warnings to Janssen Failed to Deter Janssen's Misleading Promotion of Duragesic

783.    Defendant denies the allegations contained in Paragraph 783 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 783 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 783 of the Complaint purports to be based on reference documents or

websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

784.    Defendant denies the allegations contained in Paragraph 784 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 784 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 784 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

785.    Defendant denies the allegations contained in Paragraph 785 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 785 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 785 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

b.    **Governmental Action, Including Large Monetary Fines, Failed to Stop Cephalon from Falsely Marketing Actiq for Off-Label Users**

786.    Defendant denies the allegations contained in Paragraph 786 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 786 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 786 of the Complaint purports to be based on reference documents or

websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

787.    Defendant denies the allegations contained in Paragraph 787 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 787 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 787 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

**c.     FDA Warnings Did Not Prevent Cephalon from Continuing False and Off-Label Marketing of Fentora**

788.    Defendant denies the allegations contained in Paragraph 788 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 788 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 788 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

789.    Defendant denies the allegations contained in Paragraph 789 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 789 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 789 of the Complaint purports to be based on reference documents or

websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

790.    Defendant denies the allegations contained in Paragraph 790 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 790 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 790 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

> **d.    A Guilty Plea and a Large Fine Did Not Deter Purdue from Continuing Its Fraudulent Marketing of OxyContin**

791.    Defendant denies the allegations contained in Paragraph 791 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 791 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 791 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

792.    Defendant denies the allegations contained in Paragraph 792 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 792 of the Complaint, and on that basis denies those allegations.

### 2. Repeated Admonishments and Fines Did Not Stop Defendants from Ignoring Their Obligations to Control the Supply Chain and Prevent Diversion

793.    Defendant denies the allegations contained in Paragraph 793 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 793 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 793 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

794.    Defendant denies the allegations contained in Paragraph 794 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 794 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 794 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

795.    Defendant denies the allegations contained in Paragraph 795 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 795 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 795 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

796.    The allegations in Paragraph 796 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 796 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant admits only that in 2007 the DEA temporarily suspended the license of one AmerisourceBergen Drug Corporation Florida distribution center to distribute controlled substances.  Further answering, Defendant states that the DEA reinstated the suspended license shortly thereafter.  Defendant denies the remaining allegations in Paragraph 796 of the Complaint.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 796 of the Complaint, and on that basis denies those allegations.

797.    Defendant denies the allegations contained in Paragraph 797 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 797 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 797 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

798.    Defendant denies the allegations contained in Paragraph 798 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 798 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 798 of the Complaint purports to be based on reference documents or

websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

799.    Defendant denies the allegations contained in Paragraph 799 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 799 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 799 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

800.    Defendant denies the allegations contained in Paragraph 800 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 800 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 800 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

801.    Defendant denies the allegations contained in Paragraph 801 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 801 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 801 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

802.    Defendant denies the allegations contained in Paragraph 802 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 802 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 802 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

803.    Defendant denies the allegations contained in Paragraph 803 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 803 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 803 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

804.    Defendant denies the allegations contained in Paragraph 804 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 804 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 804 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

805.    The allegations of Paragraph 805 have been stricken from the Complaint, and thus no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 805 of the Complaint.

806.    The allegations of Paragraph 806 have been stricken from the Complaint, and thus no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 806 of the Complaint.

807.    The allegations of Paragraph 807 have been stricken from the Complaint, and thus no response is required.  To the extent a response is required, Defendant denies the allegations contained in Paragraph 807 of the Complaint.

808.    Defendant denies the allegations contained in Paragraph 808 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 808 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 808 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

809.    Defendant denies the allegations contained in Paragraph 809 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 809 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 809 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

810.    Defendant denies the allegations contained in Paragraph 810 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 810 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 810 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

811.    Defendant denies the allegations contained in Paragraph 811 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 811 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 811 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

812.    Defendant denies the allegations contained in Paragraph 812 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 812 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 812 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

813.    The allegations in Paragraph 813 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent a response is required, Defendant

denies the allegations contained in Paragraph 813 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 813 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 813 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.

## II.     FACTS PERTAINING TO CLAIMS UNDER RACKETEER-INFLUENCED AND CORRUPT ORGANIZATIONS ("RICO") ACT

### A.     The Opioid Marketing Enterprise

#### 1.     The Common Purpose and Scheme of the Opioid Marketing Enterprise

814.    The allegations in Paragraph 814 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 814 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 814 of the Complaint, and on that basis denies those allegations.

815.    The allegations in Paragraph 815 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 815 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 815 of the Complaint, and on that basis denies those allegations

816. The allegations in Paragraph 816 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 816 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 816 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 816 of the Complaint, and on that basis denies those allegations.

817. The allegations in Paragraph 817 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 817 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 817 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 817 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

818. The allegations in Paragraph 818 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 818 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 818 of the Complaint, and on that

basis denies those allegations. To the extent Paragraph 818 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

819.    The allegations in Paragraph 819 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 819 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 819 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 819 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

820.    The allegations in Paragraph 820 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 820 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 820 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 820 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

821.    The allegations in Paragraph 821 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 821 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 821 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 821 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

822.     The allegations in Paragraph 822 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 822 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 822 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 822 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

823.     The allegations in Paragraph 823 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 823 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 823 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 823 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

824.     Defendant denies the allegations contained in Paragraph 824 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the

allegations contained in Paragraph 824 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 824 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

825.    Defendant denies the allegations contained in Paragraph 825 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 825 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 825 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

826.    The allegations in Paragraph 826 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 826 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 826 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 826 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same

827.    The allegations in Paragraph 827 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 827 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 827 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 827 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

828.    The allegations in Paragraph 828 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 828 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 828 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 828 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

## 2.    The Conduct of the Opioid Marketing Enterprise violated Civil RICO

829.    The allegations in Paragraph 829 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 829 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 829 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 829 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

830.    The allegations in Paragraph 830 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 830 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 830 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 830 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

831.     The allegations in Paragraph 831 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 831 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 831 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 831 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

832.     The allegations in Paragraph 832 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 832 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 832 of the Complaint, and on that basis denies those allegations.  To the extent Paragraph 832 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

833.     The allegations in Paragraph 833 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in

Paragraph 833 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 833 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 833 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

834.     The allegations in Paragraph 834 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 834 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 834 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 834 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

## 3.     The RICO Marketing Defendants Controlled and Paid Front Groups and KOLs to Promote and Maximize Opioid Use

835.     The allegations in Paragraph 835 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 835 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 835 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 835 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

836.    The allegations in Paragraph 836 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 836 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 836 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 836 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

837.    The allegations in Paragraph 837 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 837 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 837 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 837 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

### 4.    Pattern of Racketeering Activity

838.    The allegations in Paragraph 838 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 838 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 838 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 838 of the Complaint purports to be based

on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

839.    The allegations in Paragraph 839 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 839 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 839 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 839 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

840.    The allegations in Paragraph 840 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 840 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 840 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 840 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

841.    The allegations in Paragraph 841 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 841 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 841 of the Complaint, and on that

basis denies those allegations. To the extent Paragraph 841 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same

842.     The allegations in Paragraph 842 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 842 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 842 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 842 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

843.     The allegations in Paragraph 843 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 843 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 843 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 843 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

844.     The allegations in Paragraph 844 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 844 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 844 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 844 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

845.    The allegations in Paragraph 845 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 845 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 845 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 845 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

846.    The allegations in Paragraph 846 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 846 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 846 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 846 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

847.    The allegations in Paragraph 847 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 847 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 847 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 847 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

848.     The allegations in Paragraph 848 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 848 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 848 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 848 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.

### B.     The Opioid Supply Chain Enterprise

849.     The allegations in Paragraph 849 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 849 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 849 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as

to the truth of the allegations contained in Paragraph 849 of the Complaint, and on that basis denies those allegations.

850.    The allegations in Paragraph 850 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 850 of the Complaint purports to be based on reference federal regulations, those federal regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 850 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 850 of the Complaint, and on that basis denies those allegations.

851.    The allegations in Paragraph 851 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 851 of the Complaint purports to be based on reference federal regulations, those federal regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 851 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent they are

directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 851 of the Complaint, and on that basis denies those allegations.

852.    The allegations in Paragraph 852 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 852 of the Complaint purports to be based on reference federal regulations, those federal regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 852 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 852 of the Complaint, and on that basis denies those allegations.

853.    The allegations in Paragraph 853 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 853 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 853 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the

appropriate federal and state government entities, including the DEA. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 853 of the Complaint, and on that basis denies those allegations.

854. The allegations in Paragraph 854 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 854 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 854 of the Complaint to the extent that they are directed to Defendant. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 854 of the Complaint, and on that basis denies those allegations.

855. The allegations in Paragraph 855 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 855 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 855 of the Complaint to the extent that they are directed to Defendant. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances,

including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 855 of the Complaint, and on that basis denies those allegations.

