**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** |
| **THIS DOCUMENT RELATES TO:** | **Case No. 17-md-2804** |
| *The County of Summit, Ohio et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090 | **Judge Dan Aaron Polster** |

**DEFENDANT PRESCRIPTION SUPPLY, INC.'S
ANSWER AND AFFIRMATIVE DEFENSES
TO PLAINTIFFS' CORRECTED SECOND AMENDED COMPLAINT**

Defendant Prescription Supply, Inc. ("PSI"), by and through undersigned counsel, hereby responds to Plaintiffs' Corrected Second Amended Complaint ("SAC") as follows:[1]

1.      Admitted only that, by this action, Plaintiffs assert claims against pharmaceutical manufacturers of prescription opioid drugs and claims against entities in the supply chain for prescription opioid drugs.  By way of further response, Paragraph 1 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1.

## INTRODUCTION

2.      PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 2, and therefore denies the allegations in Paragraph 2.  In addition, Paragraph 2 contains one or more legal statements or conclusions to which no response is required.

---

[1] To the extent any allegation in the SAC refers to or concerns the "Defendants" and/or "Distributor Defendants" as a group, PSI's response is to be considered a response to those allegations as if they were directed to PSI only.

3.      PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 3, and therefore denies the allegations in Paragraph 3.  In addition, Paragraph 3 contains one or more legal statements or conclusions to which no response is required.

4.      PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 4, and therefore denies the allegations in Paragraph 4.

5.      PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 5, and therefore denies the allegations in Paragraph 5.

6.      PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 6, and therefore denies the allegations in Paragraph 6.  Paragraph 6 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

7.      PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 7, and therefore denies the allegations in Paragraph 7.

8.      PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 8, and therefore denies the allegations in Paragraph 8.  Paragraph 8 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

9.     Paragraph 9 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 9.

10.     The allegations in Paragraph 10 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 10.  In addition, Paragraph 10 contains one or more legal statements or conclusions to which no response is required.

11.     The allegations in Paragraph 11 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 11.  In addition, Paragraph 11 contains one or more legal statements or conclusions to which no response is required.

12.     The allegations in Paragraph 12 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 12.  In addition, Paragraph 12 contains one or more legal statements or conclusions to which no response is required.

13.     The allegations in Paragraph 13 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 13.  To the extent the reference to "Defendants" in Paragraph 13 is intended to encompass PSI, such allegations are denied.

14.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 14, and therefore denies the allegations in Paragraph 14.  In addition, Paragraph 14 contains one or more legal statements or conclusions to which no response is required.

15.     The allegations in Paragraph 15 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 15.  In addition, Paragraph 15 contains one or more legal statements or conclusions to which no response is required.

16.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 16, and therefore denies the allegations in Paragraph 16.

17.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 17, and therefore denies the allegations in Paragraph 17.  In addition, Paragraph 17 contains one or more legal statements or conclusions to which no response is required.

18.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 18, and

therefore denies the allegations in Paragraph 18.  In addition, Paragraph 18 contains one or more legal statements or conclusions to which no response is required.  Paragraph 18 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

19.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 19, and therefore denies the allegations in Paragraph 19.  In addition, Paragraph 19 contains one or more legal statements or conclusions to which no response is required.  Paragraph 19 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

20.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 20, and therefore denies the allegations in Paragraph 20.  In addition, Paragraph 20 contains one or more legal statements or conclusions to which no response is required.

21.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 21, and therefore denies the allegations in Paragraph 21.  In addition, Paragraph 21 contains one or more legal statements or conclusions to which no response is required.

22.     Paragraph 22 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 22.

23.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 23, and therefore denies the allegations in Paragraph 23.

24.     Paragraph 24 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 24.

**JURISDICTION AND VENUE**

25.     Paragraph 25 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 25.

26.     Paragraph 26 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 26.

27.     Paragraph 27 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 27.

**PARTIES**

I.     **PLAINTIFFS**

28.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 28, and therefore denies the allegations in Paragraph 28.

29.     Paragraph 29 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after

reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 29.

30.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 30, and therefore denies the allegations in Paragraph 30.

31.     Paragraph 31 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 31.

32.     Paragraph 32 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 32.

33.     Paragraph 33 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 33.

34.     Paragraph 34 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after

reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 34.

35.     Paragraph 35 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 35.

36.     Paragraph 36 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 36.

37.     Paragraph 37 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 37.

38.     Paragraph 38 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 38.

39.     Paragraph 39 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 39.

40.     Paragraph 40 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 40.

41.     Paragraph 41 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 41.

42.     Paragraph 42 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 42.

43.     Paragraph 43 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an

opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 43.

44.     Paragraph 44 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 44.

45.     Paragraph 45 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 45.

46.     Paragraph 46 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 46.

47.     Paragraph 47 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 47.

48.     Paragraph 48 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 48.

49.     Paragraph 49 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 49.

50.     Paragraph 50 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 50.

51.     Paragraph 51 refers to plaintiffs that have since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 51.

52.     Paragraph 52 refers to a plaintiff that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an

opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 52.

53.     Paragraph 53 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 53.

54.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 54, and therefore denies the allegations in Paragraph 54.  In addition, Paragraph 54 contains one or more legal statements or conclusions to which no response is required.

55.     Paragraph 55 sets forth a definitional statement to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in this paragraph.

56.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 56, and therefore denies the allegations in Paragraph 56.

57.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 57, and therefore denies the allegations in Paragraph 57.

58.     Paragraph 58 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 58.

59.     Paragraph 59 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 59.

60.     Paragraph 60 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 60.

61.     Paragraph 61 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 61.

62.     Paragraph 62 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 62.

## II.     <u>DEFENDANTS</u>

63.     The allegations in Paragraph 63 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 63.  In addition, Paragraph 63 contains one or more legal statements or conclusions to which no response is required.

64.     The allegations in Paragraph 64 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 64.

65.     The allegations in Paragraph 65 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

13

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 65.

66.     The allegations in Paragraph 66 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 66.

67.     The allegations in Paragraph 67 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 67.  In addition, Paragraph 67 contains one or more legal statements or conclusions to which no response is required.

68.     The allegations in Paragraph 68 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 68.  In addition, Paragraph 68 contains one or more legal statements or conclusions to which no response is required.

69.     The allegations in Paragraph 69 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 69.

70.    The allegations in Paragraph 70 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 70.  In addition, Paragraph 70 contains one or more legal statements or conclusions to which no response is required.

71.    The allegations in Paragraph 71 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 71.

72.    The allegations in Paragraph 72 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 72.

73.    Paragraph 73 contains struck-through text that was deleted by Plaintiffs for purposes of the SAC, and therefore does not require a response.

74.    The allegations in Paragraph 74 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

15

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 74.

75.     The allegations in Paragraph 75 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 75.

76.     The allegations in Paragraph 76 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 76.

77.     The allegations in Paragraph 77 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 77.  In addition, Paragraph 77 contains one or more legal statements or conclusions to which no response is required.

78.     The allegations in Paragraph 78 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 78.

79.     The allegations in Paragraph 79 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 79.

80.     The allegations in Paragraph 80 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 80.

81.     The allegations in Paragraph 81 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 81.

82.     The allegations in Paragraph 82 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 82.

83.     The allegations in Paragraph 83 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 83.

84.    The allegations in Paragraph 84 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 84.  In addition, Paragraph 84 contains one or more legal statements or conclusions to which no response is required.

85.    The allegations in Paragraph 85 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 85.  Paragraph 85 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

86.    The allegations in Paragraph 86 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 86.  Paragraph 86 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

87.     The allegations in Paragraph 87 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 87.  Paragraph 87 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

88.     The allegations in Paragraph 88 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 88.  In addition, Paragraph 88 contains one or more legal statements or conclusions to which no response is required.

89.     The allegations in Paragraph 89 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 89.

90.     The allegations in Paragraph 89 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 90.

91.     The allegations in Paragraph 91 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 91.

92.     The allegations in Paragraph 92 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 92.  In addition, Paragraph 92 contains one or more legal statements or conclusions to which no response is required.

93.     The allegations in Paragraph 93 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 93.

94.     The allegations in Paragraph 94 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 94.

95.     The allegations in Paragraph 95 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 95.

96.     The allegations in Paragraph 96 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 96.  In addition, Paragraph 96 contains one or more legal statements or conclusions to which no response is required.

97.     The allegations in Paragraph 97 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 97.

98.     The allegations in Paragraph 98 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 98.

99.     The allegations in Paragraph 99 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 99.

100. The allegations in Paragraph 100 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 100.

101. The allegations in Paragraph 101 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 101.

102. The allegations in Paragraph 102 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 102.

103. The allegations in Paragraph 103 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 103.

104.    The allegations in Paragraph 104 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 104.

105.    The allegations in Paragraph 105 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 105.  In addition, Paragraph 105 contains one or more legal statements or conclusions to which no response is required.

106.    Paragraph 106 sets forth one or more definitional statements to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in this paragraph.

107.    Paragraph 107 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 107.

108.    The allegations in Paragraph 108 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 108.

109.    The allegations in Paragraph 109 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 109.

110.    The allegations in Paragraph 110 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 110.

111.    Paragraph 111 refers to a defendant that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 111.

112.    The allegations in Paragraph 112 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 112.

113.    The allegations in Paragraph 113 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 113.

114.    The allegations in Paragraph 114 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 114.

115.    The allegations in Paragraph 115 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 115.

116.    The allegations in Paragraph 116 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 116.

117.    The allegations in Paragraph 117 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 117.

118.    The allegations in Paragraph 118 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 118.

119.    The allegations in Paragraph 119 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 119.

120.    The allegations in Paragraph 120 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 120.

121.    The allegations in Paragraph 121 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 121.

122.    The allegations in Paragraph 122 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 122.

123.    Admitted only that PSI (defined in the SAC as "Prescription Supply") is an Ohio corporation with its principal place of business in Northwood, Ohio.   The remainder of Paragraph 123 is directed at and/or describes the conduct of a defendant other than PSI, and therefore no response is required.   To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 123.

124.    The allegations in Paragraph 124 are directed at and/or describe the conduct of one or more defendants other than PSI, including a defendant that has since been voluntarily dismissed from the case, and therefore no response is required.   To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 124.

125.    Paragraph 125 refers to a defendant that has since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 125.

126.    The allegations in Paragraph 126 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 126.

128. Paragraph 127 sets forth one or more definitional statements to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in this paragraph.

128. Paragraph 128 sets forth a definitional statement to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in this paragraph.

129. Paragraph 129 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 129.

## FACTUAL ALLEGATIONS

### I.  FACTS COMMON TO ALL CLAIMS

130. PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 130, and therefore denies the allegations in Paragraph 130.

131. PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 131, and therefore denies the allegations in Paragraph 131.

132. PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 132, and therefore denies the allegations in Paragraph 132.  Paragraph 132 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

133.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 133, and therefore denies the allegations in Paragraph 133.

134.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 134, and therefore denies the allegations in Paragraph 134.

135.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 135, and therefore denies the allegations in Paragraph 135.

136.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 136, and therefore denies the allegations in Paragraph 136.

137.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 137, and therefore denies the allegations in Paragraph 137.

138.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 138, and therefore denies the allegations in Paragraph 138.

139.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 139, and therefore denies the allegations in Paragraph 139.

140.    The allegations in Paragraph 140 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 140.

141.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 141, and therefore denies the allegations in Paragraph 141.

142.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 142, and therefore denies the allegations in Paragraph 142.

143.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 143, and therefore denies the allegations in Paragraph 143.

144.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 144, and therefore denies the allegations in Paragraph 144.

145.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 145, and therefore denies the allegations in Paragraph 145.  Paragraph 145 also appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

146.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 146, and therefore denies the allegations in Paragraph 146.

147.    The allegations in Paragraph 147 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 147.

148.    The allegations in Paragraph 148 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 148.

149.    The allegations in Paragraph 149 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 149.

150.    The allegations in Paragraph 150 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 150.  Paragraph 150 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

151.    The allegations in Paragraph 151 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 151.

152.    The allegations in Paragraph 152 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 152.

153.    The allegations in Paragraph 153 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 153.  Paragraph 153 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

154.    The allegations in Paragraph 154 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 154.  Paragraph 154 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

155.    The allegations in Paragraph 155 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 155.  Paragraph 155 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

156.    The allegations in Paragraph 156 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 156.  Paragraph 156 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

157.    The allegations in Paragraph 157 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 157.  Paragraph 157 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

33

158.    The allegations in Paragraph 158 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 158.

159.    The allegations in Paragraph 159 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 159.

160.    The allegations in Paragraph 160 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 160.

161.    The allegations in Paragraph 161 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 161.

162.    The allegations in Paragraph 162 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 162.  Paragraph 162 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

163.    The allegations in Paragraph 163 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 163.

164.    The allegations in Paragraph 164 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 164.

165.    The allegations in Paragraph 165 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 165.  Paragraph 165 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

166.    The allegations in Paragraph 166 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 166.

167.    The allegations in Paragraph 167 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 167.

168.    The allegations in Paragraph 168 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 168.

169.    The allegations in Paragraph 169 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 169.

170.    The allegations in Paragraph 170 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 170.

171.    Paragraph 171 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 171.

172.    Paragraph 172 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 172.

173.    Paragraph 173 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 173.

174.    The allegations in Paragraph 174 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 174.  In addition, Paragraph 174 contains one or more legal statements or conclusions to which no response is required.

175.    The allegations in Paragraph 175 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 175.  In addition, Paragraph 175 contains one or more legal statements or conclusions to which no response is required.

176.    The allegations in Paragraph 176 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

37

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 176.  In addition, Paragraph 176 contains one or more legal statements or conclusions to which no response is required.

177.    The allegations in Paragraph 177 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 177.  In addition, Paragraph 177 contains one or more legal statements or conclusions to which no response is required.

178.    The allegations in Paragraph 178 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 178.  In addition, Paragraph 178 contains one or more legal statements or conclusions to which no response is required.

179.    The allegations in Paragraph 179 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 179.  In addition, Paragraph 179 contains one or more legal statements or conclusions to which no response is required.

180.    The allegations in Paragraph 180 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 180.  In addition, Paragraph 180 contains one or more legal statements or conclusions to which no response is required.

181.    The allegations in Paragraph 181 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 181.  In addition, Paragraph 181 contains one or more legal statements or conclusions to which no response is required.

182.    The allegations in Paragraph 182 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 182.  Paragraph 182 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

183.    The allegations in Paragraph 183 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 183.  Paragraph 183 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

184.    The allegations in Paragraph 184 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 184.  Paragraph 184 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

185.    The allegations in Paragraph 185 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 185.  Paragraph 185 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

186.    The allegations in Paragraph 186 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 186.  Paragraph 186 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

187.    The allegations in Paragraph 187 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 187.  Paragraph 187 also refers to one or more written documents and videos, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

188.    The allegations in Paragraph 188 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 188.  Paragraph 188 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

189.    The allegations in Paragraph 189 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 189.  Paragraph 189 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

190.    The allegations in Paragraph 190 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 190.  Paragraph 190 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

191.    The allegations in Paragraph 191 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 191.  Paragraph 191 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

192.    The allegations in Paragraph 192 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 192.  Paragraph 192 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

193.    The allegations in Paragraph 193 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 193.  Paragraph 193 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

194.    The allegations in Paragraph 194 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 194.  Paragraph 194 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

195.    The allegations in Paragraph 195 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 195.  Paragraph 195 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

196.    The allegations in Paragraph 196 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

43

denies the allegations in Paragraph 196.  Paragraph 196 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 196 also contains one or more legal statements or conclusions to which no response is required.

197.    The allegations in Paragraph 197 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 197.  Paragraph 197 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 197 also contains one or more legal statements or conclusions to which no response is required.

198.    The allegations in Paragraph 198 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 198.  Paragraph 198 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

199.    The allegations in Paragraph 199 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

44

denies the allegations in Paragraph 199.  Paragraph 199 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

200.    The allegations in Paragraph 200 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 200.  Paragraph 200 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

201.    The allegations in Paragraph 201 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 201.  Paragraph 201 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

202.    The allegations in Paragraph 202 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 202.  Paragraph 202 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

203.    The allegations in Paragraph 203 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 203.  In addition, Paragraph 203 contains one or more legal statements or conclusions to which no response is required.

