**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**DISTRIBUTORS' MOTION FOR LEAVE TO FILE A
MOTION TO CERTIFY ORDER UNDER 28 U.S.C.
§ 1292(b) FOR INTERLOCUTORY APPEAL**

Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Distributors") respectfully request leave to file a motion seeking certification of the Court's December 19, 2018 Opinion and Order, ECF Doc. No. 1203 ("Order") for an immediate appeal pursuant to 28 U.S.C. § 1292(b).  Attached hereto are Distributors' proposed motion, proposed memorandum of law in support of their motion, and a proposed order granting Distributors' motion.  *See* Exs. A–C.  For the reasons explained in Distributors' proposed memorandum of law, *see* Ex. B, certification of the Court's Order for an immediate appeal is warranted.  An immediate appeal would materially advance the Court's stated goal of achieving a global settlement of the national prescription opiate litigation.  Accordingly, Distributors request leave to file the attached motion and supporting papers.

Dated:  January 15, 2019

/s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Corporation and AmerisourceBergen Drug Corporation*

/s/ Geoffrey E. Hobart
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

Respectfully submitted,

/s/ Enu Mainigi
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
EMainigi@wc.com
lheard@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart