# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P.*, et al.,<br>Case No. 18-op-45090 | **MDL 2804**<br><br>**Case No. 1:17-md-2804**<br><br>**Judge Dan Aaron Polster** |

**ORDER GRANTING DISTRIBUTORS' MOTION FOR LEAVE TO FILE A MOTION TO CERTIFY ORDER UNDER 28 U.S.C. § 1292(b) FOR INTERLOCUTORY APPEAL**

This matter having come before the Court upon motion by Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Distributors") for leave to file a Motion To Certify Order Under 28 U.S.C. § 1292(b) For Interlocutory Appeal; the Court having reviewed the motion and related papers; due and proper notice having been provided; and after due deliberation, the Court finds that Distributors' motion should be GRANTED.

SO ORDERED this __ day of _____, 2019.

_____
**HON. DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**