# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45090 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING MOTION OF DEFENDANT TEVA PHARMACEUTICAL INDUSTRIES LTD. TO DISMISS THE SECOND AMENDED COMPLAINT FOR LACK OF PERSONAL JURISDICTION

Before the Court is the Motion Of Defendant Teva Pharmaceutical Industries Ltd. ("Teva Ltd.") To Dismiss The Second Amended Complaint For Lack Of Personal Jurisdiction (the "Motion"). Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED** that Defendant Teva Ltd.'s Motion is **GRANTED** in its entirety and the Second Amended Complaint is **DISMISSED** with respect to Defendant Teva Ltd. The Clerk shall enter judgement in Defendant Teva Ltd.'s favor.

**IT IS SO ORDERED.**


Dated this ___ day of _____, 2019

                                               HONORABLE DAN AARON POLSTER
                                               UNITED STATES DISTRICT COURT JUDGE


cc: All Counsel of Record