UNITED STATES DISTRICT COURT
FOR THE
NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 1:17-md-02804-DAP<br>Case No. 1:18-op-45412-DAP<br><br>JUDGE DAN A. POLSTER |
| THE NISQUALLY INDIAN TRIBE,<br><br>　　　　　Plaintiff,<br>v.<br><br>PURDUE PHARMA L.P., et al.;<br><br>　　　　　Defendants. | |

## NOTICE OF WITHDRAWAL AS COUNSEL

Please take notice that the attorneys listed below of the law firm of Galanda Broadman PLLC withdraw their appearance in the above-captioned case as counsel of record for Plaintiff, The Nisqually Indian Tribe.  This notice has no effect on representation of Plaintiff by the attorneys at the Robins Kaplan LLP firm, which shall remain counsel of record for Plaintiff.

DATED this 16th day of January, 2019.

**Galanda Broadman PLLC**

By: *s/Gabriel S. Galanda (consent)*
Gabriel S. Galanda, WSBA #30331
By: *s/Anthony S. Broadman (consent)*
Anthony S. Broadman, WSBA #39508
8606 35th Avenue NE, Suite L1
P.O. Box 15416
Seattle, WA 98115
T: (206) 557-7509
F: (206) 299-7690
gabe@galandabroadman.com
anthony@galandabroadman.com

NOTICE OF WITHDRAWAL AS COUNSEL - 1

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

**Robins Kaplan LLP**
Tara D. Sutton
Holly Dolejsi
Shira T. Shapiro
Sarah E. Friedricks
800 LaSalle Avenue, Suite 2800
Minneapolis, MN  55402
T: (612) 349 8500
F: (612) 339 4181
TSutton@RobinsKaplan.com
HDolejsi@RobinsKaplan.com
SShapiro@RobinsKaplan.com
SFriedricks@RobinsKaplan.com

Brendan V. Johnson
140 North Phillips Avenue, Suite 307
Sioux Falls, SD 57104
T: (605) 335-1300
F: (612) 740-7199
BJohnson@RobinsKaplan.com

s/Timothy Q. Purdon
Timothy Q. Purdon
1207 West Divide Avenue, Suite 200
Bismarck, ND 58503
T: (701) 255-3000
F: (612) 339-4181
TPurdon@RobinsKaplan.com

*Attorneys for Plaintiff Nisqually Indian Tribe*

NOTICE OF WITHDRAWAL AS COUNSEL - 2

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509

**CERTIFICATE OF SERVICE**

I hereby certify that on January 16, 2019, I electronically filed the foregoing Notice of Withdrawal as Counsel for the attorney set forth above with the Clerk of this Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

s/ Timothy Q. Purdon
Timothy Q. Purdon, Esq.

NOTICE OF WITHDRAWAL AS COUNSEL - 3

**Galanda Broadman PLLC**
8606 35th Avenue NE, Ste. L1
Mailing: P.O. Box 15146
Seattle, WA 98115
(206) 557-7509