UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | Case No.:  1:17-md-2804-DAP |
| | ) | Judge Dan Aaron Polster |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) | |

**NOTICE OF REVISED PROPER WAIVER OF
SERVICE REQUEST AND DESIGNATED RECIPIENT(S)**

The purpose of this notice is to <u>replace Justin McCarthy</u>, who previously was designated as a proper recipient of waiver requests for the corporate entities listed below, pursuant to Paragraph 6.d of Case Management Order One.  Please take notice that the entities listed below, which have been or may be transferred to this MDL, attach proper forms for waiver of service and request that they be directed to Sean Morris (sean.morris@arnoldporter.com) (no change), with a CC: to Kathleen Dallon (kathleen.dallon@arnoldporter.com) (new).

- Endo Pharmaceuticals Inc.
- Endo Health Solutions Inc.
- Par Pharmaceutical, Inc.
- Par Pharmaceutical Companies, Inc.
- Generics Bidco I, LLC

Dated:  January 16, 2019

Respectfully submitted,

*/s/ Sean O. Morris*
Sean O. Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, CA 90017-5844
Telephone:    (213) 243-4000
Facsimile:     (213) 243-4199
Email:           sean.morris@arnoldporter.com

*Counsel for Endo Pharmaceuticals Inc.; Endo Health Solutions Inc.; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; and Generics Bidco I, LLC*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing was filed electronically on the 16th day of January, 2019.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system, who may access this filing through the Court's system:

> */s/ Sean O. Morris*
> Sean O. Morris