**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** **THIS DOCUMENT RELATES TO:** *Track One Cases* | ) ) ) ) ) ) ) ) ) ) ) | **MDL 2804** **Case No. 1:17-md-2804** **Judge Dan Aaron Polster** **ORDER RE: MOTIONS FOR LEAVE TO FILE MOTIONS IN TRACK ONE CASES** |

On April 11, 2018, the Court issued Case Management Order One ("CMO-1"), which directs that "[n]o party may file any motion not expressly authorized by this Order absent further Order of this Court." Doc. #: 232 at 11. Because of this directive, the parties are required to seek leave of the Court to file motions regarding important issues in the Track One Cases.

Therefore, with respect to the Track One Cases only, the Court hereby lifts its requirement to seek leave to file substantive motions pertaining to issues in the Track One Cases. Parties may hereby file these motions directly on the docket.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster *January 17, 2019*
**DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE**