# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) | MDL No. 2804 |
| ------------------------------------------------ | ) | |
| This document relates to: | ) | |
| | ) | CASE NO. 1:17-MD-2804-DAP |
| *County of Summit, et al. v. Purdue Pharma L.P., et al*; Case No. 1:18-op-45090 | ) ) ) ) ) | JUDGE DAN AARON POLSTER |

## ORDER

Before this Court is Mallinckrodt plc's Motion by Special Appearance for Leave to File a Motion to Dismiss for Lack of Personal Jurisdiction and supporting Memorandum of Law under Federal Rule of Civil Procedure 12(b)(2). Having considered the record and the submission of the parties,

**IT IS HEREBY ORDERED**, that Mallinckrodt plc's Motion for Leave is **GRANTED**. The Court will now consider as filed, Mallinckrodt plc's attached Motion and Memorandum.

**IT IS SO ORDERED.**

Dated this 17th day of January, 2019

/s/Dan Aaron Polster
Honorable Dan Aaron Polster
United States District Court Judge