UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P.*, et al., Case No. 18-op-45090 | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**ORDER GRANTING DISTRIBUTORS' MOTION TO CERTIFY ORDER UNDER 28 U.S.C. § 1292(b) FOR INTERLOCUTORY APPEAL**

This matter having come before the Court upon motion by Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Distributors") to certify for immediate appeal pursuant to 28 U.S.C. § 1292(b) this Court's December 19, 2018 Opinion and Order, ECF No. 1203 ("Order"); the Court having reviewed the motion, and related papers; due and proper notice having been provided; and, after due deliberation, the Court finds that Distributors' motion should be GRANTED.

The Court hereby incorporates by reference herein the Order and AMENDS the Order to include a certification that it involves controlling questions of law as to which there are substantial grounds for difference of opinion and that an immediate appeal from the Order may materially advance the ultimate termination of the litigation.

SO ORDERED this __ day of _____, 2019.

                                                                         _____
                                                                         **HON. DAN AARON POLSTER**
                                                                         **UNITED STATES DISTRICT JUDGE**