**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL 2804 |
| | Case No. 17-md-2804 |
| *This document relates to:* | Hon. Dan Aaron Polster |
| Track One Cases | |

# PLAINTIFFS' MOTION TO AMEND THE CASE MANAGEMENT SCHEDULE

Pursuant to the provisions of CMO1, Plaintiffs in the three Track One cases respectfully move this Court to amend the Case Management Schedule set forth in CMO7 to extend the deadline for Plaintiffs to serve their expert reports, and for corresponding changes in the remainder of the Case Management Schedule necessitated by such extension.

This motion is supported by the attached Memorandum and the exhibits thereto.

Dated: January 18, 2019

Respectfully submitted,

s/*Peter H. Weinberger*
Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (Fax)
*pweinberger@spanglaw.com*
*Plaintiffs' Liaison Counsel*

## CERTIFICATE OF SERVICE

I hereby certify that on January 18, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

s/*Peter H. Weinberger*
Peter H. Weinberger
*Plaintiffs' Liaison Counsel*