# Exhibit A

## Court Reporter's Deposition Calendar – January and February

**In Support Of**

*Plaintiffs' Motion to Amend the Case Management Schedule*

**Filed January 18, 2019**

1686759.2

Exhibit A – Court Reporters' Deposition Calendar

| January | | | | | |
|---|---|---|---|---|---|
| **Monday** | **Tuesday** | **Wednesday** | **Thursday** | **Friday** | **Saturday/Sunday** |
| | 1 | 2 | 3<br>Jill A. Strang (Discount Drug Mart)<br>Evan Horowitz (Purdue) | 4<br>Ramona Sullins (Walmart)<br>Anthony Mollica (HBC Service Co.)<br>Stephen Lawrence (Cardinal Health)<br>Matthew Day (Teva)<br>Debra Chase (Rite Aid) | 5&6 |
| 7<br>Tom Nameth (Discount Drug Mart)<br>Catherine Jackson (Mallinckrodt) | 8<br>Ginger Collier (Mallinckrodt)<br>Michael Stephen Dorsey (Allergan)<br>Kate Neely (Mallinckrodt)<br>Gregory Carlson (HBC Service Company)<br>Joseph Hennessy (Insys Therapeutics)<br>Deborah Bearer (Teva) | 9<br>George Chapman (Walmart)<br>Jinping McCormick (Allergan)<br>Michael Bishop (McKesson)<br>Michael Wessler (Mallinckrodt)<br>Mary Woods (Allergan)<br>Rita Norton (AmerisourceBergen)<br>Cynthia Condodina (Teva)<br>Sophia Novack (Rite Aid) | 10<br>Roxanne Reed (Walmart)<br>Lisa Cardetti (Mallinckrodt)<br>Shauna Helfrich (CVS)<br>Frank Devlin (CVS)<br>Donald Walker (McKesson)<br>Wayne Eugene Bancroft (Walgreens)<br>Sarita Thapar (Allergan)<br>Frank Mashett (Janssen) 30b6<br>Gary Hilliard (McKesson)<br>Larry W. Romaine (Endo)<br>Kim Howenstein (Cardinal Health)<br>Mary Woods (Allergan)<br>Jack Crowley (Member of Order Monitoring System Committee)<br>Sabrina Solis (Anda)<br>Michael Morreale (Teva) | 11<br>Joel R. Saper, M.D.<br>Debbie Hodges (Walmart)<br>Terrance Terifay (Mallinckrodt)<br>Cassi Baker (Cardinal)<br>Gary Millikan (CVS)<br>Anthony Mihelich (Anda) | 12&13 |
| 14<br>Tomson George (Walgreens)<br>Ed Lanzetti- 3rd Party Witness<br>Andrea Bucher (Rite Aid) | 15<br>Thomas Moffatt- (CVS)<br>Greg Beam (Walmart)<br>Karen Harper(Mallinckrodt)<br>Denny Murray Fact (Walgreens)<br>Linda Kitlinsiki-  Endo<br>Margaret Feltz (Purdue) FACT<br>Rachelle Galant (Allergan )  Fact<br>Russell Gasdia (Purdue)<br>Michael Cochrane (Anda)<br>Andrew Boyer (Teva)<br>Keith Frost (Rite Aid) | 16<br>Dean Vanelli (CVS)<br>Tracey Hernandez (Par)<br>Kristy Spruell (Walmart)<br>Burt Rosen,Vice President, Federal Policy & Legislative Affairs (Purdue<br>Laurie Zaccaro (Walgreens) FACT<br>George Chunderlik- (HBC) FACT<br>Pamela Bennett Executive Director, Patient & Professional Relations<br>Corinne Gillenkirk (Teva)<br>Kevin Mitchell (Rite Aid) | 17<br>Aaron Burtner (CVS)<br>Craig Schiavo (CVS)<br>Tracey Hernandez (Par) (Continuation)<br>Gary Boggs (McKesson)<br>Kevin Webb (Mallinckrodt)<br>Art Morelli (Mallinckrodt)<br>Erin Cox (Mallinckrodt)<br>Demir Bingol (Endo)<br>Carla Cartwright (Janssen) 30(b)6<br>Roxanne McGregor-Beck (Janssen)<br>Neil Shusterman (Endo)<br>John Hassler (Teva)30 b6<br>Doug Emma (Cardinal)<br>Tom Napoli (Allergan)<br>Doug Boothe (Allergan)<br>Chris Domzalski -(Walgreens)  Fact<br>Gabriel Weissman  (ABDC) | 18<br>John Meritello (Walgreens)<br>Kevin Webb (Mallinckrodt) (continuation)<br>Mike Bianco -  (HBC)- FACT<br>Paul Coplan- Purdue<br>Gary Thalacker (H.D. Smith)<br>Rich Ryu (Cardinal)<br>Kirk Dumont<br>Neil Shusterman (Endo)<br>Gary Boggs (McKesson) (continuation)<br>Carol Marchione (Teva)<br>Valerie Kaisen (Teva) | 19&20 |
