# Exhibit B

## *Amendment to Case Management Schedule*

# Plaintiffs' Proposals

**In Support Of**

*Plaintiffs' Motion to Amend the Case Management Schedule*

**Filed January 18, 2019**

1686772.1

EXHIBIT B

In Support of
*Plaintiffs' Motion to Amend the Case Management Schedule*

### PLAINTIFFS' PROPOSALS

### No Extension of Trial Date

| Current Schedule | 45 Day Extension – Staggered Expert Report Production | 60 Day Extension- Simultaneous Expert Report Production |
|---|---|---|
| January 25- Depositions Conclude | January 25- Depositions Conclude | January 25- Depositions Conclude |
| Feb. 8 - Plaintiffs' Expert Disclosure | March 25 - Plaintiffs' Expert Disclosure | April 8 - Simultaneous Disclosure of Experts by Plaintiffs' and Defendants |
| Feb. 18-March 15 - Plaintiffs' Expert Depositions | Apr. 4-29 - Plaintiffs' Expert Depositions | Apr. 22-May 10 - Plaintiffs' Expert Depositions |
| March 26 - Defendants' Expert Disclosure | May 10 - Defendants' Expert Disclosure | Not Applicable |
| April 8-May 3 - Defendants' Expert Depositions | May 23-June 17 - Defendants' Expert Depositions | May 13-May 31 - Defendants' Expert Depositions |
| May 13 - Deadline to File Daubert and Dispositve Motions | June 27 - Deadline to File Daubert and Dispositive Motions | June 14 - Deadline to File Daubert and Dispositive Motions |
| June 10 - Daubert and Dispositive Motion Responses Due | July 25 - Daubert and Dispositive Motion Responses Due | July 12 - Daubert and Dispositive Motion Responses Due |
| July 1 - Daubert and Dispositive Motion Reply Deadline | Aug 15 - Daubert and Dispositive Motion Reply Deadline | Aug. 2 - Daubert and Dispositive Motion Reply Deadline |
| July 16 - Hearing on Daubert and Dispositive Motions- if Necessary | Aug. 22 - Hearing on Daubert and Dispositive Motions if Necessary | Aug. 16 - Daubert and Dispositive Motion Hearing- if Necessary |
| Aug. 22- Final Pretrial Hearing | Aug. 22 - Final Pretrial Hearing | Aug. 22- Final Pretrial |
| Sept 3 - Trial Date | Sept 3 - Trial Date | Sept. 3 - Trial Date |

1686772.1