# Exhibit C

## *Amendment to Case Management Schedule*

## Defendants' Proposal

**In Support Of**

*Plaintiffs' Motion to Amend the Case Management Schedule*

**Filed January 18, 2019**

1686832.1

EXHIBIT C

In Support of
*Plaintiffs' Motion to Amend the Case Management Schedule*

**DEFENDANTS' PROPOSALS**

**45-day Extension of Plf Expert Disclosure Deadline
with 55-day Extension or 41-day Extension of the Trial Date**

| Current Schedule | 55-Day Extension | Manufacturer Defendants' Proposal – 41-Day Extension |
|---|---|---|
| January 25- Depositions Conclude | January 25- Depositions Conclude | |
| Feb. 8 - Plaintiffs' Expert Disclosure | March 25 - Plaintiffs' Expert Disclosure | March 25, 2019 - Plaintiffs shall serve expert reports |
| Feb. 18-March 15 - Plaintiffs' Expert Depositions | | |
| March 26 - Defendants' Expert Disclosure | May 10 - Defendants' Expert Disclosure | May 10, 2019 – Defendants shall serve expert reports |
| April 8-May3 - Defendants' Expert Depositions | | |
| May 13 - Deadline to File Daubert and Dispositve Motions | June 28 - Deadline to File Daubert and Dispositive Motions | June 21, 2019 – Deadline for Daubert and dispositive motions. |
| June 10 - Daubert and Dispositive Motion Responses Due | July 31 - Daubert and Dispositive Motion Responses Due | July 26, 2019 – Deadline for responses to Daubert and dispositive motions |
| July 1 - Daubert and Dispositive Motion Reply Deadline | Aug 19 - Daubert and Dispositive Motion Reply Deadline | August 9, 2019 – Deadline for replies in support of Daubert and dispositive motions. |
| July 16 - Hearing on Daubert and Dispositive Motions- if Necessary | September 9 - Hearing on Daubert and Dispositive Motions if Necessary | August 30, 2019 - Hearings on Daubert and dispositive motions, or as otherwise set by the Court, if necessary |
| Aug. 22- Final Pretrial Hearing | Oct. 15 - Final Pretrial Hearing | October 4, 2019 – Final Pretrial hearing |
| Sept 3 - Trial Date | Oct. 28 - Trial Date | October 14, 2019 – Trial |