**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>*This document relates to:*<br>Track One Cases | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

## [PROPOSED] ORDER AMENDING THE CASE MANAGEMENT SCHEDULE AND PROVIDING NEW DEADLINES FOR TRACK ONE CASES

This Court earlier set case management deadlines in connection with the "Track One Cases." *See* CMO-1 at 6-8 (docket no. 232). Thereafter, the Court amended those deadlines at the request of the parties. *See* CMO-7 (docket no. 876). Plaintiffs having moved for further modification of the case management deadlines in order to provide sufficient time for their experts to review and analyze material produced in discovery, and the Court having reviewed Plaintiffs' motion and the various proposals of the parties, the Court now enters the following amended case management schedule:

_____, 2019 – Plaintiffs [and Defendants] shall serve expert reports and, for each expert, provide two proposed deposition dates between _____ and _____, 2019.

[_____, 2019 – Defendants shall serve expert reports and, for each expert, provide two proposed deposition dates between _____ and _____, 2019.]

_____, 2019, 4:00 p.m. – Deadline for *Daubert* and dispositive motions.

_____, 2019, 4:00 p.m. – Deadline for responses to *Daubert* and dispositive motions.

_____, 2019, 4:00 p.m. – Deadline for replies in support of *Daubert* and dispositive motions.

_____, 2019 – Hearings on *Daubert* and dispositive motions, or as otherwise set by the Court, if necessary.

_____, 2019, 12:00 noon – Final Pretrial Hearing.

_____, 2019 – Trial.

In a separate order, the Court will set deadlines for motions *in limine*, deposition designations, jury instructions, jury questionnaire, and other pretrial submissions.

IT IS SO ORDERED.

                                                Dan Aaron Polster
                                                United States District Judge

Dated: _____, 2019