UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to: All Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster<br><br>Mag. Judge David A. Ruiz |

## MANUFACTURER DEFENDANTS' JOINDER IN DEFENDANT MCKESSON CORPORATION'S MOTION TO COMPEL PRODUCTION OF THE OHIO AUTOMATED RX REPORTING SYSTEM ("OARRS") DATABASE

The undersigned Manufacturer Defendants hereby join in Defendant McKesson Corporation's Motion to Compel Production of the OARRS Database and Memorandum in Support ("Motion to Compel") [ECF No. 1221], filed December 31, 2018.

The OARRS database contains a breadth and depth of critical information that other databases produced in this litigation do not. The database provides outpatient prescription data reported by retail dispensers, and wholesale prescription data reported by distributors. No other database so comprehensively captures the distributor, prescriber, patient, and dispenser information needed to trace prescriptions and identify doctor-shoppers and over-prescribers, and thus illuminate alternative causes of opioid diversion. The ARCOS and IMS/IQVIA databases, for example, do not contain downstream data to the patient level. And the IMS/IQVIA information is aggregated and in many instances based on extrapolation such that some patient- and provider-specific analyses are impossible. The OARRS database, by contrast, houses provider- and patient-level information that can be examined in conjunction with data produced from other sources to identify over-prescribers and determine, for instance, if those who obtained prescriptions later received treatment for an opioid use disorder, were arrested, hospitalized, or

charged with opioid-related criminal offenses. Finally, no other database containing these details has been produced in this litigation. As a result, this information is accessible by agents of the Track One Plaintiffs, but was not and is not available to any of the Defendants. Because such information is critical to establishing the full causes of the harms that Plaintiffs seek damages for and had notice of—issues critical to the Manufacturer Defendants' defenses—the Court should compel the State of Ohio Board of Pharmacy immediately to produce the entire OARRS database, just as it did the ARCOS database and IMS/IQVIA information.

The Manufacturer Defendants hereby join, adopt, and incorporate by reference the legal arguments and authorities cited in the Motion to Compel to the extent such legal arguments and authorities concern claims brought against the Manufacturer Defendants, and respectfully request that the Court grant McKesson's motion.

Dated: January 18, 2019

Respectfully submitted,

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

/s/ Mark S. Cheffo_____
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
Tel: (212) 698-3500
Fax: (212) 698-3599
Mark.Cheffo@dechert.com

*Attorney for Defendants Purdue Pharma L.P., Purdue Pharma Inc., the Purdue Frederick Company Inc., Purdue Pharma Manufacturing Inc.*


/s/ Jonathan L. Stern_____
Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW
Washington DC 20001
Phone: (202) 942-5000
Fax: (202) 942-5999
Jonathan.Stern@arnoldporter.com

*Attorney for Defendants Endo Pharmaceuticals Inc. and Endo Health Solutions Inc.*


/s/ Steven A. Reed_____
Steven A. Reed
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Tel: (215) 963-5603
Fax: (215) 963-5001
Steven.reed@morganlewis.com

*Attorney for Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc.*

/s/ Brien T. O'Connor_____
Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower, 800 Boylston Street
Boston, MA 02199-3600
Telephone: (617) 235 4650
Brien.O'Connor@ropesgray.com

*Attorney for Defendant Mallinckrodt LLC*

/s/ J. Matthew Donohue_____
J. Matthew Donohue
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
Telephone: (503) 243-2300
Facsimile: (503) 241-8014
matt.donohue@hklaw.com

*Attorney for Defendant Insys Therapeutics, Inc.*

/s/ Donna M. Welch_____
Donna M. Welch
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
Fax: (312) 862-2200
donna.welch@kirkland.com

*Allergan Finance, LLC*
*f/k/a Actavis, Inc. f/k/a Watson*
*Pharmaceuticals, Inc.*

4

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2019, a copy of the foregoing **JOINDER IN DEFENDANT MCKESSON CORPORATION'S MOTION TO COMPEL PRODUCTION OF THE OHIO AUTOMATED RX REPORTING SYSTEM DATABASE** was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: January 18, 2019

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*