# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| This document applies to: | CASE NO. 1:17-md-2804 |
| THE NAVAJO NATION, | |
| Plaintiff, | JUDGE DAN A. POLSTER |
| v. | |
| PURDUE PHARMA L.P., *et al.* | |
| Defendants. | |
| Case No.: 18-op-45496 | |

## NOTICE OF APPEARANCE

The attorney listed below of the law firm Gilbert LLP enters her appearance in the above-captioned case as counsel of record for Plaintiff, The Navajo Nation. The attorney below respectfully requests her name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorney through the Court ECF filing system, as registered, or, if necessary, at the addresses noted below.

Jenna A. Hudson, Esq.
DC Bar No. 1002396
Gilbert, LLP
1100 New York Avenue, NW, Suite 700
Washington, DC 20005
Telephone: (202)772-3966
Facsimile:  (202)772-3333
Email: hudsonj@gilbertlegal.com

Dated: January 22, 2019          Respectfully submitted,

         */s/ Jenna A. Hudson*
         Jenna A. Hudson, Esq.
         DC Bar No. 1002396
         Gilbert, LLP
         1100 New York Avenue, NW, Suite 700
         Washington, DC 20005
         Telephone: (202)772-3966
         Facsimile:  (202)772-3333
         Email: hudsonj@gilbertlegal.com

## **CERTIFICATE OF SERVICE**

      I hereby certify that on January 22, 2019 I electronically filed the foregoing Notice of Appearance for the attorney set forth above with the Clerk of this Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

                                        *s/ Jenna A. Hudson*
                                        Jenna A. Hudson, Esq.