

EXHIBIT I

Health and Human Services

30 E. Broad Street, 26th Floor

Columbus, OH 43215

www.OhioAttorneyGeneral.gov

January 4, 2019

Justin E. Rice, Esq.
Tucker Ellis LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
*Via email*

RE: *In re: National Prescription Opiate Litigation*, Case No. 1:17-md-02804
**Subpoena Duces Tecum to Ohio Department of Health**

Dear Mr. Rice;

The Department of Health will shortly be transmitting the fourth batch of approximately 865 pages of materials responsive to your subpoena. These will come in the same manner as the previous batches via secure email from Mr. Wakley. The Department believes these documents are potentially responsive to the requests enumerated in your subpoena as listed below:

| | |
|---|---|
| Item 9 | Item 17 |
| Item 10 | Item 18 |
| Item 14 | Item 21 |
| Item 15 | Item 27 |

As Mr. Wakley communicated to you yesterday, the Department will continue to gather potentially responsive records and provide them to you on a rolling basis in a good faith effort to comply with the current subpoena.

Sincerely,

*/s/ Yvonne Tertel*
Yvonne Tertel
Assistant Attorney General
Counsel to the Ohio Department of Health

1