**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*ALL CASES* | MDL No. 2804<br><br>Case No. 1:17-md- 2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF APPEARANCE**

Please take notice that John D. Parker, General Counsel of Baker Hostetler LLP, 127 Public Square, Suite 2000, Cleveland, Ohio 44114, hereby enters his appearance as additional counsel for Endo Pharmaceuticals Inc. and Endo Health Solutions Inc. in the above-captioned matter.  This appearance is for the limited purpose of responding to the January 10, 2019 Motion to Disqualify filed by the City of Cleveland and later joined by Summit County, Cuyahoga County and the City of Akron (the "Motion to Disqualify") and any proceedings related to the Motion to Disqualify.

DATED: January 22, 2019

/s/ John D. Parker
John D. Parker (0025770)
Carole S. Rendon (0070345)
Tera N. Coleman (0090544)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 621-0200
jparker@bakerlaw.com
crendon@bakerlaw.com
tcoleman@bakerlaw.com

Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC  20001-3743
(202) 942-5000
Jonathan.Stern@arnoldporter.com

Sean Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
(213) 243-4000
Sean.Morris@arnoldporter.com

Attorneys for Defendants
ENDO PHARMACEUTICALS INC. and ENDO
HEALTH SOLUTIONS INC.

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on January 22, 2019, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, and will be served via the Court's CM/ECF filing system on all attorneys of record.

DATED: January 22, 2019                     */s/ John D. Parker*
                                            John D. Parker