**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*ALL CASES* | MDL No. 2804<br><br>Case No. 1:17-md- 2804<br><br>Hon. Dan Aaron Polster |

**ENDO DEFENDANTS'**
**MOTION FOR LEAVE TO FILE MEMORANDUM IN EXCESS OF 15 PAGES**

Pursuant to Local Rule 7.1, Endo Pharmaceuticals Inc. and Endo Health Solutions Inc. (hereinafter "Endo"), respectfully move this Court for leave to file a memorandum in excess of 15 pages in response to the Plaintiffs' now-joint Motion to Disqualify.  Endo requests leave to file a responsive memorandum of no more than 26 pages.

On January 8, 2019 plaintiff City of Cleveland moved for leave to file a Motion to Disqualify Carole Rendon Under Seal.  Dkt. 1232.  That motion was granted the same day.  Dkt. 1234.  The City of Cleveland filed its Motion to Disqualify on January 10, 2019; and, shortly thereafter on January 14, 2019, Summit County, Cuyahoga County and the City of Akron filed a Joint Motion to Join in the City of Cleveland's Motion to Disqualify.  Dkt. 1241; Dkt. 1246.

The City of Cleveland exceeded the 15-page limit set forth in Local Rule 7.1(f) without leave of this Court.  The motion and memorandum in support of the City of Cleveland's Motion to Disqualify total 26 pages and contain 18 exhibits.  The Motion to Disqualify presents several theories of disqualification, contains a de facto motion to compel Ms. Rendon's deposition and contains several misrepresentations all of which Endo must address.  Consequently, Endo respectfully requests 26 pages in which to respond to the Plaintiffs' Motion to Disqualify.  Endo believes that a 26-page memorandum in response to the 26-page

motion and memorandum filed by the City of Cleveland and joined by the additional Plaintiffs is necessary, reasonable and does not prejudice Plaintiffs.[1]

| | |
|---|---|
| DATED: January 22, 2019 | /s/ John D. Parker |

                                        John D. Parker (0025770)
Carole S. Rendon (0070345)
Tera N. Coleman (0090544)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 621-0200
jparker@bakerlaw.com
crendon@bakerlaw.com
tcoleman@bakerlaw.com

Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC  20001-3743
(202) 942-5000
Jonathan.Stern@arnoldporter.com

Sean Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
(213) 243-4000
Sean.Morris@arnoldporter.com

Attorneys for Defendants
ENDO PHARMACEUTICALS INC. and ENDO HEALTH SOLUTIONS INC.

---

[1] If the Court is inclined to deny this Motion for Leave, Endo moves that the Court strike the memorandum in support of the City's Motion to Disqualify because it does not comply with Local Rule 7.1.

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 22, 2019, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, and will be served via the Court's CM/ECF filing system on all attorneys of record.

DATED: January 22, 2019  */s/ John D. Parker*
John D. Parker