-1-

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 DAP<br><br>Judge Dan A. Polster<br>Magistrate Judge David A. Ruiz |

## NOTICE OF APPEARANCE

Please enter the appearance of Anne F. Johnson of Hagens Berman Sobol Shapiro LLP on behalf of Plaintiff City of Seattle, in the above-captioned action.

DATED this 22nd day of January, 2019

Respectfully submitted,

HAGENS BERMAN SOBOL SHAPIRO LLP

By: */s/ Anne F. Johnson*
    Anne F. Johnson
HAGENS BERMAN SOBOL SHAPIRO LLP
1301 Second Avenue, Suite 2000
Seattle, WA 98101
Tel: (206) 623-7292
Fax: (206) 623-0594
Email: annej@hbsslaw.com

-1-