UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*ALL TRACK ONE CASES* | MDL No. 2804<br><br>Case No. 1:17-md- 2804<br><br>Hon. Dan Aaron Polster |

### ENDO DEFENDANTS' MOTION FOR LEAVE TO FILE UNDER SEAL AN UNREDACTED VERSION OF ITS OPPOSITION TO MOTION TO DISQUALY

Endo Pharmaceuticals Inc. and its affiliated companies (collectively "Endo") hereby move for leave to file two versions of their response to the City of Cleveland, Cuyahoga County, the City of Akron and Summit County's ("Plaintiffs") now joint Motion to Disqualify. Specifically, Endo seeks permission to file a redacted copy of the brief and accompanying exhibits on the public docket and an unredacted copy of the brief and certain accompanying exhibits under seal.

This Court's protective order provides:

Only Confidential or Highly Confidential portions of relevant documents are subject to sealing. To the extent that a brief, memorandum, or pleading references any document designated as Confidential or Highly Confidential, then the brief, memorandum or pleading shall refer the Court to the particular exhibit filed under seal without disclosing the contents of any confidential information. If, however, the confidential information must be intertwined with the text of the document, a party may timely move the Court for leave to file both a redacted version for the public docket and an unredacted version for sealing.

Dkt. # 441, ¶ 62.

Endo's brief and certain exhibits contain references to portions of two depositions that

have been marked Confidential by Plaintiffs.  As a result, in compliance with the Protective Order, Endo hereby moves to file both a redacted version and an unredacted version of its brief and exhibits.  The redacted version will remove any Confidential or Highly Confidential information as those terms are defined in the Court's protective order.  Dkt. # 441.

Respectfully submitted,

*/s/ John D. Parker*
John D. Parker (0025770)
Carole S. Rendon (0070345)
Tera N. Coleman (0090544)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH  44114-1214
Telephone:   216.621.0200
jparker@bakerlaw.com
crendon@bakerlaw.com
tcoleman@bakerlaw.com

Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942-5000
Jonathan.Stern@arnoldporter.com

Sean Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
(213) 243-4000
Sean.Morris@arnoldporter.com

Attorneys for the Endo Defendants

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 23, 2019, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

DATED: January 23, 2019  /s/ *John D. Parker*
John D. Parker