# EXHIBIT 2



August 12, 2018

**VIA EMAIL**

Carole S. Rendon, Esq.
Baker Hostetler
Key Tower, 127 Public Square
Cleveland, OH 44114
crendon@bakerlaw.com

      Re:    *In Re National Prescription Opioid Litigation*; Case No. 17-md-2804
                *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*; Case No. 17-md-2804

Dear Ms. Rendon,

    We write on behalf of Cuyahoga County. It has been over a week since we first wrote you regarding our client's concern over your current position as counsel for Endo and Liaison Counsel for the Manufacturer Defendants in the defense of the above-referenced litigation.

    Our client feels strongly that this issue must be brought to the Court's attention if it is not resolved otherwise. We hoped we would have a conversation to discuss this in light of our prior correspondence; however, we never received a response to our August 3 correspondence.

    Silence is not the proper way to deal with this issue. As we understand, our client is not the only Plaintiff concerned over this issue, as the number of emails that include you name is mounting not only in our productions but in Cleveland's productions as well. I am told we have now identified as many as 1,500 emails that include you in some manner.

    If we do not hear back from you before Wednesday, August 15, 2018, we will have no choice but to proceed further.

                                                       Regards,

                                                         Sincerely,
                                                         */s/ Hunter J. Shkolnik*
                                                       Hunter J. Shkolnik
                                                       Salvatore C. Badala
                                                       Joseph L. Ciaccio