# EXHIBIT 10

## Rendon, Carole S.

| | |
|---|---|
| **From:** | Rendon, Carole S. |
| **Sent:** | Saturday, December 29, 2018 10:01 AM |
| **To:** | David@SpecialMaster.Law |
| **Cc:** | xALLDEFENDANTS-MDL2804-Service@arnoldporter.com; MDL2804discovery@motleyrice.com; Mark Pifko |
| **Subject:** | RE: Response to Mr. Pifko's December 14, 2018 Correspondence |

Special Master Cohen:

If it was not already crystal clear, Mr. Pifko's response confirms plaintiffs' true motive in seeking my deposition. Plaintiffs have no interest in, or need for my testimony. They subpoenaed me for deposition to engage in a fishing expedition to see if they could find a basis to seek my disqualification. That is why Mr. Pifko so quickly offered to withdraw the subpoena seeking my testimony, if I would agree to withdraw from the case. I will not.

Plaintiffs' subpoena for my deposition is blatantly improper. The Court should order its immediate withdrawal.

If we are forced to continue to litigate this charade in the context of a motion to quash, we reserve our rights to seek sanctions for plaintiffs' clear abuse of legal process.

Thank you,

Carole Rendon

**Carole S. Rendon**
Partner

BakerHostetler
Key Tower
127 Public Square | Suite 2000
Cleveland, OH 44114-1214
T +1.216.861.7420
M +1.216.215.1621

crendon@bakerlaw.com
bakerlaw.com



**From:** Mark Pifko <MPifko@baronbudd.com>
**Sent:** Friday, December 28, 2018 5:03 PM
**To:** David@SpecialMaster.Law; Rendon, Carole S. <crendon@bakerlaw.com>
**Cc:** xALLDEFENDANTS-MDL2804-Service@arnoldporter.com; MDL2804discovery@motleyrice.com
**Subject:** Re: Response to Mr. Pifko's December 14, 2018 Correspondence

Ms. Rendon and Special Master Cohen:

We are in receipt of the email and attachment below. We disagree with the positions asserted in Ms. Rendon's letter. Nevertheless, in the spirit of compromise and good faith, I wanted to convey the following offer to Ms. Rendon: If you agree to withdraw from the case, we will agree to withdraw the subpoena seeking your testimony. Please let us know by early next week so we can plan accordingly.

1

**Mark Pifko**
Baron & Budd, P.C. | Shareholder

818.839.2333 main
818.839.2325 direct
310.467.7799 mobile

www.baronandbudd.com

Dallas | Austin | Baton Rouge | New Orleans | Los Angeles
San Diego | New Jersey | New York | Washington, D.C.

---

**From:** "Bertke, Melissa D." <mbertke@bakerlaw.com>
**Date:** Friday, December 28, 2018 at 11:43 AM
**To:** "David@SpecialMaster.Law" <David@SpecialMaster.Law>, Mark Pifko <MPifko@baronbudd.com>
**Cc:** "crendon@bakerlaw.com" <crendon@bakerlaw.com>, "xALLDEFENDANTS-MDL2804-Service@arnoldporter.com" <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>, "MDL2804discovery@motleyrice.com" <MDL2804discovery@motleyrice.com>
**Subject:** Response to Mr. Pifko's December 14, 2018 Correspondence

Special Master Cohen and Mr. Pifko:

Please see the attached letter from Carole Rendon in response to Mr. Pifko's correspondence of December 14.

**Melissa Bertke**
Partner

BakerHostetler
Key Tower
127 Public Square | Suite 2000
Cleveland, OH 44114-1214
T +1.216.861.7865

mbertke@bakerlaw.com
bakerlaw.com



---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.