# Hartman Declaration
# Ex. 1 Redacted

Message

**From:** Suhadolnik, Jena (USAOHN) [Jena.Suhadolnik@usdoj.gov]
**Sent:** 3/20/2015 8:22:50 AM
**To:**

**Subject:**

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

CLEVE_001641755



HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

CLEVE_001641756

| | |
|---|---|
| Message | |
| From: | Suhadolnik, Jena (USAOHN) [Jena.Suhadolnik@usdoj.gov] |
| Sent: | 2/1/2016 8:12:57 AM |
| To: | Acton, Lawrence [lacton@cuyahogacounty.us]; Adelman, Chris [Chris.Adelman@stvincentcharity.com]; Angelo, Philip [pangelo@cuyahogacounty.us]; Anthes, Loren [lanthes@metrohealth.org]; Astrab, Michael [JudgeAstrab@gmail.com]; Babiuch, Ryan [rbabiuch@bakerlaw.com]; Baldzicki, Ed [Baldzie@ccf.org]; Balthis, Russ [balthis@cityofcf.com]; Bash, Richard [rbash@columbuspolice.org]; Beck, Randy [Randy.Beck@med.state.oh.us]; Biddinger, Jennifer [Jennifer.Biddinger@OhioAttorneyGeneral.gov]; Biddlestone, Elayne - AMCNO [ebiddlestone@amcnoma.org]; Bonish, John [John.Bonish@pharmacy.ohio.gov]; Bova, Frank [fbova@cuyahogacounty.us]; Brandt, Rob [Rob.Brandt@yahoo.com]; Brock, Ian M. (CV) (FBI) [Ian.Brock@ic.fbi.gov]; Bucci, Dan [Daniel.Bucci@uhhospitals.org]; Capretto, Jeff [web@cityofbayvillage.com]; Caraffi, Vince [vcaraffi@ccbh.net]; Collins, Gregory [colling@ccf.org]; Connelly, Michael [mike.connelly@ohiohidta.org]; Conroy, Britt [Britt.Conroy2@UHhospitals.org]; Cook, Mike - Judge Astrab's bailiff [cpmc4@cuyahogacounty.us]; Covington, Edward [covinge@ccf.org]; Creeden, Rosemary [Rosemary.Creeden@frontlineservice.org]; Davis, Jack [davisjh@cityofcf.com]; Davis, Marleina [davism4@ccf.org]; Dekatch, Todd D. (CV) (FBI) [Todd.Dekatch@ic.fbi.gov]; Delos Reyes, Christina [Christina.DelosReyes@uhhospitals.org]; Denihan, William [denihan@adamhscc.org]; Dennis Sweet (dennis.sweet@ohioattorneygeneral.gov) [dennis.sweet@ohioattorneygeneral.gov]; Dettelbach, Steven M. (USAOHN) [Steve.Dettelbach@usdoj.gov]; Dietsche, Compliance Agent [Lisa.Dietsche@pharmacy.ohio.gov]; DiFranco, Carl [cdifranco2@gmail.com]; Dorr, Brian [btdorr1129@gmail.com]; Edwards, Trey [Trey.Edwards@pharmacy.ohio.gov]; Evans, Stephen [coronerloraincounty@hotmail.com]; Fallon, Tom [tfallon@norwoodpolice.org]; Fishman, Christine [chrisfishman@gmail.com]; Forrester, Mary Ann [maforrester0205@yahoo.com]; Foster, Denise (Renita) (DEA) [Denise.Foster@usdoj.gov]; Fraser, Kim [kfraser@lakeadamhs.org]; Frolik, Joe [jfrolik@prosecutor.cuyahogacounty.us]; Fulkerson, Jonathan [Jonathan.Fulkerson@OhioAttorneyGeneral.gov]; Gallagher, David [David.Gallagher@pharmacy.ohio.gov]; Garner, Chad [Chad.Garner@pharmacy.ohio.gov]; Garrity, Bob [cyberph@msn.com]; Gates, Rev. Jimmy [jlmtgates@sbcglobal.net]; Gilson, Thomas - Cuyahoga County Medical Examiner [tgilson@cuyahogacounty.us]; Gingell, Gary [ggingell@city.cleveland.oh.us]; Gould, Justin Seabury (USAOHN) [Justin.Gould@usdoj.gov]; Hanuschock, Rita [rhanuschock@gmail.com]; Harrison, Brenda [Brenda.Harrison@med.ohio.gov]; Howard, Orlando [Orlando.Howard@stvincentcharity.com]; Hugh Shannon (hshannon@cuyahogacounty.us) [hshannon@cuyahogacounty.us]; Isackila, Ray [Ray.Isackila@uhhospitals.org]; James, John [jjames@clevelandcitycouncil.org]; Jamie Stanley (jlstanley@dps.state.oh.us) [jlstanley@dps.state.oh.us]; Jerry, Jason [jerryj@ccf.org]; Johns, Jen [johnsj@ccf.org]; Kiska, Angela [KISKAA@ccf.org]; Kotz, Margaret [Margaret.Kotz@uhhospitals.org]; Lavelle, Patrick [plavelle@prosecutor.cuyahogacounty.us]; Lawrence, James [JamesLawrence@orianahouse.org]; Lee, D. Scott [Scott.Lee@shakeronline.com]; Leppla, Allisyn [aleppla@ccbh.net]; Madden, Dennis [Dennis.Madden@stellamariscleveland.com]; Mahfoud, Youssef [Youssef.Mahfoud@va.gov]; Maras, Suzanne [smaras@wkyc.com]; Marks, Aaron [AaronDavidMarks@gmail.com]; Martin, Keith W. (DEA) [Keith.W.Martin@usdoj.gov]; Matia, David [JudgeMatia@yahoo.com]; McGrath, Michael [mmcgrath@city.cleveland.oh.us]; Merlino, James [merlinj@ccf.org]; Metz, Emily [emetz@metrohealth.org]; Michalosky, Don [dmichalosky@cuyahogacounty.us]; Miday, Ryan [midayr@ccf.org]; Miller, Kyle D. [kmiller@sistersofcharityhealth.org]; Minerd, Rick [rdminerd@franklincountyohio.gov]; Moore, Karhlton [kmoore@dps.state.oh.us]; Mooty, Dena [mootyd@ccf.org]; Moran, Judy [jmoran@lakecountyohio.gov]; Mudra, Lynn [Lynn.Mudra@pharmacy.ohio.gov]; Mullin, Joseph C. (DEA) [Joseph.C.Mullin@usdoj.gov]; Negus, Carole [Carole.Negus@stellamariscleveland.com]; Nelson, Alisha [Alisha.Nelson@ohioattorneygeneral.gov]; Neth, Susan [Susan.Neth@frontlineservice.org]; Newton, Don [Don.Newton@pharmacy.ohio.gov]; O'Grady, Amy [Amy.O'Grady@ohioattorneygeneral.gov]; O'Malley, Daniel [danieljomalley@gmail.com]; Ostry, Randi [Randi.Ostry@OhioAttorneyGeneral.gov]; Papp, Joan [jpapp@metrohealth.org]; Pinjuh, Joseph M. (USAOHN) [Joseph.Pinjuh@usdoj.gov]; Plancon, Timothy J. (DEA) [Timothy.J.Plancon@usdoj.gov]; Posten, David [David.Posten@OhioAttorneyGeneral.gov]; Rendon, Carole (USAOHN) [Carole.Rendon@usdoj.gov]; Robins, Monica [MonicaRobins@wkyc.com]; Rosenthal, Jim [jbr@crklaw.com]; Rowan, David [rowand@ccf.org]; Ruma-Cullen, Christine [Cullenc@Bellefairejcb.org]; Ryan, Michael John [mryan@cuyahogacounty.us]; Schaumburg, Nancy [Schaumburgn@Bellefairejcb.org]; Schierholt, Steven [Steven.Schierholt@pharmacy.ohio.gov]; Schlie, Joshua [Joshua.Schlie@OhioAttorneyGeneral.gov]; Siegle, Derek [derek.siegle@ohiohidta.org]; Smith, Dawn [Dawn.Smith@med.state.oh.us]; Sroka, Stephen [drssroka@aol.com]; Stupica, Terri (Geauga County Judge) [TStupica@co.geauga.oh.us]; Suhadolnik, Jena (USAOHN) [Jena.Suhadolnik@usdoj.gov]; Summers, Mike [mike.summers@lakewoodoh.net]; Sweeney, Margaret A. (USAOHN) [Margaret.Sweeney@usdoj.gov]; Synenberg, Joan [cpld2@cuyahogacounty.us]; Tame, Craig (USAOHN) [Craig.Tame@usdoj.gov]; Taylor, Benton [Benton.Taylor@med.state.oh.us]; Tobin, Michael (USAOHN) [Michael.Tobin@usdoj.gov]; Uhland, Greg [guhland@orcahouse.org]; Walters, Don [mayor@cityofcf.com]; Wickerham, Todd A. (CV) (FBI) |

[Todd.Wickerham@ic.fbi.gov]; Williams, Calvin D. [cwilliams3@city.cleveland.oh.us]; Zone, Matt [mzone@clevelandcitycouncil.org]
**Subject:** Heroin and Opioid Action Plan Committee Meeting on Friday, February 5 at 2:00 p.m.

