# EXHIBIT 2

event in Cleveland. WOIO-TV reports Adam Campbell was sentenced on Thursday after jurors convicted him of assaulting Steven Crupp in ... Read the full story

## Cleveland fed bank chief lawman is finalist for U of Cincinnati police chief

The Cincinnati Enquirer reports the finalists for chief include Oregon State University Public Safety Director Denson Chatfield Jr, Ohio State University Police Deputy Chief Craig Stone and Anthony Carter. Carter is chief of law enforcement at the Federal Reserve Bank of Cleveland in Cincinnati.

http://www.cleveland.com/metro/index.ssf/2016/05/cleveland_fed_bank_chief_l awma.html#incart_river_home

## President Barack Obama nominates Carole Rendon to be Cleveland U.S. attorney

WASHINGTON, D.C. -- President Barack Obama has nominated Acting U.S. Attorney Carole Rendon to fill the position vacated by her predecessor. Rendon, 53, has served as the interim U.S. attorney for the Northern District of Ohio since February, after Steven Dettelbach took a position at the BakerHostetler law firm. She previously served as Dettelbach's first assistant for more than six years. Read the full story

## Cuyahoga County to create a 'one-stop-shop' for auto titles, licenses and driver's exams in Garfield Heights

CLEVELAND, Ohio - Cuyahoga County plans to offer a one-stop shop to get driver's licenses and transfer auto titles at a new Garfield Heights license bureau next year. The move is an attempt to entice dealers on the nearby Bedford Auto Mile dealers to transfer titles in Cuyahoga County, rather than use the Summit County office in Northfield. The county loses hundreds of thousands of dollars a year in title fees because dealers say other counties offer better service. Cuyahoga County loses Read the full story

## Richfield police officer accused of stealing $26,000 from charity 'Shop with a Cop' program

RICHFIELD, Ohio -- A 17-year veteran Richfield police officer is accused of stealing more than $26,000 from a charity program that aimed at buying Christmas presents for disadvantaged kids. Michael Simmons, 41, of Stow, faces a third-degree felony charge. A warrant was issued Monday for his arrest. Simmons coordinated the department's Shop With A Cop charity program for several years.

Message

| | |
|---|---|
| **From:** | Mayor's Office of Communications [Communications@city.cleveland.oh.us] |
| **Sent:** | 8/22/2016 8:58:53 AM |
| **To:** | Undisclosed recipients |
| **Subject:** | Daily News Brief |

# WEATHER FORECAST



# LOCAL HEADLINES:

# Eight shot in 15 hours in Cleveland

CLEVELAND, Ohio — Eight people were shot in a 15-hour span Saturday and Sunday, including seven on the city's East Side. No arrests have been made in any of the shootings, police said. The first shooting happened about 11:40 a.m. Saturday in the 900 block of Amesbury Avenue, off 93rd Street in the Rosalind Amesbury Estates. He was taken to University Hospitals for treatment.

About 11 p.m., someone broke into a home in the 6400 block of Belvidere Avenue and shot two people. A 24-year-old woman was shot in the leg and a 30-year-old man was shot in the chest during the home invasion, according to police. About 10 minutes later, a 17-year-old boy was shot in the hip in the 1200 block of East 111th Street and taken to University Hospitals.

http://www.cleveland.com/metro/index.ssf/2016/08/eight_shot_in_15_hours_in_clev.html

# U.S. attorney talks police reform hopes, priorities during swearing-in ceremony

CLEVELAND, Ohio — U.S. Attorney Carole Rendon said Friday that she was proud of the work that Cleveland police did during last month's Republican National Convention. But Rendon raised the stakes to say that she wants to see that kind of policing happen every day, and hopes it will through the litigation she helped bring against the city of Cleveland. She laid that out as one of her priorities as she officially takes the reins of the federal prosecutor's office she has worked at for seven years.

"The cooperation that we saw during the RNC between the police department and the community, well, that's just a preview of what we hope and expect will be every day in the city of Cleveland, thanks to the legacy of our consent decree," Rendon said. Rendon, 53, was privately sworn in July 15 but held her public ceremony at Cleveland-Marshall College of Law. U.S. Sen. Sherrod Brown, who nominated Rendon for the position along with fellow Sen. Rob Portman, administered the oath of office.

http://www.cleveland.com/court-justice/index.ssf/2016/08/us_attorney_talks_police_refor.html#incart_river_index

# Nine hurt, two seriously after car crashes into Parma Heights senior citizens concert

PARMA HEIGHTS, Ohio — Nine people suffered injuries Sunday evening after a car crashed through the dance floor at an outdoor concert for senior citizens, police said. Two are seriously injured, according to police. All of the injured are in their 60s or 70s, police said. The incident happened about 7 p.m. in the parking lot at Greenbrier Commons on Pearl Road during the "Frank and Dean" Sinatra and Martin Summer Band Concert, part of a series of outdoor concerts in Parma and Parma Heights. It was the last scheduled concert of the summer.

A 74-year-old Parma Heights woman was leaving the concert and was backing her car out. Another car was waiting to pull into her spot to the right of the dance floor. The woman got confused and hit the gas instead of the brakes, police said. Her car lurched backward in a circular pattern and hit eight people on the dance floor. Some of the people hit went flying in the air on impact.

http://www.cleveland.com/metro/index.ssf/2016/08/nine_hurt_two_seriously_after.html#incart_m-rpt-1

# Cleveland police investigating suspicious death of woman dropped off at hospital

CLEVELAND, Ohio — Police are investigating the suspicious death of a 27-year-old woman who was dropped off Saturday at a hospital. The 27-year-old woman had bruising on her neck and police said they suspected violence contributed to her death. Police, however, cautioned that her death has not been ruled a homicide. The Cuyahoga County Medical Examiner will determine how she died. Police were initially called about 7:20 p.m. Saturday to investigate a woman who was unconscious on Newark Court and Fulton Avenue in Cleveland's Clark-Fulton neighborhood.

CLEVE_001286059