# HARTMAN DECLARATION EXHIBIT 3 FILED UNDER SEAL