# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| This document applies to: | CASE NO. 1:17-md-2804 |
| CITY OF ST. MARTINVILLE, LOUISIANA<br>      Plaintiff, | JUDGE DAN A. POLSTER |
| v. | |
| AMERISOURCEBERGEN DRUG CORPORATION, et al.<br>      Defendants | |
| Case No.: 1:19-op-45013 | |

## **NOTICE OF APPEARANCE**

  The attorney listed below of the law firm Allen & Gooch ALC enters his appearance in the above-captioned case as counsel of record for Defendant, Louisiana Wholesale Drug Company, Inc. The attorney below respectfully requests that his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorney through the Court ECF filing system, as registered, or, if necessary, at the address noted below:

  S. Brian Perry (La. Bar No. 25209)
  Allen & Gooch ALC
  2000 Kaliste Saloom Road, Ste. 400
  Lafayette, Louisiana  70508
  Telephone:  (337) 291-1410
  Facsimile:  (337) 291-1415
  Email:  BrianPerry@AllenGooch.com

Dated: January 23, 2019   Respectfully submitted,

*/s/ S. Brian Perry*
S. Brian Perry (La. Bar No. 25209)
Allen & Gooch, ALC
2000 Kaliste Saloom Road, Ste. 400
Lafayette, Louisiana 70508
Telephone: (337) 291-1410
Facsimile: (337) 291-1415
Email: BrianPerry@AllenGooch.com
Counsel for Louisiana Wholesale Drug Company, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on January 23, 2019 I electronically filed the foregoing Notice of Appearance for the attorney set forth above with the Clerk of this Court by using the CM/ECF system, which will send notice of electronic filing to all counsel of record.

*/s/ S. Brian Perry*
S. Brian Perry