UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                          MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −76)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,231 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jan 25, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

## SCHEDULE CTO−76 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **COLORADO** | | | |
| CO | 1 | 19−00112 | City of Thornton v. Purdue Pharma L.P. et al |
| CO | 1 | 19−00113 | Board of County Commissioners of the County of Jefferson, The v. Purdue Pharma, L.P. et al |
| CO | 1 | 19−00114 | Board Of County Commissioners Of The Of The County Of Adams, The et al v. Purdue Pharma, L.P. et al |
| **MAINE** | | | |
| ~~ME~~ | ~~1~~ | ~~19−00014~~ | ~~CITY OF WATERVILLE v. PURDUE PHARMA LP et al~~   Opposed 1/24/19 |
| ~~ME~~ | ~~1~~ | ~~19−00017~~ | ~~CITY OF AUGUSTA v. PURDUE PHARMA LP et al~~   Opposed 1/24/19 |
| ~~ME~~ | ~~1~~ | ~~19−00018~~ | ~~AROOSTOOK COUNTY v. PURDUE PHARMA LP et al~~   Opposed 1/24/19 |
| ~~ME~~ | ~~1~~ | ~~19−00019~~ | ~~PENOBSCOT COUNTY v. PURDUE PHARMA LP et al~~   Opposed 1/24/19 |
| ~~ME~~ | ~~1~~ | ~~19−00024~~ | ~~WASHINGTON COUNTY v. PURDUE PHARMA LP et al~~   Opposed 1/24/19 |
| ~~ME~~ | ~~1~~ | ~~19−00025~~ | ~~SOMERSET COUNTY v. PURDUE PHARMA LP et al~~   Opposed 1/24/19 |
| ~~ME~~ | ~~2~~ | ~~19−00012~~ | ~~ANDROSCOGGIN COUNTY v. PURDUE PHARMA LP et al~~   Opposed 1/24/19 |
| ~~ME~~ | ~~2~~ | ~~19−00013~~ | ~~CITY OF AUBURN v. PURDUE PHARMA LP et al~~   Opposed 1/24/19 |
| ~~ME~~ | ~~2~~ | ~~19−00020~~ | ~~SAGADAHOC COUNTY v. PURDUE PHARMA LP et al~~   Opposed 1/24/19 |
| ~~ME~~ | ~~2~~ | ~~19−00021~~ | ~~LINCOLN COUNTY v. PURDUE PHARMA LP et al~~   Opposed 1/24/19 |
| ~~ME~~ | ~~2~~ | ~~19−00022~~ | ~~YORK COUNTY v. PURDUE PHARMA LP et al~~   Opposed 1/24/19 |
| **NEW MEXICO** | | | |
| NM | 1 | 19−00023 | Board of County Commissioners of the County of McKinley v. AmerisourceBergen Drug Corporation et al |
| **TEXAS SOUTHERN** | | | |

| | | | | |
|---|---|---|---|---|
| ~~TXS~~ | 4 | ~~19−00114~~ | ~~County of Hardin v. Endo Health Solutions, Inc. et al~~ | Opposed 1/23/19 |
| ~~TXS~~ | 4 | ~~19−00117~~ | ~~County of Newton v. Endo Health Solutions Inc. et al~~ | Opposed 1/23/19 |

WYOMING

| | | | |
|---|---|---|---|
| WY | 1 | 19−00007 | Sweetwater County v. Purdue Pharma LP et al |