**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*THIS DOCUMENT RELATES TO:*<br>*ALL CASES* | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

**JOINT MOTION TO APPROVE A PROPOSED ORDER AMENDING
CASE MANAGEMENT ORDER NO. 2 (PROTECTIVE ORDER)**

Pursuant to the direction of Special Master Cohen during the January 23, 2019 discovery conference, now come the parties and respectfully submit the attached proposed Order Amending Case Management Order No. 2, the Protective Order in these cases, to add a "Highly Confidential – Attorneys' Eyes Only" confidentiality designation.

DATED:  January 25, 2019                Respectfully submitted,

*/s/ Mark S. Cheffo*
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Telephone: (212) 698-3500
Mark.Cheffo@dechert.com

*Counsel for Defendants Purdue Pharma L.P.,
Purdue Pharma Inc., and The Purdue Frederick
Company*

*Co-Liaison Counsel for the Manufacturer Defendants*

1

*/s/ Carole S. Rendon*
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 621-0200
Fax: (216) 696-0740
credon@bakerlaw.com

*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

*Co-Liaison Counsel for the Manufacturer Defendants*

*/s/ Enu Mainigi*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Facsimile: (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Shannon E. McClure*
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Distributor Defendant AmerisourceBergen Drug Corporation*

*Co-Liaison Counsel for the Distributor Defendants*

2

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5281
ghobart@cov.com

*Counsel for Distributor Defendant McKesson Corporation*

*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Kaspar Stoffelmayr*
Kaspar Stoffelmayr
BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP
54 West Hubbard Street, Suite 300
Chicago, IL 60654
Telephone: (312) 494-4434
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlit-beck.com

*Counsel for the Walgreens Defendants*

*Co-Liaison Counsel for the Chain Pharmacy Defendants*


*/s/ Peter H. Weinberger*
Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER LLP
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Telephone: (216) 696-3232
Fax: (216) 696-3924
pweinberger@spanglaw.com

*/s/ Steven J. Skikos*
Steven J. Skikos (148110)
SKIKOS, CRAWFORD, SKIKOS & JOSEPH, LLP
1 Sansome Street Ste 2830
San Francisco, CA 94104
Telephone: (415) 546-7300
Fax: (415) 546-7301
sskikos@skikos.com

*Co-Liaison Counsel for Plaintiffs*

*/s/ Troy A. Rafferty*
Troy A. Rafferty (24120)
LEVIN PAPANTONIO THOMAS MITCHELL RAFFERTY PROCTOR PA
316 South Baylen Street
Pensacola, FL 32502
Telephone: (850) 435-7163
Fax: (850) 436-6163
trafferty@levinlaw.com

*Co-Liaison Counsel for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that on this 25th day of January 2019, I electronically filed the foregoing with the Clerk of Court via the Court's CM/ECF system.

*/s/ Geoffrey E. Hobart*
Geoffrey E. Hobart
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5281

*Counsel for Distributor Defendant McKesson Corporation*

*Co-Liaison Counsel for the Distributor Defendants*
