UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | No. 1:17-md-2804 |
| | | Judge Dan A. Polster |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

DECLARATION OF AELISH M. BAIG IN SUPPORT OF
PLAINTIFFS' REQUEST FOR ENTRY OF DEFAULT

1525498_1

I, AELISH M. BAIG, declare as follows:

1. I am a member of the law firm of Robbins Geller Rudman & Dowd LLP, which serves as one of the counsel for plaintiffs County of Summit, Ohio; City of Cleveland; and County of Cuyahoga, Ohio (collectively, "Plaintiffs") in the above-captioned action. I have personal knowledge of the matters stated herein; and, if called upon, I could and would competently testify thereto. I submit this declaration in support of Plaintiffs' Request for Entry of Default.

2. On November 8, 2018, this Court held a telephonic status conference, at which time this Court indicated that all entities engaged in the opioid business in the United States and related to named defendants are part of this case. The Court further instructed counsel for defendants to waive service of process.

3. On November 19, 2018, Plaintiffs' counsel sent counsel for the Allergan entities, Kirkland & Ellis LLP, a waiver of service for Allergan PLC and all of its U.S. subsidiaries that manufacture, market, sell, distribute or monitor suspicious sales of opioids in the United States. A true and correct copy of these waivers is attached hereto as Exhibit 1. Counsel for Allergan refused to sign the waiver of service and has further refused to identify all such subsidiary entities by name despite numerous requests by Plaintiffs to do so.

4. On January 9, 2019, counsel for Allergan Finance, LLC appeared for and responded to Plaintiffs' Third Set of Interrogatories on behalf of Allergan Finance, LLC *and Allergan PLC*. A true and correct copy of the pertinent pages of the appearance and response is attached as Exhibit 2 hereto.

5. Allergan PLC was the party that executed the sale agreement by which Allergan's generics business, Actavis, was sold to Teva for approximately $40 billion in cash and shares in 2016. A true and correct copy of such agreement is located at https://www.sec.gov/Archives/edgar/data/1578845/000156459015006357/agn-ex22_652.htm.

- 2 -

6. Allergan PLC is neither an infant nor an incompetent person.

7. Attached hereto as Exhibit 3 is a true and correct copy of relevant excerpts from the transcript of the videotaped deposition of Stephan Kaufhold, taken October 26, 2018, in the above-captioned action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.  Executed this 25th day of January, 2019, at San Francisco, California.

*[signature]*

AELISH M. BAIG