# EXHIBIT 3

Highly Confidential - Subject to Further Confidentiality Review

```
  1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
  2                    EASTERN DIVISION
  3
      IN RE: NATIONAL          )
  4   PRESCRIPTION             )   MDL No. 2804
      OPIATE LITIGATION        )
  5   _____   )   Case No.
                               )   1:17-MD-2804
  6                            )
      THIS DOCUMENT RELATES    )   Hon. Dan A.
  7   TO ALL CASES             )   Polster
  8
                   FRIDAY, OCTOBER 26, 2018
  9
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 10                CONFIDENTIALITY REVIEW
 11                        - - -
 12          Videotaped deposition of Stephan
 13   Kaufhold, held at the offices of LIEFF
 14   CABRASER HEIMANN & BERNSTEIN, LLP, 250 Hudson
 15   Street, 8th Floor, New York, New York,
 16   commencing at 12:03 p.m., on the above date,
 17   before Carrie A. Campbell, Registered
 18   Diplomate Reporter and Certified Realtime
 19   Reporter.
 20
 21
 22                        - - -
             GOLKOW LITIGATION SERVICES
 23      877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
 24
 25
```

Golkow Litigation Services                                                Page 1

Highly Confidential - Subject to Further Confidentiality Review

```
 1    you -- that was -- either you created or was
 2    created for you that you brought today?
 3         A.    Sure.
 4               So in regard to the time when
 5    Watson acquired Actavis legacy, okay, the
 6    sales entity that we would have used, all our
 7    sales went through Watson Pharma, Inc., which
 8    is currently known as Allergan USA, Inc.,
 9    today.
10         Q.    And when the sales went through
11    Watson Pharma, Inc. --
12         A.    Yes.
13         Q.    -- what entity booked revenue
14    from those sales?
15         A.    Would have been Watson Pharma,
16    Inc.
17         Q.    Not Watson Pharmaceuticals?
18         A.    No.
19         Q.    What entity would have spent
20    money on research, development, marketing,
21    cost of sales for those drugs?
22         A.    I don't know the specific
23    entities.
24         Q.    I forgot to mention this
25    before.  If you want to take a break, as long
```

Highly Confidential - Subject to Further Confidentiality Review

 1    and here "we" is the "financial information
 2    and transactions of Watson Pharmaceuticals,
 3    Inc., prior to January 2013, Actavis, Inc.,
 4    from January 2013 to October 2013, and
 5    Allergan PLC and Warner Chilcott Limited,
 6    subsequent to October 2013.
 7              You see that, correct,
 8    regarding "we"?
 9         A.    Actavis, comma, Inc., from
10    January 23, 2013, to October 1, 2013.
11         Q.    Okay.  And the rest of what I
12    said was correct?
13         A.    Yes.
14         Q.    Okay.  That "we" will receive
15    $33.75 billion in cash and 100.3 million Teva
16    ordinary shares or American depositary
17    shares, correct?
18         A.    Yes.
19         Q.    Is that what Allergan PLC
20    received for the sale of its generics
21    business to Teva?
22         A.    At the -- this was, again,
23    2015.  This had a certain value of the 100
24    million shares.  On the day it closed, the
25    100 million shares would have been valued

```
 1   something different than what is in this
 2   agreement.
 3        Q.    So you did -- Allergan PLC did
 4   receive approximately $33.75 billion in cash?
 5        A.    That is correct.
 6        Q.    And then it received --
 7        A.    Shares.
 8        Q.    -- some -- some body of
 9   approximately 100 million shares, give or
10   take, depending on the current value of the
11   shares?
12        A.    Exactly.
13        Q.    Where did that money get -- on
14   whose financial statements were the
15   $33.75 billion in cash recorded?
16        A.    Would have been recorded --
17   again, I don't have that direct knowledge.
18        Q.    You were the treasurer --
19   currently your job is as treasurer, correct?
20        A.    Yes.
21        Q.    And you're treasurer of --
22   what's the name of the company?  It's
23   Allergan...
24        A.    I'm treasurer of several legal
25   entities in the Allergan group of companies.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        Q.    I'm sorry, who's your -- who
 2   are you employed by?
 3        A.    I'm employed by Allergan Sales,
 4   LLC.
 5        Q.    And as treasurer of Allergan
 6   Sales, LLC, one of the companies that you
 7   provide services to, that you are treasurer
 8   for, is Allergan PLC, correct?
 9        A.    That is correct.
10        Q.    Do you know whether the
11   $33.75 billion went on to Allergan PLC's
12   financial statements?
13        A.    It went on its consolidated
14   financial statements.
15        Q.    Do you know what happened to
16   that money --
17        A.    Yes.
18        Q.    -- how it derived through --
19   how it made its way through the organization,
20   if it did?
21        A.    Yes.
22        Q.    What happened to the
23   $33.75 billion?
24        A.    When we received the company,
25   some of it, approximately $6.2 billion, went
```

