UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*All Cases* | MDL 2804<br><br>Hon. Dan Aaron Polster<br><br>Mag Judge David A. Ruiz |

## PLAINTIFF CITY OF CLEVELAND'S
## MOTION TO DISQUALIFY CAROLE RENDON

Plaintiff City of Cleveland respectfully moves this Court for the following relief and all other relief the Court deems necessary:

1.      Carole S. Rendon, counsel in this action for defendants Endo Health Solutions Inc. and Endo Pharmaceuticals, Inc. and the Manufacturer Defendants' Co-Liaison Counsel, shall be disqualified from continuing to represent defendants Endo Health Solutions Inc. and Endo Pharmaceuticals, Inc. and serving as the Manufacturer Defendants' Co-Liaison Counsel. Her law firm, BakerHostetler, shall also be disqualified from the case.

2.      In the alternative, Ms. Rendon shall be ordered to sit for a deposition so that Cleveland can discover the full scope of her knowledge about the opioid crisis and Cleveland law enforcement's responses to the crisis, and shall be ordered to cease direct involvement in depositions of witnesses she interacted with as a result of her position as the United States Attorney for the Northern District of Ohio.

This motion is supported by the Attached Memorandum of Points and Authorities in Support of Cleveland's Motion to Disqualify Carole Rendon and accompanying declarations and exhibits in support thereof.

Respectfully submitted,

s/*Mark Pifko*
Mark Pifko
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Los Angeles, California  91436
(818) 839-2325
(818)986-9698 (Fax)
mpifko@baronbudd.com

s/*Peter H. Weinberger*
Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (Fax)
*pweinberger@spanglaw.com*

*Counsel for Plaintiff the City of Cleveland*

## CERTIFICATE OF SERVICE

I hereby certify that on January 10, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon defense counsel via email.

s/*Mark Pifko*
Mark Pifko
*Counsel for Plaintiff the City of Cleveland*

## CERTIFICATE OF SERVICE

I hereby certify that on January 28, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.


*s/Mark Pifko*_____
Mark Pifko
*Counsel for Plaintiff the City of Cleveland*