# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL 2804** |
|  | **Case No. 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** | **Judge Dan Aaron Polster** |
| *Track One Cases* | **CASE MANAGEMENT ORDER NO. 8 SETTING NEW DEADLINES FOR TRACK ONE CASES** |

On August 13, 2018, the Court set a case management schedule in connection with the "Track One Cases." *See* Doc. #: 876 (CMO-7). The parties now jointly move the Court to modify those deadlines. **Doc. #:  1303**. Having reviewed the parties' Joint Motion to Modify CMO 7 to Extend the Trial Date to October 21, 2019, the Court hereby enters the following amended case management schedule.

- **March 25, 2019** – Plaintiffs shall serve expert reports and, for each expert, provide three proposed deposition dates between **April 9 and April 26, 2019**.

- **May 10, 2019** – Defendants shall serve expert reports and, for each expert, provide three proposed deposition dates between **May 20 and June 7, 2019**.[1]

- **June 28, 2019, 12:00 p.m.** – Deadline for Daubert and dispositive motions.

- **July 31, 2019, 12:00 p.m.** – Deadline for responses to Daubert and dispositive motions.

---

[1] The parties shall work in good faith to provide expert deposition dates that are reasonably distributed across the deposition time period and if necessary, agree to conduct depositions on some weekends in order to reasonably accommodate scheduling issues. The parties recognize that new relevant information or facts may come forward after the expert filing date that would support a request that a report be amended or supplement with the approval of the Special Master or Court.

- **August 16, 2019, 12:00 p.m.** – Deadline for replies in support of Daubert and dispositive motions.

- **September 5, 2019, 9:00 a.m.** – Hearing on Daubert and dispositive motions, if necessary.

- **September 25, 2019, 12:00 p.m.** – All trial materials due.

- **October 15, 2019, 12:00 p.m.** – Final Pretrial hearing.

- **October 21, 2019** – Trial.

In addition, within seven (7) days of this Case Management Order, the parties shall agree on a close of discovery date or submit their positions to Special Master Cohen for a ruling.

**IT IS SO ORDERED.**


 /s/ **Dan Aaron Polster**  *January 29, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**