UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>COUNTY OF MULTNOMAH<br><br>vs.<br><br>PURDUE PHARMA, LP, ET AL.<br>C.A. No. 3:17-02010 (Dist. of OR), | Civil Action No. 1:17-md-02804<br><br>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS STUART ROSENBLUM, M.D. AND STUART ROSENBLUM, M.D., LLC |

PLEASE TAKE NOTICE that attorney Amy J. DeLisa of BENNETT BIGELOW & LEEDOM, hereby requests leave to withdraw as attorney of record for Defendants Stuart Rosenblum, M.D. and Stuart Rosenblum, M.D., LLC (hereinafter referred to as "Defendants").

Pursuant to local Civil Rule 83.9, *Withdrawal of Counsel*, "the attorney of record may not withdraw, nor may any other attorney file an appearance as a substitute for the attorney of record, without first providing written notice to the client and all other parties and obtaining leave of Court." Please be advised that Stuart Rosenblum, MD, has been provided written notice via certified mail and email on January 24, 2019 of Amy DeLisa's withdrawal of representation. All parties are hereby notified of Amy DeLisa's request to withdrawal as Defendants' attorney by way of service and filing of this motion.

It is our understanding that Eric A. Norman of the firm FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC, at the address of 701 5th Avenue, Suite 4750, Seattle, Washington 98402, will file a Notice of Appearance as

representative for Defendants if and when this Court grants this motion to withdraw.

**DATED** this 29th day of January, 2019.

                                          BENNETT BIGELOW & LEEDOM, P.S.

                                          By  s/ Amy J. DeLisa
                                             Amy J. DeLisa, WSBA No. 37163
                                             Bennett Bigelow & Leedom, P.S.
                                             601 Union Street, Suite 1500
                                             Seattle, Washington 98101-1363
                                             Telephone: (206) 622-5511
                                             Fax: (206) 622-8986
                                             Email:  adelisa@bbllaw.com
                                             Email:  adelisa@bbllaw.com
                                             Withdrawing Attorneys for Defendants Stuart Rosenblum, M.D. and Stuart Rosenblum, M.D., LLC

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 29th day of January, 2019, the foregoing was filed with the Court's electronic filing system and via regular mail to the following parties who have not yet appeared.

      **DATED** this 29th day of January, 2019.

      BENNETT BIGELOW & LEEDOM, P.S.

      By   s/ Amy J. DeLisa
      Amy J. DeLisa, WSBA No. 37163
      Bennett Bigelow & Leedom, P.S.
      601 Union Street, Suite 1500
      Seattle, Washington 98101-1363
      Telephone: (206) 622-5511
      Fax: (206) 622-8986
      Email: adelisa@bbllaw.com
      Email: adelisa@bbllaw.com
      Withdrawing Attorneys for Defendants Stuart Rosenblum, M.D. and Stuart Rosenblum, M.D., LLC

**By U.S. Mail to the following:**

Pacific Medical Evaluation and Review Company
132 East Broadway, Suite 314
Eugene, OR 97401
*(Counsel for Defendant Pacific Medical Evaluation and Review is unknown)*

Roy Blackburn , MD
5385 Fairmont Glen
Alpharetta, GA 30004
*(Counsel for Defendant Roy Blackburn, MD is unknown)*

Oregon TLC, LLC
132 East Broadway, Suite 314
Eugene, OR 97401
*(Counsel for Defendant Oregon TLC, LLC is unknown)*

Oregon TLC, S-Corporation
132 East Broadway, Suite 716
Eugene, OR 97401
*(Counsel for Defendant Oregon TLC, S-Corporation is unknown)*