UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ<br><br><br>NOTICE OF RESTORED APPROPRIATIONS |

      Now comes the United States of America and hereby notifies the Court that Congress has appropriated funds for the Department of Justice.  The Department anticipates that it can begin processing and issuing decisions on the outstanding discovery requests within 3-5 business days.  The United States will reach out to and work with the parties to prioritize outstanding discovery issues and to address the most pressing issues first.

      Respectfully submitted,

AVA ROTELL DUSTIN
Executive Assistant United States Attorney
Northern District of Ohio
Acting Under Authority Conferred by
28 U.S.C. § 51

By:   /s/ James R. Bennett II
       JAMES R. BENNETT II (OH #0071663)
       Assistant U.S. Attorney
       801 West Superior Avenue, Suite 400
       Cleveland, Ohio  44113-1852
       Telephone:  (216) 622-3600
       Facsimile:  (216) 522-4982
       E-mail:  James.Bennett4@usdoj.gov

Attorneys for United States Department of Justice,
Drug Enforcement Administration

CERTIFICATE OF SERVICE

I certify that, on January 29, 2019, I filed a copy of the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney