**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION    ) ) ) THIS DOCUMENT RELATES TO:            ) ) ALL CASES                                                  ) ) ) ) ) | MDL No. 2804 <br><br> Case No. 1:17-md-2804 <br><br> Judge Dan Aaron Polster <br><br> Mag. Judge David A. Ruiz |

**ORDER GRANTING PLAINTIFF CITY OF CLEVELAND'S MOTION FOR LEAVE TO FILE UNDER SEAL THE REPLY TO ENDO DEFENDANTS' BRIEF IN OPPOSITION TO THE MOTION TO DISQUALIFY CAROLE RENDON**

Plaintiff moves for leave to file its Reply to Endo Defendants' Brief in Opposition to the Motion to Disqualify Carole Rendon and accompanying documents in the above-listed case under seal in the above-listed case.

The Motion states that filing said Reply Brief under seal is necessary to ensure compliance with Case Management Order No. 2, ECF Doc. 441, and the Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167, because the Reply Brief may contain confidential information subject to said Orders.

Plaintiff's Motion for Leave to File its Reply to Endo Defendants' Brief in Opposition to the Motion to Disqualify Carole Rendon under seal is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: 1/30/19

/s/Dan Aaron Polster
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

1