# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804 DAP<br><br>Judge Dan A. Polster<br>Magistrate Judge David A. Ruiz |

## NOTICE OF WITHDRAWAL

Please be advised that Michelle S. Chen of the Seattle City Attorney's Office, hereby withdraws as counsel for Plaintiff City of Seattle, in the above-captioned action.

DATED this 30th day of January, 2019     Respectfully submitted,

                                                      PETER S. HOLMES
                                                      Seattle City Attorney

                                                        By: */s / Michelle S. Chen*
                                                             Michelle S. Chen
                                                      **Seattle City Attorney's Office**
                                                      701 5th Avenue, Suite 2050
                                                      Seattle, WA  98104
                                                      Telephone: (206) 684-8200
                                                      Facsimile: (206) 684-8284
                                                      Email: michelle.chen@seattle.gov