# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) |
| | ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) ) Judge Dan Aaron Polster |
| *Track One Cases* | ) ) **MINTUES AND ORDER** |

On January 30, 2019, the Court held an impromptu emergency telephonic hearing regarding Purdue's Emergency Motion to supplement Emergency Motion to Enjoin the Massachusetts Attorney General's Office from Violating the MDL Protective Order and This Court's December 20, 2018 Order. **Doc. #: 1313**. In attendance for the Massachusetts Attorney General's Office was Gillian Feiner and Sandy Alexander; for Purdue: Mark Cheffo, Timothy Blank and Debra O'Gorman; for the PEC: Steve Skikos, Joe Rice, Jayne Conroy, and Pete Weinberger; and Special Masters David Cohen and Cathy Yanni.

For the reasons stated on the record, Purdue's Emergency Motion to Enjoin the Massachusetts Attorney General's Office is **DENIED**.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster *January 30, 2019*
 **DAN AARON POLSTER**
 **UNITED STATES DISTRICT JUDGE**