UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

Rio Arriba County, New Mexico v. Purdue Pharma L.P. et al.,)
    D. New Mexico, C.A. No. 1:18-01213                    )         MDL No. 2804

ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in this action on January 4, 2019.  Prior to expiration of that order's 7-day stay of transmittal, plaintiff in *Rio Arriba* filed a notice of opposition to the proposed transfer.  Plaintiff subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-74" filed on January 4, 2019, is LIFTED insofar as it relates to this action.  The action is transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polster.

FOR THE PANEL:

Jeffery N. Lüthi
Clerk of the Panel