AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Northern District of Ohio

| | |
|---|---|
| In re: National Prescription Opiate Litigation* <br> *Plaintiff* <br> v. <br> *Defendant* | ) ) ) ) ) ) ) Civil Action No. 1:17-MD-2804 |

### SUBPOENA TO PRODUCE DOCUMENTS, INFORMATION, OR OBJECTS
### OR TO PERMIT INSPECTION OF PREMISES IN A CIVIL ACTION

To: Centers for Disease Control and Prevention, 1600 Clifton Rd., Atlanta, GA 30329

*(Name of person to whom this subpoena is directed)*

☑ *Production:* **YOU ARE COMMANDED** to produce at the time, date, and place set forth below the following documents, electronically stored information, or objects, and to permit inspection, copying, testing, or sampling of the material: All documents, communications, and electronically stored information identified and described in Attachment A to this subpoena. *This subpoena relates to the following Track One cases in the MDL: The County of Summit 18-OP-45090, The County of Cuyahoga 17-OP-45004, and City of Cleveland 18-OP-45132.

| Place: Covington & Burling LLP, c/o Laura Flahive Wu, One CityCenter, 850 10th St NW, Washington, DC 20001 Documents may be mailed or produced electronically. | Date and Time: <br> 01/25/2019 5:00 pm |
|---|---|

☐ *Inspection of Premises:* **YOU ARE COMMANDED** to permit entry onto the designated premises, land, or other property possessed or controlled by you at the time, date, and location set forth below, so that the requesting party may inspect, measure, survey, photograph, test, or sample the property or any designated object or operation on it.

| Place: | Date and Time: |
|---|---|

The following provisions of Fed. R. Civ. P. 45 are attached – Rule 45(c), relating to the place of compliance; Rule 45(d), relating to your protection as a person subject to a subpoena; and Rule 45(e) and (g), relating to your duty to respond to this subpoena and the potential consequences of not doing so.

Date: 01/22/2019

*CLERK OF COURT*

OR

/s/Laura Flahive Wu

_____        _____
*Signature of Clerk or Deputy Clerk*          *Attorney's signature*

The name, address, e-mail address, and telephone number of the attorney representing *(name of party)* _____ McKesson Corporation _____, who issues or requests this subpoena, are:
Laura Flahive Wu, lflahivewu@cov.com, (202) 662-5982

### Notice to the person who issues or requests this subpoena
If this subpoena commands the production of documents, electronically stored information, or tangible things or the inspection of premises before trial, a notice and a copy of the subpoena must be served on each party in this case before it is served on the person to whom it is directed. Fed. R. Civ. P. 45(a)(4).

AO 88B (Rev. 02/14) Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action (Page 2)

Civil Action No. 1:17-MD-2804

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 45.)*

I received this subpoena for *(name of individual and title, if any)* Center for Disease Control and Prevention

on *(date)* 1/23/2019

☒ I served the subpoena by delivering a copy to the named person as follows: Avette L. Epps, Paralegal authorized to accept service,

on *(date)* 1/24/2019  ; or

☐ I returned the subpoena unexecuted because:

Unless the subpoena was issued on behalf of the United States, or one of its officers or agents, I have also tendered to the witness the fees for one day's attendance, and the mileage allowed by law, in the amount of

$ 

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: 1/24/2019

*Server's signature*

Kevin J. Lewis, Process Server
*Printed name and title*

ACTION PRIVATE DETECTIVE AGENCY, LLC
P.O. BOX 79338
ATLANTA, GA 30357-7338
*Server's address*

Additional information regarding attempted service, etc.: