# Exhibits 5-27 (To Be Filed Under Seal - pending order)