# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br>*ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANT ALLERGAN PLC'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 5-27 ACCOMPANYING ALLERGAN PLC'S RESPONSE TO PLAINTIFFS' REQUEST FOR ENTRY OF ORDER "DEEMING SERVICE EFFECTUATED" OR FOR DEFAULT

Pursuant to Local Rule 5.2, Defendant Allergan plc seeks leave of Court to file under seal Exhibits 5-27 accompanying Defendant Allergan plc's Response To Plaintiffs' Request For Entry Of Order "Deeming Service Effectuated" Or For Default in the above-listed case.

Defendant files this Motion and Proposed Order to ensure compliance with CMO No. 2: Protective Order (ECF Doc. 441). Defendant respectfully requests the option to proceed in this manner so there are no inadvertent disclosures of confidential information subject to CMO No. 2.

WHEREFORE, Defendant respectfully requests the Honorable Court grant Defendant Allergan plc's Motion For Leave To File Under Seal Exhibits 5-27 Accompanying Allergan plc's Response To Plaintiffs' Request For Entry Of Order "Deeming Service Effectuated" Or For Default.

Dated: February 1, 2019

Respectfully submitted,

/s/ *Donna M. Welch*
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Attorney for Defendants Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc. and Allergan plc f/k/a Actavis plc*

CERTIFICATE OF SERVICE

I certify that, on February 1, 2019, I filed a copy of the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

/s/ *Donna M. Welch*
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000