UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br>*ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### [PROPOSED] ORDER GRANTING DEFENDANT ALLERGAN PLC'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 5-27 ACCOMPANYING ALLERGAN PLC'S RESPONSE TO PLAINTIFFS' REQUEST FOR ENTRY OF ORDER "DEEMING SERVICE EFFECTUATED" OR FOR DEFAULT

Defendant Allergan plc moves for leave to file under seal Exhibits 5-27 accompanying Defendant Allergan plc's Response To Plaintiffs' Request For Entry Of Order "Deeming Service Effectuated" Or For Default.

The Motion states that filing said Exhibits under seal is necessary to ensure compliance with Case Management Order No. 2: Protective Order (ECF Doc. 441), because the identified Exhibits 5-27 contain confidential information subject to said Order.

Defendant Allergan plc's Motion For Leave To File Under Seal Exhibits 5-27 Accompanying Allergan plc's Response To Plaintiffs' Request For Entry Of Order "Deeming Service Effectuated" Or For Default is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: _____

_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE