# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |  |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION | : | |
| OPIATE LITIGATION | : | Case No. 1:17-MD-2804-DAP |
| | : | |
| | : | Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Collie F. James, IV on behalf of Defendants Teva Pharmaceuticals USA, Inc., Cephalon, Inc., Watson Laboratories, Inc.; Actavis, LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. in the above-captioned matter.

Dated:  February 1, 2019                    Respectfully submitted,

                                            /s/ Collie F. James, IV
                                            Collie F. James, IV (SBN 192318)
                                            MORGAN, LEWIS & BOCKIUS LLP
                                            600 Anton Boulevard, Suite 1800
                                            Costa Mesa, CA  92626
                                            Telephone:  714.830.0600
                                            Facsimile:  714.830.0700
                                            collie.james@morganlewis.com