UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| **This document relates to:** *ALL CASES* | Hon. Dan Aaron Polster |

**ORDER GRANTING DEFENDANT ALLERGAN PLC'S MOTION FOR LEAVE TO FILE UNDER SEAL EXHIBITS 5-27 ACCOMPANYING ALLERGAN PLC'S RESPONSE TO PLAINTIFFS' REQUEST FOR ENTRY OF ORDER "DEEMING SERVICE EFFECTUATED" OR FOR DEFAULT**

Defendant Allergan plc moves for leave to file under seal Exhibits 5-27 accompanying Defendant Allergan plc's Response To Plaintiffs' Request For Entry Of Order "Deeming Service Effectuated" Or For Default.

The Motion states that filing said Exhibits under seal is necessary to ensure compliance with Case Management Order No. 2: Protective Order (ECF Doc. 441), because the identified Exhibits 5-27 contain confidential information subject to said Order.

Defendant Allergan plc's Motion For Leave To File Under Seal Exhibits 5-27 Accompanying Allergan plc's Response To Plaintiffs' Request For Entry Of Order "Deeming Service Effectuated" Or For Default is hereby GRANTED.

**IT IS SO ORDERED.**

Dated: 2/1/2019

s/ Dan Aaron Polster

HON. DAN AARON POLSTER

UNITED STATES DISTRICT JUDGE