# DECLARATION OF JOHN PARKER

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*ALL TRACK ONE CASES* | MDL No. 2804<br><br>Case No. 1:17-md- 2804<br><br>Hon. Dan Aaron Polster |

I, John D. Parker, declare as follows:

1. I am a partner at BakerHostetler, based in its Cleveland, Ohio office. I serve as General Counsel to the Firm.

2. On February 3, 2019, I accessed the public website of the United States Attorney's Office for the Northern District of Ohio: https://www.justice.gov/usao-ndoh. Under the "Programs" tab, there is a page titled "Heroin Epidemic – Action Plan." It is available at: https://www.justice.gov/usao-ndoh/heroin-epidemic. A true and accurate copy of that page is attached hereto as **Exhibit A**. It describes the U.S. Attorney's Heroin and Opioid Task Force, including its membership.

3. On January 31, 2019, I received an email from Jacqueline Snead, Assistant Branch Director, Federal Programs Branch of the United States Department of Justice, Civil Division. The email clarifies that "U.S. Attorney Justin Herdman was recused from this matter based on his prior employment at Jones Day and his prior representation of Defendant Cardinal Health, not Walmart, on similar matters." A true and accurate copy of that email is attached hereto as **Exhibit B**.

I declare under penalty of perjury that the foregoing is true and correct.

Date: February 4, 2019

_____
John D. Parker