# PARKER DECL.

# EXHIBIT B

**Parker, John**

| | |
|---|---|
| **From:** | Snead, Jacqueline (CIV) <Jacqueline.Snead@usdoj.gov> |
| **Sent:** | Thursday, January 31, 2019 6:45 PM |
| **To:** | mpifko@baronbudd.com; Parker, John |
| **Subject:** | In Re: National Prescription Opiate Litigation, Case 1:17-md-02804-DAP |

Dear Counsel:

The Department has reviewed the City of Cleveland's Motion to Disqualify (ECF No. 1305-1) and Ms. Rendon's Brief in Opposition to the Motion to Disqualify (ECF No. 1296) in the above-captioned case. We want to clarify that U.S. Attorney Justin Herdman was recused from this matter based on his prior employment at Jones Day and his prior representation of Defendant Cardinal Health, not Walmart, on similar matters. (See ECF # 1305-1 at 12, 15; ECF # 1296 at footnote 36). Thanks.

Jacqui Coleman Snead
Assistant Branch Director
Federal Programs Branch
United States Department of Justice, Civil Division
1100 L Street, N.W., Room 12402
Washington, D.C. 20530
Telephone: (202) 514-3418
Fax: (202) 616-8470