# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) MDL No. 2804 ) |
| | ) Case No. 17-md-2804 ) |
| THIS DOCUMENT RELATES TO: ALL CASES | ) JUDGE DAN AARON POLSTER ) ) SPECIAL MASTER DAVID ROSENBLUM ) COHEN |

## NOTICE OF JOINT STIPULATION OF BRIEFING ABEYANCE RELATING TO JOHNSON & JOHNSON AND JANSSEN PHARMACEUTICALS, INC.'S MOTION TO COMPEL TIMELY PRODUCTION OF DISCOVERY BY THE OHIO DEPARTMENT OF HEALTH

By and through the agreement of all involved parties, and in consultation with Special Master Cohen, the Ohio Department of Health's response to Johnson and Johnson and Janssen Pharmaceutical's previously filed *Motion to Compel Timely Production of Discovery by the Ohio Department of Health* will be held in abeyance pending forthcoming production of documents by the Ohio Department of Health. The Ohio Department of Health will not be required to respond to the Motion to Compel unless and until Defendants Johnson and Johnson and Janssen Pharmaceuticals, Inc. renews their motion.

February 4, 2019

*/s/ Justin E. Rice*
Justin E. Rice (0080587)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113-7213
Tel:         216.592.5000
Fax:        216.592.5009
E-mail:    justin.rice@tuckerellis.com

*Counsel for Johnson & Johnson and Janssen Pharmaceuticals, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2019, the foregoing *Notice of Joint Stipulation of Briefing Abeyance Relating to Johnson & Johnson and Janssen Pharmaceuticals, Inc.'s Motion to Compel Timely Production of Discovery by The Ohio Department Of Health* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system. Additionally, notice has been sent to Counsel for the Ohio Department of Health as indicated below:

    James T. Wakley
    james.wakley@ohioattorneygeneral.gov
    Senior Assistant Attorney General
    Regulatory Board Unit Coordinator
    Health & Human Services Section
    Office of Ohio Attorney General
    30 East Broad Street, 26th Floor
    Columbus, Ohio 43215

    Yvonne Tertel
    yvonne.tertel@ohioattorneygeneral.gov
    Principal Assistant Attorney General
    Health & Human Services Section
    Office of Ohio Attorney General
    30 East Broad Street, 26th Floor
    Columbus, Ohio 43215

    */s/ Justin E. Rice*
    Justin E. Rice (0080587)
    TUCKER ELLIS LLP
    950 Main Avenue, Suite 1100
    Cleveland, OH 44113-7213
    Tel:    216.592.5000
    Fax:    216.592.5009
    E-mail:    justin.rice@tuckerellis.com

    *Counsel for Johnson & Johnson and Janssen Pharmaceuticals, Inc.*