# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: National Prescription Opiate Litigation | ) ) ) ) ) ) ) | CASE NO.     1:17MD 2804 **ORDER** JUDGE DAN AARON POLSTER |

This Court has appointed three Special Masters and several other staff in this Multidistrict Litigation. They are:

Michael Borden
22225 Douglas Rd
Shaker Heights, OH 44122
216.225.0500
m.borden@csuohio.edu

Nora von Stange
548 Ridgefield Rd.
Shelburne, Vermont 05482
917-648-3860
nvonstange@vonstangelaw.com

Ally Rich
2891 Winthrop Road
Shaker Hts., OH 44120
917.328.6563
ally.rich@me.com

David Cohen
3310 Green Rd.
Beachwood, OH 44122
216.831.0001
david@specialmaster.law

Francis McGovern
35 Vista Drive
Kentfield, CA 94904
202-744-6750
McGovern@law.duke.edu

Cathy Yanni
2 Embarcadero Center #1500
San Francisco, CA 94111
415-215-6572
cathy@cathyyanni.com

In order to assist this Court, the fees associated with accessing the cases through the Public Access to Court Electronic Records (PACER) shall be waived for them. The Court will also provide Westlaw access.

**IT IS SO ORDERED**.

s/Dan Aaron Polster
Dan Aaron Polster
U.S. District Judge

February 4, 2019