# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporation, et al.* <br> Case No. 1:18-op-45749 | **Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please take notice that attorney Francis A. Citera of Greenberg Traurig, LLP, hereby enters his appearance as counsel of record on behalf of Defendant, Albertson's LLC, in the above-captioned action.

Dated: February 4, 2018

Respectfully Submitted,

By: */s/ Francis A. Citera*
One of Defendant's Attorneys

Francis A. Citera
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: (312) 456-8400
Fax: (312) 456-8435
citeraf@gtlaw.com

*Counsel for Albertson's LLC*

## **CERTIFICATE OF SERVICE**

I, Francis A. Citera, an attorney, certify that I caused a copy of the foregoing Notice of Appearance of Francis A. Citera, to be served upon the parties of record using the CM/ECF system which will send notification of such filing on this 4th Day of February, 2018.

                                        */s/ Francis A. Citera*
                                        Francis A. Citera