# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | Case No. 1:17-md-2804 |
| *The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45749 | ) ) ) ) ) ) | **Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please take notice that attorney Gretchen N. Miller of Greenberg Traurig, LLP, hereby enters her appearance as counsel on behalf of Defendant, Albertson's LLC, in the above-captioned action.

Dated:  February 4, 2018

Respectfully Submitted,

By: */s/ Gretchen N. Miller*
One of Defendant's Attorneys

Gretchen N. Miller
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: (312) 456-8400
Fax: (312) 456-8435
millerg@gtlaw.com

*Counsel for Albertson's LLC*

## **CERTIFICATE OF SERVICE**

I, Gretchen N. Miller, an attorney, certify that I caused a copy of the foregoing Notice of Appearance of Gretchen N. Miller, to be served upon the parties of record using the CM/ECF system which will send notification of such filing on this 4th Day of February, 2018.

                                                 */s/ Gretchen N. Miller*
                                                 Gretchen N. Miller