# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: ) ) | Case No. 1:17-md-2804 |
| *The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporation, et al.* ) ) ) ) | Judge Dan Aaron Polster |
| Case No. 1:18-op-45749 ) ) | |

## ALBERTSON'S LLC'S
## CORPORATE DISCLOSURE STATEMENT

Defendant, Albertson's LLC, by and through its counsel, Francis A. Citera, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Rule 3.13(b) of the Local Rules of Procedure for the Northern District of Ohio, submits this Corporate Disclosure Statement:

Albertson's LLC is a limited liability company, of which Albertsons Companies, Inc., a privately held corporation, is the sole member. No publicly held corporation owns 10% or more of Albertson's LLC. No publicly held corporation or its affiliate has a substantial financial interest in the outcome of this case.

Dated: February 5, 2018

Respectfully Submitted,

By: /s/ *Francis A. Citera*
One of Defendant's Attorneys

Francis A. Citera
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL 60601
Tel: (312) 456-8400
Fax: (312) 456-8435
citeraf@gtlaw.com

*Counsel for Albertson's LLC*

## CERTIFICATE OF SERVICE

  I, Francis A. Citera, an attorney, hereby certify that I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record on this 5th day of February, 2018.

                 */s/ Francis A. Citera*
                 Francis A. Citera