# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*ALL TRACK ONE CASES* | MDL No. 2804<br><br>CASE NO. 1:17-md-2804<br><br>JUDGE DAN AARON POLSTER<br><br>MAGISTRATE JUDGE DAVD A. RUIZ<br><br>**ENDO DEFENDANTS' MOTION FOR LEAVE TO FILE INSTANTER AMICUS LETTER OF FORMER UNITED STATES ATTORNEYS AS A SUPPLEMENT TO ITS BRIEF IN OPPOSITION TO THE MOTION TO DISQUALIFY CAROLE RENDON** |

The Endo Defendants respectfully move this Court for leave to file the attached amicus letter of former United States Attorneys as a supplement to the Endo Defendants' Brief in Opposition to the Motion to Disqualify Carole Rendon that was filed on January 23, 2019. (Doc. No. 1296). The Plaintiffs' pending motion to disqualify Carole Rendon places at issue ethical and conflict-of-interest rules as they are applied to former government attorneys. The outcome of this disqualification motion is therefore of great interest to other similarly-situated former government attorneys who now, or may ever, practice law in fields related to their government service. As such, several former United States Attorneys prepared an amicus letter to the Court, attached hereto as **Exhibit A**, to express their concerns and otherwise highlight the far-reaching implications of the relief that Plaintiffs seek.

Wherefore, the Endo Defendants respectfully ask the Court to take the attached letter into consideration and read it in conjunction with Defendants' Brief in Opposition to the Motion to Disqualify.

DATED: February 6, 2019 /s/ *John D. Parker*
John D. Parker (0025770)
Carole S. Rendon (0070345)
Tera N. Coleman (0090544)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 621-0200
jparker@bakerlaw.com
crendon@bakerlaw.com
tcoleman@bakerlaw.com

Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC 20001-3743
(202) 942-5000
Jonathan.Stern@arnoldporter.com

Sean Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
(213) 243-4000
Sean.Morris@arnoldporter.com

*Attorneys for Defendants*
*ENDO PHARMACEUTICALS INC. and ENDO*
*HEALTH SOLUTIONS INC.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on February 6, 2019, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, and will be served via the Court's CM/ECF filing system on all attorneys of record.

DATED: February 6, 2019          */s/ John D. Parker*
                                 John D. Parker