# EXHIBIT 1

**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
www.bartlit-beck.com

CHICAGO OFFICE

COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60654
TELEPHONE: (312) 494-4400
FACSIMILE: (312) 494-4440

DENVER OFFICE

1801 WEWATTA STREET
SUITE 1200
DENVER, CO 80202
TELEPHONE: (303) 592-3100
FACSIMILE: (303) 592-3140

WRITER'S DIRECT DIAL:
(312) 494-4405
kate.swift@bartlit-beck.com

July 3, 2018

**Via Email**

Liaison Counsel for Plaintiffs,
Salvatore C. Badala (SBadala@NapoliLaw.com),
and Jeff Gaddy (jgaddy@levinlaw.com)

Re: *In re National Prescription Opiate Litigation*, MDL 2804

Dear Counsel,

    Pursuant to Paragraph 9(g) of Case Management Order No. 1 (Doc. 232), Walgreens Boots Alliance, Inc. ("Walgreens") encloses the attached privilege log related to its June 11, 2018 production, Vol. WAGFLDEA001.

    The privilege log has been marked "Confidential" pursuant to the protective order in this litigation.

Sincerely,

Katherine M. Swift
Counsel for Walgreens Boots Alliance, Inc.

cc: Liaison counsel for Defendants

IN RE NATIONAL OPIATE LITIGATION
CASE No. 1:17-MD-2804-DAP

**WALGREENS BOOTS ALLIANCE'S PRIVILEGE LOG**

| Control Number | Production - Beginning Bates | Production - Ending Bates | Author | Recipients | Cc or Bcc | Date | Subject | Privilege Description | Privilege Type |
|---|---|---|---|---|---|---|---|---|---|
| WAG00000432 | | | Nabil Elkareh | District211MGR District211RX | | 12/23/2011 | Pain Clinics | Email communication reflecting legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00000512 | WAGFLDEA00000511 | WAGFLDEA00000511 | Keri Kratofil | District119RX; District119MGR | Raymond Espino; Dwayne Pinon^; Keri Kratofil | 12/16/2011 | Refusal to Fill Verbiage | Email communication reflecting legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00000612 | WAGFLDEA00000611 | WAGFLDEA00000656 | Keri Kratofil | epc consumerrelations | Liz Schweizer; Keri Kratofil | 11/22/2011 | Ref #3369956 (Yankopolus) | Email communication reflecting request for legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00000742 | WAGFLDEA00000741 | WAGFLDEA00000762 | Wesley Rohn | Wesley Rohn; District112Rx; District112MGR; District112Stores | Kellie Harris; Brian Catalina; Georgia Lehoczky; Wesley Rohn; Brian Catalina | 11/3/2011 | Rejecting CII Scripts | Email communication reflecting request for legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00000813 | | | Dwayne Pinon^; Tasha Polster; Deborah Platts | Cheryl Creek; Al Carter; Tomson George; Tasha Polster; Dwayne Pinon^ | Tasha Polster; Deborah Platts; Dwayne Pinon^; Karl Meehan; Brad Wasson | 6/28/2010 | | Email communication reflecting request for legal advice and legal advice regarding agreement with DEA. | Attorney Client |
| WAG00000821 | | | Dwayne Pinon^; Tasha Polster; Deborah Platts | Cheryl Creek; Al Carter; Tomson George; Tasha Polster; Dwayne Pinon^ | Tasha Polster; Deborah Platts; Dwayne Pinon^; Karl Meehan; Brad Wasson | 6/28/2010 | | Email communication reflecting request for legal advice and legal advice regarding agreement with DEA. | Attorney Client |
| WAG00000884 | WAGFLDEA00000867 | WAGFLDEA00000871 | Ken Amos; Ed Svihra | Doug Lemmons; Ken Amos | Ed Svihra; Doug Lemmons; Dwayne Pinon^; Marcie Ranick | 1/18/2011 | Ft Pierce | Email communication reflecting request for legal advice and legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00000889 | WAGFLDEA00000872 | WAGFLDEA00000884 | Ken Amos; Ed Svihra | Doug Lemmons; Ken Amos | Ed Svihra; Doug Lemmons; Dwayne Pinon^; Marcie Ranick | 1/18/2011 | Ft Pierce | Email communication reflecting request for legal advice and legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00000933 | | | Bryon Wheeldon; Terry Gubbins | Ed Svihra; Bryon Wheeldon; Dwayne Pinon^ | Ken Amos; Doug Lemmons; Bryon Wheeldon; Scott Corley; Lorinda Tisdell; Georgia Lehoczky | 3/24/2011 | Controlled Substances Meetings - Gubbins/Markets 3 and 28 Controlled Substances Meetings | Email communication reflecting request for legal advice and legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00000938 | | | Bryon Wheeldon; Terry Gubbins | Ed Svihra; Bryon Wheeldon; Dwayne Pinon^ | Ken Amos; Doug Lemmons; Bryon Wheeldon; Scott Corley; Lorinda Tisdell; Georgia Lehoczky | 3/24/2011 | Controlled Substances Meetings - Gubbins/Markets 3 and 28 Controlled Substances Meetings | Email communication reflecting request for legal advice and legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00000950 | WAGFLDEA00000925 | WAGFLDEA00000987 | Terry Gubbins | Bryon Wheeldon; Dwayne Pinon^ | Scott Corley; Lorinda Tisdell; Georgia Lehoczky | 3/23/2011 | Markets 3 and 28 Controlled Substances Meetings | Email communication reflecting request for legal advice and legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001045 | WAGFLDEA00001020 | WAGFLDEA00001021 | Bryon Wheeldon | Doug Lemmons | Bryon Wheeldon | 3/29/2011 | Director's Meeting Input and field Feedback | Email communication reflecting legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001085 | | | Rick Gates; Ed Svihra | Ed Svihra; Georgia Lehoczky; Terry Grubbins; Rick Gates | Dwayne Pinon^; Lorinda Tisdell; Sanjay Patel | 5/17/2011 | | Email communication reflecting legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001104 | | | Ed Lanzetti | Marlin Hutchens | Bryon Wheeldon; Edward Forbes | 5/19/2011 | | Email communication reflecting legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001107 | | | Rick Gates; Ed Svihra; Dwayne Pinon^ | Ed Svihra; Dwayne Pinon^; Cheryl Creek; Lorinda Tisdell; Georgia Lehoczky; Eugene Hoover; Terry Gubbins; Al Carter; Rick Gates | Lorinda Tisdell; Dwayne Pinon^; Cheryl Creek; Rick Gates; Al Carter | 5/20/2011 | | Email communication reflecting legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001114 | | | Laura Merten; Ed Svihra | Ed Svihra; Laura Merten | Ken Amos | 5/21/2011 | | Email communication reflecting legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001175 | WAGFLDEA00001137 | WAGFLDEA00001139 | Edward Forbes  Al Carter | Georgia Lehoczky  Terry Gubbins | Al Carter; Ed Lanzetti; Bryon Wheeldon; Sanjay Bhana  Terry Gubbins | 7/7/2011 | Reporting fraudulent CS prescriptions in FL | Email communication reflecting request for legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001286 | WAGFLDEA00001248 | WAGFLDEA00001249 | Edward Forbes | Ed Lanzetti; Bryon Wheeldon | Doug Lemmons | 11/26/2011 | U.S. Department of Justice | Email communication reflecting request for legal advice regarding DEA inquiry. | Attorney Client |
| WAG00001290 | WAGFLDEA00001252 | WAGFLDEA00001261 | Bryon Wheeldon; Ed Svihra | Ed Svihra; Bryon Wheeldon | Doug Lemmons; Dwayne Pinon^; Sanjay Bhana; Bryon Wheeldon | 11/30/2011 | Patients' Notice for Pain Management | Email communication providing information necessary to render legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001302 | WAGFLDEA00001264 | WAGFLDEA00001273 | Bryon Wheeldon; Ed Svihra | Ed Svihra; Bryon Wheeldon | Doug Lemmons; Dwayne Pinon^; Sanjay Bhana; Bryon Wheeldon | 11/30/2011 | Patients' Notice for Pain Management | Email communication providing information necessary to render legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001312 | WAGFLDEA00001274 | WAGFLDEA00001276 | Ed Svihra | Bryon Wheeldon | Doug Lemmons; Dwayne Pinon^; Sanjay Bhana | 11/30/2011 | Patients' Notice for Pain Management | Email communication providing information necessary to render legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001374 | WAGFLDEA00001336 | WAGFLDEA00001336 | Bryon Wheeldon; Keri Kratofil | Terry Gubbins; District119RX; District119MGR | Bryon Wheeldon; Raymond Espino; Dwayne Pinon^ | 12/16/2011 | Refusal to Fill Verbiage | Email communication reflecting legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001375 | WAGFLDEA00001337 | WAGFLDEA00001338 | Keri Kratofil;Terry Gubbins; Bryon Wheeldon | Terry Gubbins; Keri Kratofil; District119RX; District119MGR | Bryon Wheeldon; Raymond Espino; Dwayne Pinon^ | 12/17/2011 | Refusal to Fill Verbiage | Email communication reflecting legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001640 | WAGFLDEA00001602 | WAGFLDEA00001605 | Barbara Martin; Dwayne Pinon^; Kristine Atwell | Dwayne Pinon^; Gina Hastreiter; Barbara Martin; Megan Butterfield; Kristine Atweel; Margaret Hughes | Kristine Atwell; Dwayne Pinon^; Gina Hastreiter; Megan Butterfield; Barbara Martin | 3/26/2012 | 50 bottles of oxycodone 5/325 shipped to us!!! | Email communication requesting and providing legal advice regarding returning erroneous shipment. | Attorney Client |
| WAG00001716 | WAGFLDEA00001678 | WAGFLDEA00001687 | Gina Hastreiter; Kristine Atwell; Store rxm.04426; Barbara Martin; Dwayne Pinon^ | Kristine Atwell; Dwayne Pinon^; Spencer Ebann; Sujit Raval; Gina Hastreiter; Store rxm.04426; Barbara Martin; Megan Butterfield; Margaret Hughes | Kristine Atwell; Dwayne Pinon^; Gina Hastreiter; Megan Butterfield; Barbara Martin | 4/3/2012 | 50 bottles of oxycodone 5/325 shipped to us!!! | Email communication requesting and providing legal advice regarding returning erroneous shipment. | Attorney Client |
| WAG00001726 | WAGFLDEA00001688 | WAGFLDEA00001691 | Shannon Wedekind | Dwayne Pinon^ | | 4/5/2012 | Per your request | Email communication providing information necessary to render legal advice regarding dispensing prescriptions. | Attorney Client |
| WAG00001784 | | | Rakesh Khanna | | | 2/1/2009 | Controlled Substance Threshold | Draft reflecting legal advice regarding controlled substance ordering. | Attorney Client |

Key
^ - identifies an attorney

**CONFIDENTIAL**