**[Exhibit A]**

**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) | **MDL No. 2804** |
| | ) | **Case No. 17-MD-2804** |
| **THIS DOCUMENT RELATES TO: ALL CASES** | ) ) ) | |
| | ) | **Judge Aaron Polster** |
| | ) ) ) ) | **ACKNOWLEDGEMENT OF PROTECTIVE ORDER AND AGREEMENT TO BE BOUND** |

  The undersigned hereby acknowledges that he/she has read the Protective Order entered in the above-captioned litigation, understands its terms, and agrees to be bound by its terms.  The undersigned submits to the jurisdiction of the United States District Court for the Northern District of Ohio in matters relating to the Protective Order.  The undersigned understands that the terms of the Protective Order obligate him/her to use documents designated as "CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER" solely for purposes of the above-captioned action or for law enforcement purposes, and that disclosure of any such documents to third-persons is prohibited except in accordance with the Protective Order or with permission of the Court.

_[signature]_

_____
Signature

2/8/2019
Date

#51875608 v1