UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*County of Multnomah v. Purdue Pharma, L.P., et al.* (D. Or. Case No. 3:17-cv-02010) | CASE NO. 1:17-MD-2804<br><br>NOTICE OF APPEARANCE |

NOTICE IS HEREBY GIVEN the Eric A. Norman and Chad W. Beck of Fain Anderson VanDerhoef Rosendahl O'Halloran Spillane, PLLC, hereby enters their appearance in the above-entitled action on behalf of Defendants Stuart Rosenblum, M.D. and Stuart Rosenblum, M.D., LLC.  All further pleadings, papers, and filings, with the exception of original process, should be served upon Eric A. Norman and Chad W. Beck at the address stated below.

DATED this 8th day of February, 2019

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC


By: *s/ Eric A. Norman*
Eric A. Norman, Oregon State Bar No. 100486
Attorney for Defendants Stuart Rosenblum, M.D.
and Stuart Rosenblum, M.D., LLC

NOTICE OF APPEARANCE - 1

**FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA  98104
p. 206-749-0094 • f. 206-749-0194

FAIN ANDERSON VANDERHOEF
ROSENDAHL O'HALLORAN SPILLANE, PLLC

By: *s/ Chad W. Beck*
Chad W. Beck, Ohio State Bar No. 00080170;
Washington State Bar No. 45773
Attorney for Defendants Stuart Rosenblum, M.D.
and Stuart Rosenblum, M.D., LLC

NOTICE OF APPEARANCE - 2

**FAIN ANDERSON VANDERHOEF**
**ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA  98104
p. 206-749-0094  •  f. 206-749-0194

## CERTIFICATE OF SERVICE

I hereby certify that on the below stated date, I caused to be electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to those attorneys of record registered on the CM/ECF system. All other parties (if any) shall be served in accordance with the Federal Rules of Civil Procedure.

Signed at Seattle, Washington this 8th day of February, 2019.

*s/Morgan Anderson*
Morgan Anderson, Legal Assistant

NOTICE OF APPEARANCE - 3

**FAIN ANDERSON VANDERHOEF ROSENDAHL O'HALLORAN SPILLANE, PLLC**
701 Fifth Avenue, Suite 4750
Seattle, WA 98104
p. 206-749-0094 • f. 206-749-0194