# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| *The County of Cuyahoga, Ohio et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-OP-45004 (N.D. Ohio) | |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-OP-45090 (N.D. Ohio) | |
| *City of Cleveland, Ohio v. Purdue Pharma L.P., et al.*<br>Case No. 18-OP-45132 (N.D. Ohio) | |

## **NOTICE OF SERVICE OF SUBPOENAS**

PLEASE TAKE NOTICE, pursuant to Federal Rule of Civil Procedure 45, that Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc. ("Purdue"), by and through undersigned counsel, will cause the following subpoenas to be served on Dr. Kendrick Bashor, 150 Cross Street, Akron, OH 44311; Dr. Michael Hughes, 1835 Franks Pkwy, Uniontown, OH 44685; Dr. Michael Louwers, 1560 Corporate Woods Pkwy, Uniontown, OH 44685; and Dr. Laura L. Novak, Summa Health, 155 5th St NE, Barberton, OH 44203:

Attachment 1: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Dr. Kendrick Bashor

Attachment 2: Subpoena to Testify at a Deposition in a Civil Action to Dr. Kendrick

    Bashor

Attachment 3: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Dr. Michael Hughes

Attachment 4: Subpoena to Testify at a Deposition in a Civil Action to Dr. Michael Hughes

Attachment 5: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Dr. Michael Louwers

Attachment 6: Subpoena to Testify at a Deposition in a Civil Action to Dr. Michael Louwers

Attachment 7: Subpoena to Produce Documents, Information, or Objects or to Permit Inspection of Premises in a Civil Action to Dr. Laura Novak

Attachment 6: Subpoena to Testify at a Deposition in a Civil Action to Dr. Laura Novak

Date: February 11, 2019    Respectfully submitted,

    */s/ Victor A. Walton Jr.*
    Victor A. Walton Jr.
    Vorys, Sater, Seymour and Pease LLP
    301 E. Fourth Street
    Suite 3500
    Cincinnati, OH 45202
    Tel: (513) 723-4000
    vawalton@vorys.com

    *Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc.*

## CERTIFICATE OF SERVICE

Pursuant to the September 17, 2018 Order Concerning Service in Track One Cases (ECF No. 983), I hereby certify that on February 11, 2019, I caused the foregoing document to be served via electronic mail on the email addresses maintained by plaintiffs (mdl2804discovery@motleyrice.com) and defendants (xALLDEFENDANTS-MDL2804-Service@arnoldporter.com) for service of such documents.

*/s/ Victor A. Walton Jr.*
Victor A. Walton Jr.
Vorys, Sater, Seymour and Pease LLP
301 E. Fourth Street
Suite 3500
Cincinnati, OH 45202
Tel: (513) 723-4000
vawalton@vorys.com

*Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc.*