EXHIBIT 7

EXHIBIT 3

WIT: Allegan Kauffield

DATE: 10 26 78

C. Campbell, RDR CRR CSR #13921

Steve Kaufhold: Information collected in response to Plaintiffs' 30(b)(6) Notice

| NO | Topic | Response |
|---|---|---|
| 43.1 | The corporate structure of all Allergan entities (including Allergan Finance, LLC, Allergan plc, and all subsidiaries, parents, predecessors, successors and/or associated entities resulting from any and all mergers over the years) and each such entity's involvement with any opioid products from 1995 to the present, including the identification of all drugs, the entity's role in connection with such drugs, and all opioid management involved. | **Corporate History**<br><br>See provided graphic laying out Allergan's transactional history.<br><br>**Corporate Structure**<br><br>The corporate structure of all the entities identified below is shown in the following corporate organizational charts: 2011-01-05 ALLERGAN_MDL_03367307; 2011-01-21 ALLERGAN_MDL_03367302; 2012-10-12 ALLERGAN_MDL_03367301; 2012-11-30 ALLERGAN_MDL_02761472; 2012-12-31 ALLERGAN_MDL_03367304; 2013-01-24 ALLERGAN_MDL_02758853; 2013-06-30 ALLERGAN_MDL_02931208; 2013-10-01 ALLERGAN_MDL_01098786; 2014-01-31 ALLERGAN_MDL_01384578; 2014-06-30 ALLERGAN_MDL_03295845; 2014-12-31 ALLERGAN_MDL_02177059; 2015-01-01 ALLERGAN_MDL_02079795; 2015-09-08 ALLERGAN_MDL_01471538; 2015-09-30 ALLERGAN_MDL_02147315; 2016-01-01 ALLERGAN_MDL_01373731; 2016-03-31 ALLERGAN_MDL_02147111; 2016-08-03 ALLERGAN_MDL_03295865; 2016-09-30 ALLERGAN_MDL_03295869; 2017-06-30 ALLERGAN_MDL_00000006; 2017-08-01 ALLERGAN_MDL_00000001; 2018-03-31 ALLERGAN_MDL_03295860.<br><br>Key Chart - 08-02-2016 ALLERGAN_MDL_03674501<br><br>**Involvement with Opioids**<br><br>**Transferred Entities/IP Ownership:**<br><br>Allergan sold its generic businesses to Teva in 2016. Teva - Allergan MPA (ALLERGAN_MDL_01481207). As part of that transaction, Allergan sold a number of entities to Teva that were involved with generic opioids. The following entities sold to Teva were listed as the ANDA or NDA holders for the following schedule II opioid products (see FDA "Orange Book"):<br><br>    1.    Watson Laboratories, Inc. |

| NO | Topic | Response |
|----|-------|----------|
| | | (a)   Fentanyl citrate injection (ANDA # 074917) |
| | | (b)   Fentanyl citrate table (ANDA # 079075) |
| | | (c)   Fentanyl transdermal (ANDA # 076709) |
| | | (d)   Hydrocodone / acetaminophen (ANDA #s 081083; 081080; 081079; 040094; 040122; 040123; 040099; 040148; 089883; 040248) |
| | | (e)   Meperidine Hydrochloride Injection (ANDA #s 073443; 073444; 073445) |
| | | (f)   Meperidine Hydrochloride Tablet (ANDA #s 040186) |
| | | (g)   Morphine sulfate injection (ANDA #s 073373; 073374; 073375; 073376) |
| | | (h)   Morphine sulfate capsule (ANDA #s 200812) |
| | | (i)   Oxycodone / acetaminophen (ANDA #s 040234; 040171; 040371; 040535) |
| | | (j)   Oxycodone / aspirin (ANDA #s 040255; 090084) |
| | | (k)   Oxycodone / ibuprofen (ANDA # 078394) |
| | | (l)   Morphine sulfate tablet (ANDA # 075656) |
| | | 2.   Actavis Laboratories FL, Inc. f/k/a Watson Laboratories, Inc. - Florida |
| | | (a)   Hydrocodone / acetaminophen (ANDA #s 040493; 040494; 040495; 040148[1]; 206470) |
| | | (b)   Hydrocodone / ibuprofen (ANDA #s 077454; 076604) |

[1] Some products are listed under more than one entity if the ANDA or NDA transferred between the entities.

