# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) | MDL No. 2804 |
| ) | Case No. 1:17-md-2804 |
| This document relates to: ) | |
| *All cases* ) | Judge Dan Aaron Polster |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Redi Kasollja hereby withdraws his appearance as counsel of record for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. (collectively, "Anda") in the above-captioned action.  Anda continues to be represented by James W. Matthews and Katy E. Koski of Foley & Lardner LLP in the above-captioned action.

Dated:  February 13, 2019

Respectfully submitted,

*/s/ Redi Kasollja*
Redi Kasollja (MA BBO # 673557)
FOLEY & LARDNER LLP
111 Huntington Avenue, Suite 2500
Boston, MA 02199
Telephone: (617) 342-4000
Facsimile: (617) 342-4001
Email: rkasollja@foley.com

4821-7878-5416.1

## CERTIFICATE OF SERVICE

I hereby certify that on the 13th day of February 2019, I electronically filed the foregoing Notice of Withdrawal with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

/s/ Redi Kasollja
Redi Kasollja