IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

NOTICE OF APPEARANCE OF COUNSEL
FOR DEFENDANT PRESCRIPTION SUPPLY, INC.

      The attorneys listed below enter their appearances in the above-captioned case as counsel of record for Defendant Prescription Supply, Inc.  Each of the attorneys listed below respectfully requests that his name be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorneys at the following addresses and/or through the Court ECF filing system, as registered:

| | |
|---|---|
| James C. Clark, Esquire<br>Fox Rothschild LLP<br>2700 Kelly Road, Suite 300<br>Warrington, PA 18976<br>Tel: (215) 345-7500<br>Fax: (215) 345-7507<br>jclark@foxrothschild.com | Stephan A. Cornell, Esquire<br>Fox Rothschild LLP<br>2700 Kelly Road, Suite 300<br>Warrington, PA 18976<br>Tel: (215) 345-7500<br>Fax: (215) 345-7507<br>scornell@foxrothschild.com |

        Respectfully Submitted,

        **FOX ROTHSCHILD LLP**

        /s/ John J. Haggerty
        John J. Haggerty (Ohio Bar No. 0073572)
        Fox Rothschild LLP
        2700 Kelly Road, Suite 300
        Warrington, PA 18976
        Tel: (215) 345-7500
        Fax: (215) 345-7507

Dated: February 13, 2019         *Counsel for Prescription Supply, Inc.*

## CERTIFICATE OF SERVICE

I certify that on this 13th day of February 2019 I electronically filed a copy of the foregoing Notice of Appearance of Counsel for Defendant Prescription Supply, Inc. with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                                                      **FOX ROTHSCHILD LLP**

                                                                BY: /s/ John J. Haggerty
Dated: February 13, 2019                                     John J. Haggerty, Esquire