# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL
PRESCRIPTION OPIATE
LITIGATION

Case No. 1:17-MD-2804
Hon. Dan A. Polster

*APPLIES TO ALL CASES*

### [PROPOSED] ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANTS' MOTIONS TO DISMISS FOR LACK OF PERSONAL JURISDICTION

Before the Court is Plaintiffs' Motion for Extension of Time to Respond to Defendants Allergan plc, Teva Pharmaceutical Industries Ltd., and Mallinckrodt plc's Motions to Dismiss for lack of Personal Jurisdiction. Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is GRANTED; and

**IT IS FURTHER ORDERED** that Plaintiffs' Opposition to Allergan plc's Motion to Dismiss for Lack of Jurisdiction (Dkt.1258), Teva Pharmaceutical Industries, Ltd.'s Motion to Dismiss for Lack of Jurisdiction (Dkt.1264), and Mallinckrodt's Motion to Dismiss for Lack of Jurisdiction (Dkt.1266), will be due after personal jurisdiction discovery of these Defendants is complete as determined by Special Master Cohen, on a date he deems appropriate under the circumstances.

Dated this ____ day of February, 2019

_____
Honorable Dan Aaron Polster
United States District Judge

1695207.2