UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | : : : | MDL No.: 2804 |
| | : | Case No.: 1:17-md-2804 |
| This document relates to: | : | |
| *All cases* | : | Judge Dan A. Polster |
| | : | |

## NOTICE OF WITHDRAWAL

PLEASE TAKE NOTICE that Jordan Rauch hereby withdraws his appearance as counsel of record for Defendant Russell Portenoy, M.D. ("Dr. Portenoy") in the above-captioned action. Dr. Portenoy continues to be represented by O. Judson Scheaf of the Hahn, Loeser & Parks law firm and S. Amy Spencer of Shaheen and Gordon law firm in the above-captioned action.

Respectfully submitted,

*/s/ Jordan D. Rauch*
Jordan D. Rauch (0093389)
**DICKINSON WRIGHT PLLC**
150 E. Gay St., 24th Floor
Columbus, Ohio 43215
Telephone: (614) 591-5464
Facsimile: (844) 670-6009
jrauch@dickinsonwright.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 14, 2019, the foregoing Notice of Withdrawal was filed via the Clerk of this Court's CM/ECF system which shall send notifications to all parties on record.

*/s/ Jordan D. Rauch*
Jordan D. Rauch (0093389)

COLUMBUS 99998-3514 108876v1