# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br><br>This document relates to all cases. | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Kristina J. Matic of Foley & Lardner LLP hereby enters her appearance as additional counsel of record for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. in the above-captioned action.

Dated:  February 14, 2019         Respectfully submitted,

>     */s/ Kristina J. Matic*
>     Kristina J. Matic (WBN 1076037)
>     FOLEY & LARDNER LLP
>     777 East Wisconsin Avenue
>     Milwaukee, WI 53202
>     Telephone: 414.271.2400
>     Facsimile: 414.297.4900
>     kmatic@foley.com
>
>     *Counsel for Anda, Inc. and*
>     *Anda Pharmaceuticals, Inc.*

4821-8507-7384.1

## CERTIFICATE OF SERVICE

      I hereby certify that on the 14th day of February 2019, I emailed a copy of the foregoing to the Clerk of Court at MDL@ohnd.uscourts.gov, who will electronically file the same via the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                                                  */s/ Kristina J. Matic*
                                                  Kristina J. Matic

4821-8507-7384.1