# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804 |
| ) | Case No. 1:17-md-2804 |
| This document relates to all cases. ) ) | |
| ) | Judge Dan Aaron Polster |
| ) ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Graham D. Welch of Foley & Lardner LLP hereby enters his appearance as additional counsel of record for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. in the above-captioned action.

Dated:  February 14, 2019                                  Respectfully submitted,

*/s/ Graham D. Welch*
Graham D. Welch (MA BBO #699007)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617.342.4000
Facsimile: 617.342.4001
gwelch@foley.com

*Counsel for Anda, Inc. and*
*Anda Pharmaceuticals, Inc.*

4824-6000-0648.1

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 14th day of February 2019, I emailed a copy of the foregoing to the Clerk of Court at MDL@ohnd.uscourts.gov, who will electronically file the same via the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

> */s/ Graham D. Welch*
> Graham D. Welch