# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) MDL 2804 ) ) Case No. 1:17-md-2804 |
| **THIS DOCUMENT RELATES TO:** | ) ) Judge Dan Aaron Polster |
| *All Cases* | ) ) **MINUTES OF TELECONFERENCE** |

On February 13, 2018 the Court held a status teleconference regarding the National Prescription Opiate Litigation. In attendance were Special Masters Francis McGovern, David Cohen and Cathy Yanni; Joe Rice, Paul Hanly, Paul Farrell, Peter Weinberger, Troy Rafferty, and Steve Skikos for Plaintiffs; Carole Rendon, Jonathan Stern, Sheila Birnbaum, Charles Lifland, Steven Reed, and Donna Welch for Manufacturer Defendants; Bob Nicholas, Enu Mainigi, Geoffrey Hobart, and Mark Lynch for Distributor Defendants; Kaspar Stoffelmayr for Chain Pharmacy Defendants; and Steve Zakrzewski for Physician Defendants.

The Court set aside Tuesday and Wednesday, June 18-19, 2019 and Tuesday and Wednesday, July 16-17, 2019 as open and available dates on the Court's calendar to schedule additional settlement discussions between the parties as necessary.

The Court scheduled a follow-up status conference for 12:00 PM EST on Wednesday, March 13, 2019. The parties' Joint Status Report is due by 12:00 PM EST on Monday, March 11, 2019.

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster  February 14, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**