# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) MDL 2804 ) ) Case No. 1:17-md-2804 |
| **THIS DOCUMENT RELATES TO:** | ) ) Judge Dan Aaron Polster |
| *Track One Cases* | ) ) **ORDER** |

Before the Court is Plaintiffs' Motion for Extension of Time to Respond to Defendants' Motion to Dismiss for Lack of Personal Jurisdiction. **Doc. #: 1365**. On January 15, 2019, defendants Allergan PLC, Teva Pharmaceutical Industries Ltd., and Mallinckrodt PLC ("Defendants") filed motions to dismiss for lack of personal jurisdiction.[1] Doc. ##: 1258, 1264, 1266 (respectively). Plaintiffs Motion seeks additional time to conduct limited discovery into personal jurisdiction and/or to review discovery already obtained before having to respond.

Special Master Cohen has been tasked with managing discovery in this MDL. *See* Doc. #: 549. Therefore, the Court directs the parties to meet and confer with Special Master Cohen regarding whether and to what extent personal jurisdiction discovery needs to be taken. Special Master Cohen will then determine an appropriate deadline for Plaintiffs' responses in opposition to Defendants' motions to dismiss. Plaintiffs' Motion for Extension of Time, **Doc. #: 1365**, is **GRANTED**.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster  *February 14, 2019*
 **DAN AARON POLSTER**
 **UNITED STATES DISTRICT JUDGE**

---

[1] Mallinckrodt filed a Motion by Special Appearance for Leave to File its motion to dismiss, Doc. #: 1266, which was granted. Mallinckrodt's motion to dismiss was deemed filed on January 17, 2019.