# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804 |
| ) | Case No. 1:17-md-2804 |
| This document relates to all cases.    ) ) | |
| ) | Judge Dan Aaron Polster |
| ) ) ) | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Gregory N. Heinen of Foley & Lardner LLP hereby enters his appearance as additional counsel of record for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. in the above-captioned action.

Dated: February 15, 2019                Respectfully submitted,

/s/ Gregory N. Heinen
Gregory N. Heinen (WBN 1094250)
FOLEY & LARDNER LLP
777 East Wisconsin Avenue
Milwaukee, WI 53202
Telephone: 414.271.2400
Facsimile: 414.297.4900
gheinen@foley.com

*Counsel for Anda, Inc. and*
*Anda Pharmaceuticals, Inc.*

4844-3178-2536.1

**CERTIFICATE OF SERVICE**

      I hereby certify that on the 15th day of February 2019, I emailed a copy of the foregoing to the Clerk of Court at MDL@ohnd.uscourts.gov, who will electronically file the same via the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                                                  */s/ Gregory N. Heinen*
                                                  Gregory N. Heinen

4844-3178-2536.1