# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This Document Relates to:<br><br>*City of Seattle v. Purdue Pharma, L.P. et al.*, Case No. 1:18-op-45089 (DAP) (transferred from W.D. Wash., Case No. 2:17-cv-1577) (TSZ) | Case No. 1:17-MD-2804 DAP<br><br>Judge Dan A. Polster<br>Magistrate Judge David A. Ruiz |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Please enter the withdrawal of appearance of Jennifer Fountain Connolly of Hagens Berman Sobol Shapiro LLP as attorney for Plaintiff City of Seattle in the above-captioned action. Hagens Berman Sobol Shapiro LLP will continue to represent Plaintiff City of Seattle in this proceeding.

Dated:  February 15, 2019

Respectfully submitted,

By   */s/ Jennifer Fountain Connolly*
    Jennifer Fountain Connolly
HAGENS BERMAN SOBOL SHAPIRO LLP
1701 Pennsylvania Ave. NW, Suite 200
Washington, D.C.  20006
Telephone:  (202) 248-5403
jenniferc@hbsslaw.com