# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) MDL 2804 ) ) Case No. 1:17-md-2804 |
| **THIS DOCUMENT RELATES TO:** | ) ) Judge Dan Aaron Polster |
| *Track One Cases* | ) ) **ORDER** |

Before the Court is Mallinckrodt's Objection to Special Master Cohen's Discovery Ruling No. 14, Part 2 Regarding Production of Mallinckrodt's Privileged Documents. **Doc. #: 1362**. The Court has carefully reviewed the Special Master's ruling and Mallinckrodt's objections, and has conducted an *in camera* review of the relevant documents indicated in Mallinckrodt's brief. The Court agrees with Special Master Cohen's legal analysis. Accordingly, Mallinckrodt's objection to Special Master Cohen's Discovery Ruling No. 14, Part 2, **Doc. #: 1362**, is **OVERRULED**. Special Master Cohen's Discovery Ruling No. 14, Part 2, Doc. #: 1352, remains in place as issued.

    **IT IS SO ORDERED.**

                                           /s/ **Dan Aaron Polster** *February 15, 2019*
                                            **DAN AARON POLSTER**
                                            **UNITED STATES DISTRICT JUDGE**