**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: National Prescription Opiate Litigation | ) ) ) ) ) ) | CASE NO.     1:17MD 2804  **ORDER**  JUDGE DAN AARON POLSTER |

This Court has appointed an additional staff person in this Multidistrict Litigation. She is:

>Jennifer Sammon
>2906 Weybridge Rd.
>Shaker Heights, OH 44120
>216.408.2549
>jsammon@me.com

In order to assist this Court, the fees associated with accessing the cases through the Public Access to Court Electronic Records (PACER) shall be waived for her. The Court will also provide Westlaw access.

**IT IS SO ORDERED**.

>s/Dan Aaron Polster
>Dan Aaron Polster
>U.S. District Judge

February 19, 2019