# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of John J. Haggerty of Fox Rothschild LLP as counsel of record for Defendant Quest Pharmaceuticals, Inc. in the above-captioned action.

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

/s/ John J. Haggerty
John J. Haggerty (Ohio Bar No. 0073572)
jhaggerty@foxrothschild.com
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 918-3564
Fax: (215) 345-7507

*Counsel for Quest Pharmaceuticals, Inc.*

Dated: February 21, 2019