## CERTIFICATE OF SERVICE

I certify that on this 21st day of February 2019, I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

                                    **FOX ROTHSCHILD LLP**

                              BY: /s/ John J. Haggerty
                                    John J. Haggerty, Esquire