UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION<br>OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO ALL CASES | MDL No. 2804<br>CASE NO.: 1:17-MD-2804<br>Hon. Dan A. Polster |

### PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT KROGER'S MOTION TO MODIFY CMO-1 TO PROVIDE A MECHANISM TO DISMISS IMPROPERLY NAMED DEFENDANTS

Plaintiffs respectfully move this Court for an extension of time of 7 days beyond the current deadline of February 21, 2019 (until March 1, 2019) within which to respond to Defendant Kroger's Motion to Modify CMO-1 to Provide a Mechanism to Dismiss Improperly Named Defendants [Doc # 1350].

Plaintiffs request this extension of time to respond on the basis that the Plaintiffs are currently working with Defendants on a proposed resolution. The moving Defendants have either consented to Plaintiffs' request for an extension of time or have expressed no objections to Plaintiffs' request.

WHEREFORE, Plaintiffs respectfully request an extension of 7 days, until March 1, 2019 to respond to Defendant Kroger's Motion to Modify CMO-1 to Provide a Mechanism to Dismiss Improperly Named Defendants.

        Respectfully submitted,

        /s/Anthony J. Majestro_____
        Anthony J. Majestro, Esquire (WV Bar #5165)
        **POWELL & MAJESTRO, PLLC**
        405 Capitol Street, Suite P1200
        Charleston, West Virginia 25301
        (304) 346-2889
        Fax: (304) 346-2895
        amajestro@powellmajestro.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 22, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

        /s/Anthony J. Majestro_____
        Anthony J. Majestro, Esquire (WV Bar #5165)