```
1  Joseph W. Cotchett, Cal Bar. No. 36324
   Anne Marie Murphy, Cal Bar. No. 202540
2  Michael Montaño, Cal. Bar No. 282419
   COTCHETT, PITRE & McCARTHY, LLP
3  840 Malcolm Rd., Ste. 200, Burlingame, CA 94010
   (650) 697-6000 (tel.) | (650) 697-0577 (fax)
4  jcotchett@cpmlegal.com | amurphy@cpmlegal.com | mmontano@cpmlegal.com

5  Attorneys for Plaintiff County of San Mateo, California
```

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
|---|---|
| | Case No.: 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: ALL CASES | JUDGE POLSTER |
| | **ACKNOWLEDGEMENT OF PROTECTIVE ORDER AND AGREEMENT TO BE BOUND** |

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the above-captioned litigation, understands its terms, and agrees to be bound by its terms. [The undersigned submits to the jurisdiction of the United States District Court for the Northern District of Ohio in matters relating to the Protective Order.] Notwithstanding anything in this Order, under no circumstances is a State or federally-recognized Native American Indian Tribe, by signing this Acknowledgement, subjecting itself in any way to the jurisdiction of this Court for any purpose other than enforcement of the confidentiality provisions of the Protective Order. The undersigned understands that the terms of the Protective Order obligate him/her to use documents designated as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" solely for purposes of the above-captioned action or for law enforcement purposes, [including investigations or litigation commenced or filed by a State or Tribal Attorney General], and that disclosure of any such documents to third-persons is prohibited except in accordance with the Protective Order or with permission of the Court.

_____
Joseph W. Cotchett

Feb 21, 2019
Date

PLAINTIFF'S ACKNOWLEDGEMENT OF PROTECTIVE ORDER AND AGREEMENT TO BE BOUND
CASE NO.: 1:17-MD-2804