# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>CASE NO.: 1:17-MD-2804<br>Hon. Dan A. Polster |

*THIS DOCUMENT RELATES TO ALL CASES*

## ORDER GRANTING PLAINTIFFS' MOTION FOR EXTENSION OF TIME TO RESPOND TO DEFENDANT KROGER'S MOTION TO MODIFY CMO-1 TO PROVIDE A MECHANISM TO DISMISS IMPROPERLY NAMED DEFENDANTS

Before the Court is Plaintiffs' Motion for Extension of Time to Respond to Defendant Kroger's Motion to Modify CMO-1 to Provide a Mechanism to Dismiss Improperly Named Defendants [Doc # 1350]. Having considered the record and the submission of the parties herein,

**IT IS HEREBY ORDERED** that Plaintiffs' Motion is GRANTED; and

**IT IS FURTHER ORDERED** that Plaintiffs' Opposition to Defendant Kroger's Motion to Modify CMO-1 to Provide a Mechanism to Dismiss Improperly Named Defendants [Doc # 1350] will be due on March 1, 2019.

Dated this 25 day of February, 2019.

/s/Dan Aaron Polster
Honorable Dan Aaron Polster
United States District Judge

Respectfully