# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE No. 1:17-MD-2804-DAP<br><br>JUDGE DAN AARON POLSTER |

## WITHDRAWAL OF APPEARANCE

Please take notice that the undersigned, Jan P. Levine of Pepper Hamilton LLP hereby withdraws her appearance as counsel on behalf of Defendant West-Ward Pharmaceuticals Corp., in the above-captioned action.

Dated:  February 25, 2019                     Respectfully submitted,

/s/ *Jan P. Levine*
Jan P. Levine (PA 43869)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel:   (215) 981-4000
Fax:   (215) 981-4750
Email: levinej@pepperlaw.com

## CERTIFICATE OF SERVICE

I, Logan N. Anderson, hereby certify that on February 25, 2019, the foregoing Withdrawal of Appearance was served upon all parties via the Court's Electronic Filing System.

Dated:  February 25, 2019

/s/ Logan N. Anderson
Logan N. Anderson (PA 320776)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
andersonl@pepperlaw.com
 Telephone:  (215) 981-4474
