**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO:**<br>**ALL CASES** | Case No. 1:17-MD-2804-DAP<br><br>**JUDGE DAN AARON POLSTER**<br><br>**NOTICE OF WITHDRAWAL** |

Please take notice that Mackenzie Salenger of the law firm Thompson & Knight LLP hereby gives notice of her withdrawal as additional counsel for Defendants Navitus Health Solutions, LLC and Navitus Holdings, LLC in the "main case" in the above-captioned proceeding. Defendants Navitus Health Solutions, LLC and Navitus Holdings, LLC continue to be represented by Janelle L. Davis of the law firm of Thompson & Knight LLP.

Dated: February 25, 2019.

                                          Respectfully submitted,

                                          By:    */s/ Mackenzie Salenger*

                                                 Mackenzie Salenger
                                                 Texas State Bar No. 24102451
                                                 Mackenzie.Salenger@tklaw.com

                                                 THOMPSON & KNIGHT LLP
                                                 One Arts Plaza
                                                 1722 Routh Street, Suite 1500
                                                 Dallas, Texas 75201
                                                 Telephone: (214) 969-1700
                                                 Facsimile: (214) 969-1751

                                                 **ATTORNEYS FOR NAVITUS HEALTH SOLUTIONS, LLC AND NAVITUS HOLDINGS, LLC**

## CERTIFICATE OF SERVICE

I hereby certify that on February 25, 2019, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Ohio.  The electronic case filing system (ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

> */s/ Mackenzie Salenger*
> Mackenzie Salenger