# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | Case No. 1:17-MD-2804-DAP |
| | **JUDGE DAN AARON POLSTER** |
| **THIS DOCUMENT RELATES TO: ALL CASES** | **NOTICE OF WITHDRAWAL** |

Please take notice that Timothy E. Hudson of the law firm Thompson & Knight LLP hereby gives notice of his withdrawal as additional counsel for Defendants Navitus Health Solutions, LLC and Navitus Holdings, LLC in the "main case" in the above-captioned proceeding. Defendants Navitus Health Solutions, LLC and Navitus Holdings, LLC continue to be represented by Janelle L. Davis of the law firm of Thompson & Knight LLP.

Dated: February 25, 2019.

                              Respectfully submitted,

                              By:   */s/ Timothy E. Hudson*

                                    Timothy E. Hudson
                                    Texas State Bar No. 24046120
                                    Timothy.Hudson@tklaw.com

                                    THOMPSON & KNIGHT LLP
                                    One Arts Plaza
                                    1722 Routh Street, Suite 1500
                                    Dallas, Texas 75201
                                    Telephone: (214) 969-1700
                                    Facsimile: (214) 969-1751

                                    **ATTORNEYS FOR NAVITUS HEALTH SOLUTIONS, LLC AND NAVITUS HOLDINGS, LLC**

## **CERTIFICATE OF SERVICE**

      I hereby certify that on February 25, 2019, I electronically filed the foregoing document with the Clerk for the United States District Court, Northern District of Ohio.  The electronic case filing system (ECF) will send a Notice of Electronic Filing (NEF) to the attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means.

                                                    */s/ Timothy E. Hudson*
                                                    Timothy E. Hudson