Case No. 18-4115

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

## ORDER

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

-------------------------------

ANGEL BOLTON, CHRISTOPHER BOLTON, as surviving children of Kevin Bolton, deceased

       Plaintiffs - Appellees

v.

FRANK BYNES, JR.

       Defendant

PEMBROKE PHARMACY, INC.; WILLIE C. CONLEY

       Defendants - Appellants

AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC; MCKESSON CORPORATION; PURDUE PHARMA, L.P., dba Purdue Pharma (Delaware) Limited Partnership; PURDUE PHARMA, INC.; PURDUE FREDERICK COMPANY, INC; TEVA PHARMACEUTICALS USA, INC.; TEVA PHARMACEUTICAL INDUSTRIES LTD.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ORTHO-MCNEIL-JANSSEN PHARMACEUTICALS, INC., nka Janssen Pharmaceuticals, Inc.; JANSSEN PHARMACEUTICA, INC, nka Janssen Pharmaceuticals, Inc.; NORAMCO, INC.; ENDO HEALTH SOLUTIONS, INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN, PLC, fka Actavis, PLC; ALLERGAN FINANCE, LLC, fka Actavis, Inc., fka Watson Pharmaceuticals, Inc.; WATSON LABORATORIES, INC; ACTAVIS, LLC; ACTAVIS PHARMA, INC., fka Watson Pharma, Inc.; MALLINCKRODT, PLC; MALLINCKRODT, LLC

       Defendants - Appellees

  Upon consideration of the appellant's motion to voluntarily dismiss the appeal herein pursuant to Rule 42(b), Federal Rules of Appellate Procedure,

It is **ORDERED** that the motion is **GRANTED** and the appeal is dismissed.

                                            **ENTERED PURSUANT TO RULE 45(a),**
                                            **RULES OF THE SIXTH CIRCUIT**
                                            Deborah S. Hunt, Clerk

Issued: February 25, 2019