UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION
OPIATE LITIGATION

Case No. 1-17-MDL-2804
Judge Dan Aaron Polster

**NOTICE OF APPEARANCE**

The attorneys listed below enter their appearance in the above-captioned MDL case as counsel of record for Plaintiffs.  Attorneys respectfully request that their names be added to the docket sheet maintained by the Clerk of the Court and that service of all further pleadings, notices, filings, correspondence, orders, and other such documents be made upon them through the Court ECF filing system, as registered:

J.C. Powell (WVSB 2957)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P1200
Charleston, WV  25301
Phone:  304-346-2889
Fax:     304-346-2895
jcpowell@powellmajestro.com

James S. Nelson (WVSB 10776)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P1200
Charleston, WV  25301
Phone:  304-346-2889
Fax:     304-346-2895
jnelson@powellmajestro.com

Christina L. Smith (WVSB 7509)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P1200
Charleston, WV  25301
Phone:  304-346-2889
Fax:     304-346-2895
csmith@powellmajestro.com

Respectfully submitted,

s/Anthony J. Majestro
Anthony J. Majestro (WVSB 5165)
POWELL & MAJESTRO, PLLC
405 Capitol Street, Suite P1200
Charleston, WV  25301
Phone:  304-346-2889
Fax:     304-346-2895
amajestro@powellmajestro.com