# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) ) ) ) ) ) ) ) | **CASE NO. 1:17-MD-2804** |
| | | **SPECIAL MASTER COHEN** |
| **THIS DOCUMENT RELATES TO:** "*Track One Cases*" | | **AMENDMENT TO DISCOVERY RULING NO. 14, PART 4, REGARDING WALGREENS PRIVILEGE LOG** |

Upon further review, and in light of a clarification provided by Walgreens, the Special Master finds the email document labeled EM02381029[1] is privileged, as it provides legal advice, and the document may be withheld.

**RESPECTFULLY SUBMITTED,**

/s/ David R. Cohen
**David R. Cohen**
**Special Master**

**Dated: February 15, 2019**

---

[1] This document was listed as "Walgreens' Priv. No. 20" in the original *Ruling* (docket no. 1387.