**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The Muscogee (Creek) Nation v. Purdue Pharma L.P., et al.,*<br>Case No. 1:18-op-45459-DAP | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF SUPPLEMENTAL AUTHORITY

KVK-Tech, Inc. ("KVK"), Amneal Pharmaceuticals, Inc. ("API"),[1] Watson Laboratories, Inc. ("Watson"), Actavis Pharma, Inc. ("Actavis Pharma"), Actavis LLC ("Actavis"), Teva Pharmaceuticals, USA, Inc. ("Teva"), and Allergan Finance, LLC ("Allergan") (collectively the "Generic Manufacturers") respectfully submits this Notice of Supplemental Authority to bring the Court's attention to the recent decision in *Allen v. Vintage Pharms. LLC*, No. 5:18-cv-00329-TES (M.D. Ga. Feb. 11, 2019), ECF No. 30 (attached as Exhibit A).  That decision further supports the Generic Manufacturers' pending Motion to Dismiss in this case.  (ECF No. 929).

In *Allen*, the Honorable Judge Tilman E. Self, III dismissed similar claims against generic manufacturers in a wrongful death action due in part to an opioid prescription (in combination with another medicine).  Applying *PLIVA, Inc. v. Mensing*, 564 U.S. 604 (2011), Judge Self held that "no matter how artfully pled, Plaintiff fails to state a claim for failure to warn because such a claim

---

[1]     Amneal Pharmaceuticals, Inc. ("API"), disputes that it has been properly served or that it is subject to personal jurisdiction in this Court.  By joining in this filing, API does not waive, and expressly reserves and preserves, all defenses, including those related to personal jurisdiction and service of process.

is preempted by federal law."  Ex. A, at 10.  He dismissed the remaining false marketing claims

because plaintiff failed "to even plead the essential elements of either a fraud or negligent

misrepresentation claim" against the generic manufacturers.  *Id.*  at 10-11.  The Court should reach

the same result here.


Dated:  March 1, 2019                                    Respectfully submitted,

                                                        By: */s/ Steven A. Reed*
                                                        Steven A. Reed
                                                        Eric W. Sitarchuk
                                                        Rebecca J. Hillyer
                                                        MORGAN, LEWIS & BOCKIUS LLP
                                                        1701 Market St.
                                                        Philadelphia, PA 19103-2921
                                                        Tel: (215) 963-5603
                                                        steven.reed@morganlewis.com
                                                        eric.sitarchuk@morganlewis.com
                                                        rebecca.hillyer@morganlewis.com

                                                        Brian M. Ercole
                                                        MORGAN, LEWIS & BOCKIUS LLP
                                                        200 S. Biscayne Blvd., Suite 5300
                                                        Miami, FL 33131-2339
                                                        Tel: (305) 415-3000
                                                        brian.ercole@morganlewis.com

                                                        *Cousnel for Teva Pharmaceuticals, USA, Inc.,*
                                                        *Watson Laboratories, Inc., Actavis LLC, and Actavis*
                                                        *Pharma, Inc. f/k/a Watson Pharma, Inc.*

By: */s/ Paul J. Cosgrove*
Paul J. Cosgrove (0073160)
Jeffrey F. Peck (0007943)
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
Email:  pcosgrove@ulmer.com
Email:  jpeck@ulmer.com

*Counsel for Defendant Amneal Pharmaceuticals, Inc.*

By: */s/ Thomas E. Rice*
Thomas E. Rice *
**BAKER STERCHI COWDEN & RICE LLC**
2400 Pershing Road, Suite 500
Kansas City, MO  64108
Telephone: 816.471.2121
Email: rice@bscr-law.com

*Counsel for Defendant*
*KVK-Tech, Inc.*

By: */s/ Donna Welch*
Donna Welch
**KIRKLAND & ELLIS LLP**
300 North LaSalle
Chicago, IL 60654
Phone: (312) 862-2425
Email: donna.welch@kirkland.com

*Counsel for Defendant Allergan Finance, LLC*

3

## CERTIFICATE OF SERVICE

I hereby certify that on March 1, 2019, a copy of the foregoing **Notice of Supplemental Authority** was filed electronically in MDL Master Docket No. 17-md-2804 and in No. 1:18-op-45459-DAP.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

By: /s/ *Steven A. Reed*
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5603