# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corp., et al.*<br>Case No. 18-op-45749 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF SUPPLEMENTAL AUTHORITY

Generic Manufacturers[1] respectfully submit this Notice of Supplemental Authority to bring the Court's attention to the recent decision in *Allen v. Vintage Pharms. LLC*, No. 5:18-cv-00329-TES (M.D. Ga. Feb. 11, 2019), ECF No. 30 (attached as Exhibit A). That decision further supports the Generic Manufacturers' pending Motion to Dismiss in this case. (ECF No. 930).

In *Allen*, the Honorable Judge Tilman E. Self, III dismissed similar claims against generic manufacturers in a wrongful death action due in part to an opioid prescription (in combination with another medicine). Applying *PLIVA, Inc. v. Mensing*, 564 U.S. 604 (2011), Judge Self held that "no matter how artfully pled, Plaintiff fails to state a claim for failure to warn because such a claim is preempted by federal law." Ex. A, at 10. He dismissed the remaining false marketing claims

---

[1] The Generic Manufacturers are Watson Laboratories, Inc. ("Watson"), Actavis Pharma, Inc. ("Actavis Pharma"), Actavis LLC ("Actavis LLC"), Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. In addition, Mallinckrodt LLC, SpecGx LLC, and Teva Pharmaceuticals USA, Inc. ("Teva USA") also join this notice of supplemental authority to the extent Plaintiff's claims against them rest on allegations regarding their generic products.

-2-

because plaintiff failed "to even plead the essential elements of either a fraud or negligent misrepresentation claim" against the generic manufacturers.  *Id.*  at 10-11.  The Court should reach the same result here.

| | |
|---|---|
| Dated:  February March 1, 2019 | Respectfully submitted, |
| | By: */s/ Steven A. Reed*<br>Steven A. Reed<br>Eric W. Sitarchuk<br>Rebecca J. Hillyer<br>MORGAN, LEWIS & BOCKIUS LLP<br>1701 Market St.<br>Philadelphia, PA 19103-2921<br>Tel: (215) 963-5603<br>steven.reed@morganlewis.com<br>eric.sitarchuk@morganlewis.com<br>rebecca.hillyer@morganlewis.com |
| | Brian M. Ercole<br>MORGAN, LEWIS & BOCKIUS LLP<br>200 S. Biscayne Blvd., Suite 5300<br>Miami, FL 33131-2339<br>Tel: (305) 415-3000<br>brian.ercole@morganlewis.com |
| | *Counsel for Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., and Teva Pharmaceuticals USA, Inc.* |

-3-

By: */s/ Sean O. Morris* (consent)
Sean O. Morris
Arnold & Porter Kaye Scholer LLP
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Tel: (213) 243-4000
sean.morris@arnoldporter.com

Jonathan L. Stern
Arnold & Porter Kaye Scholer LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Tel: (202) 942-5000
jonathan.stern@arnoldporter.com

*Counsel for Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*


*/s/ Brien T. O'Connor* (consent)
Brien T. O'Connor
Andrew J. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Counsel for Defendants Mallinckrodt LLC and SpecGx LLC*

**CERTIFICATE OF SERVICE**

I hereby certify that on March 1, 2019, a copy of the foregoing **Notice Of Supplemental Authority** was filed electronically in MDL Master Docket No. 17-md-2804 and in No. 1:18-op-45749-DAP.  Notice of this filing was sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

> By: /s/ *Steven A. Reed*
> MORGAN, LEWIS & BOCKIUS LLP
> 1701 Market St.
> Philadelphia, PA 19103-2921
> Tel: (215) 963-5603