**Exhibit 7**

**List of Prior State Rulings Addressing Public Nuisance Claims in Opioids Litigation**

<u>**Decisions Upholding Public Nuisance Claims**</u>

**Alaska:** *State v. Purdue Pharma L.P.*, No. 3AN-17-09966CI, 2018 WL 4468439, at *4 (Alaska Super. Ct. July 12, 2018).

**Kentucky:** *Com. v. Endo Health Sols. Inc.*, No. 17-CI-1147, 2018 WL 3635765, at *6 (Ky. Cir. Ct. July 10, 2018); *see also Com. v. Johnson & Johnson*, No. 18-CI-00313 (Ky. Cir. Ct. Nov. 20, 2018); *Com. v. Mallinckrodt PLC*, No. 18-CI-00381 (Ky. Cir. Ct. Jan. 25, 2019).

**New Hampshire:** *State v. Purdue Pharma Inc.*, No. 217-2017-CV-00402, 2018 WL 4566129, at *14 (N.H. Super. Ct. Sep. 18, 2018).

**New York:** *In re Opioid Litig.*, No. 400000/2017, 2018 WL 3115102, at *21-23 (N.Y. Sup. Ct. June 18, 2018).

**Ohio:** *State, ex rel. Dewine v Purdue Pharma L.P.*, No. 17 CI 261, 2018 WL 4080052, at *4 (Ohio C.P. Aug. 22, 2018).

**Puerto Rico:** *Gobierno de Puerto Rico v. Cardinal Health, Inc.*, No. SJ2018CV03958 (Super. Ct. of Bayamon Dec. 10, 2018).

**Washington:** *State v. Purdue Pharma L.P.*, No. 17-2-25505-0 SEA (King Cty. Super. Ct. May 14, 2018).[17]

**West Virginia:** *State ex rel. Morrisey v. AmerisourceBergen Drug Co.*, No. 12-C-141, 2014 WL 12814021, at *9-10 (W.Va. Cir. Ct. Dec. 12, 2014); *State ex rel. Morrisey v. Cardinal Health, Inc.*, No. 12-C-140 (W.Va. Cir. Ct. Apr. 17, 2015); *Brooke Cty. Comm'n v. Purdue Pharma L.P.*, No. 17-C-248 (W.Va. Cir. Ct. Dec. 28, 2018) (multiple orders).

<u>**Decisions Dismissing Public Nuisance Claims**</u>

**Connecticut:** *City of New Haven v. Purdue Pharma L.P.*, No. X07HHDCV176086134S, 2019 WL 423990 (Conn. Super. Ct. Jan. 8, 2019) (dismissed on standing grounds).

---

[17] *But see City of Everett v. Purdue Pharma L.P.*, Case No. C17-209RSM, 2017 WL 4236062, at *9 (W.D. Wash. Sept. 25, 2017) (dismissing, with leave to amend, public nuisance claim for failure to allege a connection to property).

1

**Delaware:** *State ex rel. Jennings v. Purdue Pharma L.P.*, No. N18C-01-223 MMJ CCLD, 2019 WL 446382, at *12-13 (Del. Super. Ct. Feb. 4, 2019) (dismissed because Delaware has not recognized public nuisance claims for products; no Delaware cases in MDL).

**New Jersey:** *Grewal v. Purdue Pharma L.P.,* No. ESX-C-245-17, 2018 WL 4829660, at *17 (N.J. Super. Ct. Oct. 2, 2018) (dismissed public nuisance claim as subsumed by the state's product liability act, because claim fell within statutory definition of a product liability action).