**Exhibit 2**

**Relevant Statutory Provisions Establishing Causes of Action for Public Nuisance**

**General Public Nuisance Causes of Action**

**Alabama:** Ala. Code § 6-5-120 *et seq.*

**Arizona:**  Ariz. Rev. Stat. § 13-2917

**California:**  Cal. Civ. Code §§ 3479-80

**Georgia:**  Ga. Code Ann. § 41-1-1 *et seq.*

**Idaho:**  Idaho Code § 52-101 *et seq.*

**Indiana:**  Ind. Code Ann. § 32-30-6-6

**Iowa:**  Iowa Code § 657.1

**Kansas:**  Kan. Stat. Ann. § 21-6204

**Maine:** Me. Rev. Stat. Ann. tit. 17, § 2701

**Minnesota:**  Minn. Stat. § 609.74(1)

**Montana:**  Mont. Code Ann. § 27-30-101 *et seq.*

**Nevada:** Nev. Rev. Stat. Ann. § 40.140(a)

**New Mexico:** N.M. Stat. Ann. § 30-8-8

**North Dakota:** N.D. Cent. Code Ann. § 42-01-01 *et seq.*

**Oklahoma:**  Okla. Stat. tit. 50, § 1 *et seq.*

**Puerto Rico:** P.R. Laws Ann. tit. 32, § 2761

**South Dakota:**  S.D. Codified Laws § 21-10-1 *et seq.*

**Utah:** Utah Code Ann. § 76-10-803

**Washington:**  Wash. Rev. Code § 7.48.010 *et seq.*

**<u>Causes of Action Tailored to Specific Conduct Constituting a Public Nuisance</u>**

**Alabama:**  Ala. Code § 22-10-1 (conditions constituting public nuisances menacing public health); Ala. Code § 6-5-155 *et seq.* (drug-related nuisances)

**Kansas:**  Kan. Stat. Ann. § 22-3901 (declaring violations of any law regulating controlled substances to be a common nuisance)

**Louisiana:** La. Stat. Ann. § 13:4711 (illegal manufacture, sale, or distribution of a controlled dangerous substance constitutes "maintenance of a nuisance" and may be abated or enjoined); La. Stat. Ann. § 40:14 (authorizing parish health units to abate nuisances dangerous to the public health of that parish).

**North Carolina:** N.C. Gen. Stat. § 153A-140 (authorizing counties to abate any nuisance that is dangerous or prejudicial to the public's health and safety).

**Ohio:** Ohio Rev. Code § 4729.35 (authorizing injunction against violation of any laws or rules controlling distribution of drugs of abuse).

**Tennessee:** Tenn. Code Ann. § 29-3-101 ("unlawful sale of any regulated legend drug" is a nuisance to be abated and person who conducts, or aids and abets, such sale is guilty of maintaining a nuisance).