**Exhibit 1**

**Public Nuisance Cases That Follow Restatement § 821B As Authority For the Proper Interpretation of State Public Nuisance Law**

**Alabama:**  *Tipler v. McKenzie Tank Lines*, 547 So. 2d 438, 440 (Ala. 1989).

**Alaska:**  *Friends of Willow Lake, Inc. v. State, Dep't of Transp. & Pub. Facilities, Div. of Aviation & Airports*, 280 P.3d 542, 548 n. 27 (Alaska 2012); *State v. Purdue Pharma L.P.*, 2018 WL 4468439, at *4 (Alaska Super. Ct. July 12, 2018).

**Arizona:**  *Armory Park Neighborhood Ass'n v. Episcopal Cmty. Servs. in Ariz.*, 712 P.2d 914, 917 (Ariz. 1985).

**California:**  *Cty. of Santa Clara v. Superior Court*, 235 P.3d 21, 32 n.9 (Cal. 2010); *People ex rel. Gallo v. Acuna*, 929 P.2d 596, 604 (Cal. 1997).

**Colorado:**  *Hoery v. United States*, 64 P.3d 214, 218 n.5 (Colo. 2003).

**Connecticut:**  *Pestey v. Cushman*, 788 A.2d 496, 504 n.5 (Conn. 2002).

**Florida:**  *Pelican Marine Carriers Inc. v. City of Tampa*, 1991 WL 325793, at *4 (M.D. Fla. 1991); *S. C. Loveland, Inc. v. E. W. Towing, Inc.*, 608 F.2d 160, 167 n.9 (5th Cir. 1979); *In re Methyl Tertiary Butyl Ether ("MTBE") Prod. Liab. Litig.*, 175 F. Supp. 2d 593, 627 & n.51 (S.D.N.Y. 2001) (interpreting Florida law).

**Georgia:**  *City of College Park v. 2600 Camp Creek, LLC*, 666 S.E.2d 607, 608-09 (Ga. Ct. App. 2008); *City of Albany v. Stanford*, 815 S.E.2d 322, 328 & n.2 (Ga. Ct. App. 2018) (Gobeil, J., concurring).

**Illinois:**  *City of Chicago v. Beretta U.S.A. Corp.*, 821 N.E.2d 1099, 1113-14 (Ill. 2004).

**Indiana:**  *City of Gary ex rel. King v. Smith & Wesson Corp.*, 801 N.E.2d 1222, 1229-33 (Ind. 2003).

**Iowa:**  *Freeman v. Grain Processing Corp.*, 848 N.W.2d 58, 66 & n.3 (Iowa 2014).

**Kansas:**  *Loudback v. Orkin Exterminating Co.,* 26 F. Supp. 2d 1298, 1309–1310 (D. Kan. 1998).

**Kentucky:**  *Roberie v. VonBokern*, No. 2004-000250-DG, 2006 WL 2454647, at *3-4 (Ky. Aug. 24, 2006) as modified (Dec. 21, 2006).

**Louisiana:**  *Bd. of Com'rs of the Se. La. Flood Protection Auth.-E. v. Tenn. Gas Pipeline Co.*, 29 F. Supp. 3d 808, 855 n.387 (E.D.La. 2014).

**Maine:**  *Bragg v. Soley*, CIV.A.CV-03-034, 2004 WL 1598676, at *3-4 (Me. Super. Ct. May 26, 2004).

**Maryland:**  *Tadjer v. Montgomery Cty.*, 479 A.2d 1321, 1327 (Md. 1984*); Cofield v. Lead Indus. Ass'n, Inc.*, No. CIV.A. MJG-99-3277, 2000 WL 34292681, at *6 (D.Md. Aug. 17, 2000).

**Massachusetts:**  *Leary v. City of Boston*, 481 N.E.2d 1184, 1187-88 (Mass. Ct. App. 1985); *City of Boston v. Smith & Wesson Corp.*, No. 199902590, 12 Mass. L. Rptr. 225, 2000 WL 1473568, at *13 (Mass. Super. Ct. July 13, 2000).

**Michigan:**  *Wagner v. Regency Inn Corp.*, 463 N.W.2d 450, 453-54 (Mich. App. Ct. 1990); *Sanford v. City of Detroit*, 371 N.W.2d 904, 907 (Mich. App. Ct. 1985).

