UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | No. 1:17-md-2804<br><br>Judge Dan A. Polster |
| This Document Relates To:<br><br>ALL ACTIONS. | | |

STIPULATION AND ORDER REGARDING MARCH 1, 2019 COMPLAINT
AMENDMENT DEADLINE

1537959_1

WHEREAS, on February 15, 2019, this Court issued an Order denying Plaintiffs' request for default against certain Allergan entities (ECF No. 1377, "February 15, 2019 Order"), directing Allergan to produce to Plaintiffs a list of all affiliates from whom documents have already been produced ("Allergan Affiliates") and allowing Plaintiffs until March 1, 2019, to amend the Track One Complaints in accordance with the February 15, 2019 Order; and

WHEREAS, Allergan has not yet produced to Plaintiffs the list of Allergan Affiliates, but expects to be able to produce such list within approximately the next week;

NOW, THEREFORE, the parties hereby stipulate and agree, subject to the Court's approval, that Plaintiffs may have until 10 days after Allergan serves Plaintiffs with the list of Allergan Affiliates contemplated in the February 15, 2019 Order to amend the Track One Complaints in accordance with the February 15, 2019 Order.  For the avoidance of doubt, the parties dispute whether any amendment is subject to the 5% market share limitation set forth in the Court's November 8, 2018 Order modifying CMO-1 (ECF No. 1106).

IT IS SO STIPULATED.

DATED:  March 1, 2019    ROBBINS GELLER RUDMAN
  & DOWD LLP
 AELISH M. BAIG
 MATTHEW S. MELAMED


  */s/ Aelish M. Baig*
 AELISH M. BAIG

 Post Montgomery Center
 One Montgomery Street, Suite 1800
 San Francisco, CA  94104
 Telephone:  415/288-4545
 415/288-4534 (fax)
 aelishb@rgrdlaw.com
 mmelamed@rgrdlaw.com

- 1 -

- 2 -

                                            ROBBINS GELLER RUDMAN
                                                &DOWD LLP
                                            PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THOMAS E. EGLER
CARISSA J. DOLAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com
cdolan@rgrdlaw.com

Attorneys for Plaintiffs

DATED:  March 1, 2019          KIRKLAND & ELLIS LLP
DONNA M. WELCH
TIMOTHY W. KNAPP


                */s/ Donna M. Welch (via e-mail authorization)*
                           DONNA M. WELCH

300 North LaSalle
Chicago, IL  60654
Telephone:  312/861-2000
312/861-2200 (fax)
donna.welch@kirkland.com
timothy.knapp@kirkland.com

Attorneys for Defendant Allergan

                  *    *    *

- 3 -

# O R D E R

IT IS SO ORDERED.

DATED: 3/5/19           /s/Dan Aaron Polster
THE HONORABLE DAN A. POLSTER
UNITED STATES DISTRICT JUDGE