# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Case No. 1:17-md-2804 |
| ALL CASES | ) ) ) | Judge Dan Aaron Polster |

## ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE EXHIBITS TO PLAINTIFFS' REPLY TO CARDINAL HEALTH'S OBJECTION TO AMENDMENT TO DISCOVERY RULING NO. 14, PART 1 REGARDING PRIVILEGE AND CLAW-BACK (Doc. 1407) UNDER SEAL

Plaintiffs move for leave to file their Exhibits to Plaintiffs' Reply to Cardinal Health's Objection to Amendment to Discovery Ruling No. 14, Part I, Regarding Privilege and Claw-Back (ECF Doc. 1407) in the above-listed case under seal in the above-listed case.

The Motion states that filing said Reply Brief under seal is necessary to ensure compliance with Case Management Order No. 2, ECF Doc. 441, and the Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167, because the Exhibits to Plaintiffs' Reply Brief may contain confidential information subject to said Orders.

Plaintiffs' Motion for Leave to File Exhibits to Plaintiffs' Reply to Cardinal Health's Objection to Amendment to Discovery Ruling No. 14, Part I, Regarding Privilege and Claw-Back (ECF Doc. 1407) Under Seal is hereby GRANTED.

**IT IS SO ORDERED.**

Dated:  3/5/19

/s/Dan Aaron Polster
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE