# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) <br> ) No. 1:17-MD-2804 <br> ) <br> ) Judge Dan A. Polster <br> ) <br> ) |

## NOTICE OF APPEARANCE

Please take notice that Hannah Wigger of Sheppard Mullin Richter & Hampton, 2099 Pennsylvania Ave NW, Suite 100, Washington, DC, 20006, hereby enters her appearance as counsel for Defendant Brandon Worley in the above-captioned matter.

Dated:  March 5, 2019

By:  s/ *Hannah Wigger*

Hannah Wigger
DC Bar # 208851
Sheppard, Mullin, Richter & Hampton LLP
2099 Pennsylvania Avenue NW
Washington, D.C. 20006
Telephone: 202-747-1900
Facsimile: 202-747-1901
*hwigger@sheppardmullin.com*

*Attorney for Defendant Brandon Worley*

-2-

**CERTIFICATE OF SERVICE**

On March 5, 2019, I sent the foregoing to MDL@OHND.uscourts.gov, which will cause it to be filed through the CM/ECF system in the above referenced docket, and will send a notice of electronic filing to the attorneys of record registered to receive electronic Notices of Electronic Filing generated by CM/ECF.

*s/ Hannah Wigger*