UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE:  NATIONAL PRESCRIPTION )
OPIATE LITIGATION )
) Case No. 1:17-MD-2804-DAP
)
APPLIES TO ALL CASES )
)

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

**DEFENDANT, AMERICAN GERIATRIC SOCIETY**

Dated:  March 5, 2019                              /s/ Phillip G. Litchfield
                                                               Attorney's Signature


                                                               Phillip G. Litchfield (ARDC # 6317818)
                                                               Litchfield Cavo LLP
                                                               303 West Madison Street
                                                               Suite 300
                                                               Chicago, Illinois  60606
                                                               LitchfieldP@LitchfieldCavo.com
                                                               (312) 781-6584
                                                               (312) 781-6630 (facsimile)