UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804<br><br>CASE NO. 1:17-MD-2804<br><br>HON. DAN AARON POLSTER |

## NOTICE OF APPEARANCE

The Court and parties hereto will take notice that Brian S. Weinstein of Davis Polk & Wardwell LLP, 450 Lexington Avenue, New York, New York 10017, telephone: (212) 450-4000, hereby enters his appearance as counsel of record for nonparty Healthcare Distribution Alliance ("HDA").  It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for HDA.

Respectfully submitted,

DAVIS POLK & WARDWELL LLP

By:  /s/ Brian S. Weinstein

Brian S. Weinstein
450 Lexington Avenue
New York, New York  10017
(212) 450-4000

*Attorneys for Nonparty Healthcare Distribution Alliance*

## CERTIFICATE OF SERVICE

I, Brian S. Weinstein, counsel for nonparty Healthcare Distribution Alliance, certify that on March 5, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk of Court for the United States District Court for the Northern District of Ohio using the Court's ECF system, which sent notification of such filing to all counsel of record.

/s/ Brian S. Weinstein
Brian S. Weinstein