Exhibit 7

| | |
|---|---|
| **From:** | Mark Pifko <MPifko@baronbudd.com> |
| **Sent:** | Wednesday, January 16, 2019 9:51 PM |
| **To:** | Rincon, Cristina M.; 'David@SpecialMaster.Law' |
| **Cc:** | Weinstein, Brian S.; Jaime-Bettan, Gabriel; 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com'; 'MDL2804discovery@motleyrice.com'; Josh Gay |
| **Subject:** | Re: Motion to Compel re HDA Subpoena |

Special Master Cohen:

I write to provide this short email response to HDA's unauthorized sur-reply.  When we agreed on the submission of briefs, we only discussed the timing of the opening brief and HDA's opposition because HDA needed to know when we would file our moving papers so they could decide how much time they would want for opposition.  The moving party customarily gets a reply brief as the final word on their motion (see, e.g., Local Rule 7.1(e)) and HDA expressly agreed to the jurisdiction of this Court for purposes of resolving this dispute.  We never agreed that we would forgo a reply.  It was not necessary to discuss the timing of the reply because HDA was not entitled to respond.  The only thing that is unauthorized here is HDA's sur-reply, which was provided without leave of Court and without our agreement.  As far as the search term proposal in our reply, we were simply trying to propose a compromise, in an effort to make it easier for you to resolve the parties' dispute.

**Mark Pifko**
Baron & Budd, P.C. | Shareholder

818.839.2333 main
818.839.2325 direct
310.467.7799 mobile

www.baronandbudd.com

Dallas | Austin | Baton Rouge | New Orleans  | Los Angeles
San Diego | New Jersey | New York  | Washington, D.C.

---

**From:** Cristina Rincon <cristina.rincon@davispolk.com>
**Date:** Wednesday, January 16, 2019 at 4:44 PM
**To:** Mark Pifko <MPifko@baronbudd.com>, "David@SpecialMaster.Law" <David@SpecialMaster.Law>
**Cc:** Brian Weinstein <brian.weinstein@davispolk.com>, Gabriel Jaime-Bettan <gabriel.jaime@davispolk.com>, "xALLDEFENDANTS-MDL2804-Service@arnoldporter.com" <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>, "MDL2804discovery@motleyrice.com" <mdl2804discovery@motleyrice.com>, Josh Gay <jgay@levinlaw.com>
**Subject:** RE: Motion to Compel re HDA Subpoena

Special Master Cohen:

Please see the attached correspondence on behalf of third-party Healthcare Distribution Alliance in connection with Plaintiffs' motion to compel.

Regards,
Cristina Rincon

**Cristina M. Rincon**

**Davis Polk & Wardwell** LLP

450 Lexington Avenue  |  New York, NY 10017
+1 212 450 3037 tel  |  +1 212 701 6037 fax
cristina.rincon@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com .

**From:** Mark Pifko <MPifko@baronbudd.com>
**Sent:** Tuesday, January 15, 2019 7:38 PM
**To:** 'David@SpecialMaster.Law' <David@SpecialMaster.Law>
**Cc:** Weinstein, Brian S. <brian.weinstein@davispolk.com>; Rincon, Cristina M. <cristina.rincon@davispolk.com>; Jaime-Bettan, Gabriel <gabriel.jaime@davispolk.com>; 'xALLDEFENDANTS-MDL2804-Service@arnoldporter.com' <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>; 'MDL2804discovery@motleyrice.com' <MDL2804discovery@motleyrice.com>; Josh Gay <jgay@levinlaw.com>
**Subject:** Re: Motion to Compel re HDA Subpoena

Special Master Cohen,

Please see the attached brief, three-page reply on this issue.  For your convenience, I'm attaching all the correspondence submitted on this topic, so it is all in one place.

**Mark Pifko**
Baron & Budd, P.C. | Shareholder

818.839.2333 main
818.839.2325 direct
310.467.7799 mobile

www.baronandbudd.com

Dallas | Austin | Baton Rouge | New Orleans  | Los Angeles
San Diego | New Jersey | New York  | Washington, D.C.

