# IN THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF OHIO EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** <br><br> **Case No. 17-md-2804** <br><br> **Judge Dan Aaron Polster** |

## NOTICE OF WITHDRAWAL OF COUNSEL FOR PLAINTIFFS

Pursuant to Northern District of Ohio Local Rule 83.9, Plaintiff hereby notifies the Court of the withdrawal of Christopher D. Glover, Rhon E. Jones, and the Law firm of Beasley, Allen, Crow, Methvin, Portis & Miles, P.C. as counsel for Plaintiffs. All other attorneys representing Plaintiffs will remain as counsel. Clifton M. Patty, Jr. and C. Chad Young will continue to serve as counsel of record.

Respectfully submitted,

/s/Rhon E. Jones_____

/s/Christopher D. Glover_____

BEASLEY, ALLEN, CROW, METHVIN,
PORTIS & MILES, P.C.
218 Commerce Street
Post Office Box 4160 (36103-4160)
Montgomery, Alabama 36104
Telephone: (334) 269-2343
Facsimile: (334) 954-7555
Rhon.Jones@BeasleyAllen.com
Chris.Glover@BeasleyAllen.com

**CERTIFICATE OF SERVICE**

I certify that on this 6th day of March 2019 I electronically filed a copy of the foregoing Notice of Withdrawal of Counsel for Plaintiffs with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

Dated: March 6, 2019    By:  /s/Rhon E. Jones_____

/s/Christopher D. Glover_____

BEASLEY, ALLEN, CROW, METHVIN, PORTIS & MILES, P.C.