**BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP**
www.bartlit-beck.com

CHICAGO OFFICE
COURTHOUSE PLACE
54 WEST HUBBARD STREET
CHICAGO, IL 60654
TELEPHONE: (312) 494-4400
FACSIMILE: (312) 494-4440

DENVER OFFICE
1801 WEWATTA STREET
SUITE 1200
DENVER, CO 80202
TELEPHONE: (303) 592-3100
FACSIMILE: (303) 592-3140

WRITER'S DIRECT DIAL:
(312) 494-4405
kate.swift@bartlit-beck.com

June 11, 2018

**Via Email**

Liaison Counsel for Plaintiffs, Manufacturer Defendants,
Distributor Defendants, Chain Pharmacy Defendants,
and Physician Defendants

Re: *In re National Prescription Opiate Litigation*, MDL 2804

Dear Counsel,

Pursuant to Paragraph 9(k)(ii) of Case Management Order No. 1 (Doc. 232), Walgreens Boots Alliance, Inc. ("Walgreens") is posting the following documents to the Ricoh secure FTP site:

1. WAGFLDEA001

These documents were produced to the DEA in response to an investigation in Florida that resulted in a settlement between Walgreen Co. and the DEA in 2013. The documents bear Bates stamps WAGFLDEA00000001 - WAGFLDEA00001859.

By producing these documents, Walgreens does not waive any objections to their relevance or admissibility at trial. Nor does Walgreens agree that the timeframe or geographic scope covered by these previously produced documents reflects the appropriate scope of any future productions Walgreens makes in response to plaintiffs' discovery requests in the MDL or in any related litigation.

Pursuant to the Protective Order (Doc. 441), Walgreens has designated the documents in this production Confidential or Highly Confidential.

Sincerely,

Katherine M. Swift

KMS/dlh