# Exhibit 2

**EXHIBIT 2 TO CLAIMS DATA ORDER**

The following documents and information contained therein must be deleted, destroyed or returned:

1. <u>Combined data files produced on December 18, 2018:</u>

    a. 2018-12-15 – 2018-11-21 Order – Bellwether Subpoena Production – Akron.zip
    b. 2018-12-15 – 2018-11-21 Order – Bellwether Subpoena Production – Cleveland.zip
    c. 2018-12-15 – 2018-11-21 Order – Bellwether Subpoena Production – Cuyahoga.zip
    d. 2018-12-15 – 2018-11-21 Order – Bellwether Subpoena Production – Summit.zip

2. <u>Files produced by Cuyahoga County</u>

    a. CUYAH_001547632 (Claims data from the Ohio Bureau of Workers' Compensation, which contains Cuyahoga County's workers' compensation data)
    b. CUYAH_002354909 - CUYAH_002362700 (Medical Mutual of Ohio claims data)
    c. CUYAH_012341078 (CVS Claims data)

3. <u>Files produced by Summit County</u>

    a. SUMMIT_000290411 (Ohio Bureau of Workers' Compensation data)
    b. SUMMIT_001233906 (Ohio Bureau of Workers' Compensation data)
    c. SUMMIT_001474873 to SUMMIT_001474874 (Medical Mutual of Ohio claims data)
    d. SUMMIT_001506633 to SUMMIT_001506656 (ExpressMed pharmacy claims data)

4. <u>Files produced by the City of Akron</u>

    a. AKRON_000004351 (CVS pharmacy claims data)
    b. AKRON_000004352 (Ohio Bureau of Workers' Compensation data)
    c. AKRON_000909837 to AKRON_000909838 (Medical Mutual of Ohio claims data)

5. <u>Files produced by the City of Cleveland</u>

    a. CLEVE_001354763  (CVS Caremark Data)
    b. CLEVE_002234173 (MMO claims data)
    c. CLEVE_002173523 (worker's compensation claims data)
    d. CLEVE_001680072 (worker's compensation claims data)