**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) ) **This document relates to:** ) *Rhonda Belcher, et al. v. Purdue Pharma* ) *L.P., et al.*, Case No. 6:18-CV-00246-GFVT ) _____ ) | MDL No. 2804 Hon. Dan Aaron Polster |

**NOTICE OF VOLUNTARY DISMISSAL OF DEFENDANT, RUSSELL PORTENOY**

***** ***** *****

Come now Plaintiffs, Rhonda Belcher and Ella Louise Johnson as Administratrix of the Estate of Mackenzie Paige Hays, by and through counsel, and, pursuant to CR 41(a)(1)(A)(i), hereby provide notice to the Court and the parties hereto that they voluntarily dismiss their claims against Defendant, Russell Portenoy, with prejudice.  Defendant, Russell Portenoy, has not answered or otherwise filed a responsive pleading to the Complaint.

However, all other claims and causes of action against each and every other Defendant shall be unaffected by this dismissal, and all other claims and causes of action filed by the Plaintiffs shall remain open and active against those Defendants.

Date: March 11, 2019           Respectfully submitted,

/s/Ryan Biggerstaff
Ryan Biggerstaff
Gary C. Johnson
GARY J. JOHNSON, P.S.C.
110 Caroline Ave.

Page **1** of **2**

    P.O. Box 231
    Pikeville, KY 41501-0231
    606-437-4002
    606-437-0021 fax
    gary@garycjohnson.com
    rbiggerstaff@garycjohnson.com
    *Counsel for Plaintiffs, Rhonda Belcher and*
    *Ella Louise Johnson as Administratrix of*
    *The Estate of Mackenzie Paige Hays*

## **CERTIFICATE OF SERVICE**

I hereby certify that on the 11th day of March 2019, I electronically filed the foregoing Notice of Voluntary Dismissal of Defendant, Russell Portenoy, with the Clerk of the Court for the U.S. District Court for the Northern District of Ohio by using the CM/ECF System which will send notifications of such filing to all counsel of record in this action.

    /s/Ryan Biggerstaff

    *Counsel for Plaintiffs, Rhonda Belcher and*
    *Ella Louise Johnson as Administratrix of*
    *The Estate of Mackenzie Paige Hays*