# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804**<br>**CASE NO.: 1:17-MD-2804**<br>**Judge Dan Aaron Polster** |

*THIS DOCUMENT RELATES TO ALL CASES*

## Notice of Appearance

Please enter the appearance of Gabriele Wohl of Bowles Rice LLP, 600 Quarrier Street, Charleston, West Virginia 25301; Telephone Number (304) 347-1100, as additional counsel of record for Defendant Kroger Limited Partnership I, Kroger Limited Partnership II and The Kroger Company ("Kroger"), in the above-captioned action. It is requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for Kroger.

Respectfully submitted,

*/s/ Gabriele Wohl*
Ronda L. Harvey (WVSB No. 6326)
rharvey@bowlesrice.com
Fazal A. Shere (WVSB No. 5433)
fshere@bowlesrice.com
Unaiza Riaz (WVSB No. 13253)
uriaz@bowlesrice.com
Gabriele Wohl (WVSB No. 11132)
gwohl@bowlesrice.com
Bowles Rice LLP
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304)-347-1100
*Counsel for Defendant Kroger Limited Partnership 1, Kroger Limited Partnership II and The Kroger Company*

10825536.1

## Certificate of Service

I, Gabriele Wohl, hereby certify that on this ___ day of March, 2019, the foregoing **Notice of Appearance** was served via the Court's ECF system to all counsel of record.

>*/s/ Gabriele Wohl*
>Gabriele Wohl (WVSB No. 11132)
>Bowles Rice LLP
>Post Office Box 1386
>Charleston, West Virginia 25325-1386
>(304)-347-1100
>(304) 347-1746 - Facsmile
>gwohl@bowlesrice.com