UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL 2804 |
| ) | Case No. 1:17-md-2804-DAP |
| This document relates to: ) ) | |
| ) | Judge Dan Aaron Polster |
| *State of Alabama v. Purdue Pharma LP, et al.* ) Case No. 1:18-OP-45236-DAP (N.D. Ohio) ) | |

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| This document relates to: | ) ) ) | Case No. 1:17-md-2804-DAP |
| | ) | Judge Dan Aaron Polster |
| *State of Alabama v. Purdue Pharma LP, et al.* Case No. 1:18-OP-45236-DAP (N.D. Ohio) | ) ) | |

## [PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR THE RELEASE OF PLAINTIFF FACT SHEETS FILED WITH THE COURT

Plaintiff's Motion seeking this Court's release of the Plaintiff Fact Sheets ("PFS") filed pursuant to this Court's Implementation Order is **GRANTED**. The Court orders Liaison Counsel to send the Plaintiff Fact Sheets ("PFS") to their respective state attorneys general.

**IT IS SO ORDERED**.

_____
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

Dated:_____