**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | **MDL 2804** |
| OPIATE LITIGATION | ) | |
| | ) | **Case No. 1:17-md-2804-DAP** |
| This document relates to: | ) | |
| | ) | **Judge Dan Aaron Polster** |
| *State of Alabama v. Purdue Pharma LP, et al.* | ) | |
| Case No. 1:18-OP-45236-DAP (N.D. Ohio) | ) | |

# EXHIBIT B

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE: NATIONAL PRESCRIPTION** | ) | **MDL 2804** |
| **OPIATE LITIGATION** | ) | |
| | ) | **Case No. 1:17-md-2804-DAP** |
| **This document relates to:** | ) | |
| | ) | **Judge Dan Aaron Polster** |
| *State of Alabama v. Purdue Pharma LP, et al.* | ) | |
| **Case No. 1:18-OP-45236-DAP (N.D. Ohio)** | ) | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR THE RELEASE OF**
**PLAINTIFF FACT SHEETS FILED WITH THE COURT**

Plaintiff's Motion seeking this Court's release of the Plaintiff Fact Sheets ("PFS") filed

pursuant to this Court's Implementation Order is **GRANTED**.  The Court orders Liaison Counsel

to send the Plaintiff Fact Sheets ("PFS") to the State of Alabama and hereby grants Alabama

permission to share the PFS with other interested attorneys general.

**IT IS SO ORDERED**.

_____
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

Dated:_____