# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL 2804 |
| | Case No. 1:17-md-2804-DAP |
| This document relates to: ) ) | |
| | **Judge Dan Aaron Polster** |
| *All MDL Tribal Cases (other than the Tribal Bellwether Cases)* ) ) ) | |

# EXHIBIT A

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL 2804 |
| This document relates to: ) ) | Case No. 1:17-md-2804-DAP |
| *All MDL Tribal Cases (other than the Tribal Bellwether Cases)* ) ) ) | Judge Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING PLAINTIFFS' TRIBAL LEADERSHIP COMMITTEE'S MOTION TO EXTEND DEADLINE FOR TRIBES TO FILE SHORT FORM COMPLAINTS

Plaintiffs' Tribal Leadership Committee's Motion to Extend the March 16, 2019 Deadline for Tribes to File Short Form Complaint until 60 days from the date of the Court's final ruling on the pending Tribal Bellwether Motions to Dismiss is:  **GRANTED**.

Tribal Plaintiffs are hereby **ORDERED** to amend their complaints within 60 days from date of the Court's final ruling on the pending Tribal Bellwethers Motions to Dismiss.

**IT IS SO ORDERED**.

_____
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

Dated:_____