# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Case No. 1:17-md-2804 |
| *All MDL Tribal Cases (other than the Tribal Bellwether Cases)* | ) ) | Judge Dan Aaron Polster |
| | ) | **SCHEDULING ORDER** |

Before the Court is Plaintiffs' Tribal Leadership Committee's Motion to Extend Deadline for Tribes to File Short Form Complaints. **Doc. #: 1440**. The deadline for MDL Plaintiffs to file Short Form Complaints is March 16, 2019.[1] *See* Doc. ##: 1106, 1282. In its motion, Tribal Leadership raise several issues that it asserts are unique to MDL Tribal Plaintiffs.[2]

Accordingly, the Court sets the following expedited briefing schedule: If any party opposes the Tribal Leadership's Motion, its Response in Opposition is due by 12:00 PM on 3/25/19. The Tribal Leadership's Reply in Support will then be due by 12:00 PM on 3/29/19. The Court stays the MDL Tribal Plaintiffs deadline to file their Short Form Complaints until a ruling is issued on this Motion.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster *March 15, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

---

[1] March 16, 2019 is a Saturday. Therefore, Pursuant to Fed. R. Civ. P., Rule 6, the Court will accept Short Form Complaints that are filed on the next business day, Monday, March 18, 2019.
[2] The term "MDL Tribal Plaintiffs" means Plaintiffs in all Tribal MDL Cases except those described in paragraph 2.d of CMO-1 and later identified in CMO-5 and CMO-6. See Doc. ##: 232, 666, 770 (*The Muscogee (Creek) Nation v. Purdue Pharma L.P.*, No. 18-OP-45459 (N.D. Ohio); *The Blackfeet Tribe of The Blackfeet Indian Reservation v. AmerisourceBergen Drug Corp.*, No. 18-OP-45749 (N.D. Ohio)).