# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**THIS DOCUMENT RELATES TO PLAINTIFFS:**<br><br>*City of Henderson,* Kentucky, 1:18-op-46276;<br>*Breckinridge County Fiscal Court*, 1:18-op-46273;<br>*Green County Fiscal Court*, 1:18-op-46272;<br>*Hardin County Fiscal Court*, 1:18-op-46274;<br>*Meade County Fiscal Court*, 1:18-op-46275. | **MDL No. 2804**<br><br>**Case No. 17-MD-2804**<br><br>**Judge Dan Aaron Polser** |

## NOTICE OF FILING
## ACKNOWLEDGEMENT OF PROTECTIVE ORDER & AGREEMENT to be BOUND

Counsel for the above Plaintiffs hereby submit this notice of their acknowledgement of the ARCOS data protective order and agree to be bound by the same. Counsel's respective acknowledgements are attached.

\* \* \* \* \* \* \* \* \*

| | |
|---|---|
| Date: March 15, 2019 | Respectfully Submitted,<br><br>s/ Michael D. Grabhorn |
| **William D. Nefzger**<br>will@bccjlaw.com<br>**Bahe Cook Cantley & Nefzger PLC**<br>1041 Goss Avenue<br>Louisville, KY 40217<br>p (502) 587-2002<br>f (502) 587-2006 | **Michael D. Grabhorn**<br>m.grabhorn@grabhornlaw.com<br>**Grabhorn Law \| Insured Rights™**<br>2525 Nelson Miller Parkway, Suite 107<br>Louisville, KY 40223<br>p (502) 244-9331<br>f (502) 244-9334 |