# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| | Judge Dan Aaron Polster |

**This document relates to:**

*"Track One Cases"*

---

### DEFENDANTS AMERISOURCEBERGEN DRUG CORP., CARDINAL HEALTH, INC., AND McKESSON CORP.'S MOTION FOR LEAVE TO FILE PARTIAL OBJECTIONS TO DISCOVERY RULING NO. 17 UNDER SEAL

AmerisourceBergen Drug Corporation, McKesson Corporation, and Cardinal Health, Inc. (the "Distributors" or "Defendants") seek leave to file their Partial Objections to Discovery Ruling No. 17 under seal on March 15, 2019. Distributors file this Motion and Proposed Order (Exhibit A) to ensure compliance with this Court's Case Management Order Number Two: Protective Order. *See* ECF No. 441 (hereinafter "Protective Order").

Local Rule 5.2 states: "No document will be accepted for filing under seal unless a statute, court rule, or prior court order authorizes the filing of sealed documents."

The Protective Order in this case states:

> Only Confidential or Highly Confidential portions of relevant documents are subject to sealing. To the extent that a brief, memorandum, or pleading references any document designated as Confidential or Highly Confidential, then the brief, memorandum or pleading shall refer the Court to the particular exhibit filed under seal without disclosing the contents of any confidential information. If, however, the confidential information must be intertwined within the text of the document, a party may timely move the Court for leave to file both a redacted version for the public docket and an unredacted version for sealing.

Protective Order ¶ 62.

Distributors' Partial Objections will contain information that is subject to the Court's Protective Order. Therefore, Distributors respectfully request leave to file their Partial Objections under seal so there is no disclosures of confidential information subject to Protective Order. Distributors will file a public version of their Objections, redacting confidential information.

WHEREFORE, Distributors' respectfully request this Honorable Court grant Distributors' Motion for Leave to File Partial Objections to Discovery Ruling No. 17 under seal.

DATED: March 15, 2019

Respectfully submitted,

/s/ Shannon E. McClure
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone: (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com
*Counsel for Distributor Defendant*
*AmerisourceBergen Drug Corporation*
*Co-Liaison Counsel for the Distributor Defendants*

Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
*Counsel for Defendant Cardinal Health, Inc.*
*Co-Liaison Counsel for the Distributor Defendants*

Geoffrey Hobart
COVINGTON & BURLING LLP
One City Center
850 Tenth Street, NW
Washington, DC 20001-4956
Telephone: (202) 662-5281
ghobart@cov.com
*Counsel for Distributor Defendant*

*McKesson Corporation*
*Co-Liaison Counsel for the Distributor Defendants*

- 3 -

*McKesson Corporation*
*Co-Liaison Counsel for the Distributor Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on March 15, 2019, I caused the foregoing document to be served via the Court's ECF system to all counsel of record.

>  */s/ Shannon E. McClure*
> Shannon E. McClure
> *Counsel for Distributor Defendant AmerisourceBergen Drug Corporation Co-Liaison Counsel for the Distributor Defendants*