EXHIBIT 4

**CONFIDENTIAL**



January 8, 2019

**VIA EMAIL**

David R. Cohen
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue
Cleveland, Ohio 44113-1837
david@specialmaster.law

   Re: *In Re National Prescription Opioid Litigation*; Case No. 17-md-2804
     *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*; Case No. 17-md-2804
     SACWIS Data and Documents

Dear Special Master Cohen:

 We write in response to Defendants' January 7 correspondence requesting that Cuyahoga County produce (1) the SACWIS dataset containing comprehensive client substance use information and (2) the individual case note files and/or activity logs for any client and/or case identified as involving substance abuse.

 Unfortunately, Defendants moved to compel without resolving this by good faith meet-and-confer discussions. Below we address Defendants' request.

 **First**, if Defendants had held a meet-and-confer, we would have notified them that the only data extraction pertaining to the request for comprehensive client substance use information was produced on August 27, 2018, long before the depositions of Chris Cabot and Cynthia Weiskittel. (*See* CUYAH_002442182.)

 This dataset contains all placement removal reasons from 2006 until 2018. It also contains an excel tab that summarizes all of the data such as number of children affected by substance abuse, number of drug abuse children, number of drug abuse parents, and the number of children affected by prenatal drug exposure. Additionally, this dataset contains a tab with character lists such as heroin and opiates. This dataset also contains a tab with the case id, person id, age, characteristic code, and characteristic description. Within these characteristic codes there are descriptions such as "Opiate Abuse" and "Opiate Addiction." If Defendants had reviewed this document and held a meet-and-confer they would have seen that they have everything they are requesting in this motion to compel. However, Defendants did neither and had this document long before the depositions of such Cuyahoga County Department of Children and Family Services witness.

 Therefore, we respectfully request you deny Defendants' motion to compel such dataset because it was produced to Defendants over four months ago.

 **Second**, Defendants request the individual case note files and/or activity logs for any client and/or case identified as involving substance abuse. Unfortunately, such data identifies the names of the children, family members, and others. We do not believe the County should be compelled to

**CONFIDENTIAL**



produce such information because Defendants have the above-referenced dataset which provides Defendants with the relevant information needed. Also, producing such case note files and/or activity logs would be a burden for the County because it would require the County to review millions of pages of documents so that the names and personal information of children, family members, and others are properly redacted.

However, if the Court orders the County to produce such case note files and/or activity logs, we ask that the Court enter an Order requiring Defendants to select 25 cases identified in CUYAH_002442182 and the County collect such case notes for those 25 cases only. Additionally, the County will require that the Court enter a separate order be entered by the Court specific to the release of such information from SACWIS. Such terms must include the following:

- As the information/records contained within SACWIS is confidential pursuant to Ohio Administrative Code 5101:2-33-21, the information must remain confidential, be marked "Highly Confidential," and is not subject to disclosure by any party to any person not directly involved in the case.

- The identities of the referent/reporter and any person providing information during the course of an assessment/investigation of child abuse and neglect must remain confidential, be marked "Highly Confidential," and be redacted.

- The identities of the family members, children, and/or any other person who was subject to a child abuse and neglect assessment/investigation must remain confidential, be marked "Highly Confidential," and be redacted.

- Any personal identifying information such as, but not limited to, the address, social security number, and date of birth must remain confidential, be marked "Highly Confidential," and be redacted.

- No person shall contact or attempt to contact any individual identified in such data, or their family members, or other related individuals, for the purpose of obtaining additional information related to this case.

Plaintiff is available to discuss this further if Defendants are willing to meet-and-confer.

Sincerely,

*/s/ Hunter J. Shkolnik*
NAPOLI SHKOLNIK PLLC
Hunter J. Shkolnik
Salvatore C. Badala
Joseph L. Ciaccio