EXHIBIT 10



February 1, 2019

**VIA EMAIL**

| | |
|---|---|
| Mark Cheffo, Esq. | Geoffrey E. Hobart, Esq. |
| Dechert LLP | Covington & Burling |
| Three Bryant Park | One City Center |
| 1095 Avenue of the Americas | 850 Tenth Street, NW. |
| New York, NY 10036-6797 | Washington, DC  20001 |
| mark.cheffo@dechert.com | ghobart@cov.com |
| | |
| Carol Rendon, Esq. | Kaspar Stoffelmayr, Esq. |
| Baker Hostetler | Bartlit Beck |
| Key Tower, 127 Public Square | 54 West Hubbard Street, Ste 300 |
| Cleveland, OH  44114 | Chicago, IL  60654 |
| crendon@bakerlaw.com | Kaspar.stoffelmayr@bartlit-beck.com |
| | |
| Enu Mainigi, Esq. | Tina Tabacchi, Esq. |
| Williams & Connolly | Jones Day |
| 725 Twelfth Street, NW. | 77 West Wacker Drive |
| Washington, DC  20005 | Chicago, IL  60601 |
| emainigi@wc.com | tmtabacchi@jonesday.com |
| | |
| Shannon McClure, Esq. | Tyler Tarney, Esq. |
| ReedSmith | Gordon & Rees |
| Three Logan Square | 41 S. High Street, Suite 2495 |
| 1717 Arch Street, Suite 3100 | Columbus, OH  43215 |
| Philadelphia, PA  19103 | ttarney@grsm.com |
| smcclure@reedsmith.com | |

Re:   *In Re National Prescription Opioid Litigation*; Case No. 17-md-2804
      *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*; Case No. 17-md-2804

Counsel,

In light of the position articulated by the State of Ohio today, and while this matter is under investigation, Cuyahoga County claws back CUYAH_002442182 pursuant to ¶53 of the Case Management Order No.2: Protective Order (ECF #441).

The document was inadvertently produced. Please destroy this document immediately.

Please certify in writing your compliance with this obligation pursuant to the requirements of CMO 2.

Sincerely,

*/s/ Hunter J. Shkolnik*
Hunter J. Shkolnik
Salvatore C. Badala
Joseph L. Ciaccio