EXHIBIT 14

**Remuszka, Juliana**

**From:** 2804 Discovery, MDL <mdl2804discovery@motleyrice.com>
**Sent:** Friday, March 01, 2019 5:52 PM
**To:** MDL 2804
**Subject:** FW: EXTERNAL-SACWIS Data - Agenda Items 143/134

**From:** Ackerman, David
**Sent:** Friday, March 1, 2019 10:45:17 PM
**To:** David@SpecialMaster.Law
**Cc:** 2804 Discovery, MDL; xalldefendants-mdl2804-service@arnoldporter.com
**Subject:** RE: EXTERNAL-SACWIS Data - Agenda Items 143/134

Special Master Cohen,

Plaintiffs respectfully request that you formalize the order below concerning production by Summit and Cuyahoga counties of SACWIS materials and case files.

Respectfully,
David Ackerman


**David Ackerman** | Attorney at Law | Motley Rice LLC
401 9th St. NW, Suite 1001 | Washington, DC 20004
o. 202.849.4962 x5962 | f. 202.386.9622 | dackerman@motleyrice.com


**From:** David R. Cohen <David@SpecialMaster.Law>
**Sent:** Wednesday, February 27, 2019 7:08:16 PM
**To:** xALLDEFENDANTS-MDL2804-Service@arnoldporter.com; 2804 Discovery, MDL
**Subject:** EXTERNAL-SACWIS Data - Agenda Items 143/134

Dear Counsel:

In connection with the dispute regarding production by Summit and Cuyahoga Counties of SACWIS data and materials, I rule as follows:

- Prior production by Cuyahoga County of the spreadsheet (CUYAH_002442182) containing certain Data Fields extracted from the SACWIS data (which data was "de-identified," in that it did not reveal the identities of the minors or their families) was an appropriate and sufficient production of SACWIS data fields by Cuyahoga County.

- Summit County must produce a similar spreadsheet containing the same data fields.

- Cuyahoga and Summit County must also each produce 10 "case files" of defendants' choosing. The counties shall redact from those case files any information that would allow identification of the minors who are the subject of the files, or their families. The counties' redactions shall be as limited as possible while fulfilling this directive.

- To the extent necessary, the Ohio Department of Jobs and Family Services (ODJFS) must coordinate with Cuyahoga and Summit Counties and facilitate production of the above-listed SACWIS data and materials.

- The various statutes cited by the parties (including the State of Ohio), which contain provisions limiting the release of SACWIS data and information, all also contain provisions allowing for release pursuant to Court order in appropriate circumstances.  This ruling fits within those provisions.

[JOSH - I believe you can now remove Agenda Items 143/134.]

-David

============================
This email sent from:
David R. Cohen Co. LPA
24400 Chagrin Blvd., Suite 300
Cleveland, OH 44122
216-831-0001 tel
866-357-3535 fax
**www.SpecialMaster.law**

You're receiving this message because you're a member of the MDL 2804 group from Motley Rice, LLC. To take part in this conversation, reply all to this message.

View group files  |  Leave group  |  Learn more about Office 365 Groups

Confidential & Privileged

Unless otherwise indicated or obvious from its nature, the information contained in this communication is attorney-client privileged and confidential information/work product. This communication is intended for the use of the individual or entity named above. If the reader of this communication is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error or are not sure whether it is privileged, please immediately notify us by return e-mail and destroy any copies--electronic, paper or otherwise--which you may have of this communication.