# EXHIBIT 15

# Ohio **SACWIS**

*User Guide*

**Version 1.6**
**06/07**

# *Table of Contents*

Getting Started . . . . . . . . . . . . . . . . . . . . . . . . . 1-2
   Introduction to the user interface  . . . . . . . . . . . . 1-4
   How to use screen conventions. . . . . . . . . . . . . 1-5
   How to navigate the system . . . . . . . . . . . . . . . 1-6
   How to add and delete records  . . . . . . . . . . . . 1-13
   How to use online support tools  . . . . . . . . . . . 1-14
   How to use WBT . . . . . . . . . . . . . . . . . . . . . . . 1-15
   How to use online help  . . . . . . . . . . . . . . . . . . 1-17
   How to link to the Family, Children and
   Adult Services Manual (FCASM)  . . . . . . . . . . . 1-23

General Tasks . . . . . . . . . . . . . . . . . . . . . . . . . 2-2
   How to log on and off . . . . . . . . . . . . . . . . . . . . 2-3
   How to find information . . . . . . . . . . . . . . . . . . . 2-4
   How to search, sort, and filter lists. . . . . . . . . . . 2-8
   How to view a person's SACWIS history . . . . . . 2-9
   How to view your workload  . . . . . . . . . . . . . . . 2-10
   How to view or print documents and
   standard reports . . . . . . . . . . . . . . . . . . . . . . . 2-11
   How to switch security profiles . . . . . . . . . . . . . 2-12

Ticklers, Messages, & Notifications  . . . . . . . . . 3-2
   How to view my ticklers . . . . . . . . . . . . . . . . . . 3-3
   How to create an ad hoc tickler . . . . . . . . . . . . 3-4
   How to update the status of an ad hoc tickler . . . 3-5
   How to print a tickler report  . . . . . . . . . . . . . . . 3-6
   How to view a broadcast message . . . . . . . . . . . 3-7

   How to view a high priority broadcast
   message  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 3-8
   How to view a protective service alert. . . . . . . . . 3-9

Person Management  . . . . . . . . . . . . . . . . . . . . . 4-2
   How to search for and view a person profile . . . 4-3
   How to record a basic person profile  . . . . . . . . 4-4
   How to record an education profile . . . . . . . . . . 4-5
   How to record a medical profile  . . . . . . . . . . . . 4-6
   How to record a financial profile . . . . . . . . . . . . 4-7

Intake . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 5-2
   How to record an intake  . . . . . . . . . . . . . . . . . . 5-3
   How to record a screening decision  . . . . . . . . . 5-4
   How to link an intake to a case record  . . . . . . . 5-5
   How to create a new case  . . . . . . . . . . . . . . . . 5-6
   How to delete an intake . . . . . . . . . . . . . . . . . . 5-7

Assessment . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-2
   How to view a safety assessment . . . . . . . . . . . 6-3
   How to record a safety assessment  . . . . . . . . . 6-4
   How to record safety factors in a safety
   assessment  . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-5
   How to record safety considerations in a
   safety assessment  . . . . . . . . . . . . . . . . . . . . . . 6-6

How to record a response to a safety assessment . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-7
How to view a family assessment . . . . . . . . . . . . 6-8
How to record a family assessment . . . . . . . . . . . 6-9
How to link an intake to a family assessment . . 6-10
How to record a risk assessment . . . . . . . . . . . . 6-11
How to record a case analysis . . . . . . . . . . . . . . 6-12
How to record a specialized assessment/
investigation . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 6-13
How to record case services . . . . . . . . . . . . . . . . 6-14
How to record a waiver or justification. . . . . . . . 6-15


**Case Management** . . . . . . . . . . . . . . . . . . . . . . . . **7-2**
How to find the new case record . . . . . . . . . . . . . 7-3
How to record a case profile . . . . . . . . . . . . . . . . . 7-4
How to view the case activity log . . . . . . . . . . . . 7-5
How to record case activity details . . . . . . . . . . . 7-6
How to view supervisor case conference notes . . 7-7
How to record a case plan . . . . . . . . . . . . . . . . . . 7-8
How to view service information. . . . . . . . . . . . . . 7-9
How to record case services . . . . . . . . . . . . . . . . 7-10
How to record a child's removal from home . . . 7-11
How to record a placement request . . . . . . . . . . 7-12
How to record placement information . . . . . . . . 7-13
How to record an end to a placement . . . . . . . . 7-14
How to record a case review/SAR . . . . . . . . . . . 7-15
How to record an independent living plan . . . . 7-16
How to record a visitation plan . . . . . . . . . . . . . 7-17
How to record a reunification assessment . . . . . 7-18
How to close a case . . . . . . . . . . . . . . . . . . . . . . . 7-19


**Court Activities** . . . . . . . . . . . . . . . . . . . . . . . . . . **8-2**
How to view legal actions from the person
profile . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-3
How to view legal histories by case
participant . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 8-4

How to view legal actions by case . . . . . . . . . . . 8-5
How to create a legal complaint . . . . . . . . . . . . . 8-6
How to create a legal motion . . . . . . . . . . . . . . . . 8-7
How to record a linked legal action . . . . . . . . . . 8-8
How to record a legal complaint . . . . . . . . . . . . . 8-9
How to record a legal motion . . . . . . . . . . . . . . . 8-10
How to record a subpoena . . . . . . . . . . . . . . . . . 8-11
How to record court hearing information . . . . . 8-12
How to record a court ruling . . . . . . . . . . . . . . . 8-13
How to record a notification of a court action . 8-14
How to record a legal status change
associated with a ruling . . . . . . . . . . . . . . . . . . . . 8-15
How to record a legal status change on
the person profile . . . . . . . . . . . . . . . . . . . . . . . . . 8-16
How to view or print a court calendar . . . . . . . 8-17
How to print a VAC report . . . . . . . . . . . . . . . . 8-18


**Provider Management** . . . . . . . . . . . . . . . . . . . . . **9-2**
How to find a provider . . . . . . . . . . . . . . . . . . . . . 9-3
How to view provider details . . . . . . . . . . . . . . . . 9-4
How to match a provider service with a client . . 9-5
How to record basic information for
non-ODJFS providers . . . . . . . . . . . . . . . . . . . . . . . 9-6
How to record basic information for
ODJFS providers . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-7
How to view a provider inquiry . . . . . . . . . . . . . . 9-8
How to create or update the inquiry record . . . 9-9
How to link an inquiry to a provider record . . . 9-10
How to view a home study . . . . . . . . . . . . . . . . . 9-11
How to record a home study . . . . . . . . . . . . . . . 9-12
How to record a home description . . . . . . . . . . . 9-13
How to record a description of family . . . . . . . . 9-14
How to record the disposition of a
home study . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-15
How to record a recommendation for
certification . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-16

*Ohio SACWIS*
User Guide

iii

How to record child acceptance
characteristics. . . . . . . . . . . . . . . . . . . . . . . . . . . . . 9-17
How to record placement criteria  . . . . . . . . . . . . 9-18
How to record service credentials  . . . . . . . . . . . 9-19
How to record training session information. . . . 9-20
How to record a provider's service contract  . . . 9-21
How to record a recruitment plan . . . . . . . . . . . . 9-22
How to record a recruitment event . . . . . . . . . . . 9-23


**Financial Management**  . . . . . . . . . . . . . . . . . . . **10-2**
How to record agency services . . . . . . . . . . . . . 10-3
How to view a placement or service
authorization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-4
How to record a placement or service
authorization . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-5
How to view a child's benefit accounts
and payments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-6
How to record a child's benefit account
or payment  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-7
How to generate payment requests . . . . . . . . . . 10-8
How to view a payment requests roster . . . . . . 10-9
How to create a payment requests roster . . . . 10-10
How to disburse payments . . . . . . . . . . . . . . . . 10-11
How to view an agency repayment plan. . . . . . 10-12
How to view and record payment
adjustments . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-13
How to view a child's eligibility/
reimbursability history. . . . . . . . . . . . . . . . . . . . . 10-14
How to determine IV-E foster care
maintenance eligibility . . . . . . . . . . . . . . . . . . . . . 10-15
How to determine IV-E adoption assistance
eligibility. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 10-16
How to view Medicaid, HMO, and MMIS
histories and record information . . . . . . . . . . . . 10-17
How to view a child's CRIS-E information  . . . 10-18

**Adoption Services**  . . . . . . . . . . . . . . . . . . . . . . . **11-2**
How to view adoption case details . . . . . . . . . . 11-3
How to create an adoption case  . . . . . . . . . . . . 11-4
How to record recruitment activities  . . . . . . . . 11-5
How to record a child study inventory
facesheet  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-6
How to search for adoptive families . . . . . . . . . 11-7
How to record pre-adoptive staffing details  . . 11-8
How to record a matching conference  . . . . . . . 11-9
How to record an adoptive placement
decision  . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-10
How to record a finalization checklist  . . . . . . . 11-11
How to secure and close an adopted child's
record . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . 11-12


**Staff Management**  . . . . . . . . . . . . . . . . . . . . . . . **12-2**
How to view and process pending approvals . . 12-3
How to view worker information. . . . . . . . . . . . . 12-4
How to view worker assignments . . . . . . . . . . . 12-5
How to view a history of worker
assignments on a case  . . . . . . . . . . . . . . . . . . . 12-6
How to record a worker's job role . . . . . . . . . . . 12-7
How to view or record on-call workers  . . . . . . 12-8
How to assign a work item or workload. . . . . . . 12-9
How to close a worker assignment  . . . . . . . . . 12-10
How to record a supervisory delegate  . . . . . . 12-11
How to view a worker's training history  . . . . . 12-12
How to record competency information  . . . . . 12-13
How to record a worker's training plan . . . . . . 12-14

iv

# Chapter 1
# *Getting Started*

## Chapter contents

*Overview of Ohio SACWIS,  1-2*

Introduction to the user interface,  1-4
How to use screen conventions,  1-5
How to navigate the system,  1-6
How to add and delete records,  1-13
How to use online support tools,  1-14
How to use WBT,  1-15
How to use online help,  1-17
How to link to the Family, Children and Adult Services Manual (FCASM),  1-23

# Overview of Ohio SACWIS

Ohio SACWIS is the statewide computer application you'll use in support of your day-to-day child welfare job tasks. The acronym "SACWIS" stands for Statewide Automated Child Welfare Information System.

## Purpose and scope of Ohio SACWIS

As its name suggests, Ohio SACWIS is a statewide comprehensive case management computer system designed to automate the delivery of child welfare services. The system was designed to help you and other county, state, and private agency workers share information, manage your workloads, and maintain accurate data for decision making.

Ohio SACWIS is administered by the Ohio Department of Job and Family Services (ODJFS), in partnership with the state's 88 Public Children Services Agencies (PCSAs). The system's mission is to support service delivery and practice for the safety, permanency, and well-being of children and families.

## State, county, and agency-related tasks

Ohio SACWIS is used to perform a variety of tasks at the state and county levels, and to enable external agencies to perform key tasks:

- **State**. Ohio SACWIS is used at the state level to manage fiscal issues, generate reports, and administer the system.
- **County**. Ohio SACWIS is used at the county level to:
  - Document intake and case information
  - Determine IV-E eligibility and reimbursement
  - Maintain services
  - Manage provider information, licensing, and payments
  - Process adoptions and subsidies
  - Make payments to private agencies
  - Maintain private agency service contracts
- **Agencies**. Ohio SACWIS is used to coordinate private agency services.

## Benefits of Ohio SACWIS

Ohio SACWIS offers a variety of benefits to caseworkers, supervisors, and agency and federal stakeholders. Among these benefits are the following:

- Provides quick access to reliable data to support decision making and case planning activities at case, county, and state levels
- Reduces paperwork and repetitive typing so more time can be spent on other caseworker activities
- Enables statewide access to case and client information for intake, investigations, and child protective services
- Interfaces with other systems, making information easily accessible when you need it
- Assists county staff in managing their workloads
- Provides historical analysis and predictive trend analysis tools to ensure critical service availability
- Provides accurate and current data to assist in decision making and program modification
- Complies with federal, state, and agency reporting requirements.

**This chapter explains:**
- Introduction to the user interface
- How to use screen conventions
- How to navigate the system
- How to add and delete records
- How to use online support tools
- How to use WBT
- How to use online help
- How to link to the Family, Children and Adult Services Manual (FCASM)

## Using Ohio SACWIS on the job

SACWIS is a task-based system in which the flow of information within the system supports the way you perform your job tasks. The system is organized around five functional areas:

- **Intake**. For recording reports and referrals. This is the area through which all child and family information enters the system.

- **Case Management**. For recording assessments, investigations, case services, court activities, placements, and so on.

- **Provider Management**. For maintaining information about resource providers, like names, addresses, staff members, home studies, certifications, service credentials, and so on.

- **Financial Management**. For managing fiscal activities, like service authorizations, rates and ceilings, provider rosters, payment processing, eligibility determinations, and so on.

- **Court Processing**. For documenting a variety of legal activities affecting the PCSA such as recording hearings, motions, complaints, and rulings, and documenting petitions, adjudications, and court reviews.

In addition, **Administration** tasks are performed by system administrators to support system maintenance. They include staff management, security maintenance, utility management tasks, and so on.

The diagram below illustrates the flow of information within the system when contact is initially made with an agency. Your job probably requires you to work mostly in only one of these areas.



# Introduction to the user interface

The Home screen is the first thing you'll see after logging on to Ohio SACWIS. It 's the starting point for all key functions in the system. You can easily access the Home screen from anywhere within the system by clicking the **Home** tab or the **home** header link. The Home screen contains several areas:

- **Header links**. These links appear at the top right of all screens and enable you to search for a person, intake, case, provider, or employee; access help and training; change profiles; or log off the system.

- **Tabs**. The primary tabs located below the Ohio SACWIS title provide access to key system functions: **Intake**, **Case**, **Provider**, **Financial**, and **Administration**. Additional secondary tabs are located just below this providing access

to individual data screens within each functional area of SACWIS. They change based on the functional area you are working in.

- **Tickler Summary**. A list of current ticklers is displayed here. Ticklers remind you of case-related tasks waiting to be completed in the system.

- **Message Board**. A list of job-related items that require your immediate attention is displayed here. This includes broadcast, agency, and state messages.

- **Footer links**. These links at the bottom left of the screen enable you to go to the Home screen, access help and training, access privacy and security, or display the agency address book.



Click this row of tabs to access Desktop-, Approvals-, and Assignments-related tasks.

Click here to go to the Home screen.

Click here to search for a person, intake, case, provider, or employee.

Click here to access help and Web-based training.

Click here to log in for another agency.

Click here to log off the system.

Click this row of tabs to access the Home, Intake, Case, Provider, Financial, or Administration screens.

Click here to view a summary of ticklers.

Click here to access help or to view all ticklers.

Click here to view messages, including broadcast, agency, and state messages.

Click here to access the Home screen, or help & training, privacy and security, or the agency address book.

*Ohio SACWIS*
User Guide

*Getting Started*   **1-5**

# How to use screen conventions

Screens contain a variety of different types of information. Some of the conventions you will use throughout Ohio SACWIS include the following:

- **Path**. Displays a list of previous screens visited that got you to the current screen.
- **Header information**. Displays details of this record.
- **Calendar**. Provides an easy way to select calendar dates.
- **Drop-down list**. Provides an easy way to select a predefined value.
- **List box**. Allows you to add or remove multiple values in a field.
- **Text field**. Provides a way to enter up to 3,000 characters

(approximately 600 words) of narrative text. Some fields will accept up to 10,000 characters.

- **Scroll bar**. Allows you to view additional text that may not be viewable.
- **Check box**. Allows you to select one or more values.
- **Apply, Save, OK, Cancel, and Close Buttons**. Allow you to act on information entered on a screen.
  - Click **Apply** to save your changes and stay on the current screen.
  - Click **Save** or **OK** to save your changes and return to the originating screen.
  - Click **Cancel**, then **OK** to return to the previous screen without saving any changes.
  - Click **Close** to return to the originating screen.

**Click the calendar button to easily display and select calendar dates. This usually defaults to the current date.**

**View header information describing details of this record.**

**View an area containing related fields of information.**

**Click the drop-down list to display predefined values.**

**Click the buttons in this list box to add or remove values for this field.**

**Enter narrative text here. Click Spell Check to verify text spelling.**

**Click the scroll bar to view more text displayed in this field.**

**Click inside a check box to select it. Click again to clear the check box.**

**Click Apply to save changes and continue viewing this screen. Click Save to save changes and return to the previous screen. Click Cancel to return to the previous screen without saving changes.**



UG 1.6

Case: 1:17-md-02804-DAP  Doc #: 1448-18  Filed:  03/15/19  13 of 189.  PageID #: 39959

# How to navigate the system

Ohio SACWIS provides various ways to help you navigate the system. These include tabs and links that take you to a specific screen to perform a task. Ohio SACWIS also contains different types of screens to assist you in navigating the system. These include workload, overview, list, detail, and search screens.

## Caution

When using Ohio SACWIS, **do not** use the Back and Forward buttons in your browser. In addition, do not use the F5 key. Use only the buttons and links within the application to move from one screen to another. You might find it easier to hide the browser navigation bar while you work in Ohio SACWIS. To do this in Internet Explorer, right-click on the tool bar, then left-click on Standard Buttons.

## Using primary and secondary tabs

From the Home screen, click one of the primary tabs in the top row to access a main function such as Intake, Case, Provider, Financial, or Administration. Notice that secondary tabs are displayed below the primary tabs. Click a secondary tab to open main areas of work within a functional area.

**Click a secondary tab to open a main work area within a function.**

**Click a primary tab to access a main function.**

**Click a link in the menu on the left to open a search or list (filter) screen.**



## Using links

Links are used throughout Ohio SACWIS to navigate to functions, specific records, or to view previously entered information. A link is displayed as blue underlined text (example: select). Notice that links are displayed at the top and bottom of the Home screen. They are also displayed in many different places on screens throughout the system. Common links include edit, view, select, delete, copy, and so on.

On many secondary tabs, the tertiary menu of links appears in a blue box on the left side of the screen. It is also sometimes called the "left-hand navigation." This menu allows you to work on certain kinds of records within the work area identified by the secondary tab.

**Click these links to perform key tasks.**



**Click these links to work on other related case records.**

**Click these links to edit, view, or generate a report for these records.**

UG 1.6

## Using workload screens

Workload screens make it easy for you to view your work items by listing the cases or providers that are assigned to you. When you click the **Case** and **Provider** tabs, you see workload screens.

Workload screens allow you, as a worker, to open a specific case or provider record. As a supervisor, you can use the workload screens to view a list of the workers in your unit and the cases assigned to each worker.

**Click here to display the Case functional area.**

**Click here to display the case workload.**

**Click here to select a worker and then click Filter. This allows you to view specific worker cases within the hierarchy if you are a supervisor.**

**Click here to display the case workload for a specific caseworker.**



## Using overview screens

Ohio SACWIS uses overview screens to provide an entry point for case or provider records. Overview screens provide a central location for displaying and accessing related information concerning a case or provider.

Notice that a menu of links is displayed on the left side of this overview screen providing access to a variety of tasks or associated records. In the example below of the Provider Overview screen, you can click on any of the links to display further information on this provider. The Case Overview screen has similar features.

**The Overview screen displays a summary of the record. You can access this screen from the first link on the left.**

**The header identifies the provider record you are viewing.**

**Click a link to view or record more information about this record.**

**Click this link to view or update basic provider information.**



## Using list screens

A list, or filter, screen usually appears from a Case or Provider Overview screen when you click one of the links in the menu on the left. This type of screen lists the records of the type indicated in the link.

The system presents the records according to pre-defined default criteria, which may be more records than you want to view. The top portion of a list screen includes a Filter Criteria area. You use the fields in the Filter Criteria area to limit the display of records, which allows you to filter the display of records that appear in the table below.

Each row in this table represents a single record. To open the record, click the **view** or **edit** link that appears in the left-most column. List screens generally include an "add" button below

this list of records. Click this button to create a new record. Either way, the system displays a detail screen, which represents the details of a given record.



**Select filter criteria above and click here to limit the display of records.**

**Click here to select a specific record from the list.**

**Click here to add a new record.**

UG 1.6

## Using detail screens

Detail screens provide a way for you to view or enter a variety of different types of information in Ohio SACWIS. Some detail screens contain additional tabs at the top of the screen, allowing you to view or enter additional details for a record.

Notice that the path, positioned below the Ohio SACWIS title, describes the screens previously visited in this task.

The system ensures that you enter the information it requires for accurately processing information. It accomplishes this in three ways:

■  **Fields required to create a new record**. The system requires you to complete certain fields in order to begin the record and save it to the database. The labels for these required fields appear in bold type with an asterisk (*).

■  **Conditionally required fields**. The system may require either one field or another. Or it may require one field if another field is completed. In these situations, the field labels are not in bold. However, the system displays an error message if either of the fields is left blank.

■  **Fields required for approval**. Larger records, like case reviews and assessments, must be fully complete before a supervisor or reviewer can approve them. For these, the system displays a **Validate for Approval** button, which allows you to display fields in error. Details must still be completed before you can submit the record for approval.

**Click these tabs to open other detail screens and enter additional details for this record.**

**View the path taken to see previous screens visited.**

**Enter data in all fields with an asterisk (*). These are required fields.**



Case: 1:17-md-02804-DAP  Doc #: 1448-18  Filed:  03/15/19  19 of 189.  PageID #: 39965

## Using search screens

A search screen allows you to find specific records in Ohio SACWIS. Since this is a statewide system, most searches look for records entered by any agency in the state. The system displays a search screen when you:

- Click the **search** header link from anywhere in the system. From this feature, you can search for persons, intakes, cases, providers, and ODJFS or agency employees. You cannot, however, add new records from search screens launched from this link.

- Click a **Search** button on a detail screen to associate another record with it. For example, when you add members to a case, you perform a person search to locate or add the person record, then select that person as a member of the case from which you launched the search.

- Click the **Directory** secondary tab on the **Provider** tab. This screen allows a provider worker to locate providers, either to view the provider record or to match the provider with a client's needs.

- Click the **AGENCY SEARCH** footer link. This screen allows you to find public or private agencies anywhere in the State or in a specific county.

For now, it's enough just to know that you will be using search screens. For more information on how to search and find information in Ohio SACWIS, refer to the **General Tasks** chapter in this user guide.

**Click here to begin your search.**

**Enter your search criteria here.**

**Click here to execute the search.**

**View your search results here. Click the view or edit link to open the record. Click the select link to select the record and return to the previous screen.**



# How to add and delete records

## Adding records

Records in Ohio SACWIS are added from within the functional areas. For example, new intake records are added from the **Intake** tab. Case records are added from the intake linking process. Person records are added from the case or provider records with which they are associated. And new providers are added on the **Provider** tab, either through the provider inquiry process (ODJFS providers) or from the provider directory (non-ODJFS providers).

The system always requires you to conduct a search before you add a new record, to prevent the accidental duplication of records in the system. If you discover duplicate records, contact your help desk.

## Deleting records

If a record can be deleted, a **delete** link appears in the right-most column of the table that lists the record. This includes the tables that appear on list screens or on detail screens. In general, a record can be deleted if it has not been completed or approved. That is, the status of the record is "Draft," "In Progress," "Pending," and so on, depending on the type of record.

Often you are associating one record with another, in which instance you are deleting only the association, not the record itself.



Click here to open and edit the record.

Click here to add a record.

Click here to delete a record.

UG 1.6

# How to use online support tools

Ohio SACWIS includes online support tools, which help you understand the system and make decisions about what information to enter.

The Ohio SACWIS Web-based training (WBT) program gives you or a staff member the opportunity to learn to use Ohio SACWIS in a controlled way, at your own pace.

Online help is the first place you should go when you have a question about how to complete a task in Ohio SACWIS or what to enter in a particular screen. Online help provides a variety of tools, including a glossary, index, and search feature.

Finally, Web-based access to the Family, Children and Adult Services Manual (FCASM) helps you make decisions that rely on state rules and policies.

**Click here to display online help, including a glossary.**

**Click here to display WBT.**

**Click here to display the Family, Children and Adult Services Manual (FCASM).**



# How to use WBT

Ohio SACWIS WBT is a Web-based training program that is accessible from the application. This program teaches you how to:

- Use the basic Ohio SACWIS screens and features you'll access most often
- Learn basic navigation skills
- Perform basic tasks in Ohio SACWIS

It includes tutorials, animated demonstrations, and interactive exercises and simulations. Simulations let you practice using Ohio SACWIS without actually being in the live system.

While WBT helps you learn Ohio SACWIS if you've never used it before, it can also help you if you use Ohio SACWIS occasionally.

You launch WBT as follows:

1. From the Home screen, click the **help & training** header link at the top right of the screen. The Ohio SACWIS Help & Training screen appears.

2. Click the **Web-based Training** link. The Ohio SACWIS Online Training window appears displaying the Welcome! screen.

3. Click the first lesson, **How to navigate this training**, to begin.

You can also launch a specific WBT lesson by clicking a link in some online help windows to display additional instruction.



## How to navigate WBT

Everything you need to navigate the WBT is located in the navigation pane at the bottom of each page. Notice the following controls:

- **Directional text**. Displays instruction on what to do next.
- **Progress tracking**. Displays your position in a lesson.
- **Tool menu**. Provides access to less frequently used controls, including:
  - **Resources**. Contains links to external reference materials and Web sites.
  - **Glossary**. Contains definitions of important terms that appear in each lesson.
  - **Print**. Prints the page.

- **Bookmark/Open Bookmark**. Records the current page for later reference.
- **Return to beginning of lesson**. Returns you to the first page of the lesson.
- **Back button**. Moves one page backward.
- **Next button.** Moves one page forward.
- **Take test**. Launches review questions to check your knowledge.



