# EXHIBIT 3



**Kelly H. Hibbert**
Direct Phone:  +1 202 414 9226
Email:  khibbert@reedsmith.com

Reed Smith LLP
1301 K Street, N.W.
Suite 1000 - East Tower
Washington, D.C. 20005-3373
+1 202 414 9200
Fax +1 202 414 9299
reedsmith.com

February 6, 2019

**Confidential – Subject to Protective Order**



Special Master Cohen
February 6, 2019
Page 2



Special Master Cohen
February 6, 2019
Page 3



Special Master Cohen
February 6, 2019
Page 4

Special Master Cohen
February 6, 2019
Page 5





Special Master Cohen
February 6, 2019
Page 6

Special Master Cohen
February 6, 2019
Page 7



Very truly yours,

*Kelly H. Hibbert*
Kelly H. Hibbert

KHH

cc:     Plaintiffs' Liaison Counsel
        Defendants' Liaison Counsel
        xALLDEFENDANTS-MDL2804-Service@arnoldporter.com
        Mdl2804discovery@motleyrice.com
        David Ackerman
        Hunter Shkolnik
        Joseph Ciaccio
        Salvatore Badala
        Jodi Westbrook Flowers
        Frank Galluci

# EXHIBIT 1

# EXHIBIT 2

CONFIDENTIAL PROTECTED HEALTH INFORMATION

CUYAH_016488000

CONFIDENTIAL PROTECTED HEALTH INFORMATION

CONFIDENTIAL PROTECTED HEALTH INFORMATION

CONFIDENTIAL PROTECTED HEALTH INFORMATION

CONFIDENTIAL PROTECTED HEALTH INFORMATION

CONFIDENTIAL PROTECTED HEALTH INFORMATION

# EXHIBIT 3

CONFIDENTIAL

SUMMIT_001918051