UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 CASE NO.: 1:17-MD-2804 |
| This document applies to: | Hon. Dan A. Polster |

**Gretna City, Westwego City, and Jean Lafitte Town**

          **Plaintiffs,**

  v.

**Purdue Pharma, L.P., et al.**

          **Defendants**

**Case Nos.: 2:19-cv-00329**
              **2:19-cv-00366**
              **2:19-cv-00374**

## ORDER

    On January 18, 2019, the Court entered an Order setting a deadline of March 16, 2019 for the filing of Short Form Amended Complaints as a matter of right. Rec. Doc. 1282.

    In light of the fact that Plaintiffs, the cities of Grenta and Westwego and the town of Jean Lafitte, were not incorporated into the case at bar until February 5, 2019;

    **IT IS ORDERD** that the Plaintiffs referenced herein have an additional 30 days within which to comply with the Order issued on January 18, 2019 relative to the filing of Short Form Amended Complaints.

    Cleveland, Ohio, this ___ day of _____, 2019.

                                   _____
                                   Hon. Dan A. Polster
                                 United States District Judge