# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| **This document applies to:** | CASE No.: 1:17-MD-2804 |
| MICCOSUKEE TRIBE OF INDIANS OF FLORIDA, a federally recognized Indian Tribe | Judge Dan Aaron Polster |
| Plaintiff, | |
| v. | |
| AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; McKESSON CORPORATION; PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN FINANCE, LLC; ACTAVIS PHARMA; ACTAVIS, LLC; INSYS THERAPEUTICS, INC.; MALLINCKRODT LLC; WALGREEN CO.; CVS HEALTH CORP.; and CVS PHARMACY INC., | |
| Defendants. | |
| Case No.: 19-cv-20618-DPG | |

**[PROPOSED] ORDER GRANTING
THE MICCOSUKEE TRIBE OF INDIANS OF FLORIDA'S MOTION FOR
EXTENSION OF TIME TO COMPLY WITH ORDER REGARDING SHORT FORM
<u>FOR SUPPLEMENTING COMPLAINTS AND AMENDING DEFENDANTS</u>**

Plaintiff Miccosukee Tribe of Indians of Florida's Motion for Extension of Time to Comply with Order Regarding Short Form for Supplementing Complaints and Amending Defendants (ECF No. ___) is **GRANTED**.

Plaintiff is **ORDERED** to amend its complaint within 60 days from the date of the Court's final ruling on the pending Motions to Dismiss in the *Muscogee (Creek) Nation* 1:18-op-45459 and *The Blackfeet Tribe of the Blackfeet Indian Reservation*, 18-op-45749 tribal bellwether cases.

**DONE and ORDERED** in Chambers at Cleveland, Ohio, on March ___, 2019.

                                                DAN AARON POLSTER
                                                UNITED STATES DISTRICT JUDGE

Copies furnished to all Counsel of Record.