UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*All MDL Tribal Cases (other than the Tribal Bellwether Cases)* | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**DISTRIBUTORS' OPPOSITION TO
PLAINTIFFS' TRIBAL LEADERSHIP COMMITTEE'S MOTION
TO EXTEND DEADLINE FOR TRIBES TO FILE SHORT FORM COMPLAINTS**

Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributors") respectfully submit that there is no reason the Tribal Plaintiffs should require more time to file short-form complaints than the other plaintiffs. The Court provided an extension until March 16 so that plaintiffs could make use of the ARCOS data to add or remove defendants. The Tribal Plaintiffs offer no explanation why they could not do that by March 16 (or why they waited until March 14 to say they could not). They suggest they need more time because "the Tribal Bellwether Complaints are more appropriate for incorporation by reference by Tribal Plaintiffs than those in the *Summit County* Complaint." Motion at 2. Be that as it may, incorporation by reference is a simple process, and it should only serve to lessen, not add to, the time needed by the Tribal Plaintiffs. In no event does mere incorporation by reference of other allegations require *60* days.

The Court should deny the motion.

Dated:  March 19, 2019

*/s/ Robert A. Nicholas*
Robert A. Nicholas
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for AmerisourceBergen Drug Corporation*

Respectfully submitted,

*/s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
Steven M. Pyser
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard@wc.com
spyser@wc.com
ahardin@wc.com

*Counsel for Cardinal Health, Inc.*


*/s/ Geoffrey Hobart*
Geoffrey Hobart
Mark Lynch
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street N.W.
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for McKesson Corporation*

**CERTIFICATE OF SERVICE**

I, Ashley W. Hardin, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Ashley W. Hardin*
Ashley W. Hardin
