UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>CASE No.: 1:17-MD-2804 |
| **This document applies to:**<br><br>**MICCOSUKEE TRIBE OF INDIANS OF FLORIDA**, a federally recognized Indian Tribe<br><br>    Plaintiff,<br><br>v.<br><br>**AMERISOURCEBERGEN DRUG CORPORATION; CARDINAL HEALTH, INC.; McKESSON CORPORATION; PURDUE PHARMA L.P.; PURDUE PHARMA, INC.; THE PURDUE FREDERICK COMPANY, INC.; TEVA PHARMACEUTICALS USA, INC.; CEPHALON, INC.; JOHNSON & JOHNSON; JANSSEN PHARMACEUTICALS, INC.; ENDO HEALTH SOLUTIONS INC.; ENDO PHARMACEUTICALS, INC.; ALLERGAN FINANCE, LLC; ACTAVIS PHARMA; ACTAVIS, LLC; INSYS THERAPEUTICS, INC.; MALLINCKRODT LLC; WALGREEN CO.; CVS HEALTH CORP.; and CVS PHARMACY INC.,**<br><br>    Defendants.<br><br>Case No.: 19-cv-20618-DPG | |

**NOTICE OF WITHDRAWAL OF THE MICCOSUKEE TRIBE OF INDIANS OF FLORIDA'S MOTION FOR EXTENSION OF TIME TO COMPLY WITH ORDER REGARDING SHORT FORM FOR SUPPLEMENTING COMPLAINTS AND <u>AMENDING DEFENDANTS [ECF NO. 1454]</u>**

The undersigned hereby withdraws [ECF No. 1454], attached as Exhibit A, filed on March 18, 2019.  We have been informed by the Tribal Leadership Committee that the Court has already ruled on the Motion, so it is moot.

Respectfully submitted on March 20, 2019.

By: */s/ Adam M. Moskowitz*

Adam M. Moskowitz
Florida Bar No. 984280
adam@moskowitz-law.com
Howard M. Bushman
Florida Bar No. 0364230
howard@moskowitz-law.com
Joseph M. Kaye
Florida Bar No. 117520
joseph@moskowitz-law.com
**THE MOSKOWITZ LAW FIRM, PLLC**
2 Alhambra Plaza
Suite 601
Coral Gables, FL 33134
Telephone: (305) 740-1423

*Attorneys for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system, which will serve copies upon all counsel of record.

*/s/Adam M. Moskowitz*
Adam M. Moskowitz