# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: *ALL CASES* | Judge Dan A. Polster |

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

Pending is the motion of Jackson Kelly PLLC, and attorneys Thomas J. Hurney, Jr., and Laurie K. Miller to withdraw as counsel for Defendant, Miami-Luken, Inc., pursuant to Rule 1.16(b) of both the Ohio and West Virginia Rules of Professional Conduct. Upon review of the motion, the Court finds that prior to filing the motion, the movants notified Miami-Luken as required by the Rules of Professional Conduct and Rule 83.9 of the Local Civil Rules of the Northern District of Ohio and that Miami-Luken consents to the withdrawal as counsel.

The Court therefore finds that the movants have demonstrated good cause to withdraw as counsel and GRANTS the motion. Jackson Kelly PLLC, Thomas J. Hurney, Jr., and Laurie K. Miller are no longer counsel of record in this MDL for Miami-Luken, Inc., and can be removed from the certificates of service and further communication. Miami-Luken, Inc., as indicated in the motion, will continue to be represented by Richard Blake of the McDonald Hopkins firm.

Entered this _____ day of _____, 2019.

_____
Judge Dan Aaron Polster

4848-4573-0189.v1