UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>CASE NO.: 1:17-MD-2804 |
| This document applies to: | Hon. Dan A. Polster |

**Gretna City, Westwego City, and Jean Lafitte Town**

        **Plaintiffs,**

  v.

**Purdue Pharma, L.P., et al.**

        **Defendants**

Case Nos.: 2:19-cv-00329
             2:19-cv-00366
             2:19-cv-00374

## NOTICE OF WITHDRAWAL OF MOTION FOR EXTENSION OF TIME WITHIN WHICH TO COMPLY WITH ORDER REGARDING SHORT FORM FOR SUPPLEMENTING COMPLAINTS AND AMENDING DEFENDANTS

NOW INTO COURT, through undersigned counsel, come Plaintiffs, the Cities of Gretna and Westwego and the town of Jean Lafitte, who hereby withdraw their previously filed Motion for Extension of Time (Rec. Doc. 1453), filed on March 15, 2019 as the deadline for amending these plaintiffs' complaints was incorrectly identified as being March 16, 2019. Plaintiffs acknowledge that the correct calculation for this deadline to amend as it relates to newly transferred cases is more appropriately contained within this Court's Order Regarding Plaintiff's Motion for Modification of CMO-1 filed into the record of this matter on November 8, 2018 (Rec. Doc. 1106).

As a result, the Motion for Extension of Time is moot and is therefore hereby withdrawn.

        Respectfully Submitted,

        **COLVIN LAW FIRM**
        *(A Professional Law Corporation)*

        */s/ Benjamin T. Sanders*
        _____
        **DAVID L. COLVIN, La. Bar #4353**
        **JEFFERY P. BROTHERS, La. Bar #22279**
        **MATTHEW R. FRANSEN, La. Bar #26286**
        **BENJAMIN T. SANDERS, La. Bar #30842**
        230 Huey P. Long Avenue
        Gretna, LA 70053
        Telephone: (504) 367-9001
        Facsimile: (504) 367-0650
        Email: bsanders@dcolvinlaw.com
        *Attorneys for Plaintiffs, The City of Gretna*
        *The City of Westwego*
        *The Town of Jean Lafitte*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing pleading was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.

New Orleans, Louisiana, this 20th day of March, 2019.

        _____*/s/ Benjamin T. Sanders*_____
        Benjamin T. Sanders