# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*APPLIES TO ALL CASES* | MDL No. 2804<br><br>Case No. 1:17-md-02804<br><br>Hon. Dan Aaron Polster |

## JOINT MOTION FOR ENTRY OF CONSENT ORDER TO ADDRESS PRIVILEGE ISSUES RELATING TO CERTAIN AMERISOURCEBERGEN DOCUMENTS

Plaintiffs in the Track 1 cases ("Plaintiffs") and Defendant AmerisourceBergen Drug Corporation ("ABDC") jointly move the Court to enter the proposed Order submitted herewith to resolve pending disputes regarding certain communications and documents which ABDC has identified as privileged in response to discovery requests proffered by Plaintiffs. In support of this Motion, Plaintiffs and ABDC state as follows:

1. In the course of responding to discovery requests proffered by Plaintiffs, ABDC has identified as responsive certain communications and documents relating to activities conducted by FTI Consulting, Inc. ("FTI") on behalf of ABDC (the "FTI Documents").

2. ABDC has designated as privileged certain categories of the FTI Documents and Plaintiffs have asserted challenges to such privilege designations.

3. Plaintiffs and ABDC have met and conferred on numerous occasions in an effort to resolve their differences regarding ABDC's designation of the FTI Documents as privileged, and as a result of such efforts, have reached agreement on a process to resolve such differences.

4. Plaintiffs and ABDC seek to memorialize their agreement regarding resolution of which FTI Documents shall be entitled to recognition as privileged, and to have the Court accept

such agreement and adopt it as an Order of the Court in order to avoid any misunderstanding, to protect ABDC against any future claim that may be made in this or any other litigation regarding whether certain of the FTI Documents are entitled to treatment as privileged communications, and to protect Plaintiffs against any future claim that may be made in this or any other litigation regarding whether any other party's or non-party's documents involving a third-party are entitled to any privileged treatment.

WHEREFORE, Plaintiffs and ABDC respectfully request that the Court enter the proposed Order submitted herewith.

Dated:  March 22, 2019                                                      Respectfully submitted,

*/s/ Anthony Irpino*                                                        /s/ *Robert A. Nicholas*
Mark Pifko                                                                  Robert A. Nicholas
Sterling Cluff                                                              Shannon E. McClure
**BARON & BUDD, P.C.**                                                      **REED SMITH LLP**
15910 Ventura Boulevard, Suite 1600                                         Three Logan Square
Los Angeles, CA  91436                                                      1717 Arch Street, Suite 3100
mpifko@baronbudd.com                                                        Philadelphia PA 19103
scluff@baronbudd.com                                                        Tel: (215) 851-8100
                                                                            Fax: (215) 851-1420
Anthony Irpino                                                              rnicholas@reedsmith.com
Pearl Robertson                                                             smcclure@reedsmith.com
**IRPINO, AVIN & HAWKINS**
2216 Magazine Street                                                        *Counsel for AmerisourceBergen Drug*
New Orleans, LA 70130                                                       *Corporation*
airpino@irpinolaw.com
probertson@irpinolaw.com

*Counsel for Plaintiffs Executive Committee*

## CERTIFICATE OF SERVICE

I, Robert A. Nicholas, hereby certify that the forgoing document were served via the Court's ECF system to all counsel of record.

*/s/ Robert A. Nicholas*
Robert A. Nicholas
