# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| | Judge Dan Aaron Polster |

**This document relates to:**

*"Track One Cases"*

---

## [PROPOSED] ORDER GRANTING DISTRIBUTORS' MOTION FOR LEAVE TO FILE OPPOSITION TO PLAINTIFFS' OBJECTIONS TO DISCOVERY RULING NO. 17 <u>UNDER SEAL</u>

Upon consideration of Defendants' AmerisourceBergen Drug Corporation, McKesson Corporation, and Cardinal Health, Inc. (the "Distributors" or "Defendants") Motion for Leave to File Opposition to Plaintiffs' Objections to Discovery Ruling No. 17 Under Seal and any opposition thereto, it is hereby:

**ORDERED** that Defendants' Motion for Leave is **GRANTED**; and it is further;

**ORDERED** that Defendants may file their Opposition to Plaintiffs' Objections to Discovery Ruling No. 17 under seal.

Dated: _____

_____
Honorable Dan Aaron Polster
United Stated District Judge