# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DISVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-02804 |
| This Document Relates to All Cases | Judge Dan Aaron Polster |

## NOTICE TO WITHDRAW DENNIS A. LIENHARDT AS COUNSEL OF RECORD FOR PLAINTIFFS

Pursuant to L.R. 83.9 the undersigned counsel hereby gives notice that Dennis A. Lienhardt is no longer associated with The Miller Law Firm, P.C. and is hereby withdrawn as counsel of record in this and all related matters on behalf of Plaintiffs in the above captioned action.

No substitution of counsel is necessary as Plaintiffs continue to be represented by other attorneys of record from The Miller Law Firm, P.C.

Dated: March 26, 2019

Respectfully submitted,

/s/ *Sharon S. Almonrode*_____
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ssa@millerlawpc.com

## CERTIFICATE OF SERVICE

The undersigned herby certifies that on this 26th day of March, 2019, a copy of the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Northern District of Ohio, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

/s/ *Sharon S. Almonrode*_____
Sharon S. Almonrode (P33938)
**THE MILLER LAW FIRM, P.C.**
950 W. University Dr., Ste. 300
Rochester, MI 48307
Tel: (248) 841-2200
ssa@millerlawpc.com