# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) MDL No. 2804 ) ) Case No. 1:17-MD-2804-DAP ) ) Judge Dan Aaron Polster ) ) ) |

## MOTION FOR LEAVE TO SUBSTITUTE COUNSEL FOR DEFENDANT WEST-WARD PHARMACEUTICALS CORP.

Under Local Rule 83.9, Winston & Strawn LLP, and Christopher B. Essig and Scott M. Ahmad (collectively, "Winston counsel") of that firm, move for leave of Court to substitute as counsel of record for Defendant West-Ward Pharmaceuticals Corp. ("West-Ward") in place of attorneys Ronni Fuchs and Logan N. Anderson of Pepper Hamilton LLP.

Winston counsel certify that they have provided written notice of this substitution to West-Ward, which has consented to the substitution.  Winston counsel also certify that by the CM/ECF service of this filing, they have notified all parties to the case of this substitution.

West-Ward and its counsel request that all future notices, correspondence, pleadings, and other filings be directed to West-Ward's counsel at Winston & Strawn.

Dated: March 26, 2019

Respectfully submitted,

*s/ Christopher B. Essig*
Christopher B. Essig (IL Bar No. 6272189)
Scott M. Ahmad (IL Bar No. 6298958)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
CEssig@winston.com
SAhmad@winston.com

*s/ Ronni Fuchs*
Ronni Fuchs (PA 65561)
Logan N. Anderson (PA 320776)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA 19103-2799
Tel: (215) 981-4000
Fax: (215) 981-4750
fuchsr@pepperlaw.com
andersonl@pepperlaw.com

*Counsel for Defendant West-Ward Pharmaceuticals Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 26, 2019, I electronically filed the foregoing motion with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated: March 26, 2019

                                                *s/ Christopher B. Essig*
                                                Christopher B. Essig (IL Bar No. 6272189)
                                                WINSTON & STRAWN LLP
                                                35 W. Wacker Drive
                                                Chicago, IL 60601
                                                Tel: (312) 558-5600
                                                Fax: (312) 558-5700
                                                CEssig@winston.com

                                                *Counsel for Defendant West-Ward Pharmaceuticals Corp.*