IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*This document relates to:*<br><br>*Saint Elizabeth Medical Center, Inc., et al., v. AmerisourceBergen Drug Corp., et al.*, 18-op-46046; *Baptist Healthcare System, Inc., et al., v. Amerisource Bergen, et al.*, 18-op-46058; *West Boca Medical Center, Inc., v. AmerisourceBergen Drug Corp, et al.*, 18-op-45530; *Southwest Mississippi Regional Medical Center, et al., v. AmerisouceBergen Drug Corp., et al.*, 17-op-45175; *St. Vincent Charity Medical Center v. AmerisourceBergen Drug Corp.*, 18-op-45610. | MDL 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**[PROPOSED] ORDER**

Plaintiffs Southwest Mississippi Regional Medical Center, Monroe County Healthcare Authority d/b/a Monroe County Hospital, Mobile Infirmary, St. Vincent Medical Center, West Boca Medical Center, St. Elizabeth Medical Center, Inc. d/b/a St. Elizabeth Healthcare, St. Claire Medical Center, Inc. d/b/a St. Claire Regional Medical Center, Highlands Hospital Corporation d/b/a Highlands Regional Medical Center, Baptist Healthcare System, Inc., Baptist Health Corbin, Baptist Health LaGrange, Baptist Health Lexington, Baptist Health Louisville, Baptist Health Paducah, Baptist Health Floyd, Baptist Health Madisonville, Inc. d/b/a Baptist Health Madisonville, Baptist Health Richmond, Inc. d/b/a Baptist Health Richmond, Bowling Green Warren County Community Hospital Corporation, The Medical Center at Bowling Green, The Medical Center at Caverna, The Medical Center at Scottsville, Medical Center at Clinton

County, Inc. d/b/a The Medical Center at Albany, and The Medical Center at Franklin, Inc. (collectively the "Hospital Plaintiffs") through their attorneys, seek leave to file a separate response brief to Defendants' Briefing on Viability of Public Nuisance Claims Nationwide (Doc. 1404).

For the reasons set forth in their Motion, and for good cause shown, the Motion for Leave of Hospital Plaintiffs to File Separate Response to Defendants' Briefing on Viability of Public Nuisance Claims Nationwide is **GRANTED**.

IT IS SO ORDERED THIS _____ day of March, 2019.

_____
HON. DAN AARON POLSTER