UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804 <br><br> JUDGE DAN A. POLSTER <br><br> MAGISTRATE JUDGE DAVID A. RUIZ <br><br><br> <u>MOTION FOR EXTENSION OF TIME</u> |

The Drug Enforcement Administration moves for a brief, seven-day extension of time to respond to Plaintiff's Motion to Modify Protective Order Re: DEA's ARCOS/DADS Database (Doc. # 1447).  Although the Court's Order of March 19, 2019 ordered any objections to be filed by 12:00pm on March 29, 2019, DEA received additional comments yesterday and requires additional time to review, meet, and confer with the parties.  With the Court's permission, DEA will file any necessary response promptly but no later than April 5, 2019.

          Respectfully submitted,

          AVA ROTELL DUSTIN
          Executive Assistant United States Attorney
          Northern District of Ohio
          Acting Under Authority Conferred by
          28 U.S.C. § 51

By:   /s/ James R. Bennett II
        JAMES R. BENNETT II (OH #0071663)
        Assistant U.S. Attorney
        801 West Superior Avenue, Suite 400
        Cleveland, Ohio  44113-1852
        (216) 622-3600
        E-mail:  James.Bennett4@usdoj.gov

ALEXANDER K. HAAS
Special Counsel to the Assistant AG, Civil Division
ALICE SHIH LACOUR
ERIC J. SOSKIN
Counsel to the Assistant AG, Civil Division
United States Department of Justice
950 Pennsylvania Ave., NW
Washington, DC 20530
(202) 353-8679 (Haas)
(202) 514-3180 (LaCour)
(202) 514-1500 (Soskin)
E-mail: alex.haas@usdoj.gov
E-mail: alice.s.lacour@usdoj.gov
E-mail: eric.soskin@usdoj.gov

## CERTIFICATE OF SERVICE

I certify that, on March 29, 2019, I filed a copy of the foregoing electronically. The Court's electronic filing system will send notice of this filing to all parties. Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney

*Attorney for the United States of America*