# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Case No. 1:17-md-2804 |
| *The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45749 | ) ) ) ) ) | Hon. Dan Aaron Polster |

## ASSOCIATED PHARMACIES, INC.'S
## CORPORATE DISCLOSURE STATEMENT

Defendant Associated Pharmacies, Inc. ("API"), by and through its counsel, Walter A. Dodgen, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure and Rule 3.13(b) of the Local Rules of Procedure for the Northern District of Ohio, hereby submits its Corporate Disclosure Statement:

API is a corporation formed under the laws of the State of Alabama. API is wholly owned by American Associated Pharmacies, a Minnesota cooperative. No publicly held corporation owns 10% or more of API's stock. No publicly held corporation or its affiliate has a substantial financial interest in the outcome of this case.

Dated: March 29, 2019.

*/s/ Walter A. Dodgen*
One of the Attorneys for Associated Pharmacies, Inc.

**OF COUNSEL:**

Walter A. Dodgen
David R. Beasley
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile:  (256) 512-0119
tdodgen@maynardcooper.com
dbeasley@maynardcooper.com

Carl S. Burkhalter
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile:  (205) 254-1999
cburkhalter@maynardcooper.com

*Attorneys for Associated Pharmacies, Inc.*

## CERTIFICATE OF SERVICE

    I hereby certify that on March 29, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                        */s/ Walter A. Dodgen*
                                        Of Counsel