**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE NATIONAL PRESCRIPTION** | ) | |
| **OPIATE LITIGATION** | ) | **MDL No. 2804** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | **Case No. 1:17-md-2804** |
| | ) | |
| *All Cases* | ) | **Hon. Dan Aaron Polster** |

**DEFENDANT ASSOCIATED PHARMACIES, INC.'S NOTICE REGARDING SERVICE**

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., Defendant Associated Pharmacies, Inc. ("API") hereby submits this notice.  The proper form for waiver of service for API is attached to this Notice as Exhibit A.  The standard form has been modified in accordance with this Court's orders.  Requests for waiver of service to API shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

David R. Beasley
dbeasley@maynardcooper.com

Dated:  March 29, 2019.

/s/ David R. Beasley
One of the Attorneys for Associated
Pharmacies, Inc.

**OF COUNSEL:**

Walter A. Dodgen
David R. Beasley
Maynard, Cooper & Gale, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile:  (256) 512-0119
tdodgen@maynardcooper.com
dbeasley@maynardcooper.com

Carl S. Burkhalter
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
cburkhalter@maynardcooper.com

*Attorneys for Associated Pharmacies, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on March 29, 2019, the foregoing was electronically filed with the

Clerk of the Court using the CM/ECF system, which will send notification of such filing to all

counsel of record.

*/s/ David R. Beasley*
Of Counsel