# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: ) ) | Case No. 1:17-md-2804 |
| *The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporation, et al.* ) ) ) ) | Hon. Dan Aaron Polster |
| Case No. 1:18-op-45749 ) | |

**DEFENDANT ASSOCIATED PHARMACIES, INC.'S JOINDER IN DISTRIBUTOR DEFENDANTS' MOTION TO DISMISS FIRST AMENDED COMPLAINT**

Defendant Associated Pharmacies, Inc. ("API") hereby joins in the Distributor Defendants' Motion to Dismiss First Amended Complaint (Docs. 935, 936), Memorandum in Support of Motion to Dismiss (Docs. 923, 924), and Reply in Support of Motion to Dismiss (Doc. 1084), filed by Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc. and McKesson Corporation (the "Moving Defendants") in the above-referenced civil action.

API first received notification of its addition as a named defendant in the *Blackfeet Tribe* litigation in March 2019, more than six months after the Distributor Defendants filed their Motion to Dismiss pursuant to this Court's Orders.  (*See* Docs. 232, 770, 791).  As a result, API was unable to contribute to the Moving Defendants' briefing.  Nevertheless, the legal arguments raised by the Moving Defendants are equally applicable to Plaintiff's claims against API.  As such, API joins, adopts and incorporates by reference the legal arguments and authorities cited in the Motion to Dismiss and supporting briefs identified above.

This Joinder is made pursuant to Sections 2.g., 2.j. and 2.k. of Case Management Order One (Doc. 232) and this Court's subsequent Orders (Docs. 770, 791) in an endeavor to coordinate

and consolidate briefing and avoid duplicative briefing by incorporating similar arguments by reference. Pursuant to Sections 2.g., 2.j. and 2.k. of Case Management Order One (Doc. 232), API does not waive and expressly preserves its right to raise any defenses not addressed in the Moving Defendants' briefing, and to file an individual motion to dismiss in the future on any grounds.

Accordingly, for the reasons set forth in the Distributor Defendants' Motion to Dismiss and supporting briefs, API respectfully requests that Plaintiff's First Amended Complaint be dismissed.

Dated: March 29, 2019.

/s/ *Walter A. Dodgen*
One of the Attorneys for Associated Pharmacies, Inc.

**OF COUNSEL:**

Walter A. Dodgen
David R. Beasley
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile: (256) 512-0119
tdodgen@maynardcooper.com
dbeasley@maynardcooper.com

Carl S. Burkhalter
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile: (205) 254-1999
cburkhalter@maynardcooper.com

*Attorneys for Associated Pharmacies, Inc.*

2

## CERTIFICATE OF SERVICE

    I hereby certify that on March 29, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                                      */s/ Walter A. Dodgen*  
                                                      Of Counsel