# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

Please enter the appearance of John J. Haggerty of Fox Rothschild LLP as counsel of record for Thrifty White Warehouse in the above-captioned action.

Respectfully Submitted,

**FOX ROTHSCHILD LLP**

/s/ John J. Haggerty
John J. Haggerty (Ohio Bar No. 0073572)
jhaggerty@foxrothschild.com
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 918-3564
Fax: (215) 345-7507

Dated: April 1, 2019

*Counsel for Thrifty White Warehouse*

## **CERTIFICATE OF SERVICE**

I certify that on this 1st day of April 2019 I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

**FOX ROTHSCHILD LLP**

BY: /s/ John J. Haggerty
John J. Haggerty, Esquire