UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to all cases | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

RESPONSE TO PLAINTIFFS' MOTION TO MODIFY
PROTECTIVE ORDER RE: DEA'S ARCOS/DADS DATABASE

Pharmacy Defendants[1] respectfully file this response to Plaintiffs' motion to modify the protective order with respect to the ARCOS database.

Plaintiffs seek leave to modify the protective order to permit them to disclose "suspicious order reports," 'unprocessed ARCOS data," and "county level processed ARCOS data and certain county level reports, generated from the unprocessed ARCOS data" to "counsel for State Attorneys General, cities, counties, Native American Tribes, and hospitals for use in litigation in any court throughout the United States." ECF 1447 at 2.  Plaintiffs suggest that sharing this information would "refine the process of identifying the proper defendants."  *Id.*

Pharmacy Defendants join the Distributor Defendants opposition to Plaintiffs' motion.  If the Court does not deny plaintiffs' motion, in addition to the more stringent controls to mitigate the risk of unauthorized disclosure requested by Distributor Defendants, Pharmacy Defendants request that copies of any reports that have been or are to be shared with other actual or potential plaintiffs should also be provided to Defendants.

---

[1] This response is being filed on behalf of CVS Indiana, L.L.C, Discount Drug Mart, Inc., HBC Service Company, Kroger Co., Rite Aid of Maryland, Walgreens Boots Alliance Inc., and Walmart Inc.

2

Because these reports are being relied on to "identif[y] the proper defendants" Defendants should have the right to review the reports and assess their accuracy. To the extent that the reports contain errors, it is in the interest of both Plaintiffs and Defendants that those errors be corrected, at a minimum of time and expense to the parties.

WHEREFORE, Pharmacy Defendants respectfully request that the Court should order that Defendants also receive copies of any reports or processed ARCOS data distributed by Plaintiffs.

Dated:  March 29, 2019								Respectfully submitted,


							/s/ Kelly A. Moore
							Kelly A. Moore
							kelly.moore@morganlewis.com
							**MORGAN, LEWIS & BOCKIUS LLP**
							101 Park Avenue
							New York, NY 10178-0060
							T: 212-309-6612
							F: 212-309-6001

							Elisa P. McEnroe
							elisa.mcenroe@morganlewis.com
							Morgan, Lewis & Bockius LLP
							1701 Market Street
							Philadelphia, PA 19103-2921
							T: 215-963-5917
							F: 215-963-5001

							*Counsel for Rite Aid of Maryland, Inc.*


							/s/ *Eric R. Delinsky*
							Eric R. Delinsky
							Alexandra W. Miller
							**ZUCKERMAN SPAEDER LLP**
							1800 M Street, NW
							Suite 1000
							Washington, DC 20036
							Phone: (202) 778-1800
							Fax: (202) 822-8106
							E-mail: edelinsky@zuckerman.com
							E-mail: smiller@zuckerman.com

							*Counsel for CVS Indiana, L.L.C. and CVS Rx Services, Inc.*


							/s/ *Timothy D. Johnson*
							Timothy D. Johnson
							**CAVITCH, FAMILO & DURKIN CO. LPA**
							Twentieth Floor
							1300 East Ninth Street
							Cleveland, Ohio 44114

3

Tel: (216) 621-7860
Fax: (216) 621-3415
tjohnson@cavitch.com

*Counsel for Discount Drug Mart, Inc.*


/s/ Robert M. Barnes
Robert M. Barnes
**MARCUS & SHAPIRA LLP**
35th Floor
One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
412-338-5224
Fax: 412-391-2315
Email: rbarnes@marcus-shapira.com

*Counsel for HBC Service Company*


/s/ Ronda L. Harvey
Ronda L. Harvey
rharvey@bowlesrice.com
Fazal A. Shere
fshere@bowlesrice.com
Unaiza Riaz
uriaz@bowlesrice.com
Gabriele Wohl
gwohl@bowlesrice.com
**BOWLES RICE LLP**
Post Office Box 1386
Charleston, West Virginia 25325-1386
(304) 347-1100

*Counsel for Defendant Kroger Co.*


/s/ Kaspar Stoffelmayr
Kaspar Stoffelmayr
**BARTLIT BECK LLP**
54 West Hubbard Street
Chicago, IL 60654
Telephone: (312) 494-4400
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

4

*Counsel for the Walgreens Boots Alliance Inc.*


*/s/ Tara A. Fumerton*
Tina M. Tabacchi
Tara A. Fumerton
**JONES DAY**
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com

*Counsel for Walmart Inc.*

5

**CERTIFICATE OF SERVICE**

I certify that on March 29, 2019, the foregoing was electronically filed using the Court's CM/ECF system, and all counsel of record were served by operation of that system.

<i>/s/ Elisa P. McEnroe</i><br>
Elisa P. McEnroe