UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Cuyahoga v. Purdue Pharma L.P.*, Case No. 17-OP-45005 (N.D. Ohio) and *City of Cleveland v. AmerisourceBergen Drug Corp.*, Case No. 18-OP-45132 (N.D. Ohio) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

## ENDO'S MOTION TO RECONSIDER DISQUALIFICATION OR, IN THE ALTERNATIVE, TO CERTIFY THE DISQUALIFICATION ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)

Endo Pharmaceuticals Inc. and Endo Health Solutions Inc. respectfully move this Court to reconsider its March 20, 2019 Order disqualifying Carole Rendon and BakerHostetler or, in the alternative, to certify the Order for immediate interlocutory appeal under 28 U.S.C. § 1292(b).  A brief in support is attached hereto.

DATED: March 29, 2019

/s/ John D. Parker
John D. Parker (0025770)
Carole S. Rendon (0070345)
Tera N. Coleman (0090544)
BAKER & HOSTETLER LLP
Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214
(216) 621-0200
jparker@bakerlaw.com
crendon@bakerlaw.com

Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave, NW
Washington, DC  20001-3743
(202) 942-5000
Jonathan.Stern@arnoldporter.com

Sean Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa Street
44th Floor
Los Angeles, CA 90017
(213) 243-4000
Sean.Morris@arnoldporter.com

*Attorneys for Defendants*
*ENDO PHARMACEUTICALS INC. and ENDO*
*HEALTH SOLUTIONS INC.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on March 29, 2019, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

DATED: March 29, 2019                         */s/ John D. Parker*
                                              John D. Parker