# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*The County of Cuyahoga v. Purdue Pharma L.P.*, Case No. 17-OP-45005 (N.D. Ohio) and *City of Cleveland v. AmerisourceBergen Drug Corp.*, Case No. 18-OP-45132 (N.D. Ohio) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

### ENDO'S MOTION FOR LEAVE TO EXCEED THE 15-PAGE LIMITATION FOR ITS MOTION TO RECONSIDER DISQUALIFICATION OR, IN THE ALTERNATIVE, TO CERTIFY THE DISQUALIFICATION ORDER FOR INTERLOCUTORY APPEAL UNDER 28 U.S.C. § 1292(b)

Pursuant to Local Rule 7.1(f), Endo Pharmaceuticals Inc. and Endo Health Solutions Inc. (hereinafter "Endo"), respectfully move this Court for leave to file a memorandum in excess of the 15-page limitation for its Motion to Reconsider Disqualification Or, In the Alternative, to Certify the Disqualification Order for Interlocutory Appeal Under 28 U.S.C. § 1292(b). Endo requests leave to submit a brief of no more than 26 pages.

Endo submits that this request is reasonable, in light of the extraordinary circumstances of this matter. On March 20, 2019, this Court entered an order disqualifying Carole Rendon and BakerHostetler from representing Endo in the City of Cleveland and Cuyahoga County cases. (the "Order"). Dkt. No 1458. This Order has substantial implications, including for Endo's representation in one of the Track One cases and potentially for the Oct. 21, 2019 trial. For the sake of judicial economy, Endo has combined two separate motions about this Order into one brief—its motion for reconsideration and its motion to certify the disqualification order for interlocutory appeal. Understandably, this omnibus brief is longer than 15 pages, given the complexity of the legal issues at stake.

Good cause therefore exists for this Court to grant leave to Endo to exceed the page limit set forth in Local Rule 7.1(f). Endo respectfully requests that this Court grant its approval.

DATED: March 29, 2019                 */s/ John D. Parker*
                                      John D. Parker (0025770)
                                      Carole S. Rendon (0070345)
                                      Tera N. Coleman (0090544)
                                      BAKER & HOSTETLER LLP
                                      Key Tower
                                      127 Public Square, Suite 2000
                                      Cleveland, OH 44114-1214
                                      (216) 621-0200
                                      jparker@bakerlaw.com
                                      crendon@bakerlaw.com

                                      Jonathan L. Stern
                                      ARNOLD & PORTER KAYE SCHOLER LLP
                                      601 Massachusetts Ave., NW
                                      Washington, DC  20001-3743
                                      (202) 942-5000
                                      Jonathan.Stern@arnoldporter.com

                                      Sean Morris
                                      ARNOLD & PORTER KAYE SCHOLER LLP
                                      777 S. Figueroa Street
                                      44th Floor
                                      Los Angeles, CA 90017
                                      (213) 243-4000
                                      Sean.Morris@arnoldporter.com

                                      *Attorneys for Defendants*
                                      *ENDO PHARMACEUTICALS INC. and ENDO*
                                      *HEALTH SOLUTIONS INC.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on March 29, 2019, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

DATED: March 29, 2019                      */s/ John D. Parker*
                                                            John D. Parker