## UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804<br><br>Case No. 1:17-MD-2804-DAP<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Christopher B. Essig and Scott M. Ahmad of Winston & Strawn LLP, hereby enter their appearance as counsel on behalf of Defendant Hikma Pharmaceuticals USA Inc., F/K/A West-Ward Pharmaceuticals Corp., in the above-captioned action.

Dated: April 1, 2019

Respectfully submitted,

*s/ Christopher B. Essig*
Christopher B. Essig (IL Bar No. 6272189)
Scott M. Ahmad (IL Bar No. 6298958)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
CEssig@winston.com
SAhmad@winston.com

*Counsel for Defendant*
*Hikma Pharmaceuticals USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, I electronically filed the foregoing Notice with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated: April 1, 2019

*s/ Christopher B. Essig*
Christopher B. Essig (IL Bar No. 6272189)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
CEssig@winston.com

*Counsel for Defendant*
*Hikma Pharmaceuticals USA Inc.*
