# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | ) ) ) MDL No. 2804 ) ) Case No. 1:17-MD-2804-DAP ) ) Judge Dan Aaron Polster ) ) ) |

## AMENDED NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., Hikma Pharmaceuticals USA Inc., F/K/A West-Ward Pharmaceuticals Corp. ("Hikma USA"), hereby submits this Amended Notice Regarding Service.  Hikma USA's amended form for waiver of service for Hikma USA is attached hereto as Exhibit A.  The standard form has been modified in accordance with this Court's orders.  Further requests for waiver of service to Hikma USA shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Christopher B. Essig
CEssig@winston.com

-2-

Dated: April 1, 2019                                   Respectfully submitted,

*s/ Christopher B. Essig*
Christopher B. Essig (IL Bar No. 6272189)
Scott M. Ahmad (IL Bar No. 6298958)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
CEssig@winston.com
SAhmad@winston.com

*Counsel for Defendant*
*Hikma Pharmaceuticals USA Inc.,*
*F/K/A West-Ward Pharmaceuticals*
*Corp.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 1, 2019, I electronically filed the foregoing Notice with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated: April 1, 2019

*s/ Christopher B. Essig*
Christopher B. Essig (IL Bar No. 6272189)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
CEssig@winston.com

*Counsel for Defendant
Hikma Pharmaceuticals USA Inc.,
F/K/A West-Ward Pharmaceuticals
Corp.*