# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : : : : |
| | CASE NO. 1:17-MD-2804 |
| | JUDGE DAN AARON POLSTER |

## NOTICE OF WITHDRAWAL

Please take notice that Brian J. Laliberte hereby withdraws his appearance as counsel of record for Defendant McKesson Corporation ("McKesson") in the above-captioned action. McKesson continues to be represented by Vincent I. Holzhall of Steptoe & Johnson PLLC in the above-captioned action.

Dated April 2, 2019

*/s/ Brian J. Laliberte*

Brian J. Laliberte (0071125)
**STEPTOE & JOHNSON PLLC**
41 South High Street, Suite 2200
Columbus, Ohio  43215
(614) 221-5100 phone; (614) 221-0952 fax
brian.laliberte@steptoe-johnson.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 2, 2019, the foregoing *Notice of Withdrawal* was filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

                                        */s/ Brian J. Laliberte*
                                        Brian J. Laliberte (0071125)

8377710