# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | Case No. 1:17-md-2804 |
| *All Cases* | ) ) | Hon. Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Christopher W. Wasson and Suzanne Forbis Mack of Pepper Hamilton LLP, hereby enter their appearance as counsel on behalf of Defendant Sun Pharmaceutical Industries, Inc. ("Sun"), in the above-captioned action.

Dated: April 2, 2019

Respectfully submitted,

*s/ Christopher W. Wasson*
*s/ Suzanne Forbis Mack*
Christopher W. Wasson (PA Bar No. 63551)
Suzanne Forbis Mack (PA Bar No. 66612)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
wassonc@pepperlaw.com
macks@pepperlaw.com

*Counsel for Defendant Sun Pharmaceutical Industries, Inc.*

## CERTIFICATE OF SERVICE

        I hereby certify that on April 2, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated:  April 2, 2019

 

                                                     *s/ Suzanne Forbis Mack*
                                                     Suzanne Forbis Mack (PA Bar No. 66612)
                                                     PEPPER HAMILTON LLP
                                                     3000 Two Logan Square
                                                     Eighteenth & Arch Streets
                                                     Philadelphia, PA  19103-2799
                                                     215.981.4000
                                                     macks@pepperlaw.com

                                                     *Counsel for Defendant Sun Pharmaceutical Industries, Inc.*