# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) MDL No. 2804 ) ) Case No. 1:17-md-2804 ) ) Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that attorney Gretchen N. Miller of Greenberg Traurig, LLP, hereby enters her appearance as counsel of record on behalf of Defendant, Advantage Logistics Midwest, Inc., incorrectly sued as Advantage Logistics, in the above-captioned action.

Dated:  April 2, 2019

Respectfully Submitted,

By: */s/ Gretchen N. Miller*
One of Defendant's Attorneys

Gretchen N. Miller
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: (312) 456-8400
Fax: (312) 456-8435
millerg@gtlaw.com

*Counsel for Advantage Logistics Midwest, Inc.*

## CERTIFICATE OF SERVICE

I, Gretchen N. Miller, an attorney, certify that I caused a copy of the foregoing Notice of Appearance of Gretchen N. Miller, to be served upon the parties of record using the CM/ECF system which will send notification of such filing on this 2nd day of April, 2019.

                                                                           */s/ Gretchen N. Miller*
                                                                           Gretchen N. Miller