**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **IN RE NATIONAL PRESCRIPTION** | ) | |
| **OPIATE LITIGATION** | ) | **MDL No. 2804** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | **Case No. 1:17-md-2804** |
| | ) | |
| *The Blackfeet Tribe of the Blackfeet Indian* | ) | **Judge Dan Aaron Polster** |
| *Reservation v. AmerisourceBergen Drug* | ) | |
| *Corporation, et al.* | ) | |
| Case No. 1:18-op-45749 | ) | |

**ADVANTAGE LOGISTICS MIDWEST, INC,'S**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, Advantage Logistics Midwest, Inc., incorrectly sued as Advantage Logistics, by and through its counsel, Francis A. Citera, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Rule 3.13(b) of the Local Rules of Procedure for the Northern District of Ohio, submits this Corporate Disclosure Statement:

On or about August 31, 2014 Advantage Logistics became Supervalu Inc. dba Advantage Logistics Midwest, Inc. On October 22, 2018, Supervalu became a wholly owned subsidiary of United Natural Foods, Inc. ("UNFI"), which is a publicly traded Delaware corporation (Nasdaq: UNFI). Blackrock Fund Advisors, a subsidiary of publicly traded Blackrock, Inc. (NYSE: BLK), owns more than 10% of UNFI's stock.

Dated:   April 2, 2019                              Respectfully Submitted,


                                                   By: */s/ Francis A. Citera*
                                                   One of Defendant's Attorneys

                                                   Francis A. Citera
                                                   Greenberg Traurig, LLP
                                                   77 W. Wacker Drive, Suite 3100
                                                   Chicago, IL  60601
                                                   Tel: (312) 456-8400
                                                   Fax: (312) 456-8435
                                                   citeraf@gtlaw.com

                                                   *Counsel for Albertson's LLC*

## CERTIFICATE OF SERVICE

I, Francis A. Citera, an attorney, hereby certify that I electronically filed a copy of the foregoing with the Clerk of the Court using the ECF system, which will send notification of such filing to counsel of record on this April 2, 2019.

/s/ Francis A. Citera
Francis A. Citera