# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | Case No. 1:17-md-2804 |
| *All Cases* | ) | Hon. Dan Aaron Polster |

### DEFENDANT SUN PHARMACEUTICAL INDUSTRIES, INC.'S
### NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., Defendant Sun Pharmaceutical Industries, Inc. ("Sun") hereby submits this notice. The proper form for waiver of service for Sun is attached to this Notice as Exhibit A. The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to Sun shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Suzanne Forbis Mack
macks@pepperlaw.com

Dated:  April 3, 2019

                Respectfully submitted,


                *s/ Suzanne Forbis Mack*
                Christopher W. Wasson (PA Bar No. 63551)
                Suzanne Forbis Mack (PA Bar No. 66612)
                PEPPER HAMILTON LLP
                3000 Two Logan Square
                Eighteenth & Arch Streets
                Philadelphia, PA  19103-2799
                215.981.4000
                wassonc@pepperlaw.com
                macks@pepperlaw.com

                *Counsel for Defendant Sun Pharmaceutical Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 3, 2019, I electronically filed the foregoing Notice with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated:  April 3, 2019

*s/  Suzanne Forbis Mack*
Suzanne Forbis Mack (PA Bar No. 66612)
PEPPER HAMILTON LLP
3000 Two Logan Square
Eighteenth & Arch Streets
Philadelphia, PA  19103-2799
215.981.4000
macks@pepperlaw.com

*Counsel for Defendant Sun Pharmaceutical Industries, Inc.*
