UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) ) | Case No. 1:17-md-2804 |
| *All Cases* | ) ) | Judge Dan Aaron Polster |

### DEFENDANT ADVANTAGE LOGISTICS MIDWEST INC.'S NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6(d), Defendant Advantage Logistics Midwest Inc. ("Advantage Logistics") hereby submits this Notice. The proper form for waiver of service for Advantage Logistics is attached to this Notice as Exhibit A. The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to Advantage Logistics shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Francis A. Citera
citeraf@gtlaw.com

Dated:   April 4, 2019

Respectfully Submitted,

By: */s/ Francis A. Citera*
One of Defendant's Attorneys

Francis A. Citera
Gretchen N. Miller
Greenberg Traurig, LLP
77 W. Wacker Drive, Suite 3100
Chicago, IL  60601
Tel: (312) 456-8400
Fax: (312) 456-8435
citeraf@gtlaw.com
millerg@gtlaw.com

*Counsel for Advantage Logistics Midwest Inc.*

## **CERTIFICATE OF SERVICE**

      I, Francis A. Citera, an attorney, certify that I caused a copy of the foregoing Notice Regarding Service to be served upon the parties of record using the CM/ECF system which will send notification of such filing on this 4th Day of April, 2019.

                                              */s/ Francis A. Citera*
                                              Francis A. Citera