# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCIPTION OPIATE LITIGATION | ) ) ) ) | Case No. 1:17-MD-2804 Hon. Dan Aaron Polter |
| This document applies to All Hospital Cases | ) ) | |

## [PROPOSED] ORDER

Hospital Plaintiffs, by and through Don Barrett, the hospital representative of the Plaintiffs' Executive Committee, seek leave for a seven-day extension of time to file their response to the DOJ's opposition to Plaintiffs' Motion to Modify Protective Order Re: DEA's ARCOS/DADS Database (Doc. 1447).

For the reasons set forth in their Motion, and for good cause shown, the Hospital Plaintiffs' Motion for Extension of Time is **GRANTED**.

IT IS SO ORDERED THIS _____ day of April, 2019.

_____
HON. DAN AARON POLSTER