# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION ) | | |
| OPIATE LITIGATION ) | MDL No. 2804 | |
| ) | | |
| THIS DOCUMENT RELATES TO: ) | Case No. 1:17-md-2804 | |
| ) | | |
| *All Cases* ) | Hon. Dan Aaron Polster | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned, Michael G. Connelly of Pepper Hamilton LLP, hereby enters his appearance as counsel on behalf of Defendant Sun Pharmaceutical Industries, Inc., in the above-captioned action.

Dated:  April 4, 2019

Respectfully submitted,

*s/ Michael G. Connelly*
Michael G. Connelly (PA Bar No. 79991)
PEPPER HAMILTON LLP
501 Grant Street, Suite 300
Union Trust Building
Pittsburgh, PA  15219-4429
412.454.5025
connellm@pepperlaw.com

*Counsel for Defendant Sun Pharmaceutical Industries, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 4, 2019, I electronically filed the foregoing Notice of Appearance with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated:  April 4, 2019

<i>s/ Suzanne Forbis Mack</i><br>
Suzanne Forbis Mack (PA Bar No. 66612)<br>
PEPPER HAMILTON LLP<br>
3000 Two Logan Square<br>
Eighteenth & Arch Streets<br>
Philadelphia, PA  19103-2799<br>
215.981.4000<br>
macks@pepperlaw.com<br>
<br>
<i>Counsel for Defendant Sun Pharmaceutical Industries, Inc.</i>