# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCIPTION OPIATE LITIGATION  ) ) ) ) This document applies to All Hospital ) Cases ) | Case No. 1:17-MD-2804 Hon. Dan Aaron Polter |

## ORDER

Hospital Plaintiffs, by and through Don Barrett, the hospital representative of the Plaintiffs' Executive Committee, seek leave for a seven-day extension of time to file their response to the DOJ's opposition to Plaintiffs' Motion to Modify Protective Order Re: DEA's ARCOS/DADS Database (Doc. 1447).

For the reasons set forth in their Motion, and for good cause shown, the Hospital Plaintiffs' Motion for Extension of Time is **GRANTED**.

IT IS SO ORDERED THIS ___5th___ day of April, 2019.

                                                      s/ Dan A. Polster
                                                    HON. DAN AARON POLSTER