**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | Case No. 17-md-2804 |
| This document applies to All Cases. | ) ) | Judge Dan Aaron Polster |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

COME NOW, the Plaintiffs, by and through Co-Leads and the Plaintiffs' Executive Committee, and move for a brief two-day extension of time to respond to the opposition to Plaintiffs' Motion to Modify Protective Order Re: DEA's ARCOS/DADS Database (Doc. No. 1447) ("Motion") filed by Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation, and Walgreens Boots Alliance, Inc. and the opposition filed by Defendants CVS Indiana, L.L.C, Discount Drug Mart, Inc., HBC Service Company, Kroger Co., Rite Aid of Maryland, Walgreens Boots Alliance Inc., and Walmart Inc., as well to any response that DOJ files in opposition to Plaintiffs' Motion.

Plaintiffs filed the Motion on March 15, 2019. On March 19, 2019, the Court ordered an expedited briefing schedule for the Motion. (*See* Order, Mar. 19, 2019 ("March 19 Order")). Specifically, the Court ordered that "Any Objection to Plaintiffs' Proposed Order is due by 12:00 PM on 3/29/19. Reply in Support is due by 12:00 PM on 4/5/19." March 19 Order.

On March 29, 2019, the Court granted an extension of time to DOJ to file an opposition to the Motion by Friday, April 5, 2019. (*See* Order, Mar. 29, 2019 (granting DOJ's Motion for Extension of Time until April 5, 2019 to file response to Doc. 1447 Motion to Modify Protective Order)).

Prior to filing the Motion, Plaintiffs met and conferred with DOJ/DEA and were advised that DOJ/DEA consented to all aspects of the filing except insofar as the motion would permit sharing of ARCOS information with hospitals, which DOJ/DEA opposes because it is outside the scope of routine law enforcement sharing of such information. To date, Plaintiffs have not received any response to the Motion by DOJ. If DOJ files its opposition by April 5, 2019, Plaintiffs request an opportunity to address any issues raised by the DOJ at the same time Plaintiffs address Defendants' arguments.

Plaintiffs respectfully request permission by the Court to file any necessary reply by April 9, 2019.

Dated April 5, 2019.                         Respectfully submitted,

MDL No. 2804 Lead Co-Counsel:

/s/ Joseph F. Rice
Joseph F. Rice
MOTLEY RICE LLC
28 Bridgeside Boulevard
Mount Pleasant, South Carolina 29464
Telephone: (843) 216-9000
Facsimile: (843) 216-9290
jrice@motleyrice.com

/s/ Paul J. Hanly, Jr.
Paul J. Hanly, Jr.
Simmons Hanly Conroy
112 Madison Avenue, 7th Floor
New York, New York 10016
Telephone: (212) 784-6400
Facsimile: (212) 213-5949
phanly@simmonsfirm.com

/s/ Paul T. Farrell, Jr.
Paul T. Farrell, Jr.
Greene Ketchum
419 Eleventh Street

        Huntington, West Virginia  25701
        Telephone: (304) 525-9115
        Facsimile: (304) 529-3284
        paul@greeneketchum.com

### CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on this 5th day April of 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

        */s/ Peter J. Mougey*
        Peter J. Mougey
        pmougey@levinlaw.com