UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

**GRANTED**
**It is so Ordered**

**s/ Dan A. Polster**
**U.S. District Judge**
**4/5/2019**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| This document applies to All Cases. | ) ) ) | Case No. 17-md-2804 Judge Dan Aaron Polster |

## PLAINTIFFS' MOTION FOR EXTENSION OF TIME

COME NOW, the Plaintiffs, by and through Co-Leads and the Plaintiffs' Executive Committee, and move for a brief two-day extension of time to respond to the opposition to Plaintiffs' Motion to Modify Protective Order Re: DEA's ARCOS/DADS Database (Doc. No. 1447) ("Motion") filed by Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation, and Walgreens Boots Alliance, Inc. and the opposition filed by Defendants CVS Indiana, L.L.C, Discount Drug Mart, Inc., HBC Service Company, Kroger Co., Rite Aid of Maryland, Walgreens Boots Alliance Inc., and Walmart Inc., as well to any response that DOJ files in opposition to Plaintiffs' Motion.

Plaintiffs filed the Motion on March 15, 2019. On March 19, 2019, the Court ordered an expedited briefing schedule for the Motion. (*See* Order, Mar. 19, 2019 ("March 19 Order")). Specifically, the Court ordered that "Any Objection to Plaintiffs' Proposed Order is due by 12:00 PM on 3/29/19. Reply in Support is due by 12:00 PM on 4/5/19." March 19 Order.

On March 29, 2019, the Court granted an extension of time to DOJ to file an opposition to the Motion by Friday, April 5, 2019. (*See* Order, Mar. 29, 2019 (granting DOJ's Motion for Extension of Time until April 5, 2019 to file response to Doc. 1447 Motion to Modify Protective Order)).