UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>COUNTY OF MULTNOMAH<br><br>    vs.<br><br>PURDUE PHARMA, LP, ET AL.<br>C.A. No. 3:17-02010 (Dist. of OR) | MDL Case No. 2804<br><br>Civil Case No.1:17-md-02804<br><br>Judge Dan Aaron Polster<br><br>MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS JAMES GALLANT, M.D.; GALLANT INTERNAL MEDICINE, P.C.; AND CORVALLIS INTERNAL MEDICINE, P.C. |

    PLEASE TAKE NOTICE that attorney James R. Dole of Watkinson Laird Rubenstein, P.C., hereby requests leave to withdraw as attorney of record for Defendants James Gallant, M.D.; Gallant Internal Medicine, P.C.; and Corvallis Internal Medicine, P.C. (**Defendants**).

    Pursuant to Local Civil Rule 83.9, Withdraw of Counsel, the attorney of record may not withdraw without first providing written notice to the client and all other parties and obtaining leave of court.  Defendants have been provided with notice via email dated April 2, 2019. Defendants no longer wish to be represented by counsel of record.  Pursuant to Oregon RPC

1.16(a)(3) counsel must withdraw.  All parties are hereby notified of James R. Dole's request to withdraw as Defendant's attorney by way of service and filing of this motion.

DATED this 5th day of April 2019.

WATKINSON LAIRD RUBENSTEIN, P.C.

By: s/ James R. Dole
James R. Dole, OSB No. 892272
Watkinson Laird Rubenstein, P.C.
1203 Willamette Street, Suite 200
Eugene, OR 97401-3509
T: 541-484-2277
F: 541-484-2282
Email: jdole@wlrlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 5th day of April I have caused to be served a true and correct copy of the foregoing **MOTION TO WITHDRAW AS COUNSEL FOR DEFENDANTS JAMES GALLANT, M.D.; GALLANT INTERNAL MEDICINE, P.C.; AND CORVALLIS INTERNAL MEDICINE, P.C.** upon all counsel of record via the Court's CM/ECF System.

WATKINSON LAIRD RUBENSTEIN, P.C.


By: s/ James R. Dole
    James R. Dole, OSB No. 892272
    Watkinson Laird Rubenstein, P.C.
    1203 Willamette Street, Suite 200
    Eugene, OR 97401-3509
    T: 541-484-2277
    F: 541-484-2282
    Email: jdole@wlrlaw.com


**By U.S. Mail to the following:**

Pacific Medical Evaluation
and Review Company
132 East Broadway, Suite 314
Eugene, OR 97401

Oregon TLC, LLC
132 East Broadway, Suite 314
Eugene, OR 97401

Roy Blackburn, M.d.
5385 Fairmont Glen
Alpharetta, GA 30004

Oregon TLC, S-Corporation
132 East Broadway, Suite 716
Eugene, OR 97401