UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-OP-45090<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 17-OP-45004 | MDL NO. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**DEFENDANTS' EMERGENCY MOTION FOR RELIEF
RELATED TO EXPERT DEPOSITIONS**

For the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court order that: (1) certain experts (as identified in Appendix A to the accompanying Memorandum of Law) be made available for at least two days of deposition testimony;[1] (2) each Defendant Family is allowed to question each of Plaintiffs' experts on issues specific to it (in addition to a lead questioner per Defendant Group); and (3) Plaintiffs must produce all reliance materials and data at least 14 days before each expert is deposed.

---

[1] Defendants reserve their rights to seek leave to depose experts for additional time.

1

Dated:  April 8, 2019	Respectfully submitted,

/s/ Kaspar J. Stoffelmayr (consent)
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com

*Liaison Counsel for the Chain Pharmacy Defendants*


/s/ Mark S. Cheffo (consent)
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
mark.cheffo@dechert.com

*Co-Liaison Counsel for the Manufacturer Defendants*

/s/ Geoffrey E. Hobart (consent)
Geoffrey E. Hobart
Mark H. Lynch
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
(202) 662-5281
ghobart@cov.com
mlynch@cov.com

*Co-Liaison Counsel for the Distributor Defendants*


/s/ Robert A. Nicholas (consent)
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Co-Liaison Counsel for the Distributor Defendants*


/s/ Enu Mainigi (consent)
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
emainigi@wc.com
*Co-Liaison Counsel for the Distributor Defendants*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 8th day of April 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

*/s/ Donna M. Welch*
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel: (312) 862-2000

3