# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## DEFENDANT J M SMITH CORPORATION'S
## AMENDED NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d, J M Smith Corporation hereby submits this amended notice. The proper form of service for J M Smith Corporation is attached to this notice as Exhibit A. The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to J M Smith Corporation shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

John J. Haggerty, Esq.
jhaggerty@foxrothschild.com

| | |
|---|---|
| Date: April 9, 2019 | By: /s/ John J. Haggerty<br>John J. Haggerty<br>FOX ROTHSCHILD LLP<br>2700 Kelly Road, Suite 300<br>Warrington, PA 18976<br>Tel: (215) 345-7500<br>Fax: (215) 345-7507<br>jhaggerty@foxrothschild.com<br><br>*Counsel for Defendant,*<br>*J M Smith Corporation* |

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 9, 2019, I electronically filed the foregoing Amended Notice Regarding Service with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

By: /s/ John J. Haggerty
John J. Haggerty, Esq.