# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>)<br>*Pertains to: City of Quincy, Massachusetts v.* )<br>*Purdue Pharma L.P. et al.,* )<br>*Case No.* **1882-CV-01079** )<br>) | CASE NO. 1882-CV-01079<br><br>**JUDGE DAN AARON POLSTER** |

## NOTICE OF APPEARANCE

Please enter the appearance of Elizabeth Smith of Motley Rice LLC on behalf of Plaintiff City of Quincy, Massachusetts in the above-captioned action.

Dated: April 10, 2019    Respectfully Submitted,


 */s/ Elizabeth Smith*
Elizabeth Smith (DC Bar # 994263)
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
Tel:  (202) 232-5504
Fax: (202) 386-9622
esmith@motleyrice.com

*Counsel for City of Quincy, Massachusetts*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 10, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Elizabeth Smith