UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DISVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-02804 |
| This Document Relates to Case No. 1882-CV-01079, *The City of Quincy, Massachusetts v. Purdue Pharma L.P., et al.* | Judge Dan Aaron Polster |

### NOTICE TO WITHDRAW JAMES S. TIMMINS AS COUNSEL OF RECORD FOR PLAINTIFFS

Pursuant to L.R. 83.9 the undersigned counsel hereby gives notice that James S. Timmins is hereby withdrawn as counsel of record in this and all related matters on behalf of Plaintiffs in the above captioned action.

Motley Rice LLC will be filing a Notice of Entry for Appearance for Attorney Elizabeth Smith concurrently with this Notice to Withdraw.

Dated: April 10, 2019            Respectfully submitted,

/s/ Elizabeth Smith
Linda Singer
Elizabeth Smith
Sara Aguiñiga
**MOTLEY RICE LLC**
401 9th Street, NW
Suite 1001
Washington, DC 20004
Tel. (202) 386-9626
Fax (202) 386-9622
lsinger@motleyrice.com
Esmith@Motley Rice LLC
saguiniga@motleyrice.com

**CERTIFICATE OF SERVICE**

The undersigned herby certifies that on this 10th day of April, 2019, a copy of the foregoing was electronically filed with the Clerk of Court of the United states District Court for the Northern District of Ohio, using the CM/ECF system, which will send a Notice of Electronic filing to all parties of record.

/s/ Elizabeth Smith
Linda Singer
Elizabeth Smith
Sara Aguiñiga
**MOTLEY RICE LLC**
401 9th Street, NW
Suite 1001
Washington, DC 20004
Tel. (202) 386-9626
Fax (202) 386-9622
lsinger@motleyrice.com
Esmith@Motley Rice LLC
saguiniga@motleyrice.com