# ATTACHMENT A

**Transfer Process and Procedure**

The MDL shall store the data made available to counsel in Opioid Litigation pursuant to the ARCOS Protective Order on a highly secure online website hosted on Amazon Web Services, "AWS", secured servers. Access to the website and then ability to un-encrypt the data is secured by two separate passwords. The website home page shall have an initial User ID and password dialog box.

(A) When valid User ID and password is entered, the registered user will need to agree to terms and conditions including recognition of the protective order and agreement to security of the data before the registered user can download any data on each visit.

(B) Once the "I Accept" or similar button is struck, Securities Litigation and Consulting Group, Inc. (SLCG) will be notified that the registered user has signed on and has access to a data file.

(C) The registered user will once more accept the terms and conditions before any file download will begin.

(D) The registered user will need a second password, different from the password used to login to the website to unencrypt the downloaded file.

The integrity of the data will be protected by SLCG and by the authorized users who have committed to the protective order as a pre-condition to downloading any data.