## ATTACHMENT C

(Alternate Acknowledgement of Protective Order and Agreement to be Bound pursuant to the Court's Order Regarding Alternate Exhibit A to ARCOS Protective Order. Doc. #: 602.)

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) | **MDL 2804** |
| ) | |
| ) | **Case No. 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** ) | |
| ) | **Judge Dan Aaron Polster** |
| ) | |
| ) | **ACKNOWLEDGEMENT OF** |
| ) | **PROTECTIVE ORDER AND** |
| ) | **AGREEMENT TO BE BOUND** |
| _____ ) | |

The undersigned hereby acknowledges that he/she has read the Protective Order entered in the above-captioned litigation, understands its terms, and agrees to be bound by its terms. Notwithstanding anything in this Order, under no circumstances is a State or federally-recognized Native American Indian Tribe, by signing this Acknowledgement, subjecting itself in any way to the jurisdiction of this Court for any purpose other than enforcement of the confidentiality provisions of the Protective Order. The undersigned understands that the terms of the Protective Order obligate him/her to use documents designated as "CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER" solely for purposes of the action identified in the Affidavit of Counsel or for law enforcement purposes, including investigations or litigation commenced or filed by a State or Tribal Attorney General, and that disclosure of any such documents to third-persons is prohibited except in accordance with the Protective Order or with permission of the Court.

_____
Signature

_____
Name (Please Print or Type)

_____
Date