UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) | MDL No. 2804 |
| ) | |
| ) | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: ) | |
| ) | Judge Dan Aaron Polster |
| ALL CASES ) | |
| ) | Mag. Judge David A. Ruiz |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE ITS REPLY TO CARDINAL HEALTH'S OBJECTION TO DISCOVERY RULING NO. 14, PART 5, REGARDING PRIVILEGE AND CARDINAL'S DENDRITE AUDIT, UNDER SEAL**

Plaintiffs move for leave to file its Motion for Leave to File its Reply to Cardinal Health's Objection to Discovery Ruling No. 14, part 5, Regarding Privilege and Cardinal Health's Dendrite Audit Under Seal.

The Motion states that filing said Motion is necessary to ensure compliance with CMO No. 2: Protective Order, ECF Doc. 441, and the Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167 because the Motion and accompanying documents will contain confidential information subject to said Orders.

Plaintiffs' Motion for Leave to File is hereby its Reply to Cardinal Health's Objection to Discovery Ruling No. 14, part 5, Regarding Privilege and Cardinal Health's Dendrite Audit under seal GRANTED.

**IT IS SO ORDERED.**

Dated: 4/12/19

/s/Dan Aaron Polster
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE