# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | CASE NO. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: ) *All Cases* ) | JUDGE DAN AARON POLSTER |

### MOTION OF ATTORNEYS JOSEPH F. MURRAY, JAMES B. HADDEN, AND BRIAN K. MURPHY FOR LEAVE TO WITHDRAW AS COUNSEL OF RECORD FOR DEFENDANT CARDINAL HEALTH

Pursuant to Loc.R. 83.9, attorneys Joseph F. Murray, James B. Hadden, and Brian K. Murphy of Murray Murphy Moul + Basil LLP hereby move for leave to withdraw as counsel for Defendant Cardinal Health. A memorandum in support of this Motion and proposed Order granting this Motion is attached.

Respectfully submitted,

**/s/ Joseph F. Murray**
Joseph F. Murray (0063373)
Brian K. Murphy (0070654)
James B. Hadden (0059315)
Murray Murphy Moul + Basil LLP
1114 Dublin Road
Columbus, OH 43215
Telephone: 614.488.0400
Facsimile: 614.488.0401
E-mail: murray@mmmb.com
murphy@mmmb.com
hadden@mmmb.com

**MEMORANDUM IN SUPPORT**

Pursuant to Loc.R. 83.9, attorneys Joseph F. Murray, James B. Hadden, and Brian K. Murphy of Murray Murphy Moul + Basil LLP hereby move for leave to withdraw as counsel for Cardinal Health.  Cardinal Health has consented to the withdrawal of Messrs. Murray, Hadden, and Murphy and will not be adversely affected, as Cardinal Health will continue to be represented by competent counsel of record from the law firms of William & Connolly LLP and Porter, Wright, Morris, & Arthur, LLP.  Notice of this Motion will be provided to all parties through their counsel of record via the CM/ECF filing system.

For the foregoing reasons, Messrs. Murray, Hadden, and Murphy respectfully request leave of Court to withdraw as counsel for Cardinal Health.  A proposed Entry granting this Motion is attached.

        Respectfully submitted,

        **/s/ Joseph F. Murray**
        Joseph F. Murray (0063373)
        Brian K. Murphy (0070654)
        James B. Hadden (0059315)
        Murray Murphy Moul + Basil LLP
        1114 Dublin Road
        Columbus, OH 43215
        Telephone: 614.488.0400
        Facsimile: 614.488.0401
        E-mail: murray@mmmb.com
                murphy@mmmb.com
                hadden@mmmb.com

## **CERTIFICATE OF SERVICE**

I certify that on April 12, 2019, I electronically filed the foregoing with the Court using the Court CM/ECF filing system.  Copies will be served upon counsel of record through the Court CM/ECF system.

**/s/ Joseph F. Murray**
Joseph F. Murray
