UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: *All Cases* | ) ) | JUDGE DAN AARON POLSTER |

### ENTRY

This matter is before the Court on the Motion of Joseph F. Murray, James B. Hadden, and Brian K. Murphy for leave to withdraw as counsel for Defendant Cardinal Health. For good cause shown, and Cardinal Health and all counsel of record being fully informed, the Court grants Messrs. Murray, Hadden, and Murphy leave to withdraw as counsel.

The Clerk is directed to send all Court orders and entries in this matter to the attention of Cardinal Health's remaining counsel of record.

IT IS SO ORDERED.

Date: _____       JUDGE: _____