# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | |
| ) | MDL No. 2804 |
| This document relates to: ) | |
| *All Cases* ) | Case No. 1:17-md-02804-DAP |
| ) ) ) | |
| ) | Honorable Dan A. Polster |
| ) ) ) | |

## AMNEAL PHARMACEUTICALS LLC'S NOTICE REGARDING SERVICE

In accordance with the Court's Case Management Order One, Paragraph 6.d., Amneal Pharmaceuticals LLC, hereby submits this Notice Regarding Service. Amneal Pharmaceuticals LLC's form for waiver of service for Amneal Pharmaceuticals LLC is attached hereto as Exhibit A. The standard form has been modified in accordance with this Court's orders. Further requests for waiver of service to Amneal Pharmaceuticals LLC shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via the email to the following attorney:

Dated: April 12, 2019

Respectfully submitted,

/s/ *Paul J. Cosgrove*
Paul J. Cosgrove (0073160)
**ULMER & BERNE LLP**
600 Vine Street, Suite 2800
Cincinnati, OH 45202
Phone: (513) 698-5000
Fax: (513) 698-5001
Email:  pcosgrove@ulmer.com

*Attorney for Amneal Pharmaceuticals LLC*

## CERTIFICATE OF SERVICE

      I hereby certify that on this the 15th day of April, 2019, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system and will be served via the Court's CM/ECF filing system on all attorneys of record.

                                                  /s/ *Paul J. Cosgrove*
                                                  Paul J. Cosgrove (0073160)