UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-OP-45090<br><br>*The County of Cuyahoga v. Purdue Pharma L.P.*, *et al.*<br>Case No. 17-OP-45004 | MDL NO. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**DEFENDANTS' EMERGENCY MOTION TO**
**RECONSIDER ORDERS SETTING EXPERT DISCOVERY SCHEDULE**

For the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court order Plaintiffs to produce all underlying reliance materials for all experts immediately and, in any event, not later than Friday April 19, 2019, and amend CMO 8 to extend the deadline to complete depositions of Plaintiffs' experts to at least May 31, 2019. Defendants further respectfully request that the deadline for the disclosure of their experts be extended to July 1, 2019, that the date for completing depositions of Defendants' experts be extended to September 2, 2019, and that the deadline for submitting *Daubert* and dispositive motions be extended to October 15, 2019. Defendants also respectfully request that the Court order the expert depositions to continue day-to-day to ensure that all Defendants have an actual (as opposed to theoretical) right to question Plaintiffs' experts about any opinions specific to them.

1

Dated:  April 15, 2019

*/s/ Kaspar J. Stoffelmayr (consent)*
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com

*Liaison Counsel for the Chain Pharmacy Defendants*


*/s/ Mark S. Cheffo (consent)*
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
mark.cheffo@dechert.com

*Co-Liaison Counsel for the Manufacturer Defendants*

Respectfully submitted,

*/s/ Geoffrey E. Hobart (consent)*
Geoffrey E. Hobart
Mark H. Lynch
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
(202) 662-5281
ghobart@cov.com
mlynch@cov.com

*Co-Liaison Counsel for the Distributor Defendants*


*/s/ Robert A. Nicholas (consent)*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Co-Liaison Counsel for the Distributor Defendants*


*/s/ Enu Mainigi (consent)*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
emainigi@wc.com

*Co-Liaison Counsel for the Distributor Defendants*

**CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 15th day of April 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

> */s/ Donna M. Welch*
> Donna M. Welch, P.C.
> KIRKLAND & ELLIS LLP
> 300 North LaSalle
> Chicago, IL 60654
> Tel: (312) 862-2000