UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Andrew K. Solow of Arnold & Porter Kaye Scholer LLP on behalf of Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.

April 16, 2019

Respectfully submitted,

*/s/ Andrew K. Solow*
Andrew K. Solow
ARNOLD & PORTER KAYE SCHOLER LLP
250 West 55th Street
New York, NY 10019-9710
Telephone: (212) 836-8000
Fax: (212) 836-6776
Andrew.Solow@arnoldporter.com

*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*