**UNITED STATES JUDICIAL PANEL**
on
**MULTIDISTRICT LITIGATION**

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                        MDL No. 2804

(SEE ATTACHED SCHEDULE)

**CONDITIONAL TRANSFER ORDER (CTO −88)**

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,409 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Apr 17, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                              MDL No. 2804

### SCHEDULE CTO−88 − TAG−ALONG ACTIONS

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| **FLORIDA MIDDLE** | | | |
| FLM | 5 | 19−00165 | Marion County, Florida v. Purdue Pharma L.P. et al |
| **FLORIDA NORTHERN** | | | |
| FLN | 4 | 19−00149 | JACKSON COUNTY v. AMERISOURCEBERGEN DRUG CORPORATION et al |
| **FLORIDA SOUTHERN** | | | |
| FLS | 4 | 19−10049 | The County Commission of Monroe County, Florida v. Purdue Pharma L.P. et al |
| **ILLINOIS NORTHERN** | | | |
| ILN | 1 | 19−02169 | The People of the State of Illinois et al v. Purdue Pharma L.P. et al |
| **NEW YORK NORTHERN** | | | |
| NYN | 6 | 19−00376 | The City of Rome, New York v. Purdue Pharma, L.P. et al |
| **RHODE ISLAND** | | | |
| RI | 1 | 19−00163 | Town of Warren v. Amerisourcebergen Drug Corporation et al |
| RI | 1 | 19−00167 | Town of Scituate v. Amerisourcebergen Drug Corporation et al |
| **VIRGINIA EASTERN** | | | |
| ~~VAE~~ | ~~1~~ | ~~19−00364~~ | ~~Fauquier County, Virginia v. Mallinckrodt LLC, et al~~    Opposed 4/16/19 |
| ~~VAE~~ | ~~1~~ | ~~19−00365~~ | ~~Board of Supervisors, Prince William County v. Purdue Pharma L.P. et al~~    Opposed 4/16/19 |
| ~~VAE~~ | ~~1~~ | ~~19−00402~~ | ~~The County Board of Arlington County, Virginia v. Actavis Pharma, Inc. et al~~    Opposed 4/16/19 |

VIRGINIA WESTERN

| | | | | |
|---|---|---|---|---|
| ~~VAW~~ | ~~1~~ | ~~19−00011~~ | ~~City of Bristol, Virginia v. Purdue Pharma L.P. et al~~ | Opposed 4/16/19 |
| ~~VAW~~ | ~~7~~ | ~~19−00271~~ | ~~Roanoke County, Virginia v. Purdue Pharma L.P. et al~~ | Opposed 4/16/19 |
| ~~VAW~~ | ~~7~~ | ~~19−00272~~ | ~~City of Roanoke, Virginia v. Purdue Pharma L.P. et al~~ | Opposed 4/16/19 |
| ~~VAW~~ | ~~7~~ | ~~19−00273~~ | ~~City of Salem, Virginia v. Purdue Pharma L.P. et al~~ | Opposed 4/16/19 |
| ~~VAW~~ | ~~7~~ | ~~19−00275~~ | ~~Alleghany County, Virginia v. Purdue Pharma L.P. et al~~ | Opposed 4/16/19 |

WYOMING

| | | | |
|---|---|---|---|
| WY | 1 | 19−00049 | Cheyenne WY v. Purdue Pharma LP et al |