# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) | Case No. 1:17-md-2804 |
| *All Cases* | ) ) | Hon. Dan Aaron Polster |

## DEFENDANT BLOODWORTH WHOLESALE DRUGS, INC.'S NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, paragraph 6.d, Defendant Bloodworth Wholesale Drugs, Inc. ("Bloodworth") hereby submits this notice. The proper form for waiver of service for Bloodworth is attached to this Notice as Exhibit A. The standard form has been modified in accordance with this Court's orders.  Requests for waiver of service to Bloodworth shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via emailt o the following attorney:

David V. Hayes
dhayes@owengleaton.com

Dated:  April 17, 2019

**[SIGNATURE ON FOLLOWING PAGE]**

Respectfully submitted,

                                                */s/ David  V. Hayes*
                                                FREDERICK N. GLEATON
                                                Georgia Bar No. 297250
                                                DAVID V. HAYES
                                                Georgia State Bar No. 240156
                                                ***Counsel for Bloodworth Wholesale Drugs, Inc.***

OWEN, GLEATON, EGAN,
JONES & SWEENEY, LLP
1180 Peachtree Street, N.E.
Suite 3000
Atlanta, Georgia 30309
Tel: (404) 688-2600
Facsimile: (404) 525-4347
Gleaton@owengleaton.com
DHayes@owengleaton.com

## CERTIFICATE OF SERVICE

I hereby certify that on April 17, 2019, I electronically filed the foregoing Notice with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated:  April 17, 2019

                                        */s/ David  V. Hayes*
                                        DAVID V. HAYES
                                        Georgia State Bar No. 240156
                                        ***Counsel for Bloodworth Wholesale Drugs, Inc.***

OWEN, GLEATON, EGAN,
JONES & SWEENEY, LLP
1180 Peachtree Street, N.E.
Suite 3000
Atlanta, Georgia 30309
Tel: (404) 688-2600
Facsimile: (404) 525-4347
Gleaton@owengleaton.com
DHayes@owengleaton.com