**UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-OP-45090<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 17-OP-45004 | MDL NO. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**DEFENDANTS' EMERGENCY MOTION TO
STRIKE PLAINTIFFS' UNTIMELY AND NON-COMPLIANT
<u>EXPERT REPORTS AND OPINIONS</u>**

For the reasons set forth in the accompanying Memorandum of Law, Defendants respectfully request that the Court strike: (i) the expert reports and opinions not timely disclosed on March 25, 2019; (ii) the expert opinions that rely on data and other materials not timely produced on March 25, 2019; and (iii) the report of Stephen Schondelmeyer, which was untimely and beyond the scope of the Special Master's order granting an extension to Plaintiffs limited to four SOMS and anti-diversion expert reports.

Dated:  April 17, 2019

*/s/ Kaspar J. Stoffelmayr (consent)*
Kaspar J. Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
(312) 494-4400
kaspar.stoffelmayr@bartlitbeck.com

*Liaison Counsel for the Chain Pharmacy Defendants*


*/s/ Mark S. Cheffo (consent)*
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
(212) 698-3500
mark.cheffo@dechert.com

*Co-Liaison Counsel for the Manufacturer Defendants*


 */s/ Carole S. Rendon (consent)*
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Ste. 2000
Cleveland, OH 44114
(216) 621-0200
crendon@bakerlaw.com

*Co-Liaison Counsel for the Manufacturer Defendants*

Respectfully submitted,

*/s/ Geoffrey E. Hobart (consent)*
Geoffrey E. Hobart
Mark H. Lynch
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, N.W.
Washington, DC 20001
(202) 662-5281
ghobart@cov.com
mlynch@cov.com

*Co-Liaison Counsel for the Distributor Defendants*


*/s/ Robert A. Nicholas (consent)*
Robert A. Nicholas
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
(215) 851-8100
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Co-Liaison Counsel for the Distributor Defendants*


*/s/ Enu Mainigi (consent)*
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
(202) 434-5000
emainigi@wc.com

*Co-Liaison Counsel for the Distributor Defendants*

2

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 17th day of April 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF System.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

> */s/ Donna M. Welch*
> Donna M. Welch, P.C.
> KIRKLAND & ELLIS LLP
> 300 North LaSalle
> Chicago, IL 60654
> Tel: (312) 862-2000