# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION

| | |
|---|---|
| THIS DOCUMENT RELATES TO: | MDL No. 2804 |
| *Blackfeet Tribe of the Blackfeet Indian Reservation v. Amerisourcebergen Drug Corporation, et. al.* | Case No. 1:17-md-2804 |
| | Hon. Dan Aaron Polster |
| Case No. 1:18-op-45749 | |

## Defendant Smith's Food & Drug Centers, Inc.'s Joinder in Distributor Defendants' Motion to Dismiss First Amended Complaint

Defendant Smith's Food & Drug Centers, Inc. ("Smith's") hereby joins the Motion to Dismiss (Doc. No. 927, 927-1) Plaintiff's First Amended Complaint brought by Defendants CVS Pharmacy, Inc., CVS Indiana, L.L.C., Walmart Inc., Walgreen Co., and Walgreen Arizona Drug Co. ("the Moving Defendants") and the supporting Memorandum of Law.

Smith's received service of the *Blackfeet Tribe* Complaint in March of 2019, more than six months after the Moving Defendants filed their Motion to Dismiss pursuant to this Court's Orders.  As a result, Smith's was deprived of any opportunity to help shape the Moving Defendants' Motion to Dismiss and now joins, adopts, and incorporates by reference the legal arguments and authorities citied in the Moving Defendants' Motion to Dismiss briefings.  Because the legal arguments raised by the Moving Defendants are equally applicable to Plaintiff's claims against Smith's, Smith's respectfully requests leave to join in their Motion to Dismiss and supporting briefs referenced above.

Pursuant to Sections 2.g., 2.j. and 2.k. of Case Management Order One (Doc. 232), Smith's does not waive and expressly preserves its right to raise any defenses not addressed in the



EXHIBIT A

Moving Defendants' briefing, and to file an individual motion to dismiss in the future on any grounds.

Accordingly, for the reasons set forth in the Moving Defendants' Motion to Dismiss, Smith's respectfully requests that Plaintiff's First Amended Complaint be dismissed.

Dated: April 18, 2019.

SMITH'S FOOD & DRUG CENTERS, INC.

By Counsel

/s/ Ronda L. Harvey
Ronda L. Harvey Esq. (WVSB 6326)
Fazal A. Shere (WVSB 5433)
Unaiza Riaz, Esq. (WVSB 13253)
Bowles Rice LLP
600 Quarrier Street
Charleston, West Virginia 25301

## CERTIFICATE OF SERVICE

I hereby certify that on April 18, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

/s/ Ronda L. Harvey
*Counsel for Smith's Food & Drug Centers, Inc.*

10904989.1