IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Civ. No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO: *All Cases* | JUDGE POLSTER |

**NOTICE OF APPEARANCE**

Please take notice that Phyllis A. Jones of Covington & Burling LLP, One CityCenter, 850 Tenth Street, NW, Washington, DC 20001, hereby enters her appearance as counsel of record for Defendant, McKesson Corporation in the above-captioned action.

    Respectfully submitted,

    /s/ Phyllis A. Jones
    Phyllis A. Jones (D.C. Bar No. 983154)
    COVINGTON & BURLING LLP
    One CityCenter, 850 Tenth Street, NW
    Washington, DC 20001
    (202) 662-6000 (Telephone)
    pajones@cov.com

    *Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing **Notice of Appearance** was sent by the Court's electronic case filing system April 18, 2019, and served upon all those participating therein.

/s/ Phyllis A. Jones
Phyllis A. Jones (D.C. Bar No. 983154)