UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

**DEFENDANT THE HARVARD DRUG GROUP, L.L.C.'S
NOTICE REGARDING SERVICE**

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., The Harvard Drug Group, L.L.C., hereby submits this notice. The proper form for waiver of service for The Harvard Drug Group, L.L.C., is attached to this notice as Exhibit A. The standard form has been modified in accordance with this Court's orders.  Requests for waiver of service to The Harvard Drug Group, L.L.C., shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Emily Pistilli, Esq.
EPistilli@wc.com

Dated: April 22, 2019

Respectfully submitted,

*/s/ Steven M. Pyser*
Enu Mainigi
Steven M. Pyser
Jennifer G. Wicht
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street, N.W.
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
spyser@wc.com

jwicht@wc.com

*Counsel for The Harvard Drug Group, L.L.C.*

## CERTIFICATE OF SERVICE

I, Steven M. Pyser, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

Dated: April 22, 2019  */s/ Steven M. Pyser*
Steven M. Pyser