# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER<br><br>**NOTICE OF WAIVER OF SERVICE REQUEST AND DESIGNATED RECIPIENT** |

Pursuant to Paragraph 6.d of Case Management Order One, Quest Pharmaceuticals, Inc. hereby submits this Notice and proper form for requesting waiver of service to Quest Pharmaceuticals, Inc. attached as Exhibit 1. Requests for waiver of service to Quest Pharmaceuticals, Inc. shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

1. John J. Haggerty, Esq. (jhaggerty@foxrothschild.com)

Respectfully submitted,

**FOX ROTHSCHILD LLP**

Dated: April 22, 2019          By: _____
John J. Haggerty, Esq.
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com
*Attorneys for Defendant*
*Quest Pharmaceuticals, Inc.*