## CERTIFICATE OF SERVICE

  I hereby certify that on April 22, 2019, I electronically filed the foregoing Notice of Waiver of Service Request with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

            By: _____
               John J. Haggerty, Esq.