# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Pamela J. Yates of Arnold & Porter Kaye Scholer LLP on behalf of Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.

April 22, 2019                              Respectfully submitted,

*/s/ Pamela J. Yates*
Pamela J. Yates
ARNOLD & PORTER KAYE SCHOLER LLP
777 South Figueroa Street, 44th Floor
Los Angeles, California 90017-5844
Telephone: (310) 788-1000
Fax: (213) 243-4199
Pamela.Yates@arnoldporter.com

*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on April 22, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

>
> */s/ Pamela J. Yates*
> Pamela J. Yates
> ARNOLD & PORTER KAYE SCHOLER LLP
> 777 South Figueroa Street, 44th Floor
> Los Angeles, California 90017-5844
> Telephone: (212) 836-8000
> Fax: (212) 836-6776
> Pamela.Yates@arnoldporter.com