# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL 2804 |
| ) | Case No. 1:17-md-2804-DAP |
| This document relates to: ) ) | |
| ) | Judge Dan Aaron Polster |
| *State of Alabama v. Purdue Pharma LP, et al.* ) Case No. 1:18-OP-45236-DAP (N.D. Ohio) ) | |

## MOTION TO EXTEND BRIEFING SCHEDULE
## Re: RELEASE OF PLAINTIFFS' FACT SHEETS (Doc. 1431)

On March 13th, Alabama requested this Court release the Plaintiffs' Facts Sheets to the state Attorneys General. *See* Doc. 1431. The next day, the Court ordered any parties who objected to our request to file a response by March 25, 2019. On March 20th, the Court extended that deadline to April 25, 2019.

The parties continue to meet and confer on this issue and agree that extending the deadline to respond to May 2, 2019 would be beneficial.

Accordingly, the State of Alabama respectfully requests the Court enter an order extending the deadline to respond to May 2, 2019.

Respectfully submitted,

Steve Marshall
*Attorney General*


 /s/ *Corey L. Maze*
Corey L. Maze
*Special Deputy Attorney General*

1

ADDRESS OF COUNSEL:

| | |
|---|---|
| Steve Marshall<br>*Attorney General* | Office of the Attorney General of Alabama<br>501 Washington Avenue<br>Montgomery, AL 36130 |
| Corey L. Maze<br>*Special Deputy Attorney General* | Phone: (334) 242-7300<br>Fax: (334) 242-4891<br>cmaze@ago.state.al.us |
| Winfield J. Sinclair<br>*Assistant Attorney General* | wsinclair@ago.state.al.us<br>mdean@ago.state.al.us |
| Michael G. Dean<br>*Assistant Attorney General* | |

OF COUNSEL:

| | |
|---|---|
| Jere L. Beasley – ASB 1981A35J | Robert F. Prince – ASB-2570-C56R |
| Rhon E. Jones – ASB 7747E52R | Joshua P. Hayes – ASB-4868-H68H |
| Richard D. Stratton – ASB 3939T76R | |
| Jeffrey D. Price – ASB 8190F60P | **Prince, Glover & Hayes** |
| J. Ryan Kral – ASB 9669N70K | 1 Cypress Point |
| J. Parker Miller – ASB 7363H53M | 701 Rice Mine Road North |
| **Beasley, Allen, Crow, Methvin,** | Tuscaloosa, Alabama 35406 |
| **Portis & Miles, P.C.** | Telephone: (205) 345-1234 |
| 218 Commerce Street | Fax: (205) 752-6313 |
| Post Office Box 4160 (36103-4160) | rprince@princelaw.net |
| Montgomery, Alabama 36104 | jhayes@princelaw.net |
| Telephone: (334) 269-2343 | |
| Fax: (334) 954-7555 | |
| Jere.Beasley@BeasleyAllen.com | |
| Rhon.Jones@BeasleyAllen.com | |
| Rick.Stratton@BeasleyAllen.com | |
| William.Sutton@BeasleyAllen.com | |
| Ryan.Kral@BeasleyAllen.com | |
| Parker.Miller @BeasleyAllen.com | |

3

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 24, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

    /s/ *Corey L. Maze*
*Special Deputy Attorney General*