UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

The Court and parties hereto will take notice that John T. Cox III, John D. Volney, and Elizabeth Y. Ryan of Lynn Pinker Cox and Hurst LLP, 2100 Ross Avenue, Suite 2700, Dallas, Texas 75201, telephone: 214-981-3800, hereby enter their appearance as additional counsel of record for Defendants Purdue Pharma L.P., Purdue Pharma Inc, and The Purdue Frederick Company, Inc. ("Purdue"). It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as additional counsel of record for Purdue.

Respectfully submitted,

/s/ John T. Cox
John T. Cox III
State Bar No. 24003722
tcox@lynnllp.com
John D. Volney
jvolney@lynnllp.com
State Bar No. 24003118
Elizabeth Y. Ryan
State Bar No. 24067758
eryan@lynnllp.com
LYNN PINKER COX & HURST, LLP
2100 Ross Avenue, Suite 2700
Dallas, Texas 75201
Telephone: (214) 981-3800
Facsimile: (214) 981-3839

## **CERTIFICATE OF SERVICE**

      I hereby certify that on April 24, 2019, a copy of the foregoing Notice of Appearance was electronically filed. Notice of this filing will be sent to counsel of record for all parties by operation of the Court's Electronic Case Filing system. Parties and their counsel may access this filing through the Court's Electronic Case Filing system.

                          /s/ John T. Cox  
                          John T. Cox III  
                          One of the Attorneys for Defendant, Purdue