Julie Ann DeMille
12200 SE McLoughlin Blvd. #19102
Milwaukie, Oregon 97222

*In Propria Persona*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **In re: National Prescription Opiate Litigation** | MDL NO. 2804 |
| | Case No. 1:17-md-2804-DAP |
| This document relates to: *County of Multnomah v. Purdue Pharma L.P., et al.,* No. 3:17-cv-02010-JE (D. Or.) | JUDGE POLSTER |

## NOTICE OF CHANGE OF ADDRESS

TO:   CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant, JULIE ANN DEMILLE'S address will change on May 9, 2019 to:

> Julie Ann DeMille
> USM# 79886-065
> FCI Dublin
> Federal Correctional Institution
> 5701 8th St. - Camp Parks
> Dublin, CA 94568
> jademille@gmail.com

Please direct all future notices, correspondence, and filings to the address listed above beginning May 9, 2019.

Dated: April 26, 2019

/s/ Julie Ann DeMille
JULIE ANN DEMILLE
Defendant, *Pro Se*

PAGE 1 – NOTICE OF CHANGE OF ADDRESS
h:\demille-1305\caption - civil case - in pro per.docx  4/26/2019

Julie Ann DeMille
12200 SE McLoughlin Blvd. #19102
Milwaukie, Oregon 97222
*