UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL No. 2804<br>Case No. 1:17-md-2804<br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Rebecca C. Mandel of Hogan Lovells US LLP hereby enters her appearance as counsel of record for Defendants Mylan N.V., Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Specialty L.P., Mylan Institutional Inc., Mylan Technologies Inc., and Mylan Bertek Pharmaceuticals Inc. in the above-captioned action.

Dated: April 29, 2019

Respectfully submitted,

*/s/ Rebecca C. Mandel*
Rebecca C. Mandel
Hogan Lovells US LLP
555 13th St., NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
rebecca.mandel@hoganlovells.com

*Counsel for Mylan N.V., Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Specialty L.P., Mylan Institutional Inc., Mylan Technologies Inc., and Mylan Bertek Pharmaceuticals Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on April 29, 2019, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all attorneys of record.

/s/ Rebecca C. Mandel
Rebecca C. Mandel
Hogan Lovells US LLP
555 13th St., NW
Washington, DC 20004
Tel: (202) 637-5600
Fax: (202) 637-5910
rebecca.mandel@hoganlovells.com

*Counsel for Mylan N.V., Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Specialty L.P., Mylan Institutional Inc., Mylan Technologies Inc., and Mylan Bertek Pharmaceuticals Inc.*