# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | ) | MDL No. 2804 |
| | ) | |
| | ) | Case No. 1:17-md-2804 |
| | ) | |
| THIS DOCUMENT RELATES TO: | ) | JUDGE DAN AARON POLSTER |
| | ) | |
| *All Cases* | ) | **NOTICE OF APPEARANCE OF** |
| | ) | **COUNSEL FOR DEFENDANTS** |
| | ) | **WINN-DIXIE LOGISTICS, INC. and** |
| | ) | **WINN-DIXIE STORES, INC.** |

PLEASE TAKE NOTICE that Daniel T. Plunkett of the law firm of McGlinchey Stafford hereby enters his appearance as counsel of record for Defendants Winn-Dixie Logistics, Inc. and Winn-Dixie Stores, Inc.("Winn-Dixie"). All notices, pleadings, and other filings directed at Winn Dixie shall be served on the undersigned.

Respectfully submitted,

*/s/ Daniel T. Plunkett*
Daniel T. Plunkett (LA 21822)
J. Alexandra Bruce (LA 37612)
McGlinchey Stafford
601 Poydras Street, 12th Floor
New Orleans, LA  70130
Telephone: (504) 586-1200
Facsimile: (504) 596-2800
dplunkett@mcglinchey.com
abruce@mcglinchey.com
*Counsel for Defendants Winn-Dixie Logistics, Inc. and Winn-Dixie Stores, Inc.*

2287292.1

## **CERTIFICATE OF SERVICE**

      **I CERTIFY** that a copy of the foregoing *Notice of Appearance of Counsel for Defendants Winn-Dixie Logistics, Inc. and Winn-Dixie Stores, Inc.* was filed electronically with the Clerk of Court using the CM/EFC system on the 29th day of April, 2019.

       */s/ Daniel T. Plunkett*
      Daniel T. Plunkett (LA 21822))

2287292.1