IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: ) ) | Case No. 1:17-md-2804 |
| *The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporation, et al.* ) ) ) ) | Hon. Dan Aaron Polster |
| Case No. 1:18-op-45749 ) | |

**DEFENDANT ASSOCIATED PHARMACIES, INC.'S JOINDER IN DISTRIBUTORS' OBJECTIONS TO MAGISTRATE JUDGE'S APRIL 1, 2019 REPORT AND RECOMMENDATION**

Defendant Associated Pharmacies, Inc. ("API") hereby joins, adopts and incorporates by reference the objections, legal arguments and authorities set forth in the Objections (the "Objections") to Magistrate Judge David A. Ruiz's April 1, 2019 Report and Recommendation (Doc. 1500) (the "R&R"), filed on April 29, 2019 by Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc. and McKesson Corporation (the "Distributor Defendants") in the above-referenced civil action.

This Joinder is made pursuant to Sections 2.g., 2.j. and 2.k. of Case Management Order One (Doc. 232) and the R&R in an endeavor to coordinate and consolidate briefing and avoid duplicative briefing by incorporating similar arguments by reference.  Pursuant to Sections 2.g., 2.j. and 2.k. of Case Management Order One (Doc. 232), API does not waive and expressly preserves its right to raise any defenses, and to file an individual motion to dismiss in the future on any grounds.

Dated:  April 29, 2019.

                                            /s/ Walter A. Dodgen
                                            One of the Attorneys for Associated Pharmacies, Inc.

**OF COUNSEL:**

Walter A. Dodgen
David R. Beasley
MAYNARD, COOPER & GALE, P.C.
655 Gallatin Street
Huntsville, Alabama 35801
Telephone: (256) 551-0171
Facsimile:  (256) 512-0119
tdodgen@maynardcooper.com
dbeasley@maynardcooper.com

Carl S. Burkhalter
MAYNARD, COOPER & GALE, P.C.
1901 Sixth Avenue North
2400 Regions/Harbert Plaza
Birmingham, Alabama 35203
Telephone: (205) 254-1000
Facsimile:  (205) 254-1999
cburkhalter@maynardcooper.com

*Attorneys for Associated Pharmacies, Inc.*

## CERTIFICATE OF SERVICE

      I hereby certify that on April 29, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record.

                                            /s/ Walter A. Dodgen
                                            Of Counsel