**Challenged Documents Highlighted**

| No. | Cardinal's PrivLog No. | Date | Family | | | | Ruling | |
|---|---|---|---|---|---|---|---|---|
| 1 | CAH_MDL_PRIV 000557* | 11/12/07 | Fully withheld family including one (1) attachment: Privilege Challenged over the full family | | | | Privilege applies and the documents may be withheld, but the final version of the expert report at issue must be produced. | |
| 2 | CAH-MDL-PRIV 001316* | 12/18/07 | Fully withheld family including eight (8) attachments: Privilege Challenged over the full family | | | | For the reasons stated in Discovery Ruling No. 14-5, these Dendrite-related documents must be produced. | |
| 3 | CAH_MDL2804_ 02199748 | 12/21/07 | **Bates Range** | **Priv Log ID Number** | **Status** | | **Ruling** | |
| | | | CAH_MDL2804_02199748 | CAH_MDL_PRIV_001457 | Produced redacted: Not Challenged | | n/a | |
| | | | CAH_MDL2804_02199749 | CAH_MDL_PRIV_001456* | Slipsheeted as Priv: Challenged | | Privilege applies and the document may be withheld. | |
| | | | CAH_MDL2804_02199750 | CAH_MDL_PRIV_001455* | Slipsheeted as Priv: Challenged | | Privilege applies and the document may be withheld. | |
| | | | CAH_MDL2804_02199751 (Produced 02199751 to -751_006) | CAH_MDL_PRIV_001454 | Produced on 1/11/19 | | n/a | |
| | | | CAH_MDL2804_02199757 | -- | Produced on 10/25/18 | | n/a | |
| | | | CAH_MDL2804_02199757 | -- | Produced on 10/25/18 | | n/a | |
| 4 | CAH_MDL_PRIV 003199* | 5/29/08 | Fully withheld family including one (1) attachment: Privilege Challenged over the full family | | | | Privilege applies and the document may be withheld. | |
| 5 | CAH_MDL2804_ 02581970 | 2/13/09 | **Bates Range** | **Priv Log ID Number** | **Status** | | **Ruling** | |
| | | | CAH_MDL2804_02581970 – 972 | CAH_MDL_PRIV_003947 | Produced redacted: Not Challenged | | n/a | |
| | | | CAH_MDL2804_02581973 | CAH_MDL_PRIV_003946* | Slipsheeted as Priv: Challenged | | Privilege applies and the document may be withheld. | |
| 6 | CAH_MDL_ PRIV 004932 | 10/16/09 | *As part of the ordered downgrade review process, Cardinal identified this document to be downgraded and, as a result, this document will be produced.* | | | | n/a | |
| 7 | CAH_MDL_ PRIV 004933 | 10/16/09 | *As part of the ordered downgrade review process, Cardinal identified this document to be downgraded and, as a result, this document will be produced.* | | | | n/a | |
| 8 | CAH_MDL2804_ 02316570 | 11/3/10 | **Bates Range** | **Priv Log ID Number** | **Status** | | **Ruling** | |
| | | | CAH_MDL2804_02316570 | -- | Produced on 10/25/18 | | n/a | |
| | | | CAH_MDL2804_02316571 | CAH_MDL_PRIV_005899* | Slipsheeted as Priv: Challenged | | Privilege applies and the document may be withheld. | |

| # | | | | | | |
|---|---|---|---|---|---|---|
| 9 | CAH_MDL2804_02504457 | 11/28/11 | **Bates Range** | **Priv Log ID Number** | **Status** | **Ruling** |
| | | | CAH_MDL2804_02504457 | -- | Produced on 10/25/18 | n/a |
| | | | CAH_MDL2804_02504458 | CAH_MDL_PRIV_008594* | Slipsheeted as Priv: Challenged | For the reasons stated in Discovery Ruling No. 14-5, these Dendrite-related documents must be produced. |
| | | | CAH_MDL2804_02504459 | CAH_MDL_PRIV_008593 | Slipsheeted as Priv: Not Challenged | n/a |
| | | | CAH_MDL2804_02504460 | CAH_MDL_PRIV_008592 | Slipsheeted as Priv: Not Challenged | n/a |
| | | | CAH_MDL2804_02504461 | CAH_MDL_PRIV_008591 | Slipsheeted as Priv: Not Challenged | n/a |
| | | | CAH_MDL2804_02504462 | CAH_MDL_PRIV_008590 | Slipsheeted as Priv: Not Challenged | n/a |
| | | | CAH_MDL2804_02504463 | CAH_MDL_PRIV_008589 | Slipsheeted as Priv: Not Challenged | n/a |
| | | | CAH_MDL2804_02504464 | CAH_MDL_PRIV_008588 | Slipsheeted as Priv: Not Challenged | n/a |
| 10 | CAH_MDL_PRIV_009923* | 1/11/12 | Fully withheld email with no attachments: Privilege Challenged | | | Privilege applies and the documents may be withheld. |
| 11 | CAH_MDL2804_02117556 | 2/3/12 | **Bates Range** | **Priv Log ID Number** | **Status** | **Ruling** |
| | | | CAH_MDL2804_02117556 | -- | Produced on 10/25/18 | n/a |
| | | | CAH_MDL2804_02117557 | CAH_MDL_PRIV_010401* | Slipsheeted as Priv: Challenged | Privilege applies and the documents may be withheld. |
| | | | CAH_MDL2804_02117558 | CAH_MDL_PRIV_010400* | Slipsheeted as Priv: Challenged | Privilege applies and the documents may be withheld. |
| | | | | | | Note: the spreadsheet attachment need not be produced, but the type of information contained in the spreadsheet generally must be produced if responsive to a discovery request. |
| 12 | CAH_MDL2804_02899253* | 2/5/12 | Redacted email with no attachments: Privilege Challenged | | | The redactions are appropriate. |
| `13 | CAH_MDL_PRIV_016924* | 6/11/12 | Fully withheld email with one (1) attachment: Privilege Challenged over the full family | | | For the reasons stated in Discovery Ruling No. 14-5, this Dendrite-related document must be produced. |
| 14 | CAH_MDL2804_02125972 | 7/18/12 | **Bates Range** | **Priv Log ID Number** | **Status** | **Ruling** |
| | | | CAH_MDL2804_02125976 | -- | Produced on 10/25/18 | n/a |
| | | | CAH_MDL2804_02125977 – 997 | CAH_MDL_PRIV_018372 | Produced Redacted: Not Challenged | n/a |
| | | | CAH_MDL2804_02125998 – 6018 | CAH_MDL_PRIV_018371* | Produced Redacted: Challenged | The redactions are appropriate. |
| | | | CAH_MDL2804_02126019 – 025 | -- | Produced on 10/25/18 | n/a |

* Denotes documents that were challenged by Plaintiffs.