# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | Judge Dan Aaron Polster |
| *All Cases* | |

## DEFENDANT WINN-DIXIE STORES, INC.'S NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6(d), Defendant Winn-Dixie Stores, Inc. ("WDS") hereby submits this Notice. The proper form for waiver of service for WDS is attached to this Notice as Exhibit A. Requests for waiver of service to WDS shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Daniel T. Plunkett
dplunkett@mcglinchey.com

Dated: April 30, 2019

Respectfully Submitted,

*/s/ Daniel T. Plunkett*
Daniel T. Plunkett (LA 21822)
J. Alexandra Bruce (LA 37612)
McGLINCHEY STAFFORD, PLLC
12th Floor, 601 Poydras Street
New Orleans, Louisiana  70130
Tel:  (504) 586-1200
Fax:  (504) 596-2800
dplunkett@mcglinchey.com
abruce@mcglinchey.com

*Attorneys for Winn Dixie Stores, Inc.*

2287172.1

## CERTIFICATE OF SERVICE

I hereby certify that on April 30, 2019, a copy of the above and foregoing was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing has been forwarded to all parties, by and through their attorneys of record by operation of the Court's electronic filing system.

*/s/ Daniel T. Plunkett*

2287172.1