# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

THIS DOCUMENT RELATES TO:
ALL CASES

MDL No. 2804
Case No. 1:17-md-2804
Judge Dan Aaron Polster

## MYLAN DEFENDANTS'
## NOTICE REGARDING WAIVER OF SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., Defendants Mylan N.V., Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Specialty L.P., Mylan Institutional Inc., Mylan Technologies Inc., and Mylan Bertek Pharmaceuticals Inc. (collectively "Mylan") hereby submit this notice regarding waiver of service.  The proper forms for waiver of service for Mylan are attached to this notice as Exhibit A.  The standard form has been modified to reflect this Court's orders.  Requests for waiver of service to Mylan should be made, complete with all required case information and PDF copies of the complaint and any exhibits, via email to the undersigned counsel.

Date: April 30, 2019

Respectfully submitted,

*/s/ Rebecca C. Mandel*

Rebecca C. Mandel
HOGAN LOVELLS US LLP
555 Thirteenth Street NW
Washington, D.C. 20004
Phone: (202) 637-5488
Fax: (202) 637-5910
rebecca.mandel@hoganlovells.com

*Counsel for Mylan N.V., Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Specialty L.P., Mylan Institutional Inc., Mylan Technologies Inc., and Mylan Bertek Pharmaceuticals Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 30th day of April, 2019, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ *Rebecca C. Mandel*

Rebecca C. Mandel

*Counsel for Mylan N.V., Mylan Inc., Mylan Pharmaceuticals Inc., Mylan Specialty L.P., Mylan Institutional Inc., Mylan Technologies Inc., and Mylan Bertek Pharmaceuticals Inc.*