### IN THE UNITED STATES DISTRICT COURT
### NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>) | MDL 2804 |
| ) | Case No. 1:17-md-2804-DAP |
| This document relates to: )<br>) | |
| ) | Judge Dan Aaron Polster |
| *State of Alabama v. Purdue Pharma LP, et al.* )<br>Case No. 1:18-OP-45236-DAP (N.D. Ohio) ) | |

### MOTION TO EXTEND BRIEFING SCHEDULE
### RE: RELEASE OF PLAINTIFFS' FACT SHEETS (Doc. 1431)

On March 13, 2019, Alabama filed a motion requesting an Order from this Court releasing Plaintiff Fact Sheets ("PFS") that have been filed (or will be filed) in MDL 2804 to the state Attorneys General. (*See* Doc. 1431).  The next day, the Court ordered any parties who objected to Alabama's request to file a response by March 25, 2019.  On March 20, 2019, the Court extended that deadline to April 25, 2019. At the request of the parties, the Court again extended the deadline to file a response to May 2, 2019.

The parties continue to meet and confer on this issue and agree that extending the deadline again would be beneficial.  The parties propose extending the deadline to respond to May 13, 2019.

Accordingly, the Parties respectfully requests the Court enter an order extending the deadline to respond to May 13, 2019.

Dated: May 1, 2019                                    Respectfully submitted,

                                                      */s/ Steven J. Skikos*
                                                      Steven J. Skikos
                                                      Adriana Desmond
                                                      Skikos, Crawford, Skikos & Joseph, LLP
                                                      One Sansome Street, Suite 2830
                                                      San Francisco, CA  94104
                                                      Tel. (415) 546-7300
                                                      Fax: (415) 546-7301
                                                      sskikos@skikos.com
                                                      adesmond@skikos.com

                                                      ***Plaintiffs Co-Liaison Counsel***

**CERTIFICATE OF SERVICE**

  I hereby certify that on May 1, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

DATED: May 1, 2019

               */s/ Steven J. Skikos*
                Steven J. Skikos