UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 1:17-MD-2804<br><br>Judge Dan Aaron Polster<br><br>NOTICE OF APPEARANCE OF<br><br>Publix Super Markets, Inc. |

    PLEASE TAKE NOTICE THAT, pursuant to the Case Management Order No. 1, *In re: National Prescription Opiate Litigation*, ECF Dkt. No. 232 (April 11, 2018) requirement that counsel of record take the necessary steps to become registered as electronic filers in the master docket, Gregory S. Chernack of the law firm Hollingsworth LLP, hereby enters his appearance in the above-captioned matter as counsel for Defendant Publix Super Markets, Inc..

Dated: May 2, 2019

                                        Respectfully Submitted,

                                        /s/ Gregory S. Chernack

                                        Gregory S. Chernack, Esq., (D.C. Bar No. 472295)
                                        (gchernack@hollingsworthllp.com)
                                        Hollingsworth LLP
                                        1350 I Street N.W.
                                        Washington, D.C. 20005
                                        Phone: (202) 898-5800
                                        Fax: (202) 682-1639

                                        *Attorney for Defendant Publix Super Markets, Inc.*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

/s/ Gregory S. Chernack

Gregory S. Chernack, Esq., (D.C. Bar No. 472295)
(gchernack@hollingsworthllp.com)
Hollingsworth LLP
1350 I Street N.W.
Washington, D.C. 20005
Phone: (202) 898-5800
Fax: (202) 682-1639

*Attorney for Defendant Publix Super Markets, Inc.*