**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**  This document relates to:  Case No. 1:18-op-45749-DAP  THE BLACKFEET TRIBE OF THE BLACKFEET INDIAN RESERVATION,  Plaintiff,  v.  AMERISOURCEBERGEN DRUG CORPORATION, et al.  Defendants. | MDL 2804  Case No. 17-md-2804  Hon. Dan Aaron Polster |

**NOTICE OF WITHDRAWAL OF PLAINTIFF BLACKFEET'S OBJECTIONS TO REPORT AND RECOMMENDATIONS OF MAGISTRATE JUDGE DAVID A. RUIZ**

Plaintiff the Blackfeet Tribe of the Blackfeet Indian Reservation ("Blackfeet" or "Plaintiff") hereby withdraws its Objections to Report and Recommendations of Magistrate Judge David A. Ruiz (Doc. # 1591).  The withdrawal of Plaintiff's Objections renders the Tribal Report and Recommendations (Doc. #1499 and Doc. # 1500) issued by Judge Ruiz on April 1, 2019 unopposed by the Plaintiffs.

Dated: <u>May 2, 2019</u>             Respectfully submitted:

                                           <u>/s/ Archie Lamb          </u>

                                           BLACKFEET TRIBE OF THE BLACKFEET
                                           INDIAN RESERVATION, Plaintiff

                      Archie C. Lamb
                      LEVIN, PAPANTONIO, THOMAS,
                      MITCHELL, RAFFERTY & PROCTOR, P.A.
                      316 S. Baylen Street, Suite 600
                      Pensacola, FL 32502-5996
                      Tel.: 850-435-7000
                      Fax: 850-436-6068
                      alamb@levinlaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                      */s/ Archie Lamb*
                      Archie C. Lamb
                      *Counsel for Plaintiff*