# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | MDL No. 2804<br><br>Case No. 1:17 MD 2804<br><br>Judge Dan Aaron Polster |
| THIS DOCUMENT RELATES TO:<br><br>ALL CASES | | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is hereby entering an appearance as counsel of record for Northeastern University's Center for Health Policy and Law and other *amici* in the above-captioned action.

Respectfully submitted,

/s/ Faith Khalik

Faith Khalik (GA Bar #782526)
Center for Health Policy and Law
Northeastern Univ. School of Law
416 Huntington Ave.
Boston, MA 02115
Phone # 617-373-8493
Fax    # 617-373-3672
f.khalik@northeastern.edu