# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) | MDL No. 2804 <br><br> Case No. 1:17 MD 2804 <br><br> Judge Dan Aaron Polster |
| THIS DOCUMENT RELATES TO: | | |
| ALL CASES | | |

## NOTICE OF APPEARANCE

Please take notice that the undersigned is hereby entering an appearance as counsel of record for Northeastern University's Center for Health Policy and Law and other *amici* in the above-captioned action.

Respectfully submitted,

/s/ Wendy Parmet

Wendy Parmet (MA Bar #390210)
Center for Health Policy and Law
Northeastern Univ. School of Law
416 Huntington Ave.
Boston, MA 02115
Phone # 617-373-2019
Fax    # 617-373-5056
w.parmet@northeastern.edu