UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>*THIS DOCUMENT RELATES TO ALL CASES* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Donna M. Welch, of Kirkland & Ellis LLP hereby enters here appearance as counsel on behalf of Defendants Allergan Sales, LLC, Allergan USA, Inc. and Allergan Finance, LLC. To the extent proper service has not been completed, Allergan Sales, LLC, Allergan USA, Inc. and Allergan Finance, LLC reserve all objections to personal jurisdiction, insufficient process, and insufficient service of process in the applicable underlying actions. All notices, pleadings, and other filings for Allergan Sales, LLC, Allergan USA, Inc. and Allergan Finance, LLC shall be served on the undersigned.

May 03, 2019                                Respectfully submitted,

/s/ Donna Welch
Donna Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
donna.welch@kirkland.com

*Counsel for Allergan Sales, LLC, Allergan USA, Inc, and Allergan Finance, LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 3, 2019, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the attorneys of record at their e-mail addresses on file with the Court.

/s/ Donna Welch
Donna Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, Illinois 60654
(312) 862-2000
donna.welch@kirkland.com

*Counsel for Allergan Sales, LLC, Allergan USA, Inc, and Allergan Finance, LLC*