UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ<br><br>NOTICE OF DECISION |

PLEASE TAKE NOTICE that the United States of America received a renewed request for the disclosure of official Department of Justice ("DOJ") information in the above-captioned case.  Specifically, on March 8, 2019, DOJ received a request from Defendants seeking the DOJ to reconsider allowing former Drug Enforcement Administration ("DEA") employee Michael Mapes to testify and disclose official Department of Justice information.  After reviewing the request and the deposition testimony of other witnesses, DOJ has granted authorization for Michael Mapes to provide testimony regarding official Department of Justice information on certain subjects.  The decision letter is attached hereto as Government Exhibit A and will be provided to the Court and all of the parties via the Court's electronic filing system.

Respectfully submitted,

AVA ROTELL DUSTIN
Executive Assistant United States Attorney
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515


By: /s/ James R. Bennett II
JAMES R. BENNETT II (OH #0071663)
Assistant U.S. Attorney
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
Telephone:  (216) 622-3600
Facsimile:  (216) 522-4982
E-mail:  James.Bennett4@usdoj.gov

Attorney for United States Department of Justice,
Drug Enforcement Administration


CERTIFICATE OF SERVICE

I certify that, on May 7, 2019, I filed a copy of the foregoing electronically.  The Court's electronic filing system will send notice of this filing to all parties.  Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney