# Attachment A

**ATTACHMENT A**

**ARCOS INFORMATION REQUEST FORM AND AFFIDAVIT**

Pursuant to the *Opinion and Consolidated ARCOS Protective Order (Doc. # 1545),* certain reports from ARCOS are being made available to counsel for State Attorneys General, cities, counties, Native American Tribes, and hospitals for use in litigation in any court throughout the United States involving the marketing, distribution, sale or use of Opioid related drugs and/or for law enforcement purposes ("Opioid Litigation"). Further, pursuant to **Paragraph 2 (Scope)** of the *Opinion and Consolidated ARCOS Protective Order (Doc. # 1545),* County level SLCG Processed ARCOS data and county level reports will be provided to counsel as follows (if additional space is needed please attach the information in a separate page):

(A) State Attorneys General – county level SLCG Processed ARCOS data and county level reports for all counties in the state;

(B) Cities – county level SLCG Processed ARCOS data and county level reports for the county in which the city is located;

(C) Counties – county level SLCG Processed ARCOS data and county level reports for that county;

(D) Native American Tribes – county level SLCG Processed ARCOS data and county level reports for all counties included, in whole or in part, within its territorial boundaries;

(E) MDL Plaintiff Hospitals – county level SLCG Processed ARCOS data and county level reports for the county in which the hospital is physically located.

Below please fill in all applicable information related to county level data:

☐ I am counsel for the State Attorneys General listed below and request county level SLCG Processed ARCOS data and county level reports for all counties in the following state(s)

_____

☐ I am counsel for the cities listed below, which are located in the counties listed below and I request county level SLCG Processed ARCOS data and county level reports for the counties listed below:

| Cities Represented | County where located |
|---|---|
|  |  |
|  |  |
|  |  |

☐ I am counsel for the counties listed below and I request county level SLCG Processed ARCOS data and county level reports for the counties listed below:

| Counties Represented: |
|---|
|  |
|  |
|  |

☐ I am counsel for the Native American Tribes listed below and I request county level SLCG Processed ARCOS data and county level reports for all counties included, in whole or in part, within its territorial boundaries, which are listed below:

| Native American Tribe Represented | Counties included in Tribe Boundaries |
|---|---|
|  |  |
|  |  |
|  |  |

☐ I am counsel for MDL Plaintiff Hospitals listed below which are located in the counties listed below and I request county level SLCG Processed ARCOS data and county level reports for the counties listed below:

| Hospital Represented | Located in County |
|---|---|
|  |  |
|  |  |

Attachment A
Page 1 of 3

## Attorney Affidavit

I, _____, with the understanding that this document may be presented to the United States Department of Justice and the Honorable Dan A. Polster of the Northern District of Ohio, and that pursuant to Orders entered by the Honorable Dan A. Polster of the Northern District of Ohio I am only entitled to the ARCOS data that I am requesting if the below information is all true and accurate, do hereby affirm

    1. That I am an attorney properly licensed and admitted in the state of _____ with a Bar Number of _____;

    2. That I am associated with the following law firm:
Firm Name:_____

    Address: _____  Email: _____
(Must be Email Address of Requesting Attorney. This will serve as your username to access the data)

_____  Phone: _____

    3. That I am counsel for the entities listed on this ARCOS Information Request Form and Affidavit.

    4. The client representatives who will be receiving this date have read the Consolidated ARCOS Protective Order signed the Acknowledgement of Protective Order and Agreement to be Bound.  Those client representatives are listed below:

| Name of Governmental/Tribal/MDL Hospital Plaintiff Entity | Name and Title of Entity Representative |
|---|---|
| | |
| | |
| | |

DATED this ____ day of _____, 20____

    _____
    Signature of Affiant

    _____
    Name (Print)

SWORN to and subscribed before me this ____ day of _____, 20____

    _____
    NOTARY PUBLIC
    My Commission

    Expires:_____

Once a valid request is received, and all terms of the Second Amended Notice of ARCOS Disclosure are complied with, Requesting Counsel will receive an email with instructions for how to access the secure site as well as a unique user id and password required to gain access. Individuals receiving user ids and passwords will be granted access to the following data: (A) The entirety of the SORs previously produced in this litigation by the DEA; (B) the entirety of the unprocessed ARCOS data previously produced in this litigation by the DEA; (C) county level SLCG Processed ARCOS data described in **Paragraph 2 (Scope)** of the *Opinion and Consolidated ARCOS Protective Order (Doc. # 1545)* for the counties identified in this request and affidavit; and/or (D) county level reports described in **Paragraph 2 (Scope)** of the *Opinion and Consolidated ARCOS Protective Order (Doc. # 1545)* for the counties identified in this request and affidavit. Requests for access will be responded to in the order in which they are received and will be processed as quickly as possible. If you have any questions about a pending request, please address your inquiry to arcosrequest@levinlaw.com.

## IMPORTANT PROCEDURES FOR PUBLIC RECORDS / FOIA REQUESTS RELATED TO ARCOS DATA

**Should you receive a Public Records and/or FOIA Request for these materials you must, within 24 hours of receipt of such request,** notify counsel by sending an email to **ARCOSFOIA@levinlaw.com** with a subject line that reads: ARCOS FOIA Request – Name of Your City/County.

For additional information on handling Public Records and/or FOIA Requests consult *Notice of Procedures for Public Records Requests for ARCOS Data* MDL Doc. #202.