UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

MDL No. 2804

### ORDER LIFTING STAY OF CONDITIONAL TRANSFER ORDER

A conditional transfer order was filed in the actions on the attached schedule on April 12, 2019.  Prior to expiration of that order's 7-day stay of transmittal, plaintiffs filed a notice of opposition to the proposed transfer.  Plaintiffs subsequently failed to file the required motion and brief to vacate the conditional transfer order.

IT IS THEREFORE ORDERED that the stay of the Panel's conditional transfer order designated as "CTO-89" filed on April 12, 2019, is LIFTED insofar as it relates to these actions.  The actions are transferred to the Northern District of Ohio for inclusion in the coordinated or consolidated pretrial proceedings under 28 U.S.C. § 1407 being conducted by the Honorable Dan A. Polster.

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

**UNITED STATES JUDICIAL PANEL**
**on**
**MULTIDISTRICT LITIGATION**

**IN RE: NATIONAL PRESCRIPTION OPIATE**
**LITIGATION** MDL No. 2804

**SCHEDULE A**

| **DIST** | **DIV.** | **C.A.NO.** | **CASE CAPTION** |
|---|---|---|---|
| MAINE | | | |
| ME | 1 | 19−00144 | WALDO COUNTY v. PURDUE PHARMA LP et al |
| ME | 2 | 19−00143 | CITY OF SACO v. PURDUE PHARMA LP et al |
| ME | 2 | 19−00146 | CITY OF SANFORD v. PURDUE PHARMA LP et al |