UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | CASE NO. 1:17-MD-2804<br><br>JUDGE DAN A. POLSTER<br><br>MAGISTRATE JUDGE DAVID A. RUIZ<br><br><br>NOTICE OF SUPPLEMENTAL AUTHORIZATION |

PLEASE TAKE NOTICE that the United States of America received a request for the disclosure of official Department of Justice ("DOJ") information in the above-captioned case. Specifically, on March 20, 2019, DEA Task Force Officers Lori Baker-Stella, Patrick Leonard, and John Prince were authorized to disclose certain official DOJ information and were subsequently deposed by Defendants.  During those depositions, questions were asked that sought official DOJ information outside of the scope of the authorizations.  After review, DOJ has issued supplemental authorizations to disclose official DOJ information to the three TFOs. Those authorizations are attached hereto as Government Exhibits A, B, and C.

Respectfully submitted,

AVA ROTELL DUSTIN
Executive Assistant United States Attorney
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515


By: /s/ James R. Bennett II
JAMES R. BENNETT II (OH #0071663)
Assistant U.S. Attorney
Carl B. Stokes U.S. Courthouse
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
Telephone:  (216) 622-3600
Facsimile:  (216) 522-4982
E-mail:  James.Bennett4@usdoj.gov

Attorney for United States Department of Justice,
Drug Enforcement Administration


CERTIFICATE OF SERVICE

I certify that, on May 8, 2019, I filed a copy of the foregoing electronically.  The Court's electronic filing system will send notice of this filing to all parties.  Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney