# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 <br> ) <br> ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) <br> ) Judge Dan Aaron Polster |
| *All Cases* | ) <br> ) **NOTICE DISCLOSING** <br> ) **CONCLUSION OF EXPERT** <br> ) **CONSULTANT RETENTION** |

The Court hereby gives notice to the parties as follows. On August 13, 2018, the Court provided Notice to the parties disclosing that Special Master McGovern had hired Harvard Law School Professor William B. Rubenstein as an expert consultant to assist the Court, the Special Masters, and the parties' considerations of highly complex class action settlement structures. Doc. #: 877. Professor Rubenstein's work has now concluded and, as of May 8, 2019, he and the Special Master have terminated the retention.

                                             **/s/ Dan Aaron Polster**  *May 8, 2019* <br>
                                             **DAN AARON POLSTER** <br>
                                             **UNITED STATES DISTRICT JUDGE**