# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) **This document relates to all cases.** ) ) ) ) ) | **MDL No. 2804** **Case No. 1:17-md-2804** **Judge Dan Aaron Polster** |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Ana M. Francisco of Foley & Lardner LLP hereby enters her appearance as additional counsel of record for Defendants Anda, Inc. and Anda Pharmaceuticals, Inc. in the above-captioned action.

Dated:  May 9, 2019                                                Respectfully submitted,

*/s/ Ana M. Francisco*
Ana M. Francisco (MA BBO #564346)
FOLEY & LARDNER LLP
111 Huntington Avenue
Boston, MA 02199
Telephone: 617.342.4096
Facsimile: 617.342.4001
afrancisco@foleyc.com

*Counsel for Anda, Inc. and*
*Anda Pharmaceuticals, Inc.*

4851-4123-3558.1

**CERTIFICATE OF SERVICE**

  I hereby certify that on the 9th day of May 2019, I emailed a copy of the foregoing to the Clerk of Court at MDL@ohnd.uscourts.gov, who will electronically file the same via the CM/ECF system, which will then send a Notice of Electronic Filing to all counsel of record.

                */s/ Ana M. Francisco*
                Ana M. Francisco