# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br><br>*The County of Cuyahoga, Ohio, v. Purdue Pharma L.P., et al.,*<br><br>Case No. 17-op-45004 (N.D. Ohio) | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**<u>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT UNDER SEAL</u>** |

Plaintiffs have filed a Motion for Leave to File Third Amended Complaint Under Seal in the following case: *The County of Cuyahoga, Ohio, v. Purdue Pharma L.P., et al.*, Case No. 17-OP-45004 (N.D. Ohio).

The Motion states that filing said Third Amended Complaint under seal is necessary to ensure compliance with the following Orders:

1. Protective Order Re: DEA's ARCOS/DADS Database, ECF Doc. 167 (hereinafter "ARCOS Protective Order"); and

2. Amended Agreed Confidentiality Order, filed in City *of Chicago v. Purdue Pharma L.P.*, Case No. 14-CV-04361, ECF Doc. 487 (N.D. Ill.) (hereinafter "City of Chicago Confidentiality Order").

The Motion states that said Third Amended Complaint will contain information that is subject to Protective and Confidentiality Orders. Specifically, the Third Amended Complaint will contain:

1. Information designated CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER by the ARCOS Protective Order; and

2. Excerpts from documents produced in *The City of Chicago, Illinois v. Purdue Pharma L.P.,* Case No. 14-CV-04361 (N.D. Ill.), which are subject to the City of Chicago Confidentiality Order, which binds Plaintiffs in MDL 2804 pursuant to CMO One.

2

Plaintiffs' Motion for Leave to File Third Amended Complaint Under Seal is hereby **GRANTED**.

**IT IS SO ORDERED.**

_____
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

Dated: May ____, 2019