## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) ) This document relates to: ) ) *State of Alabama v. Purdue Pharma LP, et al.* ) Case No. 1:18-OP-45236-DAP (N.D. Ohio) ) | MDL 2804 <br><br> Case No. 1:17-md-2804-DAP <br><br> Judge Dan Aaron Polster |

**MOTION TO EXTEND BRIEFING SCHEDULE**
**RE: RELEASE OF PLAINTIFFS' FACT SHEETS (Doc. 1431)**

On March 13, 2019, Alabama filed a motion requesting an Order from this Court releasing Plaintiff Fact Sheets ("PFS") that have been filed (or will be filed) in MDL 2804 to the state Attorneys General. (*See* Doc. 1431). The next day, the Court ordered any parties who objected to Alabama's request to file a response by March 25, 2019. At the request of the parties, the Court has extended the deadline to file a response on two occasions. The current deadline to file a response is May 13, 2019.

The parties continue to meet and confer on this issue and agree that extending the deadline again would continue to benefit the litigation. The parties propose extending the deadline to respond to May 23, 2019.

Accordingly, the Parties respectfully requests the Court enter an order extending the deadline to respond to May 23, 2019.

Dated: May 10, 2019                         Respectfully submitted,

/s/ Steven J. Skikos
Steven J. Skikos
Adriana Desmond
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street, Suite 2830
San Francisco, CA  94104
Tel. (415) 546-7300, Fax: (415) 546-7301
sskikos@skikos.com
adesmond@skikos.com

*Plaintiffs Co-Liaison Counsel*

1

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 10, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

DATED: May 10, 2019

                                                                                  */s/ Steven J. Skikos*
                                                                                      Steven J. Skikos