UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                               MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −91)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,426 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

May 10, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION

MDL No. 2804

## SCHEDULE CTO−91 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **GEORGIA MIDDLE** | | | |
| GAM | 7 | 19−00061 | ADEL GEORGIA v. PURDUE PHARMA LP et al |
| **IDAHO** | | | |
| ID | 1 | 19−00151 | Bannock County v. Purdue Pharma, L.P. et al |
| **ILLINOIS SOUTHERN** | | | |
| ILS | 3 | 19−00442 | Bishop et al v. Purdue Pharma L.P. et al |
| **MASSACHUSETTS** | | | |
| ~~MA~~ | ~~1~~ | ~~19−10813~~ | ~~Town of Randolph v. CVS Health Corporation et al~~  Opposed 5/9/19 |
| ~~MA~~ | ~~1~~ | ~~19−11005~~ | ~~City of Cambridge v. Purdue Pharma L.P. d/b/a Purdue Pharma (Delaware) Limited Partnership et al~~  Opposed 5/9/19 |
| MA | 1 | 19−11009 | City of Somerville v. Purdue Pharma L.P. et al |
| **NEW MEXICO** | | | |
| NM | 1 | 19−00371 | Board of County Commissioners of the County of Cibola v. AmerisourceBergen Drug Corporation et al |
| NM | 1 | 19−00375 | Board of County Commissioners of the County of Valencia v. AmerisourceBergen Drug Corporation et al |
| NM | 2 | 19−00370 | Board of County Commissioners of the County of Catron v. AmerisourceBergen Drug Corporation et al |
| NM | 2 | 19−00372 | Board of County Commissioners of the County of Sierra v. AmerisourceBergen Drug Corporation et al |
| NM | 2 | 19−00374 | Board of County Commissioners of the County of Socorro v. AmerisourceBergen Drug Corporation et al |
| **PENNSYLVANIA MIDDLE** | | | |
| PAM | 3 | 19−00698 | Wilkes−Barre Township, Pennsylvania v. Purdue Pharma, L.P. et al |
| **RHODE ISLAND** | | | |

| | | | |
|---|---|---|---|
| RI | 1 | 19−00203 | City of Woonsocket, Rhode Island v. Amerisourcebergen Drug Corporation et al |

SOUTH CAROLINA

| | | | |
|---|---|---|---|
| SC | 3 | 19−01207 | Richland County South Carolina v. Purdue Pharma LP et al |

WISCONSIN EASTERN

| | | | |
|---|---|---|---|
| WIE | 2 | 19−00611 | Schneider v. Purdue Pharma LP et al |