UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF WITHDRAWAL OF APPEARANCE

Pursuant to Northern District of Ohio Local Rule 83.9, Plaintiff hereby notifies the Court of the withdrawal of Michael H. Park of Consovoy McCarthy Park PLLC, as counsel on behalf of Plaintiffs in the following actions: *Brand v. Purdue Pharma L.P., et al.*, 1:18-op-46047; *Chu v. Purdue Pharma L.P., et al.*, 1:18-op-45930; *City of Boise v. Purdue Pharma L.P., et al.*, 1:18-op-46289; *City of Duluth v. Purdue Pharma L.P.*, 1:19-op-45304, et al.; *City of Preston v. Purdue Pharma L.P., et al.*, 1:19-op-45067; *Eiland v. Purdue Pharma L.P., et al.*, 1:18-op-46283; *Enders v. Purdue Pharma L.P., et al.*, 1:19-op-45095; *Fox v. Purdue Pharma L.P., et al.*, 1:18-op-46049; *Golden, et al. v. Purdue Pharma L.P., et al.* 1:18-op-46104; *Grace v. Purdue Pharma L.P., et al.*, 1:18-op-45935; *Green-Kuchta v. Purdue Pharma L.P., et al.*, 1:18-op-46208; *Hopkins v. Purdue Pharma L.P., et al.*, 1:18-op-46044; *Klodzinski v. Purdue Pharma L.P., et al.*, 1:18-op-45938; *Konig v. Purdue Pharma L.P., et al.*, 1:18-op-46041; *Lawrence v. Purdue Pharma L.P., et al.*, 1:18-op-46039; *Lopez v. Purdue Pharma L.P., et al.*, 1:18-op-46122; *Marketing Services of Indiana, Inc. v. Purdue Pharma L.P., et al.*, 1:18-op-46104; *Medina v. Purdue Pharma L.P., et al.*, 1:18-op-46048; *MSI Corporation v. Purdue Pharma L.P., et al.*, 1:18-op-46053; *Reynolds v. Purdue Pharma L.P., et al.*, 1:18-op-46271; *Rivers v. Purdue Pharma L.P., et al.*, 1:18-op-45962; *Sardella v. Purdue Pharma L.P.*, et al., 1:18-op-45995; *Schneider v. Purdue Pharma L.P., et al.*, 1:19-op-45326; *Sherman v. Purdue Pharma L.P., et al.*, 1:18-op-46365; *Stracener v. Purdue*

1

*Pharma L.P.*, et al., 1:19-op-45144; *Streiter v. Purdue Pharma L.P., et al.*, 1:18-op-46045; *Wilk v. Purdue Pharma L.P., et al.*, 1:18-op-46266.  All other attorneys representing Plaintiffs in the above actions will remain as counsel.

                                                  Respectfully submitted,

Dated: May 15, 2019                          */s/ Michael H. Park*

                                                  Michael H. Park
park@consovoymccarthy.com
CONSOVOY MCCARTHY PARK PLLC
745 Fifth Avenue, Suite 500
New York, New York 10151
Tel: 212.247.8006

*Counsel for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on the 15th day of May 2019, I electronically filed the foregoing Notice of Withdrawal of Appearance with the Clerk of this Court via the CM/ECF system, which will send a Notice of Electronic Filing to all counsel of record.

> Respectfully submitted,
>
> */s/ Seth A. Meyer*
> Seth A. Meyer
> sam@kellerlenkner.com
> KELLER LENKNER LLC
> 150 N. Riverside Plaza, Suite 4270
> Chicago, IL 60606
> Tel: 312.741.5220