IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITGATION | ) MDL No. 2804 )  ) Case No: 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: *Mennonite General Hospital, et al. v. Purdue Pharma L.P., et al.,* No: 1:19-op-45109-DAP | ) ) JUDGE DAN AARON POLSTER ) ) **NOTICE OF APPEARANCE OF** ) **COUNSEL** |

　　Please take notice of the appearance of Steven G. Janik of Janik L.L.P., 9200 South Hills Boulevard, Suite 300, Cleveland, Ohio 44147, as counsel for Defendant Unither Manufacturing LLC.

　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　*/s/ Steven G. Janik*
　　　　　　　　　　　　　　　　　　　STEVEN G. JANIK (0021934)
　　　　　　　　　　　　　　　　　　　JANIK L.L.P.
　　　　　　　　　　　　　　　　　　　9200 South Hills Blvd., Suite 300
　　　　　　　　　　　　　　　　　　　Cleveland, Ohio 44147
　　　　　　　　　　　　　　　　　　　(440) 838-7600 * Fax (440) 838-7601
　　　　　　　　　　　　　　　　　　　Email: Steven.Janik@Janiklaw.com

　　　　　　　　　　　　　　　　　　　Mail: Janik L.L.P.
　　　　　　　　　　　　　　　　　　　P.O. Box 470550
　　　　　　　　　　　　　　　　　　　Cleveland, Ohio  44147

　　　　　　　　　　　　　　　　　　　*Attorney for Defendant Unither Manufacturing LLC*

806919