UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION | ) | MDL No. 2804 |
| | ) | Case No. 18-op-45459 |
| OPIATE LITIGATION | ) | Case No. 17-MD-2804 |
| | ) | Judge Dan Aaron Polster |
| | ) | |
| This document relates to: | ) | |
| *The Muscogee (Creek) Nation v.* | ) | |
| *Purdue Pharma L.P., et al., Case No. 18-op-45459* | ) | |

NOTICE TO WITHDRAW AS ATTORNEY OF RECORD FOR

OLYMPIA PHARMACY

Pursuant to L.R. 83.9 the undersigned counsel hereby gives notice that David C. Youll request IS NO LONGER ASSOCIATED WITH THE FIRM OF Welsh and McGough as such is withdrawn as attorney of record for Defendant Olympia Pharmacy.

No substitute counsel is necessary as Defendant Olympia Pharmacy will continue to be represented by other attorneys of the law firm to wit: Jim McGough of Welsh & McGough, PLLC 2727 East 21st Street, STE #600 Tulsa, OK  74114 , and will file a Notice of Appearance as representative for Defendant Olympia Pharmacy.

Dated 14 May 2019

Respectfully submitted,

/s/ David C. Youll       #16553

Welsh & McGough, PLLC

2727 East 21st Street, STE #600

Tulsa, OK  74114

(918) 585-8600

david@tulsafirm.com

CERTIFICATE OF SERVICE

I, David C. Youll, hereby certify that the forgoing document was serviced via the Court's ECF system to all counsel of record.

/s/ David C. Youll