UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION | ) | MDL No. 2804 |
| | ) | Case No. 18-op-45459 |
| OPIATE LITIGATION | ) | Case No. 17-MD-2804 |
| | ) | Judge Dan Aaron Polster |
| | ) | |
| This document relates to: | ) | |
| *The Muscogee (Creek) Nation v.* | ) | |
| *Purdue Pharma L.P., et al., Case No. 18-op-45459* | ) | |

NOTICE OF ENTRY OF ATTORNEY OF RECORD FOR

OLYMPIA PHARMACY

    Pursuant to L.R. 83.9 the undersigned counsel hereby gives notice that Jim McGough of the firm of Welsh & McGough enters his appearance as attorney of record for Defendant Olympia Pharmacy.

Dated 21 May 2019

                                        Respectfully submitted,

                                        /s/ Jim McGough     #21285

                                        Welsh & McGough, PLLC

                                        2727 East 21st Street, STE #600

                                        Tulsa, OK  74114

                                        (918) 585-8600

                                        jim@tulsafirm.com

CERTIFICATE OF SERVICE

    I, Jim McGough, hereby certify that the forgoing document was serviced via the Court's ECF system to all counsel of record.

                                              */s/ Jim McGough*