**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to: All Cases | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

## AMENDED NOTICE OF DEPOSITION

TO: JOHN KAPOOR     C/O:    BRIAN KELLY AND KURT MULLEN
                                             NIXON PEABODY, LLP

PLEASE TAKE NOTICE THAT, pursuant to Federal Rule of Civil Procedure 45(a)(4), plaintiffs will take the deposition upon oral examination of the following:

Dr. John Kapoor

The deposition shall commence on June 6, 2019, at 9:00 a.m., at the law offices of Ballard Spahr, 1 E. Washington St., Ste. 2300, Phoenix, AZ 85004, or at such other time and location as agreed upon by the parties, and shall be taken before a duly certified court reporter and notary public or other person authorized by law to administer oaths for the purpose of discovery, for use at trial, or for such other purposes as permitted by the Federal Rules of Civil Procedure. The deposition will be recorded by stenographic means and by videotape.

Pursuant to Federal Rules of Civil Procedure 30(b)(2) and 34, Dr. Kapoor shall produce any documents and things responsive to the subject matter identified in Attachment A to undersigned counsel no later than then (10) days prior to the date of the deposition. If you are claiming privilege regarding any of the documents responsive to the requests set forth in Attachment A, a privilege log detailing such claims of privilege must be produced no later than ten (10) days prior to the date of the deposition.

You are invited to attend and participate in this deposition.

Dated:  May 14, 2019                             s/ Christopher Schnieders
                                                        Christopher Schnieders
                                                        Napoli Shkolnik, PLLC


## **CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on this 14th day of May 2019, the foregoing has been served via email only to the following counsel:

Brian Kelly
Kurt Mullen
NIXON PEABODY, LLP
Exchange Place
53 State Street
Boston, MA 02109
bkelly@nixonpeabody.com
kmullen@nixonpeabody.com


J. Matthew Donohue
Joseph L. Franco
HOLLAND & KNIGHT LLP
2300 U.S. Bancorp Tower
111 S.W. Fifth Avenue
Portland, OR 97204
Tel: (503) 243-2300
matt.donohue@hklaw.com
joe.franco@hklaw.com

## SCHEDULE A: DOCUMENTS TO BE PRODUCED

1. All Documents requested in the Subpoena.

2. All Documents reviewed or discussed in preparation for the Deponent's deposition.

3. All Documents produced in the criminal action captioned *United States v. John Kapoor, et al.*, District of Massachusetts, 16-CR-10343.

4. All electronic mail, voice mail or other correspondence exchanged between the witness and any other member of the Insys board of directors that relates to Subsys.

5. A curriculum vitae, LinkedIn profile or other document summarizing the witness's educational and professional background.