**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| This document relates to: | ) ) ) | Case No. 1:17-md-2804-DAP |
| *State of Alabama v. Purdue Pharma LP, et al.* Case No. 1:18-OP-45236-DAP (N.D. Ohio) | ) ) ) | Judge Dan Aaron Polster |

**MOTION TO EXTEND BRIEFING SCHEDULE
RE: RELEASE OF PLAINTIFFS' FACT SHEETS (Doc. 1431)**

On March 13, 2019, Alabama filed a motion requesting an Order from this Court releasing Plaintiff Fact Sheets ("PFS") that have been filed (or will be filed) in MDL 2804 to the state Attorneys General. (*See* Doc. 1431). The next day, the Court ordered any parties who objected to Alabama's request to file a response by March 25, 2019. At the request of the parties, the Court has extended the deadline to file a response on three occasions. The current deadline to file a response is May 23, 2019.

The parties continue to meet and confer on this issue and agree that extending the deadline again would continue to benefit the litigation. The parties propose extending the deadline to respond to June 7, 2019.

Accordingly, the Parties respectfully requests the Court enter an order extending the deadline to respond to June 7, 2019.

Dated: May 23, 2019                   Respectfully submitted,

/s/ Steven J. Skikos
Steven J. Skikos
Adriana Desmond
Skikos, Crawford, Skikos & Joseph, LLP
One Sansome Street, Suite 2830
San Francisco, CA  94104
Tel. (415) 546-7300
Fax: (415) 546-7301
sskikos@skikos.com
adesmond@skikos.com

1

**CERTIFICATE OF SERVICE**

    I hereby certify that on May 23, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

DATED: May 23, 2019

                        */s/ Steven J. Skikos*
                         Steven J. Skikos