# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*,<br>Case No. 17-OP-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

### DEFENDANT PRESCRIPTION SUPPLY INC.'S
### MOTION TO STRIKE IN PART PLAINTIFF'S THIRD AMENDED COMPLAINT

Pursuant to Federal Rule of Civil Procedure 12(f), Defendant Prescription Supply Inc. respectfully moves to strike itself from Cuyahoga County's Third Amended Complaint. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

Date: May 24, 2019

Respectfully submitted,

/s/ John J. Haggerty
John J. Haggerty (0073572)
James C. Clark
Stephan A. Cornell
FOX ROTHSCHILD LLP
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com
jclark@foxrothschild.com
scornell@foxrothschild.com

*Counsel for Defendant,
Prescription Supply Inc.*