## CERTIFICATE OF SERVICE

I hereby certify that on May 24, 2019, I electronically filed the foregoing Defendant Prescription Supply Inc.'s Motion to Strike in Part Plaintiff's Third Amended Complaint with the Clerk of the Court using the CM/ECF system, which will send notification to all counsel of record.

By: /s/ John J. Haggerty
John J. Haggerty