# Chris Schnieders

| | |
|---|---|
| **From:** | Chris Schnieders |
| **Sent:** | Thursday, May 9, 2019 1:04 PM |
| **To:** | Mullen, Kurt; Kelly, Brian |
| **Cc:** | Adam Haenel; Matt.Donohue@hklaw.com; Joe.Franco@hklaw.com |
| **Subject:** | Dr. Kapoor Deposition |

Kurt –

　As you recall, we agreed to wait until after the criminal trial to take Dr. Kapoor's deposition for the Opioid MDL.  Now that the trial has concluded, we need to get the deposition back on calendar.  Please provide dates for the deposition in late May or June.

Thanks, Chris