UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                           MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −94)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,455 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is
pending at this time, the
stay is lifted.

May 30, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION

MDL No. 2804

## SCHEDULE CTO−94 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|---|---|---|---|
| **ILLINOIS NORTHERN** | | | |
| ~~ILN~~ | ~~1~~ | ~~19−03210~~ | ~~Illinois Public Risk Fund v. Purdue Pharma L.P. et al~~  Opposed 5/28/19 |
| **INDIANA SOUTHERN** | | | |
| INS | 4 | 19−00103 | ORANGE COUNTY INDIANA v. PURDUE PHARMA L.P. et al |
| **MINNESOTA** | | | |
| MN | 0 | 19−01251 | White Earth Nation v. Amerisourcebergen Drug Corporation et al |
| MN | 0 | 19−01274 | Yellow Medicine County, Minnesota v. Purdue Pharma L.P. et al |
| **NEW MEXICO** | | | |
| NM | 1 | 19−00400 | Board of County Commissioners for San Miguel County v. Purdue Pharma L.P. et al. |
| **PENNSYLVANIA MIDDLE** | | | |
| PAM | 3 | 19−00795 | Fairview Township, Pennsylvania v. Purdue Pharma L.P. et al |
| **TEXAS SOUTHERN** | | | |
| ~~TXS~~ | ~~4~~ | ~~19−01767~~ | ~~County of Walker v. OptumRx, Inc. et al~~  Opposed 5/29/19 |
| **VIRGINIA WESTERN** | | | |
| ~~VAW~~ | ~~3~~ | ~~19−00027~~ | ~~Louisa County, Virginia v. Purdue Pharma L.P., et al~~  Opposed 5/29/19 |
| ~~VAW~~ | ~~3~~ | ~~19−00028~~ | ~~Madison County, Virginia v. Purdue Pharma L.P. et al~~  Opposed 5/29/19 |
| ~~VAW~~ | ~~7~~ | ~~19−00371~~ | ~~Floyd County, Virginia v. Purdue Pharma L.P. et al~~  Opposed 5/29/19 |
| ~~VAW~~ | ~~7~~ | ~~19−00372~~ | ~~City of Covington, Virginia v. Purdue Pharma L.P. et al~~  Opposed 5/29/19 |