# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 <br><br> Case No. 1:17-MD-2804 <br><br> Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that attorneys Stuart G. Parsell and Ariel A. Brough of Zeiger, Tigges & Little LLP, 41 South High Street, Suite 3500, Columbus, Ohio 43215, hereby enter their appearances in the applicable MDL proceedings, as that term is defined in Paragraph 1(a) of Case Management Order One (Dkt. 232), as counsel for Defendants Richard Sackler, Jonathan Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Beverly Sackler, Theresa Sackler, and David Sackler in their individual capacities, and Richard Sackler, Jonathan Sackler, and Beverly Sackler in their alleged trustee capacities (collectively, the "Sacklers").

Each of the Sacklers reserves all applicable defenses, including, but not limited to, lack of personal jurisdiction.

Respectfully submitted,

/s/  Stuart G. Parsell
Stuart G. Parsell (Ohio Bar No. 0063510)
Ariel A. Brough (Ohio Bar No. 0090712)
ZEIGER, TIGGES & LITTLE LLP
41 South High Street, Suite 3500
Columbus, Ohio 43215
Tel: (614) 365-9900
Fax: (614) 365-7900
parsell@litohio.com
brough@litohio.com

2

> Attorneys for Richard Sackler, Jonathan Sackler, Mortimer D.A. Sackler, Kathe Sackler, Ilene Sackler Lefcourt, Beverly Sackler, Theresa Sackler, and David Sackler in their individual capacities, and Richard Sackler, Jonathan Sackler, and Beverly Sackler in their alleged trustee capacities

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 31st day of May, 2019, the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the Court's electronic filing system.

> /s/ Stuart G. Parsell
> Stuart G. Parsell (0063510)

816588