# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORRTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | )<br>)  Case No. 1:17-cv-2804<br>)     MDL # 2804<br>) |

## NOTICE OF APPEARANCE

Comes now U.W. Clemon, a member of the bar of the United States District Court for the Northern District of Alabama and the Alabama State Bar Association, and hereby enters his appearance as additional counsel for Mark L. Pettway, Sheriff of Jefferson County, Alabama.[1]

Dated May 31, 2019.

Respectfully submitted,

*/s/U.W. Clemon*
U.W. Clemon

---

[1] *See, Jefferson County, Mike Hale, in his capacity as Sheriff of Jefferson County, Alabama; Cities of Pleasant Grove, Hueytown, and Mountain Brook, Alabama v. Perdue Pharma L.P., Perdue Pharma Inc., The Perdue Frederick Company Inc., Teva Pharmaceuticals USA Inc., Cephalon Inc., Johnson & Johnson, Janssen Pharmaceuticals Inc., Ortho-McNeil-Janssen Pharmaceuticals Inc n/k/a Janssen Pharmaceuticals, Inc., Endo Pharmaceuticals Inc., Allergan P L C f/k/a ACTAVIS PLC, Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Actavis, LLC, Actavis Pharma Inc. f/k/a Watson Pharma Inc., Endo Health Solutions Inc., Mallinkroft LLC, Insys Therapeutics Inc., McKesson Corporation, Cardinal Health Inc., Amerisourcebergen Corporation, Associated Pharmacies, Steven Hefter, Ernest Claybon, Perry Fine, Scott Fishman, and Lynn Webster,* N.D. Ala. Case # 2:18-cv-00626-VEH.

## Certificate of Service

I hereby that I have filed this document with the Clerk of Court utilizing the Court's CM/ECF filing system, which will provide electronic notification to all counsel of record.

*/s/U.W. Clemon*
U.W. Clemon