# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| | ) | SPECIAL MASTER COHEN |
| THIS DOCUMENT RELATES TO: *"Track One Cases"* | ) ) ) | |
| | ) ) ) | DISCOVERY RULING NO. 21 REGARDING SUPPLEMENTATION OF INTERROGATORY RESPONSES |

This Ruling resolves a dispute over whether various parties – both plaintiffs and defendants – must supplement responses to certain interrogatories propounded by the other side.

During fact discovery, plaintiff and defendants both complained, at various points in time, that another party's responses to interrogatories were incomplete. The parties resolved a number of these disputes through the meet-and-confer process, and the Special Master resolved a few other disputes via ruling. *See, e.g.*, Discovery Rulings 5, 7, & 13 (docket nos 1027, 1051, & 1215). A number of disputes over the adequacy of interrogatory responses remained, however, which the parties had raised in numerous documents at numerous times; accordingly, the Special Master directed the parties to summarize all such disputes in a chart. *See* exhibit A. The Special Master then issued via email an informal ruling on all of these disputes. *See* exhibit B.

Defendants then timely requested this ruling be formalized. *See Appointment Order* (docket no. 69) at 5 ("If a Special Master issues an informal ruling or order that is not on the record (such as the resolution of a discovery dispute) either orally, via email, or through other writing, and a party

wishes to object to that ruling or order, the party shall ask the Special Master to formalize the ruling or order by filing it on the docket or appearing before a court reporter."). The Special Master fills this request with this *Ruling*.

Given the substantial letter briefing already submitted by all parties on the topics, if any party chooses to object to any aspect of this Ruling, it must do so on or before 5:00 p.m EST on June 6, 2019.

**RESPECTFULLY SUBMITTED,**

/s/ David R. Cohen
**David R. Cohen**
**Special Master**

**Dated: June 1, 2019**