# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"All Track One Cases"* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster<br><br><br>**STIPULATED MOTION FOR EXTENSION OF DEADLINES** |

The parties hereby stipulate and move the Court for an extension of the deadline for Plaintiffs to file their oppositions to motions to dismiss for lack of personal jurisdiction to permit Plaintiffs adequate time to analyze Defendants' discovery responses, as follows:

(1) Deadline for Plaintiffs to file opposition to Motions to Dismiss filed by Allergan plc (docket no. 1258) and Mallinckrodt plc (docket no. 1266) to June 21, 2019;

(2) Deadline for Plaintiffs to file opposition to Motion to Dismiss filed by Teva LTD (docket no. 1264) to July 5, 2019;

(3) Deadline for Allergan plc and Mallinckrodt plc to file any reply to July 12, 2019; and

(4) Deadline for Teva LTD to file any reply to July 19, 2019.

A Proposed Order is filed contemporaneously herewith.

Respectfully Submitted:

DATED:  June 6, 2019                     */s/ Elizabeth J. Cabraser*
                                        Elizabeth J. Cabraser
                                        Paulina do Amaral
                                        LIEFF, CABRASER, HEIMANN &
                                        BERNSTEIN, LLP
                                        275 Battery Street
                                        San Francisco, CA 94111
                                        Tel: 415-956-1000
                                        Fax: 415-956-1008
                                        ecabraser@lchb.com
                                        pdoamaral@lchb.com

                                        *Attorneys for Plaintiffs*

DATED:  June 6, 2019                     */s/ Steven A. Reed*
                                        Steven A. Reed
                                        Eric W. Sitarchuk
                                        Rebecca J. Hillyer
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        1701 Market St.
                                        Philadelphia, PA 19103-2921
                                        Tel: (215) 963-5603
                                        steven.reed@morganlewis.com
                                        eric.sitarchuk@morganlewis.com
                                        rebecca.hillyer@morganlewis.com

                                        Brian Ercole
                                        MORGAN, LEWIS & BOCKIUS LLP
                                        200 South Biscayne Boulevard, Suite 5300
                                        Miami, FL 33131
                                        Telephone: (305) 415-3000
                                        Facsimile: (305) 415-3001
                                        brian.ercole@morganlewis.com

                                        *Attorneys for Teva Pharmaceuticals
                                        Industries Ltd.*

- 3 -

DATED: June 6, 2019　　　　　　　　/s/ *Donna Welch*
　　　　　　　　　　　　　　　　　　Donna Welch, P.C.
　　　　　　　　　　　　　　　　　　KIRKLAND & ELLIS LLP
　　　　　　　　　　　　　　　　　　300 North LaSalle
　　　　　　　　　　　　　　　　　　Chicago, Illinois 60654
　　　　　　　　　　　　　　　　　　(312) 862-2000
　　　　　　　　　　　　　　　　　　donna.welch@kirkland.com

　　　　　　　　　　　　　　　　　　*Attorneys for Allergan plc*

DATED: June 6, 2019　　　　　　　　/s/ *Brien T. O'Connor*
　　　　　　　　　　　　　　　　　　Brien T. O'Connor
　　　　　　　　　　　　　　　　　　Andrew J. O'Connor
　　　　　　　　　　　　　　　　　　William Davison
　　　　　　　　　　　　　　　　　　ROPES & GRAY LLP
　　　　　　　　　　　　　　　　　　Prudential Tower
　　　　　　　　　　　　　　　　　　800 Boylston St.
　　　　　　　　　　　　　　　　　　Boston, MA 02199-3600
　　　　　　　　　　　　　　　　　　(617) 235-4650
　　　　　　　　　　　　　　　　　　Brien.O'Connor@ropesgray.com
　　　　　　　　　　　　　　　　　　Andrew.O'Connor@ropesgray.com

　　　　　　　　　　　　　　　　　　*Attorneys for Mallinckrodt plc*

- 4 -

## **CERTIFICATE OF SERVICE**

        I hereby certify that on June 06, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Copies will be served upon counsel of record  by, and may be obtained through, the Court CM/ECF Systems.

DATED: June 06, 2019                                                */s/  Elizabeth J. Cabraser*
                                                                                       Elizabeth J. Cabraser

1733983.2