- 1 -

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"All Track One Cases"* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**[PROPOSED] ORDER EXTENDING CERTAIN BRIEFING DEADLINES** |

Based on the parties' stipulation and for good cause shown, the Court hereby ORDERS as follows:

1. Deadline for Plaintiffs to file opposition to Motions to Dismiss filed by Allergan plc (docket no. 1258) and Mallinckrodt plc (docket no. 1266) is June 21, 2019;

2. Deadline for Plaintiffs to file opposition to Motion to Dismiss filed by Teva LTD (docket no. 1264) is July 5, 2019;

3. Deadline for Allergan plc and Mallinckrodt plc to file any reply is July 12, 2019; and

4. Deadline for Teva LTD to file any reply is July 19, 2019.

It is so ORDERED.

DATED: _____

                                            District Judge Dan Aaron Polster

1734488.1