UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| This document relates to: | ) ) ) | Case No. 1:17-md-2804-DAP |
| *State of Alabama v. Purdue Pharma LP, et al.* Case No. 1:18-OP-45236-DAP (N.D. Ohio) | ) ) ) | Judge Dan Aaron Polster |

**NOTICE OF WITHDRAWAL OF**
**MOTION FOR RELEASE OF PLAINTIFFS' FACT SHEETS (Doc. 1431)**

On March 13th, Alabama requested this Court release the Plaintiffs' Facts Sheets to the state Attorneys General. *See* Doc. 1431. Since that motion was filed, the various interested parties have reached an agreement that obviates the need for court-ordered relief. Accordingly, the State voluntarily withdraws its motion.

Respectfully submitted,

Steve Marshall
*Attorney General*


 /s/ *Corey L. Maze*
Corey L. Maze
*Special Deputy Attorney General*

1

ADDRESS OF COUNSEL:

| | |
|---|---|
| Steve Marshall<br>*Attorney General* | Office of the Attorney General of Alabama<br>501 Washington Avenue<br>Montgomery, AL 36130 |
| Corey L. Maze<br>*Special Deputy Attorney General* | Phone: (334) 242-7300<br>Fax: (334) 242-4891<br>cmaze@ago.state.al.us |
| Winfield J. Sinclair<br>*Assistant Attorney General* | wsinclair@ago.state.al.us<br>mdean@ago.state.al.us |
| Michael G. Dean<br>*Assistant Attorney General* | |

OF COUNSEL:

Jere L. Beasley – ASB 1981A35J  
Rhon E. Jones – ASB 7747E52R  
Richard D. Stratton – ASB 3939T76R  
Jeffrey D. Price – ASB 8190F60P  
J. Ryan Kral – ASB 9669N70K  
J. Parker Miller – ASB 7363H53M  
**Beasley, Allen, Crow, Methvin,**  
**Portis & Miles, P.C.**  
218 Commerce Street  
Post Office Box 4160 (36103-4160)  
Montgomery, Alabama 36104  
Telephone: (334) 269-2343  
Fax: (334) 954-7555  
Jere.Beasley@BeasleyAllen.com  
Rhon.Jones@BeasleyAllen.com  
Rick.Stratton@BeasleyAllen.com  
William.Sutton@BeasleyAllen.com  
Ryan.Kral@BeasleyAllen.com  
Parker.Miller @BeasleyAllen.com  

Robert F. Prince – ASB-2570-C56R  
Joshua P. Hayes – ASB-4868-H68H  

**Prince, Glover & Hayes**  
1 Cypress Point  
701 Rice Mine Road North  
Tuscaloosa, Alabama 35406  
Telephone: (205) 345-1234  
Fax: (205) 752-6313  
rprince@princelaw.net  
jhayes@princelaw.net

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 7, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

    /s/ *Corey L. Maze*
*Special Deputy Attorney General*