**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION | ) | MDL 2804 |
| OPIATE LITIGATION | ) | |
| | ) | Case No. 1:17-md-2804-DAP |
| This document relates to: | ) | |
| | ) | Judge Dan Aaron Polster |
| *All MDL Tribal Cases* | ) | |

**[PROPOSED[ ORDER GRANTING PLAINTIFFS' TRIBAL LEADERSHIP**
**COMMITTEE'S MOTION TO MODIFY THE COURT'S CONSOLIDATED ARCOS**
**PROTECTIVE ORDER OF APRIL 12, 2019**

Plaintiffs' Tribal Leadership Committee's Motion for an order modifying the Court's

Consolidated ARCOS Protective Order of April 12, 2019 (ECF Doc. 1545) to provide for the distribution

to counsel for Native American Tribes of the SLCG Processed ARCOS data and county level reports, as

enumerated in that Order, for all counties comprising the Purchased/Referred Care Delivery Area

(PRCDA) of the Tribe is: **GRANTED**.


**IT IS SO ORDERED**.


_____
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE


Dated:_____