UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>**This document relates to:**<br><br>*Cabell County Commission v. Amerisourcebergen Drug Corporation, et al.,* Case No.  1:17-op-45053-DAP<br><br>*City of Huntington, West Virginia v. Amerisourcebergen Drug Corporation, et al.,* Case No.  1:17-op-45054-DAP | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Hon. Dan Aaron Polster**<br><br>**ORDER GRANTING PLAINTIFFS' JOINT MOTION FOR LEAVE TO FILE JOINT AND THIRD AMENDED COMPLAINT UNDER SEAL** |

Plaintiffs have filed a Joint Motion for Leave to File their Joint and Third Amended Complaint Under Seal in the following cases: *Cabell County Commission v. Amerisourcebergen Drug Corporation, et al.,* Case No.  1:17-op-45053-DAP and *City of Huntington, West Virginia v. Amerisourcebergen Drug Corporation, et al.,* Case No.  1:17-op-45054-DAP.

The Joint Motion states that filing Plaintiffs' Joint and Third Amended Complaint under seal is necessary to ensure compliance with the following Orders:

1) the Consolidated ARCOS Protective Order Re: DEA's ARCOS/DADS Database, Doc. 1545 (hereinafter "ARCOS Protective Order"); and

2) Case Management Order No. 2: Protective Order, Doc. 441.

The Joint Motion states that the Joint and Third Amended Complaint will contain information that is subject to the following Orders:

1) the Consolidated ARCOS Protective Order Re: DEA's ARCOS/DADS Database, Rec. Doc 1545 (hereinafter "ARCOS Protective Order"); and

2) Case Management Order No. 2: Protective Order, Rec. Doc. 441.

Plaintiffs' Joint Motion for Leave to File their Joint and Third Amended Complaint Under Seal is hereby **GRANTED.**

        **IT IS SO ORDERED.**

        _____
        DAN AARON POLSTER
        UNITED STATES DISTRICT JUDGE

Dated: June ____, 2019