# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) ) Case No. 1:17-md-2804 ) |
| THIS DOCUMENT RELATES TO: | ) ) Judge Dan Aaron Polster ) |
| *Track One Cases* | ) **ORDER** |

Before the Court is Pharmacy Defendants' Objection to Special Master's Discovery Ruling No. 21 Regarding Plaintiffs' Responses to Pharmacy Defendants' Interrogatory No. 6. **Doc. #: 1663**. On June 1, 2019, Special Master Cohen issued Discovery Ruling No. 21 Regarding Supplementation of Interrogatory Responses ("the Ruling"). Doc. #: 1657. In the Ruling, the Special Master settled several disputes over interrogatories exchanged between the parties, including Pharmacies' Interrogatory No. 6 which requested that Plaintiffs:

> Identify each person employed by or associated with You, or whom You compensated, who possessed an account with OARRS, or otherwise had access to information on OARRS, during the Relevant Time Period. This includes, but is not limited to, all OARRS Supervisors and OARRS Officers for each of Your agencies that had access to OARRS. For each such person, state when access was first obtained and, if applicable, discontinued.

Doc. #: 1657-1 at 52.

Pharmacies assert that Plaintiffs' answers have been insufficient and that the Special Master erred by concluding that "the burden of answering the interrogatory as written is not proportional to the needs of the case at this juncture." Doc. #: 1663 at 5 (quoting Doc. #: 1657-2 at 4). The Court agrees with Pharmacies that the burden on Plaintiffs in answering this interrogatory is slight and that Pharmacies are entitled to a full and complete interrogatory response

where, as here, "the burden or expense of the proposed discovery [does not] outweigh[] its likely benefit." Fed. R. Civ. P. 26(b)(1).

Accordingly, Pharmacies' objection to Discovery Ruling No. 21 as it pertains to Pharmacies' Interrogatory No. 6 is **SUSTAINED**. Plaintiffs Summit and Cuyahoga County are directed to supplement their responses to Pharmacies' Interrogatory No. 6.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster *June 10, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**