IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO

---------------------------------------------------------------x
                                                            :

IN RE: NATIONAL PRESCRIPTION        :      Case No. 1:17-MD-02804-DAP
OPIATE LITIGATION                                :
                                                            :
*APPLIES TO ALL CASES*                      :      Hon. Dan A. Polster
                                                            :
---------------------------------------------------------------x

## NOTICE OF BANKRUPTCY FILING AND IMPOSITION OF AUTOMATIC STAY

PLEASE TAKE NOTICE that on June 10, 2019, (the "**Petition Date**"), Insys Therapeutics, Inc. and its debtor affiliates, as debtors and debtors in possession (collectively, the "**Debtors**"), each commenced a voluntary case (the "**Chapter 11 Cases**") under chapter 11 of title 11 of the United States Code (11 U.S.C. § 101 *et seq.*) (the "**Bankruptcy Code**") in the United States Bankruptcy Court for the District of Delaware (the "**Bankruptcy Court**").  The Chapter 11 Cases are being jointly administered under Case No. 19-11292 (KG).

PLEASE BE ADVISED that pursuant to section 362(a) of the Bankruptcy Code (the "**Automatic Stay**"), the filing of a bankruptcy petition "operates as a stay, applicable to all entities," of, among other things "the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other action or proceeding against the debtor that was or could have been commenced before the commencement of the case under [the Bankruptcy Code], or to recover a claim against the debtor that arose before the commencement of the [bankruptcy] case" and "any act to obtain possession of property of the estate or of property from the estate or to exercise control over property of the estate."  11 U.S.C. § 362(a)(1), (3).  Accordingly, unless the action is subject to one of the exceptions to the automatic stay forth in 11 U.S.C. § 362(b), the above-captioned matter has been automatically stayed pursuant to section 362(a) of the Bankruptcy Code.

PLEASE BE FURTHER ADVISED that any action taken against the Debtors without obtaining, from the Bankruptcy Court, relief from the Automatic Stay is void *ab initio* and may result in a finding of contempt for violation of the Automatic Stay.  The Debtors reserve and retain their statutory right to seek relief in the Bankruptcy Court from any action by Plaintiff(s) or any judgment, order, or ruling entered in violation of the Automatic Stay.

In the event the Court or any parties have questions regarding the Chapter 11 Cases, please contact counsel for the Debtors:

> WEIL, GOTSHAL & MANGES LLP
> Gary T. Holtzer (gary.holtzer@weil.com)
> Ronit J. Berkovich (ronit.berkovich@weil.com)
> Peter D. Isakoff (peter.isakoff@weil.com)
> Brenda L. Funk (brenda.funk@weil.com)
> 767 Fifth Avenue
> New York, New York 10153
> Telephone:  (212) 310-8000
> Facsimile:  (212) 310-8007
>
> -and-
>
> RICHARDS, LAYTON & FINGER, P.A.
> John H. Knight (knight@rlf.com)
> Paul N. Heath (heath@rlf.com)
> Amanda R. Steele (steele@rlf.com)
> Zachary Shapiro (shapiro@rlf.com)
> One Rodney Square
> 920 N. King Street
> Wilmington, Delaware 19801
> Telephone:  (302) 651-7700
> Facsimile:  (302) 651-7701

Dated: June 10, 2019                              Respectfully submitted,

                                                  */s/ J. Matthew Donohue*
                                                  J. Matthew Donohue (OSB No. 065742)
                                                  Joseph L. Franco (OSB No. 073913)
                                                  HOLLAND & KNIGHT LLP
                                                  2300 US Bancorp Tower
                                                  111 SW Fifth Ave.
                                                  Portland, OR 97204
                                                  Tel: (503) 243-2300
                                                  Fax: (503) 241-8014
                                                  Email: matt.donohue@hklaw.com
                                                  Email: joe.franco@hklaw.com

                                                  Nicholas A. Sarokhanian (TSB No. 24075020)
                                                  HOLLAND & KNIGHT LLP
                                                  200 Crescent Court #1600
                                                  Dallas, TX 75201
                                                  Tel: (214) 964-9500
                                                  Fax: (214) 964-9501
                                                  Email: nicholas.sarokhanian@hklaw.com

                                                  *Counsel for INSYS Therapeutics, Inc., INSYS*
                                                  *Manufacturing, LLC and INSYS Pharma, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing document was filed with the Court's CM/ECF system on June 10, 2010, which constitutes service on all counsel registered with the Court's CM/ECF system.

                                                  */s/ Nicholas A. Sarokhanian*
                                                  Nicholas A. Sarokhanian