# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 1:17-MD-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE OF FILING OF FORM FOR REQUEST FOR WAIVER OF SERVICE OF SUMMONS FOR**<br><br>Publix Super Markets, Inc. |

  PLEASE TAKE NOTICE THAT, pursuant to the Case Management Order No. 1, *In re: National Prescription Opiate Litigation*, ECF Dkt. No. 232 (April 11, 2018) requirement that defendants in the above-captioned matter file a notice in the master docket that attaches a proper form of a waiver request and a designated person to electronically accept the same.

Dated: June 11, 2019

            Respectfully Submitted,

            /s/ Gregory S. Chernack

            Gregory S. Chernack, Esq., (D.C. Bar No. 472295)
            (gchernack@hollingsworthllp.com)
            Hollingsworth LLP
            1350 I Street N.W.
            Washington, D.C. 20005
            Phone: (202) 898-5800
            Fax: (202) 682-1639

            *Attorney for Defendant Publix Super Markets, Inc.*

## **CERTIFICATE OF SERVICE**

      The undersigned hereby certifies that a copy of the foregoing was filed electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system.

      /s/ Gregory S. Chernack

      Gregory S. Chernack, Esq., (D.C. Bar No. 472295)
      (gchernack@hollingsworthllp.com)
      Hollingsworth LLP
      1350 I Street N.W.
      Washington, D.C. 20005
      Phone: (202) 898-5800
      Fax: (202) 682-1639

      *Attorney for Defendant Publix Super Markets, Inc.*