IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITGATION | ) MDL No. 2804 ) ) Case No: 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: *Municipality of Juncos, Puerto Rico v. Purdue Pharma, et al.,* Case No. 1:18-op-45994-DAP | ) ) ) JUDGE DAN AARON POLSTER ) ) **NOTICE OF APPEARANCE OF** ) **COUNSEL** |

    Please take notice of the appearance of Audrey K. Bentz of Janik L.L.P., 9200 South Hills Boulevard, Suite 300, Cleveland, Ohio 44147, as counsel for Defendant Unither Manufacturing LLC.

                              Respectfully submitted,

                              */s/ Audrey K. Bentz*
                              AUDREY K. BENTZ (0081361)
                              JANIK L.L.P.
                              9200 South Hills Blvd., Suite 300
                              Cleveland, Ohio 44147
                              (440) 838-7600 * Fax (440) 838-7601
                              Email:  Audrey.Bentz@Janiklaw.com

                              Mail:  Janik L.L.P.
                              P.O. Box 470550
                              Cleveland, Ohio  44147

                              *Attorney for Defendant Unither Manufacturing LLC*

809456