# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL 2804 |
| This document relates to: | ) ) ) | Case No. 1:17-md-2804-DAP |
| | ) | Judge Dan Aaron Polster |
| *State of Alabama v. Purdue Pharma LP, et al.* Case No. 1:18-OP-45236-DAP (N.D. Ohio) | ) ) | |

## MOTION FOR LEAVE OF COURT TO
## VOLUNTARILY DISMISS ACTION WITHOUT PREJUDICE

On June 6, 2019, the Court questioned its jurisdiction over *State of Alabama v. Purdue Pharma L.P.*, Case No. 18-OP-45236 (N.D. Ohio). *See* Doc. #1662. Because jurisdictional defects can be raised at any time, at any level of the proceedings, Alabama believes that it is in the Courts' and the parties' best interests to dismiss Alabama's original action so that it can be refiled, rather than allow jurisdictional issues to resurface post-trial and/or on appeal, if any.[1]

Because the Defendants have yet to file an answer or motion for summary judgment, Rule 41(a)(1)(A)(i) permits Alabama to voluntarily dismiss this action without court order. Alabama hereby files such a notice, which by rule, has the effect of dismissing Alabama's action without prejudice. *See* Fed. R. Civ. P. 41(a)(1)(B).

Alabama notes that Section 6(e) of CMO-1 (Doc. 232) requires a party subject to motion to dismiss briefing to obtain leave of court if it wishes to voluntarily dismiss its case. Accordingly, Alabama requests the Court enter an order stating that the Court accepts Alabama's voluntary dismissal without prejudice and that Alabama is free to refile its action in due course.

---

[1] Alabama seeks voluntary dismissal out of an abundance of caution; it does not take a position on the merits of the Court's question.

1

Respectfully submitted,

Steve Marshall
*Attorney General*


 /s/ *Corey L. Maze*
Corey L. Maze
*Special Deputy Attorney General*


ADDRESS OF COUNSEL:

Steve Marshall
*Attorney General*

Corey L. Maze
*Special Deputy Attorney General*

Winfield J. Sinclair
*Assistant Attorney General*

Michael G. Dean
*Assistant Attorney General*

Office of the Attorney General of Alabama
501 Washington Avenue
Montgomery, AL 36130
Phone: (334) 242-7300
Fax: (334) 242-4891
cmaze@ago.state.al.us
wsinclair@ago.state.al.us
mdean@ago.state.al.us

OF COUNSEL:

Jere L. Beasley – ASB 1981A35J
Rhon E. Jones – ASB 7747E52R
Richard D. Stratton – ASB 3939T76R
Jeffrey D. Price – ASB 8190F60P
J. Ryan Kral – ASB 9669N70K
J. Parker Miller – ASB 7363H53M
**Beasley, Allen, Crow, Methvin,
Portis & Miles, P.C.**
218 Commerce Street
Post Office Box 4160 (36103-4160)
Montgomery, Alabama 36104
Telephone: (334) 269-2343

Robert F. Prince – ASB-2570-C56R
Joshua P. Hayes – ASB-4868-H68H

**Prince, Glover & Hayes**
1 Cypress Point
701 Rice Mine Road North
Tuscaloosa, Alabama 35406
Telephone: (205) 345-1234
Fax: (205) 752-6313
rprince@princelaw.net
jhayes@princelaw.net

2

Fax: (334) 954-7555
Jere.Beasley@BeasleyAllen.com
Rhon.Jones@BeasleyAllen.com
Rick.Stratton@BeasleyAllen.com
William.Sutton@BeasleyAllen.com
Ryan.Kral@BeasleyAllen.com
Parker.Miller @BeasleyAllen.com

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

      /s/ *Corey L. Maze*
      *Special Deputy Attorney General*