# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THE COUNTY OF SUMMIT, OHIO, ET AL.,<br><br>*Plaintiffs*,<br><br>v.<br><br>PURDUE PHARMA LP, ET AL.,<br><br>*Defendant* | MDL NO. 2804<br><br>CASE NO. 17-MD-2804<br><br>JUDGE: DAN AARON POLSTER<br><br>**NOTICE OF WITHDRAWAL OF ONE OF THE COUNSEL FOR DEFENDANT, DISCOUNT DRUG MART** |

NOW COMES L. William Erb of the law firm of Cavitch, Familo & Durkin Co., L.P.A., who hereby respectfully moves the Court for permission to withdraw as one of the counsel of record for Defendant, Discount Drug Mart.

        Respectfully submitted,

        */s/* L. William Erb
        L. William Erb (0072495)
        Timothy D. Johnson (0006686)
        Gregory E. O'Brien (0037073)
        CAVITCH FAMILO & DURKIN, CO. LPA
        Twentieth Floor
        1300 East Ninth Street
        Cleveland, Ohio  44114
        (216)621-7860
        (216)621-3415 Fax
        lwerb@cavitch.com
        tjohnson@cavitch.com
        gobrien@cavitch.com
        *Attorneys for Defendant Discount Drug Mart, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing **NOTICE OF WITHDRAWAL OF ONE OF THE COUNSEL FOR DEFENDANT DISCOUNT DRUG MART, INC.** was filed and served via PACER this 13th day of June, 2019 on all counsel of record.

/s/ L. William Erb
L. William Erb (0072495)
*Attorney for Defendant*