# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>ALL CASES | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## DEFENDANT JOHN N. KAPOOR'S NOTICE REGARDING SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., John N. Kapoor ("Dr. Kapoor") hereby submits this notice. The proper form for waiver of service for Dr. Kapoor is attached to this notice as Exhibit A. The standard form has been modified in accordance with this Court's orders. Requests for waiver of service to Dr. Kapoor shall be made, complete with all required case information and a PDF copy of the complaint and any exhibits thereto, via email to the following attorney:

Kurt M. Mullen
kmullen@nixonpeabody.com

Date: June 13, 2019

Respectfully submitted,

/s/ Kurt M. Mullen
Kurt M. Mullen
NIXON PEABODY LLP
Exchange Place
53 State Street
Boston, MA 02109
Telephone: (617) 345-1000
kmullen@nixonpeabody.com
*Counsel for Defendant John N. Kapoor*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 13th day of June, 2019, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ Kurt M. Mullen
Kurt M. Mullen