# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) **MDL 2804**<br>)<br>) **Case No. 1:17-md-2804**<br>) |
| THIS DOCUMENT RELATES TO: | ) **Judge Dan Aaron Polster**<br>) |
| *All Cases* | )<br>) **ORDER** |

This Court has appointed two additional staff members in this Multidistrict Litigation. They are:

| | |
|---|---|
| Gail M. Brownfeld | Angela Gupta |
| 700 Louisiana St., Ste. 3950 | 171 Terrace Trail W. |
| Houston, TX  77002 | Lake Quivira, KS  66217-8504 |
| (713) 898-5778 | (913) 558-6963 |
| gbrownfeld@brownfeldlaw.com | angeladgupta@gmail.com |

In order to assist this Court, the fees associated with accessing the cases through the Public Access to Court Electronic Records (PACER) shall be waived for them. The Court will also provide Westlaw access.

**IT IS SO ORDERED.**

/s/ **Dan Aaron Polster** *June 17, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**