# UNITED STATES DISTRICT COURT
# NORTH DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) ) ) ) |  MDL No. 2804<br><br>CASE NO. 1:17-MD-2804<br><br>JUDGE DAN AARON POLSTER |

## NOTICE OF APPEARANCE

The Court and parties hereto will take notice that Jeffrey A. Kennard and Cameron E. Grant of Scharnhorst Ast Kennard Griffin PC, 1100 Walnut Street, Suite 1950, Kansas City, Mo 64106 hereby enter their appearance as counsel of record for defendant Hy-Vee, Inc. ("Hy-Vee"). It is respectfully requested that service of all further pleadings, notices, filings, papers, etc. be made upon the undersigned as counsel of record for Hy-Vee.

Kansas City, MO
June 17, 2019

Respectfully submitted,

_____
Jeffrey A. Kennard (MO Bar No. 46689)
Cameron E. Grant (NY Bar No. 4676524)
SCHARNHORST AST KENNARD GRIFFIN PC
1100 Walnut Street, Ste 1950
Kansas City, MO 64106
Tel: (816) 268-9411
Fax: (816) 268-9409
jkennard@sakg.com
cgrant@sakg.com