UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 2804<br><br>Case No.: 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**NOTICE OF FILING OF FORM FOR REQUEST FOR WAIVER OF SERVICE OF SUMMONS FOR TARGET CORPORATION**

PLEASE TAKE NOTICE that pursuant to Case Management Order No. 1 [Dkt. 232], Defendant Target Corporation files this notice that attaches a proper form of a waiver request and a designated person to electronically accept the same.

Date: June 17, 2019.

**FAEGRE BAKER DANIELS LLP**

/s/ *Wendy J. Wildung*
Wendy J. Wildung
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-3901
Phone: (612) 766-7000
Fax: (612) 766-1600
wendy.wildung@FaegreBD.com

*Attorney for Target Corporation*

US.123493094.01