# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Judge Dan A. Polster |

)
)
)
)
)
)
)
)
)
)
)
)
)
)
)

---

## DISTRIBUTOR AND MANUFACTURER DEFENDANTS' MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION UNDER SEAL

Distributors[2] and Manufacturers[3]  seek leave to file under seal a combined brief (and

exhibits) in support of a motion for partial summary judgment regarding the statute of

---

[2] Distributors include Cardinal Health, Inc., McKesson Corp., AmerisourceBergen Drug Corp. ("ABDC"), Anda, Inc., H. D. Smith, H.D. Smith, LLC f/k/a H.D. Smith Wholesale Drug Company, H.D. Smith Holdings, LLC, and H.D. Smith Holding Company, Prescription Supply Inc., Henry Schein, Inc., Henry Schein Medical Systems, Inc.

[3] Manufacturers include Purdue Pharma, L.P., Purdue Pharma, Inc., The Purdue Frederick Company, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical, Inc., Par Pharmaceutical Companies, Inc. (incorrectly named as "Par Pharmaceutical Companies, Inc. f/k/a Par Pharmaceutical Holdings, Inc.), Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Noramco, Inc., Ortho-Mcneil-Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals,  Inc., Johnson & Johnson, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc, Cephalon, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Finance, LLC, f/k/a Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc, Mallinckrodt, PLC, Mallinckrodt LLC, SpecGx LLC, Allergan Sales, LLC, Allergan USA, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson

limitations.  Distributors also seek leave to file under seal a memorandum (and exhibits) in support of a motion for summary judgment regarding the conspiracy claim.  This motion is filed pursuant to Case Management Order Number Two:  Protective Order.  *See* ECF No. 441 (hereinafter "Protective Order").

The combined brief and memorandum (and their respective exhibits) contain information that has been designated "Confidential" under the Protective Order.  Movants expect that, once Plaintiffs have had an opportunity to review the combined brief and memorandum, the parties can reach agreement to de-designate much, if not all, of the material that obligates Movants to file under seal and/or to unseal the combined brief and memorandum.  Movants will act promptly after filing to meet and confer with Plaintiffs about de-designation and/or unsealing.  Following that meet and confer, Movants will file a public version (with appropriate redactions as necessary) of the combined brief and memorandum in accordance with Paragraph 62 of the Protective Order.

---

Laboratories, Inc.-Florida.  Teva Pharmaceutical Industries, Ltd., Allergan plc, and Mallinckrodt plc are respectively an Israeli corporation, Irish holding company, and Irish company that are not subject to and contest personal jurisdiction for the reasons explained in their pending motions to dismiss for lack of personal jurisdiction; they are specially appearing to join this motion as a result of the Court's summary judgment deadline, and, thus, they do not waive and expressly preserve their pending personal jurisdiction challenges.  Noramco, Inc. is alleged to be a former subsidiary of Johnson & Johnson and joins in this motion to the extent applicable, yet notes that it does not (and did not at all material times relevant hereto) manufacture, package, brand, market, distribute, or sell the finished drug products at issue in this litigation, and it reserves all rights and defenses specific to it..

Dated:  June 17, 2019                              Respectfully submitted,

  */s/ Geoffrey Hobart*                             */s/ F. Lane Heard III*
Geoffrey E. Hobart                                Enu Mainigi
Mark H. Lynch                                     F. Lane Heard III
Christian J. Pistilli                             George A. Borden
**COVINGTON & BURLING LLP**                       Ashley W. Hardin
One CityCenter                                    **WILLIAMS & CONNOLLY LLP**
850 Tenth Street NW                               725 Twelfth Street NW
Washington, DC 20001                              Washington, DC  20005
Tel: (202) 662-5281                               Tel:  (202) 434-5000
ghobart@cov.com                                   Fax:  (202) 434-5029
mlynch@cov.com                                    emainigi@wc.com
cpistilli@cov.com                                 lheard @wc.com
                                                  gborden@wc.com
                                                  ahardin@wc.com
*Counsel for Defendant McKesson*
*Corporation*                                     *Counsel for Defendant Cardinal Health*


*/s/ John P. McDonald*                            */s/ William E. Padgett*
John P. McDonald (TX Bar # 13549090)              William E. Padgett (IN No. 18819-49)
C. Scott Jones (TX Bar # 24012922)                Kathleen L. Matsoukas (IN No. 31833-49)
Lauren M. Fincher (TX Bar # 24069718)             **BARNES & THORNBURG LLP**
Brandan J. Montminy (TX Bar # 24088080)           11 South Meridian Street
**LOCKE LORD LLP**                                Indianapolis, IN 46204
2200 Ross Avenue                                  Tel: (317) 236-1313
Suite 2800                                        Fax: (317) 231-7433
Dallas, TX 75201                                  william.padgett@btlaw.com
Tel:  (214) 740-8445                              kathleen.matsoukas@btlaw.com
Fax:  (214) 756-8110
jpmcdonald@lockelord.com
sjones@lockelord.com                              *Counsel for Defendants H. D. Smith, LLC,*
lfincher@lockelord.com                            *f/k/a H. D. Smith Wholesale Drug Co., H. D.*
brandan.montminy@lockelord.com                    *Smith Holdings, LLC and H. D. Smith*
                                                  *Holding Company*

