# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

**IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**

This document relates to:
*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*
Case No. 18-op-45090

and

*The County of Cuyahoga v. Purdue Pharma L.P., et al.*
Case No. 1:18-op-45004

MDL No. 2804

Hon. Judge Dan A. Polster

## [PROPOSED] ORDER GRANTING DISTRIBUTORS' AND MANUFACTURERS' MOTION FOR LEAVE TO FILE SUMMARY JUDGMENT MOTION UNDER SEAL

Upon consideration of Defendants' [LIST] Motion for Leave to File Motions for Summary Judgment Under Seal and any opposition thereto, it is hereby:

**ORDERED** that Defendants' Motion for Leave is GRANTED; and it is further;

**ORDERED** that Defendants may file their motions for summary judgment, including exhibits, under seal.

Honorable Judge Dan A. Polster