UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>County of Clackamas, et al. v. Purdue Pharma, L.P., et al.<br><br>*ND Ohio Member Case No. 1:18-op-45442-DAP* | MDL No. 2804<br><br>Case No.: 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Wendy J. Wildung, on behalf of the firm Faegre Baker Daniels LLP, hereby enters her appearance as attorney for defendants Target Corporation and Target Stores, Inc. in the above-captioned matter.

Date:  June 18, 2019.                **FAEGRE BAKER DANIELS LLP**

 s/ Wendy J. Wildung
Wendy J. Wildung
2200 Wells Fargo Center
90 South Seventh Street
Minneapolis, MN  55402-3901
Telephone: (612) 766-7000
Facsimile: (612) 766-1600
wendy.wildung@faegrebd.com

*Attorneys for Defendants Target Corporation and Target Stores, Inc.*

US.123492852.01