UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>County of Clackamas, et al. v. Purdue Pharma, L.P., et al.<br><br>*ND Ohio Member Case No. 1:18-op-45442-DAP* | MDL No. 2804<br><br>Case No.:  1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

**PLEASE TAKE NOTICE** that Andrew L. Campbell, on behalf of the firm Faegre Baker Daniels LLP, hereby enters his appearance as attorney for defendants Target Corporation and Target Stores, Inc. in the above-captioned matter.

Date:  June 18, 2019.                                **FAEGRE BAKER DANIELS LLP**

 s/ Andrew L. Campbell
Andrew L. Campbell
300 N. Meridian St., Suite 2700
Indianapolis, IN 46204
Telephone: (317) 237-1011
Facsimile: (317) 237-1333
andrew.campbell@faegrebd.com

*Attorneys for Defendants Target Corporation and Target Stores, Inc.*

US.123492880.01