UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>All Actions | MDL No. 2804<br><br>Case No.:  1:17-md-2804<br><br>Judge Dan Aaron Polster |

**CORPORATE DISCLOSURE STATEMENT OF**
**<u>TARGET CORPORATION AND TARGET STORES, INC.</u>**

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Civil Rule 3.13(b), Defendant Target Corporation states that it is a publicly-held corporation; that no publicly-held corporation owns 10% or more of its stock; and that Defendant Target Stores, Inc. is a wholly-owned subsidiary of Target Corporation.

Date:  June 19, 2019.

**FAEGRE BAKER DANIELS LLP**

*/s/ Wendy J. Wildung*
Wendy J. Wildung
2200 Wells Fargo Center
90 South 7th Street
Minneapolis, MN 55402-3901
Phone:  (612) 766-7000
Fax:  (612) 766-1600
wendy.wildung@FaegreBD.com

*Attorney for Target Corporation*
*and Target Stores, Inc.*

US.123493042.01