UNITED STATES JUDICIAL PANEL
on
MULTIDISTRICT LITIGATION

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                                         MDL No. 2804

(SEE ATTACHED SCHEDULE)

CONDITIONAL TRANSFER ORDER (CTO −96)

On December 5, 2017, the Panel transferred 62 civil action(s) to the United States District Court for the Northern District of Ohio for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. § 1407. See 290 F.Supp.3d 1375 (J.P.M.L. 2017). Since that time, 1,485 additional action(s) have been transferred to the Northern District of Ohio. With the consent of that court, all such actions have been assigned to the Honorable Dan A. Polster.

It appears that the action(s) on this conditional transfer order involve questions of fact that are common to the actions previously transferred to the Northern District of Ohio and assigned to Judge Polster.

Pursuant to Rule 7.1 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation, the action(s) on the attached schedule are transferred under 28 U.S.C. § 1407 to the Northern District of Ohio for the reasons stated in the order of December 5, 2017, and, with the consent of that court, assigned to the Honorable Dan A. Polster.

This order does not become effective until it is filed in the Office of the Clerk of the United States District Court for the Northern District of Ohio. The transmittal of this order to said Clerk shall be stayed 7 days from the entry thereof. If any party files a notice of opposition with the Clerk of the Panel within this 7−day period, the stay will be continued until further order of the Panel.

Inasmuch as no objection is pending at this time, the stay is lifted.

Jun 20, 2019

CLERK'S OFFICE
UNITED STATES
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

FOR THE PANEL:

John W. Nichols
Clerk of the Panel

IN RE: NATIONAL PRESCRIPTION OPIATE
LITIGATION                                                                         MDL No. 2804

## SCHEDULE CTO−96 − TAG−ALONG ACTIONS

| DIST | DIV. | C.A.NO. | CASE CAPTION |
|------|------|---------|--------------|

**ARIZONA**

| ~~AZ~~ | ~~3~~ | ~~19−08165~~ | ~~Prescott, City of v. Allergan PLC et al~~   Opposed 6/17/19 |

**MASSACHUSETTS**

| MA | 1 | 19−11206 | Town of Wellfleet v. Amerisourcebergen Drug Corporation et al |

**MICHIGAN EASTERN**

| ~~MIE~~ | ~~2~~ | ~~19−11681~~ | ~~Charter Township of Harrison v. The Pain Center USA, PLLC et al~~   Opposed 6/19/19 |
| ~~MIE~~ | ~~2~~ | ~~19−11685~~ | ~~City of Sterling Heights v. The Pain Center USA, PLLC et al~~   Opposed 6/19/19 |
| ~~MIE~~ | ~~2~~ | ~~19−11687~~ | ~~City of Warren v. The Pain Center USA, PLLC et al~~   Opposed 6/19/19 |

**MICHIGAN WESTERN**

| MIW | 1 | 19−00438 | Calhoun, County of v. Purdue Pharma L.P. et al |
| MIW | 1 | 19−00439 | Kalamazoo, County of v. Purdue Pharma L.P. et al |

**MINNESOTA**

| MN | 0 | 19−01483 | Olmsted County, Minnesota v. Purdue Pharma L.P. et al |

**MISSISSIPPI NORTHERN**

| MSN | 1 | 19−00106 | City of Amory, Mississippi v. Ameriscourcebergen Drug Corporation et al |
| MSN | 3 | 19−00115 | DeSoto County, Mississippi v. Amerisourcebergen Drug Corporation et al |
| MSN | 4 | 19−00086 | Leflore County, Mississippi v. Amerisourcebergen Drug Corporation et al |

**MISSISSIPPI SOUTHERN**

| MSS | 1 | 19−00304 | |

|  |  |  | Pearl River County, Mississippi v. Amerisourcebergen Drug Corporation et al |  |
|---|---|---|---|---|
| **MISSOURI EASTERN** |  |  |  |  |
| ~~MOE~~ | ~~4~~ | ~~19−01654~~ | ~~Wampanoag Tribe of Gay Head (Aquinnah) v. Mallinckrodt Brand Pharmaceuticals, Inc. et al~~ | Opposed 6/18/19 |
| **NEBRASKA** |  |  |  |  |
| NE | 8 | 19−00244 | City of South Sioux City, Nebraska v. AmerisourceBergen Drug Corporation et al |  |
| **NORTH CAROLINA EASTERN** |  |  |  |  |
| NCE | 7 | 19−00104 | Bladen County v. AmerisourceBergen Drug Corporation et al |  |
| **NORTH CAROLINA WESTERN** |  |  |  |  |
| NCW | 1 | 19−00176 | Mitchell County v. AmerisourceBergen Drug Corporation et al |  |
| **PENNSYLVANIA MIDDLE** |  |  |  |  |
| PAM | 4 | 19−00945 | County of Northumberland v. Purdue Pharma, L.P. et al |  |
| **RHODE ISLAND** |  |  |  |  |
| RI | 1 | 19−00315 | Town of Portsmouth v. Amerisourcebergen Drug Corporation et al |  |
| **VIRGINIA EASTERN** |  |  |  |  |
| VAE | 3 | 19−00404 | City of Richmond v. AmerisourceBergen Drug Corporation et al |  |
| **WYOMING** |  |  |  |  |
| WY | 1 | 19−00109 | Riverton WY v. Purdue Pharma LP et al |  |