# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | Civ. No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO: *ALL CASES* | JUDGE POLSTER |

## **NOTICE OF APPEARANCE**

Please take notice that Paul W. Schmidt of Covington & Burling LLP, The New York Times Building, 620 Eighth Avenue, New York, New York 10018, hereby enters his appearance as counsel of record for Defendant, McKesson Corporation in the above-captioned action.

        Respectfully submitted,

        /s/ Paul W. Schmidt
        Paul W. Schmidt (NY Bar No. 4001962)
        COVINGTON & BURLING LLP
        The New York Times Building
        620 Eighth Avenue
        New York, NY 10018
        (212) 841-1000 (Telephone)
        pschmidt@cov.com

        *Counsel for Defendant McKesson Corporation*

## CERTIFICATE OF SERVICE

I hereby certify a copy of the foregoing *Notice of Appearance* was sent by the Court's electronic case filing system June 20, 2019, and served upon all those participating therein.

    /s/ Paul W. Schmidt
Paul W. Schmidt