IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) ) ) ) ) ) ) ) ) | MDL No. 2804 |
| | | Civil Case No. 1:17-md-02804-DAP |
| THIS DOCUMENT RELATES TO: Berkeley County Council v. Purdue Pharmaceutical Products, LP, et al No. 1:17-op-45171-DAP | | JUDGE POLSTER |

## NOTICE OF APPEARANCE

Please take notice that Hugh J. Bode of Reminger Co., LPA, 101 West Prospect Avenue, Suite 1400, Cleveland, Ohio 44114, hereby enters his appearance as counsel of record for Defendant Weis Markets, Inc. in the above-captioned action.

                                            Respectfully submitted,

                                           /s/ Hugh J. Bode
                                       Hugh J. Bode  (0000487)
                                       REMINGER CO., L.P.A.
                                       101 West Prospect Avenue, Suite 1400
                                       Cleveland, Ohio 44115
                                       216-687-1311 phone
                                       Hbode@reminger.com
                                       Attorney for Defendant Weis Markets, Inc.

**CERTIFICATE OF SERVICE**

      A copy of the foregoing Notice of Appearance was forwarded to all counsel of record via the Court's electronic filing system this 20th day of June, 2019.

                                           /s/ Hugh J. Bode
                                      Hugh J. Bode  (0000487)
                                      REMINGER CO., L.P.A.