# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION ) ) | MDL No. 2804 |
| ) | Case No. 17-md-2804 |
| THIS DOCUMENT RELATES TO: ) ) | Judge Dan Aaron Polster |
| ALL CASES ) ) | **SCHEDULING ORDER** |

_____

During our monthly status teleconference on June 19, 2019, I reported that I was contacted by two state court judges who have been asked to preside over a large number of prescription opiate cases brought by cities and counties in their regions.  They asked me if I would consider remanding a small number of cases brought by cities or counties within that same geographic region that were removed from their jurisdictions and landed in this MDL.  After some discussion, all agreed to the following procedure.  I agreed to ask the aforementioned state court judges to submit a letter explaining in detail the reason for their requested remands – after which the Court would then issue a scheduling order with the letter attached, establishing a deadline for parties to respond to their requests.

Attached to this Scheduling Order is a letter written by Delaware County, Pennsylvania Common Pleas Judge Barry C. Dozor who is presiding over the Commonwealth of Pennsylvania's state-wide coordinated prescription opiate litigation.  Therein, Judge Dozor articulates the reason for  requesting the remands of two MDL cases that were filed in his region,

removed and ultimately transferred to the MDL. Any party to either of the two cases who opposes the remands must file its objection **by 12:00 noon on Monday, July 1, 2019**.

   **IT IS SO ORDERED.**

                     */s/ Dan A. Polster June 20, 2019*
                     **Dan Aaron Polster**
                     **United States District Judge**.