UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

Nos. 18-3839/3860

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION.
_____

HD MEDIA COMPANY, LLC (18-3839);
THE W.P. COMPANY, LLC, dba The Washington Post (18-3860),

    Intervenors - Appellants,

v.

UNITED STATES DEPARTMENT OF JUSTICE;
DRUG ENFORCEMENT ADMINISTRATION,

    Interested Parties - Appellees,

DISTRIBUTOR DEFENDANTS; MANUFACTURING
DEFENDANTS; CHAIN PHARMACY DEFENDANTS,

    Defendants - Appellees.

**FILED**
Jun 20, 2019
DEBORAH S. HUNT, Clerk

Before: GUY, CLAY, and GRIFFIN, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court
for the Northern District of Ohio at Cleveland.

THIS CAUSE was heard on the record from the district court and was argued by counsel.

IN CONSIDERATION THEREOF, it is ORDERED that the district court's Protective Order is VACATED, and the case is REMANDED to permit the district court to consider entering modified orders consistent with the opinion of this court.

**ENTERED BY ORDER OF THE COURT**

_____
Deborah S. Hunt, Clerk