# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  )<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Judge Dan A. Polster |

### COMBINED BRIEF OF
### DISTRIBUTORS AND MANUFACTURERS
### IN SUPPORT OF PARTIAL SUMMARY JUDGMENT ON
### STATUTE OF LIMITATIONS GROUNDS

#### NOTICE OF MANUAL FILING

Please take notice that Defendants has manually filed the following documents as they exceed the court's maximum electronic file size of 35 megabytes:

- Appendix Tab 13
- Appendix Tab 126
- Appendix Tab 142

Dated:  June 17, 2019                    Respectfully submitted,

 */s/ F. Lane Heard III*
F. Lane Heard III
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC  20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
lheard @wc.com

*Counsel for Defendant Cardinal Health*

1