# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) MDL No. 2804 ) ) Civil Case No. 1:17-md-02804-DAP ) |
| THIS DOCUMENT RELATES TO: Wayne County v. AmerisourceBergen Drug Corporation, *et. al.*, No. 1:18-op-45585-DAP | ) JUDGE DAN AARON POLSTER ) ) ) |

## NOTICE OF APPEARANCE

Please take notice that Katie DeBoer of Winston & Strawn LLP hereby enters her appearance as counsel on behalf of Medisca, Inc. in the above-captioned matter. Please serve all pleadings, papers and notices on the undersigned.

Respectfully Submitted,

*/s/ Katie DeBoer*
Katie DeBoer
**Winston & Strawn LLP**
35 W. Wacker Drive
Chicago, IL 60601-9703
(312) 558-3752
KDeBoer@winston.com

*Attorney for Medisca, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, the foregoing **Notice of Appearance** was filed electronically with the Clerk of Court using the ECF system, which sent notification of such filing to all counsel of record.

                                                             */s/ Katie DeBoer*
                                                             Katie DeBoer
                                                             *Attorney for Medisca, Inc.*