# SUNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Summit, et al. v. Purdue Pharma L.P., et al*; Case No. 1:18-op-45090 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO MALLINCKRODT PLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER SEAL** |

Pursuant to Local Rule 5.2, Plaintiffs seek leave of Court to file Plaintiffs' Opposition to Mallinckrodt plc's Motion to Dismiss for Lack of Personal Jurisdiction Under Seal in the above-listed case under seal on June 21, 2019.

Plaintiffs' Omnibus Opposition contains references to confidential information contained in documents produced by Defendants marked as "Confidential" as well as ARCOS data. Plaintiffs file this Motion and Proposed Order (attached as Exhibit A) to ensure compliance with CMO No. 2 (Dkt. No. 441). After filing, Plaintiffs will confer with Defendants and will endeavor to file as soon as practicable on the publicly available docket a version with the least redaction necessary, in accordance with this Court's Protective Orders.

WHEREFORE, Plaintiffs respectfully request that the Honorable Court grant Plaintiffs' Motion for Leave to File Plaintiffs' Opposition to Mallinckrodt plc's Motion to Dismiss for Lack of Personal Jurisdiction Under Seal.

1739704.1

Respectfully Submitted:

DATED:  June 21, 2019　　　　　　　　*/s/ Elizabeth J. Cabraser*
　　　　　　　　　　　　　　　　　　Elizabeth J. Cabraser
　　　　　　　　　　　　　　　　　　Paulina do Amaral
　　　　　　　　　　　　　　　　　　Mark P. Chalos
　　　　　　　　　　　　　　　　　　LIEFF, CABRASER, HEIMANN &
　　　　　　　　　　　　　　　　　　BERNSTEIN, LLP
　　　　　　　　　　　　　　　　　　275 Battery Street
　　　　　　　　　　　　　　　　　　San Francisco, CA 94111
　　　　　　　　　　　　　　　　　　Tel: 415-956-1000
　　　　　　　　　　　　　　　　　　Fax: 415-956-1008
　　　　　　　　　　　　　　　　　　ecabraser@lchb.com
　　　　　　　　　　　　　　　　　　pdoamaral@lchb.com
　　　　　　　　　　　　　　　　　　mchalos@lchb.com

　　　　　　　　　　　　　　　　　　*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

DATED: June 21, 2019                               */s/  Elizabeth J. Cabraser*
                                                             Elizabeth J. Cabraser