- 1 -

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Summit, et al. v. Purdue Pharma L.P., et al*; Case No. 1:18-op-45090 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO MALLINCKRODT PLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER SEAL** |

Plaintiffs move for leave to file Plaintiffs' Opposition to Mallinckrodt plc's Motion to Dismiss for Lack of Personal Jurisdiction under seal in the above-captioned case.

For reasons appearing to the Court, Plaintiffs' Motion for Leave to File Plaintiffs' Opposition to Mallinckrodt plc's Motion to Dismiss for Lack of Personal Jurisdiction Under Seal is **GRANTED**.

**IT IS SO ORDERED.**

DATED: June 21, 2019

                                                                         HON. DAN AARON POLSTER
                                                                         UNITED STATES DISTRICT JUDGE

1739705.1