# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION
OPIATE LITIGATION

This document relates to:

*County of Summit, Ohio, et al. v. Purdue*
*Pharma L.P., et al.,*
Case No. 18-op-45090 (N.D. Ohio)

*The County of Cuyahoga, Ohio, et al. v.*
*Purdue Pharma L.P., et al.,*
Case No. 17-op-45004 (N.D. Ohio)

**MDL No. 2804**
**Case No. 17-md-2804**
**Judge Dan Aaron Polster**

## PHARMACY DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CIVIL CONSPIRACY CLAIM AND SUPPORTING EXHIBITS UNDER SEAL

Pharmacy Defendants[1] hereby seek leave to file under seal their Motion for Summary

Judgment on Plaintiffs' Civil Conspiracy Claim, along with the exhibits attached thereto

(together, the "Civil Conspiracy Motion"). This motion is filed pursuant to Case Management

Order Number Two: Protective Order (Doc. 441) (the "Protective Order"), as amended by the

Court's order of February 11, 2019 (Doc. 1357).[2]

---

[1] "Pharmacy Defendants" are CVS Rx Services, Inc. and CVS Indiana, L.L.C. ("CVS Distributors"), Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center ("Rite Aid"), Walgreen Co. and Walgreen Eastern Co. ("Walgreens"), HBC Service Company, an unincorporated operating division of Giant Eagle, Inc. ("Giant Eagle"), Discount Drug Mart ("DDM"), and Walmart Inc. ("Walmart").

[2] In a decision from which the mandate has not yet issued, the Sixth Circuit recently vacated a *different* protective order pertaining to data from the DOJ's ARCOS database. *See In re Nat'l Prescription Opiate Litig.*, No. 18-3839, 2019 WL 2529050, at *2 (6th Cir. June 20, 2019) (vacating Protective Order re: DEA's ARCOS/DADS Database, Doc. 167). Case Management Order Number Two pertains to "confidential, proprietary, and/or private information," including business information. *See* Doc. 441. That order is not affected by the Sixth Circuit's decision because it was not on appeal.

The Civil Conspiracy Motion contains information that has been designated "Confidential" and/or "Highly Confidential" under the Protective Order.  The Pharmacy Defendants expect that the parties can reach agreement to de-designate much of the material that currently requires the Pharmacy Defendants to file under seal, and that the Pharmacy Defendants will then be able to file unsealed versions of the Civil Conspiracy Motion (with possible redactions).  The Pharmacy Defendants will promptly seek to meet and confer with Plaintiffs on these issues.  Following the meet and confer, the Pharmacy Defendants will file a public version (with redactions as necessary) of the Civil Conspiracy Motion in accordance with paragraph 62 of the Protective Order.

Dated:  June 21, 2019               Respectfully submitted,

/s/   Tara A. Fumerton
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*

s/   Eric R. Delinsky
Eric R. Delinsky
Alexandra W. Miller
ZUCKERMAN SPAEDER LLP
1800 M Street, NW
Suite 1000
Washington, DC  20036
Phone: (202) 778-1800
Fax: (202) 822-8106
E-mail: edelinsky@zuckerman.com
E-mail: smiller@zuckerman.com

*Attorneys for CVS Rx Services, Inc. and CVS Indiana, L.L.C.*

/s/    Kelly A. Moore
Kelly A. Moore
MORGAN, LEWIS & BOCKIUS LLP
101 Park Avenue
New York, NY 10178
Phone: (212) 309-6612
Fax: (212) 309-6001
E-mail: kelly.moore@morganlewis.com

Elisa P. McEnroe
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103
Phone: (215) 963-5917
Fax: (215) 963-5001
E-mail: elisa.mcenroe@morganlewis.com

*Attorneys for Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center*

/s/    Kaspar Stoffelmayr
Kaspar Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
E-mail: kaspar.stoffelmayr@bartlit-beck.com

*Attorney for Walgreen Co. and Walgreen Eastern Co.*

/s/ Timothy D. Johnson
Timothy D. Johnson
Gregory E. O'Brien
CAVITCH FAMILO & DURKIN, CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, OH 44114
Phone: (216) 621-7860
Fax: (216) 621-3415
Email: tjohnson@cavitch.com
Email: gobrien@cavitch.com

*Counsel for Discount Drug Mart, Inc.*

/s/   Robert M. Barnes

Robert M. Barnes
Scott D. Livingston
Joshua A. Kobrin
MARCUS & SHAPIRA, LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA 15219
Phone: (412) 471-3490
Fax: (412) 391-8758
E-mail: rbarnes@marcus-shapira.com
E-mail: livingston@marcus-shapira.com
E-mail: kobrin@marcus-shapira.com

*Attorneys for HBC Service Company*