# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |
| This document relates to: | |
| *County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 18-op-45090 (N.D. Ohio) | |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 17-op-45004 (N.D. Ohio) | |

## [PROPOSED] ORDER GRANTING PHARMACY DEFENDANTS' MOTION FOR LEAVE TO FILE MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CIVIL CONSPIRACY CLAIM AND SUPPORTING EXHIBITS UNDER SEAL

Upon consideration of the Motion for Leave to File Motion for Summary Judgment on Plaintiffs' Civil Conspiracy Claim and Supporting Exhibits Under Seal filed by Pharmacy Defendants[1] (the "Motion") and any opposition thereto, it is hereby:

**ORDERED** that the Motion is GRANTED; and it is further

**ORDERED** that the Pharmacy Defendants may file their Motion for Summary Judgment on Plaintiffs' Civil Conspiracy Claim, including exhibits, under seal.

_____
The Honorable Dan A. Polster
United States District Judge

---

[1] "Pharmacy Defendants" are CVS Rx Services, Inc. and CVS Indiana, L.L.C. ("CVS Distributors"), Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center ("Rite Aid"), Walgreen Co. and Walgreen Eastern Co. ("Walgreens"), HBC Service Company, an unincorporated operating division of Giant Eagle, Inc. ("Giant Eagle"), Discount Drug Mart ("DDM"), and Walmart Inc. ("Walmart").