- 1 -

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Summit, et al. v. Purdue Pharma L.P., et al*; Case No. 1:18-op-45090 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**NOTICE RE FILING OF PLAINTIFFS' OPPOSITION TO MALLINCKRODT PLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION [DKT. NO. 1717]** |

Plaintiffs' Opposition [Dkt. No. 1717] contains references to confidential information contained in documents produced by Defendants marked as "Confidential" as well as ARCOS data. Plaintiffs withheld exhibits containing such information to ensure compliance with CMO No. 2 [Dkt. No. 441].

A courtesy copy of the unredacted version of these documents and all exhibits will be served on the Court and parties to this matter.

Furthermore, Plaintiffs will confer with Defendants and will endeavor to file as soon as practicable on the publicly available docket another version with the least redaction necessary, in accordance with this Court's Protective Orders.

- 1 -

Respectfully Submitted:

DATED:  June 21, 2019   */s/ Elizabeth J. Cabraser*
Elizabeth J. Cabraser
Paulina do Amaral
Mark P. Chalos
LIEFF, CABRASER, HEIMANN & BERNSTEIN, LLP
275 Battery Street
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008
ecabraser@lchb.com
pdoamaral@lchb.com
mchalos@lchb.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

I hereby certify that on June 21, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

DATED: June 21, 2019  /s/ *Elizabeth J. Cabraser*
Elizabeth J. Cabraser