# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL OPIATE LITIGATION | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that attorneys Brian N. Ramm, Warren McClurg, and James Walsh of the firm of Benesch, Friedlander, Coplan & Aronoff LLP, hereby enters their appearance as counsel of record on behalf of Defendant, Dakota Drug, Inc., in the above-captioned action.

Dated:  June 24, 2019

Respectfully submitted,

*/s/ Brian N. Ramm*
Brian N. Ramm (0038852)
Warren T. McClurg II (0089098)
James Walsh (0096660)
**BENESCH, FRIEDLANDER, COPLAN & ARONOFF LLP**
200 Public Square, Suite 2300
Cleveland, OH 44114-2378
Tel: (216) 363-4500
Fax: (216) 363-4588
E-Mail: bramm@beneschlaw.com
          wmcclurg@beneschlaw.com
          jwalsh@beneschlaw.com

*Counsel for Dakota Drug, Inc.*

12420753 v2

## CERTIFICATE OF SERVICE

I hereby certify that on June 24th, 2019, a copy of the foregoing *Notice of Appearance* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.  There are no parties requiring service by other means.

*/s/ Brian N. Ramm*_____
*One of the Attorneys for Dakota Drug, Inc.*

12420753 v2