# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO

|   |   |
|---|---|
|   | ) |
|   | ) |
|   | )     Case No. |
| v. | ) |
|   | ) |
|   | )     Corporate Disclosure Statement |
|   | ) |
|   | ) |

   Pursuant to the Corporate Disclosure Statement provisions in Local Civil Rule 3.13(b) and Local Criminal Rule 16.2:  Any non-governmental corporate party to a proceeding must file a statement identifying all its parent, subsidiary and other affiliate corporations and listing any publicly held company that owns 10% or more of the party's stock. A party must file the statement upon filing a complaint, answer, motion, response or other pleading in this Court, whichever occurs first. The obligation to disclose any changes will be continuing throughout the pendency of the case.

   In compliance with those provisions, this Corporate Disclosure Statement is filed on behalf of:

_____.

1.  Is said party a parent, subsidiary or other affiliate of a publicly owned corporation?
   \_\_\_\_\_ Yes    \_\_\_\_\_ No.

   If the answer is Yes, list below the identity of the parent, subsidiary or other affiliate corporation and the relationship between it and the named party:

2.  Is there a publicly owned corporation, not a party to the case, that has a financial interest in the outcome? \_\_\_\_\_ Yes    \_\_\_\_\_ No.

   If the answer is Yes, list the identity of such corporation and the nature of the financial interest:

   (Signature of Counsel)           (Date)

## CERTIFICATE OF SERVICE

I hereby certify that on June 24th, 2019, a copy of the foregoing *Corporate Disclosure* was filed electronically.  Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.  Parties may access this filing through the Court's system.  There are no parties requiring service by other means.

*/s/ Brian N. Ramm*_____
*One of the Attorneys for Dakota Drug, Inc.*