# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *Muscogee (Creek) Nation v. Purdue Pharma L.P., et al.* Case No 1:18-op-45749 ) ) ) ) *The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporation, et al.* Case No. 1:18-op-45749 ) ) ) ) ) ) | **MDL 2804** **Case No. 1:17-md-2804** **Judge Dan Aaron Polster** **ORDER** |

On June 13, 2019, the Court issued a final ruling on Defendants' Motions to Dismiss the above-captioned tribe cases. Doc. #: 1680. At that time, the Court did not provide a deadline by which Defendants would be required to file Answers to the Tribes' Complaints. In its Opinion and Order regarding *Track One* motions to dismiss, the Court gave Defendants four weeks to file their answers to the Summit and Cuyahoga County Complaints.

Accordingly, having ruled on Defendants' motions to dismiss, the Court orders Defendants to file their Answers to *Muscogee (Creek) Nation's* First Amended Complaint, Doc. #: 731 and *The Blackfeet Tribe of the Blackfeet Indian Reservation's* Corrected First Amended Complaint (Redacted), Case No. 18-op-45459, Doc. #: 9 by **12:00 PM on Thursday, July 11, 2019**.

**IT IS SO ORDERED.**

      /s/ Dan Aaron Polster *June 24, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**