UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | Case No. 1:17-MD-2804<br><br>Judge Dan Aaron Polster<br><br>NOTICE OF APPEARANCE OF<br><br>Auburn Pharmaceutical Company |

## NOTICE OF APPEARANCE

Notice is hereby given that Attorney Nathan Upfal (P36764) of Nathan Upfal, P.C., 121 West Long Lake Road, Suite 200, Bloomfield Hills, Michigan 48304; (248) 433-2576 hereby enters his appearance as counsel for Defendant, Auburn Pharmaceutical Company, in the above-captioned matter, and in any and all matters consolidated thereunder in which Auburn Pharmaceutical Company is named as a Defendant.

Dated this 25th day of June, 2019.

Nathan Upfal, P.C.
121 West Long Lake Road
Suite 200
Bloomfield Hills, MI 48304
(248) 433-2576
Upfal@jackiergould.com

/s/ Nathan Upfal
Nathan Upfal
*Attorney for Defendant,*
*Auburn Pharmaceutical*
*Company*