# EXHIBIT A

Case: 1:17-md-02804-DAP  Doc #: 1731-1  Filed:  06/25/19  1 of 2.  PageID #: 51671

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) ) Judge Dan Aaron Polster ) |
| *All MDL Tribal Cases (other than the Tribal Bellwether cases)* | ) [PROPOSED] ORDER MODIFYING THE ) COURT'S ORDER SETTING ) PROCEDURE FOR AMENDMENT OF ) COMPLAINTS AND INCORPORATION BY ) REFERENCE OF MATERIALS UNDER ) SEAL FOR TRIBAL PLAINTIFFS |

1. This Court's June 25, 2019 Order (Doc. 1729) provided a mechanism for Tribal Plaintiffs to review the relevant ARCOS data in order to amend their complaints to add or dismiss defendants within the designated timeframe and to adopt certain portions of the *Muscogee (Creek) Nation's* First Amended Complaint, (Doc. 731, 1:17-md-02804) and *The Blackfeet Tribe of the Blackfeet Indian Reservation's* Corrected First Amended Complaint (Redacted), (Doc. 9, 18-op-45749).

2. On June 25, 2019, Tribal Plaintiffs' Leadership Committee filed a Motion to Modify the Court's Order (Doc. 1729), in light of errors contained in the Short Form Complaint submitted with the Tribal Plaintiffs' original Motion for a Tribal Short Form Complaint.

3. The Court hereby orders that the Tribal Short Form Complaint Attached as Exhibit A to Plaintiffs' Motion for Modification shall replace the Tribal Short Form Complaint included in the Court's June 25, 2019 Order (Doc. 1729).

**IT IS SO ORDERED.**

/s/ Dan Aaron Polster
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE