Julie Ann DeMille, USM# 79886-065
FCI Dublin
Federal Correctional Institution
5701 8th St. - Camp Parks
Dublin, CA 94568
925-833-7500
*In Propria Persona*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | |
|---|---|
| **In re: National Prescription Opiate Litigation** | MDL NO. 2804 |
| | Case No. 1:17-md-2804-DAP |
| This document relates to: | |
| *County of Multnomah v. Purdue Pharma L.P., et al.,* | JUDGE POLSTER |
| No. 3:17-cv-02010-JE (D. Or.) | |

### NOTICE OF CHANGE OF ADDRESS – DISCONTINUATION OF EMAIL

TO: CLERK OF THE COURT, ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that defendant, JULIE ANN DEMILLE no longer has access to email that will work with the court's cm/ecf system. The Corrlinks email furnished by the Bureau of Prisons cannot connect to the court's cm/ecf system, nor can it be used as a forwarding address with the Gmail program Defendant DeMille formerly used for receiving cm/ecf notices. All future notices and pleadings must be mailed to her as follows:

PAGE 1 – NOTICE OF CHANGE OF ADDRESS – DISCONTINUATION OF EMAIL
h:\demille-1305\notice change of address - civil case - usdc ohio, mdl.docx 5/30/2019

Julie Ann DeMille, USM# 79886-065
FCI Dublin
Federal Correctional Institution
5701 8th St. - Camp Parks
Dublin, CA 94568
925-833-7500

Julie Ann DeMille
USM# 79886-065
FCI Dublin
Federal Correctional Institution
5701 8th St. - Camp Parks
Dublin, CA 94568
925-833-7500

Please direct all future notices, correspondence, and filings to the physical address listed above.

Dated: June __3__, 2019

_____
JULIE ANN DEMILLE
Defendant, *Pro Se*

PAGE 2 – NOTICE OF CHANGE OF ADDRESS –
DISCONTINUATION OF EMAIL
h:\demille-1305\notice change of address - civil case - usdc ohio, mdl.docx  5/30/2019

Julie Ann DeMille, USM# 79886-065
FCI Dublin
Federal Correctional Institution
5701 8th St. - Camp Parks
Dublin, CA 94568
925-833-7500