UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | No. 1:17-md-2804<br><br>Judge Dan A. Polster |
| This Document Relates To:<br><br>  ALL ACTIONS. | | |

STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE

4852-3708-5595.v1

The parties hereby stipulate and move the Court for an extension of the deadline for Plaintiffs to file their opposition to motion to dismiss for lack of personal jurisdiction to permit Plaintiffs adequate time to analyze Defendants' discovery response, as follows:

1. Deadline for Plaintiffs to file opposition to Motion to Dismiss filed by Allegan plc (Docket No. 1258) to July 9, 2019; and

2. Deadline for Allegan plc to file any Reply to July 30, 2019.

IT IS SO STIPULATED.

DATED: June 25, 2019            ROBBINS GELLER RUDMAN
                                         & DOWD LLP
                                    AELISH M. BAIG
                                    MATTHEW S. MELAMED

                                    s/ Aelish M. Baig
                                    AELISH M. BAIG

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com

ROBBINS GELLER RUDMAN
   & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

- 2 -

                                        ROBBINS GELLER RUDMAN
                                          & DOWD LLP
                                        THOMAS E. EGLER
                                        CARISSA J. DOLAN
                                        655 West Broadway, Suite 1900
                                        San Diego, CA  92101
                                        Telephone:  619/231-1058
                                        619/231-7423 (fax)
                                        tome@rgrdlaw.com
                                        cdolan@rgrdlaw.com

                                        Attorneys for Plaintiffs

DATED: June 25, 2019            KIRKLAND & ELLIS LLP
                                        DONNA M. WELCH
                                        TIMOTHY W. KNAPP


                                        ____s/ Donna M. Welch (via email authorization)____
                                                    DONNA M. WELCH

                                        300 North LaSalle
                                        Chicago, IL  60654
                                        Telephone:  312/861-2000
                                        312/861-2200 (fax)
                                        donna.welch@kirkland.com
                                        timothy.knapp@kirkland.com

                                        Attorneys for Defendant Allergan plc

                                        *     *     *

### O R D E R

       IT IS SO ORDERED.

DATED: _____    _____
                                                              THE HONORABLE DAN A. POLSTER
                                                              UNITED STATES DISTRICT JUDGE

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 25, 2019, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, and will be served via the Court's CM/ECF filing system on all attorneys of record.

                               s/ Aelish M. Baig
                               AELISH M. BAIG

                               ROBBINS GELLER RUDMAN
                                     & DOWD LLP
                               Post Montgomery Center
                               One Montgomery Street, Suite 1800
                               San Francisco, CA  94104
                               Telephone:  415/288-4545
                               415/288-4534 (fax)
                               E-mail:  aelishb@rgrdlaw.com

4852-3708-5595.v1