# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Dan A. Polster |

## NOTICE OF SERVICE OF DISTRIBUTOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PROXIMATE CAUSATION GROUNDS AND SUPPORTING MATERIALS

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co., H. D. Smith Holdings, LLC, H. D. Smith Holding Company, Henry Schein, Inc., Henry Schein Medical Systems, Inc., McKesson Corporation and Prescription Supply Inc. ("Distributor Defendants") hereby provide notice that on June 25, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Distributor Defendants' Motion for Summary Judgment on Proximate Causation Grounds;

- Memorandum in Support of Distributor Defendants' Motion for Summary Judgment on Proximate Causation Grounds;

- Declaration of Christian J. Pistilli in Support of Distributor Defendants' Motion for Summary Judgment on Proximate Causation Grounds, along with the corresponding Appendix A and Exhibits 1 to 48;

- [Proposed] Order Granting Distributor Defendants' Motion for Summary Judgment on Proximate Causation Grounds;

- Summary Sheet for Distributor Defendants' Motion for Summary Judgment on Proximate Causation Grounds (also attached hereto as Exhibit A).

Pursuant to the Directions Regarding Filing of Briefs Under Seal, Distributors also notified the following non-parties that their confidential information may be included in the filing: the federal Drug Enforcement Administration, the Ohio Board of Pharmacy and the Ohio High Intensity Drug Trafficking Area.

Dated:      June 25, 2019                        Respectfully Submitted,


 /s/ Geoffrey E. Hobart                          /s/ Robert A. Nicholas
Geoffrey E. Hobart                              Robert A. Nicholas
Mark H. Lynch                                   Shannon E. McClure
Christian J. Pistilli                           REED SMITH LLP
COVINGTON & BURLING LLP                          Three Logan Square
One CityCenter                                  1717 Arch Street, Suite 3100
850 Tenth Street NW                             Philadelphia, PA 19103
Washington, DC 20001                            Tel: (215) 851-8100
Tel: (202) 662-5281                             Fax: (215) 851-1420
ghobart@cov.com                                 rnicholas@reedsmith.com
mlynch@cov.com                                  smcclure@reedsmith.com
cpistilli@cov.com

                                                *Counsel for Defendant AmerisourceBergen
*Counsel for Defendant McKesson*                *Drug Corporation*
*Corporation*


 /s/ Enu Mainigi                                 /s/ William E. Padgett
Enu Mainigi                                      William E. Padgett (IN No. 18819-49)
F. Lane Heard III                               Kathleen L. Matsoukas (IN No. 31833-49)
George A. Borden                                BARNES & THORNBURG LLP
Ashley W. Hardin                                11 South Meridian Street
WILLIAMS & CONNOLLY LLP                          Indianapolis, IN 46204
725 Twelfth Street NW                           Tel: (317) 236-1313
Washington, DC  20005                           Fax: (317) 231-7433
Tel:  (202) 434-5000                            william.padgett@btlaw.com
Fax:  (202) 434-5029                            kathleen.matsoukas@btlaw.com
emainigi@wc.com
lheard @wc.com                                  *Counsel for Defendants H. D. Smith,*
gborden@wc.com                                  *LLC f/k/a H. D. Smith Wholesale*
ahardin@wc.com                                  *Drug Co., H. D. Smith Holdings, LLC*
                                                *and H. D. Smith Holding Company*
*Counsel for Defendant Cardinal*
*Health, Inc.*

3

*/s/ John P. McDonald*
John P. McDonald (TX Bar # 13549090)
C. Scott Jones (TX Bar # 24012922)
Lauren M. Fincher (TX Bar # 24069718)
Brandan J. Montminy (TX Bar # 24088080)
**LOCKE LORD LLP**
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Tel:  (214) 740-8445
Fax:  (214) 756-8110
jpmcdonald@lockelord.com
sjones@lockelord.com
lfincher@lockelord.com
brandan.montminy@lockelord.com

*Counsel for Defendants Henry Schein, Inc.
and Henry Schein Medical Systems, Inc.*

*/s/ John J. Haggerty*
John J. Haggerty (0073572)
James C. Clark
Stephan A. Cornell
**FOX ROTHSCHILD LLP**
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com
jclark@foxrothschild.com
scornell@foxrothschild.com

*Counsel for Defendant Prescription
Supply Inc.*

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via

the Court's ECF system to all counsel of record.

 */s/ Geoffrey E. Hobart*
GEOFFREY E. HOBART