UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of Huntington, West Virginia, et al v. Express Scripts Holding Company et al*<br>Case No. 1-18-op-45984 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**A+ PHARMACY & HOME MEDICAL EQUIPMENT**
**CORPORATE DISCLOSURE STATEMENT**

Defendant, MRNB, Inc., incorrectly sued as A+ Pharmacy & Home Medical Equipment, by and through its counsel, Michael Meadows, pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, and Rule 3.13(b) of the Local Rules of Procedure for the Northern District of Ohio, submits this Corporate Disclosure Statement:

The undersigned certifies that this party is a non-governmental corporate party and that this party does not have any parent corporations; and no publicly held corporation owns 10% or more of the party's stock.

Dated: June 26, 2019

Respectfully submitted,

By: /s/ Michael A. Meadows
Michael A. Meadows
WV Bar No. 10100
Owen A. Reynolds
WV Bar No. 13035
CAMPBELL WOODS, PLLC
1002 Third Avenue
Post Office Box 1835
Huntington, WV 25719-1835
Telephone:  (304) 529-2391
Facsimile:   (304) 529-1832
*Counsel for MRNB, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 26, 2019, I electronically filed a copy of the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

Respectfully submitted,

By: /s/ Michael A. Meadows
Michael A. Meadows