# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : : Case No. 1:17-MD-2804-DAP : : Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Nancy Patterson on behalf of Defendants Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Watson Laboratories, Inc.; Actavis, LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. in the above-captioned matter.

Dated: June 26, 2019             Respectfully submitted,

*/s/ Nancy Patterson*
Nancy Patterson (TX Bar No. 15603520)
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX  77002
Telephone:  713.890.5000
Facsimile:  713.890.5001
nancy.patterson@morganlewis.com