UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*City of Huntington, West Virginia, et al v. Express Scripts Holding Company et al*<br>Case No. 1-18-op-45984 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please take notice that attorney Michael Meadows of Campbell Woods, PLLC, hereby enters his appearance as counsel of record on behalf of Defendant, MRNB, Inc., incorrectly sued as A+ Pharmacy & Home Medical Equipment in the above-captioned action.

Dated: June 26, 2019

                                          Respectfully submitted,

                                          By: /s/ Michael A. Meadows
                                          Michael A. Meadows
                                          WV Bar No. 10100
                                          Owen A. Reynolds
                                          WV Bar No. 13035
                                          CAMPBELL WOODS, PLLC
                                          1002 Third Avenue
                                          Post Office Box 1835
                                          Huntington, WV 25719-1835
                                          Telephone:    (304) 529-2391
                                          Facsimile:     (304) 529-1832
                                          *Counsel for MRNB, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that, on June 26, 2019, I electronically filed a copy of the foregoing with the Clerk of Court using the ECF system, which will send notification of such filing to counsel of record.

    Respectfully submitted,

    By: /s/ Michael A. Meadows
    Michael A. Meadows