# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**  )<br>)<br>**THIS DOCUMENT RELATES TO:**  )<br>)<br>)<br>*All MDL Tribal Cases (other than the Tribal Bellwether cases)*  )<br>)<br>)<br>)<br>)<br>) | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**ORDER MODIFYING THE COURT'S ORDER SETTING PROCEDURE FOR AMENDMENT OF COMPLAINTS AND INCORPORATION BY REFERENCE OF MATERIALS UNDER SEAL FOR TRIBAL PLAINTIFFS** |

1. This Court's June 25, 2019 Order (Doc. 1729) provided a mechanism for Tribal Plaintiffs to review the relevant ARCOS data in order to amend their complaints to add or dismiss defendants within the designated timeframe and to adopt certain portions of the *Muscogee (Creek) Nation's* First Amended Complaint, (Doc. 731, 1:17-md-02804) and *The Blackfeet Tribe of the Blackfeet Indian Reservation's* Corrected First Amended Complaint (Redacted), (Doc. 9, 18-op-45749).

2. On June 25, 2019, Tribal Plaintiffs' Leadership Committee filed a Motion to Modify the Court's Order (Doc. 1729), in light of errors contained in the Short Form Complaint submitted with the Tribal Plaintiffs' original Motion for a Tribal Short Form Complaint.

3. The Court hereby orders that the Tribal Short Form Complaint Attached to this order as Exhibit A shall replace the Tribal Short Form Complaint included in the Court's June 25, 2019 Order (Doc. 1729).

**IT IS SO ORDERED.**

/s/ *Dan Aaron Polster June 26, 2019*
DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE