# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL 2804 ) |
| | ) Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: | ) |
| | ) Judge Dan Aaron Polster |
| *All Cases* | ) |
| | ) **NOTICE DISCLOSING EXPERT** |
| | ) **CONSULTANT** |

The Court hereby gives notice to the parties as follows.  On August 13, 2018, the Court provided Notice to the parties disclosing that Special Master McGovern had hired Harvard Law School Professor William B. Rubenstein as an expert consultant to assist the Court, the Special Masters, and the parties' considerations of highly complex class action settlement structures (Doc. # 877).  In May 8, 2019, the Court provided Notice that Professor Rubenstein's work had concluded.  (Doc. #1618).  Subsequently, on June 14, 2019, the plaintiffs filed a motion asking this Court to undertake a novel class certification procedure.  (Doc. #1683).  The Court has requested that Professor Rubenstein assist with its consideration of this complex motion and he has agreed to serve in that capacity.  Professor Rubenstein and his staff will be compensated at their normal rates.

**IT IS SO ORDERED.**

 /s/ Dan Aaron Polster *June 26, 2019*
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**