UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | No. 1:17-md-2804 |
| | | Judge Dan A. Polster |
| This Document Relates To: | ) ) | |
| ALL ACTIONS. | ) ) ) | |

STIPULATION AND ORDER FOR EXTENSION OF DEADLINE

4852-3708-5595.v1

The parties hereby stipulate and move the Court for an extension of the deadline for Plaintiffs to file their opposition to motion to dismiss for lack of personal jurisdiction to permit Plaintiffs adequate time to analyze Defendants' discovery response, as follows:

1.      Deadline for Plaintiffs to file opposition to Motion to Dismiss filed by Allergan plc (Docket No. 1258) to July 9, 2019; and

2.      Deadline for Allergan plc to file any Reply to July 30, 2019.

IT IS SO STIPULATED.

DATED: June 25, 2019

ROBBINS GELLER RUDMAN
  & DOWD LLP
AELISH M. BAIG
MATTHEW S. MELAMED

s/ Aelish M. Baig
AELISH M. BAIG

Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
aelishb@rgrdlaw.com
mmelamed@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

1551350_1

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
THOMAS E. EGLER
CARISSA J. DOLAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com
cdolan@rgrdlaw.com

Attorneys for Plaintiffs

DATED: June 25, 2019

KIRKLAND & ELLIS LLP
DONNA M. WELCH
TIMOTHY W. KNAPP

    s/ Donna M. Welch (via email authorization)
DONNA M. WELCH

300 North LaSalle
Chicago, IL  60654
Telephone:  312/861-2000
312/861-2200 (fax)
donna.welch@kirkland.com
timothy.knapp@kirkland.com

Attorneys for Defendant Allergan plc

\*      \*      \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____6/27/19_____          /s/Dan Aaron Polster
                                       THE HONORABLE DAN A. POLSTER
UNITED STATES DISTRICT JUDGE

1551350_1