# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** ) ) ) **THIS DOCUMENT RELATES TO:** ) ) *All Cases* ) ) ) ) ) ) ) ) | **MDL 2804** **Case No. 1:17-md-2804** **Judge Dan Aaron Polster** **ORDER GRANTING LEAVE TO AMEND PLAINTIFFS MOTION FOR CERTIFICATION OF A NEGOTIATION CLASS AND SETTING BRIEFING SCHEDULE AND HEARING** |

On June 25, 2019, the Court held a public hearing on Plaintiffs' Motion for Certification of Rule 23(b)(3) Cities/Counties Negotiation Class. Doc. #: 1683. At the hearing, Plaintiffs requested additional time and leave to amend the Motion to address issues raised by Defendants, State Attorneys General, and other putative class members. The allowance of additional time will also permit State Attorneys General to continue to pursue their own settlement talks with Defendants, which the Court has encouraged.

Accordingly, the Court **GRANTS** leave to Plaintiffs to amend their Motion and sets the following briefing schedule:

- **July 9, 2019, 12:00 PM** – Plaintiffs shall file an Amended Motion for Certification of Rule 23(b)(3) Cities/Counties Negotiation Class.

- **July 23, 2019, 12:00 PM** – Deadline for objections and responses to Plaintiffs' Amended Motion.[1]

- **July 30, 2019, 12:00 PM** – Deadline for Plaintiffs' Reply in Support of their Amended Motion.

- **August 6, 2019, 10:00 AM** – Hearing Regarding Plaintiffs' Amended Motion.

    **IT IS SO ORDERED.**


                                                **/s/ Dan Aaron Polster** *June 27, 2019*
                                                **DAN AARON POLSTER**
                                                **UNITED STATES DISTRICT JUDGE**

---

[1] Potential members of the proposed negotiation class may comment on the motion by email at info@opioidsnegotiationclass.info or mail sent to NPO Litigation, P.O. Box 6727, Portland, OR 97228-6727. State Attorneys General may email their objections in the form of a letter brief directly to the Court. Information about the class will be made available by Plaintiffs on the class website, www.opioidsnegotiationclass.com.