# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | MDL 2804 <br> Case No. 1:17-md-02804 <br> Hon. Dan Aaron Polster |

## NOTICE OF APPEARANCE

Elizabeth M. Miller of the law firm Baker Sterchi Cowden & Rice LLC hereby enters her appearance on behalf of defendant KVK-Tech, Inc. in the above-captioned action.

Dated:   June 27, 2019              Respectfully submitted,

 /s/  Elizabeth M. Miller
Elizabeth M. Miller           MO # 70250
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, Missouri  64108
Telephone:     (816) 471-2121
Facsimile:      (816) 472-0288
emiller@bscr-law.com

**ATTORNEY FOR DEFENDANT
KVK-TECH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 27th day of June, 2019, which will send notification of the same to all counsel of record.

 /s/  Elizabeth M. Miller

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | MDL 2804<br><br>Case No. 1:17-md-02804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF APPEARANCE

Douglas P. Hill of the law firm Baker Sterchi Cowden & Rice LLC hereby enters his appearance on behalf of defendant KVK-Tech, Inc. in the above-captioned action.

Dated: June 27, 2019

Respectfully submitted,

/s/ Douglas P. Hill
Douglas P. Hill          MO # 62950
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Telephone:   (816) 471-2121
Facsimile:    (816) 472-0288
dhill@bscr-law.com

**ATTORNEY FOR DEFENDANT KVK-TECH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 27th day of June, 2019, which will send notification of the same to all counsel of record.

/s/ Douglas P. Hill

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) | MDL 2804<br><br>Case No. 1:17-md-02804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF APPEARANCE

Teresa E. Hurla of the law firm Baker Sterchi Cowden & Rice LLC hereby enters her appearance on behalf of defendant KVK-Tech, Inc. in the above-captioned action.

Dated:  June 27, 2019                Respectfully submitted,

 /s/  Teresa E. Hurla
Teresa E. Hurla            KS # 28163
BAKER STERCHI COWDEN & RICE LLC
2400 Pershing Road, Suite 500
Kansas City, Missouri  64108
Telephone:    (816) 471-2121
Facsimile:     (816) 472-0288
thurla@bscr-law.com

**ATTORNEY FOR DEFENDANT
KVK-TECH, INC.**

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the above and foregoing was filed with the Clerk of the Court using the CM/ECF system on this 27th day of June, 2019, which will send notification of the same to all counsel of record.

 /s/  Teresa E. Hurla