# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : <br> : Case No. 1:17-MD-2804-DAP <br> : <br> : Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of Mark Fiore on behalf of Defendants Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Watson Laboratories, Inc.; Actavis, LLC; and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc. in the above-captioned matter.

Dated:  June 27, 2019                                   Respectfully submitted,

*/s/ Mark Fiore*
Mark Fiore (PA Bar No. 309907)
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA  19103
Telephone:  215.963.5000
Facsimile:  215.963.5001
mark.fiore@morganlewis.com