UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) ) ) ) ) | CASE NO.: 1:17MD2804<br><br>JUDGE DAN A. POLSTER<br><br><br>**DEA'S MOTION FOR RELIEF FROM <u>JUNE 24, 2019 ORDER</u>** |

NOW COMES Interested Party the United States Department of Justice Drug Enforcement Agency ("DEA") and hereby files its Motion for Relief From this Court's June 24, 2019 Order Regarding ARCOS Data and Documents Previously Filed Under Seal (Order, ECF No. 1725) (the "Order"), because this Court lacks jurisdiction to enter such Order until the Sixth Circuit has issued its mandate in accordance with Fed. R. App. P. 41, all as set forth in the Memorandum in Support of this Motion filed contemporaneously herewith.

Respectfully submitted,

JODY H. HUNT
Assistant Attorney General

AVA ROTELL DUSTIN
Executive United States Attorney
Attorney for the United States
Acting Under Authority Conferred by 28 U.S.C. § 515

By: /s/ James R. Bennett II
JAMES R. BENNETT II (OH #0071663)
Assistant U.S. Attorney
801 West Superior Avenue, Suite 400
Cleveland, Ohio  44113-1852
(216) 622-3988 (Direct)
(216) 522-4982 (Facsimile)
E-mail:  james.bennett4@usdoj.gov

/s/Natalie A. Waites
Michael D. Granston
Andy Mao
Natalie A. Waites
United States Department of Justice
Civil Division/Fraud Section
175 N Street, N.E., Room 10.222
Washington, D.C. 20002
(202) 616-2964
Natalie.A.Waites@usdoj.gov

Attorney for U.S. Department of Justice
Drug Enforcement Administration

CERTIFICATE OF SERVICE

I certify that on June 27, 2019, a copy of the foregoing *DEA's Motion for Relief from June 24, 2019 Order* was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

/s/ James R. Bennett II
JAMES R. BENNETT II
Assistant U.S. Attorney

2