UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Track One Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

GENERIC MANUFACTURERS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth in the Generic Manufacturers' Memorandum of Law in Support of their Motion for Partial Summary Judgment ("Memorandum of Law"),[1] the undersigned Defendants move for partial summary judgment as described in the accompanying Memorandum of Law.  For the reasons stated in that Memorandum of Law, summary judgment should be granted to Generic Manufacturers as to all false marketing claims in Counts I, III, V, VI, VII, VIII, IX, X, and XI in Plaintiffs' Third Amended Complaints.[2]

---

[1] Generic Manufacturers include Actavis Pharma, Actavis LLC, Watson, Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida (collectively, the "Actavis Generic Defendants"); Endo Pharmaceuticals Inc.; Endo Health Solutions Inc.; Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc. (misnamed as "Par Pharmaceutical Companies, Inc. f/k/a Par Pharmaceutical Holdings, Inc."); Teva Pharmaceuticals USA ("Teva USA"), Inc.; and the generics business of Mallinckrodt LLC and SpecGx LLC. Mallinckrodt plc is an Irish company that is not subject to and contests personal jurisdiction for the reasons explained in its pending motion to dismiss for lack of personal jurisdiction; it is specially appearing to join this motion as a result of the Court's deadline to file dispositive and *Daubert* motions, and, thus, it does not waive and expressly preserves its pending personal jurisdiction challenge.  Although Noramco, Inc. ("Noramco") is not a Generic Manufacturer, it joins this Motion as to Section III(A) of the Memorandum of Law.

[2]  The Actavis Generic Defendants are not defendants with respect to the false marketing claims in Counts I and III of Plaintiffs' Third Amended Complaints.

Dated: June 27, 2019    Respectfully submitted,

*/s/ Steven A. Reed*
Steven A. Reed
Eric W. Sitarchuk
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market Street
Philadelphia, PA 19103-2921
Telephone: +1.215.963.5000
Facsimile: +1.215.963.5001
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

Nancy L. Patterson
MORGAN, LEWIS & BOCKIUS LLP
1000 Louisiana Street, Suite 4000
Houston, TX 77002-5005
Tel: (713) 890-5195
nancy.patterson@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
brian.ercole@morganlewis.com

*Attorneys for Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida*

- 2 -

        *s/ Brien T. O'Connor (consent)*
        Brien T. O'Connor
        Andrew J. O'Connor
        ROPES & GRAY LLP
        Prudential Tower
        800 Boylston St.
        Boston, MA 02199-3600
        (617) 235-4650
        Brien.O'Connor@ropesgray.com
        Andrew.O'Connor@ropesgray.com

        *Attorneys for Defendants Mallinckrodt LLC and SpecGx LLC, and appearing specially for Mallinckrodt plc*


        */s/ Daniel G. Jarcho (consent)*
        Daniel G. Jarcho
        D.C. Bar No. 391837
        ALSTON & BIRD LLP
        950 F Street NW
        Washington, DC 20004
        Telephone: (202) 239-3254
        Facsimile: (202) 239-333
        E-mail: daniel.jarcho@alston.com

        Cari K. Dawson
        Georgia Bar No. 213490
        Jenny A. Hergenrother
        Georgia Bar No. 447183
        ALSTON & BIRD LLP
        1201 West Peachtree Street NW
        Atlanta, GA 30309
        Tel.: (404) 881-7000
        Fax: (404) 881-7777
        cari.dawson@alston.com
        jenny.hergenrother@alston.com

        *Attorneys for Defendant Noramco, Inc.*

- 3 -

<div style="margin-left: 40%;">

<u>s/ Sean O. Morris (consent)</u>
Sean O. Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Tel: (213) 243-4000
sean.morris@arnoldporter.com

Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Tel: (202) 942-5000
jonathan.stern@arnoldporter.com

*Attorneys for Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc. (incorrectly named as "Par Pharmaceutical Companies, Inc. f/k/a Par Pharmaceutical Holdings, Inc.")*

</div>

- 4 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 27, 2019, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

> */s/ Steven A. Reed*
> Steven A. Reed