*In re National Prescription Opiate Litigation:  MDL No. 2804*
GENERIC MANUFACTURERS'
MOTION FOR PARTIAL SUMMARY JUDGMENT

## Summary Sheet of Exhibits

| Ex. | Document Description |
|---|---|
| 1 | Meredith Rosenthal, May 4, 2019 Dep. |
| 2 | FDA, "Generic Drugs Undergo Rigorous FDA Scrutiny," available at https://www.fda.gov/consumers/consumer-updates/generic-drugs-undergo-rigorous-fda-scrutiny |
| 3 | Karen A. Goldman et al., "Authorized Generic Drugs: Short-Term Effects and Long-Term Impact," Federal Trade Commission Report, August 2011 |
| 4 | Declaration of David Myers |
| 5 | Excerpt of Douglas Boothe, Jan. 17, 2019 Dep. |
| 6 | Excerpt of Michael Perfetto, Dec. 18, 2018 Dep. |
| 7 | Excerpt of David Myers, Dec. 13, 2018 Dep. |
| 8 | Excerpt of Jinping McCormick, Jan. 9, 2019 Dep. |
| 9 | Excerpt of Andrew Boyer, Jan. 15, 2019 Dep. |
| 10 | Excerpt of Christine Baeder, Jan. 24, 2019 Dep. |
| 11 | Excerpt of John Hassler, Nov. 16, 2018 Dep. |
| 12 | Declaration of Christine Baeder |
| 13 | Excerpt of Matthew Perri, April 24, 2019 Dep. |
| 14 | Excerpt of Expert Report of Dr. Edward Michna |
| 15 | Excerpt of Expert Report of Dr. Pradeep Chintagunta |
| 16 | Excerpt of Expert Report of Dr. Sean Nicholson |
| 17 | Excerpt of Expert Report of Dr. Melanie Rosenblatt |
| 18 | Excerpt of Kevin Vorderstrasse, Dec. 5, 2018 Dep. |
| 19 | Excerpt of Ginger Collier, Jan. 9, 2019 Dep. |
| 20 | Excerpt of Lisa Cardetti, Jan. 10, 2019 Dep. |
| 21 | FDA, "Generic Drugs:  Questions & Answers," available at https://www.fda.gov/drugs/questions-answers/generic-drugs-questions-answers |
| 22 | Supplemental Written Responses and Objection of Defendants' Par Pharmaceutical, Inc. And Par Pharmaceutical Companies, Inc. To Plaintiffs' Amended Notice Of Deposition Pursuant To Rule 30(B)(6) Nos. 4, 6-10, 13-16, 18, 22, 23, 37 and 39 |
| 23 | Excerpt of George Stevenson, Feb. 15, 2019 Dep. |