# Exhibit 8

Highly Confidential - Subject to Further Confidentiality Review

```
 1          THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                      -  -  -
 5

   IN RE:  NATIONAL          :   HON. DAN A.
 6 PRESCRIPTION OPIATE        :   POLSTER
   LITIGATION                 :
 7                            :
   APPLIES TO ALL CASES       :   NO.
 8                            :   1:17-MD-2804
                              :
 9

              - HIGHLY CONFIDENTIAL -
10
     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                        -  -  -
12
                    January 9, 2019
13
                        -  -  -
14
15          Videotaped deposition of
   JINPING McCORMICK, taken pursuant to
16 notice, was held at the offices of
   Kessler Topaz Meltzer & Check, 280 King
17 of Prussia Road, Radnor, Pennsylvania,
   beginning at 9:13 a.m., on the above
18 date, before Michelle L. Gray, a
   Registered Professional Reporter,
19 Certified Shorthand Reporter, Certified
   Realtime Reporter, and Notary Public.
20
                        -  -  -
21
22         GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
23             deps@golkow.com
24
```

```
 1              Q.    On various special projects?
 2              A.    On various projects, yes.
 3              Q.    Okay.  And were you in the
 4   marketing division?
 5              A.    Not when I started in that
 6   position.
 7              Q.    Okay.  Which division were
 8   you in when you started?
 9              A.    I was not in marketing, I
10   was just in general management.
11              Q.    Okay.  And when did you
12   switch over to the marketing department
13   at Alpharma?
14              A.    Six months after I started.
15              Q.    And what were your
16   responsibilities in the marketing
17   department at Alpharma?
18              A.    I started out as a marketing
19   manager or product manager.
20              Q.    For what products?
21              A.    For a selection -- for
22   wholesale products, a number of them.
23              Q.    Do you recall whether any of
24   those products were opioids?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1            A.    I do not remember specific
 2   products at that -- now, so many years
 3   ago.
 4            Q.    Okay.  So you don't remember
 5   any of the products that you worked on
 6   when you were at Alpharma?
 7            A.    Just at the beginning,
 8   right?
 9            Q.    When you were in the
10   marketing department at Alpharma?
11            A.    Yeah.
12            Q.    Before you were with
13   Actavis?
14            A.    Right.
15            Q.    You don't remember any of
16   those products?
17            A.    I remember products.  I just
18   don't remember exactly what the products
19   are at this moment, because there are so
20   many products.  And more products were
21   added as I -- as I progressed, because I
22   have been there for eight years.
23                  THE VIDEOGRAPHER:  Excuse me
24            one second.  Can we go off the
```

```
 1            record for just a moment?  Going
 2            off record.  The time is 9:19.
 3               (Short break.)
 4               THE VIDEOGRAPHER:  We are
 5            going back on record, beginning of
 6            Media File 2.  The time is 9:26.
 7   BY MS. BAIG:
 8         Q.    So what were the various
 9   positions that you held at Alpharma?
10         A.    Senior business analyst to
11   start with, then marketing manager, and
12   at some time post-Alpharma, the company
13   became Actavis.
14         Q.    And when the company became
15   Actavis, did that change your
16   responsibilities at all?
17         A.    No.
18               (Document marked for
19            identification as Exhibit
20            Allergan-McCormick-1.)
21   BY MS. BAIG:
22         Q.    We'll have this document
23   marked as Exhibit 1.
24               This document is Bates
```

 1   stamped Acquired_Actavis_00588522 through
 2   588525.  And it appears to be a copy of
 3   your resumé as of August of 2012; is that
 4   right?
 5          A.    Yes.
 6          Q.    And is this a true and
 7   correct copy of your resumé and your
 8   accomplishments and positions held as of
 9   that time?
10          A.    Appears so.
11          Q.    And so here you have that
12   you were working at Actavis from 2004 to
13   the -- to the then present, 2012,
14   correct?
15          A.    So I started in 2004 in
16   Alpharma, then Alpharma became Actavis.
17   And then I stayed with the company till
18   the end of 2012.
19          Q.    Okay.
20          A.    Yes.
21          Q.    And where did you go in
22   2012?
23          A.    So at the beginning of 2013
24   I joined the company called Dr. Reddy's

Highly Confidential - Subject to Further Confidentiality Review

1  director.

2          What marketing tools did you
3  do to try to drive those sales of generic
4  opioid products?
5          MR. MAIER:  Objection to
6      form.
7          THE WITNESS:  So generic
8      sales typically would -- to drive
9      the growth of generic sales
10     involves a number of factors.
11         One of them is really
12     gaining the distribution at
13     wholesalers, distributors, retail
14     chains.
15         And second, is by lowering
16     the cost, working with the
17     production team.  And to gain that
18     distribution or market share at
19     our customers require us to, you
20     know, be a good supplier which
21     means a good consistent supply, as
22     well as competitive price.
23  BY MS. BAIG:
24     Q.   So, but you were the

