# Exhibit 11

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF OHIO
 3                 EASTERN DIVISION
 4                     -  -  -
 5   IN RE:  NATIONAL      :  MDL NO. 2804
     PRESCRIPTION OPIATE   :
 6   LITIGATION            :
     ----------------------------------------------
 7                         :  CASE NO.
     THIS DOCUMENT         :  1:17-MD-2804
 8   RELATES TO ALL CASES:
                           :  Hon. Dan A.
 9                         :  Polster
10                     -  -  -
             Friday November 16, 2018
11                     -  -  -
12   HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
               CONFIDENTIALITY REVIEW
13
                       -  -  -
14
                 Videotaped deposition of
15   JOHN HASSLER, taken pursuant to notice,
     was held at Golkow Litigation Services,
16   One Liberty Place, 1650 Market Street,
     Suite 5150, Philadelphia, Pennsylvania
17   19103, beginning at 10:43 a.m., on the
     above date, before Amanda Dee
18   Maslynsky-Miller, a Certified Realtime
     Reporter.
19
20                     -  -  -
21
22         GOLKOW LITIGATION SERVICES
        877.370.3377 ph | 917.591.5672 fax
23             deps@golkow.com
24
```

1  branded and their generics, unless it was
2  specifically cited as a site-specific or
3  ANDA-specific policy.
4          Q.   Did Teva USA, at any time,
5  have a similar type of policy with regard
6  to its generic products?
7               MS. HILLYER:  Similar to
8          what?
9               MR. CRAWFORD:  To U.S.
10         policy on promotion,
11         nonpromotional and off-label
12         interactions and materials.
13              MS. HILLYER:  Objection.
14         Vague.  I don't know what you mean
15         by "similar."
16              MR. CRAWFORD:  I mean, I'm
17         just trying to find out if they
18         have any policies that deal with
19         those topics with regard to their
20         generic products.
21              MS. HILLYER:  Objection to
22         form.
23              You can answer if you
24         understand.

```
 1                THE WITNESS:  They had -- I
 2        can't speak to the time period.
 3        They had an approval process for
 4        promotional materials to be
 5        reviewed by legal, regulatory and
 6        the commercial group that was
 7        creating the announcements.  I
 8        don't remember whether they're
 9        referenced in some of these
10        overarching policies or not.
11   BY MR. CRAWFORD:
12        Q.    Let's break it down.
13              Did they have any policy at
14   Teva with regard to its generic products
15   on off-label interactions?
16                MS. HILLYER:  At what point
17        in time?
18                MR. CRAWFORD:  Any time.
19                THE WITNESS:  The code of
20        conduct would have prohibited
21        off-label interactions for anyone
22        underneath Teva USA.
23   BY MR. CRAWFORD:
24        Q.    Any other sales and
```

1  marketing type --
2      A.   Any promotional, off-label
3  interactions.
4      Q.   Any other sales or marketing
5  type policies or procedures that governed
6  off-label interactions at Teva USA for
7  its generic products?
8      A.   Not that I'm aware of.  It
9  just wasn't a practice that they would
10 talk about the therapeutic information in
11 the product.  They typically just ran
12 with the brand name, the dosage strength,
13 and the availability of the product.
14     Q.   As you sit here today, I
15 know this is a sampling you provided me,
16 Exhibit-8, but can you think of any other
17 policies or procedures that you can
18 identify regarding any of the topics in
19 Question 10 that aren't listed here?
20          MS. HILLYER:  Objection to
21     form.  It's pretty broad.
22          THE WITNESS:  No, there are
23     none that come to mind.
24 BY MR. CRAWFORD: