# Exhibit 12

DocuSign Envelope ID: A9AEBA1A-5187-4B29-BC79-6D66BAE6D15E

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Track One Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### DECLARATION OF CHRISTINE BAEDER

I, Christine Baeder, declare as follows:

1. I am Head of Generics at Teva Pharmaceuticals USA, Inc. ("Teva USA"). I have held this position since April 2018. I have worked for Teva USA since 2008.

2. I have personal knowledge of the facts set forth herein or have acquired such knowledge from my review of documents and conversations with relevant employees for Teva USA. I could and would competently testify to the facts stated herein if called to do so.

3. Prior to 2011, Teva USA did not manufacture or sell any branded opioid medicines.

4. Teva USA has never promoted the safety, efficacy, or therapeutic value of its generic medicines, including its generic opioids, in Ohio or elsewhere. As a general matter, Teva USA has never used continuing medical education, speaker programs, or other third parties to promote its generic opioids.

DocuSign Envelope ID: A9AEBA1A-5187-4B29-BC79-6D66BAE6D15E

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that the foregoing is true and correct.

Executed: June 25, 2019

By: *Christine Baeder*
Christine Baeder