# Exhibit 19

Highly Confidential - Subject to Further Confidentiality Review

```
 1               UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3
      IN RE: NATIONAL          )
 4    PRESCRIPTION             )  MDL No. 2804
      OPIATE LITIGATION        )
 5    _____  )  Case No.
                               )  1:17-MD-2804
 6                             )
      THIS DOCUMENT RELATES    )  Hon. Dan A.
 7    TO ALL CASES             )  Polster
 8
                 TUESDAY, JANUARY 8, 2019
 9
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                CONFIDENTIALITY REVIEW
11                        - - -
12          Videotaped deposition of Ginger
13    Collier, held at the offices of STINSON
14    LEONARD STREET LLP, 7700 Forsyth Boulevard,
15    Suite 1000, St. Louis, Missouri, commencing
16    at 9:10 a.m., on the above date, before
17    Carrie A. Campbell, Registered Diplomate
18    Reporterand Certified Realtime Reporter.
19
20
21
22                        - - -
23
                GOLKOW LITIGATION SERVICES
24       877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
25
```

|    |    |    |
|----|----|----|
| 1  | MR. O'CONNOR: Object to form. | 15:27:53 |
| 2  | THE WITNESS: I don't remember. | 15:27:54 |
| 3  | QUESTIONS BY MR. GOTTO: | 15:27:55 |
| 4  | Q. Okay. Do you know what opioid | 15:27:55 |
| 5  | rotation means in the context of this mailer? | 15:27:57 |
| 6  | A. No, I do not. | 15:28:00 |
| 7  | Q. Okay. And down toward the | 15:28:02 |
| 8  | bottom of the mailer it says, "This activity | 15:28:04 |
| 9  | is funded through an educational grant from | 15:28:06 |
| 10 | Mallinckrodt/Covidien." | 15:28:11 |
| 11 | Do you see that? | 15:28:12 |
| 12 | A. Yes. | 15:28:13 |
| 13 | Q. And educational grants of that | 15:28:13 |
| 14 | type, is that something that was handled by | 15:28:17 |
| 15 | the marketing department? | 15:28:20 |
| 16 | A. Not in my group, because this | 15:28:21 |
| 17 | is targeting physicians. We don't target | 15:28:25 |
| 18 | physicians at all. We don't even talk to | 15:28:27 |
| 19 | them. | 15:28:29 |
| 20 | Q. Okay. So whatever educational | 15:28:29 |
| 21 | grant underlay this presentation would have | 15:28:33 |
| 22 | been something that someone else handled? | 15:28:35 |
| 23 | A. Correct. | 15:28:37 |
| 24 | Q. Okay. All right. You can set | 15:28:37 |
| 25 | that aside. | 15:28:41 |