# Exhibit 20

Highly Confidential - Subject to Further Confidentiality Review

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF OHIO
 2                         EASTERN DIVISION
 3

    IN RE:  NATIONAL PRESCRIPTION     ) No. 17-md-2804
 4  OPIATE LITIGATION NO. 2804        )
                                      )
 5  APPLIES TO ALL CASES              ) Hon. Dan A. Polster
                                      )
 6

 7            HIGHLY CONFIDENTIAL - SUBJECT TO
 8              FURTHER CONFIDENTIALITY REVIEW
 9
                  VIDEO DEPOSITION OF LISA CARDETTI
10
                         January 10, 2019
11                          7:59 a.m.
12
13
14      Reporter:  John Arndt, CSR, CCR, RDR, CRR
                       CSR No. 084-004605
15                      CCR No. 1186
16
17
18
19
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        A.    Rich -- gosh.  Rich, Rich.  It's on the
 2   tip of my tongue.  Hang on.  Tremonte.
 3        Q.    Thank you.  Are you familiar with the term
 4   key opinion leader?
 5        A.    Key opinion?  Vaguely.  Key opinion
 6   leader?
 7        Q.    What is your understanding of that
 8   terminology?
 9        A.    Key opinion leader -- a decision-maker,
10   potentially.
11        Q.    Did you ever work with doctors in order to
12   speak to any of your clients about any of your
13   products?
14        A.    No.
15        Q.    What was that last number?
16        A.    32?  31?  I don't know what --
17        Q.    I don't know.
18              [Discussion off the record.]
19              [Exhibit Mallinckrodt-Cardetti-032 marked
20              for identification.]
21        Q.    Let me show you Exhibit Number 32, which
22   is Bate range 1216 and 1217.
23              [Discussion off the record.]
24        A.    Okay.
```