# Exhibit 23

Highly Confidential - Subject to Further Confidentiality Review

Page 1

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

| | | |
|---|---|---|
| IN RE: NATIONAL | : | HON. DAN A. |
| PRESCRIPTION OPIATE | : | POLSTER |
| LITIGATION | : | |
| | : | |
| APPLIES TO ALL CASES | : | NO. |
| | : | 1:17-MD-2804 |
| | : | |

- HIGHLY CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

- - -

February 15, 2019

- - -

Videotaped deposition of GEORGE STEVENSON, taken pursuant to notice, was held at the offices of McCarter & English, LLP, 1600 Market Street, Philadelphia, Pennsylvania, beginning at 9:11 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

Page 70

1  description of your time at Endo?
2      A.  Yes.
3      Q.  Can you just explain to me,
4  when it refers here to marketing in the
5  generics business, what did that mean,
6  when you were at Endo?
7      A.  It doesn't mean -- there's a
8  difference -- what it means is that it
9  mostly deals with the pricing and getting
10 business into accounts.  It's not what
11 normally is referred to as marketing like
12 on the brand side where there's
13 promotion.  There's no promotional in
14 generics because you're competing against
15 yourself.  There's normally no more than
16 one.  So there's no sense in promotion.
17 There's no sales -- there's no sales, you
18 know, paraphernalia that's given out.
19 There's no representation to doctors.
20          On the brand side, they have
21 thousands or hundreds or whatever number
22 of sales reps that are calling
23 physicians.  On generics, we had three
24 national account executives.

Page 71

1          So marketing and generics is
2  completely different than what is
3  normally involved in the brand; however,
4  the marketing is, make sure people know
5  you have the product, that you're coming
6  with the product.  And it's more getting
7  the product placed in the trade accounts,
8  as we described them earlier.
9          Essentially in generics,
10 that's what marketing is.
11     Q.  Okay.  So if I understand
12 you correctly, on the brand side, there's
13 marketing that takes the form of sales
14 representatives, for example, going out
15 to detail healthcare providers about the
16 product, correct?
17     A.  Correct.
18     Q.  Okay.  And they might be
19 using specific promotional materials in
20 the course of doing that?
21     A.  Yeah.  They would use
22 specific promotional materials, which are
23 very strictly controlled.  Where the
24 scientific people, we talked about

Page 72

1  earlier, helped develop those, or
2  developed those, based on the
3  FDA-approved label, okay, so -- otherwise
4  they can get in big trouble.
5          So you can only promote
6  what's on the label.  You cannot promote
7  anything other than what's on the label.
8      Q.  Right.
9      A.  So that's what they do.
10 Yes.
11     Q.  All right.  And just to make
12 sure we are on the same page on promoting
13 according to the label.  I mean, I've
14 heard the phrase that the label defines
15 the product, is that something you've
16 heard?
17         MS. VANNI:  Object to form.
18         THE WITNESS:  Yeah.
19 BY MS. SCULLION:
20     Q.  Yeah?
21     A.  I would say some people use
22 that phrase, yeah.
23     Q.  Okay.  And -- and it's very
24 clear that a company cannot promote its

Page 73

1  product inconsistent with what's in the
2  label approved by the FDA, correct?
3          MS. VANNI:  Object to form.
4          THE WITNESS:  Yes.
5  BY MS. SCULLION:
6      Q.  Okay.  To do that is called
7  off-label marketing, correct?
8      A.  Yes.
9      Q.  It's unlawful, correct?
10         MS. VANNI:  Object to form.
11         THE WITNESS:  Yes.
12 BY MS. SCULLION:
13     Q.  Would you agree that it's
14 also unethical?
15         MS. VANNI:  Object to form.
16         THE WITNESS:  It's a
17 judgment call.  I guess so.  I --
18 I don't know.  I wasn't involved
19 in it.
20 BY MS. SCULLION:
21     Q.  Okay.
22     A.  So, you know, in every
23 Pharma company I worked at, they went to
24 great lengths, okay.  I was part of the

19 (Pages 70 to 73)