IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Dan A. Polster |

**NOTICE OF SERVICE OF DISTRIBUTOR
DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON
PLAINTIFFS' RICO AND OCPA CLAIMS**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation ("Distributor Defendants") hereby provide notice that on June 28, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Distributor Defendants' Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims;

- Memorandum in Support of Distributor Defendants' Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims;

1

- Declaration of Christian J. Pistilli in Support of Distributor Defendants' Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims, along with the corresponding Exhibits 1 to 31;

- [Proposed] Order Granting Distributor Defendants' Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims;

- Summary Sheet for Distributor Defendants' Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims (also attached hereto as Exhibit A).

Pursuant to the Directions Regarding Filing of Briefs Under Seal, Distributors also notified the following non-parties that their confidential information may be included in the filing: the federal Drug Enforcement Administration, the Ohio Board of Pharmacy, and the Healthcare Distribution Alliance.

Dated: June 28, 2019 Respectfully Submitted,

 /s/ Geoffrey E. Hobart
Geoffrey E. Hobart
Mark H. Lynch
Christian J. Pistilli
**COVINGTON & BURLING LLP**
One CityCenter
850 Tenth Street NW
Washington, DC 20001
Tel: (202) 662-5281
ghobart@cov.com
mlynch@cov.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*

 /s/ Enu Mainigi
Enu Mainigi
F. Lane Heard III
George A. Borden
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC 20005
Tel: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com
lheard @wc.com
gborden@wc.com
ahardin@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

 /s/ Robert A. Nicholas
Robert A. Nicholas
Shannon E. McClure
**REED SMITH LLP**
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Tel: (215) 851-8100
Fax: (215) 851-1420
rnicholas@reedsmith.com
smcclure@reedsmith.com

*Counsel for Defendant AmerisourceBergen Drug Corporation*

3

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

    */s/ Geoffrey E. Hobart*
    GEOFFREY E. HOBART