# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P.,* Case No. 18-OP-45090 (N.D. Ohio);<br>*County of Cuyahoga v. Purdue Pharma L.P.*, Case No. 17-OP-45004 (N.D. Ohio) | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF SERVICE OF DEFENDANT NORMACO, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT

Pursuant to the Directions Regarding Filing of Briefs Under Seal, Dkt. 1719, Defendant Noramco, Inc. ("Noramco") hereby provides notice that on June 28, 2019, it served copies of the following documents on all Parties, the Court, and the Special Masters:

1. Noramco's Motion for Judgment on the Pleadings or, in the Alternative, Summary Judgment

2. Memorandum in Support of Noramco's Motion for Judgment on the Pleadings or, in the Alternative, Summary Judgment

3. Exhibit 1:  Declaration of William Grubb

4. Exhibit 2:  Excerpts of Deposition Testimony of Dr. David A. Kessler, M.D., dated April 25 and 26, 2019

5. Proposed Order Granting Noramco's Motion for Judgment on the Pleadings

6. Proposed Order Granting Noramco's Motion for Summary Judgment

A Summary Sheet describing the motion is attached hereto as Exhibit A.

Dated: June 28, 2019

Respectfully submitted,

*/s/ Daniel G. Jarcho*
Daniel G. Jarcho
D.C. Bar No. 391837
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Telephone: (202) 239-3254
Facsimile: (202) 239-333
E-mail: daniel.jarcho@alston.com

Cari K. Dawson
Georgia Bar No. 213490
Jenny A. Hergenrother
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
cari.dawson@alston.com
jenny.hergenrother@alston.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this date, a copy of the foregoing **Notice of Service of Defendant Noramco, Inc.'s Motion for Judgment on the Pleadings or, in the Alternative, Summary Judgment** was filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Dated: June 28, 2019

*/s/ Daniel G. Jarcho*
Daniel G. Jarcho
D.C. Bar No. 391837
ALSTON & BIRD LLP
950 F Street NW
Washington, DC 20004
Telephone: (202) 239-3254
Facsimile: (202) 239-333
E-mail: daniel.jarcho@alston.com

Cari K. Dawson
Georgia Bar No. 213490
Jenny A. Hergenrother
Georgia Bar No. 447183
ALSTON & BIRD LLP
1201 West Peachtree Street NW
Atlanta, GA 30309
Tel.: (404) 881-7000
Fax: (404) 881-7777
cari.dawson@alston.com
jenny.hergenrother@alston.com