# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 <br><br> Case No. 1:17-md-2804 <br><br> Hon. Dan Aaron Polster |

## NOTICE OF APPEARANCE

Please enter the appearance of John J. Haggerty of Fox Rothschild LLP as counsel of record for Defendant Discount Emporium, Inc. in the above-captioned action.

Respectfully submitted,

**FOX ROTHSCHILD LLP**

s/ John J. Haggerty
John J. Haggerty, Esq. (Ohio Bar No. 0073572)
2700 Kelly Road, Suite 300
Warrington, PA 18976
Tel: (215) 345-7500
Fax: (215) 345-7507
jhaggerty@foxrothschild.com

*Counsel for Defendant Discount Emporium, Inc.*

Dated:  June 28, 2019

## **CERTIFICATE OF SERVICE**

I certify that on this 28th day of June 2019, I electronically filed a copy of the foregoing Notice of Appearance with the Clerk of Court using the CM/ECF system, which sent notification of such filing to all counsel of record.

s/ John J. Haggerty
John J. Haggerty, Esq.
