## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

THIS DOCUMENT RELATES TO:
   *The County of Summit, Ohio*, et al. *v.*
   *Purdue Pharma L.P.*, et al.,
   Case No. 18-op-45090

   *The County of Cuyahoga, Ohio*, et al. *v.*
   *Purdue Pharma L.P.*, et al.,
   Case No. 17-op-45004

MDL No. 2804

Case No. 1:17-md-2804

Judge Dan Aaron Polster

## NOTICE OF SERVICE OF MOTION FOR SUMMARY JUDGMENT
## BY CVS INDIANA, L.L.C. AND CVS RX SERVICES, INC.

Pursuant to the Directions Regarding Filing of Briefs Under Seal, Dkt. No. 1719, Defendants CVS Indiana, L.L.C. and CVS Rx Services, Inc. ("CVS") provide notice that on June 28, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Summary Sheet to CVS's Motion for Summary Judgment (attached as Exhibit A);
- CVS's Motion for Summary Judgment;
- Memorandum in Support of CVS's Motion for Summary Judgment;
- Exhibits A-E; and
- Proposed Order.

Pursuant to the Directions Regarding Filing of Briefs Under Seal, CVS will notify the following non-parties that their confidential information may be included in the filing: Drug Enforcement Administration.

Dated: June 28, 2019                    Respectfully submitted,

                                        /s/   Eric R. Delinsky
                                        Eric R. Delinsky
                                        Alexandra W. Miller
                                        Zuckerman Spaeder LLP
                                        1800 M Street, NW
                                        Suite 1000
                                        Washington, DC  20036
                                        Phone: (202) 778-1800
                                        Fax: (202) 822-8106
                                        E-mail: edelinsky@zuckerman.com
                                        E-mail: smiller@zuckerman.com

                                        *Counsel for CVS Rx Services, Inc. and CVS Indiana, L.L.C.*