# EXHIBIT A

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: *The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al., Case No. 18-op-45090 *The County of Cuyahoga, Ohio*, et al. *v. Purdue Pharma L.P.*, et al., Case No. 17-op-45004 | Case No. 1:17-md-2804 Judge Dan Aaron Polster |

SUMMARY SHEET FOR MOTION FOR SUMMARY JUDGMENT BY
CVS INDIANA, L.L.C. AND CVS RX SERVICES, INC.

Pursuant to Special Master Cohen's Order Regarding Pretrial Motions for "Track One" Trial, Dkt. No. 1653 (May 30, 2019), CVS Indiana, L.L.C. and CVS Rx Services, Inc. (collectively, "CVS") submit the following summary sheet relating to their individual Motion for Summary Judgment.

This motion supplements the group summary judgment motions filed by the Pharmacy Defendants with the following CVS-specific points, which require complete judgment in favor of CVS.

First, CVS is entitled to summary judgment on the five months of shipments that remain after application of the statute of limitations.  CVS's shipments to its pharmacies in Summit and Cuyahoga counties during this five-month period were monitored by a new suspicious order monitoring system.  Plaintiffs do not challenge this system.  Their DEA expert stated so expressly.

Second, there is no evidence that any CVS shipment to any of its pharmacies in Cuyahoga and Summit counties was diverted and contributed to the injuries claimed by plaintiffs.  Testimony about CVS by plaintiffs' DEA expert establishes as much.  For this and other reasons specific to CVS, summary judgment is required on causation.