IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THE COUNTY OF SUMMIT, OHIO, ET AL.,<br>　　　　*Plaintiffs*,<br>v.<br><br>PURDUE PHARMA LP, ET AL.,<br>　　　　*Defendant* | MDL NO. 2804<br><br>CASE NO. 17-MD-2804<br><br>JUDGE: DAN AARON POLSTER<br><br>**NOTICE OF SERVICE OF DEFENDANT DISCOUNT DRUG MART, INC.'S MOTION FOR SUMMARY JUDGMENT** |

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Defendant Discount Drug Mart, Inc. ("DDM") hereby provides notice that on June 28, 2019, it served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- DDM's Motion for Summary Judgment;

- Memorandum in Support of DDM's Motion for Summary Judgment;

- Exhibits in Support of Motion

    o  Exhibit One – DDM's Interrogatory Responses;

    o  Exhibit Two - excerpts of deposition of Jason Briscoe;

    o  Exhibit Three – excerpts of deposition of Peter Ratycz;

    o  Exhibit Four – Declaration of Jason Briscoe;

    o  Exhibit Five – McCann Appx 9, pp. 3779 and 3849.

- [Proposed] Order Granting DDM's Motion for Summary Judgment; and

- Summary Sheet for DDM's Motion for Summary Judgment (attached hereto as Exhibit One).

Respectfully submitted,

/s/ Timothy D. Johnson
Timothy D. Johnson (0006686)
CAVITCH FAMILO & DURKIN, CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio  44114
(216)621-7860
 (216)621-3415 Fax
tjohnson@cavitch.com
*Attorney for Defendant Discount Drug Mart, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing **NOTICE OF SERVICE OF DEFENDANT DISCOUNT DRUG MART, INC.'S MOTION FOR SUMMARY JUDGMENT** was filed and served via PACER this 28th day of June, 2019 on all counsel of record.

/s/ Timothy D. Johnson
TIMOTHY D. JOHNSON
*Attorney for Defendant Discount Drug Mart, Inc.*