## UNITED STATES DISTRICT COURT FOR THE
## NORTHERN DISTRICT OF OHIO
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | **MDL No. 2804** |
| | ) | **Case No. 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** | ) ) | |
| *Track One Cases* | ) ) | **Judge Dan A. Polster** |

### NOTICE OF SERVICE OF MOTION FOR SUMMARY JUDGMENT AND BRIEF IN SUPPORT OF HBC SERVICE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Defendant HBC Service Company ("Giant Eagle") hereby provides notice that on June 28, 2019, it served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- HBC Service Company's Motion for Summary Judgment;

- Brief in Support of HBC Service Company's Motion for Summary Judgment;

- Declaration of Joshua A. Kobrin in Support of HBC Service Company's Motion for Summary Judgment and Exhibits 1 to 28;

- [Proposed] Order Granting HBC Service Company's Motion for Summary Judgment;

- Summary Sheet for HBC Service Company's Motion for Summary Judgment (also attached hereto as Exhibit A).

A1378782.3

Dated: June 28, 2019

Respectfully submitted,

*/s/ Robert M. Barnes*
Robert M. Barnes
rbarnes@marcus-shapira.com
Scott D. Livingston
livingston@marcus-shapira.com
Joshua A. Kobrin
kobrin@marcus-shapira.com

MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
*Counsel for Defendant HBC Service Company*

A1378782.3

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 28, 2019, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ Robert M. Barnes
Robert M. Barnes

A1378782.3