**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.,*<br>Case No. 17-op-45004<br><br>and<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P, et al.,*<br>Case No. 18-op-45090. | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF SERVICE OF NON-RICO SMALL DISTRIBUTORS'**
**MOTION FOR SUMMARY JUDGMENT BASED ON THEIR *DE MINIMIS* STATUS**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Non-RICO Defendants Anda, Inc., H. D. Smith, LLC, H. D. Smith Holdings, LLC, H. D. Smith Holding Company, Henry Schein, Inc., Henry Schein Medical Systems, Inc., and Prescription Supply Inc. (collectively, the "Small Distributors") hereby provide notice that on June 28, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Non-RICO Small Distributors' Motion for Summary Judgment Based on Their *De Minimis* Status;

- Memorandum in Support of Non-RICO Small Distributors' Motion for Summary Judgment Based on Their *De Minimis* Status;

- Declaration of John J. Haggerty in Support of Non-RICO Small Distributors' Motion for Summary Judgment Based on Their *De Minimis* Status;

- [Proposed] Order Granting Non-RICO Small Distributors' Motion for Summary Judgment Based on Their *De Minimis* Status; and

- Summary Sheet for Non-RICO Small Distributors' Motion for Summary Judgment Based on Their *De Minimis* Status.

Pursuant to the Directions Regarding Filing of Briefs Under Seal, the Small Distributors also notified the Drug Enforcement Administration, a nonparty, that its confidential information may be included in the filing.

Dated: June 28, 2019                    Respectfully submitted,


/s/ John J. Haggerty                        /s/ James W. Matthews
John J. Haggerty (0073572)              James W. Matthews
James C. Clark                          Katy E. Koski
Stephan A. Cornell                      Kristina Matic
FOX ROTHSCHILD LLP                      FOLEY & LARDNER LLP
2700 Kelly Road, Suite 300              111 Huntington Avenue
Warrington, PA 18976                    Boston, MA 02199
Tel: (215) 345-7500                     Tel:    617.342.4000
Fax: (215) 345-7507                     Fax:    617.342.4001
jhaggerty@foxrothschild.com             Email:  jmatthews@foley.com
jclark@foxrothschild.com                        kkoski@foley.com
scornell@foxrothschild.com                      kmatic@foley.com

*Counsel for Defendant,*                 *Counsel for Defendant Anda, Inc.*
*Prescription Supply Inc.*

2

*/s/ William E. Padgett*
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
BARNES & THORNBURG LLP
11 South Meridian Street
Indianapolis, IN 46204
Telephone: (317) 236-1313
Facsimile: (317) 231-7433
Email: william.padgett@btlaw.com
       kathleen.matsoukas@btlaw.com

*Counsel for Defendants H. D. Smith, LLC,
f/k/a H. D. Smith Wholesale Drug Co.,
H. D. Smith Holdings, LLC and H. D. Smith
Holding Company*

*/s/ John P. McDonald*
John P. McDonald
Texas Bar No. 13549090
jpmcdonald@lockelord.com
C. Scott Jones
Texas Bar No. 24012922
sjones@lockelord.com
Lauren M. Fincher
Texas Bar No. 24069718
lfincher@lockelord.com
Brandan J. Montminy
Texas Bar No. 24088080
brandan.montminy@lockelord.com
LOCKE LORD LLP
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
T: 214-740-8445
F: 214-756-8110

*Attorneys for Henry Schein, Inc.
and Henry Schein Medical Systems, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

I, John J. Haggerty, certify that the foregoing document was served via the Court's ECF system to all counsel of record.

<u>*/s/ John J. Haggerty*</u>
John J. Haggerty (0073572)