# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) CASE NO. 1:17-MD-2804 ) ) JUDGE POLSTER |

### NOTICE OF APPEARANCE OF COUNSEL FOR OHIO ATTORNEY GENERAL

Now comes Assistant Attorney General Julie M. Pfeiffer (0069762) and enters her appearance as counsel of record on behalf of Ohio Attorney General.

The Ohio Attorney General requests that copies of all pleadings, orders, correspondence and other communications be directed as indicated below.

Respectfully submitted,

DAVE YOST
Ohio Attorney General

*s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069762) *
   * *Trial Attorney*
Assistant Attorney General
Constitutional Offices Section
30 East Broad Street, 16th Floor
Columbus, Ohio 43215
Tel: 624-466-2872 | Fax: 614-728-7592
Julie.Pfeiffer@OhioAttorneyGeneral.gov

*Counsel for Ohio Attorney General*

## CERTIFICATE OF SERVICE

I certify that the foregoing was filed electronically on June 28, 2019.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.

*s/ Julie M. Pfeiffer*
JULIE M. PFEIFFER (0069762)
Assistant Attorney General