# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | Case No. 1:17-md-2804 |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P.*, et al., Case No. 18-op-45090 | Judge Dan Aaron Polster |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P.*, et al., Case No. 17-op-45004 | |

# WALGREENS' NOTICE OF SERVICE OF ITS MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MATERIALS

Pursuant to the Directions Regarding Filing of Briefs Under Seal, Dkt. No. 1719, Defendant Walgreen Co. and Walgreen Eastern Co. ("Walgreens") hereby provide notice that on June 28, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Walgreens' Motion for Summary Judgment;

- Walgreens Memorandum of Law in Support of its Motion for Summary Judgment;

- Declaration of Alex J. Harris in Support of Walgreens' Motion for Summary Judgment, including Exhibits 1 through 18;

- Summary Sheet for Walgreens' Motion for Summary Judgment (also attached hereto as Exhibit A).

Walgreens also notified the following non-parties that their confidential information may be included in the filings:  the federal Drug Enforcement Administration and the Ohio High Intensity Drug Trafficking Area.

Dated: June 28, 2019

Respectfully submitted,

/s/  Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
Brian C. Swanson
Katherine M. Swift
Matthew W. Brewer
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Phone: (312) 494-4400
Fax: (312) 494-4440
Email: kaspar.stoffelmayr@bartlitbeck.com
Email: brian.swanson@bartlitbeck.com
Email: kate.swift@bartlitbeck.com
Email: matthew.brewer@bartlitbeck.com

Lester C. Houtz
Alex J. Harris
BARTLIT BECK LLP
1801 Wewatta Street, 12th Floor
Denver, CO 80202
Phone: (303) 592-3100
Fax: (303) 592-3140
Email: les.houtz@bartlitbeck.com
Email: alex.harris@bartlitbeck.com

*Counsel for Walgreen Co. and Walgreen Eastern Co.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 28, 2019, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

/s/ Kaspar J. Stoffelmayr
Kaspar J. Stoffelmayr
