

Constitutional Offices Section
Office: (614) 466-2872
Fax: (614) 728-7592

30 East Broad Street, 16th Floor
Columbus, Ohio 43215
www.OhioAttorneyGeneral.gov

June 12, 2018

Eric Heisig
Federal Courts Reporter
eheisig@cleveland.com

Re:   Your Public Records Request

Dear Mr. Heisig,

I am writing to let you know that the Ohio Attorney General's Office has received the public records request you submitted via email on June 11, 2018. Specifically, you requested the following:

> I am requesting copies of any and all ARCOS data the U.S. Drug Enforcement Administration provided to the state of Ohio as part of the state's opioid lawsuit being heard in Ross County Common Pleas Court (case number 17CI000261). While the state of Ohio is not technically a part of the multidistrict litigation being heard in the Northern District of Ohio, I would also like to request the same data should it have been provided through that court proceeding (the multidistrict litigation case number is 17-md-2804) or any other means.

Your request has been forwarded to the appropriate staff within our office. We will respond to your request within a reasonable period of time.

If you have any questions or concerns regarding this request, please feel free to contact the Public Records Unit at 614-466-2872.

Very respectfully yours,

*Brittnie M. Reed*

Brittnie M. Reed
Paralegal

cc:   Damian W. Sikora, Chief, Constitutional Offices Section

