# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804** <br> **Case No. 17-md-2804** <br> **Judge Dan Aaron Polster** |
| This document relates to: | |
| *County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.,* <br> Case No. 18-op-45090 (N.D. Ohio) | |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.,* <br> Case No. 17-op-45004 (N.D. Ohio) | |

## NOTICE OF SERVICE OF
## MOTION FOR SUMMARY JUDGMENT
## <u>OF WALMART INC.</u>

Pursuant to the Court's Directions Regarding Filing of Briefs Under Seal, Doc. 1719, Defendant Walmart Inc. hereby provides notice that on June 28, 2019, counsel for Walmart served copies of the following documents on all Parties, the Court, and the Special Masters via a secure file transfer protocol email:

- Motion for Summary Judgment of Walmart Inc.

- Memorandum in Support of Motion for Summary Judgment of Walmart Inc.

- Proposed Order Granting Motion for Summary Judgment of Walmart Inc.

- Declaration of Tara A. Fumerton in Support of Motion for Summary Judgment of Walmart Inc., along with exhibits thereto.

- Summary Sheet for Motion for Summary Judgment of Walmart Inc. (also attached as an exhibit to this filing).

Dated:  June 28, 2019                    Respectfully submitted,

                                                /s/    Tara A. Fumerton

                                                Tina M. Tabacchi
                                                Tara A. Fumerton
                                                JONES DAY
                                                77 West Wacker
                                                Chicago, IL 60601
                                                Phone: (312) 269-4335
                                                Fax: (312) 782-8585
                                                E-mail: tfumerton@jonesday.com

                                                *Attorneys for Walmart Inc.*