# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45090 (N.D. Ohio)<br><br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:17-op-45004 (N.D. Ohio) | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

## NOTICE OF SERVICE OF MOTION FOR SUMMARY JUDGMENT ON PREEMPTION AND SUPPORTING MATERIALS BY PHARMACY DEFENDANTS, ABDC, CARDINAL, AND MCKESSON

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Pharmacy Defendants[1], ABDC[2], Cardinal[3], and McKesson[4] hereby provide notice that on June 28, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Motion for Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal, and McKesson;

- Memorandum of Law in Support of Motion for Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal, and McKesson;

---

[1] CVS Rx Services, Inc. and CVS Indiana, L.L.C. ("CVS Distributors"), Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center ("Rite Aid"), Walgreen Co. and Walgreen Eastern Co. ("Walgreens"), HBC Service Company, an unincorporated operating division of Giant Eagle, Inc. ("Giant Eagle"), Discount Drug Mart ("DDM"), and Walmart Inc. ("Walmart").

[2] AmerisourceBergen Drug Corporation

[3] Cardinal Health, Inc.

[4] McKesson Corporation

- Declaration of Kelly A. Moore in Support of Motion for Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal, and McKesson, along with the corresponding Appendix and Exhibits A to D;

- [Proposed] Order Granting Motion for Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal, and McKesson;

- Summary Sheet for Motion for Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal, and McKesson (also attached hereto as Exhibit A).

Pursuant to the Directions Regarding Filing of Briefs Under Seal, Defendants also notified the following non-parties that their confidential information may be included in the filing: the federal Drug Enforcement Administration.

## CERTIFICATE OF SERVICE

I, Kelly A. Moore, hereby certify that the forgoing document was served via the Court's ECF system to all counsel of record.

/s/ Kelly A. Moore
Kelly A. Moore