I IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**This document relates to:**
*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.*,
Case No. 18-OP-45090

---

### EXHIBIT A
### SUMMARY SHEET FOR DEFENDANTS' *DAUBERT* ROADMAP BRIEF

This brief is filed as Defendants' "roadmap" on *Daubert* motions pursuant to Special Master Cohen's Amended Order Regarding Pretrial Motions for Track One Trial, Dkt. No. 1709 (June 21, 2019).  It provides an overview of Defendants' accompanying motions to exclude this improper testimony.  Part I identifies Defendants' motions.  Part II sets forth the governing legal standards relevant to those motions.  And Part III provides a general overview of the core defects with the experts' qualifications, opinions, and/or proposed evidentiary models, as described more fully in the individual motions.