UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45090 (N.D. Ohio)<br><br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:17-op-45004 (N.D. Ohio) | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

**NOTICE OF SERVICE OF MOTION FOR SUMMARY JUDGMENT ON CAUSATION AND SUPPORTING MATERIALS BY PHARMACY DEFENDANTS**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Pharmacy Defendants hereby provide notice that on June 28, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Pharmacy Defendants' Motion for Summary Judgment on Causation;

- Memorandum of Law in Support of Pharmacy Defendants' Motion for Summary Judgment on Causation;

- Declaration of Kelly A. Moore in Support of Pharmacy Defendants' Motion for Summary Judgment on Causation, along with the corresponding Appendix and Exhibits A to H;

- [Proposed] Order Granting Pharmacy Defendants' Motion for Summary Judgment on Causation;

- Summary Sheet for Pharmacy Defendants' Motion for Summary Judgment on Causation (also attached hereto as Exhibit A).

Pursuant to the Directions Regarding Filing of Briefs Under Seal, Defendants also notified the following non-parties that their confidential information may be included in the filing:  the federal Drug Enforcement Administration.

## CERTIFICATE OF SERVICE

I, Kelly A. Moore, hereby certify that the forgoing document was served via the Court's ECF system to all counsel of record.

                                                                                        */s/* Kelly A. Moore
                                                                                        Kelly A. Moore