# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>)<br>This document relates to: )<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* )<br>Case No. 18-op-45090 )<br>)<br>and )<br>)<br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.* )<br>Case No. 1:18-op-45004 )<br>) | MDL No. 2804<br><br>Hon. Judge Dan A. Polster |

## NOTICE OF SERVICE OF DEFENDANTS ALLERGAN PLC, ALLERGAN FINANCE, LLC, ALLERGAN SALES, LLC, AND ALLERGAN USA, INC.'S <u>INDIVIDUAL MOTION FOR SUMMARY JUDGMENT</u>

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Defendants Allergan plc f/k/a Actavis plc (specially appearing), Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan Sales, LLC, and Allergan USA, Inc. hereby provide notice that on June 28, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Allergan plc, Allergan Finance, LLC, Allergan Sales, LLC, and Allergan USA, Inc.'s Individual Motion for Summary Judgment;

- Memorandum in Support of Allergan plc, Allergan Finance, LLC, Allergan Sales, LLC, and Allergan USA, Inc.'s Individual Motion for Summary Judgment;

- Declaration of Donna Welch in support of Allergan plc, Allergan Finance, LLC, Allergan Sales, LLC, and Allergan USA, Inc.'s Individual Motion for Summary Judgment, along with the corresponding Exhibits 1 to 21;

- [Proposed] Order Granting Allergan plc, Allergan Finance, LLC, Allergan Sales, LLC, and Allergan USA, Inc.'s Individual Motion for Summary Judgment;

- Summary Sheet for Allergan plc, Allergan Finance, LLC, Allergan Sales, LLC, and Allergan USA, Inc.'s Individual Motion for Summary Judgment (also attached hereto as Exhibit A).

Dated: June 28, 2019

Respectfully Submitted,

*/s/ Donna M. Welch*
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL 60654
Tel:(312) 862-2000
donna.welch@kirkland.com

*Attorney for Defendants Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan Sales, LLC, Allergan USA, Inc., and specially appearing defendants Allergan plc f/k/a Actavis plc*

## CERTIFICATE OF SERVICE

I, Donna M. Welch, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

>
> */s/ Donna M. Welch*_____
> Donna M. Welch
> KIRKLAND & ELLIS LLP
> 300 North LaSalle
> Chicago, IL  60654
> Tel: (312) 862-2000
> donna.welch@kirkland.com