# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

**This document relates to:**

*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.*, Case No. 18-OP-45090

---

### NOTICE OF SERVICE OF DEFENDANTS JANSSEN PHARMACEUTICALS, INC. AND JOHNSON AND JOHNSON'S MOTION FOR SUMMARY JUDGMENT

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Defendants Janssen Pharmaceuticals, Inc. and Johnson and Johnson ("Defendants") hereby provide notice that on June 28, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Defendants' Motion for Summary Judgment;

- Memorandum in Support of Defendants' Motion for Summary Judgment;

- Declaration of Amy A. Lucas in Support of Defendants' Motion for Summary Judgment, along with the corresponding Exhibits;

- [Proposed] Order Granting Defendants' Motion for Summary Judgment; and

- Summary Sheet for Defendants' Motion for Summary Judgment (also attached hereto as Exhibit A).

Dated:  June 28, 2019

Respectfully Submitted,

/s/ *Charles C. Lifland*
Charles C. Lifland
Sabrina H. Strong
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com
sstrong@omm.com

*Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I, Charles C. Lifland, hereby certify that the foregoing document was served via the Court's

ECF system to all counsel of record.


/s/ *Charles C. Lifland*_____
Charles C. Lifland
Sabrina H. Strong
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com