**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"Track One Cases"* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**NOTICE OF SERVICE OF
MALLINCKRODT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Mallinckrodt hereby provides notice that on June 28, 2019, it served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Mallinckrodt's Motion for Partial Summary Judgment;
- Memorandum in Support of Mallinckrodt's Motion for Partial Summary Judgment;
- Declaration of Jennifer S. Pantina in Support of Mallinckrodt's Motion for Partial Summary Judgment;
- [Proposed] Order Granting Mallinckrodt's Motion for Partial Summary Judgment; and
- Summary Sheet for Mallinckrodt's Motion for Partial Summary Judgment (also attached hereto as Exhibit A)

Dated:  June 28, 2019                                        Respectfully Submitted,

        */s/ Brien T. O'Connor*
Brien T. O'Connor
Andrew J. O'Connor
Ropes & Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Counsel for Defendants Mallinckrodt LLC and SpecGx LLC, and appearing specially for Mallinckrodt plc[1]*

---

[1] Mallinckrodt plc is an Irish company that is not subject to and contests personal jurisdiction for the reasons explained in its pending motion to dismiss for lack of personal jurisdiction; it is specially appearing for this motion as a result of the Court's deadline to file dispositive and *Daubert* motions, and, thus, it does not waive and expressly preserves its pending personal jurisdiction challenges.

3

## CERTIFICATE OF SERVICE

I, Brien T. O'Connor, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Brien T. O'Connor*
Brien T. O'Connor