# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| This document relates to: | |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* <br> Case No. 1:18-op-45090 (N.D. Ohio) | **MDL No. 2804** <br> **Case No. 17-md-2804** <br> **Judge Dan Aaron Polster** |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al*. <br> Case No. 1:17-op-45004 (N.D. Ohio) | |

## NOTICE OF SERVICE OF MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MATERIALS BY RITE AID OF MARYLAND

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Rite Aid of Maryland hereby provides notice that on June 28, 2019, it served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Rite Aid of Maryland's Motion for Summary Judgment;

- Memorandum of Law in Support of Rite Aid of Maryland's Motion for Summary Judgment;

- Declaration of Kelly A. Moore in Support of Rite Aid of Maryland's Motion for Summary Judgment, along with the corresponding Appendix and Exhibits A to K;

- Declaration of Anupam B. Jena, MD, PHD;

- [Proposed] Order Granting Rite Aid of Maryland's Motion for Summary Judgment;

- Summary Sheet for Rite Aid of Maryland's Motion for Summary Judgment (also attached hereto as Exhibit A).

2

Pursuant to the Directions Regarding Filing of Briefs Under Seal, Defendant also notified the following non-parties that their confidential information may be included in the filing: the federal Drug Enforcement Administration.

## CERTIFICATE OF SERVICE

I, Kelly A. Moore, hereby certify that the forgoing document was served via the Court's ECF system to all counsel of record.

                                                         */s/* Kelly A. Moore
                                                         Kelly A. Moore