IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |
| **This document relates to:**<br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.*,<br>Case No. 18-OP-45090 | |

### NOTICE OF SERVICE OF DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF LACEY KELLER

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Certain Defendants[1] hereby provide notice that on June 28, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

---

[1] In this notice and the accompanying motion and memorandum, Defendants include Purdue Pharma, L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc. f/k/a Par Pharmaceutical Holdings, Inc.; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Johnson & Johnson; Noramco, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Allergan plc f/k/a Actavis plc; Allergan Finance, LLC, f/k/a/ Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc.; Allergan Sales, LLC; Allergan USA, Inc.; Watson Laboratories, Inc.; Warner Chilcott Company, LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Actavis South Atlantic LLC; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Actavis Totowa LLC; Actavis LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc., f/k/a Watson Laboratories, Inc. - Salt Lake City; Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc. - Florida; Insys Therapeutics, Inc.; Mallinckrodt plc; Mallinckrodt LLC; SpecGx LLC; Amerisourcebergen Drug Corporation; Anda, Inc.; Cardinal Health, Inc.; CVS Indiana, LLC; CVS Rx Services, Inc.; Discount Drug Mart, Inc.; HBC Service Company; Henry Schein, Inc.; Henry Schein Medical Systems, Inc.; McKesson Corporation; Miami-Luken, Inc.; Prescription Supply, Inc.; Rite Aid Of Maryland, Inc.; d/b/a Rite-Aid Mid-Atlantic Customer Support Center, Inc.; Walgreen Co.; Walgreen Eastern Co.; and Walmart Inc. f/k/a Wal-Mart Stores, Inc. ("Defendants").

Teva Pharmaceutical Industries Ltd., Allergan plc f/k/a Actavis plc, and Mallinckrodt plc are respectively an Israeli corporation, Irish holding company, and Irish company that are not subject to and contest personal jurisdiction for the reasons explained in their pending motions to dismiss for lack of personal jurisdiction; they are specially appearing to

- Defendants' Motion[2] to Exclude Lacey Keller's Opinions and Proposed Testimony;

- Memorandum in Support of Defendants' Motion to Exclude Lacey Keller's Opinions and Proposed Testimony;

- Declaration of Jennifer D. Cardelus in Support of Defendants' Motion to Exclude Lacey Keller's Opinions and Proposed Testimony, along with the corresponding Exhibits 1 to 13;

- [Proposed] Order Granting Motion to Exclude Lacey Keller's Opinions and Proposed Testimony; and

- Summary Sheet for Motion to Exclude Lacey Keller's Opinions and Proposed Testimony (also attached hereto as Exhibit A).

---

join this motion as a result of the Court's deadline to file dispositive and Daubert motions, and, thus, they do not waive and expressly preserve their pending personal jurisdiction challenges.

Defendant Noramco, Inc. does not join this motion.

On June 10, 2019, Insys Therapeutics, Inc. and its affiliates each filed a voluntary case under chapter 11 of United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, which cases are being jointly administered under Case No. 19-11292 (KG).  In light of this bankruptcy proceeding, Insys does not join any of the Daubert motions for summary judgment motions to be filed in the MDL Track One cases.

[2] This Motion encompasses both Keller's Report and Supplemental Report.

Dated: June 28, 2019                                           Respectfully submitted,

                                                               By: /s/ Charles C. Lifland
/s/ Mark S. Cheffo                                             Charles C. Lifland
Mark S. Cheffo                                                 Sabrina H. Strong
DECHERT LLP                                                    O'MELVENY & MYERS LLP
Three Bryant Park                                              400 S. Hope Street
1095 Avenue of the Americas                                    Los Angeles, CA 90071
New York, NY 10036                                             Tel: (213) 430-6000
Tel: (212) 698-3500                                            clifland@omm.com
Mark.Cheffo@dechert.com                                        sstrong@omm.com

*Counsel for Defendants Purdue Pharma L.P.,*                   Daniel M. Petrocelli
*Purdue Pharma Inc., and The Purdue*                           O'MELVENY & MYERS LLP
*Frederick*                                                    1999 Avenue of the Stars, 8th Floor
*Company*                                                      Los Angeles, CA 90067-6035
                                                               Tel: (310) 553-6700
*Co-Liaison Counsel for the Manufacturer*                      dpetrocelli@omm.com
*Defendants*[3]
/s/ Carole S. Rendon                                           *Attorneys for Janssen Pharmaceuticals, Inc.,*
Carole S. Rendon                                               *Johnson & Johnson, Janssen Pharmaceutica,*
BAKER & HOSTETLER LLP                                          *Inc. n/k/a Janssen Pharmaceuticals, Inc., and*
Key Tower 127 Public Square, Suite 2000                        *Ortho-McNeil-Janssen Pharmaceuticals, Inc.*
Cleveland, OH 44114-1214                                       *n/k/a Janssen Pharmaceuticals, Inc.*
Telephone: (216) 621- 0200
Fax: (216) 696-0740
crendon@bakerlaw.com                                           By: /s/ Brien T. O'Connor (consent)
                                                               Brien T. O'Connor
*Counsel for Defendants Endo Health*                           Andrew J. O'Connor
*Solutions Inc.*                                               ROPES & GRAY LLP
*and Endo Pharmaceuticals Inc.; Par*                           Prudential Tower
*Pharmaceutical, Inc., and Par*                                800 Boylston St.
*Pharmaceutical Companies, Inc.*                               Boston, MA 02199-3600
                                                               Tel: (617) 235-4650
*Co-Liaison Counsel for the Manufacturer*                      Brien.O'Connor@ropesgray.com
*Defendants*                                                   Andrew.O'Connor@ropesgray.com

---

[3] Teva Pharmaceutical Industries Ltd., Allergan plc, and Mallinckrodt plc are respectively an Israeli corporation, Irish holding company, and Irish company that are not subject to and contest personal jurisdiction for the reasons explained in their pending motions to dismiss for lack of personal jurisdiction; they are specially appearing to join this motion as a result of the Court's deadline to file dispositive and Daubert motions, and, thus, they do not waive and expressly preserve their pending personal jurisdiction challenges.

3

*/s/ Enu Mainigi*

WILLIAMS & CONNOLLY LLP
Enu Mainigi
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*
*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Shannon E. McClure*
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Distributor Defendant AmerisourceBergen Drug Corporation*

*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Geoffrey Hobart*
Geoffrey Hobart
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
Telephone: (202) 662-5281
ghobart@cov.com

*Counsel for Distributor Defendant McKesson Corporation*

*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Kaspar Stoffelmayr*

*Attorneys for Defendants Mallinckrodt LLC and SpecGx LLC and specially appearing for Mallinckrodt plc*

By: */s/ Carole S. Rendon* (consent)
Carole S. Rendon
BAKER HOSTETLER
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Tel: (216) 621-0200
crendon@bakerlaw.com

Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Tel: (202) 942-5000
jonathan.stern@arnoldporter.com

Sean O. Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Tel: (213) 243-4000
sean.morris@arnoldporter.com

*Attorneys for Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*

By: */s/ Steven A. Reed* (consent)
Steven A. Reed
Eric W. Sitarchuk
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5603
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

4

Kaspar Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone: (312) 494-4434
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for the Walgreens Defendants Liaison Counsel for the Chain Pharmacy Defendants*

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
brian.ercole@morganlewis.com

*Attorneys for Teva Pharmaceuticals, USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

By: /s/ *Mark S. Cheffo* (consent)
Mark S. Cheffo
Sheila L. Birnbaum
Hayden A. Coleman
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Mark.Cheffo@dechert.com
Sheila.Birnbaum@dechert.com
Hayden.Coleman@dechert.com

*Attorneys for Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*

By: */s/ Donna M. Welch* (consent)
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Attorney for Allergan Finance, LLC f/k/a/ Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.*

.

5

## CERTIFICATE OF SERVICE

      I, Charles C. Lifland, hereby certify that the foregoing document was served on June 28, 2019 via electronic transfer to all counsel of record, consistent with the Court's order.

      /s/ *Charles C. Lifland*_____
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com