# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *Track One Cases* | Hon. Dan Aaron Polster |

**NOTICE OF SERVICE OF TEVA AND ACTAVIS GENERIC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to the Directions Regarding Filing of Briefs Under Seal, ECF No. 1719, Defendants[1] hereby provide notice that on June 28, 2019, they served unredacted copies of the following documents on all Parties, the Court, and the Special Masters:

- Teva and Actavis Generic Defendants' Motion for Summary Judgment;

- Memorandum in Support of Teva and Actavis Generic Defendants' Motion for Summary Judgment;

- Declaration of Steven A. Reed, along with all corresponding Exhibits;

- [Proposed] Order Granting Teva and Actavis Generic Defendants' Motion for Summary Judgment; and

- Summary Sheet for Teva and Actavis Generic Defendants' Motion for Summary Judgment (also attached hereto as Exhibit A).

---

[1] Cephalon and Teva USA are referred to as the "Teva Defendants." Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida are collectively referred to as the "Actavis Generic Defendants." In addition, Teva Pharmaceutical Industries Ltd., is an Israeli corporation that is not subject to and contests personal jurisdiction for the reasons explained in its pending motion to dismiss for lack of personal jurisdiction; it is specially appearing to join this motion as a result of the Court's summary judgment deadline, and, thus, does not waive and expressly preserves its pending personal jurisdiction challenges.

Dated: June 28, 2019                                Respectfully submitted,

                                                    By: */s/ Steven A. Reed*
                                                    Steven A. Reed
                                                    Eric W. Sitarchuk
                                                    Rebecca J. Hillyer
                                                    MORGAN, LEWIS & BOCKIUS LLP
                                                    1701 Market St.
                                                    Philadelphia, PA 19103-2921
                                                    Tel: (215) 963-5603
                                                    steven.reed@morganlewis.com
                                                    eric.sitarchuk@morganlewis.com
                                                    rebecca.hillyer@morganlewis.com

                                                    Nancy L. Patterson
                                                    MORGAN, LEWIS & BOCKIUS LLP
                                                    1000 Louisiana Street, Suite 4000
                                                    Houston, TX 77002-5005
                                                    Tel:  (713) 890-5195
                                                    nancy.patterson@morganlewis.com

                                                    Brian M. Ercole
                                                    MORGAN, LEWIS & BOCKIUS LLP
                                                    200 S. Biscayne Blvd., Suite 5300
                                                    Miami, FL 33131-2339
                                                    Tel: (305) 415-3000
                                                    brian.ercole@morganlewis.com

                                                    *Attorneys for Cephalon, Inc., Teva
                                                    Pharmaceuticals USA, Inc., Watson Laboratories,
                                                    Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a
                                                    Watson Pharma, Inc., Warner Chilcott Company,
                                                    LLC, Actavis South Atlantic LLC, Actavis
                                                    Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis
                                                    Totowa LLC, Actavis Kadian LLC, Actavis
                                                    Laboratories UT, Inc. f/k/a Watson Laboratories,
                                                    Inc.-Salt Lake City, and Actavis Laboratories FL,
                                                    Inc., f/k/a Watson Laboratories, Inc.-Florida, and
                                                    appearing specially for Teva Pharmaceutical
                                                    Industries Ltd.*

## CERTIFICATE OF SERVICE

I, Steven A. Reed, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *Steven A. Reed*
Steven A. Reed
