# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE:  NATIONAL PRESCRIPTION ) | |
| OPIATE LITIGATION ) | |
| ) | Case No. :17-MD-2804 |
| This Document Relates to: ) | |
| JEFFERSON COUNTY, ALABAMA; ) | |
| MARK L. PETTWAY, in his capacity as ) | Hon. Don A. Polster |
| Sheriff of Jefferson County, Alabama; ) | |
| CITY OF PLEASANT GROVE, ALABAMA; ) | |
| CITY OF HUEYTOWN, ALABAMA; CITY ) | |
| OF MOUNTAIN BROOK, ALABAMA, and ) | Civil Action No.: |
| JEFFERSON COUNTY BOARD OF ) | 1:18-op-4558-DAP |
| HEALTH, ) | |
| v. ) | |
| PURDUE PHARMA L.P., et al., ) | |
|     Defendants. ) | |

## RE-ENTRY OF APPEARANCE
## BY U.W. CLEMON

Comes now U.W. Clemon, and re-enters his appearance for MARK L. PETTWAY, in his capacity as the newly elected Sheriff of Jefferson County, Alabama.

Respectfully submitted,

*/s/U.W. Clemon*
U.W. Clemon      CLE045
U.W. Clemon, LLC
P.O. Box 2365
Birmingham, AL 35201
Phone 205 506-4524
e-mail: uwclemon1@gmail.com

1

## Certificate of Service

I hereby certify that on this date, June 28, 2019, I have filed this document with the Clerk of Court utilizing the CM-ECF system, which will provide electronic notification to al counsel of record.

*/s/U.W. Clemon*
U.W. Clemon
