IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No.  1:17-op-45053-DAP (S.D. W.Va.) and<br>Case No. 1:17-op-45054 (S.D. W.Va.)<br><br>CABELL COUNTY COMMISSION and CITY OF HUNTINGTON, WEST VIRGINIA,<br><br>  Plaintiff,<br><br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Defendants. | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster<br><br><br>MOTION FOR LEAVE TO FILE MOTION TO CORRECT THIRD AMENDED AND JOINT COMPLAINT TO CONFORM TO SUBSTANCE OF THE PLEADING AND TO RE-FILE CORRECTED THIRD AMENDED COMPLAINT UNDER SEAL |

**MOTION FOR LEAVE TO FILE MOTION TO CORRECT THIRD AMENDED AND JOINT COMPLAINT TO CONFORM TO SUBSTANCE OF THE PLEADING AND TO RE-FILE CORRECTED THIRD AMENDED COMPLAINT UNDER SEAL**

Pursuant to Local Rule 7.1, Plaintiffs, the City of Huntington and the County of Cabell, hereby move for leave to file a motion ("Proposed Motion"), attached hereto as Exhibit A, for the reasons set forth therein.  The Proposed Motion requests that the Court allow Plaintiffs to correct inadvertent errors and/or omissions to the entities listed in (1) the caption and (2) Paragraph 13 and its corresponding footnote.

WHEREFORE, Plaintiff respectfully requests that the Court grant Plaintiffs leave to file their Proposed Motion and enter the proposed order, attached hereto as Exhibit B.

Respectfully Submitted,

*/s/ Anne Kearse*

Anne McGinness Kearse (WVSB No. 12547)
**MOTLEY RICE LLC**
28 Bridgeside Blvd.
Mount Pleasant, SC 29464
Tel:  843-216-9000
Fax:  843-216-9450
akearse@motleyrice.com

*Counsel for the City of Huntington*

| THE CITY OF HUNTINGTON | CABELL COUNTY |
|---|---|
| Charles R. "Rusty" Webb (WVSB No. 4782)<br>**THE WEBB LAW CENTRE, PLLC**<br>716 Lee Street, East<br>Charleston, West Virginia  25301<br>Telephone: (304) 344-9322<br>Facsimile: (304) 344-1157<br>rusty@rustywebb.com | Paul T. Farrell, Jr. (WVSB Bar No. 0070257)<br>Bert Ketchum<br>**GREENE, KETCHUM, FARRELL,**<br>**BAILEY & TWEEL, LLP**<br>419 - 11th Street (25701)/ P.O. Box 2389<br>Huntington, West Virginia 25724-2389<br>Tel.: 800-479-0053 or 304-525-9115<br>Fax: 304-529-3284<br>paul@greeneketchum.com<br>bert@greeneketchurn.com |
| Joseph F. Rice<br>**MOTLEY RICE LLC**<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Tel:  843-216-9000<br>Fax:  843-216-9450<br>jrice@motleyrice.com | Anthony J. Majestro<br>**POWELL & MAJESTRO, PLLC**<br>405 Capitol Street, Suite P-1200<br>Charleston, WV 25301<br>Tel.: 304-346-2889<br>Fax: 304-346-2895<br>amajestro@powellmajestro.com |
| Linda Singer<br>**MOTLEY RICE LLC**<br>401 9th Street NW, Suite 1001<br>Washington, DC 20004<br>Tel:  202-232-5504<br>Fax:  202-386-9622<br>lsinger@motleyrice.com | |

*Additional Counsel for Cabell County Commission*

Russell W. Budd
J. Burton LeBlanc, IV
Christine C. Mansour
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 11 00
Dallas, TX 752 19
Tel.: 214-521-3605
Fax: 214-520-1181
rbudd@baronbudd.com
bleblanc@baronbudd.com
cmansour@baronbudd.com

Roland K. Tellis
Mark P. Pifko
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Los Angeles, CA 91436
Tel.: 818-839-2333
Fax: 818-986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Michael J. Fuller, Jr. (Ohio Bar No. 0090250)
Amy Quezon (Ohio Bar No. 0091798)
**McHUGH FULLER LAW GROUP, PLLC**
97 Elias Whiddon Rd.
Hattiesburg, MS 39402
Tel.: 601-261-2220
Fax: 601-261-2481
mike@mchughfuller.com
amy@mchughfuller.com

Peter J. Mougey
Troy Rafferty
Page A. Poerschke
Laura S. Dunning
Neil E. "Ned" McWilliams
Jeffrey Gaddy
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel.: 850-435-7068
Fax: 850-436-6068
pmougey@levinlaw.com
trafferty@levinlaw.com
ppoerschke@levinlaw.com
ldunning@levinlaw.com
nmcwilliams@levinlaw.com
jgaddy@levinlaw.com

Michael A. Woelfel
**Woelfel & Woelfel**
801 Eighth Street
Huntington, WV 25701
Tel.: 304-522-6249
Fax: 304-522-9282

## CERTIFICATE OF SERVICE

I hereby certify that on June 28, 2019, a copy of the foregoing document was served via the Court's ECF system to all counsel of record.

>*/s/ Anne McGinness Kearse*
>Anne McGinness Kearse