# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No.  1:17-op-45053-DAP (S.D. W.Va.) and<br>Case No. 1:17-op-45054 (S.D. W.Va.)<br><br>CABELL COUNTY COMMISSION and CITY OF HUNTINGTON, WEST VIRGINIA,<br><br>Plaintiff,<br><br>PURDUE PHARMA L.P., *et al.*,<br><br>Defendants. | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster<br><br>MOTION FOR LEAVE TO CORRECT THIRD AMENDED AND JOINT COMPLAINT TO CONFORM TO THE SUBSTANCE OF THE PLEADING AND TO RE-FILE CORRECTED THIRD AMENDED AND JOINT COMPLAINT UNDER SEAL |

**MOTION FOR LEAVE TO CORRECT THIRD AMENDED AND JOINT COMPLAINT TO CONFORM TO SUBSTANCE OF THE PLEADING AND TO RE-FILE CORRECTED THIRD AMENDED AND JOINT COMPLAINT UNDER SEAL**

Pursuant to Local Rule 7.1, Plaintiffs, the City of Huntington and the County of Cabell, hereby move for leave to amend their Third Amended and Joint Complaint ("TAC") to make the corrections described below and to re-file their Corrected Third Amended and Joint Complaint under seal.  Plaintiffs' Corrected Third Amended and Joint Complaint seeks to correct inadvertent errors and/or omissions to the entities listed in (1) the caption and (2) Paragraph 13 and its corresponding footnote.  Specifically, Plaintiffs respectfully request leave to make the following corrections:

A. <u>The Caption</u>

1. To correct the caption by adding the following defendants named in the TAC but inadvertently omitted from the caption:

    a. CVS Pharmacy, Inc. (*See* TAC ¶ 152)
    b. West Virginia CVS Pharmacy, LLC (*See* TAC ¶ 163).
    c. Rite Aid of West Virginia (*See* TAC ¶ 185).
    d. Tasmanian Alkaloids Pty. Ltd. (*See* TAC ¶ 94).
    e. Walgreen Co. (*See* TAC ¶ 205).

2. To modify the following entity names with the additional text bolded below:
    a. Allergan Plc f/k/a Actavis Plc **f/k/a Allergan Inc**.
    b. Par Pharmaceutical Companies, Inc. **f/k/a Par Pharmaceutical Holdings, Inc.**

3. To remove the following entity names:
    a. Kroger Co.
    b. Allergan Inc., which should instead be included as the entity "Allergan Plc f/k/a Actavis Plc **f/k/a Allergan Inc**.," as set forth in TAC ¶ 70.

B. <u>Paragraph 13</u>

Plaintiffs also request leave to correct the list of defendants identified in Paragraph 13 by:

1. Adding the following entity names:
    a. Amneal Pharmaceuticals, Inc.;
    b. Amneal Pharmaceuticals of New York;
    c. Impax Laboratories, LLC;
    d. Par Pharmaceutical Companies, Inc.;
    e. Rhodes Technologies, Inc.;
    f. Tasmanian Alkaloids Pty. Ltd.

2. Modifying the following entity names as indicated in bold below:
    a. Allergan Plc **f/k/a Actavis plc f/k/a Allergan Inc.**
    b. Allergan Finance, LLC **f/k/a Actavis Inc. f/k/a Watson Pharmaceuticals, Inc.**,
    c. Actavis Pharma, Inc. **f/k/a Watson Pharma Inc.**,
    d. Janssen Pharmaceutica, Inc. **n/k/a Janssen Pharmaceuticals, Inc.**
    e. Ortho-McNeil-Janssen Pharmaceuticals, Inc. **n/k/a Janssen Pharmaceuticals, Inc.**
    f. Optum Rx **Inc.**
    g. Wal-Mart Pharmacy **Warehouse** #45
    h. Wal-Mart Pharmacy **Warehouse**

3. Removing the following entity names:

      a. Allergan Inc.
      b. Wal-Mart Pharmacy 10-2244
      c. Wal-Mart Pharmacy 10-5296

C. <u>Footnote 12 to Paragraph 13</u>

1. Plaintiffs also request leave to correct footnote 12 to reflect that the following parties were added as new defendants on June 13, 2019:
   a. Amneal Pharmaceuticals, Inc.;
   b. Amneal Pharmaceuticals of New York LLC;
   c. Impax Laboratories, LLC,;
   d. Tasmanian Alkaloids Pty. Ltd.

2. Plaintiffs also request leave to amend footnote 12 to reflect the following:
   a. Subsequent to the filing of its Second Amended Complaint, on July 6, 2018, Plaintiff Cabell County dismissed Rite Aid Corporation without prejudice.
   b. Subsequent to the filing of its Second Amended Complaint, on July 16, 2018, Plaintiff Cabell County:
      i. Dismissed CVS Health Corporation without prejudice
      ii. Dismissed Walgreens Boot Alliance, Inc., without prejudice
      iii. Substituted parties CVS Tennessee Distribution, LLC, CVS Indiana LLC, and CVS RX Services, Inc.
   c. CVS Indiana LLC was previously named in the City of Huntington's Second Amended Complaint.

3. Finally, Plaintiffs also request leave to remove the list of entities identified as "modified or corrected" in the interest of clarity.

WHEREFORE, Plaintiffs respectfully request that the Court grant Plaintiffs leave to correct and re-file under seal Plaintiffs' Corrected Third Amended and Joint Complaint with the amendments described above.

        Respectfully Submitted,

        */s/ Anne Kearse*

        Anne McGinness Kearse (WVSB No. 12547)
        **MOTLEY RICE LLC**
        28 Bridgeside Blvd.
        Mount Pleasant, SC 29464
        Tel:  843-216-9000
        Fax:  843-216-9450
        akearse@motleyrice.com

        *Counsel for the City of Huntington*

| THE CITY OF HUNTINGTON | CABELL COUNTY |
|---|---|
| Charles R. "Rusty" Webb (WVSB No. 4782)<br>**THE WEBB LAW CENTRE, PLLC**<br>716 Lee Street, East<br>Charleston, West Virginia  25301<br>Telephone: (304) 344-9322<br>Facsimile: (304) 344-1157<br>rusty@rustywebb.com | Paul T. Farrell, Jr. (WVSB Bar No. 0070257)<br>Bert Ketchum<br>**GREENE, KETCHUM, FARRELL,**<br>**BAILEY & TWEEL, LLP**<br>419 - 11th Street (25701)/ P.O. Box 2389<br>Huntington, West Virginia 25724-2389<br>Tel.: 800-479-0053 or 304-525-9115<br>Fax: 304-529-3284<br>paul@greeneketchum.com<br>bert@greeneketchurn.com |
| Joseph F. Rice<br>**MOTLEY RICE LLC**<br>28 Bridgeside Blvd.<br>Mount Pleasant, SC 29464<br>Tel:  843-216-9000<br>Fax:  843-216-9450<br>jrice@motleyrice.com | Anthony J. Majestro<br>**POWELL & MAJESTRO, PLLC**<br>405 Capitol Street, Suite P-1200<br>Charleston, WV 25301<br>Tel.: 304-346-2889<br>Fax: 304-346-2895<br>amajestro@powellmajestro.com |
| Linda Singer<br>**MOTLEY RICE LLC**<br>401 9th Street NW, Suite 1001<br>Washington, DC 20004<br>Tel:  202-232-5504<br>Fax:  202-386-9622<br>lsinger@motleyrice.com | |

*Additional Counsel for Cabell County Commission*

Russell W. Budd
J. Burton LeBlanc, IV
Christine C. Mansour
**BARON & BUDD, P.C.**
3102 Oak Lawn Avenue, Suite 11 00
Dallas, TX 752 19
Tel.: 214-521-3605
Fax: 214-520-1181
rbudd@baronbudd.com
bleblanc@baronbudd.com
cmansour@baronbudd.com

Roland K. Tellis
Mark P. Pifko
**BARON & BUDD, P.C.**
15910 Ventura Boulevard, Suite 1600
Los Angeles, CA 91436
Tel.: 818-839-2333
Fax: 818-986-9698
rtellis@baronbudd.com
mpifko@baronbudd.com

Michael J. Fuller, Jr. (Ohio Bar No. 0090250)
Amy Quezon (Ohio Bar No. 0091798)
**McHUGH FULLER LAW GROUP, PLLC**
97 Elias Whiddon Rd.
Hattiesburg, MS 39402
Tel.: 601-261-2220
Fax: 601-261-2481
mike@mchughfuller.com
amy@mchughfuller.com

Peter J. Mougey
Troy Rafferty
Page A. Poerschke
Laura S. Dunning
Neil E. "Ned" McWilliams
Jeffrey Gaddy
**LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY & PROCTOR, P.A.**
316 S. Baylen Street, Suite 600
Pensacola, FL 32502-5996
Tel.: 850-435-7068
Fax: 850-436-6068
pmougey@levinlaw.com
trafferty@levinlaw.com
ppoerschke@levinlaw.com
ldunning@levinlaw.com
nmcwilliams@levinlaw.com
jgaddy@levinlaw.com

Michael A. Woelfel
**Woelfel & Woelfel**
801 Eighth Street
Huntington, WV 25701
Tel.: 304-522-6249
Fax: 304-522-9282

**CERTIFICATE OF SERVICE**

I hereby certify that on June 28, 2019, a copy of the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Anne McGinness Kearse*
Anne McGinness Kearse