## IN THE UNITED STATES DISTRICT COURT
### FOR THE NORTHERN DISTRICT OF OHIO, EASTERN DIVISION

| | | |
|---|---|---|
| **IN RE:  NATIONAL PRESCRIPTION** | | |
| **OPIATE LITIGATION** | ) | **Case No: 1:17-md-2804** |
| | ) | **MDL  2804** |
| _____ | ) | **Judge Dan A. Polster** |
| | ) | |
| **THIS DOCUMENT RELATES TO:** | ) | |
| **ALL CASES** | ) | |

### NOTICE OF WITHDRAWAL OF APPEARANCE

TO THE CLERK AND ALL PARTIES:

NOW COMES James R. Dugan, II, who represents to this Court that Bonnie A. Kendrick is no longer associated with The Dugan Law Firm, APLC, and therefore will no longer be performing work in this matter.  As such, the undersigned respectfully requests that Bonnie A. Kendrick be withdrawn as counsel of record for Plaintiff(s) in the above-numbered and entitled cause.  All other counsel named below shall remain the attorneys of record for Plaintiff(s) in this action.

DATED:  July 1, 2019

Respectfully Submitted:

 /s/ James R. Dugan, II_____
James R. Dugan, II (LA Bar No. 24785)
David S. Scalia (LA Bar No.21369)
The Dugan Law Firm, APLC
365 Canal Street, Suite 1000
New Orleans, Louisiana  70130
Telephone:    (504) 648-0180
Facsimile:    (504) 648-0181
E-mail:        *jdugan@dugan-lawfirm.com*
                  *dscalia@dugan-lawfirm.com*
***Counsel for Plaintiff(s)***

## *CERTIFICATE OF SERVICE*

I hereby certify that on July 1, 2019, I filed the above and foregoing pleading using this Court's CM/ECF system, which will send electronic notice of this filing to all parties to this matter and/or their counsel of record.

       _/s/ James R. Dugan, II_____
       **James R. Dugan, II**