# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Master Docket No. |
| | 1:17-MD-02804-DAP |
| **This document relates to:** | Hon. Judge Dan A. Polster |

*Rees v. McKesson Corporation, et al.*
MDL Case #1:18-OP-45252

*Wood v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45264

*Salmons v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45268

*Ambrosio v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45375

*Flanagan v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45405

*Whitley, et al. v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45598

*Roach v. McKesson Corporation, et al.*
MDL Case #1:18-OP-45662

*Hunt v. Purdue Pharma L.P., et al*
MDL Case No. #1:18-OP-45681

*Moore v. Purdue Pharma L.P., et al*
MDL Case No. #1:18-OP-46305

*Doyle v. Actavis LLC, et al.*
MDL Case No. #1:18-OP-46327

*Hanlon v. Purdue Pharma LP, et al*
MDL Case No. #1:19-OP-45052

### MOTION FOR LEAVE TO FILE MOTION FOR RECONSIDERATION OF THE COURT'S ORDER (DOC. 1662) HOLDING A RULE 12(B)(6) DETERMINATION ON PLAINTIFFS' CLASS ALLEGATIONS

Plaintiffs, though undersigned counsel, respectfully move the Court for leave to file a motion for reconsideration of the Court's Order (Doc. 1662) holding a Rule 12(B)(6) Determination on Plaintiffs' Class Allegation.

On June 6, 2019, the Court issued an Order *sua sponte* inviting Defendants to move to strike Plaintiffs' class-action allegations on behalf of NAS Babies.[1] (*See* ECF# 1662, Case No. 1:17-md-02804-DAP (the "June 6 Order").) The parties are specifically directed to "address the propriety of class certification." (*Id.*)  (Since the Court issued its order, the 6th Circuit reversed a trial court's striking class action allegations prior to discovery. *Doe v. City of Memphis*, No. 18-5565, 2019 WL 2637637, at *11 (6th Cir. June 27, 2019)).

For the reasons set forth in the attached memorandum, Plaintiffs seek leave to ask the Court to:

(1) reconsider the June 6 Order as violative of class-action procedure and Plaintiffs' due-process rights; and

(2) grant Plaintiffs seeking class-wide relief for NAS Babies leave to move to certify the putative classes identified in their pleadings, together with an abbreviated period for discovery and any appropriate amendment of their pleadings—all in accordance with Fed. R. Civ. P. 23 and due process.

Wherefore, Plaintiffs pray that their motion for leave is granted.

---

[1] The June 6 Order applies to the eleven separate actions, then-consolidated in this MDL, asserting class-action allegations on behalf of NAS Babies. After the Court issued the June 6, Order, other plaintiffs have filed an additional 30 class actions on behalf of NAS Babies.  There are now 41 class actions filed on behalf of NAS Babies covering 34 states.

Respectfully submitted,

/s/ Scott R. Bickford
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford (La. 01165)
Spencer R. Doody (La. 27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065


/s/ Donald Creadore
THE CREADORE LAW FIRM, P.C.
Donald Creadore (NY Reg. No. 2090702)
450 Seventh Avenue – 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Email: Donald@creadorelawfirm.com

/s/ Celeste Brustowicz
COOPER LAW FIRM, LLC
Celeste Brustowicz (pro hac vice)
Barry J. Cooper, Jr. (pro hac vice)
Stephen H. Wussow (pro hac vice)
Victor Cobb (pro hac vice)
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Email: cbrustowicz@sch-llc.com

/s/ Kevin W. Thompson
THOMPSON BARNEY LAW FIRM
Kevin W. Thompson (pro hac vice)
David R. Barney, Jr. (pro hac vice)
2030 Kanawha Boulevard
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompsonwv@gmail.com

**CERTIFICATE OF SERVICE**

A copy of the foregoing was filed via the Court's electronic filing system on July 1, 2019. Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

*/s/Scott R. Bickford*
Scott R. Bickford