# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804 |
| | Master Docket No. 1:17-MD-02804-DAP |
| **This document relates to:** | Hon. Judge Dan A. Polster |

*Rees v. McKesson Corporation, et al.*
MDL Case #1:18-OP-45252

*Wood v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45264

*Salmons v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45268

*Ambrosio v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45375

*Flanagan v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45405

*Whitley, et al. v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45598

*Roach v. McKesson Corporation, et al.*
MDL Case #1:18-OP-45662

*Hunt v. Purdue Pharma L.P., et al*
MDL Case No. #1:18-OP-45681

*Moore v. Purdue Pharma L.P., et al*
MDL Case No. #1:18-OP-46305

*Doyle v. Actavis LLC, et al.*
MDL Case No. #1:18-OP-46327

*Hanlon v. Purdue Pharma LP, et al*
MDL Case No. #1:19-OP-45052

## **ORDER**

Having considering Plaintiffs' Motion for Leave to File Motion for Reconsideration of the Court's Order (Doc. 1662) holding a Rule 12(B)(6) determination on Plaintiffs' Class Allegations, it is hereby ordered that the motion is granted.

_____
JUDGE