# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*County of Carbon v. Purdue Pharma L.P., et al.,*<br>Case No. 19-op-45337<br><br>*Delaware County, Pennsylvania v. Purdue Pharma L.P., et al.,*<br>Case No. 19-op-45285 | MDL 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>**REMAND ORDER** |

Upon consideration of the Removing Defendant's Notice of Consent to Remand, it is hereby **ORDERED** that the actions entitled *County of Carbon v. Purdue Pharma L.P., et al.*, Case No. 19-op-45337, Doc #: 54 (E.D. Pa.) and *Delaware County, Pennsylvania v. Purdue Pharma L.P., et al.*, Case No. 19-op-45285, Doc #: 60 (E.D. Pa.) are **REMANDED** to the Court of Common Pleas of Delaware County, Pennsylvania.[1]

   **IT IS SO ORDERED.**

                              */s/ Dan Aaron Polster  July 2, 2019*
                              DAN AARON POLSTER
                              UNITED STATES DISTRICT JUDGE

---

[1] These Notices are the only responses to the Scheduling Order, Doc #: 1708, the Court filed in Case No. 1:17-md-2804 on June 20, 2019.