UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | No. 1:17-md-2804 |
| | Judge Dan A. Polster |
| This Document Relates To: | |
| ALL ACTIONS. | |

**STIPULATION AND [PROPOSED] ORDER FOR EXTENSION OF DEADLINE**

Plaintiffs and Defendant Teva Pharmaceuticals Industries Ltd. hereby stipulate and move for an extension of the deadlines to file their opposition and reply respectively with regard to Teva Pharmaceutical Industries Ltd.'s motion to dismiss for lack of personal jurisdiction (Docket #1264, filed 1/15/19). The current dates are July 3 for the opposition, and July 17 for the reply. The stipulated dates coincide with the dates currently set with regard to Allergan plc's personal jurisdiction motion to dismiss, and are as follows:

1. Deadline for Plaintiffs to file opposition to Motion to Dismiss filed by Teva Pharmaceuticals Industries Ltd. (Docket No. 1258) to July 9, 2019; and

2. Deadline for Teva Pharmaceuticals Industries Ltd. to file any Reply to July 30, 2019.

IT IS SO STIPULATED.

DATED: July 2, 2019  **SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
MARK G. CRAWFORD

s/ Mark G. Crawford
BY: MARK G. CRAWFORD

SKIKOS CRAWFORD SKIKOS & JOSEPH
One Sansome Street, 28th Floor
San Francisco, CA 94104
Telephone: 415.546.7300
Fax: 415.546.7301
mcrawford@skikos.com

Attorneys for Plaintiffs

DATED: July 2, 2019          **MORGAN, LEWIS & BOCKIUS LLP**
REBECCA J. HILLYER

    s/ Rebecca J. Hillyer (via email authorization)
BY: REBECCA J. HILLYER

1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215.963.5000
Fax: +1.215.963.5001
rebecca.hillyer@morganlewis.com

Attorneys for Defendant Teva Pharmaceuticals Industries, Ltd.

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED: _____     _____
THE HONORABLE DAN A. POLSTER
UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 2, 2019, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, and will be served via the Court's CM/ECF filing system on all attorneys of record.

        s/ Mark G. Crawford
        MARK G. CRAWFORD

        SKIKOS CRAWFORD SKIKOS & JOSEPH
        One Sansome Street, 28th Floor
        San Francisco, CA 94104
        Telephone: 415.546.7300
        Fax: 415.546.7301
        sskikos@skikos.com
        mcrawford@skikos.com