# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

THIS DOCUMENT RELATES
TO: ALL CASES

MDL No. 2804
Case No. 1:17-md-2804
Judge Dan Aaron Polster

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Maria R. Durant of Hogan Lovells US LLP hereby enters her appearance as counsel of record for Defendant Indivior, Inc. in the above-captioned action.

Dated: July 2, 2019

Respectfully submitted,

*/s/ Maria R. Durant*
Maria R. Durant
Hogan Lovells US LLP
100 High Street, 20th Floor
Boston, MA 02110
Tel: (617) 371-1024
Fax: (617) 371-1037
maria.durant@hoganlovells.com

*Counsel for Indivior, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 2, 2019, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all attorneys of record.

*/s/ Maria R. Durant*
Maria R. Durant
Hogan Lovells US LLP
100 High Street, 20th Floor
Boston, MA 02110
Tel: (617) 371-1024
Fax: (617) 371-1037
maria.durant@hoganlovells.com

*Counsel for Indivior, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | MDL No. 2804<br>Case No. 1:17-md-2804<br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Sara E. Silva of Hogan Lovells US LLP hereby enters her appearance as counsel of record for Defendant Indivior, Inc. in the above-captioned action.

Dated: July 2, 2019

Respectfully submitted,

*/s/ Sara E. Silva*
Sara E. Silva
Hogan Lovells US LLP
100 High Street, 20th Floor
Boston, MA 02110
Tel: (617) 371-1461
Fax: (617) 371-1037
sara.silva@hoganlovells.com

*Counsel for Indivior, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all attorneys of record.

*/s/ Sara E. Silva*
Sara E. Silva
Hogan Lovells US LLP
100 High Street, 20th Floor
Boston, MA 02110
Tel: (617) 371-1461
Fax: (617) 371-1037
sara.silva@hoganlovells.com

*Counsel for Indivior, Inc.*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | MDL No. 2804<br>Case No. 1:17-md-2804<br>Judge Dan Aaron Polster |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that Safa W. Osmani of Hogan Lovells US LLP hereby enters her appearance as counsel of record for Defendant Indivior, Inc. in the above-captioned action.

Dated: July 2, 2019

Respectfully submitted,

*/s/ Safa W. Osmani*
Safa W. Osmani
Hogan Lovells US LLP
100 High Street, 20th Floor
Boston, MA 02110
Tel: (617) 371-1023
Fax: (617) 371-1037
safa.osmani@hoganlovells.com

*Counsel for Indivior, Inc.*

## **CERTIFICATE OF SERVICE**

I hereby certify that on July 2, 2019, I electronically filed the foregoing Notice with the Clerk of Court using the CM/ECF system, which sent notification of the filing to all attorneys of record.

*/s/ Safa W. Osmani*
Safa W. Osmani
Hogan Lovells US LLP
100 High Street, 20th Floor
Boston, MA 02110
Tel: (617) 371-1023
Fax: (617) 371-1037
safa.osmani@hoganlovells.com

*Counsel for Indivior, Inc.*