UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | | |
|---|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | No. 1:17-md-2804<br><br>Judge Dan A. Polster |
| This Document Relates To:<br><br>   ALL ACTIONS. | ) ) ) ) ) | |

**STIPULATION AND ORDER FOR EXTENSION OF DEADLINE**

4852-3708-5595.v1

- 1 -

Plaintiffs and Defendant Teva Pharmaceuticals Industries Ltd. hereby stipulate and move for an extension of the deadlines to file their opposition and reply respectively with regard to Teva Pharmaceutical Industries Ltd.'s motion to dismiss for lack of personal jurisdiction (Docket #1264, filed 1/15/19). The current dates are July 3 for the opposition, and July 17 for the reply. The stipulated dates coincide with the dates currently set with regard to Allergan plc's personal jurisdiction motion to dismiss, and are as follows:

1. Deadline for Plaintiffs to file opposition to Motion to Dismiss filed by Teva Pharmaceuticals Industries Ltd. (Docket No. 1258) to July 9, 2019; and

2. Deadline for Teva Pharmaceuticals Industries Ltd. to file any Reply to July 30, 2019.

IT IS SO STIPULATED.

DATED: July 2, 2019　　　　　　　　　　**SKIKOS, CRAWFORD, SKIKOS & JOSEPH**
　　　　　　　　　　　　　　　　　　　　MARK G. CRAWFORD

　　　　　　　　　　　　　　　　　　　　s/ Mark G. Crawford
　　　　　　　　　　　　　　　　　　　　BY: MARK G. CRAWFORD

　　　　　　　　　　　　　　　　　　　　SKIKOS CRAWFORD SKIKOS & JOSEPH
　　　　　　　　　　　　　　　　　　　　One Sansome Street, 28th Floor
　　　　　　　　　　　　　　　　　　　　San Francisco, CA 94104
　　　　　　　　　　　　　　　　　　　　Telephone: 415.546.7300
　　　　　　　　　　　　　　　　　　　　Fax: 415.546.7301
　　　　　　　　　　　　　　　　　　　　mcrawford@skikos.com

　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiffs

- 2 -

DATED: July 2, 2019

**MORGAN, LEWIS & BOCKIUS LLP**
REBECCA J. HILLYER

s/ Rebecca J. Hillyer (via email authorization)
BY: REBECCA J. HILLYER

1701 Market Street
Philadelphia, PA 19103-2921
Telephone: 215.963.5000
Fax: +1.215.963.5001
rebecca.hillyer@morganlewis.com

Attorneys for Defendant Teva Pharmaceuticals Industries, Ltd.

\*   \*   \*

**O R D E R**

IT IS SO ORDERED.

DATED:  7/3/19              /s/Dan Aaron Polster
                            THE HONORABLE DAN A. POLSTER
                            UNITED STATES DISTRICT JUDGE