**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO: *All Cases* | ) ) | JUDGE DAN AARON POLSTER |

**NOTICE OF SUBSTITUTION OF COUNSEL**

Pursuant to Loc.R. 83.9, notice is hereby given that Defendant Cardinal Health, Inc. substitutes as its counsel of record attorney Jill G. Okun of the law firm of Porter, Wright, Morris & Arthur LLP ("Porter Wright") in place of attorney J. Philip Calabrese, also of Porter Wright. Cardinal Health, Inc. has given informed consent to the substitution and the substitution will have no material adverse effect on Cardinal Health, Inc., which will also continue to be represented by competent counsel from the law firm of Williams & Connolly.

All notices, pleadings and correspondence in this case should be directed to Ms. Okun, on behalf of Cardinal Health, Inc., at the addresses listed below.

Respectfully submitted,

/s/ J. Philip Calabrese  (per authorization)
J. Philip Calabrese (0072709)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Street
Suite 500
Cleveland, OH  44113
Telephone: 216-443-9000
Facsimile: 216-443-9011
pcalabrese@porterwright.com

/s/ Jill G. Okun
Jill G. Okun (0034477)
PORTER WRIGHT MORRIS & ARTHUR LLP
950 Main Street
Suite 500
Cleveland, OH  44113
Telephone: 216-443-9000
Facsimile: 216-443-9011
pcalabrese@porterwright.com

*Attorneys for Defendant Cardinal Health, Inc.*

## **CERTIFICATE OF SERVICE**

I certify that on July 3, 2019, I electronically filed the foregoing with the Court using the Court CM/ECF filing system.  Copies will be served upon counsel of record through the Court CM/ECF system.

/s/ Jill G. Okun
Jill G. Okun