# IN THE UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*Muscogee (Creek) Nation v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45459<br><br>*The Blackfeet Tribe of the Blackfeet Indian Reservation v. AmerisourceBergen Drug Corporations, et al.*<br>Case No. 1:18-op-45749 | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster**<br><br><br>**ORDER** |

Upon consideration of the Partial Consent Motion for Extension of Time to Answer Complaints in the above-referenced cases, it is hereby

**ORDERED** that the Defendants file their Answers to *Muscogee (Creek) Nation's* First Amended Complaint, Doc. #: 731 and *The Blackfeet Tribe of the Blackfeet Indian Reservation's* Corrected First Amended Complaint (Redacted), Doc #: 9 by **12:00 PM on Friday, July 26, 2019.**

_____
Dan Aaron Polster
United States District Judge