UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES:<br><br>*All Track One Cases* | MDL 2804<br><br>Case No.: 1:17-md-2804<br><br>Judge Dan Aaron Polster<br><br>Hearing Date: July \_\_\_\_, 2019<br><br>Time:  _____ am/pm |

## **CONSENT MOTION TO SEVER INSYS THERAPEUTICS, INC.**

WHEREAS, on June 10, 2019, Defendant Insys Therapeutics, Inc. ("Insys") filed a Notice of Bankruptcy Filing and Imposition of Automatic Stay (ECF No. 1670); and

WHEREAS, on June 11, 2019, in the United States Bankruptcy Court for the District of Delaware, Insys filed a motion styled "Debtors' Motion for a Preliminary Injunction Pursuant to 11 U.S.C. § 105(a)," seeking a stay of certain actions, including the cases that are within this multi-district litigation and scheduled to go to trial on October 21, 2019;

WHEREAS, Plaintiffs' counsel do not intend to oppose the stay sought by Insys in Bankruptcy Court,

It is hereby stipulated and agreed that:

1) Claims by the City of Cleveland against Insys, in the action styled *City of Cleveland v. AmerisourceBergen Drug Corp. et al.*, 1:18-op-45132, shall be severed from those pending against other defendants;

2) Claims by the County of Summit, Ohio, and the City of Akron against Insys in the action styled *County of Summit, Ohio, et al. v. Purdue Pharma, et al.*, 1:18-op-45090, shall be

severed from those claims pending against other defendants and those claims that are scheduled for trial beginning on October 21, 2019;

3) Claims by the County of Cuyahoga against Insys in the action styled *County of Cuyahoga v. Purdue Pharma L.P., et al.*, 1:17-op-45004, shall be severed from those claims pending against other defendants and those claims that are scheduled for trial beginning on October 21, 2019; and

4) In agreeing that upon Insys's severance from the Track One cases Insys' bankruptcy filing should have no effect on the Track One cases, including the trial scheduled to begin on October 21, 2019, the parties reserve all claims and defenses, and do not waive any arguments concerning any claim or defense.

Dated: July 3, 2019           *Plaintiffs' Co-Lead Counsel*

                         By:   *s/Paul Hanly, Jr.*_____
                                Paul J. Hanly, Jr.

                         SIMMONS HANLY CONROY LLC
                         112 Madison Avenue
                         New York, NY 10016
                         Tel:    212-784-6401
                         Fax:   212-213-5949

                         Joseph F. Rice
                         MOTLEY RICE LLC
                         28 Bridgeside Blvd. 17th Floor
                         Mount Pleasant, SC 29464
                         Tel:    843-216-9000
                         Fax:   843-216-9450
                         Email: jrice@motleyrice.com

Paul T. Farrell Jr.
GREENE KETCHUM, FARRELL, BAILEY & TWEEL, LLP
419 Eleventh Street
Huntington, WV 25701
Tel: 304-525-9115
Fax: 304-529-3284
Email: paul@greeneketchum.com

*Plaintiffs' Liaison Counsel*


By: *s/Peter H. Weinberger*
    Peter H. Weinberger

SPANGENBERG SHIBLEY & LIBER, LLP
1001 Lakeside Avenue, E, Ste. 1700
Cleveland, OH 44114
Tel: 216-696-3232
Fax: 216-696-3924
Email: pweinberger@spanglaw.com

Steven Skikos
SKIKOS, CRAWFORD, SKIKOS AND JOSEPH
1 Sansome Street Ste. 2830
San Francisco, CA 94104
Tel: 415-546-7300
Fax: 415-546-7301
Email: sskikos@skikos.com

Troy A. Rafferty
LEVIN, PAPANTONIO, THOMAS, MITCHELL,
 RAFFERTY AND PROCTOR
316 South Baylen Street Ste. 600
Pensacola, FL 32502
Tel: 850-435-7163
Fax: 850-436-6163
Email: trafferty@levinlaw.com

*Plaintiffs' Executive Committee*

Elizabeth J. Cabraser
LIEFF CABRASER HEIMANN & BERNSTEIN, LLP
275 Battery Street, 29th Flr.
San Francisco, CA 94111
Tel: 415-956-1000
Fax: 415-956-1008
Email: ecabraser@lchb.com

James E. Cecchi
CARELLA, BYRNE, CECCHI, OLSTEIN, BRODY &
 AGNELLO, P.C.
5 Becker Farm Road
Roseland, NJ 07068
Tel: 973-994-1700
Fax: 973-994-1744
Email: jcecchi@carellabyrne.com

Erin K. Dickinson
CRUEGER DICKINSON LLC
4532 North Oakland Avenue
Whitefish Bay, WI 53202
Tel: 414-210-3767
Email: ekd@cruegerdickinson.com

James R. Dugan, II
THE DUGAN LAW FIRM, APLC
365 Canal Street Ste. 1000
New Orleans, LA 70130
Tel: 504-648-0180
Fax: 504-648-0181
Email: jdugan@dugan-lawfirm.com

Paul J. Geller
ROBBINS GELLER RUDMAN & DOWD LLP
120 East Palmetto Park Road Ste. 500
Boca Raton, FL 33432
Tel: 561-750-3000
Fax: 561-750-3364
Email: pgeller@rgrdlaw.com

Michael J. Fuller
MCHUGH FULLER LAW GROUP
97 Elias Whiddon Road
Hattiesburg, MS 39402
Tel:     601-261-2220
Fax:     601-261-2481
Email: mike@mchughfuller.com

R. Eric Kennedy
WEISMAN KENNEDY & BERRIS CO., LPA
1600 Midland Bldg.
101 Prospect Avenue, W
Cleveland, OH 44115
Tel:     216-781-1111
Fax:     216-781-6747
Email: ekennedy@weismanlaw.com

W. Mark Lanier
LANIER LAW FIRM
6810 FM 1960 West
Houston, TX 77069
Tel:     713-659-5200

Peter J. Mougey
LEVIN, PAPANTONIO, THOMAS, MITCHELL, RAFFERTY &
 PROCTOR, PA
316 South Baylen Street Ste. 600
Pensacola, FL 32502
Tel:     850-435-7068
Fax:     850-436-6068
Email: pmougey@levinlaw.com

Ellen Relkin
WEITZ & LUXENBERG, P.C.
700 Broadway 5th Floor
New York, NY 10003
Tel:     212-558-5715
Fax:     212-344-5461
Email: erelkin@weitzlux.com

Lynn Sarko
KELLER ROHRBACK
1201 Third Avenue Ste. 3200
Seattle, WA 98101
Tel:     206-623-1900
Fax:    206-623-3384
Email: lsarko@kellerrohrback.com

Hunter J. Shkolnik
NAPOLI SHKOLNIK PLLC
400 Broadhollow Road Ste. 305
Melville, NY 11747
Tel:     212-397-1000
Fax:    646-843-7603
Email: hunter@napolilaw.com

Christopher A. Seeger
SEEGER WEISS LLP
Christopher A. Seeger
55 Challenger Road 6th Floor
Ridgefield Park, NJ 07660
Tel:     973-639-9100
Fax:    973-639-9393
Email: cseeger@seegerweiss.com

Roland Tellis
BARON & BUDD, P.C.
15910 Ventura Blvd. Ste. 1600
Los Angeles, CA 91436
Tel:     818-839-2333
Fax:    818-986-9698
Email: rtellis@baronbudd.com

James D. Young
MORGAN & MORGAN
76 South Laura Street Ste. 1100
Jacksonville, FL 32202
Tel:     904-361-0012
Fax:    904-366-7677
Email: jyoung@forthepeople.com

6

APPROVED:

Date:  July __, 2019

                                                JUDGE DAN AARON POLSTER

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that on this 3rd day of July, 2019, I have electronically filed the foregoing with the Clerk of Court using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

                                              *s/Peter H. Weinberger*
                                              Peter H. Weinberger
                                              *Plaintiffs' Liaison Counsel*