# EXHIBIT 2

Labeler Market Share – MMEs
(Ohio, ARCOS; 2006-2014)
*The following table displays labelers in Ohio with greater than 1% of total MMEs.*



Labeler Market Share – Dosage Units
(Ohio, ARCOS; 2006-2014)
*The following table displays labelers in Ohio with greater than 1% of total dosage units.*



Labeler Market Share – Total Dosage Units
(Ohio, ARCOS; 2006-2014)
*The following table displays labelers in Ohio with greater than 1% of total dosage units.*



3