# EXHIBIT 3

**DISTRIBUTOR TOTALS FROM MNK-T1_0007897646**

| Distributor | Sold_to_Alpha_Name | Sold_to_City | Sold_to_State | Earliest | Latest | Total Extended_Price |
|---|---|---|---|---|---|---|
| **CARDINAL** | CARDINAL HEALTH | COLUMBUS | OH | 1997 | 2017 | $4,431,907,123.06 |
| | CARDINAL HEALTH,ZANESVILLE,OH   INACTIVE | ZANESVILLE | OH | 2005 | 2011 | $783,952.74 |
| | CARDINAL HEALTH P R 120,SAN JUAN,PR | SAN JUAN | PR | 1998 | 2009 | $324,962.76 |
| | | | **CARDINAL TOTAL:** | **1997** | **2017** | **$4,433,016,038.56** |
| **KEYSOURCE** | KEYSOURCE ACQUISITION LLC | CINCINNATI | OH | 2004 | 2011 | $59,730,141.66 |
| **MASTERS** | MASTERS PHARMACEUTICALS,(CLOSED) | CINCINNATI | OH | 2007 | 2012 | $99,374,300.94 |
| **MIAMI LUKEN** | MIAMI LUKEN INC,SPRINGBORO,OH | SPRINGBORO | OH | 1998 | 2017 | $15,036,316.86 |
| | **Indirect Purchases from Chargeback data produced at MNK-T1_0007965587 & 5588** | | | | | |
| **KROGER** | KROGER *(All Locations)* | *Multiple* | *Multiple* | 1998 | 2017 | $195,534,783.01 |
| | KROGER *(Ohio Locations Only)* | *Multiple* | OH | 1998 | 2017 | $55,163,389.95 |

S:\30096\Chargeback information\! Distributors\MNK-T1_0007897646 Direct Sales Data\MNK-T1_0007897646_BreakOut.xlsx