# EXHIBIT 12

Highly Confidential - Subject to Further Confidentiality Review

```
1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF OHIO
2                          EASTERN DIVISION
3

    IN RE:  NATIONAL PRESCRIPTION     ) No. 17-md-2804
4   OPIATE LITIGATION NO. 2804        )
                                      )
5   APPLIES TO ALL CASES              ) Hon. Dan A. Polster
                                      )
6

7         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
8                       PROTECTIVE REVIEW
9
                VIDEO DEPOSITION OF LYNN PHILLIPS
10
                         February 12, 2019
11                          9:05 a.m.
12
13
14
             Reporter:  John Arndt, CSR, CCR, RDR, CRR
15                      CSR No. 084-004605
                        CCR No. 1186
16
17
18
19
20
21
22
23
24
```

Golkow Litigation Services                                    Page 1

Highly Confidential - Subject to Further Confidentiality Review

```
 1    communications position.
 2        Q.    So what -- how would you describe the job
 3    that you did there in terms of what your obligations
 4    were?
 5        A.    Let me see.  I was in charge of media
 6    relations, so working with members of the media, trade
 7    media, and mainstream media on inquiries about the
 8    company.  Worked on earnings -- quarterly earnings
 9    after the company spun off.  Worked with our internal
10    team where appropriate on communicating things to the
11    workforce.  It's been a long time since, so I don't
12    remember my specific duties day-to-day.
13        Q.    Which corporate entity did you work for?
14        A.    Can you rephrase the question?
15        Q.    Yeah.  Who did you work for?  There are
16    several different entities, as I understand it, among
17    the Mallinckrodt name, but what -- which one did you
18    work for?
19        A.    I don't know.
20        Q.    Did you work for the entity that was
21    publicly-traded?
22        A.    I'm not sure.  I don't know the
23    differences between the -- can you give me something
24    more specific?  I -- the company that I worked for was
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   publicly-traded.
 2        Q.    You at some point worked in the news
 3   business; is that right?
 4        A.    Correct.
 5        Q.    When did you last work in the news
 6   business?
 7        A.    2010, shortly before we moved to St.
 8   Louis.  So 2010.
 9        Q.    Was that in New York?
10        A.    Uh-huh.
11        Q.    Did you work for ABC News at that point?
12        A.    Yes.  Yes.
13        Q.    So you worked with them from 2000 to 2010?
14        A.    Yes, and prior to 2000 as well.
15        Q.    Oh, I see.  Yeah.  Sorry.  We're going to
16   get this printed, but I don't have a printed copy, so
17   I'm just reading off the screen here.
18        A.    Uh-huh.
19        Q.    Right.  I see June 1997 is when you first
20   started as a producer with ABC News in New York.
21        A.    Yes.
22        Q.    And you were with ABC News through 2010?
23        A.    Correct.
24        Q.    Did you move to Missouri to take the job
```