# EXHIBIT 15



### Jeff Kilper · 3rd

Finance Leader | Senior Operations Controller | jeffkilper@gmail.com

Saint Louis, Missouri

Mallinckrodt Pharmaceuticals (Spun-off from Covidine...
University of Missouri-Saint Louis
See contact info
500+ connections

Senior-level Finance Leader accomplished at optimizing business performance and strategically driving change including restructurings, acquisitions, divestitures and business integrations. Relentlessly pursue exceptional results through collaboration with cross-functional leaders; utilizing critical thinking and insightful decision making to solve complex problems.

Integrated four (4) acquisitions, $2 billion total revenue, over a 2-year period, delivering operations and commercial finance due diligence and integration support. Saved $100 million in manufacturing costs after transforming the manufacturing network of 10 facilities working with a cross-functional team as the Finance lead.

Leadership | Strategic Planning | Business Partnership | P&L Management | CPA
Acquisitions | Business Integration | Restructuring | Divestitures | Due Diligence
Process Improvement | Process Streamlining | Cost Reduction | Lean Manufacturing
Strategic Initiatives | Contracting Strategies| Consignment Purchasing | Planning
Financial Forecasting | Financial Analysis | Financial Reporting | Finance Integration
Change Management | Critical Thinking | Insightful Decision Making | Problem Solving
Lean Manufacturing | Six Sigma | Continuous Improvement | Operational Excellence
Working Capital | Inventory Management | Business Process Improvement

Show less

### Experience

**Senior Director Finance, Specialty Generics**
Mallinckrodt Pharmaceuticals (Spun-off from Covidine 2013)
2016 – Present · 3 yrs
Webster Groves, Missouri

Leading a direct staff of 10 and a total organization of 24 finance professionals providing full range of financial planning activities for a $1 billion generics business with four (4) manufacturing facilities.

Transitioned business to a stand-alone operating model that includes commercial operations, manufacturing operations, research and development and SG&A functions. Planned divestiture for $1 billion generic division including carve-out audit, deal basis financial statements, confidential offering memorandum, third-party branded due diligence report, legal entity carve-out and due diligence with prospective buyers.

**People Also Viewed**

 Thomas Schrick · 3rd
Project Manager at Stryker Cons

 Andy Farrow, RPh, BCNP ...
Vice President, Sales, North Ame Curium

 Seleste Jackson · 3rd
Senior Transportation Clerk at Mallinckrodt Pharmaceuticals

 Terese Lafeber · 3rd
Sr. Financial Analyst, Goverment Reporting at Mallinckrodt Pharaceuticals

 Rochelle Griffin · 3rd
Director, SAP Change Managem Lead - Mallinckrodt Pharmaceut

 Jeffrey Hunter · 3rd
Senior Director, Global Real Esta Facilities at Mallinckrodt Pharmaceuticals

 Sue Marlatt · 3rd
Credit Analyst - Energizer Holdir

 James Schuh · 3rd
Director, EHS - Nuclear Operatic

 Scott Putnam · 3rd
Owner, Lead Consultant - Seekir opportunities at Putnam Consult

Michelle Rieken · 3rd
IT Analyst at Bunge North Ameri

### Mallinckrodt Pharmaceuticals (Spun-off from Covidien 2013)
5 yrs

**Finance Director, Hospital Therapies**
2015 – 2016 · 1 yr
Greater St. Louis Area

Led a direct staff of eight (8) finance professionals providing financial planning activities for a business that grew from $300 million to $1 billion in revenue over a six (6) month period.
... See more

**Finance Director, Autoimmune and Rare Diseases**
2014 – 2015 · 1 yr
Greater St. Louis Area

Interim assignment - Full range of financial planning activities for a $1 billion acquisition evaluating finance processes and finance support structure.

Established business partnerships with key commercial leaders to develop a 5-yea... See more

**Senior Operations Controller**
2011 – 2014 · 3 yrs
Greater St. Louis Area

Led a direct staff of six (6) and a total organization of 47 finance professionals providing a full range of financial planning activities for a $1 billion Global Operations Group which included 10 pharmaceutical manufacturing facilities and 10 distribution centers located throughout The Americas and Europe.

Saved $100 million in manufacturing costs after transforming the manufacturing network of 10 facilities, working with a cross-functional team as the Finance Leader, decreasing working capital by $30 million through targeted reductions in safety stock and implementing consignment purchasing of certain raw materials.

Leadership | Strategic Planning | Business Partnership | Cross-Functional Team Leadership
Business Process Improvement | Cost Reduction | Working Capital | Inventory Management
Financial Planning | Financial Forecasting | Financial Analysis | Financial Reporting
International – 10 countries | Global Operations | Insightful Decision Making | Problem Solving See less

Show fewer roles ⌃

### Covidien (Spun-off from Tyco International 2007)
9 yrs

**Operations Controller**
2006 – 2011 · 5 yrs
Greater St. Louis Area

Led a direct staff of nine (9) and a total organization of 38 Finance and 20 IT professionals providing a full range of financial planning activities for nine (9) pharmaceuticals manufacturing facilities located throughout The Americas and Europe.
... See more

**Plant Controller, St. Louis Plant**
2005 – 2006 · 1 yr
Greater St. Louis Area

**Manager - Planning Analysis, St. Louis Plant**
2002 – 2005 · 3 yrs
Greater St. Louis Area

Show fewer roles ⌃

**Senior Financial Analyst**
Tyco International
2000 – 2002 · 2 yrs
Greater St. Louis Area



1998 – 2000 · 2 yrs
Greater St. Louis Area

**Senior Auditor**
Birchler Mengwasser Martin Lall
1988 – 1998 · 10 yrs
Greater St. Louis Area

Show fewer experiences ∧

## Education

**University of Missouri-Saint Louis**
UMSL
Degrees in Accounting and Finance

## Skills & Endorsements

**Strategic Initiatives** · 1
Dale Rees has given an endorsement for this skill

**Business Performance** · 1
Dale Rees has given an endorsement for this skill

**Business Integration** · 1
Dale Rees has given an endorsement for this skill

Show more ∨

## Recommendations

Received (2)    Given (0)

**Dale Rees**
Chief Financial Officer | Finance Leader | DaleJRees@gmail.com
December 27, 2018, Dale managed Jeff directly

Jeff's breadth of finance experience in a manufacturing environment is tough to beat! We worked closely together in manufacturing finance leadership roles for a few years and have known each other for over ten years. Jeff always impressed me with his knowledge of the business, involvement in strategic... See more

**Jim Walter, CPIM**
SVP of Operations and Engineering at Tinuum Group
November 8, 2018, Jim was senior to Jeff but didn't manage directly

I worked with Jeff in a variety of roles over the years. He is a fantastic financial leader and has a broad understanding of how all aspects of commercial and manufacturing areas affect the bottom line. Jeff has a tremendous grasp of the entire business and is extremely versatile. Jeff also has an audit background t... See more

## Accomplishments

1 Certification
Certified Public Accountant



professionals providing a full range of financial planning activities for nine (9)
pharmaceuticals manufacturing facilities located throughout The Americas and Europe.
... See more

**Plant Controller, St. Louis Plant**
2005 – 2006 · 1 yr
Greater St. Louis Area

**Manager - Planning Analysis, St. Louis Plant**
2002 – 2005 · 3 yrs
Greater St. Louis Area

Show fewer roles ∧

**Senior Financial Analyst**
Tyco International
2000 – 2002 · 2 yrs
Greater St. Louis Area

**Senior Auditor**
Mallinckrodt (Acquired by Tyco International in 2000)
1998 – 2000 · 2 yrs
Greater St. Louis Area

**Senior Auditor**
Birchler Mengwasser Martin Lall
1988 – 1998 · 10 yrs
Greater St. Louis Area

Show fewer experiences ∧

## Education

**University of Missouri-Saint Louis**
Degrees in Accounting and Finance