**EXHIBIT 1**

*Presentation of Information*

Unless the context requires otherwise, references to "Mallinckrodt plc," "Mallinckrodt," "we," "us," "our" and "the Company" refer to Mallinckrodt plc, an Irish public limited company, and its consolidated subsidiaries for periods subsequent to its separation from Covidien plc on June 28, 2013. For periods prior to June 28, 2013, these terms refer to the combined historical business and operations of Covidien plc's Pharmaceuticals business as it was historically managed as part of Covidien plc. Unless the context requires otherwise, references to "Covidien" refer to Mallinckrodt's former parent company, Covidien plc, an Irish public limited company, and its consolidated subsidiaries (which was subsequently acquired by Medtronic plc). References in this Annual Report on Form 10-K to the "Separation" refer to the legal separation and transfer of Covidien's Pharmaceuticals business to Mallinckrodt plc through a dividend distribution to Covidien shareholders on June 28, 2013. References to "dollars" or "$" refer to United States dollars.

*Trademarks and Trade Names*

Mallinckrodt owns or has rights to use trademarks and trade names that it uses in conjunction with the operation of its business. One of the more important trademarks that it owns or has rights to use that appears in this Annual Report on Form 10-K is "Mallinckrodt," which is a registered trademark or the subject of pending trademark applications in the United States and other jurisdictions. Solely for convenience, the Company only uses the ™ or ® symbols the first time any trademark or trade name is mentioned. Such references are not intended to indicate in any way that the Company will not assert, to the fullest extent permitted under applicable law, its rights to its trademarks and trade names. Each trademark or trade name of any other company appearing in this Annual Report on Form 10-K is, to the Company's knowledge, owned by such other company.

*Forward-Looking Statements*

The Company has made forward-looking statements in this Annual Report on Form 10-K that are based on management's beliefs and assumptions and on information currently available to management. Forward-looking statements include, but are not limited to, information concerning the Company's possible or assumed future results of operations, business strategies, financing plans, competitive position, potential growth opportunities, potential operating performance improvements, the effects of competition and the effects of future legislation or regulations. Forward-looking statements include all statements that are not historical facts and can be identified by the use of forward-looking terminology such as the words "believe," "expect," "plan," "intend," "project," "anticipate," "estimate," "predict," "potential," "continue," "may," "should" or the negative of these terms or similar expressions.

Forward-looking statements involve risks, uncertainties and assumptions. Actual results may differ materially from those expressed in these forward-looking statements. You should not place undue reliance on any forward-looking statements.

The risk factors included in Item 1A. of this Annual Report on Form 10-K could cause the Company's results to differ materially from those expressed in forward-looking statements. There may be other risks and uncertainties that the Company is unable to predict at this time or that the Company currently does not expect to have a material adverse effect on its business.

These forward-looking statements are made as of the filing date of this Annual Report on Form 10-K. The Company expressly disclaims any obligation to update these forward-looking statements other than as required by law.

*Income Taxes*

In determining income for financial statement purposes, we must make certain estimates and judgments. These estimates and judgments affect the calculation of certain tax liabilities and the determination of the recoverability of certain of the deferred tax assets, which arise from temporary differences between the tax and financial statement recognition of revenue and expense.

Deferred tax assets are reduced by a valuation allowance if, based on the weight of available evidence, it is more likely than not that some or all of the deferred tax assets will not be realized. In evaluating our ability to recover our deferred tax assets, we consider all available positive and negative evidence including our past operating results, the existence of cumulative losses in the most recent years and our forecast of future taxable income. In estimating future taxable income, we develop assumptions including the amount of future state, federal and international pre-tax operating income, the reversal of temporary differences, and the implementation of feasible and prudent tax planning strategies. These assumptions require significant judgment about the forecasts of future taxable income and are consistent with the plans and estimates we use to manage the underlying businesses.

We determine whether it is more likely than not that a tax position will be sustained upon examination. The tax benefit of any tax position that meets the more-likely-than-not recognition threshold is calculated as the largest amount that is more than 50% likely of being realized upon resolution of the uncertainty. To the extent a full benefit is not realized on the uncertain tax position, an income tax liability is established. We adjust these liabilities as a result of changing facts and circumstances; however, due to the complexity of some of these uncertainties, the ultimate resolution may result in a payment that is materially different from our current estimate of the tax liabilities. A significant portion of our potential tax liabilities are recorded in non-current income taxes payable, which is included in other liabilities on our consolidated and combined balance sheets, as payment is not expected within one year.

The calculation of our tax liabilities involves dealing with uncertainties in the application of complex tax regulations in a multitude of jurisdictions across our global operations. Changes in tax laws and rates could affect recorded deferred tax assets and liabilities in the future. Management is not aware of any such changes, however, which would have a material adverse effect on our competitive position, business, financial condition, results of operations and cash flows.

We believe that we will generate sufficient future taxable income in the appropriate jurisdictions to realize the tax benefits related to the net deferred tax assets on our consolidated and combined balance sheets. However, any reduction in future taxable income, including any future restructuring activities, may require that we record an additional valuation allowance against our deferred tax assets. An increase in the valuation allowance would result in additional income tax expense in such period and could have a significant impact on our future earnings. Our income tax expense recorded in the future may also be reduced to the extent of decreases in our valuation allowances.

*Recently Issued Accounting Standards*

Refer to Note 3 of Notes to Consolidated and Combined Financial Statements included within Item 8. Financial Statements and Supplementary Data of this Annual Report on Form 10-K for a discussion regarding recently issued accounting standards and their estimated impact on our financial condition, results of operations and cash flows.

Item 7A. **Quantitative and Qualitative Disclosures About Market Risk.**

Our operations include activities in the U.S. and countries outside of the U.S. These operations expose us to a variety of market risks, including the effects of changes in interest rates and currency exchange rates. We monitor and manage these financial exposures as an integral part of our overall risk management program. We do not utilize derivative instruments for trading or speculative purposes.

*Interest Rate Risk*

As of September 27, 2013, our outstanding debt consisted primarily of our fixed-rate 3.50% and 4.75% senior unsecured notes due in April 2018 and April 2023, respectively, with a combined principal amount of $900 million. The carrying value of these notes was $898.1 million as of September 27, 2013. As these notes are fixed-rate debt, they do not subject us to interest rate risk.

In addition, we maintain a $250 million five-year senior unsecured revolving credit facility with a variable interest rate equal to LIBOR plus a margin subject to adjustment pursuant to a ratings-based pricing grid. As a result, we will be exposed to fluctuations in interest rates to the extent of our borrowings under this facility. As of September 27, 2013, there were no outstanding borrowings under this credit facility.

**MALLINCKRODT PLC**
**CONDENSED CONSOLIDATING STATEMENT OF COMPREHENSIVE INCOME**
Fiscal year ended December 28, 2018
*(in millions)*

|  | Mallinckrodt plc | Mallinckrodt International Finance S.A. | Other Subsidiaries | Eliminations | Consolidated |
|---|---|---|---|---|---|
| Net sales | $ — | $ — | $ 3,215.6 | $ — | $ 3,215.6 |
| Cost of sales | 2.0 | — | 1,742.4 | — | 1,744.4 |
| Gross (loss) profit | (2.0) | — | 1,473.2 | — | 1,471.2 |
| Selling, general and administrative expenses | 38.8 | 0.7 | 794.6 | — | 834.1 |
| Research and development expenses | 4.7 | — | 356.4 | — | 361.1 |
| Restructuring charges, net | — | — | 103.0 | — | 103.0 |
| Non-restructuring impairment charges | — | — | 3,893.1 | — | 3,893.1 |
| Loss on divestiture | — | — | 0.8 | — | 0.8 |
| Operating loss | (45.5) | (0.7) | (3,674.7) | — | (3,720.9) |
| Interest expense | (7.8) | (460.8) | (63.4) | 161.8 | (370.2) |
| Interest income | 9.5 | 2.5 | 158.0 | (161.8) | 8.2 |
| Other income, net | 9.9 | 8.7 | 12.3 | — | 30.9 |
| Intercompany interest and fees | (18.5) | (0.1) | 18.6 | — | — |
| Equity in net income of subsidiaries | (3,561.0) | (2,726.0) | (3,170.9) | 9,457.9 | — |
| Loss from continuing operations before income taxes | (3,613.4) | (3,176.4) | (6,720.1) | 9,457.9 | (4,052.0) |
| Benefit from income taxes | (6.4) | (5.4) | (418.3) | — | (430.1) |
| Loss from continuing operations | (3,607.0) | (3,171.0) | (6,301.8) | 9,457.9 | (3,621.9) |
| Income from discontinued operations, net of income taxes | — | 0.1 | 14.8 | — | 14.9 |
| Net loss | (3,607.0) | (3,170.9) | (6,287.0) | 9,457.9 | (3,607.0) |
| Other comprehensive loss, net of tax | (9.9) | (9.9) | (20.5) | 30.4 | (9.9) |
| Comprehensive loss | $ (3,616.9) | $ (3,180.8) | $ (6,307.5) | $ 9,488.3 | $ (3,616.9) |

146

We often negotiate with parties that enter into supply contracts for the benefit of their member facilities, including GPOs, integrated delivery networks, large and medium size retail pharmacy chains, nuclear pharmacy chains, wholesalers and, solely outside the U.S., with governments through a tender process.

For further information on our sales and marketing strategies, refer to "Our Businesses and Product Strategies" included within this Item 1. Business.

### *Customers*

Net sales to distributors that accounted for more than 10% of our total net sales in fiscal 2013, 2012 and 2011 were as follows:

|  | Fiscal Year | | |
|---|---|---|---|
|  | **2013** | **2012** | **2011** |
| Cardinal Health, Inc. | 18% | 19% | 19% |
| McKesson Corporation | 15% | 14% | 13% |
| Amerisource Bergen Corporation | 9% | 9% | 10% |

No other customer accounted for 10% or more of our net sales in the past three fiscal years.

### Manufacturing and Distribution

We presently have ten manufacturing sites, including seven located in the U.S., as well as sites in Canada, Ireland and the Netherlands, which handle production, assembly, quality assurance testing, packaging and sterilization of our products. We estimate that our manufacturing production by region in fiscal 2013 (as measured by cost of production) was as follows:

| U.S. | 79% |
|---|---|
| Europe | 13% |
| Canada | 8% |

We maintain distribution centers in 17 countries. In addition, in certain countries outside the U.S. we utilize third-party distribution centers. Products generally are delivered to these distribution centers from our manufacturing facilities and then subsequently delivered to the customer. In some instances, product, such as nuclear medicine, is delivered directly from our manufacturing facility to the customer. We contract with a wide range of transport providers to deliver our products by road, rail, sea and air.

### Backlog

At September 27, 2013, the backlog of firm orders was less than 1% of net sales. We anticipate that substantially all of the backlog as of September 27, 2013 will be shipped during fiscal 2014.

### Seasonality

There are no significant seasonal aspects to our business; however, DEA quotas are allocated in each calendar year to companies and may impact our sales until the DEA grants additional quotas, if any. Impacts from quota limitations are most commonly experienced during the third and fourth calendar quarters, which represent our fourth and first fiscal quarters, respectively.

### Employees

At September 27, 2013, we had approximately 5,500 employees, approximately 4,100 of which are based in the U.S. Certain of these employees are represented by unions or work councils. We believe that we generally have a good relationship with our employees, and with the unions and work councils that represent certain employees.



# 2017 IRISH STATUTORY ACCOUNTS

# DIRECTORS' REPORT

### For the Fifteen Months Ended December 29, 2017

*(dollars in millions, except share data and where indicated)*

*Basis of Presentation*

The directors present their report on the audited consolidated financial statements for the fifteen months ended December 29, 2017, beginning on page 42, and audited parent company financial statements for the fifteen months ended December 29, 2017, beginning on page 121.

The directors have elected to prepare the Irish statutory Mallinckrodt plc group consolidated financial statements in accordance with Section 279 of the Companies Act 2014, which provides that a true and fair view of the assets and liabilities, financial position, and profit or loss may be given by preparing the financial statements in accordance with accounting principles generally accepted in the United States of America ("U.S. GAAP") to the extent that the use of those principles in the preparation of the financial statements does not contravene any provision of Part 6 of the Companies Act 2014.

The directors have elected to prepare the Mallinckrodt plc parent company financial statements in accordance with Financial Reporting Standards ("FRS 102") applicable in the United Kingdom ("U.K.") and Republic of Ireland ("relevant financial reporting framework") together with the Companies Act 2014.

The accompanying financial statements reflect the consolidated financial position of the parent company ("Mallinckrodt plc" or "the Company") and its subsidiaries (Mallinckrodt plc and all its subsidiaries, hereinafter referred to as "Mallinckrodt", "the Group", "us", "we", or "our") as an independent, publicly-traded company.

*Fiscal Year*

We historically reported our results based on a "52-53 week" year ending on the last Friday of September. On May 17, 2016, the Board of Directors of the Group approved a change in our fiscal year end to the last Friday in December from the last Friday in September. As a result of the change in fiscal year end, the Group filed with the U.S. Securities and Exchange Commission ("SEC") a Transition Report on Form 10-Q on February 7, 2017 covering the period from October 1, 2016 through December 30, 2016 ("the three months ended December 30, 2016"). For United States ("U.S.") filing purposes, the change in fiscal year became effective for the Group's 2017 fiscal year, which began on December 31, 2016 and ended on December 29, 2017 ("fiscal 2017"). The Irish statutory financial statements for the current financial period covers October 1, 2016 through December 29, 2017 ("the fifteen months ended December 29, 2017") with comparatives presented for the financial year ended September 30, 2016 ("fiscal 2016"). References to fiscal 2017 and fifteen months ended December 29, 2017 shall be construed accordingly.

*Trademarks and Trade Names*

Mallinckrodt owns or has rights to use trademarks and trade names that it uses in conjunction with the operation of its business. One of the more important trademarks that it owns or has rights to use that appears in this Directors' Report is "Mallinckrodt," which is a registered trademark or the subject of pending trademark applications in the U.S. and other jurisdictions. Solely for convenience, we only use the ™ or ® symbols the first time any trademark or trade name is mentioned. Such references are not intended to indicate in any way that we will not assert, to the fullest extent permitted under applicable law, our rights to our trademarks and trade names. Each trademark or trade name of any other company appearing in this Directors' Report is, to our knowledge, owned by such other company.

*Forward-Looking Statements*

We have made forward-looking statements in this Directors' Report that are based on management's beliefs and assumptions and on information currently available to management. Forward-looking statements include, but are not limited to, information concerning our possible or assumed future results of operations, business strategies, financing plans, competitive position, potential growth opportunities, potential operating performance improvements and the effects of competition, litigation and future legislation or regulations. Forward-looking statements include all statements that are not historical facts and can be identified by the use of forward-looking terminology such as the words "believe," "expect," "plan," "intend," "project," "anticipate," "estimate," "predict," "potential," "continue," "may," "should" or the negative of these terms or similar expressions.

# MALLINCKRODT PLC

## DIRECTORS' RESPONSIBILITIES STATEMENT

The directors are responsible for preparing the directors' report and financial statements in accordance with the Companies Act 2014 and the applicable regulations.

Irish company law requires the directors to prepare financial statements for each financial year. Under the law, the directors have elected to prepare the Irish statutory group consolidated financial statements of Mallinckrodt plc in accordance with U.S. GAAP, in accordance with Section 279 of the Companies Act 2014, to the extent that the use of those principles in the preparation of the group financial statements does not contravene any provision of Part 6 of the Companies Act 2014 or of any regulations made thereunder. The directors have elected to prepare the Mallinckrodt plc parent company financial statements in accordance with the Financial Reporting Standards ("FRS 102") applicable in the UK and Republic of Ireland ("relevant financial reporting framework") together with the Companies Act 2014. Under company law, the directors must not approve the financial statements unless they are satisfied that they give a true and fair view of the assets, liabilities and financial position of the group and company as at the financial year end date and of the profit or loss of the group for the financial year and otherwise comply with the Companies Act 2014.

In preparing the group and company financial statements, the directors are required to:

- select suitable accounting policies for the Group and Company financial statements and then apply them consistently;

- make judgments and estimates that are reasonable and prudent;

- state whether the financial statements have been prepared in accordance with the applicable accounting standards, identify those standards, and note the effect and the reasons for any material departure from those standards; and

- prepare the financial statements on the going concern basis unless it is inappropriate to presume that the company will continue in business.

The directors are responsible for ensuring that the company keeps or causes to be kept adequate accounting records which correctly explain and record the transactions of the company; enable at any time the assets, liabilities, financial position and profit or loss of the company to be determined with reasonable accuracy; enable them to ensure that the Group and Company financial statements and directors' report comply with the Companies Act 2014; and enable the financial statements to be audited. They are also responsible for safeguarding the assets of the company and hence for taking reasonable steps for the prevention and detection of fraud and other irregularities.

The directors are responsible for the maintenance and integrity of financial information included on the company's website. Legislation in Ireland concerning the preparation and dissemination of Financial Statements may differ from legislation in other jurisdictions.

information and, except to the extent otherwise explicitly stated in our report, we do not express any form of assurance conclusion thereon.

In connection with our audit of the financial statements, our responsibility is to read the other information and, in doing so, consider whether the other information is materially inconsistent with the financial statements or our knowledge obtained in the audit or otherwise appears to be materially misstated. If we identify such material inconsistencies or apparent material misstatements, we are required to determine whether there is a material misstatement in the financial statements or a material misstatement of the other information. If, based on the work we have performed, we conclude that there is a material misstatement of this other information, we are required to report that fact.

We have nothing to report in this regard.

**Responsibilities of directors**
As explained more fully in the Directors' Responsibilities Statement, the directors are responsible for the preparation of the financial statements and for being satisfied that they give a true and fair view and otherwise comply with the Companies Act 2014, and for such internal control as the directors determine is necessary to enable the preparation of financial statements that are free from material misstatement, whether due to fraud or error.

In preparing the financial statements, the directors are responsible for assessing the Group's ability to continue as a going concern, disclosing, as applicable, matters related to going concern and using the going concern basis of accounting unless the directors either intend to liquidate the Group or to cease operations, or have no realistic alternative but to do so.

**Auditor's responsibilities for the audit of the financial statements**
Our objectives are to obtain reasonable assurance about whether the financial statements as a whole are free from material misstatement, whether due to fraud or error, and to issue an auditor's report that includes our opinion. Reasonable assurance is a high level of assurance, but is not a guarantee that an audit conducted in accordance with ISAs (Ireland) will always detect a material misstatement when it exists. Misstatements can arise from fraud or error and are considered material if, individually or in the aggregate, they could reasonably be expected to influence the economic decisions of users taken on the basis of these financial statements.

As part of an audit in accordance with ISAs (Ireland), we exercise professional judgment and maintain professional skepticism throughout the audit. We also:

- Identify and assess the risks of material misstatement of the financial statements, whether due to fraud or error, design and perform audit procedures responsive to those risks, and obtain audit evidence that is sufficient and appropriate to provide a basis for our opinion. The risk of not detecting a material misstatement resulting from fraud is higher than for one resulting from error, as fraud may involve collusion, forgery, intentional omissions, misrepresentations, or the override of internal control.

- Obtain an understanding of internal control relevant to the audit in order to design audit procedures that are appropriate in the circumstances, but not for the purpose of expressing an opinion on the effectiveness of the Group's internal control.

- Evaluate the appropriateness of accounting policies used and the reasonableness of accounting estimates and related disclosures made by the directors.

- Conclude on the appropriateness of the directors' use of the going concern basis of accounting and, based on the audit evidence obtained, whether a material uncertainty exists related to events or conditions that may cast significant doubt on the Group's ability to continue as a going concern. If we conclude that a material uncertainty exists, we are required to draw attention in our auditor's report to the related disclosures in the financial statements or, if such disclosures are inadequate, to modify our opinion. Our conclusions are based on the audit evidence obtained up to the date of the auditor's report. However, future events or conditions may cause the entity (or where relevant, the Group) to cease to continue as a going concern.

- Evaluate the overall presentation, structure and content of the financial statements, including the disclosures, and whether the financial statements represent the underlying transactions and events in a manner that achieves fair presentation.

- Obtain sufficient appropriate audit evidence regarding the financial information of the business activities within the group to express an opinion on the consolidated financial statements. The group auditor is responsible for the direction, supervision and performance of the group audit. The group auditor remains solely responsible for the audit opinion.

**Medication Guide**
**Hydromorphone Hydrochloride Extended-Release Tablets, CII**

**Hydromorphone hydrochloride extended-release tablets are:**
- A strong prescription pain medicine that contains an opioid (narcotic) that is used to manage pain severe enough to require daily around-the-clock, long-term treatment with an opioid, in people who are already regularly using opioid pain medicine, when other pain treatments such as non-opioid pain medicines or immediate-release opioid medicines do not treat your pain well enough or you cannot tolerate them.
- A long-acting (extended-release) opioid pain medicine that can put you at risk for overdose and death. Even if you take your dose correctly as prescribed you are at risk for opioid addiction, abuse, and misuse that can lead to death.
- Not for use to treat pain that is not around-the-clock.

**Important information about hydromorphone hydrochloride extended-release tablets:**
- **Get emergency help right away if you take too many hydromorphone hydrochloride extended-release tablets (overdose).** When you first start taking hydromorphone hydrochloride extended-release tablets, when your dose is changed, or if you take too much (overdose), serious or life threatening breathing problems that can lead to death may occur.
- Never give anyone else your hydromorphone hydrochloride extended-release tablets. They could die from taking it. Store hydromorphone hydrochloride extended-release tablets away from children and in a safe place to prevent stealing or abuse. Selling or giving away hydromorphone hydrochloride extended-release tablets is against the law.

**Do not take hydromorphone hydrochloride extended-release tablets if you have:**
- severe asthma, trouble breathing, or other lung problems.
- a bowel blockage or have narrowing of the stomach or intestines.

**Before taking hydromorphone hydrochloride extended-release tablets, tell your healthcare provider if you have a history of:**
- head injury, seizures
- liver, kidney, thyroid problems
- allergy to sulfites
- problems urinating
- pancreas or gallbladder problems
- abuse of street or prescription drugs, alcohol addiction, or mental health problems.

**Tell your healthcare provider if you are:**
- **pregnant or planning to become pregnant.** Prolonged use of hydromorphone hydrochloride extended-release tablets during pregnancy can cause withdrawal symptoms in your newborn baby that could be life-threatening if not recognized and treated.
- **breastfeeding.** Hydromorphone hydrochloride passes into breast milk and may harm your baby.
- taking prescription or over-the-counter medicines, vitamins, or herbal supplements. Taking hydromorphone hydrochloride extended-release tablets with certain other medicines can cause serious side effects.

**When taking hydromorphone hydrochloride extended-release tablets:**
- Do not change your dose. Take hydromorphone hydrochloride extended-release tablets exactly as prescribed by your healthcare provider.
- Take your prescribed dose every 24 hours, at the same time every day. Do not take more than your prescribed dose in 24 hours. If you miss a dose, take your next dose at your usual time the next day.
- Swallow hydromorphone hydrochloride extended-release tablets whole. Do not cut, break, chew, crush, dissolve, snort, or inject hydromorphone hydrochloride extended-release tablets because this may cause you to overdose and die.
- **Call your healthcare provider if the dose you are taking does not control your pain.**
- **Do not stop taking hydromorphone hydrochloride extended-release tablets without talking to your healthcare provider.**
- Hydromorphone hydrochloride extended-release tablets are contained in a hard tablet shell that you may see in your bowel movement; this is normal.
- After you stop taking hydromorphone hydrochloride extended-release tablets, flush any unused tablets down the toilet.

**While taking hydromorphone hydrochloride extended-release tablets, DO NOT:**
- Drive or operate heavy machinery, until you know how hydromorphone hydrochloride extended-release tablets affect you. Hydromorphone hydrochloride extended-release tablets can make you sleepy, dizzy, or lightheaded.
- Drink alcohol or use prescription or over-the-counter medicines containing alcohol. Using products containing alcohol during treatment with hydromorphone hydrochloride extended-release tablets may cause you to overdose and die.

**The possible side effects of hydromorphone hydrochloride extended-release tablets are:**
- constipation, nausea, sleepiness, vomiting, tiredness, headache, dizziness, abdominal pain. Call your healthcare provider if you have any of these symptoms and they are severe.

**Get emergency medical help if you have:**
- trouble breathing, shortness of breath, fast heartbeat, chest pain, swelling of your face, tongue or throat, extreme drowsiness, light-headedness when changing positions, or you are feeling faint.

These are not all the possible side effects of hydromorphone hydrochloride extended-release tablets. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088. **For more information go to dailymed.nlm.nih.gov**

**Mallinckrodt™**

Distributed by: Mallinckrodt Inc., Hazelwood, MO 63042 USA, www.Mallinckrodt.com or call 1-800-778-7898

**This Medication Guide has been approved by the U.S. Food and Drug Administration.**   **Revised:** June 2014

Reference ID: 3524322

Page 27 of 27
04/2014.2

**Medication Guide**
**Hydrocodone Bitartrate** (hye" droe koe' done bye tar' trate) and **Acetaminophen** (a seet" a min' oh fen) **Tablets  CII**

**Hydrocodone bitartrate and acetaminophen tablets are:**
- A strong prescription pain medicine that contains an opioid (narcotic) that is used to manage pain severe enough to require an opioid pain medicine, when other pain treatments such as non-opioid pain medicines do not treat your pain well enough or you cannot tolerate them.
- An opioid pain medicine that can put you at risk for overdose and death. Even if you take your dose correctly as prescribed you are at risk for opioid addiction, abuse, and misuse that can lead to death.

**Important information about hydrocodone bitartrate and acetaminophen tablets:**
- **Get emergency help right away if you take too many hydrocodone bitartrate and acetaminophen tablets (overdose).** When you first start taking hydrocodone bitartrate and acetaminophen tablets, when your dose is changed, or if you take too many (overdose), serious or life-threatening breathing problems that can lead to death may occur.
- Taking hydrocodone bitartrate and acetaminophen tablets with other opioid medicines, benzodiazepines, alcohol, or other central nervous system depressants (including street drugs) can cause severe drowsiness, decreased awareness, breathing problems, coma, and death.
- Never give anyone else your hydrocodone bitartrate and acetaminophen tablets. They could die from taking it. Store hydrocodone bitartrate and acetaminophen tablets away from children and in a safe place to prevent stealing or abuse. Selling or giving away hydrocodone bitartrate and acetaminophen tablets is against the law.

**Do not take hydrocodone bitartrate and acetaminophen tablets if you have:**
- severe asthma, trouble breathing, or other lung problems.
- a bowel blockage or have narrowing of the stomach or intestines.
- known hypersensitivity to hydrocodone or acetaminophen, or any ingredient in hydrocodone and acetaminophen tablets.

**Before taking hydrocodone bitartrate and acetaminophen tablets, tell your healthcare provider if you have a history of:**
- head injury, seizures
- liver, kidney, thyroid problems
- problems urinating
- pancreas or gallbladder problems
- abuse of street or prescription drugs, alcohol addiction, or mental health problems.

**Tell your healthcare provider if you are:**
- **pregnant or planning to become pregnant.** Prolonged use of hydrocodone bitartrate and acetaminophen tablets during pregnancy can cause withdrawal symptoms in your newborn baby that could be life-threatening if not recognized and treated.
- **breastfeeding.** Hydrocodone bitartrate and acetaminophen passes into breast milk and may harm your baby.
- taking prescription or over-the-counter medicines, vitamins, or herbal supplements. Taking hydrocodone bitartrate and acetaminophen tablets with certain other medicines can cause serious side effects that could lead to death.

**When taking hydrocodone bitartrate and acetaminophen tablets:**
- Do not change your dose. Take hydrocodone bitartrate and acetaminophen tablets exactly as prescribed by your healthcare provider. Use the lowest dose possible for the shortest time needed.
- Take your prescribed dose every four to six hours as needed for pain.
- Do not take more than your prescribed dose. If you miss a dose, take your next dose at your usual time.
- Call your healthcare provider if the dose you are taking does not control your pain.
- If you have been taking hydrocodone bitartrate and acetaminophen tablets regularly, do not stop taking hydrocodone bitartrate and acetaminophen tablets without talking to your healthcare provider.
- After you stop taking hydrocodone bitartrate and acetaminophen tablets, the unused tablets should be disposed of by flushing down the toilet.

| |
|---|
| **While taking hydrocodone bitartrate and acetaminophen tablets DO NOT:**<br>• Drive or operate heavy machinery, until you know how hydrocodone bitartrate and acetaminophen tablets affect you. Hydrocodone bitartrate and acetaminophen tablets can make you sleepy, dizzy, or lightheaded.<br>• Drink alcohol or use prescription or over-the-counter medicines that contain alcohol. Using products containing alcohol during treatment with hydrocodone bitartrate and acetaminophen tablets may cause you to overdose and die. |

**The possible side effects of hydrocodone bitartrate and acetaminophen tablets:**
- constipation, nausea, sleepiness, vomiting, tiredness, headache, dizziness, abdominal pain. Call your healthcare provider if you have any of these symptoms and they are severe.

**Get emergency medical help if you have:**
- trouble breathing, shortness of breath, fast heartbeat, chest pain, swelling of your face, tongue, or throat, extreme drowsiness, light-headedness when changing positions, feeling faint, agitation, high body temperature, trouble walking, stiff muscles, or mental changes such as confusion.

These are not all the possible side effects of hydrocodone bitartrate and acetaminophen tablets. Call your doctor for medical advice about side effects. You may report side effects to FDA at 1-800-FDA-1088. **For more information go to dailymed.nlm.nih.gov**

Manufactured for: SpecGx LLC, Webster Groves, MO 63119 USA, www.Mallinckrodt.com or call 1-800-778-7898

Mallinckrodt™

**This Medication Guide has been approved by the U.S. Food and Drug Administration.**     Issued: 08/2017
MG20H30

Page 2 of 2
082017-2



**COMPENSATION OF EXECUTIVE OFFICERS**

### Executive Compensation Tables

#### SUMMARY COMPENSATION TABLE

| Name and Principal Position | Fiscal Year | Salary ($) | Bonus ($) | Stock Awards ($)(1) | Option Awards ($)(1) | Non-Equity Incentive Plan Compensation ($)(2) | All Other Compensation ($)(3) | Total ($) |
|---|---|---|---|---|---|---|---|---|
| Mark C. Trudeau | 2017 | 1,050,000 | — | 7,813,805 | 4,600,016 | 866,250 | 696,639 | 15,026,710 |
| President and | Trans. Period | 230,769 | — | — | — | 328,250 | 55,761 | 614,780 |
| Chief Executive Officer | 2016 | 1,038,461 | — | 5,876,436 | 3,900,004 | 1,587,500 | 245,065 | 12,647,466 |
|  | 2015 | 1,005,769 | — | 4,445,289 | 2,995,289 | 1,053,750 | 228,409 | 9,728,506 |
| Matthew K. Harbaugh | 2017 | 570,000 | — | 3,731,411 | 2,542,720 | 302,800 | 56,262 | 7,203,193 |
| Executive Vice President and | Trans. Period | 131,538 | — | — | — | 99,800 | 12,909 | 244,247 |
| Chief Financial Officer | 2016 | 581,154 | — | 1,661,817 | 1,100,003 | 557,400 | 96,456 | 3,996,830 |
|  | 2015 | 533,462 | — | 1,064,059 | 716,946 | 312,753 | 72,256 | 2,699,476 |
| Steven Romano, M.D. | 2017 | 550,000 | — | 3,168,250 | 2,200,000 | 342,100 | 53,956 | 6,314,306 |
| Executive Vice President and Chief Science Officer | Trans. Period | 126,923 | — | — | — | 89,400 | 7,615 | 223,938 |
| Dr. Frank Scholz | 2017 | 549,038 | — | 2,880,221 | 2,000,004 | 481,800 | 104,983 | 6,016,046 |
| Executive Vice President of | Trans. Period | 115,385 | — | — | — | 81,300 | 19,669 | 216,354 |
| Global Operations and | 2016 | 469,616 | — | 914,151 | 600,016 | 417,700 | 122,897 | 2,524,380 |
| President, Specialty Generics | 2015 | 430,000 | — | 616,732 | 415,487 | 254,000 | 57,366 | 1,773,585 |
| Hugh M. O'Neill | 2017 | 550,000 | — | 2,880,221 | 2,000,004 | 200,600 | 63,407 | 5,694,232 |
| Executive Vice President and | Trans. Period | 109,615 | — | — | — | 89,400 | 36,007 | 235,022 |
| President, Autoimmune and | 2016 | 493,270 | — | 1,020,076 | 680,003 | 490,500 | 104,632 | 2,788,481 |
| Rare Diseases | 2015 | 454,808 | — | 681,283 | 458,968 | 207,869 | 459,032 | 2,261,960 |

(1) The amounts reported represent the aggregate grant date fair value, computed in accordance with Accounting Standards Codification 718 ("ASC 718"), of restricted units, performance units and stock option awards granted to each of our NEOs during fiscal 2017. For performance units, the values shown reflect the grant date fair value based on the probable outcome of the performance conditions. If the highest level of achievement of the performance conditions were assumed, the value of the performance units at the grant date for the proxy officers (other than Dr. Romano) for fiscal years 2017, 2016 and 2015, respectively, would be: Mr. Trudeau, $10,948,114, $9,792,445 and $10,226,177; Mr. Harbaugh, $6,051,938, $2,762,014 and $2,447,658; Dr. Scholz, $4,760,397, $1,506,609 and $1,418,719; and Mr. O'Neill, $4,760,397, $1,707,490 and $1,567,261. If the highest level of achievement of the performance conditions were assumed, the value of the performance units at the grant date for Dr. Romano for fiscal year 2017 would be $5,236,408. Further information regarding the fiscal 2017 awards is included in the Fiscal 2017 Grants of Plan-Based Awards Table, the Outstanding Equity Awards at 2017 Fiscal Year-End Table and the CD&A.

Amounts reported do not correspond to the actual value that may be recognized by the NEOs, which may be higher or lower based on a number of factors, including our performance, stock price fluctuations and applicable vesting. For additional information relating to assumptions made in the valuation for current year awards reflected in these columns, see Note 16 to the Consolidated Financial Statements included in our Annual Report on Form 10-K for the fiscal year ended December 29, 2017.

For fiscal 2017, the Stock Awards column includes $465,056 for Mr. Harbaugh; $371,879 for Dr. Romano; $338,000 for Dr. Scholz and $338,000 for Mr. O'Neill, respectively, related to restricted units and performance units granted with respect to the transition period and $1,389,413 for Mr. Harbaugh; $1,309,102 for Dr. Romano; $1,190,099 for Dr. Scholz and $1,190,099 for Mr. O'Neill, respectively, related to performance units granted in connection with the one-time special performance grant. For fiscal 2017, the Option Awards column includes $275,207 for Mr. Harbaugh; $219,996 for Dr. Romano; $199,997 for Dr. Scholz and $199,997 for Mr. O'Neill, respectively, related to stock option awards granted with respect to the transition period and $1,167,513 for Mr. Harbaugh; $1,100,000 for Dr. Romano; $1,000,002 for Dr. Scholz and $1,000,002 for Mr. O'Neill, respectively, related to stock option awards granted in connection with the one-time special performance grant.

(2) The amounts reported represent incentive cash awards paid to the NEOs under our 2017 Global Bonus Plan and our short-term incentive plan for the transition period. For information regarding the calculation of these awards, see the CD&A.

(3) The amounts reported represent the aggregate dollar amount for each NEO for employer contributions to the Retirement Savings Plan, employer credits to the Supplemental Savings Plan, executive financial planning, relocation benefits, expatriate and international assignment benefits, executive physicals, executive financial planning and tax reimbursements. We also have Company-purchased tickets to athletic or other events which are generally used for business purposes. In limited instances our named executive officers may have personal use of Company-purchased event tickets when they are not being used for business purposes. No amounts are included because there is no incremental cost to us of such personal use. The following table shows the specific amounts included in the All Other Compensation column of the Summary Compensation Table for the transition period and fiscal 2017.

## ALL OTHER COMPENSATION

| Name | Period | Contributions to Retirement Savings Plan ($) | Credits to Supple-mental Savings Plan ($) | Relocation Benefits ($) | International Assignments ($) (1) | Tax Reimburse-ment Payments ($) (2)(3)(4) | Other ($)(5) | Total ($) |
|---|---|---|---|---|---|---|---|---|
| Mark C. Trudeau | Fiscal 2017 | 16,090 | 66,495 | — | 20,355 | 576,159 | 17,540 | 696,639 |
|  | Transition Period | — | 13,846 | — | — | 41,915 | — | 55,761 |
| Matthew K. Harbaugh | Fiscal 2017 | 15,880 | 23,988 | — | — | 38 | 16,356 | 56,262 |
|  | Transition Period | — | 12,909 | — | — | — | — | 12,909 |
| Steven Romano, M.D. | Fiscal 2017 | 16,200 | 22,164 | — | — | 127 | 15,465 | 53,956 |
|  | Transition Period | — | 7,615 | — | — | — | — | 7,615 |
| Dr. Frank Scholz | Fiscal 2017 | 14,904 | 21,621 | — | — | 53,318 | 15,140 | 104,983 |
|  | Transition Period | — | 8,427 | — | — | 11,080 | 162 | 19,669 |
| Hugh M. O'Neill | Fiscal 2017 | 13,955 | 24,409 | — | — | 8,406 | 16,637 | 63,407 |
|  | Transition Period | — | 36,007 | — | — | — | — | 36,007 |

(1) As part of international assignments, executives who are assigned to the United Kingdom for 90 days or more may submit travel expenses for their partner or spouse for up to four trips per year. These expenses are grossed up for taxes. Additional information is available in the Additional Benefits section of the CD&A.

(2) Tax reimbursement related to the Mallinckrodt's company-wide iMpact Recognition and Rewards Program: Messrs. Harbaugh: $38 and O'Neill: $30 and Drs. Scholz: $76 and Romano: $127 received.

(3) Mr. Trudeau and Mr. O'Neill received tax reimbursement for expenses incurred by partners or spouses who were requested to attend an annual national sales recognition program.

(4) Pursuant to footnote (1) of the All Other Compensation table included above, Mr. Trudeau and Dr. Scholz received tax reimbursement as part of their international assignments.

(5) Includes amounts for executive physicals and executive financial planning.