**EXHIBIT 5**

Selected information by business segment is as follows:

|  | Fiscal Year Ended | | | Three Months Ended |
|---|---|---|---|---|
|  | December 29, 2017 | September 30, 2016 | September 25, 2015 | December 30, 2016 |
| **Net sales:** | | | | |
| Specialty Brands | $ 2,325.3 | $ 2,300.6 | $ 1,622.8 | $ 603.1 |
| Specialty Generics | 839.5 | 1,025.2 | 1,251.6 | 212.9 |
| Net sales of operating segments [1] | 3,164.8 | 3,325.8 | 2,874.4 | 816.0 |
| Other [2] | 56.8 | 55.0 | 48.7 | 13.9 |
| Net sales | $ 3,221.6 | $ 3,380.8 | $ 2,923.1 | $ 829.9 |
| **Operating income:** | | | | |
| Specialty Brands | $ 1,155.2 | $ 1,166.2 | $ 637.6 | $ 317.2 |
| Specialty Generics | 231.5 | 376.1 | 594.4 | 52.7 |
| Segment operating income | 1,386.7 | 1,542.3 | 1,232.0 | 369.9 |
| Unallocated amounts: | | | | |
| Corporate and allocated expenses [3] | (172.0) | (169.8) | (282.6) | (181.4) |
| Intangible asset amortization | (694.5) | (700.1) | (550.3) | (175.7) |
| Restructuring and related charges, net [4] | (36.4) | (38.2) | (45.3) | (5.3) |
| Non-restructuring impairments | (63.7) | (16.9) | — | (214.3) |
| Operating income | $ 420.1 | $ 617.3 | $ 353.8 | $ (206.8) |
|  | | | | |
| **Depreciation and amortization [5]:** | | | | |
| Specialty Brands | $ 708.2 | $ 716.6 | $ 559.5 | $ 178.4 |
| Specialty Generics | 100.1 | 96.8 | 81.6 | 24.8 |
|  | $ 808.3 | $ 813.4 | $ 641.1 | $ 203.2 |

(1) Amounts represent sales to external customers. There were no intersegment sales.
(2) Represents net sales from an ongoing, post-divestiture supply agreement with the acquirer of the CMDS business. Amounts for periods prior to the divestiture represent the reclassification of intercompany sales to third-party sales to conform with the expected presentation of the ongoing supply agreement.
(3) Includes administration expenses and certain compensation, environmental and other costs not charged to the Company's operating segments.
(4) Includes restructuring-related accelerated depreciation.
(5) Depreciation for certain shared facilities is allocated based on occupancy percentage.

Net sales by product family within the Company's segments are as follows:

|  | Fiscal Year Ended | | | Three Months Ended |
|---|---|---|---|---|
|  | December 29, 2017 | September 30, 2016 | September 25, 2015 | December 30, 2016 |
| H.P. Acthar Gel | $ 1,195.1 | $ 1,160.4 | $ 1,037.3 | $ 325.4 |
| Inomax | 505.2 | 474.3 | 185.2 | 118.3 |
| Ofirmev | 302.5 | 284.3 | 263.0 | 72.5 |
| Therakos | 214.9 | 207.6 | — | 47.4 |
| Hemostasis products | 55.1 | 42.5 | — | 13.4 |
| Other | 52.5 | 131.5 | 137.3 | 26.1 |
| Specialty Brands | 2,325.3 | 2,300.6 | 1,622.8 | 603.1 |
| Hydrocodone (API) and hydrocodone-containing tablets | 85.3 | 146.5 | 167.2 | 23.2 |
| Oxycodone (API) and oxycodone-containing tablets | 78.8 | 126.2 | 154.6 | 24.3 |
| Methylphenidate ER | 71.7 | 103.5 | 136.5 | 22.0 |
| Other controlled substances | 409.6 | 468.1 | 572.2 | 104.9 |
| Other | 194.1 | 180.9 | 221.1 | 38.5 |
| Specialty Generics | 839.5 | 1,025.2 | 1,251.6 | 212.9 |
| Other [1] | 56.8 | 55.0 | 48.7 | 13.9 |
| Net sales | $ 3,221.6 | $ 3,380.8 | $ 2,923.1 | $ 829.9 |

(1) Represents net sales from an ongoing, post-divestiture supply agreement with the acquirer of the CMDS business. Amounts for periods prior to the divestiture represent the reclassification of intercompany sales to third-party sales to conform with the expected presentation of the ongoing supply agreement.

Selected information by geographic area excluding assets held for sale is as follows:

|  | Fiscal Year Ended | | | Three Months Ended |
|---|---|---|---|---|
|  | December 29, 2017 | September 30, 2016 | September 25, 2015 | December 30, 2016 |
| Net sales [1]: | | | | |
| U.S. | $ 2,899.0 | $ 3,095.4 | $ 2,647.0 | $ 763.7 |
| Europe, Middle East and Africa | 242.3 | 211.8 | 159.0 | 52.8 |
| Other | 80.3 | 73.6 | 117.1 | 13.4 |
|  | $ 3,221.6 | $ 3,380.8 | $ 2,923.1 | $ 829.9 |

|  | Fiscal Year Ended | |
|---|---|---|
|  | December 29, 2017 | December 30, 2016 |
| Long-lived assets [2]: | | |
| U.S. | $ 788.5 | $ 759.1 |
| Europe, Middle East and Africa [3] | 127.0 | 82.9 |
| Other | 63.5 | 51.5 |
|  | $ 979.0 | $ 893.5 |

(1) Net sales are attributed to regions based on the location of the entity that records the transaction, none of which relate to the country of Ireland.
(2) Long-lived assets are primarily composed of property, plant and equipment, net.
(3) Includes long-lived assets located in Ireland of $126.0 million and $80.9 million as of December 29, 2017 and December 30, 2016, respectively.

140