**EXHIBIT 10**



**Total opioid sales 1996 - 2017**

| Year | Gross Sales |
|------|-------------|
| 1996 | $6,618,894 |
| 1997 | $18,366,130 |
| 1998 | $38,037,631 |
| 1999 | $60,436,309 |
| 2000 | $75,879,852 |
| 2001 | $136,444,147 |
| 2002 | $191,720,890 |
| 2003 | $310,149,722 |
| 2004 | $506,203,822 |
| 2005 | $716,461,617 |
| 2006 | $751,598,072 |
| 2007 | $707,867,511 |
| 2008 | $1,103,684,731 |
| 2009 | $1,461,291,454 |
| 2010 | $1,269,912,657 |
| 2011 | $1,360,344,188 |
| 2012 | $1,283,666,924 |
| 2013 | $1,565,025,883 |
| 2014 | $1,966,032,649 |
| 2015 | $1,993,848,393 |
| 2016 | $1,693,617,684 |
| 2017 | $1,500,693,834 |
| Total | $18,717,902,994 |
| Check | $18,717,902,994 |



MNK-T1_000859371

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592372

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592373

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592374

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592375

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592376

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592377

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592378

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592379

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592380

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592381

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592382

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592383

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592384

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592385

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592386

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592387

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592388

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592389

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_000859239O

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592391

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592392

MNK-T1_0008592393

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592394

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592395

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592396

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592397

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_000859239B

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592399

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

PAGE # 32

MNK-T1_0008592400

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592401

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592402

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592403

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592404

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592405

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592406

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592407

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0008592408

HIGHLY CONFIDENTIAL -- SUBJECT TO PROTECTIVE ORDER

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER