**EXHIBIT 18**

Management measures and evaluates the Company's operating segments based on segment net sales and operating income. Management excludes corporate expenses from segment operating income. In addition, certain amounts that management considers to be non-recurring or non-operational are excluded from segment operating income because management evaluates the operating results of the segments excluding such items. These items include revenues and expenses associated with sales of products to Covidien, intangible asset amortization, net restructuring and related charges, non-restructuring impairments and separation costs. Although these amounts are excluded from segment operating income, as applicable, they are included in reported consolidated and combined operating income and in the following reconciliations. Selected information by business segment is as follows:

|  | Fiscal Year | | |
|---|---|---|---|
|  | 2014 | 2013 | 2012 |
| **Net sales:** | | | |
| Specialty Pharmaceuticals | $ 1,612.9 | $ 1,217.6 | $ 1,005.2 |
| Global Medical Imaging | 881.5 | 935.7 | 996.8 |
| Net sales of operating segments [1] | 2,494.4 | 2,153.3 | 2,002.0 |
| Other [2] | 46.0 | 51.2 | 54.2 |
| Net sales | $ 2,540.4 | $ 2,204.5 | $ 2,056.2 |
| **Operating income:** | | | |
| Specialty Pharmaceuticals | $ 566.8 | $ 311.7 | $ 162.8 |
| Global Medical Imaging | 47.1 | 112.3 | 214.3 |
| Segment operating income | 613.9 | 424.0 | 377.1 |
| Unallocated amounts: | | | |
| Corporate and allocated expenses [3] | (241.4) | (133.8) | (69.9) |
| Intangible asset amortization | (162.3) | (35.4) | (27.3) |
| Restructuring and related charges, net [4] | (129.1) | (35.8) | (19.2) |
| Non-restructuring impairments | (355.6) | — | — |
| Separation costs | (9.6) | (74.2) | (25.5) |
| Operating (loss) income | $ (284.1) | $ 144.8 | $ 235.2 |
| **Total assets:** | | | |
| Specialty Pharmaceuticals | $ 10,913.7 | $ 1,666.6 | |
| Global Medical Imaging | 663.3 | 1,158.6 | |
| Corporate [5] | 1,287.8 | 731.4 | |
| Total assets | $ 12,864.8 | $ 3,556.6 | |
| **Depreciation and amortization [6]:** | | | |
| Specialty Pharmaceuticals | $ 230.7 | $ 97.6 | $ 88.7 |
| Global Medical Imaging | 45.2 | 42.0 | 42.2 |
| Depreciation and amortization | $ 275.9 | $ 139.6 | $ 130.9 |

(1) Amounts represent sales to external customers. There were no intersegment sales.
(2) Represents products that were sold to Covidien, which is discussed in Note 16.
(3) Includes administration expenses and certain compensation, environmental and other costs not charged to the Company's operating segments.
(4) Includes restructuring-related accelerated depreciation of $0.5 million, $2.6 million and $8.0 million for fiscal 2014, 2013 and 2012, respectively.
(5) Consists of assets used in managing the Company's total business and not allocated to any one segment.
(6) Depreciation for certain shared facilities is allocated based on occupancy percentage.

125

*Operating Income*

*Gross profit.* Gross profit for fiscal 2013 increased $60.1 million, or 6.2%, to $1,024.9 million, compared with $964.8 million in fiscal 2012. The increase in gross profit primarily resulted from higher net sales in the current year period, in addition to a favorable product mix from increased sales of our higher margin pharmaceutical products. These factors were offset by increased manufacturing and raw material costs, primarily attributable to the unscheduled shutdown of the HFR that supplies us with Mo-99. Gross profit margin was 46.5% during fiscal 2013, compared with 46.9% during fiscal 2012.

*Selling, general and administrative expenses.* Selling, general and administrative expenses for fiscal 2013 were $609.9 million, compared with $551.7 million for fiscal 2012, an increase of $58.2 million, or 10.5%. The increase primarily resulted from $70.6 million of costs in the current year period related to the build-out of our corporate infrastructure, compared with $10.7 million in the prior year period. Selling, general and administrative expenses were 27.7% of net sales for fiscal 2013 and 26.8% of net sales for fiscal 2012. Selling, general and administrative expenses include allocations from Covidien of $39.6 million and $49.2 million in fiscal 2013 and 2012, respectively, for general corporate expenses. These expenses are generally consistent with functions we have developed in our corporate build-out and ceased following the completion of the Separation on June 28, 2013. Fiscal 2013 included minimal launch expenses related to Xartemis XR and Pennsaid 2%. Beginning in the first half of fiscal 2014, we expect expenses in our Brands business to increase in anticipation of our launch of these products.

*Research and development expenses.* R&D expenses increased $21.6 million, or 15.0%, to $165.7 million in fiscal 2013, compared with $144.1 million in fiscal 2012. The increase in R&D expenses is primarily attributable to increased development activities related to our MNK-155, Pennsaid 2% and intrathecal products. The increase in R&D also reflects a $5.0 million milestone payment related to acceptance of the Xartemis XR NDA for priority review by the FDA. As a percentage of our net sales, R&D expenses were 7.5% and 7.0% in fiscal 2013 and 2012, respectively.

*Separation costs.* During fiscal 2013 and 2012, we incurred separation costs of $74.2 million and $25.5 million, respectively, primarily related to legal, accounting, tax and other professional fees. Separation costs were higher in the current year period as we approached and completed the Separation on June 28, 2013. We expect to continue to incur costs related to the Separation as a result of our transition services agreement with Covidien, our costs to implement information and accounting systems, share-based compensation related to the conversion of Covidien awards to Mallinckrodt awards, and other transitional costs; however, these costs are not expected to recur at similar levels in future periods.

*Restructuring and related charges, net.* During fiscal 2013, we recorded $35.8 million of restructuring and related charges, net, of which $2.6 million related to accelerated depreciation and was included in cost of sales. The remaining $33.2 million primarily related to severance and employee benefits costs incurred across both our segments. During fiscal 2012, we recorded restructuring and related charges, net of $19.2 million, of which $8.0 million related to accelerated depreciation and was included in cost of sales. The remaining $11.2 million primarily related to severance and employee benefits costs incurred in the Global Medical Imaging segment.

*Gain on divestitures.* During both fiscal 2013 and 2012, we recorded gains of $2.9 million related to the sale of the rights to market TussiCaps extended-release capsules in fiscal 2011.

*Non-Operating Items*

*Interest expense and interest income.* During fiscal 2013, net interest expense was $19.2 million. Net interest expense is primarily attributable to our $900 million issuance of senior unsecured notes in April 2013. Interest expense during fiscal 2013 includes $1.1 million non-cash interest expense.

*Other income, net.* During fiscal 2013 and 2012, we recorded other income, net of $0.8 million and $1.0 million, respectively, which represents miscellaneous items, including gains and losses on intercompany financing foreign currency transactions and related hedging instruments.

*Provision for income taxes.* Income tax expense was $68.6 million and $94.8 million on income from continuing operations before income taxes of $126.4 million and $236.1 million for fiscal 2013 and 2012, respectively. Our effective tax rate was 54.3% compared with 40.2% for fiscal 2013 and 2012, respectively. Our effective tax rate for fiscal 2013 was impacted by only receiving a $4.2 million tax benefit on $74.2 million of separation costs due to the tax-free status of the Separation, $13.3 million of expense associated with uncertain tax positions, and an $11.6 million benefit associated with intercompany debt transferred to the Company at the Separation. Our effective tax rate for fiscal 2012 was impacted by only receiving $1.8 million of tax benefit on $25.5 million of separation costs due to the tax-free status of the Separation and recognizing $2.3 million of expense associated with uncertain tax positions.