**EXHIBIT 20**

## SAMPLE TWO YEARS OF INTERCOMPANY ACTIVITIES

**MALLINCKRODT PLC**
**CONDENSED CONSOLIDATING STATEMENT OF CASH FLOWS**
Fiscal year ended September 25, 2015
*(in millions)*

| | Mallinckrodt plc | Mallinckrodt International Finance S.A. | Other Subsidiaries | Eliminations | Consolidated |
|---|---|---|---|---|---|
| **Cash Flows From Operating Activities:** | | | | | |
| Net cash from operating activities | $ 207.0 | $ (148.2) | $ 871.7 | $ — | $ 930.5 |
| **Cash Flows From Investing Activities:** | | | | | |
| Capital expenditures | — | — | (148.0) | — | (148.0) |
| Acquisitions and intangibles, net of cash acquired | — | — | (2,154.7) | — | (2,154.7) |
| Intercompany loan investment | (149.4) | — | (554.2) | 703.6 | — |
| Subsidiary dividend proceeds | — | — | — | — | — |
| Investment in subsidiary | — | (3,014.4) | — | 3,014.4 | — |
| Other | — | — | 3.0 | — | 3.0 |
| Net cash from investing activities | (149.4) | (3,014.4) | (2,853.9) | 3,718.0 | (2,299.7) |
| **Cash Flows From Financing Activities:** | | | | | |
| Issuance of external debt | — | 2,890.0 | 120.0 | — | 3,010.0 |
| Repayment of external debt and capital leases | — | (258.3) | (1,590.1) | — | (1,848.4) |
| Debt financing costs | — | (39.1) | (0.8) | — | (39.9) |
| Proceeds from exercise of share options | 34.4 | — | — | — | 34.4 |
| Subsidiary dividend payment | — | — | — | — | — |
| Intercompany loan borrowings | — | 703.6 | — | (703.6) | — |
| Capital contribution | — | — | 3,014.4 | (3,014.4) | — |
| Repurchase of shares | (92.2) | — | — | — | (92.2) |
| Other | — | — | (28.1) | — | (28.1) |
| Net cash from financing activities | (57.8) | 3,296.2 | 1,515.4 | (3,718.0) | 1,035.8 |
| Effect of currency rate changes on cash | — | — | (11.6) | — | (11.6) |
| **Net (decrease) increase in cash, cash equivalents and restricted cash** | (0.2) | 133.6 | (478.4) | — | (345.0) |
| **Cash, cash equivalents and restricted cash at beginning of period** | 0.3 | 18.5 | 758.8 | — | 777.6 |
| **Cash, cash equivalents and restricted cash at end of period** | $ 0.1 | $ 152.1 | $ 280.4 | $ — | $ 432.6 |
| | | | | | |
| Cash and cash equivalents at end of period | $ 0.1 | $ 152.1 | $ 213.7 | $ — | $ 365.9 |
| Restricted cash included in prepaid expenses and other assets at end of period | — | — | 47.7 | — | 47.7 |
| Restricted cash included in other long-term assets at end of period | — | — | 19.0 | — | 19.0 |
| **Cash, cash equivalents and restricted cash at end of period** | $ 0.1 | $ 152.1 | $ 280.4 | $ — | $ 432.6 |

150

**MALLINCKRODT PLC**
**CONDENSED CONSOLIDATING STATEMENT OF CASH FLOWS**
Fiscal year ended December 29, 2017
*(in millions)*

| | Mallinckrodt plc | Mallinckrodt International Finance S.A. | Other Subsidiaries | Eliminations | Consolidated |
|---|---|---|---|---|---|
| **Cash Flows From Operating Activities:** | | | | | |
| Net cash from operating activities | $ 1,233.2 | $ 1,139.4 | $ 2,274.9 | $ (3,920.2) | $ 727.3 |
| **Cash Flows From Investing Activities:** | | | | | |
| Capital expenditures | — | — | (186.1) | — | (186.1) |
| Acquisitions and intangibles, net of cash acquired | — | — | (76.3) | — | (76.3) |
| Proceeds from disposal of discontinued operations, net of cash | — | — | 576.9 | — | 576.9 |
| Intercompany loan investment | (589.5) | — | (1,157.9) | 1,747.4 | — |
| Investment in subsidiary | — | (1,475.3) | — | 1,475.3 | — |
| Proceeds from sale of subsidiary | — | — | — | — | — |
| Acquisition of subsidiary | — | — | — | — | — |
| Restricted cash | — | — | — | — | — |
| Other | — | — | 3.9 | — | 3.9 |
| Net cash from investing activities | (589.5) | (1,475.3) | (839.5) | 3,222.7 | 318.4 |
| **Cash Flows From Financing Activities:** | | | | | |
| Issuance of external debt | — | 1,400.0 | 65.0 | — | 1,465.0 |
| Repayment of external debt and capital leases | — | (764.5) | (152.7) | — | (917.2) |
| Debt financing costs | — | (12.7) | — | — | (12.7) |
| Proceeds from exercise of share options | 4.1 | — | — | — | 4.1 |
| Intercompany loan borrowings | — | 1,747.4 | — | (1,747.4) | — |
| Intercompany dividends | — | (1,170.0) | (2,750.2) | 3,920.2 | — |
| Capital contribution | — | — | 1,475.3 | (1,475.3) | — |
| Repurchase of shares | (651.7) | — | — | — | (651.7) |
| Other | 4.1 | — | (21.8) | — | (17.7) |
| Net cash from financing activities | (643.5) | 1,200.2 | (1,384.4) | 697.5 | (130.2) |
| Effect of currency rate changes on cash | — | — | 2.5 | — | 2.5 |
| **Net increase (decrease) in cash, cash equivalents and restricted cash** | 0.2 | 864.3 | 53.5 | — | 918.0 |
| **Cash, cash equivalents and restricted cash at beginning of period** | 0.5 | 44.5 | 316.1 | — | 361.1 |
| **Cash, cash equivalents and restricted cash at end of period** | $ 0.7 | $ 908.8 | $ 369.6 | $ — | $ 1,279.1 |
| | | | | | |
| Cash and cash equivalents at end of period | $ 0.7 | $ 908.8 | $ 351.4 | $ — | $ 1,260.9 |
| Restricted cash included in prepaid expenses and other assets at end of period | — | — | — | — | — |
| Restricted cash included in other long-term assets at end of period | — | — | 18.2 | — | 18.2 |
| **Cash, cash equivalents and restricted cash at end of period** | $ 0.7 | $ 908.8 | $ 369.6 | $ — | $ 1,279.1 |

148