**EXHIBIT 25**

PAGE # 1