# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Summit, et al. v. Purdue Pharma L.P., et al*; Case No. 1:18-op-45090 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster |

### PLAINTIFFS' MOTION FOR LEAVE TO FILE ITS OPPOSITION TO TEVA PHARMACEUTICALS INDUSTRIES LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION, AND RELATED DECLARATIONS UNDER SEAL

Pursuant to Local Rule 5.2, Plaintiffs seek leave of Court to seal Plaintiffs' Opposition to Teva Pharmaceuticals Industries Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction and related papers. Plaintiffs' papers were filed Friday July 5, 2019, and have the following ECF Docket Numbers, and currently should be sealed:

- Docket No. 1815: Opposition Brief
- Docket No. 1816: Declaration of Mark G. Crawford in Support of Opposition
- Docket No. 1817: Declaration of Alec Fahey in Support of Opposition

Plaintiffs file this Motion and Proposed Order to ensure compliance with CMO No. 2: Protective Order (ECF Doc. 441). Plaintiffs respectfully request the option to proceed in this manner to preclude inadvertent disclosure of confidential information subject to CMO No. 2.

WHEREFORE, Plaintiffs respectfully request the Honorable Court to grant Plaintiffs' Motion for Leave to File Its Opposition to Teva Pharmaceuticals Industries Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction, and Related Declarations Under Seal, and to place Docket Nos. 1815, 1816, and 1817 filed July 5, 2019 under seal.

Respectfully Submitted:

DATED:  July 8, 2019

/s/ Mark G. Crawford
Steven J. Skikos
Mark G. Crawford
P. Dylan Jensen
SKIKOS, CRAWFORD, SKIKOS & JOSEPH LLP
One Sansome Street, Suite 2830
San Francisco, CA 94104
Tel: 415-546-7300
Fax: 415-546-7301
sskikos@skikos.com
mcrawford@skikos.com
djensen@skikos.com

*Attorneys for Plaintiffs*

## **CERTIFICATE OF SERVICE**

        I hereby certify that on July 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

DATED: July 5, 2019                           */s/  Mark G. Crawford*
                                                               Mark G. Crawford