# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*County of Summit, et al. v. Purdue Pharma L.P., et al*; Case No. 1:18- op-45090 | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster** |

**ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO FILE UNDER SEAL ITS OPPOSITION PAPERS TO TEVA PHARMACUETICALS INDUSTRIES LTD.'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION**

Plaintiffs move for leave to file its Motion for Leave to File Its Opposition to Teva Pharmaceuticals Industries Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction, and Related Declarations Under Seal, specifically the following ECF Docket Numbers filed on July 5, 2018:

- Docket No. 1815: Opposition Brief
- Docket No. 1816: Declaration of Mark G. Crawford in Support of Opposition
- Docket No. 1817: Declaration of Alec Fahey in Support of Opposition

The Motion states that filing said Motion is necessary to ensure compliance with CMO No. 2: Protective Order, ECF Doc. 441 because the Motion and accompanying documents will contain confidential information subject to said Order.

Plaintiffs' Motion for Leave to File Its Opposition to Teva Pharmaceuticals Industries Ltd.'s Motion to Dismiss for Lack of Personal Jurisdiction, and Related Declarations Under Seal is hereby GRANTED.

\\

1

IT IS SO ORDERED.

Dated: _____

                                      _____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE

## **CERTIFICATE OF SERVICE**

    I hereby certify that on July 8, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system.  Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

DATED: July 8, 2019            */s/  Mark G. Crawford*
                      Mark G. Crawford