## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on July 9, 2019, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF Systems.

DATED: July 9, 2019

<u>*s/ Elizabeth J. Cabraser*</u>
Elizabeth J. Cabraser