

Department of Law

City of Chicago

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to: ALL CASES | MDL DOCKET NO.: 2804<br><br>Hon. Judge Dan A. Polster |

### DECLARATION OF MARK A. FLESSNER IN SUPPORT OF HIS APPOINTMENT AS CLASS COUNSEL FOR CITIES/COUNTIES NEGOTIATION CLASS

1. I, Mark A. Flessner of City of Chicago ("City") Department of Law, submit this declaration in support of my appointment as Cities/Counties Negotiation Class Counsel.

2. I am the 49th Corporation Counsel for the City. As the head of the City's Department of Law, I oversee the City's approximately 300 lawyers, who conduct all the law business of the city.

3. As a key legal advisor to the Mayor and the City's more than forty Departments, as well as its agencies and officials, I am primarily focused on advancing the City's interests, with a commitment to justice, fairness, and equality. Throughout my career, I have used the law to level the playing field for those seeking equal access to justice and opportunity, free from the burden of discrimination based on race, national origin, gender, sexual preference or economic class.

4. I have practiced law in the City for more than 30 years. I served as an Assistant United States Attorney for the Northern District of Illinois for almost 12 years, and I have been

in 3 separate large law firms over about a 20-year period. In May of 2019, the newly-elected Mayor of the City appointed me Acting Corporation Counsel, and my appointment was confirmed by the City Council a few days later.

5. When I was a federal prosecutor at the United States Attorney's Office, I led major investigations involving sophisticated and complex financial fraud, white collar crime, gangs, and narcotics cases. I also investigated international money laundering, terrorism, and cases involving national security.

6. Prior to becoming Corporation Counsel, I was a partner in the firm Holland & Knight. There, I advised clients regarding litigation risks, and assisted clients facing government scrutiny in civil, criminal, and regulatory matters. I also represented clients facing complex commercial litigation, class actions, internal corporate investigations, grand jury inquiries, and issues involving the Foreign Corrupt Practices Act.

7. The City is currently litigating suits against opioids manufacturers and distributors within this federal MDL which bring claims against opioid manufacturers and distributors for their role in creating and sustaining the prescription opioid epidemic.

I, Mark A. Flessner, declare under penalty of perjury, under the Laws of the United States, that the foregoing is true and correct.

EXECUTED this 9th day of July, 2019, in Chicago, Illinois.

_____
MARK A. FLESSNER
Corporation Counsel, City of Chicago
Department of Law
121 North LaSalle Street, Suite 600
Chicago, IL 60602
Mark.Flessner@cityofchicago.org

3