UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| In re NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 ) ) Case No. 1:17-md-2804 ) |
| This Document Relates To: | ) Hon. Dan A. Polster ) |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090 | ) ) ) ) ) |

NOTICE REGARDING FILING OF PLAINTIFFS' OPPOSITION TO ALLERGAN PLC'S MOTION TO DISMISS PURSUANT TO RULE 12(b)(2) FOR LACK OF PERSONAL JURISDICTION [ECF NO. 1823]

Plaintiffs' Memorandum of Law in Opposition to Defendant Allergan plc's Motion to Dismiss Pursuant to Rule 12(b)(2) for Lack of Personal Jurisdiction, along with certain exhibits attached to the Declaration of Thomas E. Egler thereto (together, the "Opposition to Motion to Dismiss"), contain references to confidential information contained in documents produced by defendants marked as "Confidential" or "Highly Confidential."  Plaintiffs withheld exhibits containing such information to ensure compliance with Case Management Order Number Two: Protective Order (ECF No. 441, the "Protective Order").

A courtesy copy of the unredacted version of the Opposition to Motion to Dismiss, including all exhibits, has been served on the Court and parties to this matter.

Furthermore, plaintiffs will confer with defendants and will endeavor to file as soon as practicable on the publicly available docket another version with the least redaction necessary, in accordance with this Court's Protective Orders.

DATED:  July 9, 2019                     Respectfully submitted,

                                         ROBBINS GELLER RUDMAN
                                           & DOWD LLP
                                         AELISH M. BAIG
                                         MATTHEW S. MELAMED


                                                   s/ AELISH M. BAIG
                                                  AELISH M. BAIG

                                         Post Montgomery Center
                                         One Montgomery Street, Suite 1800
                                         San Francisco, CA  94104
                                         Telephone:  415/288-4545
                                         415/288-4534 (fax)
                                         aelishb@rgrdlaw.com
                                         mmelamed@rgrdlaw.com

- 1 -

- 2 -

ROBBINS GELLER RUDMAN
  & DOWD LLP
PAUL J. GELLER
MARK J. DEARMAN
DOROTHY P. ANTULLIS
120 East Palmetto Park Road, Suite 500
Boca Raton, FL  33432
Telephone:  561/750-3000
561/750-3364 (fax)
pgeller@rgrdlaw.com
mdearman@rgrdlaw.com
dantullis@rgrdlaw.com

ROBBINS GELLER RUDMAN
  & DOWD LLP
THOMAS E. EGLER
CARISSA J. DOLAN
655 West Broadway, Suite 1900
San Diego, CA  92101
Telephone:  619/231-1058
619/231-7423 (fax)
tome@rgrdlaw.com
cdolan@rgrdlaw.com

Attorneys for Plaintiffs

- 3 -

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 9, 2019, the foregoing was filed electronically with the Clerk of Court using the Court's CM/ECF system, and will be served via the Court's CM/ECF filing system on all attorneys of record.

s/ AELISH M. BAIG
AELISH M. BAIG

ROBBINS GELLER RUDMAN
    & DOWD LLP
Post Montgomery Center
One Montgomery Street, Suite 1800
San Francisco, CA  94104
Telephone:  415/288-4545
415/288-4534 (fax)
E-mail:  aelishb@rgrdlaw.com
