# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| THIS DOCUMENT RELATES TO: | |
| | Judge Dan Aaron Polster |
| *Jefferson County, et al. v. Williams, et al.,* Case No. 1:19 OP 45371 | **SCHEDULING ORDER NO. 2** |

During our monthly status teleconference on June 19, 2019, I reported that I was contacted by two state court judges who preside over prescription opiate cases in two different states who have asked me to consider remanding a small number of cases brought by cities or counties within that same geographic region that were removed from their jurisdictions and landed in this MDL. After some discussion on this subject, all agreed to the following procedure. I was to contact the state court judges to ask them to submit their requests in writing, explaining in some detail the reason for their requests – after which I would issue a scheduling order attaching the judges' letter-requests and establishing a deadline for the parties to respond to the judges' requests. I established a deadline of June 30, 2019 for the state court judges to submit their letters to me.

Rex Burlison, Presiding Judge, 22nd Judicial Circuit, State of Missouri is presiding over *State of Missouri v. Purdue Pharma, LP, et al.* (#1722-CC10626). He submitted a letter-request before the June 30 deadline asking me to sever the claims of Jefferson County and Franklin

County from MDL Case No. 4:19 OP 45371 and remand them to the 22nd Judicial Circuit where they can be consolidated with his State case. I asked that he send me a second letter clarifying the purpose for his request. That letter is attached to this Order.

The Court **DIRECTS** any party to either of the two cases who opposes the remands to file an objection **by 12:00 noon on Monday, July 22, 2019.**

**IT IS SO ORDERED.**

                                           _/s/ Dan A. Polster    July 11, 2019_
                                           **Dan Aaron Polster**
                                           **United States District Judge**.