IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>Case No.  1:17-op-45053-DAP (S.D. W.Va.) and<br>Case No. 1:17-op-45054 (S.D. W.Va.)<br><br>CABELL COUNTY COMMISSION and CITY OF HUNTINGTON, WEST VIRGINIA,<br><br>    Plaintiff,<br><br>PURDUE PHARMA L.P., *et al*.,<br><br>Defendants. | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Judge Dan Aaron Polster<br><br>ORDER GRANTING PLAINTIFFS' MOTION FOR LEAVE TO CORRECT THE THIRD AMENDED AND JOINT COMPLAINT TO CONFORM TO THE SUBSTANCE OF THE PLEADING AND TO RE-FILE CORRECTED THIRD AMENDED AND JOINT COMPLAINT UNDER SEAL |

**ORDER ON PLAINTIFFS' MOTION FOR LEAVE TO CORRECT THE THIRD AMENDED AND JOINT COMPLAINT TO CONFORM TO THE SUBSTANCE OF THE PLEADING AND TO RE-FILE CORRECTED THIRD AMENDED AND JOINT COMPLAINT UNDER SEAL**

Plaintiffs, the City of Huntington and the County of Cabell, move for leave seeking to correct inadvertent errors and/or omissions to the entities listed in (1) the caption and (2) Paragraph 13 and its corresponding footnote in Plaintiffs' Third Amended and Joint Complaint and to re-file corrected Third Amended and Joint Complaint under seal.

Plaintiffs' Motion for Leave to Correct the Third Amended and Joint Complaint to Conform to the Substance of the Pleading and to Re-File the Corrected Third Amended and Joint Complaint Under Seal is hereby GRANTED.

IT IS SO ORDERED.

Dated: _____

_____
HON. DAN AARON POLSTER
UNITED STATES DISTRICT JUDGE