# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"Track One Cases"* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## DECLARATION OF ELISSA R. USPENSKY IN SUPPORT OF MALLINCKRODT PLC'S MOTION BY SPECIAL APPEARANCE TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Elissa R. Uspensky, declare as follows:

1. I am an associate at the law firm Ropes & Gray LLP and counsel to Defendant Mallinckrodt plc in the above-captioned matter.

2. I make this declaration on behalf of Mallinckrodt plc in support of Mallinckrodt plc's Motion by Special Appearance to Dismiss for Lack of Personal Jurisdiction.

3. Attached as **Exhibit A** is a true and correct copy of excerpts of the document produced in this action bearing the bates-stamps MNK_PLC0000002159-MNK_PLC0000002230.

4. Attached as **Exhibit B** is a true and correct copy of the document produced in this action bearing the bates-stamps MNK_PLC0000000890-MNK_PLC0000001021.

5. Attached as **Exhibit C** is a true and correct copy of the document produced in this action bearing the bates-stamp MNK_PLC0000001128.

-2-

I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Dated: July 12, 2019

                                          */s/ Elissa R. Uspensky*

                                          Elissa R. Uspensky
                                          ROPES & GRAY LLP
                                          Prudential Tower
                                          800 Boylston Street
                                          Boston, MA 02199-3600
                                          (617) 951-7093
                                          Elissa.Uspensky@ropesgray.com

                                          *Attorney for specially appearing Defendant Mallinckrodt plc*

-3-

**CERTIFICATE OF SERVICE**

    I hereby certify that on the 12th of July, 2019, I electronically filled the forgoing with the Clerk of the Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF systems.


Dated: July 12, 2019                                */s/ Brien T. O'Connor*
                                                                      Brien T. O'Connor