# **EXHIBIT C**

Document Produced in Native Format

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK_PLC0000001128

