


**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"Track One Cases"* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**SUPPLEMENTAL AFFIDAVIT OF ALASDAIR JOHN FENLON IN SUPPORT OF MALLINCKRODT PLC'S MOTION TO DISMISS**

I, Alasdair J. Fenlon, make oath and solemnly affirm:

1. My name is Alasdair J. Fenlon. I served as Director of Finance for Mallinckrodt plc until January 1, 2016. My current position is Director of Accounting with Mallinckrodt Pharma IP Trading DAC, an Irish incorporated subsidiary of Mallinckrodt plc. My remit as Director of Accounting includes Mallinckrodt plc. Each statement made in this affidavit is based upon facts within my personal knowledge obtained during my time as Director of Finance at Mallinckrodt plc and in my current role, my investigation, and my review of relevant records. I could and would testify to the same if called as a witness in this matter.

2. Mallinckrodt plc is incorporated in Ireland with its registered office located at College Business and Technology Park, Cruiserath, Blanchardstown, Dublin 15, Ireland, and its business address located at Three Lotus Park, The Causeway, Staines-Upon-Thames, Surrey, TW18 3AG, United Kingdom.

3. Mallinckrodt plc has a board of directors. Independent directors are compensated with fees and stock awards. Mark Trudeau is the only executive director on the board, and he is not compensated by Mallinckrodt plc.

4. Mallinckrodt plc does not have a marketing or sales force or sell any pharmaceutical products.

5. Mallinckrodt plc does not make payments to any employees of its direct or indirect subsidiaries.

6. Mallinckrodt plc files its own tax returns as a separate legal entity in the United Kingdom. Mallinckrodt plc has no shared tax liabilities with its subsidiaries, and records no United States tax benefits or tax credits on its entity Financial Statements.

7. Mallinckrodt plc is audited as a separate legal entity, using accounting records and financial statements specific to Mallinckrodt plc.

8. As a holding company, Mallinckrodt plc is required under Irish Company law to prepare group consolidated financial statements for the holding company and all its subsidiary undertakings for that financial year. Mallinckrodt plc is also required to submit entity financial statements specific to the Mallinckrodt plc entity.

9. These entity financial statements disclose that Mallinckrodt plc's only investment is in the share capital of Mallinckrodt UK ltd. Mallinckrodt plc maintains no fixed assets apart from this asset.

10. Mallinckrodt plc does not own any assets in the United States.

11. Mallinckrodt plc cannot pay dividends from the retained earnings of its United States subsidiaries because those retained earnings are on the balance sheet of the consolidated financial statements and not on Mallinckrodt plc's separate entity balance sheet. Under Irish Law Mallinckrodt plc can only pay dividends from the distributable reserves on its entity-only balance sheet.

12. Mallinckrodt plc does not have any third party debt on its balance sheet. As it makes no product sales to third parties, it does not have accounts receivable with third parties on its balance sheet and therefore has no third party receivables to securitize. Mallinckrodt plc has no securitized debt.

FURTHER AFFIANT SAYETH NOT.

Alasdair John Fenlon * CB.

CB * Holder of an Irish Passport No.

Redacted Number

CB

**SWORN** at Dublin, Ireland

This 11 day of July 2019

Before me COLIN BYRNE

At Dublin, Ireland.

Signature and Official Seal of
Person qualified to Administer Oaths

Colin Byrne
Notary Public
Dublin, Ireland
Commissioned For Life





APOSTILLE
(Convention de La Haye du 5 octobre 1961)

| | |
|---|---|
| **1. Country:** Pays/País: | **IRELAND** |
| **This public document** Le présent acte public / El presente documento público | |
| **2. has been signed by** a été signé par ha sido firmado por | Colin Byrne |
| **3. acting in the capacity of** agissant en qualité de quien actúa en calidad de | Notary Public |
| **4. bears the seal / stamp of** est revêtu du sceau / timbre de y está revestido del sello / timbre de | Notary Public |

**Certified**
Attesté / Certificado

| | | | |
|---|---|---|---|
| **5. at** à / en | Dublin | **6. the** le / el día | 12/07/2019 |
| **7. by** par / por | Department of Foreign Affairs and Trade | | |
| **8. No** sous no bajo el número | 4655842019 | | |
| **9. Seal / stamp:** Sceau / timbre: Sello / timbre: | **10. Signature:** Signature: Firma: | | |

This Apostille only certifies the authenticity of the signature and the capacity of the person who has signed the public document, and, where appropriate, the identity of the seal or stamp which the public document bears. This Apostille does not certify the content of the document for which it was issued. To verify the issuance of this Apostille, see www.authentications.dfat.ie

365687