**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *"Track One Cases"* | Hon. Dan Aaron Polster |

## AFFIDAVIT OF STEPHANIE D. MILLER IN SUPPORT OF MALLINCKRODT PLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION

I, Stephanie D. Miller, make oath and solemnly affirm:

1. My name is Stephanie D. Miller. I currently serve as Vice President, Corporate Secretary & General Counsel, International for Mallinckrodt plc. I also serve as Vice President and Corporate Secretary for Mallinckrodt LLC, SpecGx LLC, and numerous other Mallinckrodt Pharmaceutical corporate entities. Each statement made in this affidavit is based upon facts within my personal knowledge obtained in my current role, my investigation, and my review of relevant records. I could and would testify to the same if called as a witness in this matter.

2. I have never served as a Director of Mallinckrodt plc.

3. Kathleen A. Schaefer is the current Senior Vice President, Finance and Corporate Controller of Mallinckrodt plc. Ms. Schaefer also currently serves as President of Mallinckrodt LLC and SpecGx LLC. Ms. Schaefer has never served as a Director of Mallinckrodt plc.

4. Marvin R. Haselhorst is the current Vice President, Global Tax of Mallinckrodt plc. Mr. Haselhorst also currently serves as Vice President of Mallinckrodt LLC and SpecGx LLC. Mr. Haselhorst has never served as a Director of Mallinckrodt plc.

5. John Einwalter is the current Vice President and Treasurer of Mallinckrodt plc. Mr. Einwalter also currently serves as Vice President and Treasurer of Mallinckrodt LLC and SpecGx LLC. Mr. Einwalter has never served as a Director of Mallinckrodt plc.

6. Eric Berry is the former Vice President, Environmental Law at Mallinckrodt Enterprises LLC. Mr. Berry also previously served as an officer of other U.S.-based Mallinckrodt corporate entities. Mr. Berry has never served as an officer of Mallinckrodt plc.

7. Joseph Zaccagnino is a former Director of Mallinckrodt plc. Mr. Zaccagnino has never served as a Director of Mallinckrodt LLC.

8. Michael-Bryant Hicks is the former Senior Vice President & General Counsel of Mallinckrodt plc. Mr. Hicks has never served as an officer of Mallinckrodt LLC. Mr. Hicks signed a July 2017 Administrative Memorandum of Agreement with the Drug Enforcement Administration (the "MOA") on behalf of Mallinckrodt plc in his capacity as Vice President & General Counsel of Mallinckrodt plc. Mr. Hicks also signed the MOA on behalf of Mallinckrodt LLC in his capacity as Senior Vice President & General Counsel of Mallinckrodt plc, pursuant to a delegation of authority.

9. Mark Trudeau is a Director and the current President and Chief Executive Officer of Mallinckrodt plc. Mr. Trudeau does not currently serve as an officer of Mallinckrodt LLC and has never served as an officer of SpecGx LLC.

10. Matthew K. Harbaugh is the current Executive Vice President and President, Specialty Generics of Mallinckrodt plc. Mr. Harbaugh does not currently serve as an officer of Mallinckrodt LLC and has never served as an officer of SpecGx LLC.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on July 11, 2019.  Stephanie D. Miller