# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"Track One Cases"* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### DECLARATION OF BRIEN T. O'CONNOR IN SUPPORT OF MALLINCKRODT PLC'S MOTION BY SPECIAL APPEARANCE TO STRIKE THE EXPERT REPORT OF ALEC FAHEY

I, Brien T. O'Connor, declare as follows:

1. I am a partner at the law firm of Ropes & Gray LLP and counsel of record for Defendant Mallinckrodt plc in the above-captioned matter. I am a member in good standing of the State Bar of Massachusetts. I submit this declaration in support of Mallinckrodt plc's Motion by Special Appearance to Strike the Expert Report of Alec Fahey. I have personal knowledge of the facts set forth herein and, if called and sworn as a witness, could and would testify competently thereto.

2. Attached hereto as **Exhibit A** is a true and correct copy of the Court's non-docketed Order, dated July 3, 2019 and entered at 10:27 AM EDT.

3. Attached hereto as **Exhibit B** is a true and correct copy of the Court's non-docketed Order, dated July 8, 2019 and entered at 4:27 PM EDT.

4. Attached hereto as **Exhibit C** is a true and correct copy of Plaintiffs' First Set of Requests for Production of Documents to Mallinckrodt plc, dated January 25, 2019.

5. Attached hereto as **Exhibit D** is a true and correct copy of Plaintiffs' First Set of Interrogatories to Mallinckrodt plc, dated January 25, 2019.

6. Attached hereto as **Exhibit E** is a true and correct copy of the joint letter sent on behalf of Mallinckrodt plc and Plaintiffs to Special Master Cohen, dated March 29, 2019.

7. Attached hereto as **Exhibit F** is a true and correct copy of the letter sent on behalf of Mallinckrodt plc to the Court, dated July 2, 2019.

I declare under penalty of perjury that the foregoing is true and correct. This Declaration was executed in Boston, Massachusetts on July 12, 2019.

Dated: July 12, 2019

Respectfully submitted,

*/s/ Brien T. O'Connor*

Brien T. O'Connor
ROPES & GRAY LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com

*Counsel for specially appearing
Defendant Mallinckrodt plc*

## CERTIFICATE OF SERVICE

    I HEREBY CERTIFY that on this 12th day of July 2019, I electronically filed the forgoing with the Clerk of Court by using the CM/ECF System. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF System.

Dated: July 12, 2019                                                */s/ Brien T. O'Connor*
                                                                                 Brien T. O'Connor