# EXHIBIT A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.**

**U.S. District Court**

**Northern District of Ohio**

## Notice of Electronic Filing

The following transaction was entered on 7/3/2019 at 10:27 AM EDT and filed on 7/3/2019

**Case Name:**    In Re: National Prescription Opiate Litigation

**Case Number:**    1:17-md-02804-DAP

**Filer:**

**Document Number:** No document attached

**Docket Text:**

**Order [non-document] Mallinckrodt, Allergan, and Teva have asked the Court for additional time and discovery on their Motions to Dismiss for Lack of Personal Jurisdiction (Doc. Nos. [1258], [1264], [1266]). The Court has thus far been exceedingly generous with requests for discovery and extensions of time, but at this time the parties have received all the discovery and extension of time they are going to get. The Court declines these Defendants' invitation to defer ruling on these motions until after the Track One trial and directs the parties to comply with the current briefing schedule.. Judge Dan Aaron Polster on 7/3/19. (P,R)**