# EXHIBIT B

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

### U.S. District Court

### Northern District of Ohio

### Notice of Electronic Filing

The following transaction was entered on 7/8/2019 at 4:27 PM EDT and filed on 7/8/2019

| | |
|---|---|
| **Case Name:** | In Re: National Prescription Opiate Litigation |
| **Case Number:** | 1:17-md-02804-DAP |
| **Filer:** | |
| **Document Number:** | No document attached |

**Docket Text:**
**Order [non-document] - Nothing in the Court's July 3rd Order precludes Mallinckrodt from filing its proposed motion to strike with its Reply, which is due on Friday, July 12, 2019. The Order only informs Mallinckrodt, Allergan, and Teva that no additional discovery or extensions of time will be granted on their Motions to Dismiss and directs them to comply with their current respective briefing schedules. In all other respects, Mallinckrodt's Motion to clarify (for Clarification of the Court's July 3, 2019 text order)(Doc. No. [1814]) is DENIED. Judge Dan Aaron Polster on 7/8/19.(P,R)**