# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 18-3839/18-3860

_____

Filed: July 12, 2019

In re: NATIONAL PRESCRIPTION OPIATE LITIGATION

------------------------------

HD MEDIA COMPANY, LLC

      Intervenor - Appellant

1:17mc2804 - DAP

v.

U.S. DEPARTMENT OF JUSTICE; DRUG ENFORCEMENT ADMINISTRATION

      Interested Parties - Appellees

and

DISTRIBUTOR DEFENDANTS; MANUFACTURING DEFENDANTS; CHAIN PHARMACY DEFENDANTS

      Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 06/20/2019 the mandate for this case hereby issues today.  Vacated and Remanded

COSTS: None