**Exhibit A:** Documents Filed as Redacted or Entirely Under Seal by Plaintiffs

| Date Filed | # | Docket Text |
|---|---|---|
| 4/25/2018 | 293 | **SEALED Document:** Broward County, FL First Amended Complaint filed by Plaintiffs' Liaison Counsel. Related document(s) 262. (Weinberger, Peter) |
| 4/25/2018 | 294 | **SEALED Document:** *Amended Complaint* filed by All Plaintiffs. Related document(s) 262, 293. (Gallucci, Frank) |
| 4/25/2018 | 296 | **SEALED Document:** City of Cleveland's First Amended Complaint filed by City of Cleveland. Related document(s) 262. (Weinberger, Peter) |
| 4/25/2018 | 298 | **SEALED Document:** County of Monroe Michigan First Amended Complaint filed by Plaintiffs' Liaison Counsel. Related document(s) 262. (Weinberger, Peter) |
| 4/25/2018 | 301 | **SEALED Document:** County of Summit, Ohio, et al, Amended Complaint filed by Plaintiffs' Liaison Counsel. Related document(s) 262. (Weinberger, Peter) |
| 4/25/2018 | 302 | **SEALED Document:** First Amended Complaint filed by Cabell County Commission. Related document(s) 262. (Majestro, Anthony) |
| 4/25/2018 | 304 | **SEALED Document:** *City of Chicago Fourth Amended Complaint* filed by Plaintiffs' Liaison Counsel. Related document(s) 262. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Weinberger, Peter) |
| 5/7/2018 | 385 | **SEALED Document:** *West Boca Medical Center, Inc. v. AmerisourceBergen Drug Corp., et al. Complaint; Case No. 1:18-op-45530* filed by West Boca Medical Center, Inc. Related document(s) 167, 232, 384. (Attachments: # 1 Civil Cover Sheet) (Barrett, John) |
| 5/10/2018 | 411 | **SEALED Document:** First Amended Complaint filed by City of Chicago. Related document(s) 409. (Singer, Linda) |
| 5/18/2018 | 475 | **Second SEALED Document:** Amended Complaint filed by City of Cleveland. Related document(s) 471. (Mougey, Peter) |
| 5/18/2018 | 476 | **Second SEALED Document:** Amended Complaint filed by County of Cuyahoga. Related document(s) 471. (Gallucci, Frank) |

| Date Filed | # | Docket Text |
|---|---|---|
| 5/18/2018 | 477 | **SEALED Document:**<br>Second Amended Complaint filed by County of Summit, Ohio. Related document(s) 471. (Singer, Linda) |
| 5/29/2018 | 508 | Second **Amended complaint** *redacted* against All Defendants. Filed by City of Cleveland. (Weinberger, Peter) Modified on 5/30/2018 (P,R). |
| 5/29/2018 | 509 | **SEALED Document**:<br>Second Amended Corrected Complaint filed by City of Cleveland. Related document(s) 262. (Weinberger, Peter) (Entered: 05/29/2018) |
| 5/29/2018 | 511 | Fourth **Amended complaint** *(redacted)* filed by City of Chicago. (Singer, Linda) Modified text on 5/30/2018 (P,R). |
| 5/29/2018 | 512 | **SEALED Document:**<br>*Fourth Amended Complaint (corrected)* filed by City of Chicago. Related document(s) 471. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C) (Singer, Linda) |
| 5/29/2018 | 513 | Second **Amended complaint** *(redacted)* filed by County of Summit, Ohio. (Singer, Linda). |
| 5/29/2018 | 514 | **SEALED Document:**<br>Second Amended Complaint (corrected) filed by County of Summit, Ohio. Related document(s) 471. (Singer, Linda) |
| 5/30/2018 | 517 | **SEALED Document:**<br>Second Amended Complaint filed by Cabell County Commission. Related document(s) 516. (Majestro, Anthony) |
| 5/30/2018 | 518 | Second **Amended complaint** [redacted] against All Defendants and adding new party defendant(s) Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; Allergan Finance LLC f/k/a Actavis Inc, f/k/a Watson Pharmaceuticals, Inc.; SpecGX LLC; and Rite Aid Corporation. Filed by Cabell County Commission. (Majestro, Anthony) |
| 5/30/2018 | 519 | **SEALED Document:**<br>SECOND AMENDED COMPLAINT filed by County of Monroe. Related document(s) 516. (Geller, Paul) |
| 5/30/2018 | 520 | **SEALED Document:**<br>Second Amended Complaint filed by Broward County, Florida. Related document(s) 516. (Cabraser, Elizabeth) |

| Date Filed | # | Docket Text |
|---|---|---|
| 5/30/2018 | 521 | Second **Amended complaint** *(corrected)* [redacted]against Actavis LLC, Actavis Pharma, Inc., Actavis plc, Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC, AmerisourceBergen Corporation, CVS Health Corporation, Cardinal Health, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., H. D. Smith Holding Company, H. D. Smith Holdings, LLC, H.D. Smith Wholesale Drug Co., HealthMart Systems, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Mallinckrodt LLC, Mallinckrodt PLC, McKesson Corporation, Noramco, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Purdue Frederick Company, Inc., Purdue Pharma Inc., Purdue Pharma L.P., Rite Aid Corporation, Rite Aid of Maryland, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Wal-Mart, Inc., Walgreen Co., Walgreens Boots Alliance Inc., Watson Laboratories, Inc., Watson Pharmaceuticals, Inc.. Filed by County of Cuyahoga. (Gallucci, Frank) |
| 5/30/2018 | 522 | Second **Amended complaint** *(redacted)* against Actavis LLC, Actavis Pharma, Inc., Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc., Allergan PLC, AmerisourceBergen Corporation, AmerisourceBergen Drug Corporation, CVS Health Corporation, Cardinal Health, Inc., Cephalon, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals, Inc., Insys Therapeutics, Inc., Janssen Pharmaceutica, Inc., Janssen Pharmaceuticals, Inc., Johnson & Johnson, Kroger Company, The, Mallinckrodt LLC, Mallinckrodt PLC, McKesson Corporation, Noramco, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., Purdue Frederick Company, Inc., Purdue Pharma Inc., Purdue Pharma L.P., Rite Aid Corporation, Rite Aid of Maryland, Inc., SpecGX LLC, Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc., Walgreens Boots Alliance Inc., Walmart, Inc., Watson Laboratories, Inc. and adding new party defendant(s) Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; Allergan Finance LLC f/k/a Actavis Inc, f/k/a Watson Pharmaceuticals, Inc.; SpecGX LLC; and Rite Aid Corporation. Filed by County of Monroe. (Geller, Paul) |
| 5/30/2018 | 523 | Second **SEALED Document:** *Second Amended Complaint (corrected)* filed by County of Cuyahoga. Related document(s) 471, 521, 476. (Gallucci, Frank) |
| 5/30/2018 | 525 | Second **Amended complaint** *(redacted)* against All Defendants and adding new party defendant(s) Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc.; Allergan Finance LLC f/k/a Actavis Inc., f/k/a Watson Pharmaceuticals, Inc.; and SpecGx LLC. Filed by Broward County, Florida. (Cabraser, Elizabeth) Modified on 6/1/2018 (P,R) |

| Date Filed | # | Docket Text |
|---|---|---|
| 6/18/2018 | 635 | **SEALED Document**:<br>First Amended Complaint filed by Cleveland Bakers and Teamsters Health & Welfare Fund. Related document(s) 634. (Weinberger, Peter) |
| 7/17/2018 | 760 | Redacted Complaint (Rite-Aid removed) filed by West Boca Medical Center, Inc. Related document(s) 385. (Barrett, John) |
| 7/30/2018 | 812 | Omnibus Opposition to Manufacturer Defendants' Joint Objections and Pharmacy Defendants' Objections to the Special Master's Discovery Rulings No. 2 and 3 *(redacted)* filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. Related document(s) 785, 786. (Singer, Linda) |
| 7/30/2018 | 813 | **SEALED Document:**<br>*Omnibus Opposition to Manufacturer Defendants' Joint Objections and Pharmacy Defendants' Objections to the Special Master's Discovery Rulings No. 2 and 3* filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. Related document(s) 811, 785, 786. (Attachments: #1 Exhibit A - Transcript of June 6, 2018 Hearing) (Singer, Linda) |
| 11/26/2018 | 1151 | **SEALED Document:**<br>*Response by Plaintiffs in Opposition to Walgreens's Objection to Discovery Ruling No. 9* filed by City of Cleveland, County of Cuyahoga, County of Summit, Ohio. Related document(s) 1150. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D) (Mougey, Peter)<br><br>Exhibit A: October 20, 2018 Letter to SM Cohen - quoting deposition testimony from Walgreens' witnesses<br>Exhibit B: October 4, 2018 Letter between Parties requesting and describing additional custodians<br>Exhibit C: October 8, 2018 letter between Parties re additional custodians<br>Exhibit D: October emails between parties re additional Custodians |
| 1/10/2019 | 1241 | **SEALED Document:**<br>*Motion to Disqualify* filed by City of Cleveland. Related document(s) 1234. (Attachments: #1 Brief in Support, #2 Exhibit Pifko Dec. Ex. 1, #3 Exhibit Pifko Dec. Ex. 2, #4 Exhibit Pifko Dec. Ex. 3, #5 Exhibit Pifko Dec. Ex. 4, #6 Exhibit Pifko Dec. Ex. 5, #7 Exhibit Pifko Dec. Ex. 6, #8 Exhibit Pifko Dec. Ex. 7, #9 Exhibit Pifko Dec. Ex. 8, #10 Exhibit Pifko Dec. Ex. 9, #11 Exhibit Pifko Dec. Ex. 10, #12 Exhibit Pifko Dec. Ex. 11, #13 Exhibit Pifko Dec. Ex. 12, #14 Exhibit Pifko Dec. Ex. 13, #15 Exhibit Pifko Dec. Ex. 14, #16 Exhibit Pifko Dec. Ex. 15, #17 Exhibit Pifko Dec. Ex. 16, #18 Exhibit Pifko Dec. Ex. 17, #19 Exhibit Pifko Dec. Ex. 18, #20 Exhibit 1-Gingell Declaration, #21 Exhibit 2-Gilson Declaration (Pifko, Mark) |

| Date Filed | # | Docket Text |
|---|---|---|
| | 1241 (cont.) | Attachments 3-19: Pifko Declaration and Exhibits 1-18<br>Pifko Dec. Ex. 1: Deposition Testimony of D. Gerome (11/14/2018)<br>Pifko Dec. Ex. 2: Deposition Testimony of G. Gingell (11/20/2018)<br>Pifko Dec. Ex. 3: Deposition Testimony of C. Williams (12/5/2018)<br>Pifko Dec. Ex. 4: Deposition Testimony of M. Leckler (11/19/2018)<br>Pifko Dec. Ex. 5: Senate Testimony (publicly available)<br>Pifko Dec. Ex. 6: CLEVE_000274189<br>Pifko Dec. Ex. 7: CLEVE_000274143-147<br>Pifko Dec. Ex. 8: CUYAH_002121681<br>Pifko Dec. Ex. 9: CUYAH_005128418-419<br>Pifko Dec. Ex. 10: CUYAH_002122827<br>Pifko Dec. Ex. 11: February 2017 email chain - "HIDTA Executive Board E-Mail Vote Request"<br>Pifko Dec. Ex. 12: CLEVE_000218791-794<br>Pifko Dec. Ex. 13: CLEVE_000171168-171<br>Pifko Dec. Ex. 14: CUYAH_001607971-972<br>Pifko Dec. Ex. 15: Rendon, et al. "Rules for Establishing Causation in Opiate/Opioid Overdose Prosecutions — The Burrage Decision" (publicly available)<br>Pifko Dec. Ex. 16: CUYAH_001646202-204<br>Pifko Dec. Ex. 17: 2015 Settlement Agreement (publicly available)<br>Pifko Dec. Ex. 18: Dec. 28, 2018 Ltr from Rendon to SM Cohen<br><br>Attachment 20: Exhibit 1 – Gingell Declaration<br>Attachment 21: Exhibit 2 – Gilson Declaration |
| 1/28/2019 | 1305 | **Motion** to Disqualify (Redacted Version) filed by City of Cleveland. Related document(s) 1241. (Attachments: #1 Brief in Support) (Pifko, Mark) |
| 3/5/2019 | 1413 | **SEALED Document:**<br>filed by Plaintiffs' Executive Committee. Related document(s) 1410, 1407. (Attachments: #1 Exhibit A, #2 Exhibit B, #3 Exhibit C, #4 Exhibit D, #5 Exhibit E, #6 Exhibit F). (Fuller, Michael)<br><br>Exhibit A: Feb. 15, 2019 Ltr to SM Cohen in Opp. to CAH Opp. to Disc. Ruling 14, P. 1<br>Exhibit B: CAH_MDL_PRIORPROD_HOUSE_0004009-4019 - Cardinal 2008 Settlement with DEA<br>Exhibit C: Deposition Testimony of Jennifer Norris (8/7/2018)<br>Exhibit D: Jan. 24, 2019 CAH Supp. Written Response to 30(b)(6) Topics<br>Exhibit E: CAH Answer and Affirmative Defenses (publicly available)<br>Exhibit F: CAH Privilege Claw-Back Claims - 2008 DEA Production |

| Date Filed | # | Docket Text |
|---|---|---|
| 3/21/2019 | 1465 | **SEALED Document:** *Third Amended Complaint and Jury Demand* filed by County of Summit, Ohio. Related document(s) 1377, 1464. (Singer, Linda) |
| 3/21/2019 | 1466 | Third **Amended complaint** [redacted] against All Defendants and adding new party defendant(s) Allergan Sales, LLC; Allergan USA, Inc.; Warner Chilcott Company, LLC; Actavis South Atlantic LLC; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Actavis Totowa LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc., f/k/a Watson Laboratories, Inc.-Salt Lake City; Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida. Filed by County of Summit, Ohio. (Singer, Linda) |
| 4/12/2019 | 1547 | **SEALED Document:** *Plaintiffs' Reply to Cardinal Health's Objection to Discovery Ruling No. 14, Part 5, Regarding Privilege and Cardinal's Dendrite Audit* filed by Plaintiffs' Liaison Counsel. Related document(s) 1546, 1530, 1498. (Attachments: #1 Exhibit 1, #2 Exhibit 2, #3 Exhibit 3, #4 Exhibit 4, #5 Exhibit 5, #6 Exhibit 6, #7 Exhibit 7, #8 Exhibit 8, #9 Exhibit 9, #10 Exhibit 10, #11 Exhibit 10a, #12 Exhibit 11) (Weinberger, Peter)<br><br>Exhibit 1: CAH_MDL_PRIORPROD_DEA07_02739847<br>    Dec. 14, 2007 Cegedim Email regarding SOW for Dendrite SOM review<br>Exhibit 2: CAH_MDL2804_02576927<br>    Dec. 14-15, 2007 email regarding Dendrite's work for CAH<br>Exhibit 3: CAH_MDL_PRIORPROD_DEA07_00870235<br>    Jan. 10, 2008 email re Dendrite's SOM audit of CAH<br>Exhibit 4: CAH_MDL_PRIORPROD_DEA07_00869747<br>    2008 CAH "Dear Customer" Letter re DEA<br>Exhibit 5: CAH_MDL_PRIORPROD_DEA07_00870281<br>    2007 Cegedim PowerPoint<br>Exhibit 6: CAH First Supplemental Objections and Responses to Plaintiffs' First Combined Discovery Requests<br>Exhibit 7: CAH Answer and Affirmative Defenses of CAH (public)<br>Exhibit 8: CAH_MDL2804_01376804<br>    Dec. 18, 2007 email and attachment<br>Exhibit 9: CAH_MDL2804_01521250<br>    December 2007 Invoice for Buzzeo Services<br>Exhibit 10: CAH_MDL_PRIORPROD_DEA07_00110892<br>    Jan. 2008 email regarding anti-diversion expenses<br>Exhibit 10a: CAH_MDL_PRIORPROD_DEA07_01364560<br>    Feb. 7, 2008 Anti-diversion Update Memo<br>Exhibit 11: CAH_MDL2804_01376788<br>    Jan. 14, 2008 Ltr regarding Immediate Suspension Order |

| Date Filed | # | Docket Text |
|---|---|---|
| 5/10/2019 | 1630 | **SEALED Document:**<br>Third Amended Complaint and Jury Demand filed by County of Cuyahoga. Related document(s) 1629. (Badala, Salvatore) |
| 6/13/2019 | 1682 | **SEALED Document:**<br>Joint and Third Amended Complaint filed by Cabell County Commission, City of Huntington. Related document(s) 1668. (Farrell, Paul) |
| 7/3/2019 | 1812 | *Opposition to 1266 Motion for leave by special appearance to file motion to dismiss for lack of personal jurisdiction, Motion to dismiss previously filed as Dkt. No. 1717 (redacted pursuant to Dkt. No. 1719 ) filed by Plaintiffs' Executive Committee, Plaintiffs' Lead Counsel, Plaintiffs' Liaison Counsel.* (Attachments: #1 Declaration of Mark Chalos, #2 Exhibit 1 - Chalos Dec.: ARCOS Registrant Handbook, #3 Exhibit 2 - Chalos Dec.: ARCOS Data (redacted), #4 Exhibit 3 - Chalos Dec.: Distributor Totals from MNK-T1_0007897646, #5 Exhibit 4 - Chalos Dec.: MNK 2017 10K, #6 Exhibit 5 - Chalos Dec.: O'Neill Tr., #7 Exhibit 6 - Chalos Dec.: Kentucky Order Denying MNK plc Motion, #8 Exhibit 7 - Chalos Dec.: McCann Second Supp. Report (redacted), #9 Exhibit 8 - Chalos Dec.: Wickline Tr., #10 Exhibit 9 - Chalos Dec.: MNK Press Release 9-22-17, #11 Exhibit 10 - Chalos Dec.: Wachtell Letter re MNK plc and Opioids, #12 Exhibit 11 - Chalos Dec.: MNK Press Release 3-12-14, #13 Exhibit 12 - Chalos Dec.: Phillips Dep. Tr., #14 Exhibit 13 - Chalos Dec.: Kilper Tr., #15 Exhibit 14 - Chalos Dec.:Kilper Ex. 25, #16 Exhibit 15 - Chalos Dec.: Kilper Ex. 31, # 17 Exhibit 16 - Chalos Dec.: MNK 2016 10Q, #18 Exhibit 17 - Chalos Dec.: MNK Press Release 12-8-18, #19 Declaration of Alex Fahey, CPA, # 20 Exhibit 1 - Fahey Dec.: MNK 10K Excerpts, # 21 Exhibit 2 - Fahey Dec.: MNK Financial Docs., #22 Exhibit 3 - Fahey Dec.: MNK 10K Excerpts, #23 Exhibit 4 - Fahey Dec.: MNK Gov't Contracts, #24 Exhibit 5 - Fahey Dec.: MNK 10K Excerpts, #25 Exhibit 6 - Fahey Dec.: MNK 10K Excerpts, #26 Exhibit 7 - Fahey Dec.: MNK MOA, #27 Exhibit 8 - Fahey Dec.: MNK Patent Assignment, #28 Exhibit 9 - Fahey Dec.: MNK 10K Excerpts, #29 Exhibit 10 - Fahey Dec.: Opioids Sales Data, #30 Exhibit 11 - Fahey Dec.: MNK 10K Excerpts, #31 Exhibit 12 - Fahey Dec.: MNK 10K Excerpts, #32 Exhibit 13 - Fahey Dec.: MNK Press Release 8-7-18, #33 Exhibit 14 - Fahey Dec.: MNK 8K 8-7-19, #34 Exhibit 15 - Fahey Dec.: MNK Stock and Incentive Plan, #35 Exhibit 16 - Fahey Dec.: MNK 10K Excerpts, #36 Exhibit 17 - Fahey Dec.: MNK 10K Excerpts, #37 Exhibit 18 - Fahey Dec.: MNK 10K Excerpts, #38 Exhibit 19 - Fahey Dec.: Letter re Notice of Asset Transfer, #39 Exhibit 20 - Fahey Dec.: Sample 2 Years of Company Activity, #40 Exhibit 21 - Fahey Dec.: MNK 2016 10Q Excerpts, #41 Exhibit 22 - Fahey Dec.: MNK 10Q Excerpts, #42 Exhibit 23 - |

| Date Filed | # | Docket Text |
|---|---|---|
| | | Fahey Dec.: Redacted by MNK, # 43 Exhibit 24 - Fahey Dec.: MNK 8K 12-6-18, #44 Exhibit 25 - Fahey Dec.: Redacted by MNK, #45 Exhibit 26 - Fahey Dec.: MNK Press Release 12-6-18, #46 Exhibit 27 - Fahey Dec.: MNK Press Release 5-28-19, #47 Exhibit 28 - Fahey Dec.: SpecGx Officers, #48 Exhibit 29 - Fahey Dec.: MNK 10K Excerpts) (Cabraser, Elizabeth) |
| 7/5/2019 | 1815 | **SEALED Document:**<br>Opposition to 1264 Motion to dismiss for lack of jurisdiction filed by All Plaintiffs. (Skikos, Steven) |
| 7/5/2019 | 1816 | **SEALED Document:**<br>Affidavit/Declaration filed by All Plaintiffs. Related document(s) 1815. (Attachments: # 1 Appendix Declaration of Mark Crawford ISO Plaintiffs' Opposition to Teva Ltd.'s Motion to Dismiss re Personal Jurisdiction Part 2, # 2Appendix Declaration of Mark Crawford ISO Plaintiffs' Opposition to Teva Ltd.'s Motion to Dismiss re Personal Jurisdiction Part 3) (Skikos, Steven)<br><br>Attachments 1-3 include the Declaration of Mark Crawford and Exhibits A & B<br>Exhibit A: Deposition of Doron Herman and Deposition Exhibits 1-64<br>Exhibit B: Teva Visual Identity Guidelines |
| 7/5/2019 | 1817 | **SEALED Document:**<br>Affidavit/Declaration of Mark G. Crawford In Support of Plaintiffs' Opposition to Teva Ltd's Motion to Dismiss re Personal Jurisdiction filed by All Plaintiffs. Related document(s) 1815. (Attachments: # 1 Appendix Declaration of Alec Fahey ISO Plaintiffs' Opposition to Teva Ltd's Motion to Dismiss re Personal Jurisdiction Part 2, # 2 Appendix Declaration of Alec Fahey ISO Plaintiffs' Opposition to Teva Ltd's Motion to Dismiss re Personal Jurisdiction Part 3) (Skikos, Steven)<br><br>Attachments 1-3 include the Declaration of Alex Fahey and Exhibits 1-31. |
| 7/9/2019 | 1823 | **Opposition** to 1258 **Motion** to dismiss for lack of jurisdiction *[redacted]* filed by Plaintiffs' Executive Committee. (Attachments: # 1 Declaration of Thomas E. Egler in support thereof, # 2 Exhibits 1-37 [redacted] to the Egler Declaration) (Baig, Aelish)<br><br>Under Seal Exhibits:<br><br>Exhibit 5: ALLERGAN_MDL_04451804-1815<br>       Mar. 1, 2018 - Allergan Written Company Policy<br>Exhibit 6: ALLERGAN_MDL_04451501-1514<br>       Jan. 1, 2016 - Management Service Agreement between<br>       various Allergen entities |

| Date Filed | # | Docket Text |
|---|---|---|
| | 1823 (cont.) | Exhibit 14: Deposition Testimony of S. Kaufhold (Oct. 26, 2018)<br>Exhibit 15: ALLERGAN_MDL_04451515-1518<br>    March 2013 - Allergan Written Company Policy<br>Exhibit 16: ALLERGAN_MDL_04451519-1553 & 04451764<br>    US GAAP Allergan PLC Accounting Policies<br>Exhibit 18: ALLERGAN_MDL_01385833<br>    Chart of Brand and Generic named Drugs<br>Exhibit 19: List of "Transferred Entities"<br>    Schedule 1.1(f) Transferred entities<br>Exhibit 23: ALLERGAN_MDL_SUPP_00000326-0338<br>    Mar. 9, 2018 Operating Agreement<br>Exhibit 24: ALLERGAN_MDL_02185805-5815<br>    Aug. 3, 2016 Ltr sharing drug prescription instructions<br>Exhibit 25: ALLERGAN_MDL_04242038-2099<br>    Jan. 14, 2016 Ltr regarding financial audit<br>Exhibit 26: ALLERGAN_MDL_01836286-6287<br>    Aug. 2, 2017 email request for DEA/SOMs Information<br>Exhibit 27: ALLERGAN_MDL_02024980-4982<br>    Sept. 30, 2016 email from WSJ reporter<br>Exhibit 28: Acquired_Activis_00897878<br>    Feb. 10, 2015 Ltr discussing online pharmacy issues<br>Exhibit 29: ALLERGAN_MDL_01335569-5570<br>    June 29, 2015 email regarding Risk Evaluation Report<br>Exhibit 30: ALLERGAN_MDL_01334578-4579<br>    Aug. 4, 2015 email with attachment re Actavis brand products<br>Exhibit 31: ALLERGAN_MDL_01334588-4589<br>    Aug. 18, 2015 email chain regarding NDA<br>Exhibit 32: ALLERGAN_MDL_01489486-9488<br>    Dec. 11, 2005 Daily Inventory Report<br>Exhibit 33: Relevant Excerpts from the deposition of J. Snyder<br>Exhibit 34: ALLERGAN_MDL_04382952-2953<br>    Feb. 9, 2017 Invoice from Risk Management Company<br>Exhibit 35: ALLERGAN_MDL_04382929-2949<br>    Feb. 7, 2017 Invoice from Risk Management Company<br>Exhibit 36: ALLERGAN_MDL_04452226<br>    Asset List<br>Exhibit 37: ALLERGAN_MDL_04451817<br>    2016-2019 General Ledger |