- 1 -

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*County of Summit, et al. v. Purdue Pharma L.P., et al*; Case No. 1:18-op-45090 | **MDL No. 2804**<br><br>**Case No. 17-md-2804**<br><br>**Judge Dan Aaron Polster**<br><br>**PLAINTIFFS' MOTION FOR LEAVE TO FILE PLAINTIFFS' OPPOSITION TO MALLINCKRODT PLC'S MOTION TO DISMISS FOR LACK OF PERSONAL JURISDICTION UNDER SEAL** |

Plaintiffs move for leave to file Plaintiffs' Opposition to Mallinckrodt plc's Motion to Dismiss for Lack of Personal Jurisdiction under seal in the above-captioned case.

For reasons appearing to the Court, Plaintiffs' Motion for Leave to File Plaintiffs' Opposition to Mallinckrodt plc's Motion to Dismiss for Lack of Personal Jurisdiction Under Seal is **GRANTED**.

**IT IS SO ORDERED.**

DATED: July 15, 2019

  /s/Dan Aaron Polster  
HON. DAN AARON POLSTER  
UNITED STATES DISTRICT JUDGE