UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) ) CASE NO. 1:17-MD-02804-DAP<br><br>JUDGE DAN AARON POLSTER |

### NOTICE OF APPEARANCE AND SUBSTITUTION OF COUNSEL

Please take notice that Tariq M. Naeem of the law firm of Tucker Ellis LLP, 950 Main Avenue, Suite 1100, Cleveland, Ohio 44113, hereby enters his appearance on behalf of Defendants Johnson & Johnson and Janssen Pharmaceuticals, Inc. as counsel of record in substitution for John Q. Lewis, who can be removed from the docket for this proceeding.

*/s/ Tariq. M. Naeem*
Tariq M. Naeem (0072808)
Justin E. Rice (0080587)
TUCKER ELLIS LLP
950 Main Avenue, Suite 1100
Cleveland, OH 44113
Tel:    (216) 592-5000
Fax:    (216) 592-5009
Email:  tariq.naeem@tuckerellis.com
        justin.rice@tuckerellis.com

*Attorneys for Johnson & Johnson, Janssen Pharmaceuticals, Inc., Ortho-McNeil- Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

4311060.1

## PROOF OF SERVICE

I hereby certify that on July 17, 2019, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorneys of record at their email addresses on file with the Court.

*/s/ Tariq M. Naeem*
Tariq M. Naeem (000072808)

4311060.1