**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) MDL No. 2804 |
| | ) Case No. 1:17-MD-02804-DAP |
| | ) Judge Dan Aaron Polster |
| THIS DOCUMENT APPLIES TO ALL CASES | ) |
| | ) Transferred from USDC, Central District – |
| | ) California, Case No. 8:18-CV-745-DMG (ASx) |

**NOTICE OF SUGGESTION OF BANKRUPTCY OF
AMERICAN PAIN SOCIETY**

Notice is hereby served upon you that Defendant American Pain Society ("Debtor") has filed a voluntary petition for relief under Chapter 7 of Title 11 of the United States Bankruptcy Code, 11 U.S.C. §101 *et seq*. ("Bankruptcy Code").  The petition was filed on June 28, 2019, and the case is currently pending in the United States Bankruptcy Court for the Northern District of Illinois, Eastern Division (the "Court"), under the caption *In re: American Pain Society 19-18467*.

The automatic stay provisions under section 362(a) the Bankruptcy Code, prohibit creditors from taking any further action against the Debtor in this proceeding.  *See* 11 U.S.C. §362(a).

Dated:  July 18, 2019

Respectfully Submitted,

**AMERICAN PAIN SOCIETY**

/s/ *Jack M. Hynes*
CLAUSEN MILLER P.C.
JOHN M. HYNES
10 South LaSalle Street
16th Floor
Chicago, Illinois  60603
Phone: (312) 855-1010
Email: jhynes@clausen.com

/s/ *Ian R. Feldman*
CLAUSEN MILLER P.C.
IAN R. FELDMAN
17901 Von Karman
Suite 650
Irvine, CA  92614
Phone: (949) 260-3100
Email: ifeldman@clausen.com

2

## CERTIFICATE OF SERVICE

    I hereby certify a copy of the foregoing Notice of Suggestion of Bankruptcy of American Pain Society filed with the Court's CM/ECF system on July 18, 2019, and served upon all those registered and participating in the Court's CM/ECF system.

                                                            /s/ *Ian R. Feldman*
                                                            Ian R. Feldman

6136555.1