# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | CASE NO. 1:17-MD-2804 |
| | ) | JUDGE POLSTER |
| THIS DOCUMENT RELATES TO: ALL CASES | ) ) ) | |
| | ) ) ) | **ORDER REGARDING ALTERNATE EXHIBIT A TO PROTECTIVE ORDER** |

The Court earlier entered Case Management Order No.2: Protective Order. *See* docket no. 441 ("Protective Order"). Exhibit A to the Protective Order is an acknowledgement form, which must be signed by any attorney, party, Attorney General, expert, or other entity who receives documents through MDL proceedings. Signers of this form acknowledge they have read and understand the Protective Order and agree to be bound by its terms.

Several Attorneys General have asked that minor amendments be made to the acknowledgement form for purposes of clarification. The Court grants this request. Accordingly, attached to this Order is an alternative "Exhibit A" to the Protective Order. Entities seeking access to discovery produced in the MDL may sign either the original or alternative version of "Exhibit A."

**IT IS SO ORDERED.**

/s/Dan Aaron Polster
**DAN AARON POLSTER**
**UNITED STATES DISTRICT JUDGE**

**Dated: July 18, 2019**