| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>All Cases | MDL 2804<br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## NOTICE OF PUBLIC DISCLOSURE OF ARCOS DATA

On July 15, 2019, the Court entered an Order (Dkt. 1845) regarding public access to the ARCOS data covering opioid shipments from 2006 to 2012. Please take notice the PEC has posted links to both the raw data provided by the DEA as well as the processed data utilized by the PEC at www.slcg.com. The two links allow anyone to download the raw and processed data. These files are very large; download time will depend on the user's computing resources and the number of users attempting to download the files. For any questions or support concerning this ARCOS data contact ARCOS@levinlaw.com

Respectfully submitted,

*s/Peter H. Weinberger*
Peter H. Weinberger (0022076)
**SPANGENBERG SHIBLEY & LIBER**
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH 44114
Phone: 216) 696-3232
Fax: (216) 696-3924
*pweinberger@spanglaw.com*

*Plaintiffs' Co-Liaison Counsel*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 18, 2019, I electronically filed the foregoing with the Clerk of Court by using the CM/ECF system. Copies will be served upon counsel of record by, and may be obtained through, the Court CM/ECF system.

<u>*s/Peter H. Weinberger*</u>
Peter H. Weinberger
*Plaintiffs' Co-Liaison Counsel*