# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

## DECLARATION OF ASHLEY W. HARDIN
## IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY OF KATHERINE KEYES, ANNA LEMBKE & JONATHAN GRUBER
## RE THE "GATEWAY HYPOTHESIS" OF CAUSATION

I, Ashley W. Hardin, declare as follows:

1. I am an attorney at Williams & Connolly LLP, counsel for Defendant Cardinal Health, Inc. in the above-captioned case.

2. I submit this declaration in support of Defendants' Motion To Exclude Expert Testimony of Katherine Keyes, Anna Lembke & Jonathan Gruber Re: the "Gateway Hypothesis" of Causation.

3. Attached as **Exhibit 1** is a true and correct copy of the 2016 Cuyahoga County Opiate Task Force Report, CUYAH_014194735.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from the transcript of the deposition of Anna Lembke, conducted on April 24, 2019.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the transcript of the deposition of Jonathan Gruber, conducted on April 25, 2019.

6. Attached as **Exhibit 4** is a true and correct copy of an article, marked as Exhibit 10 to the deposition of Dr. Thomas Gilson: Thomas Gilson et al., *The Cuyahoga County Heroin Epidemic*, American Forensic Pathology (Mar. 1, 2014).

7. Attached as **Exhibit 5** is a true and correct copy of an excerpt from the transcript of the deposition of Deborah Forkas, conducted on January 23, 2019.

8. Attached as **Exhibit 6** is a true and correct copy of an article, marked as Exhibit 11 to the deposition of Dr. Katherine Keyes: Wilson M. Compton et al., *Relationship between Nonmedical Prescription-Opioid Use and Heroin Use*, N. Engl. J. Med., 374, 156–57 (2016).

9. Attached as **Exhibit 7** is a true and correct copy of the May 10, 2019 Expert Report of Catherine Rahilly-Tierney M.D., M.P.H..

10. Attached as **Exhibit 8** is a true and correct copy of the May 10, 2019 Expert Report of Rob Lyerla, PhD MGIS.

11. Attached as **Exhibit 9** is a true and correct copy of excerpts from the transcript of the deposition of Katherine Keyes, conducted on April 29, 2019.

Dated:  June 28, 2019         Respectfully submitted,

*/s/ Ashley W. Hardin*
WILLIAMS & CONNOLLY LLP
Ashley W. Hardin
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
ahardin@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

## CERTIFICATE OF SERVICE

I, Ashley W. Hardin, hereby certify that the foregoing document was served on all counsel of record via the Court's ECF system.

*/s/ Ashley W. Hardin*_____
Ashley W. Hardin
