```
         IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
                     EASTERN DIVISION
                         - - -
   IN RE:  NATIONAL              :   HON. DAN A.
   PRESCRIPTION OPIATE           :   POLSTER
   LITIGATION                    :
                                 :
   This document relates to:     :   NO.
                                 :   1:17-MD-2804
   County of Cuyahoga, et        :
   al. v. Purdue Pharma L.P.,    :
   et al., Case No. 17-OP-       :
   45004 (N.D. Ohio)             :
                                 :
   County of Summit, Ohio et     :
   al. v. Purdue Pharma L.P.,    :
   et al., Case No. 18-OP-       :
   45090 (N.D. Ohio)             :
                         - - -

             - HIGHLY CONFIDENTIAL -
    SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
                  April 25, 2019
              Videotaped deposition of
   JONATHAN GRUBER, Ph.D., taken pursuant to
   notice, was held at the law offices of
   Robins Kaplan, 800 Boylston Street,
   Boston, Massachusetts, beginning at 10:06
   a.m., on the above date, before Michelle
   L. Gray, a Registered Professional
   Reporter, Certified Shorthand Reporter,
   Certified Realtime Reporter, and Notary
   Public.

                         - - -

            GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

1           A.    No, I didn't.
2           Q.    With respect to the entities
3    who are defendants in this lawsuit,
4    you're not saying that each defendant is
5    jointly and severally liable for the
6    damages to the bellwether government
7    entities, are you?
8                 MR. KO:  Object to the form.
9                 THE WITNESS:  I'm not really
10          speaking to that issue.
11   BY MR. GEISE:
12          Q.    You don't have an opinion on
13   that, correct?
14                MR. KO:  Same objection.
15                THE WITNESS:  I'm an
16          economist.  That's a legal
17          question.
18   BY MR. GEISE:
19          Q.    If I can turn your attention
20   to Paragraph 16 of your report that spans
21   from Page 8 to Page 10.  Look at the
22   first bullet point on Paragraph 16.  You
23   write, "There is a direct causal
24   relationship between defendants'

Highly Confidential - Subject to Further Confidentiality Review

1  shipments of prescription opioids and the
2  misuse and mortality from prescription
3  opioids with geographic areas that
4  received higher volumes of per capita
5  shipments of prescription opioids
6  experiencing significantly higher rates
7  of opioid-related misuse and mortality,
8  including the bellwether jurisdictions."
9          Do you see that?
10    A.   Yes, I do.
11    Q.   As stated in this paragraph,
12  does prescription opioids include
13  prescription opioids that are used both
14  for medical purposes and those that are
15  not used for medical purposes?
16          MR. KO:  Object to the form.
17          THE WITNESS:  This uses data
18       from ARCOS shipments, which I do
19       not believe distinguishes the
20       purpose of the prescription
21       opioid.
22  BY MR. GEISE:
23    Q.   If you look at the next
24  bullet point on the top of Page 9, you

1   of Exhibit 6.  In -- in the first full
2   paragraph, the authors write, "However,
3   there are reasons to view the causal
4   relationship between PO" -- which is
5   prescription opioid -- "availability and
6   use of heroin use as only a partial
7   explanation for the recent increase in
8   heroin use and subsequent harms.
9           "First, drug use gateway
10  arguments in general have been widely
11  discredited and should be viewed with
12  caution."
13          Do you see that?
14      A.  Yes.
15      Q.  And are you aware of the
16  literature that cautions that gateway
17  arguments have been discredited?
18      A.  I do not agree with
19  discredited.  I'm aware of the literature
20  that's questioned gateway arguments which
21  are largely based on correlations, not
22  causal inferences.
23          MR. GEISE:  Why don't we
24      take a break now.

1       But I agree in the study he
2  carries out, this is really establishing
3  a correlational link as we've discussed
4  with this reference to Table 1.1.
5       Q.   So with regard to Table 1.1
6  and the Jones study, you agree that all
7  it establishes is correlation and not
8  causation?
9            MR. KO:  Object to the form.
10           THE WITNESS:  I -- I'm
11      sorry.  I missed what you said.
12           MR. KO:  I just objected to
13      the form.  Go ahead.
14           THE WITNESS:  I agree that
15      the Jones study does not establish
16      causality to the standards that I
17      would like.
18  BY MR. GEISE:
19      Q.   In the heading to Table 1.1
20  in your report, you use the term
21  "establishing the link."
22           When you say "establishing
23  the link," does that mean establishing
24  correlation or establishing causation?

Highly Confidential - Subject to Further Confidentiality Review

1  A.  I -- when I say establishing
2  the link, what I'm trying to mean is I
3  mean that temporally to show that these
4  studies show that there is a link from --
5  you know, there is a link from the use of
6  prescription opioids to the use of other
7  illicit opioids.  I don't mean that to
8  say that these studies are -- are causal
9  evidence of that link.
10           But that -- once again, that
11  doesn't mean that they're useless.  That
12  means that one wants to use them in a
13  portfolio of considerations.
14           If -- it is always useful in
15  economic studies, or it's often useful in
16  studies of health economics, to
17  supplement the statistical analysis with
18  understanding of what's going on behind
19  the data that epidemiological studies can
20  provide.
21           (Document marked for
22       identification as Exhibit
23       Gruber-10.)
24  BY MR. GEISE:

```
 1            Q.    Do any of the five studies
 2   address manufacturers' shipments of
 3   prescription opioids?
 4            A.    I don't know what you mean
 5   by address.  Can you maybe be clearer of
 6   what you're asking?  I don't understand.
 7            Q.    Mention, discuss?
 8            A.    I don't recall if they do.
 9            Q.    Do any of the five studies
10   mention or discuss the distributors'
11   shipments of prescription opioids?
12            A.    I don't recall.
13            Q.    Do you agree that the
14   studies upon which you rely do not
15   examine the causal effect of any conduct
16   by the defendants?
17                  MR. KO:  Object to the form.
18                  THE WITNESS:  Once again,
19            the -- the -- there's two elements
20            wrapped up in that statement.
21            There's the question of causal and
22            the question of defendants.
23                  As we said, these are not
24            causal studies, the standards of
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              the economics literature.  They
 2              are part of a suite of evidence
 3              I'm developing that show
 4              epidemiologically why a link makes
 5              sense of the type that I'm sort of
 6              showing statistically the
 7              economics analysis.
 8                    The second question is
 9              defendants.  I don't believe they
10              focus specifically on the
11              defendants, but the defendants do
12              represent the majority of opioid
13              manufacture and shipment.  And
14              they do in at least some studies,
15              like the one we just looked at,
16              talk about a drug produced
17              primarily by the defendants, if
18              not exclusively, in OxyContin.
19   BY MR. GEISE:
20        Q.    You said that the studies
21   you look at show that the link makes
22   sense.  Do you recall using that term?
23        A.    Yes.
24        Q.    Okay.  Would you agree that
```

Highly Confidential - Subject to Further Confidentiality Review

1  even if the studies show that the link
2  makes sense, these studies themselves do
3  not prove a causal relationship?
4          A.    These studies do not prove a
5  causal relationship to the standards that
6  we use in economics literature.
7          Q.    So looking specifically at
8  this sentence and Paragraph 89 of your
9  report, Professor Gruber, isn't it
10 incorrect to say that these studies
11 establish that prescription opioids have
12 become the predominate gateway to heroin
13 use, a pattern not observed in earlier
14 decades, and thus that the illicit opioid
15 crisis is a direct result of defendants'
16 misconduct?
17              MR. KO:  Object to the form.
18              THE WITNESS:  I don't think
19      so.
20 BY MR. GEISE:
21         Q.    Would you agree that these
22 studies, the five studies that you looked
23 at, do not discuss the defendants'
24 misconduct or alleged misconduct at all?