Highly Confidential - Subject to Further Confidentiality Review

```
1        IN THE UNITED STATES DISTRICT COURT
2         FOR THE NORTHERN DISTRICT OF OHIO
3                   EASTERN DIVISION
4                       - - -
5

  IN RE:   NATIONAL            :    HON. DAN A.
6 PRESCRIPTION OPIATE          :    POLSTER
  LITIGATION                   :
7                              :
  APPLIES TO ALL CASES         :    NO.
8                              :    1:17-MD-2804
                               :
9

10              - HIGHLY CONFIDENTIAL -

   SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
12                      - - -
13                 April 29, 2019
14                      - - -
15
16              Videotaped deposition of
   KATHERINE KEYES, Ph.D., taken pursuant to
17 notice, was held at the law offices of
   Lieff Cabraser, LLP, 250 Hudson Street,
18 New York, New York beginning at 9:08
   a.m., on the above date, before Michelle
19 L. Gray, a Registered Professional
   Reporter, Certified Shorthand Reporter,
20 Certified Realtime Reporter, and Notary
   Public.
21
                         - - -
22
           GOLKOW LITIGATION SERVICES
23     877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

1  evidence that is described in that
2  section, I think my scientific opinion is
3  that there is a causal relationship
4  between prescription opioid use and
5  heroin use.
6              And it's not based on any
7  one particular study.  It's based on
8  the -- the weight of the evidence.
9       Q.   But you would agree that
10 none of the articles that you cite
11 conclude that there is a causal
12 relationship between prescription opioid
13 use and heroin use?
14           MS. RELKIN:  Objection to
15      form.
16           THE WITNESS:  So what I
17      would agree with is that someone
18      trained in epidemiology who is
19      evaluating the evidence, would
20      conclude that there is a causal
21      relationship between prescription
22      opioid use and heroin use.  Any
23      one particular study doesn't make
24      that case, it's the body of

Highly Confidential - Subject to Further Confidentiality Review

1                evidence.
2     BY MR. HERMAN:
3          Q.   And none of the studies that
4     you cite conclude that there is a causal
5     relationship between prescription opioid
6     use and heroin use, correct?
7                MS. RELKIN:  Objection to
8           form.
9                THE WITNESS:  Again, I -- I
10          think any one particular study is
11          not sufficient to make that kind
12          of claim.  What can make a claim
13          is the body of evidence that is
14          evaluated.
15               And so I evaluated the body
16          of evidence and made -- came to
17          the conclusion that there is a
18          causal relationship.
19    BY MR. HERMAN:
20         Q.   You agree that only a small
21    portion -- a small portion of people who
22    use prescription opioids later use
23    heroin?
24               MS. RELKIN:  Objection to

 1               and agreed at the top of the
 2               paragraph.
 3                    THE WITNESS:  You know,
 4               again, I think the evidence base
 5               overall for this particular topic
 6               is quite consistent in showing a
 7               positive association, which is
 8               what Compton states in that
 9               paragraph.  And that we use those
10               kinds of data in observational
11               epidemiology when we're drawing
12               conclusions.
13      BY MR. HERMAN:
14               Q.   If you were writing for a
15      professional journal would you draw a
16      conclusion about causality from the
17      observational descriptive studies that
18      Dr. Compton looked at?
19                    MS. RELKIN:  Objection to
20               form.
21                    THE WITNESS:  So I do write
22               for professional journals.  And I
23               have evaluated the literature in
24               this report.  And I would draw the

```
 1              conclusion in any forum, that the
 2              available literature is consistent
 3              with a causal association.
 4                      I mean, even Wilson Compton
 5              in this sentence said that, "It's
 6              highly suggestive and plausible
 7              given their common pharmacologic
 8              principles."
 9                      I think I would go a step
10              further given that we now have
11              three more years of data since
12              this was published.
13      BY MR. HERMAN:
14              Q.   So you disagree with his
15      conclusion that -- his statement that
16      conclusions about cause and effect are
17      uncertain?
18              A.   I would agree with his
19      conclusion that there is a positive
20      association, that it's highly suggestive
21      and plausible.  And that given the
22      additional three years of publications
23      that I reviewed here, that there's
24      consistent evidence for a causal
```