# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO: ALL CASES | MDL No. 2804<br>Case No. 1:17-md-2804<br>Judge Dan Aaron Polster |

## DEFENDANT INDIVIOR'S
## NOTICE REGARDING WAIVER OF SERVICE

In accordance with the Court's April 11, 2018 Case Management Order One, Paragraph 6.d., Defendant Indivior, Inc. hereby submits this notice regarding waiver of service. The proper form for waiver of service for Indivior is attached to this notice as Exhibit A. The standard form has been modified to reflect this Court's orders. Requests for waiver of service to Indivior should be made, complete with all required case information and PDF copies of the complaint and any exhibits, via email to the undersigned counsel.

Date: July 19, 2019

Respectfully submitted,

*/s/ Safa W. Osmani*
Safa W. Osmani
Hogan Lovells US LLP
100 High Street, 20th Floor
Boston, MA 02110
Tel: (617) 371-1023
Fax: (617) 371-1037
safa.osmani@hoganlovells.com

*Counsel for Indivior, Inc.*

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on the 19th day of July, 2019, the foregoing was filed using the Court's CM/ECF filing system and will be served via the Court's CM/ECF filing system on all attorneys of record.

*/s/ Safa W. Osmani*
Safa W. Osmani
Hogan Lovells US LLP
100 High Street, 20th Floor
Boston, MA 02110
Tel: (617) 371-1023
Fax: (617) 371-1037
safa.osmani@hoganlovells.com

*Counsel for Indivior, Inc.*