# Exhibit 5

```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF OHIO

 3                   EASTERN DIVISION

 4                        - - -

 5    IN RE: NATIONAL PRESCRIPTION

 6    OPIATE LITIGATION              Case No.

 7                                   1:17-MD-2804

 8    APPLIES TO ALL CASES           Hon. Dan A.

 9                                   Polster

10    Case No. 1:17-MD-2804

11                        - - -

12                January 17, 2019

13      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

14              CONFIDENTIALITY REVIEW

15              Videotaped deposition of

16    DOUGLAS BOOTHE, held at 250 Hudson Street,

17    New York, New York, commencing at 9:00 a.m.,

18    on the above date, before Marie Foley, a

19    Registered Merit Reporter, Certified

20    Realtime Reporter and Notary Public.

21                        - - -

22             GOLKOW LITIGATION SERVICES

23         877.370.3377 ph | 917.591.5672 fax

24                 Deps@golkow.com
```

```
 1        form; argumentative; asked and
 2        answered.
 3        A.    Again, a financial evaluation
 4   could be some set of potential revenues,
 5   costs, some sort of a P&L, some sort of an
 6   MPV.  There's all sorts of different
 7   models.  They could be product specific.
 8   They could be class specific.  They could
 9   be region specific.  I don't know what --
10   inputs could be GDP growth.  There's all
11   sorts of things that could go into a
12   financial evaluation.  It could be some
13   sort of a model.  There could be scenarios
14   on it.
15             But I -- you asked me
16   specifically about what Ms. McCormick, and
17   I just asked if you could show me an
18   example, I could comment on it.
19        Q.    Did you review marketing
20   forecasts for pipeline products?
21             MS. WELCH:  Objection to form.
22        A.    Yes.
23        Q.    Did you review sales projections
24   for products, including opioids?
```

```
 1                MS. WELCH:  Objection to form.
 2       A.    Yes.
 3       Q.    You reviewed annual budget and
 4   three-year plan processes?
 5       A.    Yes.
 6       Q.    Did you have to approve
 7   marketing expenses?
 8                MS. WELCH:  Objection to form.
 9       A.    No.  I mean, certainly to a
10   certain level of authorization.  So
11   certainly we had a delegation of
12   authority.  We had an authorization
13   process.  Certain levels of expenses could
14   be approved depending on your -- your --
15   your authority level, at a director level
16   or at a manager level, at a VP level or at
17   a senior VP level and ultimately to me.
18             So, depending on the amount of
19   the expense, either my team would do them
20   or I would do them.
21       Q.    Are you aware of what marketing
22   tools were used by Actavis to drive sales
23   of its generic drugs, including opioids,
24   while you were at the company?
```

```
 1                MS. WELCH:  Objection to form.
 2        A.      What do you mean by marketing
 3   tools?
 4        Q.      Do you have a general
 5   understanding of what a marketing tool is?
 6        A.      I'd be happy if you provided
 7   some, I could comment if I thought that
 8   was a marketing tool or not.
 9                I mean, generic drugs generally
10   don't do a lot of marketing.
11        Q.      Actavis did have a generics
12   marketing department; did it not?
13        A.      Yes.
14        Q.      And, did that department have
15   work to do?
16        A.      Yes.
17        Q.      And, what are the marketing
18   mechanisms that the company used to market
19   its generic drugs?
20                MS. WELCH:  Objection to form.
21        A.      Again, the marketing department
22   predominantly did forecasting.  So, the
23   marketing team, as Ms. McCormick led,
24   would look at the marketing information
```

 1    provided by third parties such as IMS,

 2    look at script datas, and then would look

 3    at -- that would help to inform from a

 4    trend perspective what the available

 5    scripts would be.

 6          The marketing team also was

 7    involved in prelaunch activities. So the

 8    extent of which when we were putting a

 9    product to market, we would have to make

10    certain that it was registered and that we

11    had labeling for it, that we actually

12    participated in trade events, that we

13    sometimes we would put an advertisement,

14    or form of an announcement. Really not

15    advertisement. Announcement that products

16    were available. We had a product catalog

17    that was available in both hard copy and

18    electronic.

19          But the bulk of the marketing

20    team, and I'm using quotes for marketing

21    'cause most of the activity that the

22    marketing activity does in a generic drug,

23    it's not unique to Actavis, is mostly

24    product forecasting and then working very