# Exhibit 6

```
 1           IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF OHIO
 3                      EASTERN DIVISION
 4                          - - -
 5

    IN RE:  NATIONAL          :   HON. DAN A.
 6  PRESCRIPTION OPIATE       :   POLSTER
    LITIGATION                :
 7                            :
    APPLIES TO ALL CASES      :   NO.
 8                            :   1:17-MD-2804
                              :
 9

                 - HIGHLY CONFIDENTIAL -
10
       SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                          - - -
12
                     December 18, 2018
13
                          - - -
14
15             Videotaped deposition of
    MICHAEL PERFETTO, taken pursuant to
16  notice, was held at the offices of Lieff
    Cabraser, LLP, 250 Hudson Street, New
17  York, New York, beginning at 9:09 a.m.,
    on the above date, before Michelle L.
18  Gray, a Registered Professional Reporter,
    Certified Shorthand Reporter, Certified
19  Realtime Reporter, and Notary Public.
20                        - - -
21
              GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
23

24
```

Golkow Litigation Services                                    Page 1

1      Q.   And your bonus was tied in
2  part to your ability to increase sales
3  for those products; is that right?
4           MR. ROTH:  Object to form.
5           THE WITNESS:  Can you repeat
6      the question?
7  BY MS. BAIG:
8      Q.   Your bonus was tied in part
9  to your ability to increase sales for
10 those products; is that right?
11          MR. ROTH:  Same objection.
12          THE WITNESS:  My bonus was
13     tied to making my target for an
14     aggregate of all the products for
15     the U.S.
16 BY MS. BAIG:
17     Q.   Which included those
18 products, correct?
19          MR. ROTH:  Same objection.
20          THE WITNESS:  Yes.
21 BY MS. BAIG:
22     Q.   And I think you testified
23 that you didn't recall what your bonus
24 was.  But you do recall that you received

1   one each year; is that right?
2           A.      Excuse me.
3           Q.      I think you testified that
4   you couldn't recall what your bonus was
5   each year.  But do you recall that you
6   did, in fact, receive one each year while
7   you were at Actavis?
8           A.      I will answer that most
9   years.  I can't answer definitely that I
10  received it every year.
11          Q.      Okay.  And what marketing
12  tools did Actavis use to drive sales of
13  these generic products while you were
14  there?
15                  MR. LUXTON:  Objection to
16          the form.
17                  THE WITNESS:  We -- we
18          don't -- we don't market products.
19          We sell generics.  We don't use
20          marketing.  We actually don't use
21          promotion.
22                  We use -- because if you
23          look at generics, we're all the
24          same product.  So we use quality,

1             product supply, and pricing
2             primarily to sell our products.
3    BY MS. BAIG:
4        Q.    So are you saying that you
5    don't use any marketing tools to sell --
6    or you didn't use any marketing tools to
7    sell your generic --
8             MR. LUXTON:  Objection to
9        form.
10   BY MS. BAIG:
11       Q.    -- opioid products while you
12   were at Actavis?
13       A.    Because typically when you
14   think of marketing, you think of
15   promoting to the doctors with samples and
16   calling on -- in the pharmaceuticals, and
17   calling on the doctors.  We don't do any
18   of that.
19             So our -- our primary job is
20   to provide an alternative to the branded
21   product at a discount to the branded
22   product on price, have good quality, good
23   supply, and that's how the reps are
24   selling, plus their relationships with