# Exhibit 8

1       THE UNITED STATES DISTRICT COURT
2      FOR THE NORTHERN DISTRICT OF OHIO
3          EASTERN DIVISION
4             - - -
5

IN RE:  NATIONAL     :  HON. DAN A.
6  PRESCRIPTION OPIATE   :  POLSTER
   LITIGATION        :
7                  :
   APPLIES TO ALL CASES  :  NO.
8                  :  1:17-MD-2804
                  :
9

10       - HIGHLY CONFIDENTIAL -

   SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11

12             - - -

13         January 9, 2019

14             - - -

15        Videotaped deposition of
   JINPING McCORMICK, taken pursuant to
16  notice, was held at the offices of
   Kessler Topaz Meltzer & Check, 280 King
17  of Prussia Road, Radnor, Pennsylvania,
   beginning at 9:13 a.m., on the above
18  date, before Michelle L. Gray, a
   Registered Professional Reporter,
19  Certified Shorthand Reporter, Certified
   Realtime Reporter, and Notary Public.
20
             - - -
21
22      GOLKOW LITIGATION SERVICES
    877.370.3377 ph | 917.591.5672 fax
23        deps@golkow.com
24

1    Q.    On various special projects?

2    A.    On various projects, yes.

3    Q.    Okay.  And were you in the

4  marketing division?

5    A.    Not when I started in that

6  position.

7    Q.    Okay.  Which division were

8  you in when you started?

9    A.    I was not in marketing, I

10  was just in general management.

11    Q.    Okay.  And when did you

12  switch over to the marketing department

13  at Alpharma?

14    A.    Six months after I started.

15    Q.    And what were your

16  responsibilities in the marketing

17  department at Alpharma?

18    A.    I started out as a marketing

19  manager or product manager.

20    Q.    For what products?

21    A.    For a selection -- for

22  wholesale products, a number of them.

23    Q.    Do you recall whether any of

24  those products were opioids?

1          A.    I do not remember specific

2   products at that -- now, so many years

3   ago.

4          Q.    Okay.  So you don't remember

5   any of the products that you worked on

6   when you were at Alpharma?

7          A.    Just at the beginning,

8   right?

9          Q.    When you were in the

10  marketing department at Alpharma?

11         A.    Yeah.

12         Q.    Before you were with

13  Actavis?

14         A.    Right.

15         Q.    You don't remember any of

16  those products?

17         A.    I remember products.  I just

18  don't remember exactly what the products

19  are at this moment, because there are so

20  many products.  And more products were

21  added as I -- as I progressed, because I

22  have been there for eight years.

23              THE VIDEOGRAPHER:  Excuse me

24        one second.  Can we go off the

1        record for just a moment?  Going

2        off record.  The time is 9:19.

3               (Short break.)

4               THE VIDEOGRAPHER:  We are

5        going back on record, beginning of

6        Media File 2.  The time is 9:26.

7  BY MS. BAIG:

8        Q.    So what were the various

9  positions that you held at Alpharma?

10       A.    Senior business analyst to

11 start with, then marketing manager, and

12 at some time post-Alpharma, the company

13 became Actavis.

14       Q.    And when the company became

15 Actavis, did that change your

16 responsibilities at all?

17       A.    No.

18              (Document marked for

19       identification as Exhibit

20       Allergan-McCormick-1.)

21 BY MS. BAIG:

22       Q.    We'll have this document

23 marked as Exhibit 1.

24              This document is Bates

1    stamped Acquired_Actavis_00588522 through

2    588525.  And it appears to be a copy of

3    your resumé as of August of 2012; is that

4    right?

5         A.    Yes.

6         Q.    And is this a true and

7    correct copy of your resumé and your

8    accomplishments and positions held as of

9    that time?

10        A.    Appears so.

11        Q.    And so here you have that

12   you were working at Actavis from 2004 to

13   the -- to the then present, 2012,

14   correct?

15        A.    So I started in 2004 in

16   Alpharma, then Alpharma became Actavis.

17   And then I stayed with the company till

18   the end of 2012.

19        Q.    Okay.

20        A.    Yes.

21        Q.    And where did you go in

22   2012?

23        A.    So at the beginning of 2013

24   I joined the company called Dr. Reddy's

1    director.

2              What marketing tools did you

3    do to try to drive those sales of generic

4    opioid products?

5              MR. MAIER:  Objection to

6         form.

7              THE WITNESS:  So generic

8         sales typically would -- to drive

9         the growth of generic sales

10        involves a number of factors.

11             One of them is really

12        gaining the distribution at

13        wholesalers, distributors, retail

14        chains.

15             And second, is by lowering

16        the cost, working with the

17        production team.  And to gain that

18        distribution or market share at

19        our customers require us to, you

20        know, be a good supplier which

21        means a good consistent supply, as

22        well as competitive price.

23   BY MS. BAIG:

24        Q.   So, but you were the

1  director of marketing.  My question to

2  you is, what marketing tools did you use

3  to try to drive sales?

4           We've talked about a few.

5  We talked about sizzle slides, for

6  example.  We've talked about meetings

7  that you've had with the customers.

8           What -- we've talked about

9  -- your use of ad agencies.

10          What other types of tools

11 did you drive -- did you use to try to

12 drive sales?

13      A.   So --

14          MR. KNAPP:  Objection to

15      form and foundation.

16          MS. VENTURA:  Objection to

17      form.

18          MR. MAIER:  Objection to

19      form.

20          THE WITNESS:  So to drive

21      sales -- the generic marketing

22      really is different from, if you

23      were to think about the consumer

24      goods or the brand marketing.

1            Generic marketing is so much
2       about product management which
3       means to supply -- to make the
4       medicine available, accessible and
5       affordable with good service and
6       supply to the customers.
7            So this notion of
8       advertising that drives it is --
9       is such a minor component of
10      generic marketing.
11  BY MS. BAIG:
12      Q.    But you did hire an
13  advertising agency.
14      A.    Yeah.  That's why it's a
15  small one.
16      Q.    Okay.  And did you use
17  Kadian sales reps to detail generic
18  opioids to doctors?
19            MS. VENTURA:  Objection to
20      form.
21            THE WITNESS:  We did not
22      hire the Kadian sales rep to
23      detail the generic opioids.
24  BY MS. BAIG:

1    Q.    No.  Did you use them

2    though, is my question.

3         A.    We --

4              MR. KNAPP:  Please just let

5         the witness finish.  I think she

6         was still answering the question.

7              MS. VENTURA:  And objection

8         to form.

9              THE WITNESS:  So we used

10        them just to make the doctors

11        aware that generic products on

12        very select cases was available.

13        They were not detailing any

14        benefit of the -- the medicine.

15   BY MS. BAIG:

16        Q.    And who trained the Kadian

17   sales reps on what they were to say about

18   generic opioids when they were visiting

19   doctors?

20        A.    I mean there was sales team,

21   there was training from marketing and

22   legal.  I don't remember exactly who

23   trained them.  But they were properly

24   trained.

1    Q.    They were what?

2    A.    They were properly trained.

3    Q.    Well, were you at the

4  training?

5    A.    I was not.

6    Q.    So you weren't involved in

7  training -- in training the sales reps?

8    A.    I was involved in the

9  material used to train them.

10    Q.    What were the materials used

11  to train them?

12    A.    I -- it's really just to let

13  them know the -- what they could or could

14  not say.  It really was about the

15  availability of the generic product.

16    Q.    And do you know when the

17  company started using Kadian sales reps

18  to market generic opioids?

19        MS. VENTURA:  Objection to

20        form.

21        THE WITNESS:  It was only on

22        the very selective cases, like

23        oxymorphone and the generic

24        Kadian.  So, morphine sulfate.

1      Q.    Did you have a general

2  understanding that sales were increasing

3  in a significant amount at that time?

4              MR. MAIER:  Objection to

5         form.

6              THE WITNESS:  It should be,

7         because July was launching.  When

8         you launch, this is four-month,

9         six-month after launch, it should

10         be increasing.

11  BY MS. BAIG:

12      Q.    Okay.  And you see a little

13  bit further down, it states that "the

14  marketing group is once again utilizing

15  the Kadian sales force to promote

16  oxymorphone to pain doctors, as well as

17  running both direct mail and e-mail

18  promotional programs in January and

19  February."

20              Do you see that?

21      A.    Yes.

22      Q.    And he states, "Our goal is

23  to continue the growth trend through

24  2012."

1                    Do you see that?

2           A.    Yes.

3           Q.    And was it your

4    understanding that the marketing group

5    was utilizing the Kadian sales force to

6    promote oxymorphone to pain doctors?

7                    MR. MAIER:  Objection to

8           form.

9                    THE WITNESS:  Yes.  I was

10          aware to promote.  I think we want

11          to clarify that promote, really

12          just to make it aware of the

13          availability of this product, as

14          those marketing material we had

15          reviewed earlier.

16   BY MS. BAIG:

17          Q.    And that -- and you are also

18   running both direct mail and e-mail

19   promotional programs, correct?

20          A.    Yes.  So all of these

21   programs were just awareness program.  It

22   wasn't promoting the product on any of

23   the benefits or anything.

24          Q.    Did you have an

1  understanding of the addictive qualities

2  of the product at the time?

3          MR. MAIER:  Objection to

4      form.

5          THE WITNESS:  So product

6      being Schedule II has addictive

7      potential.

8  BY MS. BAIG:

9      Q.   And do you know whether the

10 Kadian sales force was promoting the

11 awareness of the addictive qualities of

12 oxymorphone to pain doctors?

13         MR. MAIER:  Object to form

14     and foundation.

15         MS. VENTURA:  Join in the

16     objection.

17         THE WITNESS:  What we asked

18     Kadian sales force was just

19     awareness campaign to the doctors,

20     so they are aware, so they -- the

21     doctors were aware of the ability

22     of the generic because the --

23     because Opana ER was discontinued.

24 BY MS. BAIG: