Exhibit 10

```
 1            IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
                        -  -  -
 3
    IN RE:  NATIONAL           : HON. DAN A.
 4  PRESCRIPTION OPIATE        : POLSTER
    LITIGATION                 :
 5                             :
    APPLIES TO ALL CASES       : NO.
 6                             : 1:17-MD-2804
 7            - HIGHLY CONFIDENTIAL -
       SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
 8                      -  -  -
                   JANUARY 24, 2019
 9                      -  -  -
10            Videotaped sworn deposition of
11        CHRISTINE BAEDER, taken pursuant to
12        notice, was held at GOLKOW LITIGATION
13        SERVICES, One Liberty Place, 1650 Market
14        Street, Philadelphia, Pennsylvania,
15        beginning at 9:09 a.m., on the above
16        date, before Margaret M. Reihl, a
17        Registered Professional Reporter,
18        Certified Shorthand Reporter, Certified
19        Realtime Reporter, and Notary Public.
20
                        -  -  -
21
             GOLKOW LITIGATION SERVICES
22        877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
23
24
```

1      responsibility was new --

2      commercialization of new product

3      launches for generics.  I did that for

4      about a year.  I took a leadership role

5      in customer service after about a year.

6      I stayed in that role, and that role

7      also expanded, so I went from a director

8      to a senior director for about four

9      years, maybe five years.

10          And then I -- I was promoted to

11     be the head of customer operations and

12     marketing operations for US generics.  I

13     did that for two years.

14          And then Teva made a large

15     acquisition of Actavis causing somewhat

16     of a restructure, and I, in large part,

17     kept my role and my reporting structure

18     changed, and I became the senior vice

19     president at that time.  I did that for

20     about two years.

21          And then Teva -- Teva had a new

22     global CEO at the end of 2017.  He did a

23     leadership restructure, which had some

24     downstream changes, implications as

1          well, and so my reporting structure

2          changed at that point in time.  And then

3          four or five months later Maureen

4          Cavanaugh, who was the COO of US

5          generics left the company, and they

6          combined her and my role.

7          Q.     And you are currently chief

8  operations officer, correct?

9          A.     For US generics, yes.

10         Q.     US generics of Teva?

11         A.     Yes.

12         Q.     All right.  Going back to your

13  employment with did you say Organon Pharma?

14         A.     Organon.

15         Q.     Approximately when did you

16  commence employment with that company?

17         A.     We moved in 2002.  I did it for

18  about a year.  So 2000 or 2001.

19         Q.     Okay.  So fair to say since 2000

20  or 2001, your professional career has been spent

21  in the pharmaceutical industry?

22         A.     Yes.

23         Q.     Okay.  Was Isotech a pharma

24  company?

1          A.      Isotech was a provider to defense

2    companies and pharmaceutical companies.

3          Q.      Okay.  So it had -- it certainly

4    had a pharmaceutical component to it?

5          A.      More of a research component.

6    They certainly didn't make -- the chemicals that

7    Isotech makes are extraordinarily expensive,

8    could be a million dollars for 2 grams, so

9    they're not something that's used in

10   commercialization.  It's high R&D.

11         Q.      Okay, I understand.  You were

12   at -- at Organon you were a field sales rep as

13   it relates to anesthesia products, did you say?

14         A.      Correct.

15         Q.      And then at Sandoz, your initial

16   responsibilities involved customer service?

17         A.      Correct.

18         Q.      What was the nature of those

19   customer service responsibilities?

20         A.      There was various facets.  There

21   was answering the phone and trying to direct

22   patients to information they were seeking.  For

23   example, I'm allergic to red dye number 10, can

24   you tell me does this drug have red dye number

1          business that could impact the other

2          side.  Predominantly, we would talk if

3          there was a decision to be made on the

4          generic side that would impact the brand

5          side, because the generic business is a

6          portfolio business, not a product by

7          product business.  On the brand side

8          there are -- it's much more product

9          focused.

10  BY MR. KIEFFER:

11          Q.    Okay.  And is, again -- and I do

12  realize we're speaking in generalities.

13          A.    Yeah.

14          Q.    Sometimes that's helpful,

15  sometimes it gets too general to be meaningful.

16  So if it gets too general to be meaningful, you

17  tell me.

18              You mentioned that the generic

19  business is a portfolio business, but, again,

20  recognizing that not everybody on our jury may

21  use that word every day, a portfolio is a

22  grouping of products, right?

23          A.    Correct.

24          Q.    And does the generic business

1    tend to be more of a portfolio business because

2    of the nature of the customer, the immediate

3    customers that Teva has on the generic side?

4                    MS. HILLYER:  Objection to form.

5                    THE WITNESS:  I don't know how to

6            answer that.  Let me give -- provide

7            some information and see if it answers

8            your question.

9                    Teva has around 1,200 products.

10           I think we've had up to 1,500 generic

11           products, and right now we have

12           somewhere between 1,100 and 1,200

13           products.

14   BY MR. KIEFFER:

15           Q.    Generic products?

16           A.    Generic products.

17           Q.    Thank you.

18           A.    So the nature of the business is

19   quite different because you have a relatively,

20   relative to the brand side of the business,

21   small amount of individuals that are responsible

22   for the sales of a very large amount of

23   products.

24           Q.    And a substantial part, and we

1    will get into some of this in a bit more detail

2    later in the day, but a substantial part of

3    Teva's generic sales is concentrated among a

4    relatively small number of very large customers,

5    correct?

6                    MS. HILLYER:  Objection to form.

7                    THE WITNESS:  The US generic

8              marketplace is quite consolidated as far

9              as market share, and there are three

10             very large buying groups.  They're

11             actually not one customer.  They're made

12             up of multiple customers, but there are

13             three dominant retail GPOs is how we

14             refer to them.

15   BY MR. KIEFFER:

16        Q.     Retail?

17        A.     GPOs, group purchasing

18   organizations.

19        Q.     Okay.  Is one of those an

20   enterprise that goes by the name Walgreens Boots

21   Alliance?

22        A.     Yes, we refer to that as WBAD.

23        Q.     That's come up in other

24   depositions.

1  context of generics, can you explain what you

2  mean?

3          A.      Generics provides pricing and

4  generic provides availability information.

5          Q.      Do you believe that Teva promotes

6  generic medications to physicians?

7          A.      No.

8          Q.      Why not?

9          A.      The decision-maker in generic

10  procurement is not the physician.  It's the

11  officer at a corporate retail chain.

12          Q.      And is the same true for generic

13  opioid medications, Teva does not promote to

14  physicians?

15          A.      Correct, yes.

16          Q.      Does Teva promote generic

17  medications to patients?

18          A.      No.

19          Q.      Why not?

20          A.      The economics of the generic

21  products don't support the generally very

22  expensive interfaces to reach patients.

23          Q.      And is the same true for generic

24  opioid medications?

1          A.      Yes.

2          Q.      And you mentioned that as for

3   generics, Teva engages in product availability

4   and pricing type of marketing; is that right?

5          A.      Correct.

6          Q.      Is that different from what you

7   understand the brand side does in terms of

8   marketing?

9          A.      Yes.

10          Q.      Does Teva have a marketing budget

11   for its generic opioid medications?

12          A.      Not a specific budget for generic

13   opioids.

14          Q.      But does it have a marketing

15   budget for generics generally?

16          A.      It has a small marketing budget

17   for generics generally.

18          Q.      And what is that budget for?

19          A.      That budget is for support of

20   availability messaging, a limited number of

21   journal advertisements around availability

22   messaging, as well as coupons, programs for some

23   limited generic products where it's deemed

24   appropriate.

1          Q.     Does Teva USA provide any

2    messages concerning safety or efficacy of its

3    generic opioids?

4          A.     No.

5          Q.     To your knowledge, has it ever?

6          A.     No, not to my knowledge.

7          Q.     Does Teva USA sponsor any

8    continuing medical education programs for

9    generic opioids?

10         A.     Not to my knowledge.

11         Q.     Has it ever?

12         A.     No.

13         Q.     Does Teva USA's budget for

14   generics include sponsoring any pain-related

15   trade associations?

16         A.     Not to my knowledge.

17         Q.     Has it ever?

18         A.     No.

19         Q.     Has Teva USA ever sponsored any

20   key opinion leaders to conduct speaker or other

21   programs to a generic -- for its generic

22   opioids?

23         A.     Not to my knowledge.

24         Q.     Has it ever?