# Exhibit 19

1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
2                   EASTERN DIVISION
3

     IN RE: NATIONAL        )
4    PRESCRIPTION           )  MDL No. 2804
     OPIATE LITIGATION      )
5    _____  )  Case No.
                            )  1:17-MD-2804
6                           )
     THIS DOCUMENT RELATES  )  Hon. Dan A.
7    TO ALL CASES           )  Polster
8

                TUESDAY, JANUARY 8, 2019
9

     HIGHLY CONFIDENTIAL – SUBJECT TO FURTHER
10              CONFIDENTIALITY REVIEW
11                    – – –
12          Videotaped deposition of Ginger
13   Collier, held at the offices of STINSON
14   LEONARD STREET LLP, 7700 Forsyth Boulevard,
15   Suite 1000, St. Louis, Missouri, commencing
16   at 9:10 a.m., on the above date, before
17   Carrie A. Campbell, Registered Diplomate
18   Reporterand Certified Realtime Reporter.
19
20
21
22                    – – –
23
               GOLKOW LITIGATION SERVICES
24       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
25

```
 1              MR. O'CONNOR:  Object to form.      15:27:53

 2              THE WITNESS:  I don't remember.     15:27:54

 3    QUESTIONS BY MR. GOTTO:                       15:27:55

 4         Q.    Okay.  Do you know what opioid     15:27:55

 5    rotation means in the context of this mailer? 15:27:57

 6         A.    No, I do not.                      15:28:00

 7         Q.    Okay.  And down toward the         15:28:02

 8    bottom of the mailer it says, "This activity  15:28:04

 9    is funded through an educational grant from   15:28:06

10    Mallinckrodt/Covidien."                       15:28:11

11              Do you see that?                    15:28:12

12         A.    Yes.                               15:28:13

13         Q.    And educational grants of that     15:28:13

14    type, is that something that was handled by   15:28:17

15    the marketing department?                     15:28:20

16         A.    Not in my group, because this     15:28:21

17    is targeting physicians.  We don't target     15:28:25

18    physicians at all.  We don't even talk to     15:28:27

19    them.                                         15:28:29

20         Q.    Okay.  So whatever educational     15:28:29

21    grant underlay this presentation would have   15:28:33

22    been something that someone else handled?     15:28:35

23         A.    Correct.                           15:28:37

24         Q.    Okay.  All right.  You can set     15:28:37

25    that aside.                                   15:28:41
```