Exhibit 20

1             IN THE UNITED STATES DISTRICT COURT

            FOR THE NORTHERN DISTRICT OF OHIO

2                    EASTERN DIVISION

3

    IN RE:  NATIONAL PRESCRIPTION     ) No. 17-md-2804

4   OPIATE LITIGATION NO. 2804        )

                                      )

5   APPLIES TO ALL CASES              ) Hon. Dan A. Polster

                                      )

6

7           HIGHLY CONFIDENTIAL - SUBJECT TO

8            FURTHER CONFIDENTIALITY REVIEW

9

           VIDEO DEPOSITION OF LISA CARDETTI

10

                   January 10, 2019

11                    7:59 a.m.

12

13

14       Reporter:  John Arndt, CSR, CCR, RDR, CRR

                 CSR No. 084-004605

15                 CCR No. 1186

16

17

18

19

20

21

22

23

24

1        A.    Rich -- gosh.  Rich, Rich.  It's on the

2   tip of my tongue.  Hang on.   Tremonte.

3        Q.    Thank you.  Are you familiar with the term

4   key opinion leader?

5        A.    Key opinion?  Vaguely.  Key opinion

6   leader?

7        Q.    What is your understanding of that

8   terminology?

9        A.    Key opinion leader -- a decision-maker,

10  potentially.

11       Q.    Did you ever work with doctors in order to

12  speak to any of your clients about any of your

13  products?

14       A.    No.

15       Q.    What was that last number?

16       A.    32?  31?  I don't know what --

17       Q.    I don't know.

18             [Discussion off the record.]

19             [Exhibit Mallinckrodt-Cardetti-032 marked

20             for identification.]

21       Q.    Let me show you Exhibit Number 32, which

22  is Bate range 1216 and 1217.

23             [Discussion off the record.]

24       A.    Okay.