IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*,<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*,<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**DISTRIBUTOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' NEGLIGENCE PER SE CLAIMS**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Court's Amended Order Regarding Pretrial Motions for "Track One" Trial, Doc. No. 1709, Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., McKesson Corporation, Prescription Supply Inc., H. D. Smith, LLC, f/k/a H. D. Smith Wholesale Drug Co., H. D. Smith Holdings, LLC, H. D. Smith Holding Company, Henry Schein, Inc., Henry Schein Medical Systems, Inc., and Anda, Inc. (collectively, "Distributor Defendants") move for summary judgment on Plaintiffs' negligence per se claims for the reasons given in the accompanying memorandum of law, which is incorporated here.

Dated: June 28, 2019                                            Respectfully submitted,

/s/ *Geoffrey E. Hobart*                                        /s/ *Robert A. Nicholas*

Geoffrey E. Hobart                                              Robert A. Nicholas
Mark H. Lynch                                                   Shannon E. McClure
Christian J. Pistilli                                           **REED SMITH LLP**
**COVINGTON & BURLING LLP**                                     Three Logan Square
One CityCenter                                                  1717 Arch Street, Suite 3100
850 Tenth Street NW                                             Philadelphia, PA 19103
Washington, DC 20001                                            Tel: (215) 851-8100
Tel: (202) 662-5281                                             Fax: (215) 851-1420
ghobart@cov.com                                                 rnicholas@reedsmith.com
mlynch@cov.com                                                  smcclure@reedsmith.com
cpistilli@cov.com

*Counsel for Defendant McKesson Corporation*                    *Counsel for Defendant AmerisourceBergen Drug Corporation*

/s/ *F. Lane Heard III*                                         /s/ *John J. Haggerty*

Enu Mainigi                                                     John J. Haggerty (0073572)
F. Lane Heard III                                               James C. Clark
George A. Borden                                                Stephan A. Cornell
Ashley W. Hardin                                                **FOX ROTHSCHILD LLP**
**WILLIAMS & CONNOLLY LLP**                                     2700 Kelly Road, Suite 300
725 Twelfth Street NW                                           Warrington, PA 18976
Washington, DC 20005                                            Tel: (215) 345-7500
Tel: (202) 434-5000                                             Fax: (215) 345-7507
Fax: (202) 434-5029                                             jhaggerty@foxrothschild.com
emainigi@wc.com                                                 jclark@foxrothschild.com
lheard@wc.com                                                   scornell@foxrothschild.com
gborden@wc.com
ahardin@wc.com                                                  *Counsel for Defendant Prescription Supply Inc.*

*Counsel for Defendant Cardinal Health, Inc.*

/s/ *William E. Padgett*
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
Tel: (317) 236-1313
Fax: (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for Defendants H. D. Smith, LLC, f/k/a H. D. Smith Wholesale Drug Co., H. D. Smith Holdings, LLC and H. D. Smith Holding Company*

/s/ *John P. McDonald*
John P. McDonald (TX Bar # 13549090)
C. Scott Jones (TX Bar # 24012922)
Lauren M. Fincher (TX Bar # 24069718)
Brandan J. Montminy (TX Bar #24088080)
**LOCKE LORD LLP**
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Tel: (214) 740-8445
Fax: (214) 756-8110
jpmcdonald@lockelord.com
sjones@lockelord.com
lfincher@lockelord.com
brandan.montminy@lockelord.com

*Attorneys for Defendants Henry Schein, Inc. and Henry Schein Medical Systems, Inc.*

/s/ *James W. Matthews*
James W. Matthews
Katy E. Koski
Kristina Matic
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
Tel:  617.342.4000
Fax:  617.342.4001
jmatthews@foley.com
kkoski@foley.com
kmatic@foley.com

*Counsel for Defendant Anda, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that Distributors have served the foregoing on the Parties, the Court, and the Special Masters in accordance with the Court's directions at Doc. No. 1719.

/s/ *Robert A. Nicholas*
Robert A. Nicholas