IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION <br><br> THE COUNTY OF SUMMIT, OHIO, ET AL., <br><br> *Plaintiffs*, <br><br> v. <br><br> PURDUE PHARMA LP, ET AL., <br><br> *Defendant* | MDL NO. 2804 <br><br> CASE NO. 17-MD-2804 <br><br> JUDGE: DAN AARON POLSTER <br><br> **DEFENDANT DISCOUNT DRUG MART, INC.'S REDACTED MOTION FOR SUMMARY JUDGMENT** |

Defendant Discount Drug Mart, Inc. ("DDM") respectfully moves this Court, pursuant to Fed. Civ. R. 56, for an order granting judgment in their favor and against Plaintiffs on all claims against DDM (Counts 5-7 and 9-10). These claims suffer from various fatal deficiencies, and thus, should be dismissed as a matter of law. A Memorandum in Support of this Motion accompanies this Motion and is incorporated herein by reference.

Respectfully submitted,

/s/ Timothy D. Johnson
Timothy D. Johnson (0006686)
CAVITCH FAMILO & DURKIN, CO. LPA
Twentieth Floor
1300 East Ninth Street
Cleveland, Ohio 44114
(216)621-7860
 (216)621-3415 Fax
tjohnson@cavitch.com
*Attorney for Defendant Discount Drug Mart, Inc.*

## CERTIFICATE OF SERVICE

A copy of the foregoing **DEFENDANT DISCOUNT DRUG MART, INC.'S REDACTED MOTION FOR SUMMARY JUDGMENT** was filed and served this 19th day of July, 2019 on the Court's ECF system in accordance with Doc #: 1813.

/s/ Timothy D. Johnson
TIMOTHY D. JOHNSON
*Attorney for Defendant Discount Drug Mart, Inc.*