Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF OHIO
 3                     EASTERN DIVISION
 4                         - - -
 5    IN RE:  NATIONAL              :
      PRESCRIPTION                  :  MDL No. 2804
 6    OPIATE LITIGATION             :
      _____   :  Case No.
 7                                  :  1:17-MD-2804
      THIS DOCUMENT RELATES         :
 8    TO ALL CASES                  :  Hon. Dan A. Polster
 9                         - - -
10             Thursday, December 6, 2018
11       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW
12
                           - - -
13
14         Videotaped deposition of JASON BRISCOE, held
15    at the offices of Cavitch, Familo & Durkin,
16    1300 East Ninth Street, Cleveland, Ohio, commencing at
17    9:05 a.m., on the above date, before Carol A. Kirk,
18    Registered Merit Reporter and Notary Public.
19
20                         - - -
21
22            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
23                  deps@golkow.com
24
```

EXHIBIT 2

Highly Confidential - Subject to Further Confidentiality Review

```
 1   on behalf of DDM regarding its duties under
 2   federal law as a distributor, correct?
 3        A.   Yes.
 4        Q.   And you understand, sir, today
 5   that DDM is here in its capacity as a
 6   distributor to its own wholly-owned pharmacies,
 7   correct?
 8        A.   Yes.
 9        Q.   And you understand that its role
10   as a distributor is different than its role and
11   obligation as a pharmacy or dispensing
12   operation, correct?
13        A.   Yes.
14        Q.   Under d, "Your past/present
15   interpretation, compliance, agreement and/or
16   disagreement with the reporting requirement and
17   shipping requirement as referenced in Masters
18   Pharmaceutical."
19             Are you familiar and prepared to
20   testify today about the shipping requirement and
21   the due diligence requirement under -- I'm
22   sorry -- reporting requirement and shipping
23   requirement as reported and referenced in
24   Masters?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   1301.74 --
 2        A.    Okay.
 3        Q.    -- titled "Other security controls
 4   for non-practitioners; narcotic treatment
 5   programs and compounders for narcotic treatment
 6   programs."
 7              And do you see under (b) -- well,
 8   let's do (a) first.  (a), "Before distributing a
 9   controlled substance to any person who the
10   registrant does not know to be registered to
11   possess the controlled substance, the registrant
12   shall make a good faith inquiry with the
13   administration or with the appropriate State
14   controlled substances registration agency, if
15   any, to determine that person is registered to
16   possess the controlled substance."
17              So for DDM, DDM only distributed
18   to it's wholly-owned pharmacies, correct?
19        A.    Correct.
20        Q.    So under (b), sir, is it your
21   understanding that DDM was obligated to design
22   and operate a system to disclose the registrant
23   suspicious orders of controlled substances?
24        A.    Yes.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    CERTIFICATE
 2   STATE OF OHIO         :
                                   SS:
 3   COUNTY OF FRANKLIN    :
 4           I, Carol A. Kirk, a Registered Merit
     Reporter and Notary Public in and for the State of
 5   Ohio, duly commissioned and qualified, do hereby
     certify that the within-named JASON BRISCOE was by me
 6   first duly sworn to testify to the truth, the whole
     truth, and nothing but the truth in the cause
 7   aforesaid; that the deposition then given by him was
     by me reduced to stenotype in the presence of said
 8   witness; that the foregoing is a true and correct
     transcript of the deposition so given by him; that the
 9   deposition was taken at the time and place in the
     caption specified and was completed without
10   adjournment; and that I am in no way related to or
     employed by any attorney or party hereto or
11   financially interested in the action; and I am not,
     nor is the court reporting firm with which I am
12   affiliated, under a contract as defined in Civil Rule
     28(D).
13
             IN WITNESS WHEREOF, I have hereunto set my
14   hand and affixed my seal of office at Columbus, Ohio
     on this 11th day of December 2018.
15
16
17
18                              _____
                                CAROL A. KIRK, RMR
19                              NOTARY PUBLIC - STATE OF OHIO
20   My Commission Expires:  April 9, 2022.
21                   - - -
22
23
24
```