Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF OHIO
 3                     EASTERN DIVISION
 4                         - - -
 5    IN RE:  NATIONAL            :
      PRESCRIPTION                :   MDL No. 2804
 6    OPIATE LITIGATION           :
      _____ :   Case No.
 7                                :   1:17-MD-2804
      THIS DOCUMENT RELATES       :
 8    TO ALL CASES                :   Hon. Dan A. Polster
 9                         - - -
10            Friday, December 21, 2018
11     HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW
12
                           - - -
13
14        Videotaped deposition of PETER RATYCZ, held at
15   the offices of Cavitch, Familo & Durkin,
16   1300 East Ninth Street, Cleveland, Ohio, commencing at
17   8:59 a.m., on the above date, before Carol A. Kirk,
18   Registered Merit Reporter and Notary Public.
19
20                         - - -
21
22            GOLKOW LITIGATION SERVICES
              877.370.3377 ph | 917.591.5672 fax
23                  deps@golkow.com
24
```

EXHIBIT 3

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.      Okay.  Why not?
 2          A.      Because we do have a procedure --
 3   what happened here is that -- this was tied to
 4   our VAWD accreditation.  And there's some
 5   background on that.  We thought we needed to
 6   have this VAWD accreditation.  VAWD stands for
 7   Verified Accredited Wholesaler Distributor.
 8                  And this accreditation is for
 9   anybody who's selling, you know, medications.
10   It was a requirement by a payer to have this in
11   place.  There was a gray area there in our
12   interpretation.  And I'll answer your question.
13   It's just some background there.
14          Q.      No, no.  Please continue.
15          A.      There was a gray area there that
16   we did not -- since we're a distributor to our
17   own stores, whether we needed that.  Because
18   we're not distributing to a customer.
19   Essentially our stores, I guess, are our
20   customer.
21                  So we didn't think we needed it.
22   It was recommended that we go through this VAWD
23   accreditation process.  We got halfway through
24   that process.  The payer said, "No, you don't
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    CERTIFICATE
 2   STATE OF OHIO         :
                                   SS:
 3   COUNTY OF FRANKLIN     :
 4            I, Carol A. Kirk, a Registered Merit
     Reporter and Notary Public in and for the State of
 5   Ohio, duly commissioned and qualified, do hereby
     certify that the within-named PETER RATYCZ was by me
 6   first duly sworn to testify to the truth, the whole
     truth, and nothing but the truth in the cause
 7   aforesaid; that the deposition then given by him was
     by me reduced to stenotype in the presence of said
 8   witness; that the foregoing is a true and correct
     transcript of the deposition so given by him; that the
 9   deposition was taken at the time and place in the
     caption specified and was completed without
10   adjournment; and that I am in no way related to or
     employed by any attorney or party hereto or
11   financially interested in the action; and I am not,
     nor is the court reporting firm with which I am
12   affiliated, under a contract as defined in Civil Rule
     28(D).
13
              IN WITNESS WHEREOF, I have hereunto set my
14   hand and affixed my seal of office at Columbus, Ohio
     on this 27th day of December 2018.
15
16
17
18                           _____
                                   CAROL A. KIRK, RMR
19                             NOTARY PUBLIC - STATE OF OHIO
20   My Commission Expires:  April 9, 2022.
21                            - - -
22
23
24
```