

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL

## Opioid Total MME by Company in Cuyahoga County, OH

| | County Population Total MME | 1,312,816 | 1,301,540 | 1,291,479 | 1,285,082 | 1,278,200 | 1,270,461 | 1,266,210 | 1,264,622 | 1,262,459 |
|---|---|---|---|---|---|---|---|---|---|---|
| Company Name | Market Share / MME | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
CONFIDENTIAL

Opioid Total MME by Company in Summit County, OH

