**IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL NO. 2804 |
| | CASE NO. 17-MD-2804 |
| THE COUNTY OF SUMMIT, OHIO, ET AL., | JUDGE: DAN AARON POLSTER |
| *Plaintiffs*, | **[PROPOSED] ORDER GRANTING DEFENDANT DISCOUNT DRUG MART, INC.'S MOTION FOR SUMMARY JUDGMENT** |
| v. | |
| PURDUE PHARMA LP, ET AL., | |
| *Defendant* | |

Upon review and consideration of the Parties' respective briefs, the Court determines that there are no genuine disputes as to any material fact as to Plaintiffs' claims against Defendant Discount Drug Mart, Inc., and Discount Drug Mart, Inc. is entitled to judgment as a matter of law on all claims under Fed. Civ. R. 56.

Accordingly, Discount Drug Mart, Inc.'s Motion for Summary Judgment is hereby granted on all claims against Discount Drug Mart, Inc., and Counts 5-7 and 9-11 of Plaintiffs' complaints are hereby dismissed with prejudice.

_____          _____
JUDGE DAN AARON POLSTER                     DATE