# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |
| This document relates to: | |
| *County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 18-op-45090 (N.D. Ohio) | |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 17-op-45004 (N.D. Ohio) | |

## MOTION FOR SUMMARY JUDGMENT
## OF WALMART INC.

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, as well as the Court's Amended Order Regarding Pretrial Motions for "Track One" Trial, Doc. 1709, and for the reasons set forth in the accompanying memorandum of law, Defendant Walmart Inc. hereby moves for summary judgment on all of Plaintiffs' claims.

Dated:  June 28, 2019

Respectfully submitted,

/s/   Tara A. Fumerton
Tina M. Tabacchi
Tara A. Fumerton
JONES DAY
77 West Wacker
Chicago, IL 60601
Phone: (312) 269-4335
Fax: (312) 782-8585
E-mail: tfumerton@jonesday.com

*Attorneys for Walmart Inc.*