UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 18-op-45090 (N.D. Ohio)<br><br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 17-op-45004 (N.D. Ohio) | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

# [PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT OF WALMART INC.

Upon consideration of the Motion for Summary Judgment of Walmart Inc. (the "Motion") and any opposition thereto, it is hereby **ORDERED** that the Motion is GRANTED.

_____
The Honorable Dan A. Polster
United States District Judge