# EXHIBIT E

Highly Confidential - Subject to Further Confidentiality Review

```
                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
                       EASTERN DIVISION

IN RE: NATIONAL                )    MDL No. 2804
PRESCRIPTION OPIATE            )
LITIGATION,                    )    Case No.
                               )    1:17-MD-2804
                               )
THIS DOCUMENT RELATES TO       )    Hon. Dan A.
ALL CASES                      )    Polster
                               )

                      — — —
            Wednesday, January 23, 2019
                      — — —

     HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
              CONFIDENTIALITY REVIEW
                      — — —



       Videotaped Deposition of SUSANNE
   HILAND, held at 4206 South J.B. Hunt Drive,
   Rogers, Arkansas, commencing at 8:25 a.m., on
   the above date, before Debra A. Dibble,
   Certified Court Reporter, Registered
   Diplomate Reporter, Certified Realtime
   Captioner, Certified Realtime Reporter and
   Notary Public.


                      — — —


               GOLKOW LITIGATION SERVICES
         877.370.3377 ph | fax 917.591.5672
                   deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          reporter today is Debbie Dibble and
 2          she will now please swear in the
 3          witness.
 4               SUSANNE HILAND,
 5   having first been duly sworn, was examined
 6   and testified as follows:
 7               DIRECT EXAMINATION
 8   BY MR. INNES:
 9       Q.   Good morning, Ms. Hiland.  My
10   name is Michael Innes.  We met yesterday,
11   where you sat as a corporate designee for
12   Walmart and provided testimony.
13            Some of the questions I'm going
14   to ask you up front might sound redundant as
15   to the questions you were asked yesterday,
16   but I want to have a complete record.  So
17   I'll preface all of my questions with -- with
18   that.
19            You do understand you're under
20   oath today; right?
21       A.   Yes.
22       Q.   And you might have to speak up
23   for the folks to hear on the phone.  I know
24   yesterday there were some complaints after
25   that it was difficult to hear all of us in
```

Highly Confidential - Subject to Further Confidentiality Review



```
15        A.     The recertification of our
16   distribution center for the VAWD
17   certification.
18        Q.     And what is the -- which
19   distribution center in particular?
20        A.     I believe at this time, this
21   was recertification, so all of them?
22               I -- I'd have to check their
23   certification dates, but all of our
24   distribution centers were VAWD certified.  I
```



 1       ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮
 2       Q.     Okay.  I mean, at this time,
 3    can we agree that the 6045 was VAWD
 4    certified?
 5       A.     Yes.



```
20        Q.    So is it fair to say that if
21   they all went through them, and there were
22   inspections of all of them, 6045 was in fact
23   inspected?
24        A.    Yes.
```

1 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

2 ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇

3 ▇▇▇▇ ▇▇▇▇▇▇▇▇▇

4 ▇ ▇▇▇▇▇▇▇ ▇▇▇▇▇▇

5 ▇ ▇▇▇

6 ▇ ▇▇▇▇▇▇ ▇▇▇▇▇▇▇

7 ▇ ▇▇▇▇▇▇

8          Q.    (BY MR. INNES)  Did you come to
9    learn what VAWD would consider to be
10   acceptable programs?
11         A.    Our pharmacy -- our
12   distribution centers were reaccredited.  So
13   we would have met the criteria required by
14   the VAWD certification.  At no time in this
15   process were we unaccredited.  The point of
16   this was to make sure that we were prepared
17   and had as much information as possible to
18   prepare for that recertification process.
19         Q.    How long did that
20   recertification process take?
21         A.    I think in this case there
22   was -- I think there were some delays as
23   we -- again, because there were additional
24   documentation requirements.  I don't remember
25   specifically what those were.  I think it was

1     a longer recertification process in this time
2     frame.
3          Q.    What do you mean by
4     "documentation requirements"?
5          A.    So documenting practices in --
6     in a policy that could be reflected and
7     inspected by the VAWD inspector.
8          Q.    Okay.  So at the time of the
9     reapplication process, did Walmart have its
10    practices documented in a policy that could
11    be reviewed by the VAWD inspector?
12              MS. TABACCHI:  Object to the
13         form.
14              THE WITNESS:  As I recall,
15         there were -- there were written
16         policies memorialized around practices
17         that we had in place in this time
18         frame as a result -- to meet those
19         recertification -- those new
20         recertification requirements.
21              MS. TABACCHI:  Mike, before you
22         get to another document, can we take
23         another quick break?
24              I just don't want to get -- I
25         want to catch you before you start