# EXHIBIT G

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
      IN RE: NATIONAL         )
 4    PRESCRIPTION            )   MDL No. 2804
      OPIATE LITIGATION       )
 5    _____ )   Case No.
                              )   1:17-MD-2804
 6                            )
      THIS DOCUMENT RELATES   )   Hon. Dan A.
 7    TO ALL CASES            )   Polster
 8
                 FRIDAY, JANUARY 4, 2019
 9
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                CONFIDENTIALITY REVIEW
11                       - - -
12          Videotaped deposition of Ramona
13    Sullins, held at the offices of JONES DAY, 77
14    West Wacker Drive, Chicago, Illinois,
15    commencing at 7:31 a.m., on the above date,
16    before Carrie A. Campbell, Registered
17    Diplomate Reporter, Certified Realtime
18    Reporter, Illinois, California & Texas
19    Certified Shorthand Reporter, Missouri &
20    Kansas Certified Court Reporter.
21                       - - -
              GOLKOW LITIGATION SERVICES
22       877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
23
24
25
```

```
 1                  RAMONA SULLINS,
 2   of lawful age, having been first duly sworn
 3   to tell the truth, the whole truth and
 4   nothing but the truth, deposes and says on
 5   behalf of the Plaintiffs, as follows:
 6
 7              VIDEOGRAPHER:  Please proceed.
 8
 9              DIRECT EXAMINATION
10   QUESTIONS BY MR. BOWER:
11         Q.    Good morning, Ms. Sullins.  How
12   are you today?
13         A.    Doing good, thank you.
14         Q.    Have you ever given a
15   deposition before?
16         A.    No.
17         Q.    So I'm sure your attorney
18   informed you of kind of the ground rules for
19   today, but we'll go over a few of the
20   important ones, okay, and let me know if you
21   don't understand any.
22              Okay?
23         A.    Okay.
24         Q.    The first and probably most
25   important is just to let me finish my
```

```
 1        Q.    When did you graduate high
 2   school?
 3        A.    1987.
 4        Q.    So you went to work for Walmart
 5   after graduating high school; is that
 6   correct?
 7        A.    Correct.
 8        Q.    What was your first job at
 9   Walmart?
10        A.    I was an order filler.
11        Q.    And where was -- where were you
12   located at that time?
13        A.    Plainview, Texas.
14        Q.    And how long did you -- strike
15   that.
16              What was your next job at
17   Walmart after an order filler?
18        A.    I loaded trailers.
19        Q.    What do you mean by "loaded
20   trailers"?
21        A.    I physically loaded
22   televisions, dog food, paint, into a trailer,
23   floor-loaded it.
24        Q.    Was that at a Walmart
25   distribution center?
```

```
 1      Q.      And then what was the change in
 2   2008?
 3      A.      I moved over to the pharmacy.
 4      Q.      And what was your title in
 5   2008?
 6      A.      I was senior manager on the
 7   pharmacy team.
 8      Q.      Was that your title in 2008,
 9   senior manager in the pharmacy team?
10      A.      I don't know what it said.
11      Q.      What were your duties and
12   responsibilities in connection with that
13   role?
```

[Lines 14-25 redacted]

Highly Confidential - Subject to Further Confidentiality Review





14          MS. FUMERTON:  Zach, we've been
15     going for about an hour.  Would it be
16     okay --
17          MR. BOWER:  Can we just have a
18     few minutes just to round out her
19     employment history and then we'll --
20          MS. FUMERTON:  Sure.
21          MR. BOWER:  I just wanted -- so
22     we can switch topics after the break.
23  QUESTIONS BY MR. BOWER:
24     Q.    So you held this position
25  beginning in 2008 where you were senior

Highly Confidential - Subject to Further Confidentiality Review

1  manager for the pharmacy team.
2         How long did you hold that
3  position?
4     A.    That's what I currently do.
5     Q.    You still have that -- what's
6  your current title?
7     A.    Senior manager, department
8  supply chain.  We just changed it from
9  logistics to supply chain.
10         MR. BOWER:  It might take a
11     little longer to go through subsequent
12     duties and responsibilities, so why
13     don't we take a break and we can
14     finish up after.
15         MS. FUMERTON:  Okay.
16         VIDEOGRAPHER:  Going off the
17     record at 8:33 a.m.
18      (Off the record at 8:33 a.m.)
19         VIDEOGRAPHER:  We're back on
20     the record at 8:47 a.m.
21  QUESTIONS BY MR. BOWER:
22     Q.    Okay.  I just want to finish
23  up, hopefully fairly briefly, your roles at
24  Walmart.
25         So from 2008 to the present,

Highly Confidential - Subject to Further Confidentiality Review

1 █████████

2      Q.    Do you know what ARCOS is?

3      A.    Yes.

4      Q.    What is ARCOS?

5      A.    Sales and purchases.

6      Q.    Do you know whether Walmart
7 reports information to the DEA?

8      A.    Yes.

9      Q.    Do you know how Walmart reports
10 that information?

11      A.    They report it monthly.

12      Q.    And who creates the reports?

13      A.    It's created through a job in
14 the system, so it's an automatic report that
15 gets put on a server. We take that data and
16 upload it into the DEA's website.

17      Q.    And who has the responsibility
18 at Walmart to physically do the uploading of
19 the data?

20      A.    There was an individual on our
21 team that did that.

██    █    ████████████████████████

██   ████

██    █    ████████████████████████████

██   ████████████████████   ████████████