# EXHIBIT H

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) ) | MDL No. 2804<br>Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO ALL CASES | ) ) ) ) | Hon. Dan A. Polster |

— — —

Friday, December 14, 2018

— — —

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

— — —

Videotaped Deposition of PATSY LITTLE, held at Stone Pigman Walther Wittmann LLC, 909 Poydras, Suite 3150, New Orleans, Louisiana, commencing at 8:06 a.m., on the above date, before Michael E. Miller, Fellow of the Academy of Professional Reporters, Registered Diplomate Reporter, Certified Realtime Reporter and Notary Public.

— — —

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

will now swear in the witness.

PATSY LITTLE,

having been duly sworn,

testified as follows:

EXAMINATION

BY MR. BOWER:

Q. Good morning, Ms. Little. How are you today?

A. Good morning. Great.

Q. Thank you for being here. We appreciate it.

Have you ever been deposed before?

A. I have not.

Q. You have not, okay. So I'm sure your counsel went over a few ground rules for you, but just so we're all on the same page, let's talk about that for a minute.

I need you to answer if it's a yes-or-no question verbally, so in other words, don't nod your head, so the court reporter can take down your answer. Do you understand that?

A. Yes, I do.

After Hours, which was an acute care setting. I worked at St. Elizabeth Hospital and I worked for Infusion Network.

Q. Okay. Thank you for that.

Then in 2005 you went to Louisiana State to get your master's degree, correct?

A. That's correct.

Q. Did you begin working with Walmart directly after graduating with your master's degree?

A. About six or seven months later.

Q. And what were you hired at Walmart to do?

A. To be a buyer in the pharmacy department.

[redacted]

Case: 1:17-md-02804 Doc #: 1864-12 Filed: 07/19/19 5 of 7. PageID #: 58732




Case: 1:17-md-02804 Doc #: 1864-12 Filed: 07/19/19 6 of 7. PageID #: 58733






Q. What's your basis for that statement?

A. Because we never did anything that would promote an opioid to the customer, to the end customer user, the patient that would pick up the prescription.

Q. And how do you know that?

A. Because we had a pretty firm stance on that while I was there.

Q. And where did you learn of that stance?

A. I had asked to put a cough medicine on the $4 program at one time and was told that anything with controlled substances, we generally would not advertise or talk to the consumer about.