# EXHIBIT J

```
 1                UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION
 3   IN RE: NATIONAL              )    MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION,                  )    Case No.
                                  )    1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )    Hon. Dan A.
 6   ALL CASES                    )    Polster
                                  )
 7
 8                      — — —
 9            Wednesday, December 12, 2018
                        — — —
10
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                CONFIDENTIALITY REVIEW
                        — — —
12
13
14
15        Videotaped Deposition of MIRANDA
     JOHNSON, held at 4206 South J.B. Hunt Drive,
16   Rogers, Arkansas, commencing at 8:51 a.m., on
     the above date, before Debra A. Dibble,
17   Certified Court Reporter, Registered
     Diplomate Reporter, Certified Realtime
18   Captioner, Certified Realtime Reporter and
     Notary Public.
19
                        — — —
20
               GOLKOW LITIGATION SERVICES
21        877.370.3377 ph | fax 917.591.5672
                    deps@golkow.com
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Rocchino for Reed Smith, LLP, on
 2          behalf of AmerisourceBergen Drug
 3          Corporation.
 4               VIDEOGRAPHER:  The court
 5          reporter is Debbie Dibble, and she
 6          will now swear in the witness.
 7               MIRANDA JOHNSON,
 8   having first been duly sworn, was examined
 9   and testified as follows:
10               DIRECT EXAMINATION
11   BY MR. INNES:
12       Q.   Good morning, Ms. Johnson.  My
13   name is Michael Innes.  I'm with the law firm
14   Carella Byrne.  I represent the plaintiffs in
15   the matter.
16            Could you state your full name
17   for the record?
18       A.   Miranda Johnson.
19       Q.   And who is your current
20   employer?
21       A.   Walmart.
22       Q.   And what is your current title?
23       A.   Director on the controlled
24   substances compliance team.
25       Q.   And what's your business
```



Highly Confidential - Subject to Further Confidentiality Review




Case: 1:17-md-02804 Doc #: 1864-14 Filed: 07/19/19 6 of 9. PageID #: 58750
Highly Confidential - Subject to Further Confidentiality Review</§>

Golkow Litigation Services                                          Page 19

Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review





17      Q.    Has your focus moved away from
18  suspicious order monitoring or is that still
19  your primary focus?
20           MS. TABACCHI:  Object to the
21      form.
22           THE WITNESS:  We no longer
23      distribute controlled substances as of
24      April 2018.
25      Q.    (BY MR. INNES)   And that's