# EXHIBIT K

```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4
 5
    IN RE NATIONAL PRESCRIPTION    | Case No. 17-MD-2804
 6                                 |
    OPIATE LITIGATION              | Hon. Dan A. Polster
 7                                 |
    APPLIES TO ALL CASES           |
 8
 9                              - - -
10               Friday, November 16, 2018
11                              - - -
12
          HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
13
                    CONFIDENTIALITY REVIEW
14
                                - - -
15
16
17
          Videotaped deposition of CHAD DUCOTE, held
18   at the offices of Mitchell Williams,
     4206 South J.B. Hunt Drive, Suite 200, Rogers,
19   Arkansas, commencing at 8:04 a.m., on the above
     date, before Susan D. Wasilewski, Registered
20   Professional Reporter, Certified Realtime
     Reporter and Certified Realtime Captioner.
21
22
23                              - - -
24              GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
25                   deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

1                    - - -

2            THE VIDEOGRAPHER:  We are now on the record.

3    My name is Dan Lawlor.  I'm a videographer of

4    Golkow Litigation Services.

5            Today's date is November 16, 2018, and the

6    time is 8:04 a.m.

7            This video deposition is being held in

8    Rogers, Arkansas, in the matter of National

9    Prescription Opiate Litigation, MDL Number 2804.

10   The deponent is Chad Ducote.

11           Counsel will be noted on the stenographic

12   record.

13           The court reporter is Susan Wasilewski and

14   will now swear in the witness.

15           THE COURT REPORTER:  Sir, would you raise

16   your right hand.

17           Do you solemnly swear or affirm the

18   testimony you're about to give will be the truth,

19   the whole truth, and nothing but the truth?

20           THE WITNESS:  Yes.

21           THE COURT REPORTER:  Thank you.

22           CHAD DUCOTE, called as a witness by the

23   Plaintiffs, having been duly sworn, testified as

24   follows:

25

Highly Confidential - Subject to Further Confidentiality Review

```
 1                DIRECT EXAMINATION
 2   BY MR. INNES:
 3       Q.   Good morning, Mr. Ducote.  My name is
 4   Michael Innes.  I represent the plaintiffs in this
 5   case.  Thank you for being here today.  Thank you
 6   for starting a little bit earlier than usual.  I do
 7   appreciate that.
 8            Could you state your full name for the
 9   record.
10       A.   Full name is Chad Edward Ducote.
11       Q.   What is your current occupation?
12       A.   Current occupation is Division Vice
13   President for Supply Chain.
14       Q.   And for what company?
15       A.   Walmart.
16       Q.   Thank you.
17            You understand that you're under oath,
18   right?
19       A.   Yes.
20       Q.   And are you taking any medication or is
21   there any other reason that would interfere with
22   your ability to answer my questions fully and
23   truthfully today?
24       A.   No.
25       Q.   Some basic ground rules -- well, let me
```

Golkow Litigation Services                                Page 7

Highly Confidential - Subject to Further Confidentiality Review

```
 1      A.   That, I do not recall exactly.
 2      Q.   Do you recall sitting in a classroom for
 3   that class?
 4      A.   I don't recall.  I do -- if I -- it most
 5   likely was online for that course.  I just don't
 6   recall exactly.
 7      Q.   What grade did you get in that class?
 8      A.   An A.  I do recall that.
 9      Q.   That's good.  You don't recall going to
10   class, but you got an A.  I wish I could have done
11   that.
12      A.   I just recall.  I think I've made As in all
13   the courses.
14           MS. FUMERTON:  Easy answer, then.
15   BY MR. INNES:
16      Q.   Let's continue right up the page here.
17      A.   Okay.
18      Q.   You were a pharmacy intern, cashier, cart
19   pusher, sales associate, unloader from February '92
20   to December '97.
21           Was that at Walmart?
22      A.   Yes.
23      Q.   You then went to be a pharmacist or pharmacy
24   manager from '97 -- December '97 to June 1999, also
25   at Walmart?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      A.   Yes.
 2      Q.   You then rose to the level of manager of
 3   pharmacy recruiting June 1999 to August 2002, also
 4   at Walmart?
 5      A.   Yes.
 6      Q.   You then moved to divisional compliance
 7   director, also at Walmart, in August 2004?
 8      A.   You skipped one role, but yes.
 9      Q.   I'm sorry.  I did.
10           You were the director of training and
11   development, also at Walmart, from August 2002 to
12   August 2004?
13      A.   Yes.
14      Q.   Thank you for correcting me on that.
15           Then you became a divisional compliance
16   director from August 2004, for about 18 years, to
17   July 2010; is that right?
18           MS. FUMERTON:  No.  Objection; form and to
19      the math, I guess.
20   BY MR. INNES:
21      Q.   I'm just reading the document.
22           MS. FUMERTON:  I think that this can be
23      easily clarified.
24      A.   Yes, that's -- I was going to clarify.  It
25   was six years.  The LinkedIn profile did some odd
```

 1     math on that.

 2         Q.   To be clear, divisional compliance officer

 3     at Walmart from July 2004 to July 2010?

 4         A.   Yes.









```
12      A.    What this represents is VAWD, verified
13   accredited wholesale distributor, was doing -- there
14   were certain policies and procedures that they
15   recommended that were put in place based on their
16   review, and this was an output of that process.
17      Q.    You referred to the VAWD.  Could you --
18      A.    Verified accredited wholesale distributor.
19      Q.    And it was important -- well, and the VAWD,
20   did they confer accreditations on distributors?
21      A.    I'm not sure from the legal sense exactly
22   how that plays out, but they do give accreditation.
23      Q.    Did Walmart apply for accreditation?
24      A.    Yes.
```