# EXHIBIT Q

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF OHIO
 3                   EASTERN DIVISION
 4            ~~~~~~~~~~~~~~~~~~~~~~
 5   IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
     OPIATE LITIGATION
 6                                    Case No.
                                      17-md-2804
 7
                                      Judge Dan Aaron
 8                                    Polster
 9   This document relates to:
10   The County of Cuyahoga v. Purdue Pharma, et
     al., Case No. 17-OP-45004
11
     City of Cleveland, Ohio v. Purdue Pharma L.P.,
12   et al., Case No. 18-OP-45132
13   The County of Summit, Ohio, et al. v. Purdue
     Pharma L.P., et al., Case No. 18-OP-45090
14
                  ~~~~~~~~~~~~~~~~~~~~~~
15
16
                 Videotaped Deposition of
17                     GERALD CRAIG
18                   January 11, 2018
                        9:12 a.m.
19
20                     Taken at:
21               Jackson Kelley, PLLC
            50 South Main Street, Suite 201
22                    Akron, Ohio
23
24
25          Stephen J. DeBacco, RPR
```

Page 20

1  Covington & Burling on behalf of McKesson
2  Corporation.
3          GERALD CRAIG, of lawful age, called for
4  examination as provided by the Federal Rules of
5  Civil Procedure, being by me first duly sworn,
6  as hereinafter certified, deposed and said as
7  follows:
8              EXAMINATION OF GERALD CRAIG
9  BY MR. BOEHM:
10      Q.   Good morning, Mr. Craig.
11      A.   Good morning.
12      Q.   Thank you for being here.  My name
13  is Paul Boehm.  I represent one of the
14  Defendants, and I'll be asking you some
15  questions today.
16           We introduced ourselves before we
17  went on the record, and just wanted to do that
18  again on the record.
19           Have you ever been deposed before
20  today?
21      A.   Yes.
22      Q.   When was that?
23      A.   Probably back in the mid-'80s.
24      Q.   Have you been deposed more than
25  once?

Page 47

1  suffer from addiction are addicted to more than
2  one substance?
3              MS. KEARSE:  Object to form.
4        A.    I'm -- I'm not -- I'm not able to
5  make that determination.  I don't -- I don't
6  know.  I -- I don't have that -- the question
7  you're asking is whether -- I don't know.  I
8  don't know.
9        Q.    You've been the head of the Summit
10 County ADAMHS Board since 2007, right?
11       A.    Yes.
12       Q.    You've never heard of polysubstance
13 use disorder?
14       A.    I have heard of polysubstance use
15 disorder, yes.
16       Q.    What does that mean?
17       A.    It means that individuals use a
18 variety of substances.
19       Q.    Okay.  And they're addicted to a
20 variety of substances, right?
21             MS. KEARSE:  Object to form.
22       Q.    They're abusing more than one
23 substance, right?
24       A.    So addiction is a disease, and an
25 individual who -- if -- if you -- if you

Page 416

1  of the claims against Walgreens --
2              MS. KEARSE:  Object to form.
3       Q.    -- in the case?
4              MS. KEARSE:  Object to form.
5       A.    That's correct.
6       Q.    Okay.  Were you aware that of all
7  of the retail pharmacy chains that I've
8  mentioned, that none of them is sued in their
9  role as a pharmacy in this litigation?
10      A.    No, I'm not aware of that.
11      Q.    Okay.  So you're not aware that
12 none of those entities is sued for its role in
13 dispensing prescription opioids?
14             MS. KEARSE:  Object to form.
15      A.    I'm not aware of that, yes -- or,
16 no.  No, I'm not aware of that.
17      Q.    Okay.  Do you have any personal
18 knowledge or information about anything that
19 the whole- -- wholesale distributors did wrong
20 with respect to the prescription opioid
21 epidemic in Summit County?
22             MS. KEARSE:  Object to form.
23      A.    In Summit County, no.
24      Q.    Okay.  Over your tenure as
25 executive director of the ADAMHS Board, have