# EXHIBIT S

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF OHIO
 3                   EASTERN DIVISION
 4             ~~~~~~~~~~~~~~~~~~~~~~
 5   IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
     OPIATE LITIGATION
 6                                    Case No.
                                      17-md-2804
 7
                                      Judge Dan Aaron
 8                                    Polster
 9   This document relates to:
10   The County of Cuyahoga v. Purdue Pharma, et
     al., Case No. 17-OP-45004
11
     City of Cleveland, Ohio v. Purdue Pharma L.P.,
12   et al., Case No. 18-OP-45132
13   The County of Summit, Ohio, et al. v. Purdue
     Pharma L.P., et al., Case No. 18-OP-45090
14
               ~~~~~~~~~~~~~~~~~~~~~~
15
16
                 Videotaped Deposition of
17                   HYLTON E. BAKER
18                   December 19, 2018
                        9:08 a.m.
19
20                      Taken at:
21                Sheraton Suites Akron
            1989 Front Street - Portage Room
22                 Cuyahoga Falls, Ohio
23
24
25          Stephen J. DeBacco, RPR
```

1  MR. BREWER: You have Matt Brewer
2  from Walgreens from the firm Bartlit Beck.
3  HYLTON E. BAKER, of lawful age, called
4  for examination as provided by the Federal
5  Rules of Civil Procedure, being by me first
6  duly sworn, as hereinafter certified, deposed
7  and said as follows:
8  EXAMINATION OF HYLTON E. BAKER
9  BY MS. SAULINO:
10  Q. Good morning, Captain Baker.
11  A. Good morning.
12  Q. As you just heard, my name is
13  Jennifer Saulino, and I'm with the law firm of
14  Covington & Burling, and we represent McKesson
15  Corporation, which is one of the defendants in
16  this action.
17  Could you please just state and
18  spell your full name for the record?
19  A. Yes. First name is Hylton,
20  H-y-l-t-o-n; middle initial E.; last name is
21  Baker, B-a-k-e-r.
22  Q. And could you state your address
23  for the record, please?
24  A. It is 3226 Wright, W-r-i-g-h-t,
25  Road Northwest, Uniontown, one word, Ohio

Page 14

```
 1   44685.
 2        Q.   And you are currently retired; is
 3   that correct?
 4        A.   That is correct.
 5        Q.   Do you -- although you are retired
 6   from the sheriff's department, are you working
 7   in any other capacities right now?
 8        A.   Yes, I am.
 9        Q.   What are you doing?
10        A.   I work as a supervisor for Dunbar
11   Brinks.
12        Q.   And what do you do in that
13   capacity?
14        A.   I move money from one place to
15   another.
16        Q.   Okay.  As a supervisor, do you --
17   are you actually in the trucks, or do you sit
18   in an office?
19        A.   Both.
20        Q.   Both?  Okay.  And that's here in
21   Northeastern Ohio?
22        A.   Yes.
23        Q.   And you retired from the sheriff's
24   office in late 2012; is that right?
25        A.   I retired in November of 2012.
```

Page 341

```
 1  has sued Walgreens, Rite Aid, and CVS?
 2       A.   I saw those in the complaint also.
 3       Q.   Do you have any personal knowledge
 4  as to why Summit County has sued Walmart?
 5       A.   Other than what I read in the
 6  complaint, no.
 7       Q.   What about Walgreens, Rite Aid, or
 8  CVS?  Do you have any personal knowledge as to
 9  why Summit County sued those entities?
10       A.   Other than what I saw in the
11  complaint, no.
12       Q.   I take it you can't point to any
13  specific conduct by Walmart relating to
14  prescription opioids that caused any monetary
15  losses to Summit County?
16       A.   During my tenure, I don't have any.
17       Q.   And is the same true for Walgreens,
18  Rite Aid, and CVS?
19       A.   Correct.
20       Q.   Are you familiar with the damages
21  that Summit County is seeking in this case?
22       A.   I know they're seeking damages.  I
23  don't know what they are and what the amounts
24  are.
25       Q.   Have you personally ever tried to
```