# EXHIBIT U

Highly Confidential - Subject to Further Confidentiality Review

```
 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
                         -  -  -
 3     IN RE:  NATIONAL           :  HON. DAN A.
       PRESCRIPTION OPIATE        :  POLSTER
 4     LITIGATION                 :  MDL NO. 2804
                                  :
 5     This document relates to:  :  Case No. 17-MD-2804
                                  :
 6     The County of Summit, Ohio :
       Ohio et al. v. Purdue Pharma :
 7     L.P., et al., Case No.     :
       17-OP-45004                :
 8                                :
       The County of Cuyahoga v.  :
 9     Purdue Pharma Purdue Pharma :
       L.P., et al., Case No.     :
10     18-OP-45090                :
11                   -  -  -
12            Friday, May 10, 2019
13                Volume II
14
                     -  -  -
15    HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
              CONFIDENTIALITY REVIEW
16                   -  -  -
17            Videotaped deposition of
      CRAIG J. MCCANN, Ph.D., CFA, taken pursuant
18    to notice, was held at the law offices of
      Morgan Lewis & Bockius, 1111 Pennsylvania
19    Avenue, NW Washington, DC 20004, beginning
      at 9:08 a.m., on the above date, before
20    Amanda Dee Maslynsky-Miller, a Certified
      Realtime Reporter.
21
                     -  -  -
22
            GOLKOW TECHNOLOGIES, INC.
23       877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com
24
```

```
 1            stenographic record.  The court
 2       reporter is Amanda Miller.
 3            And, Dr. McCann, you're
 4       still under oath.
 5            THE WITNESS:  Thank you.
 6                     -  -  -
 7            CRAIG J. McCANN, Ph.D., CFA,
 8       after having been previously
 9       sworn, was further examined and
10       testified as follows:
11                     -  -  -
12                 EXAMINATION
13                     -  -  -
14   BY MS. SWIFT:
15       Q.   Good morning, Dr. McCann.
16   My name is Kate Swift, and I represent
17   Walgreens in this litigation.
18            I'm going to ask you a few
19   questions this morning, okay?
20       A.   Thank you.  Yes.
21       Q.   You have Exhibit-3, which
22   was marked yesterday in front of you,
23   which is a copy of the three reports
24   you've issued in this litigation,
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   amount of opioids being distributed to
 2   Cuyahoga or Summit counties, would you
 3   consider that to be 1 percent -- I'm
 4   sorry, let me --
 5        A.   Yes.  That was the easiest
 6   question I've had so far.
 7        Q.   It would be.  Let me
 8   rephrase.
 9             If returns constituted about
10   1 percent of the total amount of opioids
11   being distributed into Cuyahoga and
12   Summit counties, would you consider that
13   to be de minimus?
14        A.   In the context of my
15   opinions, yes.
16        Q.   Okay.  I would like you to
17   now look at the four exhibits that I
18   marked.  And I'm going to go through them
19   quickly and ask you yes-or-no questions.
20   And if you could answer yes or no, I
21   would appreciate it, and I'm sure my
22   colleagues would appreciate it who are
23   waiting to get up here and ask questions,
24   too.
```