# EXHIBIT V

Confidential - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : | MDL No. 2804 |
| | : | CASE NO. 17-MD-2804 |
| | : | (DAP) |
| | : | |

EXPERT REPORT OF CRAIG J. MCCANN, PH.D., CFA
March 25, 2019

Confidential - Subject to Protective Order

## I.    Qualifications and Remuneration

### A. Qualifications

1.      I am the President of Securities Litigation and Consulting Group, Inc. ("SLCG"). SLCG was founded in 2000 to apply finance, economics, statistics and mathematics in litigation and consulting. SLCG staff includes professionals with PhDs and advanced degrees in applied mathematics, statistics, finance and economics.

2.      Prior to founding SLCG, I was a Director at LECG, a business unit of Navigant Consulting, Inc. Prior to joining LECG, I was Managing Director, Securities Litigation at KPMG LLP for two years. I was a senior financial economist in the Office of Economic Analysis at the U.S. Securities and Exchange Commission (the "SEC") from 1992 to 1993 and from 1994 to 1995.

3.      I have taught graduate economics and finance courses at the University of South Carolina, Virginia Tech, Georgetown University and at the University of Maryland, College Park.

4.      I have been hired as a consultant and expert witness in investigations by many state and federal agencies including the SEC, the Federal Deposit Insurance Corporation and the U.S. Department of Justice.

5.      My work as a consultant and expert witness over the past 25 years has required me to extract or receive data, process and validate the data and produce varied statistical analyses.

Confidential - Subject to Protective Order

6.     I earned a Ph.D. in Economics from the University of California, at Los Angeles. My graduate studies included extensive coursework in mathematics, statistics and econometrics.

7.     My resume, which includes a list of all publications authored by me within the last 10 years and the cases in which I have testified as an expert at trial or by deposition within the last four years, is attached as Appendix 1.

### B. Remuneration

8.     SLCG is being compensated for its time and expenses. My hourly rate is $475 per hour. Other SLCG personnel working on this matter have billing rates of $100 to $350 per hour.

## II.    Materials Reviewed

9.     In preparing this report, I have considered the following documents:

a.  Automation of Reports and Consolidated Orders System (ARCOS) electronic data, received from the Drug Enforcement Administration (hereafter, "ARCOS Data");

b.  "ARCOS Retail Drug Summary Reports," Drug Enforcement Administration, 2000-2017, (available at www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html);

c.  "National Drug Code Dictionary," Drug Enforcement Administration, November 2018 (current version available at www.deadiversion.usdoj.gov/arcos/ndc/ndcfile.txt);

Confidential - Subject to Protective Order

d.  "NDC Dictionary Instructions," Drug Enforcement
Administration, October 2010 (current version available at
www.deadiversion.usdoj.gov/arcos/ndc/readme.txt);

e.  "NDC/NHRIC Labeler Codes," U.S. Food & Drug Administration,
January 2018 (current version available at
www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeli
ng/ucm191017.htm);

f.  "Opioid Oral Morphine Milligram Equivalent (MME) Conversion
Factors," Centers for Disease Control and Prevention, August 2017
(current version available at
www.cdc.gov/drugoverdose/resources/data.html);

g.  "Full Replacement Monthly NPI File," Centers for Medicare and
Medicaid Services, November 2018 (current version available at
download.cms.gov/nppes/NPI_Files.html);

h.  ARCOS Registrant Handbook, Drug Enforcement Administration,
August 1997 (current version available at
www.deadiversion.usdoj.gov/arcos/handbook/full.pdf);

i.  *Masters Pharmaceutical, Inc. v. Drug Enforcement
Administration*, 861 F.3d 206 (D.C. Cir. 2017);

j.  U.S. Dep't of Justice, DEA, *Chemical Handler's Manual: A Guide
to Chemical Control Regulations* (2004), (WAGMDL00395965);

k.  U.S. Dep't of Justice, DEA, Diversion Investigators Manual
(1990)(CAH_MDL_PRIORPROD_DEA07_01176247);

Confidential - Subject to Protective Order

l.  U.S. Dep't of Justice, DEA, Diversion Investigators Manual (1996) (CAH_MDL2804_02203353);

m. Other documents cited in the text and footnotes below.

## III.  Assignment

10.    I have been asked by Plaintiffs' Counsel to document how I processed, validated and augmented opioid transaction data produced by the Drug Enforcement Administration ("DEA") and from the Defendants.

11.    I have been asked to summarize shipments in the ARCOS Data, especially those shipments into Cuyahoga County and Summit County.

12.    I have also been asked to report the results of applying certain algorithms to the ARCOS Data.

## IV.  Summary of Opinions

13.    Based upon my comparison of the ARCOS Data produced by the DEA and the public ARCOS Retail Drug Summary Reports, I conclude that, after correcting a relatively small number of records, the ARCOS Data produced by the DEA is reliable.

14.    I conclude that the ARCOS Data is reliable because it closely matches the DEA's Retail Drug Summary Reports for January 2006 through December 2014. Retail Drug Summary Reports summarize the weight of drugs in reported transactions with consumers in each of the 50 states and the District of Columbia. Where there were discrepancies between the ARCOS Data produced by the DEA and the Retail Drug Summary Reports, I was able

- 4 -

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



All Defendants 12 Opioid Drug Distribution into Cuyahoga County, OH
1996 - 2018

Data source: ARCOS (2006-2014) and defendant transactional data
12 opioid drugs include: Codeine, Dihydrocodeine, Fentanyl, Hydrocodone, Hydromorphone, Levorphanol, Meperidine, Morphine, Opium, Oxycodone, Oxymorphone, Tapentadol

March 2019

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



All Defendant 12 Opioid Drug Distribution into Summit County, OH
1996 - 2018

Data source: ARCOS (2006-2014) and defendant transactional data

12 opioid drugs include: Codeine, Dihydrocodeine, Fentanyl, Hydrocodone, Hydromorphone, Levorphanol, Meperidine, Morphine, Opium, Oxycodone, Oxymorphone, Tapentadol

March 2019

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Shipments to Pharmacies in Cuyahoga County, OH

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 1 | | REDACTED | | C | 9,439,144 | 106,168 | 148,823,836 |
| 5 | | | | R | 3,220,684 | 65,837 | 101,193,011 |
| 10 | | | | R | 3,177,454 | 56,864 | 93,850,731 |
| 14 | | | | C | 6,877,132 | 71,000 | 93,564,044 |
| 19 | | | | R | 3,921,195 | 57,357 | 86,426,553 |
| 23 | | | | R | 4,498,529 | 34,310 | 83,763,793 |
| 27 | | | | R | 7,483,329 | 51,634 | 83,048,618 |
| 31 | | | | R | 2,261,882 | 39,251 | 74,962,129 |
| 35 | | | | C | 4,645,702 | 43,729 | 71,408,433 |
| 39 | | | | R | 3,530,387 | 31,478 | 69,872,764 |
| 43 | | | | C | 5,333,591 | 48,728 | 69,606,155 |
| 47 | | | | C | 5,401,146 | 50,534 | 67,630,712 |
| 51 | | | | C | 4,834,040 | 43,630 | 65,525,064 |
| 55 | | | | R | 3,260,450 | 25,409 | 64,241,305 |
| 59 | | | | R | 3,669,811 | 26,958 | 56,970,517 |
| 62 | | | | C | 3,970,422 | 39,248 | 56,211,896 |
| 66 | | | | C | 4,757,197 | 38,091 | 52,765,599 |
| 70 | | | | C | 4,927,250 | 39,962 | 47,597,438 |
| 74 | | | | C | 3,819,737 | 37,787 | 47,299,282 |
| 78 | | | | R | 2,811,106 | 31,413 | 46,906,898 |
| 83 | | | | R | 2,322,545 | 32,348 | 45,504,357 |
| 87 | | | | C | 3,302,023 | 30,765 | 45,371,766 |
| 91 | | | | C | 2,640,719 | 29,937 | 45,122,247 |
| 95 | | | | C | 2,616,965 | 30,065 | 44,925,720 |
| 99 | | | | C | 2,995,267 | 33,976 | 44,149,983 |
| 103 | | | | C | 3,474,783 | 32,243 | 42,944,462 |
| 107 | | | | C | 2,539,394 | 33,415 | 42,924,733 |
| 111 | | | | C | 2,868,051 | 31,602 | 40,939,728 |
| 115 | | | | C | 2,696,477 | 25,874 | 39,632,247 |
| 119 | | | | R | 2,754,420 | 25,098 | 37,922,348 |
| 123 | | | | C | 3,572,879 | 27,923 | 37,084,153 |
| 127 | | | | C | 3,011,260 | 31,280 | 36,767,672 |
| 131 | | | | R | 1,923,359 | 25,692 | 35,209,533 |
| 135 | | | | C | 3,181,432 | 27,761 | 35,197,320 |
| 139 | | | | C | 2,276,182 | 23,397 | 35,085,948 |
| 143 | | | | C | 2,941,583 | 23,788 | 32,881,364 |
| 147 | | | | C | 2,462,072 | 28,759 | 32,869,944 |
| 151 | | | | C | 2,237,919 | 23,903 | 31,758,181 |
| 155 | | | | C | 2,053,892 | 24,293 | 31,693,238 |
| 159 | | | | C | 2,400,538 | 21,433 | 31,405,653 |
| 163 | | | | C | 2,252,613 | 18,329 | 30,957,813 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Opioid Shipments to Pharmacies in Cuyahoga County, OH**

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|------|------------|----------|---------|---------|--------------------|--------------|-----------|
| 167 | | REDACTED | | C | 2,562,006 | 19,055 | 30,465,290 |
| 171 | | | | C | 2,441,815 | 26,438 | 30,393,664 |
| 175 | | | | C | 2,806,734 | 26,379 | 29,772,018 |
| 179 | | | | C | 1,877,225 | 21,499 | 29,696,334 |
| 183 | | | | C | 2,862,565 | 23,289 | 28,975,574 |
| 187 | | | | R | 3,325,898 | 27,072 | 28,611,652 |
| 191 | | | | C | 1,615,645 | 19,064 | 27,701,395 |
| 195 | | | | C | 2,302,838 | 19,195 | 27,566,379 |
| 200 | | | | C | 2,361,579 | 18,247 | 27,320,984 |
| 204 | | | | C | 1,818,235 | 21,839 | 26,510,427 |
| 208 | | | | C | 1,897,391 | 21,904 | 26,471,563 |
| 212 | | | | C | 2,238,790 | 19,228 | 26,434,991 |
| 217 | | | | C | 2,946,139 | 21,495 | 24,743,835 |
| 221 | | | | C | 1,880,529 | 20,724 | 24,714,275 |
| 225 | | | | C | 2,327,485 | 21,864 | 24,642,398 |
| 229 | | | | C | 2,359,920 | 18,755 | 24,639,172 |
| 233 | | | | C | 2,203,866 | 18,543 | 24,496,993 |
| 237 | | | | C | 2,683,960 | 19,366 | 24,405,880 |
| 241 | | | | C | 1,810,077 | 16,148 | 23,890,073 |
| 245 | | | | C | 1,651,984 | 16,596 | 23,165,699 |
| 250 | | | | C | 1,869,453 | 17,152 | 23,154,677 |
| 254 | | | | C | 1,896,587 | 17,786 | 23,114,667 |
| 258 | | | | R | 1,814,732 | 15,138 | 23,007,728 |
| 262 | | | | C | 1,816,941 | 17,981 | 22,861,337 |
| 266 | | | | C | 1,708,840 | 15,178 | 22,699,573 |
| 270 | | | | C | 2,370,221 | 16,383 | 22,308,551 |
| 274 | | | | C | 2,140,125 | 17,021 | 21,891,787 |
| 278 | | | | C | 1,979,031 | 15,173 | 21,688,396 |
| 283 | | | | C | 2,152,243 | 15,785 | 21,436,092 |
| 287 | | | | C | 2,224,620 | 15,930 | 21,224,530 |
| 291 | | | | C | 1,682,112 | 14,094 | 20,741,802 |
| 295 | | | | C | 1,784,549 | 14,037 | 20,113,016 |
| 299 | | | | C | 1,569,128 | 15,226 | 19,915,771 |
| 303 | | | | C | 1,430,309 | 13,081 | 19,551,807 |
| 307 | | | | C | 1,467,465 | 14,769 | 19,267,103 |
| 311 | | | | R | 1,066,015 | 12,455 | 19,016,178 |
| 317 | | | | R | 1,072,284 | 12,511 | 18,928,349 |
| 321 | | | | R | 1,863,192 | 14,422 | 18,796,726 |
| 325 | | | | C | 1,017,088 | 12,870 | 18,572,641 |
| 329 | | | | R | 2,315,435 | 15,915 | 18,523,489 |
| 333 | | | | R | 988,031 | 7,971 | 18,385,962 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Shipments to Pharmacies in Cuyahoga County, OH
### 2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 336 | | REDACTED | | C | 1,873,946 | 14,222 | 18,380,452 |
| 340 | | | | C | 2,323,434 | 16,631 | 18,329,219 |
| 344 | | | | C | 1,540,257 | 13,398 | 18,171,051 |
| 349 | | | | C | 1,193,880 | 15,006 | 17,705,207 |
| 353 | | | | C | 2,116,190 | 13,253 | 17,639,788 |
| 358 | | | | C | 1,218,536 | 12,488 | 17,565,644 |
| 362 | | | | R | 2,038,079 | 10,950 | 17,414,617 |
| 366 | | | | C | 1,934,429 | 17,320 | 17,364,216 |
| 370 | | | | R | 5,231,200 | 29,598 | 17,230,798 |
| 374 | | | | C | 1,145,269 | 13,304 | 17,146,892 |
| 378 | | | | R | 1,192,208 | 12,682 | 17,017,182 |
| 381 | | | | C | 1,296,555 | 12,839 | 17,015,488 |
| 385 | | | | C | 1,354,176 | 11,486 | 16,956,850 |
| 389 | | | | C | 1,485,581 | 13,262 | 16,914,173 |
| 393 | | | | C | 1,355,320 | 13,196 | 16,895,818 |
| 398 | | | | C | 1,371,274 | 12,185 | 16,655,889 |
| 402 | | | | C | 2,096,452 | 13,875 | 16,622,426 |
| 406 | | | | C | 1,497,255 | 13,505 | 16,567,806 |
| 410 | | | | C | 1,624,436 | 14,008 | 16,392,167 |
| 414 | | | | C | 1,567,604 | 12,169 | 16,142,475 |
| 418 | | | | C | 1,490,824 | 13,874 | 16,043,206 |
| 422 | | | | C | 966,725 | 8,126 | 15,941,209 |
| 426 | | | | C | 1,737,196 | 12,133 | 15,715,369 |
| 431 | | | | C | 1,706,486 | 12,409 | 15,627,921 |
| 435 | | | | C | 1,943,420 | 12,082 | 15,465,374 |
| 439 | | | | C | 1,507,285 | 11,753 | 15,072,783 |
| 443 | | | | C | 1,148,561 | 11,481 | 14,922,386 |
| 447 | | | | C | 779,881 | 9,469 | 14,728,696 |
| 451 | | | | C | 1,179,185 | 10,184 | 14,625,821 |
| 455 | | | | C | 1,417,629 | 9,763 | 14,235,459 |
| 459 | | | | C | 915,650 | 10,279 | 14,216,650 |
| 463 | | | | R | 1,447,141 | 9,816 | 14,136,167 |
| 467 | | | | C | 669,656 | 9,176 | 13,919,743 |
| 471 | | | | C | 1,526,124 | 12,430 | 13,880,574 |
| 475 | | | | C | 1,580,883 | 11,608 | 13,756,136 |
| 479 | | | | C | 2,154,361 | 12,485 | 13,490,174 |
| 484 | | | | R | NA | 3,136 | 13,160,692 |
| 488 | | | | C | 1,669,112 | 11,814 | 13,097,373 |
| 493 | | | | C | 1,617,259 | 10,652 | 13,062,558 |
| 497 | | | | R | 537,814 | 8,626 | 12,952,981 |
| 500 | | | | C | 1,318,607 | 8,369 | 12,241,574 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Shipments to Pharmacies in Cuyahoga County, OH

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 504 | | REDACTED | | C | 1,242,622 | 9,348 | 12,031,706 |
| 508 | | | | C | 1,315,519 | 10,326 | 12,000,850 |
| 512 | | | | C | 1,211,011 | 8,935 | 11,804,400 |
| 516 | | | | C | 1,614,850 | 9,320 | 11,784,154 |
| 520 | | | | C | 1,213,286 | 7,938 | 11,587,357 |
| 524 | | | | C | 811,756 | 8,326 | 11,519,504 |
| 528 | | | | C | 1,157,234 | 8,398 | 11,492,658 |
| 532 | | | | C | 779,298 | 7,077 | 11,422,622 |
| 536 | | | | C | 1,052,446 | 8,429 | 11,361,575 |
| 540 | | | | C | 1,248,957 | 11,884 | 11,250,310 |
| 544 | | | | C | 1,154,114 | 7,332 | 11,098,397 |
| 548 | | | | C | 974,001 | 8,464 | 10,942,670 |
| 552 | | | | C | 1,504,925 | 9,829 | 10,897,993 |
| 557 | | | | R | 1,619,460 | 12,842 | 10,868,799 |
| 561 | | | | C | 1,129,379 | 9,603 | 10,799,500 |
| 565 | | | | C | 1,253,262 | 9,218 | 10,663,451 |
| 569 | | | | C | 1,499,345 | 9,569 | 10,448,873 |
| 573 | | | | C | 1,408,807 | 8,310 | 10,350,995 |
| 578 | | | | C | 931,770 | 7,323 | 10,342,546 |
| 582 | | | | C | 1,264,885 | 7,675 | 10,266,143 |
| 586 | | | | C | 1,028,748 | 7,993 | 10,231,045 |
| 590 | | | | C | 1,277,153 | 7,585 | 10,155,075 |
| 594 | | | | R | 821,622 | 7,474 | 9,898,659 |
| 598 | | | | C | 1,249,685 | 11,577 | 9,863,848 |
| 602 | | | | C | 988,737 | 7,488 | 9,772,131 |
| 606 | | | | C | 1,586,823 | 9,265 | 9,755,273 |
| 610 | | | | C | 1,048,460 | 7,940 | 9,712,372 |
| 614 | | | | C | 1,027,710 | 7,107 | 9,675,363 |
| 618 | | | | C | 936,491 | 7,982 | 9,540,768 |
| 622 | | | | C | 1,231,212 | 7,900 | 9,446,578 |
| 626 | | | | C | 815,799 | 8,700 | 9,295,421 |
| 630 | | | | C | 576,760 | 6,354 | 9,275,074 |
| 634 | | | | C | 853,105 | 7,449 | 9,220,046 |
| 638 | | | | C | 582,975 | 7,518 | 9,014,469 |
| 642 | | | | C | 646,682 | 5,957 | 8,977,574 |
| 646 | | | | C | 708,905 | 6,706 | 8,919,422 |
| 650 | | | | R | 1,018,645 | 8,741 | 8,918,277 |
| 653 | | | | C | 1,202,562 | 8,065 | 8,906,602 |
| 658 | | | | R | 442,880 | 3,950 | 8,873,685 |
| 663 | | | | C | 621,229 | 6,228 | 8,801,616 |
| 667 | | | | C | 1,276,954 | 7,723 | 8,783,455 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Opioid Shipments to Pharmacies in Cuyahoga County, OH**

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|------|------------|----------|---------|---------|--------------------|--------------|-----------|
| 671 | | REDACTED | | C | 682,484 | 6,069 | 8,700,739 |
| 675 | | | | C | 1,322,335 | 7,677 | 8,673,161 |
| 679 | | | | C | 849,436 | 6,517 | 8,630,256 |
| 683 | | | | C | 1,286,548 | 8,006 | 8,609,694 |
| 687 | | | | C | 717,324 | 6,438 | 8,600,221 |
| 691 | | | | C | 1,140,454 | 9,386 | 8,598,276 |
| 695 | | | | C | 826,950 | 6,029 | 8,416,013 |
| 700 | | | | R | 992,000 | 6,273 | 8,338,599 |
| 704 | | | | C | 997,755 | 6,947 | 8,260,619 |
| 707 | | | | C | 1,030,087 | 6,727 | 8,162,759 |
| 711 | | | | R | 485,110 | 3,754 | 8,158,122 |
| 714 | | | | R | 992,820 | 7,123 | 8,004,521 |
| 719 | | | | C | 1,253,911 | 6,987 | 7,991,172 |
| 724 | | | | C | 1,092,265 | 7,247 | 7,870,252 |
| 728 | | | | C | 1,016,800 | 5,654 | 7,771,489 |
| 732 | | | | C | 856,751 | 5,886 | 7,534,316 |
| 736 | | | | C | 679,324 | 4,879 | 7,415,245 |
| 740 | | | | C | 1,283,470 | 7,987 | 7,369,841 |
| 744 | | | | C | 705,728 | 6,050 | 7,006,190 |
| 749 | | | | C | 1,024,058 | 6,085 | 6,927,941 |
| 753 | | | | C | 750,212 | 4,926 | 6,887,285 |
| 757 | | | | C | 867,492 | 7,662 | 6,874,627 |
| 761 | | | | C | 972,099 | 6,784 | 6,836,261 |
| 765 | | | | C | 861,930 | 7,723 | 6,836,246 |
| 769 | | | | C | NA | 2,324 | 6,832,990 |
| 773 | | | | C | 720,584 | 5,600 | 6,773,977 |
| 777 | | | | C | 678,725 | 5,569 | 6,749,485 |
| 781 | | | | C | 875,600 | 5,424 | 6,748,841 |
| 785 | | | | C | 735,995 | 4,583 | 6,670,505 |
| 788 | | | | R | 408,661 | 2,982 | 6,605,979 |
| 792 | | | | R | 685,725 | 5,521 | 6,551,523 |
| 796 | | | | C | 1,010,792 | 6,497 | 6,392,405 |
| 800 | | | | R | 241,910 | 3,881 | 6,364,023 |
| 803 | | | | C | 940,259 | 6,291 | 6,238,185 |
| 807 | | | | R | 426,557 | 3,074 | 6,103,544 |
| 810 | | | | C | 645,140 | 5,132 | 5,777,885 |
| 813 | | | | C | 745,305 | 5,808 | 5,715,419 |
| 817 | | | | C | 934,940 | 6,021 | 5,691,279 |
| 821 | | | | C | NA | 1,761 | 5,641,101 |
| 825 | | | | C | 755,077 | 4,820 | 5,594,733 |
| 829 | | | | C | 838,090 | 5,900 | 5,449,189 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Shipments to Pharmacies in Cuyahoga County, OH
### 2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 833 | | | REDACTED | R | 523,412 | 3,684 | 5,308,817 |
| 837 | | | | R | 449,715 | 3,488 | 5,295,780 |
| 840 | | | | C | 545,528 | 4,472 | 5,237,003 |
| 844 | | | | C | 789,010 | 6,723 | 5,104,795 |
| 848 | | | | C | 876,435 | 6,977 | 5,086,826 |
| 852 | | | | C | 302,455 | 3,658 | 4,934,798 |
| 855 | | | | C | 616,021 | 4,459 | 4,866,887 |
| 859 | | | | R | 472,725 | 4,313 | 4,810,927 |
| 863 | | | | C | 667,515 | 4,665 | 4,515,692 |
| 867 | | | | R | 373,939 | 3,253 | 4,409,243 |
| 871 | | | | C | 577,035 | 5,141 | 4,279,008 |
| 875 | | | | R | 429,979 | 3,883 | 4,221,084 |
| 879 | | | | C | 495,159 | 4,176 | 4,197,738 |
| 883 | | | | C | 603,045 | 4,544 | 4,180,890 |
| 887 | | | | C | 507,913 | 3,427 | 4,097,429 |
| 891 | | | | R | 275,099 | 1,971 | 4,090,269 |
| 894 | | | | C | 581,880 | 3,805 | 4,036,697 |
| 898 | | | | C | 447,132 | 2,981 | 4,015,098 |
| 902 | | | | C | 486,819 | 3,443 | 3,983,867 |
| 906 | | | | C | 303,202 | 1,844 | 3,876,844 |
| 910 | | | | C | 554,895 | 4,290 | 3,869,772 |
| 913 | | | | C | 232,305 | 2,936 | 3,806,612 |
| 916 | | | | C | 665,552 | 4,777 | 3,774,661 |
| 920 | | | | C | 483,215 | 3,697 | 3,745,299 |
| 924 | | | | C | 329,440 | 3,182 | 3,716,131 |
| 928 | | | | C | 518,720 | 3,564 | 3,684,627 |
| 932 | | | | C | 284,045 | 2,285 | 3,620,252 |
| 936 | | | | C | 371,870 | 2,851 | 3,595,258 |
| 940 | | | | C | 524,975 | 4,034 | 3,562,619 |
| 944 | | | | C | 614,600 | 4,125 | 3,559,809 |
| 948 | | | | C | 512,450 | 3,638 | 3,553,206 |
| 951 | | | | C | 437,922 | 2,780 | 3,530,900 |
| 954 | | | | C | 306,536 | 2,770 | 3,344,153 |
| 958 | | | | C | 519,287 | 3,169 | 3,318,573 |
| 962 | | | | C | 260,006 | 2,731 | 3,283,779 |
| 965 | | | | C | 271,872 | 1,992 | 3,277,341 |
| 969 | | | | C | 377,669 | 2,789 | 3,277,339 |
| 973 | | | | C | 565,530 | 3,324 | 3,222,703 |
| 977 | | | | C | 395,565 | 2,719 | 3,113,852 |
| 981 | | | | R | 283,345 | 2,766 | 2,949,120 |
| 984 | | | | C | 323,380 | 3,250 | 2,777,879 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Shipments to Pharmacies in Cuyahoga County, OH

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|------|-----------|----------|---------|---------|-------------------|--------------|-----------|
| 988 | | REDACTED | | C | 290,345 | 1,949 | 2,776,294 |
| 991 | | | | C | 383,872 | 2,317 | 2,739,635 |
| 994 | | | | R | 203,540 | 1,485 | 2,442,930 |
| 997 | | | | C | 321,905 | 2,048 | 2,216,521 |
| 1001 | | | | C | 317,820 | 2,045 | 2,095,625 |
| 1005 | | | | R | 228,972 | 2,215 | 1,942,805 |
| 1009 | | | | R | 229,345 | 1,573 | 1,792,303 |
| 1012 | | | | R | 122,875 | 1,428 | 1,634,440 |
| 1015 | | | | C | 269,550 | 1,432 | 1,584,104 |
| 1018 | | | | C | 124,515 | 1,213 | 1,477,662 |
| 1021 | | | | R | 110,420 | 1,721 | 1,433,743 |
| 1025 | | | | C | 197,610 | 1,463 | 1,429,028 |
| 1028 | | | | C | 157,735 | 1,295 | 1,410,470 |
| 1031 | | | | R | 164,190 | 1,227 | 1,378,320 |
| 1034 | | | | R | 221,120 | 2,096 | 1,109,784 |
| 1038 | | | | R | 84,930 | 741 | 1,077,949 |
| 1041 | | | | R | 49,066 | 728 | 908,894 |
| 1044 | | | | C | 112,215 | 1,217 | 907,080 |
| 1047 | | | | C | 121,300 | 741 | 889,519 |
| 1050 | | | | C | 49,300 | 603 | 858,816 |
| 1053 | | | | C | 61,397 | 477 | 839,649 |
| 1056 | | | | C | 75,820 | 876 | 802,936 |
| 1059 | | | | R | 100 | 287 | 761,047 |
| 1063 | | | | R | 132,100 | 954 | 738,985 |
| 1066 | | | | R | 90,550 | 1,124 | 723,249 |
| 1069 | | | | R | 89,860 | 564 | 710,781 |
| 1072 | | | | C | 85,447 | 614 | 682,067 |
| 1075 | | | | R | 96,800 | 771 | 657,693 |
| 1078 | | | | C | 38,260 | 416 | 580,238 |
| 1081 | | | | C | 49,755 | 548 | 579,038 |
| 1084 | | | | R | 40,700 | 344 | 566,202 |
| 1087 | | | | R | 54,675 | 709 | 539,208 |
| 1090 | | | | C | 51,285 | 603 | 470,048 |
| 1093 | | | | C | 65,880 | 409 | 423,083 |
| 1096 | | | | C | 28,800 | 306 | 418,770 |
| 1099 | | | | R | 34,290 | 349 | 401,794 |
| 1102 | | | | C | 43,855 | 532 | 401,760 |
| 1105 | | | | C | 78,020 | 943 | 376,315 |
| 1108 | | | | C | 28,985 | 433 | 371,682 |
| 1111 | | | | C | 27,442 | 271 | 368,712 |
| 1114 | | | | R | 69,505 | 1,108 | 283,001 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

**Opioid Shipments to Pharmacies in Cuyahoga County, OH**

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|------|-----------|----------|---------|------|------|------|------|
| 1118 | | REDACTED | | C | 31,400 | 253 | 272,249 |
| 1121 | | | | C | 9,020 | 63 | 240,926 |
| 1124 | | | | R | 28,140 | 210 | 240,137 |
| 1127 | | | | C | 20,770 | 158 | 209,382 |
| 1130 | | | | R | 16,380 | 187 | 207,927 |
| 1133 | | | | C | 34,620 | 491 | 187,500 |
| 1136 | | | | C | 15,725 | 165 | 178,848 |
| 1139 | | | | C | 27,120 | 292 | 174,876 |
| 1142 | | | | C | 19,370 | 243 | 174,444 |
| 1145 | | | | C | 10,790 | 84 | 167,694 |
| 1148 | | | | R | 8,955 | 64 | 167,575 |
| 1151 | | | | C | 21,795 | 156 | 149,704 |
| 1154 | | | | C | 21,550 | 159 | 143,798 |
| 1157 | | | | R | 7,740 | 124 | 141,772 |
| 1160 | | | | R | 12,530 | 83 | 139,504 |
| 1163 | | | | C | 10,825 | 89 | 137,149 |
| 1166 | | | | C | 8,410 | 138 | 120,228 |
| 1169 | | | | C | 17,800 | 176 | 119,794 |
| 1172 | | | | R | 5,525 | 69 | 117,052 |
| 1175 | | | | C | 7,800 | 95 | 104,879 |
| 1178 | | | | R | NA | 82 | 104,298 |
| 1181 | | | | C | 12,340 | 129 | 76,102 |
| 1184 | | | | C | 8,835 | 76 | 68,310 |
| 1187 | | | | C | 9,715 | 107 | 64,309 |
| 1190 | | | | R | 7,715 | 43 | 62,300 |
| 1193 | | | | R | 12,990 | 84 | 52,125 |
| 1196 | | | | R | 7,440 | 70 | 49,434 |
| 1199 | | | | C | 7,400 | 57 | 45,222 |
| 1202 | | | | R | 10,100 | 108 | 39,618 |
| 1206 | | | | R | 5,910 | 38 | 32,264 |
| 1209 | | | | R | 1,380 | 18 | 24,671 |
| 1212 | | | | R | 1,510 | 13 | 22,649 |
| 1215 | | | | R | 1,012 | 22 | 19,619 |
| 1218 | | | | R | 2,618 | 18 | 15,812 |
| 1221 | | | | R | 2,500 | 10 | 11,737 |
| 1224 | | | | R | 1,600 | 10 | 10,101 |
| 1227 | | | | R | 1,100 | 8 | 4,598 |
| 1230 | | | | R | 900 | 4 | 3,632 |
| 1233 | | | | R | 600 | 9 | 3,179 |
| 1236 | | | | R | 500 | 7 | 2,476 |
| 1239 | | | | R | 300 | 3 | 1,676 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

### Opioid Shipments to Pharmacies in Cuyahoga County, OH

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|------|------------|----------|---------|---------|--------------------|--------------|-----------|

Note

1  "R" denotes "Retail Pharmacy", and "C" denotes "Chain Pharmacy"

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Shipments to Pharmacies in Summit County, OH

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|---|---|---|---|---|---|---|---|
| 1 | | REDACTED | | R | 8,443,233 | 121,592 | 229,791,622 |
| 4 | | | | R | 7,253,003 | 107,198 | 208,411,897 |
| 7 | | | | R | 5,903,449 | 97,100 | 174,737,230 |
| 11 | | | | R | 5,173,203 | 74,287 | 128,815,387 |
| 14 | | | | C | 6,031,901 | 68,594 | 108,394,947 |
| 19 | | | | R | 5,958,246 | 59,042 | 87,404,636 |
| 23 | | | | R | 3,734,333 | 43,742 | 86,229,782 |
| 27 | | | | C | 7,437,315 | 57,147 | 82,079,399 |
| 31 | | | | C | 6,931,522 | 46,701 | 69,545,895 |
| 36 | | | | C | 5,038,035 | 43,024 | 65,972,776 |
| 40 | | | | C | 4,836,422 | 42,701 | 62,202,915 |
| 44 | | | | C | 4,602,677 | 39,392 | 61,888,598 |
| 48 | | | | R | 4,298,764 | 38,371 | 59,245,746 |
| 52 | | | | C | 5,221,638 | 37,773 | 54,705,405 |
| 57 | | | | C | 3,363,407 | 32,769 | 51,811,510 |
| 62 | | | | C | 3,993,229 | 35,294 | 49,264,106 |
| 66 | | | | C | 4,740,572 | 34,607 | 47,818,706 |
| 70 | | | | R | 2,369,636 | 29,669 | 46,520,276 |
| 74 | | | | R | 2,781,075 | 29,922 | 46,141,849 |
| 78 | | | | R | 2,927,586 | 24,813 | 42,910,897 |
| 82 | | | | C | 3,106,770 | 27,727 | 41,765,424 |
| 87 | | | | C | 3,229,381 | 24,627 | 41,295,290 |
| 91 | | | | C | 3,448,212 | 27,729 | 41,263,834 |
| 95 | | | | C | 4,083,262 | 30,200 | 40,392,593 |
| 99 | | | | C | 3,793,949 | 26,953 | 38,066,603 |
| 103 | | | | C | 3,793,240 | 27,388 | 37,426,446 |
| 107 | | | | C | 3,267,322 | 25,733 | 36,804,795 |
| 111 | | | | C | 4,074,691 | 27,747 | 36,700,349 |
| 116 | | | | C | 2,267,241 | 22,984 | 36,442,243 |
| 119 | | | | R | 2,732,900 | 19,432 | 36,305,435 |
| 123 | | | | C | 2,496,517 | 24,310 | 35,309,849 |
| 127 | | | | R | 3,313,101 | 25,542 | 34,837,474 |
| 131 | | | | C | 2,691,340 | 21,720 | 33,251,693 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Shipments to Pharmacies in Summit County, OH

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|------|------------|----------|---------|---------|--------------------|--------------|-----------|
| 135 | | REDACTED | | C | 2,436,735 | 23,362 | 33,237,638 |
| 139 | | | | C | 2,376,951 | 22,693 | 32,936,027 |
| 143 | | | | C | 2,230,484 | 18,627 | 31,779,620 |
| 147 | | | | C | 2,087,832 | 23,233 | 31,278,077 |
| 151 | | | | R | 1,576,718 | 20,834 | 30,957,103 |
| 155 | | | | C | 1,980,665 | 17,790 | 30,883,083 |
| 160 | | | | C | 2,690,597 | 21,758 | 30,755,735 |
| 164 | | | | R | 1,413,330 | 15,926 | 29,991,105 |
| 168 | | | | C | 3,283,756 | 21,981 | 29,400,879 |
| 172 | | | | C | 2,013,302 | 19,296 | 29,355,258 |
| 177 | | | | R | 1,265,557 | 19,023 | 29,143,635 |
| 184 | | | | R | 1,741,195 | 18,273 | 28,778,562 |
| 188 | | | | R | 796,373 | 17,152 | 27,838,498 |
| 191 | | | | C | 2,184,150 | 18,869 | 27,713,925 |
| 196 | | | | C | 2,184,896 | 19,108 | 27,268,155 |
| 200 | | | | C | 2,933,284 | 19,021 | 26,210,309 |
| 205 | | | | C | 2,751,111 | 20,057 | 26,165,880 |
| 209 | | | | R | 1,768,797 | 15,691 | 25,782,756 |
| 213 | | | | C | 1,818,288 | 15,823 | 25,695,036 |
| 217 | | | | C | 1,769,270 | 16,847 | 24,988,429 |
| 221 | | | | C | 2,526,197 | 17,243 | 24,440,590 |
| 226 | | | | R | 2,057,054 | 16,134 | 24,084,358 |
| 230 | | | | C | 1,957,126 | 15,358 | 23,814,674 |
| 234 | | | | R | 1,197,345 | 9,567 | 23,599,717 |
| 238 | | | | C | 2,369,047 | 16,577 | 23,541,311 |
| 243 | | | | R | 2,165,663 | 16,650 | 21,917,129 |
| 247 | | | | C | 1,651,208 | 13,460 | 21,882,714 |
| 251 | | | | C | 1,926,906 | 14,999 | 21,872,465 |
| 255 | | | | C | 1,334,130 | 12,845 | 19,867,041 |
| 259 | | | | C | 1,892,800 | 15,107 | 18,881,742 |
| 263 | | | | C | 1,551,279 | 12,753 | 18,308,901 |
| 267 | | | | C | 2,437,077 | 14,449 | 17,968,008 |
| 271 | | | | R | 1,318,341 | 11,195 | 17,775,688 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

# Opioid Shipments to Pharmacies in Summit County, OH

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|------|-----------|----------|---------|---------|--------------------|--------------|-----------|
| 275 | | REDACTED | | R | 1,234,452 | 10,117 | 16,918,648 |
| 279 | | | | C | 1,974,590 | 12,852 | 16,685,669 |
| 283 | | | | C | 1,934,569 | 12,469 | 16,505,331 |
| 287 | | | | R | 1,327,595 | 10,461 | 15,707,417 |
| 291 | | | | C | 2,095,015 | 12,618 | 15,666,883 |
| 295 | | | | R | 819,059 | 8,865 | 15,554,813 |
| 299 | | | | C | 1,161,026 | 9,103 | 15,397,299 |
| 303 | | | | C | 1,466,825 | 10,917 | 15,126,138 |
| 308 | | | | C | 1,308,885 | 8,907 | 14,070,097 |
| 312 | | | | R | 1,096,191 | 8,302 | 13,827,561 |
| 316 | | | | C | 1,674,530 | 10,348 | 13,288,290 |
| 320 | | | | C | 1,148,016 | 8,803 | 13,239,248 |
| 323 | | | | C | 1,157,684 | 10,688 | 12,592,610 |
| 327 | | | | R | 518,921 | 7,673 | 11,855,220 |
| 330 | | | | R | 845,177 | 7,742 | 11,724,148 |
| 334 | | | | C | 1,152,540 | 8,825 | 11,246,993 |
| 338 | | | | R | 736,906 | 5,515 | 11,063,499 |
| 342 | | | | C | 1,116,287 | 7,178 | 9,985,670 |
| 346 | | | | C | 1,651,751 | 8,510 | 9,805,197 |
| 350 | | | | C | 990,387 | 7,549 | 9,734,273 |
| 354 | | | | R | 562,685 | 4,245 | 9,664,475 |
| 358 | | | | R | 836,810 | 5,947 | 9,594,564 |
| 362 | | | | R | 877,840 | 5,407 | 9,190,293 |
| 366 | | | | R | 1,067,750 | 8,421 | 9,042,570 |
| 370 | | | | R | NA | 2,323 | 8,855,288 |
| 374 | | | | C | 1,120,096 | 6,839 | 8,226,521 |
| 378 | | | | C | 1,117,495 | 6,174 | 8,140,965 |
| 382 | | | | C | 1,054,203 | 6,556 | 7,852,960 |
| 386 | | | | C | 679,150 | 5,208 | 7,645,471 |
| 389 | | | | C | 611,545 | 5,596 | 7,202,684 |
| 392 | | | | C | 749,352 | 5,457 | 7,168,569 |
| 396 | | | | C | 562,208 | 4,332 | 6,520,192 |
| 400 | | | | C | 599,405 | 4,238 | 6,499,346 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Shipments to Pharmacies in Summit County, OH

2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|------|------------|----------|---------|---------|--------------------|--------------|-----------|
| 404 | | REDACTED | | C | 732,860 | 5,287 | 6,465,281 |
| 408 | | | | R | 715,080 | 4,088 | 6,326,803 |
| 412 | | | | C | 886,475 | 5,181 | 6,313,363 |
| 416 | | | | C | 739,895 | 4,536 | 6,272,609 |
| 420 | | | | C | 749,565 | 4,629 | 5,336,743 |
| 424 | | | | R | 187,255 | 2,639 | 5,181,977 |
| 427 | | | | R | 494,700 | 3,719 | 4,913,541 |
| 431 | | | | C | 295,424 | 2,480 | 4,819,412 |
| 434 | | | | C | 325,952 | 2,715 | 4,723,533 |
| 438 | | | | R | 283,946 | 2,619 | 4,014,458 |
| 441 | | | | C | 467,693 | 2,462 | 3,675,655 |
| 446 | | | | C | 528,462 | 3,354 | 3,421,834 |
| 450 | | | | C | 330,755 | 2,718 | 3,046,121 |
| 454 | | | | R | 339,230 | 2,620 | 2,874,119 |
| 457 | | | | R | 67,320 | 1,870 | 2,869,321 |
| 461 | | | | C | 215,930 | 1,780 | 2,817,303 |
| 465 | | | | C | 325,755 | 2,179 | 2,349,111 |
| 469 | | | | R | 175,210 | 1,488 | 2,162,236 |
| 472 | | | | C | 308,975 | 1,756 | 1,925,489 |
| 477 | | | | C | 276,335 | 1,640 | 1,434,545 |
| 480 | | | | R | NA | 946 | 1,427,207 |
| 483 | | | | C | 183,459 | 1,091 | 1,335,771 |
| 487 | | | | C | 75,815 | 458 | 1,175,799 |
| 491 | | | | C | 116,620 | 803 | 1,006,798 |
| 494 | | | | C | 61,820 | 509 | 876,246 |
| 497 | | | | R | 36,845 | 258 | 825,287 |
| 500 | | | | C | 42,370 | 471 | 689,206 |
| 503 | | | | C | 85,390 | 562 | 655,663 |
| 507 | | | | R | 22,885 | 357 | 560,164 |
| 510 | | | | C | 33,510 | 378 | 504,156 |
| 513 | | | | R | 67,645 | 526 | 465,785 |
| 516 | | | | C | 30,780 | 239 | 455,845 |
| 519 | | | | R | NA | 266 | 423,837 |

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Shipments to Pharmacies in Summit County, OH

### 2006 - 2014

| Page | DEA Number | Pharmacy | Address | Type[1] | Total Dosage Units | Weight in mg | Total MME |
|------|-----------|----------|---------|---------|--------------------|--------------|-----------|
| 522 | | REDACTED | | R | 35,310 | 177 | 185,506 |
| 525 | | | | R | 43,600 | 184 | 173,696 |
| 528 | | | | C | 18,600 | 110 | 109,598 |
| 531 | | | | C | 15,200 | 83 | 74,327 |
| 534 | | | | R | 18,010 | 103 | 64,447 |
| 538 | | | | R | NA | 16 | 28,242 |
| 541 | | | | R | 4,010 | 19 | 27,462 |
| 544 | | | | R | 720 | 8 | 23,857 |
| 547 | | | | R | NA | 7 | 6,787 |
| 550 | | | | R | NA | 2 | 4,449 |

Note

1. "R" denotes "Retail Pharmacy", and "C" denotes "Chain Pharmacy".

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

## Opioid Total MME by Company in Cuyahoga County, OH

| | County Population | 1,312,816 | 1,301,540 | 1,291,479 | 1,285,082 | 1,278,200 | 1,270,461 | 1,266,210 | 1,264,622 | 1,262,459 |
| | Total MME | 514,672,000 | 567,224,195 | 595,633,999 | 664,429,159 | 700,133,566 | 715,923,558 | 663,462,852 | 622,682,981 | 579,123,262 |
| Company Name | Market Share | MME | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cardinal Health | 31.52% | 1,772,506,417 | 211,558,384 | 226,171,859 | 231,753,919 | 252,864,538 | 203,528,654 | 192,162,304 | 166,465,391 | REDACTED | |
| AmerisourceBergen Drug | 25.73% | 1,446,867,175 | 74,341,574 | 89,417,108 | 93,430,832 | 112,487,542 | 183,416,748 | 195,494,791 | 182,084,787 | | |
| Walgreen Co | 16.01% | 900,461,722 | 102,739,278 | 113,357,810 | 124,504,422 | 127,680,333 | 137,345,884 | 138,289,923 | 120,879,178 | | |
| McKesson Corporation | 15.27% | 858,579,288 | 73,359,398 | 82,283,818 | 88,902,749 | 96,054,683 | 97,001,677 | 109,572,526 | 106,064,746 | | |
| CVS | 3.08% | 173,363,979 | 15,250,631 | 18,711,487 | 19,561,480 | 20,950,439 | 20,865,975 | 22,003,043 | 21,976,135 | | |
| Wal-Mart | 1.28% | 71,789,966 | 5,679,486 | 6,629,013 | 7,694,051 | 9,375,676 | 9,376,092 | 9,054,796 | 8,616,136 | | |
| H. D. Smith | 1.18% | 66,166,989 | 89,745 | 117,604 | 243,688 | 4,871,771 | 14,211,080 | 9,852,110 | 14,279,640 | | |
| Prescription Supply Inc | 1.04% | 58,441,306 | 13,734,295 | 11,283,779 | 10,684,735 | 11,633,735 | 1,510,935 | 2,535,165 | 2,751,589 | | |
| Anda, Inc | 0.89% | 50,178,701 | 1,746,390 | 1,562,323 | 2,505,022 | 2,933,492 | 1,145,317 | 2,429,220 | 3,700,976 | | |
| Discount Drug Mart | 0.83% | 46,893,714 | 4,264,887 | 4,919,559 | 4,964,080 | 5,606,245 | 5,607,325 | 5,580,369 | 5,472,090 | | |
| Rite Aid | 0.75% | 42,375,835 | 6,876,206 | 8,220,480 | 7,830,624 | 5,406,939 | 4,953,934 | 2,931,133 | 2,442,396 | | |
| HBC Service Company | 0.75% | 42,100,926 | 0 | 0 | 0 | 1,333,997 | 8,305,011 | 9,733,591 | 9,062,796 | | |
| Eckerd Corporation | 0.37% | 20,985,763 | 0 | 0 | 0 | 2,196,444 | 2,757,281 | 4,621,879 | 4,601,969 | | |
| KeySource Medical | 0.25% | 14,107,055 | 26,018 | 500,462 | 112,977 | 6,366,092 | 4,988,634 | 2,112,872 | 0 | | |
| West-Ward Pharmaceutical Corp. | 0.22% | 12,310,225 | 0 | 0 | 0 | 0 | 0 | 3,145,250 | 8,200,802 | | |
| Fagron Inc | 0.17% | 9,780,294 | 926,196 | 1,861,160 | 1,840,476 | 2,120,858 | 1,713,233 | 699,334 | 291,484 | | |
| Hospira Worldwide LLC | 0.12% | 6,591,230 | 0 | 0 | 40,304 | 187,257 | 574,736 | 1,496,509 | 3,494,472 | | |
| The Harvard Drug Group | 0.06% | 3,528,616 | 449,104 | 515,470 | 463,131 | 514,809 | 69,157 | 1,424,120 | 65,233 | | |
| River City Pharma | 0.05% | 2,919,369 | 3,315 | 0 | 9,512 | 465,789 | 552,747 | 1,346,558 | 487,484 | | |
| Henry Schein Inc | 0.04% | 2,093,698 | 159,333 | 144,199 | 135,264 | 107,329 | 144,866 | 279,383 | 335,320 | | |
| Akorn, Inc. | 0.04% | 2,038,285 | 0 | 0 | 0 | 0 | 0 | 0 | 294,910 | | |
| Smith Drug Company | 0.03% | 1,487,869 | 0 | 11,211 | 49,380 | 130,810 | 222,911 | 281,785 | 303,539 | | |
| Amneal Pharmaceuticals LLC | 0.02% | 1,325,826 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Safecor Health, LLC | 0.02% | 1,271,296 | 0 | 0 | 0 | 0 | 940 | 8,313 | 99,105 | | |
| PSS World Medical Inc | 0.02% | 1,192,883 | 272,869 | 155,286 | 182,675 | 177,526 | 166,566 | 165,631 | 72,331 | | |
| MWI Veterinary Supply | 0.02% | 1,111,976 | 0 | 303 | 1,438 | 5,089 | 38,094 | 103,960 | 149,815 | | |
| American Sales Company | 0.02% | 1,077,349 | 1,077,349 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Fisher Clinical Services Inc | 0.02% | 1,037,766 | 508,472 | 406,249 | 1,076 | 0 | 0 | 0 | 114,707 | | |
| Baxter Healthcare Corp | 0.02% | 884,536 | 0 | 0 | 0 | 4,136 | 880,400 | 0 | 0 | | |
| Value Drug Co | 0.01% | 807,273 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Miami-Luken | 0.01% | 698,012 | 688,931 | 8,022 | 605 | 454 | 0 | 0 | 0 | | |
| Dispensing Solutions | 0.01% | 627,327 | 0 | 0 | 0 | 73,819 | 121,720 | 178,985 | 153,224 | | |
| Priority Healthcare | 0.01% | 589,832 | 82,314 | 49,854 | 56,395 | 70,750 | 66,897 | 58,183 | 74,062 | | |
| Quest Pharmaceuticals Inc | 0.01% | 561,456 | 0 | 0 | 23,059 | 113,867 | 58,287 | 47,675 | 295,377 | | |
| ACE Surgical Supply Co Inc | 0.01% | 468,215 | 77,500 | 75,500 | 78,700 | 74,575 | 76,706 | 67,876 | 11,043 | | |
| Patterson Logistics Services | 0.01% | 401,155 | 0 | 0 | 0 | 0 | 3,951 | 10,865 | 13,497 | | |
| Professional Vet Products | 0.01% | 394,428 | 41,880 | 84,063 | 102,853 | 110,434 | 55,197 | 0 | 0 | | |
| Pharmacy Service Ctr Distr | 0.01% | 354,958 | 71,915 | 70,308 | 94,827 | 65,651 | 44,099 | 8,158 | 0 | | |
| Almac Clinical Services, Inc. | 0.01% | 325,967 | 0 | 0 | 0 | 0 | 0 | 0 | 217,312 | | |
| Darby Dental Supply, LLC | 0.01% | 322,080 | 220,726 | 27,575 | 40,893 | 14,530 | 7,265 | 5,585 | 908 | | |

37 of 72

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Opioid Total MME by Company in Summit County, OH

| | | County Population | 544,660 | 544,275 | 543,116 | 542,135 | 541,648 | 541,293 | 540,716 | 541,601 | 542,095 |
| | | Total MME | 367,366,660 | 400,893,335 | 382,352,016 | 419,131,994 | 472,731,914 | 474,030,643 | 447,468,100 | 420,702,314 | 367,150,422 |
| Company Name | Market Share | MME | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cardinal Health | 29.17% | 1,094,306,610 | 109,945,174 | 120,729,880 | 134,595,363 | 166,421,419 | 142,185,012 | 109,793,985 | 98,636,285 | REDACTED | |
| AmerisourceBergen Drug | 26.01% | 975,859,370 | 104,837,042 | 112,001,944 | 73,707,661 | 59,918,202 | 125,431,261 | 147,929,274 | 145,576,933 | | |
| McKesson Corporation | 25.18% | 944,639,007 | 64,615,079 | 75,326,267 | 92,025,606 | 100,767,249 | 99,622,867 | 112,858,772 | 109,216,034 | | |
| Walgreen Co | 10.77% | 404,162,318 | 42,298,424 | 48,542,791 | 53,098,944 | 58,638,984 | 65,393,996 | 62,985,269 | 55,986,121 | | |
| CVS | 2.44% | 91,634,443 | 7,735,298 | 9,648,482 | 9,957,458 | 11,317,292 | 11,277,436 | 12,074,340 | 11,639,009 | | |
| Anda, Inc | 1.27% | 47,823,397 | 23,113,707 | 18,494,173 | 199,496 | 1,068,668 | 785,565 | 1,485,215 | 1,991,707 | | |
| Miami-Luken | 1.24% | 46,541,721 | 2,874,541 | 2,981,400 | 4,170,946 | 5,686,830 | 7,165,433 | 6,459,756 | 6,137,244 | | |
| Wal-Mart | 1.12% | 42,168,558 | 4,581,255 | 5,419,610 | 5,299,513 | 5,653,210 | 5,248,139 | 4,793,747 | 3,654,359 | | |
| HBC Service Company | 0.91% | 34,241,388 | 0 | 0 | 0 | 985,080 | 6,273,857 | 7,638,028 | 7,568,525 | | |
| Rite Aid | 0.85% | 32,036,395 | 4,786,038 | 5,616,594 | 5,748,119 | 3,409,806 | 93,330 | 3,800,833 | 3,548,284 | | |
| Discount Drug Mart | 0.33% | 12,518,489 | 1,111,471 | 1,324,559 | 1,375,870 | 1,541,632 | 1,525,410 | 1,470,976 | 1,362,368 | | |
| Eckerd Corporation | 0.24% | 9,021,990 | 0 | 0 | 0 | 1,563,573 | 4,772,779 | 805,493 | 672,011 | | |
| KeySource Medical | 0.08% | 2,947,595 | 0 | 0 | 547,041 | 470,315 | 1,447,043 | 483,197 | 0 | | |
| Amatheon Inc | 0.07% | 2,568,047 | 0 | 0 | 66,300 | 238,567 | 500,046 | 343,489 | 396,010 | | |
| Auburn Pharmaceutical | 0.04% | 1,565,315 | 220,971 | 7,856 | 538,832 | 114,370 | 110,217 | 133,590 | 98,553 | | |
| PSS World Medical Inc | 0.03% | 1,265,285 | 409,567 | 168,590 | 164,902 | 226,520 | 117,775 | 118,928 | 59,004 | | |
| Henry Schein Inc | 0.03% | 1,256,372 | 76,936 | 83,178 | 68,980 | 51,467 | 85,483 | 66,428 | 90,974 | | |
| Almac Clinical Services, Inc. | 0.02% | 761,726 | 112,320 | 0 | 0 | 0 | 64,838 | 173,100 | 293,332 | | |
| The Harvard Drug Group | 0.02% | 710,056 | 605 | 104,511 | 238,548 | 304,484 | 23,232 | 15,845 | 15,488 | | |
| H. D. Smith | 0.01% | 468,812 | 0 | 0 | 0 | 0 | 90,237 | 178,876 | 196,672 | | |
| River City Pharma | 0.01% | 461,355 | 0 | 3,784 | 0 | 85,505 | 3,930 | 27,092 | 24,216 | | |
| MWI Veterinary Supply | 0.01% | 443,562 | 4,238 | 3,330 | 2,292 | 1,800 | 43,133 | 133,576 | 87,509 | | |
| Southern Anesthesia & Surgical, Inc. | 0.01% | 380,191 | 0 | 0 | 0 | 0 | 0 | 0 | 39,219 | | |
| Priority Healthcare | 0.01% | 366,734 | 24,269 | 25,048 | 37,354 | 77,589 | 49,314 | 50,571 | 36,185 | | |
| American Sales Company | 0.01% | 365,639 | 365,639 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Butler Animal Health Supply | 0.01% | 358,824 | 22,137 | 22,083 | 35,832 | 234,314 | 44,458 | 0 | 0 | | |
| Rochester Drug Co-Operative Inc | 0.01% | 269,151 | 1,788 | 22,694 | 152,611 | 82,070 | 2,421 | 7,568 | 0 | | |
| Prescription Supply Inc | 0.01% | 264,716 | 2,252 | 143 | 0 | 63,907 | 42,696 | 1,278 | 27,038 | | |
| PD-Rx Pharmaceuticals Inc | 0.01% | 246,467 | 40,955 | 73,996 | 102,040 | 28,454 | 0 | 0 | 0 | | |
| Fisher Clinical Services Inc | 0.01% | 210,147 | 95,668 | 3,972 | 0 | 13,642 | 0 | 96,864 | 0 | | |
| Patterson Logistics Services | 0.00% | 170,924 | 0 | 0 | 0 | 0 | 22,340 | 32,349 | 20,618 | | |
| Expert-Med | 0.00% | 158,300 | 1,949 | 156,350 | 0 | 0 | 0 | 0 | 0 | | |
| JOM Pharmaceutical Services, Inc. | 0.00% | 156,862 | 0 | 0 | 0 | 0 | 156,862 | 0 | 0 | | |
| Midwest Veterinary Supply Inc | 0.00% | 155,446 | 303 | 605 | 286 | 0 | 0 | 0 | 303 | | |
| Associated Pharmacies Inc | 0.00% | 140,530 | 0 | 0 | 0 | 0 | 0 | 0 | 143 | | |
| Pharmacy Service Ctr Distr | 0.00% | 138,773 | 14,712 | 11,622 | 8,703 | 5,946 | 24,471 | 26,733 | 21,890 | | |
| Independent Pharmacy Cooperative | 0.00% | 133,075 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | | |
| Fagron Inc | 0.00% | 117,493 | 0 | 0 | 60,540 | 56,400 | 0 | 553 | 0 | | |
| Watson Pharma Inc | 0.00% | 90,000 | 0 | 0 | 90,000 | 0 | 0 | 0 | 0 | | |
| Medisca Inc. | 0.00% | 76,730 | 0 | 15,135 | 0 | 0 | 15,135 | 0 | 0 | | |
| DRx Pharmaceutical Consultants, Inc. | 0.00% | 60,199 | 34,045 | 15,007 | 9,548 | 1,598 | 0 | 0 | 0 | | |
| Smith Medical Partners LLC | 0.00% | 53,196 | 0 | 0 | 0 | 0 | 53,196 | 0 | 0 | | |
| Darby Dental Supply, LLC | 0.00% | 52,034 | 7,357 | 6,811 | 3,632 | 9,081 | 6,659 | 6,054 | 4,238 | | |