# EXHIBIT X

**Approximate download time: 1 minute, 30 seconds at 56K**

**Before printing, please set your browser's left and right margins to 0 (or as small as your browser will allow).**
**You can do this by selecting "Page Setup..." in your browser's File dropdown menu.**

Print     Close

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2006 | Paid |
| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
| 2,3,3N 4,5 | Distributor | 04-05-2005 |

WAL-MART PHARMACY WHSE #45,
1201 MOBERLY LANE
BENTONVILLE, AR 72716

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacturer, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (05/04)

---

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2006 | Paid |
| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
| 2,3,3N 4,5 | Distributor | 04-05-2005 |

WAL-MART PHARMACY WHSE #45,
1201 MOBERLY LANE
BENTONVILLE, AR 72716

Sections 304 and 1008 (21 U.S.C. 824 and 958) of Controlled Substances Act of 1970, as amended, prov that the Attorney General may revoke or suspen registration to manufacturer, distribute, dispense, impor export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VAL AFTER THE EXPIRATION DATE.

Form DEA-223 (05/04)

https://www.deadiversion.usdoj.gov/webforms/rnw225aPrintCertImage.do     4/5/2005

CONFIDENTIAL     WMT_MDL_000055657



**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C, 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2007 | Paid |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,3,3N 4,5 | DISTRIBUTOR | 04-10-2006 |

WAL-MART PHARMACY WHSE #45,
1201 MOBERLY LANE
BENTONVILLE, AR 72716

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacturer, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.



**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C, 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2007 | Paid |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,3,3N 4,5 | DISTRIBUTOR | 04-10-2006 |

WAL-MART PHARMACY WHSE #45,
1201 MOBERLY LANE
BENTONVILLE, AR 72716

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacturer, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (05/04)

WAL-MART PHARMACY WHSE #45
WAL-MART CORPORATE OFFICE
702 SW 8TH STREET
BENTONVILLE, AR 72716-0230-000

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID | CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE UNITED STATES DEPARTMENT OF JUSTICE DRUG ENFORCEMENT ADMINISTRATION WASHINGTON D.C. 20537 |
|---|---|---|---|
| RW0282145 | 05-31-2008 | FEE PAID | |
| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE | |
| 2, 3,3N,4,5, | DISTRIBUTOR | 04-26-2007 | Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance. |
| WAL-MART PHARMACY WHSE #45 1201 MOBERLY LANE BENTONVILLE, AR 72716-0000 | | | **THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.** |

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2008 | FEE PAID |
| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
| 2, 3,3N,4,5, | DISTRIBUTOR | 04-26-2007 |

WAL-MART PHARMACY WHSE #45
1201 MOBERLY LANE
BENTONVILLE, AR 72716-0000

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.**

Form DEA-223 (4/07)

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2009 | Paid |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,3,3N 4,5 | DISTRIBUTOR | 04-01-2008 |

WAL-MART PHARMACY WHSE #45,
1201 MOBERLY LANE
BENTONVILLE, AR 72716

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacturer, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.

---

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2009 | Paid |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,3,3N 4,5 | DISTRIBUTOR | 04-01-2008 |

WAL-MART PHARMACY WHSE #45,
1201 MOBERLY LANE
BENTONVILLE, AR 72716

Form DEA-223 (05/04)

Sections 304 and 1008 (21 U.S.C. 824 and 958) Controlled Substances Act of 1970, as amended, that the Attorney General may revoke or susp registration to manufacture, distribute, dispense, in export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR V AFTER THE EXPIRATION DATE.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2010 | Paid |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | DISTRIBUTOR | 04-01-2009 |

WAL-MART PHARMACY WHSE #45,
1201 MOBERLY LANE
BENTONVILLE, AR 72716

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacturer, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.**

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2010 | Paid |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | DISTRIBUTOR | 04-01-2009 |

WAL-MART PHARMACY WHSE #45,
1201 MOBERLY LANE
BENTONVILLE, AR 72716

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

Form DEA-223 (05/04)

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

https://www.deadiversion.usdoj.gov/webforms/printCertImage.do

4/1/2009

CONFIDENTIAL

WMT_MDL_000043227

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2011 | $1147 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | DISTRIBUTOR | 05-10-2010 |

WAL-MART PHARMACY WHSE #45,
1201 MOBERLY LANE
BENTONVILLE, AR 72716

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacturer, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2011 | $1147 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | DISTRIBUTOR | 05-10-2010 |

WAL-MART PHARMACY WHSE #45,
1201 MOBERLY LANE
BENTONVILLE, AR 72716

Form DEA-223 (05/04)

Sections 304 and 1008 (21 U.S.C. 824 and 958), Controlled Substances Act of 1970, as amended, that the Attorney General may revoke or suspend registration to manufacture, distribute, dispense, import export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR V AFTER THE EXPIRATION DATE.

https://www.deadiversion.usdoj.gov/webforms/dupeCertPrintCert.do      5/13/2010

```
DEA REGISTRATION         THIS REGISTRATION   FEE
NUMBER                   EXPIRES             PAID
RW0282145                05-31-2012          $1147

SCHEDULES      BUSINESS ACTIVITY             DATE ISSUED
2,2N,3         DISTRIBUTOR                   04-15-2011
3N,4,5

WAL-MART PHARMACY WHSE #45,
1201 MOBERLY LANE
BENTONVILLE, AR 72716
```

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.

---

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

```
DEA REGISTRATION         THIS REGISTRATION   FEE
NUMBER                   EXPIRES             PAID
RW0282145                05-31-2012          $1147

SCHEDULES      BUSINESS ACTIVITY             DATE ISSUED
2,2N,3         DISTRIBUTOR                   04-15-2011
3N,4,5

WAL-MART PHARMACY WHSE #45,
1201 MOBERLY LANE
BENTONVILLE, AR 72716
```

Form DEA-223 (05/04)

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

https://www.deadiversion.usdoj.gov/webforms/printCertImage.do

4/15/2011

CONFIDENTIAL                                                    WMT_MDL_000043218

WAL-MART PHARMACY WHSE #45
WAL-MART CORPORATE OFFICE
702 SW 8TH STREET DEPT 8719
BENTONVILLE, AR 72716-0230-000

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2013 | $1523 |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | DISTRIBUTOR | 04-03-2012 |

WAL-MART PHARMACY WHSE #45
1201 MOBERLY LANE
BENTONVILLE, AR 72716-0000

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.**

---

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2013 | $1523 |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | DISTRIBUTOR | 04-03-2012 |

WAL-MART PHARMACY WHSE #45
1201 MOBERLY LANE
BENTONVILLE, AR 72716-0000

Form DEA-223 (4/07)

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

WAL-MART PHARMACY WHSE #45
WAL-MART CORPORATE OFFICE
702 SW 8TH STREET DEPT 8719
BENTONVILLE, AR  72716-0500-000

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2014 | $1523 |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | DISTRIBUTOR | 05-13-2013 |

WAL-MART PHARMACY WHSE #45
1201 MOBERLY LANE
BENTONVILLE, AR  72716-0000

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.**

---

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2014 | $1523 |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | DISTRIBUTOR | 05-13-2013 |

WAL-MART PHARMACY WHSE #45
1201 MOBERLY LANE
BENTONVILLE, AR  72716-0000

Form DEA-223 (4/07)

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.**





| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2015 | $1523 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | DISTRIBUTOR | 04-01-2014 |

WAL-MART PHARMACY WHSE #45
1201 MOBERLY LANE
BENTONVILLE, AR 72716

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.**

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
**UNITED STATES DEPARTMENT OF JUSTICE**
**DRUG ENFORCEMENT ADMINISTRATION**
WASHINGTON, D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2015 | $1523 |

| SCHEDULES | BUSINESS ACTIVITY | DATE ISSUED |
|---|---|---|
| 2,2N,3 3N,4,5 | DISTRIBUTOR | 04-01-2014 |

WAL-MART PHARMACY WHSE #45
1201 MOBERLY LANE
BENTONVILLE, AR 72716

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, BUSINESS ACTIVITY, OR VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (05/04)

WAL-MART PHARMACY WHSE #45
WAL-MART CORPORATE OFFICE
702 SW 8TH STREET DEPT 8719
BENTONVILLE, AR  72716-0500-000

10012631/002408



| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2016 | $1523 |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | DISTRIBUTOR | 05-07-2015 |

WAL-MART PHARMACY WHSE #45
2250 NORTH 8TH STREET
SUITE 102-A
ROGERS, AR  72756-0000

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.**

---

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2016 | $1523 |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N, 3,3N,4,5, | DISTRIBUTOR | 05-07-2015 |

WAL-MART PHARMACY WHSE #45
2250 NORTH 8TH STREET
SUITE 102-A
ROGERS, AR  72756-0000

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.**

Form DEA-223 (4/07)

CONFIDENTIAL

WMT_MDL_000043211



**DEA REGISTRATION NUMBER:** RW0282145
**THIS REGISTRATION EXPIRES:** 05-31-2017
**FEE PAID:** $1523
**SCHEDULES:** 2, 2N, 3, 3N, 4, 5
**BUSINESS ACTIVITY:** DISTRIBUTOR
**DATE ISSUED:** 04-26-2016

WAL-MART PHARMACY WHSE #45
2250 NORTH 8TH STREET
SUITE 102-A
ROGERS, AR 72756

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON, D.C. 20537

Sections 304 and 1008 (21 U.S.C. 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IS NOT VALID AFTER THE EXPIRATION DATE.

Form DEA-223 (05/04)

CONFIDENTIAL

WMT_MDL_000055639



| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2018 | $1523.00 |
| **SCHEDULES** | **BUSINESS ACTIVITY** | **ISSUE DATE** |
| 2,2N,3<br>3N,4,5 | DISTRIBUTOR | 04-04-2017 |

WAL-MART PHARMACY WHSE #45
2250 NORTH 8TH STREET
SUITE 102-A
ROGERS, AR 72756

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.**

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2018 | $1523.00 |
| **SCHEDULES** | **BUSINESS ACTIVITY** | **ISSUE DATE** |
| 2,2N,3<br>3N,4,5 | DISTRIBUTOR | 04-04-2017 |

WAL-MART PHARMACY WHSE #45
2250 NORTH 8TH STREET
SUITE 102-A
ROGERS, AR 72756

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

Form DEA-223 (9/2016)

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2019 | $1523.00 |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N,3 3N,4,5 | DISTRIBUTOR | 04-03-2018 |

WAL-MART PHARMACY WHSE #45
2250 NORTH 8TH STREET
SUITE 102-A
ROGERS, AR 72756

CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

**THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.**

**CONTROLLED SUBSTANCE REGISTRATION CERTIFICATE**
UNITED STATES DEPARTMENT OF JUSTICE
DRUG ENFORCEMENT ADMINISTRATION
WASHINGTON D.C. 20537

| DEA REGISTRATION NUMBER | THIS REGISTRATION EXPIRES | FEE PAID |
|---|---|---|
| RW0282145 | 05-31-2019 | $1523.00 |

| SCHEDULES | BUSINESS ACTIVITY | ISSUE DATE |
|---|---|---|
| 2,2N,3 3N,4,5 | DISTRIBUTOR | 04-03-2018 |

Form DEA-223 (9/2016)

WAL-MART PHARMACY WHSE #45
2250 NORTH 8TH STREET
SUITE 102-A
ROGERS, AR 72756

Sections 304 and 1008 (21 USC 824 and 958) of the Controlled Substances Act of 1970, as amended, provide that the Attorney General may revoke or suspend a registration to manufacture, distribute, dispense, import or export a controlled substance.

THIS CERTIFICATE IS NOT TRANSFERABLE ON CHANGE OF OWNERSHIP, CONTROL, LOCATION, OR BUSINESS ACTIVITY, AND IT IS NOT VALID AFTER THE EXPIRATION DATE.