# EXHIBIT Z



## STATE OF INDIANA



**Official Proof of Licensure**

### MITCHELL E. DANIELS

Indiana Professional Licensing Agency
402 W. Washington St. Room W072
Indianapolis, IN 46204
Phone: (317) 232-2980
Fax: (317) 233-4236

**Personal Information:**

| | |
|---|---|
| **Facility Name:** | Wal Mart Pharmacy Warehouse #28 |
| **Address:** | S ROBSON WALTON<br>801 COR DA BOULEVARD<br>Crawfordsville, IN 47933 |
| **Owner Name:** | J R Parsley |

**License Information:**

| | |
|---|---|
| **Number Issued:** | 48000084A |
| **License Type:** | Wholesale Drug Distributor |
| **Status:** | Active |
| **Issue Date:** | 09/11/1992 |
| **Expiration Date:** | 09/30/2014 |
| **Obtained By:** | Application |
| **Disciplinary Action:** | None |

## Valid as of: Wed Oct 03 01:29:35 PM EDT 2012

New Search |

CONFIDENTIAL                                                            WMT_MDL_000011611

# P E R M I T

Board of Pharmacy

4201 PATTERSON AVENUE
BALTIMORE, MARYLAND 21215

WAL MART PHARMACY WAREHOUSE 46
11121 ELLIOT PLACE

WILLIAMSPORT          MD          21795

## DEPARTMENT OF HEALTH AND MENTAL HYGIENE

### The Maryland Board of Pharmacy          041102

THIS IS TO CERTIFY THAT THE ESTABLISHMENT NAMED BELOW
IS DULY ACCORDED THIS PERMIT AS A          DISTRIBUTOR

D00737
Permit No.

To conduct the business specified in the application filed with the Maryland Board of Pharmacy. This permit is issued in conformity with the Annotated Code of Maryland, Health Occupations, Article, Title 12, and pursuant to the information set out in the aforesaid application. Permit is granted to conduct same until the expiration date listed unless revoked for cause at an earlier date.

WAL MART PHARMACY WAREHOUSE 46
11121 ELLIOT PLACE

WILLIAMSPORT          MD          21795

| 02/06/2002 | 12/31/2012 |
|---|---|
| Date Issued | Expiration Date |

Secretary D.H.M.H.

THIS PERMIT MUST BE CONSPICUOUSLY DISPLAYED IN THE PLACE OF BUSINESS TO WHICH IT APPLIES

CONFIDENTIAL

# Arkansas State Board of Pharmacy

101 E. Capitol, Suite 218, Little Rock, Arkansas 72201

## WHOLESALE DISTRIBUTOR LICENSE PERMIT- 2014

Wal-Mart Pharmacy Warehouse #45, License No. WD01234
Wal-Mart Stores, Inc., 702 S W 8th St.
Bentonville, AR 72716

This is to certify that the Business named hereon located at 1201 Moberly Lane, Bentonville, AR 72712 is
registered under the provisions of the Arkansas Pharmacy Practice Act, other Arkansas statutes, and
Arkansas Pharmacy Regulations.

Permit No.:070443          Permit Issued:    11/08/2012  Amount Paid:    $300.00

License Expires:       **December 31, 2014**

*This permit is not transferable and must be prominently displayed.*

*This permit is not transferable and must be prominently displayed.*

Arkansas State Board of Pharmacy

Wal-Mart Pharmacy Warehouse #45, No. WD01234
Wal-Mart Stores, Inc., 702 S W 8th St.
Bentonville, AR 72716

Permit: 070443       Date Entered:  11/7/2012

Amount Paid:     $300.00        Wholesale Distributor Renewal Fee

TOTAL:         $300.00

WMT_MDL_000011618