# EXHIBIT CC

# 21- 402
# Pharmacy Manual
## Controlled Substance Monitoring



## Purpose

To provide guidelines for monitoring controlled substance purchases at the Pharmacy Distribution Center (DC).

## Resources

| Link | Resources |
|---|---|
| **Reports** | |
| SD405-1 | Control Drug Stock Exception Report by Item |
| SD405-2 | Control Drug Stock Exception Report by Store |

## Procedures

### Identifying and Reporting Purchases of Controlled Substances

*Pharmacy Asset Protection (AP) Managers*

By the fifth day of each month, the Pharmacy AP manager retrieves the SD405-1 and SD 405-2 from Document Direct. Upon retrieval, the AP manager analyzes each report for the following:

- **SD405-1**
  - The Percent to Total column, which displays for any entry over 3.99%
  - Any entry with a Percent to Total over 3.99% appears on a separate spreadsheet along with the store number, item number, and item name.
  - The Excel document used to maintain those stores identified will be sent by electronic email to the Sr. AP Manager of Pharmacy Logistics.

- **SD405-2**
  - The Percent to Total column must be reviewed for any entry above 3.99%
  - Identify any entries with a Percent to Total above 3.99% on a separate document and include the store number, item number, and item name.
  - Email the document used to maintain the identified stores to the senior AP manager of Pharmacy Logistics.

### Senior AP Manager Pharmacy Duties

Upon the receipt of the Excel document indicating those stores and items above the 3.99% threshold, the Sr. AP Pharmacy Manager will forward the reports to the appropriate Drug Diversion Coordinator for further review.

### Document Retention

All Excel documents and electronic email documents pertaining to this reporting procedure will be kept on file for 3 years.

HIGHLY CONFIDENTIAL                                                          WMT_MDL_000011106