# EXHIBIT EE

Exhibit EE has been filed under seal