# EXHIBIT FF

21-0101
# Pharmacy Manual
## Shipping



## Purpose

To outline the process of shipping pharmacy orders from the Distribution Centers (DC) to the Walmart and Sam's Pharmacies.

## Resources

| Link | Resources |
|---|---|
| Screens | |
| | TMS – Trailer Manifest System |

## Procedures

Based on batch number in the orderfilling process, completed cartons arrive at the shipping location in each building.   A shipping associate follows these steps to prepare the carton for shipment.

### Reddwerks System

| Step | Action Required |
|---|---|
| 1 | Scan the ship label to print the packing slip. |
| 2 | Place the packing slip is placed inside the carton. |
| 3 | Insert inflated void-fill when applicable to prevent merchandise from shifting and causing damage. |
| 4 | Seal the carton and apply the required ORMD. |

### Knapp System

| Step | Action Required |
|---|---|
| 1 | The container arrives at shipping with packing list already in the box and the ship label attached. |
| 2 | Insert inflated void-fill when applicable to prevent merchandise from shifting and causing damage. |
| 3 | Seal the carton. (The ORMD label is applied at the beginning of the line if required.) |

1. Every DC shipping area is set up with pallets denoting each batch delivery hub location. Once the carton has been complete, it is placed on a corresponding pallet designated by HUB location. Count each completed pallet for a carton total and log it onto a Shipping Batch Spreadsheet.

   **Note:** With the **Reddwerks** system, each carton is scanned with the Symbol gun. This scan generates a packing slip and shows completed on the Ship Container Screen. Once the last carton for each route is scanned, the route shows complete on the Manage Load screen.

2. Complete the following steps.

| Step | Action Required |
| --- | --- |
| 1 | Click on the "Closed Status" of the route. This will then open up the Load Detail screen. |
| 2 | Select Print Reports and it will generate the following:<br>• Hub/Route Recap Signature Sheet for each route<br>• Hub/Route Recap Signature Sheet Totals<br>• Route Delivery/Signature Manifest for each route<br>• Total for Hub sheet |

3. With the Knapp system, shipping documents are automatically generated once the last carton of the batch is scanned. These are the same documents that are printed through the Reddwerks system.

4. The pallet totals from the Shipping Batch Spreadsheet are matched against the Total for Hub sheet to ensure accuracy before the batch leaves the DC. Completed pallets that have been verified are taken to a shipping loading area. A shipping associate uses a Motorola scan gun to scan each shipping label into the TMS (Trailer Manifest System) Shipping Unit Inquiry Screen and another Motorola scan gun to scan the label for billing. After each carton is scanned with the billing scan gun, the carton is denoted with an identifying mark indicating the carton has been scanned.

## Verification of TMS Download
Follow these steps to verify each carton has downloaded into the TMS system:

1. Select TMS – if TMS is not an option on the screen, select Air Menu, scroll through the pages and select TMS
2. Choose Shipping Unit Inquiry
3. Scan each box on the pallet to ensure the Cross Reference has been downloaded into the system.
4. Once each carton is confirmed, it is ready to be billed.

## Scanning into the TMS system to Bill
Follow these steps to log-in and begin scanning into the TMS system to bill.

1. Select TMS – if TMS is not an option on the screen, select Air Menu, scroll through the pages and select TMS

HIGHLY CONFIDENTIAL　　　　　　　　　　　　　　　　　　　　　　　　WMT_MDL_000011062

2. Select TMS Hand-held
3. Load Trailers
4. Scan Door Label
5. Enter User id and Password
6. Scan Store Label
7. Enter Trailer Number (will request for trailer number twice, numeric values only)
8. Begin scanning each case

## Closing the Trailer
Follow these steps to close the trailer once all cartons have been scanned into it.
1. Hold down shift and press 5
2. Enter the seal tag number
3. Enter the seal tag number again to confirm
4. Enter 100% (indicates what percentage of the trailer is full)
5. Enter shift and then #5 to complete

## UPS/FedEx
Alternative shipping companies currently used within the Pharmacy DCs are UPS and FedEx. Both of these shipping companies supply each DC with a label printer and smart system for initial item tracking purposes. These cartons are sorted to a designated shipping pallet similar to the batch pallets used for all other shippers.

## Store Order Billing
After all the cartons are loaded into the transportation vehicle, the billing process has to be completed. The designated associate will use the shipping computer to log into the Xterm system. Use the following steps to complete the billing process:

1. Sign into Xterm.

    (Userid: xterm / Password: xterm)
2. Enter individual Userid and password.
3. Select **Billing Menu**.
4. Select **Trailer Finalization Screen**.
5. Enter Userid and password.
6. To the left of the trailer number, a **K** indicated hand key will be notated.
7. Press **F10** for the details of the trailer.
8. Press **F8** to remove the **K**.
9. Press **F3** to exit.
10. Once the **K** has been removed, press **F5** to release. A message prompts "Trailer is about to be billed, are you sure?" Press **F5** again to release.

HIGHLY CONFIDENTIAL   WMT_MDL_000011063

11. Once all cases on the pallet have been scanned, load onto carriers designated to ship to specific hub locations.
12. Ensure each transportation vehicle is secured with a seal and a seal number when applicable and this information is then logged onto a TCR for that load.
13. Ensure the designated driver for each carrier signs a copy of the TCR and a bill of lading that is created by AP.
    - The driver receives:
        o A copy of the TCR,
        o A copy of the bill of lading,
        o A copy of the Hub/Route Recap Signature Sheet,
        o A copy of the Hub/Route Recap Signature Sheet Totals,
        o A copy of Route Delivery/Signature Manifest
        o A copy of Totals for Hub sheet.
14. Turn the **original** copies of the paperwork listed above into the office staff where it is filed for future reference.

## Correctional Invoices

The following examples could each result in the need for a correctional invoice:

- Damaged product
- Manually picked orders
- Incorrectly billed product

A request for a correctional invoice initiated by a pharmacy must meet a $100 threshold. The DC requires specific item information to be provided so that DC on-hands can be counted and verified. If an error is determined at the DC level, fax a claim form to the store/club to be filled out and faxed back to the DC. Once the claim form has been received by the DC, fill out a correctional invoice and enter it into the Host system under the WBCR screen. Credit is then issued by the servicing DC to the requesting store/club.

Note: A hard copy of the correctional invoice is filed at the Pharmacy DC and a second copy is sent to the store/club for their records.

## Store/Club Order Audits

On a daily basis, every asset protection (AP) associate audits one store order that has been completed in shipping. The AP associate retrieves every carton for the individual store/club order. The invoice contained in one of the cartons is used to audit all contents for the store/club order. Verification of each item is done by matching the item description and National Drug Code (NDC) number to the information listed on the invoice. Once the audit is complete, the information gathered from the store order and any discrepancies are listed on the Shipping Audit sheet. The Shipping Audit sheet is sent to the regional AP manager for review.

## CII Delivery via FedEx

Walmart will release daily CII store orders to FedEx for next day deliveries.

All pharmacies will receive a unique address identifier that is separate from the main store address (i.e. Pharmacy location will be referred to as "Store Address + Suite 1 Pharmacy")

- All delivery labels placed on the outbound cartons will include the following printed message: (Deliver to Pharmacy)
- This identifier will notify the FedEx delivery driver of the destination location within the store that is required for the pharmacy CII deliveries.
- Each pharmacy CII delivery will require a signed Proof of Delivery (POD) that verifies the delivery took place at the destination specific to the carton address label

A designated associate within the Walmart CII Distribution Center (DC) will be responsible for monitoring the signed POD identifier screen accessed through the FedEx website. Any delivery that does not receive a signed POD within 24 hours of delivery will require verification via phone by the designated associate at the Walmart CII DC to the Pharmacist or Pharmacy Manager within the location in question.

**Note:** Any delivery that has been determined to be in the following status (diverted, lost, stolen, tampered) will be elevated to the Walmart CII DC Asset Protection Manager who will notify a member of Walmart Regulatory Affairs for initial notification of potential loss.

## CII Delivery verification via Walmart 222-Form Application
A secondary verification process will be conducted to ensure that all CII deliveries with a signed POD have been applied to the specific pharmacy on-hands.

A designated associate within the Walmart CII DC will be responsible for verification of the "3-Day Old 222-Form Report" via the Pharmacy Form Tracker system on a daily basis.

- All CII 222-Forms or e-222 forms that have not been applied after 3 days will require verification via phone by the designated associate at the Walmart CII facility to the Pharmacist or Pharmacy Manager within the location in question.
- Any delivery that has been determined to be in the following status (diverted, lost, stolen, tampered) after the Invoice verification process will be elevated to the Walmart CII DC Asset Protection Manager who will notify a member of Walmart Regulatory Affairs for initial notification of potential loss.

## RPH Ordering Responsibility
All Stores have a specific day of the week that a CII delivery takes place at their pharmacy location. It is the responsibility of the RPH to ensure the CII delivery has taken place on their designated day. If the regularly scheduled Walmart CII delivery does not take place on the designated day of the week it is the responsibility of the RPH to notify the Walmart CII DC and ensure proper follow up is completed.

HIGHLY CONFIDENTIAL                                                          WMT_MDL_000011065