# EXHIBIT MM

Exhibit MM has been filed under seal