# EXHIBIT NN

| Questionnaire ID | Target | Timeframe | Percent of CS to overall |
| --- | --- | --- | --- |
| 31109279 | 1895-US | Q1 FY2016 | 8.10% |
| 31205728 | 1895-US | Q2 FY2016 | 7.59% |
| 31335120 | 1895-US | Q3 FY2016 | 7.36% |
| 31691945 | 1895-US | Q4 FY2016 | 7.84% |
| 32925689 | 1895-US | Q1 FY2017 | 7.79% |
| 33936474 | 1895-US | Q2 FY2017 | 7.01% |
| 33943088 | 1895-US | Q3 FY2017 | 7.40% |
| 34519960 | 1895-US | Q4 FY2017 | 6.81% |
| 34543873 | 1895-US | Q1 FY2018 | 6.98% |
| 35432088 | 1895-US | Q3 FY2018 | 6.24% |
| 35645272 | 1895-US | Q2 FY2018 | 6.15% |
| 35650890 | 1895-US | Q4 FY2018 | 6.47% |
| 36226715 | 1895-US | Q1 FY2019 | 6.47% |
| 31109297 | 1911-US | Q1 FY2016 | 14.35% |
| 31205744 | 1911-US | Q2 FY2016 | 12.85% |
| 31335138 | 1911-US | Q3 FY2016 | 13.26% |
| 31691963 | 1911-US | Q4 FY2016 | 12.91% |
| 32925872 | 1911-US | Q1 FY2017 | 12.60% |
| 33937891 | 1911-US | Q2 FY2017 | 11.71% |
| 33944589 | 1911-US | Q3 FY2017 | 11.66% |
| 34521766 | 1911-US | Q4 FY2017 | 11.32% |
| 34545571 | 1911-US | Q1 FY2018 | 10.51% |
| 35433889 | 1911-US | Q3 FY2018 | 9.44% |
| 35647087 | 1911-US | Q2 FY2018 | 9.94% |
| 35652696 | 1911-US | Q4 FY2018 | 9.28% |
| 36228492 | 1911-US | Q1 FY2019 | 9.28% |
| 31109314 | 1927-US | Q1 FY2016 | 8.32% |
| 31205760 | 1927-US | Q2 FY2016 | 8.28% |
| 31335155 | 1927-US | Q3 FY2016 | 7.69% |
| 31691981 | 1927-US | Q4 FY2016 | 7.93% |
| 32926050 | 1927-US | Q1 FY2017 | 8.12% |
| 33937397 | 1927-US | Q2 FY2017 | 6.88% |
| 33944064 | 1927-US | Q3 FY2017 | 6.83% |
| 34521148 | 1927-US | Q4 FY2017 | 6.73% |
| 34544365 | 1927-US | Q1 FY2018 | 6.93% |
| 35432603 | 1927-US | Q3 FY2018 | 5.68% |
| 35645841 | 1927-US | Q2 FY2018 | 6.42% |
| 35651361 | 1927-US | Q4 FY2018 | 6.67% |
| 36227179 | 1927-US | Q1 FY2019 | 6.67% |
| 31109468 | 2073-US | Q1 FY2016 | 12.54% |
| 31205901 | 2073-US | Q2 FY2016 | 12.96% |
| 31335309 | 2073-US | Q3 FY2016 | 12.58% |
| 31692137 | 2073-US | Q4 FY2016 | 11.45% |
| 32927849 | 2073-US | Q1 FY2017 | 11.71% |
| 33938196 | 2073-US | Q2 FY2017 | 11.01% |
| 33944576 | 2073-US | Q3 FY2017 | 11.85% |

| Questionnaire ID | Target | Timeframe | Percent of CS to overall |
|---|---|---|---|
| 34521947 | 2073-US | Q4 FY2017 | 11.16% |
| 34544993 | 2073-US | Q1 FY2018 | 10.92% |
| 35433153 | 2073-US | Q3 FY2018 | 10.63% |
| 35646427 | 2073-US | Q2 FY2018 | 10.98% |
| 35651999 | 2073-US | Q4 FY2018 | 11.11% |
| 36227808 | 2073-US | Q1 FY2019 | 11.11% |
| 31109666 | 2266-US | Q1 FY2016 | 11.00% |
| 31206080 | 2266-US | Q2 FY2016 | 10.46% |
| 31335508 | 2266-US | Q3 FY2016 | 10.51% |
| 31692336 | 2266-US | Q4 FY2016 | 10.40% |
| 32930075 | 2266-US | Q1 FY2017 | 10.33% |
| 33938123 | 2266-US | Q2 FY2017 | 9.86% |
| 33944915 | 2266-US | Q3 FY2017 | 9.87% |
| 34522474 | 2266-US | Q4 FY2017 | 9.80% |
| 34545646 | 2266-US | Q1 FY2018 | 8.99% |
| 35433899 | 2266-US | Q3 FY2018 | 8.08% |
| 35647194 | 2266-US | Q2 FY2018 | 8.55% |
| 35652717 | 2266-US | Q4 FY2018 | 9.24% |
| 36228514 | 2266-US | Q1 FY2019 | 9.24% |
| 31109718 | 2316-US | Q1 FY2016 | 9.78% |
| 31206125 | 2316-US | Q2 FY2016 | 9.63% |
| 31335559 | 2316-US | Q3 FY2016 | 9.38% |
| 31692387 | 2316-US | Q4 FY2016 | 9.84% |
| 32930694 | 2316-US | Q1 FY2017 | 8.69% |
| 33937975 | 2316-US | Q2 FY2017 | 8.31% |
| 33944774 | 2316-US | Q3 FY2017 | 8.29% |
| 34521687 | 2316-US | Q4 FY2017 | 8.56% |
| 34545300 | 2316-US | Q1 FY2018 | 8.19% |
| 35433714 | 2316-US | Q3 FY2018 | 7.01% |
| 35646952 | 2316-US | Q2 FY2018 | 7.29% |
| 35652519 | 2316-US | Q4 FY2018 | 7.49% |
| 36228322 | 2316-US | Q1 FY2019 | 7.49% |
| 31109726 | 2323-US | Q1 FY2016 | 10.73% |
| 31206132 | 2323-US | Q2 FY2016 | 10.59% |
| 31335567 | 2323-US | Q3 FY2016 | 10.81% |
| 31692395 | 2323-US | Q4 FY2016 | 10.67% |
| 32930780 | 2323-US | Q1 FY2017 | 10.68% |
| 33937072 | 2323-US | Q2 FY2017 | 10.25% |
| 33943852 | 2323-US | Q3 FY2017 | 10.29% |
| 34520921 | 2323-US | Q4 FY2017 | 9.85% |
| 34545066 | 2323-US | Q1 FY2018 | 9.28% |
| 35433312 | 2323-US | Q3 FY2018 | 8.10% |
| 35646549 | 2323-US | Q2 FY2018 | 8.66% |
| 35652218 | 2323-US | Q4 FY2018 | 8.13% |
| 36228022 | 2323-US | Q1 FY2019 | 8.13% |
| 31109761 | 2362-US | Q1 FY2016 | 5.19% |

| Questionnaire ID | Target | Timeframe | Percent of CS to overall |
|---|---|---|---|
| 31206163 | 2362-US | Q2 FY2016 | 5.88% |
| 31335602 | 2362-US | Q3 FY2016 | 5.69% |
| 31692431 | 2362-US | Q4 FY2016 | 6.74% |
| 32931138 | 2362-US | Q1 FY2017 | 6.79% |
| 33938100 | 2362-US | Q2 FY2017 | 6.23% |
| 33944859 | 2362-US | Q3 FY2017 | 5.47% |
| 34521897 | 2362-US | Q4 FY2017 | 5.64% |
| 34545358 | 2362-US | Q1 FY2018 | 5.29% |
| 35433526 | 2362-US | Q3 FY2018 | 4.12% |
| 35646924 | 2362-US | Q2 FY2018 | 4.80% |
| 35652328 | 2362-US | Q4 FY2018 | 5.12% |
| 36228131 | 2362-US | Q1 FY2019 | 5.12% |
| 31111305 | 4285-US | Q1 FY2016 | 10.88% |
| 31207526 | 4285-US | Q2 FY2016 | 13.01% |
| 31337168 | 4285-US | Q3 FY2016 | 10.96% |
| 31694014 | 4285-US | Q4 FY2016 | 9.21% |
| 32954784 | 4285-US | Q1 FY2017 | 10.36% |
| 33937013 | 4285-US | Q2 FY2017 | 10.50% |
| 33943789 | 4285-US | Q3 FY2017 | 10.68% |
| 34520713 | 4285-US | Q4 FY2017 | 10.59% |
| 34544193 | 4285-US | Q1 FY2018 | 9.57% |
| 35432384 | 4285-US | Q3 FY2018 | 9.51% |
| 35645668 | 4285-US | Q2 FY2018 | 10.49% |
| 35651114 | 4285-US | Q4 FY2018 | 10.60% |
| 36226936 | 4285-US | Q1 FY2019 | 10.60% |
| 31111349 | 4342-US | Q1 FY2016 | 9.15% |
| 31207562 | 4342-US | Q2 FY2016 | 7.90% |
| 31337211 | 4342-US | Q3 FY2016 | 8.07% |
| 31694057 | 4342-US | Q4 FY2016 | 7.69% |
| 31111824 | 5082-US | Q1 FY2016 | 15.20% |
| 31207972 | 5082-US | Q2 FY2016 | 14.99% |
| 31337705 | 5082-US | Q3 FY2016 | 13.26% |
| 31694576 | 5082-US | Q4 FY2016 | 12.78% |
| 32958707 | 5082-US | Q1 FY2017 | 12.54% |
| 33937752 | 5082-US | Q2 FY2017 | 12.51% |
| 33944794 | 5082-US | Q3 FY2017 | 11.39% |
| 34521988 | 5082-US | Q4 FY2017 | 11.10% |
| 34545072 | 5082-US | Q1 FY2018 | 10.66% |
| 35433638 | 5082-US | Q3 FY2018 | 10.17% |
| 35646710 | 5082-US | Q2 FY2018 | 10.37% |
| 35652534 | 5082-US | Q4 FY2018 | 11.45% |
| 36228336 | 5082-US | Q1 FY2019 | 11.45% |
| 31111825 | 5083-US | Q1 FY2016 | 8.35% |
| 31207973 | 5083-US | Q2 FY2016 | 7.64% |
| 31337706 | 5083-US | Q3 FY2016 | 6.87% |
| 31694577 | 5083-US | Q4 FY2016 | 7.64% |

| Questionnaire ID | Target | Timeframe | Percent of CS to overall |
|---|---|---|---|
| 32958713 | 5083-US | Q1 FY2017 | 8.79% |
| 33936315 | 5083-US | Q2 FY2017 | 7.11% |
| 33942992 | 5083-US | Q3 FY2017 | 6.68% |
| 34519644 | 5083-US | Q4 FY2017 | 7.06% |
| 34543420 | 5083-US | Q1 FY2018 | 6.00% |
| 35431697 | 5083-US | Q3 FY2018 | 6.29% |
| 35644863 | 5083-US | Q2 FY2018 | 6.45% |
| 35650440 | 5083-US | Q4 FY2018 | 7.27% |
| 36226261 | 5083-US | Q1 FY2019 | 7.27% |