# EXHIBIT PP

**U.S. DEPARTMENT OF JUSTICE**
DRUG ENFORCEMENT ADMINISTRATION

| NOTICE OF INSPECTION OF CONTROLLED PREMISES | DEA USE ONLY |
|---|---|
| | FILE NUMBER |

| NAME OF INDIVIDUAL | TITLE |
|---|---|
| † *Mike Mullin* | † *General Manager* |

| NAME OF CONTROLLED PREMISES | DEA REGISTRATION NO. |
|---|---|
| Wal-Mart Pharmacy Warehouse #45 | RW0282145 |

| NUMBER AND STREET | DATE |
|---|---|
| 1201 Moberly Lane | 7-10-12 |

| CITY AND STATE | ZIP CODE | TIME *(initial inspection)* |
|---|---|---|
| Bentonville, AR | 72716 | 9:35 am |

## STATEMENT OF RIGHTS

1. You have a constitutional right not to have an administrative inspection made without an administrative inspection warrant.
2. You have the right to refuse to consent to this inspection.
3. Anything of an incriminating nature which may be found may be seized and used against you in a criminal prosecution.
4. You shall be presented with a copy of this Notice of Inspection.
5. You may withdraw your consent at any time during the course of the inspection.

## ACKNOWLEDGMENT AND CONSENT

I, † *Mike Mullin* _____, have been advised of the above Statement of Rights

(Name)

by DEA   DI Shelli Chupik _____ , who

(Title and Name)

has identified himself/herself to me with his/her credentials and presented me with this Notice of Inspection containing a copy of sections 302(f) and 510(a), (b) and (c) of the Controlled Substances Act (21 U.S.C. 822(f) and 21 U.S.C. 880(a), (b) and (c), printed hereon, * authorizing an inspection of the above-described controlled premises. I hereby acknowledge receipt of this Notice of Inspection. In addition, I hereby certify that I am the _*† Mike Mullin*_____

(President)   (Manager)   (Owner)

for the premises described in this Notice of Inspection; that I have read the foregoing and understand its contents; that I have authority to act in this matter and have signed this Notice of Inspection pursuant to my authority.

I understand what my rights are concerning inspection. No threats or promises have been made to me and no pressure of any kind has been used against me. I voluntarily give consent for inspection of these controlled premises.

_____

(Signature)

7-10-12

(Date)

**WITNESSES:**

_____   7-10-12

(signed)                                         (date)

_____   7-10-12

(signed)                                         (date)

\* See Reverse

FORM DEA-82 (11-01) *Previous editions are obsolete*

WMT

My Favorites   Key Resources   Email Directory   Logout   Search

Home      News        Teamwork        Knowledge Center        Me@Wal-Mart

## Regulatory Compliance - Home Page

**Summary of Inspection Entered**

**Inpection ID:**      #283177                          **Date of Contact:**   2012-07-10

**Agency Name:**    DEA

| Index | Category | Subcategory | Resolution |
|-------|----------|-------------|------------|
| 1 | Pharmacy | General Contact | No Issues to Resolve |

## IMMEDIATELY fax all paperwork left by Regulatory Inspectors along with a printed copy of this page to 479-277-2222.

- **Regulatory contacts can not be properly processed and resolved without this documentation.**
- **If no documentation was left by the Regulatory Inspector, faxing is not necessary.**
- **Please call the Compliance Hotline if you have any questions 800-530-9923.**

**A Contact from Govermental Agency has occurred within your Site.
Please enter the details about the Contact by clicking the link below.**

## Enter Another Contact

**If you just have a question or concern that you would like to submit to the Home Office
Regulatory Compliance Hotline, please enter by clicking the link below.**

## Enter Question for Compliance Hotline

**For Questions about how to use this form
contact Compliance Hotline at: 800-530-9923**

Wire FAQ        Site Map        Help        Terms and Conditions

http://ccd.wal-mart.com/RegulatoryCompliance/InspectionServlet                    7/12/2012

CONFIDENTIAL                                                                    WMT_MDL_000053977

My Favorites  Key Resources  Email  Directory  Logout  Search
Home    News    Teamwork    Knowledge Center    Me@Wal-Mart

## Regulatory Compliance - Contact Notification Page

Please verify all information is correct. Once accurate, please click "Submit" below.

All fields are required

**Governmental Agency Involved**
DEA

**Agency Level**                    **Date of Contact (mm/dd/yyyy)**
Federal-Field                       07/10/2012

**Provide a detailed description of the inspection,**
**including the inspector's comments (2000 character limit)** 60
On 07/10/12 DEA Agents Samantha Rogers and Shelly Chupik @
9:30 AM arrived @ DC 6045 to conduct an audit of the facility.  The
following bullet points highlight the audit and respective dispositions.

Nick Tallman was notified who in return notified Tim Harris SR

**Contact First Name**              **Contact Last Name**
Jimmie                              Sherl

**Contact Phone**                   **Contact Email**
479-273-7588                        Jimmie.Sherl@wal-mart.com

**Submitter User ID**               **Verify Site ID**
jdsherl                             6045

| Violation | Category | Sub-Category | Resolution | Edit | Delete |
|-----------|----------|--------------|------------|------|--------|
| 1 | Pharmacy | General Contact | No Issues to Resolve | | |

[Add Details]

### Before you submit, ensure issues are keyed in separately.

[Submit]

**For Questions contact Compliance Hotline at:**
**800-530-9923**

Wire FAQ    Site Map    Help    Terms and Conditions

CONFIDENTIAL                                                            WMT_MDL_000053978

**To:**          Mike Mullin
**Subject:**   6045 DEA Audit Summary 07/12/2012

On 07/10/12 DEA Agents Samantha Rogers and Shelly Chupik @ 9:30 AM arrived @ DC 6045 to conduct an audit of the facility.   The following bullet points highlight the audit and respective dispositions.

Nick Tallman was notified who in return notified Tim Harris SR Directory of Pharmacy Logistics, and Senior Director Suzanne Hiland with Professional Services.   Teresa Miller notified Senior AP Manager Pharmacy Division Donna Auldridge and Director of Specialty Compliance Chris Schwager.

The two agents presented proper identification and were signed in by AP.

The two Agents were brought to the GM Mike Mullins office where they advised they would be conducting a full DEA Audit Inspection to Mike, Teresa Miller, and Myself.

- Licenses reviewed             No exceptions
- POA's reviewed             No exceptions
- Bi-Annual Inventory Report    No exceptions
- Review of 106 Reports        No exceptions
- The following 8 Items were audited for a period following the last Biennial Audit from 02/28/2012:
  (They conducted an End of Day count on 07/10/12 to verify the on-hands of the 8 items.)
  1. 003880805 Hydromorphone 2MG
  2. 003880516 Opana ER 10MG
  3. 003880539 Ampheta/Salt TB 30MG
  4. 003880693 Oxycodone 30MG
  5. 003880220 Methadone HCL 5MG
  6. 003880186 Fentanyl Patch 50MCG
  7. 550663979 Morphine ER 60MG
  8. 003880901 Oxycodone 10/325

- Vault Operations Reviewed    No Exceptions
- Camera's reviewed          No exceptions
- Alarms tested              No exceptions
- Physical review of Cage and Vault   No exceptions
- Random review of 222 forms    No exceptions
- Records Retention          No exceptions
- Power of Attorney Records    No exceptions
- Receiving Process Reviewed   No exceptions
- Monthly Drug Diversion Reports  No exceptions

The agents at the end of day summary of findings were that their review did not identify any violations or areas of concern and that everything they reviewed was in order and in compliance.   We asked if there would be a letter from them reference their findings and they replied no as they only send letters where there were violations and/or follow-up was required.

The agents left the facility @ 1:30 PM 07/11/12
The compliance Visits or Alleged Violations form located on the Wire will be completed 07/12/12.

Jim Sherl Operations Manager-Logistics
Pharmacy DC 6045
Phone 479.273-7588 Fax 479.273-2809

jimmie.sherl@wal-mart.com
Save Money. Live Better.

CONFIDENTIAL

**To:**          Mike Mullin
**Subject:**     6045 DEA Audit Summary 07/12/2012

On 07/10/12 DEA Agents Samantha Rogers and Shelly Chupik @ 9:30 AM arrived @ DC 6045 to conduct an audit of the facility.   The following bullet points highlight the audit and respective dispositions.

The agents presented proper identification and were signed in by AP.   They were then taken by the GM Mike Mullins to the conference room.   The agents advised they would be conducting a full DEA Audit Inspection to the GM Mike Mullins, AP Manager Teresa Miller, and Operations Manager Jim Sherl.

Nick Tallman was notified who in return notified Tim Harris SR Directory of Pharmacy Logistics, and Senior Director Suzanne Hiland with Professional Services.   Teresa Miller notified Senior AP Manager Pharmacy Division Donna Auldridge and Director of Specialty Compliance Chris Schwager.

The following bullet point's highlight the audit and respective dispositions:

- Licenses reviewed                          No exceptions
- POA's reviewed                             No exceptions
- Bi-Annual Inventory Report                 No exceptions
- Review of 106 Reports                      No exceptions
- The following 8 Items were audited for a period following the last Biennial Audit from 02/28/2012: (They conducted an End of Day count on 07/10/12 to verify the on-hands of the 8 items.)
  1. 003880805 Hydromorphone 2MG        No exceptions
  2. 003880516 Opana ER 10MG           No exceptions
  3. 003880539 Ampheta/Salt TB 30MG    No exceptions
  4. 003880693 Oxycodone 30MG          No exceptions
  5. 003880220 Methadone HCL 5MG       No exceptions
  6. 003880186 Fentanyl Patch 50MCG    No exceptions
  7. 550663979 Morphine ER 60MG        No exceptions
  8. 003880901 Oxycodone 10/325        No exceptions

- Security Tour of Facility                   No exceptions
- Vault Operations Reviewed                   No exceptions
- Alarms tested                               No exceptions
- Physical review of Cage and Vault           No exceptions
- Random review of 222 forms                  No exceptions
- Records Retention                           No exceptions
- Power of Attorney Records                    No exceptions
- Receiving Process Reviewed                   No exceptions
- Monthly Drug Diversion Reports               No exceptions

The agents at the end of audit summary of findings were that their review did not identify any violations or areas of concern and that everything they reviewed was in order and in compliance.   We asked if there would be a letter from them reference their findings and they replied no as they only send letters where there were violations and/or follow-up was required.

The agents left the facility @ 1:30 PM 07/11/12
The compliance Visits or Alleged Violations form located on the Wire was completed on 07/12/12.

Jim Sherl Operations Manager-Logistics
Pharmacy DC 6045
Phone 479.273-7588 Fax 479.273-2809
jimmie.sherl@wal-mart.com
Save Money. Live Better.

CONFIDENTIAL                                      WMT_MDL_000053980

* These sections are quoted below.

SEC. 302.(f)  The Attorney General is authorized to inspect the establishment of a registrant or applicant in accordance with the rules and regulations promulgated by him.

SEC. 510.(a)  As used in this section, the term "controlled premises" means -

(1)  places where original or other records or documents required under this title are kept or required to be kept, and

(2)  places, including factories, warehouses, or other establishments, and conveyances, where persons registered under section 303 (or exempted from registration under section 302(d)) may lawfully hold, manufacture, or distribute, dispense, administer, or otherwise dispose of controlled substances.

(b)(1)  For the purpose of inspecting, copying, and verifying the correctness of records, reports, or other documents required to be kept or made under this title and otherwise facilitating the carrying out of his functions under this title, the Attorney General is authorized, in accordance with this section, to enter controlled premises and to conduct administrative inspections thereof, and of the things specified in this section, relevant to those functions.

(2)  Such entries and inspections shall be carried out through officers or employees (hereinafter referred to as "inspectors") designated by the Attorney General. Any such inspector, upon stating his purpose and presenting to the owner, operator, or agent in charge of such premises (A) appropriate credentials and (B) a written notice of his inspection authority (which notice in the case of an inspection requiring, or in fact supported by, an administrative inspection warrant shall consist of such warrant), shall have the right to enter such premises and conduct such inspection at reasonable times.

(3)  Except as may otherwise be indicated in an applicable inspection warrant, the inspector shall have the right -

(A)  to inspect and copy records, reports, and other documents required to be kept or made under this title;

(B)  to inspect, within reasonable limits and in a reasonable manner, controlled premises and all pertinent equipment, finished and unfinished drugs and other substances or materials, containers, and labeling found therein, and, except as provided in paragraph (5) of this subsection, all other things therein (including records, files, papers, processes, controls, and facilities) appropriate for verification of the records, reports, and documents referred to in clause (A) or otherwise bearing on the provisions of this title; and

(C)  to inventory any stock of any controlled substance therein and obtain samples of any such substance. (4)  Except when the owner, operator, or agent in charge of the controlled

(4)  Except when the owner, operator, or agent in charge of the controlled premises so consents in writing, no inspection authorized by this section shall extend to -

(A)  financial data;

(B)  sales data other than shipment data; or

(C)  pricing data.

(c)  A warrant under this section shall not be required for the inspection of books and records pursuant to an administrative subpena issued in accordance with section 506, nor for entries and administrative inspections (including seizures of property) -

(1)  with the consent of the owner, operator, or agent in charge of the controlled premises;

(2)  in situations presenting imminent danger to health or safety;

(3)  in situations involving inspection of conveyances where there is reasonable cause to believe that the mobility of the conveyance makes it impracticable to obtain a warrant;

(4)  in any other exceptional or emergency circumstances where time or opportunity to apply for a warrant is lacking; or

(5)  in any other situations where a warrant is not constitutionally required.

WMT_MDL_000053981

**Item Audit**                                    DATE  07/10/12

3 ITEMS HAVE BEEN PRE-SELECTED FOR YOU AND REPORTS WILL BE MADE AVAILABLE
SHOWING WHAT THE "SYSTEM" SHOWS FOR PURCHASES AND SALES FOR THE PERIOD
___/____/____ TO ____/____/____ -PERFORM AUDIT OF ITMES FOR THIS 2 YEAR
PERIOD. **SHOW THE RESULTS BELOW:**

ITEM #1 38- 80693        DESCRIPTION  Oxycodone        SIZE 30 MG

| | | |
|---|---|---|
| BEG. INVENTORY | 9983 | DATE 03/01/12 |
| + RECEIVING | 59400 | 4/25 damaged Box (1) |
| - SALES | 66451 | |
| ADJUSTMENTS (LIST) | | |
| CALCULATED INV. | 2932 | |
| ACTUAL INVENTORY | 2931 | DATE 07/09/12 |
| DIFFERENCE | -1 | |

ITEM #1 38- 80805        DESCRIPTION  Hydromorphone        SIZE 8 MG

| | | |
|---|---|---|
| BEG. INVENTORY | 1472 | DATE 03/01/12 |
| + RECEIVING | 13152 | 3/21/12  1 Added back into Invntry |
| - SALES | 12944 | fnd in Rack — |
| ADJUSTMENTS (LIST) | | Reportd Lost on 106 in Nov 2011 |
| CALCULATED INV. | 1680 | |
| ACTUAL INVENTORY | 1681 | DATE 07/09/12 |
| DIFFERENCE | +1 | |

ITEM #1 38- 80539        DESCRIPTION  Amphata/salt        SIZE TB 30 mg

| | | |
|---|---|---|
| BEG. INVENTORY | 2589 | DATE 03/01/12 |
| + RECEIVING | 51384 | PO from 3/13/12 Not Picked Up |
| - SALES | 42229 | by RX Master |
| ADJUSTMENTS (LIST) | | TEVA |
| CALCULATED INV. | 11744 | |
| ACTUAL INVENTORY | 15152 | DATE 07/09/12 |
| DIFFERENCE | +3408 | |

                    WMT_MDL_000053982

**Item Audit**                                    DATE 07/10/12

3 ITEMS HAVE BEEN PRE-SELECTED FOR YOU AND REPORTS WILL BE MADE AVAILABLE
SHOWING WHAT THE "SYSTEM" SHOWS FOR PURCHASES AND SALES FOR THE PERIOD
___ / ___ / ___ TO ___ / ___ / ___ -PERFORM AUDIT OF ITMES FOR THIS 2 YEAR
PERIOD. <u>SHOW THE RESULTS BELOW:</u>

ITEM #1 38- 80186     DESCRIPTION Fentanyl     SIZE 50 M/G

BEG. INVENTORY        3657         DATE 03/01/12

+ RECEIVING           40968        PD on 3/15/12 Not Picked

- SALES               40492        Up by System 2616

ADJUSTMENTS (LIST)    _____                    Watson

CALCULATED INV.       4133

ACTUAL INVENTORY      6749         DATE 07/09/12

DIFFERENCE            +2616

ITEM #1 38- 80901     DESCRIPTION Oxyco/APAP     SIZE 10/325

BEG. INVENTORY        31719        DATE 03/01/12

+ RECEIVING           110064

- SALES               123355

ADJUSTMENTS (LIST)    _____

CALCULATED INV.       18428

ACTUAL INVENTORY      18428        DATE 07/09/12

DIFFERENCE            Ø

ITEM #1 38- 80220     DESCRIPTION Methadone HCL  SIZE 5 MG

BEG. INVENTORY        1300         DATE ___/___/___

+ RECEIVING           6816

- SALES               7070

ADJUSTMENTS (LIST)    _____

CALCULATED INV.       1046

ACTUAL INVENTORY      1046         DATE 07/09/12

DIFFERENCE            Ø

CONFIDENTIAL                                    WMT_MDL_000053983

**Item Audit**                                          DATE __07 | 10 | 12__

3 ITEMS HAVE BEEN PRE-SELECTED FOR YOU AND REPORTS WILL BE MADE AVAILABLE
SHOWING WHAT THE "SYSTEM" SHOWS FOR PURCHASES AND SALES FOR THE PERIOD
____ / _____ / _____ TO _____ / _____ / _____ -PERFORM AUDIT OF ITMES FOR THIS 2 YEAR
PERIOD. <u>SHOW THE RESULTS BELOW:</u>

ITEM #1 38- __80 65 1__     DESCRIPTION __Morphine ER__     SIZE __60 mg__

BEG. INVENTORY          _____'_____       DATE _____ / _____ / _____

+ RECEIVING             _____

- SALES                 _____

ADJUSTMENTS (LIST)      _____

CALCULATED INV.         _____

ACTUAL INVENTORY        _____       DATE _____ / _____ / _____

DIFFERENCE              _____

ITEM #1 38- __80 51 6__     DESCRIPTION __Opana ER__     SIZE __10 MG__

BEG. INVENTORY          _____4_____          DATE __03 | 01 | 12__

+ RECEIVING             _____0_____

- SALES                 _____4_____

ADJUSTMENTS (LIST)      _____

CALCULATED INV.         _____

ACTUAL INVENTORY        _____0_____          DATE __03 | 01 | 12__

DIFFERENCE              _____

ITEM #1 38- _____  DESCRIPTION_____  SIZE _____

BEG. INVENTORY          _____       DATE _____ / _____ / _____

+ RECEIVING             _____

- SALES                 _____

ADJUSTMENTS (LIST)      _____

CALCULATED INV.         _____

ACTUAL INVENTORY        _____       DATE _____ / _____ / _____

DIFFERENCE              _____

CONFIDENTIAL                                             WMT_MDL_000053984

## Sales

6-11-12 | Store # 00396; Amphetamine/Salt 30mg
Qty.2 ; Form # 120261548

3-1-12 | Store # 00968; Oxycod/APAP 10/325mg; Qty.7;
Form # 120262396

## Purchases

4-18 | BAUM Oxy/APAP 3/325     Qty.9216
Form # 120929458          Amneal

5-18 | OxyCodone 30mg     Qty. 1152
Form # 121390107     Activas

WMT_MDL_000053985

**To:**       Mike Mullin
**Subject:**  6045 DEA Audit Summary 07/12/2012

On 07/10/12 DEA Agents Samantha Rogers and Shelly Chupik @ 9:30 AM arrived @ DC 6045 to conduct an audit of the facility.   The following bullet points highlight the audit and respective dispositions.

Nick Tallman was notified who in return notified Tim Harris SR Directory of Pharmacy Logistics, and Senior Director Suzanne Hiland with Professional Services.   Teresa Miller notified Senior AP Manager Pharmacy Division Donna Auldridge and Director of Specialty Compliance Chris Schwager.

The two agents presented proper identification and were signed in by AP.

The two Agents were brought to the GM Mike Mullins office where they advised they would be conducting a full DEA Audit Inspection to Mike, Teresa Miller, and Myself.

- Licenses reviewed                    No exceptions
- POA's reviewed                       No exceptions
- Bi-Annual Inventory Report           No exceptions
- Review of 106 Reports                No exceptions
- The following 8 Items were audited for a period following the last Biennial Audit from 02/28/2012:
  (They conducted an End of Day count on 07/10/12 to verify the on-hands of the 8 items.)
    1. 003880805 Hydromorphone 2MG
    2. 003880516 Opana ER 10MG
    3. 003880539 Ampheta/Salt TB 30MG
    4. 003880693 Oxycodone 30MG
    5. 003880220 Methadone HCL 5MG
    6. 003880186 Fentanyl Patch 50MCG
    7. 550663979 Morphine ER 60MG
    8. 003880901 Oxycodone 10/325

- Vault Operations Reviewed            No Exceptions
- Camera's reviewed                    No exceptions
- Alarms tested                        No exceptions
- Physical review of Cage and Vault    No exceptions
- Random review of 222 forms           No exceptions
- Records Retention                    No exceptions
- Power of Attorney Records            No exceptions
- Receiving Process Reviewed           No exceptions
- Monthly Drug Diversion Reports       No exceptions

The agents at the end of day summary of findings were that their review did not identify any violations or areas of concern and that everything they reviewed was in order and in compliance.   We asked if there would be a letter from them reference their findings and they replied no as they only send letters where there were violations and/or follow-up was required.

The agents left the facility @ 1:30 PM 07/11/12
The compliance Visits or Alleged Violations form located on the Wire will be completed 07/12/12.

Jim Sherl Operations Manager-Logistics
Pharmacy DC 6045
Phone 479.273-7588 Fax 479.273-2809

jimmie.sherl@wal-mart.com
Save Money. Live Better.

**To:** Mike Mullin
**Subject:** 6045 DEA Audit Summary 07/12/2012

On 07/10/12 DEA Agents Samantha Rogers and Shelly Chupik @ 9:30 AM arrived @ DC 6045 to conduct an audit of the facility.   The following bullet points highlight the audit and respective dispositions.

Nick Tallman was notified who in return notified Tim Harris SR Directory of Pharmacy Logistics, and Senior Director Suzanne Hiland with Professional Services.   Teresa Miller notified Senior AP Manager Pharmacy Division Donna Auldridge and Director of Specialty Compliance Chris Schwager.

The two agents presented proper identification and were signed in by AP.

The two Agents were brought to the GM Mike Mullins office where they advised they would be conducting a full DEA Audit Inspection to Mike, Teresa Miller, and Myself.

- Licenses reviewed                              No exceptions
- POA's reviewed                                 No exceptions
- Bi-Annual Inventory Report                   No exceptions
- Review of 106 Reports                         No exceptions
- The following 8 Items were audited for a period following the last Biennial Audit from 02/28/2012:
  (They conducted an End of Day count on 07/10/12 to verify the on-hands of the 8 items.)
  1. 003880805 Hydromorphone 2MG
  2. 003880516 Opana ER 10MG
  3. 003880539 Ampheta/Salt TB 30MG
  4. 003880693 Oxycodone 30MG
  5. 003880220 Methadone HCL 5MG
  6. 003880186 Fentanyl Patch 50MCG
  7. 550663979 Morphine ER 60MG
  8. 003880901 Oxycodone 10/325

- Vault Operations Reviewed              No Exceptions
- Camera's reviewed                          No exceptions
- Alarms tested                                 No exceptions
- Physical review of Cage and Vault      No exceptions
- Random review of 222 forms              No exceptions
- Records Retention                           No exceptions
- Power of Attorney Records               No exceptions
- Receiving Process Reviewed             No exceptions
- Monthly Drug Diversion Reports         No exceptions

The agents at the end of day summary of findings were that their review did not identify any violations or areas of concern and that everything they reviewed was in order and in compliance.   We asked if there would be a letter from them reference their findings and they replied no as they only send letters where there were violations and/or follow-up was required.

The agents left the facility @ 1:30 PM 07/11/12
The compliance Visits or Alleged Violations form located on the Wire will be completed 07/12/12.

Jim Sherl Operations Manager-Logistics
Pharmacy DC 6045
Phone 479.273-7588 Fax 479.273-2809

jimmie.sherl@wal-mart.com
Save Money. Live Better.

WMT_MDL_000053987

## Jimmie Sherl

**From:** Jimmie Sherl
**Sent:** Tuesday, July 10, 2012 10:17 AM
**To:** Brenda Glenn
**Cc:** Mike Mullin; Teresa Miller
**Subject:** DEA Audit Items 07/10/12

Hey Brenda, DEA is here to conduct an Audit of our Facility and would like to audit the following items:
All of the review dates will be the same to include sales and receiving's from 02/29/12 through 07/10/12

- 003880805    Hydromorphone 2MG       00406-3243-01 L0149
- 003880516    Opana ER 10MG             63481-0674-70 L0173
- 003880539    Ampheta/Salt TB 30MG 00555-0974-02 L0253
- 003880693    Oxycodone 30MG            00228-2879-11 L0347
- 003880220    Methadone HCL 5MG       00406-5755-01 L0357
- 003880186    Fentanyl Patch 50MCG     00591-3212-72 L0449
- 550663979    Morphine ER 60MG         42858-0803-01 L0461

Please let me know when they will be available in document direct.
Thanks,
Jim


Jim Sherl Operations Manager-Logistics
Pharmacy  Distribution 07-6045
Phone 479.273-7588 Fax 479.273-2809
jimmie.sherl@wal-mart.com

Wal-Mart Stores, Inc.
1201 Moberly Lane
Mail Stop 595
Bentonville, AR 72716
Save Money. Live Better.

1

WMT_MDL_000053988

L0147

```
        GIVE   D.C.  6045  Item Slot Update    DC840 Initials HEB  Mode INQ
Item 003880901 OXYCOD/APAP10/325MG  TABLET 100    Vndr Stock 53746-0204-01
Pk Type B Hndl C    BP CONVEYABLE    Item UPC# 0035374620401  Stat ACT IR Y
CWO N  Type 20  SubTy 00 TI   1 HI   1 Whpk/Slot   192 Repl% 50 DPT 38 RP N
On-Hand   16738 Whpk Qty     1 Vnpk Qty   24 Find      HZD-MTL         RI
PTL Max Cases     8
X Slot   W-Qty Code   Date  PO number   Type Line Rcvr   RTV#
_ L0141  5098         071111 0000000000    0 000 000000 000000 SINGLE PALLET PR
_ M6032  6456         062012 5905808182 0020 004 003074
_ Z6032  5184         062712 5905808196 0020 004 003098
_
_
_
_
_
_
_
_
_
_
_

PF1=GRFS    PF2=FORWARD PF3=WITH    PF4=HELP   PF5=RECALL PF6=GAVE
PF7=UPDATE PF8=WINQ     PF9=MEMORY PF10=MENU PF11=PRINT
```

CONFIDENTIAL

WMT_MDL_000053989

LD 461

```
           GIVE   D.C.  6045  Item Slot Update    DC840 Initials KSD  Mode INQ
Item 550663979 MORPHINE ER 60MG TAB TABLET 100     Vndr Stock 42858-0803-01
Pk Type B Hndl C    BP CONVEYABLE       Item UPC# 0034285880301  Stat ACT IR Y
CWO N  Type 20  SubTy 00 TI  1 HI   1 Whpk/Slot   180 Repl% 50 DPT 38 RP N
On-Hand   2705 Whpk Qty      1 Vnpk Qty    12 Find      HZD-MTL            RI
PTL Max Cases    15
X Slot   W-Qty Code   Date   PO number   Type Line Rcvr   RTV#
_ L0461   125         061312 0000000000     0 000 000000 000000 SINGLE PALLET PR
_ M6015  2580         061312 6500830336  0020 001 003044
_
_
_
_
_
_
_
_
_
_
_

PF1=GRFS   PF2=FORWARD PF3=WITH   PF4=HELP  PF5=RECALL PF6=GAVE
PF7=UPDATE PF8=WINQ     PF9=MEMORY PF10=MENU PF11=PRINT
```

ZBZD

CONFIDENTIAL

WMT_MDL_000053990

L0449

```
        GIVE   D.C.  6045  Item Slot Update    DC840 Initials KSD  Mode INQ
Item 003880186 FENTANYL PATCH 50MCG PATCH  5      Vndr Stock 00591-3212-72
Pk Type B Hndl C    BP CONVEYABLE       Item UPC# 0030591321272  Stat ACT IR Y
CWO N  Type 20  SubTy 00 TI  1 HI  1 Whpk/Slot   240 Repl% 50 DPT 38 RP N
On-Hand   6133 Whpk Qty      1 Vnpk Qty    24 Find      HZD-MTL         RI
PTL Max Cases    10
X Slot   W-Qty Code   Date   PO number   Type Line Rcvr   RTV#
_ L0449   181          111411 0000000000    0 000 000000 000000 SINGLE PALLET PR
_ M6024  5952          050812 0000000000    0 000 000000 000000
_
_
_
_
_
_
_
_
_
_
_
_

PF1=GRFS    PF2=FORWARD PF3=WITH    PF4=HELP   PF5=RECALL PF6=GAVE
PF7=UPDATE  PF8=WINQ    PF9=MEMORY PF10=MENU  PF11=PRINT
```

3552

CONFIDENTIAL

WMT_MDL_000053991

*L0357*

```
              GIVE   D.C.  6045  Item Slot Update    DC840 Initials KSD  Mode INQ
Item 003880220 METHADONE HCL 5MG      TABLET 100    Vndr Stock 00406-5755-01
Pk Type B Hndl C    BP CONVEYABLE      Item UPC# 0030406575501  Stat ACT IR Y
CWO N  Type 20  SubTy 00 TI   1 HI   1 Whpk/Slot    180 Repl% 50 DPT 38 RP N
On-Hand    977 Whpk Qty       1 Vnpk Qty    12 Find      HZD-MTL          RI
PTL Max Cases    15
X Slot   W-Qty Code   Date   PO number   Type Line Rcvr   RTV#
_ L0357   101        111111 0000000000    0 000 000000 000000 SINGLE PALLET PR
_ M5022   432        062512 5905808206 0020 002 003089
_ M5023   444        070212 5905808220 0020 002 003114
_
_
_
_
_
_
_
_
_
_
_

PF1=GRFS   PF2=FORWARD  PF3=WITH   PF4=HELP   PF5=RECALL PF6=GAVE
PF7=UPDATE PF8=WINQ     PF9=MEMORY PF10=MENU  PF11=PRINT
```

CONFIDENTIAL

WMT_MDL_000053992

*L0347)*

```
            GIVE   D.C.  6045  Item Slot Update    DC840 Initials KSD  Mode INQ
Item 003880693 OXYCODONE 30MG       TABLET 100   Vndr Stock 00228-2879-11
Pk Type B Hndl C     BP CONVEYABLE       Item UPC# 0030228287911  Stat ACT IR Y
CWO N  Type 20  SubTy 00 TI   1 HI   1 Whpk/Slot   240 Repl% 50 DPT 38 RP N
On-Hand   2430 Whpk Qty      1 Vnpk Qty    24 Find      HZD-MTL         RI
PTL Max Cases    10
X Slot    W-Qty Code   Date  PO number   Type Line Rcvr   RTV#
_ L0347    126         111111 0000000000    0 000 000000 000000 SINGLE PALLET PR
_ M6028    2304        070512 5905808222 0020 002 003124
_
_
_
_
_
_
_
_
_
_
_
_

PF1=GRFS    PF2=FORWARD  PF3=WITH    PF4=HELP   PF5=RECALL PF6=GAVE
PF7=UPDATE PF8=WINQ      PF9=MEMORY PF10=MENU  PF11=PRINT
```

CONFIDENTIAL

WMT_MDL_000053993

*L0253*

```
              GIVE    D.C.   6045  Item Slot Update     DC840 Initials KSD   Mode INQ
Item 003880539 AMPHETA/SALT TB 30MG TABLET 100     Vndr Stock 00555-0974-02
Pk Type B Hndl C    BP CONVEYABLE       Item UPC# 0030555097402  Stat ACT IR Y
CWO N  Type 20  SubTy 00 TI   1 HI   1 Whpk/Slot    264 Repl% 50 DPT 38 RP N
On-Hand   14334 Whpk Qty      1 Vnpk Qty    24 Find      HZD-MTL          RI
PTL Max Cases    10
X Slot    W-Qty Code   Date   PO number    Type Line Rcvr   RTV#
_ L0253    198         041012 0000000000      0 000 000000 000000 SINGLE PALLET PR
_ M6018   2472         070612 0000000000      0 000 000000 000000
_ Y6016   3144         050812 5905808121   0020 003 002929 000000
_ Y6018   4608         070612 5905808242   0020 004 003128
_ Z6018   3912         070612 5905808242   0020 004 003128
_
_
_
_
_
_
_
_
_

PF1=GRFS   PF2=FORWARD  PF3=WITH   PF4=HELP   PF5=RECALL PF6=GAVE
PF7=UPDATE PF8=WINQ     PF9=MEMORY PF10=MENU PF11=PRINT
```

CONFIDENTIAL

L0175

```
            GIVE   D.C.  6045  Item Slot Update    DC840 Initials KSD  Mode INQ
 Item 003880516 OPANA ER 10MG          TABLET 100    Vndr Stock 63481-0674-70
 Pk Type B Hndl C    BP CONVEYABLE       Item UPC# 0036348167470  Stat INA IR Y
 CWO Y  Type 20  SubTy 00 TI   1 HI   1 Whpk/Slot    192 Repl%  50 DPT 38 RP N
 On-Hand       0 Whpk Qty      1 Vnpk Qty   24 Find      HZD-MTL          RI
 PTL Max Cases      8
 X Slot  W-Qty Code  Date   PO number   Type Line Rcvr   RTV#
 _ L0173      0      111111 0000000000     0 000 000000 000000 SINGLE PALLET PR
 _
 _
 _
 _
 _
 _
 _
 _
 _
 _
 _
 _
 _
 _

 PF1=GRFS   PF2=FORWARD PF3=WITH   PF4=HELP   PF5=RECALL PF6=GAVE
 PF7=UPDATE PF8=WINQ    PF9=MEMORY PF10=MENU PF11=PRINT
```

CONFIDENTIAL

WMT_MDL_000053995

L0149

```
      | GIVE  D.C.  6045  Item Slot Update    DC840 Initials KSD  Mode INQ
Item 003880805 HYDROMORPHONE 2MG     TABLET 100    Vndr Stock 00406-3243-01
Pk Type B Hndl C    BP CONVEYABLE      Item UPC# 0030406324301  Stat ACT IR Y
CWO N  Type 20  SubTy 00 TI   1 HI   1 Whpk/Slot   144 Repl%  50 DPT 38 RP N
On-Hand    1605 Whpk Qty      1 Vnpk Qty    12 Find      HZD-MTL           RI
PTL Max Cases     18
X Slot   W-Qty Code   Date   PO number   Type Line Rcvr   RTV#
_ L0149   141          111111 0000000000    0 000 000000 000000 SINGLE PALLET PR
_ M6043  1464          011012 5905807867 0020 007 002530
_
_
_
_
_
_
_
_
_
_
_
_

PF1=GRFS    PF2=FORWARD PF3=WITH    PF4=HELP   PF5=RECALL PF6=GAVE
PF7=UPDATE PF8=WINQ      PF9=MEMORY PF10=MENU PF11=PRINT
```

CONFIDENTIAL

*L0141*

```
           GIVE   D.C.  6045  Item Slot Update    DC840 Initials HEB  Mode INQ
  Item 003880901 OXYCOD/APAP10/325MG  TABLET 100    Vndr Stock 53746-0204-01
  Pk Type B Hndl C    BP CONVEYABLE      Item UPC# 0035374620401  Stat ACT IR Y
  CWO N  Type 20  SubTy 00 TI   1 HI   1 Whpk/Slot    192 Repl% 50 DPT 38 RP N
  On-Hand   16738 Whpk Qty    1 Vnpk Qty    24 Find     HZD-MTL         RI
  PTL Max Cases      8
  X Slot   W-Qty Code   Date  PO number   Type Line Rcvr   RTV#
  _ L0141  5098         071111 0000000000    0 000 000000 000000 SINGLE PALLET PR
  _ M6032  6456         062012 5905808182 0020 004 003074
  _ Z6032  5184         062712 5905808196 0020 004 003098
  _
  _
  _
  _
  _
  _
  _
  _
  _
```

11,642

```
  PF1=GRFS    PF2=FORWARD PF3=WITH    PF4=HELP   PF5=RECALL PF6=GAVE
  PF7=UPDATE PF8=WINQ     PF9=MEMORY PF10=MENU PF11=PRINT
```

CONFIDENTIAL

**Jimmie Sherl**

| | |
|---|---|
| **From:** | Jimmie Sherl |
| **Sent:** | Tuesday, July 10, 2012 10:17 AM |
| **To:** | Brenda Glenn |
| **Cc:** | Mike Mullin; Teresa Miller |
| **Subject:** | DEA Audit Items 07/10/12 |

Hey Brenda, DEA is here to conduct an Audit of our Facility and would like to audit the following items:
All of the review dates will be the same to include sales and receiving's from 02/29/12 through 07/10/12

- 003880805    Hydromorphone 2MG         00406-3243-01 L0149
- 003880516    Opana ER 10MG              63481-0674-70 L0173
- 003880539    Ampheta/Salt TB 30MG 00555-0974-02 L0253
- 003880693    Oxycodone 30MG             00228-2879-11 L0347
- 003880220    Methadone HCL 5MG          00406-5755-01 L0357
- 003880186    Fentanyl Patch 50MCG       00591-3212-72 L0449
- 550663979    Morphine ER 60MG           42858-0803-01 L0461

Please let me know when they will be available in document direct.
Thanks,
Jim


Jim Sherl Operations Manager-Logistics
Pharmacy  Distribution 07-6045
Phone 479.273-7588 Fax 479.273-2809
jimmie.sherl@wal-mart.com

Wal-Mart Stores, Inc.
1201 Moberly Lane
Mail Stop 595
Bentonville, AR 72716
Save Money. Live Better.

1

**From:**      Lucas Jackson
**Sent:**      Tuesday, July 10, 2012 10:26 AM
**To:**        Teresa Miller
**Subject:**   Youre good

***After the Inspector leaves***

Complete the Compliance Visits or Alleged Violations form located on WIRE in the Reporting Government Agency Contact policy or at:

WIRE > Knowledge Center > Facility Support > Compliance > Alcohol/Tobacco > Forms > Compliance Visits or Alleged Violations Form

The coordinator prepares a detailed report including:

o  Dates, times, and purpose of inspection
o  Copies of any paperwork received from the inspector (inspection reports, sample receipts, sample testing results etc.)
o  A list of areas toured in the facility and the amount of time spent in each area inspected
o  A list of the associates interviewed during the inspection
o  A list of questions asked by the inspector and the responses given
o  A copy of all documents the inspector received (record document dates)
o  A list of all documents/policies the inspector reviewed
o  A list of any pertinent spoken comments made by the inspector
o  Copies of sample forms and hold pallet tags
o  Pictures taken during the inspection and the picture key
o  Corrective action taken by Walmart during the inspection

CONFIDENTIAL

**Item Audit**                                    DATE _____

3 ITEMS HAVE BEEN PRE-SELECTED FOR YOU AND REPORTS WILL BE MADE AVAILABLE
SHOWING WHAT THE "SYSTEM" SHOWS FOR PURCHASES AND SALES FOR THE PERIOD
____ /____ /_____ TO _____/_____/_____-PERFORM AUDIT OF ITMES FOR THIS 2 YEAR
PERIOD. SHOW THE RESULTS BELOW:

ITEM #1 38-_____ DESCRIPTION_____ SIZE _____

BEG. INVENTORY        _____        DATE _____/_____/_____

+ RECEIVING           _____

- SALES               _____

ADJUSTMENTS (LIST)    _____

CALCULATED INV.       _____

ACTUAL INVENTORY      _____        DATE _____/_____/_____

DIFFERENCE            _____

ITEM #1 38-_____ DESCRIPTION_____ SIZE _____

BEG. INVENTORY        _____        DATE _____/_____/_____

+ RECEIVING           _____

- SALES               _____

ADJUSTMENTS (LIST)    _____

CALCULATED INV.       _____

ACTUAL INVENTORY      _____        DATE _____/_____/_____

DIFFERENCE            _____

ITEM #1 38-_____ DESCRIPTION_____ SIZE _____

BEG. INVENTORY        _____        DATE _____/_____/_____

+ RECEIVING           _____

- SALES               _____

ADJUSTMENTS (LIST)    _____

CALCULATED INV.       _____

ACTUAL INVENTORY      _____        DATE _____/_____/_____

DIFFERENCE            _____

CONFIDENTIAL                                                    WMT_MDL_000054000