# EXHIBIT QQ

| | |
|---|---|
| **From:** | Kari Baker |
| **To:** | Susanne Hiland |
| **Sent:** | 2/23/2007 1:45:53 PM |
| **Subject:** | FW: Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse VAWD Seal |
| **Attachments:** | wal1.gif |

Here's a seal to show we're VAWD certified. Don't know if we want to send to programming to add to our systems or maybe to the warehouse??

Thanks,
Kari A. Baker
Professional Services
Pharmacy and Third Party Licensing Supervisor
*702 SW 8th Street
Bentonville, AR 72716-0230
*Phone (479) 273-6874
7Fax (479) 277-9679
>*kabaker@wal-mart.com
>
If you look at what you do not have in life, you don't have anything, If you look at what you have in life, you have everything.

-----Original Message-----
From: vawd@nabp.net [mailto:vawd@nabp.net]
Sent: Tuesday, February 20, 2007 1:30 PM
To: Kari Baker
Subject: Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse VAWD Seal

Hello

Thank you for sending the signed VAWD letters of agreement (LOA). Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #45, #28, and #1 VAWD certificates will be in the mail this week.

Attached is the VAWD Seal, in gif format, that we created for Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse. It may be displayed on the parent company's Web site if Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse does not have its own Web site. For information about how to post the Seal and link the Seal to NABP's Web site, please refer to Exhibit B, "Standards for Use of the VAWD Seal," on pages 21-22 of the VAWD Letter of Agreement.

If you have any questions, please feel free to contact me.

Best wishes,

Dinah T. Gaudiano, CPhT
Accreditation Supervising Coordinator
NABP
1600 Feehanville Drive
Mount Prospect, IL 60056
Phone: 847/391-4400 ext. 4455
Fax: 847/375-1155
E-mail: DGaudiano@nabp.net

(See attached file: wal1.gif)