# EXHIBIT RR

| | |
|---|---|
| **From:** | Edward OBrien DC6046 |
| **To:** | Tim Harris; James Greer |
| **CC:** | Dena Mcclamroch; Lisa Divine; Jerry Gordon; Tina Albers; Mike Mullin; Edward OBrien DC6046; Nick Tallman; Ramona Sullins; Thomas Hervey; Brenda Glenn; Arlin Horst; Tracy Reffner; Jessica Proffitt; Darin Gage - DC 6046; James Kennard; Jennifer Bowers |
| **Sent:** | 10/28/2009 7:47:31 PM |
| **Subject:** | DEA visit |

On October 28, 2009 at 11:04a.m. I had a visit from four DEA agents. Jeffrey Hunt - Lead on audit, Donald Tush, Daisheller Kerrington, and Monica Smok. They were here to perform an inspection of controlled Premises. They informed me the audit was voluntary, but I refused they could get a court order. After verifying all their information and calling Tim and Jim, we reviewed what the audit would consist of. The last audit in DC6046 was conducted on August 2004. They stated the audit would consist of two days and possibly a third day next week to verify the alarm system, camera's and motion detectors. Today consisted of a tour of the facility and explaining our new Reddwerks system and receiving system. They were very impressed that Wal-Mart had invested in the latest technology to track their inventory. Donald had requested literature on Reddwerks, which I directed him to their website. They were impressed with the security cage and what procedures we have in place. They informed me that the DEA has split off into two groups, criminal and compliance/auditing. They stated each of our DC's will be getting an audit in the near future. I was left with the impression that the same team would be conducting all the audits. They mentioned Bentonville several times throughout their visit, so they may be their next stop. They also mentioned with them splitting off, this would consist of more audits for us. Below is the list of items they mentioned they will be checking on Thursday. Ed...

Need to pull 6 total items. 2 from each class - one fast mover and one regular/slow
Need DEA Biannual count audit - required by DEA. Should be signed by two people, dated, time of day with counts.
List of all carriers that we deal with for receiving
List of all vendors with address and phone numbers
Sample invoice - will be looking for information listed on heading
Needing a hard copy of an invoice for controls
They will take the 6 items that we supply them with and they will randomly check it against invoices for the information
Need a list of all associates who have access to the security cage
Need license number, social security number and date of birth for everyone on the security cage access list - They will run a background check
What are we checking for with our drug testing, who performs the tests, address and phone number
Security check with all camera's, motion detectors and alarm checks
Physical security of the building

For the six items, they will need an actual count with us present, all PO's received, everything shipped, loss records, theft records and damage.
Our audit date will be from October 29, 2008 - October 28, 2009

Edward O'Brien - **General Manager, Pharmacy Logistics**
Office (301)223-5800 Fax (301)223-5803
e1obrie@wal-mart.com

Wal-Mart Stores, Inc.
11121 Elliott Place
Williamsport, MD 21795
**Save money. Live better.**

CONFIDENTIAL