# EXHIBIT TT

| | |
|---|---|
| **From:** | Edward OBrien DC6046 |
| **To:** | Debra Miller; Arlin Horst; Tracy Reffner; James Kennard; Darin Gage - DC 6046; Wade W. Selman; Betty Carbaugh; Jennifer Bowers; Jessica Proffitt |
| **CC:** | Tim Harris |
| **Sent:** | 11/5/2009 8:10:59 PM |
| **Subject:** | DEA Audit |

I want to Thank each one of you for your quick response, professional manner in which you conducted yourself and overall helpfulness during the audit. You have truly displayed teamwork, ownership and a commitment to Wal-Mart. The DEA inspectors were truly impressed with our operation and controls we have in place. All the credit goes to each and everyone one of you who have made this center a better place to work. Your leadership is what makes this center the leader in safety, continued improvement in Quality, improved associate engagement. Once again, Thanks for everything you have done. Ed...

Edward O'Brien - **General Manager, Pharmacy Logistics**
Office (301)223-5800 Fax (301)223-5803
e1obrie@wal-mart.com

Wal-Mart Stores, Inc.
11121 Elliott Place
Williamsport, MD 21795
**Save money. Live better.**

CONFIDENTIAL

WMT_MDL_000057263