# EXHIBIT UU

| | |
|---|---|
| From: | Vicky Sinclair |
| To: | vawd <vawd@nabp.net> |
| CC: | Susanne Hiland </WAL-MART/HOMEOFFICE/cn=Recipients/cn=F0171A1A69F649909154C0B9A4E673FB>; Tim Harris </WAL-MART/HOMEOFFICE/cn=Recipients/cn=062A1792253511D4B12F002035673F01>; Theresa Alford </WAL-MART/REMOTE OFFICES/cn=RECIPIENTS/cn=4F1FDE9C12F811D3B122002035673F01> |
| Sent: | 12/2/2010 10:47:24 PM |
| Subject: | RE: Wal-Mart Stores East, LP - Bentonville, AR - 4th P&P Review Report (Corp + Site) |
| Attachments: | Wal-Mart - Bentonville AR - 4th PP Review Report - Corp + Site - 3 yr (2).doc; 4th P&P Review Report for Three Year Reaccreditation - Corporate.pdf |

Lisa,
Attached please find the revised P&P and supporting documents for your review. If you have questions or need additional information, please call me at the number listed below.

Thank you,
Vicky

**Vicky Sinclair, Manager, Licensing and Credentialing**
Health and Wellness Regulatory Affairs
Office: 479-277-7909 Fax: 479-204-0980
vicky.sinclair@wal-mart.com
Wal-Mart Health and Wellness Division
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money. Live Better.

---

**From:** vawd [mailto:vawd@nabp.net]
**Sent:** Wednesday, October 27, 2010 8:45 AM
**To:** Vicky Sinclair
**Cc:** Mike Mullin
**Subject:** Wal-Mart Stores East, LP - Bentonville, AR - 4th P&P Review Report (Corp + Site)

Dear Vicky and Michael:

Attached please find the results of our review of the policies and procedures (P&Ps) that were submitted in support of the Verified-Accredited Wholesale Distributors$^{CM}$ (VAWD$^{CM}$) reaccreditation process. Please note, the format has been updated, listing only the particular aspects of the criterion that appears to be missing from the P&Ps.

Please review the attachment. A member of National Association of Boards of Pharmacy® (NABP®) will contact you within the next week to ensure that your next steps are clear. We will also make available to you a person that can answer technical questions.

After discussing the next steps with NABP and then completing the form, please e-mail that document and any revised P&Ps to vawd@nabp.net. Please respond to all action items within **30 days** in order to move forward. Note that some applicants have found it useful to turn to consultants for assistance in crafting P&Ps for their company. This is acceptable. If you need additional time to address the action items, please let us know as soon as possible. If additional time extensions are required, NABP may assess an administrative fee.

Upon completion of the review you will be informed of the status.

Cordially,
Lisa M. Pugliese
Accreditation Manager
National Association of Boards of Pharmacy (NABP)
1600 Feehanville Drive
Mount Prospect, IL 60056

---

Important Notice: This communication may be confidential, contain information that is privileged, and/or contain information that is exempt from disclosure under applicable law. It is only authorized for use or review by the intended recipient(s). Any unauthorized review, use, distribution, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you believe that this has been sent to you in error, do not read the communication, immediately contact the sender by return e-mail or telephone, 847/391-4400, and destroy this communication and all copies thereof, including all attachments. The recipient should check this e-mail and any attachments for the presence of viruses. NABP accepts no liability for any damage caused by any virus transmitted by this e-mail.