# EXHIBIT VV

| | |
|---|---|
| **From:** | Nick Tallman |
| **To:** | Ramona Sullins; Theresa Alford |
| **CC:** | Donna Auldridge; Joe Mercer; Tim Harris |
| **Sent:** | 9/21/2011 9:14:08 PM |
| **Subject:** | FW: DEA visit |

FYI

Nick Tallman
Pharmacy Logistics
479-204-6451

---

**From:** Lisa Divine
**Sent:** Wednesday, September 21, 2011 4:10 PM
**To:** Tim Harris
**Cc:** Nick Tallman; Lisa Divine
**Subject:** DEA visit

Dea has left the building! The audit went very well. They were impressed with our security and we had a 0% error rate. Everything counted was 100% and the arcos audit was 100%. They had no reccomendations for improvement and no violations to report. They commented on how nice it was to audit a business that knew what they were doing and have everything in place. They initially asked about the home office monitoring our customers dea licenses and when they expired. Once we talked through the process with Vicky they were satisfied that no store would be missed and be serviced without a dea license. They questioned our process of investigating suspicious order qty's form the stores. They were satisfied with our daily over 50 report and the monthly SD405 report and that we turned in items with more than a 4% increase to home office for further investigation. All in all a very good visit. I would recommend to anyone that they run the audits the night before and know that they are going to balance ahead of time. Makes for a long night but eliminated any surprises. Again my only suggestion for future is that managers at each facility know how to run their own reports.

Thanks,

Lisa Divine **General Manager-Logistics**
Pharmacy Distribution 07-6001
Office (479)621-9188 Work Cell (479)202-1693
Cell (479)640-3955
Lisa.divine@wal-mart.com

Wal-Mart Stores, Inc.
2252 North 8th Street
Rogers, Ar 72756-0725
Mail Stop #0725
Save money. Live better.

CONFIDENTIAL

WMT_MDL_000034284