# EXHIBIT WW

| | |
|---|---|
| **From:** | McGlynn, Kevin on behalf of vawd |
| **To:** | Vicky Sinclair; Mike Mullin |
| **Sent:** | 11/7/2011 3:37:13 PM |
| **Subject:** | Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #45, Bentonville, AR - Confirmation of VAWD Three-Year Reaccreditation Compliance Review |

Dear Vicky and Mike:

We are pleased to inform you that the National Association of Boards of Pharmacy[®] (NABP[®]) Accreditation Committee has approved Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #45, 1201 Moberly Ln, Bentonville, AR 72716, VAWD #6033-27343, for continued accreditation in the  Verified-Accredited Wholesale Distributors[®] (VAWD[®]) program after successfully completing the VAWD compliance survey. Your facility's VAWD accreditation remains current and valid through January 16, 2013; however, we will continue to perform an annual compliance review.

Please note that if NABP discovers any licensure disciplinary information during your accreditation period, the accreditation of Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #45, VAWD #6033-27343, would be subject to a compliance review to determine if facility still meets VAWD criteria.

We appreciate Wal-Mart Stores East, LP dba Wal-Mart Pharmacy Warehouse #45's continued support in the VAWD program. It is a pleasure working with you and your staff.

If you have any questions, comments, and concerns regarding the VAWD program, please do not hesitate to contact me via phone at 847/391-4400 or via e-mail at vawd@nabp.net.

Sincerely,

Kevin McGlynn
Accreditation Coordinator
National Association of Boards of Pharmacy®
1600 Feehanville Drive
Mount Prospect, IL 60056
847-391-4528

Important Notice: This communication may be confidential, contain information that is privileged, and/or contain information that is exempt from disclosure under applicable law. It is only authorized for use or review by the intended recipient(s). Any unauthorized review, use, distribution, disclosure, or copying of this communication, or any part thereof, is strictly prohibited and may be unlawful. If you believe that this has been sent to you in error, do not read the communication, immediately contact the sender by return e-mail or telephone, 847/391-4400, and destroy this communication and all copies thereof, including all attachments. The recipient should check this e-mail and any attachments for the presence of viruses. NABP accepts no liability for any damage caused by any virus transmitted by this e-mail.

WMT_MDL_000058848