# EXHIBIT XX

**From:** Caroline Riogi
**To:** Chad Ducote
**Sent:** 10/9/2014 5:14:50 PM
**Subject:** RE: DC 6046 DEA Follow-up Wednesday 10/8

Thank you Chad! Finally good news for the week J

Thank you.

Caroline Riogi, R.Ph, Pharm.D
**Director, Corporate Compliance**
**Health and Wellness Practice Compliance**
Office: 479-277-1661
Fax: 479-277-9679
Caroline.Riogi@walmart.com

Walmart/Sam's Club ⁂ Compliance
702 SW 8th Street
Bentonville, AR 72716-0230
Save Money, Live Better.

Health & Wellness Practice Compliance is committed to ensuring compliance with laws and regulations applicable to the practice of health care professions, the **Right Way, Every Day!** ⁂

---

**From:** Chad Ducote
**Sent:** Thursday, October 09, 2014 12:12 PM
**To:** James Langman; George Chapman; Brad Nelson; Shelley Tustison; Caroline Riogi
**Cc:** Nick Tallman
**Subject:** FW: DC 6046 DEA Follow-up Wednesday 10/8

FYI – Didn't see you all copied on the note below.

Thanks,
Chad

---

**From:** Gary Lawrence
**Sent:** Thursday, October 09, 2014 10:48 AM
**To:** Nick Tallman; Theresa Alford; Ramona Sullins; Brooke Leverett
**Cc:** Chad Ducote
**Subject:** RE: DC 6046 DEA Follow-up Wednesday 10/8

DEA arrived here at 1010. They completed their audit and left at 1115. They tested and reviewed alarm and reports. Everything was fine. We will be emailing the report on the Hydro items for activity 09/08 – 10/01. They complimented how well we were organized with one of the agents saying "this is one of the smoothest audits I've conducted". I'm proud of how well our team was prepared. Kudos to Arlin and Yvonne!

---

**From:** Gary Lawrence
**Sent:** Wednesday, October 08, 2014 12:06 PM
**To:** Nick Tallman; Theresa Alford; Ramona Sullins; Brooke Leverett
**Cc:** Chad Ducote
**Subject:** RE: DC 6046 DEA Follow-up Wednesday 10/8

DEA has finished their audit for today. They will be back tomorrow conducting Site Security test. They indicated everything was fine.

The only open question pertains to Disposal of CS. They were looking for DEA Form 41 coming from the Reverse Distributor. Though they do have an inventory of drugs surrendered, it's not on a Form 41. Not sure if this is something

that's sent to your team. Didn't seem like a big deal, but would like to follow up on this with them tomorrow.

---

**From:** Gary Lawrence
**Sent:** Wednesday, October 08, 2014 10:44 AM
**To:** Nick Tallman; Theresa Alford; Ramona Sullins; Brooke Leverett
**Cc:** Chad Ducote
**Subject:** FW: DC 6046 DEA Follow-up Wednesday 10/8

DEA arrived in our building at 1000. They are currently reviewing item information we provided them. They plan on reviewing Site Security as well. I'll keep everyone posted.

---

**From:** Nick Tallman
**Sent:** Monday, October 06, 2014 12:32 PM
**To:** James Langman; George Chapman; Brad Nelson; Shelley Tustison; Caroline Riogi
**Cc:** Chad Ducote; Theresa Alford; Ramona Sullins; Brooke Leverett; Gary Lawrence; Kristy Spruell; Sarah Eisler
**Subject:** DC 6046 DEA Follow-up Wednesday 10/8

Everyone

Just received word from DC 6046 (Williamsport, MD) that the DEA agents will be back on site on Wednesday to complete their audit of the facility. If you remember the DEA agents were initially on-site back towards the beginning of September. We will provide updates on the visit status starting on Wednesday.

Listed items have been provided/completed:
- Complete listing of states currently serviced by DC 6046
- Listing of DC leadership and titles
- Complete listing of associates with Control Cage access
- Blueprint of facility (with control cage expansion)
- DEA participated in End-of-Day control cage inventory

The following information below will be provided/completed upon the return visit from the DEA agents:
- Following items will be audited on an individual basis for the following dates (3/7/14 – Current)
    - BUTAL/APAP/CAFF
    - ALPRAZOLAM 2MG
    - HYD/BIT/ACET 10/325
    - ALPRAZOLAM 1MG 500CT
    - HYDRO/APAP 7.5/325MG
- Audit of DC 6046 site security

**Nick Tallman - Logistics Operations**
*Walmart Health and Wellness*
D: 479-204-6451
nicholas.tallman@wal-mart.com

---

**From:** Gary Lawrence
**Sent:** Monday, October 06, 2014 9:17 AM
**To:** Nick Tallman; Theresa Alford; Ramona Sullins; Brooke Leverett
**Cc:** Chad Ducote
**Subject:** DEA Follow-up Wednesday 10/8

Received a voicemail from William Reed (DEA). They will be returning here on Wednesday to complete their audit.