# EXHIBIT YY

| | |
|---|---|
| From: | Siwik, Craig on behalf of vawd <vawd@nabp.net> |
| To: | Theresa Alford |
| Sent: | 8/7/2015 9:20:58 PM |
| Subject: | Wal-Mart Pharmacy Warehouse #45, Rogers, AR - Accreditation Approved |

Hi Theresa,

Congratulations! Wal-Mart Pharmacy Warehouse #45, Rogers, AR has been approved for VAWD accreditation. Your facility's accreditation date is August 7, 2015. Please visit our website within the next few days and verify the information provided in the list of VAWD-Accredited facilities.

You will receive a package of documents containing two signed copies of the VAWD letter of agreement (LOA) within the next 1-3 weeks. Please review and sign the LOAs and return one fully signed copy to NABP within 30 days of receiving them. Upon receipt of the signed LOA, NABP will send Wal-Mart Pharmacy Warehouse #45's VAWD certificate via regular mail and the VAWD seal via email.

When NABP sends the LOAs, the cover letter will outline the conditions of accreditation for the Wal-Mart Pharmacy Warehouse #45, Rogers, AR, facility, which include:
- Notifying NABP in writing the day the facility is fully operational (receiving and shipping prescription drug products and/or prescription devices).
  o This should include an updated list of licenses in an Excel (.xls) file so we may verify the facility licenses that were previously listed as pending or are newly obtained.
- Completing an on-site survey within 90 days of the facility becoming fully operational.
  o Please note, to finalize this accreditation, any action items resulting from the survey must be addressed so that compliance to the current VAWD criteria is confirmed.
- Failure to meet these conditions may result in the loss of your facility's VAWD accreditation.

It has been a pleasure working with you and your staff. Again, congratulations on your wholesale distributor's VAWD accreditation!

Cordially,

Craig Siwik
Accreditation CV Assistant Database Administrator
National Association of Boards of Pharmacy
1600 Feehanville Drive
Mount Prospect, IL 60056
847-391-4435

CONFIDENTIAL

WMT_MDL_000058849