IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*,<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*,<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**DECLARATION OF SHANNON E. MCCLURE IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY PURPORTING TO RELATE TO ABATEMENT COSTS AND EFFORTS**

I, Shannon E. McClure, declare as follows:

1. I am an attorney at Reed Smith, LLP, counsel for Distributor Defendant AmerisourceBergen Drug Corporation in the above-captioned case.

2. I submit this declaration in support of Defendants' Motion to Exclude Expert Testimony Purporting to Relate to Abatement Costs and Efforts.

3. Attached as Exhibit A is a true and correct copy of the April 3, 2019 Expert Report of G. Caleb Alexander, M.D.

4. Attached as Exhibit B is a true and correct copy of the April 17, 2019 Expert Report of G. Caleb Alexander, M.D.

1

5. Attached as Exhibit C is a true and correct copy of the excerpts of April 26, 2019 deposition of of G. Caleb Alexander, M.D.

6. Attached as Exhibit D is a true and correct copy of the April 3, 2019 Expert Report of Jeffrey B. Liebman, Ph.D.

7. Attached as Exhibit E is a true and correct copy of the excerpts of the May 3, 2019 deposition of Jeffrey B. Liebman, Ph.D.

8. Attached as Exhibit F is a true and correct copy of the March 24, 2019 Expert Report of Katherine Keyes, Ph.D.

9. Attached as Exhibit G is a true and correct copy of the excerpts of the April 29, 2019 deposition of Katherine Keyes, Ph.D.

10. Attached as Exhibit H is a true and correct copy of the March 25, 2019 Expert Report of Scott L. Wexelblatt, M.D.

11. Attached as Exhibit I is a true and correct copy of the excerpts of the April 24, 2019 deposition of Scott L. Wexelblatt, M.D.

12. Attached as Exhibit J is a true and correct copy of the March 25, 2019 Expert Report of Nancy K. Young, Ph.D.

13. Attached as Exhibit K is a true and correct copy of the excerpts of the May 14, 2019 deposition of Nancy K. Young, Ph.D.

14. Attached as Exhibit L is a true and correct copy of the March 25, 2019 Public Nuisance Expert Report of Thomas McGuire, Ph.D.

15. Attached as Exhibit M is a true and correct copy of excerpts of the April 23, and 30, 2019 depositions of Thomas McGuire, Ph.D.

Dated: June 28, 2019

Respectfully submitted,

*/s/ Mark S. Cheffo*
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Mark.Cheffo@dechert.com

*Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*

*Co-Liaison Counsel for the Manufacturer Defendants*[1]

*/s/ Carole S. Rendon*
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 621- 0200
Fax: (216) 696-0740
crendon@bakerlaw.com

*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.; Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*

*Co-Liaison Counsel for the Manufacturer Defendants*

---

[1] Teva Pharmaceutical Industries Ltd., Allergan plc, and Mallinckrodt plc are respectively an Israeli corporation, Irish holding company, and Irish company that are not subject to and contest personal jurisdiction for the reasons explained in their pending motions to dismiss for lack of personal jurisdiction; they are specially appearing to join this motion as a result of the Court's deadline to file dispositive and Daubert motions, and, thus, they do not waive and expressly preserve their pending personal jurisdiction challenges.

/s/ Enu Mainigi
Enu Mainigi
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, DC 20005
Telephone: (202) 434-5000
Fax: (202) 434-5029
emainigi@wc.com

*Counsel for Defendant Cardinal Health, Inc.*

*Co-Liaison Counsel for the Distributor Defendants*

/s/ Shannon E. McClure
Shannon E. McClure
REED SMITH LLP
Three Logan Square
1717 Arch Street, Suite 3100
Philadelphia, PA 19103
Telephone:  (215) 851-8100
Fax: (215) 851-1420
smcclure@reedsmith.com

*Counsel for Distributor Defendant AmerisourceBergen Drug Corporation*

*Co-Liaison Counsel for the Distributor Defendants*

/s/ Geoffrey Hobart
Geoffrey Hobart
COVINGTON & BURLING LLP
One CityCenter
850 Tenth Street, NW
Washington, DC  20001-4956
Telephone: (202) 662-5281
ghobart@cov.com

*Counsel for Distributor Defendant McKesson Corporation*

*Co-Liaison Counsel for the Distributor Defendants*

*/s/ Kaspar Stoffelmayr*
Kaspar Stoffelmayr
BARTLIT BECK LLP
54 West Hubbard Street
Chicago, IL 60654
Telephone: (312) 494-4434
Fax: (312) 494-4440
kaspar.stoffelmayr@bartlitbeck.com

*Counsel for the Walgreens Defendants*

*Liaison Counsel for the Chain Pharmacy Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that Distributors have served the foregoing on the Parties, the Court, and the Special Masters in accordance with the Court's directions at Doc. No. 1719.

/s/ *Shannon E. McClure*
Shannon E. McClure