IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*,<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*,<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE EXPERT TESTIMONY PURPORTING TO RELATE TO ABATEMENT COSTS AND EFFORTS**

Upon consideration of Defendants' Motion to Exclude Expert Testimony Purporting to Relate to Abatement Costs and Efforts and any opposition thereto, it is hereby:

**ORDERED** that Defendants' Motion is **GRANTED** as follows:

It is **ORDERED** that all opinions and testimony of Caleb Alexander and Jeffrey Liebman shall be excluded in their entirety;

It is **FURTHER ORDERED** that those portions of the opinions and any testimony of Katherine Keyes, Scott Wexelblatt, Nancy Young, and Thomas McGuire that relate to abatement shall be excluded.

                                                              Hon. Dan A. Polster
                                                        United States District Judge