UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*Track One Cases* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**<u>DECLARATION OF STEVEN A. REED</u>**

Pursuant to 28 U.S.C. § 1746, I, Steven A. Reed, hereby declare as follows:

1. I am a partner in the Philadelphia, Pennsylvania office of Morgan, Lewis & Bockius LLP, counsel for the Teva and Actavis Generic Defendants.

2. I submit this declaration on behalf of Defendants' Motion to Exclude the Marketing Causation Opinions of Mark Schumacher, Anna Lembke, and Katherine Keyes for the purpose of transmitting to the Court true and correct copies of the documents attached hereto.

3. Attached as Exhibit 1 is a true and correct copy of the expert report of Katherine Keyes.

4. Attached as Exhibit 2 is a true and correct copy of the *Curriculum Vitae* ("CV") of Katherine Keyes

5. Attached as Exhibit 3 is a true and correct copy of the expert report of Anna Lembke.

6. Attached as Exhibit 4 is a true and correct copy of the CV of Anna Lembke.

7. Attached as Exhibit 5 is a true and correct copy of the expert report of Mark Schumacher.

8. Attached as Exhibit 6 is a true and correct copy of the CV of Mark Schumacher.

9. Attached as Exhibit 7 is a true and correct copy of excerpts from the April 29, 2019 deposition of Katherine Keyes.

10. Attached as Exhibit 8 is a true and correct copy of excerpts from the April 24, 2019 deposition of Anna Lembke.

11. Attached as Exhibit 9 is a true and correct copy of excerpts from the April 23, 2019 deposition of Mark Schumacher.

Executed on this 28th day of June 2019.

/s/ Steven A. Reed
Steven A. Reed
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5000
steven.reed@morganlewis.com

*Attorneys for Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida, and appearing specially for Teva Pharmaceutical Industries, Ltd.*