Exhibit 2

DATE OF PREPARATION OF CV: DECEMBER 18, 2018

PERSONAL DATA

**Katherine M. Keyes PhD MPH**
Birth date: April 8th, 1980
Birthplace: Minneapolis, MN
Citizenship: USA

Institutional affiliation:

Department of Epidemiology
Columbia University
722 West 168th Street
New York, NY 10032
Phone: (212) 305-6706
Fax: (212) 305-9413
Email: kmk2104@columbia.edu

ACADEMIC TRAINING

| | |
|---|---|
| University of Minnesota | September 1998 – December 2001 |
| Bachelor of Science, with Honors | Minneapolis, MN |
| Bachelor of Arts, with Honors | |

| | |
|---|---|
| Columbia University | September 2004 – May 2006 |
| Master of Public Health, Epidemiology | New York, NY |

Columbia University                                    September 2006 – June 2010
Doctor of Philosophy, Epidemiology                     New York, NY
Thesis title: Ecologic-level disapproval and the prevalence of substance use: A multi-level
age-period-cohort analysis of high-school attending adolescents in the United States.
Sponsor: Deborah Hasin
Publications: see peer-reviewed journal publications #45, 51, and 65.

ACADEMIC APPOINTMENTS

| | |
|---|---|
| Associate Professor of Epidemiology | July 2016-Present |
| Department of Epidemiology | New York, NY |
| Columbia University Mailman School of Public Health | |

| | |
|---|---|
| Assistant Professor of Epidemiology | February 2012-June 2016 |
| Department of Epidemiology | New York, NY |
| Columbia University Mailman School of Public Health | |

| | |
|---|---|
| Assistant Professor of Epidemiology (in Psychiatry) | January 2013-July 2016 |
| Department of Psychiatry | New York, NY |
| Columbia University College of Physicians and Surgeons | |

| | |
|---|---|
| Adjunct Research Assistant Professor | January 2015-present |
| Survey Research Center, Institute for Social Research | Ann Arbor, MI |
| University of Michigan | |

Adjunct Associate Professor                                July 2018-present
Society and Health Research Center                         Santiago, Chile
Universidad Mayor

TRAINEESHIPS
Columbia University, New York, NY                          June 2010 – January 2012
*Columbia University Epidemiology Merit Post-doctoral Fellow*

Columbia University, New York, NY                          Sept 2006 – June 2010
*Psychiatric Epidemiology Pre-doctoral Training Fellow (T32 MH013043, PI: Link)*

PROFESSIONAL ORANIZATIONS AND SOCIETIES
_____

American Psychopathological Association (2006-present)
        *Nominations committee, 2013
        * Robins-Guze early career investigator award recipient, 2017
Research Society on Alcoholism (2006-present)
        * Program committee, 2015-2017
        * Young Investigator Award recipient, 2015
Society for Epidemiologic Research (2007-present)
        * Lilienfeld award recipient, 2008
        * Education committee, 2015-present
        * Member-at-Large, Executive committee, 2018-present
Society for Research on Child Development (2012-present)
        * Thornberg Dissertation Award committee, 2014-2018
        * Communications committee, 2017-present
World Psychiatric Association Epidemiology and Public Health Section (2011-present)
        *Michelle Tansella Award recipient, 2016
        *Executive committee, 2016-present
        *Local host of 2018 meeting, held at Columbia University, New York, May 2-4th, 2018

SELECTED HONORS AND AWARDS
_____

Student Merit Travel Award, Research Society on Alcoholism, 2006
Women & Gender Junior Investigator Award, College on Problems of Drug Dependence, 2006
Finalist, Gordis Award for outstanding student research, Research Society on Alcoholism, 2007
Student Merit Travel Award, Research Society on Alcoholism, 2007
Lilienfeld Prize for Student Research, Society for Epidemiologic Research, 2008
Gordis Award for outstanding student research, Research Society on Alcoholism, 2008
Student Merit Travel Award, Research Society on Alcoholism, 2008
National Institute of Drug Abuse Travel Award, American Psychological Association, 2009
First place, Division 50 Student Poster Competition, American Psychological Association, 2009
Student award, Epidemiology Section, American Public Health Association, 2009
Student Merit Travel Award, Research Society on Alcoholism, 2009
William Farr Award in Epidemiology, Columbia University, 2010
Robert Wood Johnson Health and Society Scholars Fellowship, 2010 (declined)
Columbia Psychiatric-Neurological Epidemiology Early Investigator Award, 2012
Research Society on Alcoholism Young Investigator Award, 2015
Tow Scholarship, Mailman School of Public Health, Columbia University, 2015
Calerdone Junior Faculty Prize, Mailman School of Public Health, Columbia University, 2016

Michelle Tansella Award, World Psychiatric Association Epidemiology section, 2016
Robins-Guze early career investigator award, American Psychopathological Association, 2016
NIH Early-Stage Investigator, Office of Disease Prevention, 2017

FELLOWSHIP AND GRANT SUPPORT

PENDING

**"As adolescent substance use declines, internalizing symptoms increase: identifying high-risk substance using groups and the role of social media, parental supervision, and unsupervised time**" **(PI: Keyes)**
Grant number TBA
Role on project: Principal investigator
Dates of funding: 07/01/2019-06/30/2024
Funder: National Institute of Drug Abuse (R01 submission)
Total direct and indirect costs: $434,794
To be reviewed March 2019

**"Health aging with alcohol? Harnessing longitudinal data from 20 countries to understand health impacts of moderate drinking among older adults**" **(PI: Keyes)**
R01-AA026959
Role on project: Principal investigator
Dates of funding: 04/01/2019-03/31/2024
Funder: National Institute of Alcohol Abuse and Alcoholism (R01 submission)
Total direct and indirect costs: $485,851.00
To be reviewed May 2019

**"Diverging trends between depression/suicidality and alcohol/opioid use among adolescents in the United States: Subgroup variation and the role of social media in 2 samples of adolescents**" **(PI: Keyes)**
Grant number TBA, subproject of CDC injury center resubmission
Role on project: Principal investigator
Dates of funding: 07/01/2019-06/30/2021
Funder: Centers for Disease Control and Prevention
Total direct and indirect costs: $200,000
Score: 19 (percentile unavailable)
Pending final funding decision

**"Examining the synergistic effects of cannabis and prescription opioid policies on chronic pain, opioid prescribing, and opioid overdose" (PI: Martins and Cerda)**
Role on project: Co-Investigator
Funder: National Institute on Drug Abuse (R01 submission)
Currently pending funding

PRESENT

**"Columbia Injury Control Research Center**" **(PI: Li)**
R49 CE002096
Role on project: Research Director
Dates of funding: 08/01/2012-07/31/2019

Funder: Centers for Disease Control and Prevention

**"Age, period, and cohort effects on gender differences in alcohol use and alcohol-related problems in 47 national, longitudinally-followed cohorts**" (PI: Keyes and Jager)
R01-AA026861
Role on project: Principal investigator and contact PI (Multiple PI with Justin Jager)
Dates of funding: 07/01/2018-06/30/2023
Funder: National Institute of Alcohol Abuse and Alcoholism
Total direct and indirect costs: $529,899

**"Substance abuse history, mental health and firearm violence: from evidence to action**"
(PI: Keyes and Cerda)
Role on project: Principal investigator and Contact PI (Multiple PI with Magdalena Cerda)
Dates of funding: June 2015 – May 2019 (currently on NCE)
Funder: National Institute of Alcohol Abuse and Alcoholism (R21 DA041154)
Direct costs: $275,000

**"Race, alcohol consumption, and vehicle crashes: an epidemiologic paradox"** (PI: Keyes)
Role on project: Principal investigator
Dates of funding: June 2013 – May 2019 (currently on NCE)
Funder: National Institute of Alcohol Abuse and Alcoholism (K01AA021511)
Direct costs: $849,849

**"Aging well with alcohol? Harnessing longitudinal data from 20 countries to understand health impacts of moderate drinking among older adults**" (PI: Keyes)
Role on project: Principal investigator
Dates of funding: June 2017 – May 2019
Funder: The Robert N. Butler Columbia Aging Center
Direct costs: $30,000

**"Drug use among nightclub and dance festival attendees in New York City"** (PI: Palamar)
Role on project: Co-Investigator, PI of Columbia subcontract
Dates  of funding:  09/01/2018-05/31/2021
Funder: National Institute on Drug Abuse (R01-DA044207)
Total direct and indirect costs: $497,339

"**Monitoring the Future: Drug Use and Lifestyles of American Youth**" (PI: Miech)
Role on project: Co-Investigator, PI of Columbia subcontract
Dates of funding: August 2017 – June 2022
Funder: National Institute on Drug Abuse (R01 DA001411)
Direct costs: $5,123,733

**"State medical marijuana laws and NSDUH marijuana use and consequences since 2004"**
(PI: Martins)
Role on project: Co-Investigator
Dates of funding: August 2013 – December 2018 (currently on NCE)
Funder: National Institute on Drug Abuse (R01 DA037866)
Direct costs: $ 750,000

PAST

**"State medical marijuana laws and teen marijuana use and attitudes since 1991"** (PI: Hasin)
Role on project: Co-Investigator, PI of Columbia subcontract
Dates of funding: August 2012 – July 2017
Funder: National Institute on Drug Abuse (R01 DA034244)
Direct costs: $ 374,562

**"Neighborhood interventions in alcohol-related homicide: a systems approach"** (MPI: Keyes and Cerda)
Role on project: Principal investigator and Contact PI (Multiple PI with Magdalena Cerda)
Dates of funding: October 2013-September 2016
Funder: National Institute of Alcohol Abuse and Alcoholism (R21 AA021909)
Direct costs: $275,000

**"Racial/Ethnic Disparity in Alcohol-Attributable Mortality from Motor Vehicle Crashes"**
Role on project: Principal investigator (PI)
Dates of funding: January 2016 – December 2016
Funder: Columbia University Center for Injury Epidemiology and Prevention
Direct costs: $10,000

**"Correcting nonresponse bias in national surveys"**
Role on project: Principal investigator
Dates of funding: November 2015-October 2016
Funder: Columbia University Calderone Junior Faculty Prize
Direct costs: $25,000

**"Principles of Epidemiology: a flipped classroom proposal"**
Role on the project: Principal Investigator (Multiple PI with Silvia Martins)
Dates of funding: May 2015 to May 2016
Funder: Columbia University Provost Hybrid Learning Course Redesign and Delivery program
Direct costs: $12,000

**"Mental health and firearm violence: from evidence to action** (MPI: Keyes and Cerda)
Role on project: Principal investigator (Multiple PI with Magdalena Cerda)
Dates of funding: January 2015 – December 2015
Funder: Columbia University Center for Injury Epidemiology and Prevention
Direct costs: $10,000

**"Developing a translational framework for studying grief and grief-related pathologies"**
Role on the project: Co-Investigator (PI: Zoe Donaldson)
Dates of funding: May 2015 – September 2015
Funder: Columbia University Collaborative and Multidisciplinary Pilot Research Awards
Direct costs: $15,000

"**Does structural discrimination explain health disparities by race? Preliminary analyses in state-to-state mobility**" (PI: Keyes)
Role on project: Principal investigator
Dates of funding: December 2012 – June 2013
Funder: Robert Wood Johnson Health & Society Scholars Program at Columbia University
Direct costs: $5,000.00

**Research Associate Award: "The longitudinal emergence of racial/ethnic differences in alcohol use disorders and depression from adolescence to adulthood"** (PI: Keyes)
Role on project: Principal Investigator
Dates of funding: September 2011 – June 2012
Funder: Columbia University
Direct costs: $30,000.00.

**"Period and cohort effects in adolescent substance use: testing the effects of the social environment in a time series of U.S. adolescents from 1976-2008"** (PI: Keyes)
Role on project: Principal Investigator
Dates of funding: December 2010 – June 2011
Funder: Robert Wood Johnson Health & Society Scholars Program at Columbia University
Direct costs: $10,000.00

**"Age-period-cohort effects on substance use in adolescence, 1976-2006"** (PI: Keyes)
Role on project: Principal Investigator
Dates of funding: June 2009 – October 2011 (electively terminated June 2010 due to early graduation)
Funder: National Institute on Drug Abuse (F31 DA026689-01)

TEACHING EXPERIENCE AND RESPONSIBILITIES

Role: Instructor

- EPID P8410: *Psychiatric Epidemiology*, 2016-2017
- HPMN P8545: *Analysis of Large-Scale Data*, 2016-2018
- EPIC Summer Institute: *Principles of Epidemiology*, 2014-2018
- EPIC Summer Institute: *Multi-level analysis for public health research*, 2016-2018
- EPID 787: *Multi-level analysis for public health research*, 2015-2018 (University of Michigan Graduate Summer Session in Epidemiology)
- Special short course: *Multi-level analysis for public health research*, 2017, (University of Cape Town, Cape Town, South Africa)
- EPID P6400: *Principles of Epidemiology*, 2010- 2015
- EPIC Summer Institute: *Analysis of Complex Survey Data*, 2011-2013
- MSPH Core: *Quantitative Foundations of Public Health*, 2012

Role: Assistant Course Director

- EPID P6400: *Principles of Epidemiology*, 2008, 2009

Role: Guest lecturer

- K Award Seminar Series, New York State Psychiatric Institute, 2013-2018
- EPID P9489: *Advanced Techniques in Epidemiological Methods*, 2017
- MPH Core Module 202-206: *Principles of Epidemiology*, (École des hautes études en santé publique, Paris, France), 2011-2016
- EPID P8416: *Selected Problems in Measurement*, 2010-2016
- EPID P8438: *Design and Conduct of Observational Epidemiology*, 2012-2015
- EPID P8419: *Reading Seminar in Psychiatric Epidemiology*, 2009-2015
- EPID P8470: *Epidemiology of Alcohol and Drug Problems*, 2011-2015

- EPID P9419: *Master's Essay in Epidemiology*, 2008-2015
- EPID P8471: *Social Epidemiology*, 2010

Role: Teaching assistant

- EPID P6400: *Principles of Epidemiology*, 2006-2008
- EPID P8421: *Introduction to Clinical Psychiatry for Public Health*, 2006
- EPID P8471: *Social Epidemiology*, 2008
- EPID P8419: *Reading Seminar in Psychiatric Epidemiology*, 2009
- EPID P8470: *Epidemiology of Alcohol and Drug Problems*, 2010

TRAINING PROGRAM INVOLVEMENT

T32 MH013043-45 "A Research Training Program in Psychiatric Epidemiology"
Role: Co-Director (with Ezra Susser, Bruce Dohrenwend, and Sharon Schwartz)

T32 DA-031099-05 "Epidemiology of Substance Use Disorders Training Program at Columbia University" (PI: Hasin)
Role: Faculty, Steering Committee

T32 ES023772-02 "Training Program in Environmental Life Course Epidemiology" (PI: Factor-Litvak
Role: Faculty

DEPARTMENTAL SERVICE

- Faculty director, Executive MS in Epidemiology Program, 2012-2015
- Methods qualifying exam committee, 2015-present

STUDENT ADVISEES

Master's students:

Mary Elizabeth Smith, 2011 (thesis, second reader)
Pedro Carneiro, 2012 (thesis, second reader)
Bryan Kutner, 2012 (thesis, second reader)
Erin Gilbert, 2012 (thesis, second reader)
Xinfan Liu, 2012 (thesis, second reader)
Charissa Pratt, 2013 (thesis, first reader)
Arti Virkud, 2013 (thesis, first reader)
Jonathan Platt, 2013 (thesis, first reader)
Edward Gastel, 2013 (thesis, first reader)
Nathalie DuRivage, 2013 (thesis, first reader)
Thomas Vo, 2014 (thesis, first reader)
Mark Morgan, 2014 (thesis, first reader)
Sabrina Cheng, 2014 (thesis, first reader)
Stephanie Brazis, 2014 (thesis, first reader)
Ruth Chang, 2014 (thesis, first reader)
Amy Lanza, 2015 (thesis, first reader)
David Sowa, 2015 (thesis, first reader)
Chidinma Egbukichi, 2015 (thesis, first reader)

Khudejha Asghar, 2015 (thesis, first reader)
Dahsan Gary, 2016 (thesis, first reader)
Joy Ukaigwe, 2016 (thesis, first reader)
Elizabeth Wartella, 2016 (thesis, first reader)
Rachel Webster, 2016 (thesis, first reader)
Caroline Hugh, 2017 (thesis, first reader)
Ghadah Gadi, 2017 (thesis, first reader)
Margaret Havunjian, 2018 (thesis, first reader)
Miriam Woodward, 2018 (thesis, first reader)
Ian Rodgers, 2018 (thesis, first reader)
Tatini Mal-Sarkar, expected 2019 (thesis, first reader)
Noah Kreski, expected 2019 (thesis, first reader)
Mia Pandit, expected 2019 (thesis, first reader)

Doctoral students (former):

Joanne Brady, 2013-2014 (dissertation, second reader)
    *Currently: senior research fellow, NORC at the University of Chicago
Melissa Dupont-Reyes, 2015-2017 (dissertation, second reader)
    *Currently: post-doctoral fellow, University of Texas at Austin, Latino Research
    Initiative
Nina Banerjee, 2014-present (dissertation, second reader)
    * Currently: psychologist in private practice, Orange County, CA
Julian Santaella, 2015-2018 (dissertation, sponsor)
    *Currently: faculty, Universidad del Valle, Colombia

Doctoral students (present):

Paula Bordelois, 2015-present (dissertation, sponsor)
Jonathan Platt, 2015-present (dissertation, sponsor)
Somjen Frazer, 2015-present (dissertation, outside reader)
David Fink, 2015-present (dissertation, second reader)
Aravind Pillai, 2016-present (dissertation, second reader)
Victor Puac-Polanco, 2018-present (dissertation, chair)
Greg Cohen, 2018-present (dissertation, chair)
Eleanor Hayes-Larson, 2018-present (dissertation, second reader)

Discussant for dissertation proposal defense:

Wendy Cheng, 2014
Kate Sapra, 2014
Emily Greene, 2016

---

OTHER PROFESSIONAL ACTIVITIES

JOURNAL EDITING

Current
- Drug and Alcohol Dependence, Associate Editor, 2015 to present
- American Journal of Public Health, guest editor, Special Section: "Improving Population Mental Health in the 21st Century", 2018
- Alcoholism: Clinical and Experimental Research, Field Editor, 2014 to present
- Injury Epidemiology, Associate Editor, 2013 to present

Former

- BMC Psychiatry, Associate Editor, 2011 to 2015
- Social Psychiatry and Psychiatric Epidemiology, Editor of commentaries and editorials, 2014 to 2016

JOURNAL REVIEW (SELECTION)

Addiction; Alcoholism: Clinical and Experimental Research; American Journal of Epidemiology; American Journal of Psychiatry; American Journal of Public Health; Archives of General Psychiatry; BMC Psychiatry; British Journal of Psychiatry; Contemporary Drug Problems; Demography; Depression and Anxiety; Drug and Alcohol Dependence; Epidemiology; International Gambling Studies; International Journal of Epidemiology; JAMA; JAMA Pediatrics; JAMA Psychiatry; Journal of Nervous and Mental Diseases; Journal of Psychiatric Research; Journal of Traumatic Stress; Journal of Studies on Alcohol and Drugs; Molecular Psychiatry; New England Journal of Medicine; Preventive Medicine; PLoS One; Psychological Medicine; Social Psychiatry and Psychiatric Epidemiology; Social Science and Medicine; Substance Abuse Treatment, Prevention, and Policy

ABSTRACT REVIEW

Society for Epidemiologic Research

NIH STUDY SECTIONS

- NIAAA: AA1: Biomedical Research Review Subcommittee, November 9th, 2015
- NIAAA: AA1: Biomedical Research Review Subcommittee, July 11th, 2016
- NIDA: Special Emphasis Panel: PAR-16-24: Accelerating the Pace of Drug Abuse Research Using Existing Data, November 4th, 2016
- NIAAA: AA2: Epidemiology, Prevention and Behavior Research Review Subcommittee, March 6th, 2017
- Social Sciences and Population Studies-B (SSPB) study section, June 15th, 2017
- NIAAA: AA1: Biomedical Research Review Subcommittee, July 14th, 2017
- NIAAA: AA2: Epidemiology, Prevention and Behavior Research Review Subcommittee, March 5th, 2018
- NIDA: Special Emphasis Panel: PAR-16-24: Accelerating the Pace of Drug Abuse Research Using Existing Data, March 1st, 2018

NATIONAL COMMITTEE MEMERSHIP

National Academy of Sciences, Engineering, and Medicine: Health and Medicine Division
"Accelerating the Progress to Reduce Alcohol-Impaired Driving Fatalities"
In progress, 2017-2018

PUBLICATIONS

PEER-REVIEWED JOURNAL PUBLICATIONS

1.  Hasin DS, Hatzenbuehler ML, **Keyes KM,** Ogburn E. 2006. Substance use disorders: Diagnostic and Statistical Manual of Mental Disorders, fourth edition (DSM-IV) and International Classification of Diseases, tenth edition (ICD-10).  Addiction, (101 Suppl 1): 59-75.  PMID: 16930162.

2.  Hasin DS, **Keyes KM**, Hatzenbuehler M, Aharonovich E, Alderson D. 2007. Effects of physical proximity, loss, and previously-assessed history on alcohol use and traumatic stress symptoms following terrorist attacks.  American Journal of Public Health, 97(12):2268-75.  PMID: 17971553. PMCID: PMC2089108.

3.  Goodwin RD, **Keyes KM**, Simuro N. 2007. Cigarette use and mental disorders during pregnancy. American Journal of Obstetrics and Gynecology, 109(4):875-83.  PMID: 17400849.

4.  Goodwin RD, Zvolensky, MJ, **Keyes KM**. 2008. Nicotine dependence and mental disorders among adults in the United States. Evaluating the role of mode of administration. Psychological Medicine, 43(3):1471-1477.  PMID: 18366824.

5.  **Keyes KM**, Hatzenbuehler ML, Alberti PM, Narrow WE, Grant BF, Hasin DS. 2008. Service utilization differences for axis I psychiatric and substance use disorders between white and black adults.  Psychiatric Services, 59(8):893-901.  PMID: 18678687. PMCID: PMC2729457.

6.  Beseler C, Aharonvich E, **Keyes KM**, Hasin DS. 2008. Adult transition from at-risk drinking to alcohol dependence: The relationship of family history and drinking motives.  Alcoholism: Clinical and Experimental Research, 32(4):607-16.  PMID: 18341650. PMCID: PMC3850293.

7.  Heiman G, Ogburn E, Gorroochurn P, **Keyes KM**, Hasin D. 2008. Evidence for a two-stage model of dependence using the NESARC and its implications for genetic association studies. Drug and Alcohol Dependence, 92(1-3), 258-266.  PMID: 17933473. PMCID: PMC2266584.

8.  **Keyes KM,** Martins SS, Hasin DS. 2008.  Past 12-month and lifetime comorbidity and poly-drug use of ecstasy users among young adults in the United States: Results from the National Epidemiologic Survey on Alcohol and Related Conditions. Drug and Alcohol Dependence, 97(1-2): 139-149.  PMID: 18524499. PMCID: PMC3771490.

9.  Vesga-Lopez O, Blanco C, **Keyes KM**, Olfson M, Grant BF, Hasin DS. 2008. Psychiatric disorders in pregnant and postpartum women in the United States. Archives of General Psychiatry, 65(7):805-15.  PMID: 18606953. PMCID: PMC2669282.

10. Hatzenbuehler ML, **Keyes KM**, Narrow WE, Grant BF, Hasin DS. 2008. Racial/Ethnic disparities in service utilization for mental health and substance disorders: comorbid individuals in the general population. Journal of Clinical Psychiatry, 69(7):1112-1121. PMID: 18517286. PMCID: PMC2745048.

11. **Keyes KM**, Hasin DS. 2008. Socio-economic status and problem alcohol use: the positive relationship between income and the DSM-IV alcohol abuse diagnosis. Addiction, 103(7):1120-30.  PMID: 18494841. PMCID: PMC385924.

12. Thompson R, Lizardi D, **Keyes KM,** Hasin DS. 2008. Childhood or Adolescent Parental Divorce/Separation, Parental History of Alcohol Problems, and Offspring Lifetime Alcohol Dependence.  Drug and Alcohol Dependence, 98(3):264-269.  PMID: 18757141. PMCID: PMC3818521.

13. **Keyes KM**, Grant BF, Hasin DS. 2008. Evidence for a closing gender gap in alcohol use, abuse, and dependence in the United States population. Drug and Alcohol Dependence, 93(1-2): 21-29.  PMID: 17980512. PMCID: PMC3163892.

14. Hasin D, **Keyes KM**, Alderson D, Wang S, Aharonovich E, Grant B. 2008.  Cannabis withdrawal in the United States: Results from the NESARC.  Journal of Clinical Psychiatry, 69(9);1354-63.  PMID: 19012815. PMCID: PMC2777674.

15. Goodwin R, Davidson KW, **Keyes KM**. 2009. Mental disorders and cardiovascular disease among adults in the  United States. Journal of Psychiatric Research, 43(3): 239-246.  PMID: 18614179. PMCID: PMC3340909.

16. Hatzenbuehler ML, **Keyes KM,** Hasin DS.  2009. Associations between perceived weight discrimination and the prevalence of psychiatric disorders in the general population. Obesity, 17(11):2033-2039.  PMID: 19390520. PMCID: PMC3767420.

17. Goodwin, RD, **Keyes KM**, Hasin DS. 2009. Changes in cigarette use and nicotine dependence in the United States. American Journal of Public Health, 99(8):1471-1477. PMID: 19008515. PMCID: PMC2707489.

18. Pilowsky D, **Keyes KM**, Hasin DS. 2009. Adverse Childhood Events and Lifetime Alcohol Dependence.  American Journal of Public Health, 99(2):258-263.  PMID: 19059847. PMCID: PMC2622772.

19. Goodwin RD, **Keyes KM**, Stein MB, Talley NJ.  2009. Peptic ulcer and mental disorders among adults in the community: The role of nicotine and alcohol use disorders. Psychosomatic Medicine, 71(4)463-468.  PMID: 19443694. PMCID: PMC3340907.

20. Martins SS, **Keyes KM,** Storr CL, Zhu H, Chilcoat, HD. 2009. Pathways between nonmedical opioid use/dependence and psychiatric disorders: results from the National Epidemiologic Survey on Alcohol and Related Conditions.  Drug and Alcohol Dependence, 103(1-2):16-24.  PMID: 19414225. PMCID: PMC2699563.

21. **Keyes KM,** Geier T, Grant BF, Hasin DS. 2009. Influence of a drinking quantity and frequency measure on the prevalence and demographic correlates of DSM-IV alcohol dependence.  Alcoholism: Clinical and Experimental Research, 33(5):761-771.  PMID: 19298332. PMCID: PMC3163446.

22. Lizardi D, Thompson R, **Keyes KM**, Hasin DS. 2009. Parental divorce, parental depression, and gender differences in adult offspring suicide attempt. Journal of Nervous and Mental Disease, 197(12):899-904.  PMID: 20010025. PMCID: PMC3767404.

23. Hatzenbuehler ML, **Keyes KM,** Hasin DS.  2009. State-level policies and psychiatric morbidity in lesbian, gay, and bisexual populations.  <u>American Journal of Public Health</u>, 99(12):2275-2281.  PMID: 19833997. PMCID: PMC2775762.

24. Hatzenbuehler ML, McLaughlin K, **Keyes KM**.  The impact of institutional discrimination on psychiatric disorders in lesbian, gay, and bisexual populations: a prospective study.  2010.  <u>American Journal of Public Health</u>, 100(3):452-459. PMID: 20075314. PMCID: PMC2820062.

25. Baca-Garcia E, Perez-Rodriguez M, **Keyes KM**, Oquendo MA, Hasin DS, Grant BF, Blanco C. 2010. Suicidal ideation and suicide attempts in the United States: 1991-1992 and 2001-2002.  <u>Molecular Psychiatry</u>, 15(3):250-259.  PMID: 18779820. PMCID: PMC2825279.

26. **Keyes KM,** Utz R, Robinson W, Li G. 2010. What is a cohort effect? Comparison of three statistical methods for modeling cohort effects in obesity prevalence in the United States, 1971–2006.  <u>Social Science and Medicine</u>, 70:1100-1108.  PMID: 20122771.  PMCID: PMC3469580.

27. McLaughlin K, Hatzenbuehler M, **Keyes KM.**  2010.  Responses to Discrimination and Psychiatric Disorders Among Black, Hispanic, Female, and Lesbian, Gay, and Bisexual Individuals. <u>American Journal of Public Health</u>, 100(8):1477-1484.  PMID: 20558791. PMCID: PMC2901295.

28. Martins SS, **Keyes KM**, Storr CL, Zhu H, Grucza, RA.  2010.  Birth-Cohort Trends in Lifetime and Past-Year Prescription Opioid-Use Disorder Resulting From Nonmedical Use: Results From Two National Surveys. <u>Journal of Studies on Alcohol and Drugs</u>, 71(4)480-487.  PMID: 20553656. PMCID: PMC2887918.

29. Shmulewitz D, **Keyes KM**, Beseler C, Aharonovich E, Aivadyan C, Spivak B, Hasin DS. 2010.  The dimensionality of alcohol use disorders: Results from Israel.  <u>Drug and Alcohol Dependence</u>, 111(1-2):146-154.  PMID: 20537809. PMCID: PMC3884677.

30. **Keyes KM**, Martins SS, Blanco CB, Hasin DS.  2010. Telescoping and gender differences in alcohol dependence:  new evidence from two national surveys.  <u>American Journal of Psychiatry</u>, 167(8):969-976.  PMID: 20439391. PMCID: PMC3767417.

31. Fenton M, **Keyes KM,** Martins S, Hasin DS. 2010. The Role of a Prescription in Anxiety Medication Use, Abuse, and Dependence.  <u>American Journal of Psychiatry</u>, 167(10):1247-1253.  PMID: 20595413. PMCID: PMC3756550.

32. **Keyes KM**, Li G. 2010. A multi-phase method for estimating cohort effects in age-period contingency table data. <u>Annals of Epidemiology</u>, 20(10):779-785.  PMID: 20627769. PMCID: PMC2946643.

33. Lizardi D, Thompson R, **Keyes KM**, Hasin DS. 2010. The role of depression in the differential effect of childhood parental divorces on male and female adult offspring suicide attempt risk. <u>Journal of Nervous and Mental Diseases</u>, 198(9):687-690. PMID: 20823733. PMCID: PMC3755764.

34. **Keyes KM**, Hatzenbuehler ML, McLaughlin K, Link BG, Olfson M, Grant B, Hasin DS.  2010.  Stigma and treatment for alcohol disorders in the United States.  American Journal of Epidemiology, 172(12):1364-1372.  PMID: 21044992. PMCID: PMC2998202.

35. **Keyes KM**, Krueger RF, Grant BF, Hasin DS. 2011. Alcohol craving and the dimensionality of alcohol disorders.  Psychological Medicine, 41(3):629-640.  PMID: 20459881. PMCID: PMC2981698.

36. **Keyes KM,** Keyes MA, March D, Susser E. 2011.  Levels of risk: maternal-, middle childhood-, and neighborhood-level predictors of adolescent disinhibitory behaviors from a longitudinal birth cohort in the United States.  Mental Health and Substance Use, 4(1):22-37.  PMID: 21483643. PMCID: PMC3072573.

37. Eaton N**,** Krueger RF, **Keyes KM**, Skodol A, Markon K, Grant B, Hasin D. 2011. Borderline Personality Disorder Comorbidity: relationship to the internalizing-externalizing structure of common mental disorders.  Psychological Medicine, 41(5):1041-1050.  PMID: 20836905. PMCID: PMC3193799.

38. Baca-Garcia E, Perez-Rodriguez MM, **Keyes KM**, Oquendo MA, Hasin DS, Grant BF, Blanco C. 2011. Suicidal ideation and suicide attempts among Hispanic subgroups in the United States: 1991-1992 and 2001-2002.  Journal of Psychiatric Research, 45(4):512-518.  PMID: 20937507. PMCID: PMC3032009.

39. Skodol AE, Grilo CM, **Keyes KM**, Geier T, Grant BF, Hasin DS. 2011. Relationship of Personality Disorders to the Course of Major Depressive Disorder in a Nationally Representative Sample.  American Journal of Psychiatry, 168(3):257-264.  PMID: 21245088. PMCID: PMC3202962.

40. **Keyes KM**, Barnes D, Bates L.  2011.  Stress, coping, and depression: testing a new hypothesis in a prospectively studied general population sample of U.S. born Whites and Blacks.  Social Science and Medicine, 72(5):650-659.  PMID: 21227557. PMCID: PMC3202962.

41. **Keyes KM**, Martins S, Hatzenbuehler ML, Bates L, Blanco C, Hasin DS.  2011. Mental health service utilization for psychiatric disorders among Latinos living in the United States: the role of ethnic subgroup, ethnic identity, and language/social preferences. Social Psychiatry and Psychiatric Epidemiology. Epub Feb 3.  PMID: 21290097. PMCID: PMC3756540.

42. Hatzenbuehler ML, **Keyes KM,** McLaughlin K.  2011. The protective effects of social/contextual factors on psychiatric morbidity in LGB populations.  International Journal of Epidemiology, 40(4)1071-80. PMID: 21330343. PMCID: PMC3156367.

43. Goodwin RD, Lipsitz JD, **Keyes KM,** Galea S, Fyer AJ.  2011. Family history of alcohol use disorders among adults with panic disorder in the community.  Journal of Psychiatric Research, 45(8)1123-7. PMID: 21334007. PMCID: PMC3337757.

44. **Keyes KM**, Hatzenbuehler ML, Hasin DS.  2011.  Stressful life experiences, alcohol consumption, and alcohol use disorders: the epidemiologic evidence for four main types of stressors.  Psychopharmacology, 218(1):1-17.  PMID: 21373787. PMCID: PMC3755727.

45. **Keyes KM**, Schulenberg JS, O'Malley PE, Johnston LD, Bachman JG, Li G, Hasin DS. 2011. The social norms of birth cohorts and adolescent marijuana use in the United States, 1976–2007. Addiction, EPub May 6. PMID: 21545669. PMCID: PMC3174352.

46. Shmulewitz D, **Keyes KM**, Wall MM, Aharonovich E, Aivadyan C, Greenstein E, Spivak B, Weizman A, Frisch A, Grant BF, Hasin DS. 2011. Nicotine dependence, abuse and craving: dimensionality in an Israeli sample. Addiction, 106(9):1675-86. PMID: 21545668. PMCID: PMC3163441.

47. Hatzenbuehler ML, Wieringa NF, **Keyes KM**. 2011. Community-level determinants of tobacco use disparities in LGB youth: Results from a population-based study. Archives of Pediatrics and Adolescent Medicine, 165(6): 527-32. PMID: 21646585.

48. Baca-Garcia E, Perez-Rodriguez MM, Oquendo MA, **Keyes KM**, Hasin DS, Grant BF, Blanco C. Estimating risk for suicide attempt: are we asking the right questions? Passive suicidal ideation as a marker for suicidal behavior. Journal of Affective Disorders, EPub Jul 22. PMID: 21784532. PMCID: PMC3172880.

49. Wall M, Poh E, Cerda M, **Keyes KM**, Galea S, Hasin DS. 2011. Adolescent marijuana use from 2002 to 2008: higher in states with medical marijuana laws, cause still unclear. Annals of Epidemiology, 21(9):714-716. PMID: 21820632. PMCID: PMC3358137.

50. Eaton, NR, **Keyes KM**, Krueger, RF, Balsis S, Skodol AE, Markon KE, Grant BF, Hasin DS. 2011. An Invariant Dimensional Liability Model of Gender Differences in Mental Disorder Prevalence: Evidence from a National Sample. Journal of Abnormal Psychology, Aug 15 EPub. PMID: 21842958. PMCID: PMC3402021.

51. **Keyes KM**, Li G, Hasin DS. 2011. Birth cohort effects and gender differences in alcohol epidemiology: a review and synthesis. Alcoholism: Clinical and Experimental Research, 35(12):2101-2012. PMID: 21919918. PMCID: PMC3221910.

52. Lee SY, Martins SM, **Keyes KM**, Lee HB. 2011. Mental Health Service Use by Persons of Asian Ancestry With DSM-IV Mental Disorders in the United States. Psychiatric Services, 62(10): 1180-6. PMID: 21969644. PMCID: PMC3698479.

53. **Keyes KM**, Liu XC, Cerda M. 2011. The role of race/ethnicity in alcohol-attributable injury in the United States. Epidemiologic Reviews, ePub Sep 19. PMID: 21930592. PMCID: PMC3283099.

54. Martins SS, Fenton MC, **Keyes KM**, Blanco C, Zhu H, Storr CL. 2011. Mood/Anxiety disorders and their association with non-medical prescription opioid use and prescription opioid use disorder: longitudinal evidence from the National Epidemiologic Study on Alcohol and Related Conditions. Psychological Medicine, ePub Oct 17. PMID: 21999943. PMCID: PMC3513363.

55. Hankerson SH, Fenton MC, Geier TJ, **Keyes KM**, Weissman MM, Hasin DS. 2011. Racial Differences in Symptoms, Comorbidity, and Treatment for Major Depressive Disorder among Black and White Adults. Journal of the National Medical Association, 103(7):576-84. PMID: 21999032. PMCID: PMC3866690.

56. **Keyes KM**, McLaughlin K, Koenen KC, Goldmann E, Uddin M, Galea S. 2011. Child maltreatment increases sensitivity to adverse social contexts: Neighborhood physical disorder and incident binge drinking in Detroit.  Drug and Alcohol Dependence, ePub Oct 5. PMID: 21981990. PMCID: PMC3288803.

57. Hasin DS, Fenton M, Skodal A, Krueger R, **Keyes KM**, Blanco C, Johnson J, Geier T, Grant B. 2011. Personality disorders and the 3-year course of alcohol, drug, and nicotine use disorders. Archives of General Psychiatry, 68(11):1158-1167. PMID: 22065531. PMCID: PMC3500879.

58. McLaughlin K, Nandi A, **Keyes KM**, Uddin M, Aiello AE, Galea S, Koenen KC.  2011. Home foreclosure and risk of psychiatric morbidity during the recent financial crisis. Psychological Medicine, ePub Nov 21. PMID: 22099861. PMCID: PMC3438142.

59. **Keyes KM**, Eaton N, Krueger RF, McLaughlin K, Wall M, Grant BF, Hasin DS.  2011. Childhood maltreatment and the structure of common psychiatric disorders.  British Journal of Psychiatry, ePub Dec 8.  PMID: 22157798. PMCID: PMC3269653.

60. **Keyes KM**, Susser E, Cheslack-Postava K, Fountain C, Liu K, Bearman P.  2012. Cohort effects explain the increase in autism diagnosis among children born from 1992 to 2003 in California.  International Journal of Epidemiology, 41(2):495-503. PMID: 22253308. PMCID: PMC3324454.

61. Robinson WC, Martin C, **Keyes KM**, Utz R, Yang Y. 2012. Birth cohort effects among US-born adults born in the 1980s: foreshadowing future trends in US obesity prevalence. International Journal of Obesity, Epub May 1. PMID: 22546778. PMCID: PMC3448850.

62. Cerda M, Wall M, **Keyes KM**, Galea S, Hasin DS. 2012. Medical marijuana laws in 50 states: investigating the impact of state legalization of medical marijuana and marijuana use, abuse and dependence.  Drug and Alcohol Dependence, 120(1-3):22-27. PMID: 22099393. PMCID: PMC3251168.

63. [+]Fenton M, **Keyes KM**, Geier T, Greenstein E, Skodol A, Krueger RF, Hasin D. 2012. Psychiatric comorbidity and the persistence of drug use disorders in the United States. Addiction, 107(3):599-609, PMID: 21883607. PMCID: PMC3260401.

64. Goodwin RD, Zvolensky MJ, **Keyes K**M, Hasin DS. (2012). Mental disorders and cigarette use among adults in the United States. American Journal on Addictions, 21(5):416-423. PMID: 22882392. PMCID: PMC3701304.

65. **Keyes KM**, Schulenberg JE, O'Malley PM, Johnston LD, Bachman JG, Li G, Hasin DS. (2012). Birth cohort effects on adolescent alcohol use: The influence of social norms from 1976-2007. Archives of General Psychiatry, EPub Aug 6. PMID: 22868751. PMCID: PMC3597448.

66. [+]Fenton MC, Geier T, **Keyes KM**, Skodol AE, Grant BF, Hasin DS. (2012). Combined Role of Childhood Maltreatment, Family History, and Gender in the Risk for Alcohol Dependence. Psychological Medicine, EPub Aug 10. PMID: 22883538. PMCID: PMC3767412.

67. Eaton N, Krueger RF, Markon K, **Keyes KM**, Skodol AE, Wall M, Hasin DS, Grant BF. (2012). The Structure, Continuity, and Predictive Validity of the Internalizing Disorders. Journal of Abnormal Psychology, Epub: Aug 20. PMID: 22905862. PMCID: PMC3755742.

68. **Keyes KM**, Hatzenbuehler M, Grant BF, Hasin D.  (2012). Stress and Alcohol: Epidemiologic Evidence.  Alcohol Research: Current Reviews, 34(4): 391-400. PMID: 23584105. PMCID: PMC3797525.

69. **Keyes KM**, Eaton N, Krueger RF, Wall M, Skodol A, Siever L, Grant BF, Hasin DS. (2012). Thought Disorder in the meta-structure of psychopathology.  Psychological medicine, ePub Nov 21. PMID: 23171498. PMCID: PMC3767418.

70. Eaton NR, **Keyes KM**, Krueger RF, Noordhof A, Skodol AE, Markon KE, Grant BF, Hasin DS. (2012). Ethnicity and psychiatric comorbidity in a national sample: evidence for latent comorbidity factor invariance and connections with disorder prevalence. Social Psychiatry and Psychiatric Epidemiology, ePub Sep 30. PMID: 23052426. PMCID: PMC3562755.

71. Shmulewitz D, Wall MM, **Keyes KM**, Aharonovich E, Aivadyan C, Greenstein E, Spivak B, Weizman A, Frisch A, Hasin DS. (2012). Alcohol use disorders and perceived drinking norms: ethnic differences in Israeli adults. Journal of Studies on Alcohol and Drugs, 73(6): 981-990. PMID: 23036217. PMCID: PMC3469051.

72. **Keyes KM**, March D, Link BG, Chilcoat HD, Susser E. Do socio-economic gradients in smoking emerge differently among women? Implications for the tobacco epidemic.  Social Science and Medicine, ePub Nov 8th. PMID: 23186639. PMCID: PMC3612831.

73. Robins WR, **Keyes KM**, Utz RL, Martin CL, Yang Y. 2012. Birth cohort effects on abdominal obesity in the United Stets. The Silent Generation, Baby Boomers, and Generation X. International Journal of Obesity, ePub Dec 11. PMID: 23229734. PMCID: PMC3604045.

74. Uddin M, Chang SC, Zhang C, Ressler K, Galea S, **Keyes KM**, McLaughlin K, Wildman DE, Aiello A, Koenen K.  2013.  Adcyap1r1 genotype, posttraumatic stress disorder, and depression among women exposed to childhood maltreatment.  Depression and Anxiety, ePub Dec 28 2012. PMID: 23280952. PMCID: PMC4081452.

75. Cerda M, Randome Y, **Keyes KM**, Koenen KC, Tardiff KJ, Vlahov D, Galea S. 2013. Prescription opiate mortality trends in New York City, 1990-2006: examining the emergence of an epidemic. Drug and Alcohol Dependence, ePub Jan 25. PMID: 23357743. PMCID: PMC3748247.

76. [+]Fenton MC, Geier T, **Keyes KM**, Skodol AE, Grant BF, Hasin DS.  2013. Combined role of childhood maltreatment, family history, and gender in the risk for alcohol dependence. Psychological Medicine, 43(5):1045-1057. PMID: 22883538. PMCID: PMC3767412.

77. Katz C, El-Gabalawy R, **Keyes KM**, Martins SS, Sareen J. 2013. Risk factors for incident nonmedical prescription opioid use and abuse and dependence: Results from a longitudinal nationally representative sample.  Drug and Alcohol Dependence, ePub Feb 8.  PMID: 23399466.

78. **Keyes KM**, Miech R. 2013. Age, period, and cohort effects in heavy episodic drinking in the US from 1985-2009.  Drug and Alcohol Dependence, ePub Feb 20. PMID: 23433898. PMCID: PMC4827021.

79. **Keyes KM**, McLaughlin K, Demmer R, Cerda M, Koenen K, Uddin M, Galea S. 2013. Potentially traumatic events and the risk of six physical health conditions in a population-based sample.  Depression and Anxiety, ePub March 11. PMID: 23495094. PMCID: PMC4180235.

80. Pilowsky D, **Keyes KM**, Geier T, Hasin DS. 2013. Stressful Life Events and Relapse Among Formerly Alcohol Dependent Adults. Social Work in Mental Health, 11(2):184-197. PMID: 24167441. PMCID: PMC3808003.

81. **Keyes KM**, Davey Smith G, Susser E.  2013. Associations of prenatal maternal smoking and offspring hyperactivity: causal or confounded? Psychological Medicine, ePub May 15. PMID: 23676207. PMCID: PMC4615686.

82. +Barnes D, **Keyes KM**, Bates L. Racial differences in depression in United States: How do subgroup analyses inform a paradox?  Social Psychiatric and Psychiatric Epidemiology, ePub Jun 4. PMID: 23732705. PMCID: PMC3834079.

83. Hatzenbuehler M, **Keyes KM**. 2013. Inclusive anti-bullying policies and reduced risk of suicide attempts in lesbian and gay youth.  Journal of Adolescent Health, 53, S21-S26. PMID: 23790196. PMCID: PMC3696185.

84. **Keyes KM**, Cheslack-Postava K, Heim C, Westhoff C, Haloosim M, Walsh K, Koenen K. 2013. Association of Hormonal Contraceptive Use With Reduced Levels of Depressive Symptoms: A National Study of Sexually Active Women in the United States.  American Journal of Epidemiology, ePub Sept 15. PMID: 24043440. PMCID: PMC3888252.

85. Meyers JL, Cerda M, Galea S, **Keyes KM**, Aiello AE, Uddin M, Wildman DE, Koenen K. 2013. Interaction between Polygenic Risk for Cigarette Use and Environmental Exposures in the Detroit Neighborhood Health Study.  Translational Psychiatry, ePub August 13. PMID: 23942621. PMCID: PMC3756291.

86. Cerda M, Bordelois PM, **Keyes KM**, Galea S, Koenen KC, Pardini D.  2013. Cumulative and Recent Psychiatric Symptoms as Predictors of Substance Use Onset: Does Timing Matter? Addiction, ePub August 14. PMID: 23941263. PMCID: PMC3833999.

87. Kahn S, Okuda M, Hasin DS, Secades-Villa R, **Keyes KM**, Lin K, Grant B, Blanco C.  2013. Gender differences in Lifetime Alcohol Dependence: Results from the National Epidemiologic Survey on Alcohol and Related Conditions.  Alcoholism: Clinical and Experimental Research, ePub June 13. PMID: 23763329. PMCID: PMC3796956.

88. Carragher N, Krueger RF, Eaton NR, Markon KE, **Keyes KM**, Blanco C, Hasin DS. 2013. ADHD and the externalizing spectrum: direct comparison of categorical, continuous, and hybrid Models of liability in a nationally representative sample. Social Psychiatry and Psychiatric Epidemiology, ePub Oct 1. PMID: 24081325. PMCID: PMC3972373.

89. Talati A, Wickramaratne PJ, **Keyes KM**, Hasin DS, Levin F, Weissman MM. Smoking and psychopathology increasingly associated in recent birth cohorts.  Drug and Alcohol Dependence, ePub Sep 5. PMID: 24071570. PMCID: PMC3818417.

90. Meyers JL, Shmulewitz D, Wall MM, **Keyes KM**, Aharonovich A, Spivak B, Weizman A, Frisch A, Edenberg HJ, Gelernter J, Grant BF, Hasin D.  2013. Childhood adversity moderates the effect of ADH1B on risk for alcohol-related phenotypes in Jewish Israeli drinkers. Addiction Biology, ePub Oct 24. PMID: 24164917. PMCID: PMC3999313.

91. Kilpatrick D, Resnick HS, Milanak ME, Miler MW, **Keyes KM**, Friedman MJ.  2013. National Estimates of Exposure to Traumatic Events and PTSD Prevalence Using DSM-IV and Proposed DSM-5 Criteria.  Journal of Traumatic Stress, 26(5):537-47. PMID: 24151000. PMCID: PMC4096796.

92. Cerda M, Randome Y, **Keyes KM**, Koenen KC, Tardiff KJ, Vlahov D, Galea S. 2013. Revisiting the role of the urban environment in substance use. The case of analgesic overdose fatalities. American Journal of Public Health, ePub Oct 17. PMID: 24134362. PMCID: PMC3828967.

93. [+]Platt J, **Keyes KM**, Koenen K. 2013. Size of social network versus quality of social support: which is more protective against PTSD? Social Psychiatry and Psychiatric Epidemiology, ePub Dec 6. PMID: 24310782.

94. **Keyes KM**, Shmulewitz D, Greenstein E, McLaughlin M, Wall M, Aharonovich E, Weizman A, Frisch A, Spivak B, Grant BF, Hasin DS. 2013. Exposure to the Lebanon War of 2006 and effects on alcohol use disorders: The moderating role of childhood maltreatment. Drug and Alcohol Dependence, ePub Oct 31. PMID: 24262650. PMCID: PMC3884580.

95. Ananth CV, **Keyes KM**, Wapner RJ. (2013). Pre-eclampsia rates in the United States, 1980-2010: age-period-cohort analysis. British Medical Journal, ePub Nov 7. PMID: 24201165. PMCID: PMC3898425.

96. [+]Chang HY, **Keyes KM**, Lee K, Choi I, Kim SJ, Kim, KW, Shin YH, Ahn KM, Hong S, Shin Y. (2013). The Effect of Prenatal Maternal Depression on Risk of Low Birth Weight, Gestational Age, and Weight for Gestational Age in Term Infants in Korea. Early Human Development, ePub Dec 10. PMID: 24331828.

97. **Keyes KM**, Cerda M, Brady J, Havens J, Galea S.  (2013). Understanding the rural-urban differences in nonmedical prescription opioid use and abuse in the United States. American Journal of Public Health, ePub Dec 12. PMID: 24328642. PMCID: PMC3935688.

98. Elliott J, Stohl M, Wall M, **Keyes KM**, Goodwin R, Skodol A, Krueger R, Grant BF, Hasin D. (2014). The risk for persistent adult alcohol and nicotine dependence: the role of childhood maltreatment.  Addiction, ePub Jan 8. PMID: 24401044. PMCID: PMC3984602.

99. [+]Lukachko A, Hatzenbuehler M, **Keyes KM***. (2014). Structural racism and myocardial infarction in the United States. Social Science and Medicine, 103:42-50. PMID: 24507909. PMCID: PMC4133127.

100.    Hatzenbuehler ML, **Keyes KM**, Hamilton A, Hasin DS.  (2014). State-Level Tobacco Environments and Sexual Orientation Disparities in Tobacco Use and Dependence in the United States. <u>Tobacco Control</u>, ePub Feb 25. PMID: 24570099. PMCID: PMC4386615.

101.    ⁺Barnes D, **Keyes KM**, Hamilton A, Hatzenbuehler ML. (2014). Sexual orientation disparities in mental health: the moderating role of educational attainment. <u>Social Psychiatry and Psychiatric Epidemiology</u>, ePub Feb 26. PMID: 24570204. PMCID: PMC4145056.

102.    Welch AE, Caramanica K, Maslow CB, Cone JE, Farfel MR, **Keyes KM**, Stellman SD, Hasin DS. (2014). Frequent binge drinking five to six years after exposure to 9/11: Findings from the World Trade Center Health Registry. <u>Drug and Alcohol Dependence</u>, ePub Apr 28, PMID: 24831753. PMCID: PMC4154498.

103.    **Keyes KM**, Pratt C, McLaughligh K, Galea S, Koenen K, Shear K. (2014). The Burden of Loss: Unexpected death of a loved one and psychiatric disorders across the life course in a national study.  <u>American Journal of Psychiatry</u>, ePub May 16, PMID: 24832609. PMCID: PMC4119479.

104.    **Keyes KM**, Nicholson R, Kinley J, Raposo S, Stein M, Goldner E,  Sareen J. (2014). Age, period, and cohort effects in psychological distress in the United States and Canada. <u>American Journal of Epidemiology</u>, ePub May 15. PMID: 24692432. PMCID: PMC4010185.

105.    Cerda M, Bordelois P, **Keyes KM**, Roberts A, Martins S, Seisner S, Austin S, Corliss H, Koenen K. (2014). Family ties: maternal-offspring attachment and young adult nonmedical prescription opioid use.  <u>Drug and Alcohol Dependence</u>, ePub June 30. PMID: 25024105. PMCID: PMC4134317.

106.    Kim J, Martins S, Shmulewitz D, Santaella J, Wall M, **Keyes KM**, Eaton N, Krueger RF, Grant BF, Hasin DS. (2014). Childhood maltreatment, stressful life events, and alcohol craving in adult drinkers. <u>Alcoholism: Clinical and Experimental Research</u>, 38(7):2048-55. PMID: 24961735. PMCID: PMC4107183.

107.    Tu Y, **Keyes KM**, Davey Smith G. (2014). Mortality cohort effects from mid 19th to mid 20th century Britain: did they exist? <u>Annals of Epidemiology</u>, 24(8): 570-4. PMID: 25084701. PMCID: PMC4402224.

108.    **Keyes KM**, Susser E, Pilowsky DJ, Hamilton A, Pez O, Bitfoi A, Koc C, Golitz D, Kuijpers R, Lesinkiene S, Mihova Z, Otten R, Kovess V. (2014). The health consequences of child mental health problems and parenting styles: Unintentional injuries among European schoolchildren. <u>Preventive Medicine</u>, ePub Jul 26. PMID: 25073079. PMCID: PMC4409127.

109.    Lee E, Chang HY, Lee KS, Suh DI, Yu HS, Kang MJ, Choi IA, Park J, Kim KW, Shin YH, Ahn KM, Kwon JY, Choi SJ, Lee KJ, Won HS, Yang SI, Jung YH, Kim HY, Seo JH, Kwon JW, Kim BJ, Kim HB, Lee SY, Kim EJ, Lee JS, **Keyes KM**, Shin YJ, Hong SJ.  (2014). The effect of perinatal anxiety on bronchiolitis is influenced by polymorphisms in ROS-related genes. <u>BMC Pulmonary Medicine</u>, 13(1): 154. PMID: 25263840. PMCID: PMC4196140.

110.    **Keyes KM**, Galea S. (2014). Current practices in teaching introductory epidemiology: how we got here, where to go. <u>American Journal of Epidemiology</u>, 180(7): 661-668. PMID: 25190677. PMCID: PMC4481568.

**\*Selected as a 2014 Article of the Year for American Journal of Epidemiology**

111.  [+]Cheslack-Postava K, **Keyes KM**, Lowe S, Koenen K. (2014). Oral Contraceptives are Associated with Reduced Risk of Subthreshold Panic Disorder in a Nationally Representative Sample of U.S. Women. Archives of Women's Mental Health, ePub August 13. PMID: 25113319. PMCID: PMC4308571.

112.  Hatzenbuehler ML, **Keyes KM**, Uddin M, Hamilton A, Galea S. (2014). The collateral damage of mass incarceration: increased risk of psychiatric morbidity among non-incarcerated residents of high-incarceration neighborhoods.  American Journal of Public Health, Nov 12: e1-e6. PMID: 25393200. PMCID: PMC4265900.

113.  [+]Lee E, **Keyes KM**, Bitfoi A, Zlatka, M, Pez O, Yoon E, Kovess Masfety, V. (2014). Mental health disparities between Roma and non-Roma children in Romania and Bulgaria. BMC Psychiatry, 14(1):297. PMID: 25404375. PMCID: PMC4240804.

114.  Taillieu TL, Afifi TO, Mota N, **Keyes KM**, Sareen J. (2014). Age, Sex, and Racial Differences in Harsh Physical Punishment: Results from a Nationally Representative United States Sample. Child Abuse and Neglect, So145-2134(14). PMID: 25466426. PMCID: PMC4402223.

115.  Kovess V, **Keyes KM**, Pez O, Bitfoi A, Eke C, Golitz D, Kuijpers R, Lesinskiene S, Mihova Z, Otten R, Fermanian C, Pilowsky DJ, Susser E. (2014). Maternal smoking and offspring hyperactivity: results from a cross-national European survey. European Journal Child and Adolescent Psychiatry, European Journal of Child and Adolescent Psychiatry, ePub Nov 21. PMID: 25413602. PMCID: PMC4440844.

116.  **Keyes KM**, Vo T, Wall M, Caetano R, Suglia SF, Martins SS, Galea S, Hasin DS. (2014). Racial/ethnic differences in use of alcohol, tobacco, and marijuana: Is there a cross-over from adolescence to adulthood? Social Science and Medicine, ePub Nov 18. PMID: 25461870. PMCID: PMC4391514.

117.  Chang HY, **Keyes KM**, Mok Y, Jung KJ, Shin YJ, Jee SH. 2015. Depression as a risk fact[+]or for overall and hormone-related cancer: The Korean cancer prevention study. J Affect Disorder, ePub March 1. PMID: 25462388. PMCID: PMC4402221.

118.  Martins SS, Kim JH, Chen LY, Levin D, **Keyes KM**, Cerda M, Storr CL. (2014). Nonmedical prescription drug use among US young adults by educational attainment. Social Psychiatry and Psychiatric Epidemiology, ePub Nov 27. PMID: 25427665. PMCID: PMC4405452.

119.  [+]Liu X, **Keyes KM**, Li G. 2014. Work stress and alcohol consumption among adolescents: moderation by family and peer influences. BMC Public Health, 14(1): 1303. PMID: 25523951. PMCID: PMC4301940.

120.  **Keyes KM**, Brady JE, Li G. 2015. Effects of Minimum Legal Drinking Age on Alcohol and Marijuana Use: Evidence from Toxicological Testing Data for Fatally Injured Drivers Aged 16 to 25 Years.  Injury Epidemiology, 2(1):1-10. PMID: 27747733. PMCID: PMC4539964.

121.     **Keyes KM**, Maslowsky J, Hamilton A, Schulenberg J. 2015. The Great Sleep Recession: Changes in Sleep Duration Among US Adolescents, 1991-2012. Pediatrics, ePub Feb 16. PMID: 25687142. PMCID: PMC4338325.

122.     **Keyes KM**, Davey Smith G, Koenen K, Galea S.  2015. The mathematical limits of genetic prediction for complex chronic disease. Journal of Epidemiology and Community Health, ePub Feb 3. PMID: 25648993. PMCID: PMC4430395.

123.     **+**DuRivage N, **Keyes KM**, Levy E, Pez O, Bitfoi A, Koc C, Geolitz D, Kuijpers R, Lesinskiene S, Mihova Z, Otten R, Fermanian C, Kovess Masfety V. 2015. Parental use of corporal punishment in Europe: intersection between public health and policy. PLOS One, 10(2), Feb 12. PMID: 25674788. PMCID: PMC4326463.

124.     Walsh K, **Keyes KM**, Hasin DS, Koenen KC. 2015. Lifetime prevalence of gender-based violence in US women: associations with mood/anxiety and substance use disorders. Journal of Psychiatric Research, ePub Jan 14. PMID: 25648384. PMCID: PMC4386280.

125.     Demmer RT, Gelb S, Sublia SF, **Keyes KM**, Aiello A, Colombo PC, Galea S, Uddin M, Koenen KC, Kubzansky LD.  2015. Sex Differences in the Association Between Depression, Anxiety, and Type 2 Diabetes Mellitus. Psychosomatic Medicine, 77(4): 467-77. PMID: 25867970. PMCID: PMC4431947.

126.     **+**El-Sayed AM, Finkton DW Jr, Paczkowski M, **Keyes KM**, Galea S. 2015. Socioeconomic position, health behaviors, and racial disparities in cause-specific infant mortality in one US state. Preventive Medicine, 76:8-13. PMID: 25849882. PMCID: PMC4671200.

127.     **Keyes KM**, Galea S. 2015. What matters most: Quantifying an epidemiology of consequence. Annals of Epidemiology, 25(5): 305-311. PMID: 25749559. PMCID: PMC4397182.

128.     **+**Brady, JE, DiMaggio CJ, **Keyes KM**, Doyle LL, Richardson LD, Li G.  2015. Emergency department utilization and subsequent prescription drug overdose death. Annals of Epidemiology, ePub April 2. PMID: 25935710. PMCID: PMC4675463.

129.     Olaya B, Moneta MV, Pez O, Bitfoi A, Carta MG, Eke C, Geolitz D, **Keyes KM**, Kuijpers R, Lesinskiene S, Mihova Z, Otten R, Fermanian C, Haro JM, Kovess V. Country-level and individual correlates of overweight and obesity among primary school children: a cross-sectional study in seven European countries. BMC Public Health, 15(1): 475. PMID: 25952506. PMCID: PMC4429414.

130.     **+**Fink DS, Hu R, Cerda M. **Keyes KM**, Marshall BD, Galea S. 2015. Patterns of major depression and nonmedical use of prescription opioids in the United States. Drug and Alcohol Dependence, ePub May 19. PMID: 26026492. PMCID: PMC4509797.

131.     Ananth CV, **Keyes KM**, Hamilton A, Gissler M, Wu C, Liu S, Luque-Fernandez MA, Skjaerven R, Williams MA, Tikkanen M, Cnattingius S. 2015. An international constrast of rates of placental abruption: an age-period-cohort analysis. Plos One, 10(5):e0125246. PMID: 26018653. PMCID: PMC4446321.

132.    Jager J, **Keyes KM**, Schulenberg J. 2015. Historical variation in binge drinking trajectories and its link to historical variation in social roles and minimum legal drinking age. Developmental Psychology, ePub May 25. PMID: 26010381. PMCID: PMC4517691.

133.    **+**Brady JE, DiMaggio C, **Keyes KM**, Doyle JJ, Richardson L, Li G. 2015. Emergency Department Utilization and Subsequent Prescription Drug Overdose Death. Annals of Epidemiology, 25(8):613-619.  PMID: 25935710. PMCID: PMC4675463.

134.    **Keyes KM**, Jager J, Hamilton A, O'Malley PM, Miech R, Schulenberg JE. 2015. National multi-cohort time trends in adolescent risk preferences and the relation with problem behavior from 1976 to 2011. Drug and Alcohol Dependence, ePub Jul 2. PMID: 26254018. PMCID: PMC4581913.

135.    **+**Chang HY, Chung Y, **Keyes KM**, Jung SJ, Kim SS. Associations between the timing of childhood adversity and adulthood suicidal behavior: A nationally-representative cohort. Journal of Affective Disorders. ePub Jul 26;186:198-202. PMID: 26247912. PMCID: PMC4671499.

136.    Lee YC, Agnew-Blais J, Malspeis S, **Keyes KM**, Costenbader K, Kubzansky LD, Roberts AL, Koenen KC, Karlson EW.  2015. Posttraumatic Stress Disorder and Risk for Incidence Rheumatoid Arthritis. Arthritis Care Res. ePub Aug 3. PMID: 26239524. PMCID: PMC4740283.

137.    Cerda M, Tracy M, **Keyes KM**, Galea S. To treat or to prevent? Reducing the population burden of violence-related posttraumatic stress disorder. 2015. Epidemiology, Sept;26(5): 681-9. PMID: 26237744. PMCID: PMC4827920.

138.    Kuijpers RC, Otten R, Vermulst AA, Pez O, Bitfoi A, Carta M, Goelitz D, **Keyes KM**, Koc C, Lesinskiene S, Mihova Z, Engels RC, Kovess V. 2015. Reliability, Factor Structure, and Meaurement Invariance of the Dominic Interactive Across European Countries: Cross-Country Utility of a Child Mental Health Self-Report. Psychol Assess. ePub Aug 3. PMIS: 26237209. PMCID: PMC4740260.

139.    Kalesan B, Villarreal MD, **Keyes KM**, Galea S. Gun ownership and social gun culture. Injury Prevention, ePub June 29. PMID: 26124073. PMCID: PMC4809774.

140.    **Keyes KM**, Agnew-Blais J, Roberts A, Hamilton A, De Vivo I, Ranu H, Koenen K. 2015. The role of allelic variation in estrogen receptor genes and major depression in the Nurses Health Study. Social Psychiatry and Psychiatric Epidemiology, ePub Jul 14. PMID: 26169989. PMCID: PMC4655148.

141.    Reither EN, Land KC, Joen SY, Powers DA, Masters RK, Zheng H, Hardy MA, **Keyes KM**, Fu Q, Hanson HA, Smith KR, Utz RL, Yang CY. 2015. Clarifying hierarchical age-period-cohort models: A rejoinder to Bell and Jones. Soc Sci Med, ePub Jul 31. PMID: 26277370. PMCID: PMC4673395.

142.    Hasin DS, Wall M, **Keyes KM**, Cerda M, Feng T, Schulenberg J, Pacula R. 2015. State medical marijuana laws and adolescent marijuana use in the United States: 1991-2012. Lancet Psychiatry, 2(7):601-8. PMID: 26303557. PMCID: PMC4630811.

143. Boschloo, L, van Borkulo CD, Rhemtulla M, **Keyes KM**, Borsboom D, Schoevers RA. 2015. The Network Structure of Symptoms of the Diagnostic and Statistical Manual of Mental Disorders. PLOS One, 10(9):e0137621. PMID: 26368008. PMCID: PMC4569413.

144. **Keyes KM**, McLaughlin K, Vo T, Heinberg G. 2015. Anxious and aggressive: comorbidity between intermittent explosive disorders and anxiety disorders among adolescents and adults in the United States. Depression and Anxiety, ePub Sept 30. PMID: 26422701. PMCID: PMC4729594.

145. Miech R, Johnston L, O'Malley PM, **Keyes KM**, Heard K. 2015. Prescription Opioids in Adolescence and Future Opioid Misuse. Pediatrics, ePub October 26. PMID: 26504126. PMCID: PMC4834210.

146. +El-Sayed A, Paczkowski M, **Keyes KM**, Galea S. 2015. Social environments, genetics, and Black-White disparities in infant mortality. Paediatric and Perinatal Epidemiology, 29(6): 546-551. PMID: 26443986. PMCID: PMC4676266.

147. +Prins S, **Keyes KM**, Bates LM. 2015. Anxious? Depressed? You might be suffering from advanced capitalism: Contradictory class locations and the prevalence of mood and anxiety disorders in the United States. Sociology of Health and Illness, 37(8): 1352-72. PMID: 26385581. PMCID: PMC4609238.

148. Elliott JC, Stohl M, Wall MM, **Keyes KM**, Skodol AE, Eaton NR, Shmulewitz D, Goodwin RD, Grant BF, Hasin DS. 2015. Childhood maltreatment, personality disorders, and 3-year persistence of adult alcohol and nicotine dependence in a national sample. Addiction, Dec 29. PMID: 26714255. PMCID: PMC4826838.

149. +Platt J, Prins S, Bates LM, **Keyes KM**\*. 2015. Unequal depression for equal work? How the wage gap explains gendered disparities in mood disorders. Social Science and Medicine, Dec 8. PMID: 26689629. PMCID: PMC4801117.

150. +Walsh K, Hasin D, **Keyes KM**, Koenen KC. 2015. Associations between gender-based violence and personality disorders in US women. Personality Disorders: Theory, Research, & Treatment, Nov 16. PMID: 26569577. PMCID: PMC4816663.

151. +Carliner H, Delker E, Fink DS, **Keyes KM**, Hasin DS. 2016. Racial discrimination, socioeconomic position, and illicit drug use among US blacks. Social Psychiatry and Psychiatric Epidemiology, ePub Jan 25. PMID: 26810670. PMCID: PMC4824661.

152. Talati A, **Keyes KM**, Hasin DS. 2016. Changing relationships between smoking and psychiatric comorbidity across 20th century birth cohorts: Clinical and Research Implications. Molecular Psychiatry, ePub Jan 26. PMID: 26809837. PMCID: PMC4801658.

153. Hoshen MD, Benis A, **Keyes KM**, Zoega H. 2016. Stimulant use for ADHD and relative age in class among children in Israel. Pharmacoepidemiology and Drug Safety, ePub Jan 26. PMID: 26823045. PMCID: PMC4889495.

154.    Suglia S, Wahi R, Demmer RT, **Keyes KM**, Koenen KC. 2016. Depressive symptoms during adolescence and young adulthood and development of Type 2 diabetes mellitus. American Journal of Epidemiology, 183(4):269-76. PMID: 26838597. PMCID: PMC4753278.

155.    Kovess V, **Keyes KM**, Hamilton A, Hanson G, Bitfoi A, Golitz D, Koc C, Kuijpers R, Lesinskiene S, Mihova Z, Otten R, Fermanian C, Pez O. 2016. Are video games promoting or deteriorating mental health, cognitive and social skills in young children? Social Psychiatry and Psychiatric Epidemiology, ePub Feb 5. PMID: 26846228. PMCID: PMC4814321.

156.    Wall MM, Mauro C, Hasin DS, **Keyes KM**, Cerda M, Martins SS, Feng T. 2016. Prevalence of marijuana use does not differentially increase among youth after states pass medical marijuana laws: Commentary on Stolzenberg et al (2015) and reanalysis of US National Survey on Drug Use in Households data 2002-2011. International Journal of Drug Policy, ePub Feb 5. PMID: 26895950. PMCID: PMC4819395.

157.    **Keyes KM**, Galea S. 2016. Setting the agenda for a new discipline: Population Health Science. American Journal of Public Health, 106(4):633-634. PMID: 26959265. PMCID: PMC4804350.

158.    Chauhan P, Ahren J, Galea S, **Keyes KM\***. (2016). Neighborhood Context and Binge Drinking by Race and Ethnicity in New York City, Alcoholism: Clinical and Experimental Research, ePub March 10. PMID: 26969558. PMCID: PMC4851160.

159.    Shmulewitz D, Stohl M, **Keyes KM**, Brown Q, Saha TD, Hasin D. (2016). Effects of State-Level Tobacco Environment on Cigarette Smoking are Stronger Among Those with Individual-Level Risk Factors. Nicotine Tob Res. ePub Apr 29. PMID: 27130948. PMCID: PMC5016847.

160.    **Keyes KM**, Hamilton A, Kandel D. (2016). Birth Cohorts Analysis of Adolescent Cigarette Smoking and Subsequent Marijuana and Cocaine Use. American Journal of Public Health, 106(6):1143-9. PMID; 27077359. PMCID: PMC4880234.

161.    Kovess-Masfety V, Husky MM, **Keyes KM**, Hamilton A, Pez O, Bitfoi A, Carta MG, Goelitz D, Kuijpers R, Otten R, Koc C, Lesinskiene S, Mihova Z. 2016. Comparing the prevalence of mental health problems in children 6-11 across Europe. Soc Psychiatry Psychiatr Epidemiol. ePub June 17. PMID: 27314494. PMCID: PMC5279951.

162.    Castaldelli-Maia JM, Andrade LH, **Keyes KM**, Cerda M, Pilowsky DJ, Martins SS. 2016. Exploring the latent trait of opioid use disorder criteria among frequent nonmedical prescription opioid users. J Psychiatr Res. May 24;80:79-86. PMID: 27302873. PMCID: PMC4980160.

163.    Palamar JJ, **Keyes KM**, Cleland CM. 2016. Underreporting of ecstasy use among high school seniors in the US. Drug and Alcohol Dependence, ePub June 6. PMID: 27296977. PMCID: PMC4939104.

164.    Shmulewitz D, Stohl M, **Keyes KM**, Brown Q, Saha TD, Hasin D. 2016. Effects of State-Level Tobacco Environment on Cigarette Smoking are Stronger Among Those With

Individual-Level Risk Factors. ePub Apr 29. <u>Nicotine Tob Research</u>. PMID 27130948. PMCID: PMC5016847.

165.    [+]Lavery JA, Friedman AM, **Keyes KM**, Wright JD, Ananth CV. 2016. Gestational diabetes in the United States: temporal changes in prevalence rates between 1979 and 2010. <u>BJOG</u>, Aug 11. PMID: 27510598. PMCID: PMC5303559.

166.    **Keyes KM**, Rutherford C, Hamilton A, Palamar JJ. 2016. Age, period, and cohort effects in synthetic cannabinoid use among US adolescents, 2011-2015. <u>Drug and Alcohol Dependence</u>, 166:159-167. PMID: 27491817. PMCID: PMC4996475.

167.    Cerda M, Gaidus A, **Keyes KM**, Ponicki W, Marins S, Galea S, Gruenewald P. 2016. Prescription opioid poisoning across urban and rural areas: identifying vulnerable groups and geographic areas. <u>Addiction</u>, ePub Jul 29. PMID: 27470224. PMCID: PMC5148642.

168.    [+]Carliner H, **Keyes KM**, McLaughlin KA, Meyers JL, Dunn EC, Martins SS. 2016. Childhood Trauma and Illicit Drug Use in Adolescence: A Population-Based National Comorbidity Survey Replication-Adolescent Supplement Study. <u>J Am Acad Child Adolesc Psychiary</u>, 55(8): 701-8. PMID: 27453084. PMCID: PMC4964281.

169.    McLaughlin KA, Basu A, Walsh K, Slopen N, Sumner JA, Koenen KC, **Keyes KM***. 2016. Childhood Exposure to Violence and Chronic Physical Conditions in a National Sample of US Adolescents. <u>Psychosomatic Medicine</u>. ePub Jul 15. PMID: 27428855. PMCID: PMC5096968.

170.    Brown QL, Hasin DS, **Keyes KM**, Fink DS, Ravenell O, Martins SS. 2016. Health insurance, alcohol and tobacco use among pregnant and non-pregnant women of reproductive age. <u>Drug and Alcohol Dependence</u>, 166:116-24. PMID: 27422762. PMCID: PMC4983465.

171.    **Keyes KM**, Wall M, Cerda M, Schulenberg J, O'Malley PM, Galea S, Feng T, Hasin DS. 2016. How does state marijuana policy affect US youth? Medical marijuana laws, marijuana use, and perceived harmfulness: 1991-2014, <u>Addiction</u>, ePub Jul 9. PMID: 27393902. PMCID: PMC5222836.

172.    Slade T, Chapman C, Swift W, **Keyes KM**, Tonks Z, Teesson M. 2016. Birth cohort trends in the global epidemiology of alcohol use and alcohol-related harms in men and women: systematic review and metaregression. <u>BMJ Open</u>, 6(10):e011827. PMID: 27797998. PMCID: PMC5093369.

173.    Martins SS, Mauro CM, Santaella-Tenorio J, Kim JH, Cerda M, **Keyes KM**, Hasin DS, Galea S, Wall M. 2016. State-level medical marijuana laws, marijuana use, and perceived availability of marijuana and the general US population. <u>Drug and Alcohol Dependence</u>, Oct 11; 169:26-32. PMID: 27755989. PMCID: PMC5140747.

174.    **Keyes KM**, Galea S. 2016. The limits of risk factors revisited: it is time for a causal architecture approach. <u>Epidemiology</u>, Oct 11. PMID: 27755276. PMCID: PMC5130600.

a. **Keyes K**, Galea S. 2017. Rejoinder: RE: Some thoughts on Consequential Epidemiology and Causal Architecture. Epidemiology, Feb 15. PMID: 28212139. PMCID: PMC5557702.

175. ⁺Puac-Polanco V, **Keyes KM**, Li G. 2016. Mortality from motorcycle crashes: the baby-boomer cohort effect. Injury Epidemiology, Dec; 3(1):19. PMID: 27547704. PMCID: PMC4978754.

176. ⁺Fink D, **Keyes KM**, Cerda M. Social determinants of population health: a systems science approach. 2016. Current Epidemiology Reports, 3(1):98-105. PMID: 27642548. PMCID: PMC5025257.

177. Kim JH, Santaella-Tenorio J, Mauro C, Wrobel J, Cerda M, **Keyes KM**, Hasin DS, Martins SS, Li G. 2016. State Medical Marijuana Laws and the Prevalence of Opioids Detected Among Fatally Injured Drivers. American Journal of Public Health, 106(11): 2032-2037. PMID: 27631755. PMCID: PMC5055785.

178. Martins SS, Segura LE, Santaella-Tenorio J, Perlmutter A, Fenton MC, Cerda M, **Keyes KM**, Ghandour LA, Storr CL, Hasin DS. 2016. Prescription opioid use disorder and heroin use among 12-34 year-olds in the United States from 2002 to 2014. Addictive Behaviors, ePub Aug 30. PMID: 27614657. PMCID: PMC51440701.

179. Cerda M, Wall M, Feng T, **Keyes KM**, Sarvet A, Schulenberg J, O'Malley PM, Pacula RL, Galea S, Hasin DS. 2017. Association of State Recreational Marijuana Laws with Adolescent Marijuana Use. JAMA Pediatrics, ePub Dec 27 2016. PMID: 28027345. PMCID: PMC5365078.

180. ⁺Santaella-Tenorio J, Maura CM, Wall MM, Kim JH, Cerda M, **Keyes KM**, Hasin DS, Galea S, Martins SS. 2017. US Traffic Fatalities, 1985-2014, and Their Relationship to Medical Marijuana Laws. American Journal of Public Health, ePub Dec 20 2016. PMID: 27997245. PMCID: PMC5227945.

181. Han BH, Moore AA, Sherman S, **Keyes KM**, Palamar JJ. 2017. Demographic trends of binge alcohol use and alcohol use disorders among older adults in the United States, 2005-2014. Drug and Alcohol Dependence, Jan 1: 170:198-207. PMID: 27979428. PMCID: PMC5241162.

182. Kristensen P, **Keyes KM**, Susser E, Corbett K, Mehlum IS, Irgens LM. 2017. High birth weight and perinatal mortality among siblings: A register based study in Norway, 1967-2011. Plos One, Feb 28;12(2). PMID: 28245262. PMCID: PMC5330506.

183. Jang JB, Patrick ME, **Keyes KM**, Hamilton AD, Schulenberg JE. 2017. Frequent Binge Drinking Among US Adolescents, 1991 to 2015. Pediatrics, ePub May 22. PMID: 28562275. PMCID: PMC5470505.

184. ⁺Walsh K, McLaughlin KA, Hamilton A, **Keyes KM**\*. 2017. Trauma exposure, incidence psychiatric disorders, and disorder transitions in a longitudinal population representative sample. J Psychiatr Res. ePub May 5. PMID: 28531836. PMCID: PMC5539922.

185.    Chapman C, Slade T, Swift W, **Keyes KM**, Tonks Z, Teeson M. 2017. Evidence for Sex Convergence in Prevalence of Cannabis Use: A Systematic Review and Meta-Regression. J Stud Alcohol Drugs. May 78(3):344-352. PMID: 28499099. PMCID: PMC5440360.

186.    [+]Fink DS, **Keyes KM**, Calabrese JR, Liberzon I, Tamburrino MB, Cohen GH, Sampson L, Galea S. 2017. Deployment and Alcohol Use in a Military Cohort: Use of Combined Methods to Account for Exposure-Related Covariates and Heterogeneous Response to Exposure. Am J Epidemiology, ePub May 5. PMID: 28482012. PMCID: PMC5860008.

187.    Hasin DS, Sarvet AL, Cerda M, **Keyes KM**, Stohl M, Galea S, Wall MM. 2017. US Adult Illicit Cannabis Use, Cannabis Use Disorder, and Medical Marijuana Laws: 1991-1992 to 2012-2013. JAMA Psychiatry, ePub Apr 26. PMID: 28445557. PMCID: PMC5539836.

188.    Ananth CV, Friedman AM, **Keyes KM**, Lavery JA, Hamilton A, Wright JD. 2017. Primary and Repeat Cesarean Deliveries: A Population-based Study in the United States, 1979-2010. Epidemiology, 28(4):567-574. PMID: 28346271. PMCID: PMC5501955.

189.    Husky MM, **Keyes KM**, Hamilton A, Stragalinou A, Pez O, Kuijpers R, Lesinskiene S, Mihova Z, Oten R, Kovess-Masfety V. 2017. Maternal Problem Drinking and Child Mental Health. Subst Use Misuse, Jul 13: 1-9: PMID: 28704164.

190.    **Keyes KM**, Gary DS, Bechtold J, Prins SJ, O'Malley P, Rutherford C, Schulenberg J. 2017. Age, period and cohort effects in conduct problems among American adolescents from 1991 through 2015. American Journal of Epidemiology, ePub June 30. PMID: 28679165.

191.    [+]McKetta S, Hatzenbuehler ML, Pratt C, Bates L, Link BG, **Keyes KM**[*]. 2017. Does social selection explain the association between state-level racial animus and racial disparities in self-rated health in the United States? Annals of Epidemiology, ePub Jul 13. PMID: 28778656. PMC5610069.

192.    Kovess-Masfety V, Sowa D, **Keyes KM**, Husky M, Fermanian C, Bitfoi A, Carta MG, Koc C, Goelitz D, Lesinskiene S, Mihova Z, Otten R, Pez O. 2017. The association between car accident fatalities and children's fears: A study in seven EU countries. PLoS One, ePub Aug 3. PMID: 28771500. PMCID: PMC5542599.

193.    [+]Brady JE, Giglio R, **Keyes KM**, DiMaggio C, Li G. 2017. Risk markers for fatal and non-fatal prescription drug overdose: a meta-analysis. Injury Epidemiology, 4(1):24. PMID: 28762157. PMCID: PMC5545182.

194.    [+]Platt JM, Colich NL, McLaughlin KA, Gary D, **Keyes KM**[*]. 2017. Transdiagnostic psychiatric disorder risk associated with early age of menarche: A latent modeling approach. Comprehensive Psychiatry, ePub July 6. PMID: 28757148. PMCID: PMC5643227.

195.    Wray-Lake L, Schulenberg J, **Keyes KM**, Shubert J. 2017. The Developmental Course of Community Service Across the Transition to Adulthood in a National U.S. Sample. Developmental Psychology, ePub Sept 21. PMID: 28933877. PMCID: PMC5705564.

196.    Cerdá M, Tracy M, **Keyes KM***. 2017. Reducing urban violence: a contrast of public health and criminal justice approaches. <u>Epidemiology</u>, ePub Sept 18. PMID: 28926374. PMCID: PMC5718925.

197.    El-Khoury F, Sutter-Dallay AL, Van Der Waerden J, Surkan P, Martins S, **Keyes KM**, de Lauzon-Guillain B, Charles MA, Melchoir M. 2017. Smoking Trajectories during the Perinatal Period and Their Risk Factors: The Nationally Representative French ELFE (Etude Longitudinale Francaise Depuis l'Enfance) Birth Cohort Study. <u>European Addiction Research</u>, 23(4): 194-203. PMID: 2886664.

198.    **Keyes KM**, Wall M, Feng T, Cerda M, Hasin DS. 2017. Race/ethnicity and marijuana use in the United States: Diminishing differences in the prevalence of use, 2006-2015. <u>Drug and Alcohol Dependence</u>, Oct 1;179:379-386. PMID: 28846954. PMCID: PMC5599376.

199.    [+]Carliner H, Gary D, McLaughlin KA, **Keyes KM***. 2017. Trauma Exposure and Externalizing Disorders in Adolescents: Results from the National Comorbidity Survey Adolescent Supplement. <u>Journal of the American Academy of Child and Adolescent Psychiatry</u>, 56(9):755-764. PMID: 28838580.

200.    Galea S, **Keyes KM**. 2017. Population Health Science and the Challenges of Prediction. <u>Annals of Internal Medicine</u>, ePub Aug 29. PMID: 28847011.

201.    LeWinn KZ, Sheridan MA, **Keyes KM**, Hamilton A, McLaughlin KA. 2017. Sample composition alters associations between age and brain structure. <u>Nat Communication</u>, Oct 12;8(1):874. PMID: 29026076. PMCID: PMC5638928.

202.    [+]Cheng S, **Keyes KM**, Bitfoi A, Carta MG, Koc C, Goelitz D, Otten R, Lesinskiene S, Mihova Z, Pez O, Kovess-Masfety V. 2017. Understanding parent-teacher agreement of the Strengths and Difficulties Questionnaire (SDQ): Comparison across seven European countries. <u>Int J Methods Res</u>, Oct 12. PMID: 29024371.

203.    Galea S, **Keyes KM**. 2017. What matters, when, and for whom? Three questions to guide population health scholarship. <u>Injury Prevention</u>, Oct 7. PMID: 28988201.

204.    **Keyes KM**, Platt J, Kaufman AS, McLaughlin K. 2017. Fluid intelligence and psychiatric disorders in a population representative sample of US adolescents. <u>JAMA Psychiatry</u>, ePub Dec 28 2016. PMID: 28030746. PMCID: PMC5288266.

205.    [+]Huang X, **Keyes KM**, Li G. 2018. Increasing Prescription Opioid and Heroin Overdose Mortality in the United States: 1999-2014: An Age-Period-Cohort Analysis. <u>American Journal of Public Health</u>, 108(1):131-136. PMID: 29161066. PMCID: PMC5719690.

206.    [+]Tracy M, Cerdá M, **Keyes KM***. 2018. Agent-based modeling in public health: Current applications and future directions. <u>Annual Reviews of Public Health</u>, ePub Jan 12. PMID: 29328870.

207.    Cerda M, Sarvet AL, Wall M. Feng T, **Keyes KM**, Galea S, Hasin DS. 2018. Medical marijuana laws and adolescent use of marijuana and other substances: Alcohol, cigarettes,

prescription drugs, and other illicit drugs. <u>Drug and Alcohol Dependence</u>, Feb 1;183:62-68. PMID: 29227839. PMCID: PMC5803452.

208.   Sarvet AL, Wall MM, Fink DS, Greene E, Le A, Boustead AE, Pacula RL, **Keyes KM**, Cerda M, Galea S. 2018. Medical marijuana laws and adolescent marijuana use in the United States: A systematic review and meta-analysis. <u>Addiction</u>, ePub Feb 22. PMID: 29468763.

209.   **+**Fink DS, Santaella-Tenorio J, **Keyes KM**\*. 2018. Increase in suicides in months after the death of Robin Williams in the US. <u>PLoS One</u>, 13(2):e0191405. PMID: 29415016. PMCID: PMC5802858.

210.   **Keyes KM**, **+**Rutherford C, Popham F, Martins SS, Gray L. 2018. How healthy are survey respondents compared with the general population? Using survey-linked death records to compare mortality outcomes. <u>Epidemiology</u>, 29(2):299-307. PMID: 29389712. PMCID: PMC5794231.

211.   Sarvet AL, Wall MM, **Keyes KM**, Cerda M. Schulenberg JE, O'Malley PM, Johnston LD, Hasin DS. 2018. Recent rapid decrease in adolescents' perception that marijuana is harmful, but no concurrent increase in use. <u>Drug and Alcohol Dependence</u>. Mar 1: 186:68-74. PMID: 29550624.

212.   Sarvet AL, Wall MM, **Keyes KM**, Olfson M, Cerda M, Hasin DS. 2018. Self-medication of mood and anxiety disorder with marijuana: Higher in states with medical marijuana laws. <u>Drug and Alcohol Dependence</u>. Mar 2: 186:10-15. PMID: 29525698. PMCID: PMC5911228.

213.   Crookes DM, Demmer TR, **Keyes KM**, Koenen KC, Suglia SF. 2018. Depressive Symptoms, Antidepressant Use, and Hypertension in Young Adulthood. <u>Epidemiology</u>, ePub April 6. PMID: 29629939.

214.   Shiau S, Kahn, LG, Platt J, Li C, Guzman JT, Kornhauser ZG, **Keyes KM**, Martins SS. 2018. Evaluation of a flipped classroom approach to learning introductory epidemiology. <u>BMC Med Educ</u>. Apr 2;18(1):63. PMID: 29609654. PMCID: PMC5879803.

215.   **+**Platt JM, **Keyes KM**, McLaughlin KA, Kaufman AS. 2018. Intellectual disability and mental disorders in a US population representative sample of adolescents. <u>Psychological Medicine</u>, ePub July 12.

216.   **+**Platt JM, McLaughlin KA, Luedtke AR, Ahern J, Kaufman AS, **Keyes KM**\*. 2018. Targeted Estimation of the Relationship between Childhood Adversity and Fluid Intelligence in a US Population Sample of Adolescents. <u>American Journal of Epidemiology</u>, 187(7): 1456-1466.

217.   Kagawa RMC, Cerda M, Rudolph KE, Pear VA, **Keyes KM**, Wintemute GJ. 2018. Firearm involvement in Violent Victimization and Mental Health: An Observational Study. Annals of Internal Medicine, ePub Jun 19.

218.   **+**Fink DS, Gradus JL, **Keyes KM**, Calabrese JR, Liberzon I, Tamburrino MB, Cohen GH, Sampson L, Galea S. 2018. Subthreshold PTSD and PTSD and a prospective-longitudinal

cohort of military personnel: Potential targets for preventive interventions. <u>Depression and Anxiety</u>. ePub August 12.

219.  **Keyes KM**, Shev A, [+]Tracy M, Cerda M. 2018. Assessing the impact of alcohol taxation on rates of violent victimization in a large urban area: an agent-based modeling approach. <u>Addiction</u>, ePub Oct 12. PMID: 30315599.

220.  Ward JB,  Gartner DR, **Keyes KM**, Fliss MD, McClure ES, Robinson WR. 2018. How do we assess a racial disparity in health? Distribution, interaction, and interpretation in epidemiological studies. <u>Annals of Epidemiology</u>, Sept  29. PMID:  30342887.

221.  Galbraith T, [+]Carliner H, **Keyes KM**, McLaughlin KA, McCloskey MS, Heimberg RG. 2018. The co-occurrence and correlates of anxiety disorders among adolescents with intermittent explosive disorder. <u>Aggressive Behavior</u> 44(6):581-590. PMID. 30040122.

222.  [+]Taggart TC, Eaton NR, **Keyes KM**, Hammett JF, Ulloa EC. 2018. Oral contraceptive use is associated with greater mood stability and higher relationship satisfaction. <u>Neurology, Psychiatry and Brain Research</u>, *30*, 154-162. doi:10.1016/j.npbr.2018.10.004

223.  **Keyes KM**, [+]Rutherford C, Miech R. 2018. Historical trends in the grade of onset and sequence of cigarette, alcohol, and marijuana use among adolescents from 1976-2016: implications for "Gateway" patterns. <u>Drug and Alcohol Dependence</u>, 194:51-58. PMID: 30399500.

224.  [+]Moss SL, [+]Santaella-Tenorio J, Mauro PM, **Keyes KM**, Martins SS. 2018. Changes over time in marijuana use, deviant behavior and preference for risky behavior among U.S. adolescents from 2002-2014: Testing the moderating effect of gender and age. <u>Addiction</u>, ePub Nov 20. PMID: 3046115.

225.  [+]McKetta S, Prins SJ, [+]Platt, J, Bates LM, [*]**Keyes KM**. 2018. Social sequencing to determine patterns in health and work-family trajectories for US women, 1968-2013. <u>Social Science and Medicine Population Health</u>, 6:301—308. PMID: 30533486.

[+] **mentee**
[*] **senior author**

BOOKS

1.  Shrout PE, **Keyes KM**, Ornstein K, eds. 2010. Causality and Psychopathology.  Oxford University Press.

2.  **Keyes KM**, Galea S. 2014. Epidemiology matters: a new introduction to methodological foundations. New York, Oxford University Press.

    a.  Highest-selling epidemiology title in 2014
    b.  Used in graduate introductory epidemiology in at least 22 universities worldwide (based on their contact with Keyes and Galea)
    c.  >3,000 copies sold

3. **Keyes KM**, Galea S. 2016. Population Health Science. New York, Oxford University Press.

   a.  Highest-selling epidemiology title in 2016
   b.  >1,500 copies sold

LETTERS TO THE EDITOR/COMMENTARIES

1.  Bates L, Barnes D, **Keyes KM**.  (2011).  Re: Reconsidering the role of social disadvantage in physical and mental health: stressful life events, health behaviors, race, and depression. American Journal of Epidemiology.  PMID: 21540321. PMCID: PMC3937594.

2.  Wall MM, Poh E, Cerda M, **Keyes KM**, Galea S, Hasin DS. (2012).  Commentary on Harper S, Strumph EC, Kaufman JS. Do Medical Marijuana Laws Increase Marijuana Use? Replication Study and Extension.  Annals of Epidemiology, 22(7): 536-7. PMID: 22534177. PMCID: PMC3547124.

3.  **Keyes KM**, Cerda M. (2013).  Racial/ethnic differences in alcohol-related suicide: A call for focus on unraveling paradoxes and understanding structural forces that shape alcohol-related health. Alcoholism: Clinical and Experimental Research, ePub Feb 26. PMID: 23441581. PMCID: PMC5540371.

4.  **Keyes KM**, Davey Smith G, Susser E. (2013). On sibling designs. Epidemiology, 24(3): 473-4. PMID: 23549193.

5.  **Keyes KM**, Miech R. (2013). Commentary on Dawson et  al. (2013): Drink to your health? Maybe not. Addiction, 108(4):723-4. PMID: 23496071.

6.  **Keyes KM**, Cheslack-Postava K, Heim C, Westhoff C, Haloosim M, Walsh K, Koenen K. (2013). Author's response to "Hormonal Contraception and Mood"  American Journal of Epidemiology, ePub Sept 15. PMID: 24043438. PMCID: PMC3954083.

7.  **Keyes KM**, Davey Smith G, Susser E. (2014). Smoking in pregnancy and offspring health: early insights into family-based designs?  International Journal of Epidemiology, 43(5): 1381-8. PMID: 25301865. PMCID: PMC4757959.

8.  **Keyes KM**, Ananth C. (2014). Age, period, and cohort effects in perinatal epidemiology: implications and considerations.  Paediatric and Perinatal Epidemiology, 28(4):277-9. PMID: 24920490. PMCID: PMC5647997.

9.  **Keyes KM**, Susser E. (2014). Expanding the scope of psychiatric epidemiology in the 21st century.  Social Psychiatry and Psychiatric Epidemiology, 49(10): 1521-4. PMID: 25096981. PMCID: PMC4167940.

10. **Keyes KM** Susser E, Cheslack-Postava K, Fountain C, Liu K, Bearman PS. 2014. Authors' response: Cohort effects explain the increase in autism diagnosis: an identifiability problem of the age-period-cohort model. International Journal of Epidemiology, 43(5): 1381-8. PMID: 25393200. PMCID: PMC4265900.

11. **Keyes KM**, Barnes D, Bates L. 2015. A letter in response to: Weaver A, Himle JA, Taylor RJ, Matusko NN, Abelson JM. Urban vs Rural Residence and the Prevalence of Depression and Mood Disorder Among African American Women and Non-Hispanic White Women. <u>JAMA psychiatry</u>. PMID: 26561032. PMCID: PMC4671197.

12. Reininghaus U, **Keyes KM**, Morgan C. Novel methods in psychiatric epidemiology. 2016. <u>Soc Psychiatry and Psychiatr Epidemiol</u>. ePub Jun 22. PMID: 27333982. PMCID: PMC4962869.

13. Susser E, Verhulst S, Kark JD, Factor-Litvak PR, **Keyes K**, Magnus P, Aviv A. 2016. Non-Dynamic Association of Depressive and Anxiety Disorders with Leukocyte Telomere Length? <u>American Journal of Psychiatry</u>, 173(11): 1147. PMID: 27798991. PMCID: PMC5325116.

14. Susser E, **Keyes KM**. 2017. Prenatal nutritional deficiency and psychosis: where do we go from here? <u>JAMA Psychiatry</u>, Feb 22. PMID: 28241254. PMCID: PMC5488265.

15. **Keyes KM**, Susser E. 2017. Invited commentary: An ingenious approach to examining the relationship between maternal stress and offspring health? <u>American Journal of Epidemiology</u>, Feb 3, 1-4. PMID: 28158433.

16. **Keyes KM**, Tracy M, Mooney SJ, Shev A, Cerda M. 2017. Invited commentary: Agent-based models: bias in the face of discovery. <u>American Journal of Epidemiology</u>, ePub June 30. PMID: 28673036. PMCID: PMC5860003.

17. **Keyes KM**. 2018. Invited commentary: Marijuana, drug use, and mental health in the United States: a tale of two generations. <u>Addiction</u>, 113(3):482-483. PMID: 29423983.

18. Susser E, **Keyes KM**, Mascayano F. 2018. Health pregnancy and prevention of psychosis. <u>World Psychiatry</u>, 17(3):357-358. PMID: 30192106.

19. Kirkbride JB, **Keyes KM**, Susser E. 2018. City Living and Psychotic Disorders-Implications of Global Heterogeneity for Theory Development. <u>JAMA Psychiatry</u>, ePub Oct 10th. PMID: 30304485.


BOOK CHAPTERS AND SHORT ARTICLES

1. Hasin D, **Keyes KM,** Ogburn E, Hatzenbuehler M. 2007. "Vulnerability to Alcohol and Drug Use Disorders."  In M. Tsuang (Ed.), <u>Toward Prevention and Early Intervention of Major Mental and Substance Abuse Disorders</u>. American Psychiatric Publishing, Inc.

2. **Keyes KM,** Hasin DS.  2008. Epidemiology of Alcohol Disorders. In Korsmeyer P & Kranzler H (Eds.), <u>Encyclopedia of Drugs, Alcohol & Addictive Behavior, 3rd edition</u>.  Gale Cengage Publishers.

3. **Keyes KM,** Hasin DS.  2008. Causes of alcohol and drug disorders: gender. In Korsmeyer P & Kranzler H (Eds.), <u>Encyclopedia of Drugs, Alcohol & Addictive Behavior</u>, 3rd edition.  Gale Cengage Publishers.

4. **Keyes KM,** Hasin DS. 2008. Gender and complications of substance disorders. In Korsmeyer P & Kranzler H (Eds.), Encyclopedia of Drugs, Alcohol & Addictive Behavior, 3rd edition. Gale Cengage Publishers.

5. **Keyes KM**, Hasin DS. 2010. Epidemiology and Management of Alcohol Misuse Comorbid with Other Disorders. In J. Saunders & J. Rey (Eds.), Young People and Alcohol: Impact, Policy, Prevention, Treatment. Wiley-Blackwell, publishers.

6. Pilowsky D, **Keyes KM**. Women and depression. 2010. In R. Senie (Ed.), Epidemiology of Women's Health. Jones & Bartlett, Publishers.

7. Hasin DS, **Keyes KM.** Epidemiology. 2011. In B. Johnson (Ed.), Addiction Medicine: Science and Practice.

8. **Keyes KM**, Li G. Age-period-cohort analysis in injury epidemiology. 2012. In G. Li & S. Baker (Eds.), Injury Research: Theories, Methods, and Approaches. Springer.

9. **Keyes KM**, Liu X. 2013. Age, period, and birth cohort effects in psychiatric disorders in the United States. In press. In K. Koenen, S. Rudenstine, S. Galea, and E. Susser (Eds.), Life Course Epidemiology of Mental Disorders. Oxford University Press.

10. Fink D, **Keyes K**. Wrong answers. In El-Sayed A, Galea S (Eds.), Systems Science in Population Health. Springer. 2016.

11. Fink D, **Keyes K**, Cerda M. Systems science and social epidemiology. In El-Sayed A, Galea S (Eds.), Systems Science in Population Health. Springer. 2016.

12. Cerda M, **Keyes K**. Longitudinal methods for social epidemiologic research. In J. Kaufman and J.M. Oakes (Eds.), Methods in Social Epidemiology. Jossey-Bass. Expected 2018.

13. **Keyes KM**, Schwartz S, Susser E. Psychiatric Epidemiology. In Rothman, Greenland, Lash, Vanderweele (Eds.), Modern Epidemiology, 4th Edition. Lippincott Williams and Wilkins. Expected 2020.

PRESENTATIONS AND INVITED LECTURES (SELECTED)

1. Cannabis withdrawal in 2,613 lifetime heavy cannabis users. Symposium presentation, Novel Phenotype Development for Genetics Studies of Substance Abuse Disorders. September 2005, New York, NY.

2. Gender differences in the risk for alcohol abuse and dependence: the effect of birth cohort. Symposium presentation, Psychiatric Epidemiology Faculty/Fellow Training Seminar. December 2005, New York, NY.

3. **Keyes KM**, Hasin DS. Birth cohort effects on gender differences in the risk for drug dependence. College on Problems of Drug Dependence. July 2006, Scottsdale, AZ.
   **\* Selected for Women & Gender Junior Investigator Award**

4. Birth cohort effects on gender differences in the risk for alcohol and drug dependence. Symposium presentation, Research Society on Alcoholism. June 2006, Baltimore, MD.

5.  Time in the causal landscape: age, period, and cohort effects in alcohol and drug epidemiology.  Symposium presentation, <u>Psychiatric Epidemiology Faculty/Fellow Training Seminar.</u> May 2007, New York, NY.

6.  Economic capital and problem alcohol use: the positive relationship between income and the DSM-IV alcohol abuse diagnosis.  Symposium presentation, <u>Research Society on Alcoholism,</u> July 2007, Chicago, IL.

7.  Disentangling age-period-cohort effects: problems and possibilities.  Symposium presentation, <u>American Psychopathological Association.</u>  March 2008, New York, NY.

8.  Methodological Issues in the Estimation of Age-Period-Cohort Effects.  Symposium presentation.  <u>Psychiatric Epidemiology Faculty/Fellows Training Seminar.</u>  March 2008, New York, NY.

9.  Influence of a drinking quantity and frequency measure on the prevalence and demographic correlates of DSM-IV alcohol use disorders.  Symposium presentation, <u>Research Society on Alcoholism.</u>  June 2008, Washington, DC.

10. A Comprehensive Approach to Age-Period-Cohort Analysis.  Plenary session presentation, <u>Society for Epidemiologic Research</u>.  June 2008, Chicago, IL.

11. Age-Period-Cohort estimation throughout history: tracing the meaning of a 'cohort effect' Symposium presentation.  <u>Psychiatric Epidemiology Faculty/Fellows Training Seminar.</u> February 2009, New York, NY.

12. Challenging the paradigm of a "telescoping" phenomenon in gender differences for substance disorders: results of a cohort analysis in the U.S. population.  Symposium presentation, <u>International Federation of Psychiatric Epidemiology.</u>  April 2009, Vienna, Austria.

13. Population-level disapproval and the prevalence of substance use: a multi-level age-period-cohort analysis of high-school attending adolescents in the United States, 1976-2008.  Symposium presentation, <u>Research Seminars in Epidemiology</u>, October 2009, New York, NY.

14. 'Age Selection of Mortality from Tuberculosis': a re-analysis of Frost on the 70th anniversary of publication. Symposium presentation, <u>American Public Health Association</u>, November 2009, Philadelphia, PA.

15. The role of craving in future classifications of alcohol use disorders.  Symposium presentation, <u>Adverse Childhood Experiences, Personality Psychopathology, and Alcohol Disorders</u>. December 2009, New York, NY.

16. Time as a multi-level risk factor: the impact of time period- and birth cohort-specific social norms on adolescent marijuana use, 1976-2007.  Symposium presentation, <u>École Des Hautes Études En Santé Publique</u>, January 2010, Paris, France.

17. *Time in the causal landscape: problems and possibilities in age-period-cohort research. <u>Survey Research Center</u>, February 2010, Ann Arbor, Michigan.

18. Adverse childhood events and the structure of common psychiatric disorders. Symposium presentation, <u>Adverse Childhood Experiences, Personality Psychopathology, and Alcohol Disorders</u>. May 2010, New York, NY.

19. A multi-level framework for understanding birth cohort effects. Symposium presentation, <u>Research Society on Alcoholism</u>, June 2010, San Antonio, Texas.

20. Novel Methods to Assess Societal-Level Causes of Alcohol Disorders Across Time and Place. Symposium chair, <u>Research Society on Alcoholism</u>, June 2010, San Antonio, Texas.

21. Testing the 'Jackson hypothesis': are black/white differences in depression due to differential effects of stress and unhealthy behaviors? Symposium presentation, <u>Psychiatric Epidemiology Faculty/Fellows Training Seminar.</u> November 2010, New York, NY.

22. *The Epidemiology of Substance Use Disorders. <u>Sexuality and HIV Seminar, HIV Center for Clinical and Behavioral Science</u>. February 2011, New York, NY

23. Methodological issues in the assessment of adverse childhood events. Symposium chair, <u>Society for Epidemiologic Research</u>, June 2011, Montreal, Canada.

24. Childhood Maltreatment and the Structure of Common Psychiatric Disorders. Symposium presentation, <u>Society for Epidemiologic Research</u>, June 2011, Montreal, Canada.

25. Time Trends and Their Explanations. Symposium chair, <u>Research Society on Alcoholism</u>, June 2011, Atlanta, Georgia.

26. Understanding family-based designs using Directed Acyclic Graphs. Symposium presentation, <u>World Psychiatric Association Epidemiology Section</u>, March 2012, Sao Paulo, Brazil.

27. *Time trends in alcohol use: Understanding cohort effects, <u>Adult Psychiatry Grand Rounds</u>, Columbia University Department of Psychiatry, May 2012, New York, NY.

28. Thought disorders in the meta-structure of psychopathology. Symposium presentation, <u>Research Society on Alcoholism</u>, June 2012, San Francisco, CA.

29. How can thought disorders be conceptualized in the meta-structure of psychopathology? Symposium presentation, <u>Life History Society</u>, October 2012, Surrey, England.

30. Comorbidity of less common psychiatric disorders in the meta-structure of psychopathology. Symposium presentation, <u>World Psychiatric Association</u>, October 2012, Prague, Czech Republic.

31. The social norms of birth cohorts: age, period, and cohort effects in adolescent and adult binge drinking. Symposium presentation, <u>Society for Research on Child Development</u>, October 2012, Tampa, FL.

32. *The critical role of social norms in population health. Symposium presentation, <u>Columbia University Epidemiology Scientific Symposium: Charting the Course of Social Epidemiology in the Next 25 Years</u>, Symposium presentation, October 2012, New York, NY.

33. The burden of loss: unexpected death and psychiatric disorders across the life course. <u>International Society for Traumatic Stress Studies</u>, Symposium presentation, November 2012, Los Angeles, CA.

34. *Age, period, and cohort effects: an introduction to theory and approaches to analysis. <u>University of Manitoba Clinical Health Sciences, Department of Psychiatry</u>, Invited lecture, January 2013, Winnipeg, Canada.

35. *How does exogenous and endogenous hormone variation affect mental health? New designs for old problems. <u>Psychiatric-Neurological Epidemiology Cluster Seminar</u>, Invited lecture, Columbia University, February 2013, New York, NY.

36. *Social norms and alcohol use: evidence and recommendations for New York City. <u>Community Services Board Meeting</u>, Invited lecture, New York City Department of Health, March 2013, New York, NY.

37. New Methods for an Old Epidemiologic Problem: Age, Period, and Cohort Effects. <u>Society for Epidemiologic Research</u>, Symposium chair, June 2013, Boston, MA.

38. Racial/ethnic differences in alcohol-attributable homicide: how do we move forward? <u>Society for Epidemiologic Research</u>, Symposium presentation, June 2013, Boston, MA.

39. Early life stress and adult psychiatric disorders: assessing causation in a sea of correlation. <u>Society for Epidemiologic Research</u>, Symposium presentation, June 2013, Boston, MA.

40. Understanding substance use epidemiology across time, space, and generation. <u>Society for Epidemiologic Research</u>, Symposium chair, June 2013, Boston, MA.

41. Racial/ethnic differences in drinking in the US: paradoxes, problems, and research priorities. <u>Research Society on Alcoholism</u>, Symposium chair and presentation, June 2013, Orlando, FL.

42. Understanding the teenage brain in context: 35 years of adolescent sensation seeking in the United States. <u>International Federation of Psychiatric Epidemiology</u>, Symposium chair and presentation, June 2013, Leipzig, Germany.

43. Maternal alcohol consumption and offspring psychopathology. <u>European Public Health Association Conference</u>, Symposium presentation, November 2013, Brussels, Belgium.

44. *Age, period, and cohort effects: an introduction to theory and approaches to analysis. <u>CUNY School of Public Health Epidemiology and Biostatistics Seminar Series</u>, Invited lecture, November 2013, New York, NY.

45. Multi-national birth cohort trends in sensation seeking in the United States from 1976 to 2011.  Symposium presentation, <u>Society for Research on Adolescents</u>, March 2014, Austin, TX.

46. *Social norms, attitudes, and behavior: how do we harness intention for public health prevention?  <u>Columbia University Epidemiologic Science Symposium</u>, April 2014, New York, NY

47. *How can we intervene in neighborhoods to reduce racial/ethnic inequalities in alcohol-related homicide? Simulating in-silico counterfactuals. <u>Innovations in Translating Injury Research Into Effective Prevention</u>, May 2014, New York, NY.

48. *How can we intervene in neighborhoods to reduce racial/ethnic inequalities in alcohol-related homicide? Simulating in-silico counterfactuals. <u>Partnership for a Healthier New York City</u>, June 2014, New York, NY.

49. How should we prioritize 'external validity' when aiming to conduct an epidemiology that matters? Symposium presentation, <u>Society for Epidemiologic Research</u>, June 2014, Seattle, WA.

50. Health within and across generations: new research in life course epidemiology. Symposium chair, <u>Society for Epidemiologic Research</u>, June 2014, Seattle, WA.

51. *A brief introduction to age-period-cohort methodology. SER Experts presentation, <u>Society for Epidemiologic Research</u>, June 2014, Seattle, WA.

52. Racial/ethnic differences in alcohol use across the life course: an explanation of health disparities?  <u>International Epidemiological Association</u>, August 2014, Anchorage, AL.

53. Trajectories of alcohol and cigarette use across the lifecourse: evidence from a pregnancy cohort.  Symposium presentation, <u>World Psychiatric Association</u>, September 2014, Madrid, Spain.

54. *The burden of loss: unexpected death and psychiatric disorders across the life course. Symposium presentation, <u>World Psychiatric Association Epidemiology Section</u>, October 2014, Nara, Japan.

55. *Psychiatric disorders among bereaved individuals.  Grand Rounds speaker, <u>Hartford Hospital Institute of Living</u>, October 2014, Hartford, CT.

56. *Racial/ethnic differences in substance use across the life course. Grand Rounds speaker, <u>Alcohol Research Group</u>. November 2014, Berkeley, California.

57. Has the population prevalence of adolescent sensation seeking and its relation to substance use changed over time? Symposium presentation, <u>Society for Research on Child Development</u>. March 2015, Philadelphia, PA.

58. The Great Sleep Recession: Changes in Sleep Duration Among US Adolescents, 1991-2012. Symposium presentation, <u>Society for Research on Child Development</u>. March 2015, Philadelphia, PA.

59. Alcohol Interventions and Rates of Violence and Homicide in New York City: an Agent-Based Approach. Symposium presentation, <u>Society for Epidemiological Research</u>, June 2015, Denver, CO.

60. The mathematical limits of genetic prediction for complex chronic disease. Symposium presentation, <u>Society for Epidemiological Research</u>, June 2015, Denver, CO.

61. Teaching epidemiology by building on foundational concepts. Symposium presentation, <u>Society for Epidemiological Research</u>, June 2015, Denver, CO.

62. Mental Health and Aging: Chronic Disease, Cognition, and Pathways Connecting Mind and Body. Symposium chair, <u>Society for Epidemiological Research</u>, June 2015, Denver, CO.

63. *Advances in age, period, and cohort effect analysis. <u>Faculty of Health Sciences Research Seminar Series</u>, Invited lecture, September 2015, Vancouver, Canada.

64. *How and why do psychiatric disorders change across time. <u>Canadian Association of Psychiatric Epidemiology</u>, Keynote speaker, September 2015, Vancouver, Canada.

65. Anxious and angry: course and comorbidity of intermittent explosive disorder and anxiety disorders in adolescence. Symposium presentation, <u>International Federation of Psychiatric Epidemiology</u>, October 2015, Bergen, Norway.

66. *Using complex systems modeling to examine alcohol-attributable homicide in New York City. Invited lecture, <u>Injury Prevention Research Center, Office of the Vice-Chancellor for Research, Social Epidemiology Program, Epidemiology Department, Gillings School of Global Public Health, University of North Carolina.</u> October 2015, Chapel Hill, NC.

67. *How and why do psychiatric disorders change across time. <u>Institute for Translational Epidemiology</u>, <u>Mount Sinai School of Medicine</u>, Seminar presentation, January 2016, New York, NY.

68. *The mathematical limits of genetic prediction for complex chronic disease. Symposium presentation, <u>American Psychopathological Association</u>, March 2016, New York, NY.

69. *Cohort studies in epidemiology: considering cross-generational influences on health. Invited speaker, <u>World Psychiatric Association Epidemiology Section</u>, April 2016, Munich, Germany.

70. How healthy are survey respondents compared to the general population? A comparison of mortality rates from linked death records. Symposium presentation, <u>World Psychiatric Association Epidemiology Section</u>, April 2016, Munich, Germany.

71. *How and why do psychiatric disorders change across time. <u>Brain Health Colloquium</u>, <u>Harvard T.H. Chan School of Public Health</u>, Seminar presentation, April 2016, Boston, MA.

72. How similar are survey respondents to the general population? Symposium presentation, <u>Society for Epidemiologic Research</u>, June 2016, Miami, FL.

73. Agent-Based models and the G-Formula: Comparable Approaches for Evaluating Population Intervention Effects? Symposium discussant, <u>Society for Epidemiologic Research</u>, June 2016, Miami, FL.

74. The impact of traumatic experiences across diverse populations: causes, consequences, and correlates. Symposium chair, <u>Society for Epidemiologic Research</u>, June 2016, Miami, FL.

75. Agent-based model of alcohol taxation effects on violence and homicide in New York City. Symposium presentation, <u>Research Society on Alcoholism</u>, June 2016, New Orleans, LA.

76. *Alcohol use and morbidity across historical time: what does variation tell us about environmental determinants of alcohol-related outcomes? Plenary talk, <u>Research Society on Alcoholism</u>, June 2016, New Orleans, LA.

77. *Why does epidemiology matter? Invited lecture, <u>International Journal of Epidemiology Conference</u>, October 2016, Bristol, UK.

78. *The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. <u>Population Health Research Seminar</u>, October 2016, New York University, New York, NY.

79. *The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. <u>Epidemiology Seminar Series</u>, November 2016, Virginia Commonwealth University, Richmond, Virginia

80. *Fundamentals of age-period-cohort analysis. <u>Epidemiology Seminar Series</u>, February 2017, University of California San Francisco, San Francisco, California.

81. *The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. <u>Epidemiology Seminar Series</u>, April 2017, University of Capetown, Capetown, South Africa.

82. *The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. <u>Key note address, Epidemiology Student Research Day</u>, April 2017, McGill University, Montreal, Canada.

83. *Alcohol use and morbidity across historical time: what does variation tell us about environmental determinants of alcohol-related outcomes? <u>National Institute of Health Director's Wednesday Afternoon Lecture Series (WALS)</u>, May 2017, NIH, Bethesda, MD.

84. Fifty years of high impact epidemiological research on drug use disorders and related conditions: Looking back and ahead. Symposium presentation, <u>Society for Epidemiologic Research</u>, June 2017, Seattle, WA.

85. Psychiatric epidemiology in the era of precision medicine: what is our role? Symposium chair, <u>Society for Epidemiologic Research</u>, June 2017, Seattle, WA.

86. *The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. <u>Seminar Series</u>, August 2017, National Institute of Occupational Health, Oslo, Norway.

87. *Historical and current trends in adolescent heavy alcohol use, depressive affect, and their relationship: implications for adolescent suicide in the United States. <u>NIAAA Workshop to Explore Research Needs in Addressing Alcohol-Related Suicide,</u> September 2017, National Institute of Alcohol Abuse and Alcoholism, Rockville, Maryland.

88. The influence of medical marijuana laws on adolescent and adult outcomes: current state evidence from the United States. Symposium presentation, <u>World Psychiatric Association</u>, October 2017, Berlin, Germany.

89. Utilising epidemiology to guide innovative prevention for comorbid mental and substance use problems in young people. Symposium discussant, <u>International Federation of Psychiatric Epidemiology</u>, October 2017, Melbourne, Australia.

90. Transdiagnostic psychiatric disorder risk associated with early and late age of menarche: a latent modeling approach. Symposium presentation, <u>International Federation of Psychiatric Epidemiology</u>, October 2017, Melbourne, Australia.

91. Mental health and firearm violence: Understanding social and environmental contexts on the path to prevention. Symposium chair, <u>International Federation of Psychiatric Epidemiology</u>, October 2017, Melbourne, Australia.

92. Mental health and firearm violence: what role should disqualification criteria on firearm ownership play? Symposium presentation <u>International Federation of Psychiatric Epidemiology</u>, October 2017, Melbourne, Australia.

93. *The epidemiology of opioid use, opioid disorder, and overdose in the United States: past, present, and evidence-based control strategies. Keynote address, <u>Kentucky Association of Counties annual conference</u>, November 2017, Louisville, Kentucky

94. *As adolescent substance use declines, depression and suicidality increase: a tale across generations. <u>NYU Population Health</u>, Epidemiology Seminar Series. December 4th, 2017, New York, NY

95. *Life Course Psychopathology: The Next Decade. <u>American Psychopathological Association</u>, invited talk, March 3rd, 2018. New York, NY.

96. *Mental health over the life course: adolescence. <u>National Academy of Sciences workshop: Women's Mental Health across the Life Course</u>. March 7th, 2018. Washington DC.

97. *The role of epidemiology in population mental health in the 21st century: history, current progress, future directions. <u>Seminar Series</u>, April 2017, <u>French National Institute of Health</u>

and Medical Research (INSERM), Paris, France.

98. *Opioid use, disorder, and mortality: past, present, and evidence-based control strategies. Mass Torts Made Perfect conference, invited talk, April 2018, Las Vegas, NV.

99. Declines in the relationship between adolescent depressive affect and binge drinking: implications for public mental health. Research Society on Alcoholism, symposium presentation, June 2018, San Diego, CA.

100. Who thinks like that? Survey methods for non-survey data. Society for Epidemiological Research, symposium presentation, June 2018, Baltimore, MD.

101. Are urban  and rural health differences due to exposure prevalence variation or interaction: when and why does it matter? Society for Epidemiological Research, symposium presentation, June 2018, Baltimore, MD.

102. Consequences of medical  and recreational cannabis legislation on opioid-related harm. Society for Epidemiological Research, symposium  presentation, June 2018, Baltimore, MD.

103. Changes in United States health policy: implications for substance use and injury. Society for Epidemiological Research, symposium chair, June 2018, Baltimore, MD.

104. *Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Substance Abuse Epidemiology Training Program seminar, Columbia University, October 2018, New York, NY.

105. *Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Epidemiology and Biostatistics Seminar, Drexel University, November 2018, Philadelphia, PA.

106. *Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Epidemiology and Biostatistics Seminar, Drexel University, November 2018, Philadelphia, PA.

107. *Depression's got a hold of me: Gender differences and generational trends in alcohol use and mental health among US adolescents and adults. Centro de Investigación en Sociedad y Salud, Universidad Mayor, November 2018, Santiago, Chile.

* Invited lecture