Exhibit 6

Prepared: February 22, 2019

**University of California, San Francisco**
# CURRICULUM VITAE

**Name:**        Mark A. Schumacher, PhD, MD

**Position:**      Professor, Step 4
Anesthesia & Perioperative Care
School of Medicine

Professor, Dept. of Oral and Maxillofacial Surgery

**Address:**      Box 0427
513 Parnassus Ave, Med Sci, S436
University of California, San Francisco
San Francisco, CA 94143
Voice: 502-7022
Fax: 514-0185
Email: mark.schumacher@ucsf.edu
Web: pain.ucsf.edu

## EDUCATION

| | | | |
|---|---|---|---|
| 1977 - 1979 | University of California, San Diego | B.A | Biology |
| 1981 - 1987 | University of California, San Diego (Palmer Taylor, Theodore Friedmann) | Ph.D. | Physiology & Pharmacology |
| 1987 - 1987 | University of California, San Diego (Palmer Taylor) | Fellow | Molecular Pharmacology |
| 1987 - 1990 | University of California, San Diego | Medicine | M.D. |
| 1990 - 1990 | University of California, San Diego (Tony Yaksh) | Fellow | Pain Research |
| 1990 - 1991 | Cedars-Sinai Medical Center, Los Angeles, California | Internship | Internal Medicine |
| 1991 - 1993 | University of California, San Francisco | Residency | Anesthesia |
| 1994 - 1995 | University of California, San Francisco (Jon Levine, David Julius) | Fellow | Pain Research |
| 2003 - 2004 | Blackett Laboratory - Imperial College, London UK (Nick Franks, Mervyn Maze) | Sabbatical | Biophysics Research, |

## LICENSES, CERTIFICATION

| | |
|---|---|
| 1991 | Diplomat, National Board of Medical Examiners |
| 1991 | California State Medical Board License No. G072778 |
| 1995 | American Board of Anesthesiology |

Prepared: February 22, 2019

## PRINCIPAL POSITIONS HELD

| 1993 - 1994 | University of California, San Francisco | Chief Resident | Anesthesia |
|---|---|---|---|
| 1994 - 1995 | University of California, San Francisco | Clinical Instructor | Anesthesia |
| 1995 - 2001 | University of California, San Francisco | Assistant Professor in Residence | Anesthesia |
| 1995 - present | University of California, San Francisco | Attending Physician | Anesthesia |
| 2001 - 2002 | University of California, San Francisco | Associate Professor in Residence | Anesthesia |
| 2002 - 2013 | University of California, San Francisco | Associate Professor | Anesthesia |
| 2013 - present | University of California, San Francisco | Professor | Anesthesia |

## OTHER POSITIONS HELD CONCURRENTLY

| 1995 - 2001 | University of California, San Francisco | Assistant Professor in Residence | Dept. of Oral & Maxillofacial Surgery |
|---|---|---|---|
| 2001 - 2002 | University of California, San Francisco | Associate Professor in Residence | Dept. of Oral & Maxillofacial Surgery |
| 2002 - 2013 | University of California, San Francisco | Associate Professor | Dept. of Oral & Maxillofacial Surgery |
| 2003 - 2004 | Imperial College London, UK | Visiting Reader | |
| 2010 - 2015 | University of California, San Francisco | Medical Director | Pain Services, UCSF Medical Center |
| 2010 - present | University of California, San Francisco | Chief | Division of Pain Medicine, Dept. of Anesthesia and Perioperative Care |
| 2013 - present | University of California, San Francisco | Professor | Oral & Maxillofacial Surgery |

Prepared: February 22, 2019

**HONORS AND AWARDS**

| | | |
|---|---|---|
| 1997 | Radiometer/John Severinghaus Fellow in Anesthesia Research, Department of Anesthesia and Perioperative Care | University of California, San Francisco |
| 1998 | New Investigator Award | Foundation for Anesthesia Education Research (FAER) |
| 2000 | Sessler Family Anesthesia Research Award | University of California, San Francisco |
| 2001 | Frontiers in Anesthesia Research Award | International Anesthesia Research Society (IARS) |

**KEYWORDS/AREAS OF INTEREST**

capsaicin receptor, chemotherapy induced peripheral neuropathy (CIPN), gene, genomics, Nerve Growth Factor, NGF, nociceptor, oxaliplatin, pain, promoter, splice variant, Transcription Factor - Sp1, Sp4, TRPV1, TRPA1, TRPM8, VR1.

# CLINICAL ACTIVITIES

## CLINICAL ACTIVITIES SUMMARY

As of January 2017, I have transitioned my clinical activity on average to 2 clinical days each week. This consists of providing approximately 8 days every month on the Anesthesia Pain Management Service, supervising residents, medical students and providing direct patient care. Previously, additional clinical activities included attending in the Moffitt Long Hospital operating rooms 1-2 days per month. Responsibilities also included in-house daytime, supervision of OR, PACU, and ICU anesthesia care plus 1 overnight E1pm/month.

# PROFESSIONAL ACTIVITIES

## MEMBERSHIPS

| | |
|---|---|
| 1991 - present | International Anesthesia Research Society |
| 1991 - present | California Society of Anesthesiologists |
| 1991 - present | American Society of Anesthesiologists |
| 1995 - present | International Association for the Study of Pain |
| 1995 - present | Society for Neuroscience |
| 2000 - present | American Pain Society |
| 2001 - present | Association of University Anesthesiologists (elected member) |
| 2010 - 2012 | World Institute of Pain |

## SERVICE TO PROFESSIONAL ORGANIZATIONS

| | | |
|---|---|---|
| 1997 - 1997 | IARS 71st Clinical and Scientific Congress | Co-chair, Poster Disc. Pharm |

| 2003 - 2003 | IARS 77th Clinical and Scientific Congress | Poster Moderator-Pain |
| 2004 - 2004 | IARS 78th Clinical and Scientific Congress | Poster Moderator-Pain |
| 2010 - 2010 | American Pain Society | Review National Guidelines on Management of Postoperative Pain |
| 2015 - 2018 | California Society of Anesthesiologists | Member, Task Force on Pain |
| 2016 - 2018 | The ACTTION (Analgesic, Anesthetic, and Addiction Clinical Trial Translations, Innovations, Opportunities, and Networks) public-private partnership with the FDA, the American Pain Society, and the American Academy of Pain Medicine are collaborating on the development of an acute pain taxonomy with diagnostic criteria for the major acute pain conditions. | Invited Participant |
| 2018 - 2018 | Program Committee, Napa Pain Conference 2018 | |
| 2018 - 2018 | Interviewed for the American Journal of Public Health January 2019 Podcast: "Pain Management: A Crisis with No End in Sight." https://soundcloud.com/alfredomorabia/ajph-january-2019-pain-management-a-crisis-with-no-end-in-sight-english | Interviewee |

## SERVICE TO PROFESSIONAL PUBLICATIONS

| 1999 - present | Ad hoc referee, Anesthesiology |
| 2000 - 2000 | Ad hoc referee, Genomics |
| 2000 - 2000 | Ad hoc referee, Brit J Pharmacol |
| 2000 - 2006 | Ad hoc referee, Molecular Pharmacol |
| 2002 - present | Ad hoc referee, Pain |
| 2002 - 2002 | Ad hoc referee, FEBS letters |
| 2003 - 2006 | Ad hoc referee, Brain Research |
| 2004 - 2004 | Ad hoc referee, British Medical Bulletin |
| 2006 - present | Ad hoc referee, Neuroreport |
| 2008 - 2008 | Ad hoc referee, J Investigative Dermatology |
| 2008 - present | Ad hoc referee, Neurosci Letters |
| 2008 - present | Ad hoc referee, J Pain |

Prepared: February 22, 2019

| 2010 - 2010 | Ad hoc referee, Stroke |
| 2010 - 2013 | Ad hoc referee, Proc Natl Acad Sci |
| 2010 - 2012 | Guest Editor, Pharmaceuticals, http://www.mdpi.com/journal/pharmaceuticals/special_issues/ion-channels/ |
| 2018 - present | Ad hoc referee, New England Journal of Medicine |
| 2018 - present | Ad hoc referee, PLoS One |

## INVITED PRESENTATIONS - INTERNATIONAL

| 1987 | Universität Bern, Institute for Biochemistry and Molecular Biology: Bern, Switzerland, May | Invited talk |
| 1987 | University of Geneve, Department of Biochemistry: Geneve, Switzerland, May | Invited talk |
| 2002 | International Association for the Study of Pain Congress: San Diego, California, August | Poster |
| 2004 | Departement Anästhesie Universitätsspital Basel: Basel, Switzerland, February | Invited talk (2) |
| 2004 | The Queen's University of Belfast, Department of Anaesthetics: Belfast Northern Ireland, June | Elected Royal College of Anaesthetists Rank Lecturer |
| 2004 | Cellular and Molecular Neuroscience Seminar Series: Imperial College, London, UK, March | Invited talk |
| 2004 | Euroanaesthesia: Lisbon, Portugal, June | Invited congress lecture |
| 2004 | World Institute of Pain: Barcelona, Spain, September | Invited talk |
| 2004 | Division of Biophysics: Imperial College London, UK, July | Invited talk |
| 2009 | World Institute of Pain: New York, New York, March | Opening plenary lecture |
| 2011 | Zambon Research Venture, Zambon Pharmaceuticals: Milan (Bresso), Italy, November | Invited talk |
| 2011 | 3rd SIMPAR (Study in Multidisciplinary Pain Research) Conference: Pavia, Italy, November | Invited Moderator, Co-Chair |
| 2012 | International Association for the Study of Pain (IASP) 14th World Congress on Pain, August (The Development of Inflammatory Thermal Hyperalgesia is Dependent on Transcription Factor Sp4) | Invited talk |

| | | |
|---|---|---|
| 2013 | 5th SIMPAR (Study in Multidisciplinary Pain Research) Conference: Pavia, Italy, March (Mechanisms of Chronification of Acute into Chronic Pain) | Invited talk |
| 2014 | 6th SIMPAR (Study in Multidisciplinary Pain Research) Conference: Rome, Italy, March (New Developments in Inflammation: TRPV1) | Invited talk |
| 2015 | 7th SIMPAR (Study in Multidisciplinary Pain Research) Conference: Rome, Italy, March (Translational Mechanisms / Treatments of Lower Back Pain w/Radiculopathy) | Invited talk |
| 2016 | 8th SIMPAR (Study in Multidisciplinary Pain Research) Conference: Rome, Italy, April (The Anticancer Antibiotic Mithramycin-A Inhibits TRPV1 Expression in Dorsal Root Ganglion Neurons) | Invited talk |
| 2016 | International Association for the Study of Pain (IASP), Yokohama, Japan (September, 2016) | Poster |
| 2016 | Wakayama University (October 2016) | Invited talk |
| 2017 | 9th SIMPAR (Study in Multidisciplinary Pain Research) Conference: Florence, Italy, March | Invited talk |
| 2018 | International Anesthesia Research Society (IARS) 2018 Annual Meeting and International Science Symposium (April 28 – May 1). "Panel Session Number 204: A National Strategy to Reduce the Opioid Epidemic: A Report from the National Academies of Sciences, Engineering and Medicine" | Invited talk |

## INVITED PRESENTATIONS - NATIONAL

| | | |
|---|---|---|
| 1995 | Association of University Anesthesiologists: San Diego, California, May | Invited poster |
| 1998 | American Society of Anesthesiologists: Orlando, Florida, October | Invited poster |
| 1999 | American Pain Society: Fort Lauderdale, Florida, October | Invited poster |
| 2000 | American Society of Regional Anesthesia and Pain Medicine: Orlando, Florida, March | Invited talk |
| 2002 | International Anesthesia Research Society, Clinical and Scientific Congress: San Diego, California, April | Invited talk |
| 2002 | American Pain Society Congress: Baltimore, Maryland | Poster |
| 2003 | International Anesthesia Research Society Clinical and Scientific Congress: New Orleans, Louisiana, March | Invited talk |

| | | |
|---|---|---|
| 2003 | Association of University Anesthesiologists: Milwaukee, Wisconsin, May | Invited talk |
| 2004 | International Anesthesia Research Society, Clinical and Scientific Congress: Tampa, Florida, March | Invited talk |
| 2005 | Association of University Anesthesiologists: Baltimore, Maryland, May | Poster discussion |
| 2005 | International Anesthesia Research Society, Clinical and Scientific Congress: Honolulu, Hawaii, March | Invited talk |
| 2006 | International Anesthesia Research Society, Clinical and Scientific Congress: San Francisco, California, March | Invited talk |
| 2007 | American Society of Anesthesiologists: San Francisco, California | Poster |
| 2007 | Department of Anesthesia Grand Rounds, Emory University: Atlanta, Georgia | Invited talk |
| 2011 | Association of University Anesthesiologists: Philadelphia, Pennsylvania | Invited talk |
| 2012 | American Academy of Orthopaedic Surgeons (AAOS), National Association of Orthopaedic Nurses (NAON): San Francisco, California, February (Peripheral Nerve Catheters for Postoperative Pain Control Following Total Joint Arthroplasty) | Invited talk |
| 2012 | National Institutes of Health (NIH) Pain Consortium, Centers of Excellence in Pain Education: Bethesda, Maryland, July (Interprofessional Development of Pain Education Competencies) | Invited talk |
| 2014 | American Psychosomatic Society, Mini Medical School, March (Learning from the Past to Understand the Origins of Acute to Chronic Pain) | Invited talk |
| 2014 | 7th Annual Pediatric Pain Master Class, Presented by: Children's Institute for Pain and Palliative Care (CIPPC), Department of Pain Medicine, Palliative Care and Integrative Medicine, Children's Hospitals and Clinics of Minnesota, June (Integration of Multi-Modal Pain Management Into Large Health Care Setting: Challenges, Outcomes & Lessons Learned) (TRPV1 – From Bench to Bedside: Update on Current Pain Research ) | Invited talk |
| 2014 | US Department of Justice, Bay Area Presciption Drug Abuse Summit, Solutions and Impact Panel (Multimodal Pain Management Strategy), May 7, San Francisco, California. | Invited talk |

Prepared: February 22, 2019

| | | |
|---|---|---|
| 2015 | California Society of Anesthesiologists Annual Meeting, April (How Does Acute Pain Turn Chronic?) | Invited talk |
| 2016 | Developing the Framework for a Comprehensive and Evidence Based ACTTION-APS-AAPM Pain Taxonomy (AAAPT) for Acute Pain. The ACTTION (Analgesic, Anesthetic, and Addiction Clinical Trial Translations, Innovations, Opportunities, and Networks) public-private partnership with the FDA, the American Pain Society, and the American Academy of Pain Medicine are collaborating on the development of an acute pain taxonomy with diagnostic criteria for the major acute pain conditions. | Invited talk |
| 2017 | The National Academies of Sciences, Engineering, and Medicine (NASEM) Committee on Pain Management and Regulatory Strategies to Address Prescription Opioid Abuse Consensus Report Out "Pain Management and the Opioid Epidemic: Balancing Societal and Individual Benefits and Risks of Prescription Opioid Use" (July) | Invited Committee Member / Report Out Panel Member |
| 2017 | AAAPT Meeting. Sponsored by the ACTTION (Analgesic, Anesthetic, and Addiction Clinical Trial Translations, Innovations, Opportunities, and Networks), the American Academy of Pain Medicine (AAPM), and the American Pain Society (APS). (November 3-4) | Invited talk |

## INVITED PRESENTATIONS - REGIONAL AND OTHER INVITED PRESENTATIONS

| | | |
|---|---|---|
| 1996 | UCSF Department of Anesthesia and Perioperative Care, The Changing Practice of Anesthesia Conference, Pain Management/Regional Anesthesia: San Francisco, California, September | Invited talk |
| 1997 | UCSF School of Medicine, Pain Research Group: San Francisco, California | Research seminar |
| 1997 | UCSF School of Medicine, Department of Anesthesia and Perioperative Care: San Francisco, California | Research seminar |
| 1997 | UCSF Department of Pharmacology, Graduate Program in Biomedical Sciences: San Diego, California, December | Invited talk |
| 1998 | UCI Department of Microbiology and Molecular Genetics, College of Medicine: Irvine, California, May | Invited talk |
| 1998 | UCSF School of Medicine, Department of Anesthesia and Perioperative Care: San Francisco, California | Research seminar |
| 1999 | UCSF School of Medicine, Department of Anesthesia and Perioperative Care: San Francisco, California, January | Research seminar |

Prepared: February 22, 2019

| 1999 | UCSF School of Medicine, Pain Research Group: San Francisco, California, February | Invited talk |
|------|-----------------------------------------------------------------------------------|--------------|
| 2000 | UCSF School of Medicine, Department of Anesthesia and Perioperative Care: San Francisco, California, February | Research seminar |
| 2000 | UCSF School of Medicine, Pain Research Group: San Francisco, California | Invited talk |
| 2001 | UCSF Department of Anesthesia and Perioperative Care, The Changing Practice of Anesthesia Conference, Pain Management/Regional Anesthesia: San Francisco, California, September | Invited talk |
| 2004 | UCSF School of Medicine, Department of Medicine, Grand Rounds: San Francisco, California, October | Invited talk |
| 2005 | UCSF School of Medicine, Pain Research Group: San Francisco, California, February | Invited talk |
| 2007 | UCSD Pain Group: San Diego, California | Invited talk |
| 2007 | UCSF Center for Cerebrovascular Research Seminar, June 12 | Invited talk |
| 2008 | UCSF School of Medicine, Pain Research Group: San Francisco, California, May | Invited talk |
| 2008 | Anesiva: South San Francisco, California, July | Invited talk |
| 2008 | UCSD Pain Group: San Diego, California | Invited talk |
| 2008 | UCSF School of Medicine, Department of Anesthesia and Perioperative Care, Grand Rounds: San Francisco, California | Research presentation |
| 2009 | UCSF School of Medicine, Department of Anesthesia and Perioperative Care, Grand Rounds: San Francisco, California | Research presentation |
| 2009 | UCSF Department of Anesthesia and Perioperative Care, The Changing Practice of Anesthesia Conference: San Francisco, California, September | Invited talk |
| 2009 | UCSF Department of Medicine, Palliative Care Pain Lectures: San Francisco, California, October | Invited talk |
| 2010 | Venture Inovation Program (Q83) Forum on Drug Delivery: UCSF Mission Bay Campus, San Francisco, California, March | Invited talk |
| 2010 | UCSF Department of Medicine, Palliative Care Fellows Lecture: San Francisco, California | Invited talk |

| | | |
|---|---|---|
| 2011 | UCSF Pain Summit 2011, May | Course Co-Chair, Moderator, Speaker |
| 2011 | UCSF Departments of Anesthesia and Surgery, Joint Ventures in Clinical Excellence: San Francisco, California | Invited talk |
| 2011 | UCSF Department of Anesthesia and Perioperative Care, The Changing Practice of Anesthesia Conference: San Francisco, California, September | Invited talk |
| 2011 | University of California, San Diego: San Diego, California, December | Invited talk |
| 2011 | UCSF School of Medicine, Department of Anesthesia and Perioperative Care, Grand Rounds: San Francisco, California, December | Invited moderator, talk |
| 2011 | University of California, San Francisco, Patient Quality and Safety Retreat: San Francisco, California, December | Invited talk |
| 2012 | UCSF Departments of Anesthesia and Perioperative Care, Surgery and Medicine (Division of Hospital Medicine), Joint Grand Rounds, Perioperative Medicine: San Francisco, California, April | Moderator |
| 2012 | Western Anesthesia Residents' Conference (WARC): Los Angeles, California, May (Does the Capsaicin Receptor Splice Variant TRPV1var Block Activation of Sensory Neurons to Capsaicin?) | Invited talk (mentored) |
| 2012 | UCSF Department of Anesthesia and Perioperative Care, The Changing Practice of Anesthesia Conference: San Francisco, California, September (Perioperative Management of the Opioid Tolerant Patient) | Invited talk |
| 2013 | UCSF Pain Summit 2013, May | Course Chair, Moderator, Speaker |
| 2013 | Western Anesthesia Residents' Conference (WARC): Albuquerque, New Mexico, May (Determining a nociceptive transcriptome by "Deep Sequencing" (RNA-Seq) analysis of sensory ganglia from Sp4 +/- heterozygote mice) | Invited talk (mentored) |
| 2013 | UCSF Department of Anesthesia and Perioperative Care, Pain Medicine Grand Rounds, November | Moderator |
| 2014 | UCSF Department of Anesthesia and Perioperative Care, The Changing Practice of Anesthesia Conference: San Francisco, California, September (Securing Hospital Approval for Ketamine Use on the Wards) | Invited talk |

| | | |
|---|---|---|
| 2014 | Western Anesthesia Residents' Conference (WARC): Los Angeles, California, May (Benefits Beyond Pain Control: Multimodal Analgesia Associated with Reduced Hospital Length of Stay) | Invited talk (mentored) |
| 2015 | UCSF Department of Anesthesia and Perioperative Care, Pain Medicine Grand Rounds, February | Moderator |
| 2015 | UCSF Pain Research Group Lecture, February (Chronification of Pain: The Role of Sp1-like Transcription Factors) | Invited talk |
| 2015 | Pain Fellows Lecture (Bench to Bedside) | Invited talk |
| 2015 | UCSF Pain Summit, May | Course Chair, Moderator, Speaker |
| 2016 | UCSF Department of Surgery Grand Rounds (The Surgeon's Role in Prescribing Narcotics and the Management of Chronic Pain) | Invited talk |
| 2017 | Opioid Prescribing Practices Special Grand Rounds (April 19) | Invited talk |
| 2017 | UCSF Department of Anesthesia and Perioperative Care Grand Rounds: Pain | Moderator |
| 2017 | Napa Pain Conference. (August 18-20) NASEM Presentation: Pain Management and the Opioid Epidemic - Balancing Societal and Individual Benefits and Risks of Prescription Opioid Use. | Invited talk |
| 2017 | California Society of Interventional Pain Physicians (CASIPP) 8th Annual Meeting. NASEM Presentation: Pain Management and the Opioid Epidemic - Balancing Societal and Individual Benefits and Risks of Prescription Opioid Use. (September 15-17) | Invited talk |
| 2018 | Napa Pain Conference. (August 16-19) | Invited Panel Talk |

## GOVERNMENT AND OTHER PROFESSIONAL SERVICE

| | | |
|---|---|---|
| 2002 - 2002 | BioStar University of California (1) | Grant Review: Ad Hoc |
| 2003 - 2004 | National Science Foundation (2) | Grant Review: Ad Hoc |
| 2009 - 2009 | National Institute of Health (4) | Grant Review RFA Panel 23 |
| 2012 - 2013 | Defense Medical Research and Development Program (DMRDP), Department of Defense (DOD) | Grant Reviewer and Member |

Prepared: February 22, 2019

| 2016 - 2018 | National Academies of Sciences, Engineering, and Medicine, Committee on Pain Management and Regulatory Strategies to Address Prescription Opioid Abuse *Consensus Report, Published July 2017: Pain Management and the Opioid Epidemic - Balancing Societal and Individual Benefits and Risks of Prescription Opioid Abuse" *July 12, 2017: Briefing with the FDA *July 12, 2017: Briefing with the staff of House Energy and Commerce Committee, Subcommittee on Health *July 13, 2017: Consensus Report Public Release Webinar | Member |

## UNIVERSITY AND PUBLIC SERVICE

### SERVICE ACTIVITIES SUMMARY

**Division of Pain Medicine:**  Beginning in 2010, I undertook the formation of a Division of Pain Medicine (pain.ucsf.edu).

**UCSF Health:**  Through my contributions on the interdisciplinary Pain Committee and the Pharmacy and Therapeutics (P&T) Committee, I have provided content expertise and leadership on a wide range of analgesic practice and policy concerns. This includes in depth contributions of a special medical staff committee on opioid prescribing practices that resulted in policy changes, a report out at the level of the Chancellor and presenting at a special Grand Rounds for all medical staff on opioid prescribing practices.

**National:** I served on the National Academies of Sciences, Engineering, and Medicine, Committee on Pain Management and Regulatory Strategies to Address Prescription Opioid Abuse and authored several key chapters in our Consensus Report, Published July 2017: "Pain Management and the Opioid Epidemic - Balancing Societal and Individual Benefits and Risks of Prescription Opioid Abuse." I was one of four members selected by the chair of the NASEM committee to participate in dissemination of the report by webinar; to FDA leadership and congressional staff committees as well as a number of media outlets.

### UCSF CAMPUSWIDE

| 1997 - 1997 | USP Drug Information Writing Contest | Judge |
| 1998 - 1998 | Office of the Vice Chancellor, Ad Hoc Committee for Appraisal of Achievement and Promise | Chair |
| 2006 - 2006 | Office of the Vice Chancellor, Ad Hoc Committee for Appraisal of Achievement and Promise | Member |
| 2012 - present | Pharmacy and Therapeutics Committee | Member |
| 2015 - 2015 | Stewardship Review, Department Chair, UCSF Office of the Vice Provost | Member |
| 2016 - 2016 | Ad-hoc Committee, UCSF Medical Staff Services. Faculty professionalism, review of opioid prescribing practices. | Member |
| 2018 - present | UCSF Opioid Task Force | Member |

## SCHOOL OF MEDICINE

| | | |
|---|---|---|
| 2009 - present | Pathway to Medical Center Discovery in Molecular Medicine | Faculty Member |
| 2010 - 2010 | President of Medical Staff - Ad Hoc Committee: Faculty Professionalism | Member |
| 2010 - 2015 | Pain Management Services UCSF Medical Center | Medical Director |
| 2010 - 2015 | Pain Management Committee | Chair |
| 2010 - 2013 | Continuous Pulse Oximetry Project-12L | Physician Champion |
| 2010 - 2013 | PCA Ad Hoc Safety Committee | Physician Champion |
| 2010 - 2013 | Remote Centralized Monitoring committee | Member |
| 2011 - 2011 | UCSF Pain Summit, May 2011 | Co-Director |
| 2013 - 2015 | UCSF Pain Summits, May 2013 & May 2015 | Director |
| 2018 - 2018 | Interviewed for Episode 13 of "The Spark: Medical Education for Curious Minds." https://soundcloud.com/the-spark-for-medical-education/the-spark-episode-13-treatment-of-chronic-pain | Interviewee |

## DEPARTMENTAL SERVICE

| | | |
|---|---|---|
| 1998 - 1998 | UCSF Department of Anesthesia and Perioperative Care | Review and Promotions Committee |
| 1999 - 1999 | UCSF Department of Anesthesia and Perioperative Care | Junior Faculty Meetings, Junior Faculty Coordinator |
| 2001 - 2001 | UCSF Department of Anesthesia and Perioperative Care | Review and Promotions Committee |
| 2006 - 2015 | UCSF Department of Anesthesia and Perioperative Care | Scientific Merit Review Committee |
| 2009 - 2009 | UCSF Department of Anesthesia and Perioperative Care | Patient Clinical Study Oversight Committee, Ad Hoc Member |

Prepared: February 22, 2019

| 2010 - 2015 | UCSF Department of Anesthesia and Perioperative Care | Director of Acute Pain Service, Moffitt/Long Hospital |
| 2010 - present | UCSF Department of Anesthesia and Perioperative Care | Chief, Division of Pain Medicine |

## COMMUNITY AND PUBLIC SERVICE

| 1995 - 2005 | United States Pharmacopeia - USP (Elected Position) | Anesthesiology Expert Advisory Panel Member: (Reviewed and critiqued anesthesia and pain management drug and therapeutic information Published as USP DI. Active for 10 years |
| 2004 - present | Faculty of 1000 Medicine - Anesthesiology & Pain Management (Appointed) | North American Section Head, Pain-Basic Science: Oversight, faculty selection and review of high-impact research summaries |
| 2007 - 2007 | Redwood High School: Larkspur, California | Science Fair Judge |
| 2010 - 2017 | Gnu Foundation, Kenya | Physician Champion: Linking UCSF to Kilimambogo Mission Hospital, Kenya |
| 2018 - 2018 | SF City Impact - Health and Wellness Center. Volunteer physician and health educator for economically disadvantaged patient population in the SF City Impact Health and Wellness Center located in the Tenderloin neighborhood. | Volunteer physician |

Prepared: February 22, 2019

# RESEARCH AND CREATIVE ACTIVITIES

## RESEARCH AND CREATIVE ACTIVITIES SUMMARY

**Chemotherapy Induced Peripheral Neuropathy (CIPN):** Successful treatment of patients suffering from a wide range of cancers often require the administration of chemotherapeutic agents that are associated with the development of acute and chronic painful conditions. Often referred to as, Chemotherapy Induced Peripheral Neuropathy, CIPN encompasses a wide range of clinical symptoms and pathophysiologic states. The pain associated with platinum-based anticancer agents, is perhaps one of the most recognized and well-studied but also resistant to effective treatments. In fact, no effective therapies exist to prevent or reverse the pain that can limit life-saving anticancer treatments or that degrades the quality of life of cancer survivors. In collaboration with Drs. Miaskowski and Levine, our laboratory is advancing study of non-opioid strategies to block / reverse painful CIPN. I am also collaborating on clinical studies focused on phenotyping and genomic biomarkers of CIPN.

**Endovanilloid / Endocannabinoids and TRPV1:** In collaboration with Dr. Judith Hellman, in collaboration to identify and further characterize the effects of the endovanilloid / endocannabinoid, N-arachidonoyl dopamine (NADA) and the minor cannabinoids activation of TRPV1 under conditions of tissue injury and sepsis.

**Nociceptive Gene Regulation:** Identification of receptors / ion channels that respond to noxious stimuli has been at the forefront of a new understanding of peripheral pain transduction. A seminal finding was the isolation of the capsaicin receptor (also known as VR1 and now termed TRPV1) that is essential for inflammatory pain and hyperalgesia. Having played a critical role in the initial isolation and characterization of TRPV1 (Nature '97), my laboratory has been pioneering a new understanding of the transcriptional regulation of nociceptive genes. More specifically, how inflammation and nerve injury drive persistent pain states (Acute to Chronic) through the expression of TRPV1 and other nociceptive channels.

## RESEARCH AWARDS - CURRENT

| | | | |
|---|---|---|---|
| 1. T32 GM08440 | Faculty, Mentor; Pain and Addiction Program Administrator | | Judith Hellman (PI) |
| NIH | | 06/2017 | present |
| Basic Science Anesthesia Research Training Grant | | | |
| Provide oversight and research training opportunities in the area of peripheral pain transduction. Active Fellow: Man-Cheung Lee | | | |

| | | | |
|---|---|---|---|
| 2. | Principal Investigator | | Schumacher (PI) |
| UCSF Department of Anesthesia and Perioperative Care | | 07/01/2018 | 06/30/2019 |
| Anesthesia Department Research Support Award (Mechanisms and Blockade of Platinum-based Painful Neuropathy) | | $ 80,000 direct/yr 1 | $ 80,000 total |

Prepared: February 22, 2019

## RESEARCH AWARDS - Pending

1. P01 CA233703        Co-Investigator        Miaskowski, Levine (PI)

NIH/NCI (Pending)

Chronic Neurotoxicity Associated With Chemotherapy: Risk Factors and Mechanisms      $ 5,128,982 direct/yr 1

The major goals of this project are to: 1) determine the relationships between chronic CIPN and audiovestibular neurotoxicity associated with platinum and taxane CTX; 2) identify common and distinct phenotypic and genomic risk factors for chronic CIPN and audiovestibular neurotoxicity; 3) determine the relationships between stress and chronic CIPN and audiovestibular neurotoxicity; 4) determine the impact of chronic CIPN and audiovestibular neurotoxicity on important patient outcomes (e.g., falls, symptoms, QOL); and 5) use preclinical models to evaluate the role of nociceptor neuroplasticity and the impact of stress on the development of chronic CIPN.

## RESEARCH AWARDS - PAST

| 1. | Principal Investigator | | Schumacher (PI) |
|----|----|----|----|
| UCSF Research Evaluation UCSF Research Evaluation | 1997 | 1999 | |
| Characterization of NGF Regulated Proteins Expressed by Primary Sensory Neurons | $ 15,000 direct/yr 1 | $ 15,000 total | |

| 2. | Principal Investigator | | Schumacher (PI) |
|----|----|----|----|
| Radiometer / John W. Severinghaus Fellow in Anesthesia Research - UCSF | 1997 | 1999 | |
| Molecular Mechanisms of Nerve Growth Factor (NGF) Mediated Hyperalgesia and Pain | $ 50,000 direct/yr 1 | $ 100,000 total | |

| 3. R01 NS38737 | Principal Investigator | | Scumacher (PI) |
|----|----|----|----|
| NIH R01 NIH/NINDS | 1997 | 2007 | |
| Capsaicin Receptor Subtypes in Pain Transduction (*No-cost extension 2006-2007) | $ 101,234 direct/yr 1 | $ 1,079,702 total | |

| 4. | Principal Investigator | | Schumacher (PI) |
|----|----|----|----|

Prepared: February 22, 2019

| | | | |
|---|---|---|---|
| | Foundation for Anesthesia Education Research New Investigator Award | 1998 | 2000 |
| | The Role of Capsaicin Receptors in Nociception | $ 70,000 direct/yr 1 | $ 140,000 total |
| 5. | Principal Investigator | | Schumacher (PI) |
| | UCSF E. Ackerman Foundation for Research in Medicine | 2001 | 2003 |
| | Shared Equipment AProposal: Cryostat | $ 15000 direct/yr 1 | $ 15000 total |
| 6. | Principal Investigator | | Schumacher (PI) |
| | Frontiers in Anesthesia Research Award International Anesthesia Research Society (IARS) | 2001 | 2006 |
| | Stretch-Inactivated Channels in Pain Transduction | $ 100,000 direct/yr 1 | $ 500,000 total |
| 7. | T32 - PACCTR          Co-Mentor | | |
| | NIH (UCSF) | 2006 | 2007 |
| | Pathways to Careers in Clinical and Translational Research | $ Fellow's salary direct/yr 1 | |
| 8. | Principal Investigator | | Schumacher (PI) |
| | UCSF Springer H. Mem. Foundation | 2007 | 2008 |
| | REAC Hardship | $ 25,000 direct/yr 1 | $ 25,000 total |
| 9. | Mentor | | |
| | Foundation for Anesthesia Education and Research | 2008 | 2008 |
| | Medical Student Anesthesia Research Fellowship | $ student stipend direct/yr 1 | |

Prepared: February 22, 2019

| 10. | Principal Investigator | | Schumacher (PI) |
|---|---|---|---|
| National Headache Foundation Research Grant | | 2008 | 2009 |
| Regulation of capsaicin receptor (TRPV1) expression in meningeal sensory neurons under inflammatory conditions. | | $ 16,000 direct/yr 1 | $ 16,000 total |

| 11. | Principal Investigator | | Schumacher (PI) |
|---|---|---|---|
| UCSF / SOM Bridge Funding Grant | | 2008 | 2009 |
| Capsaicin Receptor Subtypes in Pain Transduction | | $ 73,750 direct/yr 1 | $ 73,750 total |

| 12. R01DK046285-09 | Co-Investigator | | |
|---|---|---|---|
| NIH | | 2008 | 2013 |
| Neural Regulation of Pancreatitis | | $ 250,000 direct/yr 1 | |

| 13. R01 NS38737-08 | Principal Investigator | | |
|---|---|---|---|
| NIH | | 2009 | 2013 |
| Capsaicin Receptor subtypes in Pain Transduction | | $ 218,750 direct/yr 1 | $ 1,120,481 total |

| 14. 3R01NS038737-09S1 | Principle Investigator | | Schumacher (PI) |
|---|---|---|---|
| NIH | | 2010 | 2010 |
| Supplement: Optogenetics and TRPV1 | | $ 77,250 direct/yr 1 | $ 77,250 total |

| 15. | Principal Investigator | | Schumacher (PI) |
|---|---|---|---|
| Office of Naval Research/UCSD | | 2010 | 2011 |
| Pain Management by an Endogenous Antihyperalgesic | | $ 88,186 direct/yr 1 | $ 88,186 total |

Prepared: February 22, 2019

| | | | |
|---|---|---|---|
| 16. T32 GM08440 | Co Investigator | | Young (PI) |
| Basic Science Anesthesia Research Training Grant | | 2011 | 2016 |

| | | | |
|---|---|---|---|
| 17. N/A | Principal Investigator / Program Manager | | |
| NIH / NIDA | | 07/10/2012 | 09/30/2013 |
| UCSF Center of Excellence in Pain Education | | $ 98,647 direct/yr 1 | $ 98,647 total |

| | | | |
|---|---|---|---|
| 18. | Principal Investigator | | |
| UCSF Department of Anesthesia and Perioperative Care | | 04/01/2013 | 06/30/2013 |
| Anesthesia Department Research Support Award Bridge Funding | | $ 25,000 direct/yr 1 | |

| | | | |
|---|---|---|---|
| 19. | Principal Investigator | | |
| UCSF Department of Anesthesia and Perioperative Care | | 11/12/2014 | 06/30/2015 |
| Anesthesia Department Research Support Award Bridge Funding | | $ 59,490 direct/yr 1 | |

| | | | |
|---|---|---|---|
| 20. IRB Number: 13-12177 | Principal Investigator | | |
| | | 05/01/2015 | 04/30/2016 |
| Clinical Investigation. Study Title: Effect of a multimodal analgesic protocol on post-operative pain, opioid consumption and readiness for discharge in adult patients undergoing primary knee or hip replacement. | | | |

| | | | |
|---|---|---|---|
| 21. | Principal Investigator | | |
| UCSF Department of Anesthesia and Perioperative Care | | 07/01/2015 | 06/30/2016 |
| Anesthesia Department Research Support Award Bridge Funding (Transcriptional Mechanisms and Blockade of Platinum Based Painful Neuropathy) | | $ 80,000 direct/yr 1 | |

Prepared: February 22, 2019

| 22. Contract Number:<br>HHSN271201500052C | Principal Investigator/Project<br>Manager | | Schumacher<br>(PI) |
|---|---|---|---|
| NIH / NIDA | | 07/15/2015 | 07/14/2016 |
| NIH Pain Consortium Centers of Excellence in Pain Education | | $ 77,867<br>direct/yr 1 | $ 77,867 total |

| 23. | Principal Investigator | | Schumacher<br>(PI) |
|---|---|---|---|
| UCSF Department of Anesthesia and Perioperative Care | | 01/01/2016 | 06/30/2017 |
| Anesthesia Department Research Support Award | | $ 80,000<br>direct/yr 1 | $ 80,000 total |

| 24. | | | Schumacher<br>(PI) |
|---|---|---|---|
| | | 07/01/2017 | 06/30/2018 |
| Anesthesia Department Research Support Award | | | $ 44,436 total |

| 25. T32 GM08440 | Faculty, Mentor; Pain and<br>Addiction Program<br>Administrator | | Judith<br>Hellman (PI) |
|---|---|---|---|
| NIH | | 7/2012 | 6/2017 |

Provide oversight and research training opportunities in the area of peripheral pain transduction.

| 26. | Principal Investigator | | Schumacher<br>(PI) |
|---|---|---|---|
| UCSF Department of Anesthesia and Perioperative Care | | 07/01/2017 | 06/30/2018 |
| Research Award (Transcriptional Mechanisms and Blockade of<br>Platinum-based Painful Neuropathy) | | $ 80,000<br>direct/yr 1 | $ 80,000 total |

| 27. | Principal Investigator | | Schumacher<br>(PI) |
|---|---|---|---|
| UCSF Department of Anesthesia and Perioperative Care | | 07/01/2017 | 06/30/2018 |
| Supplemental Research Award (Transcriptional Mechanisms<br>and Blockade of Platinum-based Painful Neuropathy) | | $ 43,436<br>direct/yr 1 | $ 43,436 total |

Prepared: February 22, 2019

## PEER REVIEWED PUBLICATIONS

1. **Schumacher MA**, Alksne JF. Mechanisms of whole blood-induced cerebral arterial contraction. *Neurosurgery*.1981 Sep;9(3):275-82.

2. Leffert H, Schenk D, Hubert J, Skelley H, **Schumacher M**, Ariyasu R, Ellisman M, Koch K, and Keller G.  Hepatic (Na+,K+)-ATPase: a current view of its structure, function and localization in rat liver as revealed by studies with monoclonal antibodies. *Hepatology*.1985 May-Jun;5(3):501-7.

3. **Schumacher M**, Camp S, Maulet Y, Newton M, MacPhee-Quigley K, Taylor S, Friedmann T, Taylor P.  Primary structure of Torpedo californica acetylcholinesterase deduced from its cDNA sequence. *Nature*.1986 Jan 30-Feb 5;319(6052):407-9.

4. Taylor P, **Schumacher M**, Maulet Y, Newton M. A molecular perspective on the polymorphism of acetylcholinesterase. *Trends Pharmacol Sci*.1986 Jan 01.Volume 7, 321-323. doi:10.1016/0165-6147(86)90370-6.

5. **Schumacher M**, Camp, S, Maulet Y, Newton M, MacPhee-Quigley K, Taylor S, Friedmann T, and Taylor P.  Primary structure of acetylcholinesterase - Implications for regulation and function.  *Federation Proceedings*. 45: 2976-2980, 1986.

6. Taylor P, **Schumacher M**, MacPhee-Quigley K, Friedmann T, and Taylor S.  The structure of acetylcholinesterase - relationship to its function and cellular disposition. *Trends Neurosci*. 10: 93-96, 1987.

7. **Schumacher M**, Maulet Y, Camp S, and Taylor P.  Multiple messenger RNA species give rise to the structural diversity in acetylcholinesterase. *J Biol Chem*. 1988 Dec 15;263(35):18979-87.

8. Brake A, **Schumacher M**, Julius D. ATP receptors in sickness, pain and death. *Chem Biol*. 1996 Apr;3(4):229-32.

9. Caterina MJ, **Schumacher MA**, Tominaga M, Rosen TA, Levine JD, and Julius D. The Capsacin Receptor: A Heat-Activated Ion Channel in the Pain Pathway. *Nature* 1997 389: 816-824.

10. **Schumacher MA**, Moff I, Sudanagunta SP, Levine JD. Molecular cloning of an N-terminal splice variant of the capsaicin receptor. Loss of N-terminal domain suggests functional divergence among capsaicin receptor subtypes. *J Biol Chem*. 2000 Jan 28;275(4):2756-62.

11. **Schumacher MA**, Jong BE, Frey SL, Sudanagunta SP, Capra NF, Levine JD. The stretch-inactivated channel, a vanilloid receptor variant, is expressed in small-diameter sensory neurons in the rat. *Neurosci Lett*. 2000 Jun 30;287(3):215-8.

12. Eilers H, Philip LA, Bickler PE, McKay WR, **Schumacher MA**. The reversal of fentanyl-induced tolerance by administration of "small-dose" ketamine. *Anesth Analg*. 2001 Jul;93(1):213-4.

13. Xue Q, Yu Y, Trilk SL, Jong BE, **Schumacher MA**. The genomic organization of the gene encoding the vanilloid receptor: evidence for multiple splice variants. *Genomics*. 2001 Aug;76(1-3):14-20.

14. Ständer S, Moormann C, **Schumacher M**, Buddenkotte J, Artuc M, Shpacovitch V, Brzoska T, Lippert U, Henz BM, Luger TA, Metze D, Steinhoff M. Expression of vanilloid receptor subtype 1 in cutaneous sensory nerve fibers, mast cells, and epithelial cells of appendage structures. *Exp Dermatol*. 2004 Mar;13(3):129-39.

15. Eilers H, **Schumacher MA**. Opioid-induced respiratory depression: are 5-HT4a receptor agonists the cure? *Mol Interv*. 2004 Aug;4(4):197-9.

16. Eilers H, Trilk SL, Lee SY, Xue Q, Jong BE, Moff I, Levine JD, **Schumacher MA**. Isolation of an mRNA binding protein homologue that is expressed in nociceptors. *Eur J Neurosci*. 2004 Nov;20(9):2283-93.

17. Xue Q, Jong B, Chen T, **Schumacher MA**. Transcription of rat TRPV1 utilizes a dual promoter system that is positively regulated by nerve growth factor. *J Neurochem*. 2007 Apr;101(1):212-22.

18. Eilers H, Lee SY, Hau CW, Logvinova A, **Schumacher MA**. The rat vanilloid receptor splice variant VR.5'sv blocks TRPV1 activation. *Neuroreport*. 2007 Jul 2;18(10):969-73.

19. Andres-Enguix I, Caley A, Yustos R, **Schumacher MA**, Spanu PD, Dickinson R, Maze M, Franks NP. Determinants of the anesthetic sensitivity of two-pore domain acid-sensitive potassium channels: molecular cloning of an anesthetic-activated potassium channel from Lymnaea stagnalis. *J Biol Chem*. 2007 Jul 20;282(29):20977-90.

20. Zecharia AY, Nelson LE, Gent TC, **Schumacher M**, Jurd R, Rudolph U, Brickley SG, Maze M, Franks NP. The involvement of hypothalamic sleep pathways in general anesthesia: testing the hypothesis using the GABAA receptor beta3N265M knock-in mouse. J *Neurosci*. 2009 Feb 18;29(7):2177-87.

21. **Schumacher MA**, Eilers H. TRPV1 splice variants: structure and function. *Front Biosci* (Landmark Ed). 2010 Jun 1;15:872-82.

22. **Schumacher MA**. Transient receptor potential channels in pain and inflammation: therapeutic opportunities. *Pain Pract*. 2010 May-Jun;10(3):185-200.

23. Eilers H, Cattaruzza F, Nassini R, Materazzi S, Andre E, Chu C, Cottrell GS, **Schumacher M**, Geppetti P, Bunnett NW. Pungent general anesthetics activate transient receptor potential-A1 to produce hyperalgesia and neurogenic bronchoconstriction. *Anesthesiology*. 2010 Jun;112(6):1452-63.

24. Turnbull JH, Gebauer SL, Miller BL, Barbaro NM, Blanc PD, **Schumacher MA**. Cutaneous nerve transection for the management of intractable upper extremity pain caused by invasive squamous cell carcinoma. *J Pain Symptom Manage*. 2011 Jul;42(1):126-33.

25. Chu C, Zavala K, Fahimi A, Lee J, Xue Q, Eilers H, **Schumacher MA**. Transcription factors Sp1 and Sp4 regulate TRPV1 gene expression in rat sensory neurons. *Mol Pain*. 2011 Jun 6;7:44. (Accessed 7668 times as of July 2015.)

26. **Schumacher MA**. Pain Management for the Obese Sleep Apnea Patient: Insights for ICU Practitioners. *ICU Director*. 2012;3:80-84.

27. **Schumacher MA**. Back Pain and the Mineralocorticoid Receptor: Is There a Connection? *Anesthesiology*. 2012 Nov;117(5):951-2.

28. Wilhelmsen K, Khakpour S, Tran A, Sheehan K, **Schumacher M**, Xu F, Hellman J. The Endocannabinoid/Endovanilloid N-Arachidonoyl Dopamine (NADA) and Synthetic

Cannabinoid WIN55,212-2 Abate the Inflammatory Activation of Human Endothelial Cells. *J Biol Chem*. 2014 May 9;289(19):13079-100.

29. Zavala K, Lee J, Chong J, Sharma M, Eilers H, **Schumacher MA**. The anticancer antibiotic mithramycin-A inhibits TRPV1 expression in dorsal root ganglion neurons. *Neurosci Lett*. 2014 Aug 22;578:211-6.

30. **Schumacher M**, Pasvankas G. Topical capsaicin formulations in the management of neuropathic pain. *Prog Drug Res*. 2014;68:105-28.

31. Guan Z, Hellman J and **Schumacher M**. Contemporary views on inflammatory pain mechanisms: TRPing over innate and microglial pathways. *F1000Res*. 2016 Sep 30;5. pii: F1000 Faculty Rev-2425. eCollection 2016.

32. Miaskowski C, Mastick J, Paul SM, Topp K, Smoot B, Abrams G, Chen LM, Kober KM, Conley YP, Chesney M, Bolla K, Mausisa G, Mazor M, Wong M, **Schumacher M**, Levine JD. Chemotherapy-Induced Neuropathy in Cancer Survivors. *J Pain Symptom Manage*. 2017 Aug;54(2):204-218.e2. doi: 10.1016/j.jpainsymman.2016.12.342. Epub 2017 Jan 4.

33. Lawton SK, Xu F, Tran A, Wong E, Prakash A, **Schumacher M**, Hellman J, Wilhelmsen K. N-Arachidonoyl Dopamine Modulates Acute Systemic Inflammation via Nonhematopoietic TRPV1. *J Immunol*. 2017 Aug 15;199(4):1465-1475. doi: 10.4049/jimmunol.1602151. Epub 2017 Jul 12.

34. Clark DJ, **Schumacher M**. America's Opioid Epidemic: Supply and Demand Considerations. *Anesth Analg*. 2017 Nov;125(5):1667-1674.

35. Kent ML, Tighe PJ, Belfer I, Brennan TJ, Bruehl S, Brummett CM, Buckenmaier CC 3rd, Buvanendran A, Cohen RI, Desjardins P, Edwards D, Fillingim R, Gewandter J, Gordon DB, Hurley RW, Kehlet H, Loeser JD, Mackey S, McLean SA, Polomano R, Rahman S, Raja S, Rowbotham M, Suresh S, Schachtel B, Schreiber K, **Schumacher M**, Stacey B, Stanos S, Todd K, Turk DC, Weisman SJ, Wu C, Carr DB, Dworkin RH, Terman G. The ACTTION-APS-AAPM Pain Taxonomy (AAAPT) Multidimensional Approach to Classifying Acute Pain Conditions. *J Pain*. 2017 May;18(5):479-489.

36. Kent ML, Tighe PJ, Belfer I, Brennan TJ, Bruehl S, Brummett CM, Buckenmaier CC 3rd, Buvanendran A, Cohen RI, Desjardins P, Edwards D, Fillingim R, Gewandter J, Gordon DB, Hurley RW, Kehlet H, Loeser JD, Mackey S, McLean SA, Polomano R, Rahman S, Raja S, Rowbotham M, Suresh S, Schachtel B, Schreiber K, Schumacher M, Stacey B, Stanos S, Todd K, Turk DC, Weisman SJ, Wu C, Carr DB, Dworkin RH, Terman G. The ACTTION-APS-AAPM Pain Taxonomy (AAAPT) Multidimensional Approach to Classifying Acute Pain Conditions. *Pain Med*. 2017 May 1;18(5):947-958. doi: 10.1093/pm/pnx019.

37. Miaskowski C, Mastick J, Paul SM, Abrams G, Cheung S, Sabes JH, Kober KM, **Schumacher M**, Conley YP, Topp K, Smoot B, Mausisa G, Mazor M, Wallhagen M, Levine JD. Impact of chemotherapy-induced neurotoxicities on adult cancer survivors' symptom burden and quality of life. *J Cancer Surviv*. 2018 Apr;12(2):234-245. doi: 10.1007/s11764-017-0662-8. Epub 2017 Nov 20.

38. Miaskowski C, Paul SM, Mastick J, **Schumacher M**, Conley YP, Smoot B, Abrams G, Kober KM, Cheung S, Henderson-Sabes J, Chesney M, Mazor M, Wallhagen M, Levine JD. Hearing loss and tinnitus in survivors with chemotherapy-induced neuropathy. *Eur J Oncol Nurs*. 2018 Feb;32:1-11. doi: 10.1016/j.ejon.2017.10.006. Epub 2017 Nov 7.

Prepared: February 22, 2019

39. Kober KM, Olshen A, Conley YP, **Schumacher M**, Topp K, Smoot B, Mazor M, Chesney M, Hammer M, Paul SM, Levine JD, Miaskowski C. Expression of mitochondrial dysfunction-related genes and pathways in paclitaxel-induced peripheral neuropathy in breast cancer survivors. *Mol Pain*. 2018 Jan-Dec;14:1744806918816462. doi: 10.1177/1744806918816462. Epub 2018 Nov 14.

40. Miaskowski C, Paul SM, Mastick J, Abrams G, Topp K, Smoot B, Kober KM, Chesney M, Mazor M, Mausisa G, **Schumacher M**, Conley YP, Sabes JH, Cheung S, Wallhagen M, Levine JD. Associations Between Perceived Stress and Chemotherapy-Induced Peripheral Neuropathy and Otoxicity in Adult Cancer Survivors. *J Pain Symptom Manage*. 2018 Jul;56(1):88-97. doi: 10.1016/j.jpainsymman.2018.02.021. Epub 2018 Mar 7.

41. Peniche A, Poree L, **Schumacher M**, Yu X. Integrating Patient-Controlled Analgesia Using Implanted Intrathecal Pumps for Postoperative Pain Management: A Case Report. *A A Pract*. 2018 Jun 1;10(11):285-287.

42. Kober K, Olshen A, Conley YP, **Schumacher M,** Topp K, Smoot B, Mazor M, Chesney M, Hammer M, Paul SM, Levine JD, Miaskowski C. Expression of mitochondrial dysfunction-related genes and pathways in paclitaxel-induced peripheral neuropathy in breast cancer survivors. Mol Pain. 2018 Jan-Dec;14:1744806918816462. doi: 10.1177/1744806918816462. Epub  2018 Nov 14.

43. Kober KM, Mazor M, Abrams G, Olshen A, Conley YP, Hammer M, **Schumacher M**, Chesney M, Smoot B, Mastick J, Paul SM, Levine JD, Miaskowski C. Phenotypic Characterization of Paclitaxel-Induced Peripheral Neuropathy in Cancer Survivors. *J Pain Symptom Manage*. 2018 Dec;56(6):908-919.e3. doi: 10.1016/j.jpainsymman.2018.08.017. Epub 2018 Aug 30.

44. Miaskowski C, Paul SM, Mastick J, Abrams G, Topp K, Smoot B, Kober KM, Chesney M, **Schumacher M**, Conley YP, Hammer M, Cheung S, Borsook D, Levine JD. Contribution of Loss of Large Fiber Function to Pain in 2 Samples of Oncology Patients. *Clin J Pain*. 2019 Jan;35(1):37-42. doi: 10.1097/AJP.0000000000000649.

45. Wong ML, Cooper BA, Paul SM, Abrams G, Topp K, Kober KM, Chesney MA, Mazor M, **Schumacher MA**, Conley YP, Levine JD, Miaskowski C. Age-related differences in patient-reported and objective measures of chemotherapy-induced peripheral neuropathy among cancer survivors. *Support Care Cancer*. 2019 Feb 15. doi: 10.1007/s00520-019-04695-3. [Epub ahead of print]

46. Sheehan K, Lee J, Chong J, Zavala K, Sharma M, Philipsen S, Maruyama T, Xu Z, Guan Z, Eilers H, Kawamata T, **Schumacher M**. Transcription factor Sp4 is required for hyperalgesic state persistence. *PLOS One*. In press.

## REVIEW ARTICLES

1. Eilers H, **Schumacher MA**.  Mechanosensitivity of Primary Afferent Nociceptors in the Pain Pathway. In: Kamkin A, Kiseleva I, eds. Mechanosensitivity in Cells and Tissues. Academia Moscow; 2005.

2. **Schumacher M**, Xue Q.  New insights into the role of the capsaicin receptor (TRPV1) in inflammatory pain.  Cell Science 3:1-6, 2007.

3. Pasvankas G, **Schumacher MA**.  Pain Management: Total patient care for the treatment of painful conditions.  *San Francisco Medicine - Journal of the San Francisco Medical Society* 2010; 83(10):12-13.

4. Naidu R, Shah S, **Schumacher M**. The Prescription Opioid Epidemic: Challenges and Opportunities. *CSA Blog.* September 20, 2016. http://members.csahq.org/blog/2016/09/20/prescription-opioid-epidemic-challenges-and-opportunities-california-pain-physicians

5. De Pinto M, Pasvankas G, Yu X, Poree L, Gritzner S, **Schumacher M**. Pain Management at UCSF. Serving Bay Area Patients. San Francisco Marin Medicine. *Journal of the San Francisco Marin Medical Society.* 2017 June 90(5): 24-25.

## BOOKS AND CHAPTERS

1. Taylor P, **Schumacher M**, Gibney G, Maulet Y, and Quigley K.  Molecular studies of acetylcholinesterase structure. In: Sellin LC, Libelins R, and Thesleff S, eds. Fernstein Symposium Series, L.C. Vol. 13. Amsterdam: Elsevier; 1989.

2. Way WL, Fields HL, and **Schumacher MA**. Opioid Analgesics and Antagonists. In: Katzung B, ed. Basic and Clinical Pharmacology, 8th Edition. The McGraw-Hill Companies; 2001.

3. **Schumacher MA** and Eilers H.  Sensory Processing: Peripheral Nociceptors. In: Evers A, Maze M, eds. Anesthetic Pharmacology: Physiologic Principles and Clinical Practice. A Companion to Miller's Anesthesia. Philadelphia, PA: Churchill Livingston/Elsevier; 2004:173-185.

4. **Schumacher MA**, Basbaum AI, and Way WL. Opioid Analgesics and Antagonists. In: Katzung B, ed. Basic and Clinical Pharmacology, 9th Edition. The McGraw-Hill Companies; 2004.

5. Eilers H, **Schumacher MA**. Mechanosensitivity of Primary Afferent Nociceptors in the Pain Pathway. In: Kamkin A, Kiseleva I, editors. Mechanosensitivity in Cells and Tissues. Moscow: Academia; 2005.

6. **Schumacher MA**, Basbaum AI, and Way WL. Opioid Analgesics and Antagonists. In: Katzung B, ed. Basic and Clinical Pharmacology, 10th Edition. The McGraw-Hill Companies; 2007.

7. **Schumacher MA**, Basbaum AI, and Way WL. Opioid Analgesics and Antagonists. In: Katzung B, ed. Basic and Clinical Pharmacology, 11th Edition. The McGraw-Hill Companies; 2009.

8. **Schumacher MA** and Eilers H. Other Ion-channel and receptor ligands for analgesia. Basic Principles and Clincal Practice. In: Evers A, Maze M, Kharasch E, eds. Anesthetic Pharmacology: 2nd Edition. Cambridge University Press; 2011.

9. **Schumacher MA**, Basbaum AI, and Way WL. Opioid Analgesics & Antagonists. In: Katzung BG, Trevor AJ, Masters SB, eds. Basic and Clinical Pharmacology. 12th ed. McGraw-Hill Education; 2012.

10. **Schumacher MA**, Basbaum AI, and Naidu R. Opioid Analgesics & Antagonists. In: Katzung BG, Trevor AJ, eds. Basic and Clinical Pharmacology. 13th ed. McGraw-Hill Education; 2015.

11. **Schumacher MA** and De Pinto M. Learnings from the Past to Understand Acute and Chronic Pain. In: Friedman H, ed. Encyclopedia of Mental Health, 2nd Edition. Elsevier; 2015.

12. **Schumacher MA**, Basbaum AI, and Naidu R. Chapter 31: Opioid Analgesics & Antagonists. In: Katzung BG, Trevor AJ, eds. Basic and Clinical Pharmacology. 14th ed. McGraw-Hill Education; 2018.

13. **Schumacher M**. Chapter 3. Chapter 5. In Bonnie RJ, Ford MA, Phillips JK, Eds. Pain Management and the Opioid Epidemic. Balancing Societal and Individual Benefits and Risks of Prescription Opioid Abuse. The National Academy of Sciences, Engineering and Medicine. The National Academies Press. Washington, DC. 2017. July.

14. **Schumacher M**, Fukuda K. Chapter 24. Opioids. In: Gropper M, Erikkson L, eds. Miller's Anesthesia, 9th Edition. Elsevier. in press.

## PATENTS ISSUED OR PENDING

1. UCSF INVENTION DISCLOSURE Thoracotomy Pain Management Strips UCSF Case # SF2009-015

2. Patent application UCSF-435 WO, "Methods and Composition for the Treatment of Pain"

3. UCSF INVENTION DISCLOSURE:  Treatment and Prevention of Chemotherapy-Induced Peripheral Neuropathy (CIPN) and Neuropathic Pain. UCSF Case #2016-083

## OTHER CREATIVE ACTIVITIES

1. Division of Pain Medicine Website (http://pain.ucsf.edu/#) Live April 2014

2. Anesthesia Pain Case Presentation: The Opioid Tolerant Patient

3. Anesthesia Resident Board Review handout (17 pages) updated annually. Topic: Pain

4. Anesthesia 110 - Acute and Chronic Pain (slide presentation)

5. 2010 Pain Medicine: UCSF Department of Anesthesia Internet Wiki Page: Content and organization - Board Review Questions - Pain Novel Pharmacotherapy: The old becomes 'new'  (slide presentation)

6. NIH Center of Excellence in Pain Education Case Module (Interprofessional Management of Acute to Chronic Leg Pain)

7. NIH Center of Excellence in Pain Education Case Module (Pain Management in an Adult with PTSD and Opioid Use Disorder in the Perioperative Setting)

8. Pain: New Insights and New (and Old) Treatments, "Back to the Future" of Pain Medicine. UC TV. https://www.youtube.com/watch?v=oPRn1Pk5OCo. http://www.uctv.tv.

9. Mark Schumacher interviewed for:
Cooney, R. All Hands on Deck-Addressing the Nation's Opioid Epidemic. The Lancet United States of Health Blog. July 27, 2017. http://usa.thelancet.com/blog/2017-07-27-all-hands-deck—addressing-nation's-opioid-epidemic

10. Mark Schumacher interviewed for:
Healy, M. The U.S. should rethink its entire approach to painkillers and the patients addicted to them, panel urges. Los Angeles Times. July 13, 2017. http://www.latimes.com/science/sciencenow/la-sci-sn-opioid-crisis-recommendations-20170713-story.html