# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

### THE NON-RICO SMALL DISTRIBUTORS' MOTION FOR PARTIAL SUMMARY JUDGMENT ON PLAINTIFFS' "FAILURE TO REPORT" AND "FRAUD ON THE DEA" CLAIMS

H. D. Smith, LLC, Anda, Inc. Henry Schein, Inc., and Prescription Supply, Inc. (the "Small Distributors") move for partial summary judgment under Rule 56(a) against Plaintiffs' allegations and claims that the Small Distributors are liable to them because:

- they allegedly failed to comply with their obligations under the federal Controlled Substances Act and its implementing regulations ("CSA"),

- they should have allegedly submitted more "suspicious order" reports to the DEA than they did, and

- they allegedly committed a "fraud on the DEA."

In support of this Motion, the Small Distributors submit their Memorandum of Law contemporaneously herewith.

DMS 14707967.1

Dated:   June 28, 2019                              Respectfully submitted,

| | |
|---|---|
| */s/ John J. Haggerty* | */s/ James W. Matthews* |
| John J. Haggerty (0073572) | James W. Matthews |
| James C. Clark | Katy E. Koski |
| Stephan A. Cornell | Kristina Matic |
| **FOX ROTHSCHILD LLP** | **FOLEY & LARDNER LLP** |
| 2700 Kelly Road, Suite 300 | 111 Huntington Avenue |
| Warrington, PA 18976 | Boston, MA 02199 |
| Tel:   (215) 345-7500 | Tel:   (617) 342-4000 |
| Fax:   (215) 345-7507 | Fax:   (617) 342-4001 |
| jhaggerty@foxrothschild.com | jmatthews@foley.com |
| jclark@foxrothschild.com | kkoski@foley.com |
| scornell@foxrothschild.com | kmatic@foley.com |
| | |
| *Counsel for Defendant* | *Counsel for Defendant Anda, Inc.* |
| *Prescription Supply Inc.* | |

| | |
|---|---|
| */s/ William E. Padgett* | */s/ John P. McDonald* |
| William E. Padgett (IN No. 18819-49) | John P. McDonald (TX Bar # 13549090) |
| Kathleen L. Matsoukas (IN No. 31833-49) | C. Scott Jones (TX Bar # 24012922) |
| **BARNES & THORNBURG LLP** | Lauren M. Fincher (TX Bar # 24069718) |
| 11 South Meridian Street | Brandan J. Montminy (TX Bar # 24088080) |
| Indianapolis, IN 46204 | **LOCKE LORD LLP** |
| Tel:   (317) 236-1313 | 2200 Ross Avenue |
| Fax:   (317) 231-7433 | Suite 2800 |
| william.padgett@btlaw.com | Dallas, TX 75201 |
| kathleen.matsoukas@btlaw.com | Tel:   (214) 740-8445 |
| | Fax:   (214) 756-8110 |
| *Counsel for Defendants H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Company, H. D. Smith Holdings, LLC and H. D. Smith Holding Company* | jpmcdonald@lockelord.com |
| | sjones@lockelord.com |
| | lfincher@lockelord.com |
| | brandan.montminy@lockelord.com |
| | |
| | *Counsel for Defendants Henry Schein, Inc. and Henry Schein Medical Systems, Inc.* |

## CERTIFICATE OF SERVICE

I, William E. Padgett, certify that the foregoing document was served via the Court's ECF system to all counsel of record.

/s/ *William E. Padgett*  
William E. Padgett