IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**DECLARATION OF WILLIAM E. PADGETT
IN SUPPORT OF NON-RICO SMALL DISTRIBUTORS'
MOTION FOR PARTIAL SUMMARY JUDGMENT
ON PREEMPTION GROUNDS BASED ON PLAINTIFFS'
"FAILURE TO REPORT" AND "FRAUD ON THE DEA" CLAIMS**

Pursuant to 28 U.S.C. § 1746, I, William E. Padgett, declare as follows:

1. I am a partner at the law firm of Barnes and Thornburg LLP and counsel for Defendants H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co., H. D. Smith Holdings, LLC, and H. D. Smith Holding Company.

2. I submit this declaration for the purpose of transmitting a true and correct copy of the exhibit to support the motion for partial summary judgment of H. D. Smith, LLC; H. D. Smith Holdings, LLC; H. D. Smith Holding Company; Anda, Inc.; Henry Schein, Inc.; Henry Schein Medical Systems, Inc.; and Prescription Supply, Inc. on preemption grounds based on Plaintiffs' "failure to report" and "fraud on the DEA" claims.

3. Attached as <u>Exhibit A</u> is a true and accurate copy of excerpts from Cuyahoga County's Supplemental Response and Objections to Distributor Defendants' Interrogatories, dated March 4, 2019, Response No. 24, which were served in the above-captioned case.

1

4. I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed this 28th day of June, 2019.

*/s/ William E. Padgett*
William E. Padgett
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
Tel: (317) 236-1313
Fax: (317) 231-7433
william.padgett@btlaw.com
