UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al., Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio*, et al. *v. Purdue Pharma L.P.*, et al., Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING THE PHARMACY DEFENDANTS'
MOTION FOR SUMMARY JUDGMENT BASED
<u>ON THE STATUTES OF LIMITATIONS</u>**

Upon consideration of the Pharmacy Defendants'[1] Motion for Summary Judgment Based on the Statutes of Limitations and any opposition thereto, it is hereby:

**ORDERED** that the Pharmacy Defendants' Motion for Summary Judgment Based on the Statutes of Limitations is GRANTED.

_____
Honorable Judge Dan A. Polster

---

[1] The Pharmacy Defendants are: CVS Indiana, L.L.C., CVS Rx Services, Inc., Rite Aid of Maryland, Inc. d/b/a Rite-Aid Mid Atlantic Customer Support Center, Inc., Walgreen Co., Walgreen Eastern Co., Wal-Mart Inc. f/k/a Wal-Mart Stores, Inc., Discount Drug Mart, Inc., and HBC Service Company.