# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |
| This document relates to: | |
| *County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 18-op-45090 (N.D. Ohio) | |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 17-op-45004 (N.D. Ohio) | |

**[PROPOSED] ORDER GRANTING PHARMACY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' CIVIL CONSPIRACY CLAIM**

Upon consideration of the Motion for Summary Judgment on Plaintiffs' Civil Conspiracy Claim filed by Pharmacy Defendants[1] (the "Motion") and any opposition thereto, it is hereby

**ORDERED** that the Motion is GRANTED.

_____
The Honorable Dan A. Polster
United States District Judge

---

[1] "Pharmacy Defendants" are CVS Rx Services, Inc. and CVS Indiana, L.L.C. ("CVS Distributors"), Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center ("Rite Aid"), Walgreen Co. and Walgreen Eastern Co. ("Walgreens"), HBC Service Company, an unincorporated operating division of Giant Eagle, Inc. ("Giant Eagle"), Discount Drug Mart ("DDM"), and Walmart Inc. ("Walmart").