# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*Track One Cases:* | MDL No. 2804<br><br>Case No. 17-MD-2804<br><br>Judge Dan Aaron Polster |

## DECLARATION OF NATASHA POLSTER

I, Natasha Polster, make this declaration pursuant to 28 U.S.C. § 1746. I hereby state as follows:

1. I am Vice President, Pharmacy Quality, Compliance, and Patient Safety, at Walgreen Co. ("Walgreens"). I have worked at Walgreens in various roles for more than 30 years. I provide the information in this declaration based on my own personal knowledge, information, and belief.

2. During the time when Walgreens distributed controlled substances, Walgreens' business model included distribution only to its own pharmacies.

3. Based on my personal knowledge, information, and belief, Walgreens only ever distributed controlled substances to its own pharmacies and has never distributed controlled substances to any third-party pharmacy, internet pharmacy, pain clinic, or "pill mill."

I hereby certify that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are willfully false, I am subject to punishment.

Dated: June 21, 2019

_Natasha Polster_
Natasha Polster

1