# EXHIBIT 3

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| *All Cases* | |

**DISCOUNT DRUG MART, INC. RESPONSES TO
PLAINTIFFS' FIRST SET OF INTERROGATORIES**

Time frame used is 2006 through the present in all responses, unless otherwise noted.

**INTERROGATORIES**

**Interrogatory No. 1.**        Please Identify the name, address, and DEA registration number of each of Your distribution centers that shipped Opioids or Opioid Products to Customers in Ohio between January 1, 1990 to the present.  Your answer should include any licensed or unlicensed distributor which you have an ownership interest in, as well as any non-owned distributors who shipped or delivered Opioids or Opioid Products on your behalf.

**RESPONSE:**
        Discount Drug Mart
        211 Commerce Drive
        Medina, OH 44256 1331
        PD0203377

**Interrogatory No. 2.**      Please identify all pharmacies that You shipped Opioids or Opioid Products to in Ohio between January 1, 1990 to the present. Your answer should include any licensed or unlicensed distributor which you have an ownership interest in, as well as any non-owned distributors who shipped or delivered Opioids or Opioid Products on your behalf.

> **RESPONSE: (limited to Summit and Cuyahoga Counties)**
> **Cuyahoga    15412 Detroit Avenue, Lakewood, OH 44107-3830**
> **Cuyahoga    24485 Lorain Road, North Olmsted, OH 44070-2168**
> **Cuyahoga    27300 Detroit Road, Westlake, OH 44145-2229**
> **Cuyahoga    17815 Puritas Avenue, Cleveland, OH 44135-3819**
> **Cuyahoga    4170 Fulton Road, Cleveland, OH 44144-1800**
> **Cuyahoga    6160 Brecksville Road, Independence, OH 44131-1504**
> **Cuyahoga    3889 East 71st Street, Cleveland, O 44105-7305**
> **Cuyahoga    8191 Columbia Road, Olmsted Falls, OH,44138-2023**
> **Cuyahoga    725 East 200th Street, Euclid, OH 44119-2501**
> **Cuyahoga    6476 York Road, Parma Heights, OH 44130-3032**
> **Cuyahoga    6148 Dunham Road, Maple Heights, OH 44137-4786**
> **Cuyahoga    13123 Detroit Avenue, Lakewood, OH 44107-3005**
> **Cuyahoga    5500 Wallings Road, North Royalton, OH 44133-3042**
> **Cuyahoga    765 Alpha Drive, Highland Hts., OH 44143-2166**
> **Cuyahoga    13919 Prospect Road, Strongsville, OH 44149-3833**
> **Summit      4044 Fishcreek Road, Stow, OH 44224-5402**
> **Summit      655 Portage Trail, Cuyahoga Falls, OH 44221-3001**
> **Summit      711 Canton Road, Akron, OH 44312-2618**
> **Summit      5863 Darrow Road, Hudson, OH 44236-3839**
> **Summit      3100 Glenwood Blvd., Twinsburg, OH 44087-1271**

**Interrogatory No. 3.**      Please identify each Person in Your sales or marketing departments whose direct or indirect responsibilities included the sales and/or distribution of Opioid or Opioid Products in Ohio from January 1, 1990 to the present.

RESPONSE:
**Tom Nameth**
**Jill Strang**
**Jason Briscoe**
**Pete Ratycz**

**Interrogatory No. 6.**        Please Identify any data, including the source of that data, that You either currently use or previously used to study, review, or analyze the distribution and/or dispensing or use of Opioids or Opioid Products, including data regarding prescriber, dispenser or Customer histories and trends, and the Persons or entities who provide(d) that data.

RESPONSE:
**Distribution History (from John III database)**
**Receive History (from Condor and PioneerRx pms)**
**Store Dispensing (from Condor and PioneerRx pms)**

**Interrogatory No. 7.**        Please    Identify    all    pharmaceutical    industry associations or organizations that provided education, information, services or had any involvement with the use, safety, efficacy, production, marketing, sale, dispensing or distribution of Opioid and/or Opioid Products that You are or were a member of, or to which You provided financial or other support, from 1990 to present. Additionally, Identify what if any positions Your employees, officers, or directors have held with any such organizations from January 1, 1990 to present.

**RESPONSE:  NACDS (no officer positions have been held by DDM employees)**

4

**Interrogatory No. 8.**      Please Identify any Customer, including any Defendant in this case, to whom You provided (by sale or otherwise) data regarding the distribution and/or dispensing of Opioids or Opioid Products, and describe in detail the data You provided and the date that You provided the data.  Plaintiffs limit this request to the state of Ohio from January 1, 1990 to present.

**RESPONSE:  None**

**Interrogatory No. 9.**      Please Identify all companies or Persons with whom you contracted or integrated with in order to assist any Customer with pharmacy automation, inventory, shipping, billing or claims submission relating to Opioids or Opioid Products.

**RESPONSE:  Condor and PioneerRx (pharmacy management systems)**

**Interrogatory No. 10.**      Please describe any marketing, branding, or advertising services that You provided to any Customer, including web based, mobile, or in-store advertising or marketing support. For each such marketing or other service or solution You provided, Identify the Customer to whom You provided the services and the dates during which You provided the service or solution.

**RESPONSE:  None**

Substances, and Identify all Persons who were present for each meeting, training, informational or educational session and/or briefing.

**RESPONSE:  Too numerous to list here. The OBBP sign in sheets will be produced and identified with our document production this week.**

**Interrogatory No. 14.**        Please Identify all Persons who were responsible for administering, overseeing, developing, and/or implementing any and all policies, procedures, systems or programs designed to detect and report Suspicious Orders or to maintain effective controls against diversion of Controlled Substances from January 1, 1990 to present. This includes but is not limited to, Persons responsible for review, verification, approval and release of Suspicious Orders or orders of interest, as well as all Persons with the ability to override any system, from January 1, 1990 to present.  For each Person listed, please provide their title and the time frame in which they served in a relevant position.

    **RESPONSE:**
       **Tom Nameth**
       **PJ Ferut**
       **Jill Strang**
       **Jason Briscoe**
       **Pete Ratycz**
       **Keith Miller**

**Interrogatory No. 15.**        Please Identify any contribution or payment You have provided to any 501(c)(3) organization, 501(c)(4) organization, Healthcare Distribution Management Association (HDMA), Healthcare Distribution Alliance (HDA), National

Association of Chain Drug Stores (NACDS), National Association of Attorneys General,
Republican Attorney General Association, and Democratic Attorney General Association
and Federation of State Medical Boards from January 1, 1990 to present.  This includes
when the contribution/payment was made, the amount, and to whom it was made.

**RESPONSE:  Only annual dues to NACDS:**

|            |             |
|------------|-------------|
| **12/09/2009** | **$13,503.50** |
| **12/13/2010** | **$13,305.50** |
| **1/23/2012**  | **$15,308.00** |
| **7/05/2012**  | **$1,280.00**  |
| **11/19/2102** | **$15,730.00** |
| **12/16/2013** | **$15,834.00** |
| **5/04/2015**  | **$15,834.00** |
| **2/10/2016**  | **$17,420.00** |
| **11/2/2016**  | **$18,460.00** |
| **1/17/2018**  | **$19,045.00** |

**Interrogatory No. 16.**        Please Identify each Person, other than a Person
intended to be called as an expert witness at trial, who likely has discoverable information
that tends to support a position or defense that You have taken or intend to take in this
action and state the subject matter of the information possessed by that Person. This
Interrogatory is intended to include but not be limited to any basis or claim You believe
in any way limits your duties as set forth in 21 U.S.C. §823(e),21 C.F.R. §1301.74(b), 21
C.F.R. §1301.71(a), and/or 21 C.F.R. §1306.04(a).  Please also Identify any Documents that
would support this position as well as the custodian of said Documents.

**RESPONSE:  Objection. Overly broad, unduly burdensome and ambiguous. Without
waiving the objection, it is our belief that any potential witness described in this
interrogatory are already named in these responses.**

8

**Interrogatory No. 17.**     Describe in detail the corporate history of Your entities, parent companies, subsidiaries and/or divisions that have, or have had, any role in the manufacture, marketing, sale, dispensing and/or distribution of Opioids or Opioid Products from January 1, 1990 to present, including the name of the entity, the relationship to Discount Drug Mart, dates of acquisition or changes in relationships, and Identify the Persons or entities who hold or have assumed any known or unknown liabilities of each such entity, subsidiary, or division in relation to Opioids or Opioid Products.

**RESPONSE:**

**Discount Drug Mart, Inc.**

- **incorporated August 13, 1968**
- **regional drugstore chain (Ohio only)**
- **distribution facility does not have Schedule II license**
- **distributes only to our wholly owned pharmacies**

**Immediate Pharmaceutical Services, Inc.**

- **incorporated April 2, 1985**
- **sold 2008**
- **mail order prescription pharmacy dispensing maintenance medications**
- **did not have a Schedule II license**

**Interrogatory No. 18.**     From January 1, 1990 until the present, has any state Board of Pharmacy or any city or county or multi-district administrative agency investigated or instituted an adverse action or filed a complaint against You concerning Your distribution of Controlled Substances?  If so, identify:

a.   the state Board of Pharmacy or other government entity;

b.  the nature of the action(s) or complaint(s);

c.  the date the action began or complaint was filed or served on You;

d.  the final outcome if completed or resolved; and

e.  the location of the action and any identifying number.

**RESPONSE:  None**

**Interrogatory No. 19.**      Please Identify any and all of Your current and/or former employees who have ever been employed by the DEA, FDA or any Federal or Ohio governmental entity.  For each such Person, state their position, job description and dates of employment at the governmental entity and with You.

**RESPONSE:  None of which we are aware.**

**Interrogatory No. 20.**      State whether You have ever had any involvement, role, or relation, directly or indirectly, financial, or otherwise, with the marketing, advertising and/or promotion of any Opioid or Opioid Products conducted and/or directed by any manufacturer of Opioids or Opioid Products, from 1990 to the present. If so, state the manufacturer, the date or dates of any such advertising, marketing and/or promotion and the nature of your involvement.

**RESPONSE:  None**

**Interrogatory No. 21.**      Describe in detail all services You provided to payors or any other Customer with respect to the reimbursement for any cost associated with

**Center are either hourly or fixed salary with no incentives, bonuses, or raises (annual or merit) tied to the sale or distribution of Opioid or Opioid Products.**

**Interrogatory No. 28.**    Describe any joint ventures, collaborations, co-marketing initiatives, teaming agreements, or other similar agreements between You and any other Defendants in this matter.

**RESPONSE:  None**

**Interrogatory No. 29.**    Describe Your policies, procedures and systems in place which are designed to capture reporting about state and federal compliance issues relating to Opioids or Opioid Products.  To the extent these changed over time, provide dates of substantive changes or implementation dates for new programs, policies or initiatives.

**RESPONSE:  See response to Interrogatory 13. Will supplement.**

**Interrogatory No. 30.**    Provide the names of employees or third parties who reported to You, any suspicion or belief that You were in violation of the Controlled Substances Act.  For each such person provide the names, titles, dates of report and method used to report.

**RESPONSE:  None**

14

| | | |
|---|---|---|
| **STATE OF OHIO** | ) | |
| | )SS: | **VERIFICATION** |
| **COUNTY OF MEDINA** | ) | |

I, THOMAS MC CONNELL, being first duly sworn according to law, depose and state that I have read the foregoing Answers to Interrogatories the same are true to the best of my knowledge, information and belief.

_____
THOMAS MC CONNELL

SWORN TO BEFORE ME and subscribed to in my presence, this 2 9 TH day of October, 2018.

_____
NOTARY PUBLIC

MARCIA G. RAGER
NOTARY PUBLIC, STATE OF OHIO
COMMISSION EXPIRES JULY 6, 2020