# EXHIBIT 11

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2          FOR THE NORTHERN DISTRICT OF OHIO

 3                  EASTERN DIVISION

 4                    -  -  -

 5   IN RE:  NATIONAL          :

     PRESCRIPTION              :  MDL No. 2804

 6   OPIATE LITIGATION         :

     _____ :  Case No.

 7                             :  1:17-MD-2804

     THIS DOCUMENT RELATES     :

 8   TO ALL CASES              :  Hon. Dan A. Polster

 9                    -  -  -

10          Thursday, December 6, 2018

11      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

                CONFIDENTIALITY REVIEW

12

                      -  -  -

13

14        Videotaped deposition of JASON BRISCOE, held

15   at the offices of Cavitch, Familo & Durkin,

16   1300 East Ninth Street, Cleveland, Ohio, commencing at

17   9:05 a.m., on the above date, before Carol A. Kirk,

18   Registered Merit Reporter and Notary Public.

19

20                    -  -  -

21

22          GOLKOW LITIGATION SERVICES

          877.370.3377 ph | 917.591.5672 fax

23               deps@golkow.com

24
```

Highly Confidential - Subject to Further Confidentiality Review

1    on behalf of DDM regarding its duties under

2    federal law as a distributor, correct?

3           A.    Yes.

4           Q.    And you understand, sir, today

5    that DDM is here in its capacity as a

6    distributor to its own wholly-owned pharmacies,

7    correct?

8           A.    Yes.

9           Q.    And you understand that its role

10   as a distributor is different than its role and

11   obligation as a pharmacy or dispensing

12   operation, correct?

13          A.    Yes.

14          Q.    Under d, "Your past/present

15   interpretation, compliance, agreement and/or

16   disagreement with the reporting requirement and

17   shipping requirement as referenced in Masters

18   Pharmaceutical."

19                Are you familiar and prepared to

20   testify today about the shipping requirement and

21   the due diligence requirement under -- I'm

22   sorry -- reporting requirement and shipping

23   requirement as reported and referenced in

24   Masters?

Highly Confidential - Subject to Further Confidentiality Review

```
 1    1301.74 --

 2             A.    Okay.

 3             Q.    -- titled "Other security controls

 4    for non-practitioners; narcotic treatment

 5    programs and compounders for narcotic treatment

 6    programs."

 7                   And do you see under (b) -- well,

 8    let's do (a) first.  (a), "Before distributing a

 9    controlled substance to any person who the

10    registrant does not know to be registered to

11    possess the controlled substance, the registrant

12    shall make a good faith inquiry with the

13    administration or with the appropriate State

14    controlled substances registration agency, if

15    any, to determine that person is registered to

16    possess the controlled substance."

17                   So for DDM, DDM only distributed

18    to it's wholly-owned pharmacies, correct?

19             A.    Correct.

20             Q.    So under (b), sir, is it your

21    understanding that DDM was obligated to design

22    and operate a system to disclose the registrant

23    suspicious orders of controlled substances?

24             A.    Yes.
```