# EXHIBIT 12

Highly Confidential - Subject to Further Confidentiality Review

```
 1            UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION
 3   IN RE: NATIONAL              )   MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION,                  )   Case No.
                                  )   1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )   Hon. Dan A.
 6   ALL CASES                    )   Polster
                                  )
 7
 8                       — — —
 9          Thursday, December 13, 2018
                         — — —
10
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                CONFIDENTIALITY REVIEW
                         — — —
12
13
14
15       Videotaped Deposition of JOLYNN
     COLEMAN, held at 4206 South J.B. Hunt Drive,
16   Rogers, Arkansas, commencing at 8:15 a.m., on
     the above date, before Debra A. Dibble,
17   Certified Court Reporter, Registered
     Diplomate Reporter, Certified Realtime
18   Captioner, Certified Realtime Reporter and
     Notary Public.
19
20
21
                         — — —
22
             GOLKOW LITIGATION SERVICES
23      877.370.DEPS | fax 917.591.5672
                  deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      and Missouri, and in Texas.
 2           Q.    Okay.  You graduated in 1986.
 3      Have you gone back to graduate school?
 4           A.    I have not.
 5           Q.    Any certifications?
 6           A.    No.
 7           Q.    Additional training?
 8           A.    No.
 9           Q.    What did you do between 1986
10      and 1987?
11           A.    I worked for K&B, which was a
12      regional chain in New Orleans, Louisiana, for
13      a year as a pharmacist.
14           Q.    And how long did you stay at
15      K&B?
16           A.    Right about a year.
17           Q.    And what did you do then?
18           A.    Moved -- transferred, and an
19      opportunity came up for a Walmart in my
20      hometown where I grew up, and I opened up a
21      pharmacy there for Walmart.
22           Q.    So you joined Walmart in 1987?
23           A.    Yes.
24           Q.    And have you continued to work
25      for Walmart since 1987?
```

```
 1         A.    Yes, I have.
 2         Q.    You said you opened up a
 3   pharmacy for Walmart.
 4               Were you a dispensing
 5   pharmacist?
 6         A.    Yes, I was.
 7         Q.    And how long were you a
 8   dispensing pharmacist for Walmart?
 9         A.    Right about ten years.
10         Q.    So approximately 1987 to 1997?
11         A.    Approximately.
12         Q.    What did you do after 1997?
13         A.    Went into a market director
14   role, which was more of an oversight of
15   pharmacies across stores within a market.  It
16   was about 12 to 15 stores in the central
17   Louisiana area.
18         Q.    And how long were you in that
19   market director role?
20         A.    About two years.
21         Q.    Until 1999?
22         A.    Yes.
23         Q.    What position did you take in
24   1999?
25         A.    I went to a general manager
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   position for our mail order pharmacy in
 2   Carrollton, Texas.  And I was there for
 3   roughly six to seven years.
 4         Q.    Okay.  So approximately
 5   2005ish, 2006ish?
 6         A.    Yes.
 7         Q.    That's -- okay.
 8               And when you left the position
 9   as a general manager for the mail order
10   pharmacy group in Carrollton, Texas, what did
11   you do?
12         A.    I went to the -- took an
13   opportunity to be a buyer for Walmart for Rx.
14   And stayed in that role for about six years.
15         Q.    When you say you were "a buyer
16   for Walmart for Rx," do you mean you were a
17   buyer for the prescription buying group?
18         A.    Yes.
```



```
10          Q.    Do you know whether the $4
11   generic program included controlled
12   substances?
13          A.    It did not.
14          Q.    Do you know whether the $9
15   program included?
16          A.    To my knowledge, it did not.
17          Q.    Okay.  Was there a reason why
18   it wasn't included?
19          A.    Just in general, in my career
20   with the company, we've never promoted
21   controlled substances to the customer or to a
22   physician.
```