# EXHIBIT 13

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION
 3   IN RE: NATIONAL          )    MDL No. 2804
     PRESCRIPTION OPIATE      )
 4   LITIGATION               )    Case No.
                              )    1:17-MD-2804
 5                            )
     THIS DOCUMENT RELATES TO )    Hon. Dan A. Polster
 6   ALL CASES                )
                              )
 7
 8
 9                     __ __ __
10           Friday, December 14, 2018
                       __ __ __
11
12      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW
                       __ __ __
13
14
15
16        Videotaped Deposition of PATSY LITTLE,
     held at Stone Pigman Walther Wittmann LLC,
17   909 Poydras, Suite 3150, New Orleans,
     Louisiana, commencing at 8:06 a.m., on the
18   above date, before Michael E. Miller, Fellow
     of the Academy of Professional Reporters,
19   Registered Diplomate Reporter, Certified
     Realtime Reporter and Notary Public.
20
21
22
                       __ __ __
23
24           GOLKOW LITIGATION SERVICES
        877.370.3377 ph | 917.591.5672 fax
25             deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

1    After Hours, which was an acute care setting.

2    I worked at St. Elizabeth Hospital and I

3    worked for Infusion Network.

4            Q.      Okay.  Thank you for that.

5                    Then in 2005 you went to

6    Louisiana State to get your master's degree,

7    correct?

8            A.      That's correct.

9            Q.      Did you begin working with

10   Walmart directly after graduating with your

11   master's degree?

12           A.      About six or seven months

13   later.

14           Q.      And what were you hired at

15   Walmart to do?

16           A.      To be a buyer in the pharmacy

17   department.





8      Q.      What's your basis for that

9   statement?

10     A.      Because we never did anything

11  that would promote an opioid to the customer,

12  to the end customer user, the patient that

13  would pick up the prescription.

14     Q.      And how do you know that?

15     A.      Because we had a pretty firm

16  stance on that while I was there.

17     Q.      And where did you learn of that

18  stance?

19     A.      I had asked to put a cough

20  medicine on the $4 program at one time and

21  was told that anything with controlled

22  substances, we generally would not advertise

23  or talk to the consumer about.

Highly Confidential - Subject to Further Confidentiality Review

