# EXHIBIT 14

Highly Confidential - Subject to Further Confidentiality Review

```
 1            IN THE UNITED STATES DISTRICT COURT

            FOR THE NORTHERN DISTRICT OF OHIO

 2                   EASTERN DIVISION

 3   IN RE:  NATIONAL        :  MDL No. 2804

     PRESCRIPTION OPIATE     :

 4   LITIGATION              :  Case No. 17-md-2804

     APPLIES TO ALL CASES    :  Hon. Dan A. Polster

 5                           :

                             :

 6

 7               HIGHLY CONFIDENTIAL

 8       SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

 9

10                   - - - -

11               DECEMBER 18, 2018

12                   - - - -

13      VIDEOTAPED DEPOSITION OF EUGENE TOMMASI,

14   taken pursuant to notice, was held at Marcus &

15   Shapira, One Oxford Center, 35th Floor, Pittsburgh,

16   Pennsylvania 15219, by and before Ann Medis,

17   Registered Professional Reporter and Notary Public in

18   and for the Commonwealth of Pennsylvania, on Tuesday,

19   December 18, 2018, commencing at 9:00 a.m.

20                   - - - -

21           GOLKOW LITIGATION SERVICES

         877.370.3377 ph | 917.591.5672 fax

22              deps@golkow.com

23

24

25
```

Highly Confidential - Subject to Further Confidentiality Review

1    Marcus & Shapira.

2            THE VIDEOGRAPHER:  The court reporter

3    today is Ann Medis, and she will now please swear

4    in the witness.

5                      EUGENE TOMMASI,

6       having been first duly sworn, was examined

7               and testified as follows:

8                       EXAMINATION

9    BY MR. HUDSON:

10       Q.   Good morning, sir.  Could you please

11   state your name for the record.

12       A.   Yes.  It's Eugene Tommasi.

13       Q.   And, Mr. Tommasi, do you reside here in

14   the Pittsburgh area?

15       A.   I do.

16       Q.   And are you currently the executive vice

17   president and chief supply chain and development

18   officer for Giant Eagle?

19       A.   I'm not.

20       Q.   What is your current role at Giant

21   Eagle?

22       A.   I'm retired.

23       Q.   And when did you retire?

24       A.   June 30 of 2018.

25       Q.   Prior to retiring, were you the

Highly Confidential - Subject to Further Confidentiality Review

```
 1    executive officer for supply chain and development

 2    at Giant Eagle?

 3         A.   Yes.

 4         Q.   And have you had your deposition taken

 5    before?

 6         A.   I might have.  I don't recall.

 7         Q.   Before we get going, let's just make

 8    sure then that we are on the same page about how a

 9    deposition works.

10         I'm going to be asking you questions, and

11    then you will be answering.  And from time to

12    time, counsel may object.  But unless your counsel

13    instructs you to answer -- not to answer the

14    question, I would ask you to answer the questions

15    you were asked.

16         Is that fair?

17         A.   Sounds fair.

18         Q.   You do understand that you're under oath

19    as if we were in a courtroom in front of a judge

20    and a jury?

21         A.   Yes.

22         Q.   If I ask a question and you answer, I'm

23    going to assume that you understood my question

24    unless you ask me to clarify.

25         Is that fair?
```

Highly Confidential - Subject to Further Confidentiality Review

1  questions.

2                        EXAMINATION

3  BY MR. BARNES:

4       Q.   Mr. Tommasi, you were asked a few

5  questions just a couple minutes ago about business

6  meetings, and pharmacy meetings, and pharmacy

7  profitability, and how it related to the stores

8  generally.

9       Do you recall those?

10      A.   Yes.

11      Q.   Do you recall any approach or strategy

12  by Giant Eagle to increase sales of opioids at any

13  time in any part of the company?

14      A.   No.

15      Q.   Were any executives or pharmacists or

16  employees ever bonused or incentivized to increase

17  the sale of opioids in any way, shape, or form?

18      A.   No.

19      Q.   You were asked a few questions about the

20  membership of the so-called pharmacy regulatory

21  review committee.

22      Do you remember those questions?  Who was

23  George Chunderlik, et cetera?

24      Do you remember that?

25      A.   Yeah.  I think a few minutes ago.