# EXHIBIT 15

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT

               FOR THE NORTHERN DISTRICT OF OHIO

 2                      EASTERN DIVISION

 3

     ------------------------    )

 4   IN RE: NATIONAL             ) MDL No. 2804

     PRESCRIPTION OPIATE         )

 5   LITIGATION                  ) Case No.

     ------------------------    ) 1:17-MD-2804

 6                               )

     THIS DOCUMENT RELATES TO    ) Hon. Dan A. Polster

 7   ALL CASES                   )

     ------------------------    )

 8

 9                HIGHLY CONFIDENTIAL

10      SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

11

12            VIDEOTAPED FACT DEPOSITION

13                     and

14              30(B)(6) DEPOSITION

15                     OF

16   WALGREENS BOOTS ALLIANCE, INC. a/k/a WALGREEN CO.

17                     BY

18              EDWARD KALETA

19

20              December 18, 2018

21              Chicago, Illinois

22

23           GOLKOW LITIGATION SERVICES

         877.370.3377 ph | 917.591.5672 fax

24              deps@golkow.com
```

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    EDWARD KALETA,

 2    called as a witness herein, having been first duly

 3    sworn, was examined and testified as follows:

 4                    EXAMINATION

 5    BY MR. GADDY:

 6         Q.    Good morning, Mr. Kaleta.  Is it Kaleta

 7    or Kaleta?

 8         A.    Yes, Kaleta.

 9         Q.    Kaleta.  My name is Jeff Gaddy.  I

10    represent the Plaintiffs in this matter, and I'm

11    going to ask you some questions this morning.

12               As your attorney referenced just before

13    we started today, not only are you being deposed as

14    a fact witness, but also you're designated on a

15    30(b)(6) topic, correct?

16         A.    Yes.

17         Q.    Okay.  So, what I expect or what I plan

18    to do today is to take your fact testimony first

19    and before I start asking you questions as in your

20    capacity as the corporate designee, I'll make that

21    clear to you.  Okay?

22         A.    Okay.

23         Q.    Where do you work?

24         A.    I work at Walgreens.
```

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

1      Q.    What's your title?

2      A.    My current title is vice president of

3   federal government relations and U.S. public

4   policy.

5      Q.    And how long have you held that

6   position?

7      A.    About three years.

8      Q.    What was your position before that?

9      A.    Before that I was the senior director of

10  federal government relations.

11     Q.    And was that your position going back to

12  2011?

13     A.    Yes.

14     Q.    Has all of your duties at Walgreens

15  since you began in 2011 involved federal government

16  relations?

17     A.    Going back to 2011, some of my duties

18  have involved federal government relations.

19     Q.    To perform your duties in that position,

20  are you registered as a lobbyist?

21     A.    That's correct.  I'm a registered

22  lobbyist.

23     Q.    How long have you been a registered

24  lobbyist for Walgreens?

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

1    primary source that you got information from?

2        A.    Not necessarily, no.

3        Q.    Let me start with what I think will be

4    some easy ones.

5              Has Walgreens ever been a member of HDA

6    or the HDMA?

7        A.    I don't believe that Walgreens has ever

8    been a member of HDA or HDMA, but my understanding

9    is that I can go back to 2004 is about when I can

10   go back to.  But I don't believe so.  I can say

11   with fair amount of certainty we have not.

12       Q.    Okay.  Has Walgreens ever been a member

13   of PhRMA?

14       A.    No.

15       Q.    Again, is that a definitive no or no

16   back to '04?

17       A.    That was a definitive no.

18       Q.    Has Walgreens ever been a member or is

19   Walgreens a member of NACDS?

20       A.    National Association of Chain Drug

21   Stores, yes.

22       Q.    How long has Walgreens been a member of

23   that trade association?

24       A.    I was able to determine that we have

REDACTED

Highly Confidential - Subject to Further Confidentiality Review

1    been a member since, I want to say, going into the

2    early '90s.

3        Q.    Has Walgreens ever been a member of the

4    NABP?

5        A.    The National Association of Boards of

6    Pharmacy?

7        Q.    Correct.

8        A.    I believe we have, but I can't say for

9    certain.

10       Q.    Is that one that you inquired about or

11   asked about?

12       A.    It wasn't.  I don't believe it was on

13   this document.

14       Q.    Okay.

15       A.    We work with the National Association of

16   Boards of Pharmacy; but as to whether we are a

17   member, I don't know the answer to that.

18            What I can also add is that my area is

19   responsible for paying all trade association dues,

20   and so with the exception of individuals in our

21   company that have gone out of the process and are

22   paying for trade association dues out of their own

23   budget without our knowledge, I'm not aware that we

24   have been a member of NABP.

**REDACTED**