# EXHIBIT 17

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                   EASTERN DIVISION
 4                        - - -
 5   IN RE:  NATIONAL              :
     PRESCRIPTION                  :   MDL No. 2804
 6   OPIATE LITIGATION             :
     _____ :   Case No.
 7                                 :   1:17-MD-2804
     THIS DOCUMENT RELATES         :
 8   TO ALL CASES                  :   Hon. Dan A. Polster
 9                        - - -
10            Friday, December 21, 2018
11      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW
12
                          - - -
13
14        Videotaped deposition of PETER RATYCZ, held at
15   the offices of Cavitch, Familo & Durkin,
16   1300 East Ninth Street, Cleveland, Ohio, commencing at
17   8:59 a.m., on the above date, before Carol A. Kirk,
18   Registered Merit Reporter and Notary Public.
19
20                        - - -
21
22              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
23                  deps@golkow.com
24
```

```
 1            Q.    Okay.  Why not?
 2            A.    Because we do have a procedure --
 3    what happened here is that -- this was tied to
 4    our VAWD accreditation.  And there's some
 5    background on that.  We thought we needed to
 6    have this VAWD accreditation.  VAWD stands for
 7    Verified Accredited Wholesaler Distributor.
 8                  And this accreditation is for
 9    anybody who's selling, you know, medications.
10    It was a requirement by a payer to have this in
11    place.  There was a gray area there in our
12    interpretation.  And I'll answer your question.
13    It's just some background there.
14            Q.    No, no.  Please continue.
15            A.    There was a gray area there that
16    we did not -- since we're a distributor to our
17    own stores, whether we needed that.  Because
18    we're not distributing to a customer.
19    Essentially our stores, I guess, are our
20    customer.
21                  So we didn't think we needed it.
22    It was recommended that we go through this VAWD
23    accreditation process.  We got halfway through
24    that process.  The payer said, "No, you don't
```