# EXHIBIT 20

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) | MDL No. 2804 |
| | ) | Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO ALL CASES | ) | Hon. Dan A. Polster |

__ __ __

Wednesday, January 23, 2019

__ __ __

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

__ __ __

Videotaped Deposition of SUSANNE HILAND, held at 4206 South J.B. Hunt Drive, Rogers, Arkansas, commencing at 8:25 a.m., on the above date, before Debra A. Dibble, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Captioner, Certified Realtime Reporter and Notary Public.

__ __ __

GOLKOW LITIGATION SERVICES
877.370.3377 ph | fax 917.591.5672
deps@golkow.com



think we had access to some training, but we weren't members of HDMA, so -- so some of the



Q. And why, at that time, did Walmart decide that it needed additional monitoring of oxycodone 30s?

A. We had received information from a DEA agent that oxycodone 30 was on their radar to be -- I mean, just to kind of simplify.

That they had heightened concerns about oxycodone 30. During that meeting they indicated that Walmart was not a focus of the concerns that they had, but we wanted to proactively establish additional due diligence to ensure that we didn't become part of the DEA's concern around oxy 30.



A. This was part of efforts that we had ongoing. This was in the -- kind of in the same time frame that we were hearing about the oxy 30 issues from the DEA. I know that there were actions taken against some of our competitors around their dispensing habits, and so we were seeing the issues related to opioid use continuing to rise, just coming from an environmental scan.

Q. Did you say opioid use or opioid abuse?

A. I meant abuse, if ...

Q. So the reason why, in August of

2012, you believe the matter was urgent was because of the conversations you had had with the DEA regarding oxy 30 and the fines and penalties that were leveled against folks who were similarly situated to Walmart in the dispensing and distribution of opioids.

MS. TABACCHI: Object to the form.

THE WITNESS: Really what we were -- what we were seeing as a continuing issue related to the opioid abuse.

Q. (BY MR. INNES) Okay. And you mentioned that the DEA told you that they weren't focused on Walmart in particular for oxy 30s at that point in time; right?

A. That is correct.

Q. And these actions that you referenced were brought against companies other than Walmart? That's right?

A. Correct.

[redacted]