# EXHIBIT 21

Highly Confidential - Subject to Further Confidentiality Review

```
 1           THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION
 3                      - - -
 4   IN RE:  NATIONAL     :
     PRESCRIPTION OPIATE  :   MDL NO. 2804
 5   LITIGATION           :
     -------------------------------------------
 6                        :   CASE NO.
     THIS DOCUMENT        :   1:17-MD-2804
 7   RELATES TO ALL CASES:   Hon. Dan A. Polster
 8                      - - -
 9            Thursday, April 25, 2019
10                      - - -
11      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12               CONFIDENTIALITY REVIEW
13                      - - -
14         Videotaped deposition of DAVID A.
15   KESSLER, M.D. (Day 1), taken pursuant to
16   notice, was held at Baron & Budd, 600 New
17   Hampshire Avenue NW, Floor G, Washington, DC
18   20037, beginning at 9:28 a.m., on the above
19   date, before Lisa V. Feissner, RDR, CRR, Notary
20   Public.
21
22                      - - -
23            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
24               deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          A.    Okay.
 2          Q.    Can we refer to those as the retail
 3   chain pharmacies?
 4          A.    Fair.
 5          Q.    Doctor, do you have any opinions,
 6   as we sit here today, that you intend to offer
 7   with respect to the retail chain pharmacies?
 8          A.    At trial, no.
 9          Q.    You don't have any in the report
10   that you've served; is that correct?
11          A.    That's correct.
12          Q.    And you don't intend to serve -- to
13   offer any opinions at trial --
14          A.    Correct.
15          Q.    -- concerning any of those retail
16   chain pharmacies?
17          A.    Correct.
18                MR. LAVELLE:  Thank you, Doctor.
19         That's all I have.
20                THE WITNESS:  Thank you, Counselor.
21                MR. RAFFERTY:  That's it?
22                VIDEO OPERATOR:  6:49.  We are off
23         the video record.
24                (Off the record at 6:49 p.m.)
```