# EXHIBIT 22

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                 EASTERN DIVISION
 4                    -   -   -
 5

    IN RE:  NATIONAL        :   HON. DAN A.
 6  PRESCRIPTION OPIATE      :   POLSTER
    LITIGATION               :
 7                           :
    APPLIES TO ALL CASES     :   NO.
 8                           :   1:17-MD-2804
                             :
 9

10         - HIGHLY CONFIDENTIAL -

    SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                    -   -   -
12
                 May 10, 2019
13
                    -   -   -
14
15            Videotaped deposition of
    PATRICK KELLY, taken pursuant to notice,
16  was held at the offices of Baron & Budd,
    600 New Hampshire Avenue, NW, Washington,
17  D.C., beginning at 8:58 a.m., on the
    above date, before Michelle L. Gray, a
18  Registered Professional Reporter,
    Certified Shorthand Reporter, Certified
19  Realtime Reporter, and Notary Public.
20                  -   -   -
21
           GOLKOW LITIGATION SERVICES
22      877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

1    BY MR. PIFKO:

2          Q.    All right.  So you

3    understand that you're here to answer

4    questions and your counsel may object

5    from time to time.  But unless he

6    instructs you not to answer, you're still

7    going to answer the question.

8    Understood?

9          A.    Understood.

10         Q.    Okay.  So you understand

11   that you're here in your individual

12   capacity but you're also here as the

13   official representative of HDA with

14   respect to certain topics, correct?

15         A.    I understand that, yes.

16         Q.    Okay.  And so that means

17   when you answer within those topics,

18   you're answering as if you are the HDA.

19   Do you understand that?

20         A.    I understand that.

21         Q.    Okay.  I'm going to hand you

22   a copy of the notice.

23               (Document marked for

24               identification as Exhibit

Highly confidential - Subject to Further Confidentiality Review

1            A.    I believe so, yes.

2            Q.    And can you describe what it

3    means to be an affiliate member?

4            A.    So affiliate members at HDA

5    are manufacturers who our member

6    companies are trading partners with.

7    They are not afforded the same membership

8    status as the core members who are the

9    distributor members.  They are not

10   allowed to participate in committees.

11   They can't be on the board.  They are

12   welcome to participate in HDA meetings

13   and external events if they register for

14   those.  But as far as communication

15   internal, particularly in government

16   affairs, we deal strictly with the HDA

17   core members.

18           Q.    Plaintiff's counsel today

19   often used the term "HDA members."  And I

20   just want to clarify how you understand

21   that term.

22                 Unless counsel specifically

23   referred to manufacturers, did you

24   understand the term "members" to mean