# EXHIBIT 24

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3
      IN RE: NATIONAL          )
 4    PRESCRIPTION             )    MDL No. 2804
      OPIATE LITIGATION        )
 5    _____  )    Case No.
                               )    1:17-MD-2804
 6                             )
      THIS DOCUMENT RELATES    )    Hon. Dan A.
 7    TO ALL CASES             )    Polster
 8
                  WEDNESDAY, APRIL 24, 2019
 9
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                         - - -
12             Videotaped deposition of Anna
13    Lembke, M.D., held at the offices of Lieff
14    Cabraser Heimann & Bernstein, LLP, 275
15    Battery Street, 29th floor, San Francisco,
16    California, commencing at 8:07 a.m., on the
17    above date, before Carrie A. Campbell,
18    Registered Diplomate Reporter and Certified
19    Realtime Reporter.
20
21
22                         - - -
23
                GOLKOW LITIGATION SERVICES
24        877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
25
```

```
 1     some responsibility.
 2         Q.    All right.  So we're going to
 3     need to get into that in a little more detail
 4     because that was one question I had for you,
 5     is you used the term in this report
 6     "pharmaceutical opioid industry," but you
 7     haven't defined what that -- what you mean by
 8     that.
 9               Can you explain what you mean
10     by that and who was included in that?
11         A.    The pharmaceutical opioid
12     industry, as used in my report, refers to the
13     named opioid manufacturers, the named opioid
14     distributors, and the named opioid dispensing
15     pharmacies.
16         Q.    All right.  Are you aware of
17     any marketing of opioids that was done by any
18     of the retail chain pharmacies?
19         A.    No, I am not.
20         Q.    And, in fact, you do not
21     reference any marketing of opioids by any of
22     the retail chain pharmacies in your report;
23     isn't that correct?
24         A.    That is correct.
25         Q.    So when you have talked during
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   opinion on that; is that correct?
 2        A.    That's correct.
 3        Q.    And you don't have that opinion
 4   to a reasonable degree of medical certainty;
 5   is that correct?
 6              MR. ARBITBLIT:  Object to form.
 7              THE WITNESS:  Well, I have that
 8        opinion, and I'm pretty certain about
 9        it, but I wasn't asked to opine on it
10        in my report.
11   QUESTIONS BY MR. LAVELLE:
12        Q.    Okay.  If you believe that
13   doctors were duped into increasing opioid
14   prescriptions, do you believe pharmacists
15   were also duped?
16        A.    I think it's possible that on
17   an individual basis some pharmacists were
18   also not aware of the dangers with opioids.
19   It's possible.
20        Q.    It's possible, but you're not
21   certain?
22        A.    That's right.
23              Mainly because I'm not as
24   familiar with pharmacy training as I am with
25   physician training.
```