# EXHIBIT 26

```
 1              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3   IN RE: NATIONAL              )   MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION,                  )   Case No.
                                  )   1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )   Hon. Dan A.
 6   ALL CASES                    )   Polster
                                  )
 7
 8                     — — —
 9            Friday, April 26, 2019
                       — — —
10
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                CONFIDENTIALITY REVIEW
                       — — —
12
13
14
15       Videotaped Deposition of DAVID S.
     EGILMAN, M.D., MPH, held at the Providence
16   Marriott Downtown, 1 Orms Street, Providence,
     Rhode Island, commencing at 9:08 a.m., on the
17   above date, before Debra A. Dibble, Certified
     Court Reporter, Registered Diplomate
18   Reporter, Certified Realtime Captioner,
     Certified Realtime Reporter and Notary
19   Public.
20
                       — — —
21
22
23           GOLKOW LITIGATION SERVICES
          877.370.3377 ph | fax 917.591.5672
24                 deps@golkow.com
```

```
 1    found the document.
 2          Q.    Did you actually type the words
 3    into your report, "Opinion.  Rite Aid
 4    provided marketing services to Teva"?  Did
 5    you type those words?
 6          A.    I think so, yes.
 7          Q.    Did you do that based on this
 8    exhibit?
 9          A.    Yes.
10          Q.    Did you do it based on anything
11    else?
12          A.    Not that I can recall.
13          Q.    Can you identify anything else
14    as we sit here today that you did that on
15    behalf of?
16          A.    No.
17          Q.    Take a look at the last page of
18    this document.
19          A.    Right.
20          Q.    It's unsigned; correct?
21          A.    Correct.
22          Q.    Have you ever seen a signed
23    copy?
24          A.    No.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.    Do you have any other evidence
 2    supporting your opinion that Rite Aid
 3    provided marketing services to Teva?
 4          A.    No.
 5          Q.    You testified a little bit
 6    earlier that each defendant in this case is
 7    100% responsible for the opioid crisis; is
 8    that correct?
 9          A.    Yes.
10          Q.    So you're taking the opinion
11    that Rite Aid is 100% responsible for the
12    opioid crisis on the basis of one unsigned
13    contract; is that right?
14          A.    No.
15          Q.    What other evidence have you
16    provided with your report that says that
17    Rite Aid is responsible for 100% of the
18    opioid crisis?
19          A.    All of the evidence that I
20    provided in my report relates to what was
21    known or knowable by Rite Aid with respect to
22    the venture.
23          Q.    And that was true of yourself
24    at the same time; correct, Dr. Egilman?
```