# EXHIBIT 36

CONFIDENTIAL

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF OHIO

# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION | MDL 2804 |
| OPIATE LITIGATION | Case No. 17-md-2804 |
| *This document relates to:* | Hon. Dan Aaron Polster |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45090 | |

Report of David S. Egilman MD, MPH

March 25, 2019

Exhibit 36 Page 1

CONFIDENTIAL

**7.21      OPINION – WALGREENS SOLUTION TO RED FLAGGED STORES WAS TO FIND A DISTRIBUTER WHO WOULD SELL TO THEM. ALL 3 WALGREENS DISTRIBUTOR FACILITIES FAILED TO IMPLEMENT SOM PROCEDURES.**

See **Exhibit B.21** hereto attached.

**7.22      OPINION – THE "VENTURE" EXPANDED THE MARKET BY PROMOTING INAPPROPRIATE USE (LOW BACK SPASM) OF 3 YEARS DURATION WITH "SOME PAIN".**

See **Exhibit B.22** hereto attached.

**7.23      OPINION – THE "VENTURE" INTRODUCED THE CONCEPT OF THE "5TH VITAL SIGN" IN 1995, BUT LATER ALLOWED AMERICAN PAIN SOCIETY TO PROMOTE IT AS ITS OWN CREATION TO ENHANCE THE SALES OF OPIOIDS.**

See **Exhibit B.23** hereto attached.

**7.24      OPINION – ABBOTT AND PURDUE TARGETED INAPPROPRIATE PHYSICIANS FOR USE OF OPIOIDS FOR CHRONIC PAIN.**

See **Exhibit B.24** hereto attached.

**7.25      OPINION – AMERICAN PAIN FOUNDATION ("APF") FRONTED FOR INDUSTRY TO INCREASE SALES.**

See **Exhibit B.25** hereto attached.

**7.26      OPINION – "VENTURE" MEMBER ENDO FUNDED SEVERAL FRONT ORGANIZATIONS AND FUNDED NIH PUBLICATIONS AND VARIOUS "EDUCATIONAL" EVENTS.**

See **Exhibit B.26** hereto attached.

Exhibit 36 Page 2

CONFIDENTIAL

### 7.153    OPINION – OXYCONTIN WAS NOT APPROVED FOR PERSISTENT PAIN.

See **Exhibit B.153** hereto attached.

### 7.154    OPINION – PAIN TREATMENTS WERE A "GAIN LEADER" FOR OTHER DRUG SALES.

See **Exhibit B.154** hereto attached.

### 7.155    OPINION – PHARMACIES COULD HAVE REDUCED THE OPIOID PROBLEM.

See **Exhibit B.155** hereto attached.

### 7.156    OPINION – PHYSICIANS HAD THE MISIMPRESSION THAT OXYCONTIN WAS LESS POTENT THAN MS CONTIN. INSTEAD OF CORRECTING, THIS PURDUE TOOK ADVANTAGE OF THIS IGNORANCE TO ENCOURAGE INAPPROPRIATE USE OF OPIOIDS.

See **Exhibit B.156** hereto attached.

### 7.157    OPINION – PURDUE AGREES THAT MARKETING INCREASES SALES.

See **Exhibit B.157** hereto attached.

### 7.158    OPINION – PURDUE AND MCKESSON WORKED IN CONCERT TO GET MISINFORMATION INTO THE STREAM OF COMMERCE.

See **Exhibit B.158** hereto attached.

### 7.159    OPINION – PURDUE AND WALGREENS CO-PROMOTED HYSINGLA EXTENDED RELEASE HYDROCODONE.

See **Exhibit B.159** hereto attached.

CONFIDENTIAL

## 7.160     OPINION – PURDUE CLAIMED OXYCONTIN WAS EFFECTIVE HOWEVER DUE TO THE Q12 DOSING THIS TURNED OUT TO BE FALSE AND DOSE ESCALATION OCCURRED CREATING AN OPIOID ADDICTION MACHINE

See **Exhibit B.160** hereto attached.

## 7.161     OPINION – PURDUE CREATED DEMAND WITH WHOLESALERS.

See **Exhibit B.161** hereto attached.

## 7.162     OPINION – PURDUE DESTROYED DOCUMENTS.

See **Exhibit B.162** hereto attached.

## 7.163     OPINION – CARDINAL PROVIDED MARKETING TO MANUFACTURERS TO GET MESSAGES TO CVS.

See **Exhibit B.163** hereto attached.

## 7.164     OPINION – PURDUE DID NOT WANT TO REVEAL ITS BLAME THE VICTIM APPROACH TO ADDICTION FROM ITS DRUGS.

See **Exhibit B.164** hereto attached.

## 7.165     OPINION – PURDUE EXERTED INFLUENCE OVER NATIONAL ASSOCIATION OF STATE CONTROLLED SUBSTANCES AUTHORITIES (NASCSA).

See **Exhibit B.165** hereto attached.

## 7.166     OPINION – PURDUE FAILED TO CORRECT MISINFORMATION ABOUT OPIOIDS FOR HEADACHES.

See **Exhibit B.166** hereto attached.

Exhibit 36 Page 4

### 7.475    OPINION – THE "VENTURE" USED AND CONTROLLED MANY FRONT GROUPS TO UNDERMINE ADDICTION RISK AND INCREASE MARKET TO INAPPROPRIATE PATIENTS

See **Exhibit B.475** hereto attached.

### 7.476    OPINION – MALINCKRODT OPINIONS

See **Exhibit B.476** hereto attached.

### 7.477    OPINION – "VENTURE" MEMBERS HAD AGREEMENTS WITH WHOLESALERS, INCLUDING BUT NOT LIMITED TO: "

See **Exhibit B.474** hereto attached.

### 7.478    OPINION – "VENTURE" MEMBERS HAD INVENTORY LICENSE AGREEMENTS WITH WALGREENS WHEREBY THEY RECEIVED DATA THAT COULD HAVE BEEN USED TO MONITOR SUSPICIOUS ORDERS. THIS DATA GAVE VENTURE MEMBERS VISIBILITY INTO THEIR CUSTOMER'S CUSTOMERS.

See **Exhibit B.478** hereto attached.

### 7.479    OPINION – CVS'S SUSPICIOUS ORDER MONITORING SYSTEM DID NOT MONITOR SUSPICIOUS ORDERS. IT'S SOM POLICY SPECIFIED THAT IF MULTIPLE ORDERS FOR THE SAME STORE ARE FLAGGED DURING THE SAME MONTH, ALL ORDERS AFTER THE FIRST ORDER WILL NOT BE INVESTIGATED AND WILL BE AUTOMATICALLY RELEASED BASED ON THE RELEASE OF THE FIRST ORDER

See **Exhibit B.479** hereto attached.

### 7.480    OPINION – WALMART HELPED ACTAVIS MARKET OPIOIDS

See **Exhibit B.480** hereto attached.

Exhibit B.159, David S. Egilman Report Opiate Litigation

# OPINION – PURDUE AND WALGREENS CO-PROMOTED HYSINGLA EXTENDED RELEASE HYDROCODONE.

Basis:

Purdue shared targeted physicians with Walgreens

2014.12.17 - PPLPC031001277089_image - IMS Health Data Sharing Agreement between Purdue + Walgreens to co-promote Hysingla.

**ATTACHMENT A**

As used in the Data Sharing Agreement of which this attachment is a part:

A.   "License Agreement" refers to the agreement by and between IMS and Purdue, which, among other things, defines the terms upon which Purdue may use and disclose the Data (as defined below) and/or Materials, as the case may be, and which agreement(s) is/are in effect as of the date of this Agreement.

B.   "Information" or "Data" refers to the following information and/or data provided pursuant to the applicable License Agreement, or any information derived from access by Walgreen to software, documentation and/or other materials ("Materials") licensed or disclosed to Purdue or Walgreen, as applicable, by IMS under the terms of the applicable License Agreement:

Effective Date:  December 17, 2014               Expiration Date:  December 17, 2015

"Information" / "Materials" shall mean:

Data provided from the following IMS service(s)/database(s): HCPS™ and Xponent™ - will be used to assist in providing NPI, name, and address for a select group of HCPs.

Period(s) reported in the data: based on availability of Data during Dec 2014        Format(s) of the data: Email/Excel

Frequency of delivery of data (if more than one data delivery): One-Time

Specific drug(s) being co-promoted:  Hysingla

USCs, Therapeutic class(es) and market(s) included in the data: Analgesics

C.   "Purpose" refers to the only purpose for which Walgreen may use the Information and Materials, which purpose is defined as follows (please place an "X" next to the most appropriate category):  Products Stocking

Frequency of reporting by Walgreen to Purdue using Data/Materials: TBD

D.   Briefly describe the project/activity with which the Data / Materials will be used:  Product Stocking - Purdue will provide a list of potential Hysingla ER prescribers for the purpose of Walgreens matching to their store/prescriber information so they can determine the appropriate stores to stock.

Exhibit B.193, David S. Egilman Report Opiate Litigation

# OPINION – REBATES INCREASE PROFITS AND SALES AND WERE USED TO INFLUENCE PHARMACISTS.

PDD8801142702 - extra $70 profit with the 80mg because of the rebate

From: Phil Cramer
Sent: Tuesday, April 22, 1997 10:03 PM
To: John Arent; Windell Fisher; Paul Kasprzycki; Stephen Seid; Bruce
Taggart; Russell Gasdia
Cc: Kathy Doran
Subject: Re: OxyContin 40mg & 80mg Stocking

Russ,

I have been dismayed to see the inconsistency in stocking within
districts.  There are a fair number of representatives who have good
stocking, and as to be expected, these are generally the top reps.

I think stocking of the 40mg and 80mg should be a major emphasis at
the upcoming one day meetings.  We can have a workshop highlighting
sales ideas from the successfull representatives.  A couple of ideas
that I have run across recently:

***Lynn Sipe uses the rebate in a unique way.  He tells the
pharmacist that they will realize an additional $70 profit on
their first prescription of the 80mg.  While this may seen like
a slight variation from presenting the rebate, it gets the
pharmacist to focus on the business impact and the effect on their
bottom line.

***Catherine Swenson has been asking pharmacies that are reluctant to
stock the 80mg, "which pharmacy would you stock in town, Dr. _____
is going to use the 80mg and I need to tell him where his patients
can get their prescription filled."

In every case, it is imperative for the rep to identify potential 80mg
patients with their key physicians and then go to their key pharmacies with
specific information.  If the rep does a good enough job, the pharmacist can
even call the office to check on the script.

If we do decide to go with a contest, it will be important to recognize the
reps who have done a good job already.

Phil

Exhibit B.480, David S. Egilman Report Opiate Litigation

Opinion  - Walmart helped  Actavis Market Opioids

Exhibit B.480, David S. Egilman Report Opiate Litigation



2

Exhibit 36 Page 9

Attorney's Eyes Only (Highly Confidential)

Exhibit B.480, David S. Egilman Report Opiate Litigation



Exhibit 36 Page 10

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0001126041

Exhibit B.480, David S. Egilman Report Opiate Litigation



Totals for 2013 include the Watson and Actavis products. Data does not include Atorvastatin

Lamotrigine ODT

Rasagiline

Hydromorphone

Lidocaine TDS

Revised Plan Reduces the sales dollars by those products not launched and includes an adjustment in the margins for the Lidocaine and Buprenorphine/Nalox.

Exhibit 36 Page 11

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0001126042

## Financial Performance Year Totals

| In Millions | 2013 Totals Versus 2014 Totals | | | | |
|---|---|---|---|---|---|
| | 2013 Totals | 2014 Totals | Actual Increase | Actual Plan | Plan % Increase |
| Total Sales | 520.6 | 565.8 | 8.0% | 614.3 | -7.9% |
| Total Sales Revised Plan | | 565.8 | | 564.5 | 0.2% |
| Gross Profit % | 58.4% | 52.2% | -10.6% | 61.3% | -14.8% |
| Units | 898.8 | 1045.5 | 14.0% | 960.7 | 8.8% |

Walmart US Strategy
Confidential – Do Not Distribute

Walmart

GP% solely due to the over-estimation of Lidocaine and Buprenorphine/Nalox.

Attorney's Eyes Only (Highly Confidential)

Exhibit B.480, David S. Egilman Report Opiate Litigation



Strategy 1 products either launched or have been pushed out to Wal-Mart fiscal 2015

6

Exhibit 36 Page 13

## YTD Category Performance

| Category | NDC Count F12-F14 | 2013 TOTAL $ | 2014 TOTAL ACT $ | 2014 ACT % | Fiscal 2014 Plan $ | F14 Plan % Increase | 2013 TOTAL QTY | 2014 TOTAL QTY | YTD ACT % | Fiscal 2014 Plan Qty | F14 Plan % Increase | YTD TOTAL | F14 Plan |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Retail Sales ($ and YOY Change %) | | | | | Units | | | | Profitability Gross Profit | |
| ANTI-INFECTIVE | 10 | 23.2 | 23.5 | 1.3% | 22.9 | 2.8% | 42.8 | 42.3 | (1.2%) | 43.0 | (1.6%) | 73.1% | 55.3% |
| DIABETES RX | 11 | 23.5 | 18.2 | (29.1%) | 23.2 | (21.8%) | 60.9 | 56.9 | (7.0%) | 61.1 | (6.9%) | 48.4% | 47.3% |
| GASTROINTESTINAL | 3 | 6.3 | 5.4 | (15.7%) | 6.7 | (19.4%) | 30.8 | 19.9 | (53.8%) | 31.0 | (35.8%) | 36.3% | 71.0% |
| HEART HEALTH | 21 | 139.4 | 140.4 | 0.7% | 136.1 | 3.2% | 203.7 | 212.2 | 4.0% | 203.3 | 4.4% | 56.0% | 55.6% |
| MENS | 3 | 2.8 | 4.6 | 68.7% | 3.3 | 100.0% | 0.4 | 1.0 | 60.0% | 0.6 | 66.7% | 76.7% | 67.8% |
| MENTAL | 36 | 222.8 | 240.8 | 7.6% | 225.8 | 6.6% | 404.6 | 515.4 | 21.5% | 450.2 | 14.5% | 66.3% | 64.5% |
| ONCOLOGY | 2 | 1.9 | 2.0 | 5.0% | 1.9 | 5.3% | 7.5 | 8.2 | 8.5% | 7.5 | 9.3% | 34.5% | 51.5% |
| OPHTHALMIC | 1 | 0.2 | 1.1 | 81.6% | 0.9 | 22.2% | 0.4 | 1.9 | 78.9% | 1.4 | 35.7% | 77.7% | 79.5% |
| PAIN MANAGEMENT | 23 | 48.0 | 71.4 | 32.8% | 132.0 | (45.9%) | 94.8 | 127.9 | 26.5% | 101.8 | 25.9% | 57.5% | 72.1% |
| RESPIRATORY 2 | 3 | 5.2 | 9.0 | 42.2% | 12.0 | (25.0%) | 3.7 | 8.8 | 58.0% | 9.1 | (3.3%) | 70.8% | 33.6% |
| SKIN | 7 | 5.7 | 7.0 | 18.8% | 6.7 | 4.5% | 4.0 | 5.2 | 23.1% | 4.6 | 13.0% | 25.9% | 29.3% |
| URINARY | 3 | 6.2 | 7.7 | 19.5% | 7.6 | 1.3% | 3.6 | 4.4 | 18.2% | 3.9 | 12.8% | 67.9% | 62.1% |
| WOMENS | 14 | 36.4 | 32.4 | (12.3%) | 35.1 | (7.7%) | 42.6 | 41.5 | (2.7%) | 43.4 | (4.4%) | 52.2% | 46.7% |
| TOTAL WMT US | 137 | 520.6 | 565.8 | 8.0% | 614.3 | (7.9%) | 898.8 | 1,045.5 | 14.0% | 960.7 | 8.8% | 48.8% | 61.3% |

5 **Walmart US Strategy**
Confidential – Do Not Distribute

Walmart

### Sales

Gastro – Due to the discontinuance of Ranitidine

Pain Mgmt sales is due to over valuing the Lidocaine and Buprenorphine/Nalox $s

Respiratory – Solely due to estimations

Womens – Pre-dominantly due to the loss of Reclipsen.

### Profitability

Gastro – due to the discontinuance of Ranitidine

Oncology – Profitability did not account for changes in market conditions (price increase)

Respiratory – Significant changes in market pricing – price decreases in the market WM price reduction in Feb 13

Skin – Recommend WM reviews Podofilox re-imbursement rate

Pain Management due solely to estimations

Attorney's Eyes Only (Highly Confidential)                    Anda_Opioids_MDL_0001126045

## Financial Performance Totals – Unit Turns by Category

| CATEGORY | 2013 Totals Instock % | 2014 Totals Instock % | 2013 Totals Unit Turns | 2014 Totals Unit Turns |
|---|---|---|---|---|
| ANTI-INFECTIVE | 98.17 | 96.68 | 6.54 | 6.77 |
| DIABETES RX | 99.18 | 99.21 | 7.74 | 10.39 |
| GASTROINTESTINAL HEALTH | 99.22 | 99.10 | 5.62 | 6.44 |
| HEART HEALTH | 99.05 | 99.07 | 15.54 | 19.24 |
| MENS HEALTH | 97.59 | 97.45 | 2.85 | 4.45 |
| MENTAL HEALTH | 99.21 | 99.09 | 14.37 | 18.46 |
| ONCOLOGY | 98.12 | 98.40 | 7.16 | 12.01 |
| OPHTHALMIC | 97.40 | 99.64 | 4.94 | 4.24 |
| PAIN MANAGEMENT | 96.57 | 98.06 | 9.75 | 13.31 |
| RESPIRATORY HEALTH2 | 97.87 | 98.93 | 5.10 | 3.59 |
| SKIN HEALTH | 97.51 | 97.84 | 3.12 | 3.55 |
| URINARY HEALTH | 99.13 | 99.05 | 3.88 | 4.43 |
| WOMENS HEALTH | 98.57 | 95.48 | 6.42 | 7.71 |

* Pulled from RetailLink Vendor Scorecard

**Walmart US Strategy**
Confidential – Do Not Distribute

Walmart

5

Attorney's Eyes Only (Highly Confidential)                        Anda_Opioids_MDL_0001126046



Total Sales $s include Canada and UK

Attorney's Eyes Only (Highly Confidential)



Strategy 1 products either launched or have been pushed out to Wal-Mart fiscal 2015

Attorney's Eyes Only (Highly Confidential)                         Anda_Opioids_MDL_0001126048

Exhibit B.480, David S. Egilman Report Opiate Litigation

# Items Wins

- **Material Description Won**
  - – Buprenorphine/Naloxone 2mg/0.5mg, 8mg/2mg – 2/22/2013
  - – Enoxaparin Sodium 40mg/0.4mL – 4/10/2013
  - – Nabemtone 500mg, 750mg
  - – Alprazolam ER 0.5mg, 1mg, 2mg, 3mg – 9/25/2013
  - – Oxymorphone ER 5 mg, 7.5mg, 10mg, 15mg, 20mg, 30mg, 40mg 100ct – 10/28/2013
    - – 60cts added 1/29/2014
  - – Lorazepam 0.5mg, 1mg, 2mg – 11/22/2013
  - – Desonide Lotion 0.05% - 11/25/2013
  - – Nystatin Ointment 10000U – 11/25/2013
  - – Tretinoin 0.025% Cream – 11/25/2013
  - – Tamsulosin 0.4mg – 1/16/2014
  - – Telmisartan 20mg, 40mg, 80mg – 1/16/2014
- Value - $37.5M Est. Annual Retail Sales

11      Exhibit 36 Page 18

Attorney's Eyes Only (Highly Confidential)      Anda_Opioids_MDL_0001126049

# Items Losses

- **Material Description Loss**
  - -- Amethia 0.5/0.03mg + 0.01mg Tab 2x91
  - -- Glyburide/Metformin 1.25/250mg, 2.5/500mg
  - -- Prednisone 10mg 100ct, 500ct
  - -- Reclipsen 0.15mg / 0.30mg
  - -- Zarah 3/0.03mg Tab 3x28
- Value - $9.4M Est. Annual Retail Sales


Attorney's Eyes Only (Highly Confidential)

Exhibit B.480, David S. Egilman Report Opiate Litigation

# Key Product Price Adjustments

- **Significant Changes - Decreases**
  - Betamethasone Diprop 0.05% and Betamethasone Diprop Aug 0.05%
  - Desmopressin 0.2mg
  - Glipizide ER 2.5mg, 5mg, 10mg
  - Levalbuterol HCl 0.31mg, 0.63mg, 1.25mg
  - Methylphenidate ER 18mg, 27mg, 36,mg, 54.mg
  - Nateglinide 60mg, 120mg
  - Trospium Chloride ER 60mg
- Value - $24.5M Estimated Annual Cost Savings
- **Significant Changes - Increases**
  - Chlorzoxazone HCl 500mg
  - Methylphenidate ER Caps 20mg, 30mg, 40mg
  - Nizatidine 150mg, 300mg
  - Prednisone 20mg
  - Promethazine Suppositories 25mg
- Value - $4.9M Estimated Annual Cost Increases
- Overall Net Change - $19.6M Estimated Annual Cost Savings

11   **Walmart US Strategy**
Confidential – Do Not Distribute

Walmart

Exhibit 36 Page 20

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0001126051

Exhibit B.480, David S. Egilman Report Opiate Litigation

## 2014 Walmart Joint Business Plan Tracker

| Key Deliverables | Target Date | Completion Date | Responsible |
|---|---|---|---|
| JBP 2014 Planning meeting | March 2013 | 3/13/13 | Kristi |
| JBP FY14 final JBP Presentation | April 2013 | 4/12/13 | Allan, Andy, Christina, and Cindy |
| Obtaining final list of FY14 pre-committed products: Pipeline and JBP Appendix items | 5/12/13 (within 30 days of final JBP presentation) | Received final new product pre-commits from pharmacy team. | Walmart buying group |
| Annual Volume Incentive Program – Walmart Inc. <br> 1. Allan and Cindy to finalize agreement including based on receiving final list of pre-committed products from Walmart buying team <br> 2. Cindy to forward agreement to Walmart <br> 3. Walmart reviews and completes | June 1 | Finalized and executed between Walmart and Actavis by target date | Andy, Allan, Cindy, Christina, and Actavis Contracts Team |
| New Product Conversion Program <br> 1. Cindy to work with Allan and Actavis Contracts team to prepare and send agreement to Walmart in advance of pre-committed product launches <br> 2. Cindy will work with Actavis marketing program to identify internal marketing plans for new products in advance of new launches | May 31 | New product Conversion Program was implemented for the following new to market products: Lidoderm, 4% patch and Telmisartan tablets. <br><br> Ongoing | Cindy, Allan, Actavis Contracts Team |
| Global Actavis Agreement for Walmart <br> 1. Andy to work with Actavis Canada and UK group to find out sales and products being sold to Walmart <br> 2. Andy to meet with Actavis Legal to determine viability of preparing one aggregate Volume Incentive program for Walmart Inc. <br> (UK and Canada sales could tie into volumes for establishing the VIP program) | July 1 | 11/14/13 - Walmart Inc. agreement was completed | Andy, Allan, Sandy |

12  **Walmart US Strategy** <br> Confidential – Do Not Distribute

Walmart

14

Exhibit 36 Page 21

Attorney's Eyes Only (Highly Confidential)

Exhibit B.480, David S. Egilman Report Opiate Litigation

## 2014 Walmart Joint Business Plan Tracker

| Key Deliverables | Target Date | Completion Date | Responsible |
|---|---|---|---|
| In support of "Wal-mart's Made in America Initiative" Actavis will identify 1 -2 products currently made outside the US to determine feasibility and costs to Actavis and Walmart for moving the manufacturing to the US | August 1 | Actavis identified several Cloteridotabone as a potential product to move manufacturing to US; however, Walmart was locked into an agreement with a company that makes the products in the US. | Andy, Allan, Cindy |
| Direct/Indirect purchase review – conducted quarterly to identify any significant increase or large indirect purchases.<br>1.  Indirect purchases that exceed 400 bottles per month, or, more than 3% of their usage will be brought to the buyer's attention.<br>2.  Buyers will take action within 15 days of notice | Within 30 days after close of each quarter: May, 31st, Aug. 31st, Oct. 31st, Feb 28th | Completed Q1, Q2, Q3, and Q4 review. | Cindy, Christina |
| RetailLink<br>1.  Training<br>2.  Full data access needed for Christina Kotelo to be able to access Wal-mart's indirect purchases of Actavis generics, brands, and Actavis OTC products. | June 30, 2013 | Cindy and Christina completed Retail Link training- May 2013. | Cindy, new Actavis Customer Service team |
| Joint Supply Chain "Receiving Meeting between Walmart and Actavis Operations teams at a Walmart DC. Investigate opportunities for increasing operational efficiencies as they relate to:<br>1.  Case pack ordering<br>2.  Pallet ordering<br>3.  Breaking pallets into layers<br>4.  Returns - Review current process for improving efficiencies- identify current return rate | August 31, 2013 | Supply Chain meeting between Walmart and Actavis took place at the Bentonville, AR Distribution Center on August 27, 2013. "Smart Ordering" was discussed. Action plan to be presented as a FY'15 JBP Initiative. | Cindy, Andy, Ed Glover, Christina Kotelo, Walmart/Actavis operations teams, Walmart buyers, customer service reps |

13  **Walmart US Strategy**
    Confidential – Do Not Distribute

Walmart

Exhibit 36 Page 22

Attorney's Eyes Only (Highly Confidential)                    Anda_Opioids_MDL_0001126053

## 2014 Walmart Joint Business Plan Tracker

| Key Deliverables | Target Date | Completion Date | Responsible |
|---|---|---|---|
| Compliance Pack Opportunities<br>1. Mixed Amphetamine - Meetings taking place with packagers during NACDS annual meeting<br>2. Actions to identify Compliance pack repackaging company<br>3. Agreement to be prepared and finalized<br>4. Forecast and date for stability completion and site date of finished compliance pack product | July 31 | In progress, timeline for moving Methylphenidate 30mg and 54mg from 100 to 30 ct bottles is estimated for April/May timeframe. | Cindy, Andy |
| "Printed Liner" Outer Carton | Q4 - 2013 | Currently in process of finalizing. Estimated test date Q2/2014. | Andy, Cindy |
| Review Line and Upcoming products for appropriate bottles sizes<br>1. Cindy and Christina will review purchases quarterly (broken out for each buyer) to determine if an alternative bottles size should be purchased by Walmart based on dispensing history and Watson ability to provide an alternative size.<br>2. Methylphenidate ER – move to 30 ct bottle | Within 30 days after close of each quarter. May 31st (Shaina's products), Aug. 31st (Steve's products), Oct. 31st (Jodie's products) Feb. 28th (Patsy's products). | Completed review of Shaina, Steve, Jodie, and Patsy's | Cindy, Christina |
| Compliance Pack Return Policy - Complete and send to Walmart | May 31 | Already covered under Watson return policy for Watson label products | Albert, Cindy, Antaeus Contracts team |
| New products Distribution – communicate with Walmart Buyer in advance of each new product launch to determine if Anda should perform initial shipment. No cost to Walmart. Additionally, determination is to be made by Walmart Buyer if this is a B to G full launch | 30 days or more prior if the date is firm or very likely. | Lidocaine and Telmisartan launches were "Rapid shipped" by Anda to Walmart stores. | Cindy and Walmart Buyer |
| Addendum to Return Policy: Cover unopened partials of liquids for Walmart | Q3 2013 | Addendum was created and executed between Walmart and Actavis effective 12/1/13 | Patsy and Cindy |
| Schedule Quarterly Reviews | To be scheduled with Patsy | Ongoing with Patsy | Patsy and Cindy |

14  **Walmart US Strategy**
Confidential – Do Not Distribute

Walmart

Exhibit 36 Page 23

Attorney's Eyes Only (Highly Confidential)   Anda_Opioids_MDL_0001126054

Exhibit B.480, David S. Egilman Report Opiate Litigation



Attorney's Eyes Only (Highly Confidential)                              Anda_Opioids_MDL_0001126055



Exhibit 36 Page 25

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0001126056

Exhibit B.480, David S. Egilman Report Opiate Litigation

## Wal-Mart Product Country of Origin

| Product Family | Country | Product Family | Country | Product Family | Country |
|---|---|---|---|---|---|
| ACARBOSE | MALTA | GLYBURIDE/METFORMIN | US | PROGESTERONE INJ | PORTUGAL |
| ALBUTEROL SULFATE | INDIA | IBANDRONATE SOD | MALTA | PROPYLTHIOURACIL | US |
| AMOXAPINE | INDIA | IPRATROPIUM /ALBUT | INDIA | QUINIDINE SULFATE | INDIA |
| BUPROPION Wellbutrin | US | LEVETIRACETAM | US | RIVASTIGMINE TARTRAT | INDIA |
| BUPROPION XL ACT | US | LOXAPINE | INDIA | ROPINIROLE HCL ER | US |
| CARBIDOPA/LEVODOPA | US | MATZIM LA | US | SILDENAFIL -REVATIO | INDIA |
| CHLORZOXAZONE TAB | INDIA | METFORMIN HCL XT AG | US | SULFASALAZINE | US |
| CLARITHROMYCIN | US | METOPROLOL SUCC ER | US | SULINDAC | INDIA |
| CLOBETASOL | US | METRONIDAZOLE | INDIA | TAMOXIFEN CITRATE | US |
| CLONIDINE | US | MINOCYCLINE | INDIA | TAMSULOSIN HCL | GERMANY |
| DESIPRAMINE | US | MINOXIDIL | INDIA | TAZTIA XT | US |
| DESMOPRESSIN ACETATE | US | NABUMETONE | INDIA | TELMISARTAN | INDIA |
| DICLOFENAC SODIUM/MISOP | US | NATEGLINIDE | INDIA | TESTOSTERONE | PORTUGAL |
| DISOPYRAMIDE | INDIA | NIFEDIPINE | US | TIZANIDINE | IRELAND |
| DOXYCYCLINE MONOHYDR | US | NIZATIDINE | INDIA | TRANDOLAPRIL | MALTA |
| ENOXAPARIN SOD | US | PILOCARPINE | CANADA | TRIHEXYPHENIDYL | INDIA |
| ESTROPIPATE | US | PREDNISONE | INDIA | TROSPIUM CHORIDE | US |
| FLUTAMIDE | US | PRIMIDONE | INDIA | VALPROIC ACID | US |
| GABAPENTIN TAB | INDIA | PROBENECID | INDIA | VERAPAMIL | INDIA |
| GLIPIZIDE ER | US | PROBENECID/COLCHICIN | INDIA | VERAPAMIL SR | IRELAND |

**MADE IN USA**

- Oral Contraceptives (Except for a few made in Canada
- Liquids
- Topicals
- Time Release
- Controls (Except Testosterone)

17 Walmart US Strategy
Confidential – Do Not Distribute

Walmart

Updated based on current contract 5/8/2014

Attorney's Eyes Only (Highly Confidential)                    Anda_Opioids_MDL_0001126057

Exhibit B.480, David S. Egilman Report Opiate Litigation

## Top 20 Products by Family and Sales Quantity - Country of Origins

| Product Family | Fiscal 2015 Q1 Sales Qty | Country of Manufacturer |
|---|---|---|
| METOPROLOL SUCC ER | 520,541 | USA |
| GLIPIZIDE ER | 493,386 | USA |
| ALPRAZOLAM | 171,313 | USA |
| BUPROPION XL ACT | 147,530 | USA |
| OXYCODONE HCL | 99,041 | USA |
| BUPROPION Wellbutrin | 96,480 | USA |
| PREDNISONE | 95,659 | India |
| CARBIDOPA/LEVODOPA | 93,643 | USA |
| FENTANYL PATCH | 89,016 | USA |
| GABAPENTIN TAB | 85,259 | USA |
| CLONIDINE | 85,249 | USA |
| LORAZEPAM | 72,719 | USA |
| TIAZTIA XT | 63,573 | USA |
| BUPROPION XL | 57,466 | USA |
| IBUPROFEN (RX) | 57,411 | USA |
| MICROGESTIN | 56,462 | USA |
| TAMOXIFEN CITRATE | 55,203 | USA |
| LIDOCAINE PATCH | 53,845 | USA |
| SILVER SULFADIAZINE | 51,597 | USA |
| METHYLPHENIDATE AG | 48,784 | USA |

**Walmart US Strategy**
18    Confidential – Do Not Distribute



Exhibit 36 Page 27

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0001126058

Exhibit B.480, David S. Egilman Report Opiate Litigation



| Hydromorphone ER | June 2014 |
|---|---|
| Methylphenidate ER TD Patch | August 2014 |
| Rivastigmine TD | Aug 2014 |
| Guanfacine ER | Dec 2014 |

Exhibit 36 Page 28

Attorney's Eyes Only (Highly Confidential)                                        Anda_Opioids_MDL_0001126059

Exhibit B.480, David S. Egilman Report Opiate Litigation

## Generic Base Business is Growing Sales and Units

| Category | NDC Count | Retail Sales $ Millions | | | Retail Sales % Change Y/Y | | Retail Units $ Millions | | | Unit Sales (Pills) % Change Y/Y | | Gross Profit % | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | F13 – F15 | F13 ACT | F14 ACT | F16 Goal | F14 ACT | F16 Goal | F13 ACT | F14 ACT | F16 Goal | F14 ACT | F16 Goal | F13 ACT | F14 ACT | F16 Goal |
| ANTI-INFECTIVE | 18 | 23.2 | 23.5 | 26.7 | -1.9% | 13.5% | 42.8 | 42.3 | 43.4 | 0.5% | 14.5% | 55.1% | 73.1% | 76.8% |
| DIABETES RX | 12 | 23.5 | 18.2 | 17.8 | -1.3% | -2.1% | 59.9 | 58.9 | 56.8 | 0.3% | -0.1% | 47.6% | 46.4% | 63.2% |
| GASTROINTESTINAL | 4 | 6.3 | 5.4 | 4.3 | 8.3% | -20.1% | 39.6 | 18.9 | 14.4 | 1.3% | -27.6% | 71.7% | 35.3% | 5.9% |
| HEART HEALTH | 22 | 139.4 | 140.4 | 152.6 | -2.4% | 8.7% | 203.7 | 212.2 | 214.8 | 9.1% | 1.2% | 55.7% | 56.0% | 65.0% |
| MENS | 3 | 2.8 | 6.6 | 6.7 | 15.0% | 0.9% | 6.4 | 1.0 | 1.0 | 50.0% | -4.1% | 59.8% | 76.7% | 59.7% |
| MENTAL | 41 | 222.6 | 240.9 | 243.5 | 1.5% | 1.5% | 404.6 | 515.4 | 576.9 | 15.2% | 11.9% | 61.8% | 65.3% | 67.1% |
| ONCOLOGY | 2 | 1.9 | 2.0 | 2.2 | 6.0% | 11.0% | 7.5 | 8.2 | 8.2 | 0.0% | 0.3% | 51.5% | 34.6% | 30.9% |
| OPHTHALMIC | 1 | 0.2 | 1.1 | 1.2 | 350.0% | 4.5% | 0.1 | 1.9 | 1.9 | 290.9% | 0.2% | | 77.7% | 60.4% |
| PAIN MANAGEMENT | 21 | 48.0 | 71.4 | 93.4 | 175.0% | 36.3% | 94.9 | 127.8 | 116.1 | 7.9% | -9.2% | 79.6% | 37.5% | 40.4% |
| RESPIRATORY 2 | 3 | 5.2 | 9.9 | 8.9 | 139.8% | -1.6% | 3.7 | 8.9 | 8.8 | 148.9% | -0.4% | 35.3% | 79.8% | 74.9% |
| SKIN | 8 | 5.7 | 7.0 | 7.2 | 17.5% | 2.7% | 4.0 | 5.2 | 5.4 | 15.0% | 4.5% | 28.5% | 25.9% | 34.1% |
| URINARY | 5 | 6.2 | 7.7 | 7.6 | 22.8% | -1.9% | 3.6 | 4.4 | 4.4 | 8.3% | -0.6% | 73.9% | 67.9% | 70.7% |
| WOMENS | 17 | 36.4 | 32.4 | 26.9 | -3.9% | -17.1% | 42.8 | 41.5 | 34.9 | 1.9% | -16.0% | 44.5% | 52.2% | 49.5% |
| TOTAL WMT US | 147 | 526.6 | 565.8 | 598.8 | 18.9% | 5.8% | 896.8 | 1045.5 | 1092.1 | 7.0% | 4.5% | 58.8% | 48.8% | 61.9% |

29  Walmart US Strategy
Confidential – Do Not Distribute

Walmart

## Sales

Anti-infective due to the addition of Nystatin

Gastro – Ranitidine discontinuance

Pain Management – Due to the addition of Lidocaine patches

Womens Health – Due to the loss of Reclipsen

## GP%

Diabetes – Increase in GP due to cost reduction in the Glipizide ER

Gastro – solely due to Ranitidine

Heart Health – Clonidine and Metoprolol ER – high volume products with high GP bring the overall level up

Men Health – Due to market conditions Actavis found it necessary to take a price increase

Pain Management – Conservative Estimate on Hydromorphone ER; with the reductions on Lidocaine, This should increase

Attorney's Eyes Only (Highly Confidential)
Anda_Opioids_MDL_0001126060

JBP Launches...

| Category | New Items NDC Count | New Item Names | Unit Sales (Pills) Millions |
|---|---|---|---|
| HEART HEALTH | 4 | GUANFACINE ER (INTUNIV) 1MG, 2MG, 3MG, 4MG | 1.4M |
| MENTAL | 5 | RIVASTIGMINE TD (EXELON PATCH) 4.6MG, 9.5MG, 13.3MG | 0.8M |
| PAIN MANAGEMENT | 3 | HYDROMORPHONE ER (EXALGO) 8MG, 12MG, 16MG | 0.1M |
| WOMEN'S | 1 | BANETTE (NATAZIA) 3MG-2MG-1MG | <0.1M |
| TOTAL WM US | | | 2.6M |

21  **Walmart US Strategy**
Confidential – Do Not Distribute

Walmart

Hydromorphone ER        June 2014
Rivastigmine TD          Aug 2014
Banette                 Sept 2014
Guanfacine ER            Dec 2014

Attorney's Eyes Only (Highly Confidential)                    Anda_Opioids_MDL_0001126061

Exhibit B.480, David S. Egilman Report Opiate Litigation

## JBP Growth Plan and Initiative Tracker – Company Actavis

| | GOALS | OPPORTUNITY |
|---|---|---|
| | Product Opportunities | |

| Opportunity | Joint Initiative | Supplier Owner | WMT Owner | F15 Target | Notes |
|---|---|---|---|---|---|
| Product Opportunities | Hydromorphone ER (Exalgo) | Cindy Stevens | Jodi | June 2014 | 13 Brand Disp TRx; 235K |
| | Rivastigmine TD (Exelon) | Cindy Stevens | Patsy | August 2014 | 13 Brand Disp TRx; 1.9M |
| | Banette (Natazia) | Cindy Stevens | Patsy | September 2014 | 13 Brand Disp TRx; 240K |
| | Guanfacine ER (Intuniv) | Cindy Stevens | Patsy | December 2014 | 13 Brand Disp TRx; 2.8M |
| | TOTAL | | | $15.3M | |

| 22 | **Walmart US Strategy** Confidential – Do Not Distribute | Walmart |
|---|---|---|

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0001126062

## Proposed Value Added Programs – Draft Concepts

- New Product Launch Conversion Program
- Walmart/Actavis Generic Market Penetration Program
- Portfolio Management Program

Walmart US Strategy
Confidential – Do Not Distribute

23

Walmart

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0001126063

Exhibit B.480, David S. Egilman Report Opiate Litigation

## New Entry Conversion Program
## Pre-Commit / At Market Formulation Products

- Week 1: 70% Generic Conversion – 1.0% Rebate
- Week 2: 75% Generic Conversion – 1.5% Rebate
- Week 3: 80% Generic Conversion – 2.0% Rebate
- Week 4: 85% Generic Conversion – 2.5% Rebate
- Week 5: 90% Generic Conversion – 3.0% Rebate
- Week 6: 95% Generic Conversion – 3.5% Rebate

Rebate level attained will be applied to the first 6 weeks of product launch

24 | **Walmart US Strategy**
Confidential – Do Not Distribute

Walmart

26

Exhibit 36 Page 33

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0001126064

## Walmart / Actavis Generic Market Penetration Program

- Paid Semi-Annually
- Walmart to provide Actavis with dispensing data of Brand Sales, Total Generic Sales and Actavis Sales by GPI/GCN
- Actavis will calculate the Actavis base generic market share percent (x) and create potential tiers as follows:
  - x+1% Actavis Product – 0.5% Rebate
  - x+2% Actavis Product – 1.0% Rebate
  - x+3% Actavis Product – 1.5% Rebate
  - x+4% Actavis Product – 2.0% Rebate
  - x+5% Actavis Product – 2.5% Rebate
- Actavis shall calculate and pay earned rebate on net direct contract purchases using Walmart dispensing data

| 25 | Walmart US Strategy |
| Confidential – Do Not Distribute |



Exhibit 36 Page 34

Attorney's Eyes Only (Highly Confidential)                                         Anda_Opioids_MDL_0001126065

Exhibit B.480, David S. Egilman Report Opiate Litigation

## Portfolio Program New Standards Review

### 2014 Guidelines – Key Highlights

- Products Primary Awarded / Maintained by the first day of the third month of the quarter.

- Products removed from Primary position before the first day of the third month of the quarter will not be eligible for the point(s).

- Points eligible for products that maintain 75% Actavis generic usage (Walmart to supply current formulary & usage on a quarterly basis (clarify total usage)

- The Rebate Percent obtained by the customer will pertain to the full quarter.

- Potential points for new Product launches will be at Actavis discretion.

26 | **Walmart US Strategy**
Confidential – Do Not Distribute

Walmart

Exhibit 36 Page 35

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0001126066

Exhibit B.480, David S. Egilman Report Opiate Litigation

## JBP Growth Plan and Initiative Tracker – Company Actavis

| | GOALS | OPPORTUNITY |
|---|---|---|
| | EDLP / EDLC Generics | |

| Opportunity | Joint Initiative | Supplier Owner | WMT Owner | F15 Target | Notes |
|---|---|---|---|---|---|
| EDLP / EDLC | Volume Incentive Program (US, UK, Canada) Wal-Mart, Inc. 1. Cindy to work with Actavis team to finalize agreement based on receiving final list of pre-committed products from Wal-Mart buying team | Andy, Cindy, Contracts Team | Patsy Little | June 2014 | |
| | New-to-Market Product Conversion Program Cindy will work with Actavis marketing program to identify new products in advance of new-to-market launches Cindy to discuss feasibility of program with each Wal-Mart buyer in advance of new-to-market product launches | Cindy, Contracts Team | Patsy Little | June 2014 | |
| | New Value Added Portfolio Program | Cindy, Actavis Rebates Team | Wal-Mart Buyers | Feb 1 | |
| | Actavis Generic Market Share Program | Cindy, Actavis Rebates Team | Wal-Mart Buyers | Feb 1 | |

27  **Walmart US Strategy**
Confidential – Do Not Distribute

Walmart

29                                            Exhibit 36 Page 36

Exhibit B.480, David S. Egilman Report Opiate Litigation

# JBP Growth Plan and Initiative Tracker – Company Actavis

|  | GOALS | OPPORTUNITY |
|---|---|---|
|  | EDLP / EDLC Promoted Brands |  |

| Opportunity | Joint Initiative | Supplier Owner | WMT Owner | F16 Target | Notes |
|---|---|---|---|---|---|
| EDLP / EDLC | Price Change Notification Price Increases - Actavis will provide Wal-Mart with 30 days advance notice of a price change, but will provide a 45-day allocation credit. - Current policy provides 60 days notification. with 30 days of units allocated for Wal-Mart | Christina, Rick, Marc | Patsy Little | June 1 |  |
| | Direct/Indirect purchase review - Indirect purchases review – products with volume greater than 3% and/or at least 1 bottle per store. Buyers will be notified - Alternative bottles size opportunity review based on dispensing history | Christina | Wal-Mart Buyers | Within 15 Days of Quarter End | Buyers will take action within 15 days of notice *Subject to availability |

28  **Walmart US Strategy**
Confidential – Do Not Distribute

Walmart

30                                                     Exhibit 36 Page 37

Exhibit B.480, David S. Egilman Report Opiate Litigation

# JBP Growth Plan and Initiative Tracker – Company Actavis

| | GOALS | OPPORTUNITY |
|---|---|---|
| | Efficiency / Growth | |

| Goal Type | Joint Initiative | Supplier Owner | WMT Owner | F15 Target | Notes |
|---|---|---|---|---|---|
| EFFICIENCY | Schedule Wal-Mart Replenishment Meeting with Actavis' Co-managed and Customer relations team members. Topics to discuss include: 1. Case pack Ordering 2. "Smart ordering" 3. Forecasting 4. Review of the Actavis Co-managed ordering process 5. SWAS reports 6. Backorders and re-supply | Cindy, Actavis Co-Managed Team, Customer Relations | Patsy Little, Wal-Mart Order Replenishment Team | May 21 | |
| | Schedule a meeting in Bentonville between Wal-Mart's post audit team and the Actavis Finance team to obtain a clearer understanding of Wal-Mart's expectations for resolving chops and post audits | Cindy, Actavis Finance team | | May 21 | |
| | Back-up Supply - Actavis team to run an analysis to determine the possibility of having those Actavis products that are on Walmart's direct formulary stocked at the Anda DC as a back-up product, when the DCs are out of stock | Marc, Actavis Marketing Team | | July 1 | |

29  **Walmart US Strategy**
Confidential – Do Not Distribute

Walmart

Attorney's Eyes Only (Highly Confidential)  Anda_Opioids_MDL_0001126069

Exhibit B.480, David S. Egilman Report Opiate Litigation

## JBP Growth Plan and Initiative Tracker – Company Actavis

|  | GOALS | OPPORTUNITY |
|---|---|---|
|  | Efficiency / Growth |  |

| Goal Type | Joint Initiative | Supplier Owner | WMT Owner | F15 Target | Notes |
|---|---|---|---|---|---|
| EFFICIENCY | Compliance Pack Opportunities Actavis to identify potential compliance pack | Marc, Napoleon, Christina, Cindy |  | Ongoing |  |
|  | "Printed Line" Outer Carton | Cindy Stevens | Patsy Little | June 2014 |  |
|  | Quarterly purchase Review | Cindy Stevens | Patsy Little | On going | On going monitoring of savings |
|  | Review Line and Upcoming Products or Appropriate Bottle Size | Marc, Napoleon, Cindy | Patsy Little | On going |  |
|  | Review Line for possible transition to larger bottle sizes and direct shipments from Anda to the Central Fill DCs | Anda | Patsy Little | On going | Transition to Anda for Central Fill saves time, freight & trash * Excludes Controls |

**Walmart US Strategy**
Confidential – Do Not Distribute

Walmart

39

Exhibit 36 Page 39

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0001126070

Exhibit B.480, David S. Egilman Report Opiate Litigation

## JBP Growth Plan and Initiative Tracker – Company Actavis

| | GOALS | OPPORTUNITY |
|---|---|---|
| | Efficiency / Growth | |

| Goal Type | Joint Initiative | Supplier Owner | WMT Owner | F15 Target | Notes |
|---|---|---|---|---|---|
| Growth | Bulk/Compliance Pack Opportunities | Cindy Stevens | Patsy Little | On Going | |
| | Compliance Pack Return Policy – 50% credit, not to exceed 1.5% of annualized compliance pack purchases | Cindy Stevens | Patsy Little | FY'14 | |
| | New Product Distribution (Anda?) | Cindy Stevens | Patsy Little | FY'14 | |
| | New Entry Conversion Program | Cindy Stevens | Patsy Little | FY'14 | |
| | In support of "Wal-Mart's Made in America Initiative" Actavis will identify 1 -2 products currently made outside the US to determine feasibility and costs to Actavis and Walmart for moving the manufacturing to the US. | Andy, Marc, Cindy | | | |

*Excludes Prednisone

| 31 | **Walmart US Strategy** |
|---|---|
| | Confidential – Do Not Distribute |

Walmart

33

Exhibit 36 Page 40

Attorney's Eyes Only (Highly Confidential)

Anda_Opioids_MDL_0001126071

Exhibit B.480, David S. Egilman Report Opiate Litigation

# APPENDIX

**Additional Opportunities**

- Amphetamine IR Combo
- Clonidine TDS
- Buprenorphine

32 | **Walmart US Strategy**
Confidential – Do Not Distribute

Walmart

Exhibit 36 Page 41

Attorney's Eyes Only (Highly Confidential)                   Anda_Opioids_MDL_0001126072

Rite-Aid provided  marketing services to TEVA

Exhibit 36 Page 42

Exhibit B.487, David S. Egilman Report Opiate Litigation

**Teva Fentanyl Patches IVR**
**Statement of Work**

This Statement of Work is entered into between **Teva Pharmaceuticals, USA** a [insert type] corporation with its principal place of business at [insert address] ("TEVA") and **Rite Aid Corporation**, a corporation with its principal place of business at 30 Hunter Lane, Camp Hill, PA 17105 ("RITE AID").

The project described in this Statement of Work shall be completed and delivered in accordance with this Statement of Work.  RITE AID shall use its best efforts to complete all work in accordance with the agreed deliverables and dates set forth herein.

**SECTION 1:  PROJECT OVERVIEW**

RITE AID will conduct an IVR phone campaign to patients initiating therapy on Fentanyl Transdermal System or "Patch" manufactured by TEVA.

**Program Objective**
The goal of this program is to provide patients with education on the proper application of the Fentanyl Patch.

Each patient starting therapy on the Fentanyl patch (NDC's: 00093690045, 00093690145, 00093690245, 00093690345) will be selected to receive an automated phone call from Rite Aid's Interactive Voice Response system.  The call will provide important information regarding the proper application of TEVA's Fentanyl Patch and provide that opportunity to speak with a TEVA customer service representative if requested.

The following non-contactable states will be excluded from receiving communications under this program; CA.

**SECTION 2:  PROJECT MANAGEMENT, INCL. REQUIREMENTS AND QUALIFICATIONS**

This project will be managed by [insert name] at TEVA and Kris Roll at RITE AID.

**SECTION 3:  DELIVERABLES**

TEVA shall develop and provide to RITE AID the program materials (Script content). All program materials will have received written approval from the respective TEVA review processes. The parties acknowledge that the communications provided to patients shall disclose that TEVA is funding the communications. RITE AID shall not distribute any communications under this Statement of Work that is not approved in writing by TEVA.

RITE AID shall comply with the federal Telephone Consumer Protection Act, federal CAN-SPAM Act, and all other applicable state laws. Notwithstanding the foregoing, no patient names or other protected health information will be provided to TEVA. RITE AID shall ensure that those patients who have previously elected to "opt-out" from receiving program information from RITE AID shall not receive the program materials. RITE AID standard "Opt Out" language appears in the communication to patients.

RITE AID shall be responsible for the development of the call script and the execution of the call campaign.

Confidential                                                     **TEVA_MDL_A_12205814**

Exhibit B.487, David S. Egilman Report Opiate Litigation

**SECTION 4:  CHANGE CONTROL**

Changes to the call content supplied by TEVA will not be made without the consent of the project manager at TEVA.  Any change to the call content must be approved by TEVA and RITE AID.

**SECTION 5:  ACCEPTANCE CRITERIA**

All deliverables must be reviewed and approved by the TEVA project owner in order for the deliverable to be considered complete. Any deliverable that was not met or not approved must be reworked to meet the identified acceptance criteria without additional charge to TEVA. TEVA will notify RITE AID within 3 business days of receiving the deliverable for review and approval if it did not meet agreed upon parameters.

**SECTION 6:  FEE AND PAYMENT SCHEDULE**

**TEVA Fentanyl Transdermal Patch IVR program**

One time Charge for the development, Set-up and testing of IVR script - $5,000

Each completed call will be charged at a cost of $2.50 each

**SECTION 7:  TERM**

The term of this project shall begin upon SOW acceptance and will continue for a period of 12 months.

**AGREED TO AND ACCEPTED:**

| **TEVA PHARMACEUTICALS, USA** | **RITE AID** |
|---|---|
| By: _____ | By: _____ |
| Name: _____ | Name: _____ |
| Title: _____ | Title: _____ |
| Date: _____ | Date: _____ |

Exhibit 36 Page 44

**Confidential**

**TEVA_MDL_A_12205815**