# EXHIBIT 41


CVSHealth.

Millions of times a day, we're helping people on their path to better health—from advising on prescriptions to helping manage chronic and specialty conditions. Because we're present in so many moments, big and small, we have an active, supportive role in shaping the future of health care.

# Trade Association and Coalition Participation

**January 2017 to March 2018**
Trade Association and Coalition Participation 2

**2016**
Trade Association and Coalition Participation 3

**2015**
Trade Association and Coalition Participation 4

**2014**
Trade Association and Coalition Participation 5

**2013**
Trade Association and Coalition Participation 6

**2012**
Trade Association Participation 7

**2011**
Trade Association Participation 8



EX. 11
1-15-19
CVS-Moffatt
Maureen Pollard, RMR

# January 2017 to March 2018
# Trade Association and
# Coalition Participation



| CVS Health Corporation – Jan. 2017 to Mar. 2018 Contributions/Dues to Trade Associations and Coalitions[1] | |
|---|---|
| **Trade Associations and Coalitions** | **Amount** |
| American Enterprise Institute | $50,000 |
| America First Policies[2] | $500,000 |
| America's Health Insurance Plans | $553,642 |
| Bipartisan Policy Center[4] | $100,000 |
| Business Roundtable | $255,000 |
| California Retailers Association | $61,900 |
| Campaign for Sustainable Rx Pricing | $100,000 |
| Council for Affordable Health Coverage | $50,000 |
| Council for State Governments | $30,000 |
| Democratic Governors Association[3] | $200,000 |
| Florida Retail Federation | $33,000 |
| Illinois Retail Merchants Association | $25,000 |
| Indiana Retail Council | $62,000 |
| Majority Forward[2] | $250,000 |
| National Association of Chain Drug Stores | $1,514,160 |
| National Association of Chain Drug Stores | $48,000 |
| National Governors Association Center for Best Practices | $25,000 |
| National Home Infusion Association | $120,000 |
| Network for Excellence in Health Innovation | $25,000 |
| North Carolina Retail Merchants Association | $33,000 |
| Pharmaceutical Care Management Association | $2,348,000 |
| Pharmachetical Distribution Security Alliance | $36,000 |
| Republican Attorneys General Association[3] | $50,000 |
| Republican Governors Association[3] | $195,000 |
| Rhode Island NGA[4] | $250,000 |
| Retail Industry Leaders Association Inc. | $150,000 |
| The Council for State Governments | $30,000 |
| The ERISA Industry Committee | $25,000 |
| The New England Council | $30,000 |
| The Ripon Society[2] | $25,000 |
| Third Way | $50,000 |
| US Chamber Institute for Legal Reform | $250,000 |
| | |
| [1] Includes associations and coalitions where contributions/dues are >$25,000 | |
| [2] Entities known to us to be organized under Section 501(c)(4) of the Internal Revenue Code; amount is total dues or contribution, as applicable. | |
| [3] Entities known to us to be organized under Section 527 of the Internal Revenue Code; amount is total dues or contribution, as applicable. | |
| [4] Entities known to us to be organized under Section 501(c)(3) of the Internal Revenue code; amount is total dues or contribution, as applicable. | |

# 2016
# Trade Association and
# Coalition Participation



| CVS Health Corporation – 2016 Contributions/Dues to Trade Associations and Coalitions[1] | |
|---|---|
| **Trade Associations and Coalitions** | **Amount** |
| Alliance For Connected Care | $60,000 |
| Alliance To Prevent The Abuse of Medicines[2] | $30,000 |
| America's Health Insurance Plans | $185,220 |
| American Enterprise Institute | $25,000 |
| Bipartisan Policy Center | $50,000 |
| Business Roundtable | $245,000 |
| California Retailers Association | $41,500 |
| Council For Affordable Health Coverage | $25,000 |
| Council Of State Governments | $50,000 |
| Democratic Governors Association[3] | $50,000 |
| Florida Retail Federation | $33,000 |
| Illinois Retail Merchants Association | $25,000 |
| Indiana Retail Council | $26,000 |
| National Association Of Chain Drug Stores | $1,429,121 |
| National Governors Association Center For Best Practices | $25,000 |
| National Home Infusion Association | $120,000 |
| New England Council | $30,000 |
| North Carolina Retail Merchants Association | $33,000 |
| Pharmaceutical Care Management Association | $2,350,000 |
| Pharmaceutical Distribution Security Alliance | $36,000 |
| Philadelphia 2016 DNC Host Committee | $250,000 |
| Republican Attorneys General Association[3] | $50,000 |
| Republican Governors Association[3] | $100,000 |
| Retail Industry Leaders Association Inc | $75,000 |
| South Carolina Retail Association | $25,000 |
| The Ripon Society[2] | $25,000 |
| U.S. Chamber Institute for Legal Reform | $250,000 |
| | |
| [1] Includes associations and coalitions where contributions/dues are >$25,000 | |
| [2] Entities known to us to be organized under Section 501(c)(4) of the Internal Revenue Code; amount is total dues or contribution, as applicable. | |
| [3] Entities known to us to be organized under Section 527 of the Internal Revenue Code; amount is total dues or contribution, as applicable. | |

# 2015
# Trade Association and
# Coalition Participation



| CVS Health Corporation – 2015 Contributions/Dues to Trade Associations and Coalitions[1] | |
|---|---|
| **Trade Associations and Coalitions** | **Amount** |
| Alliance For Connected Care | $120,000 |
| Alliance To Prevent The Abuse Of Medicines[2] | $30,000 |
| America's Health Insurance Plans | $185,220 |
| California Retailers Association | $41,500 |
| Council For Affordable Health Coverage | $25,000 |
| Council Of State Governments | $40,000 |
| Democratic Attorneys General Association[3] | $50,000 |
| Democratic Governors Association[3] | $50,000 |
| Florida Retail Federation | $33,000 |
| Illinois Retail Merchants Association | $25,000 |
| Indiana Retail Council | $26,000 |
| National Association Of Chain Drug Stores | $1,415,580 |
| National Governors Association Center For Best Practices | $120,000 |
| New England Council | $30,000 |
| North Carolina Retail Merchants Association | $33,000 |
| Pharmaceutical Care Management Association | $1,933,000 |
| Pharmaceutical Distribution Security Alliance | $36,000 |
| Puerto Rico Healthcare Crisis Coalition[2] | $150,000 |
| Reforming Americas Taxes Equitably[2] | $25,000 |
| Republican Attorneys General Association[3] | $50,000 |
| Republican Governors Association[3] | $50,000 |
| Retail Industry Leaders Association Inc | $75,000 |
| South Carolina Retail Association | $25,000 |
| The Ripon Society[2] | $25,000 |
| | |
| [1] Includes associations and coalitions where contributions/dues are >$25,000 | |
| [2] Entities known to us to be organized under Section 501(c)(4) of the Internal Revenue Code; amount is total dues or contribution, as applicable. | |
| [3] Entities known to us to be organized under Section 527 of the Internal Revenue Code; amount is total dues or contribution, as applicable. | |

4

# 2014
# Trade Association and
# Coalition Participation



| CVS Health 2014 Dues Used for Advocacy and/or Political Activities* | |
|---|---|
| **Trade Associations and Coalitions** | **Amount** |
| Alliance for Connected Care | $120,000 |
| Alliance to Prevent the Abuse of Medicines | $60,000 |
| America's Health Insurance Plans | $185,220 |
| California Retailers Association | $41,500 |
| Convenient Care Association | $25,000 |
| Florida Retail Federation | $33,000 |
| Greater Boston Chamber of Commerce | $30,000 |
| Illinois Retail Merchants Association | $25,000 |
| Indiana Retail Council | $26,000 |
| National Association of Chain Drug Stores | $1,265,825 |
| New England Council | $30,000 |
| North Carolina Retail Merchants Association | $33,000 |
| Pharmaceutical Care Management Association | $1,933,000 |
| RATE Coalition | $25,000 |
| Retail Industry Leaders Association | $75,000 |
| US Chamber of Commerce | $375,000 |
| Retail Association of Nevada | $25,000 |
| Retail Industry Leaders Association | $48,750 |
| US Chamber of Commerce | $187,500 |
| | |
| * Includes associations where total dues are >$25,000. | |

# 2013
# Trade Association and
# Coalition Participation



| CVS Health 2013 Dues Used for Advocacy and/or Political Activities* | |
|---|---|
| **Trade Associations and Coalitions** | **Amount** |
| Alliance to Prevent the Abuse of Medicines | $30,000 |
| America's Health Insurance Plans | $71,495 |
| Business Roundtable | $103,646 |
| California Retailers Association | $44,000 |
| Convenient Care Association | $250 |
| Council for Affordable Health Coverage | $5,000 |
| Florida Retail Federation | $33,000 |
| Greater Boston Chamber of Commerce | $3,000 |
| Illinois Retail Merchants Association | $11,375 |
| Indiana Retail Council | $3,500 |
| Kentucky Retail Federation | $6,194 |
| National Association of Chain Drug Stores | $526,583 |
| New England Council | $2,700 |
| Pharmaceutical Care Management Association | $560,570 |
| RATE Coalition | $6,250 |
| Retail Association of Nevada | $25,000 |
| Retail Industry Leaders Association | $48,750 |
| US Chamber of Commerce | $187,500 |
| | |
| * Includes associations where total dues are >$25,000. | |

# 2012
# Trade Association
# Participation



| CVS Health 2012 Dues Used for Advocacy and/or Political Activities* | |
|---|---|
| **Group** | **Amount** |
| America's Health Insurance Plans (AHIP) | $72,512 |
| Business Roundtable | $84,600 |
| Florida Retail Federation | $33,000 |
| Greater Boston Chamber of Commerce | $3,000 |
| Illinois Retail Merchants Association | $8,750 |
| Indiana Retail Council | $2,600 |
| National Association of Chain Drug Stores (NACDS) | $421,266 |
| North Carolina Retail Merchants Association | $13,200 |
| Pharmaceutical Care Management Association (PCMA) | $554,771 |
| Retail Industry Leaders Association (RILA) | $48,750 |
| South Carolina Retail Association | $16,250 |
| U.S. Chamber of Commerce | $75,000 |
| | |
| * Includes associations where total dues are >$25,000. | |

# 2011
# Trade Association
# Participation



| CVS Health Dues to State Associations, Aggregate by State — January 1 – December 31, 2011 | | |
|---|---|---|
| State | Amount | |
| Alabama | $8,000 | Aggregate Dues Paid to State Associations |
| Arizona | $16,080 | Aggregate Dues Paid to State Associations |
| California | $82,420 | Aggregate Dues Paid to State Associations |
| Connecticut | $23,625 | Aggregate Dues Paid to State Associations |
| District of Columbia | $3,000 | Aggregate Dues Paid to State Associations |
| Florida | $42,695 | Aggregate Dues Paid to State Associations |
| Georgia | $7,166 | Aggregate Dues Paid to State Associations |
| Illinois | $26,000 | Aggregate Dues Paid to State Associations |
| Indiana | $52,500 | Aggregate Dues Paid to State Associations |
| Iowa | $6,000 | Aggregate Dues Paid to State Associations |
| Kentucky | $32,700 | Aggregate Dues Paid to State Associations |
| Louisiana | $1,582 | Aggregate Dues Paid to State Associations |
| Maine | $2,500 | Aggregate Dues Paid to State Associations |
| Massachusetts | $85,211 | Aggregate Dues Paid to State Associations |
| Michigan | $19,845 | Aggregate Dues Paid to State Associations |
| Minnesota | $10,845 | Aggregate Dues Paid to State Associations |
| Montana | $4,000 | Aggregate Dues Paid to State Associations |
| Nevada | $13,750 | Aggregate Dues Paid to State Associations |
| New Jersey | $36,500 | Aggregate Dues Paid to State Associations |
| New Hampshire | $10,250 | Aggregate Dues Paid to State Associations |
| New York | $22,500 | Aggregate Dues Paid to State Associations |
| North Carolina | $15,000 | Aggregate Dues Paid to State Associations |
| Ohio | $20,000 | Aggregate Dues Paid to State Associations |
| Pennsylvania | $25,501 | Aggregate Dues Paid to State Associations |
| Rhode Island | $62,255 | Aggregate Dues Paid to State Associations |
| South Carolina | $34,000 | Aggregate Dues Paid to State Associations |
| Texas | $16,485 | Aggregate Dues Paid to State Associations |
| Vermont | $1,220 | Aggregate Dues Paid to State Associations |
| Virginia | $23,480 | Aggregate Dues Paid to State Associations |
| Washington | $1,000 | Aggregate Dues Paid to State Associations |
| West Virginia | $736 | Aggregate Dues Paid to State Associations |

# 2011
# Trade Association
# Participation



| CVS Health Dues to National/Regional Associations — January 1 – December 31, 2011 | |
|---|---|
| America's Health Insurance Plans (AHIP) | |
| American Legislative Exchange Council (ALEC) | |
| National Association of Chain Drug Stores (NACDS) | |
| New England Council (NEC) | |
| Pharmaceutical Care Management Association (PCMA) | |
| Retail Industry leaders Association (RILA) | |
| U. S. Chamber of Commerce | |
| **Aggregate Dues Paid** | $3,069,102 |