# EXHIBIT 43

# Daily Schedule

## Sunday, March 5

| | |
|---|---|
| 12:00 PM-2:00 PM | Registration for Exhibitors |South Registration Counter |
| 2:00 PM-7:30 PM | Registration |South Registration Counter |
| | Internet Cafe and Office Zone |West Foyer |
| 5:00 PM-6:00 PM | Exhibitor and Sponsor Reception (Invitation Only)|Directors Suite III |
| 6:00 PM-7:30 PM | Welcome Reception |Springs Ballroom Salon F |

## Monday, March 6

| | |
|---|---|
| 7:00 AM-6:30 PM | Internet Cafe and Office Zone |West Foyer |
| | Registration |South Registration Counter |
| 7:00 AM-8:00 AM | General Breakfast |Springs Patio |
| 8:00 AM-9:30 AM | Opening General Session |Desert Ballroom Salons 7-8 |

Welcome Address



John M. Gray, **President and CEO, Healthcare Distribution Alliance**

Why Innovation Isn't Dead: A Look at Our Technology Future

Vivek Wadhwa believes that this will be the most innovative decade in human history. Learn how exponentially advancing and "disruptive" technologies—in fields such as robotics, A.I., computing, synthetic biology, 3D printing, medicine and nanomaterials — will enable us to start solving humanity's grand challenges.



Vivek Wadhwa, **Syndicated Columnist, The Washington Post; Entrepreneur and Futurist, Duke University**

| | |
|---|---|
| 9:30 AM-10:00 AM | Expo and Networking Break |Springs Ballroom Salons G-L |

*Sponsored by* verify brand

| | |
|---|---|
| 10:00 AM-11:00 AM | Concurrent Education Sessions – Group A |

A1: What's Next for the DSCSA? A Roadmap to 2023|Springs Ballroom Salon F

*Sponsored by* verify brand  WDSrx

The next major milestone under the Drug Supply Chain Security Act (DSCSA) will occur later in 2017, when manufacturers must begin to apply identifiers to their products. However, the DSCSA's requirements don't stop there, and there are a series of stepping stones between now and 2023 when enhanced traceability is fully effective. This session will delve into the DSCSA's future requirements: cover what is required and when, how the milestones are interrelated with each other and what they may mean for your company, your customers and your suppliers.



Brian P. Waldman, **Partner, Arent Fox LLP**

A2: Break-Out Discussion with the Drug Enforcement Administration |Springs Ballroom Salons A-D

(Closed to the media)

*Sponsored by* LEGISYM

Interact with DEA and discuss specific issues related to the Controlled Substances Act, as well as the compliance obligations and expectations of DEA registrants.

Demetra Ashley, **Deputy Assistant Administrator, Office of Diversion**

HDA_MDL_000194612



Control, U.S. Drug
Enforcement
Administration (DEA)

A3: Interviewing and Deception: Deciphering Truth
from Fiction |Desert Ballroom Salons 1-3

*Sponsored by* 

Whether interviewing current or prospective staff, or
discussing business with a client or customer, would
you be able to detect deceptive responses? Review
different interview methods, such as the Reid model,
PEACE method and the cognitive load theory and how
they are used to separate truth from fiction. Learn
about statement analysis and how to recognize when
automatic social psychological behaviors betray us
when we choose to lie.



Michael Bret
Hood, **Director, 21st
Century Learning &
Consulting**

A4: NEW - Clinical Data Gatekeepers and Specialty
Pharmacy |Desert Ballroom Salons 4-6

*Sponsored by* 

Specialty pharmacy and distribution are comprised of
very expensive products. Many of those require very
high touch clinical components. In this session, we will
review high level specialty pharmacy distribution
methods, review the role that some compendia play as
the gatekeepers of clinical data and explore a few
product examples.



Alisha Nielsen, **Vice
President, Two Labs
Marketing**

A5: Challenges and Opportunities in Contracts and
Chargebacks Administration: A Panel
Discussion|Desert Ballroom Salons 9-11

CONFIDENTIAL

Hear about the industry challenges and opportunities in the world of contracts and chargebacks administration. The session will feature insights from panelists who will share lessons learned as well as trends identified that are dynamically shaping the industry.



Nathan Bland, **Senior Manager, U.S. Gross to Net Operations, Pfizer Inc.**



Frederick Fieder, **Director, Manufacturer Services, McKesson Corporation**



Mark Johnson, **Lead Analyst, Vizient**



Douglas Kucera, **Director, Sourcing, Vizient**



Patrick Neuman, **Director, Business Technology, Contract Strategy & Revenue Management, Pfizer Inc.**

| 11:30 AM-12:30 PM | Concurrent Education Sessions – Group B |
|---|---|

B1: Data and Bar Code Management |Springs Ballroom Salon F

*Sponsored by* VERIFY brand    **WDSrx**

This session will cover DSCSA-related data standards, including EPCIS, and highlight helpful resources for your company's implementation of DSCSA. Given the importance of EPCIS data matching the data encoded in and on product bar codes, this session will share

examples of lessons learned through operations and pilots that will become changes to HDA's bar code guidelines.



Gordon Glass, **Vice President, Consulting, Excellis Health Solutions**



Peter F. Sturtevant, **Senior Director, Industry Engagement – Pharmaceuticals, GS1 US**

B2: State of the Union |Springs Ballroom Salons A-D

With an historic election and changes in Congress, the administration and state legislatures, learn what legislators and regulators are proposing on issues related to prescription drug abuse, controlled substances taxes, as well as an update on DSCSA implementation.



Matthew DiLoreto, **Vice President, State Government Affairs, Healthcare Distribution Alliance**



Kristen L. Freitas, **Vice President, Federal Government Affairs, Healthcare Distribution Alliance**

B3: Today's Evolving Technical Threats |Desert Ballroom Salons 1-3

Learn about the National Cyber-Forensics and Training Alliance and its relationship to the pharmaceutical industry. Explore current cyber security risks, how to protect yourself and your business, and how a combination of the two targets creates a significant operational risk for your business.

Matthew T. LaVigna, **President & CEO, National Cyber-Forensics and Training Alliance**

CONFIDENTIAL



**B4: Payer Perspectives on the Specialty Pharmaceutical Supply Chain** |Desert Ballroom Salons 4-6

*Sponsored by* 

Examine a payer's perspective on specialty pharmaceutical distribution, and the provider issues specific to specialty medications. Also discussed will be product access, value-based reimbursement, as well as how changes to these two areas will be implemented.



Bill Martin, **Vice President and GM, Commercial and Specialty, Accredo Health Group, Inc. | An Express Scripts Company**

**B5: The 340B Drug Pricing Program** |Desert Ballroom Salons 9-11

This panel discussion will provide an update on current guidance and initiatives related to the 340B Drug Pricing Program as well as operational issues that are top-of-mind for distributors and manufacturers.



Marijo G. Bustos, **Manager, Chargebacks, Fresenius Kabi, USA (FK-USA)**



Christopher Clement, **Portfolio Executive, Distribution, Apexus, LLC**



Andrew L. Wilson, **Vice President, 340B Solutions, McKesson Corporation**

CONFIDENTIAL

| 12:30 PM-1:30 PM | General Luncheon |Springs Patio |
| 1:30 PM-2:00 PM | Expo and Dessert Break |Springs Ballroom Salons G-L |
| 2:15 PM-3:15 PM | Concurrent Education Sessions – Group C |

C1: Meeting the 2017 Serialization Deadlines |Springs Ballroom Salon F

*Sponsored by* VERIFY brand  WDSrx

With fewer than 40 weeks remaining before the November 27, 2017, DSCSA requirements go into effect, manufacturers are experiencing varying levels of challenges to ensure that their entire product portfolio can be serialized at the unit and case levels with the resulting data stored and accessible by authorized personnel. According to a recent survey, 46 percent of manufacturers are not "well-equipped" to achieve DSCSA compliance for this deadline. Whether you are behind the eight-ball or ahead of the curve, this session will provide practical solutions to help your company comply — no matter your stage of readiness. Topics to discuss will include third-party logistics, data collection and transmittal, track and trace, compliance assessment and solution implementation. Finally, attendees will explore potential solutions and associated considerations to reduce the risk of non-compliance.



Dave Colombo, **Director, Life Sciences Advisory, KPMG, LLP**



Brian Daleiden, **Vice President of Industry Marketing, TraceLink Inc.**



Matthew Finch, **Director, Healthcare Solutions Architecture, Axway**

Larry Hotz, **Marketing Manager, WDSrx -**



Woodfield Distribution,
LLC

**C2: The Public Health Balancing Act: Ensuring Access to Pain Management and the Ongoing Addiction Crisis|Springs Ballroom Salons A-D**

This session will discuss the opioid addiction crisis and examine proposed solutions. Participants will hear from researchers about the pharmacology of pain and the impact of abuse-deterrent formulations. Potential federal and state regulatory approaches also will be considered.



Theodore J. Cicero, **John P. Feighner Professor of Psychiatry, Washington University**



Elizabeth Platt, **Senior Law and Policy Manager, Legal Science, LLC**

**C3: Working with the Next Generation of Leaders|Desert Ballroom Salons 1-3**

*Sponsored by*  

Articles, studies and assessments point out the differences between millennials and other generations in the workplace, but there may be more similarities than differences. And for both generations, cultivating a successful career requires continuous learning and personal accountability. In this session, participants will learn the difference between serving as a mentor, coach or sponsor; the importance of building your personal brand; where professionals get "stuck"; and behavior adjustments that will help change your career trajectory.



Carla Howard, **Mentor, The Professional Woman's Mentor LLC**

CONFIDENTIAL

C4: Biosimilars: Challenges and Lessons
Learned|Desert Ballroom Salons 4-6

*Sponsored by* 

What has been learned from other markets that have
successfully introduced biosimilars, and how can these
lessons be applied to bring new products to market?
Additionally, review current biosimilar regulations and
how to successfully navigate the approval process.



Douglas M. Long, **Vice
President, Industry
Relations, QuintilesIMS**

C5: Managing Contracts and Chargebacks: Distributor-
Hosted Roundtables – Part 1 |Desert Ballroom Salons
9-11

Learn from several distributors about the critical issues,
opportunities and other details professionals need to
know in the world of contract and chargeback
administration. Table hosts will rotate to each group of
attendees to discuss such topics as returns and
negative chargebacks, processes and systems issues.



Dina M. Barton, **Director,
Contracts and
Chargebacks
Administration,
AmerisourceBergen
Corporation**



Lisa Ellington, **Sr.
Manager, Contracts &
Chargebacks, McKesson
Corporation**



Chad Snyder, **Manager,
Chargebacks, Cardinal
Health, Inc.**

3:30 PM-4:30 PM       Concurrent Education Sessions – Group D

D1: Unlocking the Value of Traceability Data |Springs
Ballroom Salon F

*Sponsored by* verify brand    WDSrx

To date, members of the supply chain have been primarily focused on serialization and product tracing to meet DSCSA compliance efforts. Many, however, are realizing other potential uses for traceability data, including additional business opportunities, optimizing efficiencies and processes internally, as well as overlapping regulatory data for larger trends (e.g., ARCOS, PDMPs). This session will address opportunities for your company to gain further value through the use of data analytics.



Pari Sanghavi, **Global Practice Head – Supply Chain & Manufacturing, Cognizant Business Consulting for Life Sciences, Cognizant Technology Solutions**

**D2: Evolving Good Distribution Practices |Springs Ballroom Salons A-D**

Good Distribution Practices (GDP) continue to evolve in the U.S. and around the world. In this session, attendees will learn about a new approach that the U.S. Pharmacopeia is considering to revise its General Chapter on GDP. Attendees also will learn about the GDP roadmap and toolkit released in February 2017, by the Regulatory Harmonization Steering Committee within the Asia-Pacific Economic Cooperation (APEC). Learn how these resources may impact pharmaceutical distribution in the U.S. and in the Asia-Pacific region.



Christopher J. Anderson, **Director, Quality Systems, Cardinal Health, Inc.**



Ruth Miller, **Senior Director, Regulatory Affairs, Healthcare Distribution Alliance**

**D3: Securing the Supply Chain: A Case Study on Today's Sophisticated Healthcare Fraud Schemes|Desert Ballroom Salons 1-3**

(Closed to the media)

The FBI, FDA and Homeland Security are increasingly uncovering complex organized crime schemes designed to corrupt the pharmaceutical supply chain. One such career criminal, previously twice convicted for committing healthcare fraud and selling counterfeit Rx medicines, generated $80 million in gross sales in just 14 months by billing bogus prescriptions to unsuspecting Medicare patients, selling the medicines to unwitting wholesalers and pharmacies throughout the U.S. at deep discounts below WAC, and providing false paper pedigrees in the process.

Hear from a former undercover agent for both the DEA and FDA – Office of Criminal Investigations as he takes the audience inside the criminal scheme and how the criminals intentionally and knowingly circumvented FDA pedigree laws.



Aaron Graham, **Executive Director - Brand Safety & Security, Boehringer Ingelheim Pharmaceuticals, Inc.**

**D4: Role of Specialty Pharmaceutical Distribution|Desert Ballroom Salons 4-6**

*Sponsored by* 

The growth of specialty medicines has blurred distribution channels and expanded the range of customers of these new products. This session will explore the value and services that traditional full-line and specialty distributors bring to both manufacturers and dispensers while efficiently ensuring patient access.



Christopher R. Doerr, **Senior Director, Trade Relations, Teva Pharmaceuticals USA**



Michael Kody, **Pharmaceutical Supply Chain Advisor, PHARMACOSTS.COM**

Greg Yonko, **President, GY Consulting LLC**



D5: Managing Contracts and Chargebacks: Distributor-Hosted Roundtables – Part 2 |Desert Ballroom Salons 9-11

Learn from several distributors about the critical issues, opportunities and other details professionals need to know in the world of contract and chargeback administration. Table hosts will rotate to each group of attendees to discuss such topics as returns and negative chargebacks, processes and systems issues. A summary of key themes from the roundtable discussions as shared by a panel of participating table hosts will conclude the session.



Dina M. Barton, **Director, Contracts and Chargebacks Administration, AmerisourceBergen Corporation**



Lisa Ellington, **Sr. Manager, Contracts & Chargebacks, McKesson Corporation**



Chad Snyder, **Manager, Chargebacks, Cardinal Health, Inc.**

| | |
|---|---|
| 4:30 PM-6:30 PM | Expo Grand Opening Reception and Expo Raffle|Springs Ballroom Salons G-L |

*Sponsored by* **ⅢMylan**®

| | |
|---|---|
| 6:30 PM-11:00 PM | Explore Palm Desert: Night at El Paseo |

HDA will provide bus transportation to El Paseo, the "Rodeo Drive" of Palm Desert. Enjoy the evening while exploring abundant dining, entertainment and shopping options. Bus service will begin at 6:30 PM. Returns will

CONFIDENTIAL

begin at 8:30 PM with the last bus leaving at 11:00 PM.

## Tuesday, March 7

| | |
|---|---|
| 7:00 AM-6:00 PM | Internet Cafe and Office Zone |West Foyer |
| | Registration |South Registration Counter |
| 7:00 AM-8:00 AM | General Breakfast |Springs Patio |
| 8:15 AM-9:30 AM | Morning General Session |Desert Ballroom Salons 7-8 |

### Distribution Management Award Presentation

Celebrate supply chain excellence with the presentation of the 2017 Distribution Management Award and the Distribution Management Award for Industry Leadership. The Distribution Management Award honors HDA member companies' efforts to improve the efficiency and effectiveness of the healthcare supply chain and enhance relationships with their trading partners through innovative business process improvements. The Distribution Management Award for Industry Leadership recognizes an individual who has exhibited the highest standards of honesty and integrity, working tirelessly to enhance industry relations and knowledge, as well as supply chain efficiency and security.

### What's In, What's Out, What's Ahead: 2017 Marketplace Trends

Specializing in analyzing information from QuintilesIMS' premier sales, prescription, promotional and medical databases, Doug Long will take a first look at the latest industry data and emerging market trends for branded and generic pharmaceutical and health and beauty care product sales. Long will offer his perspective on a range of vital pharmaceutical topics, including global market trends, industry forecasts, research and development, marketing practices, blockbuster drugs, patent expirations and generic trends, biotechnology and more. He also will analyze how emerging trends will affect strategic business plans in the coming year and beyond.



Douglas M. Long, Vice President of Industry Relations, QuintilesIMS

| 9:30 AM-10:00 AM | Expo and Networking Break |Springs Ballroom Salons G-L |
| --- | --- |
| 10:00 AM-11:00 AM | Concurrent Education Sessions – Group E |

E1: DSCSA Implementation and its Impact on Distribution Operations: Roundtable Topics |Springs Ballroom Salon F

Sponsored by

Attendees will have the opportunity to discuss current operational issues associated with traceability implementation. Choose a topic of interest and convene with peers in small roundtable discussions, hosted by industry experts. Highlights from the discussions will be shared at the end of the session. Topics will include:

- Packaging and label challenges;
- Dispenser concerns;
- Integration of master data into existing databases;
- Serial number reconciliation;
- Grandfathering;
- Exceptions handling;
- Aggregation and Inference;
- Verification router service;
- EPCIS/GS1;
- Serialized data storage and transfer challenges.



**Jeffery W. Denton, Senior Director, Global Secure Supply Chain, AmerisourceBergen Corporation**



**Anita T. Ducca, Senior Vice President, Regulatory Affairs, Healthcare Distribution Alliance**



**Chad E. Ducote, Senior Director, Health and Wellness Logistics, Wal-Mart Pharmacy**

HDA_MDL_000194624



Lourdes O. Gonzales, Associate Director, Product Protection, Genentech Inc., A Member of the Roche Group



Shaun Z. Kirkpatrick, Manager, Track and Trace Operations, GlaxoSmithKline



Julie Kuhn, Vice President, Supply Chain Integrity, H. D. Smith



Kevan R. MacKenzie, Director, Serialization Technology, McKesson Corporation



Andrew Meyer, Senior Systems Analyst, Mutual Wholesale Drug Company



Scott A. Mooney, Vice President, Distribution Operations, McKesson Corporation



Christopher A. Reed, Lead, Product Serialization & Traceability, Johnson & Johnson Supply Chain

Matt Sample, Senior Director, Secure Supply Chain,

HDA_MDL_000194625



AmerisourceBergen
Corporation



Peter F. Sturtevant, Senior
Director, Industry
Engagement –
Pharmaceuticals, GS1 US

E2: DEA Requirements for the Supply Chain |Springs
Ballroom Salons A-D

(Closed to the media)

This session will enhance your understanding of DEA
requirements in an evolving regulatory environment.
Attendees will consider the latest information from DEA
relating to suspicious orders, due diligence and effective
controls. Has the Masters case, which involved DEA's
oversight of distributor compliance under the Controlled
Substances Act (CSA), changed the landscape? What
is your obligation to use the data you collect? In this
interactive session, attendees will review specific
scenarios, determine whether reporting is or is not
required, then debrief as a group.



Michelle Gillice, Counsel,
Arnold & Porter Kaye
Scholer LLP

E3: Automating the Distribution Center and
DSCSA|Desert Ballroom Salons 1-3

Pharmaceutical and healthcare distribution centers can
take many forms. This session will present a virtual
reality-type walk through of a distribution center and
video of the latest distribution center technologies and
data collection in action. Following, a panel of industry
leaders — who are successfully implementing leading
edge, new technologies — will share their thoughts,
challenges and experiences. Whether your distribution
center is managed by a third party logistics provider, a
co-op group, a distributor or a manufacturer, or if you
have never visited a distribution center at all, you will
gain actionable takeaways from this fast-paced
presentation and panel discussion.

Joseph Harris, Manager of

HDA_MDL_000194626



Solutions Engineering,
KNAPP Logistics
Automation



**Kevin Reader,** Director,
Business Development
and Marketing, KNAPP
Logistics Automation



**Heather Zenk,** Vice
President, Global Secure
Supply Chain Operations,
AmerisourceBergen
Corporation

**E4: Data Usage in the Specialty Pharmaceutical Supply Chain |**Desert Ballroom Salons 4-6

*Sponsored by* 

Hear about evolving practices for capturing and leveraging data to make better decisions about effectively managing Specialty pharmaceutical products in their chosen distribution channel.



**John Giannouris,** Vice
President, Specialty
Pharmacy Services,
ValueCentric, LLC

**E5: Streamlining EDI Communications |**Desert Ballroom Salons 9-11

This session will discuss streamlining EDI communications to support contracting and other transactions from a technology/B2B perspective, including potential revisions to the 845 transaction set and other issues.



**Susan McGuire Lowe,** Principal Consultant, LoMac Consulting, LLC

**Tim Stearns,** Senior B2B

Analyst, Baxter Healthcare



11:15 AM-12:15 PM

Concurrent Education Sessions – Group F

F1: Tools for Accurate Master Data — the GTIN Repository Service and HDA's Updated Standard Pharmaceutical Product Form |Springs Ballroom Salon F

*Sponsored by* VERIFY brand  WDSrx

HDA is launching a GTIN Repository Service with ValueCentric, LLC, to help ensure the efficient introduction of a GTIN coding system and ease its adoption across the pharmaceutical supply chain. Product specifications are currently being designed with input from the HDA member community. Ultimately, the service, anticipated to launch in the third quarter of this year will provide:

- An easy-to-use central GTIN repository to ensure the efficient and accurate exchange of pharmaceutical product master data between manufacturers and their supply chain partners;
- Further compliance with the DSCSA;
- Real-time access to a self-service, cloud-based portal that allows for manufacturers to upload, update, and share product information quickly with their downstream partners; and,
- A foundation for using product serialization data to advance industry logistics planning, analysis, and reporting.

This session will provide further detail on this repository and how it will meet a critical industry need for the management of master data. Attendees will learn how they can get involved in the development of the repository prior to its launch.



Perry L. Fri, **Executive Vice President, Industry Relations, Membership & Education and COO, HDA Research Foundation, Healthcare Distribution Alliance**

Bill Henderson, **Executive Vice President, Commercial Development, ValueCentric, LLC**

HDA_MDL_000194628



**F2: Perspectives on the Reimbursement Landscape|Springs Ballroom Salons A-D**

Hear viewpoints on commercial payer trends as well as reimbursement policies and challenges for the pharmaceutical supply chain at the federal and state level.



Stephanie Trunk, **Partner, Arent Fox LLP**

**F3: The Facts, Figures and Trends in U.S. Pharmaceutical Distribution |Desert Ballroom Salons 1-3**

Gain a broader understanding of the pharmaceutical supply chain by hearing about the industry benchmarks reported in the eighth edition of the *Specialty Pharmaceutical Distribution: Facts, Figures and Trends* and the 87th edition of the *HDA Factbook.*



Scott A. Hackworth, **Senior Vice President, Industry Insights, Inc.**

**F4: The Role of Reverse Distribution |Desert Ballroom Salons 4-6**

*Sponsored by* 

This session will discuss research findings and provide information gathered from HDA's "Role of Reverse Distribution" project. The goal of the project is to provide a comprehensive quantitative and qualitative analysis of the reverse distribution process for both saleable and unsaleable pharmaceutical products (prescription and non-prescription). The reverse distribution process will be described in detail by the project consultants, existing security measures will be explained and the value of the reverse distribution process will be analyzed.

HDA_MDL_000194629



Scott
Bradford, **Owner/Principal,
Bradford Rx Solutions, LLC**



Stephen Kindler, **Partner,
Kindler & Crimmins
Associates**

**F5: Roundtables: Medical-Surgical Distribution
Challenges and Contracts and Chargebacks 101|Desert
Ballroom Salons 9-11**

This interactive session provides an opportunity to learn
in small groups through peer discussion of key issues,
obstacles and potential solutions, as well as the basics
of contracts and chargebacks. Be ready to identify if
there are "successes" or "goal states." This will help
drive greater awareness and action to share during the
wrap-up discussion. Attendees will have the opportunity
to participate in either or both of the following
roundtables; an additional roundtable topic may be
voted on by attendees.

- Medical-Surgical Distribution Challenges
- Contracts and Chargebacks 101



Sahar Omran, **Contracts
and Chargebacks
Manager, R&S Northeast
LLC**



Tim Stearns, **Senior B2B
Analyst, Baxter Healthcare**

| | |
|---|---|
| 12:15 PM-1:15 PM | General Luncheon |Springs Patio |
| 1:15 PM-2:00 PM | Expo and Dessert Break |Springs Ballroom Salons G-L |

*Sponsored by* VERIFY brand

2:00 PM-3:00 PM

Concurrent Education Sessions – Group G

**G1: Implementing DSCSA: Trading Partner Perspectives** |Springs Ballroom Salon F

*Sponsored by* verify brand  WDSrx

Manufacturer and distributor representatives will outline their current thoughts on DSCSA compliance activities. Topics will include exceptions handling, verification router services, packaging compliance and trading partner conversations in preparation for the 2019 saleable returns milestone. Questions and answers will be taken from the audience.



Lourdes O. Gonzales, **Associate Director, Product Protection, Genentech Inc., A Member of the Roche Group**



Matt Sample, **Senior Director, Secure Supply Chain, AmerisourceBergen Corporation**

**G2: An Insurer's View of Risk Management in the Pharmaceutical Supply Chain** |Springs Ballroom Salons A-D

This session will examine a commercial property insurer's perspective on the industry and best practices to manage risk in the transportation and storage of pharmaceutical products.



Barry Tarnef, **Senior Transportation Loss Control Specialist and Vice President, Chubb Group of Insurance Companies**

**G3: DSCSA Implementation and How to Succeed through Change** |Desert Ballroom Salons 1-3

*Sponsored by* 

DSCSA implementation will mean a transformation to your processes and the supply chain. Are your internal processes and people keeping up? Given the phase-in time along with competing compliance priorities, the

goal of this session is to illustrate best practices around handling change management internally. This session will provide suggestions for approaches to creating an internal process for handling change in a dynamic environment, including technical skills, technology training, knowledge sharing and succession planning.



Carla Howard, **Director, Change Management Center of Excellence, Avnet, Inc.**

**G4: Session Canceled**

*Sponsored by* 

**G5: Roundtables: In-Depth Discussion of Key Contracts and Chargebacks Issues |Desert Ballroom Salons 9-11**

This interactive session provides an opportunity to learn in small groups through peer discussion of key issues, obstacles and potential solutions. Be ready to identify if there are "successes" or "goal states." This will help drive greater awareness and action to share during the wrap-up discussion. Attendees will have the opportunity to participate in various roundtable topics, including 340B, Class of Trade and EDI Communication Issues.



BJ Centers, **Senior Director, Distributor Contracting, Apexus, LLC**



Peter Connor, **McKesson EDI, McKesson Corporation**



Susan McGuire Lowe, **Principal Consultant, LoMac Consulting, LLC**

Sahar Omran, **Contracts and Chargebacks Manager, R&S Northeast LLC**





Tim Stearns, Senior B2B Analyst, Baxter Healthcare

3:15 PM-4:15 PM

Afternoon General Session |Desert Ballroom Salons 7-8

What is a Leader?

In September 2015, the U.S. Army officially opened one of the most difficult combat training courses in the world, Ranger School, to female candidates for the first time. Army Major Lisa Jaster immediately signed up for the intensive, 61-day-long leadership course. Months later, sleep-deprived and carrying an 80-pound rucksack for miles on end alongside 23-year-old trainees, the wife and mother of two would reflect on one simple question:  Why?

Learn about the lessons Jaster learned in her journey to become one of only three women to ever graduate the program. This inspiring story aims to help you become a better leader, serve others and, above all, understand that only you can decide what you are capable of achieving.



Lisa Jaster, Major, U.S. Army Reserve; Graduate, U.S. Army Ranger School; Leadership and Peak Performance Expert, U.S. Army Ranger School

4:15 PM-6:15 PM

Networking Reception and Expo Raffle |Springs Ballroom Salons G-L

6:15 PM-8:00 PM

Exhibitor Move-out |Springs Ballroom Salons G-L

## Wednesday, March 8

7:30 AM-11:00 AM

Internet Cafe and Office Zone |West Foyer

CONFIDENTIAL

Registration |South Registration Counter

| | |
|---|---|
| 7:30 AM-8:45 AM | General Breakfast |Springs Patio |
| 9:00 AM-11:00 AM | Closing General Session |Desert Ballroom Salons 7-8 |

Protecting Supply Chain Integrity

Special Agent Dan Burke will provide an inside look at how the FDA's Office of Criminal Investigations investigates the illicit pharmaceutical supply chain. Agent Burke will detail recent criminal cases involving the illegal sale and distribution of pharmaceutical drugs to U.S. consumers and physicians from foreign sources and discuss some of the challenges facing the legitimate supply chain.



Daniel Burke, Senior Special Agent, Senior Operations Manager, Office of Criminal Investigations, U.S. Food and Drug Administration

Stuck in the Middle with You: How Did We Get Where We Are (Politically), and What Will It Take to Get Out?

Michael Smerconish's daily interaction with his listeners across the country gives him a grassroots perspective on the critical matters facing our country — from the state of our economy, the budget deficit, the future of healthcare and immigration, to the divisiveness of political partisanship and civil discourse across the country. Blending analysis and humor, he will deliver an engaging, thought-provoking and balanced dialogue on today's issues, including the 2016 Presidential election and the possible long-term implications of the polarization in politics.



Michael Smerconish, Host of "The Michael Smerconish Program" on SiriusXM and CNN's "Smerconish," and Contributor, Newspaper Columnist and Bestselling Author, CNN

| | |
|---|---|
| 11:00 AM | Conference Adjournment |

24/24

CONFIDENTIAL