# **EXHIBIT 48**

| | |
|---|---|
| From: | Canning, Tim |
| Sent: | Saturday, September 05, 2009 12:08 AM |
| To: | Walker, Donald |
| Subject: | FW: REMINDER: NACDS Invites you to a NACDS-DEA Meeting in Alexandria, VA- September 16, 2009 |
| Importance: | High |

FYI

---

**From:** Magalie Normil [mailto:MNormil@NACDS.org]
**Sent:** Tuesday, August 18, 2009 9:09 AM
**To:** echacemarino@stopandshop.com; cmeares@stopandshop.com; bscher@aholdusa.com; jwonderly@aholdusa.com; rbjalchemist@yahoo.com; jbrady@ArcadiaHealthCare.com; mrichardson@arcadiahealthcare.com; rlsykes@afstores.com; TimG@astrupdrug.com; William.Black@aurora.org; john.gates@aurora.org; michael.halliwell@ballsfoods.com; carolc@bartelldrugs.com; danc@bartelldrugs.com; edl@bartelldrugs.com; dmilovich@bashas.com; esaba@bashas.com; semanie@bigy.com; curtis.hartin@bi-lo.com; kmonroe@bi-lo.com; andrew.patel@bi-lo.com; tordemann@bioscrip.com; bposner@bioscrip.com; william.bailey@bjc.org; dab5183@bjc.org; jlg5809@bjc.org; tzieschang@brookshirebros.com; jasoncooper@brookshires.com; jimcousineau@brookshires.com; rickrayford@brookshires.com; john.floyd@brunos.com; rbuehler@buehlers.com; vmounts@buehlers.com; pwolfgram@bungalowdrug.com; swolfgram@bungalowdrug.com; galbers@careprohs.com; gcrocker@carepharmacies.com; jmessina@caresiterx.com; ted.beatty@cobornsinc.com; steve.gottwalt@cobornsinc.com; szanardi@communityrx.com; mac@concord-pharmacy.net; cburnett@costco.com; vcurtis@costco.com; lauren.baldwin@caremark.com; heather.cutler@caremark.com; matt.leonard@cvs.com; Rusty.Ring@caremark.com; christine.simmon@caremark.com; wendy.sussman@caremark.com; marilyn.aldrich@dahlsfoods.com; davidsinnwell@dahlsfoods.com; davidsondrugs@comcast.net; radavidson@comcast.net; russ_jensen@ssmhc.com; Jamie.Statz-paynter@deancare.com; guentherg@dierbergs.com; tmcconnell@discount-drugmart.com; pratycz@discount-drugmart.com; tsartoris@docsdrugs.com; nsartoris@docsdrugs.com; jerryl@drugempwv.com; beverly@drugworld.com; heidi@drugworld.com; ledererj@duanereade.com; patell@duanereade.com; scorpinf@duanereade.com; markd@eatonapothecary.com; wgunter@eatonapothecary.com; lynch@eatonapothecary.com; athenspharmacy@aol.com; erncoinc@comcast.net; gafagen@fagenpharmacy.com; carla0262@yahoo.com; lynn@thefamilyrx.com; carriet@thefamilyrx.com; tbrugueras@elamal.com; privera@elamal.com; betterlivingthroughchemistry@juno.com; jbednarz@foodlion.com; mwaller@foodlion.com; twyoung@foodlion.com; rchambers@fredsinc.com; laddieb@fruthpharmacy.com; fruthrx@aol.com; randy.heiser@gianteagle.com; sculpepper@gibsonmdse.com; richardm@gibsonmdse.com; veinhellig@gooddaypharmacy.com; jhunter@gooddaypharmacy.com; pager@aptea.com; rsavner@pathmark.com; randy_hammann@trihealth.com.; john_reilly@trihealth.com; andrewc@haggen.com; tomk@haggen.com; sculver@hannaford.com; mpolli@hannaford.com; gregjones@harmonsgrocery.com; racord@harpsfood.com; lhardman@harristeeter.com; Kbibelhausen@hartigdrug.com; rhartig@hartigdrug.com; bmccrady@afslr.com; Canning, Tim; Essman, Maggie; norman.craig@heb.com; wiesner.dennis@heb.com; larry.jepsen@hdsrx.com; winm@hi-schoolpharmacy.com; steveo@hi-schoolpharmacy.com; fred.grice@hometownpharmacy.com; bob.osbourne@hometownpharmacy.com; klumpkin@hortonandconverse.com; ynalls@hortonandconverse.com; wfleming@humana.com; begeland@hy-vee.com; rosemitchell@hy-vee.com; acalloway@ingles-markets.com; scucchi@ingles-markets.com; rwilson@jh-harvey.com; mgregory@kerrdrug.com; ahesse@kingkullen.com; mikeduteau@kinneydrugs.com; owenhalloran@kinneydrugs.com; bridgethart@kinneydrugs.com; davidc@klingensmiths.com; john@knightdrugs.com; sue@4dpharmacy.com; larry.cicero@koppdrug.com; morley.cohn@koppdrug.com; rlavigne@usamedia.tv; bladwig@lewisdrug.com; dnielsen@lewisdrug.com; lieberx@tnics.com; bvgingrich@sbcglobal.net; jehemann@lofinofoodstores.com; rhoeckh@lcdrug.com; skip@lcdrug.com; mikedorcas@onecommail.com; mpetropoulos@marcs.com; jwood@marcs.com; kyaugher@marcs.com; tnoles@sbcglobal.net; scummings@marsh.net; cduffy@marsh.net; phrdmr@marsh.net; dadams@martins-supermarkets.com; kbruce@martins-supermarkets.com; mmabie@mdgroupllc.net; john.fiacco@cardinalhealth.com; mike.kaufmann@cardinalhealth.com; kevin.tribout@cardinalhealth.com; Stacie.Behler@meijer.com; nat.love@meijer.com; michael.major@Meijer.com; mark.murray@meijer.com; nducote@minyards.com; smorton@mortonpharmacy.com; timclarkrx@aol.com; james.linden@nashfinch.com; albert.garcia@navarro.com; michael.abramson@omnicare.com; stanton.ades@omnicare.com; barry.bress@neighborcare.com; tj@nucara.com; tim.bien@omnicare.com; bill.fitzpatrick@omnicare.com; rgreene@excellerx.com; tim.vordenbaumen@omnicare.com; willie@osborndrugs.com; bill@osborndrugs.com; tdodds@owenshealthcare.com; ipetrzelka@owenshealthcare.com; jdonatelle@pamida.com; rmerwald@pamida.com; fsantalucia@pamida.com;

1

aschmid@pamida.com; erika.milne@parknicollet.com; mpisano@penntraffic.com; tomdavisrx@hotmail.com; davecaruso@pricechopper.com; vmainella@pricechopper.com; phess@missionpharmacy.com; prohaskagroup@charter.net; fred.ottolino@publix.com; carlos.tami@qpharmacy.com; mwunder@qchek.com; rsmith@qvlpharmacy.com; tdinin@raleys.com; fpenderg@raleys.com; hsingmas@raleys.com; rburgett@receptrx.com; notts@receptrx.com; mhartwig@rcpharmacy.net; scotthartwig@rcpharmacy.net; mcarlisle@rinderers.com; jhart@riteaid.com; mpodgurski@riteaid.com; egraf@ritzmanrx.com; glens@rosauers.com; Ghassan.Hourani@roundys.com; ed.kitz@roundys.com; df729@aol.com; msnider@savemart.com; yvonneg@sav-mor.com; grossman@sav-mor.com; andrew@savondrugs.com; amyhuddleston@medicinechestrx.com; dougmoore@medicinechestrx.com; billnewman@savondrugs.com; mjuergensmeyer@schnucks.com; rmueller@schnucks.com; chand@scolarisclub.com; mhamil6@searshc.com; hkramer@searshc.com; kpete05@searshc.com; azakin@searshc.com; greg.ahmann@shopko.com; mike.bettiga@shopko.com; lorie.neumann@shopko.com; jristau@snyderdrug.com; rsarvas@snyderdrug.com; Mike_gallagher@spartanstores.com; brenda_gibson@spartanstores.com; chris_smith@spartanstores.com; frank.ackley@stjohn.org; sean.gehle@stjohn.org; holmes0001@aol.com; elise.diedrich@supervalu.com; chris.dimos@supervalu.com; cheryl.keshian@supervalu.com; daniel.salemi@supervalu.com; Victor.Vercammen@supervalu.com; pheath@sweetbaysupermarket.com; jose.barra@target.com; nate.garvis@target.com; anika.hagenson@target.com; tracey.hester@target.com; john.holcomb@target.com; Alayne.Kantor@target.com; lori.ketola@target.com; amy.oberhelman@target.com; mike.robbins@target.com; billjr@thompsonpharmacy.com; mprx@aol.com; s.sternheim@zitomer.com; gboehler@thriftywhite.com; sueann@times-supermarket.com; jbarrett@topsmarkets.com; mbiehler@topsmarkets.com; fwolff@topsmarkets.com; johnnavarra@towntotal.com; jbeckner@ukrops.com; ldurrett@unitedtexas.com; tpurser@unitedtexas.com; mhouston@usadrug.com; mmcgrew@usadrug.com; john@valuedrugs-ny.com; pjp@valuedrugs-ny.com; mark@myhometownpharmacy.com; frank.manicone@wakefern.com; joseph.montoto@wakefern.com; lorelei.mottese@wakefern.com; mike.altier@walgreens.com; kermit.crawford@walgreens.com; eric.douglas@walgreens.com; debbie.garza@walgreens.com; leslie.higgins@walgreens.com; Angela.Hoover@Walgreens.com; doug.lemmons@walgreens.com; lisa.mccalpine-wittenmyer@walgreens.com; karl.meehan@walgreens.com; dwayne.pinon@walgreens.com; susie.schulte@walgreens.com; ron.weinert@walgreens.com; erik.woehrmann@walgreens.com; mike.womersley@walgreens.com; ronald.chomiuk@wal-mart.com; leslie.dach@wal-mart.com; belinda.garza@wal-mart.com; debbie.mack@wal-mart.com; djacobs@waltzpharmacy.com; jimwax@tds.net; john.carlo@wegmans.com; pssperanza@wegmans.com; dcurtin@weismarkets.com; jmaltese@weismarkets.com; scain@welldynerx.com; mwoodley@welldynerx.com; cbeisner@wilkinsonpharmacy.com; mbeisner@wilkinsonpharmacy.com; david.boehnen@supervalu.com
**Subject:** REMINDER: NACDS Invites you to a NACDS-DEA Meeting in Alexandria, VA- September 16, 2009
**Importance:** High

TO:     NACDS Members Operating in District of Columbia, Maryland, Virginia, and West Virginia

FROM:   Kevin N. Nicholson, RPh, JD
        Vice President, Pharmacy Advisor
        Government Affairs and Public Policy

SUBJECT:    Regional NACDS-DEA Meeting: Alexandria, Virginia

NACDS will be hosting a meeting for DEA officials and chain pharmacy members operating and/or headquartered in the states of Maryland, District of Columbia, Virginia, and West Virginia.

This meeting is designed for chain pharmacy operations management executives, loss prevention officials, and regulatory officers. It is an opportunity for representatives from your company to meet firsthand the DEA officials that you interact with in the states of Maryland, District of Columbia Virginia, and West Virginia. (*The real value in this meeting will be the opportunity to build positive relationships between the regional DEA representatives and your company that will carry over into future interaction.*) The meeting will address issues such as: drug thefts and prevention, registration and inspection, and other pertinent subjects. DEA Diversion Program Manager Mary Johnson-Rochee and other staff from the Washington, D.C. Field Division will be in attendance.

The meeting will be held on Wednesday, September 16, 2009 from 10:00 a.m.-3:00 p.m. at the Crowne Plaza Hotel Old Town in Alexandria Virginia.

If you are interested in participating in this event, please complete and return the enclosed response form no later than September 12, 2009. (Forms may be faxed to the attention of Magalie Normil at 703-549-0771.) ***Please complete a separate form for each individual from your company who will be attending.*** <u>If there are issues you would like to include on the agenda, please list them on the response form, or let us know via email: (knicholson@nacds.org for</u>

2

Kevin Nicholson, mnormil@nacds.org for Magalie Normil). Also, if there are perspectives that you would like to present on any issues that you are encountering, please note that on the response form or via email as well.

Magalie Normil

Coordinator

Public Policy

National Association Of Chain Drug Stores

413 North Lee Street

Alexandria, VA 22313-1480

(703) 837-4246

**mnormil@nacds.org**

3

Confidential Material Exempt From Disclosure Under FOIA
CONFIDENTIAL-SUBJECT TO MDL 2804 PROTECTIVE ORDER

MCK_00236732
MCKMDL00236734