# EXHIBIT 49

P1.1503



ABOUT   ISSUES   EVENTS   NEWS   RESOURCES



## About
Become an HDA Member

**Role of Distributors**

**HDA History**

**Staff Directory**

**Executive Committee**

**Board of Directors**

**Councils and Committees**

**Membership**

- Distributor
- Manufacturer
- Service Provider
- HBW
- International

**Member Directory**

**Industry Recognition**

**Mission and Values**

# Distributor

Distributors considering an HDA membership must purchase or receive pharmaceutical and health-related products in bulk quantities, inventory these products, distribute them in individual package quantities and provide other value-added services to its suppliers and healthcare providers. Their customer base must consist primarily of institutions located in the United States and its territories.

View a list of HDA manufacturer members.

View a list of distributor membership benefits.

For more information, contact Lisa Kanfer, Senior Director, Membership and Development, at (703) 885-0270.

**HDA has 36 distributor members.**

AmerisourceBergen Corporation

Anda, Inc.

MCKESSON-GANLEY
EX No. 3

https://www.hda.org/about/membership/distributor

1

P1.1503.2

Attain Med, Inc.

Auburn Pharmaceutical Company

Bloodworth Wholesale Drugs

BluPax Pharmaceuticals, LLC

Capital Wholesale Drug Co.

Cardinal Health, Inc.

Clint Pharmaceuticals, Inc.

CuraScript SD

Dakota Drug, Inc.

DMS Pharmaceutical Group, Inc.

Drogueria Betances, LLC

Health Coalition, Inc.

Henry Schein, Inc.

HyGen Pharmaceuticals, Inc.

KeySource

Louisiana Wholesale Drug Co. Inc.

McKesson Corporation

Medisol Pharmaceuticals, LLC

Miami-Luken, Inc.

Careers

What is a Distributor?

Every day, primary pharmaceutical distributors sustain a complex supply chain, serving as a vital link in the healthcare system between manufacturers and healthcare providers. HDA's members work around the clock to help more than 200,000 pharmacies, hospitals, long-term care facilities, clinics and other healthcare providers across the country keep their shelves stocked with the medications and products that patients need every day.

The Vital Link in Healthcare

https://www.hda.org/about/membership/distributor

2

P1.1503.3

Morris & Dickson Co., L.L.C.

Mutual Wholesale Drug Company

PBA Health

Prescription Supply, Inc.

Prodigy Health Supplier Corporation

Quality Care Products, LLC/Principal Dynamics

R&S Northeast LLC

RDC

Real Value Rx dba Hospital Pharmaceutical Consulting

Richie Pharmacal Co., LLC

Seacoast Medical, LLC

Smith Drug Company, Div. J M Smith Corporation

TopRx

Value Drug Company

VaxServe, A SANOFI PASTEUR COMPANY

HDA's "Vital Link Toolkit" was created to inform and educate the public on the role of pharmaceutical distributors in the healthcare industry.

Sponsorship
Membership
Professional Development
Allied Against Opioid Abuse

Member Directory
Industry Recognition (Awards)

HDA PAC
Service Provider Search

FOLLOW US

https://www.hda.org/about/membership/distributor

3

P1.1503.4

| HDA Research Foundation | Women's Executive Forum |
|---|---|
| PCSC | |

© 2018 Healthcare Distribution Alliance. All rights reserved.
HDA: M | C | D | NF | O365

Privacy | Antitrust | Sitemap | Terms of Use | Contact

Website design and development by Americaneagle.com, inc

https://www.hda.org/about/membership/distributor

4