# **EXHIBIT 50**

National Association of Chain Drug Stores   My NACDS



ABOUT     MEMBERSHIP     ADVOCATE     NEWS     CONTACT     **NACDS MEETINGS**

NACDS FOUNDATION

# MISSION

*NACDS advances a pro-patient and pro-pharmacy agenda. For the ultimate benefit of the consumers served by NACDS members, the mission of NACDS is to advance the interests and objectives of the chain community pharmacy industry, by fostering its growth and promoting its role as a provider of healthcare services and consumer products.*

## NACDS ACCOMPLISHES THIS MISSION THROUGH FOUR STRATEGIC GOALS:



**Foster an advantageous business and political environment in which NACDS chain member companies are better able to achieve their business objectives.**

NACDS advocates for pro-patient, pro-pharmacy policies at all levels and in all branches of government – providing reliable information on often-complex topics. The NACDS RxIMPACT grassroots advocacy program proves essential to this work, presenting opportunities for pharmacy personnel to explain to legislators first-hand the opportunities of pharmacy patient care and the ramifications of highly nuanced issues. At NACDS RxIMPACT Day on Capitol Hill in 2019, 424 pharmacy advocates from all 50 states reached every Congressional office in person. In addition, over the past decade, legislators and staff have participated in more than 700 NACDS RxIMPACT pharmacy tours and other events "back home" in Congressional Districts and states.

**Promote the role and value of chain community pharmacy as an integral component of the healthcare system, thus helping to preserve its viability.**

From testifying before Congress to engaging with the media, NACDS tells the true story of pharmacies as the face of neighborhood healthcare. NACDS' positions are substantiated with authoritative data and research, as well as compelling accounts from those on the front line of pharmacy patient care and from those active in patient advocacy groups. In addition, NACDS presents training programs for pharmacists to supplement their extensive education in emerging areas of pharmacy patient care, and collaborates with partners to advance studies published in leading health journals.





**Provide effective channels of communication, involvement and forums for members and other stakeholders.**

NACDS brings together diverse retailers and suppliers through an integrated calendar of annual events – which have been referred to as the gold standard of industry conferences. The events are carefully constructed to present top-to-top executive sessions, strategic and tactical discussions of relevance to the entire store, and insights from respected industry members and notable authorities from the national stage. NACDS also thrives as a member-driven trade association through the committees, councils and task forces that facilitate communication on cutting-edge issues.

**Ensure that NACDS internally operates as a cutting edge association, effectively meeting the needs of its membership.**



NACDS consistently earns honors from national entities that observe the trade association, professional society and not-for-profit industries. It has been recognized as an organization with strong leadership, as a desirable place to work, as a contributor to sustainable commuting policies, and as an innovator in diverse member programs and services. NACDS accomplishes this through a disciplined approach to executing the strategic plan and positions set by the NACDS Board of Directors.

# NACDS Community

# Engagement
## NACDS Community Engagement





NACDS in April 2018 released the "2017 Chain Pharmacy Community Engagement Report" – describing ways that NACDS chain members create value for their communities beyond the health and wellness offerings for which they are well known.

 COMMUNITY.NACDS.ORG

NATIONAL ASSOCIATION OF CHAIN DRUG STORES          CONTACT

NACDS represents traditional drug stores, supermarkets and mass merchants with pharmacies. Chains operate over 40,000 pharmacies, and NACDS' over 80 chain member companies include regional chains, with a minimum of four stores, and national companies. Chains employ nearly 3 million individuals, including 157,000 pharmacists. They fill over 3 billion prescriptions yearly, and help patients use medicines correctly and safely, while offering innovative services that improve patient health and healthcare affordability. NACDS members also include more than 900 supplier partners and over 70 international members representing 21 countries.

1776 Wilson Blvd., Suite 200,
Arlington, VA 22209

Phone: (703) 549-3001
Fax: (703) 836-4869

Email: contactus@nacds.org
Web: www.nacds.org

© 2019 National Association of Chain Drug Stores
All Rights Reserved | Privacy & Disclaimer