UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio*, et al. *v. Purdue Pharma L.P.*, et al.,<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**DECLARATION OF ALEX J. HARRIS IN SUPPORT OF WALGREENS' MOTION FOR SUMMARY JUDGMENT**

Pursuant to 28 U.S.C. § 1746, I, Alex J. Harris, hereby declare as follows:

1. I am an associate in the Denver, Colorado office of Bartlit Beck LLP and counsel for Walgreen Co. and Walgreen Eastern Co., Inc. ("Walgreens") in the above-captioned cases.

2. I make this declaration in support of Walgreens' Motion for Summary Judgment and to place before the Court true and correct copies of the attached documents.

3. Attached as **Exhibit 1** is a true and correct copy of the Declaration of Natasha Polster, dated June 21, 2019.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from the 30(b)(6) deposition testimony of Thomas Prevoznik, dated April 17-18, 2019.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the deposition testimony of Kyle J. Wright, dated February 28, 2019.

6. Attached as **Exhibit 4** is a true and correct copy of *In re Masters Pharm., Inc.*, 80 Fed. Reg. 55,418, dated September 15, 2015.

2

7. Attached as **Exhibit 5** is a true and correct copy of excerpts from the deposition testimony of Detective Patrick Leonard, dated May 23, 2019.

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from the deposition testimony of Detective Lori Baker-Stella, dated May 23, 2019.

9. Attached as **Exhibit 7** is a true and correct copy of excerpts from the deposition testimony of Detective John Prince, dated May 23, 2019.

10. Attached as **Exhibit 8** is a true and correct copy of excerpts from the Status Conference proceedings before this Court, dated June 25, 2019.

11. Attached as **Exhibit 9** is a true and correct copy of excerpts from Plaintiffs' Responses to Supplemental Interrogatory Issued in Discovery Ruling 12 to Plaintiff, dated January 11, 2019.

12. Attached as **Exhibit 10** is a true and correct copy of excerpts from Plaintiffs' Responses to the Amended and Clarified Discovery Ruling 12 Supplemental Interrogatory Issued to Plaintiffs, dated January 25, 2019.

13. Attached as **Exhibit 11** is a true and correct copy of excerpts from the deposition testimony of Craig J. McCann, Ph.D., dated May 9, 2019.

14. Attached as **Exhibit 12** is a true and correct copy of excerpts from the expert report of James E. Rafalski, dated April 15, 2019. Consecutive pagination was added for citation purposes.

15. Attached as **Exhibit 13** is a true and correct copy of excerpts from the deposition testimony of James E. Rafalski, dated May 13-14, 2019.

16. Attached as **Exhibit 14** is a true and correct copy of Dispensing Controlled Substances for the Treatment of Pain, 71 Fed. Reg., 52716-01, dated September 6, 2006.

17. Attached as **Exhibit 15** is a true and correct copy of excerpts from the deposition testimony of Anna Lembke, M.D., dated April 24, 2019.

18. Attached as **Exhibit 16** is a true and correct copy of excerpts from the expert report of David S. Egilman, M.D., MPH, dated March 25, 2019.

19. Attached as **Exhibit 17** is a true and correct copy of excerpts from the deposition testimony of Lacey R. Keller, dated June 13, 2019.

20. Attached as **Exhibit 18** is a true and correct copy of excerpts from the deposition testimony of Dr. Seth B. Whitelaw, dated May 16-17, 2019.

21. I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.

Executed on this 28th day of June, 2019.

/s/ Alex J. Harris
Alex J. Harris
**BARTLIT BECK LLP**
1801 Wewatta Street, 12th Floor
Denver, CO 80202
(303) 592-3197