# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*,<br>Case No. 17-op-45004<br><br>and<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P, et al.*,<br>Case No. 18-op-45090. | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

## NON-RICO SMALL DISTRIBUTORS' MOTION FOR SUMMARY JUDGMENT BASED ON THEIR *DE MINIMIS* STATUS

Pursuant to Federal Rule of Civil Procedure 56, non-RICO Defendants Anda, Inc., H. D. Smith, LLC, H. D. Smith Holdings, LLC, H. D. Smith Holding Company,[2] Henry Schein, Inc., Henry Schein Medical Systems, Inc., and Prescription Supply Inc. (collectively, the "Small Distributors") respectfully move the Court for summary judgment. The grounds for this motion are set forth in the accompanying memorandum of points and authorities.

---

[1] On October 2, 2018, H. D. Smith Holdings, LLC and H. D. Smith Holding Company (the "Holding Companies") moved to dismiss the Second Amended Corrected Complaint in *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 1:17-op-45004 (N.D. Ohio) (based on lack of personal jurisdiction, pursuant to Fed. R. Civ. P. 12(b)(2). ECF No. 1015. Plaintiffs have not filed an opposition, nor has the Court issued a ruling. By joining in any motion in the above-referenced matter, the H. D. Smith Holding Companies are in no way waiving their previously asserted defense that the Court lacks personal jurisdiction over the Holding Companies and must dismiss them from the case pursuant to Fed. R. Civ. P. 12(b)(2).

Dated: June 28, 2019                                    Respectfully submitted,

/s/ John J. Haggerty                                    /s/ James W. Matthews
John J. Haggerty (0073572)                              James W. Matthews
James C. Clark                                          Katy E. Koski
Stephan A. Cornell                                      Kristina Matic
FOX ROTHSCHILD LLP                                      FOLEY & LARDNER LLP
2700 Kelly Road, Suite 300                              111 Huntington Avenue
Warrington, PA 18976                                    Boston, MA 02199
Tel: (215) 345-7500                                     Tel:     617.342.4000
Fax: (215) 345-7507                                     Fax:     617.342.4001
jhaggerty@foxrothschild.com                             Email:  jmatthews@foley.com
jclark@foxrothschild.com                                         kkoski@foley.com
scornell@foxrothschild.com                                       kmatic@foley.com

*Counsel for Defendant,*                                *Counsel for Defendant Anda, Inc.*
*Prescription Supply Inc.*

/s/ William E. Padgett                                  /s/ John P. McDonald
William E. Padgett (IN No. 18819-49)                    John P. McDonald
Kathleen L. Matsoukas (IN No. 31833-49)                 Texas Bar No. 13549090
BARNES & THORNBURG LLP                                  jpmcdonald@lockelord.com
11 South Meridian Street                                C. Scott Jones
Indianapolis, IN 46204                                  Texas Bar No. 24012922
Telephone: (317) 236-1313                               sjones@lockelord.com
Facsimile: (317) 231-7433                               Lauren M. Fincher
Email: william.padgett@btlaw.com                        Texas Bar No. 24069718
         kathleen.matsoukas@btlaw.com                   lfincher@lockelord.com
                                                        Brandan J. Montminy
*Counsel for Defendants H. D. Smith, LLC,*              Texas Bar No. 24088080
*f/k/a H. D. Smith Wholesale Drug Co.,*                 brandan.montminy@lockelord.com
*H. D. Smith Holdings, LLC and H. D. Smith*             LOCKE LORD LLP
*Holding Company*                                       2200 Ross Avenue
                                                        Suite 2800
                                                        Dallas, TX 75201
                                                        T: 214-740-8445
                                                        F: 214-756-8110

                                                        *Attorneys for Henry Schein, Inc.*
                                                        *and Henry Schein Medical Systems, Inc.*

2

**CERTIFICATE OF SERVICE**

      I, John J. Haggerty, certify that the foregoing document was served via the Court's ECF system to all counsel of record.

                                                    */s/ John J. Haggerty*
                                                    John J. Haggerty (0073572)