# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*,<br>Case No. 17-op-45004<br><br>and<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P, et al.*,<br>Case No. 18-op-45090. | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Hon. Dan Aaron Polster |

### [PROPOSED] ORDER GRANTING NON-RICO SMALL DISTRIBUTORS' MOTION FOR SUMMARY JUDGMENT BASED ON THEIR *DE MINIMIS* STATUS

Upon consideration of the Non-Rico Small Distributors' Motion for Summary Judgment Based on Their *De Minimis* Status, and any opposition thereto, it is hereby **ORDERED** that the Motion is GRANTED.

It is further **ORDERED** that Counts V–VII and IX–X of Plaintiffs' respective Third Amended Complaints are DISMISSED with prejudice as to the Small Distributors and judgment is entered in the Small Distributors' favor on those claims.[1]

_____
The Honorable Dan A. Polster
United States District Judge

---

[1] The "Small Distributors" are Anda, Inc., H. D. Smith, LLC, H. D. Smith Holdings, LLC, H. D. Smith Holding Company, Henry Schein, Inc., Henry Schein Medical Systems, Inc., and Prescription Supply Inc.