# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

This document relates to:

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*
Case No. 1:18-op-45090 (N.D. Ohio)

*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*
Case No. 1:17-op-45004 (N.D. Ohio)

**MDL No. 2804**
**Case No. 17-md-2804**
**Judge Dan Aaron Polster**

## [PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT ON PREEMPTION BY PHARMACY DEFENDANTS, ABDC, CARDINAL, AND MCKESSON

Upon consideration of Motion for Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal, and McKesson and any opposition thereto, it is hereby:

**ORDERED** that Motion for Summary Judgment on Preemption by Pharmacy Defendants, ABDC, Cardinal, and McKesson is **GRANTED**.

All claims against CVS Rx Services, Inc., CVS Indiana, L.L.C., Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center, Walgreen Co., Walgreen Eastern Co., HBC Service Company, an unincorporated operating division of Giant Eagle, Inc., Discount Drug Mart, Walmart Inc., AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation in each of the above-captioned actions are **DISMISSED WITH PREJUDICE**.

_____
Hon. Dan A. Polster
United States District Judge