# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION

This document relates to:

| | |
|---|---|
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45090 (N.D. Ohio) | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:17-op-45004 (N.D. Ohio) | |

## [PROPOSED] ORDER GRANTING PHARMACY DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CAUSATION

Upon consideration of Pharmacy Defendants' Motion for Summary Judgment on Causation and any opposition thereto, it is hereby:

**ORDERED** that Pharmacy Defendants' Motion for Summary Judgment on Causation is **GRANTED**.

All claims against CVS Rx Services, Inc. and CVS Indiana, L.L.C., Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center, Walgreen Co., Walgreen Eastern Co., HBC Service Company, an unincorporated operating division of Giant Eagle, Inc., Discount Drug Mart, and Walmart Inc. in each of the above-captioned actions are **DISMISSED WITH PREJUDICE**.

_____
Hon. Dan A. Polster
United States District Judge