**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF OHIO**

**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>*This document relates to:*<br>Track One Cases | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

# PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION OF DEFENDANTS' DUTIES UNDER THE CONTROLLED SUBSTANCES ACT

Pursuant to Federal Rule of Civil Procedure 56, Track One Plaintiffs ("Plaintiffs"), by their undersigned counsel, respectfully move for partial summary adjudication of Defendants' duties under the Controlled Substances Act ("CSA"). In particular, Plaintiffs seek a ruling from this Court that registrants under the CSA are obliged to identify suspicious orders of controlled substances; to report to the DEA suspicious orders when discovered; and to decline to ship an order identified as suspicious unless and until, through due diligence, the registrant is able to determine that the order is not likely to be diverted into illegal channels In support of this motion, Plaintiffs submit Plaintiffs' Memorandum of Law dated June 25, 2019, a Summary Sheet, and Exhibits A through C, which are being filed contemporaneously with this motion.

WHEREFORE, for the reasons set forth in detail in Plaintiffs' Memorandum of Law, Plaintiffs respectfully request that this Court enter an Order granting this Motion in its entirety; finding that registrants under the CSA are obliged to identify suspicious orders of controlled substances; to report to the DEA suspicious orders when discovered; and to decline to ship an order identified as suspicious unless and until, through due diligence, the registrant is able to determine that the order is

not likely to be diverted into illegal channels; and for such further relief as the Court deems just and proper

Dated: June 25, 2019  Respectfully submitted,

/s/ *Paul J. Hanly, Jr.*
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

2

Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY  10017
(212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

*Counsel for Plaintiff Cuyahoga County, Ohio*

Linda Singer
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
(202) 386-9626 x5626
(202) 386-9622 (Fax)
lsinger@motleyrice.com

*Counsel for Plaintiff Summit County, Ohio*