# EXHIBIT A

Highly Confidential - Subject to Further Confidentiality Review

```
IN THE UNITED STATES DISTRICT COURT
   FOR THE NORTHERN DISTRICT OF OHIO
             EASTERN DIVISION
                 - - -
```

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : HON. DAN A.<br>: POLSTER<br>: |
| APPLIES TO ALL CASES | : NO.<br>: 1:17-MD-2804<br>: |

- HIGHLY CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

VOLUME II

- - -

April 18, 2019

- - -

Continued videotaped deposition of THOMAS PREVOZNIK, taken pursuant to notice, was held at the law offices of Williams & Connolly, 725 12th Street, Washington, D.C., beginning at 8:16 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

```
 1              MS. MAINIGI:  Objection.
 2         Form.  Objection.  Vague as to
 3         time.
 4              THE WITNESS:  Can you please
 5         repeat it?
 6    BY MR. FARRELL:
 7         Q.   Does the DEA take the
 8    position that a registrant of controlled
 9    substances has a duty to block shipments
10    of suspicious orders?
11              MS. MAINIGI:  Objection.
12         Form.  Objection.  Vague as to
13         time.
14              THE WITNESS:  Yes.
15    BY MR. FARRELL:
16         Q.   Is that now and always been
17    the law in the United States of America?
18              MS. MAINIGI:  Objection.
19         Form.  Outside the scope.
20              THE WITNESS:  Yes.
21    BY MR. FARRELL:
22         Q.   And if a registrant says
23    that it was allowed to ship suspicious
24    orders, is that -- has that ever been
```