# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | |
| This document relates to: | |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.* Case No. 1:18-op-45090 (N.D. Ohio) | **MDL No. 2804** **Case No. 17-md-2804** **Judge Dan Aaron Polster** |
| *The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al*. Case No. 1:17-op-45004 (N.D. Ohio) | |

## [PROPOSED] ORDER GRANTING RITE AID OF MARYLAND'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Rite Aid of Maryland's Motion for Summary Judgment and any opposition thereto, it is hereby:

**ORDERED** that Rite Aid of Maryland's Motion for Summary Judgment is **GRANTED**.

All claims against Defendant Rite Aid of Maryland, Inc., d/b/a Mid-Atlantic Customer Support Center in each of the above-captioned actions are **DISMISSED WITH PREJUDICE**.

_____
Hon. Dan A. Polster
United States District Judge