UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>THIS DOCUMENT RELATES TO:<br>*The County of Summit, Ohio*, et al. *v. Purdue Pharma L.P.*, et al., Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio*, et al. *v. Purdue Pharma L.P.*, et al., Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING MOTION FOR SUMMARY JUDGMENT BY CVS INDIANA, L.L.C. AND CVS RX SERVICES, INC.**

Upon consideration of the Motion for Summary Judgment by CVS Indiana, L.L.C. and CVS Rx Services, Inc. and any opposition thereto, it is hereby:

**ORDERED** that the Motion for Summary Judgment by CVS Indiana, L.L.C. and CVS Rx Services, Inc. is GRANTED.

_____
Honorable Judge Dan A. Polster