*In re National Prescription Opiate Litigation:  MDL No. 2804*
**TEVA AND ACTAVIS GENERIC DEFENDANTS'**
**MOTION FOR PARTIAL SUMMARY JUDGMENT**

## Summary Sheet of Exhibits

| Ex. | Document Description |
|---|---|
| 1 | "Generic Drugs Undergo Rigorous FDA Scrutiny," Food and Drug Administration |
| 2 | "Authorized Generic Drugs: Short-Term Effects and Long-Term Impact," Federal Trade Commission (Aug. 2011) |
| 3 | Excerpts from the Deposition of Doron Herman, June 20, 2019 |
| 4 | Excerpts from the Deposition of Michael Perfetto, December 18, 2019 |
| 5 | Cephalon, Inc. SEC Form 10-K for the fiscal year ended December 31, 2000 |
| 6 | Actiq® Risk Management Program – 31st Quarterly Report, TEVA_MDL_A_00283237–64 (March 29, 2007) |
| 7 | Fentora Label |
| 8 | Excerpts from the Deposition of John Hassler, November 16, 2018 |
| 9 | Excerpts from Sean Nicholson Expert Report |
| 10 | TIRF REMS Program |
| 11 | Excerpts from Edward Michna Expert Report |
| 12 | Excerpts from the Deposition of Mark Schumacher, April 23, 2019 |
| 13 | Excerpts from the Deposition of Anna Lembke April 24, 2019 |
| 14 | Excerpts from Matthew Perri Expert Report |
| 15 | Excerpts from David Kessler Expert Report |
| 16 | Excerpts from David Egilman Expert Report |
| 17 | Excerpts from the Deposition of David Egilman, April 24, 2019 |
| 18 | Excerpts from Howard Dorfman Expert Report |
| 19 | Excerpts from the Deposition of Matthew Day, January 4, 2019 |
| 20 | Corporate Integrity Agreement, TEVA_MDL_A_06380925, at TEVA_MDL_A_06380936 (2008) |
| 21 | Teva USA, TEVA_MDL_A_11891302 (Dec. 20, 2011) |

| Ex. | Document Description |
|---|---|
| 22 | Letter from OIG to Patricia Glover re: Site Inspection Summary, TEVA_MDL_A_00782034 (Apr. 3, 2013) |
| 23 | US Policy-205 Independent Medical Education Grants, Effective August 2012, TEVA_MDL_A_00560932 |
| 24 | Independent Medical Education Grants Policy, Effective January 26, 2009, TEVA_MDL_A_00785735 |
| 25 | C–126 Cephalon Policy on Company Giving, Effective July 2008 |
| 26 | Cephalon Policy on Third–Party Grant Requests, Effective January 2008, TEVA_MDL_A_00553027 |
| 27 | Marketing Policy on Grants, Effective June 2007, TEVA_MDL_A_00552919; TEVA_MDL_A_00785338; TEVA_MDL_A_00553027 |
| 28 | Independent Educational Program Grant Agreement with AAPM, TEVA_MDL_A_01169010 (Nov. 28, 2006) |
| 29 | Independent Educational Program Grant Agreement with MediCom Worldwide, Inc., TEVA_MDL_A_00502973 (Nov. 6, 2008) |
| 30 | Excerpts from the Deposition of Kyle Wright, February 28, 2019 |
| 31 | Excerpts from the Deposition of Russell Portenoy, January 24, 2019 |
| 32 | Excerpts from the Deposition of Lynn Webster, February 18, 2019 |
| 33 | Excerpts from the Deposition of Scott Fishman, February 26, 2019 |
| 34 | Excerpts from the Deposition of Stacy Harper-Avilla, April 3, 2019 |
| 35 | Excerpts from the Deposition of Thomas Prevoznik, April 17, 2019 |
| 36 | Excerpts from the Deposition of James Rafalski, May 14, 2019 |
| 37 | Excerpts from Larry Holifield Expert Report |
| 38 | Excerpts from Karl Colder Expert Report |
| 39 | Excerpts from the Deposition of Colleen McGinn, December 14, 2019 |
| 40 | ALLERGAN_MDL_02128514 |
| 41 | Excerpts from the Deposition of Mary Woods, January 9, 2019 |
| 42 | Excerpts from the Deposition of Stacey Beckhardt, February 1, 2019 |
| 43 | TEVA_MDL_A_01088845 |
| 44 | Excerpts from Pradeep Chintagunta Expert Report |
| 45 | Excerpts from Melanie Rosenblatt Expert Report |

- 2 -

| Ex. | Document Description |
|---|---|
| 46 | TIRF REMS Access Program Patient-Prescriber Agreement Form, https://www.tirfremsaccess.com/TirfUI/rems/pdf/ppaf-form.pdf. |
| 47 | Excerpts from Jonathan Ketcham Expert Report |
| 48 | Actiq Label |
| 49 | Summit County and City of Akron, Ohio's Am. Responses to Manufacturers' First Set of Interrogs., No. 9 |
| 50 | Excerpts from the Deposition of Lacey Keller, June 13, 2019 |
| 51 | Excerpts from the Deposition of Demetra Ashley, March 15, 2019 |
| 52 | Excerpts from Lacey Keller Expert Report |
| 53 | Excerpts from the Deposition of Joseph Rannazzisi, April 26, 2019 |
| 54 | Declaration of Patricia Glover |
| 55 | Declaration of Christine Baeder |
| 56 | Declaration of Hillel West |
| 57 | Declaration of David Myers |
| 58 | FDA, Fentora Approval Letter, September 25, 2006 |
| 59 | Cephalon Plea Agreement (2008) |