# EXHIBIT 3

```
 1                UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF OHIO
 3                     EASTERN DIVISION
 4     _____
                                              )
 5     IN RE:  NATIONAL PRESCRIPTION  ) MDL No. 2804
       OPIATE LITIGATION              )
 6                                    ) Case No. 17-MD-2804
       THIS DOCUMENT RELATES TO:      )
 7     ALL CASES                      ) Hon. Dan A. Polster
       _____)
 8
 9
10              ** HIGHLY CONFIDENTIAL **
11     ** SUBJECT TO FURTHER CONFIDENTIALITY REVIEW **
12
13            VIDEOTAPED 30(b)(6) DEPOSITION OF
14                      DORON HERMAN
15                    TEL AVIV, ISRAEL
16                THURSDAY, JUNE 20, 2019
17                       9:08 A.M.
18
19
20
21
22             GOLKOW LITIGATION SERVICES
23         877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
25
```

```
 1              Videotaped 30(b)(6) deposition of DORON
 2   HERMAN, taken in the above-entitled cause pending
 3   in the United States District Court, Northern
 4   District of Ohio, Eastern Division, pursuant to
 5   notice, before BRENDA MATZOV, CA CSR 9243, at
 6   the Carlton Hotel, 10 Eliezer Peri Street, Sepia
 7   Hall, 14th Floor, Tel Aviv, Israel, on Thursday,
 8   the 20th day of June, 2019, at 9:08 a.m.
 9
10
11   APPEARANCES:
12   FOR THE PLAINTIFFS:
13          SKIKOS CRAWFORD SKIKOS & JOSEPH, LLP
             By:  MARK G. CRAWFORD, ESQ.
14           One Sansome Street, Suite 2830
             San Francisco, California 94104
15           (415) 546-7300 / Fax (415) 546-7301
             mcrawford@skikos.com
16
17           WAGSTAFF & CARTMELL, LLP
             By:  THOMAS P. CARTMELL, ESQ.
18           4740 Grand Avenue, Suite 300
             Kansas City, Missouri 64112
19           (816) 701-1100 / Fax (816) 531-2372
             tcartmell@wcllp.com
20
21           SIMMONS HANLY CONROY, LLC
             By:  SANFORD SMOKLER, ESQ.
22              (via video/audio link)
             112 Madison Avenue, 7th Floor
23           New York, New York 10016-7416
             (212) 784-6400 / Fax (212) 213-5949
24           ssmokler@simmonsfirm.com
25
```

```
 1   APPEARANCES (Continued):
 2   FOR THE TEVA DEFENDANTS:
 3            MORGAN LEWIS & BOCKIUS, LLP
              By:  REBECCA J. HILLYER, ESQ.
 4            1701 Market Street
              Philadelphia, Pennsylvania 19103-2921
 5            (215) 963-5000 / Fax (215) 963-5001
              rebecca.hillyer@morganlewis.com
 6
 7            MORGAN LEWIS & BOCKIUS, LLP
              By:  JONATHAN E. MAIER, ESQ.
 8            1111 Pennsylvania Avenue NW
              Washington, DC 20004-2541
 9            (202) 739-5806 / Fax (202) 739-3001
              jonathan.maier@morganlewis.com
10
11
12   ALSO PRESENT:
13            VINCENT ROSICA, Videographer
14            ZACH HONE, Trial Technician
15            KATHLEEN HUDNALL, Wagstaff & Cartmell
16            GAL ORMAN, ADV., Teva Pharmaceutical
              Industries, Ltd.
17
18
19
20
21
22
23
24
25
```

```
 1    Ltd. myself.  So if I ever call it Teva Ltd.,
 2    is it okay for you to understand that I'm
 3    referring to Teva Pharmaceuticals [sic] Ltd.?
 4         A.   If I'm unclear, I will try to clarify.
 5         Q.   Okay.  Thank you.
 6              Now, you mentioned a few times that
 7    you were testifying about a relevant time period.
 8              What -- what was it that you determined
 9    to be a relevant time period related to your
10    testimony in this case?
11         A.   I --
12              MS. HILLYER:  Objection to form.
13              THE WITNESS:  I was informed that,
14    generally, the time frame is 2000 to the present.
15         Q.   BY MR. CARTMELL:  Okay.  Was it your
16    understanding that the general time frame would
17    be related to when it was that Teva or the Teva
18    entities globally started selling opioids?
19         A.   I don't know.
20         Q.   Do you understand generally that the
21    allegations in this case have to do with the
22    way that Teva -- I'm speaking in terms of the --
23    the Teva entities -- globally marketed or sold
24    or handled opioids?
25              MS. HILLYER:  Objection to form.
```

```
 1              THE WITNESS:  We don't market and sell
 2   globally opioids.  These are controlled substances.
 3   Only local subsidiaries can deal with controlled
 4   substances.
 5       Q.   BY MR. CARTMELL:  And I didn't mean to
 6   say you were selling it globally.
 7            What -- what I meant to say is when
 8   Teva -- and I'm -- and I'm saying "Teva" meaning,
 9   for instance, the group of Teva subsidiaries and,
10   in this case, Teva USA, started selling opioids.
11            MS. HILLYER:  Objection to form.
12            THE WITNESS:  I don't know when and
13   any details about Teva USA's selling of opioids.
14       Q.   BY MR. CARTMELL:  Okay.  Well, some
15   of the topics that you have been designated
16   to testify in regard the -- for example, the
17   structure of -- of TPI related to -- or during
18   the time period when they were selling opioids.
19            Do you understand that?
20       A.   Yes.
21       Q.   So have you determined or tried to
22   determine in any way when it was that Teva
23   USA, for example, started selling opioids?
24       A.   No.
25            MS. HILLYER:  Objection to form.
```

```
 1                (Court reporter clarification.)
 2                THE WITNESS:  No.
 3                (Exhibit 41 marked.)
 4        Q.   BY MR. CARTMELL:  I'm going to hand
 5   you what's been marked as Exhibit 41.
 6                MS. HILLYER:  Thanks.
 7        Q.   BY MR. CARTMELL:  Mr. Herman, Exhibit
 8   41 is a press release that we found in Teva Ltd. --
 9   or excuse me -- in Teva's files and was produced
10   in the course of this litigation.  I just have
11   a few quick questions about this.  It's titled:
12                "Teva to Sell Oxycodone Through the
13   End of 2007."
14                Do you see that?
15        A.   Yes.
16        Q.   Are you aware that oxycodone is an
17   opioid?
18                MS. HILLYER:  Objection.  Beyond the
19   scope.
20                THE WITNESS:  From my personal knowledge,
21   yes.
22        Q.   BY MR. CARTMELL:  Okay.  And this is
23   a press release dated March 6, 2007.
24                Do you see that?
25        A.   Yes.
```

```
 1              CERTIFICATE OF REPORTER
 2
 3         I, BRENDA MATZOV, CA CSR 9243, do hereby
 4   certify:
 5         That, prior to being examined, the witness
 6   named in the foregoing deposition was duly sworn
 7   or affirmed by me to testify the truth, the whole
 8   truth, and nothing but the truth;
 9         That the foregoing deposition was taken
10   before me at the time and place herein set forth,
11   at which time the aforesaid proceedings were
12   stenographically recorded by me and thereafter
13   transcribed by me;
14         That the foregoing transcript, as typed,
15   is a true record of the said proceedings;
16         And I further certify that I am not
17   interested in the action.
18
19         Dated this 20th day of June, 2019.
20
21         _____
           BRENDA MATZOV, CA CSR 9243
22
23
24
25
```