# EXHIBIT 4

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

| | | |
|---|---|---|
| IN RE:  NATIONAL | : | HON. DAN A. |
| PRESCRIPTION OPIATE | : | POLSTER |
| LITIGATION | : | |
| | : | |
| APPLIES TO ALL CASES | : | NO. |
| | : | 1:17-MD-2804 |
| | : | |

- HIGHLY CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

- - -

December 18, 2018

- - -

      Videotaped deposition of MICHAEL PERFETTO, taken pursuant to notice, was held at the offices of Lieff Cabraser, LLP, 250 Hudson Street, New York, New York, beginning at 9:09 a.m., on the above date, before Michelle L. Gray, a Registered Professional Reporter, Certified Shorthand Reporter, Certified Realtime Reporter, and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

1      Q.   And your bonus was tied in
2   part to your ability to increase sales
3   for those products; is that right?
4           MR. ROTH:  Object to form.
5           THE WITNESS:  Can you repeat
6        the question?
7   BY MS. BAIG:
8      Q.   Your bonus was tied in part
9   to your ability to increase sales for
10  those products; is that right?
11          MR. ROTH:  Same objection.
12          THE WITNESS:  My bonus was
13       tied to making my target for an
14       aggregate of all the products for
15       the U.S.
16  BY MS. BAIG:
17     Q.   Which included those
18  products, correct?
19          MR. ROTH:  Same objection.
20          THE WITNESS:  Yes.
21  BY MS. BAIG:
22     Q.   And I think you testified
23  that you didn't recall what your bonus
24  was.  But you do recall that you received

```
 1   one each year; is that right?
 2        A.   Excuse me.
 3        Q.   I think you testified that
 4   you couldn't recall what your bonus was
 5   each year.  But do you recall that you
 6   did, in fact, receive one each year while
 7   you were at Actavis?
 8        A.   I will answer that most
 9   years.  I can't answer definitely that I
10   received it every year.
11        Q.   Okay.  And what marketing
12   tools did Actavis use to drive sales of
13   these generic products while you were
14   there?
15             MR. LUXTON:  Objection to
16        the form.
17             THE WITNESS:  We -- we
18        don't -- we don't market products.
19        We sell generics.  We don't use
20        marketing.  We actually don't use
21        promotion.
22             We use -- because if you
23        look at generics, we're all the
24        same product.  So we use quality,
```

```
 1          product supply, and pricing
 2          primarily to sell our products.
 3   BY MS. BAIG:
 4       Q.    So are you saying that you
 5   don't use any marketing tools to sell --
 6   or you didn't use any marketing tools to
 7   sell your generic --
 8             MR. LUXTON:  Objection to
 9        form.
10   BY MS. BAIG:
11       Q.    -- opioid products while you
12   were at Actavis?
13       A.    Because typically when you
14   think of marketing, you think of
15   promoting to the doctors with samples and
16   calling on -- in the pharmaceuticals, and
17   calling on the doctors.  We don't do any
18   of that.
19             So our -- our primary job is
20   to provide an alternative to the branded
21   product at a discount to the branded
22   product on price, have good quality, good
23   supply, and that's how the reps are
24   selling, plus their relationships with
```

1   the accounts.

2          We don't -- we don't

3   promote --

4   BY MS. BAIG:

5       Q.   Can you define --

6       A.   We don't promote our

7   products.  Promote -- we don't do any

8   what I would call pure promotion, like a

9   branded pharmaceutical company would do.

10      Q.   So you define marketing

11   solely as -- as detailing doctors in

12   doctors' offices?

13      A.   Sampling of products, trying

14   to generate prescriptions.  That would be

15   the marketing of products.

16      Q.   But in terms of marketing to

17   your customers, what tools did you use to

18   market your generic lines to your

19   customers?

20          MR. LUXTON:  Same objection

21      as before.

22          THE WITNESS:  Again, we

23      would -- we would do awareness.

24      Ads would be the very, very --

```
 1            just awareness ads in trade
 2            magazines would be the very
 3            minimum thing that we would do.
 4            Or awareness ads on very rare
 5            occasions to physicians' offices
 6            to let them know that there's an
 7            alternative product available.
 8   BY MS. BAIG:
 9       Q.   Okay.  So you did awareness
10   ads.  Anything else that you can think of
11   to market your generic products to your
12   customers?
13            MR. LUXTON:  Objection to
14       the word "marketing."  You can
15       answer.
16            MS. BAIG:  The special
17       master has defined marketing as
18       anything that you do to sell your
19       product, to get people to buy more
20       of your product.  So let's go with
21       that definition.
22   BY MS. BAIG:
23       Q.   That's the definition that
24   I'm using.
```