# EXHIBIT 17

```
  1              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
  2                     EASTERN DIVISION

  3    IN RE: NATIONAL              )   MDL No. 2804
         PRESCRIPTION OPIATE        )
  4    LITIGATION,                  )   Case No.
                                    )   1:17-MD-2804
  5                                 )
         THIS DOCUMENT RELATES TO   )   Hon. Dan A.
  6    ALL CASES                    )   Polster
                                    )
  7

  8                         — — —
  9              Thursday, April 25, 2019
                            — — —
 10
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 11               CONFIDENTIALITY REVIEW
                            — — —
 12

 13

 14

 15         Videotaped Deposition of DAVID S.
       EGILMAN, M.D., MPH, held at the Providence
 16    Marriott Downtown, 1 Orms Street, Providence,
       Rhode Island, commencing at 9:08 a.m., on the
 17    above date, before Debra A. Dibble, Certified
       Court Reporter, Registered Diplomate
 18    Reporter, Certified Realtime Captioner,
       Certified Realtime Reporter and Notary
 19    Public.
 20
                            — — —
 21

 22

 23           GOLKOW LITIGATION SERVICES
           877.370.3377 ph | fax 917.591.5672
 24               deps@golkow.com
```

1    question.  I'm asking how to replicate what
2    you did to come to your opinions.
3         A.    Oh, in order to replicate what
4    I did, you have to do the searches.  You have
5    to do iterative searches.  You have to look
6    for -- in this particular case, you'd have to
7    look for documents that indicate the case and
8    marketed opioids, you've got to look at
9    contracts.  You'll got to look at the coupon
10   program you had, the sampling program you
11   had.  And you'd have to look at those things.
12        Q.    And nowhere in your report do
13   you provide us the ability to do that for any
14   particular opinion, do you?
15        A.    No.  You have that opinion
16   because you -- ability because you have the
17   same access to the same data I have plus
18   more.  You have all of the privileged and
19   confidential documents.
20        Q.    Sir.
21        A.    You have the ability to talk to
22   the -- to your own clients.
23        Q.    I was asking a different
24   question.

```
 1                  Nowhere in this report do you
 2     provide us the ability to replicate what you
 3     did in order to come to any particular
 4     opinion.
 5            A.    Wrong.
 6            Q.    Nowhere in this report do you
 7     provide us the ability to look at one opinion
 8     and know what you looked at, what iterative
 9     searches you made, what conclusions you came
10     to, how you challenged them, how you
11     self-appraised them, none of that; right?
12            A.    In detail, that's correct.
13            Q.    Okay.  That's all I was asking.
14            A.    All right.
15                  THE WITNESS:  Can we take a
16         break?
17                  MS. SAULINO:  Yeah, I think now
18         is a good time for a break.
19                  THE VIDEOGRAPHER:  Off the
20         record.  2:41.
21                  (Recess taken, 2:41 p.m. to
22         3:10 p.m.)
23                  THE VIDEOGRAPHER:  We are back
24         on the record at 3:11.
```

```
 1                 THE WITNESS:  Okay.  So these
 2         are the two articles that I mentioned
 3         that came up this week as new bases.
 4         Q.      (BY MS. SAULINO)  Okay.  So
 5    thank you, Doctor.  You're looking at a
 6    folder that you have marked 26, which is a
 7    red folder and we're going to mark as
 8    Exhibit 6 to your deposition.
 9                 (Whereupon, Deposition Exhibit
10         Egilman 6, Folder 26 arrow up does =
11         arrow up death, was marked for
12         identification.)
13         Q.      (BY MS. SAULINO)  All right.
14    Dr. Egilman, I'd like to turn to the grounded
15    theory approach, which you begin discussing
16    on the bottom of page 38 of your report.
17         A.      Okay.
18         Q.      Now, you say that "Grounded
19    theory is an inductive method which allows
20    analytical categories to emerge from the data
21    presented"; right?
22                 Second sentence.
23         A.      38?
24         Q.      Yeah.  Second sentence under
```