# EXHIBIT 40

Suspicious Order Report:

At the beginning of each month, the program looks back over last month's **invoices** for regular sales transaction(Memo items are skipped).

All the quantities **ordered** and a count of the number of lines are totaled and saved on **MONTHLY** basis by **customer / part** combination.

Overall, system stores the LAST 6 months of data( Ordered Qty , Total Lines) . The totals of each for the past 6 months (rolling) are added up and an average is computed by dividing the 6 month qty ord / 6 month line count.

This is your "customer item average".

New sales orders are considered suspicious if the qty ordered is more than **1.25** * the customer average (ie., more than 25% over average).

Examples:
if you order 1,000 once a month, your average is 1,000
if you order 10 times a month, 100 units each time, your average is 100.

**Note :** If no average data exists for the customer/part combination, "First time purchase" info is displayed on the report.

The program also has provision where the variable %age can be setup in the generalized code master for different items.

If the item exceeds the **variable setup percentage**, the sales order is put ON HOLD by assigning the action status field of sales order as **"CS".**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02128514