# EXHIBIT 53

```
                                                          Page 1
 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION
 3
       _____
 4
       IN RE:  NATIONAL PRESCRIPTION       MDL No. 2804
 5     OPIATE LITIGATION                   Case No. 17-md-2804
 6
       This document relates to:           Judge Dan
 7                                         Aaron Polster
 8     The County of Cuyahoga v. Purdue
       Pharma, L.P., et al.
 9     Case No. 17-OP-45005
10     City of Cleveland, Ohio vs. Purdue
       Pharma, L.P., et al.
11     Case No. 18-OP-45132
12     The County of Summit, Ohio,
       et al. v. Purdue Pharma, L.P.,
13     et al.
       Case No. 18-OP-45090
14     _____
15
16
17
18        Videotaped Deposition of Joseph Rannazzisi
19                   Washington, D.C.
20                   April 26, 2019
21                     8:37 a.m.
22
23
24     Reported by:  Bonnie L. Russo
25     Job No. 3301876
```

Page 119

1  a -- it was at a conference involving multiple
2  disciplines within industry and the regulated
3  -- the regulators.
4          And it came up in a conversation,
5  but I -- I don't recall exactly when.
6          BY MR. O'CONNOR:
7      Q.   In your understanding, do
8  charge-backs have any role in the suspicious
9  order monitoring process?
10         MR. UTTER:  Go ahead.  You can
11  answer.
12         THE WITNESS:  They may, yes.
13         BY MR. O'CONNOR:
14     Q.   Did DEA ever issue any guidance to
15  manufacturers informing them that charge-backs
16  were to play a role in suspicious order
17  monitoring?
18     A.   D --
19         MR. BENNETT:  Objection.  Vague.
20  And vague as to time.
21         THE WITNESS:  DEA doesn't -- DEA
22  does not tell a registrant or either the man --
23  or a registrant involved in distribution
24  activities what's a suspicious order, besides
25  the -- the definition in 1301.74(b).

Page 120

1          It's up to the -- the distributor or
2     the manufacturer, distributor to make a
3     decision what information they will use to
4     determine a suspicious orders.
5              BY MR. O'CONNOR:
6        Q.   So DEA never issued any guidance to
7     manufacturers informing them that charge-backs
8     were to play a role in suspicious order
9     monitoring, correct?
10             MS. SINGER:  Objection.  Asked and
11    answered.
12             BY MR. O'CONNOR:
13       Q.   I would just like a yes-or-no
14    answer.
15             MS. SINGER:  Objection.
16             MR. BENNETT:  Objection.
17             The witness can answer the question.
18             THE WITNESS:  Besides the
19    regulations and the C.F.R. -- in the CSA, no, I
20    don't know if they ever issued a regulation --
21    any kind of document regarding chargebacks.
22             BY MR. O'CONNOR:
23       Q.   Okay.  When you were head of the
24    Office of Diversion Control, there was a unit
25    within that office that analyzed ARCOS data,

Page 121

1    correct?
2        A.    Yes.
3        Q.    Did that group use ARCOS data to
4    look for leads for investigations?
5        A.    They can, yes.
6        Q.    Did they, in fact, do that?
7        A.    Yes.
8        Q.    And would you agree that analyzing
9    the ARCOS data was helpful to the agency in
10   generating leads for investigations?
11            MR. BENNETT:  Objection.  Vague.
12   And vague as to time.
13            THE WITNESS:  The analysis of ARCOS
14   information can help, yes, leads for
15   investigations.
16            BY MR. O'CONNOR:
17       Q.    Did the DEA use ARCOS for
18   investigative leads in a timely manner in your
19   view?
20            MS. SINGER:  Objection.  Vague.
21            MR. BENNETT:  Objection.  Vague.
22   And objection.  Scope.  Regarding opinions.
23            THE WITNESS:  I don't understand
24   what you mean by "in a timely manner."
25            ARCOS is generally three to six