# EXHIBIT 56

# EXHIBIT A

## DECLARATION OF HILLEL WEST

I, Hillel West, declare as follows:

1. I am currently employed as the Vice President, Head of Integration Management Office for Teva Pharmaceutical Industries Ltd. ("Teva Ltd."). I previously served as the Executive Director, Operations and Supply Chain Strategy for Teva Ltd. I have personal knowledge of Teva Ltd.'s corporate structure, its operations, the relationship between Teva Ltd. and its subsidiaries, Cephalon, Inc. ("Cephalon") and Teva Pharmaceuticals USA, Inc. ("Teva USA"), and the matters stated herein. I make this declaration based on my own personal knowledge and am competent to testify as to the statements made in this declaration.

2. Teva Ltd. is and at all relevant times has been a public limited company incorporated under the laws of Israel and headquartered in Petah Tikva, Israel. Teva Ltd. has no office, property, employees, or registered agent in the United States and does not transact business in the United States.

3. At no time has Teva Ltd. manufactured, promoted, or sold opioid prescription medicines, including Actiq and Fentora, in the Unites States.

4. Teva Ltd. acquired Cephalon in October 2011, and Cephalon has existed and has operated as a separate, wholly-owned subsidiary since that time.

5. Likewise, Teva USA exists and operates, and has existed and operated at all relevant times, as a separate subsidiary of Teva Ltd.

6. Cephalon and Teva USA operate separately and independently of Teva Ltd. Cephalon and Teva USA have their own separate management that sets their own policies. Teva Ltd. does not control Cephalon's or Teva USA's day-to-day activities, does not conduct or transact business on behalf of Cephalon or Teva USA, and does not manage the business affairs of Cephalon or Teva USA.

Pursuant to 28 U.S.C. §1746(1), I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on 5 May, 2018 at Tikva, Israel.

By: _____
Hillel West