IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *Track One Cases* | Hon. Dan Aaron Polster |

### [PROPOSED] ORDER GRANTING THE TEVA AND ACTAVIS GENERIC DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Upon consideration of the Teva and Actavis Generic Defendants' Motion for Summary Judgment ("Motion") and any opposition thereto, it is hereby:

**ORDERED** that the Teva and Actavis Generic Defendants' Motion is GRANTED. Summary Judgment is entered in favor of the Teva and Actavis Generic Defendants as to all claims in Plaintiffs' Third Amended Complaints.[1]

---

Honorable Judge Dan. A. Polster

---

[1] The Teva and Actavis Generic Defendants include: Cephalon Inc., Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries Ltd., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida.