| Ex. # | Exhibit Name | Designation |
|---|---|---|
| 1 | March 25, 2019 Expert Report of David Cutler | Motion to Seal Pending re Redactions |
| 2 | March 25, 2019 Expert Report of Meredith Rosenthal | Motion to Seal Pending re Redactions |
| 3 | March 25, 2019 Expert Report of Thomas McGuire Regarding Public Nuisance | None |