# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

**IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**

**MDL No. 2804**
**Case No. 17-md-2804**
**Judge Dan Aaron Polster**

**This document relates to:**
*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.*, Case No. 18-OP-45090

---

## DECLARATION OF TIMOTHY W. KNAPP IN SUPPORT OF MANUFACTURER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' PUBLIC NUISANCE CLAIMS

I, Timothy W. Knapp, declare as follows:

1.      I am an attorney at Kirkland & Ellis LLP, counsel for Defendants Allergan Finance, LLC, Allergan plc, Allergan Sales, LLC, and Allergan USA, Inc. in the above captioned case.

2.      I submit this declaration in support of Manufacturer Defendants' Motion for Summary Judgment on Plaintiffs' Public Nuisance Claims.

3.      Attached as Exhibit 1 is a true and correct copy of excerpts of the March 25, 2019 Expert Report of David Cutler.

4.      Attached as Exhibit 2 is a true and correct copy of excerpts of the March 25, 2019 Expert Report of Meredith Rosenthal.

5.      Attached as Exhibit 3 is a true and correct copy of excerpts of the March 25, 2019 Expert Report of Thomas McGuire Regarding Public Nuisance.

Respectfully submitted,

Dated: June 28, 2019

*/s/ Timothy W. Knapp*

Timothy W. Knapp
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
timothy.knapp @kirkland.com

*Attorney for Defendants Allergan plc f/k/a Actavis plc;*
*Allergan Finance, LLC f/k/a/ Actavis, Inc. f/k/a Watson*
*Pharmaceuticals, Inc.; Allergan Sales, LLC; Allergan*
*USA, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I, Timothy W. Knapp, hereby certify that the foregoing document was served via electronic mail to all parties.

<u>*/s/ Timothy W. Knapp*</u>
Timothy W. Knapp
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
timothy.knapp@kirkland.com