IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

**This document relates to:**

*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.*, Case No. 18-OP-45090

---

**[PROPOSED] ORDER GRANTING MANUFACTURER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' PUBLIC NUISANCE CLAIMS**

Upon consideration of Manufacturer Defendants' Motion for Summary Judgment on Plaintiffs' Public Nuisance Claims and any opposition thereto, it is hereby:

**ORDERED** that Manufacturer Defendants' Motion for Summary Judgment on Plaintiffs' Public Nuisance Claims is **GRANTED**.

Plaintiffs' absolute common law public nuisance claim and statutory public nuisance claim against the Manufacturer Defendants in each of the above-captioned actions are **DISMISSED WITH PREJUDICE**.

_____
Hon. Dan A. Polster
United States District Judge
