| Ex. # | Exhibit Name | Designation |
|---|---|---|
| 1 | March 25, 2019 Expert Report of Meredith Rosenthal | Motion to Seal Pending re Redactions |
| 2 | May 4, 2019 Deposition Transcript of Meredith Rosenthal | Motion to Seal Pending re Redactions |
| 3 | March 25, 2019 Expert Report of Katherine Keyes | None |
| 4 | March 25, 2019 Expert Report of Anna Lembke | None |
| 5 | March 25, 2019 Expert Report of Mark A. Schumacher | None |
| 6 | April 29, 2019 Deposition Transcript of Katherine Keyes | None |
| 7 | May 9, 2019 Deposition Transcript of Craig J. McCann | None |
| 8 | March 25, 2019 Expert Report of Craig J. McCann | Motion to Seal Pending re Redactions |
| 9 | April 15, 2019 Expert Report of James E. Rafalski | Motion to Seal Pending re Redactions |
| 10 | May 14, 2019 Deposition Transcript of James E. Rafalski | None |
| 11 | June 13, 2019 Deposition Transcript of Lacey R. Keller | None |
| 12 | May 17, 2019 Deposition Transcript of Seth B. Whitelaw | None |
| 13 | March 25, 2019 Expert Report of David Cutler | Motion to Seal Pending re Redactions |
| 14 | April 26, 2019 Deposition Transcript of David Cutler | None |
| 15 | March 25, 2019 Public Nuisance Expert Report of Thomas McGuire | None |