# Exhibit 8

Confidential - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION


IN RE NATIONAL
PRESCRIPTION OPIATE
LITIGATION

:  MDL No. 2804
:  CASE NO. 17-MD-2804
:  (DAP)
:


EXPERT REPORT OF CRAIG J. MCCANN, PH.D., CFA
March 25, 2019

Confidential - Subject to Protective Order

d. "NDC Dictionary Instructions," Drug Enforcement Administration, October 2010 (current version available at www.deadiversion.usdoj.gov/arcos/ndc/readme.txt);

e. "NDC/NHRIC Labeler Codes," U.S. Food & Drug Administration, January 2018 (current version available at www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/ucm191017.htm);

f. "Opioid Oral Morphine Milligram Equivalent (MME) Conversion Factors," Centers for Disease Control and Prevention, August 2017 (current version available at www.cdc.gov/drugoverdose/resources/data.html);

g. "Full Replacement Monthly NPI File," Centers for Medicare and Medicaid Services, November 2018 (current version available at download.cms.gov/nppes/NPI_Files.html);

h. ARCOS Registrant Handbook, Drug Enforcement Administration, August 1997 (current version available at www.deadiversion.usdoj.gov/arcos/handbook/full.pdf);

i. *Masters Pharmaceutical, Inc. v. Drug Enforcement Administration*, 861 F.3d 206 (D.C. Cir. 2017);

j. U.S. Dep't of Justice, DEA, *Chemical Handler's Manual: A Guide to Chemical Control Regulations* (2004), (WAGMDL00395965);

k. U.S. Dep't of Justice, DEA, Diversion Investigators Manual (1990)(CAH_MDL_PRIORPROD_DEA07_01176247);

Confidential - Subject to Protective Order

l.  U.S. Dep't of Justice, DEA, Diversion Investigators Manual (1996) (CAH_MDL2804_02203353);

m. Other documents cited in the text and footnotes below.

## III.  Assignment

10.  I have been asked by Plaintiffs' Counsel to document how I processed, validated and augmented opioid transaction data produced by the Drug Enforcement Administration ("DEA") and from the Defendants.

11.  I have been asked to summarize shipments in the ARCOS Data, especially those shipments into Cuyahoga County and Summit County.

12.  I have also been asked to report the results of applying certain algorithms to the ARCOS Data.

## IV.  Summary of Opinions

13.  Based upon my comparison of the ARCOS Data produced by the DEA and the public ARCOS Retail Drug Summary Reports, I conclude that, after correcting a relatively small number of records, the ARCOS Data produced by the DEA is reliable.

14.  I conclude that the ARCOS Data is reliable because it closely matches the DEA's Retail Drug Summary Reports for January 2006 through December 2014. Retail Drug Summary Reports summarize the weight of drugs in reported transactions with consumers in each of the 50 states and the District of Columbia. Where there were discrepancies between the ARCOS Data produced by the DEA and the Retail Drug Summary Reports, I was able

Confidential - Subject to Protective Order

to identify and correct the error in either the ARCOS Data or the Retail Drug Summary Reports.

15. The ARCOS Data produced by the DEA also closely matches transaction data produced in discovery by Cardinal Health, McKesson Corp, Walgreens, CVS, Anda, H.D. Smith, Walmart, HBC, Discount Drug Mart, and Prescription Supply from their business records. I expect the data produced in discovery by the Defendants to be accurate. As with the Retail Drug Summary Reports, I have been able to identify and correct relatively minor discrepancies between the ARCOS Data produced by the DEA for transactions in Cuyahoga County and Summit Counties in Ohio from January 2006 through December 2014 and the Defendants' transaction data.

16. The data on opioid shipments from January 2006 through December 2014 produced in discovery by AmerisourceBergen does differ from what AmerisourceBergen reported to the DEA as reflected in the ARCOS Data.

17. I conclude from my review of the ARCOS Data, the Retail Drug Summary Reports, and transaction data produced in discovery by the Defendants that the ARCOS Data is reliable. Based on this analysis, I further conclude that the transaction records produced in discovery by the Defendants other than AmerisourceBergen are a reliable source of transactions data before 2006 and after 2014 for the varied time periods covered by the Defendants' productions.

18. In the next section, I describe the ARCOS Data produced by the DEA and report national summary statistics for the ARCOS Data, after correcting minimal errors explained fully in Appendix 2. In Section VI, I

Confidential - Subject to Protective Order



## B. ARCOS Data Fields Produced by DEA

27.    The ARCOS Data produced by the DEA has the 34 fields illustrated in Figure 1 for each transaction record. Twelve of the 34 fields are submitted with each transaction record by the Reporting Registrant, the DEA registered entity reporting the opioid shipment through ARCOS. These twelve fields are defined in the ARCOS Handbook.[3] The remaining 22 fields were appended by the DEA to the transaction records submitted by the Reporting

---

[3] "ARCOS Registrant Handbook," Drug Enforcement Administration, August 1997 ("ARCOS Handbook"). Current version available at www.deadiversion.usdoj.gov/arcos/handbook/full.pdf.

Confidential - Subject to Protective Order

Registrant.[4] Eighteen of the 22 fields are information about the Reporting Registrant and the Associate Registrant, keyed off their DEA numbers.[5] Three of the remaining four fields are either taken from the NDC (for National Drug Code) Dictionary or are calculated using variables therein and appear to have been imported by the DEA into the data it produced by matching each transaction's NDC number with the NDC number in the NDC Dictionary.[6]

Figure 1 ARCOS Data Fields Produced by DEA

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporter / Seller Info | | | | | | | | | | Buyer Info | | | | | | | | | | Transaction Info | | | | | | | | | | | | | |
| DEA # | Business Activity | Name | Addl Co Info | Address1 | Address2 | City | State | Zip | County | DEA # | Business Activity | Name | Addl Co Info | Address1 | Address2 | City | State | Zip | County | Transaction Code | Drug Code | NDC Number | Drug Name | Quantity | Unit | Action Indicator | Order Form Number | Correction Number | Strength | Transaction Date | Calc Base Weight Grams | Dosage Unit | Transaction Id |

28.    The first 10 fields provide information on the Reporting Registrant. The DEA identified these Reporter DEA numbers and associated fields as "Seller" fields and so, unless the context requires otherwise, I refer to the Reporting Registrant as the "Seller" and the associated fields as "Seller" fields. This information includes a Seller's DEA Number, a description of the

---

[4] The 22 fields are Reporter Business Activity, Reporter Name (2 fields), Reporter Address (6 fields), Buyer Business Activity, Buyer Name (2 fields), and Buyer Address (6 fields), Drug Code, Drug Name, Calculated Base Weight in Grams, and Dosage Unit.

[5] The 18 fields are Reporter Business Activity, Reporter Name (2 fields), Reporter Address (6 fields), Buyer Business Activity, Buyer Name (2 fields), and Buyer Address (6 fields).

[6] Drug Code and Drug Name are both in the NDC Dictionary. Calculated Base Weight in Grams is calculated using Ingredient Base Weight in the NDC Dictionary and Quantity, Unit, and Strength in the ARCOS Data.

Confidential - Subject to Protective Order

Seller's Business Activity (primarily Manufacturer, Distributor or Reverse Distributor), Name and Address (6 fields).

29.     The next 10 fields provide information on the Associate Registrant, typically a receiver of the opioid shipment.[7] The DEA identified the Associate Registrant DEA numbers and associated fields as "Buyer" fields and so, unless the context requires otherwise, I refer to the Associate Registrant as the "Buyer" and the associated fields as "Buyer" fields. This information includes the Buyer's DEA Number, a description of the Buyer's Business Activity (primarily Distributor or Retail or Chain Pharmacy), Name and Address (6 fields).

30.     The final 14 fields provide information about the transaction. This information includes Drug Name and Drug Code (e.g. 9143 for oxycodone products), NDC Number, Quantity, Unit, Strength, Dosage Unit, Calculated Base Weight in Grams, Transaction Code (e.g., whether the transaction was a Purchase or a Sale), Transaction Date, Transaction Identifier, Correction Number, Action Indicator, and Order Form Number.

*1.     Seller DEA Number*

31.     The ARCOS Data produced by the DEA includes ███ distinct Seller DEA Numbers. Manufacturers and distributors typically have more than one DEA number as each facility manufacturing or distributing controlled substances must have its own DEA number.[8]

---

[7] *See*, ARCOS Handbook at pp. 5-36 – 5-37.

[8] *See*, ARCOS Handbook at 1-5.

- 11 -

Confidential - Subject to Protective Order

### 2. *Seller Business Activity*

32.    The ARCOS Data lists one "Business Activity" for each Seller DEA Number. There are six distinct Seller Business Activities in the ARCOS Data: Manufacturer, Manufacturer (Bulk), Chemical Manufacturer, Distributor, Chempack/SNS Distributor, and Reverse Distributor.

### 3. *Seller Name and Address*

33.    The ARCOS Data provides a business address for each Seller DEA Number, but there is not a one-to-one mapping between the addresses and the Seller DEA Numbers. Some Seller DEA Numbers are associated with multiple addresses, and some addresses are associated with more than one contemporaneous Seller DEA Number. Multiple Seller DEA Numbers can also be associated with the same address over time as locations are occupied by businesses newly registered with the DEA.

### 4. *Buyer DEA Number*

34.    The ARCOS Data includes ███████ distinct Buyer DEA Numbers. ██████ DEA numbers are listed as both Sellers and Buyers, although not in the same transaction.

### 5. *Buyer Business Activity*

35.    The ARCOS Data includes 54 distinct Buyer Business Activities including Manufacturer, Distributor, Reverse Distributor, Analytical Lab, Retail Pharmacy, Chain Pharmacy, Mail Order Pharmacy and Hospital/Clinic. Some Buyer DEA Numbers have more than one Buyer Business Activity.

### 6. *Buyer Name and Address*

36.    The ARCOS Data provides a business address for each Buyer DEA Number, but there is not a one-to-one mapping between the addresses and the Buyer DEA Numbers. Some Buyer DEA Numbers are associated with

- 12 -

Confidential - Subject to Protective Order

## Appendix 6: List of Reporter Company Families

| Seller Family | Seller Name | Seller DEA Number |
|---|---|---|
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG | RA0322824 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG | RA0326276 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | PL0032627 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0129937 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0210409 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0223432 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289000 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289036 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289048 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289050 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289062 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289074 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289086 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289098 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289276 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289288 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289492 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0290522 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0290724 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0290736 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0290837 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0290938 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0290988 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0291168 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0291170 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0310603 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0314562 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0363301 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RB0363630 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RE0161733 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP. | RA0336924 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORPORATION | RA0316958 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORPORATION | RA0464406 |
| Anda, Inc | ANDA PHARMACEUTICALS INC | RA0287020 |

- 137 -

Confidential - Subject to Protective Order

| Seller Family | Seller Name | Seller DEA Number |
|---|---|---|
| Anda, Inc | ANDA PUERTO RICO, INC. | RA0394748 |
| Anda, Inc | ANDA, INC | RA0180733 |
| Cardinal Health | CARDINAL HEALTH | RC0182080 |
| Cardinal Health | CARDINAL HEALTH | RC0221236 |
| Cardinal Health | CARDINAL HEALTH | RC0229965 |
| Cardinal Health | CARDINAL HEALTH | RC0238104 |
| Cardinal Health | CARDINAL HEALTH | RC0271267 |
| Cardinal Health | CARDINAL HEALTH | RC0311693 |
| Cardinal Health | CARDINAL HEALTH | RC0313940 |
| Cardinal Health | CARDINAL HEALTH | RC0314891 |
| Cardinal Health | CARDINAL HEALTH | RC0333524 |
| Cardinal Health | CARDINAL HEALTH | RC0341153 |
| Cardinal Health | CARDINAL HEALTH | RC0346658 |
| Cardinal Health | CARDINAL HEALTH | RC0403802 |
| Cardinal Health | CARDINAL HEALTH | RD0108200 |
| Cardinal Health | CARDINAL HEALTH | RN0209583 |
| Cardinal Health | CARDINAL HEALTH | RN0231427 |
| Cardinal Health | CARDINAL HEALTH | RN0281054 |
| Cardinal Health | CARDINAL HEALTH | RO0153609 |
| Cardinal Health | CARDINAL HEALTH | RW0191407 |
| Cardinal Health | CARDINAL HEALTH | RW0191419 |
| Cardinal Health | CARDINAL HEALTH | RW0191813 |
| Cardinal Health | CARDINAL HEALTH | RW0191926 |
| Cardinal Health | CARDINAL HEALTH | RW0216449 |
| Cardinal Health | CARDINAL HEALTH | RW0231908 |
| Cardinal Health | CARDINAL HEALTH | RW0234928 |
| Cardinal Health | CARDINAL HEALTH | RW0236009 |
| Cardinal Health | CARDINAL HEALTH | RW0243725 |
| Cardinal Health | CARDINAL HEALTH | RW0243903 |
| Cardinal Health | CARDINAL HEALTH | RW0263056 |
| Cardinal Health | CARDINAL HEALTH | RW0263549 |
| Cardinal Health | CARDINAL HEALTH | RW0269654 |
| Cardinal Health | CARDINAL HEALTH | RW0279996 |
| Cardinal Health | CARDINAL HEALTH | RW0283452 |
| Cardinal Health | CARDINAL HEALTH 110 | PT0186038 |
| Cardinal Health | CARDINAL HEALTH 110, LLC | PC0003044 |
| Cardinal Health | CARDINAL HEALTH 110, LLC | RK0416900 |

Confidential - Subject to Protective Order

| Seller Family | Seller Name | Seller DEA Number |
|---|---|---|
| Cardinal Health | CARDINAL HEALTH 110, LLC | RP0337370 |
| Cardinal Health | CARDINAL HEALTH P.R. 120, INC. | RB0374683 |
| Cardinal Health | CARDINAL HEALTH, INC. | RW0286333 |
| CVS | CVS INDIANA | RH0197170 |
| CVS | CVS ORLANDO FL DISTRIBUTION | RC0318128 |
| CVS | CVS PHARMACY INC | PM0124723 |
| CVS | CVS PHARMACY INC | RC0347725 |
| CVS | CVS PHARMACY, INC | RC0275467 |
| CVS | CVS PHARMACY, INC. | RC0315108 |
| CVS | CVS PHARMACY, INC. | RM0145347 |
| CVS | CVS RX SERVICES, INC | RC0415871 |
| CVS | CVS TN DISTRIBUTION, LLC | PR0205559 |
| CVS | CVS VERO FL DISTRIBUTION, L.L.C | RC0338031 |
| CVS | CVS VERO FL DISTRIBUTION, L.L.C. | RC0469292 |
| Discount Drug Mart | DISCOUNT DRUG MART | PD0203377 |
| H. D. Smith | H D SMITH WHOLESALE DRUG CO | PH0035964 |
| H. D. Smith | H D SMITH WHOLESALE DRUG CO | RB0268486 |
| H. D. Smith | H D SMITH WHOLESALE DRUG CO | RH0225056 |
| H. D. Smith | H D SMITH WHOLESALE DRUG CO | RS0269236 |
| H. D. Smith | H D SMITH WHOLESALE DRUG CO. | RH0323775 |
| H. D. Smith | H D SMITH WHOLESALE DRUG COMPANY | RH0366460 |
| H. D. Smith | H. D. SMITH | RH0340896 |
| H. D. Smith | H. D. SMITH | RH0344781 |
| H. D. Smith | H. D. SMITH WHOLESALE DRUG | RH0347282 |
| H. D. Smith | HD SMITH TEXAS DIVISION | PT0027296 |
| H. D. Smith | SMITH MEDICAL PARTNERS LLC | RS0375344 |
| HBC Service Company | HBC SERVICE COMPANY | RH0389773 |
| Henry Schein Inc | HENRY SCHEIN ANIMAL HEALTH | RB0393912 |
| Henry Schein Inc | HENRY SCHEIN ANIMAL HEALTH | RB0394938 |
| Henry Schein Inc | HENRY SCHEIN ANIMAL HEALTH | RB0394940 |
| Henry Schein Inc | HENRY SCHEIN ANIMAL HEALTH | RB0395219 |
| Henry Schein Inc | HENRY SCHEIN INC | RH0162494 |
| Henry Schein Inc | HENRY SCHEIN INC | RH0181709 |
| Henry Schein Inc | HENRY SCHEIN INC | RH0284199 |
| Henry Schein Inc | HENRY SCHEIN, INC | RH0236667 |
| Henry Schein Inc | HENRY SCHEIN, INC | RH0238192 |
| McKesson Corporation | MCKESSON BIO SERVICES | ██████ |

Confidential - Subject to Protective Order

| Seller Family | Seller Name | Seller DEA Number |
|---|---|---|
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON DRUG COMPANY | |
| McKesson Corporation | MCKESSON MEDICAL SURGICAL INC | |

Confidential - Subject to Protective Order

| Seller Family | Seller Name | Seller DEA Number |
|---|---|---|
| McKesson Corporation | MCKESSON MEDICAL-SURGICAL INC | RG0223937 |
| McKesson Corporation | MCKESSON PACKAGING SERVICES | RM0306541 |
| McKesson Corporation | MCKESSON SPECIALTY CARE DISTRIBUTION CORPORATION | RO0338889 |
| McKesson Corporation | MCKESSON SPECIALTY DIST LLC | RM0339831 |
| McKesson Corporation | MCKESSON SPECIALTY DISTRIBUTION, LLC | RM0291207 |
| McKesson Corporation | MCKESSON SPECIALTY LOGISTICS | RM0301515 |
| McKesson Corporation | MCKESSON TRADING COMPANY | RM0212857 |
| McKesson Corporation | RX PAK DIV OF MCKESSON CORP | RR0276837 |
| McKesson Corporation | WATSON PHARMA INC | RS0104517 |
| Prescription Supply Inc | PRESCRIPTION SUPPLY INC | PP0031904 |
| Rite Aid | RITE AID DAYVILLE DISTRIBUTION CENTER | RR0355277 |
| Rite Aid | RITE AID MID-ATLANTIC | RR0236073 |
| Walgreen Co | WALGREEN ARIZONA DRUG CO | PW0221084 |
| Walgreen Co | WALGREEN CO | PW0122262 |
| Walgreen Co | WALGREEN CO | PW0211158 |
| Walgreen Co | WALGREEN CO | RW0152467 |
| Walgreen Co | WALGREEN CO | RW0204026 |
| Walgreen Co | WALGREEN CO | RW0277752 |
| Walgreen Co | WALGREEN CO | RW0281953 |
| Walgreen Co | WALGREEN CO | RW0294493 |
| Walgreen Co | WALGREEN CO | RW0308216 |
| Walgreen Co | WALGREEN CO. | RW0340757 |
| Walgreen Co | WALGREEN CO. | RW0347496 |
| Walgreen Co | WALGREEN EASTERN CO INC | RW0161872 |
| Walgreen Co | WALGREEN EASTERN CO., INC. | RW0376170 |
| Wal-Mart | WAL-MART PHARM WAREHOUSE #1 | PW0186785 |
| Wal-Mart | WAL-MART PHARMACY WAREHOUSE | RW0133479 |
| Wal-Mart | WAL-MART PHARMACY WAREHOUSE | RW0165731 |
| Wal-Mart | WAL-MART PHARMACY WHSE #45 | RW0282145 |
| Wal-Mart | WAL-MART PHCY WAREHOUSE #46 | RW0199908 |
| Wal-Mart | WAL-MART WAREHOUSE #32 | RW0186278 |