# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-OP-45090<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:17-OP-45004 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING MANUFACTURER DEFENDANTS' MOTION FOR SUMMARY JUDGMENT FOR PLAINTIFFS' FAILURE TO OFFER PROOF OF CAUSATION

Upon consideration of Manufacturer Defendants' Motion for Summary Judgment for Plaintiffs' Failure to Offer Proof of Causation and any opposition thereto, it is hereby:

**ORDERED** that Manufacturer Defendants' Motion for Summary Judgment for Plaintiffs' Failure to Offer Proof of Causation is **GRANTED**.

All claims against the Manufacturer Defendants in each of the above-captioned actions are accordingly **DISMISSED WITH PREJUDICE**.

 

_____
Hon. Dan A. Polster
United States District Judge