# Exhibit 1

Page 1

1          IN THE UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF OHIO
3                    EASTERN DIVISION
4
                   ~~~~~~~~~~~~~~~~~~~~
5
6     IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
      OPIATE LITIGATION
7                                      Case No. 17-md-2804
8                                      Judge Dan Aaron
      This document relates to:        Polster
9
      The County of Summit, Ohio, et al.
10    v. Purdue Pharma L.P., et al.
      Case No. 17-OP-45004
11
      The County of Cuyahoga v. Purdue
12    Pharma L.P., et al.
      Case No. 18-OP-45090
13
      City of Cleveland, Ohio v. Purdue
14    Pharma L.P., et al
      Case No. 18-OP-45132
15
                   ~~~~~~~~~~~~~~~~~~~~
16
                  Videotaped deposition of
17                   TERRENCE M. ALLAN
18
                    December 17, 2018
19                      9:05 a.m.
20
21                      Taken at:
                       Tucker Ellis
22             950 Main Avenue, Suite 1100
                    Cleveland, Ohio.
23
24
25        Renee L. Pellegrino, RPR, CLR

```
 1  APPEARANCES:
 2  On behalf of Cuyahoga County:
        Plevin & Gallucci
 3      FRANK L. GALLUCCI, III, ESQ.
        55 Public Square.
 4      Suite 2222
        Cleveland, Ohio  44113-1901
 5      (216) 861-0804
        fgallucci@pglawyer.com
 6         - and -
        Thrasher, Dinsmore & Dolan
 7      LEO M. SPELLACY, JR., ESQ.
        1111 Superior Avenue, Suite 412
 8      Cleveland, Ohio  44114
        (216) 255-5434
 9      lspellacy@tddlaw.com
10  On behalf of Johnson & Johnson and Janssen
    Pharmaceuticals, Inc.:
11      Tucker Ellis LLP
        ERICA M. JAMES, ESQ.
12      950 Main Avenue
        Suite 1100
13      Cleveland, Ohio  44113-7213
        (216) 592-5000
14      erica.james@tuckerellis.com
15  On behalf of Walmart, Inc.
        Jones Day
16      BRANDY H. RANJAN, ESQ.
        325 John H. McConnell Boulevard
17      Suite 600
        Cleveland, Ohio  43215-2673
18      (614) 469-3939
        branjan@jonesday.com
19
20                      ~ ~ ~ ~ ~
21
22
23
24
25
```

```
 1   APPEARANCES, CONT'D:
 2   On behalf of Endo Pharmaceuticals, Inc., Endo
     Health Solutions, Inc., Par Pharmaceuticals,
 3   Inc. and Par Pharmaceutical Companies, Inc.:
        (Via Telephone)
 4      Baker Hostetler
        DOUGLAS A. SHIVELY, ESQ.
 5      Key Tower, 127 Public Square
        Cleveland, Ohio  44114-1214
 6      (216) 621-0200
        dshively@bakerhostetler.com
 7
     On behalf of Teva Pharmaceutical Industries:
 8      (Via Telephone)
        Morgan Lewis & Bockius LLP
 9      MAUREEN K. BARBER, ESQ.
        One Oxford Centre
10      Thirty Second Floor
        Pittsburgh, Pennsylvania  15219-6401
11      (412) 560-7455
        maureen.barber@morganlewis.com
12
     On behalf of Cardinal Health, Inc.:
13      Williams & Connolly LLP
        J. ANDREW KEYES, ESQ.
14      MONIKA ISIA JASIEWICZ, ESQ.
        725 12th Street NW
15      Washington, D.C.  20005
        (202) 434-5000
16      akeyes@cov.com
        ijasiewicz@wc.com
17
     On behalf of CVS Indiana, LLC and CVS Rx Services,
18   Inc.:
        Zuckerman Spaeder LLP
19      DANIEL P. MOYLAN, ESQ.
        100 East Pratt Street, Suite 2440
20      Baltimore, Maryland  21202-1031
        (410) 949-1159
21      dmoylan@zuckerman.com
22
                    ~ ~ ~ ~ ~
23
24
25
```

```
 1   APPEARANCES, CONT'D:
 2   On behalf of AmerisourceBergen Drug Corporation:
         (Via Telephone)
 3       Reed Smith LLP
         SHANA RUSSO, ESQ.
 4       136 Main Street, Suite 250
         Princeton Forrestal Village
 5       Princeton, New Jersey  08540
         (609) 987-0050
 6       srusso@reedsmith.com
 7
     ALSO PRESENT:  Joe VanDetta, Videographer
 8
 9                      ~ ~ ~ ~ ~
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1  TRANSCRIPT INDEX

2  APPEARANCES .................................2

3  INDEX OF EXHIBITS ...........................6

4  INDEX OF OBJECTIONS .........................8

5

6  EXAMINATION OF TERRENCE M. ALLAN:

7  BY MR. KEYES ...............................15

8  BY MS. JAMES ..............................284

9  BY MR. MOYLAN .............................299

10

11 AFTERNOON SESSION .........................157

12

13 REPORTER'S CERTIFICATE ....................307

14

15 EXHIBIT CUSTODY - RETAINED BY COURT REPORTER

16
17
18
19
20
21
22
23
24
25

Page 183

1  awareness.  Was there awareness in 2010 that
2  prescription drug abuse and overdose was a
3  public health problem in Cuyahoga County?
4           MR. GALLUCCI:  Object to form.
5      A.   The report details that it was an
6  issue, but I can't speak to the scope of it, as
7  I mentioned earlier.
8      Q.   I'm not asking about the scope of
9  it.  Was there awareness in 2010 that
10 prescription drug abuse and overdose was a
11 public health problem in Cuyahoga County?
12          MR. GALLUCCI:  Object to form.
13     A.   Yes.
14     Q.   In 2010 did Cuyahoga County have
15 other public health problems?
16          MR. GALLUCCI:  Object to form.
17     A.   Yes.
18     Q.   What were they?
19     A.   Well, we had longstanding issues
20 around -- in the community around -- issues
21 around inequity in health outcomes related to
22 things like chronic disease, like obesity,
23 asthma, heart disease, that have been
24 longstanding.  We were responding, as noted on
25 page 11.