Exhibit 2

Page 1

1                 IN THE UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF OHIO
2                          EASTERN DIVISION
3

        _____
4

        IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
5       OPIATE LITIGATION                Case No. 17-md-2804
6

        This document relates to:        Judge Dan
7                                        Aaron Polster
8       The County of Cuyahoga v. Purdue
        Pharma, L.P., et al.
9       Case No. 17-OP-45005
10      City of Cleveland, Ohio vs. Purdue
        Pharma, L.P., et al.
11      Case No. 18-OP-45132
12      The County of Summit, Ohio,
        et al. v. Purdue Pharma, L.P.,
13      et al.
        Case No. 18-OP-45090
14      _____
15
16
17               Deposition of Matthew Baeppler
18                      Cleveland, Ohio
19                     January 17, 2019
20                        9:05 a.m.
21
22
23
24      Reported by:  Bonnie L. Russo
25      Job No. 3191692

```
                                                          Page 2
 1       Deposition of Matthew Baeppler held at:

 2

 3

 4

 5                         Zashin & Rich Co. LPA

 6                         950 Main Avenue

 7                         4th Floor

 8                         Cleveland, Ohio

 9

10

11

12

13

14

15

16

17

18

19       Pursuant to Notice, when were present on behalf

20       of the respective parties:

21

22

23

24

25
```

```
                                                    Page  3
 1      APPEARANCES:
 2      On behalf of the City of Cleveland:
        DIANDRA S. DEBROSSE ZIMMERMANN, ESQ.
 3      ZARZAUR MUJUMDAR & DEBROSSE
        2332 2nd Avenue, North
 4      Birmingham, Alabama 35203
        205-983-7985
 5      fuli@zarzaur.com
 6
        On behalf of Walmart, Inc.
 7      CHRISTOPHER M. MCLAUGHLIN, ESQ.
        JONES DAY
 8      North Point
        901 Lakeside Avenue
 9      Cleveland, Ohio 44114
        216-586-3939
10      cmmclaughlin@jonesday.com
11
        On behalf of Endo Pharmaceuticals, Inc., Endo
12      Health Solutions, Inc., Par Pharmaceuticals,
        Inc. and Par Pharmaceutical Companies, Inc.:
13      GREGORY SCHINNER, ESQ.
        (Via Teleconference)
14      ARNOLD & PORTER
        601 Massachusetts Avenue, N.W.
15      Washington, D.C. 20001
        202-942-5000
16      gregory.schinner@arnoldporter.com
17
        On behalf of Teva Pharmaceutical Industries:
18      MORGAN LEWIS & BOCKIUS, LLP
        MAUREEN BARBER, ESQ.
19      One Oxford Centre
        Thirty Second Floor
20      Pittsburgh, Pennsylvania 15219
        412-560-7463
21
22
23
24
25
```

Page 4

1       APPEARANCES (CONTINUED):

2

        On behalf of McKesson Corporation:

3       NEIL K. ROMAN, ESQ.
        COVINGTON & BURLING, LLP

4       The New York Times Building
        620 Eighth Avenue

5       New York, New York 10018
        212-841-1221

6       nroman@cov.com
            -and-

7       ASEEM P. PADUKONE, ESQ.
        COVINGTON & BURLING, LLP

8       One Front Street
        San Francisco, California 94111

9       415-591-7059
        apadukone@cov.com

10

11

12

13

14

15

16

17

        Also Present:

18      Wesley Kretch, City of Cleveland, Assistant
        Director of Law

19

20

21

22

23

24

25

Page 5

1                    C O N T E N T S
2        EXAMINATION OF MATTHEW BAEPPLER          PAGE
3        BY MR. ROMAN                             8
4        BY MR. PADUKONE                          152
5        BY MR. McLAUGHLIN                        213
6        BY MS. BARBER                            219
7
8
9                      EXHIBITS
10       Exhibit 1    E-Mail Chain                36
                      dated 2-27-18
11                    CLEVE_000180822-827
12       Exhibit 2    E-Mail Chain                41
                      dated 5-24-18
13                    CLEVE_001477213-7218
14       Exhibit 3    E-Mail Chain                79
                      dated 6-22-17
15                    CLEVE_000189730
16       Exhibit 4    E-Mail Chain                85
                      dated 5-25-18
17                    CLEVE_000179751
18       Exhibit 5    Medical Examiner's          93
                      Office
19                    Heroin/Fentanyl/Cocaine
                      Related Deaths in
20                    Cuyahoga County
                      2017 January Update
21                    2-8-18
                      CLEVE_002231597-1607
22
         Exhibit 6    E-Mail dated 4-30-18        99
23                    CLEVE_000267011
24       Exhibit 7    E-Mail Chain                101
                      dated 2-26-18
25                    CLEVE_000267678

Page 6

1      EXHIBITS (CONTINUED):
2

       Exhibit 8    E-Mail dated 3-27-18            107
3                   CLEVE_001477582
4      Exhibit 9    E-Mail Chain                    111
                    dated 3-20-18
5                   CLEVE_002257384-385
6      Exhibit 10   Narcotics Realignment           116
                    11-25-12
7                   CLEVE_000011161-1163
8      Exhibit 11   Non-Fatal and Fatal Opioid      119
                    Overdoses
9                   CLEVE_000251552
10     Exhibit 12   Heroin Invests                  130
                    Fatals
11                  January 2017
                    CLEVE_001476069-6080
12

       Exhibit 13   Heroin Invests                  132
13                  Fatals
                    January 2018
14                  CLEVE_001476081-6092
15     Exhibit 14   E-Mail dated 1-5-18             134
                    CLEVE_000182046
16

       Exhibit 15   Letter dated 3-6-18             137
17                  CLEVE_000247906
18     Exhibit 16   Cleveland Division of           146
                    Police Anticipated Travel
19                  Expense Report
                    CLEVE_002366453-6461
20

       Exhibit 17   E-Mail Chain                    149
21                  dated 5-10-18
                    Attachment
22                  CLEVE_000366813-875
23     Exhibit 18   E-Mail Chain                    160
                    dated 4-19-18
24                  CLEVE_000267663
25

Page 7

1    EXHIBITS (CONTINUED):
2
     Exhibit 19   5th District Vice Unit          166
3                 District Support
                  Monthly Statistics
4                 November 2013
                  CLEVE_002371733
5
     Exhibit 20   E-Mail Chain                    179
6                 dated 2-7-18
                  CLEVE_000267609
7
     Exhibit 21   E-Mail Chain                    183
8                 dated 3-8-18
                  CLEVE_000267423
9
     Exhibit 22   E-Mail Chain                    190
10                dated 3-28-18
                  CLEVE_000267124
11
     Exhibit 23   E-Mail Chain                    194
12                dated 3-29-18
                  Attachment
13                CLEVE_002231621
14   Exhibit 24   E-Mail dated 3-7-18             198
                  CLEVE_000267426-429
15
     Exhibit 25   Event Summary                   205
16                CLEVE_000251274-283
17   Exhibit 26   Cleveland Police                211
                  Narcotics Unit
18                Compliance Case Tracker
                  CLEVE_000345261-268
19
20
21
22
23
24
25   (Exhibits included with transcript.)

Page 54

1    counterfeit pills.  In my experience, we've

2    only just recently seen counterfeit pills.  And

3    that's -- that's been a new trend.

4         Q.    Starting when, do you think?

5         A.    In my experience, in the last year,

6    that I've personally seen them.

7         Q.    In your mind, when did the opioid

8    epidemic begin?

9         A.    I'm going to say in the -- sometime

10   in the 2000 -- we started -- we started to see

11   a real problem in about 2008, 2009.  And it got

12   progressively worse.

13            And I base that on -- when I started

14   in the narcotics unit, we dealt almost ex -- it

15   was almost all crack or crack cocaine and

16   cocaine in forms almost exclusively.  Within a

17   matter of six years or so, it switched to -- it

18   like literally flip flopped into now everyone's

19   selling heroin, dealer-wise.

20            So we'd have the same dealer that I

21   dealt with, you know, in let's say 2008; and in

22   2015 now -- you know, in 2008 he's selling

23   crack and cocaine.  Now he's selling crack and

24   heroin or just heroin.

25        Q.    Do you have a sense of what caused