Exhibit 4

Page 1

1           UNITED STATES DISTRICT COURT
2            NORTHERN DISTRICT OF OHIO
3                 EASTERN DIVISION
4              ~~~~~~~~~~~~~~~~~~~~~
5  IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
   OPIATE LITIGATION
6                                   Case No.
                                    17-md-2804
7
                                    Judge Dan Aaron
8                                   Polster
9  This document relates to:
10 The County of Cuyahoga v. Purdue Pharma, et
   al., Case No. 17-OP-45004
11
   City of Cleveland, Ohio v. Purdue Pharma L.P.,
12 et al., Case No. 18-OP-45132
13 The County of Summit, Ohio, et al. v. Purdue
   Pharma L.P., et al., Case No. 18-OP-45090
14
               ~~~~~~~~~~~~~~~~~~~~~
15
16
              Videotaped Deposition of
17                  SHANE BARKER
18               November 28, 2018
                    9:03 a.m.
19
20                   Taken at:
21            Sheraton Suites Akron
          1989 Front Street - Summit Room
22              Cuyahoga Falls, Ohio
23
24
25         Stephen J. DeBacco, RPR

```
 1   APPEARANCES:
 2
         On behalf of the City of Akron and Summit
 3       County:
 4           Motley Rice LLC, by
             TOPE O. LEYIMU, ESQ.
 5           JAMES W. LEDLIE, ESQ.
             28 Bridgeside Boulevard
 6           Mt. Pleasant, South Carolina 29464
             (843) 216-9107
 7           tleyimu@motleyrice.com
             (843) 216-9252
 8           jledlie@motleyrice.com
 9
10       On behalf of McKesson Corporation:
11           Covington & Burling LLP, by
             LAURA FLAHIVE WU, ESQ.
12           One CityCenter
             850 Tenth Street, Northwest
13           Washington, D.C. 20001-4956
             (202) 662-5982
14           lflahivewu@cov.com
15           -and-
16           Covington & Burling, LLP, by
             RUSSELL M. SQUIRE, ESQ.
17           The New York Times Building
             620 Eighth Avenue
18           New York, New York 10018-1405
             (212) 841-1105
19           rsquire@cov.com
20                 ~ ~ ~ ~ ~
21
22
23
24
25
```

```
 1   APPEARANCES, Continued:
 2
 3        On behalf Endo Health Solutions, Inc.,
          and Endo Pharmaceuticals, Inc., and Par
 4        Pharmaceuticals:
 5             Arnold & Porter, by
               SAMUEL N. LONERGAN, ESQ.
 6             250 West 55th Street
               New York, New York 10019-9710
 7             (212) 836-7591
               samuel.lonergan@arnoldporter.com
 8
 9        On behalf of AmerisourceBergen Drug
          Corporation:
10
               Jackson Kelly, PLLC, by
11             SANDRA K. ZERRUSEN, ESQ.
               50 South Main Street, Suite 201
12             Akron, Ohio 44308
               (330) 252-9060
13             skzerrusen@jacksonkelly.com
14
          On behalf of Cardinal Health:
15
               Porter Wright Morris & Arthur, LLP,
16             by
               SARA C. SCHIAVONE, ESQ.
17             41 South High Street
               Suite 2800-3200
18             Columbus, Ohio 43215-6194
               (614) 227-1994
19             sschiavone@porterwright.com
20
          On behalf of Prescription Supply, Inc.
21
               Pelini, Campbell & Williams, LLC, by
22             WILLIAM M. SHACKELFORD, ESQ.
               Bretton Commons - Suite 400
23             8040 Cleveland Avenue Northwest
               North Canton, Ohio 44720
24             (330) 305-6400, ext. 145
               wms@pelini-law.com
25                  ~ ~ ~ ~ ~
```

```
                                                         Page 4

 1    APPEARANCES, Continued:
 2
            On behalf of Walmart, Inc.:
 3
                 Jones Day, by
 4               KRISTIN S.M. MORRISON, ESQ.
                 North Point
 5               901 Lakeside Avenue
                 Cleveland, Ohio 44114-1190
 6               (216) 586-7375
                 kmorrison@jonesday.com
 7
 8          On behalf of Cephalon, Inc.; Teva
            Pharmaceuticals USA, Inc.; Actavis, LLC;
 9          Actavis Pharma, Inc. f/k/a Watson Pharma,
            Inc.; and Watson Laboratories, Inc., via
10          teleconference:
11               Morgan, Lewis & Bockius LLP, by
                 LILY G. BECKER, ESQ.
12               1701 Market Street
                 Philadelphia, PA 19103-2921
13               (215) 963-5055
                 lily.becker@morganlewis.com
14
                       ~ ~ ~ ~ ~
15
16
17
18
19
20
21
22
23
24
25
```

1  TRANSCRIPT INDEX
2
3  APPEARANCES................................    2
4
5  INDEX OF EXHIBITS .........................    6
6
7  EXAMINATION OF SHANE BARKER
8  By Ms. Wu..................................   16
9  By Mr. Squire..............................  167
10 By Ms. Wu..................................  237
11 By Mr. Lonergan............................  308
12 By Ms. Morrison............................  337
13
14 REPORTER'S CERTIFICATE.....................  359
15
16 EXHIBIT CUSTODY
17 EXHIBITS RETAINED BY THE COURT REPORTER

Page 76

1  we're starting to see more pills on the road.
2      Q.   When you say pills, what particular
3  types of pills are you referencing?
4      A.   Oxycodone seems to be one always
5  sticking out in my mind, and we talked about
6  the burglaries and that type of stuff.
7      Q.   Where would we look to identify
8  events involving oxycodone during this period,
9  2007 to 2008, that you've just referenced?
10          MR. LEDLIE:  Object to the form of
11  the question.
12          You can answer.
13     A.   Not real sure where you could look
14  other than going through our incident reports
15  from that time frame.
16     Q.   Are there any other pills, other
17  than oxycodone, that you recall encountering
18  during this time period?
19     A.   I don't have any recollection of
20  other than that.
21     Q.   What was the nature of the law
22  enforcement encounters involving oxycodone
23  during this period, 2008 to 2009?
24          MR. LEDLIE:  Object to the form of
25  the question.

Page 77

1    A.    We were starting to see pills that
2  were being stolen, started to see more of that
3  on -- when I was assigned to the patrol
4  division as a lieutenant.
5    Q.    From what sources were pills -- and
6  I believe you mean oxycodone -- being stolen?
7    A.    They would get them from family
8  members. They would steal them in the course
9  of a -- of a burglary, from pharmacies, things
10  were being taken. A variety of places where
11  people would try to dig up the pills.
12    Q.    Were you personally involved in
13  investigating the reasons for an increase in
14  the number of law enforcement encounters
15  involving oxycodone during this period, 2008 to
16  2009?
17    A.    No, that wouldn't have been my
18  assignment. It was to supervise the ongoing
19  situation on the road at the time.
20    Q.    Do you know if the Summit County
21  Sheriff's Department undertook any efforts to
22  investigate the reasons for the increase in the
23  number of law enforcement encounters involving
24  oxycodone during this period, 2008 to 2009?
25    MR. LEDLIE: Object to the form of