Exhibit 5

Page 1

1 UNITED STATES DISTRICT COURT
2 NORTHERN DISTRICT OF OHIO
3 EASTERN DIVISION
4
5 ~~~~~~~~~~~~~~~~~~~~~
6
7 IN RE: NATIONAL PRESCRIPTION    MDL No. 2804
OPIATE LITIGATION
8                                 Case No.
                                17-md-2804
9
                                Judge Dan Aaron
10                               Polster
11 This document relates to:
12 The County of Summit, Ohio, et al. v. Purdue
Pharma L.P., et al.
13
Case No. 18-OP-45090 (N.D. Ohio)
14
15
~~~~~~~~~~~~~~~~~~~~~
16
Videotaped Deposition of
17
TONYA BLOCK
18
November 14, 2018
19        9:00 a.m.
20
21
Taken at:
22
Brennan Manna & Diamond
23        75 East Market Street
Akron, Ohio
24
25      Stephen J. DeBacco, RPR

```
 1   APPEARANCES:
 2
          On behalf of the City of Akron, Summit
 3        County, and the Witness:
 4             Motley Rice LLC, by
               ANNE MCGINNESS KEARSE, ESQ.
 5             NATALIE DEYNEKA, ESQ.
               28 Bridgeside Boulevard
 6             Mt. Pleasant, South Carolina 29464
               (843) 216-9140
 7             akearse@motleyrice.com
               (843) 216-9343
 8             ndeyneka@motleyrice.com
 9
          On behalf of Johnson & Johnson and
10        Janssen Pharmaceuticals, Inc.:
11             Tucker Ellis, LLP, by
               TARIQ M. NAEEM, ESQ.
12             ZACHARY J. ADAMS, ESQ.
               950 North Main Avenue, Suite 1100
13             Cleveland, Ohio 44113-7213
               (216) 696-3675
14             tariq.naeem@tuckerellis.com
               (216) 696-5474
15             zachary.adams@tuckerellis.com
16
          On behalf of Walmart, Inc.:
17
               Jones Day, by
18             SHIRLETHIA V. FRANKLIN, ESQ.
               51 Louisiana Avenue Northwest
19             Washington D.C. 20001-2113
               (202) 879-3939
20             sfranklin@jonesday.com
21                   ~ ~ ~ ~ ~
22
23
24
25
```

```
                                                     Page 3
 1   APPEARANCES, Continued:
 2
          On behalf of AmerisourceBergen:
 3
                Reed Smith LLP, by
 4              STEVEN J. BORANIAN, ESQ.
                101 Second Street, Suite 1800
 5              San Francisco, California 94105
                (415) 659-5980
 6              sboranian@reedsmith.com
 7
          On behalf of Cephalon, Inc.; Teva
 8        Pharmaceuticals USA, Inc.; Actavis, LLC;
          Actavis Pharma, Inc. f/k/a Watson Pharma,
 9        Inc.; and Watson Laboratories, Inc., via
          teleconference:
10
                Morgan, Lewis & Bockius LLP, by
11              PAMELA HOLLY, ESQ.
                101 Park Avenue
12              New York, New York 10178-0060
                (212) 309-6864
13              pamela.holly@morganlewis.com
14
          On behalf of Prescription Supply, Inc.,
15        via teleconference:
16              Pelini, Campbell & Williams, LLC, by
                PAUL B. RICARD, ESQ.
17              Bretton Commons - Suite 400
                8040 Cleveland Avenue Northwest
18              North Canton, Ohio 44720
                (330) 305-6400, ext. 129
19              pbricard@pelini-law.com
20
                        ~ ~ ~ ~ ~
21
22
23
24
25
```

```
                                                    Page 4

 1   APPEARANCES, Continued:
 2
           Oh behalf of Cardinal Health, Inc., via
 3         teleconference:
                Williams & Connolly LLP, by
 4              A. JOSHUA PODOLL, ESQ.
                725 Twelfth Street Northwest
 5              Washington, D.C. 20005
                (202) 434-5092
 6              apodoll@wc.com
 7
                      ~ ~ ~ ~ ~
 8
 9
     ALSO PRESENT:
10
                Henry Stieglitz, Motley Rice
11
                Luke Porter, Reed Smith (via
12              Veritext Virtual)
13              Delbert Tran, Covington & Burling
                (via Veritext Virtual)
14
                Jim Torok, Legal Videographer
15
                      ~ ~ ~ ~ ~
16
17
18
19
20
21
22
23
24
25
```

Page 5

TRANSCRIPT INDEX

APPEARANCES................................. 2

INDEX OF EXHIBITS .......................... 6

EXAMINATION OF TONYA BLOCK
By Mr. Naeem............................... 12
By Mr. Boranian............................ 211
By Ms. Franklin............................ 262
By Ms. Kearse.............................. 283
By Mr. Naeem............................... 295

REPORTER'S CERTIFICATE..................... 311

EXHIBIT CUSTODY
EXHIBITS RETAINED BY THE COURT REPORTER

Page 241

1   specifically we are witnessing an increase in
2   the overprescribing and/or diversion of
3   opiate-based medications."
4             Is that what it says?
5        A.   Yes, it does.
6        Q.   Was there an opiate epidemic in
7   Summit County in June of 2012?
8             MS. KEARSE:  Object to form.
9        A.   That is certainly the term that was
10  being used at the time, and since then.
11       Q.   And at the time you were the
12  director of community health, right?
13       A.   I was, but this was not generated
14  from my office or the health district.  This
15  was generated by the ADM Board.
16       Q.   Correct.
17       A.   Yes.
18       Q.   And you forwarded it to other
19  people, right?
20       A.   Yes, my staff.
21       Q.   And the ADM Board issued this
22  community plan identifying an opiate epidemic
23  within Summit County as a challenge in June of
24  2012, correct?
25       A.   I don't know what you mean by "as a