Exhibit 6

Page 1

```
 1              IN THE UNITED STATES COURT
 2               NORTHERN DISTRICT OF OHIO
 3                    EASTERN DIVISION
 4             ~~~~~~~~~~~~~~~~~~
 5    IN RE:  NATIONAL PRESCRIPTION
 6    OPIATE LITIGATION,              MDL No. 2804
 7                                    Case No. 17-md-2804
 8                                    Judge Dan Polster
 9    This document relates to:
10    The County of Summit, Ohio et al. v.
      Purdue Pharma L.P., et al.
11    Case No. 17-OP-45004
12    The County of Cuyahoga v.
      Purdue Pharma L.P., et al.
13    Case No. 18-OP-45090
14    City of Cleveland, Ohio v.
      Purdue Pharma L.P., et al.
15    Case No. 18-OP-45132
16             ~~~~~~~~~~~~~~~~~~
17
18       VIDEOTAPED DEPOSITION OF VINCENT CARAFFI
19       Wednesday, January 23, 2019, at 9:07 a.m.
20                   Cleveland, Ohio
21
22
23    Reported by:
24    Paula Raskin, CSR-4757
25    Ref. No. 3202797
```

Page 2

1                          -oOo-

2

3              On Wednesday, November 19, 2018,

4     commencing at approximately 9:07 a.m., the

5     videotaped deposition of VINCENT CARAFFI, taken

6     by Counsel for the Defendants, was held at the

7     offices of Kelley & Ferraro, Ernst & Young

8     Tower, 950 Main Avenue, Suite 1300, Cleveland,

9     Ohio, before and stenographically reported by

10    Paula S. Raskin, CSR-4757, Notary Public.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1      APPEARANCES:
 2
 3      On behalf of Cuyahoga County and the Witness:
 4              SCOTT ELLIOT SMITH LPA
 5              5003 Horizons Drive, Suite 101
 6              Columbus, Ohio 43220
 7              (614) 486-4987
 8         BY:  SCOTT ELLIOT SMITH, ESQ.
 9
10      On behalf of Cardinal Health:
11              WILLIAMS & CONNOLLY LLP
12              725 Twelfth Street NW
13              Washington, DC 20005
14              (202) 434-5000
15         BY:  PAUL E. BOEHM, ESQ.
16              pboehm@wc.com
17         BY:  MELINDA K. JOHNSON, ESQ.
18              mkjohnson@wc.com
19
20
21
22
23
24
25
```

```
                                                      Page 4
 1       APPEARANCES (Cont.):
 2
 3       On behalf of the Teva Defendants
 4                MORGAN LEWIS & BOCKIUS LLP
 5                One Oxford Centre, Floor 32
 6                Pittsburgh, Pennsylvania 15219
 7                (412) 560-7455
 8           BY:  WENDY WEST FEINSTEIN, ESQ.
 9                wendy.feinstein@morganlewis.com
10       -and-
11                MORGAN LEWIS & BOCKIUS LLP
12                77 West Wacker Drive
13                Chicago, Illinois 60601
14                (312) 324-1492
15           BY:  ZACHARY LAZAR, ESQ. (Via Phone)
16                zachary.lazar@morganlewis.com
17
18       On behalf of Johnson & Johnson and
19       Janssen Pharmaceuticals
20                TUCKER ELLIS LLP
21                950 Main Avenue, Suite 1100
22                Cleveland, Ohio 44113
23                (216) 696-3921
24           BY:  CLIFFORD MENDELSOHN, ESQ.
25                clifford.mendelsohn@tuckerellis.com
```

Page 5

1  APPEARANCES (Cont.):
2
3  On behalf of Walmart
4          JONES DAY
5          901 Lakeside Avenue E
6          Cleveland, Ohio 44114
7          (216) 586-3939
8      BY: ADAM HOLLINGSWORTH, ESQ.
9          ahollingsworth@jonesday.com
10
11 On behalf of Rite-Aid
12         MORGAN LEWIS & BOCKIUS LLP
13         1000 Louisiana Street, Suite 4000
14         Houston, Texas 77002
15         (713) 890-5472
16     BY: JAMES A. NORTEY II, ESQ.
17         james.nortey@morganlewis.com
18
19 On behalf of AmerisourceBergen:
20         JACKSON KELLY PLLC
21         500 Lee Street East, Suite 1600
22         Charleston, West Virginia 25301
23         (304) 340-1018
24     BY: JILL McINTYRE, ESQ. (Via Phone)
25         jmcintyre@jacksonkelly.com

Page 6

1  APPEARANCES (Cont.):
2
3  On behalf of McKesson:
4          COVINGTON & BURLING
5          One CityCenter
6          850 Tenth Street, NW
7          Washington, DC 20001
8          (202) 662-6000
9     BY:  MICHELLE L. YOCUM, ESQ. (Via Phone)
10         myocum@cov.com
11
12 Appearing on behalf of the Endo Defendants
13         BAKER & HOSTETLER LLP
14         Key Tower, 127 Public Square
15         Suite 2000
16         Cleveland, Ohio 44114
17         (216) 621-0200
18    BY:  RUTH E. HARTMAN, ESQ. (Via Phone)
19         rhartman@bakerlaw.com
20
21
22 ALSO PRESENT:
23     Gil Whitney - Video Technician
24
25

```
                                                            Page 7
 1                    E X A M I N A T I O N S
 2
 3
 4   WITNESS                                                  PAGE
 5   VINCENT CARAFFI
 6   EXAMINATION BY MR. BOEHM:                                  12
 7   EXAMINATION BY MS. FEINSTEIN:                             350
 8   EXAMINATION BY MR. NORTEY:                                358
 9
10
11                      E X H I B I T S
12
13    NUMBER              DESCRIPTION                         PAGE
14    EXHIBIT 1   Caraffi Resumè                                29
15    EXHIBIT 2   Cuyahoga County Board of Health               65
16                Organizational Chart
17    EXHIBIT 3   E-Mail String                                138
18    EXHIBIT 4   E-Mail String - Caraffi to Delos Reyes -     150
19                Subject: Heroin Deaths and Legal
20                Prescriptions
21    EXHIBIT 5   Cuyahoga County Board of Health 2010         163
22                Annual Report
23    EXHIBIT 6   Ohio Prescription Drug Abuse Task Force -    191
24                Presented to Governor Strickland and the
25                Ohio General Assembly
```

Page 8

1    EXHIBIT 7     Ohio's Drug Epidemic: Contributing         221
2                  Factors and Ongoing Prevention Efforts
3    EXHIBIT 8     E-Mail String                              270
4    EXHIBIT 9     E-Mail String - Subject: Heroin Action     299
5                  Plan and More
6    EXHIBIT 10    Drug-Related Emergency Room Visits         316
7                  January 1 - September 30, 2016
8    EXHIBIT 11    Memo - January 16th, 2018 - Meeting        333
9                  between Vince Caraffi, Najeebah Shine,
10                 and Annie Dunham

12              (Exhibits attached to transcript.)

Page 54

1        MR. SMITH:  Objection; form.
2    A.   Based upon my conversations with
3 other individuals who would be able to answer
4 that question, whether it be data, whether it be
5 information based upon the increase in service
6 providers as individuals who needing treatment,
7 I can't answer that question.
8        My role as a chair of the Cuyahoga
9 County Board of Health is to facilitate a local
10 collaborative.  I do not have a background in
11 substance abuse.  I can't answer that question.
12    Q.   Mr. Caraffi, I'm not asking you to be
13 an expert.  I'm asking you factual knowledge
14 that you have had and have here today, so I want
15 to be very clear about that.
16    A.   I understand.
17    Q.   And we know that you were the chair
18 of the Cuyahoga County Opiate Task Force, right?
19    A.   Correct.
20    Q.   And you took that position in 2010,
21 right?
22    A.   Correct.
23    Q.   And over the course of the years that
24 you've been in that position, you've presented
25 on the nature and scope of the opiate -- opiate

Page 158

1          MR. SMITH:  Objection; form.
2      A.   I don't recall a specific date.
3      Q.   You don't need to identify a specific
4  date.  That would be really hard, if not
5  impossible.
6           Can you generally say when you first
7  recall having heard that the worrisome trends
8  that we've talked about earlier today related to
9  abuse of opioids and overdoses might have been
10 driven by the increased prescribing by licensed
11 physicians of prescription opioid medications?
12          MR. SMITH:  Objection; form.
13     A.   2009 report from the Ohio Department
14 of Health.
15     Q.   Do you remember the name of that
16 report?
17          MR. SMITH:  Objection; form.
18     A.   I do not off the top of my head.
19     Q.   Does the Cuyahoga County Board of
20 Health prepare and issue to the public an annual
21 report?
22          MR. SMITH:  Objection; form.
23     A.   An organizational annual report, yes,
24 it does.
25     Q.   For how long has the Cuyahoga County

Page 166

```
 1    spelling and grammar, would you have reviewed
 2    this section for substantive content and
 3    accuracy?
 4              MR. SMITH:  Objection; form.
 5         A.   Yes.
 6         Q.   This 2010 annual report indicates
 7    that there was an alarming trend in Ohio -- I'm
 8    looking in the very first sentence.
 9         A.   Uh-huh.
10         Q.   -- in terms of an increase in
11    prescription drug abuse and overdose.  Do you
12    see that?
13         A.   I do.
14         Q.   And then it references this campaign
15    that we talked about earlier, "Prescription for
16    Prevention: Stop the Epidemic."  Do you see
17    that?
18         A.   I do.
19         Q.   Is that an Ohio Department of Health
20    campaign?
21              MR. SMITH:  Objection; form.
22         A.   Yes.
23         Q.   Did Cuyahoga County Board of Health
24    have some role with respect to the Ohio
25    Department of Health campaign entitled
```

1    "Prescription for Prevention: Stop the
2    Epidemic"?
3            A.    Yes.
4            Q.    What was CCBH's role with respect to
5    this particular campaign?
6                 MR. SMITH:  Objection; form.
7            A.    I mentioned to you earlier it was the
8    relationship with ODH and I think it was
9    FleishmanHillard to create awareness in Cuyahoga
10   County about the possibilities or which
11   currently taking place in Ohio as it related to
12   the opioid epidemic.
13           Q.    It's obviously referenced in a 2010
14   report.
15                Do you know if this campaign had
16   already been launched prior to 2010?
17           A.    Yes.  This -- we talked about this
18   morning it was 2009 or 2010 when the
19   Prescription for Prevention came out.
20           Q.    With respect to the term "epidemic"
21   that is in the title of this campaign, what is
22   your understanding about what the word
23   "epidemic" refers to in this context?
24           A.    I would say an increase in morbidity
25   or mortality related to infectious disease or