Exhibit 7

Page 1

1        IN THE UNITED STATES COURT
2         NORTHERN DISTRICT OF OHIO
3            EASTERN DIVISION
4
5          ~~~~~~~~~~~~~~~~~~~~
6  IN RE:  NATIONAL PRESCRIPTION    MDL NO. 2804
7  OPIATE LITIGATION
8                                  Case No. 17-mdl-2804
9
10                                 Judge Dan Aaron Polster
11  This document relates to:
12
13  City of Cleveland, Ohio v. Purdue Pharma L.P.,
14  et al.,
15  Case No. 1:18-OP-45132
16
17          ~~~~~~~~~~~~~~~~~~~~
18         Videotaped deposition of
19            MICHAEL CONNELLY
20           November 7, 2018
21              9:05 a.m.
22             Taken at:
           Zashin & Rich
         950 Main Avenue
23        Cleveland, Ohio
24       Wendy L. Klauss, RPR
25

```
 1    APPEARANCES:
 2
 3         On behalf of the City of Cleveland and
           the Witness and the Plaintiffs' Executive
 4         Committee (MDL)Plaintiff:
               Zarzaur Mujumdar & Debrosse
 5             DIANDRA DEBROSSE ZIMMERMANN, ESQ.
               2332 2nd Avenue North
 6             Birmingham, AL   35203
               (205) 983-7985
 7             Fuli@zarzaur.com
                       -AND-
 8             The City of Cleveland.
               ELENA BOOP, ESQ.
 9             601 Lakeside Avenue, Room 106
               Cleveland, OH    44114
10             (216) 664-3727
               Eboop@city.cleveland.oh.us
11                      -AND-
               Zashin & Rich
12             AMI J. PATEL, ESQ.
               950 Main Avenue, 4th Floor
13             Cleveland, OH    44113
               (216) 696-4441
14             Ajp@zrlaw.com
15         On behalf of Distributor Defendant
           McKesson Corporation, Co-Liaison Counsel
16         for the Distributor Defendants:
               Covington & Burling LLP
17             SONYA D. WINNER, ESQ.
               One Front Street
18             San Francisco, CA    94111-5356
               (415) 591-6000
19             Swinnner@cov.com
                       -AND-
20             ANNA Q. HAN, ESQ.
               One City Center
21             850 Tenth Street, NW
               Washington, DC    20001-4956
22             (202) 662-6000
               Ahan@cov.com
23
24
25
```

```
                                                              Page 3
 1     APPEARANCES, Continued:
 2          On behalf of Endo Health Solutions, Inc.,
            Endo Pharmaceuticals Inc., Par
 3          Pharmaceutical, Inc., and Par
            Pharmaceutical Companies, Inc.,(FKA Par
 4          Pharmaceutical Holdings, Inc.)
                 Arnold & Porter
 5               D. ERIC SHAPLAND, ESQ.
                 777 South Figueroa Street, 44th Floor
 6               Los Angeles, CA   90017-5844
                 (213) 243-4000
 7               Eric.shapland@arnoldporter.com
 8          On behalf of Rite Aid of Maryland:
                 Morgan Lewis
 9               JOHN P. LAVELLE, JR., ESQ.
                 1701 Market Street
10               Philadelphia, PA   19103-2921
                 (215) 963-4842
11               John.lavelle@morganlewis.com
12          On behalf of Cardinal Health, Inc.,
            Co-Liaison Counsel for the Distributor
13          Defendants:
                 Williams & Connolly LLP
14               JOEL S. JOHNSON, ESQ.
                 725 Twelfth Street, N.W.
15               Washington, DC   20005
                 (202) 434-5000
16               Jjohnson@wc.com
17          On behalf of Prescription Supply, Inc.:
                 Pelini, Campbell & Williams, LLC
18               Gianna M. Calzola-Helmick, ESQ.
                 Bretton Commons
19               8040 Cleveland Avenue NW, Suite 400
                 North Canton, OH   44720
20               (330) 305-6400
                 Giannac@pelini-law.com
21
            On behalf of Walmart Inc. F/K/A Wal-Mart
22          Stores, Inc.:
                 Jones Day
23               KRISTIN S. M. MORRISON, ESQ.
                 North Point
24               901 Lakeside Avenue East
                 Cleveland, OH   44114-1190
25               (216) 586-3939
                 Kmorrison@jonesday.com
```

```
                                                       Page 4
 1    APPEARANCES, Continued:
 2         On behalf of Johnson & Johnson and
           Janssen Pharmaceuticals, Inc.:
 3              Tucker Ellis, LLP
                JENNIFER L. STEINMETZ, ESQ.
 4              950 Main Avenue, Suite 1100
                Cleveland, OH   44113
 5              (216) 592-5000
                Jennifer.steinmetz@tuckerellis.com
 6
           On behalf of Teva Pharmaceutical
 7         Industries Ltd.:
                Morgan Lewis, LLP
 8              THEODORE DAYNO, ESQ,
                600 Anton Boulevard, Suite 1800
 9              Costa Mesa, CA   92626-7653
                (714) 830-0600
10              Theodore.dayno@morganlewis.com
11         On behalf of Distributor
           AmerisourceBergen Drug Corporation,
12         Co-Liaison Counsel for the Distributor
           Defendants:
13              Jackson Kelly PLLC
     `          GRETCHEN M. CALLAS, ESQ.
14              500 Lee Street East, Suite 1600
                Charleston, WV   25301-3202
15              (304) 340-1169
                Gcallas@jacksonkelly.coml
16
           On behalf of Defendant Mallinckrodt LLC:
17              Ropes & Gray
                HAYDEN MILLER, ESQ.
18              1211 Avenue of the Americas
                New York, NY   10036
19              (212) 596-9451
                Hayden.miller@ropesgray.com
20                    ~ ~ ~ ~ ~
     ALSO PRESENT:
21              Kurt Henschel, Videographer
22                    ~ ~ ~ ~ ~
23
24
25
```

1              TRANSCRIPT INDEX
2     APPEARANCES:............................    2
3     INDEX OF EXHIBITS ......................    6
4     EXAMINATION OF MICHAEL CONNELLY
      By Ms. Winner...........................   14
5     By Mr. Shapland.........................  269
      By Mr. Lavelle..........................  321
6
      REPORTER'S CERTIFICATE..................  338
7

      EXHIBIT CUSTODY
8     EXHIBITS RETAINED BY COURT REPORTER
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 209

1  opioids?
2         MS. ZIMMERMANN: Object to form.
3  You may answer.
4     A.  I would say the people that we are
5  dealing with now are dealing with illicitly
6  obtained opioids, as opposed to legally
7  obtained opioids.
8     Q.  How long have you been aware of
9  opioids being a problem, a significant problem
10 in Cleveland?
11    A.  Well, I was aware of the pill
12 opioid problem, which I've been aware of for
13 years, but eventually that transferred into the
14 heroin problem, which is causing all these
15 fatalities and overdoses so...
16    Q.  Well, let me break it down. When
17 do you think you first became aware of there
18 being a significant prescription opioid
19 problem?
20    A.  During my time in the narcotics
21 unit is when I really became aware of more of
22 the prescription opioid problem. So 2006,
23 2007, 2008 maybe.
24    Q.  And then the heroin problem then
25 escalated later than that?