Exhibit 8

Page 1

```
 1            UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF OHIO
 3                 EASTERN DIVISION
 4          ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
 5   IN RE:  NATIONAL PRESCRIPTION   MDL No. 2804
     OPIATE LITIGATION
 6                              Case No.
                                17-md-2804
 7
                                Judge Dan Aaron
 8                              Polster
 9   This document relates to:
10   The County of Cuyahoga v. Purdue Pharma, et
     al., Case No. 17-OP-45004
11
     City of Cleveland, Ohio v. Purdue Pharma L.P.,
12   et al., Case No. 18-OP-45132
13   The County of Summit, Ohio, et al. v. Purdue
     Pharma L.P., et al., Case No. 18-OP-45090
14
               ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
15
16
               Videotaped Deposition of
17                   GERALD CRAIG
18               January 11, 2018
                     9:12 a.m.
19
20                   Taken at:
21             Jackson Kelley, PLLC
          50 South Main Street, Suite 201
22                 Akron, Ohio
23
24
25          Stephen J. DeBacco, RPR
```

```
                                              Page 2
 1    APPEARANCES:
 2
 3         On behalf of the City of Akron, Summit
           County, and the Witness:
 4
                  Motley Rice LLC, by
 5                ANNE MCGINNESS KEARSE, ESQ.
                  JODI WESTBROOK FLOWERS, ESQ.
 6                ANNIE E. KOUBA, ESQ.
                  DANIELLE M. SALERNO, ESQ.
 7                28 Bridgeside Boulevard
                  Mt. Pleasant, South Carolina 29464
 8                (843) 216-9140
                  akearse@motleyrice.com
 9                (843) 216-9163
                  jflowers@motleyrice.com
10                (843) 216-9225
                  akouba@motleyrice.com
11                (843) 216-9461
                  dsalerno@motleyrice.com
12
13
           On behalf of Cardinal Health:
14
                  Williams & Connolly, by
15                PAUL E. BOEHM, ESQ.
                  MELINDA JOHNSON, ESQ.
16                Williams & Connolly LLP
                  725 Twelfth Street Northwest
17                Washington, D.C. 20005
                  (202) 434-5366
18                pboehm@wc.com
                  (202) 434-5181
19                mkjohnson@wc.com
20                     ~ ~ ~ ~ ~
21
22
23
24
25
```

Page 3

1    APPEARANCES, Continued:
2
3         On behalf of Cephalon, Inc.; Teva
          Pharmaceuticals USA, Inc.; Actavis, LLC;
          Actavis Pharma, Inc. f/k/a Watson Pharma,
4         Inc.; and Watson Laboratories, Inc.:
5              Morgan, Lewis & Bockius LLP, by
               WENDY WEST FEINSTEIN, ESQ.
6              One Oxford Centre, 32nd Floor
               Pittsburgh, Pennsylvania 15219-6401
7              (412) 560-7455
               wendy.feinstein@morganlewis.com
8
9         On behalf of Endo Health Solutions, Inc.,
          and Endo Pharmaceuticals, Inc.:
10
               Baker Hostetler, by
11             CAROLE S. RENDON, ESQ.
               Key Tower
12             127 Public Square, Suite 2000
               Cleveland, Ohio 44114-1214
13             (216) 861-7420
               crendon@bakerlaw.com
14
15        On behalf of Johnson & Johnson and
          Janssen Pharmaceuticals, Inc.:
16
               Tucker Ellis, LLP, by
17             BRENDA A. SWEET, ESQ.
               950 North Main Avenue, Suite 1100
18             Cleveland, Ohio 44113
               (216) 696-2493
19             brenda.sweet@tuckerellis.com
20                  ~ ~ ~ ~ ~
21
22
23
24
25

```
                                              Page 4
 1    APPEARANCES, Continued:
 2
 3         On behalf of CVS Rx Services, Inc., and
           CVS Indiana, LLC:
 4
                Zuckerman Spaeder LLP, by
 5              DANIEL P. MOYLAN, ESQ.
                100 East Pratt Street, Suite 2440
 6              Baltimore, Maryland 21202-1031
                (410) 949-1159
 7              dmoylan@zuckerman.com
 8
           On behalf of Walmart, Inc.:
 9
                Jones Day, by
10              MEREDITH C. KINCAID, ESQ.
                1420 Peachtree Street Northeast
11              Suite 800
                Atlanta, Georgia 30309-3053
12              (404) 581-8043
                mkincaid@jonesday.com
13
14         On behalf of Cardinal Health, via
           Teleconference:
15
                Williams & Connolly, LLP, by
16              BRAD MASTERS, ESQ.
                725 Twelfth Street Northwest
17              Washington, D.C. 20005
                (202) 434-5182
18              bmasters@wc.com
19                   ~ ~ ~ ~ ~
20
21
22
23
24
25
```

Page 5

1    APPEARANCES, Continued:
2
          On behalf of Cephalon, Inc.; Teva
3         Pharmaceuticals USA, Inc.; Actavis, LLC;
          Actavis Pharma, Inc. f/k/a Watson Pharma,
4         Inc.; and Watson Laboratories, Inc., via
          teleconference:
5
               Morgan, Lewis & Bockius LLP, by
6              PAMELA HOLLY, ESQ.
               101 Park Avenue
7              New York, New York 10178-0060
               (212) 309-6864
8              pamela.holly@morganlewis.com
9
          On behalf of AmerisourceBergen Drug
10        Corporation, via teleconference:
11             Reed Smith LLP, by
               KELLY H. HIBBERT, ESQ.
12             1301 K Street Northwest, Suite 1000
               East Tower
13             Washington, D.C., 20005
               (202) 414-9226
14             khibbert@reedsmith.com
15
          On behalf of McKesson Corporation:
16
               Covington & Burling LLP, by
17             PATRICK R. CAREY, ESQ.
               One Front Street
18             San Francisco, California 94111-5356
               (415) 591-7093
19             pcarey@cov.com
20                   ~ ~ ~ ~ ~
21   ALSO PRESENT:
22             Kurt Henschel, Legal Videographer
23                   ~ ~ ~ ~ ~
24
25

1              TRANSCRIPT INDEX

2

3    APPEARANCES...............................   2

4

5    INDEX OF EXHIBITS ........................   7

6

7    EXAMINATION OF GERALD CRAIG

8    By Mr. Boehm..............................   20

9    By Ms. Feinstein.........................  404

10   By Mr. Moylan............................  412

11   By Ms. Kearse............................  428

12   By Mr. Boehm.............................  429

13   By Ms. Kearse............................  429

14   By Mr. Boehm.............................  429

15

16   REPORTER'S CERTIFICATE...................  432

17

18   EXHIBIT CUSTODY

19   EXHIBITS RETAINED BY THE COURT REPORTER

20

21

22

23

24

25

Page 149

1    Q.   Do you agree with res- -- that with

2    respect to the opioid epidemic, it is important

3    to be able to understand the causes in order to

4    address -- and try and address the problems

5    that exist; is that fair?

6    A.   That became more and more clear

7    over time, yes.

8    Q.   Okay.  Did Summit County do

9    anything in 2010, the date of this document

10   marked as Exhibit 6, or before 2010 to

11   investigate the causes of the opioid epidemic

12   within Summit County?

13   MS. KEARSE:  Objection to form.

14   Mischaracterizes the testimony.

15   A.   I -- I don't remember if there was

16   anything specific that we did in 2010.  Again,

17   that was the -- the year that Bill Harper left

18   and I was appointed as director.  At that point

19   in time in our community, we were struggling

20   with methamphetamines and bath salts, I believe

21   were -- were two of the most significant issues

22   that -- that took up a lot of our attention.

23   But we were getting information

24   from our providers that would indicate that --

25   that there was an increased demand for services

Page 150

1    specific to people who are opiate involved.

2           Q.     By 2010, right?

3           A.     Yes.

4           Q.     And did you undertake to try and

5    understand -- do you agree -- do you have a

6    view as to whether or not, by 2010, Summit

7    County was experiencing an opioid epidemic?

8           A.     Do I agree or do I understand --

9           Q.     Do you have a view as to whether or

10   not, by 2010, Summit County was experiencing an

11   opioid epidemic?

12          A.     Based on -- based on some

13   information that was provided to us from one of

14   our providers, we were investigating.

15          Q.     You hadn't made a determination by

16   2010 as to whether or not you had an opioid

17   epidemic on your hands?

18          A.     We were not so much concerned about

19   whether there was an opiate epidemic as we were

20   about whether or not there was a need for

21   increased capacity for services.

22          Q.     Do you have a view, Mr. Craig, as

23   the head of the Summit County ADAMHS Board

24   since 2010, as to whether or not by that year,

25   2010, Summit County was experiencing an opioid