Exhibit 9

Page 1

IN THE UNITED STATES COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

~~~~~~~~~~~~~~~~~~~~~

IN RE: NATIONAL PRESCRIPTION
OPIATE LITIGATION        MDL No. 2804
                         Case No.
                         17-mdl-2804
                         Judge Dan Polster

This document relates to:
The County of Cuyahoga, Ohio, et al., v.
Purdue Pharma L.P., et al.,
Case No. 1:17-OP-45004 (N.D. Ohio)

~~~~~~~~~~~~~~~~~~~~~
Videotaped deposition of
WILLIAM DENIHAN
January 30, 2019
9:02 a.m.

Taken at:
Kelley & Ferraro LLP
950 Main Avenue
Cleveland, Ohio
Wendy L. Klauss, RPR

```
 1   APPEARANCES:
 2
          On behalf of Cuyahoga County
 3        and the Witness:
               Napoli Shkolnic PLLC
 4             SHAYNA E. SACKS, ESQ.
               360 Lexington Avenue, 11th Floor
 5             New York, NY   10017
               (212) 397-1000
 6             Ssacks@napolilaw.com
 7        On behalf of Cardinal Health, Inc.,
          Co-Liaison Counsel for the Distributor
 8        Defendants:
               Williams & Connolly LLP
 9             PAUL E. BOEHM, ESQ.
               WILL HAWKINS, ESQ.
10             725 Twelfth Street, N.W.
               Washington, DC   20005
11             (202) 434-5000
               Pboehm@wc.com
12             Whawkins@wc.com
13         On behalf of Johnson & Johnson and
               Janssen Pharmaceuticals, Inc.:
14             Tucker Ellis, LLP
               JENNIFER L. STEINMETZ, ESQ.
15             950 Main Avenue, Suite 1100
               Cleveland, OH    44113
16             (216) 592-5000
               Jennifer.steinmetz@tuckerellis.com
17
          On behalf of Walmart Inc. F/K/A
18        Wal-Mart Stores, Inc.:
               Jones Day
19             SHIRLETHIA V. FRANKLIN, ESQ.
               51 Louisiana Avenue, N.W.
20             Washington, D.C.   20001-2113
               (202) 879-3939
21             Sfranklin@jonesday.com
22
23
24
25
```

```
                                                          Page 3

 1      APPEARANCES, Continued:
 2            On behalf of Distributor
              AmerisourceBergen Drug Corporation,
 3            Co-Liaison Counsel for the Distributor
              Defendants:
 4                  Jackson Kelly PLLC
     `              JON L. ANDERSON, ESQ.
 5                  500 Lee Street East, Suite 1600
                    Charleston, WV   25301-3202
 6                  (304) 340-1169
                    Janderson@jacksonkelly.com
 7
              On behalf of Distributor Defendant
 8            McKesson Corporation, Co-Liaison Counsel
              for the Distributor Defendants:
 9                  Covington & Burling LLP
                    JOHN ZIPP, ESQ.
10                  One City Center
                    850 Tenth Street, NW
11                  Washington, DC   20001-4956
                    (202) 662-6000
12                  Jzipp@cov.com
13            On behalf of Endo Health Solutions, Inc.,
              Endo Pharmaceuticals Inc., Par
14            Pharmaceutical, Inc., and Par
              Pharmaceutical Companies, Inc.,(FKA Par
15            Pharmaceutical Holdings, Inc.):
                    Arnold & Porter LLP
16                  ZENO HOUSTON, ESQ.
                    250 West 55th Street
17                  New York, NY   10019-9710
                    (212) 836-8000
18                  Zeno.houston@arnoldporter.com
19            On behalf of HBC Service Company:
                    Marcus & Shapira, LLP
20                  MOIRA CAIN-MANNIX, ESQ.
                    One Oxford Centre, 35th Floor
21                  301 Grant Street
                    Pittsburgh, PA   15219-6401
22                  (412) 471-3490
                    Cain-Mannix@marcus-shapira.com
23                      ~  ~  ~  ~  ~
        ALSO PRESENT:
24            Kurt Henschel, Videographer
                        ~  ~  ~  ~  ~
25
```

Page 4

TRANSCRIPT INDEX

APPEARANCES:................................. 2

INDEX OF EXHIBITS ........................ 5

EXAMINATION OF WILLIAM DENIHAN
By Mr. Boehm............................. 15
By Ms. Steinmetz......................... 269

REPORTER'S CERTIFICATE.................... 273

EXHIBIT CUSTODY

EXHIBITS RETAINED BY COURT REPORTER

Page 181

1  Q. Do you agree that as of February
2  2007, at least by that date, it was appropriate
3  to refer to trends in opiate and opioid-related
4  overdose and abuse as an epidemic?
5  MS. SACKS: Objection.
6  A. So I don't know if I'm qualified to
7  agree. I don't know how to answer that,
8  candidly. I don't know if I'm qualified at
9  that point, 2007. My expertise and area was
10 mental health, and we had yet to consolidate
11 with the alcohol and drug board.
12 Q. In any event, whether it
13 technically would qualify under epidemiological
14 standards as an epidemic, you knew that as of
15 February 2007, people in Ohio and Cuyahoga
16 County were referring to trends of opioid abuse
17 and overdose in the county as an epidemic,
18 correct?
19 A. I would say that's correct.
20 Somebody in our field was saying it, yes.
21 Q. We're making good time.
22 A. Well, I'm glad to hear that.
23                - - - - -
24 (Thereupon, Deposition Exhibit 10,
25 Designated Confidential, 1/17/2013