Exhibit 10

Page 1

1      IN THE UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF OHIO
3               EASTERN DIVISION
4
5            ~~~~~~~~~~~~~~~~~~~~
6
       IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
7      OPIATE LITIGATION
                                        Case No. 17-md-2804
8
                                        Judge Dan Aaron
9      This document relates to:        Polster
10     City of Cleveland v. AmerisourceBergen
       Drug Corp., et al.
11
12     Case No. 1:18-OP-45132 (N.D. Ohio)
13
14           ~~~~~~~~~~~~~~~~~~~~
15           Videotaped deposition of
                  MERLE GORDON
16
17              July 19, 2018
                  9:15 a.m.
18
19               Taken at:
20       Taft Stettinius & Hollister LLP
21        200 Public Square, Suite 3500
22              Cleveland, Ohio
23
24
25        Renee L. Pellegrino, RPR, CLR

```
 1   APPEARANCES:
 2
 3   On behalf of the City of Cleveland, the Witness
     and the Plaintiffs' Executive Committee (MDL):
 4      Baron & Budd, P.C.
        MARK P. PIFKO, ESQ.
 5      THOMAS SIMS, ESQ. (Via Telephone)
        Encino Plaza
 6      15910 Ventura Boulevard, Suite 1600
        Encino, California  91436
 7      (818) 839-2333
        mpifko@baronbudd.com
 8      tsims@baronbudd.com
              - and -
 9      Zarsaur Mujumdar & Debrosse
        DIANDRA "FU" DEBROSSE ZIMMERMANN, ESQ.
10      2332 2nd Avenue North
        Birmingham, Alabama  35203
11      (205) 983-7985
        fuli@zarzaur.com
12
     On behalf of Cuyahoga County:
13      Napoli Shkolnik PLLC
        KEVIN SUSMAN, ESQ.
14      JOSEPH L. CIACCIO, ESQ.
        400 Broadhollow Road
15      Suite 305
        Melville, New York  11747
16      (631) 224-1133
        ksusman@napolilaw.com
17      jciaccio@napolilaw.com
              - and -
18      Plevin & Gallucci
        FRANK L. GALLUCCI, III, ESQ.
19      55 Public Square
        Suite 2222
20      Cleveland, Ohio  44113-1901
        (216) 861-0804
21      fgallucci@pglawyer.com
22
23                    ~ ~ ~ ~ ~
24
25
```

```
 1   APPEARANCES, CONT'D
 2
 3   City of Cleveland:
        ELENA BOOP, ESQ.
 4      601 Lakeside Avenue, Room 106
        Cleveland, Ohio  44114
 5      (216) 664-3727
        eboop@city.cleveland.oh.us
 6
     On behalf of Summit County and City of Akron:
 7      Motley Rice LLC
        ANNE MCGINNESS KEARSE, ESQ.
 8      28 Bridgeside Boulevard
        Mt. Pleasant, South Carolina  29464
 9      (843) 216-9140
        akearse@motleyrice.com
10
     On behalf of Johnson & Johnson and Janssen
11   Pharmaceuticals, Inc.:
        Tucker Ellis LLP
12      TARIQ M. NAEEM, ESQ.
        MADELINE B. DENNIS, ESQ.
13      950 Main Avenue
        Suite 1100
14      Cleveland, Ohio  44113-7213
        (216) 592-5000
15      tariq.naeem@tuckerellis.com
        madeline.dennis@tucker.com
16
     On behalf of Walmart:
17      Jones Day
        CHRISTOPHER M. McLAUGHLIN, ESQ.
18      North Point
        901 Lakeside Avenue East
19      Cleveland, Ohio  44114-1190
        (216) 586-3939
20      cmmclaughlin@jonesday.com
21
22                  ~ ~ ~ ~ ~
23
24
25
```

```
                                                        Page 4

 1   APPEARANCES, CONT'D:
 2
     On behalf of Endo Pharmaceuticals, Inc., Endo
 3   Health Solutions, Inc., Par Pharmaceuticals,
     Inc. and Par Pharmaceutical Companies, Inc.:
 4      Arnold & Porter
        CHARLES B. WEINOGRAD, ESQ.
 5      601 Massachusetts Avenue, NW
        Washington, D.C.  20001-3743
 6      (202) 942-5392
        charles.weinograd@arnoldporter.com
 7
     On behalf of AmerisourceBergen:
 8      Reed Smith, LLP
        MICHAEL J. SALIMBENE, ESQ.
 9      Three Logan Square
        1717 Arch Street, Suite 3100
10      Philadelphia, Pennsylvania  19103
        (215) 851-8100
11      msalimbene@reedsmith.com
12   On behalf of Teva Pharmaceutical Industries:
        (Via Telephone)
13      Morgan Lewis & Bockius LLP
        THEODORE DAYNO, ESQ.
14      600 Anton Boulevard
        Suite 1800
15      Costa Mesa, California  92626-7653
        (714) 830-0600
16      tdayno@morganlewis.com
17   On behalf of Allergan:
        (Via Telephone)
18      Kirkland & Ellis LLP
        ZACHARY A. CIULLO, ESQ.
19      300 N. LaSalle Drive
        Chicago, Illinois  60654
20      (312) 862-2000
        zac.ciullo@kirkland.com
21
22                      ~ ~ ~ ~ ~
23
24
25
```

Page 5

```
 1   APPEARANCES, CONT'D:
 2
 3   On behalf of McKesson:
         Covington & Burling LLP
 4       ASEEM PADUKONE, ESQ.
         One Front Street, #35
 5       San Francisco, California  94111-5356
         (415) 591-6000
 6       apadukone@cov.com
 7   On behalf of Miami-Luken, Inc.:
         Jackson Kelly PLLC
 8       ERIN R. STANKEWICZ, ESQ.
         1144 Market Street
 9       Suite 400
         Wheeling, West Virginia  26003
10       (304) 233-4000
         erstankewicz@jacksonkelly.com
11
     On behalf of Prescription Supply, Inc.:
12       Pelini Campbell & Williams
         KRISTEN E. CAMPBELL TRAUB, ESQ.
13       Bretton Commons, Suite 400
         8040 Cleveland Avenue NW
14       North Canton, Ohio  44720
         (330) 305-6400
15       kec@pelini-law.com
16   On behalf of Cardinal Health, Inc., co-liaison
     counsel for the Distributor Defendants:
17       Williams & Connolly LLP
         PAUL E. BOEHM, ESQ.
18       725 12th Street NW
         Washington, D.C.  20005
19       (202) 434-5000
         pboehm@wc.com
20
21                        ~ ~ ~ ~ ~
22
23
24
25
```

```
 1   APPEARANCES, CONT'D:
 2
 3   On behalf of CVS Indiana, LLC and CVS Rx Services:
        Zuckerman Spaeder
 4      ANTHONY M. RUIZ, ESQ.
        1800 M Street NW
 5      Suite 1000
        Washington, D.C. 20036-5807
 6      (202) 778-1800
        aruiz@zuckerman.com
 7
     On behalf of HBC Service Company:
 8      Marcus & Shapira
        ROBERT M. BARNES, ESQ.
 9      One Oxford Centre, 35th Floor
        301 Grant Street
10      Pittsburgh, Pennsylvania  15219-6401
        (412) 471-3490
11      rbarnes@marcus-shapira.com
12   On behalf of Mallinckrodt LLC and SpecGX LLC:
        (Via Telephone)
13      Ropes & Gray LLP
        JESSICA F. SORICELLI, ESQ.
14      1211 Avenue of the Americas
        New York, New York  10036-8704
15      (212) 596-9000
        jessica.soricelli@ropesgray.com
16
17   ALSO PRESENT:  Jeff Koishor, Videographer
18
19                     ~ ~ ~ ~ ~
20
21
22
23
24
25
```

1                    TRANSCRIPT INDEX
2
3    APPEARANCES .......................................2
4    INDEX OF EXHIBITS .................................8
5    INDEX OF OBJECTIONS ..............................11
6
7    EXAMINATION OF MERLE GORDON:
8    BY MR. NAEEM .....................................21
9    BY MR. SALIMBENE ................................207
10   BY MR. RUIZ .....................................284
11
12   REPORTER'S CERTIFICATE ..........................321
13
14   EXHIBIT CUSTODY - RETAINED BY COURT REPORTER
15
16
17
18
19
20
21
22
23
24
25

Page 60

1   that was an issue that we looked at
2   specifically, but I do recall that this was
3   something that was emerging, and data was just
4   anecdotally and in community meetings and we
5   were starting to hear from families and people
6   who were talking about addiction and how that
7   was impacting their families and those
8   communities.
9        Q.   And that emerging data that you just
10  referenced, was that opioid-related data?
11       A.   I can't say with specificity.
12       Q.   How about generally; do you recall
13  any discussions of opioids impacting the City of
14  Cleveland during your tenure as a city council
15  person?
16            MR. PIFKO:  Objection.  Vague.
17  Overbroad.
18       A.   I don't recall with specificity.
19       Q.   Do you recall generally opioid
20  issues or heroine abuse or fentanyl abuse or
21  prescription drug abuse being an issue in the
22  City of Cleveland between 2007 and -- sorry,
23  1997 and 2005 as a city council person?
24            MR. PIFKO:  Objection.  Compound.
25       A.   I recall going to a lot of meetings

Page 61

1  and hearing from families and hearing from
2  neighborhoods about the impact of addiction and
3  what was happening within their own families.  I
4  remember hearing stories of people's houses
5  getting broken into and people going into the
6  bathrooms and looking for drugs in medicine
7  cabinets.  I remember hearing about this
8  countless times.  These were painkillers.  These
9  were pills people were looking for in people's
10 homes.  I went to a lot of meetings and heard a
11 lot of stories of this nature.
12       Q.    So you do have specific recollection
13 while you were at city council of discussions
14 related to opioid abuse and addiction?
15            MR. PIFKO:  Objection to the extent
16 the question mischaracterizes her testimony.
17            MR. BOEHM:  That's an outrageous
18 objection.  I just have to jump in.  Read the
19 deposition protocol.  It doesn't permit that
20 type of objection.
21            MR. PIFKO:  I don't know who you
22 are, but you can't speak, okay?  You need to be
23 quiet.  There's one person who speaks at a time,
24 so that's the end of it.
25            MR. BOEHM:  That's not the end of