# Exhibit 14

Page 1

1  IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION

   MDL No. 2804

2  Case No. 17-md-2804

3  THIS RELATES TO:

4

5  CITY OF CLEVELAND, OHIO, ETAL VS. PURDUE PHARMA L.P.

6  ET AL CASE NO. 18-OP-45132

7

8  THE COUNTY OF CUYAHOGA, OHIO, ET AL VS. PURDUE

9  PHARMA L.P., ET AL CASE NO. 18-OP-45090

10

11 THE COUNTY OF SUMMIT, OHIO, ET AL VS. PURDUE PHARMA

12 L.P., ET AL CASE NO. 17-OP-45004

13

14

15 VIDEO DEPOSITION OF

16

17 MAGGIE KEENAN

18

19

20 JANUARY 18, 2019

21

22 DEPOSITION HELD AT CLIMACO, WLICOX, PECA & GAROFOLI

23 55 PUBLIC SQUARE

24

25 CLEVELAND, OH 44113

```
 1
 2                      APPEARANCES
 3
 4   Mr. J. Andrew Keyes, Mr. Paul Boehm & Ms. Melinda
 5   Johnson
 6   William & Connolly, LLP
 7   725 12th Street, N.W.
 8   Washington, D.C. 20005
 9   (202) 434-5584
10   For Cardinal Health
11
12   Mr. Salvatore C. Badala
13   Napoli Shkolnik, Pllc
14   400 Broadhollow Road, Suite 305
15   Melville, NY 11747
16   (631) 224-1133
17   For Cuyahoga County
18
19   Mr. Frank L. Gallucci, III
20   Plevin Gallucci
21   55 Public Square, Suite 2222
22   Cleveland, OH 44113
23   (216) 863-0804
24   For Cuyahoga County
25
```

1 APPEARANCES CONTINUED
2
3 Ms. Maria Fleming
4 Napoli Shkolnik
5 600 Superior Avenue East, Suite 1300
6 Cleveland, OH 44114
7 (212) 397-1000
8 For Cuyahoga County
9
10 Ms. Sarah Conway
11 Jones Day
12 555 South Flower Street
13 Los Angeles, CA 90071
14 (213) 489-393
15 For Wal-mart
16
17 Mr. Justin E. Rice
18 Tucker Ellis
19 950 Main Avenue, Suite 1100
20 Cleveland, OH 44113
21 (216) 696-3670
22 For Janssen and Johnson and Johnson
23
24
25

Page 4

1  APPEARANCES CONTINUED
2
3  Mr. David Haller
4  Covington & Burling
5  620 Eighth Avenue
6  New York, NY 10018
7  (212) 841-1000
8  For McKesson
9
10 Ms. Monique Hannam   (By phone)
11 Barnes & Thornburg
12 11 South Meridian Street
13 Indianapolis, IN 46204
14 (317) 231-7776
15 For HD Smith
16
17 Mr. Kenneth Prabucki   (By phone)
18 Baker Hostetler
19 127 Public Square, Suite 2000
20 Cleveland, OH 44114
21 (216) 861-7718
22 For Endo Pharmaceutical
23
24
25

1   APPEARANCES CONTINUED
2
3   Mr. Steven Boranian   (By phone)
4   Reed Smith
5   101 Second Street, Suite 1800
6   San Francisco, CA 94105
7   (415) 543-8700
8   For AmeriscourceBergen
9
10  THE VIDEOGRAPHER:
11      Mr. John Stringer
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1     (Deposition Exhibit Number 2
2     marked for identification.)
3     Q    (Mr. Keyes) I'm going to ask you to pass
4  that binder.  We will mark that as Exhibit 2.
5          Prior to the break you were
6  describing forecasts that you prepare either on a
7  quarterly or monthly basis for the county executive
8  and the county council, correct?
9     A    Yes.
10    Q    Do any of those forecasts specifically
11 discuss the expenses that you anticipate Cuyahoga
12 County will incur in the future because of the
13 opioid problem?
14    A    Um, documents that go along with the
15 forecasts discuss categories of expenses that are
16 related to the opiate epidemic, but as I've said
17 before, the county is not in the position to
18 identify, you know, what specific costs can be
19 attributed to prescription opiates, so no.
20         But we do discuss environmental
21 factors and that's one of them that would be
22 included.
23    Q    You referenced the opioid epidemic a
24 number of times.  When did the opioid epidemic start
25 in Cuyahoga County?

Page 69

1           MR. BADALA: Objection to form, outside
2   the scope.
3       A    The county has identified an impact on its
4   systems and budgets going back to 2006, could be
5   further.  The county is not in the position to
6   identify a date of when the epidemic started.
7       Q    (Mr. Keyes) So the opioid epidemic
8   started at least by 2006?
9           MR. BADALA: Objection to form,
10  mischaracterizes the testimony.
11      A    The county recognized that the opiate
12  epidemic had an impact on the systems and budgets
13  beginning at least in 2006, yes.
14      Q    (Mr. Keyes) What was the peak of the
15  opioid epidemic in Cuyahoga County?
16      A    The county is not saying that we've
17  reached the peak, we don't know.
18      Q    What has the peak been between 2006 and
19  present?
20          MR. BADALA: Objection to form, outside
21  the scope.
22      A    I don't have that data.  I think the peak,
23  first of all, how is that defined.  Is it defined by
24  the number of deaths, is it defined by the number of
25  children we take from their parents who are ill