# Exhibit 16

Page 1

          IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
                    EASTERN DIVISION

_____

IN RE:  NATIONAL PRESCRIPTION     MDL No. 2804
OPIATE LITIGATION                 Case No. 17-md-2804

This document relates to:         Judge Dan
                                  Aaron Polster

The County of Summit, Ohio,
et al., v. Purdue Pharma, L.P.,
et al.
Case No. 17-OP-45004

The County of Cuyahoga v. Purdue
Pharma, L.P., et al.
Case No. 17-OP-45090

The City of Cleveland, Ohio v.
Purdue Pharma, L.P., et al.
Case No. 18-OP-45132
_____


       Videotaped Deposition of Allisyn Leppla
                  Cleveland, Ohio
                 January 15, 2019
                    9:18 a.m.




Reported by:  Bonnie L. Russo
Job No. 3191877

1    Deposition of Allisyn Leppla held at:
2
3
4
5
6                 Napoli Shkolnik, PLLC
7                 55 Public Square
8                 Suite 2100
9                 Cleveland, Ohio 44113
10
11
12
13
14
15   Pursuant to Notice, when were present on behalf
16   of the respective parties:
17
18
19
20
21
22
23
24
25

```
                                                          Page 3
 1      APPEARANCES:
 2      On behalf of Cuyahoga County:
        SHAYNA E. SACKS, ESQ.
 3      NAPOLI SHKOLNIK, PLLC
        360 Lexington Avenue, 11th Floor
 4      New York, New York 10017
        212-397-1000
 5      ssacks@napolilaw.com
 6      On behalf of Johnson & Johnson and Janssen
        Pharmaceuticals, Inc.
 7      GIUSEPPE W. PAPPALARDO, ESQ.
        TUCKER ELLIS, LLP
 8      950 Main Avenue
        Suite 1100
 9      Cleveland, Ohio 44113
        216-592-5000
10      gwp@tuckerellis.com
11      On behalf of Walmart, Inc.
        KRISTIN S.M. MORRISON, ESQ.
12      JONES DAY
        North Point
13      901 Lakeside Avenue
        Cleveland, Ohio 44114
14      216-586-3939
        kmorrison@jonesday.com
15
        On behalf of Endo Pharmaceuticals, Inc., Endo
16      Health Solutions, Inc., Par Pharmaceuticals,
        Inc. and Par Pharmaceutical Companies, Inc.:
17      NICOLE LEIBOW, ESQ.
        (Via Teleconference)
18      ARNOLD & PORTER
        250 West 55th Street
19      New York, New York 10019
        212-836-7838
20      nicole.leibow@arnoldporter.com
21      On behalf of Cardinal Health, Inc.:
        WILLIAMS & CONNOLLY, LLP
22      PAUL E. BOEHM, ESQ.
        MELINDA JOHNSON, ESQ.
23      725 12th Street, N.W.
        Washington, D.C. 20005
24      202-434-5000
        pboehm@wc.com
25      mkjohnson@wc.com
```

```
                                                          Page 4
 1        APPEARANCES (CONTINUED):
 2        On behalf of CVS Indiana, LLC and CVS Rx
          Services, Inc.:
 3        ZUCKERMAN SPAEDER, LLP
          DANIEL P. MOYLAN, ESQ.
 4        100 East Pratt Street, Suite 2440
          Baltimore, Maryland 21202
 5        410-332-0444
          dmoylan@zuckerman.com
 6
          On behalf of AmerisourceBergen Drug
 7        Corporation:
          MICHAEL J. SALIMBENE, ESQ.
 8        (Via Teleconference)
          REED SMITH, LLP
 9        Three Logan Square, Suite 3100
          1717 Arch Street
10        Philadelphia, Pennsylvania 19103
          215-241-7910
11        msalimbene@reedsmith.com
12        On behalf of McKesson Corporation:
          COVINGTON & BURLING, LLP
13        JOHN W. ZIPP, ESQ.
          (Via Teleconference)
14        One CityCenter
          850 Tenth Street, N.W.
15        Washington, D.C. 20001
          202-662-6000
16        jzipp.com
17        On behalf of Mallinckrodt and Spec Gx, LLC:
          JOSH GOLDSTEIN, ESQ.
18        ROPES & GRAY, LLP
          Prudential Tower
19        800 Boylston Street
          Boston, Massachusetts 02199
20        617-951-7000
          joshua-goldstein@ropesgray.com
21                  -and-
          JESSICA R. SORICELLI, ESQ.
22        ROPES & GRAY, LLP
          1211 Avenue of the Americas
23        New York, New York 10036
          212-596-9000
24        jessica.soricelli@ropesgray.com
25        Also Present:  Daniel Russo, Videographer
```

Page 5

```
 1                    C O N T E N T S
 2      EXAMINATION OF ALLISYN LEPPLA                    PAGE
 3      BY MR. BOEHM                                       10
 4      BY MR. GOLDSTEIN                                  357
 5      BY MR. MOYLAN                                     378
 6
 7
 8                         EXHIBITS
 9      Exhibit 1    Curriculum Vitae of                   25
                     Allisyn Leppla
10                   CUYAH_O14186737-738
11      Exhibit 2    E-Mail dated 2-6-14                   44
                     Attachment
12                   CUYAH_014181244-1248
13      Exhibit 3    Cuyahoga County                      114
                     Board of Health
14                   2010 Annual Report
15      Exhibit 4    Cuyahoga County                      119
                     Board of Health
16                   2012 Annual Report
17      Exhibit 5    Article entitled                     138
                     "Cuyahoga County Aims
18                   to Reduce Overdose Fatalities"
                     CUYAH_014188900-901
19
        Exhibit 6    Symposium Agenda                     170
20                   7-29-09
                     ODH_MDL 1st Production_000980-981
21
        Exhibit 7    List of Attendees                    172
22                   ODH_MDL 3rd Production_00001-16
23      Exhibit 8    E-Mail dated 1-17-14                 178
                     CUYAH_-14211495-500
24
        Exhibit 9    E-Mail Chain                         183
25                   dated 12-21-16
                     CUYAH_014195639-642
```

EXHIBITS (CONTINUED):

| | | | |
|---|---|---|---|
| Exhibit 10 | Ohio Prescription Drug Abuse Task Force: Final Report Task Force Recommendations | | 228 |
| Exhibit 11 | Article Draft CUYAH_014181983-987 | | 249 |
| Exhibit 12 | PowerPoint Deck Prescription for Prevention: Stop the Epidemic 2-6-13 | | 268 |
| Exhibit 13 | E-Mail Chain dated 8-13-14 CUYAH_014178416-420 | | 292 |
| Exhibit 14 | E-Mail Chain dated 9-24-15 CUYAH_014231470-471 | | 331 |
| Exhibit 15 | PowerPoint Deck Violence and Injury Prevention Program CUYAH_014191053-073 | | 340 |
| Exhibit 16 | Data Brief, Volume One, 2016 SUMMIT_000874244-248 | | 343 |
| Exhibit 17 | Undetermined risk factors for fentanyl-related overdose deaths Ohio 2015 (EpiAid 2016-003) CUYAH-014244398-450 | | 354 |
| Exhibit 18 | Northeast Ohio Hospital Opioid Consortium Goals and Objectives | | 371 |

(Exhibits attached with transcript.)

Page 76

1    A.    That became a joint project in 2018.
2    Q.    Do you know why?
3    A.    There was -- it -- it's my
4    understanding that there were language changes.
5    I -- I don't know if it was legislation, but
6    there were language changes that mandated that
7    ADAMHS Boards have control of county opiate
8    task forces.
9    Q.    But in Cuyahoga County, that had not
10   been true up until this past year, right?
11   A.    That is my understanding.
12   Q.    Okay.  When was the Cuyahoga County
13   Opiate Task Force established?
14   A.    Officially established in 2010.
15   Q.    When you say it was officially
16   established in 2010 --
17   A.    Uh-huh.
18   Q.    -- does that mean that there was
19   something like this that existed prior to 2010
20   but it just wasn't official?
21   A.    Prior to 2010 we had a small group
22   of individuals who primarily dedicated their
23   time to drug take-back events.  And so there
24   was a smaller foundation of individuals from
25   the organizations that are still currently

Page 77

1  represented on the task force.
2           But in 2010 is when the Ohio
3  Department of Health partnered with
4  FleishmanHillard, and it officially kicked off
5  the Cuyahoga County Board of Health.  So in --
6  in 2010 was the formal inception and
7  establishment of the Opiate --
8       Q.   When did --
9       A.   -- Task Force.
10      Q.   I'm sorry.
11      A.   No.  It's okay.
12      Q.   When did the unofficial group start
13  to do its work in terms of addressing the
14  opioid epidemic in Cuyahoga County prior to the
15  2010 establishment of the task force?
16      A.   I don't recall precisely what year
17  that occurred.  We began working in putting
18  forth some efforts in 2006 -- as far back as
19  2006.  I don't know specifically what year the
20  other groups came together.
21      Q.   Were you involved in the efforts
22  here in Cuyahoga County to address the opioid
23  abuse epidemic that began in 2006?
24      A.   Yes.
25      Q.   What were your responsibilities back