856.    The allegations in Paragraph 856 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 856 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 856 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 856 of the Complaint, and on that basis denies those allegations.

857.    The allegations in Paragraph 857 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 857 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 857 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to

comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 857 of the Complaint, and on that basis denies those allegations.

858. The allegations in Paragraph 858 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 858 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 858 of the Complaint to the extent that they are directed to Defendant. Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 858 of the Complaint, and on that basis denies those allegations.

859. The allegations in Paragraph 859 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 859 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 859 of the Complaint to the extent that they are directed to

Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 859 of the Complaint, and on that basis denies those allegations.

860.    The allegations in Paragraph 860 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 860 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 860 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 860 of the Complaint, and on that basis denies those allegations.

861.    The allegations in Paragraph 861 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 861 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 861 of the Complaint, and on that basis denies those allegations.

862.    The allegations in Paragraph 862 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 862 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 862 of the Complaint, and on that basis denies those allegations.

863.    The allegations in Paragraph 863 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 863 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 863 of the Complaint, and on that basis denies those allegations. To the extent Paragraph 863 of the Complaint purports to be based on reference federal regulations, those federal regulations speak for themselves, and Defendant denies any characterizations of the same.

864.    The allegations in Paragraph 864 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 864 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 864 of the Complaint, and on that basis denies those allegations.

865.    The allegations in Paragraph 865 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 865 of the Complaint to the extent that they are directed to Defendant.   Further answering, Defendant states that it is a wholesale distributor of various prescription medications (as well as over-the-counter medications) and that Defendant has distributed controlled substances, including opioids, to retail pharmacies in Ohio, only to the extent that those pharmacies are registered with the DEA and licensed in Ohio.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 865 of the Complaint, and on that basis denies those allegations. Except as specifically admitted herein, Defendant denies the remaining allegations of Paragraph 865.

866.    The allegations in Paragraph 866 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 866 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 866 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 866 of the Complaint, and on that basis denies those allegations.

867.    The allegations in Paragraph 867 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 867 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 867 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 867 of the Complaint, and on that basis denies those allegations.

868.    The allegations in Paragraph 868 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 868 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same  Defendant denies the allegations contained in Paragraph 868 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 868 of the Complaint, and on that basis denies those allegations.

869.    The allegations in Paragraph 869 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 869 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for

themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 869 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 869 of the Complaint, and on that basis denies those allegations.

870.    The allegations in Paragraph 870 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 870 of the Complaint purports to be based on reference state or federal regulations, those state or federal regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 870 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 870 of the Complaint, and on that basis denies those allegations.

871.    The allegations in Paragraph 871 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 871 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 871 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 871 of the Complaint, and on that basis denies those allegations.

872.    The allegations in Paragraph 872 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 872 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 872 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 872 of the Complaint, and on that basis denies those allegations.

873.    The allegations in Paragraph 873 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 873 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 873 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 873 of the Complaint, and on that basis denies those allegations.

874.    The allegations in Paragraph 874 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 874 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 874 of the Complaint to the extent that they are directed to

Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 874 of the Complaint, and on that basis denies those allegations.

875.    The allegations in Paragraph 875 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 875 of the Complaint purports to be based on reference federal regulations, those federal regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 875 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 875 of the Complaint, and on that basis denies those allegations.

876.    The allegations in Paragraph 876 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 876 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 876 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the

appropriate federal and state government entities, including the DEA. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 876 of the Complaint, and on that basis denies those allegations.

877.    The allegations in Paragraph 877 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 877 of the Complaint purports to be based on reference documents or websites, those documents and websites speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 877 of the Complaint to the extent that they are directed to Defendant.  Further answering, Defendant states that Defendant has complied and continues to comply with its legal obligations in connection with the distribution of controlled substances, including but not limited to, its obligations to identify and report suspicious orders to the appropriate federal and state government entities, including the DEA. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 877 of the Complaint, and on that basis denies those allegations.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF
### Violation of RICO, 18 U.S.C. § 1961 et seq. – Opioid Marketing Enterprise
### (Against Purdue, Cephalon, Jannsen, Endo, and Mallinckrodt (the "RICO Marketing Defendants"))

878.    Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 877 of the Complaint as though fully set forth herein.

879.    The allegations in Paragraph 879 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 879 of the Complaint

purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 879 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 879 of the Complaint, and on that basis denies those allegations.

880.    The allegations in Paragraph 880 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 880 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 880 of the Complaint, and on that basis denies those allegations.

881.    The allegations in Paragraph 881 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 881 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 881 of the Complaint, and on that basis denies those allegations.

882.    The allegations in Paragraph 882 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 882 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 882 of the Complaint, and on that basis denies those allegations.

883.    The allegations in Paragraph 883 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 883 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 883 of the Complaint, and on that basis denies those allegations.

884.    The allegations in Paragraph 884 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 884 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 884 of the Complaint, and on that basis denies those allegations.

885.    The allegations in Paragraph 885 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 885 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 885 of the Complaint, and on that basis denies those allegations.

886.    The allegations in Paragraph 886 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 886 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 886 of the Complaint, and on that basis denies those allegations.

887.    The allegations in Paragraph 887 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 887 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 887 of the Complaint, and on that basis denies those allegations.

888.    The allegations in Paragraph 888 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 888 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 888 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 888 of the Complaint, and on that basis denies those allegations.

889.    The allegations in Paragraph 889 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 889 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 889 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 889 of the Complaint, and on that basis denies those allegations.

890. The allegations in Paragraph 890 of the Complaint set forth legal arguments and legal conclusions to which no response is required. To the extent Paragraph 890 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same. Defendant denies the allegations contained in Paragraph 890 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 890 of the Complaint, and on that basis denies those allegations.

891. The allegations in Paragraph 891 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 891 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 891 of the Complaint, and on that basis denies those allegations.

892. The allegations in Paragraph 892 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 892 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 892 of the Complaint, and on that basis denies those allegations.

893.    The allegations in Paragraph 893 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 893 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 893 of the Complaint, and on that basis denies those allegations.

894.    The allegations in Paragraph 894 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 894 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 894 of the Complaint, and on that basis denies those allegations.

895.    The allegations in Paragraph 895 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 895 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 895 of the Complaint, and on that basis denies those allegations.

896.    The allegations in Paragraph 896 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 896 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 896 of the Complaint, and on that basis denies those allegations.

897.     The allegations in Paragraph 897 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 897 of the Complaint purports to be based on state or federal laws or regulations, those laws and regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 897 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 897 of the Complaint, and on that basis denies those allegations.

898.     The allegations in Paragraph 898 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 898 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 898 of the Complaint, and on that basis denies those allegations.

899.     The allegations in Paragraph 899 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 899 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 899 of the Complaint, and on that basis denies those allegations.

900.    The allegations in Paragraph 900 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 900 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 900 of the Complaint, and on that basis denies those allegations.

901.    The allegations in Paragraph 901 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 901 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 901 of the Complaint, and on that basis denies those allegations.

902.    The allegations in Paragraph 902 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 902 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 902 of the Complaint, and on that basis denies those allegations.

903.    The allegations in Paragraph 903 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 903 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 903 of the Complaint, and on that basis denies those allegations.

904.    The allegations in Paragraph 904 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 904 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 904 of the Complaint, and on that basis denies those allegations.

905.    The allegations in Paragraph 905 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 905 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 905 of the Complaint, and on that basis denies those allegations.

## SECOND CLAIM FOR RELIEF

**Violation of RICO, 18 U.S.C. § 1961 et seq.—Opioid Supply Chain Enterprise (Against Defendants Purdue, Cephalon, Endo, Mallinckrodt, Actavis, McKesson, Cardinal, and AmerisourceBergen—"RICO Supply Chain Defendants")**

906.    Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 905 of the Complaint as if fully set forth herein.

907.    The allegations in Paragraph 907 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 907 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 907 of the Complaint to the extent that they are directed to

Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 907 of the Complaint, and on that basis denies those allegations.

908.    The allegations in Paragraph 908 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 908 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 908 of the Complaint to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 908 of the Complaint, and on that basis denies those allegations.

909.    The allegations in Paragraph 909 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 909 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 909 of the Complaint to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 909 of the Complaint, and on that basis denies those allegations.

910.    The allegations in Paragraph 910 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 910 of the Complaint to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 910 of the Complaint, and on that basis denies those allegations.

911.    The allegations in Paragraph 911 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 911 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 911 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 911 of the Complaint, and on that basis denies those allegations.

912.    The allegations in Paragraph 912 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 912 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 912 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 912 of the Complaint, and on that basis denies those allegations.

913.    The allegations in Paragraph 913 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 913 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 913 of the Complaint to the extent that they are directed to

Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 913 of the Complaint, and on that basis denies those allegations.

914.    The allegations in Paragraph 914 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 914 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 914 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 914 of the Complaint, and on that basis denies those allegations.

915.    The allegations in Paragraph 915 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 915 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 915 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 915 of the Complaint, and on that basis denies those allegations.

916.    The allegations in Paragraph 916 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 916 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the

allegations contained in Paragraph 916 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 916 of the Complaint, and on that basis denies those allegations.

917.    The allegations in Paragraph 917 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 917 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 917 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 917 of the Complaint, and on that basis denies those allegations.

918.    The allegations in Paragraph 918 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 918 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 918 of the Complaint, and on that basis denies those allegations.

919.    The allegations in Paragraph 919 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 919 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 919 of the Complaint to the extent that they are directed to

Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 919 of the Complaint, and on that basis denies those allegations.

920.    The allegations in Paragraph 920 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 920 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 920 of the Complaint, and on that basis denies those allegations.

921.    The allegations in Paragraph 921 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 921 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 921 of the Complaint, and on that basis denies those allegations.

922.    The allegations in Paragraph 922 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 922 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 922 of the Complaint, and on that basis denies those allegations.

923.    The allegations in Paragraph 923 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 923 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 923 of the Complaint, and on that basis denies those allegations.

924.    The allegations in Paragraph 924 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 924 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 924 of the Complaint, and on that basis denies those allegations.

925.    The allegations in Paragraph 925 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 925 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 925 of the Complaint, and on that basis denies those allegations.

926.    The allegations in Paragraph 926 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 926 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 926 of the Complaint, and on that basis denies those allegations.

927.    The allegations in Paragraph 927 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 927 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 927 of the Complaint, and on that basis denies those allegations.

928.    The allegations in Paragraph 928 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 928 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 928 of the Complaint, and on that basis denies those allegations.

929.    The allegations in Paragraph 929 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 929 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 929 of the Complaint, and on that basis denies those allegations.

930.    The allegations in Paragraph 930 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 930 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 930 of the Complaint, and on that basis denies those allegations.

931.    The allegations in Paragraph 931 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 931 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 931 of the Complaint, and on that basis denies those allegations.

932.    The allegations in Paragraph 932 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 932 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 932 of the Complaint, and on that basis denies those allegations.

933.    The allegations in Paragraph 933 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 933 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 933 of the Complaint, and on that basis denies those allegations.

934.    The allegations in Paragraph 934 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 934 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 934 of the Complaint, and on that basis denies those allegations.

935.    The allegations in Paragraph 935 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 935 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 935 of the Complaint, and on that basis denies those allegations.

936.    The allegations in Paragraph 936 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 936 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 936 of the Complaint, and on that basis denies those allegations.

937.    The allegations in Paragraph 937 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 937 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 937 of the Complaint, and on that basis denies those allegations.

938.    The allegations in Paragraph 938 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 938 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 938 of the Complaint, and on that basis denies those allegations.

## THIRD CLAIM FOR RELIEF

**Violation Of The Ohio Corrupt Practices Act Ohio Revised Code §§ 2923.31, *et seq*.
(Against Purdue, Cephalon, Janssen, Endo, and Mallinckrodt (the "Opioid Marketing Enterprise"))**

939.    Defendant repeats and realleges Defendant's answers to the allegations contained in paragraphs 1 through 938 of the Complaint as though fully set forth herein.

940.    The allegations in Paragraph 940 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 940 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 940 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 940 of the Complaint, and on that basis denies those allegations.

A.    <u>The Opioid Marketing Enterprise and Pattern of Corrupt Activity</u>

941.    Defendant repeats and realleges Defendant's answers to the allegations contained in Plaintiffs' First Claim for Relief, paragraphs 878 through 905, as though fully set forth herein.

942.    The allegations in Paragraph 942 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 942 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the

allegations contained in Paragraph 942 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 942 of the Complaint, and on that basis denies those allegations

943.    The allegations in Paragraph 943 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 943 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 943 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 943 of the Complaint, and on that basis denies those allegations.

944.    The allegations in Paragraph 944 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 944 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 944 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 944 of the Complaint, and on that basis denies those allegations.

945.    The allegations in Paragraph 945 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 945 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 945 of the Complaint, and on that basis denies those allegations.

        **B.**      **Injury Caused and Relief Sought**

      946.     The allegations in Paragraph 946 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 946 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 946 of the Complaint, and on that basis denies those allegations.

      947.     The allegations in Paragraph 947 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 947 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 947 of the Complaint, and on that basis denies those allegations.

      948.     The allegations in Paragraph 948 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 948 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 948 of the Complaint, and on that basis denies those allegations.

      949.     The allegations in Paragraph 949 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 949 of the Complaint

purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 949 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 949 of the Complaint, and on that basis denies those allegations.

### FOURTH CLAIM FOR RELIEF

**Violation Of The Ohio Corrupt Practices Act Ohio Revised Code §§ 2923.31, *et seq*. Against Defendants Purdue, Cephalon, Endo, Mallinckrodt, Actavis, McKesson, Cardinal, and AmerisourceBergen) (The "Opioid Supply Chain Enterprise")**

950.    Defendant repeats and realleges Defendant's answers to the allegations contained in paragraphs 1 through 949 of the Complaint as though fully set forth herein.

951.    The allegations in Paragraph 951 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 951 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 951 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 951 of the Complaint, and on that basis denies those allegations.

### A.    <u>The Opioid Supply Chain Enterprise and Pattern of Corrupt Activity</u>

952.    Defendant repeats and realleges Defendant's answers to the allegations contained in Plaintiffs' Second Claim for Relief, paragraphs 906 through 938, as though fully set forth herein.

953.    The allegations in Paragraph 953 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 953 of the Complaint

purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 953 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 953 of the Complaint, and on that basis denies those allegations.

954.    The allegations in Paragraph 954 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 954 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 954 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 954 of the Complaint, and on that basis denies those allegations.

955.    The allegations in Paragraph 955 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 955 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 955 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 955 of the Complaint, and on that basis denies those allegations.

956.    The allegations in Paragraph 956 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 956 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 956 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 956 of the Complaint, and on that basis denies those allegations.

957.    The allegations in Paragraph 957 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 957 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 957 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 957 of the Complaint, and on that basis denies those allegations.

958.    The allegations in Paragraph 958 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 958 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 958 of the Complaint, and on that basis denies those allegations.

959.    The allegations in Paragraph 959 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 959 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 959 of the Complaint, and on that basis denies those allegations.

960.    The allegations in Paragraph 960 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 960 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 960 of the Complaint, and on that basis denies those allegations.

961.    The allegations in Paragraph 961 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 961 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 961 of the Complaint to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 961 of the Complaint, and on that basis denies those allegations.

962.    The allegations in Paragraph 962 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 962 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for

themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 962 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 962 of the Complaint, and on that basis denies those allegations.

963.    The allegations in Paragraph 963 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 963 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 963 of the Complaint, and on that basis denies those allegations.

964.    The allegations in Paragraph 964 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 964 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 964 of the Complaint, and on that basis denies those allegations.

965.    The allegations in Paragraph 965 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 965 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 965 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 965 of the Complaint, and on that basis denies those allegations.

966.    The allegations in Paragraph 966 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 966 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 966 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 966 of the Complaint, and on that basis denies those allegations.

967.    The allegations in Paragraph 967 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 967 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 967 of the Complaint, and on that basis denies those allegations.

968.    The allegations in Paragraph 968 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 968 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 968 of the Complaint, and on that basis denies those allegations.

### B.    **Impact of The Opioid Supply Chain Enterprise**

969.     Defendant repeats and realleges Defendant's answers to the allegations contained in Section I.G. of the Complaint as though fully set forth herein.

### C.     **Injury Caused and Relief Sought**

970.     The allegations in Paragraph 970 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 970 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 970 of the Complaint, and on that basis denies those allegations.

971.     The allegations in Paragraph 971 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 971 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 971 of the Complaint, and on that basis denies those allegations.

972.     The allegations in Paragraph 972 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 972 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 972 of the Complaint, and on that basis denies those allegations.

973.     The allegations in Paragraph 973 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 973 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for

themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 973 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 973 of the Complaint, and on that basis denies those allegations.

### FIFTH CLAIM FOR RELIEF

### Statutory Public Nuisance
### (Against All Defendants)

974.    Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 973 of the Complaint as though fully set forth herein.

975.    The allegations in Paragraph 975 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 975 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 975 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 975 of the Complaint, and on that basis denies those allegations.

976.    The allegations in Paragraph 976 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 976 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 976 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or

information sufficient to form a belief as to the truth of the allegations contained in Paragraph 976 of the Complaint, and on that basis denies those allegations.

977.     The allegations in Paragraph 977 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 977 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 977 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 977 of the Complaint, and on that basis denies those allegations.

978.     The allegations in Paragraph 978 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 978 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 978 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 978 of the Complaint, and on that basis denies those allegations.

979.     The allegations in Paragraph 979 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 979 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 979 of the Complaint to the extent that they are directed to

Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 979 of the Complaint, and on that basis denies those allegations.

980.    The allegations in Paragraph 980 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 980 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 980 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 980 of the Complaint, and on that basis denies those allegations.

981.    The allegations in Paragraph 981 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 981 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 981 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 981 of the Complaint, and on that basis denies those allegations.

982.    The allegations in Paragraph 982 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 982 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the

allegations contained in Paragraph 982 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 982 of the Complaint, and on that basis denies those allegations.

983.    The allegations in Paragraph 983 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 983 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 983 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 983 of the Complaint, and on that basis denies those allegations.

984.    The allegations in Paragraph 984 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 984 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 984 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 984 of the Complaint, and on that basis denies those allegations.

985.    The allegations in Paragraph 985 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 985 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 985 of the Complaint, and on that basis denies those allegations.

986.    The allegations in Paragraph 986 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 986 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 986 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 986 of the Complaint, and on that basis denies those allegations.

987.    The allegations in Paragraph 987 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 987 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 987 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 987 of the Complaint, and on that basis denies those allegations.

988.    The allegations in Paragraph 988 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 988 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 988 of the Complaint, and on that basis denies those allegations.

989.    The allegations in Paragraph 989 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 989 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 989 of the Complaint, and on that basis denies those allegations.

990.    The allegations in Paragraph 990 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 990 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 990 of the Complaint, and on that basis denies those allegations.

991.    The allegations in Paragraph 991 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 991 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 991 of the Complaint, and on that basis denies those allegations.

992.    The allegations in Paragraph 992 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 992 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 992 of the Complaint, and on that basis denies those allegations.

993.    The allegations in Paragraph 993 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 993 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 993 of the Complaint, and on that basis denies those allegations.

994.    The allegations in Paragraph 994 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 994 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 994 of the Complaint, and on that basis denies those allegations.

995.    The allegations in Paragraph 995 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 995 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 995 of the Complaint, and on that basis denies those allegations.

996.    The allegations in Paragraph 996 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 996 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 996 of the Complaint, and on that basis denies those allegations.

**SIXTH CLAIM FOR RELIEF**

**Common Law Absolute Public Nuisance**
**(Against All Defendants)**

997.    Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 996 of the Complaint as though fully set forth herein.

998.    The allegations in Paragraph 998 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 998 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 998 of the Complaint, and on that basis denies those allegations.

999.    The allegations in Paragraph 999 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 999 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 999 of the Complaint, and on that basis denies those allegations.

1000.   The allegations in Paragraph 1000 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1000 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1000 of the Complaint, and on that basis denies those allegations.

1001.   The allegations in Paragraph 1001 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1001 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1001 of the Complaint, and on that basis denies those allegations.

1002.   The allegations in Paragraph 1002 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1002 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1002 of the Complaint, and on that basis denies those allegation.

1003.   The allegations in Paragraph 1003 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1003 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1003 of the Complaint, and on that basis denies those allegations.

1004.   The allegations in Paragraph 1004 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 1004 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1004 of the Complaint, and on that basis denies those allegations.

1005.   The allegations in Paragraph 1005 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1005 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1005 of the Complaint, and on that basis denies those allegations.

1006.   The allegations in Paragraph 1006 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1006 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1006 of the Complaint, and on that basis denies those allegations.

1007.   The allegations in Paragraph 1007 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1007 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1007 of the Complaint, and on that basis denies those allegations.

1008.   The allegations in Paragraph 1008 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1008 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1008 of the Complaint, and on that basis denies those allegations.

1009.   The allegations in Paragraph 1009 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1009 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 1009 of the Complaint to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1009 of the Complaint, and on that basis denies those allegations.

1010.   The allegations in Paragraph 1010 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1010 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 1010 of the Complaint to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1010 of the Complaint, and on that basis denies those allegations.

1011.   The allegations in Paragraph 1011 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1011 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1011 of the Complaint, and on that basis denies those allegations.

1012.   The allegations in Paragraph 1012 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1012 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1012 of the Complaint, and on that basis denies those allegations.

1013.   The allegations in Paragraph 1013 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1013 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1013 of the Complaint, and on that basis denies those allegations.

1014.   The allegations in Paragraph 1014 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1014 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 1014 of the Complaint, and on that basis denies those allegations.

1015.   The allegations in Paragraph 1015 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1015 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1015 of the Complaint, and on that basis denies those allegations.

1016.   The allegations in Paragraph 1016 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1016 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 1016 of the Complaint to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1016 of the Complaint, and on that basis denies those allegations.

1017.   The allegations in Paragraph 1017 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1017 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1017 of the Complaint, and on that basis denies those allegations.

1018.   The allegations in Paragraph 1018 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1018 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1018 of the Complaint, and on that basis denies those allegations.

1019.   The allegations in Paragraph 1019 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1019 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1019 of the Complaint, and on that basis denies those allegations.

1020.   The allegations in Paragraph 1020 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1020 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1020 of the Complaint, and on that basis denies those allegations.

1021.   The allegations in Paragraph 1021 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1021 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 1021 of the Complaint, and on that basis denies those allegations.

1022.   The allegations in Paragraph 1022 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1022 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1022 of the Complaint, and on that basis denies those allegations.

1023.   The allegations in Paragraph 1023 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1023 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1023 of the Complaint, and on that basis denies those allegations.

1024.   The allegations in Paragraph 1024 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1024 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1024 of the Complaint, and on that basis denies those allegations.

1025.   The allegations in Paragraph 1025 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1025 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1025 of the Complaint, and on that basis denies those allegations.

1026.   The allegations in Paragraph 1026 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1026 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1026 of the Complaint, and on that basis denies those allegations.

1027.   The allegations in Paragraph 1027 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1027 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1027 of the Complaint, and on that basis denies those allegations.

1028.   The allegations in Paragraph 1028 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1028 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1028 of the Complaint, and on that basis denies those allegations.

1029.   The allegations in Paragraph 1029 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 1029 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1029 of the Complaint, and on that basis denies those allegations.

1030.   The allegations in Paragraph 1030 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1030 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1030 of the Complaint, and on that basis denies those allegations.

1031.   The allegations in Paragraph 1031 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1031 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1031 of the Complaint, and on that basis denies those allegations.

1032.   The allegations in Paragraph 1032 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1032 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1032 of the Complaint, and on that basis denies those allegations.

1033.   The allegations in Paragraph 1033 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1033 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1033 of the Complaint, and on that basis denies those allegations.

1034.   The allegations in Paragraph 1034 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1034 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1034 of the Complaint, and on that basis denies those allegations.

1035.   The allegations in Paragraph 1035 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1035 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1035 of the Complaint, and on that basis denies those allegations.

1036.   The allegations in Paragraph 1036 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1036 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 1036 of the Complaint, and on that basis denies those allegations.

1037.   The allegations in Paragraph 1037 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1037 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 1037 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1037 of the Complaint, and on that basis denies those allegations.

1038.   The allegations in Paragraph 1038 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1038 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1038 of the Complaint, and on that basis denies those allegations.

## SEVENTH CLAIM FOR RELIEF

### Negligence
### (Against All Defendants)

1039.   Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 1039 of the Complaint as though fully set forth herein.

1040.   The allegations in Paragraph 1040 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1040 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1040 of the Complaint, and on that basis denies those allegations.

1041.   The allegations in Paragraph 1041 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1041 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1041 of the Complaint, and on that basis denies those allegations.

1042.   The allegations in Paragraph 1042 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1042 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1042 of the Complaint, and on that basis denies those allegations.

1043.   The allegations in Paragraph 1043 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1043 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1043 of the Complaint, and on that basis denies those allegations.

1044.   The allegations in Paragraph 1044 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 1044 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1044 of the Complaint, and on that basis denies those allegations.

1045.   The allegations in Paragraph 1045 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1045 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1045 of the Complaint, and on that basis denies those allegations.

1046.   The allegations in Paragraph 1046 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1046 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1046 of the Complaint, and on that basis denies those allegations.

1047.   The allegations in Paragraph 1047 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1047 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1047 of the Complaint, and on that basis denies those allegations.

1048.   The allegations in Paragraph 1048 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1048 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1048 of the Complaint, and on that basis denies those allegations.

1049.   The allegations in Paragraph 1049 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1049 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1049 of the Complaint, and on that basis denies those allegations.

1050.   The allegations in Paragraph 1050 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1050 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1050 of the Complaint, and on that basis denies those allegations.

1051.   The allegations in Paragraph 1051 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1051 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 1051 of the Complaint, and on that basis denies those allegations.

1052.   The allegations in Paragraph 1052 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1052 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1052 of the Complaint, and on that basis denies those allegations.

1053.   The allegations in Paragraph 1053 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1053 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1053 of the Complaint, and on that basis denies those allegations.

1054.   The allegations in Paragraph 1054 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1054 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1054 of the Complaint, and on that basis denies those allegations.

1055.   The allegations in Paragraph 1055 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1055 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1055 of the Complaint, and on that basis denies those allegations.

1056.   The allegations in Paragraph 1056 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1056 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1056 of the Complaint, and on that basis denies those allegations.

1057.   The allegations in Paragraph 1057 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1057 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1057 of the Complaint, and on that basis denies those allegations.

1058.   The allegations in Paragraph 1058 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1058 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 1058 of the Complaint to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1058 of the Complaint, and on that basis denies those allegations.

1059.   The allegations in Paragraph 1059 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1059 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1059 of the Complaint, and on that basis denies those allegations.

1060.   The allegations in Paragraph 1060 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1060 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 1060 of the Complaint to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1060 of the Complaint, and on that basis denies those allegations.

1061.   The allegations in Paragraph 1061 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1061 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1061 of the Complaint, and on that basis denies those allegations.

1062.   The allegations in Paragraph 1062 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1062 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1062 of the Complaint, and on that basis denies those allegations.

1063.   The allegations in Paragraph 1063 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1063 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1063 of the Complaint, and on that basis denies those allegations.

1064.   The allegations in Paragraph 1064 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1064 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1064 of the Complaint, and on that basis denies those allegations.

1065.   The allegations in Paragraph 1065 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1065 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1065 of the Complaint, and on that basis denies those allegations.

1066.   The allegations in Paragraph 1066 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 1066 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1066 of the Complaint, and on that basis denies those allegations.

1067.   The allegations in Paragraph 1067 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1067 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1067 of the Complaint, and on that basis denies those allegations.

1068.   The allegations in Paragraph 1068 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1068 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1068 of the Complaint, and on that basis denies those allegations.

1069.   The allegations in Paragraph 1069 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1069 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1069 of the Complaint, and on that basis denies those allegations.

1070.   The allegations in Paragraph 1070 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1070 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1070 of the Complaint, and on that basis denies those allegations.

1071.   The allegations in Paragraph 1071 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1071 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1071 of the Complaint, and on that basis denies those allegations.

## EIGHTH CLAIM FOR RELIEF

### Common Law Fraud
### (Against the Marketing Defendants)

1072.   Defendant repeats and reallges Defendant's answers to the allegations contained in Paragraphs 1 through 1071 of the Complaint as though fully set forth herein.

1073.   The allegations in Paragraph 1073 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1073 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1073 of the Complaint, and on that basis denies those allegations.

1074.   The allegations in Paragraph 1074 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1074 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1074 of the Complaint, and on that basis denies those allegations.

1075.   The allegations in Paragraph 1075 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1075 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1075 of the Complaint, and on that basis denies those allegations.

1076.   The allegations in Paragraph 1076 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1076 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1076 of the Complaint, and on that basis denies those allegations.

1077.   The allegations in Paragraph 1077 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1077 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 1077 of the Complaint, and on that basis denies those allegations.

1078.   The allegations in Paragraph 1078 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1078 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1078 of the Complaint, and on that basis denies those allegations.

1079.   The allegations in Paragraph 1079 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1079 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1079 of the Complaint, and on that basis denies those allegations.

1080.   The allegations in Paragraph 1080 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1080 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1080 of the Complaint, and on that basis denies those allegations.

1081.   The allegations in Paragraph 1081 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1081 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1081 of the Complaint, and on that basis denies those allegations.

1082. The allegations in Paragraph 1082 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1082 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1082 of the Complaint, and on that basis denies those allegations.

1083. The allegations in Paragraph 1083 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1083 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1083 of the Complaint, and on that basis denies those allegations.

1084. The allegations in Paragraph 1084 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in Paragraph 1084 of the Complaint to the extent that they are directed to Defendant. To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1084 of the Complaint, and on that basis denies those allegations.

1085. The allegations in Paragraph 1085 of the Complaint set forth legal arguments and legal conclusions to which no response is required. Defendant denies the allegations contained in

Paragraph 1085 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1085 of the Complaint, and on that basis denies those allegations.

1086.   The allegations in Paragraph 1086 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1086 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1086 of the Complaint, and on that basis denies those allegations.

1087.   The allegations in Paragraph 1087 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1087 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1087 of the Complaint, and on that basis denies those allegations.

1088.   The allegations in Paragraph 1088 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1088 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1088 of the Complaint, and on that basis denies those allegations.

1089.   The allegations in Paragraph 1089 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1089 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1089 of the Complaint, and on that basis denies those allegations.

### NINTH CLAIM FOR RELIEF

**Injury Through Criminal Acts**
**(R.C. 2307.60)**
**(Against All Defendants)**

1090.   Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 1089 of the Complaint as though fully set forth herein.

1091.   The allegations in Paragraph 1091 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1091 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 1091 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1091 of the Complaint, and on that basis denies those allegations.

1092.   The allegations in Paragraph 1092 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1092 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 1092 of the Complaint to the extent that they are directed to

Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1092 of the Complaint, and on that basis denies those allegations.

1093.   The allegations in Paragraph 1093 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1093 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 1093 of the Complaint to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1093 of the Complaint, and on that basis denies those allegations.

1094.   The allegations in Paragraph 1094 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1094 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 1094 of the Complaint to the extent that they are directed to Defendant.   To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1094 of the Complaint, and on that basis denies those allegations.

1095.   The allegations in Paragraph 1095 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1095 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the

allegations contained in Paragraph 1095 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1095 of the Complaint, and on that basis denies those allegations.

1096.   The allegations in Paragraph 1096 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1096 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 1096 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1096 of the Complaint, and on that basis denies those allegations.

1097.   The allegations in Paragraph 1097 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1097 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.   Defendant denies the allegations contained in Paragraph 1097 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1097 of the Complaint, and on that basis denies those allegations.

1098.   The allegations in Paragraph 1098 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1098 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1098 of the Complaint, and on that basis denies those allegations.

1099.   The allegations in Paragraph 1099 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1099 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1099 of the Complaint, and on that basis denies those allegations.

1100.   The allegations in Paragraph 1100 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1100 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1100 of the Complaint, and on that basis denies those allegations.

1101.   The allegations in Paragraph 1101 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1101 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 1101 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1101 of the Complaint, and on that basis denies those allegations.

1102.   The allegations in Paragraph 1102 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1102 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1102 of the Complaint, and on that basis denies those allegations.

1103.   The allegations in Paragraph 1103 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1103 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1103 of the Complaint, and on that basis denies those allegations.

1104.   The allegations in Paragraph 1104 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1104 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1104 of the Complaint, and on that basis denies those allegations.

1105.   The allegations in Paragraph 1105 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1105 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 1105 of the Complaint, and on that basis denies those allegations.

1106.  The allegations in Paragraph 1106 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1106 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1106 of the Complaint, and on that basis denies those allegations.

1107.  The allegations in Paragraph 1107 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  To the extent Paragraph 1107 of the Complaint purports to be based on state or federal law or regulations, those laws or regulations speak for themselves, and Defendant denies any characterizations of the same.  Defendant denies the allegations contained in Paragraph 1107 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1107 of the Complaint, and on that basis denies those allegations.

### TENTH CLAIM FOR RELIEF

### Unjust Enrichment
### (Against All Defendants)

1108.  Defendant repeats and realleges Defendant's answers to the allegations contained in Paragraphs 1 through 1107 of the Complaint as though fully set forth herein.

1109.  The allegations in Paragraph 1109 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1109 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1109 of the Complaint, and on that basis denies those allegations.

1110.   The allegations in Paragraph 1110 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1110 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1110 of the Complaint, and on that basis denies those allegations.

1111.   The allegations in Paragraph 1111 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1111 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1111 of the Complaint, and on that basis denies those allegations.

1112.   The allegations in Paragraph 1112 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1112 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1112 of the Complaint, and on that basis denies those allegations.

1113.   The allegations in Paragraph 1113 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 1113 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1113 of the Complaint, and on that basis denies those allegations.

1114.   The allegations in Paragraph 1114 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1114 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1114 of the Complaint, and on that basis denies those allegations.

1115.   The allegations in Paragraph 1115 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1115 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1115 of the Complaint, and on that basis denies those allegations.

1116.   The allegations in Paragraph 1116 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1116 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1116 of the Complaint, and on that basis denies those allegations.

1117.   The allegations in Paragraph 1117 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1117 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1117 of the Complaint, and on that basis denies those allegations.

1118.   The allegations in Paragraph 1118 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1118 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1118 of the Complaint, and on that basis denies those allegations.

1119.   The allegations in Paragraph 1119 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1119 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1119 of the Complaint, and on that basis denies those allegations.

1120.   The allegations in Paragraph 1120 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1120 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 1120 of the Complaint, and on that basis denies those allegations.

1121.   The allegations in Paragraph 1121 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1121 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1121 of the Complaint, and on that basis denies those allegations.

## ELEVENTH CLAIM FOR RELIEF

### Civil Conspiracy
### (Against All Defendants)

1122.   Defendant repeats and realleges Defendant's answers to the allegations contained in paragraphs 1 through 1121 of the Complaint as though fully set forth herein.

1123.   The allegations in Paragraph 1123 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1123 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1123 of the Complaint, and on that basis denies those allegations.

1124.   The allegations in Paragraph 1124 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1124 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a

belief as to the truth of the allegations contained in Paragraph 1124 of the Complaint, and on that basis denies those allegations.

1125.   The allegations in Paragraph 1125 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1125 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1125 of the Complaint, and on that basis denies those allegations.

1126.   The allegations in Paragraph 1126 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1126 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1126 of the Complaint, and on that basis denies those allegations.

1127.   The allegations in Paragraph 1127 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1127 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1127 of the Complaint, and on that basis denies those allegations.

1128.   The allegations in Paragraph 1128 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1128 of the Complaint to the extent that they are directed to Defendant.  To the extent

they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1128 of the Complaint, and on that basis denies those allegations.

1129.   The allegations in Paragraph 1129 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1129 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1129 of the Complaint, and on that basis denies those allegations.

1130.   The allegations in Paragraph 1130 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1130 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1130 of the Complaint, and on that basis denies those allegations.

1131.   The allegations in Paragraph 1131 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1131 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1131 of the Complaint, and on that basis denies those allegations.

1132.   The allegations in Paragraph 1132 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in

Paragraph 1132 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1132 of the Complaint, and on that basis denies those allegations.

1133.   The allegations in Paragraph 1133 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1133 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1133 of the Complaint, and on that basis denies those allegations.

1134.   The allegations in Paragraph 1134 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1134 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1134 of the Complaint, and on that basis denies those allegations.

1135.   The allegations in Paragraph 1135 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1135 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1135 of the Complaint, and on that basis denies those allegations.

1136.   The allegations in Paragraph 1136 of the Complaint set forth legal arguments and legal conclusions to which no response is required.  Defendant denies the allegations contained in Paragraph 1136 of the Complaint to the extent that they are directed to Defendant.  To the extent they are directed at other parties, Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations contained in Paragraph 1136 of the Complaint, and on that basis denies those allegations.

## PRAYER FOR RELIEF

1137.  Defendant admits only that Plaintiffs purport to seek the relief identified in Paragraph 1137 of the Complaint, but specifically denies any liability or wrongdoing whatsoever and denies that Plaintiffs are entitled to any relief that they seek.

**WHEREFORE,** Defendant demands judgment in its favor and against Plaintiffs, dismissing Plaintiffs' Complaint in its entirety, with prejudice, together with the costs of suit and such other relief as the Court deems equitable and just.

## AFFIRMATIVE DEFENSES

By asserting the defenses set forth below, Defendant does not allege or admit that it has the burden of proof and/or the burden of persuasion with respect to any of these defenses.  All of the following defenses are pled in the alternative and none constitutes an admission that Defendant is in any way liable to Plaintiffs, that Plaintiffs have been or will be injured or damaged in any way, or that Plaintiffs are entitled to any relief whatsoever.  Upon completion of discovery, if the facts warrant, Defendant may withdraw one or more of these defenses.

Defendant asserts as follows:

1.      Plaintiffs' Complaint fails to state a claim upon which relief may be granted, fails to state facts sufficient to constitute the purported causes of action, and fails to plead a legally cognizable injury.

2.      Plaintiffs have failed to plead that they reimbursed any prescriptions for an opioid distributed by Defendant that harmed patients and should not have been written, or that Defendant's allegedly improper conduct caused any healthcare provider to write any ineffective or harmful opioid prescription, which Defendant then distributed.

3.      Plaintiffs have failed to join one or more necessary and indispensable parties, including, but not limited to, the DEA, healthcare providers, prescribers, patients, and other third parties whom Plaintiffs allege engaged in the prescription, dispensing, diversion or use of the subject prescription medications.

4.      To the extent Plaintiffs are alleging fraud, fraudulent concealment, or similar conduct, Plaintiffs have failed to plead the allegations with sufficient particularity.

5.      Plaintiffs cannot obtain relief on their claims based on actions undertaken by Defendant of which Defendant provided notice of all material facts.

6.      Plaintiffs fail to plead any actionable misrepresentation or omission made by or attributable to Defendant.

7.      Plaintiffs' claims against Defendant do not arise out of the same transactions or occurrences as their claims against other defendants, as required for joinder of parties.

8.      Plaintiffs have failed to comply with the requirement that they identify each patient in whose claim(s) they have a subrogation interest and on whose behalf it has incurred costs.

9.      Plaintiffs' claims are barred and should be dismissed because Plaintiffs have failed to comply with the Court's case management orders, including CMO-1.

10.     Plaintiffs are precluded from recovering against Defendant pursuant to applicable law following section 402A of the Restatement (Second) of Torts.

11.     Plaintiffs' recovery is barred under Section 6(c) of the Restatement (Third) of Torts.

12.     Plaintiffs' claims are barred in whole or in part because no conduct of Defendant was misleading, unfair, or deceptive.

13.     Defendant appropriately, completely, and fully discharged any and all obligations and legal duties arising out of the matters alleged in the Complaint.

14.     Plaintiffs' claim for unjust enrichment is barred or limited because Defendant did not receive and retain any alleged benefit from Plaintiffs.

15.     Plaintiffs' claims are barred, in whole or in part, by the free public services doctrine and/or the municipal cost recovery rule.

16.     Plaintiffs' claims are barred, in whole or in part, because Plaintiffs have no private right of action under the relevant laws and regulations.

17.     Defendant did not owe or breach any statutory or common law duty to Plaintiffs.

18.     Plaintiffs are barred from recovery against Defendant because Defendant complied with all applicable federal and Ohio state rules and regulations related to distribution of the subject prescription medications.

19.     Plaintiffs' claims and damages are barred or limited, in whole or in part, by common law, statutory, and state constitutional constraints on the exercise of police powers by a municipality.

20.     Plaintiffs are barred from recovery by application of the informed consent doctrine.

21.     Plaintiffs' claims are barred, in whole or in part, by the applicable statutes of limitations.

22.     Plaintiffs' claims are barred, in whole or in part, by the applicable statute of repose.

23.     Plaintiffs' claims are not ripe, and/or have been mooted.

24.     Plaintiffs' claims are barred, in whole or in part, by the equitable doctrines of laches, waiver, unclean hands, *in pari delicto*, and/or ratification.

25.     Venue may be improper and/or inconvenient in this Court.

26.     Plaintiffs' claims are barred, in whole or in part, for lack of standing.

27.     Plaintiffs' claims are barred because Plaintiffs are not the real party in interest.

28.     Plaintiffs' claims against Defendant are barred by the doctrines of res judicata and collateral estoppel.

29.     Plaintiffs may be barred by the doctrine of estoppel from all forms of relief sought in the Complaint.

30.     Plaintiffs' claims are barred because Plaintiffs lack capacity to bring their claims, including claims indirectly maintained on behalf of their citizens and claims brought as *parens patriae*.

31.     Plaintiffs' claims are barred to the extent they are based on alleged violations of industry customs because purported industry customs do not create legal duties on Defendant.

32.     Plaintiffs are barred from recovery by the Assumption of Risk doctrine, whether primary, express, or implied (Ohio Revised Code § 2307.711).

33.     Plaintiffs are barred from recovery by application of the learned intermediary doctrine.

34.     Plaintiffs' claims are barred or limited by the terms and effect of any applicable Consent Judgment, including by operation of the doctrines of res judicata and collateral estoppel,

failure to fulfill conditions precedent, failure to provide requisite notice, payment, accord and satisfaction, and compromise and settlement.

35.    Plaintiffs' claims are barred in whole or in part, or are subject to other limitations, by the Ohio Product Liability Act, Ohio Revised Code § 2307.71, *et seq*.

36.    Plaintiffs' nuisance claims are barred to the extent that they lack the statutory authority to bring a nuisance claim under Ohio law.

37.    Plaintiffs' statutory nuisance claim is barred because the statutes upon which Plaintiffs rely, including Ohio Revised Code §§ 715.44, 3767.01 *et seq.*, 4729.35, are unconstitutionally vague.

38.    Plaintiffs' claim of public nuisance is barred or limited because no action of Defendant involved interference with real property; illegal conduct perpetrated by third parties involving the use of an otherwise legal product does not involve a public right against the distributor sufficient to state a claim for public nuisance; the alleged public nuisance would have impermissible extraterritorial reach; and the alleged conduct of Defendant is too remote from the alleged injury as a matter of law and due process.

39.    Plaintiffs are barred from recovery against Defendant because there is no proximate causation between the alleged acts or omissions of Defendant and the damages alleged to have been sustained by Plaintiffs.

40.    Plaintiffs' damages, if any, were caused by the active, direct, and proximate negligence or actual conduct of entities or persons other than Defendant, and in the event that Defendant is found to be liable to Plaintiffs, Defendant will be entitled to indemnification, contribution, and/or apportionment.

41.    Plaintiffs' claims are barred, in whole or in part, by failure to establish causation.

42.     Plaintiffs' claims are barred by criminal acts of third parties.

43.     Any damages and/or injuries allegedly sustained by Plaintiffs were directly and proximately caused by independent, intervening and/or superseding causes, factors or occurrences, which were not reasonably foreseeable to Defendant and for which Defendant is not liable.

44.     Any and all losses or claims allegedly sustained by Plaintiffs are the result of acts and/or omissions of persons over whom Defendant does not, or did not, have any direction or control, and for whose actions or omissions Defendant is not liable.

45.     Defendant is not liable for any statements in the Manufacturer Defendants' branded or unbranded materials.

46.     Plaintiffs' claims are barred to the extent that the subject prescription medications were misused, modified, altered, or changed from the condition in which they were sold, which misuse, modification, alteration, or change caused or contributed to cause Plaintiffs' alleged injuries or damages.

47.     Plaintiffs' injuries and damages, if any, are the result of forces of nature over which Defendant had no control or responsibility.

48.     Defendant is not liable for any injuries or expenses allegedly incurred by Plaintiffs to the extent the injuries or expenses as alleged may have resulted from the pre-existing and/or unrelated medical conditions of the users of the subject prescription medications.

49.     Any injuries and/or damages sustained by Plaintiffs were caused, in whole or part, by its own failure to effectively enforce the law and prosecute violations thereof and any recovery by Plaintiffs are barred or, alternatively, should be diminished according to its own fault.

50.     Plaintiffs' claims are barred, in whole or in part, because Plaintiffs' alleged injuries or damages, if any, were caused by illegal and/or illicit use, misuse, or abuse of the subject prescription medications by the users, for which Defendant is not liable.

51.     Plaintiffs' claims are barred, in whole or in part, because neither the users of the subject prescription medications nor their prescribers relied to their detriment upon any statement by Defendant in determining to use or prescribe the subject prescription medications.

52.     Plaintiffs' claims are preempted by federal law, including (without limitation) the federal Controlled Substances Act and the Food, Drug, and Cosmetic Act ("FDCA").

53.     Plaintiffs may not recover against Defendant because the methods, standards, or techniques of distributing of the subject prescription medications complied with and were in conformity with the generally recognized state of the art at the time the product was designed, manufactured, labeled, and distributed.

54.     Plaintiffs' claims are barred to the extent they are based on any allegations involving failure to provide adequate warnings or information because all warnings or information that accompanied the allegedly distributed products were approved by the United States Food & Drug Administration for a product approved under the Federal Food, Drug, and Cosmetic Act (21 U.S.C. Section 301 et seq.), as amended, or Section 351, Public Health Service Act (42 U.S.C. Section 262), as amended, or the warnings and information provided were those stated in monographs developed by the United States Food & Drug Administration for pharmaceutical products that may be distributed without an approved new drug application.

55.     Plaintiffs' claims are barred, in whole or in part, for failure to exhaust administrative remedies.

56.     Plaintiffs' claims are barred, in whole or in part, because federal agencies have exclusive or primary jurisdiction over the matters asserted in the Complaint.

57.     Plaintiffs' claims are preempted insofar as they conflict with Congress' purposes and objectives in enacting relevant federal legislation and authorizing regulations, including the Hatch-Waxman amendments to the FDCA and implementing regulations.  *See Geier v. Am. Honda Co.*, 529 U.S. 861 (2000).

58.     To the extent that Plaintiffs rely on letters or other informal guidance from the DEA to establish Defendant's regulatory duties, such informal guidance cannot enlarge Defendant's regulatory duties in the absence of compliance by DEA with the requirements by the Administrative Procedure Act, 5 U.S.C. § 551 *et seq*.

59.     If Plaintiffs incurred the damages alleged, which is expressly denied, Defendant is not liable for damages because the methods, standards, or techniques of designing, manufacturing, labeling, and distributing of the prescription medications at issue complied with and were in conformity with the laws and regulations of the Controlled Substances Act, the FDCA, and the generally recognized state of the art in the industry at the time the product was designed, manufactured, labeled, and distributed.

60.     Plaintiffs' claims are barred, in whole or in part, by conflict preemption as set forth in the United States Supreme Court's decisions in *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567 (2011) and *Mutual Pharm. Co. v. Bartlett*, 133 S. Ct. 2466 (2013).

61.     To the extent Plaintiffs assert claims that depend solely on violations of federal law, including any claims of a "fraud on the FDA" with respect to the Manufacturer Defendants' disclosure of information related to the safety of their medications at issue, such claims are barred and should be dismissed.  *See Buckman v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001).

62. To the extent Plaintiffs assert claims that depend solely on violations of federal law, including any claims of "fraud on the Drug Enforcement Administration" ("DEA") with respect to Defendant's compliance with statutes or regulations administered and/or enforced by the DEA, such claims are barred and should be dismissed. *See Buckman v. Plainitffs' Legal Comm'n*, 531 U.S. 341 (2001).

63. Plaintiffs' claims are barred, in whole or in part, by the deference that common law accords discretionary actions by the FDA under the FDCA and discretionary actions by the DEA under the Controlled Substances Act.

64. Plaintiff's claims are barred in whole or in part because Plaintiffs suffered no injuries or damages as a result of any action by Defendant.

65. Plaintiffs' Complaint is barred, in whole or in part, by the doctrines of acquiescence, settlement, or release.

66. Plaintiffs' claims are barred, in whole or in part, by the economic loss doctrine.

67. Plaintiffs' claims against Defendant are barred to the extent they rely, explicitly or implicitly, on a theory of market-share liability.

68. Plaintiffs' Complaint is barred, in whole or in part, because the derivative injury rule and the remoteness doctrine bar Plaintiffs from recovering payments that it allegedly made on behalf its residents to reimburse any expenses for health care, pharmaceutical care, and other public services.

69. To the extent that Plaintiffs seek punitive, exemplary, or aggravated damages, any such damages are barred because the product at issue, and its labeling, were subject to and received pre-market approval by the FDA under 52 Stat. 1040, 21 U.S.C. § 301.

70.     The alleged injuries and damages asserted by Plaintiffs are too remote and/or speculative from the alleged conduct of Defendant to be a basis for liability as a matter of law and due process and derive solely from the claims of others.

71.     Plaintiffs are barred from recovery by Plaintiffs' failure to mitigate damages.

72.     Plaintiffs, to the extent they are seeking any damages in their capacity as a third-party payor, cannot recover as damages the costs of healthcare provided to insureds.

73.     To the extent Plaintiffs attempt to seek equitable relief, Plaintiffs are not entitled to such relief because Plaintiffs have an adequate remedy at law.

74.     Plaintiffs would be unjustly enriched if allowed to recover on any of their claims.

75.     Plaintiffs' claims are barred, reduced, and/or limited pursuant to the applicable Ohio statutory and common law regarding limitations of awards, caps on recovery, and setoffs.

76.     A specific percentage of the tortious conduct that proximately caused the injury or loss to person or property is attributable to one or more persons from whom Plaintiffs do not seek recovery in this action.  Should Defendant be held liable to Plaintiffs, which liability is specifically denied, Defendant would be entitled to a credit or set-off for all sums of money received or available from or on behalf of any tortfeasor(s) for the same injuries alleged in Plaintiffs' Complaint.

77.     Plaintiffs' claims are barred and/or reduced by contributory or comparative negligence and contributory or comparative fault.

78.     Plaintiffs' injuries, losses, or damages, if any, were caused by or contributed to by other persons or entities, whether named or not named as parties to this action, who may be jointly and severally liable for all or part of Plaintiffs' alleged injuries, losses, or damages, if any.

Defendant will request apportionment of the fault pursuant to Ohio Revised Code § 2307.23, *et seq*, of all named parties to this action, whether or not they remain parties at trial.

79.     If Defendant is found liable for Plaintiffs' alleged injuries and losses (which liability is specifically denied), the facts will show that Defendant caused fifty percent or less of the conduct that proximately caused such injuries or loss and is liable only for its proportionate share of the damages that represent economic loss.  Ohio Revised Code § 2307.22.

80.     A percentage of each Plaintiffs' alleged injury or loss, if proven, is attributable to (i) each Plaintiff, (ii) other parties from whom Plaintiffs seek recovery, and (iii) persons from whom Plaintiffs do not seek recovery in this action, including, but not limited to, prescribing practitioners, non-party pharmacies and pharmacists, individuals and entities involved in diversion and distribution of prescription opioids, individuals and entities involved in distribution and sale of illegal opioids, individuals involved in procuring diverted prescription opioids and/or illegal drugs, delivery services, federal, state, and local government entities, and health insurers and pharmacy benefit managers.  Ohio Revised Code § 2307.23.

81.     The damages which Plaintiffs may be entitled to recover if liability is established (which liability is specifically denied) are capped pursuant to Ohio Revised Code §§ 2315.18 and 2315.21.

82.     Any damages that Plaintiffs may recover against Defendant must be reduced to the extent that Plaintiffs are seeking to damages for alleged injuries or expenses related to the same user(s) of the subject prescription medications, or damages recovered or recoverable by other actual or potential plaintiffs.  Any damages that Plaintiffs may recover against Defendant must be reduced to the extent they unjustly enrich Plaintiffs.

83.    Defendant's liability, if any, will not result from Defendant's conduct but solely the result of an obligation imposed by law, and thus Defendant is entitled to complete indemnity, express or implied, by other parties.

84.    Plaintiffs' claims for punitive or exemplary damages are barred because Plaintiffs cannot prove by clear and convincing evidence that Defendant was grossly negligent and Defendant has neither acted nor failed to act in a manner that entitles Plaintiffs to recover punitive or exemplary damages.

85.    The imposition of punitive and/or exemplary damages against Defendant would violate its rights under the Due Process clauses in the Fifth and Fourteenth Amendments to the Constitution of the United States, the Excessive Fines clause in the Eighth Amendment to the Constitution of the United States, the Double Jeopardy clause in the Fifth Amendment to the Constitution of the United States, the equal protection clause of the Fourteenth Amendment to the Constitution of the United States, and the Sixth Amendment to the Constitution of the United States, in various circumstances in this litigation, including but not limited to the following:

      a.    imposition of punitive damages by a jury which is inadequately instructed regarding the rationale behind punitive damages, the standards/criteria governing such an award of damages, and/or the limits of such damages;

      b.    imposition of punitive damages where applicable state law is impermissibly vague, imprecise, or inconsistent;

      c.    imposition of punitive damages that employs a burden of proof that is less than clear and convincing evidence;

d.      imposition of punitive damages without bifurcating the trial and trying all punitive damages issues separately, only if and after a finding on the merits of the liability of the Defendant;

e.      imposition of punitive damages without any predetermined limit on any such award;

f.      imposition of punitive damages which allows multiple punishment for the same alleged act(s) or omission(s);

g.      imposition of punitive damages without consistent appellate standards of review of such an award;

h.      imposition of a penalty, criminal in nature, without according to Defendant the same procedural protections that are accorded to criminal defendants under the constitutions of the United States, Ohio, and any other state whose laws may apply; and

i.      imposition of punitive damages that otherwise fail to satisfy Supreme Court precedent, including, without limitation, *Pacific Mut. Life Ins. Co. v. Haslip*, 499 U.S. 1 (1991); *TXO Production Corp. v. Alliance Resources, Inc.*, 509 U.S. 443 (1993); *BMW of N. Am. v. Gore*, 517 U.S. 559 (1996); *State Farm Ins. Co. v. Campbell*, 538 U.S. 408 (2003); and *Philip Morris USA v. Williams*, 549 U.S. 346 (2007).

86.     Defendant's rights under the Due Process Clause of the U.S. Constitution and applicable state Constitution or statute are violated by any financial or other arrangement that might distort a government attorney's duty to pursue justice rather than his or her personal

interests, financial or otherwise, in the context of a civil enforcement proceeding, including by Plaintiffs' use of a contingency fee contract with private counsel.

87.     Plaintiffs' claims are barred, in whole or in part, because they violate the *Ex Post Facto* clauses of the U.S. Constitution, insofar as Plaintiffs seek to impose liability retroactively for conduct that was not actionable at the time it occurred.

88.     Plaintiffs' claims are barred, in whole or in part, by the political question and separation of powers doctrine.

89.     Plaintiffs' claims are barred in whole or in part by the Dormant Commerce Clause of the United States Constitution.

90.     To the extent that Plaintiffs' claims relate to Defendant's alleged advertising, public statements, lobbying, or other activities protected by the First Amendment to the Constitution of the United States or by the Constitution of the State of Ohio or that of any other state whose laws may apply, such claims are barred.

91.     Plaintiffs' claims are barred to the extent that Defendant has valid defenses which bar recovery by those persons on whose behalf Plaintiffs purportedly seek recovery.

92.     Defendant adopts by reference all defenses asserted in any party's motion to dismiss filed herein.

93.     Defendant asserts all applicable defenses under Federal Rules of Civil Procedure 8(c) and 12(b) and/or Ohio Rules of Civil Procedure 8(C) and 12(B), as investigation and discovery proceeds.

94.     Defendant reserves the right to assert any other defense available under the Ohio Revised Code, Ohio common law and/or Ohio Constitution.

95. Plaintiffs' RICO claims are barred, in whole or in part, by the absence of the existence of an "enterprise" for the purposes of RICO liability.

96. Plaintiffs' RICO claims are barred, in whole or in part, by the absence of an "association" between Defendant and any other defendant or entity alleged to be part of an "enterprise" for purposes of RICO.

97. Plaintiffs' RICO claims are barred, in whole or in part, because Defendant did not participate in any "enterprise."

98. Plaintiffs' RICO claims are barred, in whole or in part, because Defendant did not engage in a pattern of racketeering activity under RICO.

99. Plaintiffs' RICO claims are barred, in whole or in part, because Defendant did not knowingly agree to facilitate any schemes that include the operation or management of a RICO enterprise.

100. Plaintiffs' claims are barred, in whole or in part, by the absence of a conspiracy, including a lack of agreement to commit any unlawful predicate acts, necessary to establish a valid RICO claim under 18 U.S.C. § 1962(d).

101. Plaintiffs' RICO claims are barred, in whole or in part, because Defendant did not commit any predicate acts that may give rise to liability under 18 U.S.C. § 1962.

102. Plaintiffs' RICO claims are barred, in whole or in part, because there are no allegations that Defendant adopted the goal of furthering or facilitating any criminal endeavor as necessary to support Plaintiffs' civil conspiracy theory of liability.

103. The federal RICO statute is unconstitutionally vague.

104. Plaintiffs' alleged damages do not constitute injury to business or property interests cognizable under RICO.

105.    Plaintiffs' RICO claims are barred, in whole or in part, because the alleged predicated acts, namely failure to report and halt suspicious orders under the Controlled Substances Act, do not qualify as racketeering activity for purposes of RICO.

106.    Plaintiffs' claims, including their claims under Ohio Revised Code § 2307.60 is barred because Plaintiffs have not and cannot identify a criminal predicate act sufficient to give rise to liability under the statute, a conviction, or that Plaintiffs suffered any injury that resulted from the alleged criminal act.

107.    Defendant is entitled to, and claims the benefit of, all defenses and presumptions set forth in or arising from any rule of law or statute of this State or any other state whose substantive law might control the action.

108.    Plaintiffs' claims are subject to all defenses that could be asserted if Plaintiffs' claims were properly made by individuals on whose behalf or for whose alleged damages Plaintiffs seek to recover.

109.    Defendant adopts by reference any additional applicable defense pled by any other defendants not otherwise pled herein.  Defendant reserves the right to assert all defenses, whether affirmative or otherwise, that may become apparent or available to them during the course of this litigation, and hereby provide notice of their intent to add and rely upon any such other and further defenses in the future.

## **DEMAND FOR BIFURCATED TRIAL**

If any Plaintiff is permitted to proceed to trial upon any claims for punitive or exemplary damages, such claims, if any, must be bifurcated from the remaining issues.

## DEMAND FOR JURY TRIAL

Answering Defendant hereby demands a trial by jury of all issues so triable. Answering

Defendant also hereby reserves the right to have each action coordinated in this litigation remanded

to its original jurisdiction for trial.

Dated: January 15, 2019                         Respectfully submitted,

                                                **REED SMITH LLP**

                                                */s/ Robert A. Nicholas*
                                                Robert A. Nicholas
                                                Shannon E. McClure
                                                REED SMITH LLP
                                                Three Logan Square
                                                1717 Arch Street, Suite 3100
                                                Philadelphia, PA 19103
                                                Tel: (215) 851-8100
                                                Fax: (215) 851-1420
                                                rnicholas@reedsmith.com
                                                smcclure@reedsmith.com

                                                *Counsel for AmerisourceBergen Drug*
                                                *Corporation*

- 314 -

## <u>CERTIFICATE OF SERVICE</u>

I, Robert A. Nicholas, hereby certify that, on January 15, 2019, the foregoing AmerisourceBergen Drug Corporation's Answer to Plaintiffs' Corrected Second Amended Complaint with Affirmative Defenses was served on all counsel of record via the Court's CM/ECF notification system.

<u>*/s/ Robert A. Nicholas*</u>
Robert A. Nicholas