204.    The allegations in Paragraph 204 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 204.  Paragraph 204 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

205.    The allegations in Paragraph 205 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 205.  Paragraph 205 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

206.    The allegations in Paragraph 206 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 206.  Paragraph 206 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

207.    The allegations in Paragraph 207 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 207.  Paragraph 207 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

208.    The allegations in Paragraph 208 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 208.  Paragraph 208 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

209.    The allegations in Paragraph 209 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 209.  Paragraph 209 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

210.    The allegations in Paragraph 210 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 210.  Paragraph 210 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

211.    The allegations in Paragraph 211 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 211.  Paragraph 211 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

212.    The allegations in Paragraph 212 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 212.  Paragraph 212 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 212 also contains one or more legal statements or conclusions to which no response is required.

213.    The allegations in Paragraph 213 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 213.  Paragraph 213 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

214.    The allegations in Paragraph 214 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 214.  Paragraph 214 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

215.    The allegations in Paragraph 215 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 215.  Paragraph 215 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

216.    The allegations in Paragraph 216 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 216.  Paragraph 216 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

217.    The allegations in Paragraph 217 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 217.  Paragraph 217 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

218.    The allegations in Paragraph 218 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 218.  Paragraph 218 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

219.    The allegations in Paragraph 219 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 219.  Paragraph 219 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

220.    The allegations in Paragraph 220 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 220.  Paragraph 220 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.   Paragraph 220 also contains one or more legal statements or conclusions to which no response is required.

221.    The allegations in Paragraph 221 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 221.  Paragraph 221 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

222.    The allegations in Paragraph 222 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 222.  Paragraph 222 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

223.    The allegations in Paragraph 223 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 223.  Paragraph 223 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

224.    The allegations in Paragraph 224 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 224.  Paragraph 224 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

225.    The allegations in Paragraph 225 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 225. Paragraph 225 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

226. The allegations in Paragraph 226 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 226. Paragraph 226 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

227. The allegations in Paragraph 227 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 227. Paragraph 227 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

228. The allegations in Paragraph 228 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 228.  Paragraph 228 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 228 also contains one or more legal statements or conclusions to which no response is required.

229.    The allegations in Paragraph 229 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 229.  Paragraph 229 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

230.    The allegations in Paragraph 230 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 230.  Paragraph 230 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 230 also contains one or more legal statements or conclusions to which no response is required.

231.    The allegations in Paragraph 231 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 231.  Paragraph 231 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

232.    The allegations in Paragraph 232 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 232.  In addition, Paragraph 232 contains one or more legal statements or conclusions to which no response is required.

233.    The allegations in Paragraph 233 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 233.  Paragraph 233 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  To the extent the reference to "Defendants" in Paragraph 233 is intended to encompass PSI, such allegations are denied.

234.    The allegations in Paragraph 234 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 234.  Paragraph 234 also refers to one or more written

documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

235.     The allegations in Paragraph 235 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 235.  Paragraph 235 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

236.     The allegations in Paragraph 236 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 236.  Paragraph 236 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

237.     The allegations in Paragraph 237 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 237.  Paragraph 237 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

238.    The allegations in Paragraph 238 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 238.  Paragraph 238 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

239.    The allegations in Paragraph 239 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 239.  Paragraph 239 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

240.    The allegations in Paragraph 240 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 240.

241.    The allegations in Paragraph 241 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 241.  Paragraph 241 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

242.    The allegations in Paragraph 242 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 242.  Paragraph 242 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 242 also contains one or more legal statements or conclusions to which no response is required.

243.    The allegations in Paragraph 243 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 243.  Paragraph 243 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

244.    The allegations in Paragraph 244 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 244.  Paragraph 244 also refers to one or more written

58

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

245.    The allegations in Paragraph 245 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 245.  Paragraph 245 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

246.    The allegations in Paragraph 246 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 246.  Paragraph 246 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

247.    The allegations in Paragraph 247 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 247.  Paragraph 247 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

248.    The allegations in Paragraph 248 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 248.  Paragraph 248 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

249.    The allegations in Paragraph 249 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 249.  Paragraph 249 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

250.    The allegations in Paragraph 250 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 250.  Paragraph 250 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

251.    The allegations in Paragraph 251 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

60

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 251.  Paragraph 251 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

252.    The allegations in Paragraph 252 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 252.  In addition, Paragraph 252 contains one or more legal statements or conclusions to which no response is required.  To the extent the references to "Defendants" in Paragraph 252 are intended to encompass PSI, such allegations are denied.

253.    The allegations in Paragraph 253 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 253.  Paragraph 253 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

254.    The allegations in Paragraph 254 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 254. Paragraph 254 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

255. The allegations in Paragraph 255 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 255. In addition, Paragraph 255 contains one or more legal statements or conclusions to which no response is required.

256. The allegations in Paragraph 256 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 256. Paragraph 256 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof. Paragraph 256 also contains one or more legal statements or conclusions to which no response is required.

257. The allegations in Paragraph 257 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 257. Paragraph 257 also contains one or more legal statements or conclusions to which no response is required.

258.    The allegations in Paragraph 258 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 258.  Paragraph 258 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

259.    The allegations in Paragraph 259 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 259.  Paragraph 259 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

260.    The allegations in Paragraph 260 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 260.  Paragraph 260 also contains one or more legal statements or conclusions to which no response is required.

261.    The allegations in Paragraph  261 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 261.  Paragraph 261 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

262.    The allegations in Paragraph 262 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 262.  Paragraph 262 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

263.    The allegations in Paragraph 263 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 263.  Paragraph 263 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

264.    The allegations in Paragraph 264 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 264.  Paragraph 264 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

265.    The allegations in Paragraph 265 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 265.  Paragraph 265 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

266.    The allegations in Paragraph 266 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 266.

267.    The allegations in Paragraph 267 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 267.  Paragraph 267 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

268.    The allegations in Paragraph 268 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 268.

269.    The allegations in Paragraph 269 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 269.  Paragraph 269 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

270.    The allegations in Paragraph 270 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 270.  Paragraph 270 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

271.    The allegations in Paragraph 271 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 271.  Paragraph 271 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

272. The allegations in Paragraph 272 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 272. Paragraph 272 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

273. The allegations in Paragraph 273 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 273. Paragraph 273 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

274. The allegations in Paragraph 274 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 274. Paragraph 274 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

275.    The allegations in Paragraph 275 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 275.  Paragraph 275 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

276.    The allegations in Paragraph 276 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 276.  Paragraph 276 also refers to one or more written documents, websites, or videos, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

277.    The allegations in Paragraph 277 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 277.  Paragraph 277 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

278.    The allegations in Paragraph 278 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

68

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 278.  Paragraph 278 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

279.    The allegations in Paragraph 279 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 279.  Paragraph 279 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

280.    The allegations in Paragraph 280 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 280.  Paragraph 280 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

281.    The allegations in Paragraph 281 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 281. Paragraph 281 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

282. The allegations in Paragraph 282 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 282. Paragraph 282 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

283. The allegations in Paragraph 283 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 283. Paragraph 283 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

284. The allegations in Paragraph 284 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 284. Paragraph 284 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

285.    The allegations in Paragraph 285 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 285.  Paragraph 285 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

286.    The allegations in Paragraph 286 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 286.  Paragraph 286 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

287.    The allegations in Paragraph 287 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 287.  Paragraph 287 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

71

288.    The allegations in Paragraph 288 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 288.  Paragraph 288 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

289.    The allegations in Paragraph 289 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 289.  Paragraph 289 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

290.    The allegations in Paragraph 290 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 290.  Paragraph 290 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

291.    The allegations in Paragraph 291 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

72

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 291.  Paragraph 291 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

292.    The allegations in Paragraph 292 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 292.  Paragraph 292 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

293.    The allegations in Paragraph 293 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 293.  Paragraph 293 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

294.    The allegations in Paragraph 294 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 294.  Paragraph 294 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

295.    The allegations in Paragraph 295 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 295.  In addition, Paragraph 295 contains one or more legal statements or conclusions to which no response is required.

296.    The allegations in Paragraph 296 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 296.  Paragraph 296 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

297.    The allegations in Paragraph 297 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 297.

298.    The allegations in Paragraph 298 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 298.  Paragraph 298 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

299.    The allegations in Paragraph 299 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 299.  Paragraph 299 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

300.    The allegations in Paragraph 300 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 300.  Paragraph 300 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

301.    The allegations in Paragraph 301 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

75

denies the allegations in Paragraph 301.  Paragraph 301 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

302.    The allegations in Paragraph 302 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 302.  Paragraph 302 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

303.    The allegations in Paragraph 303 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 303.  Paragraph 303 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

304.    The allegations in Paragraph 304 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 304.  Paragraph 304 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

305.    The allegations in Paragraph 305 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 305.  Paragraph 305 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

306.    The allegations in Paragraph 306 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 306.  Paragraph 306 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

307.    The allegations in Paragraph 307 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 307.  In addition, Paragraph 307 contains one or more legal statements or conclusions to which no response is required.

308.    The allegations in Paragraph 308 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 308.  In addition, Paragraph 308 contains one or more legal statements or conclusions to which no response is required.

309.    The allegations in Paragraph 309 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 309.  Paragraph 309 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

310.    The allegations in Paragraph 310 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 310.

311.    The allegations in Paragraph 311 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 311.

312.    The allegations in Paragraph 312 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 312.

313.    The allegations in Paragraph 313 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 313.

314.    The allegations in Paragraph 314 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 314.  In addition, Paragraph 314 contains one or more legal statements or conclusions to which no response is required.

315.    The allegations in Paragraph 315 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 315.  Paragraph 315 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

316.    The allegations in Paragraph 316 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 316.  Paragraph 316 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

317.    The allegations in Paragraph 317 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 317.  Paragraph 317 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

318.    The allegations in Paragraph 318 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 318.  Paragraph 318 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

319.    The allegations in Paragraph 319 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 319.  Paragraph 319 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

320.    The allegations in Paragraph 320 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 320.  Paragraph 320 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

321.    The allegations in Paragraph 321 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 321.  Paragraph 321 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

322.    The allegations in Paragraph 322 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 322.

323.    The allegations in Paragraph 323 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 323.

324.    The allegations in Paragraph 324 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 324.  Paragraph 324 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

325.    The allegations in Paragraph 325 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 325.

326.    The allegations in Paragraph 326 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 326.  Paragraph 326 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

327.    The allegations in Paragraph 327 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 327.  Paragraph 327 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

328.    The allegations in Paragraph 328 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 328.  Paragraph 328 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

329.    The allegations in Paragraph 329 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 329.  Paragraph 329 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

330.    The allegations in Paragraph 330 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 330.  Paragraph 330 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

331.    The allegations in Paragraph 331 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 331.  Paragraph 331 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

332.    The allegations in Paragraph 332 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 332.  Paragraph 332 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

333.     The allegations in Paragraph 333 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 333.  Paragraph 333 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

334.     The allegations in Paragraph 334 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 334.  Paragraph 334 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

335.     The allegations in Paragraph 335 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 335.  Paragraph 335 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

336.     The allegations in Paragraph 336 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 336.  Paragraph 336 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

337.    The allegations in Paragraph 337 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 337.  Paragraph 337 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

338.    The allegations in Paragraph 338 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 338.

339.    The allegations in Paragraph 339 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 339.  Paragraph 339 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

340.    The allegations in Paragraph 340 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 340.  Paragraph 340 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

341.    The allegations in Paragraph 341 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 341.  Paragraph 341 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

342.    The allegations in Paragraph 342 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 342.  Paragraph 342 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

343.    The allegations in Paragraph 343 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 343.

344.    The allegations in Paragraph 344 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 344.  Paragraph 344 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

345.    The allegations in Paragraph 345 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 345.  Paragraph 345 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.   Paragraph 345 also contains one or more legal statements or conclusions to which no response is required.

346.    The allegations in Paragraph 346 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 346. Paragraph 346 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

347. The allegations in Paragraph 347 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 347. Paragraph 347 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

348. The allegations in Paragraph 348 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 348. In addition, Paragraph 348 contains one or more legal statements or conclusions to which no response is required.

349. The allegations in Paragraph 349 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 349. In addition, Paragraph 349 contains one or more legal statements or conclusions to which no response is required.

350.    The allegations in Paragraph 350 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 350.  In addition, Paragraph 350 contains one or more legal statements or conclusions to which no response is required.

351.    The allegations in Paragraph 351 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 351.  In addition, Paragraph 351 contains one or more legal statements or conclusions to which no response is required.

352.    The allegations in Paragraph 352 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 352.  Paragraph 352 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 352 also contains one or more legal statements or conclusions to which no response is required.

353.    The allegations in Paragraph 353 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 353.  Paragraph 353 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

354.    The allegations in Paragraph 354 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 354.  Paragraph 354 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

355.    The allegations in Paragraph 355 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 355.  Paragraph 355 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

356.    The allegations in Paragraph 356 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 356.  In addition, Paragraph 356 contains one or more legal statements or conclusions to which no response is required.

357.    The allegations in Paragraph 357 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 357.

358.    The allegations in Paragraph 358 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 358.  Paragraph 358 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

359.    The allegations in Paragraph 359 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 359.  Paragraph 359 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

360.    The allegations in Paragraph 360 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 360.  Paragraph 360 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

361.    The allegations in Paragraph 361 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 361.  To the extent the references to "Defendants" in Paragraph 361 are intended to encompass PSI, such allegations are denied.

362.    The allegations in Paragraph 362 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 362.  Paragraph 362 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.    Paragraph 362 also contains one or more legal statements or conclusions to which no response is required.

363.    The allegations in Paragraph 363 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 363.  Paragraph 363 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 363 also contains one or more legal statements or conclusions to which no response is required.

364.    The allegations in Paragraph 364 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 364.  Paragraph 364 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

365.    The allegations in Paragraph 365 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 365.  Paragraph 365 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

366.    The allegations in Paragraph 366 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 366.

367.    The allegations in Paragraph 367 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 367.  Paragraph 367 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

368.    The allegations in Paragraph 368 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 368.

369.    The allegations in Paragraph 369 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 369.

370.    The allegations in Paragraph 370 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 370.

371.    The allegations in Paragraph 371 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 371.  Paragraph 371 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

372.    The allegations in Paragraph 372 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 372.

373.    The allegations in Paragraph 373 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 373.  Paragraph 373 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

374.    The allegations in Paragraph 374 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 374.  Paragraph 374 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

375.    The allegations in Paragraph 375 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 375.  Paragraph 375 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

376.    The allegations in Paragraph 376 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 376.  Paragraph 376 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

377.    The allegations in Paragraph 377 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 377.

378.    The allegations in Paragraph 378 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 378.   To the extent the reference to "Defendants" in Paragraph 378 is intended to encompass PSI, such allegations are denied.

379.    The allegations in Paragraph 379 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 379.  Paragraph 379 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

380.    The allegations in Paragraph 380 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 380.  Paragraph 380 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

381.    The allegations in Paragraph 381 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

98

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 381.  Paragraph 381 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

382.    The allegations in Paragraph 382 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 382.  Paragraph 382 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

383.    The allegations in Paragraph 383 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 383.  Paragraph 383 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

384.    The allegations in Paragraph 384 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 384.  Paragraph 384 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

385.    The allegations in Paragraph 385 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 385.  Paragraph 385 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

386.    The allegations in Paragraph 386 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 386.  Paragraph 386 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

387.    The allegations in Paragraph 387 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 387.  Paragraph 387 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

388.    The allegations in Paragraph 388 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 388.  Paragraph 388 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

389.    The allegations in Paragraph 389 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 389.

390.    The allegations in Paragraph 390 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 390.  Paragraph 390 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

391.    The allegations in Paragraph 391 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 391.  Paragraph 391 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

392.    The allegations in Paragraph 392 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 392.  Paragraph 392 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

393.    The allegations in Paragraph 393 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 393.  Paragraph 393 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

394.    The allegations in Paragraph 394 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 394.

395.    The allegations in Paragraph 395 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 395.

396.    The allegations in Paragraph 396 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 396.  In addition, Paragraph 396 contains one or more legal statements or conclusions to which no response is required.

397.    The allegations in Paragraph 397 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 397.  In addition, Paragraph 397 contains one or more legal statements or conclusions to which no response is required.

398.    The allegations in Paragraph 398 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 398.  In addition, Paragraph 398 contains one or more legal statements or conclusions to which no response is required.

399.    The allegations in Paragraph 399 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 399.  In addition, Paragraph 399 contains one or more legal statements or conclusions to which no response is required.

400.    The allegations in Paragraph 400 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 400.

401.    The allegations in Paragraph 401 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 401.

402.    The allegations in Paragraph 402 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 402.  Paragraph 402 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

403.    The allegations in Paragraph 403 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 403.  In addition, Paragraph 403 contains one or more legal statements or conclusions to which no response is required.

404.    The allegations in Paragraph 404 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 404.  Paragraph 404 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

405.    The allegations in Paragraph 405 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 405.  Paragraph 405 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

406.    The allegations in Paragraph 406 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

105

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 406.  Paragraph 406 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

407.    The allegations in Paragraph 407 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 407.  Paragraph 407 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

408.    The allegations in Paragraph 408 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 408.

409.    The allegations in Paragraph 409 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 409.  Paragraph 409 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

410.    The allegations in Paragraph 410 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 410.  Paragraph 410 also refers to one or more written documents or videos, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

411.    The allegations in Paragraph 411 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 411.  Paragraph 411 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

412.    The allegations in Paragraph 412 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 412.

413.    The allegations in Paragraph 413 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 413.  Paragraph 413 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

414.    The allegations in Paragraph 414 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 414.

415.    The allegations in Paragraph 415 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 415.  Paragraph 415 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

416.    The allegations in Paragraph 416 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 416.  Paragraph 416 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

417.    The allegations in Paragraph 417 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 417.

418.    The allegations in Paragraph 418 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 418.  Paragraph 418 also refers to one or more written documents or videos, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

419.    The allegations in Paragraph 419 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 419.  Paragraph 419 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

420.    The allegations in Paragraph 420 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 420.  Paragraph 420 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

421.   The allegations in Paragraph 421 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 421.  Paragraph 421 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

422.   The allegations in Paragraph 422 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 422.  Paragraph 422 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

423.   The allegations in Paragraph 423 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 423.  Paragraph 423 also refers to one or more written

110

documents or videos, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

424.    The allegations in Paragraph 424 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 424.  Paragraph 424 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

425.    The allegations in Paragraph 425 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 425.  Paragraph 425 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

426.    The allegations in Paragraph 426 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 426.  Paragraph 426 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

427.    The allegations in Paragraph 427 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 427.  Paragraph 427 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

428.    The allegations in Paragraph 428 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 428.  Paragraph 428 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

429.    The allegations in Paragraph 429 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 429.  In addition, Paragraph 429 contains one or more legal statements or conclusions to which no response is required.  To the extent the reference to "Defendants" in Paragraph 429 is intended to encompass PSI, such allegations are denied.

430.    The allegations in Paragraph 430 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

112

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 430.  In addition, Paragraph 430 contains one or more legal statements or conclusions to which no response is required.

431.    The allegations in Paragraph 431 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 431.

432.    The allegations in Paragraph 432 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 432.

433.    The allegations in Paragraph 433 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 433.

434.    The allegations in Paragraph 434 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 434. In addition, Paragraph 434 contains one or more legal statements or conclusions to which no response is required.

435. The allegations in Paragraph 435 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 435. Paragraph 435 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

436. The allegations in Paragraph 436 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 436. Paragraph 436 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

437. The allegations in Paragraph 437 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 437. Paragraph 437 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

114

438.    The allegations in Paragraph 438 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 438.

439.    The allegations in Paragraph 439 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 439.  Paragraph 439 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

440.    The allegations in Paragraph 440 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 440.  In addition, Paragraph 440 contains one or more legal statements or conclusions to which no response is required.

441.    The allegations in Paragraph 441 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 441.  In addition, Paragraph 441 contains one or more legal statements or conclusions to which no response is required.

442.    The allegations in Paragraph 442 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 442.

443.    The allegations in Paragraph 443 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 443.  Paragraph 443 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

444.    The allegations in Paragraph 444 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 444.  Paragraph 444 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

445.    The allegations in Paragraph 445 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

116

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 445.  Paragraph 445 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

446.    The allegations in Paragraph 446 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 446.  Paragraph 446 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 446 also contains one or more legal statements or conclusions to which no response is required.

447.    The allegations in Paragraph 447 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 447.

448.    The allegations in Paragraph 448 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 448.  Paragraph 448 also refers to one or more written

117

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

449.    The allegations in Paragraph 449 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 449.  Paragraph 449 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

450.    The allegations in Paragraph 450 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 450.  Paragraph 450 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 450 also contains one or more legal statements or conclusions to which no response is required.

451.    The allegations in Paragraph 451 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 451.  Paragraph 451 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

452.    The allegations in Paragraph 452 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 452.  In addition, Paragraph 452 contains one or more legal statements or conclusions to which no response is required.

453.    The allegations in Paragraph 453 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 453.  In addition, Paragraph 453 contains one or more legal statements or conclusions to which no response is required.

454.    The allegations in Paragraph 454 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 454.

455.    The allegations in Paragraph 455 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 455.

456.     The allegations in Paragraph 456 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 456.

457.     The allegations in Paragraph 457 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 457.

458.     The allegations in Paragraph 458 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 458.

459.     The allegations in Paragraph 459 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 459.

460.    The allegations in Paragraph 460 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 460.

461.    The allegations in Paragraph 461 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 461.

462.    The allegations in Paragraph 462 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 462.

463.    The allegations in Paragraph 463 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 463.  In addition, Paragraph 463 contains one or more legal statements or conclusions to which no response is required.

464.    The allegations in Paragraph 464 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 464.  In addition, Paragraph 464 contains one or more legal statements or conclusions to which no response is required.

465.    The allegations in Paragraph 465 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 465.

466.    The allegations in Paragraph 466 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 466.

467.    The allegations in Paragraph 467 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 467.  Paragraph 467 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

468.    The allegations in Paragraph 468 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 468. Paragraph 468 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

469.    The allegations in Paragraph 469 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 469. Paragraph 469 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

470.    The allegations in Paragraph 470 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 470. Paragraph 470 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof. Paragraph 470 also contains one or more legal statements or conclusions to which no response is required.

471.    The allegations in Paragraph 471 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 471.

472.    The allegations in Paragraph 472 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 472.  Paragraph 472 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

473.    The allegations in Paragraph 473 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 473.  Paragraph 473 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

474.    The allegations in Paragraph 474 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 474.

475.    The allegations in Paragraph 475 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 475.  Paragraph 475 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

476.    The allegations in Paragraph 476 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 476.  In addition, Paragraph 476 contains one or more legal statements or conclusions to which no response is required.

477.    The allegations in Paragraph 477 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 477.

478.    The allegations in Paragraph 478 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 478.  In addition, Paragraph 478 contains one or more legal statements or conclusions to which no response is required.

479.    The allegations in Paragraph 479 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 479.  Paragraph 479 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 479 also contains one or more legal statements or conclusions to which no response is required.

480.    The allegations in Paragraph 480 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 480.  Paragraph 480 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 480 also contains one or more legal statements or conclusions to which no response is required.

481.    The allegations in Paragraph 481 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 481.  Paragraph 481 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any

characterization thereof.    Paragraph 481 also contains one or more legal statements or conclusions to which no response is required.

482.    The allegations in Paragraph 482 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 482.  Paragraph 482 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

483.    The allegations in Paragraph 483 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 483.  Paragraph 483 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

484.    The allegations in Paragraph 484 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 484.  Paragraph 484 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

485.    The allegations in Paragraph 485 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 485.  Paragraph 485 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

486.    The allegations in Paragraph 486 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 486.  Paragraph 486 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

487.    Paragraph 487 contains struck-through text that was deleted by Plaintiffs for purposes of the SAC, and therefore does not require a response.

488.    The allegations in Paragraph 488 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 488.  Paragraph 488 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

128

489.    The allegations in Paragraph 489 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 489.  Paragraph 489 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

490.    The allegations in Paragraph 490 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 490.  Paragraph 490 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

491.    The allegations in Paragraph 491 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 491.  In addition, Paragraph 491 contains one or more legal statements or conclusions to which no response is required.  To the extent the references to "Defendants" in Paragraph 491 are intended to encompass PSI, such allegations are denied.

492.    The allegations in Paragraph 492 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 492.  Paragraph 492 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

493.    The allegations in Paragraph 493 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 493.  Paragraph 493 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

494.    The allegations in Paragraph 494 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 494.  Paragraph 494 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

495.    The allegations in Paragraph 495 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 495.  Paragraph 495 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

496.    The allegations in Paragraph 496 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 496.  Paragraph 496 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

497.    Paragraph 497 contains struck-through text that was deleted by Plaintiffs for purposes of the SAC, and therefore does not require a response.

498.    The first sentence of Paragraph 498 is directed at and/or describes the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in the first sentence of Paragraph 498.  The remaining allegations of Paragraph 498 contain one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 498.

499.    Paragraph 499 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 499.

500.     Paragraph 500 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 500.

487.     Paragraph 487 appears to be misnumbered and is not in sequence with the other paragraphs in the SAC.  The allegations in Paragraph 487 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 487.

497.     Paragraph 497 appears to be misnumbered and is not in sequence with the other paragraphs in the SAC.  Paragraph 497 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

501.     Paragraph 501 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 501.

502.     Paragraph 502 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 502.

503.     Paragraph 503 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 503.

504.    Paragraph 504 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 504.

505.    Paragraph 505 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 505.

506.    Paragraph 506 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 506.

507.    Paragraph 507 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 507.

508.    Paragraph 508 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 508.

509.    Paragraph 509 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 509.

510.    Paragraph 510 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 510.

511.    Paragraph 511 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 511.

512.    Paragraph 512 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 512.

513.    Paragraph 513 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 513.

514.    Paragraph 514 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 514.

515.    Paragraph 515 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 515.

516.    The allegations in Paragraph 516 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 516.

517.    Paragraph 517 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 517.

518.    Paragraph 518 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 518.

519.    Paragraph 519 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 519.

520.    Paragraph 520 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 520.

521.    The allegations in Paragraph 521 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 521.  Paragraph 521 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

522.    Admitted only that PSI is a member of HDA (formerly HDMA).  By way of further response, Paragraph 522 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 522.  Paragraph 522 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

523.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 523, and therefore denies the allegations in Paragraph 523.

524.    Paragraph 524 refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

525.    Paragraph 525 refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

526.    Paragraph 526 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 526.

527.    Paragraph 527 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 527.  Paragraph 527 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

528.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 528, and therefore denies the allegations in Paragraph 528.

529.    The allegations in Paragraph 529 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 529.  Paragraph 529 also refers to one or more written

136

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

530.    The allegations in Paragraph 530 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 530.  Paragraph 530 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 530 also contains one or more legal statements or conclusions to which no response is required.

531.    Admitted only that PSI is a member of HDA.  By way of further response, Paragraph 531 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 531.

532.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 532, and therefore denies the allegations in Paragraph 532.

533.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 533, and therefore denies the allegations in Paragraph 533.  Paragraph 533 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

137

534.    Certain of the allegations in Paragraph 534 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies these allegations.  Paragraph 534 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

535.    Admitted only that PSI is a member of HDA.  By way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the remaining allegations of Paragraph 535, and therefore denies these allegations.  Paragraph 535 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

536.    PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 536, and therefore denies these allegations.  Paragraph 536 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

537.    PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 537, and therefore denies these allegations.  Paragraph 537 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

538.    PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 538, and therefore denies these allegations.  Paragraph 538 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

539.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 539, and therefore denies the allegations in Paragraph 539.  In addition, Paragraph 539 contains one or more legal statements or conclusions to which no response is required.

540.    Certain of the allegations in Paragraph 540 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  By way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 540, and therefore denies these allegations.  Paragraph 540 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

541.    Admitted only that PSI is a member of HDA.  By way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 541, and therefore denies these allegations.  Paragraph 541 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

542.    Certain of the allegations in Paragraph 542 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  By

way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 542, and therefore denies these allegations.  Paragraph 542 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

543.    Paragraph 543 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 543.

544.    Paragraph 544 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 544.

545.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 545, and therefore denies the allegations in Paragraph 545.  In addition, Paragraph 545 contains one or more legal statements or conclusions to which no response is required.  Paragraph 545 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

546.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 546, and therefore denies the allegations in Paragraph 546.  In addition, Paragraph 546 contains one or more legal statements or conclusions to which no response is required.  Paragraph 546 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

140

547.     Paragraph 547 contains struck-through text that was deleted by Plaintiffs for purposes of the SAC, and therefore does not require a response.

548.     Certain of the allegations in Paragraph 548 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  By way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 548, and therefore denies these allegations.  In addition, Paragraph 548 contains one or more legal statements or conclusions to which no response is required.

549.     Admitted only that PSI is a member of HDA.  By way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 549, and therefore denies these allegations.  In addition, Paragraph 549 contains one or more legal statements or conclusions to which no response is required.

550.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 550, and therefore denies the allegations in Paragraph 550.  In addition, Paragraph 550 contains one or more legal statements or conclusions to which no response is required.

551.     Paragraph 551 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 551.

552.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 552, and

therefore denies the allegations in Paragraph 552.  In addition, Paragraph 552 contains one or more legal statements or conclusions to which no response is required.

553.    Paragraph 553 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 553.

554.    Certain of the allegations in Paragraph 554 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  By way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 554, and therefore denies these allegations.  In addition, Paragraph 554 contains one or more legal statements or conclusions to which no response is required.

555.    Certain of the allegations in Paragraph 555 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  By way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 555, and therefore denies these allegations.  In addition, Paragraph 555 contains one or more legal statements or conclusions to which no response is required.  Paragraph 555 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

556.    Certain of the allegations in Paragraph 556 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  By way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph

556, and therefore denies these allegations. In addition, Paragraph 556 contains one or more legal statements or conclusions to which no response is required. Paragraph 556 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

557. Paragraph 557 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 557.

558. Denied as to PSI. PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the remaining allegations in Paragraph 558, and therefore denies the remaining allegations in Paragraph 558.

559. Admitted only that PSI developed and utilized know-your-customer questionnaires. The remaining allegations in Paragraph 559 refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof. Paragraph 559 also contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the unadmitted allegations in Paragraph 559.

560. Paragraph 560 refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

561. Denied as to PSI. PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the remaining allegations in Paragraph 561, and therefore denies the remaining allegations in Paragraph 561. Paragraph 561 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

562.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 562, and therefore denies the allegations in Paragraph 562.  Paragraph 562 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

563.    Paragraph 563 refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

564.    Paragraph 564 contains struck-through text that was deleted by Plaintiffs for purposes of the SAC, and therefore does not require a response.

565.    Paragraph 565 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 565.

566.    Denied as to PSI.  As to other Defendants, PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the remaining allegations in Paragraph 566, and therefore denies the remaining allegations in Paragraph 566.  In addition, Paragraph 566 contains one or more legal statements or conclusions to which no response is required.  Paragraph 566 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

567.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 567, and therefore denies the allegations in Paragraph 567.  Paragraph 567 also refers to one or more

written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

568.    Certain of the allegations in Paragraph 568 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  By way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 568, and therefore denies these allegations.  In addition, Paragraph 568 contains one or more legal statements or conclusions to which no response is required.  Paragraph 568 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

569.    The allegations in Paragraph 569 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 569.  Paragraph 569 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

570.    Paragraph 570 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 570.

571.    Denied as to PSI.  As to other Defendants, PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity

of the remaining allegations in Paragraph 571, and therefore denies the remaining allegations in Paragraph 571.

572.    The allegations in Paragraph 572 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 572.  Paragraph 572 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

573.    The allegations in Paragraph 573 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 573.  Paragraph 573 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

574.    The allegations in Paragraph 574 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 574.

575.    The allegations in Paragraph 575 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 575.  Paragraph 575 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

576.    Certain of the allegations in Paragraph 576 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  By way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 576, and therefore denies these allegations.

577.    The allegations in Paragraph 577 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 577.  Paragraph 577 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

578.    The allegations in Paragraph 578 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 578.

579.    Paragraph 579 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 579.

580.    Denied as to PSI.  PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the remaining allegations in Paragraph 580, and therefore denies the remaining allegations in Paragraph 580.  Paragraph 580 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

581.    The allegations in Paragraph 581 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 581.  Paragraph 581 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

582.    The allegations in Paragraph 582 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 582.  Paragraph 582 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

148

583.    The allegations in Paragraph 583 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 583.  Paragraph 583 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

584.    The allegations in Paragraph 584 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 584.  Paragraph 584 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

585.    The allegations in Paragraph 585 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 585.  Paragraph 585 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

586.    The allegations in Paragraph 586 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

149

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 586.  Paragraph 586 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

587.    The allegations in Paragraph 587 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 587.  Paragraph 587 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

588.    The allegations in Paragraph 588 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 588.  Paragraph 588 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

589.    The allegations in Paragraph 589 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

150

denies the allegations in Paragraph 589.  Paragraph 589 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

590.    The allegations in Paragraph 590 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 590.  Paragraph 590 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

591.    The allegations in Paragraph 591 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 591.  Paragraph 591 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

592.    The allegations in Paragraph 592 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 592.  Paragraph 592 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

593.    The allegations in Paragraph 593 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 593.  Paragraph 593 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

594.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 594, and therefore denies the allegations in Paragraph 594.

595.    Certain of the allegations in Paragraph 595 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  By way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph 595, and therefore denies these allegations.  Paragraph 595 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

596.    Certain of the allegations in Paragraph 596 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  By way of further response, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations of Paragraph

596, and therefore denies these allegations. Paragraph 596 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

597. The allegations in Paragraph 597 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 597. Paragraph 597 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

598. The allegations in Paragraph 598 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 598. Paragraph 598 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

599. Admitted only that PSI was a member of HDMA. By way of further response, PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 599, and therefore denies the allegations in Paragraph 599. In addition, Paragraph 599 contains one or more legal statements or conclusions to which no response is required. Paragraph 599 also refers to one or

more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

600.     Paragraph 600 refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

601.     The allegations in Paragraph 601 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 601.  Paragraph 601 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

602.     The allegations in Paragraph 602 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 602.  Paragraph 602 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.   Paragraph 602 also contains one or more legal statements or conclusions to which no response is required.

603.     The allegations in Paragraph 603 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 603.  Paragraph 603 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

604.   The allegations in Paragraph 604 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 604.  Paragraph 604 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

605.   The allegations in Paragraph 605 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 605.  Paragraph 605 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.   Paragraph 605 also contains one or more legal statements or conclusions to which no response is required.

606.   Paragraph 606 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 606.  Paragraph 606 also refers to or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

155

607.    The allegations in Paragraph 607 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 607.

608.    The allegations in Paragraph 608 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 608.

609.    The allegations in Paragraph 609 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 609.  Paragraph 609 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 609 also contains one or more legal statements or conclusions to which no response is required.

610.    The allegations in Paragraph 610 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 610.  Paragraph 610 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 610 also contains one or more legal statements or conclusions to which no response is required.

611.   The allegations in Paragraph 611 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 611.  In addition, Paragraph 611 contains one or more legal statements or conclusions to which no response is required.

612.   The allegations in Paragraph 612 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 612.  In addition, Paragraph 612 contains one or more legal statements or conclusions to which no response is required.

613.   The allegations in Paragraph 613 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 613.

614.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 614, and therefore denies the allegations in Paragraph 614.  Paragraph 614 also contains one or more legal

statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 614.

615. PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 615, and therefore denies the allegations in Paragraph 615. Paragraph 615 also contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 615.

616. PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 616, and therefore denies the allegations in Paragraph 616. Paragraph 616 also contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 616.

617. The allegations in Paragraph 617 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 617.

618. The allegations in Paragraph 618 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 618. In addition, Paragraph 618 contains one or more legal statements or conclusions to which no response is required.

619.    The allegations in Paragraph 619 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 619.  In addition, Paragraph 619 contains one or more legal statements or conclusions to which no response is required.

620.    The allegations in Paragraph 620 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 620.  In addition, Paragraph 620 contains one or more legal statements or conclusions to which no response is required.

621.    The allegations in Paragraph 621 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 621.  In addition, Paragraph 621 contains one or more legal statements or conclusions to which no response is required.

622.    The allegations in Paragraph 622 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 622.  In addition, Paragraph 622 contains one or more legal statements or conclusions to which no response is required.

623.    The allegations in Paragraph 623 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 623.  In addition, Paragraph 623 contains one or more legal statements or conclusions to which no response is required.

624.    The allegations in Paragraph 624 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 624.  In addition, Paragraph 624 contains one or more legal statements or conclusions to which no response is required.

625.    The allegations in Paragraph 625 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 625.  In addition, Paragraph 625 contains one or more legal statements or conclusions to which no response is required.

626.    The allegations in Paragraph 626 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 626.  In addition, Paragraph 626 contains one or more legal statements or conclusions to which no response is required.

627.    The allegations in Paragraph 627 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 627.  In addition, Paragraph 627 contains one or more legal statements or conclusions to which no response is required.

628.    The allegations in Paragraph 628 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 628.  In addition, Paragraph 628 contains one or more legal statements or conclusions to which no response is required.

629.    The allegations in Paragraph 629 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 629.  In addition, Paragraph 629 contains one or more legal statements or conclusions to which no response is required.

630.    The allegations in Paragraph 630 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 630.  Paragraph 630 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

631.    The allegations in Paragraph 631 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 631.

632.    The allegations in Paragraph 632 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 632.

633.    The allegations in Paragraph 633 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 633.

634.    The allegations in Paragraph 634 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 634.  Paragraph 634 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

635.    The allegations in Paragraph 635 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 635.  Paragraph 635 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

636.    The allegations in Paragraph 636 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 636.  Paragraph 636 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

637.    The allegations in Paragraph 637 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 637.  Paragraph 637 also refers to one or more written

163

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

638.    The allegations in Paragraph 638 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 638.  Paragraph 638 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

639.    The allegations in Paragraph 639 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 639.

640.    The allegations in Paragraph 640 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 640.  In addition, Paragraph 640 contains one or more legal statements or conclusions to which no response is required.

641.    The allegations in Paragraph 641 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 641.  Paragraph 641 also refers to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

642.    The allegations in Paragraph 642 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 642.  Paragraph 642 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

643.    The allegations in Paragraph 643 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 643.  Paragraph 643 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

644.    The allegations in Paragraph 644 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 644.  Paragraph 644 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

645.    The allegations in Paragraph 645 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 645.  Paragraph 645 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

646.    The allegations in Paragraph 646 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 646.  Paragraph 646 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

647.    The allegations in Paragraph 647 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 647.

648.    The allegations in Paragraph 648 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 648. Paragraph 648 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

649. The allegations in Paragraph 649 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 649. Paragraph 649 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

650. The allegations in Paragraph 650 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 650.

651. The allegations in Paragraph 651 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 651.

652.    The allegations in Paragraph 652 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 652.  Paragraph 652 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

653.    The allegations in Paragraph 653 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 653.

654.    The allegations in Paragraph 654 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 654.  In addition, Paragraph 654 contains one or more legal statements or conclusions to which no response is required.

655.    The allegations in Paragraph 655 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 655. In addition, Paragraph 655 contains one or more legal statements or conclusions to which no response is required.

656. The allegations in Paragraph 656 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 656. In addition, Paragraph 656 contains one or more legal statements or conclusions to which no response is required.

657. The allegations in Paragraph 657 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 657. In addition, Paragraph 657 contains one or more legal statements or conclusions to which no response is required.

658. The allegations in Paragraph 658 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 658. In addition, Paragraph 658 contains one or more legal statements or conclusions to which no response is required.

659. The allegations in Paragraph 659 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 659. In addition, Paragraph 659 contains one or more legal statements or conclusions to which no response is required.

660. PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 660, and therefore denies the allegations in Paragraph 660.

661. PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 661, and therefore denies the allegations in Paragraph 661.

662. PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 662, and therefore denies the allegations in Paragraph 662.

663. PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 663, and therefore denies the allegations in Paragraph 663. Paragraph 663 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

664. PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 664, and therefore denies the allegations in Paragraph 664. Paragraph 664 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

665.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 665, and therefore denies the allegations in Paragraph 665.  Paragraph 665 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

666.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 666, and therefore denies the allegations in Paragraph 666.  Paragraph 666 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

667.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 667, and therefore denies the allegations in Paragraph 667.

668.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 668, and therefore denies the allegations in Paragraph 668.

669.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 669, and therefore denies the allegations in Paragraph 669.

670.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 670, and therefore denies the allegations in Paragraph 670.  In addition, Paragraph 670 contains one or more legal statements or conclusions to which no response is required.

171

671.    Admitted only that PSI distributed opioids in Ohio.  Denied that PSI failed to meet its regulatory obligations in Ohio.  By way of further response, certain of the allegations in Paragraph 671 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 671.  In addition, Paragraph 671 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 671.

672.    The allegations in Paragraph 672 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 672.  To the extent the references to "Defendants" in Paragraph 672 are intended to encompass PSI, such allegations are denied.

673.    The allegations in Paragraph 673 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 673.

674.    The allegations in Paragraph 674 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

172

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 674. To the extent the reference to "Defendants" in Paragraph 674 is intended to encompass PSI, such allegations are denied.

675. The allegations in Paragraph 675 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 675.

676. The allegations in Paragraph 676 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 676.

677. The allegations in Paragraph 677 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 677. Paragraph 677 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

678. The allegations in Paragraph 678 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 678.

679.    The allegations in Paragraph 679 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 679.  In addition, Paragraph 679 contains one or more legal statements or conclusions to which no response is required.

680.    The allegations in Paragraph 680 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 680.

681.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 681, and therefore denies the allegations in Paragraph 681.

682.    The allegations in Paragraph 682 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 682.  In addition, Paragraph 682 contains one or more legal statements or conclusions to which no response is required.

683.     The allegations in Paragraph 683 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 683.  Paragraph 683 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

684.     Paragraph 684 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 684.

685.     Paragraph 685 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 685.

686.     Paragraph 686 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 686.

687.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 687, and therefore denies the allegations in Paragraph 687.

688.     Paragraph 688 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 688.

689.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 689, and therefore denies the allegations in Paragraph 689.  Paragraph 689 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

690.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 690, and therefore denies the allegations in Paragraph 690.  Paragraph 690 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

691.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 691, and therefore denies the allegations in Paragraph 691.  Paragraph 691 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

692.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 692, and therefore denies the allegations in Paragraph 692.  Paragraph 692 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

693.    Certain of the allegations in Paragraph 693 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge,

176

information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 693.  Paragraph 693 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

694.    Certain of the allegations in Paragraph 694 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 694.  Paragraph 694 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

695.    Certain of the allegations in Paragraph 695 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 695.  Paragraph 695 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

696.    Paragraph 696 refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

697.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 697, and therefore denies the allegations in Paragraph 697.  Paragraph 697 also refers to and/or appears to

177

refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

698.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 698, and therefore denies the allegations in Paragraph 698.  Paragraph 698 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

699.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 699, and therefore denies the allegations in Paragraph 699.  Paragraph 699 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

700.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 700, and therefore denies the allegations in Paragraph 700.  Paragraph 700 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

701.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 701, and therefore denies the allegations in Paragraph 701.  In addition, Paragraph 701 contains one or more legal statements or conclusions to which no response is required.  Paragraph 701 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

178

702.    Certain of the allegations in Paragraph 702 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 702.  Paragraph 702 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

703.    Paragraph 703 contains struck-through text that was deleted by Plaintiffs for purposes of the SAC, and therefore does not require a response.

704.    Paragraph 704 contains struck-through text that was deleted by Plaintiffs for purposes of the SAC, and therefore does not require a response.

705.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 705, and therefore denies the allegations in Paragraph 705.  In addition, Paragraph 705 contains one or more legal statements or conclusions to which no response is required.

706.    The allegations in Paragraph 706 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 706.  Paragraph 706 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

707.    The allegations in Paragraph 707 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 707.  Paragraph 707 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

708.    The allegations in Paragraph 708 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 708.  In addition, Paragraph 708 contains one or more legal statements or conclusions to which no response is required.

709.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 709, and therefore denies the allegations in Paragraph 709.  In addition, Paragraph 709 contains one or more legal statements or conclusions to which no response is required.

710.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 710, and therefore denies the allegations in Paragraph 710.  In addition, Paragraph 710 contains one or more legal statements or conclusions to which no response is required.  Paragraph 710 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

711.    Paragraph 711 contains struck-through text that was deleted by Plaintiffs for purposes of the SAC, and therefore does not require a response.

712.    Certain of the allegations in Paragraph 712 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 712, and therefore denies the allegations in Paragraph 712.  In addition, Paragraph 712 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 712. Paragraph 712 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

713.    Paragraph 713 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 713.

714.    Certain of the allegations in Paragraph 714 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 714.  In addition, Paragraph 714 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 714.

715.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 715, and

therefore denies the allegations in Paragraph 715.  Paragraph 715 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

716.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 716, and therefore denies the allegations in Paragraph 716.  Paragraph 716 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

717.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 717, and therefore denies the allegations in Paragraph 717.  Paragraph 717 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

718.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 718, and therefore denies the allegations in Paragraph 718.  Paragraph 718 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

719.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 719, and therefore denies the allegations in Paragraph 719.  Paragraph 719 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

720.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 720, and therefore denies the allegations in Paragraph 720.

721.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 721, and therefore denies the allegations in Paragraph 721.  Paragraph 721 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

722.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 722, and therefore denies the allegations in Paragraph 722.  Paragraph 722 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

723.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 723, and therefore denies the allegations in Paragraph 723.  Paragraph 723 also refers to and/or appears to refer to one or more written documents or websites, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

724.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 724, and therefore denies the allegations in Paragraph 724.

725.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 725, and

183

therefore denies the allegations in Paragraph 725.  Paragraph 725 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

726.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 726, and therefore denies the allegations in Paragraph 726.

727.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 727, and therefore denies the allegations in Paragraph 727.  Paragraph 727 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

728.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 728, and therefore denies the allegations in Paragraph 728.  Paragraph 728 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

729.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 729, and therefore denies the allegations in Paragraph 729.  Paragraph 729 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

730.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 730, and

therefore denies the allegations in Paragraph 730.  Paragraph 730 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

731.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 731, and therefore denies the allegations in Paragraph 731.  Paragraph 731 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

732.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 732, and therefore denies the allegations in Paragraph 732.  Paragraph 732 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

733.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 733, and therefore denies the allegations in Paragraph 733.  Paragraph 733 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

734.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 734, and therefore denies the allegations in Paragraph 734.  Paragraph 734 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

735.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 735, and therefore denies the allegations in Paragraph 735.  Paragraph 735 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

736.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 736, and therefore denies the allegations in Paragraph 736.  Paragraph 736 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

737.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 737, and therefore denies the allegations in Paragraph 737.  Paragraph 737 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

738.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 738, and therefore denies the allegations in Paragraph 738.  Paragraph 738 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

739.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 739, and therefore denies the allegations in Paragraph 739.  Paragraph 739 also refers to and/or appears to

refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

740.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 740, and therefore denies the allegations in Paragraph 740.

741.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 741, and therefore denies the allegations in Paragraph 741.  Paragraph 741 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

742.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 742, and therefore denies the allegations in Paragraph 742.  Paragraph 742 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

743.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 743, and therefore denies the allegations in Paragraph 743.  Paragraph 743 also refers to and/or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

744.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 744, and therefore denies the allegations in Paragraph 744.  In addition, Paragraph 744 contains one or

187

more legal statements or conclusions to which no response is required. Paragraph 744 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

745.     PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 745, and therefore denies the allegations in Paragraph 745. In addition, Paragraph 745 contains one or more legal statements or conclusions to which no response is required. Paragraph 745 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof. Paragraph 745 also refers to one or more plaintiff that have since been voluntarily dismissed from the case, and therefore no response is required as to these plaintiffs.

746.     The allegations in Paragraph 746 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 746. In addition, Paragraph 746 contains one or more legal statements or conclusions to which no response is required.

747.     The allegations in Paragraph 747 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 747. In addition, Paragraph 747 contains one or more legal statements or conclusions to which no response is required.

748.    The allegations in Paragraph 748 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 748.  In addition, Paragraph 748 contains one or more legal statements or conclusions to which no response is required.

749.    The allegations in Paragraph 749 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 749.  In addition, Paragraph 749 contains one or more legal statements or conclusions to which no response is required.

750.    The allegations in Paragraph 750 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 750.  In addition, Paragraph 750 contains one or more legal statements or conclusions to which no response is required.

751.    The allegations in Paragraph 751 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 751.  In addition, Paragraph 751 contains one or more legal statements or conclusions to which no response is required.

752.    The allegations in Paragraph 752 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 752.  In addition, Paragraph 752 contains one or more legal statements or conclusions to which no response is required.

753.    The allegations in Paragraph 753 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 753.  In addition, Paragraph 753 contains one or more legal statements or conclusions to which no response is required.

754.    The allegations in Paragraph 754 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 754.  In addition, Paragraph 754 contains one or more legal statements or conclusions to which no response is required.

755.    The allegations in Paragraph 755 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 755.  In addition, Paragraph 755 contains one or more legal statements or conclusions to which no response is required.

756.    The allegations in Paragraph 756 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 756.  Paragraph 756 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.   Paragraph 756 also contains one or more legal statements or conclusions to which no response is required.

757.    The allegations in Paragraph 757 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 757.  Paragraph 757 also refers to or appears to refer to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 757 also contains one or more legal statements or conclusions to which no response is required.

758.    The allegations in Paragraph 758 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 758.  Paragraph 758 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 758 also contains one or more legal statements or conclusions to which no response is required.

759.    The allegations in Paragraph 759 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 759.  In addition, Paragraph 759 contains one or more legal statements or conclusions to which no response is required.

760.    Paragraph 760 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 760.

761.    Paragraph 761 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 761.

762.    Admitted only that PSI is a member in HDA.  Denied that PSI's membership in HDA was used in furtherance of any wrongful conduct.  By way of further response, Paragraph 762 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 762.

763.    Admitted only that PSI is a member in HDA.  Denied that PSI's membership in HDA was used in furtherance of any wrongful conduct.  By way of further response, Paragraph

763 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 763.

764.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 764, and therefore denies the allegations in Paragraph 764.  In addition, Paragraph 764 contains one or more legal statements or conclusions to which no response is required.

765.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 765, and therefore denies the allegations in Paragraph 765.  In addition, Paragraph 765 contains one or more legal statements or conclusions to which no response is required.

766.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 766, and therefore denies the allegations in Paragraph 766.  In addition, Paragraph 766 contains one or more legal statements or conclusions to which no response is required.

767.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 767, and therefore denies the allegations in Paragraph 767.  In addition, Paragraph 767 contains one or more legal statements or conclusions to which no response is required.

768.    Paragraph 768 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 768.

769.    Paragraph 769 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 769.

770.    Paragraph 770 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 770.

771.    The allegations in Paragraph 771 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 771.  In addition, Paragraph 771 contains one or more legal statements or conclusions to which no response is required.

772.    Paragraph 772 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 772.

773.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 773, and therefore denies the allegations in Paragraph 773.  In addition, Paragraph 773 contains one or more legal statements or conclusions to which no response is required.

774.    The allegations in Paragraph 774 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 774.  In addition, Paragraph 774 contains one or more legal statements or conclusions to which no response is required.

775.    Paragraph 775 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 775.  Paragraph 775 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

776.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 776, and therefore denies the allegations in Paragraph 776.  In addition, Paragraph 776 contains one or more legal statements or conclusions to which no response is required.

777.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 777, and therefore denies the allegations in Paragraph 777.  In addition, Paragraph 777 contains one or more legal statements or conclusions to which no response is required.

778.    Certain of the allegations in Paragraph 778 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 778.  In addition, Paragraph 778 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 778.

779.    Paragraph 779 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 779.

780.    Paragraph 780 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 780.

781.    Certain of the allegations in Paragraph 781 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 781.  In addition, Paragraph 781 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 781.

782.    The allegations in Paragraph 782 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 782.

783.    The allegations in Paragraph 783 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 783.  Paragraph 783 also refers to one or more written

196

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

784.   The allegations in Paragraph 784 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 784.  Paragraph 784 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

785.   The allegations in Paragraph 785 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 785.  Paragraph 785 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

786.   The allegations in Paragraph 786 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 786.  Paragraph 786 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

787.    The allegations in Paragraph 787 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 787.  Paragraph 787 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 787 also contains one or more legal statements or conclusions to which no response is required.

788.    The allegations in Paragraph 788 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 788.  Paragraph 788 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

789.    The allegations in Paragraph 789 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 789.  Paragraph 789 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

790.    The allegations in Paragraph 790 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 790.  Paragraph 790 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

791.    The allegations in Paragraph 791 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 791.  Paragraph 791 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

792.    The allegations in Paragraph 792 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 792.  Paragraph 792 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 792 also contains one or more legal statements or conclusions to which no response is required.

793.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 793, and therefore denies the allegations in Paragraph 793.  In addition, Paragraph 793 contains one or more legal statements or conclusions to which no response is required.

794.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 794, and therefore denies the allegations in Paragraph 794.  Paragraph 794 also refers to a written document and/or televised interview, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

795.    PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 795, and therefore denies the allegations in Paragraph 795.  Paragraph 795 also refers to a written document and/or televised interview, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

796.    The allegations in Paragraph 796 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 796.  Paragraph 796 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  To the extent the reference to "Defendants" in Paragraph 796 is intended to encompass PSI, such allegations are denied.

797.    The allegations in Paragraph 797 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 797.  Paragraph 797 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

798.    The allegations in Paragraph 798 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 798.  In addition, Paragraph 798 contains one or more legal statements or conclusions to which no response is required.

799.    The allegations in Paragraph 799 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 799.  Paragraph 799 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

800.    The allegations in Paragraph 800 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 800.  Paragraph 800 also refers to one or more written documents and/or television programs, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

801.    The allegations in Paragraph 801 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 801.  Paragraph 801 also refers to one or more written documents and/or televised interview, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

802.    The allegations in Paragraph 802 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 802.  Paragraph 802 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 802 also contains one or more legal statements or conclusions to which no response is required.

803.    The allegations in Paragraph 803 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 803.  Paragraph 803 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 803 also contains one or more legal statements or conclusions to which no response is required.

804.    The allegations in Paragraph 804 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 804.  Paragraph 804 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 804 also contains one or more legal statements or conclusions to which no response is required.

805.    Paragraph 805 contains struck-through text that was deleted by Plaintiffs for purposes of the SAC, and therefore does not require a response.

806.    Paragraph 806 contains struck-through text that was deleted by Plaintiffs for purposes of the SAC, and therefore does not require a response.

807.    Paragraph 807 contains struck-through text that was deleted by Plaintiffs for purposes of the SAC, and therefore does not require a response.

808.    The allegations in Paragraph 808 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 808.  Paragraph 808 also refers to one or more written

documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

809.    The allegations in Paragraph 809 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 809.  Paragraph 809 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

810.    The allegations in Paragraph 810 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 810.  Paragraph 810 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

811.    The allegations in Paragraph 811 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 811.  Paragraph 811 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

812. The allegations in Paragraph 812 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 812. Paragraph 812 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

813. Paragraph 813 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 813.

814. The allegations in Paragraph 814 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 814. In addition, Paragraph 814 contains one or more legal statements or conclusions to which no response is required.

815. The allegations in Paragraph 815 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 815. In addition, Paragraph 815 contains one or more legal statements or conclusions to which no response is required.

816.    The allegations in Paragraph 816 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 816.  In addition, Paragraph 816 contains one or more legal statements or conclusions to which no response is required.

817.    The allegations in Paragraph 817 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 817.  In addition, Paragraph 817 contains one or more legal statements or conclusions to which no response is required.

818.    The allegations in Paragraph 818 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 818.  In addition, Paragraph 818 contains one or more legal statements or conclusions to which no response is required.

819.    The allegations in Paragraph 819 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 819.  In addition, Paragraph 819 contains one or more legal statements or conclusions to which no response is required.

820.    The allegations in Paragraph 820 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 820.  In addition, Paragraph 820 contains one or more legal statements or conclusions to which no response is required.

821.    The allegations in Paragraph 821 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 821.  In addition, Paragraph 821 contains one or more legal statements or conclusions to which no response is required.

822.    The allegations in Paragraph 822 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 822.  In addition, Paragraph 822 contains one or more legal statements or conclusions to which no response is required.

823.    The allegations in Paragraph 823 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 823. Paragraph 823 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof. Paragraph 823 also contains one or more legal statements or conclusions to which no response is required.

824. The allegations in Paragraph 824 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 824. Paragraph 824 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof. Paragraph 824 also contains one or more legal statements or conclusions to which no response is required.

825. The allegations in Paragraph 825 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 825. Paragraph 825 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof. Paragraph 825 also contains one or more legal statements or conclusions to which no response is required.

826. The allegations in Paragraph 826 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a

208

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 826.  In addition, Paragraph 826 contains one or more legal statements or conclusions to which no response is required.

827.    The allegations in Paragraph 827 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 827.  In addition, Paragraph 827 contains one or more legal statements or conclusions to which no response is required.

828.    The allegations in Paragraph 828 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 828.  In addition, Paragraph 828 contains one or more legal statements or conclusions to which no response is required.

829.    The allegations in Paragraph 829 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 829.  Paragraph 829 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any

characterization thereof.  In addition, Paragraph 829 contains one or more legal statements or conclusions to which no response is required.

830.    The allegations in Paragraph 830 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 830.  In addition, Paragraph 830 contains one or more legal statements or conclusions to which no response is required.

831.    The allegations in Paragraph 831 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 831.  Paragraph 831 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 831 contains one or more legal statements or conclusions to which no response is required.

832.    The allegations in Paragraph 832 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 832.  Paragraph 832 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any

characterization thereof.  Paragraph 832 also contains one or more legal statements or conclusions to which no response is required.

833.  The allegations in Paragraph 833 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 833.  Paragraph 833 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 833 contains one or more legal statements or conclusions to which no response is required.

834.  The allegations in Paragraph 834 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 834.  In addition, Paragraph 834 contains one or more legal statements or conclusions to which no response is required.

835.  The allegations in Paragraph 835 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 835.  In addition, Paragraph 835 contains one or more legal statements or conclusions to which no response is required.

836.    The allegations in Paragraph 836 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 836.  Paragraph 836 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 836 contains one or more legal statements or conclusions to which no response is required.

837.    The allegations in Paragraph 837 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 837.  In addition, Paragraph 837 contains one or more legal statements or conclusions to which no response is required.

838.    The allegations in Paragraph 838 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 838.  In addition, Paragraph 838 contains one or more legal statements or conclusions to which no response is required.

839.    The allegations in Paragraph 839 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 839.  In addition, Paragraph 839 contains one or more legal statements or conclusions to which no response is required.

840.    The allegations in Paragraph 840 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 840.  In addition, Paragraph 840 contains one or more legal statements or conclusions to which no response is required.

841.    The allegations in Paragraph 841 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 841.  In addition, Paragraph 841 contains one or more legal statements or conclusions to which no response is required.

842.    The allegations in Paragraph 842 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 842.  In addition, Paragraph 842 contains one or more legal statements or conclusions to which no response is required.

843.    The allegations in Paragraph 843 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

213

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 843. Paragraph 843 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof. In addition, Paragraph 843 contains one or more legal statements or conclusions to which no response is required.

844. The allegations in Paragraph 844 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 844. Paragraph 844 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof. In addition, Paragraph 844 contains one or more legal statements or conclusions to which no response is required.

845. The allegations in Paragraph 845 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 845. In addition, Paragraph 845 contains one or more legal statements or conclusions to which no response is required.

846. The allegations in Paragraph 846 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 846.  In addition, Paragraph 846 contains one or more legal statements or conclusions to which no response is required.

847.    The allegations in Paragraph 847 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 847.  Paragraph 847 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 847 contains one or more legal statements or conclusions to which no response is required.

848.    The allegations in Paragraph 848 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 848.  In addition, Paragraph 848 contains one or more legal statements or conclusions to which no response is required.

849.    The allegations in Paragraph 849 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 849.  Paragraph 849 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any

characterization thereof.  Paragraph 849 also contains one or more legal statements or conclusions to which no response is required.

850.    Paragraph 850 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 850.

851.    The allegations in Paragraph 851 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 851.  In addition, Paragraph 851 contains one or more legal statements or conclusions to which no response is required.

852.    The allegations in Paragraph 852 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 852.  In addition, Paragraph 852 contains one or more legal statements or conclusions to which no response is required.

853.    The allegations in Paragraph 853 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 853.  Paragraph 853 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any

characterization thereof.  In addition, Paragraph 853 contains one or more legal statements or conclusions to which no response is required.

854.   The allegations in Paragraph 854 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 854.  In addition, Paragraph 854 contains one or more legal statements or conclusions to which no response is required.

855.   The allegations in Paragraph 855 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 855.  In addition, Paragraph 855 contains one or more legal statements or conclusions to which no response is required.

856.   The allegations in Paragraph 856 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 856.  In addition, Paragraph 856 contains one or more legal statements or conclusions to which no response is required.

857.   The allegations in Paragraph 857 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 857.  Paragraph 857 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  Paragraph 857 also contains one or more legal statements or conclusions to which no response is required.

858.    The allegations in Paragraph 858 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 858.  In addition, Paragraph 858 contains one or more legal statements or conclusions to which no response is required.

859.    The allegations in Paragraph 859 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 859.  Paragraph 859 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 859 contains one or more legal statements or conclusions to which no response is required.

860.    The allegations in Paragraph 860 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

218

denies the allegations in Paragraph 860.  Paragraph 860 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 860 contains one or more legal statements or conclusions to which no response is required.

861.    The allegations in Paragraph 861 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 861.  In addition, Paragraph 861 contains one or more legal statements or conclusions to which no response is required.

862.    The allegations in Paragraph 862 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 862.  In addition, Paragraph 862 contains one or more legal statements or conclusions to which no response is required.

863.    The allegations in Paragraph 863 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 863.  Paragraph 863 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any

characterization thereof.  In addition, Paragraph 863 contains one or more legal statements or conclusions to which no response is required.

864.    The allegations in Paragraph 864 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 864.  In addition, Paragraph 864 contains one or more legal statements or conclusions to which no response is required.

865.    The allegations in Paragraph 865 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 865.  In addition, Paragraph 865 contains one or more legal statements or conclusions to which no response is required.

866.    The allegations in Paragraph 866 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 866.  In addition, Paragraph 866 contains one or more legal statements or conclusions to which no response is required.

867.    The allegations in Paragraph 867 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 867.  In addition, Paragraph 867 contains one or more legal statements or conclusions to which no response is required.

868.    The allegations in Paragraph 868 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 868.  In addition, Paragraph 868 contains one or more legal statements or conclusions to which no response is required.

869.    The allegations in Paragraph 869 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 869.  In addition, Paragraph 869 contains one or more legal statements or conclusions to which no response is required.

870.    The allegations in Paragraph 870 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 870.  In addition, Paragraph 870 contains one or more legal statements or conclusions to which no response is required.

871.    The allegations in Paragraph 871 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 871.  In addition, Paragraph 871 contains one or more legal statements or conclusions to which no response is required.  To the extent the reference to "Defendants" in Paragraph 871 is intended to encompass PSI, such allegations are denied.

872.    The allegations in Paragraph 872 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 872.  In addition, Paragraph 872 contains one or more legal statements or conclusions to which no response is required.

873.    The allegations in Paragraph 873 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 873.  In addition, Paragraph 873 contains one or more legal statements or conclusions to which no response is required.

874.    The allegations in Paragraph 874 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 874.  In addition, Paragraph 874 contains one or more legal statements or conclusions to which no response is required.

875.    The allegations in Paragraph 875 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 875.  Paragraph 875 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 875 contains one or more legal statements or conclusions to which no response is required.

876.    The allegations in Paragraph 876 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 876.  In addition, Paragraph 876 contains one or more legal statements or conclusions to which no response is required.

877.    The allegations in Paragraph 877 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 877.  In addition, Paragraph 877 contains one or more legal statements or conclusions to which no response is required.

## CLAIMS FOR RELIEF

### FIRST CLAIM FOR RELIEF

### Violation of RICO, 18 U.S.C. § 1961 et seq.—Opioid Marketing Enterprise (against the RICO Marketing Defendants)

878.    Paragraph 878 is an incorporation paragraph that does not require a response.

879.    The allegations in Paragraph 879 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 879.  In addition, Paragraph 879 contains one or more legal statements or conclusions to which no response is required.

880.    The allegations in Paragraph 880 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 880.  In addition, Paragraph 880 contains one or more legal statements or conclusions to which no response is required.

881.    The allegations in Paragraph 881 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 881.  In addition, Paragraph 881 contains one or more legal statements or conclusions to which no response is required.

882.     The allegations in Paragraph 882 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 882.  Paragraph 882 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 882 contains one or more legal statements or conclusions to which no response is required.

883.     The allegations in Paragraph 883 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 883.  Paragraph 883 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 883 contains one or more legal statements or conclusions to which no response is required.

884.     The allegations in Paragraph 884 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 884.  Paragraph 884 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any

characterization thereof.  In addition, Paragraph 884 contains one or more legal statements or conclusions to which no response is required.

885.    The allegations in Paragraph 885 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 885.  In addition, Paragraph 885 contains one or more legal statements or conclusions to which no response is required.

886.    The allegations in Paragraph 886 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 886.  In addition, Paragraph 886 contains one or more legal statements or conclusions to which no response is required.

887.    The allegations in Paragraph 887 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 887.  In addition, Paragraph 887 contains one or more legal statements or conclusions to which no response is required.

888.    The allegations in Paragraph 888 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 888.  In addition, Paragraph 888 contains one or more legal statements or conclusions to which no response is required.

889.    The allegations in Paragraph 889 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 889.  In addition, Paragraph 889 contains one or more legal statements or conclusions to which no response is required.

890.    The allegations in Paragraph 890 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 890.  Paragraph 890 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 890 contains one or more legal statements or conclusions to which no response is required.

891.    The allegations in Paragraph 891 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 891.  Paragraph 891 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any

characterization thereof.  In addition, Paragraph 891 contains one or more legal statements or conclusions to which no response is required.

892.    The allegations in Paragraph 892 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 892.  In addition, Paragraph 892 contains one or more legal statements or conclusions to which no response is required.

893.    The allegations in Paragraph 893 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 893.  In addition, Paragraph 893 contains one or more legal statements or conclusions to which no response is required.

894.    The allegations in Paragraph 894 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 894.  In addition, Paragraph 894 contains one or more legal statements or conclusions to which no response is required.

895.    The allegations in Paragraph 895 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 895.  In addition, Paragraph 895 contains one or more legal statements or conclusions to which no response is required.

896.    The allegations in Paragraph 896 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 896.  In addition, Paragraph 896 contains one or more legal statements or conclusions to which no response is required.  To the extent the reference to "Defendants" in Paragraph 896 is intended to encompass PSI, such allegations are denied.

897.    The allegations in Paragraph 897 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 897.  In addition, Paragraph 897 contains one or more legal statements or conclusions to which no response is required.

898.    The allegations in Paragraph 898 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 898.  In addition, Paragraph 898 contains one or more legal statements or conclusions to which no response is required.

899.    The allegations in Paragraph 899 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 899.  In addition, Paragraph 899 contains one or more legal statements or conclusions to which no response is required.

900.    The allegations in Paragraph 900 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 900.  In addition, Paragraph 900 contains one or more legal statements or conclusions to which no response is required.

901.    The allegations in Paragraph 901 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 901.  In addition, Paragraph 901 contains one or more legal statements or conclusions to which no response is required.

902.    The allegations in Paragraph 902 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 902.  In addition, Paragraph 902 contains one or more legal statements or conclusions to which no response is required.

903.    The allegations in Paragraph 903 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 903.  In addition, Paragraph 903 contains one or more legal statements or conclusions to which no response is required.

904.    The allegations in Paragraph 904 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 904.  In addition, Paragraph 904 contains one or more legal statements or conclusions to which no response is required.

905.    The allegations in Paragraph 905 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is deemed to be required, PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 905.

**SECOND CLAIM FOR RELIEF**

**Violation of RICO, 18 U.S.C. § 1961 et seq.—Opioid Supply Chain Enterprise (against the RICO Supply Chain Defendants)**

906.    Paragraph 906 is an incorporation paragraph that does not require a response.

907.    The allegations in Paragraph 907 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 907.  In addition, Paragraph 907 contains one or more legal statements or conclusions to which no response is required.

908.    The allegations in Paragraph 908 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 908.  In addition, Paragraph 908 contains one or more legal statements or conclusions to which no response is required.

909.    The allegations in Paragraph 909 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 909.  In addition, Paragraph 909 contains one or more legal statements or conclusions to which no response is required.

910.    The allegations in Paragraph 910 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 910.  In addition, Paragraph 910 contains one or more legal statements or conclusions to which no response is required.

911.    The allegations in Paragraph 911 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 911.  In addition, Paragraph 911 contains one or more legal statements or conclusions to which no response is required.

912.    The allegations in Paragraph 912 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 912.  In addition, Paragraph 912 contains one or more legal statements or conclusions to which no response is required.

913.    The allegations in Paragraph 913 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 913.  In addition, Paragraph 913 contains one or more legal statements or conclusions to which no response is required.

914.    The allegations in Paragraph 914 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 914.  In addition, Paragraph 914 contains one or more legal statements or conclusions to which no response is required.

915.    The allegations in Paragraph 915 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 915.  In addition, Paragraph 915 contains one or more legal statements or conclusions to which no response is required.

916.    The allegations in Paragraph 916 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 916.  Paragraph 916 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 916 contains one or more legal statements or conclusions to which no response is required.

917.    The allegations in Paragraph 917 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 917.  Paragraph 917 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any

characterization thereof.  In addition, Paragraph 917 contains one or more legal statements or conclusions to which no response is required.

918.    The allegations in Paragraph 918 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 918.  In addition, Paragraph 918 contains one or more legal statements or conclusions to which no response is required.

919.    The allegations in Paragraph 919 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 919.  In addition, Paragraph 919 contains one or more legal statements or conclusions to which no response is required.

920.    The allegations in Paragraph 920 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 920.  In addition, Paragraph 920 contains one or more legal statements or conclusions to which no response is required.

921.    The allegations in Paragraph 921 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 921. In addition, Paragraph 921 contains one or more legal statements or conclusions to which no response is required.

922. The allegations in Paragraph 922 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 922. In addition, Paragraph 922 contains one or more legal statements or conclusions to which no response is required. To the extent the references to "Defendants" in Paragraph 922 are intended to encompass PSI, such allegations are denied.

923. The allegations in Paragraph 923 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 923. In addition, Paragraph 923 contains one or more legal statements or conclusions to which no response is required.

924. The allegations in Paragraph 924 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 924. In addition, Paragraph 924 contains one or more legal statements or conclusions to which no response is required.

925.    The allegations in Paragraph 925 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 925.  In addition, Paragraph 925 contains one or more legal statements or conclusions to which no response is required.

926.    The allegations in Paragraph 926 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 926.  In addition, Paragraph 926 contains one or more legal statements or conclusions to which no response is required.

927.    The allegations in Paragraph 927 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 927.  In addition, Paragraph 927 contains one or more legal statements or conclusions to which no response is required.

928.    The allegations in Paragraph 928 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 928.  In addition, Paragraph 928 contains one or more legal

statements or conclusions to which no response is required.  To the extent the reference to "Defendants" in Paragraph 928 is intended to encompass PSI, such allegations are denied.

929.    The allegations in Paragraph 929 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 929.  In addition, Paragraph 929 contains one or more legal statements or conclusions to which no response is required.

930.    The allegations in Paragraph 930 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 930.  In addition, Paragraph 930 contains one or more legal statements or conclusions to which no response is required.

931.    The allegations in Paragraph 931 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 931.  In addition, Paragraph 931 contains one or more legal statements or conclusions to which no response is required.

932.    The allegations in Paragraph 932 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 932.  In addition, Paragraph 932 contains one or more legal statements or conclusions to which no response is required.

933.    The allegations in Paragraph 933 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 933.  In addition, Paragraph 933 contains one or more legal statements or conclusions to which no response is required.

934.    The allegations in Paragraph 934 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 934.  In addition, Paragraph 934 contains one or more legal statements or conclusions to which no response is required.

935.    The allegations in Paragraph 935 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 935.  In addition, Paragraph 935 contains one or more legal statements or conclusions to which no response is required.  To the extent the reference to "Defendants" in Paragraph 935 is intended to encompass PSI, such allegations are denied.

936.    The allegations in Paragraph 936 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 936.  In addition, Paragraph 936 contains one or more legal statements or conclusions to which no response is required.

937.    The allegations in Paragraph 937 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 937.  In addition, Paragraph 937 contains one or more legal statements or conclusions to which no response is required.

938.    The allegations in Paragraph 938 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is deemed to be required, PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 938.

### THIRD CLAIM FOR RELIEF

**Violation of The Ohio Corrupt Practices Act, Ohio Revised Code §§ 2923.31, et seq.
(against the Opioid Marketing Enterprise)**

939.    Paragraph 939 is an incorporation paragraph that does not require a response.

940.    The allegations in Paragraph 940 are directed at and/or describe one or more defendants other than PSI, and therefore no response is required.

941.    Paragraph 941 is an incorporation paragraph that does not require a response.

942.    The allegations in Paragraph 942 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 942.  In addition, Paragraph 942 contains one or more legal statements or conclusions to which no response is required.

943.    The allegations in Paragraph 943 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 943.  In addition, Paragraph 943 contains one or more legal statements or conclusions to which no response is required.

944.    The allegations in Paragraph 944 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 944.  In addition, Paragraph 944 contains one or more legal statements or conclusions to which no response is required.

945.    The allegations in Paragraph 945 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 945. In addition, Paragraph 945 contains one or more legal statements or conclusions to which no response is required.

946. The allegations in Paragraph 946 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 946. In addition, Paragraph 946 contains one or more legal statements or conclusions to which no response is required.

947. The allegations in Paragraph 947 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 947. In addition, Paragraph 947 contains one or more legal statements or conclusions to which no response is required.

948. The allegations in Paragraph 948 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 948. In addition, Paragraph 948 contains one or more legal statements or conclusions to which no response is required.

949. The allegations in Paragraph 949 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a

response is deemed to be required, PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 949.

## FOURTH CLAIM FOR RELIEF

### Violation of The Ohio Corrupt Practices Act, Ohio Revised Code §§ 2923.31, et seq.
### (against the Opioid Supply Chain Enterprise)

950.    Paragraph 950 is an incorporation paragraph that does not require a response.

951.    The allegations in Paragraph 951 are directed at and/or describe one or more defendants other than PSI, and therefore no response is required.

952.    Paragraph 952 is an incorporation paragraph that does not require a response.

953.    The allegations in Paragraph 953 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 953. In addition, Paragraph 953 contains one or more legal statements or conclusions to which no response is required.

954.    The allegations in Paragraph 954 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 954. In addition, Paragraph 954 contains one or more legal statements or conclusions to which no response is required.

955.    The allegations in Paragraph 955 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 955.  In addition, Paragraph 955 contains one or more legal statements or conclusions to which no response is required.

956.    The allegations in Paragraph 956 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 956.  In addition, Paragraph 956 contains one or more legal statements or conclusions to which no response is required.

957.    The allegations in Paragraph 957 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 957.  In addition, Paragraph 957 contains one or more legal statements or conclusions to which no response is required.

958.    The allegations in Paragraph 958 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 958.  In addition, Paragraph 958 contains one or more legal statements or conclusions to which no response is required.

959.    The allegations in Paragraph 959 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

244

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 959.  In addition, Paragraph 959 contains one or more legal statements or conclusions to which no response is required.

960.    The allegations in Paragraph 960 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 960.  In addition, Paragraph 960 contains one or more legal statements or conclusions to which no response is required.

961.    The allegations in Paragraph 961 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 961.  Paragraph 961 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 961 contains one or more legal statements or conclusions to which no response is required.

962.    The allegations in Paragraph 962 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 962.  In addition, Paragraph 962 contains one or more legal statements or conclusions to which no response is required.

963.    The allegations in Paragraph 963 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 963.  Paragraph 963 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 963 contains one or more legal statements or conclusions to which no response is required.

964.    The allegations in Paragraph 964 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 964.  In addition, Paragraph 964 contains one or more legal statements or conclusions to which no response is required.

965.    The allegations in Paragraph 965 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 965.  In addition, Paragraph 965 contains one or more legal statements or conclusions to which no response is required.

966.    The allegations in Paragraph 966 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 966.  Paragraph 966 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 966 contains one or more legal statements or conclusions to which no response is required.

967.    The allegations in Paragraph 967 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 967.  In addition, Paragraph 967 contains one or more legal statements or conclusions to which no response is required.

968.    The allegations in Paragraph 968 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 968.  In addition, Paragraph 968 contains one or more legal statements or conclusions to which no response is required.

969.    The allegations in Paragraph 969 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 969. In addition, Paragraph 969 contains one or more legal statements or conclusions to which no response is required.

970. The allegations in Paragraph 970 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 970. In addition, Paragraph 970 contains one or more legal statements or conclusions to which no response is required.

971. The allegations in Paragraph 971 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 971. In addition, Paragraph 971 contains one or more legal statements or conclusions to which no response is required.

972. The allegations in Paragraph 972 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 972. In addition, Paragraph 972 contains one or more legal statements or conclusions to which no response is required.

973. The allegations in Paragraph 973 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a

248

response is deemed to be required, PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 973.

## FIFTH CLAIM FOR RELIEF

### Statutory Public Nuisance (against all Defendants)

974.     Paragraph 974 is an incorporation paragraph that does not require a response.

975.     Paragraph 975 contains one or more legal statements or conclusions to which no response is required.  Paragraph 975 also refers to one or more plaintiffs that have since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 975.

976.     Paragraph 976 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 976.

977.     Paragraph 977 contains one or more legal statements or conclusions to which no response is required.  Paragraph 977 also refers to one or more plaintiffs that have since been voluntarily dismissed from the case, and therefore no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 977.

978.     Paragraph 978 contains one or more legal statements or conclusions to which no response is required.

979.     Paragraph 979 contains one or more legal statements or conclusions to which no response is required.

980.     Paragraph 980 contains one or more legal statements or conclusions to which no response is required.

981.    Paragraph 981 contains one or more legal statements or conclusions to which no response is required.

982.    Paragraph 982 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 982.

983.    Paragraph 983 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 983.

984.    Paragraph 984 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 984.

985.    Paragraph 985 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 985.

986.    Paragraph 986 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 986.

987.    Paragraph 987 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 987.

988.    Paragraph 988 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 988.

989.    Paragraph 989 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 989.  Paragraph 989 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.

990.    Paragraph 990 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 990.

991.    Paragraph 991 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 991.

992.    Paragraph 992 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 992.

993.    Paragraph 993 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 993.

994.    Paragraph 994 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 994.

995.    PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 995.

996.    PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 996.

## SIXTH CLAIM FOR RELIEF

### Common Law Public Nuisance (against all Defendants)

997.    Paragraph 997 is an incorporation paragraph that does not require a response.

998.    Paragraph 998 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 998.

999.    Paragraph 999 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 999.

1000.   Paragraph 1000 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1000.

1001.   Paragraph 1001 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1001.

1002.   Paragraph 1002 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1002.

1003.   Paragraph 1003 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1003.

1004.   Paragraph 1004 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1004.

1005.   Paragraph 1005 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1005.

1006.   Paragraph 1006 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1006.

1007.   Paragraph 1007 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1007.

1008.   Paragraph 1008 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1008.

1009.   Paragraph 1009 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1009.

1010.   Paragraph 1010 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1010.

1011.   Paragraph 1011 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1011.

1012.   Paragraph 1012 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1012.

1013.   The allegations in Paragraph 1013 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.   To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1013.   In addition, Paragraph 1013 contains one or more legal statements or conclusions to which no response is required.

1014.   The allegations in Paragraph 1014 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.   To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1014.   In addition, Paragraph 1014 contains one or more legal statements or conclusions to which no response is required.

1015.   The allegations in Paragraph 1015 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.   To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 1015.  In addition, Paragraph 1015 contains one or more legal statements or conclusions to which no response is required.

1016.   Paragraph 1016 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1016.

1017.   Paragraph 1017 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1017.

1018.   Paragraph 1018 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1018.

1019.   Certain of the allegations in Paragraph 1019 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1019.  In addition, Paragraph 1019 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1019.

1020.   Paragraph 1020 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1020.

1021.   The allegations in Paragraph 1021 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1021.  In addition, Paragraph 1021 contains one or more legal statements or conclusions to which no response is required.

1022.   Paragraph 1022 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1022.

1023.   Paragraph 1023 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1023.

1024.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 1024, and therefore denies the allegations in Paragraph 1024.  In addition, Paragraph 1024 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1024.

1025.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 1025, and therefore denies the allegations in Paragraph 1025.  In addition, Paragraph 1025 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1025.

1026.   Paragraph 1026 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1026.

1027.   Paragraph 1027 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1027.

1028.   Paragraph 1028 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1028.

1029.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 1029, and therefore denies the allegations in Paragraph 1029.  In addition, Paragraph 1029 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1029.

1030.   PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 1030.

1031.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 1031, and therefore denies the allegations in Paragraph 1031.  In addition, Paragraph 1031 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1031.

1032.   Paragraph 1032 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1032.

1033.   Paragraph 1033 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1033.

1034. Paragraph 1034 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1034.

1035. Paragraph 1035 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1035.

1036. Paragraph 1036 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1036.

1037. Paragraph 1037 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1037.

1038. PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 1038.

## SEVENTH CLAIM FOR RELIEF

### Negligence (against all Defendants)

1039. Paragraph 1039 is an incorporation paragraph that does not require a response.

1040. Paragraph 1040 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1040.

1041. Paragraph 1041 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1041.

1042.   Paragraph 1042 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1042.

1043.   Paragraph 1043 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1043.

1044.   Paragraph 1044 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1044.

1045.   Paragraph 1045 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1045.

1046.   The allegations in Paragraph 1046 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1046.  In addition, Paragraph 1046 contains one or more legal statements or conclusions to which no response is required.

1047.   Paragraph 1047 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1047.

1048.   Paragraph 1048 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1048.

1049.   Paragraph 1049 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1049.

1050.   Paragraph 1050 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1050.

1051.   Paragraph 1051 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1051.

1052.   Paragraph 1052 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1052.

1053.   Certain of the allegations in Paragraph 1053 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1053.  Paragraph 1053 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any characterization thereof.  In addition, Paragraph 1053 contains one or more legal statements or

conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1053.

1054. Paragraph 1054 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1054.

1055. Paragraph 1055 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1055.

1056. Paragraph 1056 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1056.

1057. Paragraph 1057 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1057.

1058. Paragraph 1058 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1058.

1059. Certain of the allegations in Paragraph 1059 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required. To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1059. Paragraph 1059 also refers to one or more written documents, the contents of which speak for themselves, and PSI specifically denies any

characterization thereof.  In addition, Paragraph 1059 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1059.

1060.   Paragraph 1060 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1060.

1061.   Paragraph 1061 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1061.

1062.   Paragraph 1062 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1062.

1063.   Paragraph 1063 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1063.

1064.   Paragraph 1064 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1064.

1065.   Paragraph 1065 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1065.

1066.   Paragraph 1066 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1066.

1067.   Paragraph 1067 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1067.

1068.   Paragraph 1068 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1068.

1069.   Paragraph 1069 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1069.

1070.   Paragraph 1070 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1070.

1071.   PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 1071.

**EIGHTH CLAIM FOR RELIEF**

**Common Law Fraud (against the Marketing Defendants)**

1072.   Paragraph 1072 is an incorporation paragraph that does not require a response.

1073.   The allegations in Paragraph 1073 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore

denies the allegations in Paragraph 1073.  In addition, Paragraph 1073 contains one or more legal statements or conclusions to which no response is required.

1074.  The allegations in Paragraph 1074 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1074.  In addition, Paragraph 1074 contains one or more legal statements or conclusions to which no response is required.

1075.  The allegations in Paragraph 1075 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1075.  In addition, Paragraph 1075 contains one or more legal statements or conclusions to which no response is required.

1076.  The allegations in Paragraph 1076 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1076.  In addition, Paragraph 1076 contains one or more legal statements or conclusions to which no response is required.

1077.  The allegations in Paragraph 1077 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or

belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1077.  In addition, Paragraph 1077 contains one or more legal statements or conclusions to which no response is required.

1078.  The allegations in Paragraph 1078 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1078.  In addition, Paragraph 1078 contains one or more legal statements or conclusions to which no response is required.

1079.  The allegations in Paragraph 1079 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1079.  In addition, Paragraph 1079 contains one or more legal statements or conclusions to which no response is required.

1080.  The allegations in Paragraph 1080 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1080.  In addition, Paragraph 1080 contains one or more legal statements or conclusions to which no response is required.

1081.  The allegations in Paragraph 1081 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a

response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1081.  In addition, Paragraph 1081 contains one or more legal statements or conclusions to which no response is required.

1082.  The allegations in Paragraph 1082 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1082.  In addition, Paragraph 1082 contains one or more legal statements or conclusions to which no response is required.

1083.  The allegations in Paragraph 1083 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1083.  In addition, Paragraph 1083 contains one or more legal statements or conclusions to which no response is required.

1084.  The allegations in Paragraph 1084 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1084.  In addition, Paragraph 1084 contains one or more legal statements or conclusions to which no response is required.

1085.   The allegations in Paragraph 1085 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1085.  In addition, Paragraph 1085 contains one or more legal statements or conclusions to which no response is required.

1086.   The allegations in Paragraph 1086 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1086.  In addition, Paragraph 1086 contains one or more legal statements or conclusions to which no response is required.

1087.   The allegations in Paragraph 1087 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1087.  In addition, Paragraph 1087 contains one or more legal statements or conclusions to which no response is required.

1088.   The allegations in Paragraph 1088 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1088.  In addition, Paragraph 1088 contains one or more legal

statements or conclusions to which no response is required.  To the extent the references to "Defendants" in Paragraph 1088 are intended to encompass PSI, such allegations are denied.

1089.  The allegations in Paragraph 1089 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is deemed to be required, PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 1089.

### NINTH CLAIM FOR RELIEF

### Injury Through Criminal Acts (R.C. 2307.60) (against all Defendants)

1090.  Paragraph 1090 is an incorporation paragraph that does not require a response.

1091.  Paragraph 1091 contains one or more legal statements or conclusions to which no response is required.

1092.  Paragraph 1092 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1092.

1093.  Paragraph 1093 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1093.

1094.  Paragraph 1094 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1094.

1095.  Paragraph 1095 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1095.

1096.  Paragraph 1096 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1096.

1097.  Paragraph 1097 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1097.

1098.  Paragraph 1098 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1098.

1099.  Paragraph 1099 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1099.

1100.  Paragraph 1100 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1100.

1101.  Paragraph 1101 contains one or more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1101.

1102.  Certain of the allegations in Paragraph 1102 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.  To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1102.  In addition, Paragraph 1102 contains one or

269

more legal statements or conclusions to which no response is required.  To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1102.

1103.   Paragraph 1103 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1103.

1104.   Paragraph 1104 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1104.

1105.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 1105, and therefore denies the allegations in Paragraph 1105.  In addition, Paragraph 1105 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1105.

1106.   Paragraph 1106 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1106.

1107.   PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 1107.

## TENTH CLAIM FOR RELIEF

### Unjust Enrichment (against all Defendants)

1108.   Paragraph 1108 is an incorporation paragraph that does not require a response.

1109.   Paragraph 1109 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1109.

1110.   Paragraph 1110 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1110.

1111.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 1111, and therefore denies the allegations in Paragraph 1111.  In addition, Paragraph 1111 contains one or more legal statements or conclusions to which no response is required. To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1111.

1112.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 1112, and therefore denies the allegations in Paragraph 1112.

1113.   PSI, after reasonable investigation, is without knowledge, information, or belief sufficient to form an opinion as to the truth or falsity of the allegations in Paragraph 1113, and therefore denies the allegations in Paragraph 1113.

1114.   Paragraph 1114 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1114.

1115.   Paragraph 1115 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1115.

1116.   Paragraph 1116 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1116.

1117.   Paragraph 1117 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1117.

1118.   Paragraph 1118 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1118.

1119.   Paragraph 1119 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1119.

1120.   Paragraph 1120 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1120.

1121.   PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 1121.

## ELEVENTH CLAIM FOR RELIEF

### Civil Conspiracy (against all Defendants)

1122.   Paragraph 1122 is an incorporation paragraph that does not require a response.

1123.   Paragraph 1123 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1123.

1124.   Paragraph 1124 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1124.

1125.   Paragraph 1125 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1125.

1126.   The allegations in Paragraph 1126 are directed at and/or describe the conduct of one or more defendants other than PSI, and therefore no response is required.   To the extent a response is required, PSI, after reasonable investigation, is without knowledge, information or belief sufficient to form an opinion as to the truth or falsity of the allegations, and therefore denies the allegations in Paragraph 1126.  In addition, Paragraph 1126 contains one or more legal statements or conclusions to which no response is required.

1127.   Paragraph 1127 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1127.

1128.   Paragraph 1128 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1128.

1129.   Paragraph 1129 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1129.

1130.   Paragraph 1130 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1130.

1131.   Paragraph 1131 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1131.

1132.   Paragraph 1132 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1132.

1133.   Paragraph 1133 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1133.

1134.   Paragraph 1134 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1134.

1135.   Paragraph 1135 contains one or more legal statements or conclusions to which no response is required.   To the extent a response is deemed to be required, PSI denies the allegations in Paragraph 1135.

1136.   PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 1136.

## PRAYER FOR RELIEF

1137.   Paragraph 1137 sets forth Plaintiffs' Prayer for Relief, to which no response is required.   To the extent a response is deemed to be required, PSI denies that Plaintiffs are entitled to the relief sought in Paragraph 1137.

## PSI'S AFFIRMATIVE DEFENSES

1.     The SAC fails to state a claim upon which relief can be granted.

274

2.      Plaintiffs' claims are barred because Plaintiffs lack standing under Article III to the United States Constitution and under Ohio law.

3.      Plaintiffs' claims are barred by the applicable statute of limitations.

4.      Plaintiffs have failed to sufficiently plead the alleged harm(s) they have allegedly suffered.

5.      Plaintiffs' claims fail because Plaintiffs have failed to plead a legally cognizable damages theory.

6.      Plaintiffs have failed to identify any specific "suspicious order" filled by PSI.

7.      Plaintiffs' claims fail because Plaintiffs cannot prove the presence of or identify specifically any of the products sold and/or distributed by PSI which are alleged to have caused or contributed to Plaintiffs' alleged damages.

8.      Plaintiffs' claims are barred by the doctrine of preemption.

9.      Plaintiffs' negligence claim fails because Plaintiffs lack a private right of action to enforce federal or state statutory or regulatory duties through a common-law cause of action for negligence.

10.      Plaintiffs' negligence claim fails because Plaintiffs fail to allege facts showing that PSI had any common-law duty to monitor suspicious orders or that PSI owed Plaintiffs a duty of care.

11.      Plaintiffs' negligence claim fails because Plaintiffs fail to allege facts showing that PSI breached any duty owed to Plaintiffs.

12.      Plaintiffs' negligence claim fails because Plaintiffs fail to allege facts showing negligence per se.

13.     Plaintiffs' claims fail because Plaintiffs cannot prove any damages that were proximately caused by PSI.

14.     Plaintiffs' claims against PSI fail under the bulk-supplier doctrine and the sophisticated-user defense.

15.     Plaintiffs' recovery is barred by the free-public-service doctrine.

16.     Plaintiffs' negligence claim is barred by the economic-loss doctrine.

17.     PSI relies upon the manufacturers' product-use instructions, including but not limited to the product insert, to fully satisfy its duty to warn all end users, sophisticated users, and bulk-supply purchasers.

18.     To the extent it is determined that the product(s) distributed by PSI did cause, in whole or in part, Plaintiffs' alleged damages, which PSI specifically denies, then the product(s) distributed by PSI were repackaged and distributed by a sophisticated user of the product who was knowledgeable of its hazards and failed to provide the end user with the warnings PSI included in each shipment.

19.     Any product(s) allegedly sold and/or distributed by PSI complied with all applicable governmental and industry rules, regulations, and standards.

20.     PSI relies upon the doctrine of abnormal use, misuse, and unintended use that was inconsistent with the product-use instructions included with the relevant products distributed by PSI or with other known safety practices.

21.     PSI at all times complied with all applicable governmental and industry rules, regulations, and standards when it distributed any relevant product into Summit County and/or the State of Ohio.

22.     PSI asserts the defense of absence of wanton, willful, or malicious conduct.

276

23.     There is no factual or legal basis to support a claim for punitive damages against PSI, and any such claim against PSI should be dismissed.

24.     At all times, and with respect to all matters alleged herein, PSI acted reasonably, prudently, in good faith, with good cause, and within the parties' reasonable expectations.

25.     Plaintiffs have failed to exhaust their administrative remedies.

26.     PSI adopts and asserts the defense of comparative assumption of risk and/or comparative fault.

27.     Plaintiffs' damages are the result of act(s) or omission(s) of parties or non-parties to this action over whom PSI has no responsibility or control.

28.     PSI asserts that any loss or damage alleged by Plaintiffs was proximately caused or contributed to by the act(s) or omission(s) of others and not PSI, and, accordingly, recovery or relief against PSI is barred.   In the alternative, the act(s) or omission(s) of others were a concurrent cause that proximately contributed to the damages, and PSI requests that the Court compare and assess the proportionate percentage of negligence attributable to those persons and reduce any ultimate recovery against PSI accordingly.

29.     PSI asserts that any loss or damage alleged by Plaintiffs was proximately caused or contributed to by a superseding or intervening cause or causes other than an act or omission on the part of PSI, and, accordingly, Plaintiffs are barred from any recovery herein.   In the alternative, the damages must be apportioned such that PSI is only held responsible for those damages for which it is found responsible, if any.

30.     Plaintiffs' claims for (i) statutory public nuisance, (ii) common law public nuisance, and (iii) negligence are abrogated by the Ohio Product Liability Act, Ohio Rev. Code §§ 2307.71 *et seq*.

31.     Plaintiffs have failed to join all necessary and/or indispensable parties to afford a just adjudication of the causes of action alleged in the SAC.

32.     Plaintiffs' claims are barred in whole or in part by the doctrines of laches, waiver, release, unclean hands, accord and satisfaction, estoppel, consent, agreement, ratification, contributory negligence, illegality, and any other matter constituting an avoidance or affirmative defense.

33.     PSI is entitled to an offset, should any damages be awarded against it, in the amount of damages or settlement recovered by Plaintiffs with respect to the same alleged injuries.

34.     The relief requested by Plaintiffs in the SAC is unconstitutional under the applicable State Constitution, the United States Constitution, and the laws of the United States in that it violates due process and equal protection guarantees, places an undue burden on interstate commerce, and violates constitutional proscriptions against excessive fines.

35.     The attorney fees, cost, and expenses sought to be recovered by Plaintiffs in the SAC are neither reasonable nor necessary.

36.     Plaintiffs' statutory public nuisance claim fails because the SAC fails to allege facts demonstrating a statutory violation.

37.     Plaintiffs' statutory public nuisance claim fails because PSI's conduct was in accordance with Ohio controlled-substance regulations, and, thus, PSI cannot be liable under Ohio Rev. Code § 2925.02(B).

38.     Plaintiffs' common-law public-nuisance claim fails because the SAC identifies no right held by the general public that has been interfered with, invaded, or impaired, and the sale of highly regulated legal products cannot constitute a public nuisance.

278

39.     Plaintiffs' common-law public-nuisance claim fails because the SAC fails to allege facts demonstrating that PSI's alleged interference with a public right was intentional.

40.     Plaintiffs' Injury through Criminal Acts claim fails because the SAC fails to allege facts demonstrating a statutory violation.

41.     Plaintiffs' Injury through Criminal Acts claim fails because the SAC fails to allege the existence of any criminal conviction for the alleged predicate criminal act.

42.     Plaintiffs' unjust-enrichment claim fails because the SAC fails to allege facts sufficient to support the elements of unjust enrichment.

43.     Plaintiffs' civil-conspiracy claim fails because the SAC fails to allege facts sufficient to support the elements of civil conspiracy.

44.     PSI asserts its right to litigate punitive damages and offer proof in a separate trial than that which determines liability and compensatory damages.

45.     Plaintiffs' claims are barred by the statewide-concern doctrine.

46.     Plaintiffs' claims for exemplary or punitive damages violate PSI's rights under the Due Process and Excessive Fines clauses of the Fifth, Sixth, Eighth, and Fourteenth Amendments of the United States Constitution and the analogous provisions of the applicable State Constitution and under the First Amendment of the United States Constitution and the analogous provisions of the applicable State Constitution.

47.     PSI reserves the right to assert such claims, whether they be cross-claims, third-party claims, or other claims, including claims for indemnification and contribution, as may prove applicable through investigation and discovery and hereby reserves all rights with respect to any such claims or potential claims.

48.     The SAC, and each alleged claim therein, is barred, in whole or in part, by the applicable statute of repose.

49.     Venue may be improper and/or inconvenient in this Court.

50.     The SAC, and each alleged claim contained therein, is barred, in whole or in part, because Plaintiffs lack capacity to bring their claims, including claims indirectly maintained on behalf of their citizens and claims brought as *parens patriae*.

51.     Plaintiffs' claims are barred because Plaintiffs are not the real party in interest.

52.     Plaintiffs' claims are not ripe and/or have been mooted.

53.     Plaintiffs' claims and damages are barred or limited, in whole or in part, by common-law, statutory, and state constitutional constraints on the exercise of police powers by a municipality.

54.     Plaintiffs' claims and damages are barred or limited by the political-question and separation-of-powers doctrines and because their claims implicate issues of statewide importance that are reserved for state regulation.

55.     Plaintiffs may be barred by the doctrines of res judicata and collateral estoppel from all forms of relief sought in the SAC.

56.     Plaintiffs' claims are barred or limited by the terms and effect of any applicable Consent Judgment, including by operation of the doctrines of res judicata and collateral estoppel, failure to fulfill conditions precedent, failure to provide requisite notice, payment, accord and satisfaction, and compromise and settlement.

57.     Plaintiffs' claims against PSI do not arise out of the same transactions or occurrences as their claims against other defendants, as required for joinder of parties.

58.     Plaintiffs' injuries and damages, if any, were due to illicit use or abuse of the medications at issue on the part of the medications' users, for which PSI is not liable.

59.     The SAC, and each alleged claim contained therein, is barred, in whole or in part, because the derivative-injury rule and the remoteness doctrine bar Plaintiffs from recovering payments that they allegedly made on behalf of their residents to reimburse any expenses for health care, pharmaceutical care, and other public services.

60.     Plaintiffs' claims are barred to the extent that PSI has valid defenses which bar recovery by those persons on whose behalf Plaintiffs purportedly seek recovery.

61.     Plaintiffs' claims are subject to all defenses that could be asserted if Plaintiffs' claims were properly made by individuals on whose behalf or for whose alleged damages Plaintiffs seek to recover.

62.     Plaintiffs have failed to comply with the requirement that they identify each patient in whose claim(s) they have a subrogation interest and on whose behalf they have incurred costs.

63.     Plaintiffs fail to plead that they reimbursed any prescriptions for any opioid distributed by PSI that harmed patients and should not have been written, or that PSI's allegedly improper conduct caused any health care provider to write any ineffective or harmful opioid prescriptions.

64.     Plaintiffs' claims are barred to the extent that Plaintiffs' alleged damages are speculative, uncertain, and hypothetical.

65.     Any verdict or judgment that might be recovered by Plaintiffs must be reduced by those amounts that have already indemnified or with reasonable certainty will indemnify

Plaintiffs in whole or in part for any past or future claimed economic loss from any collateral source or any other applicable law.

66.     If PSI is found liable for Plaintiffs' alleged injuries and losses (which liability is specifically denied), the facts will show that PSI caused fifty percent or less of the conduct that proximately caused such injuries or loss and is liable only for its proportionate share of the damages that represent economic loss.  Ohio Revised Code § 2307.22.

67.     The damages which Plaintiffs may be entitled to recover if liability is established (which liability is specifically denied) are capped pursuant to Ohio Revised Code §§ 2315.18 and 2315.21.

68.     Any damages that Plaintiffs may recover against PSI must be reduced to the extent that Plaintiffs are seeking to recover damages for alleged injuries or expenses related to the same user(s) of the subject prescription medications, or damages recovered or recoverable by other actual or potential plaintiffs.  Any damages that Plaintiffs may recover against PSI must be reduced to the extent they unjustly enrich Plaintiffs.

69.     Plaintiffs' claims against PSI are barred to the extent they rely, explicitly or implicitly, on a theory of market-share liability.

70.     Plaintiffs' claims are barred, in whole or in part, from recovering costs incurred in providing public services by the free-public-services and/or municipal-cost-recovery doctrines.

71.     Plaintiffs may have failed or refused to exercise reasonable care and diligence to avoid loss and minimize damages and, therefore, may not recover for losses that could have been prevented by reasonable efforts on their part, or by expenditures which might reasonably have been made. Recovery, if any, should therefore be reduced by Plaintiffs' failure to mitigate damages, if any.

282

72.     To the extent Plaintiffs attempt to seek equitable relief, Plaintiffs are not entitled to such relief because Plaintiffs have an adequate remedy at law.

73.     The claims asserted in the SAC are barred, in whole or in part, because federal agencies have exclusive or primary jurisdiction over the matters asserted in the SAC.

74.     Plaintiffs' claims are preempted by federal law, including (without limitation) the federal Controlled Substances Act and the Food, Drug, and Cosmetic Act ("FDCA").

75.     The conduct of PSI conformed with the FDCA and the requirements of the FDA, and the activities of PSI alleged in the SAC conformed with all state and federal statutes, regulations, and industry standards based on the state of knowledge at the relevant time(s) alleged in the SAC.

76.     Plaintiffs' claims are barred by the doctrine of preemption.

77.     Plaintiffs' claims are barred, in whole or in part, by conflict preemption as set forth in the United States Supreme Court's decisions in *PLIVA, Inc. v. Mensing*, 131 S. Ct. 2567 (2011) and *Mutual Pharm. Co. v. Bartlett*, 133 S. Ct. 2466 (2013).

78.     Plaintiffs' claims are preempted insofar as they conflict with Congress's purposes and objectives in enacting relevant federal legislation and authorizing regulations, including the Hatch-Waxman Amendments to the FDCA and implementing regulations. *See Geier v. Am. Honda Co.*, 529 U.S. 861 (2000).

79.     To the extent Plaintiffs assert claims that depend solely on violations of federal law, including any claims of a "fraud on the FDA" with respect to the Manufacturer Defendants' disclosure of information related to the safety of their medications at issue, such claims are barred and should be dismissed. *See Buckman v. Plaintiffs' Legal Comm.*, 531 U.S. 341 (2001).

80. To the extent Plaintiffs assert claims that depend solely on violations of federal law, including any claims of "fraud on the DEA" with respect to PSI's compliance with statutes or regulations administered and/or enforced by the DEA, such claims are barred and should be dismissed. *See Buckman v. Plaintiffs' Legal Comm'n*, 531 U.S. 341 (2001).

81. Plaintiffs' claims are barred, in whole or in part, by the deference that common law accords discretionary actions by the FDA under the FDCA and discretionary actions by the DEA under the Controlled Substances Act.

82. If Plaintiffs incurred the damages alleged, which is expressly denied, PSI is not liable for damages because the methods, standards, or techniques of designing, manufacturing, labeling, and distributing of the prescription medications at issue complied with and were in conformity with the laws and regulations of the Controlled Substances Act, the FDCA, and the generally recognized state of the art in the industry at the time the product was designed, manufactured, labeled, and distributed.

83. Plaintiffs' claims are barred to the extent they are based on any allegations involving failure to provide adequate warnings or information because all warnings or information that accompanied the allegedly distributed products were approved by the United States Food & Drug Administration for a product approved under the Federal Food, Drug, and Cosmetic Act (21 U.S.C. Section 301 et seq.), as amended, or Section 351, Public Health Service Act (42 U.S.C. Section 262), as amended, or the warnings and information provided were those stated in monographs developed by the United States Food & Drug Administration for pharmaceutical products that may be distributed without an approved new drug application.

84. Plaintiffs' claims are barred in whole or in part under the learned-intermediary doctrine.

284

85.    To the extent that Plaintiffs rely on letters or other informal guidance from the DEA to establish PSI's regulatory duties, such informal guidance cannot enlarge PSI's regulatory duties in the absence of compliance by DEA with the requirements by the Administrative Procedure Act, 5 U.S.C. § 551 *et seq*.

86.    Plaintiffs' claims are barred to the extent they are based on alleged violations of industry customs because purported industry customs do not create legal duties on PSI.

87.    The claims asserted in the SAC are barred, in whole or in part, by the Restatement (Second) of Torts § 402A, Comments j and k, and Restatement (Third) of Torts: Products Liability § 6.

88.    Plaintiffs' claim of public nuisance is barred or limited because no action of PSI involved interference with real property; illegal conduct perpetrated by third parties involving the use of an otherwise legal product does not involve a public right against the distributor sufficient to state a claim for public nuisance; the alleged public nuisance would have impermissible extraterritorial reach; and the alleged conduct of PSI is too remote from the alleged injury as a matter of law and due process.

89.    Plaintiffs' claims are barred, reduced, and/or limited pursuant to the applicable Ohio statutory and common law regarding limitations of awards, caps on recovery, and setoffs.

90.    PSI's liability, if any, will not result from its own conduct but is solely the result of an obligation imposed by law, and thus PSI is entitled to complete indemnity, express or implied, by other parties.

91.    To the extent that Plaintiffs seeks punitive, exemplary, or aggravated damages, any such damages are barred because the product at issue, and its labeling, were subject to and received pre-market approval by the FDA under 52 Stat. 1040, 21 U.S.C. § 301.

92.     Plaintiffs' claims for punitive or exemplary damages are barred because Plaintiffs cannot prove by clear and convincing evidence that PSI was grossly negligent and PSI has neither acted nor failed to act in a manner that entitles Plaintiffs to recover punitive or exemplary damages.

93.     Plaintiffs cannot obtain relief on their claims based on actions undertaken by PSI of which PSI provided notice of all material facts.

94.     PSI is entitled to, and claims the benefit of, all defenses and presumptions set forth in or arising from any rule of law or statute of this State or any other state whose substantive law might control the action.

95.     PSI asserts all applicable defenses under Federal Rules of Civil Procedure 8(c) and 12(b) and/or Ohio Rules of Civil Procedure 8(C) and 12(B), as investigation and discovery proceeds.

96.     To the extent that Plaintiffs' claims relate to PSI's alleged advertising, public statements, lobbying, or other activities protected by the First Amendment to the Constitution of the United States or by the Constitution of the State of Ohio or that of any other state whose laws may apply, such claims are barred.

97.     Plaintiffs' damages, if any, were the direct result of pre-existing medical conditions, and/or occurred by operation of nature or as a result of circumstances over which PSI had and continue to have no control.

98.     A percentage of each Plaintiff's alleged injury or loss, if proven, is attributable to (i) each Plaintiff, (ii) other parties from whom Plaintiffs seek recovery, and (iii) persons from whom Plaintiffs do not seek recovery in this action, including, but not limited to, prescribing practitioners, non-party pharmacies and pharmacists, individuals and entities involved in

286

diversion and distribution of prescription opioids, individuals and entities involved in distribution and sale of illegal opioids, individuals involved in procuring diverted prescription opioids and/or illegal drugs, delivery services, federal, state, and local government entities, and health insurers and pharmacy benefit managers. Ohio Revised Code § 2307.23.

99.     Plaintiffs' claims are barred, in whole or in part, because any and all damages alleged by Plaintiffs were caused by misuse of the products involved, failure to use the products properly, and/or alteration or modification of, or criminal misuse or abuse of, the prescribed medications by third parties over whom PSI had no control and for whom PSI is not responsible.

100.    Plaintiffs' injuries and damages, if any, were due to illicit use or abuse of the medications at issue on the part of the medication users, for which PSI is not liable.

101.    Plaintiffs' claims or damages are barred because users of the medications at issue used them after they knew, or should have known, of their alleged risks.

102.    To the extent that Plaintiffs are alleging fraud, fraudulent concealment, or similar conduct, Plaintiffs have failed to plead fraud with sufficient particularity.

103.    Plaintiffs' injuries and damages, if any, were due to preexisting conditions or idiosyncratic reaction to the medications on the part of the medication users, for which PSI cannot be held responsible.

104.    Should PSI be held liable to Plaintiffs, which liability is specifically denied, PSI would be entitled to a credit or set-off for sums received or available from or on behalf of any tortfeasor(s), by way of judgment or settlement, for the same injuries alleged in the SAC.

105.    Plaintiffs' claims are barred, in whole or in part, because neither users nor their prescribers relied to their detriment upon any statement by PSI in determining to use medications at issue.

287

106.    PSI is not liable for statements or omissions in the Manufacturer Defendants branded or unbranded materials.

107.    To the extent that Plaintiffs seek relief for PSI's conduct occurring before enactment of the applicable statutes or regulations, the claims fail because the statutes and regulations do not apply retroactively.

108.    Plaintiffs fail to plead any actionable misrepresentation or omission made by or attributable to PSI.

109.    Plaintiffs' public-nuisance claim is barred or limited to the extent that Plaintiffs lack the statutory authority to bring a nuisance claim under Ohio law or their own applicable county or municipal codes or regulations.

110.    Plaintiffs' claims or damages are barred because users of the medications at issue used them illegally and not after properly being prescribed the medication by a licensed health care provider.

111.    PSI did not owe or breach any statutory or common law duty to Plaintiffs.

112.    PSI has no duty to protect Plaintiffs from intentional criminal acts of third persons, which are superseding causes that extinguish any liability.

113.    PSI denies all types of causation, including cause in fact, proximate cause, and producing cause, with respect to the claims asserted against PSI.

114.    Plaintiffs' claims are barred, in whole or in part, to the extent that they violate the Ex Post Facto clauses of the United States and Ohio Constitutions.

115.    PSI asserts its right to a proportionate reduction of any damages found against PSI based on the negligence or other conduct of any settling tortfeasor and/or responsible third party and/or Plaintiff.

116.    Plaintiffs' claims are barred in whole or in part because no statement or conduct of PSI was misleading, unfair, or deceptive.

117.    PSI is not liable for any injury allegedly caused to Plaintiffs by the products in question because all formulations, labeling, and design of the products complied with mandatory safety standards or regulations adopted and promulgated by the federal government, or an agency of the federal government, applicable to the products at the time of manufacture and that governed the product risk that allegedly caused the purported harm.

118.    The SAC is barred, in whole or in part, by the doctrines of acquiescence, settlement, or release.

119.    PSI adopts and incorporates herein by reference each and every affirmative defense raised by any of the other Defendants as if set forth herein.

120.    PSI reserves the right to assert additional affirmative defenses, as may be determined during the course of additional investigation and discovery.

121.    Any statement or allegation contained in the SAC not expressly admitted is hereby denied.

## **DEMAND FOR JURY TRIAL**

PSI hereby demands a trial by jury of all issues so triable.

289

Dated: January 15, 2019

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

/s/ John J. Haggerty

John J. Haggerty (Ohio Bar No. 0073752)
jhaggerty@foxrothschild.com
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
*Counsel for Defendant*
*Prescription Supply, Inc.*

## CERTIFICATE OF SERVICE

I certify that, on this 15th day of January 2019, I electronically filed a copy of the foregoing Defendant Prescription Supply, Inc.'s Answer and Affirmative Defenses to Plaintiffs' Corrected Second Amended Complaint using the CM/ECF system, which sent notification of such filing to all counsel of record.

**FOX ROTHSCHILD LLP**

BY: /s/ John J. Haggerty
Dated:  January 15, 2019                     John J. Haggerty