| 21<br>Sean Barnes (Walgreens)<br>Amy Knisely (Rite Aid) | 22<br>Nathalie Leitch (Allergan)<br>Chris Forst (Cardinal)<br>Bruce Colligen (Janssen) 30(b)(6) - Topic 22(a)<br>Michele Dempsey (Janssen)<br>Emily Hall (Anda)<br>DeWayne Benson (H.D. Smith)<br>Brian Lortie - 30(b0(6) (Endo)<br>Christopher Bauch (Janssen)<br>Fred Bencivengo (HBC)<br>Walter Durr- (HBC)- FACT<br>Susanne Hiland (Walmart)- 30(b)(6)<br>Andrew Palmer(Rite Aid)<br>Laura Sippial (Teva)<br>John Gillies (Mallinckrodt) (30(b)(6) and diversion) | 23<br>Joyce DelGaudio<br>Thomas Convery (Cardinal)<br>James Doroz (Insys Therapeutics)<br>Tasha Polster (Walgreens)- FACT<br>Jaime Whited (Walgreens) FACT<br>Ron Kuntz  (Janssen)<br>Michele Dempsey (Janssen) (continuation)<br>John Mortelliti (CVS)<br>Terrence Dugger (CVS)<br>Susanne Hiland (Walmart)<br>Michael Kaufman (Janssen) | 24<br>Patrick Cochrane/30b6 (Anda)<br>Ron Kuntz (Janssen) (continuation)<br>Kimberly Anna-Soison (Cardinal)<br>Nawang Kunga  (McKesson)<br>Thomas Udicious (Insys Therapeutics)<br>Pete Slone (McKesson)<br>Brian Witte (Anda)<br>David Brennan (Teva)<br>Christine Baeder (Teva)<br>Kelly Baker (CVS)<br>Jen Diebert (Walgreens) Fact<br>Michael Kaufman (Janssen) (continuation)<br>Bruce Ritchie (Janssen)<br>Russell K. Portenoy, M.D.<br>Kevin Becker (Mallinckrodt)<br>Ellen Wilson (CVS)<br>Kevin Becker (Mallinckrodt)<br>Sally Riddle (Purdue) (continuation)<br>Pam Hinkle (CVS)<br>Marcelino Guerreiro (ABDC)_ | 25<br>Patrick Cochrane/30b6 (Anda) (continuation)<br>Lisa Pehlke<br>Bruce Ritchie (Janssen) (continuation)<br>Chris Dymon (Walgreens)<br>Robert McClune- HBC - FACT<br>Gene Cavacini (McKesson)<br>Barbara Martin (30(b)(6) Walgreens on Rx integrity, SOM, etc.)<br>Barrett Woomer (H.D. Smith)<br>Mary Kristen Thornton (Purdue) Kendra Wise (Purdue)<br>Amanda Stephens (Hogan) (Purdue) Product Manager<br>Sheri Hinkle (CVS)<br>Ellen Wilson (CVS)<br>Michael Amen (ABDC)<br>Celia Weber(ABDC)<br>30(b)(6) Leaders Quest | 26&27 |
| 28<br>John Adams (Mallinckrodt) (diversion) | 29 | 30 | 31<br>Stephen Macrides  - 30(b0(6) (Endo)<br>Gary M. Henschen, MD, LFAPA | | |

1686769.1

Exhibit A – Court Reporters' Deposition Calendar

| February | | | | | |
|---|---|---|---|---|---|
| Monday | Tuesday | Wednesday | Thursday | Friday | Saturday/Sunday |
|  |  |  |  | 1<br>Stacey Beckhardt (Teva) | 2&3 |
| 4 | 5<br>Jeff Kilper (Mallinckrodt) (finance) | 6<br>John Gans- Discount Drug Mart (DDM) - FACT<br>Darin Cecil (Insys) | 7<br>John Gillies (Mallinckrodt) (personal capacity) | 8<br>Tiffany Rowley-Kilper (Mallinckrodt) | 9&10 |
| 11 | 12<br>Bonnie New (Mallinckrodt) | 13<br>Lynn Phillips (RICO) (Mallinckrodt) | 14 | 15 | 16&17 |
| 18 | 19 | 20<br>P. Andrew Pyfer (Teva) | 21 | 22 | 23&24 |
| 25 | 26 | 27 | 28 |  |  |

1686769.1