Sent on behalf of Craig Tame.

The next Heroin and Opioid Action Plan Committee Meeting will be held on Friday, February 5, 2016 from 2:00 p.m. to 3:30 p.m. at the U.S. Attorney's Office, 8th Floor Media Room, 801 W. Superior Avenue, Cleveland, Ohio 44113. An agenda will be provided prior to this meeting. If you are unable to attend in person, please use the following conference call number:

Conference Call:   (877) 521-5474
Passcode:          7413585

If you have participated in a heroin event, please submit the following information to Jena:

- Date of Event
- Name of Event
- Approximate number of attendees


Attached is the current Summary of Heroin Presentations.
Jena Suhadolnik
Program Assistant, LECC
U.S. Attorney's Office
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Tel: 216-622-3695
Fax: 216-522-2806
Jena.Suhadolnik@usdoj.gov

Message

| | |
|---|---|
| **From:** | Suhadolnik, Jena (USAOHN) [Jena.Suhadolnik@usdoj.gov] |
| **Sent:** | 6/6/2016 8:13:10 AM |
| **To:** | ebiddlestone@amcnoma.org; denihan@adamhscc.org; rbabiuch@bakerlaw.com; Cullenc@Bellefairejcb.org; Schaumburgn@Bellefairejcb.org; drssroka@aol.com; lanthes@communitysolutions.com; jjames@clevelandcitycouncil.org; mzone@clevelandcitycouncil.org; baldzie@ccf.org; bronsoc2@ccf.org; covinge@ccf.org; maforrester0205@yahoo.com; hanuscr@ccf.org; hunterjk@summahealth.org; jerryj@ccf.org; johnsj@ccf.org; keshavh@ccf.org; kiskaa@ccf.org; merlinj@ccf.org; midayr@ccf.org; mootyd@ccf.org; pagelj@ccf.org; rowand@ccf.org; mike.connelly@ohiohidta.org; Gingell, Gary [ggingell@city.cleveland.oh.us]; McGrath, Michael [mmcgrath@city.cleveland.oh.us]; Williams, Calvin [cwilliams3@city.cleveland.oh.us]; Terry.Wheeler@clevelandmetroschools.org; rbash@columbuspolice.org; cdifranco2@gmail.com; vcaraffi@ccbh.net; aleppla@ccbh.net; lacton@cuyahogacounty.us; JudgeAstrab@gmail.com; cpmc4@cuyahogacounty.us; JudgeMatia@yahoo.com; cpld2@cuyahogacounty.us; mryan@cuyahogacounty.us; tgilson@cuyahogacounty.us; hshannon@cuyahogacounty.us; Scott.Lee@shakeronline.com; sawadallah@prosecutor.cuyahogacounty.us; jfrolik@prosecutor.cuyahogacounty.us; plavelle@prosecutor.cuyahogacounty.us; pangelo@cuyahogacounty.us; fbova@cuyahogacounty.us; dgerome@cuyahogacounty.us; dmichalosky@cuyahogacounty.us; cpinkney@cuyahogacounty.us; gtaylor2@cuyahogacounty.us; balthis@cityofcf.com; davisjh@cityofcf.com; mayor@cityofcf.com; Foster, Denise (Renita) (DEA) [Denise.Foster@usdoj.gov]; Martin, Keith W. (DEA) [Keith.W.Martin@usdoj.gov]; Mullin, Joseph C. (DEA) [Joseph.C.Mullin@usdoj.gov]; Plancon, Timothy J. (DEA) [Timothy.J.Plancon@usdoj.gov]; Brock, Ian M. (CV) (FBI) [Ian.Brock@ic.fbi.gov]; Dekatch, Todd D. (CV) (FBI) [Todd.Dekatch@ic.fbi.gov]; Wickerham, Todd A. (CV) (FBI) [Todd.Wickerham@ic.fbi.gov]; rdminerd@franklincountyohio.gov; Rosemary.Creeden@frontlineservice.org; Susan.Neth@frontlineservice.org; kaykindice.ghs@gmail.com; jmadden@justinmaddenlaw.com; Tstupica@co.geauga.oh.us; tfallon@norwoodpolice.org; Joshua.Schlie@OhioAttorneyGeneral.gov; kfraser@lakeadamhs.org; jmoran@lakecountyohio.gov; danieljomalley@gmail.com; mike.summers@lakewoodoh.net; coronerloraincounty@hotmail.com; kcoontz@metrich.com; kporch@metrich.com; srobertson@ci.mansfield.oh.us; estockhausen@mhaadvocacy.org; emetz@metrohealth.org; jpapp@metrohealth.org; Jennifer.Biddinger@OhioAttorneyGeneral.gov; Jonathan.Fulkerson@OhioAttorneyGeneral.gov; Alisha.Nelson@OhioAttorneyGeneral.gov; Amy.O'Grady@ohioattorneygeneral.gov; Randi.Ostry@OhioAttorneyGeneral.gov; David.Posten@OhioAttorneyGeneral.gov; CindyK@Changeaddictionnow.org; andrew.yogmour@ohiohouse.gov; kmoore@dps.state.oh.us; jlstanley@dps.state.oh.us; Derek.Siegle@ohiohidta.org; John.Bonish@pharmacy.ohio.gov; Lisa.Dietsche@pharmacy.ohio.gov; Trey.Edwards@pharmacy.ohio.gov; David.Gallagher@pharmacy.ohio.gov; Chad.Garner@pharmacy.ohio.gov; Lynn.Mudra@pharmacy.ohio.gov; Don.Newton@pharmacy.ohio.gov; Steven.Schierholt@pharmacy.ohio.gov; mcombs@dps.ohio.gov; Brenda.Harrison@med.ohio.gov; Dawn.Smith@med.state.oh.us; Benton.Taylor@med.state.oh.us; guhland@orcahouse.org; JamesLawrence@orianahouse.org; IliyaMcGee@orianahouse.org; btdorr1129@gmail.com; chrisfishman@gmail.com; cyberph@msn.com; Michael.M.Levinson.MD@gmail.com; AaronDavidMarks@gmail.com; rnosanchuk@fairmounttemple.org; jbr@crklaw.com; amccain@recres.org; dtomer@recres.org; Rob.Brandt@yahoo.com; dfeitl@ralaw.com; kmiller@sistersofcharityhealth.org; Dennis.Madden@stellamariscleveland.com; Carole.Negus@stellamariscleveland.com; Chris.Adelman@stvincentcharity.com; Orlando.Howard@stvincentcharity.com; jlmtgates@sbcglobal.net; Gould, Justin Seabury (USAOHN) [Justin.Gould@usdoj.gov]; Pinjuh, Joseph M. (USAOHN) [Joseph.Pinjuh@usdoj.gov]; Rendon, Carole (USAOHN) [Carole.Rendon@usdoj.gov]; Suhadolnik, Jena (USAOHN) [Jena.Suhadolnik@usdoj.gov]; Sweeney, Margaret A. (USAOHN) [Margaret.Sweeney@usdoj.gov]; Tame, Craig (USAOHN) [Craig.Tame@usdoj.gov]; Tobin, Michael (USAOHN) [Michael.Tobin@usdoj.gov]; John_Ryan@brown.senate.gov; Caryn_Candisky@portman.senate.gov; Daniel.Bucci@uhhospitals.org; Britt.Conroy2@uhhospitals.org; Christina.DelosReyes@uhhospitals.org; Ray.Isackila@uhhospitals.org; Margaret.Kotz@uhhospitals.org; Youssef.Mahfoud@va.gov; web@cityofbayvillage.com; smaras@wkyc.com; MonicaRobins@wkyc.com |
| **Subject:** | Heroin and Opioid Action Plan Committee Meeting on Friday, June 10 at 2:00 p.m. |

Sent on behalf of Craig Tame.

The next Heroin and Opioid Action Plan Committee Meeting will be held on Friday, June 10, 2016 from 2:00 p.m. to 3:30 p.m. at the U.S. Attorney's Office, 8th Floor Media Room, 801 W. Superior Avenue, Cleveland, Ohio 44113. Attached is an agenda. If you are unable to attend in person, please use the following conference call number:

    Conference Call:    (877) 521-5474
    Passcode:    7413585

If you have participated in a heroin event, please submit the following information to Jena:

- Date of Event
- Name of Event
- Approximate number of attendees

Attached is the current Summary of Heroin Presentations.
Jena Suhadolnik
Program Assistant, LECC
U.S. Attorney's Office
Northern District of Ohio
801 West Superior Avenue, Suite 400
Cleveland, Ohio 44113
Tel: 216-622-3695
Fax: 216-522-2806
Jena.Suhadolnik@usdoj.gov