Highly Confidential - Subject to Further Confidentiality Review

1    to -- would have been called Actavis Capital

2    S.a.r.l., okay, where we had debt

3    outstanding.  We paid off approximately

4    6.2 billion of term loans, so the proceeds

5    went there.

[lines 6-9 redacted]

10        Q.    What was the owner of the

11    hold -- what was the Holdco that sold the

12    generics entities?

13        A.    In regard to the August 2,

14    2016, org chart, page 2 of 6 -- and again,

15    this is MDL03674502.  If you go to page 2,

16    you see the top box that's in yellow, Actavis

17    Holdco US, that was sold to Teva.

18           It's direct parent was Allergan

19    Holdco US, comma, Inc.  So a portion, a

20    majority of the funds, went to that entity.

21        Q.    At that point in time did

22    Allergan Holdco US, comma, Inc., have any

23    employees?

24        A.    No, it did not.

25        Q.    Did Actavis Holdco US, comma,

```
 1    Inc., that was sold have any -- itself have
 2    any employees?
 3         A.    Actavis Holdco US, comma, Inc.,
 4    no.
 5         Q.    Did -- and if you look up the
 6    chart, there's an entity called Actavis
 7    Capital S.a.r.l., S-a-r-l?
 8         A.    Yes.
 9         Q.    Is that the entity to which you
10    said approximately $6 billion --
11         A.    That is correct.
12         Q.    Did Actavis Capital S.a.r.l.
13    have any employees at that point in time?
14         A.    It did not.
15         Q.    If you want to go to the front
16    page just -- of the same exhibit, which is
17    ALLERGAN_MDL_03674501.
18         A.    Yes.
19         Q.    As of August 2, 2016, do you
20    know how many, approximately how many,
21    employees Allergan PLC had in its Irish
22    office?
23         A.    Allergan PLC has no employees.
24         Q.    Today does Allergan PLC have no
25    employees?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4         I, _STEPHEN M KAUFHOLD_, do
   hereby certify that I have read the foregoing
 5 pages and that the same is a correct
   transcription of the answers given by me to
 6 the questions therein propounded, except for
   the corrections or changes in form or
 7 substance, if any, noted in the attached
   Errata Sheet.
 8
 9
10
11
12  _Stph M Kaufhl_                    _11/27/18_
    Stephan Kaufhold                    DATE
13
14
15 Subscribed and sworn to before me this
16 _27th_ day of _November_, 20 _18_.
17 My commission expires: _June 15, 2021_
18  _Solange Martin_
19 Notary Public
20
21
22
23                 SOLANGE J. MARTIN
                     NOTARY PUBLIC
24                 STATE OF NEW JERSEY
             MY COMMISSION EXPIRES JUN 15, 2021
25
```

Golkow Litigation Services                                Page 167

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    - - - - - - -

                          ERRATA
 2                    - - - - - - -

 3     PAGE    LINE    CHANGE/REASON

 4     35      7-8    "which is currently known as" to

 5                    "And All go Through"

 6     ____    ____   _____

 7     ____    ____   _____

 8     ____    ____   _____

 9     ____    ____   _____

10     ____    ____   _____

11     ____    ____   _____

12     ____    ____   _____

13     ____    ____   _____

14     ____    ____   _____

15     ____    ____   _____

16     ____    ____   _____

17     ____    ____   _____

18     ____    ____   _____

19     ____    ____   _____

20     ____    ____   _____

21     ____    ____   _____

22     ____    ____   _____

23     ____    ____   _____

24     ____    ____   _____

25
```