| NO | Topic | Response |
|---|---|---|
| | |      (c)    Oxycodone / aspirin (ANDA # 090084) |
| | |      (d)    Hydromorphone tablet (ANDA # 202144) |
| | | 3.    Actavis Totowa LLC |
| | |      (a)    Oxycodone / acetaminophen (ANDA #s 040203; 040199; 040800) |
| | |      (b)    Homatropine methylbromide / hydrocodone bitartrate (ANDA # 040295) |
| | |      (c)    Oxycodone / hydrochloride tablet (ANDA # 076636) |
| | | 4.    Actavis Elizabeth LLC |
| | |      (a)    Oxycodone / acetaminophen (ANDA #s 040203; 040199; 040800; 201447) |
| | |      (b)    Homatropine methylbromide / hydrocodone bitartrate (ANDA # 040295) |
| | |      (c)    Morphine sulfate capsule (ANDA #s 020616; 079040) |
| | |      (d)    Morphine sulfate tablet (ANDA # 203849) |
| | |      (e)    Oxycodone / hydrochloride tablet (ANDA # 076636) |
| | |      (f)    Oxycodone / ibuprofen (ANDA # 078769) |
| | |      (g)    Oxymorphone tablet (ANDA # 079046) |
| | | 5.    Actavis Mid Atlantic LLC |
| | |      (a)    Homatropine methylbromide / hydrocodone bitartrate (ANDA # 088017) |
| | | 6.    Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc. Salt Lake City |

| NO | Topic | Response |
|---|---|---|
| | | (a)    Morphine sulfate capsule (NDA # 020616)<br><br>7.    Actavis South Atlantic LLC<br><br>(a)    Oxymorphone tablet (ANDA # 079046)<br><br>(b)    Fentanyl transdermal (ANDA # 077602)<br><br>**Remaining Allergan Entities:**<br><br>Kadian®: From December 19, 2005, until it purchased the medication, Actavis Elizabeth LLC served as the contract manufacturer of Kadian® for Alpharma. February 2, 2008 Actavis Elizabeth and Alpharma Contract (ALLERGAN_MDL_01076982); December 19, 2005, Alpharma - Purepac Contract (ALLERGAN_MDL_01474803).<br><br>Actavis Elizabeth LLC acquired Kadian® from Alpharma in December 2008.  December 17, 2008 Asset Purchase Agreement by and between King Pharmaceuticals, Inc. and Actavis Elizabeth, L.L.C. (ALLERGAN_MDL_01514893).<br><br>The holders of the Kadian® NDA (020616) since December 2008 were and are (see FDA "Orange Book"):<br><br>• December 2008-2013: Actavis Elizabeth LLC<br><br>• 2013-2016: Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc. - Salt Lake City<br><br>• 2016-Present: Allergan Sales, LLC<br><br>April 11, 2013 Transfer Letter (ALLERGAN_MDL_00811313); November 20, 2014, Company Name Change Letter (ALLERGAN_MDL_02195036); March 11, 2016 Transfer Letter (ALLERGAN_MDL_02197647). |

| NO | Topic | Response |
|---|---|---|
| | | As part of the sale of its generic business to Teva, Teva agreed to continue manufacturing Kadian® and Norco for Allergan.  Exhibit B of Teva-Allergan 2015 MPA (ALLERGAN_MDL_03367042).  At that time, Allergan also contracted with UPS SCS, Inc. to distribute controlled substances, including Kadian® and Norco. 2015 UPS Allergan Contract ALLERGAN_MDL_01396729.<br><br>Since December 2008, Kadian's label has identified the following entities as the manufacturer or distributor of Kadian®: Actavis Elizabeth LLC; Actavis Kadian LLC; Actavis Pharma, Inc.; and Allergan USA, Inc. 02/2009 Label (ALLERGAN_MDL_02200691); 02/2010 Label (ALLERGAN_MDL_01132982); 07/2012 Label[2]; 04/2014 Label[3].<br><br>The current label (revised 09/2018[4]) states that Kadian® is distributed by Allergan USA, Inc.; however, Allergan USA, Inc. does not distribute Kadian® itself.  Instead, after Allergan sold the entities with the DEA-registrations required to produce and distribute schedule II controlled substances, Allergan USA, Inc. has contracted with UPS SCS, Inc. to distribute Kadian® on its behalf.  2015 UPS Allergan Contract (ALLERGAN_MDL_01396729).<br><br>Norco: The holders of the Norco ANDAs (40099 & 40148) were and are (*see* FDA "Orange Book"):<br><br>ANDA 40099:<br><br>• 1997-1999: UCB Pharmaceuticals, Inc.<br><br>• 2000-2015: Watson Laboratories, Inc.<br><br>• 2016: Allergan Sales, LLC<br><br>• 2017-Present: Allergan Pharmaceuticals International Limited |

---

[2] https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/020616s041lbl.pdf
[3] https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/020616s051lbl.pdf
[4] https://www.allergan.com/assets/pdf/kadian_pi

| NO | Topic | Response |
|----|-------|----------|
|    |       | ANDA 40148:<br><br>• 1997-2014: Watson Laboratories, Inc.<br><br>• 2015: Actavis Laboratories FL, Inc.<br><br>• 2016: Allergan Sales, LLC<br><br>• 2017-Present: Allergan Pharmaceuticals International Limited<br><br>The following entities were involved in manufacturing and distributing Norco: Watson Pharma, Inc., Watson Laboratories, Inc., Warner Chilcott Company, LLC, Allergan USA, Inc., and Allergan Sales, LLC. 04/2002 Label (ALLERGAN_MDL_01095947); April 2003 Label (ALLERGAN_MDL_01095940); 07/2007 Label (ALLERGAN_MDL_01680965); 10/2009 Label (ALLERGAN_MDL_02206790); 06/2011 Labels (ALLERGAN_MDL_02209823; ALLERGAN_MDL_02210219); 08/2012 Label (ALLERGAN_MDL_01768757); 08/2013 Labels (ALLERGAN_MDL_02210402; ALLERGAN_MDL_02209867); 2014 Labels[5]; 02/2017 Label (ALLERGAN_MDL_02219168); Current Label[6].<br><br>Similar to Kadian®, after Allergan sold the entities with the DEA-registrations required to produce and distribute schedule II controlled substances, Allergan contracted with Teva and UPS, SCS Inc. to manufacture and distribute Norco on behalf of Allergan USA, Inc. and Allergan Sales, LLC. 2015 UPS Allergan Contract (ALLERGAN_MDL_01396729); Exhibit B of Teva-Allergan 2015 MPA (ALLERGAN_MDL_03367042).<br><br>Other Schedule II Branded Drugs: Between 2004 and 2006, Watson Pharmaceuticals, Inc., collaborated with Interpham, Inc. (the ANDA holder) in the marketing and sale of Reprexain (ANDA 076642 - Hydrocodone bitartrate / ibuprofen). June 07, 2004 Email & Press Release Announcing Launch |

[5] https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/040099Orig1s018lbl.pdf; https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/040148s053lbl.pdf<br>[6] https://www.allergan.com/assets/pdf/norco_pi

| NO | Topic | Response |
|----|-------|----------|
| | | (ALLERGAN_MDL_01830938; ALLERGAN_MDL_01830941); June 14, 2006 Email Discussing No Longer Promoting Reprexain (ALLERGAN_MDL_01728789).<br><br>On October 12, 2000, Watson Pharma, Inc. announced the addition of Maxidone (40094 - hydrocodone bitartrate / acetaminophen) to its product portfolio. October 12, 2000 Product Introduction Notification (ALLERGAN_MDL_02579713). Since 2015, Maxidone has been included on the FDA's list of discontinued drugs. (*See* 2015 FDA Orange Book, "Discontinued Drug Product List").<br><br>Actavis acquired Forest Laboratories, Inc. in 2014.  Prior to the acquisition, Forest Laboratories, Inc. sold a product called Combunox (021378 - Oxycodone Hydrochloride / ibuprofen).  Forest received approval for Combunox on November 26, 2004.  Since 2012, Combunox has been included on the FDA's list of discontinued drugs. (*See* 2012 FDA Orange Book, "Discontinued Drug Product List"). |
| 43.2 | The management of the generic opioid business from 1995 to the present for all Allergan entities (including Allergan Finance, LLC, Allergan plc, and all subsidiaries, parents, predecessors, successors and/or associated entities resulting from any and all mergers over the years) and all generic opioids for which any Allergan entities had any involvement | Each of the seven entities identified above that had involvement with generic opioid medications is included on Schedule 4.6(g) of the Teva-Allergan MPA, which lists the entities transferred to Teva.  Teva-Allergan MPA Schedules (ALLERGAN_MDL_03367048).<br><br>The January 1, 2015, organization chart shows where each of these entities fell within the the corporate structure of Allergan prior to the sale to Teva. ALLERGAN_MDL_02079795. Actavis South Atlantic LLC, Actavis Elizabeth, LLC, Actavis Mid Atlantic LLC, and Actavis Totowa LLC were all direct subsidiaries of Actavis LLC, which was an indirect subsidiary of Watson Laboratories, Inc. *See id* at 2. Watson Laboratories, Inc. was a direct subsidiary of Actavis, Inc. n/k/a Allergan Finance, LLC. *See id.* Actavis Laboratories UT, Inc. was a direct subsidiary of Actavis, Inc. n/k/a Allergan Finance, LLC. *Id.* Actavis Laboratories FL, Inc. (f/k/a Watson Laboratories, Inc. - Florida) was a direct subsidiary of Andrx Corporation, which was a direct subsidiary of Actavis, Inc. n/k/a Allergan Finance, LLC. *Id.* Andrx Corporation and Actavis LLC, in addition to the seven generic ANDA-holding entities, were transferred to Teva. Teva-Allergan MPA Schedules (ALLERGAN_MDL_03367048).<br><br>Prior to the sale of these entities to Teva, Actavis, Inc. n/k/a Allergan Finance, LLC did not manufacture, market, distribute, or sell any pharmaceutical products. It operated solely as a holding company.  All of the direct subsidiaries of Actavis, Inc. n/k/a Allergan Finance involved in the management of the generic |

| NO | Topic | Response |
|---|---|---|
| | | opioid business were transferred to Teva.  No other affiliate of Allergan Finance LLC or Allergan plc had involvement with generic opioids.<br><br>Officers & Directors of Generic Entities:<br><br>Based on a review of reasonably available documents, we have identified the following persons as directors and officers of some of the entities identified above.<br><br>**Watson Pharma, Inc.**<br><br>7-24-2012:<br><br>Director: Paul M. Bisaro;<br><br>Officers: Paul M. Bisaro, G. Frederick Wilkinson, Robert A. Stewart, R. Todd Joyce, David A. Buchen, Ranjana B. Pathak, Andrew Boyer, Charles M. Mayr, Lynne Amato, Thomas R. Griffin, Tim Callahan, Diane Miranda, Kathleen Reape, Allan Slavsky, Michael W. Carr, Sigurd C. Kirk, James O'Brien, James A. Williamson, Brett W. Hagardorn.<br><br>*See* ALLERGAN_MDL_03367292<br><br>8-30-2013:<br><br>Director: Paul M. Bisaro;<br><br>Officers: Paul M. Bisaro, G. Frederick Wilkinson, Robert A. Stewart, R. Todd Joyce, David A. Buchen, Ranjana B. Pathak, Andrew Boyer, Charles M. Mayr, Lynne Amato, Thomas R. Griffin, Tim Callahan, Kathleen Reape, Allan Slavsky, Michael W. Carr, Sigurd C. Kirk, James O'Brien, James A. Williamson, Brett W. Hagardorn, John Larocca.<br><br>*See* ALLERGAN_MDL_03367295.<br><br>**Watson Laboratories, Inc.** |

| NO | Topic | Response |
|---|---|---|
| | | 7-24-2012:<br><br>Director: Paul M. Bisaro;<br><br>Officers: Paul M. Bisaro, G. Frederick Wilkinson, Robert A. Stewart, R. Todd Joyce, David A. Buchen, Patrick G. Brunner, Charles D. Ebert, Ranjana B. Pathak, Nick Kerkhof, Gary Kozloski, Gary Holloway, Jeffery Regan, Beth Brennan, Kathleen Reape, Michael W. Carr, James O'Brien, James A. Williamson, Miguel A. Gomez, Brett W. Hagadorn, Roberta Loomar.<br><br>See ALLERGAN_MDL_03367294.<br><br>8-30-2013<br><br>Director: Paul M. Bisaro;<br><br>Officers: Paul M. Bisaro, G. Frederick Wilkinson, Robert A. Stewart, R. Todd Joyce, David A. Buchen, Patrick G. Brunner, Charles D. Ebert, Ranjana B. Pathak, Hafrun Fridriksdottir, Nick Kerkhof, Gary Kozloski, Gary Holloway, Jeffery Regan, Beth Brennan, Kathleen Reape, Michael W. Carr, James O'Brien, James A. Williamson, Miguel A. Gomez, Brett W. Hagadorn, John Larocca.<br><br>See ALLERGAN_MDL_03367296. |
| 43.3 | All involvement and communications Allergan plc has had with any of its subsidiaries involved in the licensing, manufacture, marketing, sale, or distribution of any opioid products, including Allergan plc's ownership interests in, control over, and financial interrelationships with any | Allergan plc "was established for the purpose of facilitating the business combination between Allergan Finance, LLC (formerly known as Actavis, Inc.) and Warner Chilcott plc." Allergan plc 2017 10-K at 3. Allergan Finance, LLC acquired Warner Chilcott plc in a stock-for-stock transaction in 2013. 5/19/2013 Actavis, Inc. 8-K at 9. After the transaction, Warner Chilcott and Allergan Finance, LLC each became wholly owned, indirect subsidiaries of Allergan plc. Allergan plc 2017 10-K at 3.<br><br>Allergan plc f/k/a Actavis plc is an Irish corporation and its only offices are located in Ireland. Allergan plc is a holding company that exists for the purpose of holding shares of other companies that manufacture and distribute prescription drugs rather than producing or selling its own goods or services. Allergan plc does not finance or control the daily affairs, including marketing or sales operations, of its subsidiaries. |

| NO | Topic | Response |
|---|---|---|
| | such subsidiaries, as well as how subsidiaries' management interacted with and reported to Allergan plc and how this changed over time. | The following individuals are or were the primary executives at Allergan Finance, LLC in the following categories at the specified time period:<br><br>**Watson Pharmaceuticals, Inc.**<br><br>Officers<br>(i)    Chief Executive Officer: Allen Chao (1999-2008), Paul Bisaro (2008-2012)<br>(ii)    Chief Financial Officer: Michael Boxer (1999-2002), Charles Slacik (2003-2007), Mark Durand (2008-2009), R. Todd Joyce (2010-2012)<br>(iii)    Chief Operating Officer: Fred Wilkinson (1999-2000), Joseph Papa (2001-2004), Robert Stewart (2010-2012)<br>(iv)    General Counsel: Robert Funsten (1999-2001), David Buchen (2002-2012)<br>(v)    Sales: Lynne Amato (1999, 2003-2009), Carolyn Logan (1999), Andy Boyer (2003-2012), Tim Callahan (2010-2012)<br>(vi)    Marketing: Lynne Amato (1999, 2003-2012), Carolyn Logan (1999), Andy Boyer (2003-2012)<br>(vii)    Compliance: Roberta Loomar (2008-2010), Deborah Penza (2011-2012)<br>(viii)    Sales or Marketing Training: None<br>(ix)    Government Affairs: G. Thomas Long (2004-2010), Charlie Mayr (2011-2012)<br>(x)    Medical Director: Gary Kozloski (2001-2012)<br>(xi)    Research and Development: Charles Ebert (1999-2012), Francois Menard (2007-2012)<br><br>Directors<br>(i)    Paul Bisaro (2007 - 2012)<br>(ii)    Christopher Bodine (2009 - 2012)<br>(iii)    Allen Chao (1983 - 2009)<br>(iv)    Michael Fedida (1995 - 2012)<br>(v)    Michael Feldman (1985 - 2012)<br>(vi)    Albert Hummel (1986 - 2012)<br>(vii)    Alec Keith (1991 - 2000)<br>(viii)    Catherine Klema (2004 - 2012)<br>(ix)    Jack Michelson (2002 - 2012) |

| NO | Topic | Response |
|---|---|---|
| | | (x) Melvin Sharoky (1995 - 1998) |
| | | (xi) Anthony Tabatznik (2009 - 2012) |
| | | (xii) Ronald Taylor (1994 - 2012) |
| | | (xiii) Andrew Turner (1997 - 2012) |
| | | (xiv) Fred Weiss (2000 - 2012) |
| | | **Actavis, Inc.** |
| | | Officers: |
| | | (i) Chief Executive Officer: Paul Bisaro (2013-2014), Brent Saunders (2015-2016) |
| | | (ii) Chief Financial Officer: Todd Joyce (2013-2014), Tessa Hilado (2015-2016) |
| | | (iii) Chief Operating Officer: Robert Stewart (2013-2016) |
| | | (iv) General Counsel: David Buchen (2013-2014), A. Robert D. Bailey (2015-2016) |
| | | (v) Sales: Andy Boyer (2013), Tim Callahan (2013), Siggi Olafsson (2013-2014), William Meury (2015-2016) |
| | | (vi) Marketing: Andy Boyer (2013), Lynne Amato (2013), Siggi Olafsson (2013-2014), William Meury (2015-2016) |
| | | (vii) Compliance: Debra Penza (2013-2014), Joseph Zimmerman (2014), Jonathon Kellerman (2015-2016) |
| | | (viii) Sales or Marketing Training: None |
| | | (ix) Government Affairs: Charlie Mayr (2013-2014), Alex Kelly (2015-2016) |
| | | (x) Medical Director: Gary Kozlowski (2013), Gavin Corcoran (2014-2016) |
| | | (xi) Research and Development: Chuck Ebert (2013-2014), Hafrun Fridriksdottir (2013-2014), David Nicholson (2015-2016) |
| | | Directors |
| | | (i) Paul Bisaro (2013-2014) |
| | | (ii) Christopher Bodine (2013-2014) |
| | | (iii) Michael Fedida (2013-2014) |
| | | (iv) Michael Feldman (2013-2014) |
| | | (v) Albert Hummel (2013-2014) |
| | | (vi) Catherine Klema (2013-2014) |

| NO | Topic | Response |
|----|-------|----------|
|    |       | (vii)    Jack Michelson (2013-2014)<br>(viii)   Ronald Taylor (2013-2014)<br>(ix)    Andrew Turner (2013-2014)<br>(x)     Fred Weiss (2013-2014)<br><br>**Allergan Finance, LLC**<br><br>Officers<br>Allergan Finance, LLC's management structure is set forth in the Second Amended and Restated Operating Agreement of Allergan Finance, LLC (ALLERGAN_MDL_SUPP_00000326). This Operating Agreement identifies the following officers:<br>(i)     A. Robert D. Bailey<br>(ii)    Matthew M. Walsh<br>(iii)   Jonathon Kellerman<br>(iv)   Karen Ling<br>(v)    Alex Kelly<br>(vi)   William Meury<br>(vii)   Sigurd Kirk<br>(viii)  Marc Princen<br>(ix)    James D'Arecca<br>(x)     Sean Lennon<br>(xi)    David Nicholson<br>(xii)   Lynne Bolduc<br>(xiii)  Thomas Poche<br>(xiv)  Brian Anderson<br>(xv)   Riccardo Mancuso<br>(xvi)  Martin Shindler<br>(xvii) Wayne Swanton<br>(xviii) Stephen M. Kaufhold<br>(xix)  Kira Schwartz<br>(xx)   Judith Tomkins |

| NO | Topic | Response |
|----|-------|----------|
| | | Directors<br>Allergan Finance, LLC does not have a Board of Directors. Allergan Finance, LLC instead has a two-person Board of Managers that is comprised of A. Robert D. Bailey and Matthew M. Walsh.<br><br>**Allergan plc Board & Executive Leadership Team:**<br><br>10-02-2013[7]<br><br>Directors:<br>(i)    Paul M. Bisaro<br>(ii)    James H. Bloem<br>(iii)    Christopher Bodine<br>(iv)    Tamar D. Howson<br>(v)    John A. King<br>(vi)    Catherine M. Klema<br>(vii)    Jiri Michal<br>(viii)    Jack Michelson<br>(ix)    Sigurdur Oli Olafsson<br>(x)    Patrick J. O'Sullivan<br>(xi)    Andrew L. Turner<br>(xii)    Fred G. Weiss<br><br>**Current Leadership:**<br><br>Executive Leadership Team:<br>(i)    Brenton L. Saunders, Chairman, President and CEO<br>(ii)    William Meury, EVP & Chief Commercial Officer<br>(iii)    Matt Walsh, EVP & Chief Financial Officer<br>(iv)    A. Robert D. Bailey, EVP & Chief Legal Officer and Corporate Secretary<br>(v)    Karen L. Ling, Esq., EVP & Chief Human Resources Officer |

---

[7]    https://www.allergan.com/news/news/thomson-reuters/actavis-plc-names-board-of-directors

| NO | Topic | Response |
|---|---|---|
| | | (vi)     C. David Nicholson, PhD, EVP & Chief R&D Officer<br>(vii)    Alex Kelly, EVP & Chief Communications Officer<br>(viii)   Wayne R. Swanton, EVP, Global Operations<br><br>Directors<br>    (i)      Nesli Basgoz, M.D.<br>    (ii)     Joseph H. Boccuzi<br>    (iii)    Christopher W. Bodine<br>    (iv)    Adriane M. Brown<br>    (v)     Christopher J. Coughlin<br>    (vi)    Carol Anthony (John) Davidson<br>    (vii)   Michael E. Greenberg, PhD<br>    (viii)  Thomas C. Freyman<br>    (ix)    Catherine M. Klema<br>    (x)     Peter J. McDonnell, M.D.<br>    (xi)    Fred G. Weiss |