**Mississippi:**  *Comet Delta, Inc. v. Pate Stevedore Co. of Pascagoula*, 521 So.2d 857, 860 (Miss. 1988).

**Missouri***:*  *State ex rel. Dresser Indus., Inc. v. Ruddy*, 592 S.W.2d 789, 792 (Mo. 1980); *City of St. Louis v. Varahi, Inc.*, 39 S.W.3d 531, 536 (Mo. Ct. App. 2001).

**Montana:**  *Town of Superior v. Asarco, Inc.*, 874 F. Supp. 2d 937, 945 (D. Mont. 2004).

**Nebraska:**  *State ex rel. Spire v. Strawberries, Inc.*, 473 N.W.2d 428, 435 (Neb. 1991); *County of York v. Tracy*, 558 N.W.2d 815, 823-24 (Neb. Ct. App. 1996).

**Nevada:**  *City of Reno v. Purdue Pharma, L.P.*, Case No. 3:18-cv-00454-MMD-WGC, 2018 WL 5730158, at *2 (D. Nev. Nov. 2, 2018).

**New Hampshire:**  *Robie v. Lillis*, 299 A.2d 155, 158 (N.H. 1972); *State of N.H. v. Purdue Pharma, Inc.*, No. 217-2017-CV-00402, 2018 WL 4566129, at *13 (N.H. Super. Ct. Sept. 18, 2018).

**New Jersey***:*  *In re Lead Paint Litig.*, 924 A.2d 484, 495-97 (N.J. 2007); *Rowe v. E.I. Dupont De Nemours & Co.*, 262 F.R.D. 451, 462-63 (D.N.J. 2009).

**New Mexico***:*  *State ex rel. Vill. of Los Ranchos de Albuquerque*, 889 P.2d 185, 198 (N.M. 1994).

**New York:**  *City of N.Y. v. Smokes-Spirits.Com, Inc.*, 911 N.E.2d 834, 842 (N.Y. 2009); *Town Hall Realties v. Kelly*, 70 A.D.3d 1032, 1033 (N.Y. App. Div. 2d Dep't 2010); *DeStefano v. Emergency Hous. Grp., Inc.*, 281 A.D.2d 449, 450 (N.Y. App. Div. 2d Dep't. 2001).

**North Carolina:**  *State ex rel. Howes v. W.R. Peele, Sr. Trust*, 876 F. Supp. 733, 741 (E.D.N.C. 1995).

**Ohio:**  *City of Cincinnati v. Beretta U.S.A. Corp.*, 768 N.E.2d 1136, 1142 (Ohio 2002); *State, ex rel. Dewine v. Purdue Pharma L.P.*, No. 17 CI 261, 2018 WL 4080052, at *4 (Ohio C.P. Aug. 22, 2018).

**Oregon:**  *Mark v. State Dep't of Fish & Wildlife*, 974 P.2d 716, 719 (Or. Ct. App. 1999); *Frady v. Portland Gen. Elec. Co.*, 637 P.2d 1345, 1349 (Or. Ct. App. 1981).

**Pennsylvania:**  *Machipongo Land & Coal Co. v. Com.*, 799 A.2d 751, 773 (Pa. 2002); *Muehlieb v. City of Philadelphia*, 574 A.2d 1208, 1211-12 (Pa. Commw. Ct. 1990).

**Rhode Island:**  *State v. Lead Indus. Ass'n*, 951 A.2d 428, 446 (R.I. 2008).

**Tennessee:**  *Wayne Cty. v. Tenn. Solid Waste Disposal Control Bd.*, 756 S.W.2d 274, 283 (Tenn. Ct. App. 1988).

**Texas:**  *Jamail v. Stoneledge Condo. Owners Ass'n*, 970 S.W.2d 673, 676 (Tex. Ct. App. 1998).

**Utah:**  *Whaley v. Park City Mun. Corp.*, 190 P.3d 1, 7 (Utah Ct. App. 2008).

**Virginia:**  *City of Va. Beach v. Murphy*, 389 S.E.2d 462, 464 (Va. 1990).

**West Virginia:**  *Duff v. Morgantown Energy Assocs. (M.E.A.)*, 421 S.E.2d 253, 257 n.6 (W.Va. 1992); *Rhodes v. E.I. du Pont de Nemours & Co.*, 657 F. Supp. 2d 751, 768 (S.D. W.Va. 2009).

**Wisconsin:**  *Milwaukee Metro. Sewerage Dist. v. City of Milwaukee*, 691 N.W.2d 658, 670 (Wisc. 2005); *Bostco LLC v. Milwaukee Metro. Sewerage Dist.*, 835 N.W.2d 160, 170-71 (Wisc. 2013).