---

**From:** Cristina Rincon <cristina.rincon@davispolk.com>
**Date:** Friday, January 11, 2019 at 7:42 PM
**To:** "David@SpecialMaster.Law" <David@SpecialMaster.Law>
**Cc:** Brian Weinstein <brian.weinstein@davispolk.com>, "xALLDEFENDANTS-MDL2804-Service@arnoldporter.com" <xALLDEFENDANTS-MDL2804-Service@arnoldporter.com>, "MDL2804discovery@motleyrice.com" <MDL2804discovery@motleyrice.com>, Gabriel Jaime-Bettan <gabriel.jaime@davispolk.com>, Mark Pifko <MPifko@baronbudd.com>
**Subject:** RE: Motion to Compel re HDA Subpoena

Special Master Cohen:

Attached please find the exhibits to HDA's letter brief responding to Plaintiffs' letter in support of their motion to compel.

Regards,
Cristina Rincon



**Cristina M. Rincon**

**Davis Polk & Wardwell** LLP

450 Lexington Avenue  |  New York, NY 10017
+1 212 450 3037 tel  |  +1 212 701 6037 fax
cristina.rincon@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com .

**From:** Rincon, Cristina M.
**Sent:** Friday, January 11, 2019 7:39 PM
**To:** David@SpecialMaster.Law
**Cc:** Weinstein, Brian S. <brian.weinstein@davispolk.com>; xALLDEFENDANTS-MDL2804-Service@arnoldporter.com; MDL2804discovery@motleyrice.com; Jaime-Bettan, Gabriel <gabriel.jaime@davispolk.com>; 'Mark Pifko' <MPifko@baronbudd.com>
**Subject:** RE: Motion to Compel re HDA Subpoena

Special Master Cohen:

On behalf of our client, Healthcare Distribution Alliance ("HDA"), attached please find HDA's letter brief responding to Plaintiffs' letter in support of their motion to compel. We will send the exhibits to HDA's letter in a follow-up email.

Regards,
Cristina Rincon



**Cristina M. Rincon**

**Davis Polk & Wardwell** LLP

450 Lexington Avenue  |  New York, NY 10017
+1 212 450 3037 tel  |  +1 212 701 6037 fax
cristina.rincon@davispolk.com

Confidentiality Note: This email is intended only for the person or entity to which it is addressed and may contain information that is privileged, confidential or otherwise protected from disclosure. Unauthorized use, dissemination, distribution or copying of this email or the information herein or taking any action in reliance on the contents of this email or the information herein, by anyone other than the intended recipient, or an employee or agent responsible for delivering the message to the intended recipient, is strictly prohibited. If you have received this email in error, please notify the sender immediately and destroy the original message, any attachments thereto and all copies. Please refer to the firm's Privacy Notice for important information on how we process personal data. Our website is at www.davispolk.com .

**From:** Mark Pifko <MPifko@baronbudd.com>
**Sent:** Friday, December 28, 2018 9:15 PM
**To:** David@SpecialMaster.Law
**Cc:** Weinstein, Brian S. <brian.weinstein@davispolk.com>; Rincon, Cristina M. <cristina.rincon@davispolk.com>; xALLDEFENDANTS-MDL2804-Service@arnoldporter.com; MDL2804discovery@motleyrice.com
**Subject:** Motion to Compel re HDA Subpoena

Special Master Cohen:

Please see the attached letter brief in support of Plaintiffs' motion to compel regarding their subpoena to the Healthcare Distribution Alliance (HDA).  HDA's counsel consented to the jurisdiction of the MDL Court and Your Honor to resolve the parties' dispute.  Under the agreement with the HDA, Plaintiffs' letter brief is due today and the HDA's opposition is due January 11, 2019.  We ask that this be heard as soon as possible after the HDA submits their brief.  My colleague Sterling Cluff will be sending the exhibits to Plaintiffs' submission in a separate email.

**Mark Pifko**
Baron & Budd, P.C. | Shareholder

818.839.2333 main
818.839.2325 direct
310.467.7799 mobile

www.baronandbudd.com

Dallas | Austin | Baton Rouge | New Orleans  | Los Angeles
San Diego | New Jersey | New York  | Washington, D.C.