UG 1.6

# How to use online help

Online help is like a user manual, but it is available online while you are working in Ohio SACWIS. With just a click, a screen description appears in a window. With another click, you can find instructions for completing a task.

Online help for screen topics is "context-sensitive." That is, when you click the **help** header link on a screen, you get immediate, relevant assistance - when you need it.

## The online help window

Online help topics appear in a browser window on top of Ohio SACWIS. The buttons along the top let you select the type of search feature you want to use:

- **Contents**. Displays topics by functional area.
- **Index**. Helps you find topics in the help files by keywords, like an index in a book.
- **Search**. Looks for topics whose content contains the word you enter.
- **Print**. Prints the page containing the selected topic.
- **Glossary**. Defines terms, abbreviations, and acronyms used in Ohio SACWIS.

The left pane shows your search feature. The right pane contains the text of the topic you selected on the left.



## How to access different types of online help

There are several different types of online help available to assist you. They include:

- **Procedural help**. Provides step-by-step instructions for completing a task in Ohio SACWIS. The previous page shows an example of this type of help. It is launched from:
  - help & training header link on a screen
  - link in a screen-level topic
  - Help -> Table of Contents

- **Screen-level help**. Explains the purpose of the active screen and includes links to more details. An example appears below. It is launched from:
  - help link on a screen
  - Index
  - Search

- **Field-level help**. Explains what to enter in a particular field. An example appears below. It is launched from:
  - Link in a screen-level topic

You can access the complete online help navigation pane from:

- **Help & Training** header or footer links
- **Show** link in a screen-level topic

Click here to access the rest of the online help system, including the tool bar.

This is the name of the active screen, from which you clicked the help link.

Click here to display task-level help.

Click here to display field-level help. Instructions for completing a field appear in a table.



## How to use the table of contents

The table of contents groups procedural topics by functional area.

1. Click the **Contents** button in the top left corner of the help window. The contents appear in the left pane.

2. Click on a link in the table of contents. The topic appears in the right pane.

**Click here to display contents in the list on the left.**

**Click here to open a category.**

**Click here to display the contents of the topic on the right.**



## How to use the index

The index lists keywords that relate to help topics. It looks like an index in a book.

1. Click the **Index** button in the top left corner of the help window. The index appears in the left pane.

2. Type a keyword or scroll down to the keyword you're interested in.

3. Click on a link in the index. If only one topic relates to that keyword, the topic appears in the right pane. If more than one topic relates to it, a small gray box appears, which lists topics associated with this keyword.

4. Click on the topic you want to view. The topic you selected appears on the right.



Click here to display the index in the list on the left.

Enter the topic you're looking for here.

Index entries appear in the list on the left.

Click on an entry to display the topic on the right.

## How to use the word search

The word search feature finds topics whose content contains the word or phrase you enter.

1.  Click the **Search** button in the top left corner of the help window. The search feature appears in the left pane.

2.  Type a word or phrase in the field at the top of the left pane, then click **Go**. The topics that contain this word or phrase appear in the list below.

3.  Click on a link in this list. The topic appears in the right pane.



## How to use the glossary

The glossary defines key terms and abbreviations used in Ohio SACWIS.

1. Click the Glossary button in the top left corner of the help window. The glossary feature appears in the left pane.

2. Click on the keyword in the Term box. The definition appears in the Definition box below. Notice that the help topic currently displayed in the right panel remains.



# How to link to the Family, Children and Adult Services Manual (FCASM)

Ohio SACWIS includes links to the state's Web-based FCASM. There are two ways to view the FCASM. You can view the FCASM in its entirety, or you can click a link from within an Ohio SACWIS Help screen to view a specific rule that applies to the screen you are working in.

## Viewing the complete FCASM

1.  From the Home screen, click the **help and training** header link. The Ohio SACWIS Help and Training screen appears.

2.  Click the **Rules, Regulation, & Policy** link. The ODJFS Electronic Manuals page is displayed.

3.  Click the **Children & Families** link. The ODJFS Children and Families e-Collection page is displayed.

4.  Click the **Family, Children and Adult Services Manual** link. Links to chapters in this document are displayed.

Select a specific chapter section here.

Or click on a "Related policies" link in a screen-level help topic. These links open the FCASM at a



# Chapter 2
# *General Tasks*

## Chapter contents

*General Tasks*,  2-2

How to log on and off,  2-3
How to find information,  2-4
How to search, sort, and filter lists,  2-8
How to view a person's SACWIS history,  2-9
How to view your workload,  2-10
How to view or print standard reports,  2-11
How to switch security profiles,  2-12

UG 1.6

# General Tasks

To get started using Ohio SACWIS, there are a few simple tasks that you may want to do on a regular basis. These tasks can be done at anytime from anywhere in the system.

After first logging on to the system, you can find a variety of different types of information statewide using the universal search feature. This includes finding intakes, cases, person profiles, and workers. By using the search, sort, and filtering features when searching, you can locate specific information more easily.

Some of your daily work activities using Ohio SACWIS include viewing your workload, as well as viewing or printing a history of workers who worked on a case.

In addition, you can print selected documents and view and print a variety of standard, on-demand reports based on your role and access privileges.

**This chapter explains:**

- How to log on and off
- How to find information
- How to search, sort, and filter lists
- How to view a person's SACWIS history
- How to view your workload
- How to view or print standard reports
- How to switch security profiles

# How to log on and off

When you launch the Ohio SACWIS application, the first screen you'll see is the Login screen. From this screen you log onto the system and obtain general information and assistance regarding Ohio SACWIS.

## Logging on

1.  Type your user name in the **Username** field. Your supervisor or system administrator assigned you this name.

2.  Type your password in the **Password** field.

3.  Click **Log In**. The Select Agency screen appears.

4.  Select a value from the **Agency** drop-down list.

5.  Click **Select**. The Ohio SACWIS Home screen appears.

The first time you log on, you use a temporary password, which you are asked to change.

## Logging off

You can close Ohio SACWIS by clicking the **log off** link in the upper right corner of the screen. This link is displayed in the header links when you are logged on to the system.



Enter your user name here.

Enter your password here.

Click here to log on to the system.

Click these links for further assistance.

# How to find information

You can find a variety of different types of information in Ohio SACWIS using the universal search feature. You may choose to search for an intake, case, person profile, or worker from anywhere within the system.

## How to find an intake

1. Click the **search** header link. The Ohio SACWIS Search screen appears.

2. Click the **Intake Search** tab. The Intake Search Criteria screen appears. This screen allows you to define the criteria on which you want the system to search.

3. Enter the criteria you want to use in your search. The most efficient way to locate an intake is to enter the Intake ID. If

you do not have this number, you can enter the date or time received, or any other criteria you want to use. Click **Advanced Search Criteria** if you want to use the Reporter, Screener, or Case Last Name or Case ID as part of your search criteria.

4. In the **Sort Results By** drop-down list, select the method by which you want the system to display the search results.

5. Click **Search**. The intake records that meet your search criteria appear in the search results.

6. Click the **view** link to the left of Intake ID to view an intake.

**Click here to search for an intake.**

**Click here to begin searching for an intake, case, person profile, or worker.**



**Enter the search criteria below.**

**Click here to use date, category, type, last name, or address as part of your search criteria.**

**Select the method by which you want to display the search results.**

**Click here to initiate the search.**

**The results of your search appear below.**

**Click here to display an intake.**

## How to find a case

1. Click the **search** header link. The Ohio SACWIS Search screen appears.

2. Click the **Case Search** tab. The Case Search Criteria screen appears. This screen allows you to define the criteria on which you want the system to search.

3. Enter the criteria you want to use in your search. The most efficient way to locate a person profile is to enter the Case ID. If you do not have this number, you must enter at least part of the person's name and any other criteria you want to use.

4. In the **Sort Results By** drop-down list, select the method by which you want the system to display the search results.

5. Click **Search**. The case records that meet your search criteria appear in the search results.

6. Click the **view** or **edit** link to the left of Case ID to view a case.



Click here to search for a case.

Enter the search criteria below.

Select the method by which you want to display the search results.

Click here to initiate the search.

The results of your search appear below.

Click here to display a case.

## How to find a person profile

1. Click the **search** header link. The Ohio SACWIS Search screen appears.

2. The Person Search tab is automatically selected and displays the screen. This screen allows you to define the criteria on which you want the system to search.

3. Enter the criteria you want to use in your search. The most efficient way to locate a person profile is to enter the person ID. If you do not have this number, you must enter at least part of the person's name and any other criteria you want to use. Click **Advanced Search Criteria** if you wish to use the social security number, reference numbers, or address as part of your search criteria.

4. In the **Sort Results By** drop-down list, select the method by

which you want the system to display the search results.

5. Click **Search**. The person records that meet your search criteria appear in the search results.

6. Click the **view** or **edit** link to the left of Person ID to view a person's profile.

**Click here to search for a person profile.**

**Click here to begin searching for an intake, case, person profile, or worker.**

**Enter the search criteria below.**

**Click here if you want to use the social security number, reference numbers, or address as part of your search criteria.**

**Click this button to initiate the search.**

**The results of your search appear below.**

**Click here to display a person profile.**



## How to find worker information

1. Click the search header link. The Ohio SACWIS Search screen appears.

2. Click the **Employee Search** tab. The Employee Search Criteria screen appears. This screen allows you to define the criteria on which you want the system to search.

3. Enter the criteria you want to use in your search. The most efficient way to locate a worker is to enter the employee ID. If you do not have this number, you must enter at least part of the person's name and any other criteria you want to use.

4. In the **Sort Results By** drop-down list, select the method by which you want the system to display the search results.

5. Click **Search**. The worker records that meet your search

criteria appear in the search results.

6. Click the view or edit link to the left of Employee ID to view a worker's information.

**Click here to begin searching for an intake, case, person profile, or worker.**

**Click here to search for a worker.**

**Enter the search criteria below.**

**Select the method by which you want to display the search results.**

**Click here to initiate the search.**

**The results of your search appear below.**

**Click here to display worker information.**



# How to search, sort, and filter lists

Several tools are available to help you locate information in Ohio SACWIS quickly and easily. When using the universal search feature, the quickest way to display a specific record is to enter its intake, case, or provider ID, or a person or employee name. If you don't have this information, you can enter a variety of other criteria to narrow your search.

1.  Check the **Sounds Like** box to search for a name if you're not sure how to spell it.

2.  Perform a "wildcard" search if you know the first few characters in a field. Enter those characters, followed by the percent (%) sign to search for all records beginning with those characters. For example, enter *New%* to retrieve last names such as "Newbury" and "Newman."

Note that you can use either the Sounds Like, or the wildcard search feature, but not both.

3.  Click the **Advanced Search Criteria** link to use additional criteria such as name, address, ID, and so on.

4.  In the **Sort Results By** drop-down list, select the method by which you want to view the search results.

5.  Click **Search** to conduct your search. The list of records meeting your criteria appears in the search results below. Click **Clear Form** to clear all entries and enter new search criteria.

6.  On some screens, you can select a value from a drop-down list and click **Filter**. The list of records meeting your selected criteria is displayed below.

**Check this box to search for an entry that has an "AKA."**

**Check this box to search for an entry that "sounds like" if you're not sure how to spell the name.**

**Click here to perform a universal search on a person, intake, case, provider, or employee.**

**Click here to select the the type of record you want to search for.**

**Enter "%" before or after a partial name to perform a wildcard search.**

**Click here to search on additional fields using advanced criteria.**

**Click here to select the method by which you want to sort results.**



**Click here to initiate the search.**

**Click here to clear all entries in this screen and begin again.**

## How to view a person's SACWIS history

Ohio SACWIS provides a history of a person's case, intake, provider, and Protective Service Alert (PSA) records.

**1.** Display the Person Profile screen.

For information about how to access the Person Profile screen, see page 4-3.

**2.** Click the **SACWIS History** link above the row of tabs. The SACWIS History screen appears.

**3.** Click the **Case History**, **Intake History**, **Provider History**, or **PSA History** link. A table listing all of this person's records appears.

**4.** Click the ID number link to view the details of a particular record.

**Click here to display the SACWIS History screen.**

**Click here to display all of a person's records for a specific type of history.**

**Click here to view details of a particular record.**



# How to view your workload

You can see a list of the cases and intakes assigned to you by viewing your workload.

## Viewing your case workload

The Case Workload screen displays the cases to which you are assigned, if you are a caseworker. If you are a supervisor, the screen displays the cases assigned to the workers who report to you.

To view a case workload, click the **Case** tab at the top of the Home screen. The Case Workload screen appears (shown below). The screen displays cases with an "Open" status, in alphabetical order by the case name or by the worker's last name if this is a supervisor's case workload.

## Viewing the intake workload

The Intake Workload displays new intakes until a screening decision is made. At that point, the intake is either closed if no further action is required, or assigned to a worker for further assessment.

To view an intake workload, click the **Intake** tab at the top of the Home screen. The Intake Workload screen appears. The screen displays all intake records. If you choose, you can display intakes by status. Select the status from the drop-down menu at the top of the listing, then click **Filter**.

If you are a screener, the workload includes pending and returned intakes, as well as information and/or referrals. If you are a screening decision maker, the workload includes completed intakes ready for a screening decision, intakes linked to a case, and linked intakes needing assignment.

**Click here to view your intake workload.**

**Click here to view your case workload.**

**Click here to select the workload view for a case or intake.**



**Click here to view a caseworker's workload.**

**Click here to view case details for a client.**

**Click here to view details for a case member.**

**Click here to view details for this Case ID number.**

# How to view or print standard reports

Standard reports are on-demand reports that have pre-defined formats. On-demand reports are generated only when a worker requests one. Each standard report has one or more worker roles associated with it, and only workers with those roles can generate or retrieve that report.

1. From the Home screen, click the **Administration** tab at the top of the screen. The Staff tab is displayed.

2. Click the **Reports** tab. The Reports Search Criteria screen appears.

3. Enter your search criteria in the **Report Category** and **Report Type** fields.

4. Click **Search**. The screen displays the standard reports that

are available in the category and type you selected.

5. Click the **report** link for the report you want to view or print. The Report History screen appears. It displays each final report that was saved to the Ohio SACWIS database.

6. For an existing report, click the ID number link for the report you want to view or print. The report is displayed as a PDF.

   Or for a new report, click **Generate Report**.

7. Complete the parameter screen if one appears, then click **Generate Report** again. The report is displayed as a PDF.

8. Click **Save** in the lower-left corner to save the report to the report history in Ohio SACWIS. *The system does not automatically save reports to the history.*



# How to switch security profiles

Your view of Ohio SACWIS is based on the security profile assigned to you. Your profile provides access to the agency with which you are associated. It is coordinated with your unit supervisor and implemented by State and County administrators.

If you are associated with more than one agency, you will have more than one security profile. But you don't have to log in and out of Ohio SACWIS to switch your view between agencies.

Switch agency profiles as follows:

1. Click the **switch profiles** header link at the top-right of the screen. The Select Agency screen appears.

2. Select a value in the **Agency** drop-down list and click **Select**. The Home screen for your selected agency appears. Notice the messages displayed in the Tickler Summary and Message Board for the selected agency.

**Click here to switch security profiles based on agency.**



# Chapter 3
# *Ticklers, Messages, & Notifications*

## Chapter contents

*Ticklers, Messages, & Notifications,  3-2*

How to view my ticklers,  3-3
How to create an ad hoc tickler,  3-4
How to update the status of an ad hoc tickler,  3-5
How to view a broadcast message,  3-6
How to view a protective service alert,  3-7

UG 1.6

# Ticklers, Messages, & Notifications

Ticklers, messages, and notifications are communications generated by Ohio SACWIS and its system administrators to inform you of important events.

## About ticklers

When actions need to be taken on a record, the system generates a tickler to remind you to take the action described in the tickler. Ticklers appear on the **Desktop** tab of the Home screen, which the system displays when you first log in. When you click the **tickler** link on the Home screen, the system opens the case or record. The ticklers associated with the specific record are also listed on the Case Overview screen or the Provider Overview screen. In addition to system-generated ticklers, you can create an ad hoc tickler to remind you or a coworker of an action or situation that is not tracked by the system. This type of tickler may or may not be associated with a work item.

## Tickler escalation

If no action is taken on a tickler, the system escalates it, that is, the system notifies your supervisor or backup. After the second escalation date, the system notifies the next level of authority. The escalation dates and the way a tickler is escalated depend on the tickler definition and the practices of your agency. Ad hoc ticklers are not escalated if you do not close them before their due dates. They must be monitored and closed manually.

## Identifying tickler priority

Ticklers use two methods to alert you to their immediacy and importance. Ohio SACWIS uses a red/gold/green color scheme, along with icons representing feathers to "tickle" or

remind you of a work item. A tickler displayed in red text next to three feathers is most critical, indicating that it is past due. A tickler displayed in gold text with two feathers indicates that it is past the first escalation date but before the due date. A tickler displayed in green text with one feather indicates this is the first tickler received for a work item and is due in several days.

The system closes most ticklers automatically when the work is completed, although a tickler is closed manually if the work item cannot be completed or if it is an ad hoc tickler.

## About broadcast messages

A broadcast message conveys critical information from state system administrators that needs immediate attention. Most broadcast messages are displayed in the Message Board area on the Home screen during a specified time period.

A high priority broadcast message is a special communication that is displayed at the top of your screen to inform you of a critical condition that exists, such as a child who is absent without leave (AWOL) from placement.

## About notifications

A notification is an advisory notice of an action that has been completed or an upcoming event related to a non-SACWIS user, such as notifying family members of an upcoming family team conference. Notifications appear as a message in your email account.

---

**This chapter explains:**

- How to view my ticklers
- How to create an ad hoc tickler
- How to update the status of an ad hoc tickler
- How to view a broadcast message
- How to view a protective service alert

## How to view my ticklers

Ticklers associated with your work items appear on the **Desktop** tab of the Home screen, which the system displays when you first log in. The ticklers associated with a particular case or provider record appear on the Case Overview or Provider Overview screen. You can manage all ticklers, including ad hoc ticklers, from the Home screen. The color of the tickler link indicates its urgency, based on escalation dates:

■ **Red (three) feathers**. Today's date is past the due date.

■ **Gold (two) feathers**. Today's date is past the first escalation date, but before the due date.

■ **Green (one) feather**. Today's date is before the first escalation date.

Ad hoc ticklers are not escalated if you do not close them before their due dates. They must be monitored and closed manually.

1. Click the **Home** tab or the **home** header link. The **Desktop** tab of the Home screen appears.

2. Click the **view all ticklers** link in the upper-right corner of the screen. The Ticklers screen appears. It lists the ticklers by category of work item.

3. Click on the link or the plus sign to list the ticklers within a category. A listing of all the ticklers in that category appears, including any ad hoc ticklers.

4. Click the tickler link to view the record that triggered the tickler.



**Click the links below to display ticklers for each category.**

**Click a specific tickler to view further details. A red tickler with three feathers indicates an overdue item.**

**A green tickler with one feather indicates a coming due item.**

**Click here to create an ad hoc tickler.**

**Click here to view a report of your ticklers, or all ticklers for a specific worker.**

# How to create an ad hoc tickler

The system generates most ticklers when certain actions are required on work items. An ad hoc tickler is one you create yourself and send to another worker or to yourself. It may or may not be associated with a particular work item. When the action is completed, you or the other worker update the status manually and enter a completion date. Unlike a system-generated tickler, an ad hoc tickler is not escalated if it is not disposed before the due date.

1. Click the **Home** tab or the **home** header link. The Desktop screen appears.

2. Click the **view all ticklers** link in the upper-right corner of the screen. The Ticklers screen appears.

3. Click **Add Ad-Hoc Tickler**. The Ad-Hoc Tickler screen appears.

4. Complete the fields on this screen. You must complete at least the **Display Date**, **Due Date**, **Status**, and **Message** fields.

5. Click **Save**. You are returned to the Ticklers screen.

6. Click **Close**. You are returned to the Desktop screen.

Enter the date
the work item is
due here.

Enter the date when the
tickler is to be displayed.

Select the status of the
ad-hoc tickler as open,
closed, or completed.

Enter text for the ad-hoc
tickler here.



# How to update the status of an ad hoc tickler

Unlike system-generated ticklers, the system does not monitor the progress of an ad hoc tickler or escalate the tickler if it is not disposed before the due date. You must record the progress or completion of an ad hoc tickler.

1. Click the **Home** tab or the **home** header link.

2. Click the **view all ticklers** link at the upper-right corner of the screen. The Ticklers screen appears.

3. Click the **Ad-Hoc** link. A listing of all your ad hoc ticklers appears.

4. Click the **edit** link next to the tickler you want to close or update. The Ad-Hoc Tickler screen appears.

5. Enter a new status in the **Status** field and a date in the **Completion Date** field if the action was completed.

6. Click **Save**. You are returned to the Ticklers screen.

7. Click **Close**. You are returned to the Desktop screen.

**Enter a completion date if the tickler is closed.**

**Select the status of the ad hoc tickler as open, closed, or completed.**



# How to view a broadcast message

A broadcast message conveys critical information that needs immediate attention. Messages, which are created by state or County system administrators, appear in the Message Board area on the Home screen during a specified time period.

1.  Click the **Home** tab or the **home** header link.

2.  Scroll to the bottom of the page.

3.  Click the **Message Board** link if it is not already open. The screen displays the following:

    • Broadcast messages
    • Agency messages
    • State messages

Click here to list all broadcast messages from state and county system administrators.



# How to view a protective service alert

A protective service alert (PSA) is issued when an agency is unable to locate a family or child who is the subject of a CA/N assessment or investigation or who requires protective services. The state's PSA administrator is responsible for entering and maintaining all PSAs. However, any worker can view a PSA.

1. From the Home screen, click the **Administration** tab. The On-Call Employee Search Criteria screen appears.

2. Click the **Utilities** tab. The Merge Person screen appears.

3. Click the **Maintain PSA** link in the menu on the left. The PSA screen appears.

4. Click the **view** or **edit** link next to a PSA record. The Participants screen appears.

5. Click the **Details** tab. The PSA Information screen appears.

6. Click the **Actions** tab. The Actions Taken by Agency screen appears.

7. Click the **Out-of-State** tab. The Outgoing Information screen appears. Click **Incoming** and **Outgoing** links for further details.

8. Click the **Outcome** tab. The Outcomes screen appears.

9. Click the **Extension** tab. The Expiration Extension screen appears.

10. Click **Cancel** to return to the PSA screen.

**Click the Participants, Details, Actions, Out-of-State, Outcome, and Extension tabs to view details of a PSA.**

**Click here to display the On-Call Employee Search screen.**

**Click here to display the Merge Person screen.**

**Click here to display the PSA screen.**



4-1

# *Chapter 4*
# *Person Management*

## Chapter contents

*Person Management,  4-2*

How to search for and view a person profile,  4-3
How to record a basic person profile,  4-4
How to record an education profile,  4-5
How to record a medical profile,  4-6
How to record a financial profile,  4-7

UG 1.6

# Person Management

A "person profile" is used to manage information about people in the system — whether they are participants, workers, or providers.

A person profile identifies a person to Ohio SACWIS by capturing basic demographic and other information. You can record multiple names, addresses, and phone numbers for each person involved in a case or associated with a case. You can also record additional information such as background information, reference numbers, adoption history, paternity, education, and medical information.

If a person is involved with Ohio SACWIS at multiple times for different reasons, the system is able to track the person's roles without duplicating person information. To maintain accurate person information, the system requires you to conduct a search before you establish a new record.

Only workers assigned to the case or provider with which the person is associated are able to update profile information.

## Person roles

A person can perform many roles within the system. Ohio SACWIS defines the following person roles:

- Intake or case participant: client, child, family member, and so on
- Employee: agency staff, including caseworker, support staff, and so on
- Provider: foster parent, adoptive parent, household member, caregiver, and so on
- Other involved person: attorney, guardian ad litem, Court-Appointed Special Advocate (CASA), and so on

## Person profiles

Ohio SACWIS defines the following types of person profiles:

- **Basic person profile**. This includes an individual's name, address, identifying information, demographics, marital information, reference ID's, paternity information, criminal history, personal characteristics, and hazardous behavior.

- **Education profile**. This includes a history of school districts and schools a child attended, as well as a child's academic performance and school attendance by grade level. It may also contain special education needs, including the existence of Multi-Factored Evaluations (MFE) and Individualized Education Plans (IEP). Additionally, you may view and record graduation and school activity information.

- **Medical profile**. This includes information about a child's health care providers, medications, immunizations, medical history, treatments, health insurance, and birth or pregnancy information.

- **Financial profile**. This includes income, expense, resource, and employment and health insurance information for a person who is a member of a case.

- **Other profile information**. You can also view and record SACWIS work history, legal and delinquency information, and military history.

**This chapter explains:**

- How to search for and view a person profile
- How to record a basic person profile
- How to record an education profile
- How to record a medical profile
- How to record a financial profile

# How to search for and view a person profile

The system requires you to search the Ohio SACWIS database before you record a new person, to make sure that a record does not already exist. When you initiate a search for a person profile, the system searches the entire Ohio SACWIS database, statewide, for the person name and other demographic information you use as your search criteria.

1. Click the universal **search** link at the top of the screen. The Person Search screen appears. This screen allows you to define the criteria on which you want the system to search.

2. Enter the criteria you want to use in your search. The most efficient way to locate a person profile is to enter the person ID. If you do not have this number, you must enter at least part of the person's name and any other criteria you want to use. Click **Advanced Search Criteria** if you want to use the social security number, reference numbers, or address as part of your search criteria.

3. In the **Sort Results By** field, select the method by which you want the system to display the search results.

4. Click **Search**. The person records that meet your search criteria appear in the search results.

5. Click the **edit** link to the left of the person's name. If you cannot find the person, click **Add Person** to create a new person profile.The Basic Person Information screen is displayed. Click the **Education**, **Medical**, **Employment**, **Military**, **Legal**, **Delinquency**, and **SACWIS History** links to view further information.

**Click here to search for a person profile.**

**Enter the search criteria here. You must enter at least part of the person's name and any other criteria you want to use to narrow your search.**

**Click here if you wish to use social security number, reference numbers, or address as part of your search criteria.**

**Select the method by which you want to display the search results.**

**Click here to initiate the search.**

**The results of your search appear here. Click a link to display a person profile.**



# How to record a basic person profile

When you create a new person profile, the system displays a screen with a number of tabs. The first is the Basic tab, on which you enter the person's name, AKA names, ID numbers, birth information, and so on.

1.  In the **Basic** tab of the Person Profile screen, enter the person's first name in the **First Name** field and last name in the **Last Name** field. You must enter at least these two fields to create a new person profile in the system. Do not enter a nickname, maiden name, or other AKA name in these fields.

    For information about how to access the Person Profile screen, see page 4-3.

2.  Complete as much information as you can in the remaining fields, including the person's social security number, birth date, and driver's license number.

3.  If the person has an AKA name (nickname, maiden name, and so on), click **Add AKA**, record the AKA name, and click **Save**. SACWIS returns you to the **Basic** tab.

4.  Record information in the **Demographics**, **Address**, **Additional**, **Background**, **Characteristics**, and **Safety Hazard** tabs. Within each tab, complete the required fields and click **Save**.

5.  In addition, click the links at the top of the screen to record additional information, including **Education**, **Medical**, **Employment**, **Military**, **Legal**, and **Delinquency**, if these apply to the person.



Enter the person's demographic and marital information.

Enter the person's address.

Enter reference IDs, paternity information, and other details.

If the person has a criminal record, enter it here.

Enter other personal characteristics.

If the person presents a safety hazard, identify the traits.

Click here to display the Basic tab of the person profile.

Enter the person's name and identifying information.

Select a check box item if it applies. You may select more than one.

Click edit to change the AKA name. Click delete to remove it.

Click here to add a new AKA name.

# How to record an education profile

An education profile details the schools a child has attended, his or her performance in school, and any special education needs.

Education information is captured for all children placed in a substitute care setting and in the legal custody of the PCSA. As an option, it may also be recorded for non-custody children. Portions of the educational information are used to generate the ODJFS 1443 Education and Health Information Report. This information is designated by a symbol located next to the field.

1.  From the Person Profile screen, click the **Education** link at the top of the screen. SACWIS displays the **School Profile** tab of the Education Profile screen.

For information about how to access the Person Profile screen, see "How to search for and view a person profile."

2.  To record a school attended, click **Add School** or click the **edit** link next to an existing school record. The School Details screen appears.

3.  Complete as much information as you can in the remaining fields. You must complete at least the following fields to save the record: **School District**, **School Name**, **Category**, **Type**, **Start Date**, **Beginning Grade**.

4.  Record information in the **Performance** and **Special Education** tabs. Within each tab, complete the required fields and click **Save**.



**Click here to display the School Profile tab of the education profile.**

**Enter information about a child's academic performance, suspension, or truancy from school.**

**Enter information about a child's special education, including MFE and IEP details.**

**Click edit to change school history details. Click delete to remove a school history record.**

**Click here to add a new school.**

# How to record a medical profile

A medical profile includes information about a child's health care. The profile captures information on providers, treatment, medications, immunizations, health insurance, and birth or pregnancy.

1.  From the Person Profile screen, click the **Medical** link at the top of the screen. Ohio SACWIS displays the **Provider** tab of the Medical Profile screen.

    For information about how to access the Person Profile screen, see "How to search for and view a person profile."

2.  To record a provider, click **Add Provider** or click the **edit** link next to an existing provider's name. Enter the new or updated information into the Health Care Provider

Information screen and click **Save**.

3.  Record information in other tabs, including **Treatment**, **Medication**, **Immunization**, **Health Insurance**, **Birth**, and **Pregnancy** tabs. Within each tab, complete the required fields and click **Save**.



Click here to display the Provider tab of the medical profile.

Enter childhood illness and treatment history.

Enter medication information.

Enter immunization history, including dates and types.

Enter details of health insurance providers.

Enter birth location and details of delivery and birth.

Enter details of pregnancy.

Click edit to change provider history details. Click delete to remove provider history details.

Click here to add a new provider.

# How to record a financial profile

A financial profile includes the income, expense, resource, and employment information of a person who is a member of a case. Ohio SACWIS uses this information to determine IV-E eligibility.

1. From the Person Profile screen, click the **Employment** link at the top of the screen. SACWIS displays the **Employment** tab of the Financial Profile screen.

   For information about how to access the Person Profile screen, see "How to search for and view a person profile."

2. To record an employer or other employment information, click **Add Employment** or click the **edit** link next to an existing record. Enter the new or updated information into the Employment Record screen and click **Save**.

3. To record a health insurance provider, click **Add Insurance Provider** or click the **edit** link next to an existing provider's name. Enter the new or updated information into the Primary Insurance Provider Details screen and click **Save**.

4. Record information in the **Income**, **Expenses** and **Resources** tabs. Within each tab, complete required fields and click **Save**.

**Enter employment history and primary health insurance providers here.**

**Enter income history and details here.**

**Enter expense history and details here.**

**Enter resources and asset information here.**

**Click edit to change employment details.**

**Click this button to add a new employer.**

**Click edit to change provider history details.**

**Click here to add a new insurance provider.**



Person Management

# Chapter 5
# *Intake*

## Chapter contents

*Intake,*  5-2

How to record an intake,  5-3
How to record a screening decision,  5-4
How to link an intake to a case record,  5-5
How to create a new case,  5-6
How to delete an intake,  5-7

# Intake

Intake is the process by which an agency receives and records information about children and families. It is the point of entry for persons in the Ohio SACWIS system. An intake reflects the initial referral made on behalf of a child or family, whether the referral concerns child abuse/neglect, family in need of services, or dependency.

Intakes may be in the form of telephone calls, faxes, letters, face-to-face visits, email, or any other electronic method to a PCSA. In Ohio SACWIS, the Intake area lets you enter information about the reporter (referent), the child(ren) involved, other participants, third-party involvement, out-of-home details, and so on. It is also the area where the screening decision is recorded.

Intakes fall into one of four main categories:

- Child abuse/neglect (CA/N)
- Information and/or Referral (I and/or R)
- Dependency
- Family in need of services (FINS)

## About screening

The screening function is the first point at which a judgment must be made about a child's safety. The screener gathers sufficient information about the referred family to assess the credibility of the allegation, to locate the family and child(ren), and to identify children who my be in danger. When the screener has collected the information, he or she indicates that the intake record is "complete."

At that point, the intake record is sent to a screening decision maker (SDM). When an intake is screened in, the SDM links it to a new or existing case record. If a new case is created from the intake, the SDM also assigns it to the appropriate assessment, investigation, or ongoing caseworker.

## About intake status

An intake is assigned a status, according to the actions taken on the intake. This status appears on the Intake Workload screen, as well as in the header of the intake screens.

When a new intake is saved, it's in "Pending" status.

When the screener has selected the **Intake Completed by Screener** check box on the Basic Information intake screen, the intake is "Complete." This does not mean final approval is complete. This simply indicates the screener is finished entering the reported information.

When the screening decision maker has reviewed the intake and recorded a decision, the status is either "Screened In" or "Screened Out."

If the screening decision maker chooses to return the intake to the worker who created it for further work, it's in "Returned" status.

**This chapter explains:**

- How to record an intake
- How to record a screening decision
- How to link an intake to a case record
- How to create a new case
- How to delete an intake

# How to record an intake

When you, as the screener, receive an intake, you collect as much information as possible so that the safety of the child(ren) can be determined. You must record enough information for a screening decision maker to determine whether the agency should become involved. The information you collect may also be used for management reporting purposes.

1. From the Home screen, click **Intake**. The Intake Workload screen appears.

2. Scroll to the end of the workload, then click **Add Intake**. The Basic Information screen appears.

3. Record basic intake information. The system automatically fills in some fields. Complete the required fields and click **Apply**. Note that the value you select in **Intake Category**

(CA/N, Dependency, FINS, I and/or R) further defines those values available in **Intake Type**.

4. Record information in other tabs, including **Reporter**, **Participants**, **Additional** intake details, intake **Allegations**, and Out-of-home care (OHC) information, as applicable. Within each tab, complete the required fields and click **Apply**.

5. When you have finished entering all information for this intake, click the **Basic** tab.

6. Select the **Intake Completed by Screener** check box, at the bottom of the screen.

7. Click **Save**. The intake status of this record is now "Complete." At this point, only the screening decision maker may edit the intake record and record a screening decision.



Enter details about the person who contacted the agency.

Enter information describing participants and their roles.

Enter third-party or law enforcement involvement.

Enter allegations for law enforcement as part of a CA/N. intake.

Enter out-of-home care information.

Click here to specify this intake as a CA/N, Dependency, FINS, or I and/or R.

Click an Intake Category to display the Intake Types available. Select the type of intake, then click Add>>. You can select more than one intake type.

Enter narrative text here describing what the reporter is telling you.

Click here to indicate when the intake is complete.

# How to record a screening decision

When the screener completes an intake, it appears in the intake workload of the screening decision maker. As the screening decision maker, you have three options to choose from when making the screening decision: screened in, screened out, and I and/or R.

1. From the Home screen, click Intake. The Intake Workload screen appears.

2. Identify the intake record from the listing. The status will be "Complete."

3. Click the decision link for that record. The Decision Details screen of the intake record appears.

4. Click Yes or No next to Is This an Emergency?

5. Select a screening decision, then complete the remaining fields on the screen. If you are screening out an intake, be sure to complete the Reason and Comments fields.

6. If the intake requires the screener to do additional work, click Return to Screener.

7. In the Comments field, enter the reason for returning the intake.

8. Click Save. The Basic Information screen appears.

9. If you are returning the intake, the intake appears in the screener's Intake Workload with a remarks link.

**This tab is automatically selected for you to display the Decision screen for the intake record.**

**Select Yes or No here. If you select Yes, the system sets the response time for initiation to 1 hour. If you select No, it sets the response time to 24 hours.**

**Enter screening decision here.**

**If you are screening out an intake or returning the intake to a screener, be sure to enter a reason here.**

**Click here if an intake requires additional work.**

| Basic | Reporter | Participants |
|---|---|---|

Screener Name:        15305                                          Date & Time Created:    01/23/06 06:12 PM
Intake ID:              17143
Intake Category:        Information and/or Referral                  Intake Status:          Complete

Decision Details
Is this an Emergency?

Screening Decision:
Response Time for Initiation:                                        County Priority:
Reason:
Date & Time of Screening Decision:    02/12/2006    12:56    PM
Comments:

Supervisor Name:        Smith, Tim                    02/12/2006 12:56 PM

Return to Screener

# How to link an intake to a case record

After recording the screening decision, you, as the screening decision maker, link the intake to a case record. You can link it to an existing case or create a new case record to which the intake is linked. When you create a new case, you also assign it to a worker.

If a screened-in intake is linked to a closed case, the case is reopened. Otherwise, there is no change to the status of a case to which an intake is linked.

1. From the Home screen, click **Intake**. The Intake Workload screen appears.

2. Identify the intake record from the listing.

3. Click **link** to the left of the Intake ID column. The Link Case screen appears. This link appears for intakes for which the status is "Screened In" or "Screened Out." It will also appear for I and/or R intakes when at least one participant was recorded.

4. Click the plus sign to the left of the Case ID column and review the list of associated cases for intake participants.

5. Click **link** next to the ID of the case to which you want to link this intake. A message confirms that the intake has been linked to the selected case.



Click here to select the case to which you want to link this intake.

Click here to display the Link Case screen.

Click here to view details of the case to which you want to link this intake.

# How to create a new case

If you are linking an intake to a new case, you must first create a new case record.

1. From the Home screen, click **Intake**. The Intake Workload screen appears.

2. Identify the intake record from the listing.

3. Click the **link** link to the left of the Intake ID column to display the Link Case screen.

4. Click **Create Case**. The Create Case screen appears. This screen lists participants in the intake. As a default, each person is selected as a participant in the new case.

5. For each participant in the intake who will not be a participant in the case, clear the check box in the Select column.

6. Select the case reference person (CRP) in the **Case Reference Person** field. A case may have only one CRP.

7. Click **Save**. The system creates a new case ID and links the intake to that case. The Work Assignments screen appears.

8. Select the worker to whom you want to assign the new case.



Click a check box item to clear it if the person is not a participant in the intake.

Select only one CRP here.

Click Save to save this information to the database and create a new case ID.

# How to delete an intake

You can delete an intake record that was created in error, as long as the status is "Pending."

1. From the Home screen, click **Intake**. The Intake Workload screen appears.

2. Locate the intake to be deleted.

3. Click the **edit** link to view the details of the intake and verify that this is the record you want to delete.

4. Click **Cancel** to return to the Intake Workload screen.

5. Click the **delete** link in the far-right column. The system displays a dialog box asking you to confirm the action.

6. Click **OK**. The intake is removed.

**Click here to delete this intake.**



# Chapter 6
# *Assessment*

## Chapter contents

*Assessment,  6-2*

How to view a safety assessment,  6-3
How to record a safety assessment,  6-4
How to record safety factors in a safety assessment,  6-5
How to record safety considerations in a safety assessment,  6-6
How to record a response to a safety assessment,  6-7
How to view a family assessment,  6-8
How to record a family assessment,  6-9
How to link an intake to a family assessment,  6-10
How to record a risk assessment,  6-11
How to record a case analysis,  6-12
How to record a specialized assessment/investigation,  6-13
How to record case services,  6-14
How to record justification/waiver,  6-15

# Assessment

When an intake is screened in and assigned, all assessment activities are documented in Ohio SACWIS. The specific tools you use in the system depend upon the type of intake or case.

## Types of tools

Ohio SACWIS includes several tools for assessing or investigating a situation. The type of tool you use depends on the specific details of the case. They include:

- **Safety assessment**. This tool is completed in response to a child abuse and/or neglect (CA/N) report, a dependency report, a family in need of services report (optionally), or any other instances throughout the life of a case when safety needs should be assessed.

- **Safety plan**. This tool is required when the protective capacities of the family cannot control currently active safety threats, and safety interventions must be implemented. A safety plan can be implemented at any time during the life of a case. The safety plan identifies specific activities to be conducted to secure the safety of the child(ren), identify the person(s) responsible for each activity, outline how the activities will control the identified safety threats, and explain how the plan will be monitored. A safety plan is a voluntary agreement between the participants and the agency. However, if the safety plan is not followed, legal action may follow.

- **Family assessment**. This tool is used to assess risk and identify the strengths and needs present in the family in order to determine what level of service the family needs. Details of a family assessment include the review of safety issues, child harm, strengths and needs assessment, family perception, risk assessment, and service planning. The family assessment is completed for all intakes within the CA/N category and is optional for other intake categories.

A family assessment is completed within 30 days of the receipt of the intake report and before the case plan on all cases transferred for ongoing case services.

- **Specialized assessment/investigation (A/I)**. This tool allows you to capture the investigative requirements when the alleged perpetrator has access to the alleged child victim through his or her affiliation or employment with an institution and is responsible for the care, physical custody, or control of the child.

- **Ongoing case assessment/investigation (A/I)**. This tool helps you assess or re-assess risk, describe child harm, and document investigative activities when the agency receives a report of child abuse and/or neglect.

- **Safety reassessment**. This tool is used when a child is in immediate danger of serious harm, and safety planning must be implemented. It may be completed at any time such an assessment is needed. As an alternative, you may use the safety assessment tool.

**This chapter explains:**
- How to view a safety assessment
- How to record a safety assessment
- How to record safety factors in a safety assessment
- How to record safety considerations in a safety assessment
- How to record a response to a safety assessment
- How to view a family assessment
- How to record a family assessment
- How to link an intake to a family assessment
- How to record a risk assessment
- How to record a case analysis
- How to record a specialized assessment/investigation
- How to record case services
- How to record justification/waiver

# How to view a safety assessment

The safety assessment documents the evaluation of safety factors or signs of present danger, past history, a child's vulnerability, and a family's protective capacities. It helps the agency determine the appropriate safety response.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name or that of another worker.

4. Click the case number link. The Case Overview screen appears. This screen diplays a summary of case information.

5. Click the **Safety Assessment** link in the menu on the left. The Safety Assessment list screen appears.

6. Click the **edit** or **view** link for the assessment record you want to view. The Safety Assessment Details screen appears. It lists intake records that are linked to the safety assessment and participants in the safety assessment.

7. Click the **Safety Factors** tab. This screen lists a series of questions related to the safety of the children in the family and the worker's responses.

8. Click the **Safety Considerations** tab. This screen displays links to historical information, child vulnerability, and protective capacities.

9. Click the **Safety Response** tab. This screen displays a summary of the safety assessment and safety responses.

10. Click **Cancel** to return to the Safety Assessment list screen.



# How to record a safety assessment

The safety assessment reflects the evaluation of safety factors or signs of present danger, past history, a child's vulnerability, and the family's protective capacities. This assessment is completed for all intakes with a category of child abuse and/or neglect (CA/N), dependency, and family in need of services (FINS, "Stranger Danger" type only). It helps the agency determine the appropriate safety response.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name or that of another worker.

4. Click the case number link. The Case Overview screen appears. This screen diplays a summary of case information.

5. Click the **Safety Assessment** link in the menu on the left. The Safety Assessment list screen appears.

6. Click the **edit** link for the assessment record you want to update, or click **Add Safety Assessment** to create a new record. The Safety Assessment Details screen appears.

7. To link a safety assessment to an intake, click **Link Intake**. The Available Intakes screen appears. Complete the required fields and click **Save**.

8. To record safety assessment participants, click **Add Child** and **Add Adult**. The Available Participants screen appears. Complete the required fields and click **Save**.

9. Click the **Safety Factors**, **Safety Considerations**, and **Safety Response** tabs, enter required information, and click **Save**.

10. Click **Save** to return to the Safety Assessment Details screen.



**Click here to view, add, or update details of a safety assessment.**

**Click here to add or update details of a safety factor in an assessment.**

**Click here to add or update safety considerations in an assessment.**

**Click here to view, add, or update the conclusions drawn from a safety assessment.**

**Click here to link this safety assessment to an intake record.**

**Click here to delete an intake from this safety assessment.**

**Click here to add child case members who are participants in this safety assessment.**

**Click here to delete a child from this safety assessment.**

**Click here to add adult case members who are participants in this safety assessment.**

**Click here to delete an adult from this safety assessment.**

*Ohio SACWIS*                                                                                        *Assessment*      **6-5**
User Guide

# How to record safety factors in a safety assessment

The assessment requires you to identify the safety factors that are currently present. The evaluation of safety factors forms the core of the assessment and leads to the safety response.

1.  In the Safety Assessment Details screen, click the **Safety Factors** tab. The Safety Factors screen appears.

    (For instructions on how to access the Safety Assessment Details screen, see page 6-4.)

2.  Click the **edit** link next to the description. The Safety Factors Details screen appears.

3.  Enter a detailed response in the **Explain** field to the

circumstance described above it, whether the statement is true or not true for these participants.

4.  Select Yes or No in the **Response** field, to indicate whether the statement is true for these participants.

5.  Select the **Further Assessment Needed** check box if further evaluation is required in order to fully address this statement.

6.  Click **OK**. You are returned to the Safety Factors screen.

7.  Repeat steps 2-6 for each statement on this screen.

8.  Click **Apply** to save the information.

**Click here to add or update further details for this safety assessment.**

**Click here to add or update details of a safety factor in an assessment.**

**Click here to edit answers to a safety factor in this assessment.**



# How to record safety considerations in a safety assessment

The assessment requires you to explain whether the caretaker, or other person with access to the child, has or may have abused or neglected the child. You describe how each child's characteristics contribute to or decrease the likelihood of serious harm. You also identify the strengths and resources the family members have that can reduce, control, or prevent threats of serious harm and how these capabilities can be used to ensure child safety.

1.  In the Safety Assessment Details screen, click the **Safety Considerations** tab. The Safety Considerations Details screen appears.

(For instructions on how to access the Safety Assessment Details screen, see page 6-4.)

2.  Click the **Section 3: Historical Information** link. This link opens a list of past intake reports and a narrative field. Enter a detailed response.

3.  Click the **Section 4: Child Vulnerability** link. This link opens a list of the child participants in the assessment and their vulnerabilities. Enter a detailed response.

4.  Click the **Section 5: Protective Capacities** link. This link opens a list of the adult participants in this assessment and their strengths and resources. Enter a detailed response.

5.  Click **Apply** to save the information.



**Click here to add or update details of safety considerations in an assessment.**

**Click here to view or update a history of all intakes in which the participants of this safety assessment were involved.**

**Click here to view or update child(ren) vulnerabilities in the family and how they may contribute to harm.**

**Click here to view or update adult strengths and resources and how they may aid in protection.**

# How to record a response to a safety assessment

When you have completed your evaluations, you document the safety response for each child. The case review/Semiannual Administrative Review (SAR) record must contain certain information before it can be approved. If you validate the plan, you can be assured that all fields are completed prior to submitting it for approval. When complete, submit it to your supervisor for approval.

1. In the Safety Assessment Details screen, click the **Safety Response** tab on the safety assessment. The Section 6: Safety Response screen appears.

(For instructions on how to access the Safety Assessment Details screen, see page 6-4.)

2. Complete the fields on this screen. For each child listed, select the safety response from the drop-down list.

3. Click **Apply** to save the information.

4. Click **Validate for Approval**. The system checks that all information required for approval has been entered. It displays a dialog box listing any missing information. Click **OK** to close the dialog box and update any records.

5. Click **Process for Approval**. The system checks that all required information has been entered. If any is missing, it will list the specific topics in the validation screen. Complete that information and click **Process for Approval**. This request is sent to your supervisor's workload.

**Click here to view, add, or update the conclusions drawn from a safety assessment.**

**Click this check box if the children in the home are not at immediate risk of neglect or injury.**

**If the children are not safe, click here to select the response that applies to each child listed.**

**Click the appropriate check boxes to identify the specific safety responses.**

Case > Workload > Safety Assessment

| Safety Assessment | Safety Factors | Safety Considerations |
|---|---|---|
| Case ID: 15054 | | Safety Assessment ID: 15007 |
| Case Name: Moor, Randy | | Status: In Progress |

Section 6: Safety Response

Safety Response Details

☐ All Children in the Home are Safe

Select the appropriate safety response for each child:

| Name | | Safety Response |
|---|---|---|
| Moore, William | In Home SP ▾ | |

**Generate Safety Response**

If more than one safety response is indicated, explain to whom each safety response applies and why. If a safety response is needed, identify any children not included in placement and explain why their protection from immediate danger of serious harm is not necessary.

N/A

**Spell Check**

Safety Response

☐ Safe
☐ Mapping Default
☑ In Home SP
☐ Out Home SP
☐ Legally Out Placement
☐ Not Included in SP

# How to view a family assessment

A family assessment helps you assess risk and identify the family's strengths and needs, to determine the level of service the family needs. The family assessment must be completed if the agency intends to provide ongoing services. This assessment is completed for all intakes with a category of child abuse and/or neglect (CA/N), dependency, and family in need of services (FINS, "Stranger Danger" type only).

The assessment is optional for intakes within the family in need of services category.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name or that of another worker.

4. Click the case number link. The Case Overview screen appears. This screen diplays a summary of case information.

5. Click the **Family Assessment** link in the menu on the left. The Family Assessment list screen appears.

6. Click the **view** link for the family assessment you want to view. The Participant Information screen appears.

7. Click the **Safety Review**, **Strengths & Needs**, **Risk Assessment**, and **Case Analysis** tabs to view information on each of these screens.

8. Click **Cancel** to return to the Family Assessment list screen.



**Click here to view the safety threat present.**

**Click here to view details describing levels of functioning for child, adult, family, and historical details.**

**Click here to view the risk assessment for this family.**

**Click here to view the final case decision, including a disposition.**

Case > Workload > Family Assessment

| Participants | Safety Review | Strengths & Needs | Risk Assessment | Case Analysis |

Case ID:        8016409
Case Name:      Stone (CM)08, Wilma

Family Assessment ID:      8016243
Family Assessment Status:  Approved

Participant Information

Intake Information

| Intake ID | Decision Date / Time | Intake Category | Intake Type (s) | Safety Assessment ID | Safety Response | Agency | Case Disposition |
|---|---|---|---|---|---|---|---|
| 8017693 | 01/03/2005 02:00 pm | CA/N Report | Physical Abuse | 8016449 | Out Home SP | Franklin County Children Services Board | Substantiated |

Children in the Family

| Name | Role | DOB | Age | Gender |
|---|---|---|---|---|
| Slate (CM)08, Rockette | Alleged Child Victim (ACV) | 01/22/1999 | 8 | Female |
| Stone (CM)08, Sandy | Other involved child (OIC) | 02/22/2002 | 4 | Female |
| Stone (CM)08, Barney | Other involved child (OIC) | 05/12/2003 | 3 | Male |

Adults in the Family

| Caregiver | Name | Role | Relationship to Child | DOB | Age | Gender |
|---|---|---|---|---|---|---|
| | Stone (CM)08, Fred | Alleged Perpetrator (AP) | relationship | 09/25/1981 | 25 | Male |
| | Stone (CM)08, Wilma | Parent | relationship | 09/30/1983 | 23 | Female |

# How to record a family assessment

A family assessment helps you assess risk and identify the family's strengths and needs, to determine the level of service the family needs. The family assessment must be completed if the agency intends to provide ongoing services. This assessment is completed for all intakes with a category of child abuse and/or neglect (CA/N), dependency, and family in need of services (FINS, "Stranger Danger" type only).

1. From the Home screen, click the **Case** tab.
2. Click the **Workload** tab. The Case Workload screen appears.
3. Click on your name or that of another worker.
4. Click the case number link. The Case Overview screen appears.
5. Click the **Family Assessment** link in the menu on the left.

The Family Assessment list screen appears.

6. Click the **edit** link for an assessment you want to update, or click **Add Family Assessment** to add a new record. The Participant Information screen appears.
7. To link a family assessment to an intake, click **Link Intake**. The Available Intakes screen appears. Complete the required fields and click **Save**.
8. To record family assessment participants, click **Add Child** and **Add Adult**. The Available Participants screen appears. Complete the required fields and click **Save**.
9. Click the **Safety Review**, **Strengths & Needs**, **Risk Assessment**, and **Case Analysis** tabs, enter required information, and click **Save**.
10. Click **Save** to return to the Family Assessment list screen.



Click here to view the safety threat present.

Click here to view details describing levels of functioning for child, adult, family, and historical details.

Click here to view the risk assess-ment for this family.

Click here to view the final case decision, including a disposition.

Click here to link this intake to a family assessment.

Click here to add child participants in this family assessment.

Click here to change the role of a child participant.

Click here to add adult participants to this family assessment.

Click here to change the role of an adult participant.

# How to link an intake to a family assessment

The family assessment evaluates the family in response to a CA/N report. This intake report, and any other relevant intakes, must be linked to the family assessment.

1. From the Participant Information screen, click **Link Intake**. The Available Intakes screen appears.

   (For instructions on how to access the Participant Information screen, see page 6-9.)

2. Select the check box next to the intake record(s) you want to link to this family assessment.

3. Click **Save**. You are returned to the Participant Information screen. The intake you just selected appears in the Intake Information area.



Select the check box(es) to link the intake record(s) to this family assessment.

# How to record a risk assessment

The family assessment includes a risk assessment if this is a CA/N report. It classifies families based on similar characteristics with a family who have or have not repeatedly maltreated their children. It differentiates cases with intensive, high, moderate, or low classification categories.

1. From the Participant Information screen, click the **Risk Assessment** tab. The Risk Scores screen appears.

   (For instructions on how to access the Participant Information screen, see page 6-9.)

2. Select the radio button next to the answer for each item listed on the Risk Scores screen.

3. Click **Calculate Scores**. The system determines a risk score

based on your selections.

4. Click the **Policy Override** link. The Policy Override screen appears. If you are overriding the actual risk level, select Yes in the **Apply Policy Override** field. If not, select No.

5. Select the check box next to the reason for the override. The system displays the level at which you can override an actual risk score.

6. Explain the reason for the override and click **Apply**.

Click here to display the risk assessment scores.

Click here to apply a policy override to the calculated results.

Click here to display the Risk Scores screen.

Select Yes if you are overriding the calculated risk assessment results, and then complete the rest of the screen. If you select Yes, the system indicates the final risk level is "Intensive."

Select the check box(es) that describe the reason why this assessment level should be "Intensive." You must select at least one check box before this family assessment may be approved.



# How to record a case analysis

Once you have completed the family assessment, you determine whether the alleged child abuse or neglect was substantiated, indicated, or unsubstantiated. You explain your determination on the case analysis.

1. From the Participant Information screen, click the **Case Analysis** tab. The Case Decision screen appears. The system generates the **Preliminary Matrix-Indicated Case Decision** based on the most severe case disposition and the final risk level.

   (For instructions on how to access the Participant Information screen, see page 6-9.)

2. To override the system-calculated disposition, complete the fields in the Discretionary Override Information area.

3. In the narrative field in the **Final Case Decision** area, explain your determination, then select a decision in the Final Case Decision field and click **Apply**.

4. Click the **Service Planning** link. The Service Planning screen appears. Select the check box next to the item that describes this family's level of need. Click the plus sign next to the check box you selected, then complete the additional fields that appear.

5. If necessary, **link a service record** to this family assessment, and then click **OK** and **Apply** to return to the originating screen.



Click here to display the Case Decision screen.

Click here to link the services that are associated

Click here to record the final case decision.

Click here to record the case disposition.

Select Yes or No here to answer this question. If you select Yes, complete the following two fields.

Select the reason for the override here.

Enter a detailed explanation for the override here.

Enter an explanation of the final case decision here.

# How to record a specialized assessment/investigation

A specialized assessment/investigation (A/I) is completed when the alleged perpetrator has access to the alleged child victim through his or her affiliation or employment with the child's out-of-home care provider.

1. From the Home screen, click the **Case** tab.
2. Click the **Workload** tab. The Case Workload screen appears.
3. Click on your name or that of another worker.
4. Click the case number link. The Case Overview screen appears.
5. Click the **Specialized A/I Tool** link in the menu on the left. The Specialized A/I Tool list screen appears.

6. Click the edit link to open an existing A/I or click **Add Specialized A/I** to create a new A/I record.
7. From the Participant Information screen, click **Link Intake**, select the intake(s) associated with this A/I, and click **OK**. You are returned to the Participant Information screen.
8. Click **Add Child** and **Add Adult**, select the case members who are participants in this A/I, and click **Save**. You are returned to the Participant Information screen.
9. Click the **Notifications**, **Assessment of Safety**, and **Findings and Summary** tabs and complete the fields on these screens. Click **Apply** to save the information.
10. From the **Findings and Summary** tab, click **Validate for Approval** to check for completeness
11. Click **Submit for Approval** when the A/I is complete.



# How to record case services

You record case services when you identify the family's needs during the life of a case. A case service record is associated with each concern record identified on the case plan.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name or that of another worker.

4. Click the case number link. The Case Overview screen appears.

5. Click the **Case Services** link in the menu on the left. The Case Services list screen appears.

6. Click the **edit** link next to the case member name to update

the details of a service record, or select a name in the **Case Service Member** field and click **Add Case Services** to create a new case services record. The Service Information screen appears.

7. Complete at least the required fields: **Effective Date**, **Service Category**, **Service Type**, and **Status**. If the service is planned or provided, complete the dates fields.

8. Click **Add Service Group**, complete the Service Group History Details screen, and click **OK**.

9. Click **Link Provider**, then search for and select a provider. This link initiates the payment of services, identified as "paid" services, for which payment has been authorized. Only one provider can be linked to a case service record.

10. Click **Save** to return to the Case Services list screen.

**Click here to record details of a service record.**

**Click here to see a list of review dates and recommendations.**



**Enter these required fields.**

**Click here to add a group providing services for this case.**

**Click here to link the service record with a particular provider.**

# How to record justification/waiver

An assessment must be completed within 30 days of the receipt of an intake report. You may determine that a piece of the assessment cannot be completed within this time. In this case, you may request, with a justification, a 15-day extension. The agency director and/or designee must approve the extension. Justifications apply only to intakes of category CA/N and Family in Need of Services ("Stranger Danger" type).

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name or that of another worker.

4. Click the case number link. The Case Overview screen appears.

5. Click the **Justification/Waiver** link in the menu on the left. The Maintain Justification Request(s) list screen appears.

6. Click the **edit** link for a justification request to update the record, or click **Add Justification Request** to create a new request. The Justification Request Details screen appears.

7. Click the radio button next to the intake to which this request applies.

8. Click **Associate Justification**. The Justification Type Details screen appears. Complete the **Justification Type** field.

9. Select the check box next t o the participant(s) to whom the activity applies. If you wan to include participants from other associated intakes, click **Add Participant**.

10. Click **OK**, then complete the **Reason for Justification** field. Click **Process Approval**, then click **Save**.



**Click here to select the intake to which this justification applies.**

**Click here to identify the type of justification you are requesting and to identify the intake participants to whom the activity applies.**

**Enter an expanation of the need for this waiver here.**

**Click here to submit the justification waiver for approval.**

# Chapter 7
# Case Management

## Chapter contents

*Case Management,  7-2*

How to view a case record,  7-3
How to record a case profile,  7-4
How to view the case activity log,  7-5
How to record case activity details,  7-6
How to view supervisor case conference notes,  7-7
How to record a case plan,  7-8
How to view service information,  7-9
How to record case services,  7-10
How to record a child's removal from home,  7-12
How to record a placement request,  7-13
How to record placement information,  7-14
How to record an end to a placement,  7-15
How to record a case review/SAR,  7-16
How to record an independent living plan,  7-17
How to record a visitation plan,  7-18
How to record a reunification assessment,  7-19
How to close a case,  7-20

UG 1.6

# Case Management

Case management in Ohio SACWIS consists of all work related to a SACWIS family as defined by participation in a family case. A family case is a record comprised of members for the purpose of providing, recording, and supervising services. A case is created at the end of the intake process. The screening decision maker screens in the intake, then either links the intake to an existing case record or creates a new case to which the intake is linked. The screening decision maker also assigns the case to a caseworker. The caseworker sees the new case in his or her workload.

When you open a new family case record, the system displays the Case Overview screen. This screen displays a summary of information about a case. The links in the menu on the left allow you to view or add other kinds of records associated with the case, for example, assessments, court activities, case services, case plans, placements, and so on.

## Working with case plans

The case plan in Ohio SACWIS is the tool used for addressing the overall needs of the family or case participants. Case plans can be ordered by the court or initiated by the responsible agency without court involvement.

Workers are responsible for identifying strengths and concerns and developing the case plan to provide the appropriate services that benefit the family or individual child. You can complete one of three types of case plans:

- **Initial Case Plan**. The first case plan documented for the family within a case episode (open date to close date).
- **Amended Case Plan**. Completed when there is an existing case plan during the current case episode, and a change is required to services, placements, visitation, or so on.
- **Proposed Case Plan**. Completed and filed with the court when the agency files for permanent custody.

A **case episode** is opened on one date and closed on another date. A case can be re-opened and closed several times.

## Performing a case review

In Ohio SACWIS, the case review and semi-annual administrative review (SAR) are combined into one set of screens, which are completed at some point after the case plan record is in place.

A **case review** allows you to re-examine the safety, risk and describe the impact of services on the family. Like the case review, the **SAR** allows you to evaluate how services provided to families have affected the safety, risk, and the well-being of the children in the case plan. A case review is associated with a case plan.

**This chapter explains:**

- How to view a case record
- How to record a case profile
- How to view the case activity log
- How to record case activity details
- How to view supervisor case conference notes
- How to record a case plan
- How to view service information
- How to record case services
- How to record a child's removal from home
- How to record a placement request
- How to record placement information
- How to record an end to a placement
- How to record a case review/SAR
- How to record an independent living plan
- How to record a visitation plan
- How to record a reunification assessment
- How to close a case

# How to view a case record

You can open a case record from your case workload screen if you are assigned to a case. Or you can use the universal search tool, which is available from anywhere in the application (see page 2-5).

Open a case record assigned to you as follows:

1.  From the Home screen, click the **Case** tab.

2.  Click the **Workload** tab. The Case Workload screen appears.

3.  Click on your name or that of another worker.

4.  Click the case number link. The Case Overview screen appears. This screen diplays a summary of case information.

5.  To view the case profile, click the **View Case Information** link

in the Case Actions group box. The Case Details screen appears. It displays caseworker assignments and histories, as well as any reference IDs used on this case.

6.  Click on the **Members, Relationships,** and **Associated Persons** tabs to view information about the people involved in the case.

7.  Click **Cancel** to return to the Case Overview screen.

8.  Click the links in the menu on the left to view or update other records associated with this case.

9.  Click **Case Overview** in the menu on the left at any time to return to the Case Overview screen.

**Identifying information about the case appears in the header.**



**Click here to the case profile.**

**Click here to view a listing of the intakes that are linked to this case.**

**Click these links to view a variety of records related to this case.**

UG 1.6

# How to record a case profile

To complete the "case profile," you add more details to the case record. This profile includes workers on the case, case reference IDs, case members and their relationships, and so on. A history of case activity is also reflected in the case profile screens.

1.  In the **Case Detail** tab of the Case Information screen, select the case participant who has primary responsibility for the child in the **Primary Caretaker** field.

    (For instructions on displaying the Case Information screen, "How to view a case record" on page 7-3.)

2.  Select the participants who have primary and secondary responsibility for the child in the **Primary** and **Secondary** Caretaker fields.

3.  To record a reference ID number, click **Add Case Reference**. The Reference Details screen appears.

4.  Complete the fields on this screen, then click **OK**. You are returned to the **Case Detail** tab.

5.  Repeat steps 3 and 4 for each case reference ID number you want to add, and click **Apply**.

6.  Record information in the **Members**, **Relationships**, and **Associated Persons** tabs, as applicable. Within each tab, complete the required fields and click **Apply**.

7.  When you have finished entering all information, click **Save**. You are returned to the Case Workload screen.

**Click here to identify both the individuals who are participants in the case and the case reference person.**

**Click here to identify the relationships among case members.**

**Click here to identify individuals who may have a connection to a case without being a case member or participant.**



**Click here to view a history of case status.**

**Click here to view a history of staff assigned to this case.**

**Click here to select primary and secondary caretakers.**

**Click here to record a reference ID number such as CRIS-E, SETS, agency ID, OWF, or other ID numbers.**

# How to view the case activity log

Casework activities are documented to ensure that the system reflects a permanent record of all services and contact with a family case. You document the provision of social services to families and children at any time during the life of a case.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name or that of another worker.

4. Click the case number link. The Case Overview screen appears.

5. Click **Activity Log** in the menu on the left. The Activity Log screen appears. The top portion of the screen allows you to define the criteria for displaying the list of activity log

items that have been recorded on this case. The items are listed in the table below.

6. Select the criteria by which you want to filter the list of activity log items.

7. Click **Filter**. The activity log items that meet your criteria appear in the table below.

8. Click the **view** link next to the activity date of the item you want to view. The Activity Details screen appears.

9. Click **Close** to return to the Activity Log screen.



Click here to display the Activity Log screen.

Enter criteria in any of these fields to reduce the number of activity log entries shown to you, and then click Filter below.

Click here to sort the results in a particular order.

Click here to filter the list of activity log items.

Click here to view details of a specific activity. Or click the edit link to update the record or the report link to print the record.

*Case Management*

# How to record case activity details

Casework activities are documented to ensure that the system reflects a permanent record of all scontacts with a family. You can update an existing case activity record in "Draft" status, or amend a "Completed" or "Attempted" activity.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name.

4. Click the case number link. The Case Overview screen appears.

5. Click **Activity Log** in the menu on the left. The Activity Log list screen appears.

6. For a new case activity record, click **Add Activity**. The Activity Details screen appears.

   For an existing record in "Draft" status, click the **edit** link. Or click the **amend** link on a record in "Completed" or "Attempted" status.

7. Complete at least the required fields on the screen. For an amendment, click **Insert Correction** and enter a narrative.

8. Click the **Associate Participants** link to identify the case members who are participants in this activity.

9. Select the check box next to each associated participant, then click **OK**. You are returned to the Activity Details screen.

10. Click **Save** (or **Close** if this is an amendment). You are returned to the Activity Log list screen.

**Enter the date on which this activity occurred here.**

**Select the type of contact made here.**

**Select the worker who performed the activity described here.**

**Select the case category here.**

**Select the activity category here.**

**Select the subcategory of activity here.**



**Click here to identify case members who are participants in this activity.**

# How to view supervisor case conference notes

A supervisor reviews a worker's assignment and management of a case and records the results of this review in the case conference notes.

1. From the Home screen, click the **Case** tab.
2. Click the **Workload** tab. The Case Workload screen appears.
3. Click on your name.
4. Click the case number link. The Case Overview screen appears.
5. Click the **Case Conference Note** link in the menu on the left. The Case Conference Notes list screen appears. The case conference notes that have been recorded for this case

appear in the list on the bottom section of the screen.

6. Click the **edit** link next to the category to view the details of a particular notes record. The Case Conference Notes Details screen appears.
7. Click **View Narrative** to view addendums. The View Narratives screen appears. It displays a history of narratives that have been added to this record as addendums.
8. Click **Close**. You are returned to the Case Conference Notes Details screen.
9. Click **Cancel**. You are returned to the Case Conference Notes list screen.



# How to record a case plan

The case plan is the tool used for addressing the overall needs of the family or case participants.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name.

4. Click the case number link. The Case Overview screen appears.

5. Click the **Case Plan** link in the menu on the left. The Case Plan list screen appears. It displays any case plans recorded on this case.

6. Click the **edit** link to update a plan in "In Progress"status,

or click **Add Case Plan** to create a new plan. The Identifying Information screen appears.

7. Select the a type in the **Case Plan Type** field.

8. Update the case plan participants: Click the **delete** link to remove a case plan participant. To add a participant, click **Add Child** or **Add Adult**, then locate and select the participant.

9. Select a permanency goal for each child, and click **Save**. The Case Plan Topics screen appears.

10. Click the links in the **Topics** column, and complete each screen as appropriate.

11. Click **Validate for Approval** to check for completeness.

12. Click **Process for Approval** when the plan is complete.

**Click here to remove case plan participants.**

**Click here to select the type of case plan.**

**Click here to add child case members who are participants in this case plan.**

**Click here to an add adult who is a participant in this case plan.**

**Select this check box if this legal status applies.**

**Select this check box if you do not have enough information to complete the case plan within the 30-day limit.**

**Click Person Search to locate and select the judge or magistrate presiding over this case.**



# How to view service information

Case services are recorded whenever the need for them has been identified during the life of a case.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name.

4. Click the case number link. The Case Overview screen appears.

5. Click the **Case Services** link in the menu on the left. The Case Services list screen appears.

6. Click the **view** or **edit** link next to the case member name to view the details of a particular service record. The Service Information screen appears.

7. Click the **Service Review** tab to see a list of review dates and recommendations. The Service/Activity Review screen appears.

8. Click the **view** or **edit** link next to the date of a review to see the narrative comments, then click **Cancel** to return to the Service/Activity Review screen.

9. Click **Cancel** to return to the Case Services list screen.

**Click here to view details of a service associated with this case.**

**Click here to view a list of service review dates and recommendations.**

**Click here to view details of a specific service review record.**



**Click here to add a service activity or review for this case.**

# How to record case services

You record case services whenever you identify the family's needs during the life of a case. A case service record must be associated with each concern (risk contributor) record identified on the case plan.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name.

4. Click the case number link. The Case Overview screen appears.

5. Click the **Case Services** link in the menu on the left. The Case Services list screen appears.

6. Click the **edit** link next to the case member name to update the details of a service record, or click **Add Case Services** to create a new case services record. The Service Information screen appears.

7. Complete at least the required fields, including **Effective Date**, **Service Category**, **Service Type**, and **Status**. If the service is planned or provided, complete the dates fields. Select the check box for each applicable caregiver service.

8. Click **Add Service Group** to add a service group if necessary.

9. Click **Link Provider** to link the service record with a provider if a particular provider will be providing this service.

10. Click **Save** to return to the Case Services list screen.

**Click here to record details of a service record.**

**Click here to see a list of service review dates and recommendations.**



**Enter these required fields.**

**Click here to identify the service group, which associates the service with a case plan goal or phase of activity.**

**Click here to link the service record with a particular provider. This link initiates the payment of services, identified as "paid" services, for which payment has been authorized. Only one provider can be linked to a case service record.**

# How to assign a service to a service group

When you record a case service, you assign a service group to the service. The service group associates the service with a phase of activity or with a case plan goal.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name.

4. Click the case number link. The Case Overview screen appears.

5. Click the **Case Services** link in the menu on the left. The Case Services list screen appears.

6. Click the **edit** link next to the case member name to update the details of a service record, or click **Add Case Services** to create a new case services record. The Service Information screen appears.

7. Click **Add Service Group**. The Service Group History Details screen appears.

8. Complete the **Service Group** and **Effective Date** fields. (Both are required.)

9. Click **OK** to return to the Service Information screen. The newly assigned group is displayed in the Service Group History list.

10. Click **Save** to return to the Case Services list screen.

**Click here to select from a list of service groups.**

**Enter the effective date here.**



**Click OK to return to the previous screen.**

UG 1.6

# How to record a child's removal from home

A placement episode begins when the child is taken into physical custody of the agency or when the child is placed under a formal agreement for temporary custody among the agency, the parents, and the placement provider.

1.  From the Home screen, click the **Case** tab.

2.  Click the **Workload** tab. The Case Workload screen appears.

3.  Click on your name.

4.  Click the case number link. The Case Overview screen appears.

5.  Click the **Initial Removal** link in the menu on the left. The Initial Removal information screen appears.

6.  Click the **edit** link next to the child's name to update removal information on a record that is in "Draft" status.

    Or select a name in the **Child's Name** field and click **Add Removal Record** to create a new record. The Removal Information screen appears.

7.  Complete all the fields on the screen (except the discharge information).

8.  Click **Apply** to save the information.

9.  Click the **Removal Circumstances** tab. The Removal Circumstances screen appears.

10. Enter a detailed answer in each narrative field.

11. Click **Save** to return to the Initial Removal list screen.

**Click here to record details of a child's removal from home.**

**Click here to record detailed narratives describing the circumstances of a child's removal.**

**Select the child's current legal status here.**

**Select the school district in which the child is a student.**

**Select those persons who take primary and secondary responsibility for the child's care here.**

**Select all reasons for removal here, then click Add>.**

**Enter discharge information only when the child's current legal status on the removal record is "Child."**

**Select the status of this removal from home.**

**Select circumstances of removal here.**

**Enter the date on which the child was removed from home.**



# How to record a placement request

You record a placement request to locate a substitute care placement for a child or a sibling group. This optional task helps ensure that children are matched with substitute caregivers who will meet their needs.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name.

4. Click the case number link. The Case Overview screen appears.

5. Click the **Placement Request** link in the menu on the left. The Placement Requests list screen appears.

6. Click the **edit** link next to the name of the child whose

placement request you want to update, or click **Add Placement Request** to create a new placement request. The Placement Request Details screen appears.

7. Complete the required fields on the screen. To record a child's leave from placement, click the **leave** link to the right of the status on the record you want to update, and click **edit** or **Add Placement Leave.**

8. To link a certain provider with this placement request, complete the **Service Type** field, then click **Link Provider**. This displays the Provider Match screen, which allows you to locate and select the provider.

9. Enter any other data in the **Additional Information** field.

10. Click **Save.** You are returned to the Placement Requests list screen.

Select the primary worker on this child's case here.

Indicate here whether efforts should be made to place this child with his or her siblings.

Select a service type here in order to match a specific provider to a placement request.

Click here to view potential provider matches for selected services.

Click here to locate and select a specific provider and link the provider with this placement request.

Enter text describing any additional information about the end of this placement.

Select the status of this placement request here.



# How to record placement information

When a child has been placed, you document initial and all subsequent placement information. This allows workers to track all placements of a child with whom the agency is actively involved.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name.

4. Click the case number link. The Case Overview screen appears.

5. Click the **Placement** link in the menu on the left. The

Placement Records list screen appears.

6. Click the **edit** link next to the name of the child whose placement record you want to update, or click **Add Placement Record** to create a new placement record. The Service Information screen appears. You can edit a placement record while it's in "Draft" status.

7. Complete at least the required fields on the screen. These include **Service Type**, **Begin Date**, **Placement Type**, and **Status** fields.

8. Click **Link Provider**. The Provider Matches screen appears.

9. Locate and select the provider with whom the child is being placed.

10. Click **Save**. You are returned to the Placement Records list screen.

**Enter the date on which the child was placed here.**

**Select the Service type needed for this placement here.**

**Select the specific type of placement here.**

**Select these check boxes to indicate all factors that apply to this placement. You can select more than one check box.**

**Click here to view the details of the selected provider.**

**Click here to locate and select the provider with whom the child is being placed.**

**Select the status of this placement here.**



*Ohio SACWIS*
User Guide

*Case Management*

**7-15**

# How to record an end to a placement

You record an end to a placement when the child has been removed from a substitute care setting and either returned home or moved to another substitute care setting. You can end a placement only when the status of the placement record is "Complete."

1.  From the Home screen, click the **Case** tab.

2.  Click the **Workload** tab. The Case Workload screen appears.

3.  Click on your name.

4.  Click the case number link. The Case Overview screen appears.

5.  Click the **Placement** link in the menu on the left. The Placement Records list screen appears.

6.  Click the **placement end** link to the right of the Status column on the placement record you want to end. The Placement Ending Details screen appears.

7.  Complete the fields on this screen, including **End Date** and **End Reason** fields. If you select **Discharge** in the **End Reason** field, you must also complete the **Discharge Reason** field.

8.  Click **Save**. If a placement leave record is open when you attempt to save the placement end information, the system asks you to confirm the action.

9.  Click **OK** to end both the leave record and placement record. You are returned to the Placement Records list screen.



UG 1.6

# How to record a case review/SAR

A case review/SAR allows you to re-examine any safety issues or risks and describes the impact of services on the family. It is also allows you to assess permanency and placement issues.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name.

4. Click the case number link. The Case Overview screen appears.

5. Click the **Case Review/SAR** link in the menu on the left. The Case Review/SAR list screen appears.

6. Click the **edit** link for the review record you want to update, or click **Add Case Review/SAR** to create a new record. The Identifying Information screen appears.

7. Record identifying information and click **Save**. The Case Review Topics screen appears.

8. Click the links in the **Topics** column, and complete each screen as appropriate. The Case Analysis is the final topic you complete.

9. Click **Validate Case Review/SAR for Approval** to check for completeness.

10. Click **Process Case Review/SAR for Approval** when the review is complete.



Click here to select the type of case review.

Click the link and select the case plan being reviewed.

# How to record an independent living plan

The PCSA provides independent living services for emancipated youth to achieve their goals for self sufficiency. You record an independent living plan for all youth in the custody of the PCSA who are 16 years of age and older.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name.

4. Click the case number link. The Case Overview screen appears.

5. Click the **Independent Living** link in the menu on the left. The Independent Living Records screen appears.

6. Click the **edit** link next to the name of the youth whose plan you want to update, or select the youth's name in the Child Name field, then click **Add Independent Living** to create a new plan.

7. Record basic independent living plan details and click **Save**.

8. Click the **Goals** tab, record independent living plan goals and requirements, and click **Save**.

9. Click the **Readiness Review** tab, record an independent living plan readiness review, and click **Save**.

10. Click the **Independent Living** tab. Select **Yes** in the **IL Plan Complete** field, enter the **Date Plan Completed**, and click **Save**.



**Click here to display the Independent Living Goals screen.**

**Click here to display the Readiness Review Details screen.**

**Enter the date on which this independent plan is in effect here.**

**Select the youth indicator here. You cannot change this selection once the plan is "Active."**

**Enter the date the youth was either referred for an independent living plan or emancipated here.**

**Indicate here whether a skills assessment for independent living has been completed.**

**Indicate here whether this independent living plan was completed. Once you enter this date, you cannot edit any requirements records.**

**Indicate here whether independent living plan services or training are being provided to this youth.**

**Select the status of the plan. It defaults to "Pending."**

**Enter the date on which the plan was completed.**

UG 1.6

*Case Management*

## How to record a visitation plan

You must record a visitation plan for any child for whom the agency maintains custodial rights or for whom the agency has facilitated out-of-home placement. You can create the visitation plan as a stand-alone plan or as part of the case plan.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name.

4. Click the case number link. The Case Overview screen appears.

5. Click the **Visitation Plan** link in the menu on the left. The Visitation Plan list screen appears.

6. Click the **edit** link next to the name of the child whose plan you want to update, or click **Add Visitation Plan** to create a new plan. The Visitation Plan Details screen appears.

7. Complete the fields at the top of the screen.

8. Click the **edit** link next to the name of the person the child visits to update an existing visitation record, or click **Add Visitation Information** to create a new record. The Visitation Information Details screen appears.

9. Complete the required fields on this screen and click **OK**. You are returned to the Visitation Plan Details screen.

10. Repeat steps 8-9 for each person the child may visit.

11. Select a status of this visitation plan in the **Status** field.

12. Click **Save** to return to the Visitation Plan list screen.



**Select the child for whom you are creating this plan here.**

**Click here to enter the date on which this visitation plan takes effect.**

**Click here to edit the visitation plan for the selected child.**

**Click here to add details of a new visitation plan.**

**Enter the date on which the visitation plan expires.**

**Select the status of this visitation plan here.**

*Ohio SACWIS*
User Guide

*Case Management*

**7-19**

# How to record a reunification assessment

You record a reunification assessment when the agency is considering a reunification between the child and his or her biological family. The reunification assessment is a structured review to document the child's readiness to leave an out-of-home placement.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload screen appears.

3. Click on your name.

4. Click the case number link. The Case Overview screen appears.

5. Click the **Reunification Assessment** link in the menu on the left. The Reunification Assessment list screen appears.

6. Click the **edit** link next to the name of the child(ren) whose reunification you want to update, or click the **Add Reunification Assessment** link to create a new assessment. A screen with four tabs appears.

7. On the **Identifying Information** tab, identify the child(ren) and adults to be reunified.

8. Click **Past & Present Safety**, **Readiness**, and **Decision** tabs and answer the questions on the screens.

9. Click **Validate for Approval** to check for completeness.

10. Click **Process Approval** when the assessment is complete.

**Click here to enter the assessment of the child's safety.**

**Click here to enter answers to questions regarding the child's readiness for reunification.**

**Click here to enter a decision concerning this reunification assessment and submit it for approval.**



**Click here to add children who are being considered for reunification.**

**Click here to add adults who are being considered for reunification.**

**You must identify at least one child and one adult in order to save the assessment record.**

UG 1.6

# How to close a case

You close a case when services to the family are no longer needed or being provided and the agency terminates involvement with the family.

1. From the Home screen, click the **Case** tab.
2. Click the **Workload** tab. The Case Workload screen appears.
3. Click on your name.
4. Click the case number link. The Case Overview screen appears.
5. Click the **Case Closure** link in the menu on the left. The Case Closure(s) list screen appears.
6. Click the **edit** link to complete a case closure in progress, or click **Add Case Closure** to create a new case closure record.
7. Complete the fields on the screen. You must complete **Case Closure Reason**, **A/I Checklist Completed**, and **Ongoing Closure Checklist Completed**.
8. Click **Link Activity** to record and link a case closure activity to this record.
9. Record any additional information in the **Additional Comments** field.
10. Click **Validate for Approval**. The system checks that all work is completed on the case so that it may be closed.
11. Click **Process for Approval** when the closure record is complete.
12. Click **Save** to return to the Case Closure(s) list screen.

**Click here to select the reason for closing this case.**

**Select Yes or No here to indicate whether you have completed the A/I checklist.**

**Select Yes or No here to indicate whether you completed the ongoing disclosure checklist.**

**Click here to record and link a case activity record to this closure record.**

**Enter any additional information about the closure of this case.**



**Click here to validate that all work items associated with this case closure are completed.**

**Click here to send this case closure to your supervisor for approval.**

# Chapter 8
# Court Activities

## Chapter contents

*Court Activities,  8-2*

How to view legal actions from the person profile,  8-3
How to view legal histories by case participant,  8-4
How to view legal actions by case,  8-5
How to create a legal complaint,  8-6
How to create a legal motion,  8-7
How to record a linked legal action,  8-8
How to record a legal complaint,  8-9
How to record a legal motion,  8-10
How to record a subpoena,  8-11
How to record court hearing information,  8-12
How to record a court ruling,  8-13
How to record a notification of a court action,  8-14
How to record a legal status change associated with a ruling,  8-15
How to record a legal status change on the person profile,  8-16
How to view or print a court calendar,  8-17
How to print a VAC report,  8-18

# Court Activities

Many cases you manage may involve the courts. Ohio SACWIS allows you to keep track of court case participants, legal actions, and your court calendar.

## About court information

You access court screens from the **Court** link on the Case Overview screen for the case in focus. This link presents two views of information in the court area:

- **Case Participants**. This view presents the participants in the case and the legal records associated with each person. You can view a history of the participant's legal status changes, legal actions, and any delinquency court information. When you view one of these histories, the system presents the person profile record where these details are stored

- **Case Legal Actions**. This view presents all of the legal actions associated with this case. Such actions include motions, hearings, subpoenas, rulings for court jurisdiction transfer and legal status, and so on. From this view, you add new legal action records, or view or edit existing records.

While in much of the system you can delete records that were entered in error, in the Court area, you cannot delete legal action records. Instead, you can "invalidate" a legal action record, that is, indicate that it was entered in error. For complaint and motion records, you end the legal action and indicate that the record was an error. For other legal actions, you select a check box to indicate that the record was an error.

The system automatically creates a court calendar, based on the dates entered on the legal action record for each hearing on any case. You can view your court calendar at any time from the **Court Calendar** tab, which appears on the **Case** tab.

**This chapter explains:**

- How to view legal actions from the person profile
- How to view legal histories by case participant
- How to view legal actions by case
- How to create a legal complaint
- How to create a legal motion
- How to record a linked legal action
- How to record a legal complaint
- How to record a legal motion
- How to record a subpoena
- How to record court hearing information
- How to record a court ruling
- How to record a notification of a court action
- How to record a legal status change associated with a ruling
- How to record a legal status change on the person profile
- How to view or print a court calendar
- How to print a VAC report

# How to view legal actions from the person profile

You can view a history of legal actions, legal status changes, and delinquency court details from the person profile.

1. From the Home screen, click the universal **search** link at the top of the screen. The Person Search window appears.

2. Enter the criteria you want to use in your search and click **Search**. The person records that meet your search criteria appear in the search results.

3. Click the **Person Profile** link below the person's name to view the profile, or click the **edit** link to the left of the person's name to choose this person.

4. Click the **Legal** link in the menu above the row of tabs. The Child Legal Status History screen appears.

5. Click the **Legal Action** tab. The Participant Legal Action History screen appears. It displays the legal actions in which this person is named as an action participant. Each link represents a legal action to which other legal actions are associated.

6. Click the plus sign or link to open a table that displays the linked legal actions.

7. Click the link in the Legal Action column to display the complete legal action record, then click **Close** to return to the Participant Legal Action History screen.

8. Click **Close**. You are returned to the Person Search screen.

**Click here to display the Participant Legal Action History screen.**

**Click here to display the Child Legal Status History screen.**

**Click here to view the actions in groupings according to type, including complaint, ruling, or motion.**

**Click the links in the Legal Action column to view the complete legal action record.**



*Court Activities*

*Ohio SACWIS*
User Guide

# How to view legal histories by case participant

You can view a history of legal actions, legal status changes, and delinquency court details for each participant in a case from the participant's person profile, or from the Court area on a case.

1.  From the Home screen, click the **Case** tab.

2.  Click the **Workload** tab. The Case Workload appears.

3.  Click your name.

4.  Click the case ID number link of the case you want to view. The Case Overview screen appears.

5.  Click the **Court** link in the menu on the left. The Case Participants screen appears.

6.  Click one of these links:

    ■ Click the **View Legal Action History** link for the Participant Legal Action History screen, which displays the actions in which the person is identified as an action participant. Each link represents a legal action to which other actions are linked.

    ■ Click the **View Legal Status History** link for the Child Legal Status History screen, which displays a history of each time the child's legal status was changed.

    ■ Click the **View Delinquency** link for the Delinquency Information screen, which displays a history of delinquency court hearings and adjudications.

7.  Click **Close**. You are returned to the Case Participants screen.



**Click here to view the actions in groupings according to type, including complaint, ruling, or motion.**

**Click these links to view the complete legal action record.**

## How to view legal actions by case

As part of case management, you maintain records of all legal actions that involve the members of a case. Such actions include motions, hearings, subpoenas, rulings for court jurisdiction transfer and legal status, and so on. You can view the legal actions associated with a certain participant or all the legal actions on a case.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload appears.

3. Click your name.

4. Click the case ID number link of the case you want to view. The Case Overview screen appears.

5. Click the **Court** link in the menu on the left. The Case

Participants screen appears.

6. Click the **Case Legal Actions** link. The Legal Actions search screen appears.

7. Enter a court case number or other criteria in the Search Criteria area, then click **Search**. The Legal Actions table displays the actions that meet your criteria.

8. Click the **view** link for the legal action record you want to view. The detail screen for the legal action record appears.

9. Click **Close** to return to the Legal Actions search screen.

**Click here to display the Legal Status list screen.**

**Enter search criteria and click here to display legal actions that meet your criteria.**

**Click here to display the Case Participants screen.**

**Click here to view legal action details.**



# How to create a legal complaint

You "create" a complaint to add the legal action to a case and to generate a document that you are filing with a court. You can record a stand-alone complaint record, or link it to an existing legal action.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload appears.

3. Click your name.

4. Click the case ID number link of the case you want to view. The Case Overview screen appears.

5. Click the **Court** link in the menu on the left. The Case Participants screen appears.

6. Click the **Case Legal Actions** link. The Legal Actions search screen appears.

7. Enter the court case number or other criteria in the Search Criteria area and click **Search**. The Legal Actions table displays the actions that meet your criteria.

8. Scroll down, select Create Complaint in the **Legal Action** field, and click **Add Action**. The Complaint Details screen appears.

9. Complete the fields on this screen. You must complete the **Type of Complaint** field an add at least one action participant to the complaint.

10. Click **Save**. You are returned to the Legal Actions search screen.

11. Locate the complaint record, then click the **report** link and click **Generate Report**.



**Click here to select the type of complaint you are recording.**

**Enter the court-assigned case number that includes all children in a family.**

**Click here to select the person who swears to the truth of the information in the complaint.**

**Click here to add at least one action participant in this complaint to be filed with the court.**

# How to create a legal motion

You "create" a motion to add the legal action to a case and to generate a document that you are filing with a court. You can record a stand-alone motion record, or link it to an existing legal action.

1. From the Home screen, click the **Case** tab.
2. Click the **Workload** tab. The Case Workload appears.
3. Click your name.
4. Click the case ID number link of the case you want to view. The Case Overview screen appears.
5. Click the **Court** link in the menu on the left. The Case Participants screen appears.
6. Click the **Case Legal Actions** link. The Legal Actions search screen appears.

7. Enter the court case number or other criteria in the Search Criteria area and click **Search**. The Legal Actions table displays the actions that meet your criteria.
8. Scroll down and select **Create Motion** in the **Legal Action** field.
9. Click **Add Action**. The Create Motion Details screen appears.
10. Complete the fields on this screen. You must complete the **Type of Motion** and **Method of Motion** fields and add at least one action participant to the complaint.
11. Click **Save**. You are returned to the Legal Actions search screen.
12. Click the **report** link and select **Generate Report**.

**Click here to select the name of the person who filed the motion with the court.**

**Click here to select the type of motion to file with the court.**

**Click here to select the method of motion. An oral motion is made during a court proceeding. A written motion is documented and filed with the court.**

**Enter an explanation here of why the requested disposition is in the best interest of the children.**

**Enter a description of the reasonable efforts the agency made to prevent placement.**



## How to record a linked legal action

A new legal action may be linked to an existing legal action, to create a series of legal actions that represents the events on a court case.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload appears.

3. Click your name.

4. Click the case ID number link of the case you want to view. The Case Overview screen appears.

5. Click the **Court** link in the menu on the left. The Case Participants screen appears.

6. Click the **Case Legal Actions** link. The Legal Actions search screen appears.

7. Enter the court case number or other criteria in the Search Criteria area and click **Search**. The Legal Actions table displays the actions that meet your criteria.

8. Click the **link legal action** link on the legal action record to which you want to link the new action.

9. In the **Legal Action** field, select the type of legal action you are adding and linking to this legal action that's displayed.

10. Click **Add Action**. The detail screen for the legal action you selected appears.

11. Complete the legal action details. The legal action record you create is linked to the original action you selected on the Legal Actions table.



**Click here to display the Legal Actions search screen.**

**Click here to display the Case Participants screen.**

**Click here to select the legal action record to which you want to link the new action.**

# How to record a legal complaint

You "record" a legal complaint when the complaint has already been filed with the court. You can record a stand-alone complaint record, or link it to an existing legal action.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload appears.

3. Click your name.

4. Click the case ID number link of the case you want to view. The Case Overview screen appears.

5. Click the **Court** link in the menu on the left. The Case Participants screen appears.

6. Click the **Case Legal Actions** link. The Legal Actions search screen appears.

7. Enter the court case number or other criteria in the Search Criteria area and click **Search**. The Legal Actions table displays the actions that meet your criteria.

8. Scroll down and select Record Complaint in the **Legal Action** field, then click **Add Action** for a new complaint. Or click the **edit** link next to the complaint you want to update. The Complaint Details screen appears.

9. Complete the fields on this screen. You must complete at least the **Type of Complaint** field to save the record.

10. Click **Add Participant** to identify any participants involved in this action, complete the required fields, then click **Save** to return to the Legal Actions search screen.

**Click here to select the type of complaint you are recording.**

**Click here to identify the case participants in this legal action or complaint.**



# How to record a legal motion

You "record" a legal motion when the motion has already been filed with the court. You can record a stand-alone motion record, or link it to an existing legal action.

1. From the Home screen, click the **Case** tab.
2. Click the **Workload** tab. The Case Workload appears.
3. Click your name.
4. Click the case ID number link of the case you want to view. The Case Overview screen appears.
5. Click the **Court** link in the menu on the left. The Case Participants screen appears.
6. Click the **Case Legal Actions** link. The Legal Actions search screen appears.

7. Enter the court case number or other criteria in the Search Criteria area and click **Search**. The Legal Actions table displays the actions that meet your criteria.
8. Scroll down, select Record Motion in the **Legal Action** field, and click **Add Action**. Or click the **edit** link next to the motion record you want to update. The Record Motion Details screen appears.
9. Complete the fields on this screen. You must complete at least the **Type of Motion** and **Method of Motion** fields.
10. Click **Add Participant** to identify any participants involved in this action, complete the required fields, then click **Save** to return to the Legal Actions search screen.

Click here to select the type of motion you are recording.

Click here to select the method by which this motion is being filed.

Enter details describing the intent of this motion.

Click here to add a case participant in this legal action.



# How to record a subpoena

At times, a member or other party with an open case and court action may be served with a subpoena. A subpoena is always linked in the system to an existing legal action.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload appears.

3. Click your name.

4. Click the case ID number link of the case you want to view. The Case Overview screen appears.

5. Click the **Court** link in the menu on the left. The Case Participants screen appears.

6. Click the **Case Legal Actions** link. The Legal Actions search screen appears.

7. Enter the court case number or other criteria in the Search Criteria area and click **Search**. The Legal Actions table displays the actions that meet your criteria.

8. Click the **link legal action** link next to the legal action to which this subpoena relates. The detail screen is displayed.

9. Scroll down, select Record Subpoena in the **Legal Action** field, and click **Add Action**. The Subpoena Details screen appears.

10. Complete the fields on this screen. You must complete at least the **Subpoena Type** field to save the record.

11. To indicate others associated with the subpoena, click the **associate participants** link in the Action Participants area, select the case participants, and click **OK**.

12. Click **Save**. You are returned to the Legal Actions search screen.



# How to record court hearing information

When a hearing involving an open case in Ohio SACWIS takes place, you record the results of the hearing.

1.  From the Home screen, click the **Case** tab.

2.  Click the **Workload** tab. The Case Workload appears.

3.  Click your name.

4.  Click the case ID number link of the case you want to view. The Case Overview screen appears.

5.  Click the **Court** link in the menu on the left. The Case Participants screen appears.

6.  Click **Case Legal Actions**. The Legal Actions search screen appears.

7.  Enter the court case number or other criteria in the Search Criteria area and click **Search**. The Legal Actions table displays the actions that meet your criteria.

8.  Scroll down, select Record Hearing in the **Legal Action** field, and click **Add Action**. The Legal Actions Search screen appears.

9.  Select the check box for the legal action to which this hearing applies and click **Continue**.

10.  Complete the fields on this screen. You must complete at least the **Hearing Type** field to save the record.

11.  To indicate others associated with the hearing, click the **associate participants** link in the Action Participants area, then select the case participants and click **OK**.

12.  Click the **Court Information** link at the top of the screen. and complete the fields. Click **Save** to return to the Legal Actions search screen.

**Click here to record additional court information for this hearing.**

**Select a hearing type here.**

**Click here to add a new segment of this hearing.**

**Click here to indicate others associated with the hearing.**

**Click this check box if this hearing record was created in error and you want to invalidate it.**



# How to record a court ruling

You create a ruling record to document the rulings, orders, and dispositions that result from a hearing on an open case. The system generates ticklers based on the rulings recorded.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload appears.

3. Click your name.

4. Click the case ID number link of the case you want to view. The Case Overview screen appears.

5. Click the **Court** link in the menu on the left. The Case Participants screen appears.

6. Click the **Case Legal Actions** link. The Legal Actions search screen appears.

7. Enter the court case number or other criteria in the Search Criteria area and click **Search**. The Legal Actions table displays the actions that meet your criteria.

8. Scroll down, select Record Ruling in the **Legal Action** field, and click **Add Action**. Or click the **edit** link next to the ruling record you want to update. The Ruling Details screen appears.

9. Complete the fields on this screen. You must complete at least the **Action Participant** and **Ruling Type** fields.

10. If the ruling affected the child's legal status, click **Legal Status** and complete the required fields. If it involves a transfer of jurisdiction, click **Associate Jurisdiction Transfer** and complete the required fields.

11. Click **Save** to return to the Legal Actions search screen.



Click here to select the case participant to whom this ruling applies.

Select the ruling(s) the court handed down, then click Add>. You can select more than one ruling.

Click here to select a ruling type.

Click here if the ruling affects a child's legal status.

Click here if the ruling involves a transfer of jurisdiction.

# How to record a notification of a court action

You record a notification when you want to advise participants in the case of a court action.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload appears.

3. Click your name.

4. Click the case ID number link of the case you want to view. The Case Overview screen appears.

5. Click the **Court** link in the menu on the left. The Case Participants screen appears.

6. Click the **Case Legal Actions** link. The Legal Actions search screen appears.

7. Enter the court case number or other criteria in the Search Criteria area and click **Search**. The Legal Actions table displays the actions that meet your criteria.

8. To associate the notification with a legal action record, click the **link legal action** link for that action. Select Record Notification in the **Legal Action** field, then click **Add Action**. The Notification Details screen appears.

   To create a notification record that is not associated with a particular legal action record, select Record Notification in the **Legal Action** field, then click **Add Action**. The Notification Details screen appears.

9. Complete the fields on this screen. You must complete **Notification Type**, **Notification Status**, **Person Notified**, and **Date of Notification**.

10. Click **Save**. You are returned to the Legal Actions screen.

**Click here to find the case participant who received the notification.**

**Click here to select the type of notification you are recording.**

**Click here to select the status of the notification.**

**Click here to select the date of the notification.**

**Enter details describing any additional information or comments.**

**Click here to associate this legal action with applicable case participants.**

**Click this check box if this notification record was created in error and you want to invalidate it.**



# How to record a legal status change associated with a ruling

The method for updating a child's legal status depends on whether the change is the result of a court ruling. If so, the legal status change is made through the ruling record on the case.

1. From the Home screen, click the **Case** tab.

2. Click the **Workload** tab. The Case Workload appears.

3. Click your name.

4. Click the case ID number link of the case you want to view. The Case Overview screen appears.

5. Click the **Court** link in the menu on the left. The Case Participants screen appears.

6. Click the **Case Legal Actions** link. The Legal Actions search

screen appears.

7. Enter the court case number or other criteria in the Search Criteria area and click **Search**. The Legal Actions table displays the actions that meet your criteria.

8. Click the **edit** link for the ruling you are associating with the legal status change. The Ruling Information screen appears.

9. Click **Add Legal Status** to create a new legal status record. Complete the fields on this screen. You must complete the **Type**, **Legal Status**, and **Effective Date** fields.

10. Click **OK**.

11. Click **Save**. You are returned to the Legal Actions search screen.

**Click here to display the Legal
Actions search screen.**

**Click here to display
the Case Participants
search screen.**

**Click here to edit the
link for the ruling you
are associating with
the legal status
change.**



Case: 1:17-md-02804-DAP  Doc #: 1448-18  Filed:  03/15/19  119 of 189.  PageID #: 40065

User Guide

# How to record a legal status change on the person profile

The method for updating a child's legal status depends on whether the legal status is the result of a court ruling. If not, the legal status change is recorded on the child's person profile.

1. Display the Person Profile screen for the child.

   (For information about how to access the Person Profile screen, see page 4-3.)

2. Click the **Legal** link at the top of the screen. SACWIS displays the Child Legal Status History screen.

3. If a previous legal status record must be terminated, click the **edit** link for that record to display the Child Legal Status Details screen, complete the **Termination Date** field, and click **Save**. You are returned to the Child Legal Status History screen.

4. Click **Add Legal Status**. The Child Legal Status Details screen appears.

5. Complete the fields on this screen. You must complete the **Type**, **Legal Status**, and **Effective Date** fields.

6. Click **Save**. You are returned to the Child Legal Status History screen.

**Click here to select the child's legal status when a new legal status record is being created from the ruling information.**

**Click here to select the type. Select Child if the agency does not have legal custody. Select Agency if the agency has legal custody.**

**Enter the date this legal status is effective here.**



*Ohio SACWIS*
User Guide

*Court Activities*

**8-17**

# How to view or print a court calendar

The hearing dates entered in Ohio SACWIS populate your court calendar in the system. As a caseworker, you can print the court calendar to help manage court activities for your individual workloads. As a supervisor, you can view or print the court calendars of your staff.

1.  From the Home screen, click the **Case** tab.

2.  Click the **Court Calendar** tab. The Court Calendar Search Criteria screen appears.

3.  If you are a supervisor, select in the **Case Worker** field the name of the worker whose calendar you want to view. If you are a worker, your name appears in this field.

4.  In the **Hearing Start Date** and **Hearing End Date** fields, enter

the hearing date range you want to report in your calendar. You can further narrow the calendar parameters to a particular hearing type, court case, or court type.

5.  Click **Search**. The cases that meet your search criteria appear in the search results table.

6.  Click **Generate Report**. The court calendar is printed on your local network printer.



**Click here to display the Case Workload screen.**

**Click here to display the Court Calendar Search Criteria screen.**

**Click here to select the hearing start and end dates you want to report in your calendar.**

**Click here to initiate the search.**

**Click here to view details of the cases that meet your search criteria.**

**Click here to print your court calendar to a local network printer.**

UG 1.6

*Court Activities*

*Ohio SACWIS*
User Guide

# How to print a VAC report

A Voluntary Agreement for Care (VAC) is created and implemented when the parents, guardians, or custodians are unable to care for the child and agree to give custody voluntarily to the PCSA for a period of time that's less than 90 days. This agreement, and change in legal status, is recorded on the child's person profile.

1. Display the Person Profile screen for the child.

   (For information about how to access the Person Profile screen, see page 4-3.)

2. Click the **Legal** link above the row of tabs. The Child Legal Status History screen appears.

3. Select **1645 Voluntary Agreement for Care** in the Reports

field.

4. Click **Report**. The Document Details screen appears.

5. Click **Generate Report**. Complete the fields on the screen, including detailed explanations in the narrative fields.

6. Complete the report parameters.

7. Click **Generate Report**. The report is displayed in a PDF.

8. Click Save in the lower-left corner of the screen to save this report to the document history in Ohio SACWIS.

9. Click the printer symbol on the toolbar, or select **File**, then **Print**. The report is printed on your local network printer.

**Click here to display the Child Legal Status History screen.**



**Click here to select the 1645 Voluntary Agreement for Care report.**

**Click here to generate a report.**

# Chapter 9
# Provider Management

## Chapter contents

*Provider Management,  9-2*

How to find a provider,  9-3
How to view provider details,  9-4
How to match a provider service with a client,  9-5
How to record basic information for non-ODJFS providers,  9-6
How to record basic information for ODJFS providers,  9-7
How to view a provider inquiry,  9-8
How to create or update the inquiry record,  9-9
How to link an inquiry to a provider record,  9-10
How to view a home study,  9-11
How to record a home study,  9-12
How to record a home description,  9-13
How to record a description of family,  9-14
How to record the disposition of a home study,  9-15
How to record a recommendation for certification,  9-16
How to record child acceptance characteristics,  9-17
How to record placement criteria,  9-18
How to record service credentials,  9-19
How to record training session information,  9-20
How to record a provider's service contract,  9-21
How to record a recruitment plan,  9-22
How to record a recruitment event,  9-23

# Provider Management

**O**hio SACWIS is used for managing information about any providers used by agencies throughout the state. These include home providers licensed by ODJFS as well as other, non-ODJFS providers. This area of the system is also used to manage information for each PCSA, PNA, and PCPA operating in the state.

## Displaying provider information
As an Ohio SACWIS user, you view information about active providers from the universal search feature, accessed from the search header link. An active provider is one whose services are activated in the system. This provider search function displays view-only, basic provider information.

If you are a provider worker, you conduct your queries and manage provider information from the **Provider** tab. This tab displays your workload, which contains the providers to whom you are assigned. The workload leads you to the details of particular provider records, while the tabs allow you to perform other provider management activities, in accordance with your access rights.

## Adding provider information
The method for adding provider information varies according to the type of provider: ODJFS or home providers, and non-ODJFS providers.

Home providers (ODJFS providers) are added to the system by way of an inquiry and initial application. You collect basic information about the potential provider on the inquiry record, based on what is provided on the application. Once the application is accepted, the inquiry is completed and a provider record is created. A home study record can be created and the process begun. When the home study is complete and the provider is certified, the provider record is activated and included when the system runs a provider

match. Subsequent updates to the provider record are made through the home study record.

Other, non-ODJFS providers are added to the system by way of the provider directory. This is where you record relevant details about the provider and services.

## Provider Types
A single provider record may have multiple types, and each type has its own status. For example, you record one provider record for a hospital, then create provider type records for the pharmacy, clinic, and so on, each with associated services.

**This chapter explains:**
- How to find a provider
- How to view provider details
- How to match a provider service with a client
- How to record basic information for non-ODJFS providers
- How to record basic information for ODJFS providers
- How to view a provider inquiry
- How to create or update the inquiry record
- How to link an inquiry to a provider record
- How to view a home study
- How to record a home study
- How to record a home description
- How to record a description of family
- How to record the disposition of a home study
- How to record a recommendation for certification
- How to record child acceptance characteristics
- How to record placement criteria
- How to record service credentials
- How to record training session information
- How to record a provider's service contract
- How to record a recruitment plan and event

# How to find a provider

There are two ways to find a provider, depending on whether or not you are assigned to a provider and have full access rights to the record. If you are assigned to a provider, you can display the provider overview from your provider workload.

1. From the Home screen, click the **Provider** tab.

2. Click the **Workload** tab and display your workload. The providers assigned to you appear in a table.

3. Click the **select** link next to the Provider ID. The Provider Overview screen appears.

4. Click the **Provider Information** link in the Provider Actions area to view or update the provider's name, address, members, caregivers, or capacity information. Or, click any

one of the links in the menu on the left to view or update information related to this provider.

If you are not assigned to the provider, you can display basic provider information using the universal search feature as shown in the screen below:

1. Click the **search** header link. The Ohio SACWIS Search screen appears.

2. Select **Provider Search**. The Provider Search screen appears.

3. Enter search criteria and click **Search**. The providers that meet your criteria appear in the Provider Profile Search Results.

4. Click the **view** link next to the provider's name to see the provider information.



# How to view provider details

From the Provider Overview screen, you can view comprehensive information about the providers to whom you are assigned. In addition to the provider's name, address, and status, you can view a family listing narrative, activity log, training, acceptance criteria, approvals or certifications, and so on.

1. From the Home screen, click the **Provider** tab.

2. Click the **Workload** tab and display your workload. The providers assigned to you appear in a table.

3. Click the **select** link next to the Provider ID. The Provider Overview screen appears.

4. Click the **Provider Information** link in the Provider Actions area for details about the provider. The **Basic** tab is displayed.

5. View information in other tabs, including **Address**, **Members**, **Caregivers**, and **Capacity** information for the selected provider.

6. Click **Cancel** to return to the Overview screen.

7. Click the links in the menu on the left to view other records entered on behalf of this provider.

8. Click **Save** to return to the Overview screen.

**Click each of the links below to view or record different types of provider information.**

**Click here to view details about a specific provider, including histories of the provider's name, address, contacts, members, caregivers, and capacity information.**



# How to match a provider service with a client

When a client or family is in need of services, the provider match feature allows you to find providers who can meet the client's needs. The system matches only providers who are properly credentialed.

1.  From the Home screen, click the **Provider** tab.

2.  Click the **Directory** tab. The Provider Profile Search Criteria screen appears.

3.  Click the **Provider Match** tab. The Provider Match screen appears.

4.  Enter the provider criteria. You must complete at least the **Service Category** and **Service Type** fields. Click **Additional**

Search Criteria if you want to narrow your search to a particular provider.

5.  Enter the child's criteria. Click **Additional Search Criteria** to include child characteristics in your criteria.

6.  Click **Search**. A list of providers who meet your search criteria appear in the Search Results list below.

7.  Click the **select** link next to the name of the provider you want to choose.

**Click here to search for providers.**

**Click here to match a provider service with a client.**

**Click here to display the Provider Search screen.**

**Enter the provider criteria here.**

**Click here if you want to narrow your search to a particular provider.**

**Enter the child's criteria here.**

**Click here if you want to include child characteristics in your criteria.**

**Select the method by which you want to display the search results.**

**Click this button to initiate the search.**



UG 1.6

# How to record basic information for non-ODJFS providers

The basic details of a provider record include the provider's name, type, status, address, members, caregivers, and capacity information. You display this information from the Provider Information link in the Provider Actions area of the Provider Overview screen. For non-ODJFS providers, you create their records from the Provider Directory screen, then update the information from the Provider Overview screen.

1.  From the Home screen, click the **Provider** tab.

2.  Click the **Directory** tab. The Provider Profile Search Criteria screen appears. The system always requires you to conduct a search before adding a provider, to prevent any duplicated records.

3.  Enter the search criteria. Click the **Advanced Search Criteria** link if you want to search by the provider address.

4.  Click **Search**. The providers who meet your criteria appear in the Provider Profile Search Results.

5.  Click the **edit** link for the provider record you want to update. Or, if the provider is not in the table, click **Add Non-ODJFS Provider**. The Provider Information screen appears.

6.  You must enter at least a provider name, provider type, an address, and contact information.

7.  Click **Apply** to return to the Provider Information screen.



UG 1.6

# How to record basic information for ODJFS providers

To update details for a home provider, or ODJFS provider, you access them from the most current home study record.

1. From the Home screen, click the **Provider** tab.

2. Click the **Workload** tab and display your workload. The providers assigned to you appear in a table.

3. Click the **select** link for the provider record you want to update. The Provider Overview screen appears.

4. Click the **Home Study** link in the menu on the left. The Maintain Home Study History screen appears.

5. Click the **edit** link for the most recent home study record in

"Pending" status, or click the **amend** link next to the most recent initial home study record in "Approved" status. The Home Study Details screen appears.

6. Complete the fields and click **Save**. The Maintain Home Study Information screen appears.

7. Click the **Basic Provider Information** link, which is at the top of the list in the Topic column. The **Basic** tab of the Provider Name Information screen appears.

8. Record the provider name, type, and so on.

9. Click **Save** to return to the Maintain Home Study Information screen.

10. Click **Validate for Approval** or **Close** to return to the previous screen.



# How to view a provider inquiry

An inquiry is created when an individual initiates contact with a PCSA, PCPA, or PNA representative. Contacts may be made in person, in writing, or by phone. If you work at a public agency, you can view the inquiries of any agency. If you work at a private agency, Ohio SACWIS allows you to view the inquiries made to your own agency.

1.  From the Home screen, click the **Provider** tab.

2.  Click the **Inquiry** tab. The Inquiry Search Criteria screen appears.

3.  Enter the search criteria. You must include the agency as part of your criteria.

4.  Click **Search**. The inquiry records that match your criteria

appear in the Inquiry Search Results list.

5.  Click the **view** link next to the inquiry you want to view. The Inquiry Details screen appears, displaying the **Members** tab first. This tab also lists any children about whom the potential provider inquired.

6.  Click the **Address**, **Referral Sources**, **Optional Info**, and **Activity/Decision** tabs to view additional details.

7.  Click **Close** to return to the Inquiry Search Criteria screen.



**Enter the inquiry criteria here. Be sure to select an agency.**

**Select the method by which you want to display search results.**

**Click this button to initiate the search.**

# How to create or update the inquiry record

An inquiry record is maintained for an inquiry an applicant makes to your agency about providing home care. You can make updates to an inquiry made to your own agency until the application is completed and the inquiry decision is recorded. Ohio SACWIS manages provider inquiries statewide. Therefore, you should make sure an inquiry does not already exist before you create a new one.

1. From the Home screen, click the **Provider** tab.
2. Click the **Inquiry** tab. The Inquiry Search Criteria screen appears.
3. Enter the search criteria. You must include the agency as part of your criteria.
4. Click **Search**. The inquiry records that match your criteria appear in the Inquiry Search Results.
5. Click the **edit** link for the inquiry you want to update. Or click **Add Inquiry** to create a new inquiry record. The Inquiry Details screen appears.
6. Complete the fields at the top of the **Members** tab. If you select one of the following values in the **Inquiry Type** field, a home provider record is not initiated in the system: Adoption-Out of State, Foster-Out of State, Kinship-Out of State, Other.
7. Click **Apply** to save the information and return to the previous screen.

**Click here to enter or view an inquirer's current mailing address.**

**Click here to enter or view referral sources for an inquirer.**

**Click here to enter or view details of an inquirer's interest in caring for or adopting a child.**

**Click here to enter or view follow-up activities for an inquirer.**

**Click here to add details regarding a new member of a household or staff who has inquired about becoming a provider.**

**Click here to add details for a new child about whom the potential provider is inquiring.**



UG 1.6

# How to link an inquiry to a provider record

Once a decision has been recorded and the inquiry record is completed, you link the inquiry to an existing or new home provider record.

1. From the Home screen, click the **Provider** tab.
2. Click the **Inquiry** tab. The Inquiry Search screen appears.
3. Click the **Completed Inquiries** tab. A list of completed inquiry records that are ready to be assigned appears. This list displays inquiries on which a decision was recorded.

4. Click **link** next to the inquiry record to connect this inquiry to an existing provider record. The system matches the person in the Inquirer 1 role to any provider record in which that person is a member.

**Click here to view a list of completed inquiry records.**

**Click here to search for completed inquiries.**



**Click here to connect this inquiry to an existing provider record.**

# How to view a home study

Through the home study process, a provider completes the necessary steps to become approved or certified by the agency. More than one home study may be recorded for a provider, depending on the circumstances. You can view or update the home studies of the providers to whom you are assigned.

1.  From the Home screen, click the **Provider** tab.

2.  Click the **Workload** tab and display your workload. The providers assigned to you appear in a table.

3.  Click the **select** link next to the Provider ID. The Provider Overview screen appears.

4.  Click the **Home Study** link in the menu on the left. The Maintain Home Study History screen appears.

5.  Click the **view** link for the home study record you want to view. The Maintain Home Study Information screen appears. It lists a series of home study components, or topics, and their status, including home study verifications and references.

6.  Click on a home study topic link to view details of that topic, then click **Close** to return to the Maintain Home Study Information screen.

7.  Click **Disposition** to view the results of the home study.

8.  Click **Cancel** to return to the Maintain Home Study Information screen.

9.  Click **Close** to return to the Provider Overview screen.

**Click on each link to view details of home study topics.**



# How to record a home study

Through the home study process, a provider completes tasks to become approved or certified by an agency. You must complete the home study within six months of the date the application was screened in. Home study types include:

- **Initial**. The record that initiated the provider's approval for the provider type and level of care.

- **Amended**. The record created to reflect new information added after the initial home study was approved.

- **Updated**. The record created during recertification.

1. From the Home screen, click the **Provider** tab.

2. Click the **Workload** tab and display your workload. The providers assigned to you appear in a table.

3. Click the **select** link for the provider record you want to update. The Provider Overview screen appears.

4. Click the **Home Study** link in the menu on the left. The Maintain Home Study History screen appears.

5. Click **Add Initial Home Study**. The Home Study Details screen appears.

6. Complete the enabled fields and click **Save**. The Maintain Home Study Information screen appears.

7. Click each of the links in the Home Study Topics area (refer to the previous page). Complete the required fields and click **Save**.

8. Click **Validate for Approval** on Maintain Home Study Information screen before submitting it for approval, or click **Close** to return to the Home Study History screen.



**Click here to record a home study.**

**Click here to add the details of an initial home study.**

# How to record a home description

A home description summarizes the home's sleeping arrangements, the family's living conditions, the neighborhood, the nearby schools, and the family's access to transportation. While it's a required portion of a home study, you can record a home description outside of a home study.

1. From the Maintain Home Study Information screen, click the **Description of Home** link. The Description of Home Information screen appears.

   For information about how to display the Maintain Home Study Information screen, see "How to record a home study" on page 9-12.

2. Click **Maintain Description of Home**. The Maintain

Description of Home screen appears.

3. Click **Add Home Description**. The Description of Home Details screen appears.

4. Complete the fields on this screen. You must complete the **Effective Date** field.

5. Click **Add Sleeping Arrangement**, and then complete the fields on the Sleeping Arrangement Details screen.

6. Click **OK** to return to the Maintain Home Information screen.

7. Click **Living Conditions**, **Outdoor/Neighborhood**, **School Info**, and **Transportation** tabs; complete the fields on these screens; and click **Save**. You are returned to the Home Study Information or Provider Overview screen.



# How to record a description of family

The description of family includes a series of narratives that describe the applicant(s), other household members, and the overall support and situation of the family.

1. From the Maintain Home Study Information screen, click the **Description of Family** link. The Description of Family Information screen appears.

   For information about how to display the Maintain Home Study Information screen, see "How to record a home study" on page 9-12.

2. Click **Maintain Description of Family**. The Maintain Description of Family screen appears.

3. Click **Add Family Description**. The Description of Family

Details screen appears. Complete the fields on this screen and click **Save**. The Applicant Narratives screen appears.

4. Click the **edit** link next to a statement. The Narrative Details screen appears. In the narrative field, enter a detailed response to the statement and click **Save**. You are returned to the Applicant Narratives tab.

5. Repeat step 4 for each statement.

6. Click **Member Narratives** and **Family Narratives**, complete the required fields on each screen, and click **Save**.

7. Click **Close**. You are returned to the Maintain Home Study Information screen.

**Click here to display the provider Workload screen.**



**Click here to record narratives concerning the persons who are applying to become providers.**

**Click here to record narratives concerning the provider's household members.**

**Click here to record narratives concerning the provider's family members.**

# How to record the disposition of a home study

The disposition reflects your final conclusions concerning the home study. That is, it reflects whether the provider is accepted by the agency, the home study is closed, or the provider is denied. As you record the disposition, you also validate the home study process to ensure all tasks are complete and submit it for approval.

1.  From the Maintain Home Study Information screen, click the **Disposition** link. The Disposition Details screen appears.

    For information about how to display the Maintain Home Study Information screen, see "How to record a home study" on page 9-12.

2.  Select **Yes** or **No** to the two questions that appear at the top of the screen. If you select Yes to either question, enter an explanation in the text field below the question.

3.  Select a disposition status in the **Disposition** field, then enter the date in the **Disposition Date** field.

4.  Click **Save**. You are returned to the Maintain Home Study Information screen.

5.  Click **Validate for Approval**. The system determines whether all tasks and records have been completed. Any records that need to be completed appear in the Unresolved Tasks list.

6.  Once all tasks and records are complete, click **Process for Approval**. The home study record will appear in your supervisor's pending approvals list.



# How to record a recommendation for certification

A recommendation record is created when a supervisor approves a home study. You, as the home study assessor, then complete the recommendation record and submit it to the agency or ODJFS reviewer. The reviewer responds to your recommendation and indicates whether the provider will be certified.

1. From the Home screen, click the **Provider** tab.

2. Click the **Workload** tab and display your workload. The providers assigned to you appear in a table.

3. Click the **select** link for the provider whose recommendation you want to record. The Provider

Overview screen appears.

4. Click the **Approval/Certification** link in the menu on the left. The Maintain Approval/Certification Recommendations list screen appears. It lists the transaction records associated with the provider's approval or certification.

5. Click the **edit** link to complete an existing recommendation record or click **Add Recommendation** to record a new recommendation. The Maintain Transactions screen appears.

6. Complete the fields on the screen. You must complete at least these fields: **Agency Contact Person**, **Provider Type**, **Transaction**, **Recommendation Date**.

7. Click **Process Approval**. The record is sent to the agency or ODJFS reviewer who makes the final decision.

**Click here to record waivers, variances, or rule violations linked to this recommendation, or to deny or revoke a certificate to board children.**

**Click here to record a response to the assessor's recommendation.**

**Select the worker who should be contacted about this recommendation.**

**Select the type of provider here.**

**Select the type of recommendation or other transaction here.**

**Select a check box to identify information that has changed. You may select more than one check box.**

**Enter the date of this recommendation.**

**Click here to submit this recommendation to your supervisor for approval.**



# How to record child acceptance characteristics

The provider identifies the age, number, and characteristics of the children he or she is able to accept. This information is collected during the provider's initial inquiry, then maintained thereafter and approved.

1. From the Home screen, click the **Provider** tab.

2. Click the **Workload** tab and display your workload. The providers assigned to you appear in a table.

3. Click the **select** link next to the ID of the provider whose record you want to update. The Provider Overview screen appears.

4. Click the **Acceptance Criteria** link in the menu on the left.

The Acceptance Characteristics list screen appears.

5. Click the **edit** link next to the provider type record you want to update, or click **Add Characteristics** to add criteria.

6. If this is a new record, select values in the **Provider Type** and **Characteristics Status** fields.

7. If these characteristics are in effect during a certain time period, enter the dates in **Effective Date** and **End Date** fields.

8. Select a category of characteristic in the **Select Group** field and click **Show**.

9. Click the radio button next to the provider's preference.

10. Repeat steps 8and 9 for each group.

11. Click **Save** to return to the previous screen.

Select values in Provider Type and Characteristics Status fields.

Enter Effective and End Dates if characteristics are in effect for a certain period.

Select a category of characteristic, and then click Show.



Click the radio button indicating the provider's preference. Do this for each group.

UG 1.6

# How to record placement criteria

The provider identifies the age, number, and characteristics of the children he or she is able to accept. For a home or residential provider, the placement criteria record is approved as part of the home study or licensing process. A placement criteria record cannot be approved until a characteristics criteria record has been added.

1. From the Home screen, click the **Provider** tab.

2. Click the **Workload** tab and display your workload. The providers assigned to you appear in a table.

3. Click the **select** link next to the ID of the provider whose record you want to update. The Provider Overview screen appears.

4. Click the **Acceptance Criteria** link in the menu on the left. The Acceptance Characteristics list screen appears.

5. Click the **Usage Placement Criteria** tab. The Usage Placement Criteria screen appears.

6. Click the **edit** link next to the provider type record you want to update, or click **Add Criteria** to add a new placement record.

7. If this is a new record, select values in the **Provider Type** and **Placement Criteria Status** fields.

8. To update an existing criteria record, click the **edit** link, or click **Add** to create a new criteria record. Complete all fields on this screen and click **OK**.

9. Repeat step 8 for each group and click **Save**.

**Select the provider type**

**Click here to add a new placement record.**



## How to record service credentials

Services offered by non-ODJFS providers are recorded as "other" services. Additionally, a home provider may be qualified to provide additional services not licensed through ODJFS (for example, tutoring or first aid classes). These are also recorded as "other" services.

1. From the Home screen, click the **Provider** tab.

2. Click the **Workload** tab and display your workload. The providers assigned to you appear in a table.

3. Click the **select** link next to the ID of the provider whose details you want to view. The Provider Overview screen appears.

4. Click the **Service Credentials** link in the menu on the left.

The Maintain Payment Information screen appears.

5. Click the **Other Services** tab. The Other Services screen appears.

6. Click **Add Other Service**. The Other Services Details screen appears.

7. Complete the fields on this screen.

8. Click **Save**. You are returned to the Other Services screen.



**Complete the fields on this screen, in the order in which they appear on the screen.**

**Click here to add the service credential to the provider's record.**

# How to record training session information

Before a provider can be certified for a particular level of care, the provider members must complete the training for the competency areas identified in the training needs assessment and training plan. The agency then sponsors the training sessions to help the provider members meet these requirements. As the sessions are completed, you update the provider member's training record.

1.  From the Home screen, click the **Provider** tab, then click the **Training** tab. The Training Session Search Criteria screen appears.

2.  Enter the criteria for the training session(s) you want to view and click **Search**. The training sessions that meet

your criteria appear in the Search Results table.

3.  Click the **edit** link for the session you want to update, or click **Add Session** to record a new training session. The Training Session Information screen appears.

4.  Complete all of the fields on this screen and click **Apply**.

5.  Click the **Additional Information** tab. The Additional Training Information screen appears.

6.  Select **Yes** or **No** to answer the first question. If you selected Yes, select **Yes** or **No** to answer all the remaining questions in this screen.

7.  Click the **Participants** tab. The Training Participants List screen appears.

8.  To enroll a provider member in this training session, click **Add Participant**. Complete the fields and click **Save**.

**Click here to record allowable costs the agency incurred when it conducted this training session.**

**Click here to record the list of providers who attended this training.**

**Enter the name of the session here.**

**Enter the date on which the session was held or is scheduled to be held.**

**Enter the start and end times this session was or is scheduled to begin and end.**

**Enter the number of hours it took to present this session here.**



**Click here to select the status of this training session record.**

**Enter the maximum number of participants here.**

# How to record a provider's service contract

Ohio SACWIS allows you to maintain your agency's contract with a provider for a specific service. You may need to update a contract for compliance monitoring and outcomes.

1. From the Home screen, click the **Provider** tab.

2. Click the **Workload** tab and display your workload. The providers assigned to you appear in a table.

3. Click the **select** link next to the ID of the provider whose details you want to view. The Provider Overview screen appears.

4. Click the **Contracts** link in the menu on the left. The Contracts list screen appears.

5. If you want to limit the display, select the criteria by which you want to filter the list of service contracts and click **Filter**. The service contracts that meet your criteria appear in the table below.

6. Click the **edit** link to update the details of an existing service contract record, or click **Add Contract** for a new service contract. The Contract Details screen appears.

7. Complete the fields on this screen. You must complete **Contract Begin**, **Contract Type**, **Contract End**, and **Status** fields.

8. If the contract includes service costs, enter cost information. Complete these fields and click **Save**, then **Close**.

9. Click **Save**. You are returned to the Contracts list screen.



Enter the dates on which the contract begins and ends.

Select the type of service contract here.

Select the status of this contract.

Click here to record a new amendment to this contract.

UG 1.6

# How to record a recruitment plan

By May 1st of every year, agencies must submit their recruitment plan to ODJFS. A recruitment plan describes the activities an agency will perform to recruit foster and adoptive families. The recruitment efforts help ensure that effective strategies are in place to meet adoption and foster care placement needs of children served by the counties. To save time, you can copy a plan created by your agency or another one, then customize it for the current-year plans at your agency.

1. From the Home screen, click the **Provider** tab, then click the **Recruitment** tab. The Recruitment Plan search screen appears.

2. If you want to limit the display select the criteria by which you want to filter the list of recruitment plans and click **Filter**. The recruitment plans that meet your criteria appear in the table below.

3. If you want to update an existing plan, click the **edit** link for the plan you want to update. If you want to copy an existing plan to create a new one, click the **copy** link. To start a completely new plan, click **Add Plan**. The Recruitment Plan Information screen appears.

4. Complete all of the fields in the Recruitment Plan Information box.

5. In the Recruitment Plan Detail box, click the **edit** link next to each topic. Describe the specific activities planned regarding this topic and click **Save**. You are returned to the Recruitment Plan screen. Repeat step 5 for each topic, click **Save**, then click **Process for Approval**.

**Click here to enter the date on which the recruitment plan will no longer be effective.**

**Select the type of recruitment plan here.**

**Enter the name of the recruitment plan here.**

**Enter the date on which the recruitment plan is effective here.**



# How to record a recruitment event

Recruitment events are held on behalf of an agency or provider to recruit potential foster or adoptive parents. Although it is optional, recording recruitment event activities can help support the agency's future recruitment planning. To save time, you can copy an event from your agency or another, then change the details to describe the new event.

1. From the Home screen, click the **Provider** tab, then click the **Recruitment** tab. The Recruitment Event search screen appears.

2. Click **Events**. The recruitment event search screen appears.

3. If you want to limit the display select the criteria by which you want to filter the list of recruitment events and click **Filter**. The recruitment events that meet your criteria appear in the table below.

4. If you want to update an existing event, click the **edit** link for the event you want to update. If you want to copy an existing event to create a new one, click the **copy** link. To start a completely new event, click **Add Event**. The Event information screen appears.

5. Complete the details of the event and click **Save**.

**Click here to record the details of a recruitment event.**

**Click here to record outcomes after an event.**

**Complete these fields to record basic information about this event.**

**The screen includes other optional fields for collecting additional information about an event.**



UG 1.6

# Chapter 10
# Financial Management

## Chapter contents

*Financial Management,  10-2*

How to record agency services,  10-3
How to view a placement or service authorization,  10-4
How to record a placement or service authorization,  10-5
How to view a child's benefit accounts and payments,  10-6
How to record a child's benefit account or payment,  10-7
How to generate payment requests,  10-8
How to view a payment requests roster,  10-9
How to create a payment requests roster,  10-10
How to disburse payments,  10-11
How to view an agency repayment plan,  10-12
How to view and record payment adjustments,  10-13
How to view a child's eligibility/reimbursability history,  10-14
How to determine IV-E foster care maintenance eligibility,  10-15
How to determine IV-E adoption assistance eligibility,  10-16
How to view Medicaid, HMO, and MMIS histories and record information,  10-17
How to view a child's CRIS-E information,  10-18

# Financial Management

Financial Management tasks are performed by caseworkers and financial workers. They are organized in the following functions:

- Services administration
- Eligibility and reimbursability determination
- Medicaid and HMO reimbursement
- Child benefits
- Payment rosters and adjustments.

## Services administration

The caseworkers complete requests for placement and service authorizations, entering the details of the placement or service on the case record. The financial worker records the authorizations for placements or services documented on the case record.

## Eligibility and reimbursability

As an eligibility specialist, you use Ohio SACWIS to determine a client's eligibility for federally funded programs under Title IV-E. The programs include foster care maintenance (FCM) and adoption assistance (AA) payments for eligible children in temporary or permanent custody of your agency. If the client is eligible for FCM, the agency is generally reimbursed for payments made during a placement episode.

## Child benefits

A child's benefit payments (child support, SSA, SSI, and so on) are used to offset the cost of the child's care. Payments are made to benefit accounts, which are established when a benefit application is submitted. The account is used to document whether the application is accepted, rejected, or closed, and to accept approved benefit payments.

## Medicaid and HMO reimbursement

A Medicaid record is automatically created in the Medicaid Management Information System (MMIS) and in Ohio SACWIS when the child has been determined eligible for FCM or AA reimbursements under Title IV-E. You can record a child's enrollment in a health maintenance organization (HMO), information which is also stored in MMIS.

## Payment rosters and adjustments

A payment requests roster organizes payment requests ready for payment into logical groupings for ease of validation and approval. These groupings are organized according to your agency practices. You can view a history of the payment requests that have been paid, in order to determine the payee, disbursement date, payment ID number, adjustment ID number, amounts, dates, and so on.

**This chapter explains:**

- How to record agency services
- How to view a placement or service authorization
- How to record a placement or service authorization
- How to view a child's benefit accounts and payments
- How to record a child's benefit account or payment
- How to generate payment requests
- How to view a payment requests roster
- How to create a payment requests roster
- How to disburse payments
- How to view an agency repayment plan
- How to view and record payment adjustments
- How to view a child's eligibility/reimbursability history
- How to determine IV-E foster care maintenance eligibility
- How to determine IV-E adoption assistance eligibility
- How to view Medicaid, HMO, and MMIS histories and record information
- How to view a child's CRIS-E information

# How to record agency services

Some agency services are provided at no cost, for example, case management supportive services, life skills, and so on. Other services include standardized services that an agency provides at a cost. This cost may be adjusted by certain cost factors, like the child's age, or customized to accommodate the agency's practices.

1. From the Home screen, click the **Financial** tab, click the **Services** tab, and click the **Maintain Service** link in the menu on the left. The Agency Services search screen appears.

2. In the **Agency** field, select the agency whose service information you want to update.

3. Click **Search**. The service record(s) that meet your criteria appear in the search results table.

4. Click the **edit** link for the service record you want to update, or select a **Service Category** and click **Add Service** for a new service. The Agency Services Detail screen appears.

5. Complete the fields on this screen. You must complete at least the **Service Description** and **Service Long Description**. Both of these descriptions must be unique within your agency.

6. Select each check box that applies to this service, including the **Unpaid Service** check box.

7. Click **Apply** to save the information. To add service costs for standardized services, click **Add Service Cost**.

8. Click **Save**. You are returned to the Agency Services search screen.



Click here to display information related to agency services, statewide and provider ceilings, and service authorization.

Click here to display Financial information related to agency services, child eligibility, payments and benefits.

Click here to edit or view agency services.

Click here to edit or view statewide ceilings.

Click here to edit or view provider ceilings.

Click here to edit or view a service authorization.

Click here to select the agency you want to record services for.

Click here to select the service type and category you want to record.

Click here to select the order in which you want to see the services.

Click here to edit or view a service category and type for an agency.

# How to view a placement or service authorization

The caseworkers complete requests for placement and service authorizations, entering the details of the placement or service on the case record. The financial worker records the authorizations for placements or services documented on the case record.

1. From the Home screen, click the **Financial** tab, click the **Services** tab, then click the **Service Authorization** link in the menu on the left. The Service Authorizations list screen appears. It lists placement or service authorizations.

2. Click the **view** link for the authorization you want to view. The Service Authorization Detail screen appears.

The cost type on this screen appears as "Contracted" for contracted costs or "Standardized" for standardized costs. If the system does not find either cost type record in the system, "User Defined" appears. For standard and contract costs, the screen retrieves the cost information from the Agency Services screen or on the provider's Contract Details screen.

3. Click **Close**. You are returned to the Service Authorization list screen.



*Ohio SACWIS*
User Guide

*Financial Management* | **10-5**

# How to record a placement or service authorization

Caseworkers complete requests for placement and service authorizations, entering details of the placement or service on the case record. As the financial worker, you record the authorizations for placements or services documented on the case record.

1.  From the Home screen, click the **Financial** tab, click the **Service** tab, then click the **Service Authorization** link in the menu on the left. The Service Authorizations list screen appears. It lists placement or service authorizations.

2.  Click the **edit** link for the placement or service you want to authorize. The Service Authorization Detail screen appears.

3.  Enter information in this screen as needed. Enter any details about this authorization in the **Comments** field.

4.  If a standardized or contract cost is not already in the system, **add a per diem cost**. You can add any additional per diem costs; however, all such costs are applied to the overall maintenance ceiling.

5.  Click **Process for Approval**. The authorization is sent to your supervisor for approval.

6.  If this authorization requires an out-of-cycle payment for an added cost, click **Generate Payment**, then click **Save**. You are returned to the Service Authorization list screen.

**Click here to display information related to agency services, statewide and provider ceilings, and service authorization.**

**Click here to display Financial information related to agency services, child eligibility, payments and benefits.**



**Enter the number of units that are approved for a service.**

**Enter additional comments about the cost. You can enter up to 4000 characters.**

# How to view a child's benefit accounts and payments

A child's benefit payments (child support, SSA, SSI, and so on) are used to offset the cost of the child's care. Payments are made to benefit accounts, which are established when a benefit application is submitted. The account is used to document whether the application is accepted, rejected, or closed, and to accept approved benefit payments.

1. From the Home screen, click the **Financial** tab, and click the **Benefits** tab. The Client Benefit Account search screen appears.

2. Enter either the child's social security number, Person ID, or IV-E (SETS) case number.

3. Click **Search**. The client accounts that meet your search criteria appear in the search results table.

4. Click the **view** or **edit** link next to the account or benefit record you want to view. The Add/Update Account or Add/Update Benefit screen appears.

5. Click **Cancel**. You are returned to the Client Benefit Account search screen.

**Click here to display Financial information related to agency services, child eligibility, payments and benefits.**

**Click here to display client benefit account information.**

**Enter one of these fields and click Search to select a client benefit account.**



UG 1.6

# How to record a child's benefit account or payment

A child's benefit payments (child support, SSA, SSI, and so on) are used to offset the cost of the child's care. Payments are made to benefit accounts, which are established when a benefit application is submitted. The account is used to document whether the application is accepted, rejected, or closed, and to accept approved benefit payments.

1. From the Home screen, click the **Financial** tab, and click the **Benefits** tab. The Client Benefit Account search screen appears.

2. Enter either the child's social security number, Person ID, or IV-E (SETS) case number.

3. Click **Search**. The client accounts that meet your search criteria appear in the search results table.

4. Click the **edit** link next to the account you want to update, or click **Add Account** for a new account, or **Add Benefit** for a new benefit. The Add/Update Account or Add/Update Benefit screen appears.

5. Complete the fields on this screen.

6. Click **Save**. You are returned to the Client Benefit Account search screen.

**Click here to display Financial information related to agency services, child eligibility, payments and benefits.**

**Click here to display client benefit account information.**



**Enter the client's social security number here.**

**Click here to initiate the search.**

**Click here to add a new account for a client.**

*Financial Management*

*Ohio SACWIS*
User Guide

# How to generate payment requests

Each month you process your agency's payroll, or generate payment requests. The system retrieves the service authorizations due for payment in the month you select, as well as any adjustments the system calculated automatically.

1. From the Home screen, click the **Financial** tab, click the **Payment** tab, and click the **Payment Request Processing** link in the menu on the left. The Process Payment Requests screen appears.

2. Complete the **Begin Date** and **End Date** fields to indicate the month for which you are processing the payroll.

3. Select the check box next to each service authorization type you want to process.

4. Click **Process** to process the payroll. (If you click **Refresh**, the system removes your entries and refreshes the screen.)

**Click here to display Financial information related to agency services, child eligibility, payments and benefits.**

**Click here to display payment information, including requests, rosters, and disbursements.**

**Click here to process payment requests.**

**Click here to create or select a payment roster.**

**Click here to view a payment request roster.**

**Click here to create a manual payment request.**

**Click here to view or adjust a payment.**

**Click here to submit a roster for disbursement.**

**Click here to disburse payments.**

**Click here to create or update repayment plan details.**

**Click here to process reimbursement invoices.**

**Click here to disburse adoption subsidies.**



# How to view a payment requests roster

A payment requests roster organizes payment requests ready for payment into logical groupings for ease of validation and approval. These groupings are organized according to your agency practices.

1. From the Home screen, click the **Financial** tab, click the **Payment** tab, and click the **Payment Requests Roster** link in the menu on the left. The Payment Requests Roster Search Criteria screen appears.

2. Complete the **Worker** and **Roster Name** fields to select the roster you want to view.

3. Click **Search**. The roster appears in the search results table, along with payment totals.

4. Click the plus sign for a payment record to see additional details about that service authorization. A new line appears in the table for that record.

5. Click the payee name link to view the provider's information.

6. Click the person name link to view the payment history page for the child named in the record.



UG 1.6

# How to create a payment requests roster

A payment requests roster organizes payment requests ready for payment into logical groupings for ease of validation and approval. At the highest level, rosters are organized according to the fiscal worker. Beyond that level, the system gives you a great deal of flexibility in organizing rosters. For example, you might want to group foster care miscellaneous services along with regular foster care payments to make it easy to view all activity for a particular provider.

1. From the Home screen, click the **Financial** tab, click the **Payment** tab, and click the **Payment Requests Search** link in the menu on the left. The Payment Requests search screen appears.

2. Complete the fields in the Search Criteria area to select the criteria of the roster you want to create.

3. Click **Search**. The payment requests that meet your criteria appear in the search results table.

4. Review the list of payment request records and click **Create Roster**. The Create Roster screen appears.

5. Either select an existing category in the **Select Category** field or enter the name of a new category in the **Roster Category** field.

6. Enter a name for this roster in the **Roster Name** field. Refer to the names currently in use to avoid duplication.

7. Click **Save**. You are returned to the Process Payment Requests search screen.



**Click here to display Financial information related to agency services, child eligibility, payments and benefits.**

**Click here to display payment information, including requests, rosters, and disbursements.**

**Click here to create or select a payment roster.**

# How to disburse payments

Once payment requests are approved, you collect completed rosters into single or multiple files. If the roster files look correct, you disburse these files to the agency's accounting system for final processing and payment.

1. From the Home screen, click the **Financial** tab, click the **Payment** tab, and click the **Submit Rosters for Disbursement** link in the menu on the left. The Submit Rosters for Disbursement screen appears.

2. Select the check box next to each roster you want to include in this file.

3. Select the disbursement file name in the **Select Disbursement** field, or enter a new file name in the **New** Disbursement field.

4. Click **Save** and repeat steps 2-4 for each disbursement file.

5. Click the **Disburse Payment** link in the menu on the left. The Disburse Payment search screen appears.

6. Enter the file name in the Disbursement Name field and click **Search**. The search results table is displayed.

7. Select **Payment Report** in the **Option** field, then click **Go**. The system displays the Payment Report.

8. Verify the payment requests.

9. If they appear to be correct, select **Final Payment** in the Option field, enter the disbursement date in the **Disburse Date** field, then click **Go**. The disbursement file is sent to the agency account system for final processing and payment.



# How to view an agency repayment plan

A repayment plan is created when an agency receives more from the State in IV-E reimbursements than it was actually due. Typically, the agency discovers that children who have been receiving IV-E payments are not actually eligible for them, and the agency must return those funds to the State. An agency may elect to return the funds over a period of time, according to a repayment plan.

1. From the Home screen, click the **Financial** tab, then click the **Payment** tab, then click the **Agency Repayment Plan** link in the menu on the left. The Agency Repayment Plan search screen appears.

2. In the **Agency** field, select the agency whose plan you want to view.

3. Indicate whether you want to view active, closed or both types of repayment plans.

4. Click **Search**. The repayment plan(s) for the agency you selected appear in the search results table.

5. Click the check box for the repayment plan whose transactions you want to use, or click the check box in the Select column heading to view transactions in all repayment plans.

6. Click **Show Selected Transactions**. The Payment Transaction Details screen appears.

7. Click **Close**. You are returned to the Agency Repayment Plan search screen.



# How to view and record payment adjustments

The system generates most payment adjustments automatically, when rate and service authorization changes are made during a claim period. Adjustments are made manually for situations that the system does not handle automatically. Adjustments automatically generate payment request records and can be viewed during payment processing.

1. From the Home screen, click the **Financial** tab, click the **Payment** tab, and click the **Payment History Search** link in the menu on the left. The Payment History search screen appears.

2. Click the link for the search criteria you want to use, then enter the criteria.

3. Click **Search**. The records that match your criteria appear in the search results table.

4. To adjust a payment request, click the **adjust** link for the payment request record you want to adjust. The Payment Adjustment Details screen appears. When you record an adjustment, the system generates a reversal of the original payment request and creates a corrected payment request, or "replacement."

5. To view the details of the adjustment, click the **replacement** link for the record you want to view.

6. Click **Add Replacement**. The Replacement Details screen appears. Complete the fields and then click **Save**. You are returned to the Payment Adjustment Details screen.



**Click here to display Financial information related to agency services, child eligibility, payments and benefits.**

**Click here to display payment information, including requests, rosters, and disbursements.**

**Click here to view or print a payment request history, or to record payment adjustments.**

**Click on one of these links to search for a payment request history based on payee, provider, person, or payment.**

**Click here to initiate the search.**

# How to view a child's eligibility/reimbursability history

As an eligibility specialist, you use Ohio SACWIS to determine a client's eligibility for federally funded programs under Title IV-E. The programs include foster care maintenance (FCM) and adoption assistance (AA) payments for eligible children in temporary or permanent custody of your agency. If the client is eligible for FCM, the agency is generally reimbursed for payments made during a placement episode.

1.  From the Home screen, click the **Financial** tab, click the **Eligibility** tab, and click the **Eligibility/Reimbursability** link in the menu on the left. The Child Selection screen appears.

2.  Click **Person Search**, then locate and select the child whose eligibility you want to view. After you select the child, the screen displays histories of the eligibility and reimbursability records.

3.  Click the **view** link for a record to view the details.

4.  Click **Cancel**. You are returned to the history screen.

Click here to display Financial information related to agency services, child eligibility, payments and benefits.

Click here to display information related to eligibility/reimbursability, Medicaid eligibility, adoption subsidies, and CRIS-E.

Click here to determine a client's eligibility for federally funded programs under Title IV-E and to view or update Medicaid and HMO reimbursement

Click here to view adoption subsidies.

Click here to view Medicaid eligibility details.

Click here to view CRIS-E details.

Click here to add new program eligibility details.

Click here to add new reimbursability details.

Click here to search and select the child for whom you want to view eligibility and reimbursability details.



# How to determine IV-E foster care maintenance eligibility

As an eligibility specialist, you use Ohio SACWIS to determine a client's eligibility for federally funded programs under Title IV-E. The programs include foster care maintenance (FCM) and adoption assistance (AA) payments for eligible children in temporary or permanent custody of your agency.

1.  From the Home screen, click the **Financial** tab, click the **Eligibility** tab, and click the **Eligibility/Reimbursability** link in the menu on the left. The Child Selection screen appears.

2.  Click **Person Search**, then locate and select the child whose eligibility you want to view.

3.  Click the **edit** link to complete an existing eligibility record that's in "Pending" status, or click **Add Eligibility** to create a new eligibility determination record. The Eligibility screen appears.

4.  Complete these fields if necessary: **Determination Type**, **Effective Date**, **Eligibility Month**.

5.  Click links to **View Requirements 1-6** and **View Requirements 7-9**. Complete required fields and click **Save**. You are returned to the Initial Reimbursability screen.

6.  Click **Determine Reimbursability**. The system processes the reimbursability rules, then displays the result.

7.  Click **Save** to accept this determination. The system displays a dialog box asking you to confirm the action.

8.  Click **OK** to save this determination and freeze the record from further updates. Or click **Cancel** to stop the action.

**Click here to select the type of eligibility determination. The system defaults to Initial. You can select another type if an initial record already exists.**



# How to determine IV-E adoption assistance eligibility

When you receive a completed application for a IV-E Adoption Assistance (AA) subsidy, you use Ohio SACWIS to determine whether the family is eligible to receive the subsidy. When the system determines a child's eligibility, it checks to see that certain criteria are met.

1. From the Home screen, click the **Financial** tab, click the **Eligibility** tab, and click the **Adoption Subsidy** link in the menu on the left. The Adoption Subsidy Program screen appears.

2. Click **Person Search**, then locate and select the child whose subsidy history you want to view.

3. Click **Provider Search** and locate and select the adoptive parents. You must select a provider before you can add a subsidy request.

4. Select AA in the **Subsidy Type** field.

5. Click **Add Subsidy**. The system displays the Adoption Assistance Subsidy screen.

6. Complete all required fields.

7. Click the **Special Needs Criteria** link and indicate any special needs the child may have.

8. Click the **Eligibility Requirements** link and indicate any qualifications, including ADC relatedness determination.

9. Click **Save**. You are returned to the Adoption Assistance screen. Then click **Determine Eligibility**. The system responds with a determination decision and date.

**Click here to display Financial information related to agency services, child eligibility, payments and benefits.**

**Click here to display information related to eligibility/reimbursability, Medicaid eligibility, adoption subsidies, and CRIS-E.**

**Click here to determine eligibility for IV-E adoption assistance.**

**Click here to locate and select the adoptive parents.**

**Click here to edit an existing adoption subsidy.**

**Click here to create a new subsidy.**

**Click here to create a new review.**



UG 1.6

# How to view Medicaid, HMO, and MMIS histories and record information

A Medicaid record is automatically created in the Medicaid Management Information System (MMIS) and in Ohio SACWIS when a child is determined eligible for FCM or AA reimbursements under Title IV-E. The system also allows you to record a child's enrollment in a health maintenance organization (HMO), which sends the information to MMIS.

1. From the Home screen, click the **Financial** tab, click the **Eligibility** tab, and click the **Medicaid Eligibility** link in the menu on the left. The Medicaid Eligibility screen appears.

2. Click **Person Search**, then locate and select the child whose Medicaid eligibility you want to view. After you select the child, the screen displays histories of the Medicaid, HMO, and MMIS records.

3. To view the details of a record, click the **view** link. To edit a record in "Pending" status, click the **edit** link. Or, to add a new application, click **Add Application**. The Medicaid Application screen appears. Complete the fields on this screen and click **Save**.

4. To add a new HMO Enrollment record, click **Add HMO Enrollment**. The HMO Enrollment Information screen appears. Complete the fields on this screen and click **Save**.



# How to view a child's CRIS-E information

The system allows you to initiate a CRIS-E inquiry for a child in the custody of a IV-E agency. This inquiry allows you to view a side-by-side comparison of information in the CRIS-E and Ohio SACWIS databases and ensure that information is accurate in both systems. From Ohio SACWIS you cannot view all of the CRIS-E details, just enough to help you determine a child's Title IV-E eligibility.

1. From the Home screen, click the **Financial** tab, click the **Eligibility** tab, and click the **CRIS-E Inquiry** link in the menu on the left. The CRIS-E Data Inquiry screen appears.

2. Click **Child Search**, then locate and select the child whose CRIS-E case information you want to view.

3. To view case member details, click the **view** link for the case member. The CRIS-E Demographics screen appears.

4. Click the **Financial** tab to view financial details in CRIS-E, including the case member's employment history, unearned income, and assets.

5. Click the **Additional** tab to view other details in CRIS-E, including the case member's citizenship, school information, deprivation statement, and intentional program violation indicator.

6. Click **Close** to return to the CRIS-E Case Information screen.

7. Click **Exit Window** to close the CRIS-E window.



**Click here to display Financial information related to agency services, child eligibility, payments and benefits.**

**Click here to display information related to eligibility/reimbursability, Medicaid eligibility, adoption subsidies, and CRIS-E.**

**Click here to initiate a CRIS-E inquiry for a child in the custody of a IV-E agency.**

**Click here to view CRIS-E case, demographic, financial, and other information for a child.**

# Chapter 11
# *Adoption Services*

## Chapter contents

*Adoption Services,  11-2*

How to view adoption case details,  11-3
How to create an adoption case,  11-4
How to record recruitment activities,  11-5
How to record a child study inventory facesheet,  11-6
How to search for adoptive families,  11-7
How to record pre-adoptive staffing details,  11-8
How to record a matching conference,  11-9
How to record an adoptive placement decision,  11-10
How to record a finalization checklist,  11-11
How to secure and close an adopted child's record,  11-12

UG 1.6

# Adoption Services

An adoption case is created when an agency is granted permanent custody of a child and seeks to find an adoptive home for the child. The adoption case includes only the adoptive child(ren) and allows you to track the activities related to adoptive cases, for example, recruitment, case plans, Ohio Adoption Photo Listing (OAPL) registration, the child study inventory, adoptive placement, and finalization. An adoption case may have more than one child if the children are being adopted together.

## Case plan

When you create an adoption case, the system copies the case plan to the new adoption case when the case plan meets these criteria:

- The child(ren) selected for the adoption case are the only participants in the case plan
- The case plan type is "Proposed"
- The case plan status is "Approved"
- The child's permanency planning goal is "Adoption"

## Other records

The system maintains links from the new adoption case to the following existing records for that child:

- Person profile, including the child's current legal status and legal status history
- Medical profile
- Education profile
- Eligibility record
- Services
- Placement history and current placement record
- Removal information

## Closed adoption cases

The case is closed when the adoption is finalized and all relevant information has been completed. When the supervisor approves the closing and sealing of the adoption case, the system does the following:

- Applies the provider's address to the address on each child's person profile.
- Adds the child to the adoptive provider as a new child household member, with member type "Permanent." The effective date is the journalized date for adoption finalization.
- Creates a new person profile record for the adopted child, with a new person ID number, and with a link to the original person profile and person ID. The system restricts access to the adoption record of that child. Only workers with the appropriate security profile may access the child's original adoption case and person profile.
- Displays an indicator that the child displayed through a person search was adopted, and that a case displayed in a case search is an adoption case.
- Restricts access to the child's adoptive name, person profile, adoptive placement record, and adoption case to workers with a select security profile.

**This chapter explains:**

- How to view adoption case details
- How to create an adoption case
- How to record recruitment activities
- How to record a child study inventory facesheet
- How to search for adoptive families
- How to record pre-adoptive staffing details
- How to record a matching conference
- How to record an adoptive placement decision
- How to record a finalization checklist
- How to secure and close an adopted child's record

## How to view adoption case details

When an agency is given permanent custody of a child, the process begins for finding an adoptive home for that child. An adoption case is created to record the details.

1. From the Home screen, click the **Case** tab.

2. Click **Workload**. The Case Workload screen appears.

3. Click your name.

4. Click the case number ID link for the adoption case you want to view. The Case Overview screen appears.

5. Click the **View Member Details** link in the Case Actions area to view the child(ren) in the case. The Case Member Information screen appears.

6. Click each of the links to view additional information:

Adoption Details, Child Study Inventory, Adoption Subsidy, Medicaid Eligibility, and ICPC/ICAMA.

7. Click **Cancel** to return to the previous screen.

8. Click the **Placement/Finalization/Case Closure** tab. The Adoption/Placement/Finalization Information screen appears.

9. Click the **edit** or **view** link to view details about the child's adoptive placement and adoption case finalization. The Adoption Placement/Finalization Details screen appears.

10. Click **Cancel** or **Close** to return to the previous screens. Click the **Access Original Case** link to view the child's original case with the birth parents.

**Click here to view whether adoption placement and finalization activities have been completed.**



**Click here to view details on this case member.**

**Click here to view details about recruitment activities, siblings, birth parents, and adoption subsidies.**

**Click here to view child study inventory (CSI)/ facesheets that have been recorded for a child.**

**Click here to view details about adoption subsidies.**

**Click here to view a summary of the child's Medicaid eligibility determinations.**

**Click here to view details about interstate transfers.**

## How to create an adoption case

When your agency is given permanent custody of a child, you can create an adoption case for the child and begin recording the details of the adoption process. You can also select a child from another open case and add that child to this adoption case if your agency must have permanent custody of that child before the adoption process can proceed.

1.  From the Home screen, click the **Case** tab.
2.  Click **Workload**. The Case Workload screen appears.
3.  Click your name.
4.  Click the case number ID link for the adoption case you want to view. The Case Overview screen appears.
5.  Click the **Adoption** link in the menu on the left. The Child

Members screen appears.

6.  Select the check box next to each child who is a member of the new adoption case. Also select one of the children in the **Case Reference Person** field.
7.  Click **Create Adoption Case**. The system displays a dialog box explaining that the child(ren) you selected will be removed permanently from the original case. **Note**: Creating an adoption case cannot be reversed.
8.  Click **OK** to create the adoption case. The New Adoption Case Details screen appears.
9.  Click **Worker Assignment** to assign the new adoption case to an adoption worker.



Click here to display the Case Workload screen.

Select the check box next to each child who is a member of the new adoption case.

Click here to create a new adoption case. Note that this cannot be reversed.

Click here to associate the child(ren) in an existing adoption case.

Click here to create an adoption case and display the Child Members screen.

# How to record recruitment activities

As part of the adoption case actions, you record the activities the agency has taken to recruit adoptive families for the child(ren) in the adoption case.

1. From the Home screen, click the **Case** tab. The Case Workload screen appears.

2. Click the case ID number link for the adoption case you want to update. The Case Overview screen appears.

3. Click the **View Member Details** link in the Case Actions area. The Case Member Information screen appears.

4. Click the **Adoption Details** link for the child for whom you are recruiting an adoptive family. Recruitment details are recorded separately for each child. The Recruitment

Activity Information screen appears.

5. Click the **edit** link next to the recruitment activity you want to update. The Activity Description Details screen appears.

6. In the **Describe** narrative field, enter a detailed description of the specific actions taken.

7. Click **Save**. You are returned to the Recruitment Activity Information screen.

8. Click **Save**. You are returned to the Case Member Information screen. If you completed the same activity for more than one child in this case, repeat steps 4-7 for each child.

**Click here to add or update sibling information and visitation plans.**

**Click here to review or update birth parent information.**

**Click here to review a child's eligibility for adoption subsidies.**



*Adoption Services*

*Ohio SACWIS*
User Guide

# How to record a child study inventory facesheet

A child study must be completed periodically for every adoptive child. You complete the child study according to the practices of your agency. In Ohio SACWIS, you must record only the facesheet, which provides a convenient listing of the medical resources and the items that will be given to the adoptive parents at placement.

1. From the Home screen, click the **Case** tab.

2. Click **Workload**. The Case Workload screen appears.

3. Click your name.

4. Click the case number ID link for the adoption case you want to view. The Case Overview screen appears.

5. Click the **View Member Details** link in the Case Actions area. The Case Member Information screen appears.

6. Click the **Child Study Inventory** link for the child you're interested in. The Child Study Inventory Facesheet screen appears.

7. Click the **edit** link for the facesheet you want to view, or click **Add CSI Facesheet** to record a new facesheet. The Child Study Inventory Details screen appears.

8. Select the applicable check boxes and complete the applicable narrative fields on this screen.

9. Click **Save**. You are returned to the Child Study Inventory Facesheet screen.

10. Click **Close** on the next two screens to return to the Case Overview screen.

Enter the date this facesheet is completed here. A child's case can have only one "initial" CSI facesheet record.

Click here to select the check box next to each item that was provided to the adoptive parents. You can select more than one box. If you select Other, enter a detailed description below.

Enter a detailed description of the child's needs here.

Click here to select the check box next to each item that will be provided to the adoptive parents at placement. If you select Other, enter a detailed description below.



# How to search for adoptive families

When you conduct a search for adoptive families, the system locates an adoptive family whose service type and other criteria match the needs and characteristics of the adoptive child you select on this screen. You match providers for one child at a time. Once the potential adoptive families have been identified, you record a pre-matching decision.

1. From the Home screen, click the **Case** tab.

2. Click **Workload**. The Case Workload screen appears.

3. Click your name.

4. Click the case number ID link for the adoption case you want to view. The Case Overview screen appears.

5. Click the **Potential Adoptive Families** link in the menu on the left. The Potential Adoptive Families screen appears.

6. Select the child's name in the **Child Name** field, and click **Search Families**. The Provider Match screen appears.

7. Enter the adoptive family criteria. You must complete the **Agency** field. **Service Category** and **Service Type** fields are already completed.

8. Click **Search** to display the Provider Match Search Results.

9. Click **OK**. The Potential Adoptive Families screen appears.

10. Click the child name link. The child's match history displays the search you just conducted.

11. Click the **View Results** and **View Criteria** links to display further details.

12. Click **Close** to return to the previous screen.

**Click here to display the Case Workload screen.**

**Click here to display the child's match history for the search you requested.**

**Click here to display the Potential Adoptive Families screen.**



**Select the child's name and click here to display the Provider Match screen.**

**Click here to view a summary of the criteria used in the search.**

**Click here to view all of the adoptive family matches found in the search.**

# How to record pre-adoptive staffing details

An initial pre-adoptive staffing conference is a formal meeting scheduled soon after the agency is granted permanent custody of a child. The conference includes workers on the child's original case, and the child's adoption case, as well as other invitees who plan the transfer of the case.

1. From the Home screen, click the **Case** tab.
2. Click **Workload**. The Case Workload screen appears.
3. Click your name.
4. Click the case number ID link for the adoption case you want to view. The Case Overview screen appears.
5. Click the **Placement Decision/Staffing** link in the menu on the left. The Placement Decision Process screen appears.

6. Click the child name link. A table displaying each pre-adoptive staffing record appears.
7. Click the **edit** or **view** link next to the record you want to view. The Pre-adoptive Staffing Participants screen appears.
8. Click the following tabs and complete the fields on these screens; **Child Adoptive Information, Child Needs, Pre-Adoptive Staffing Summary**, and **JFS01690**.
9. Click **Save**. You are returned to the Placement Decision Process screen.



*Ohio SACWIS*
User Guide

*Adoption Services*

**11-9**

## How to record a matching conference

The matching conference is a formal meeting in which representatives of the agency and others examine how well matched a child and adoptive family are. You first record when the conference is scheduled, and then you update the record to show the results of the conference.

1. From the Home screen, click the **Case** tab.

2. Click **Workload**. The Case Workload screen appears.

3. Click your name.

4. Click the case number ID link for the adoption case you want to view. The Case Overview screen appears.

5. Click the **Placement Decision/Staffing** link in the menu on the left. The Placement Decision Process screen appears.

6. Click the **Matching Conference** link. The Placement Decision **Process** screen displays.

7. Click the **edit** link or click **Add Matching Conference** to create a new record. The Matching Conference Planning Information screen appears. Complete the required fields and click **Save**.

8. Click **Add Participant** to identify the participants invited to the matching conference. The Match Conference Participant Details screen appears.

9. Complete the required fields and click **OK**. The Match Conference Planning Information screen appears.

10. Click the **Families Considered** tab and complete the required fields. Click **Save** to return to the Match Conference Planning Information screen.

**Click here to add or update the adoptive families who have been considered during the adoption process.**

**Click here to add or update the adoptive placement options, including families selected from matching conferences.**

**Enter the date on which the matching conference is scheduled.**

**Select the check box next to each sibling on this adoption case who was also considered in this matching conference.**

**Click here to select the participants who attended a pre-adoptive staffing conference.**

**Enter the date on which the matching conference occurred.**



# How to record an adoptive placement decision

Once the matching conference is complete, the agency selects a family with which to place the child(ren).

1. From the Home screen, click the **Case** tab.

2. Click **Workload**. The Case Workload screen appears.

3. Click your name.

4. Click the case number ID link for the adoption case you want to view. The Case Overview screen appears.

5. Click the **Placement Decision/Staffing** link in the menu on the left. The Placement Decision Process screen appears.

6. Click the **Matching Conference** link. The Child Selection for

Adoption Match Conference screen displays.

7. Click the **edit** link for the conference on which the placement decision is based. The Match Conference Planning Information screen appears.

8. Click the **Placement Decision** tab. The Placement Decision screen appears.

9. Click the **Family Response** link. The Family Response Details screen appears. Complete the fields on this screen.

10. Click **OK**. You are returned to the Placement Decision screen.

11. Complete the two narrative fields on this screen.

12. Select the **Matching Conference Completed** check box.

13. Click **Save**. You are returned to the Placement Decision Process screen on the **Matching Conference** tab.

**Click here to add or update details of the matching conference, including date held, siblings included, and participants.**

**Click here to add or update the adoptive families who have been considered during the adoption process.**

**Click here to add or update the adoptive placement options, including families selected from matching conferences.**

**Enter narrative text here describing any other considerations or components that affected the adoptive placement selected.**

**Enter narrative text here summarizing the results of the matching conference.**



# How to record a finalization checklist

On the child's adoption case, you keep track of the activities and events by maintaining a short finalization checklist. This checklist is a simple reference to the status of the adoption. When the adoption is actually finalized, you record the court ruling and the change to the child's legal status in the system.

1. From the Home screen, click the **Case** tab.

2. Click **Workload**. The Case Workload screen appears.

3. Click your name.

4. Click the case number ID link for the adoption case you want to view. The Case Overview screen appears.

5. Click the **View Member Details** link in the Case Actions area. The Case Member Information screen appears.

6. Click the **Placement/Finalization/Case Closure** tab. The Adoption Placement/Finalization Information screen appears.

7. Click the **edit** link for the child whose finalization information you want to update. The Adoption Placement/Finalization Details screen appears.

8. In the Finalization Checklist area, select the check box next to each activity that is completed.

9. Click **Save**. You are returned to the Adoption Placement/Finalization Information screen. If all of the finalization checklist items have been checked, the summary table on this screen indicates the checklist is complete.

10. Click **Close** to return to the Case Overview screen.



# How to secure and close an adopted child's record

Once the finalization decision has been recorded, you secure the record of each adopted child in the adoption case. At the end of this process, the adopted child is given a new person ID, and the child's original person profile and case are restricted.

1. From the Home screen, click the **Case** tab.

2. Click **Workload**. The Case Workload screen appears.

3. Click your name.

4. Click the case number ID link for the adoption case you want to view. The Case Overview screen appears.

5. Click the **View Member Details** link in the Case Actions area. The Case Member Information screen appears.

6. Click the **Placement/Finalization/Case Closure** tab. The Adoption Placement/Finalization Information screen appears.

7. Click the **Validate Adoption Case Closure** link above the summary table. The system ensures the adoption case is complete and displays any missing information on the Adoption Case Closure Validation Details screen.

8. If all items are resolved, click **Process Approval** to submit the case for supervisory approval.

9. Complete any missing information, then click **Close** to return to the previous screen.

10. Once the case passes validation, click the **security approval** link. The system submits the case for supervisory approval.

**Click here to add or update the composition of the adoptive family and the parents' marital information.**

**Click here to display the Adoption Placement/ Finalization Information screen.**

**Click here to edit details for a child in the adoption case.**

**Click here to add details regarding a child in the adoption case.**



# Chapter 12
# Staff Management

## Chapter contents

*Staff Management,  12-2*

How to view and process pending approvals,  12-3
How to view worker information,  12-4
How to view worker assignments,  12-5
How to view a history of worker assignments on a case,  12-6
How to record a worker's job role,  12-7
How to view or record on-call workers,  12-8
How to assign a work item or workload,  12-9
How to close a worker assignment,  12-10
How to record a supervisory delegate,  12-11
How to view a worker's training history,  12-12
How to record competency information,  12-13
How to record a worker's training plan,  12-14

# Staff Management

Staff management involves performing a variety of supervisory tasks.

### About staff management

As a supervisor, you will use primarily two areas in Ohio SACWIS to perform the tasks related to managing the work of the staff in your unit:

- **Home tab**. From this tab you manage daily work items of your staff. You view your ticklers, as well as the ticklers of the workers you supervise. You view and address approval requests on such work items as intakes, assessments, case plans, recruitment plans, and so on. You also manage worker assignments and case transfers.

- **Administration tab**. From this tab you perform the tasks that are related to worker information. This includes on-call worker assignments, a worker's personal and employment information, worker training plans, and the assignment of supervisory delegates. You also go to this tab to generate standard reports.

**This chapter explains:**

- How to view and process pending approvals
- How to view worker information
- How to view worker assignments
- How to view a history of worker assignments on a case
- How to record a worker's job role
- How to view or record on-call workers
- How to assign a work item or workload
- How to close a worker assignment
- How to record a supervisory delegate
- How to view a worker's training history
- How to record competency information
- How to record a worker's training plan

# How to view and process pending approvals

Work items that require approval are displayed on the Pending Approvals screen. As a supervisor, you review this list to see the new approvals awaiting your review. As a worker, you review the list to monitor the status of each work item in the approval process.

1. From the Home screen, click the **Approvals** tab. The Pending Approvals screen appears.

2. Click the work item category link or the plus sign to view the work items. This opens a table, which lists the work tasks in that category and the status.

3. Click the link in the Task column to view the details of the work item.



Click here to display work items pending approval.

Click here to view tasks requiring approval and their status.

Click on the link to open the record.

Click here to modify this work item.

UG 1.6

# How to view worker information

Ohio SACWIS is used to maintain certain information about ODJFS workers.

1. Click the **search** header link at the top of the Home screen. The Ohio SACWIS Search screen appears.

2. Click the **Employee Search** tab. The Employee Search screen appears.

3. Enter search criteria. The quickest way to locate the worker's record is to enter the Employee ID number. If you don't have that, you can search by the worker's name, education level, and so on.

4. Click **Search**. The worker records that match your search criteria appear in the Employee Search Results table.

5. Click the **select** link next to the Person ID. The system displays the Employee Information screen of the worker's record. It displays the worker's county ID, email address, employment dates, and current job assignment(s).

6. Click **Job History** to view a summary of the worker's job assignments, dates, supervisors, and so on.

7. Click **BCI** to view the results of background checks.

8. Click **Demographics** to view the worker's education level, gender, languages, race, and ethnicity.

9. Click **Licenses** to view the worker's professional licenses.

10. Click **Cancel** to return to the previous screen.



Click here to view a summary of the worker's job assignments, dates, and so on.

Click here to view results of background checks.

Click here to view a worker's education level, gender, and so on.

Click here to view details of a worker's license.

Select this check box to record a worker leave or suspension.

Select this check box to record participation in the University Partnership Program.

Click here to edit details of the worker's current job.

Click here to add a new job for this worker.

Select this check box to record or clear a worker termination flag.

Select this check box to record a supervisor override.

Select this check box to record a waiver of first year requirements.

# How to view worker assignments

View worker assignments as follows:

1. From the Home screen, click the **Case** tab at the top of the screen. The Case Workload screen appears. It lists each worker in your unit.

2. If necessary, you can select the worker's name in the **Assignments for** field, then click **Show**.

3. Click the plus sign next to the worker name link. The screen displays the cases that are assigned to that worker.



# How to view a history of worker assignments on a case

From the main case profile screen, you can view a history of workers and supervisors currently or previously assigned to a case.

1. From the Home screen, click the **Case** tab at the top of the screen.

2. Click the **Workload** tab and display you workload. A listing of the cases assigned to you appears.

3. Select the case ID number link for the case you want to view. The Case Overview screen appears.

4. Click the **View Case Information** link in the Case Actions area. The Case Details screen appears.

5. From the Case Details screen, click the **View Assignment History** link. The Assignment History screen appears. It displays the workers' participation dates and other details.

6. Click the **Supervisors** link to view the supervisors who have been assigned to the case.

7. Click **Close**. You are returned to the Case Details screen.

8. Click **Cancel**. You are returned to the Case Overview screen.

**Click here to display the Assignment History screen and view worker's participation dates.**

**The workers assigned to the case appear here.**



# How to record a worker's job role

A job role refers to a worker's current job title, dates, and agency. It is also where you record the worker's supervisor. A worker may have only one supervisor, even if the worker is assigned to more than one unit.

1.  Click the search link at the top of the screen. The Ohio SACWIS Search screen appears.

2.  Click the **Employee Search** tab. The Employee Search screen appears.

3.  Enter search criteria. The quickest way to locate the worker's record is to enter the employee ID number. If you don't have that, you can search by the worker's name, education level, and so on.

4.  Click **Search**. The worker records that match your search criteria appear in the search results table.

5.  Click the **select** link next to the worker's name. The Employee Information screen appears.

6.  Click **Add Job**. The Job Details screen appears.

7.  Complete the fields on this screen. You must complete; **Start Date**, **County**, **Agency**, **Unit**, **Supervisor**, and **Job Title**.

8.  Click **Save**. You are returned to the Employee Information screen.

9.  Click **Save**. You are returned to the Employee Search screen.



Enter the Start Date for this job.

Select the county in which the worker performs this job.

Select the unit in which this job is performed.

Select the title for this job.

Select the agency in which the worker performs this job.

UG 1.6

# How to view or record on-call workers

Each county maintains a list of the dates and times their workers are on-call. (There are no on-call workers at the state level.)

1. From the Home screen, click the **Administration** tab, then click the **Staff** tab. The Staff Information screen appears.

2. Click the **On-Call Employee** link in the menu on the left. The On-Call Employee Search Criteria screen appears.

3. Select the **County** whose on-call worker list you want to view, if outside of your own county.

4. If you want to narrow the search, enter in the **Start Date** and **End Date** fields the date range during which workers are on-call.

5. Click **Search**. The workers who are currently on call during that time period appear in the On-Call Employee Search Results.

6. To update a worker's on-call details, click the **edit** link. To add a new on-call worker, click **Add On-Call Employee**. The Employee Search screen appears.

7. Enter search criteria, then click **Search**. Click the **select** link next to the employee name. The On-Call Employee Details screen appears.

8. Complete the fields on this screen. You must complete at least the **Start Date** and **Start Time** fields.

9. Click **Save** to return to the previous screen.

**Click here to select the county whose on-call worker list you want to view.**

**Click here to display On-Call Employee Search Criteria.**

**Enter Start and End Dates during which workers are on-call here.**

**Click here to initiate the search.**

**Click here to edit On-Call Employee information.**

**Click here to add On-Call Employee details.**



# How to assign a work item or workload

When you assign or reassign a work item, you assign ownership to another worker. Work items include intakes, cases, reports, and providers. You can also assign a whole workload or parts of it, if, for example, a worker goes on an extended leave. When the worker receives a new work item, he or she accepts it.

1. From the Home screen, click the **Assignments** tab. The Work Assignments screen appears.

2. In the **Assignments for** field, select the name of the worker whose assignments you want to view, then click **Show**. This person's workload is listed.

3. Click the name link or the plus sign to open the person's list of work items.

4. Click the check box next to the item you want to assign. Click all of the items to assign the whole workload.

5. Click **Assign**. The Assign Work Item screen appears.

6. Click the **select** link next to the person to whom you want to assign the item. The Employee Assignment screen appears.

7. Enter, in the **Start Date** field, the date the assignment begins, then click the check box next to each role the new worker will perform on this work item.

8. Click **Save** to return to the Work Assignments screen.



**Click here to assign a work item or workload.**

**Click here to select who you wish to view assignments for, then click Show.**

**Select this check box to identify to whom you wish to assign this task.**

**Click here to assign work item(s).**

**Click here to transfer this assignment to another worker.**

**Click here to edit the work assignment for this worker.**

UG 1.6

# How to close a worker assignment

If a worker is to be removed from supporting a work item, you can end the worker's assignment as long as there is at least one other worker assigned to the item.

1. From the Home screen, click the **Assignments** tab. The Work Assignments screen appears.

2. In the **Assignments for** field, select the name of the worker whose assignments you want to view, then click **Show**. This person's workload is listed.

3. Click the name link or the plus sign to open the person's list of work items.

4. Click the **edit** link next to the work item name. The Employee Assignment screen appears.

5. Complete the **End Date** field.

6. Write an explanation in the **Comments** field.

7. Click **Save**. You are returned to the Work Assignments screen.

**Enter the end date for this assignment here.**

**Enter narrative text here explaining the end of the worker's assignment.**



# How to record a supervisory delegate

A supervisory delegate makes work item assignments on behalf of a unit supervisor in the agency. (The system does not support cross-agency delegation.) Only a unit supervisor or a worker with a supervisor role may be a delegate.

1.  From the Home screen, click the **Administration** tab at the top of the screen, then click the **Staff** tab.

2.  Click the **Delegate Assignment** link in the menu on the left. The Current Delegates screen appears. It displays the workers who are currently or have been supervisory delegates in this agency.

3.  Click the **edit** link for a worker to update the assignment dates, then go to step 6. Or click **Add Delegate** to add a new

delegate. The Delegate Search screen appears.

4.  Enter the delegate's name, then click **Search**. The workers with the name you entered and who can be delegates appear in the search results table.

5.  Click the **select** link for the worker you want to assign as a delegate. The Delegate Details screen appears.

6.  Enter the dates during which this worker is a delegate. You must complete at least the **Start Date** field.

7.  Click **Save**. You are returned to the Delegate Search screen.

**Click here to display Staff tasks.**

**Click here to display Administrative tasks.**

**Click here to display the Current Delegates screen.**

**Click here to edit assignment dates.**

**Click here to display the Delegate Search screen and add a new delegate.**



UG 1.6

# How to view a worker's training history

Ohio SACWIS is used to maintain a worker's training plan and the progress toward the goals outlined in the plan. The plan consists of one or more competency areas, tracking skills in Core, Specialized, Related, ODJFS, and Agency-specific areas. One or more courses comprise a competency area. Only one training plan may be open for a worker at a given time.

1.  From the Home screen, click the **Administration** tab, then click the **Training** tab. The Competencies screen appears.

2.  Click the **Plans** link in the menu on the left. The Employee Search Criteria screen appears.

3.  Complete the search criteria and click **Search**. The

Employee Search Results are displayed below.

4.  Click the **select** link next to the employee ID, or click **Add Employee**. The Training Plan History screen appears.

5.  To view any courses the worker completed as part of the plan, click the plus sign or plan name link, then click **Record** link. The Training Plan Details screen appears.

6.  To view details of a course and competencies it addresses, click the **edit** link next to the course, then click **Cancel** to close the screen.

7.  To view plan details, click the **edit** link for the plan.

8.  To view details of each competency, click **view**.

9.  To close the Training Plan Details screen, click **Cancel**, then **OK**.



**Click here to display Training tasks.**

**Click here to display Administrative tasks.**

**Click here to display the Training Plan History screen.**

**Click here to view details or a course the worker completed as part of the plan.**

**Click here to add a new training plan.**

**Click here to edit details of a course.**

# How to record competency information

When you create a worker's training plan, you select a series of competency areas the worker will fulfill. Competencies are set up in the system beforehand, outside of training plans. Before you add a competency area, you must always search to make sure it does not already exist in the system.

1.  From the Home screen, click the **Administration** tab, then click the **Training** tab. The Competencies screen appears.

2.  Click **Competencies**. The Competency Area Search Criteria screen appears.

3.  Complete the search criteria.

4.  Select the **Show Inactive** check box to include competencies that are inactive. If the competency exists but is currently inactive, you can activate it rather than create a new record.

5.  Click **Search**. The competencies that meet your criteria appear in the Competency Area Search Results table.

6.  Click the **select** link next to a competency you want to update, or click **Add Competency Area** for a new competency. The Competency Area Details screen appears.

7.  Complete the fields to describe this competency area.

8.  Click **Save**. You are returned to the Competency Area Search Criteria screen.



Select the course category to which this competency applies.

Select the organization that sponsors this competency here.

Select the agency to which this competency applies here.

Select the type of course that addresses the competency here.

Enter a unique number assigned to the competency here.

Select this check box to change the status of this competency to "inactive." Remove the check to return the status to "active."

Enter a short description of the competency here.

Enter additional information describing a change in competency here.

# How to record a worker's training plan

As a supervisor, you can create or update training plans for workers who report to you.

1. From the Home screen, click the **Administration** tab, then click the **Training** tab. The Competencies screen appears.

2. Click the **Plans** link in the menu on the left. The Employee Search Criteria screen appears.

3. Complete the search criteria and click **Search**. The Employee Search Results are displayed below.

4. Click the **select** link, then click the **edit** link next to the training plan to update the details, or click **Add Training**

**Plan** to create a new plan. The Training Plan Details screen appears.

5. Complete the required fields. Click **Add Competencies** to add a competency to the plan. The Competency search screen appears.

6. Enter search criteria to locate the competency you want to add, then click **Search**. The competencies that match your criteria appear in the search results table.

7. Select the check box next to each competency you want to add to this plan, then click **Select**. You are returned to the Training Plan Details screen.

8. Repeat steps 5-7 for each competency area you want to add, and click **Save** to return to the previous screen.



**Enter the plan Name, and Start and End Dates during which this plan is in effect.**

**Enter narrative text here about the training plan.**

**Click here to view competency details.**

**Click here to add new competencies.**