*Counsel for Defendants Henry Schein, Inc.*
*and Henry Schein Medical Systems, Inc.*

*/s/ Brien T. O'Connor (consent)*
Brien T. O'Connor
Andrew J. O'Connor
**ROPES & GRAY LLP**
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Counsel for Defendants Mallinckrodt LLC and SpecGx LLC, and appearing specially for Mallinckrodt plc*

/s/ *Charles C. Lifland* (consent)
Charles C. Lifland
Sabrina H. Strong
**O'MELVENY & MYERS LLP**
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com
sstrong@omm.com

*Counsel for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

*/s/ Donna M. Welch* (consent)
Donna M. Welch, P.C.
**KIRKLAND & ELLIS LLP**
300 North LaSalle, Chicago, IL 60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Counsel for Defendant Allergan Finance, LLC f/k/a/ Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC f/k/a Actavis PLC, Allergan Sales, LLC, and Allergan USA, Inc., and appearing specially for Allergan PLC f/k/a Actavis PLC*

 /s/ Mark S. Cheffo
Sheila L. Birnbaum
Mark S. Cheffo
Hayden A. Coleman
**DECHERT**
Three Bryant Park
1095 Avenue of the Americas
New York, NY
Telephone: (212) 698-3500
Fax: (212) 698-3599
sheila.birnbaum@dechert.com
mark.cheffo@dechert.com
hayden.colemen@dechert.com

*Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and the Purdue Frederick Company, Inc.*

/s/ James W. Matthews
James W. Matthews
Katy E. Koski
Kristina Matic
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
Tel:  (617) 342-4000
Fax:  (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
kmatic@foley.com

*Counsel for Defendant Anda, Inc.*

/s/ Daniel G. Jarcho
Daniel G. Jarcho
D.C. Bar No. 391837
**ALSTON & BIRD LLP**
950 F Street NW
Washington, DC 20004
Tel: (202) 239-3254
Fax: (202) 239-3333
daniel.jarcho@alston.com

Cari K. Dawson
Georgia Bar No. 213490
Jenny A. Mendelsohn
Georgia Bar No. 447183
**ALSTON & BIRD LLP**
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel: (404) 881-7000
Fax: (404) 881-7777
cari.dawson@alston.com
jenny.mendelsohn@alston.com

*Counsel for Noramco, Inc.*

/s/ John J. Haggerty
John J. Haggerty (0073572)
James C. Clark
Stephan A. Cornell
**FOX ROTHSCHILD LLP**
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com
jclark@foxrothschild.com
scornell@foxrothschild.com

*Counsel for Defendant Prescription Supply Inc.*

/s/ Sean O. Morris (consent)
Sean O. Morris
**ARNOLD & PORTER KAYE SCHOLER LLP**
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Tel: (213) 243-4000
sean.morris@arnoldporter.com

Jonathan L. Stern
**ARNOLD & PORTER KAYE SCHOLER LLP**
601 Massachusetts Ave. NW
Washington, DC 20001
Tel: (202) 942-5000
jonathan.stern@arnoldporter.com

*Counsel for Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. (incorrectly named as "Par Pharmaceutical Companies, Inc. f/k/a Par Pharmaceutical Holdings, Inc.")*

*/s/ Steven A. Reed*

Steven A. Reed
Eric W. Sitarchuk
Rebecca J. Hillyer
**MORGAN, LEWIS & BOCKIUS LLP**
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5603
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

Nancy L. Patterson
**MORGAN, LEWIS & BOCKIUS LLP**
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Tel:  (713) 890-5195
nancy.patterson@morganlewis.com

Brian M. Ercole
**MORGAN, LEWIS & BOCKIUS LLP**
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
brian.ercole@morganlewis.com

*Counsel for Cephalon, Inc., Teva
Pharmaceuticals USA, Inc., Teva
Pharmaceutical Industries, Ltd., Watson
Laboratories, Inc., Actavis LLC, Actavis
Pharma, Inc. f/k/a Watson Pharma, Inc.,
Warner Chilcott Company, LLC, Actavis
South Atlantic LLC, Actavis Elizabeth LLC,
Actavis Mid Atlantic LLC, Actavis Totowa
LLC, Actavis Kadian LLC, Actavis
Laboratories UT, Inc. f/k/a Watson
Laboratories, Inc.-Salt Lake City, and Actavis
Laboratories FL, Inc., f/k/a Watson
Laboratories, Inc.-Florida, and specially
appearing Teva Pharmaceutical Industries
Ltd.*

**CERTIFICATE OF SERVICE**

I, F. Lane Heard III, hereby certify that the foregoing document was served via the

Court's ECF system to all counsel of record.


  /s/ *F. Lane Heard III*
F. Lane Heard III