1  director of marketing.  My question to
2  you is, what marketing tools did you use
3  to try to drive sales?
4              We've talked about a few.
5  We talked about sizzle slides, for
6  example.  We've talked about meetings
7  that you've had with the customers.
8              What -- we've talked about
9  -- your use of ad agencies.
10             What other types of tools
11 did you drive -- did you use to try to
12 drive sales?
13        A.    So --
14             MR. KNAPP:  Objection to
15        form and foundation.
16             MS. VENTURA:  Objection to
17        form.
18             MR. MAIER:  Objection to
19        form.
20             THE WITNESS:  So to drive
21        sales -- the generic marketing
22        really is different from, if you
23        were to think about the consumer
24        goods or the brand marketing.

```
 1                  Generic marketing is so much
 2          about product management which
 3          means to supply -- to make the
 4          medicine available, accessible and
 5          affordable with good service and
 6          supply to the customers.
 7                  So this notion of
 8          advertising that drives it is --
 9          is such a minor component of
10          generic marketing.
11   BY MS. BAIG:
12          Q.   But you did hire an
13   advertising agency.
14          A.   Yeah.  That's why it's a
15   small one.
16          Q.   Okay.  And did you use
17   Kadian sales reps to detail generic
18   opioids to doctors?
19                  MS. VENTURA:  Objection to
20          form.
21                  THE WITNESS:  We did not
22          hire the Kadian sales rep to
23          detail the generic opioids.
24   BY MS. BAIG:
```

 1          Q.    No.  Did you use them
 2    though, is my question.
 3          A.    We --
 4                MR. KNAPP:  Please just let
 5          the witness finish.  I think she
 6          was still answering the question.
 7                MS. VENTURA:  And objection
 8          to form.
 9                THE WITNESS:  So we used
10          them just to make the doctors
11          aware that generic products on
12          very select cases was available.
13          They were not detailing any
14          benefit of the -- the medicine.
15    BY MS. BAIG:
16          Q.    And who trained the Kadian
17    sales reps on what they were to say about
18    generic opioids when they were visiting
19    doctors?
20          A.    I mean there was sales team,
21    there was training from marketing and
22    legal.  I don't remember exactly who
23    trained them.  But they were properly
24    trained.

```
 1            Q.    They were what?
 2            A.    They were properly trained.
 3            Q.    Well, were you at the
 4    training?
 5            A.    I was not.
 6            Q.    So you weren't involved in
 7    training -- in training the sales reps?
 8            A.    I was involved in the
 9    material used to train them.
10            Q.    What were the materials used
11    to train them?
12            A.    I -- it's really just to let
13    them know the -- what they could or could
14    not say.  It really was about the
15    availability of the generic product.
16            Q.    And do you know when the
17    company started using Kadian sales reps
18    to market generic opioids?
19                  MS. VENTURA:  Objection to
20            form.
21                  THE WITNESS:  It was only on
22            the very selective cases, like
23            oxymorphone and the generic
24            Kadian.  So, morphine sulfate.
```

1          Q.    Did you have a general
2    understanding that sales were increasing
3    in a significant amount at that time?
4                MR. MAIER:  Objection to
5           form.
6                THE WITNESS:  It should be,
7           because July was launching.  When
8           you launch, this is four-month,
9           six-month after launch, it should
10          be increasing.
11   BY MS. BAIG:
12         Q.    Okay.  And you see a little
13   bit further down, it states that "the
14   marketing group is once again utilizing
15   the Kadian sales force to promote
16   oxymorphone to pain doctors, as well as
17   running both direct mail and e-mail
18   promotional programs in January and
19   February."
20               Do you see that?
21         A.    Yes.
22         Q.    And he states, "Our goal is
23   to continue the growth trend through
24   2012."

Highly Confidential - Subject to Further Confidentiality Review

```
 1                  Do you see that?
 2          A.      Yes.
 3          Q.      And was it your
 4   understanding that the marketing group
 5   was utilizing the Kadian sales force to
 6   promote oxymorphone to pain doctors?
 7                  MR. MAIER:  Objection to
 8          form.
 9                  THE WITNESS:  Yes.  I was
10          aware to promote.  I think we want
11          to clarify that promote, really
12          just to make it aware of the
13          availability of this product, as
14          those marketing material we had
15          reviewed earlier.
16   BY MS. BAIG:
17          Q.      And that -- and you are also
18   running both direct mail and e-mail
19   promotional programs, correct?
20          A.      Yes.  So all of these
21   programs were just awareness program.  It
22   wasn't promoting the product on any of
23   the benefits or anything.
24          Q.      Did you have an
```

Highly Confidential - Subject to Further Confidentiality Review

1  understanding of the addictive qualities
2  of the product at the time?
3            MR. MAIER:  Objection to
4       form.
5            THE WITNESS:  So product
6       being Schedule II has addictive
7       potential.
8  BY MS. BAIG:
9       Q.    And do you know whether the
10 Kadian sales force was promoting the
11 awareness of the addictive qualities of
12 oxymorphone to pain doctors?
13           MR. MAIER:  Object to form
14      and foundation.
15           MS. VENTURA:  Join in the
16      objection.
17           THE WITNESS:  What we asked
18      Kadian sales force was just
19      awareness campaign to the doctors,
20      so they are aware, so they -- the
21      doctors were aware of the ability
22      of the generic because the --
23      because Opana ER was discontinued.
24 BY MS. BAIG: