Exhibit 17

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF OHIO
 2                  EASTERN DIVISION
                       -  -  -
 3    IN RE:  NATIONAL           :   HON. DAN A.
      PRESCRIPTION OPIATE        :   POLSTER
 4    LITIGATION                 :   MDL NO. 2804
                                 :
 5    This document relates to:  :   Case No. 17-MD-2804
                                 :
 6    The County of Summit, Ohio :
      Ohio et al. v. Purdue Pharma :
 7    L.P., et al., Case No.     :
      17-OP-45004                :
 8                               :
      The County of Cuyahoga v.  :
 9    Purdue Pharma Purdue Pharma :
      L.P., et al., Case No.     :
10    18-OP-45090                :
11                       -  -  -
12          - HIGHLY CONFIDENTIAL -
      SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
13
                       VOLUME I
14                     -  -  -
                    May 9, 2019
15
16             Videotaped deposition of
      CRAIG J. McCANN, Ph.D., CFA, taken
17    pursuant to notice, was held at the law
      offices of Morgan Lewis & Bockius, LLP,
18    1111 Pennsylvania Avenue, NW, Washington,
      D.C., beginning at 10:03 a.m., on the
19    above date, before Michelle L. Gray, a
      Registered Professional Reporter,
20    Certified Shorthand Reporter, Certified
      Realtime Reporter, and Notary Public.
21
                       -  -  -
22
            GOLKOW LITIGATION SERVICES
23      877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
24
```

```
 1    APPEARANCES:
 2
      LEVIN PAPANTONIO THOMAS MITCHELL
 3    RAFFERTY PROCTOR, P.A.
      BY:  PETER MOUGEY, ESQ.
 4    BY:  PAGE POERSCHKE, ESQ.
      316 Baylen Street
 5    Pensacola, Florida 32502
      (850) 435-7000
 6    pmougey@levinlaw.com
      ppoerschke@levinlaw.com
 7
              - and -
 8
      WAGSTAFF & CARTMELL, LLP
 9    BY:  TYLER W. HUDSON, ESQ.
      4740 Grand Avenue, Suite 300
10    Kansas City, Missouri 64112
      (816) 701-1100
11    Thudson@wcllp.com
      Representing the Plaintiffs
12
13    BRANSTETTER, STRANCH & JENNINGS, PLLC
      BY:  TRICIA HERZFELD, ESQ.
14    223 Rosa L. Parks Avenue
      Suite 200
15    Nashville, Tennessee 37203
      (615) 254-8801
16    triciah@bsjfirm.com
      Representing the Tennessee Plaintiffs
17
18
19
20
21
22
23
24
```

```
 1   APPEARANCES:  (Cont'd.)
 2
 3   MORGAN LEWIS & BOCKIUS LLP
     BY:  ELISA P. McENROE, ESQ.
 4   1701 Market Street
     Philadelphia, Pennsylvania 19103
 5   (215) 963-5917
     elisa.mcenroe@morganlewis.com
 6
             - and -
 7
     MORGAN LEWIS & BOCKIUS LLP
 8   BY:  JOHN M. MALOY, ESQ.
     101 Park Avenue
 9   New York, New York 10178
     (212) 309-6682
10   John.maloy@morganlewis.com
     Representing the Defendant, Rite Aid of
11   Maryland, Inc., doing business as
     Mid-Atlantic Customer Support Center
12
13   MORGAN LEWIS & BOCKIUS LLP
     BY:  MARTHA A. LEIBELL, ESQ.
14   200 South Biscayne Boulevard
     Suite 5300
15   Miami, Florida 33131
     (305) 415-3387
16   Martha.leibell@morganlewis.com
     Representing the Defendant, Teva
17   Pharmaceuticals, Inc. Cephalon Inc,
     Watson Laboratories, Actavis LLC, Actavis
18   Pharma, Inc.
19
     KIRKLAND & ELLIS, LLP
20   BY:  JENNIFER G. LEVY, ESQ.
     BY:  CATIE VENTURA, ESQ.
21   1301 Pennsylvania Avenue, N.W.
     Washington, D.C. 20004
22   (202) 389-5000
     Jennifer.levy@kirkland.com
23   Catie.ventura@kirkland.com
     Representing the Defendant, Allergan
24   Finance
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:  (Cont'd.)
 2
 3   COVINGTON & BURLING, LLP
     BY:  CHRISTOPHER K. EPPICH, ESQ.
 4   1999 Avenue of the Stars
     Los Angeles, California 90067
 5   (424) 332-4764
     Ceppich@cov.com
 6
              - and -
 7
     COVINGTON & BURLING, LLP
 8   BY:  EMILY L. KVESELIS, ESQ.
     BY:  ALISON DiCIURCIO, ESQ.
 9   850 Tenth Street, NW
     Suite 586N
10   Washington, D.C. 20001
     (202) 662-5613
11   ekveselis@cov.com
     Adiciurcio@cov.com
12   Representing the Defendant, McKesson
     Corporation
13
14   WILLIAMS & CONNOLLY, LLP
     By:  PAUL E. BOEHM, ESQ.
15   725 12th Street, NW
     Washington, D.C. 20005
16   (202) 434-5148
     pboehm@wc.com
17   Representing the Defendant, Cardinal
     Health
18
19
     BARTLIT BECK, LLP
20   BY:  KATHERINE M. SWIFT, ESQ.
     54 West Hubbard Street
21   Chicago, Illinois 60654
     (312) 494-4440
22   katherine.swift@bartlit-beck.com
     Representing the Defendant, Walgreens
23
24
```

```
 1   APPEARANCES:  (Cont'd.)
 2
 3   O'MELVENY & MYERS, LLP
     BY:  TAD ALLAN, ESQ.
 4   400 South Hope Street, 18th Floor
     Los Angeles, California 90071
 5   (213) 430-6665
     Tallan@omm.com
 6
             - and -
 7
     TUCKER ELLIS, LLP
 8   BY:  ANDREA GLINKA PRZYBYSZ, ESQ.
     233 S. Wacker Drive, Suite 6950
 9   Chicago, Illinois 60606
     (312) 624-6322
10   andrea.przybysz@tuckerellis.com
     Representing the Defendant, Janssen and
11   Johnson & Johnson
12
     MARCUS & SHAPIRA, LLP
13   BY:  SCOTT D. LIVINGSTON, ESQ.
     One Oxford Centre, 35th Floor
14   Pittsburgh, Pennsylvania 15219
     (412) 338-4683
15   Livingston@marcus-shapira.com
     Representing the Defendant, HBC
16   Service Company
17
     LOCKE LORD, LLP
18   BY:  JOHN P. McDONALD, ESQ.
     BY:  C. SCOTT JONES, ESQ.
19   2200 Ross Avenue
     Suite 2800
20   Dallas, Texas  75201
     (214) 740.8758
21   Jpmcdonald@lockelord.com
     Representing the Defendant, Henry Schein,
22   Inc.
23
24
```

```
 1   APPEARANCES:  (Cont'd.)
 2
     BARNES & THORNBURG, LLP
 3   BY:  WILLIAM A. HAHN, ESQ.
     11 South Meridian Street
 4   Indianapolis, Indiana 46204
     (317) 236-1313
 5   William.hahn@btlaw.com
     Representing the Defendant, H.D. Smith
 6
 7   FOX ROTHSCHILD, LLP
     BY:  STEPHAN A. CORNELL, ESQ.
 8   2700 Kelly Road
     Suite 300
 9   Warrington, Pennsylvania 18976
     (215) 918-3680
10   scornell@foxrothschild.com
     Representing the Defendant, Prescription
11   Supply Inc.
12
     ZUCKERMAN SPAEDER, LLP
13   BY:  ADAM L. FOTIADES, ESQ.
     1800 M. Street NW, Suite 1000
14   Washington, D.C. 20036
     (202) 778-1845
15   afotiades@zuckerman.com
     Representing the Defendant, CVS
16
17   ARNOLD & PORTER KAYE SCHOLER, LLP
     BY:  JOANNA PERSIO, ESQ.
18   BY:  JOSHUA M. DAVIS, ESQ.
     601 Massachusetts Avenue, NW
19   Washington, D.C. 20001
     (202) 942-5866
20   Joanna.persio@arnoldporter.com
     Representing the Defendants, Endo
21   Health Solutions; Endo Pharmaceuticals,
     Inc.; Par Pharmaceutical Companies, Inc.,
22   f/k/a Par Pharmaceutical Holdings, Inc.
23
24
```

```
 1   APPEARANCES:  (Cont'd.)
 2
 3   ROPES & GRAY LLP
     BY:  TORRYN M. TAYLOR, ESQ.
 4   BY:  RICHARD GALLAGHER, ESQ.
     Three Embarcadero Center
 5   San Francisco, California 94111
     (415) 315-6300
 6   Torryn.taylor@ropesgray.com
     richard.gallagher@ropesgray.com
 7   Representing the Defendant,
     Mallinckrodt
 8
 9   FOLEY & LARDNER, LLP
     BY:  JAMES MATTHEWS, ESQ.
10   111 Huntington Avenue, Suite 2500
     Boston, Massachusetts 02199
11   (617) 502-3281
     jmatthews@foley.com
12   Representing Actavis Laboratories
     UT, Inc., Actavis Pharma, Inc.,
13   ANDA, Inc., and Actavis,  Inc.,
     (N/k/a Allergan Finance, LLC, Watson
14   Laboratories, Inc.)
15
     JONES DAY
16   BY:  TARA A. FUMERTON, ESQ.
     77 West Wacker
17   Chicago, Illinois  60601
     (312) 269-4066
18   tfumerton@jonesday.com
     Representing the Defendant, Walmart
19
20   DECHERT, LLP
     BY:  DEBRA D. O'GORMAN, ESQ.
21   1095 Avenue of the Americas
     New York, New York 10036
22   (212) 698-3500
     Debra.ogorman@dechert.com
23   Representing the Defendant, Purdue
     Pharmaceuticals
24
```

```
 1   APPEARANCES:  (Cont'd.)
 2
 3   REED SMITH, LLP
     BY:  ERIC L. ALEXANDER, ESQ.
 4   1301 K Street, NW
     Suite 1000, East Tower
 5   Washington, D.C. 20005
     (202) 414-9403
 6   ealexander@reedsmith.com
     Representing the Defendant,
 7   AmerisourceBergen
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1   TELEPHONIC/STREAMING APPEARANCES:
 2
     GREENE KETCHUM, LLP
 3   PAUL T. FARRELL, JR., ESQ.
     419 Eleventh Street
 4   Huntington, West Virginia 25701
     (304) 521-4778
 5   Paul@greeneketchum.com
 6        - and -
 7   MCHUGH & FULLER
     BY:  MICHAEL J. FULLER, ESQ.
 8   BY:  A.J. ELKINS, ESQ.
     97 Elias Whiddon Road
 9   Hattiesburg, Mississippi 39402
     (800) 939-5580
10   mike@mchughfuller.com
     aj@mchughfuller.com
11
          - and
12
     KELLER ROHRBACK, LLP
13   BY:  DAVID J. KO, ESQ.
     1201 Third Avenue, Suite 3200
14   Seattle, Washington 98101
     (206) 623-1900
15   dko@kellerrohrback.com
16        - and -
17   WEISMAN KENNEDY & BERRIS CO LPA
     BY:  DANIEL P. GOETZ, ESQ.
18   1600 Midland Building
     101 W. Prospect Avenue
19   Cleveland, Ohio 44115
     (216) 781-1111
20   Dgoetz@weismanlaw.com
     Representing the Plaintiffs
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   TELEPHONIC/STREAMING APPEARANCES:
     (Cont'd.)
 2
     LEVIN PAPANTONIO THOMAS MITCHELL
 3   RAFFERTY PROCTOR, P.A.
     BY:  JEFF GADDY, ESQ.
 4   316 Baylen Street
     Pensacola, Florida 32502
 5   (850) 435-7000
     jgaddy@levinlaw.com
 6
              - and -
 7
     BARON & BUDD, P.C.
 8   BY:  WILLIAM G. POWERS, ESQ.
     600 New Hampshire Avenue, NW
 9   The Watergate, Suite 10-A
     Washington, D.C. 20037
10   (202) 333-4562
     Wpowers@baronbudd.com
11   Representing the Plaintiffs
12
     FOLEY & LARDNER, LLP
13   BY:  KATY E. KOSKI, ESQ.
     111 Huntington Avenue, Suite 2500
14   Boston, Massachusetts 02199
     (617) 502-3281
15   Kkoski@foley.com
     Representing Actavis Laboratories
16   UT, Inc., Actavis Pharma, Inc.,
     ANDA, Inc., and Actavis,  Inc.,
17   (n/k/a Allergan Finance, LLC, Watson
     Laboratories, Inc.)
18
19   CAVITCH FAMILO & DURKIN, CO., L.P.A.
     BY: ERIC J. WEISS, ESQ.
20   1300 E. 9th Street
     Cleveland, Ohio 44114
21   (216) 621-7860
     eweiss@cavitch.com
22   Representing the Defendant,
     Discount Drug Mart
23
24
```

```
 1   TELEPHONIC/STREAMING APPEARANCES:
     (Cont'd.)
 2

 3

     BAILEY WYANT PLLC
 4   BY:  JUSTIN C. TAYLOR, ESQ.
     500 Virginia Street East
 5   Suite 600
     Charleston, West Virginia 25301
 6   (304) 345-4222
     Jtaylor@baileywyant.com
 7   Representing the Defendant, West Virginia
     Board of Pharmacy
 8

 9
     ALSO PRESENT:
10
11   Josh Gay, Legal Investigator
     Katie Mayo, Paralegal
12   (Levin Papantonio - via telephone)
13   Lora Chafin, Paralegal
     (Greene Ketchum - via telephone)
14
     Amy Kennedy, Paralegal
15   (Weisman Kennedy - via telephone)
16
17   VIDEOTAPE TECHNICIAN:
18   Devyn Mulholland
19
20
21
22
23
24
```

```
 1                    - - -
 2                   I N D E X
 3                    - - -
 4
     Testimony of:
 5
                 CRAIG J. McCANN, Ph.D., CFA
 6
 7       By Ms. McEnroe                        16
 8       By Mr. Eppich                        253
 9       By Mr. Boehm                         323
10
11
                      - - -
12
                   E X H I B I T S
13
                      - - -
14
15   NO.           DESCRIPTION               PAGE
16   McCann-1      Notice of Videotaped       17
                   Deposition
17
18   McCann-2      Banker Box                 23
                   Initial Report
19                 1-11 Appendices
                   Supplemental Report
20                 A through F Appendices
                   Second Supplemental
21                 Report
                   Appendices 1 and 2
22                 & Attachment
23
24
```

```
 1   that we would source ourselves during our
 2   work, researching the data that we
 3   receive.  So just take for an example, D,
 4   E, F, G, H, those are all examples, as we
 5   were -- and B and C, these are all items
 6   that as we were developing the data last
 7   summer, we sourced without asking for it
 8   from the plaintiffs' counsel or the
 9   plaintiffs' counsel providing it to us
10   without us asking for it, which were the
11   two possibilities your question covered.
12           Q.   Thank you.  So was there
13   anything that you asked for in forming
14   your opinions that plaintiffs' counsel
15   did not give you?
16           A.   No, not that I can think of.
17           Q.   Let's take a quick look on
18   Page 4 of your initial report.  Paragraph
19   13, under heading "Summary of Opinions."
20                Do you see where I am?
21           A.   Yes.
22           Q.   Paragraph 13 says, "Based
23   upon my comparison of the ARCOS data
24   produced by the DEA and the public ARCOS
```

```
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      retail drug summary reports, I conclude
 2      that, after correcting a relatively small
 3      number of records, the ARCOS data
 4      produced by the DEA is reliable."
 5              Did I read that correctly?
 6      A.      Yes.
 7      Q.      And then if we go ahead to
 8   Paragraph 17, still under "Summary of
 9   Opinions," the first sentence there says,
10   "I conclude from my review of the ARCOS
11   data, the retail drug summary reports,
12   and transaction data produced in
13   discovery by the defendants, that the
14   ARCOS data is reliable."
15              Did I read that accurately?
16      A.      Yes.
17      Q.      And then that paragraph
18   continues, correct?
19      A.      Yes.
20      Q.      So is it fair to say that
21   you are of the opinion that the ARCOS
22   data is generally reliable?
23              THE WITNESS:  Bless you.
24              Yes, with the qualification
```

```
 1            that I make throughout the report,
 2            that is my opinion.
 3   BY MS. McENROE:
 4        Q.   An in -- at, like, a
 5   30,000-foot level, the sort of first half
 6   of your report is largely taking
 7   transactional data that defendants have
 8   produced in this litigation, comparing it
 9   to the ARCOS data to help you form that
10   opinion that ARCOS data is reliable?
11                I'm not trying to make this
12   one a trick question.  If you want to
13   describe it a different way, go ahead.
14        A.   I would -- I would just add
15   to that a comparison with the retail drug
16   summary reports, which is what we looked
17   at on Paragraph 13.  But if you add
18   comparing the ARCOS data that we received
19   from the DEA, the retail drug summary
20   reports, and the defendant transaction
21   data, comparing those three views of what
22   should be the same underlying data, we
23   think that at least those three views are
24   consistent, is how I would describe it.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    something on the DEA's end of storing
 2    those data?
 3         A.    No, I tried to make that
 4    clear earlier.  I do not -- I can't
 5    distinguish between those two.
 6         Q.    You don't know.  But in any
 7    event, you are not suggesting that with
 8    respect to the transactions you're
 9    referring to now that they were in some
10    way withheld from the DEA, correct?
11         A.    No.  If anything, the
12    opposite.
13         Q.    Now, going back to the
14    portion of your report where you say that
15    Cardinal's reporting had nearly perfect
16    overlap --
17         A.    Yes.
18         Q.    -- with what you found in
19    the ARCOS database.
20               You remember that, right?
21         A.    Correct.
22         Q.    And indeed, you said in your
23    report that over 99.9 percent of
24    Cardinal's transactional data was a match
```

```
 1    with what you found in the DEA's ARCOS

 2    database.    Do you remember that?

 3            A.    I'm sorry, could you refer

 4    me to the page and paragraph, please?

 5            Q.    Sure.   Happy to.

 6                  If you look at Page 32, you

 7    have a table.   I believe it's Table 14?

 8            A.    Yes.

 9            Q.    And you have in this table

10    identified several distributors, correct?

11            A.    Correct.

12            Q.    And the first one you list

13    is Cardinal Health.

14                  Do you see that?

15            A.    Yes.

16            Q.    And in that first set of

17    columns, you've written transactions that

18    are in both datasets.

19                  Do you see that?

20            A.    Yes.

21            Q.    And I understand that to

22    mean that you're trying to calculate a

23    percentage of transactional data that

24    matches up perfectly with what you find
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    in ARCOS, right?
 2         A.    Correct.
 3         Q.    And in the case of Cardinal
 4    Health, you determined that 99.9 percent
 5    of the transactional data matched up
 6    perfectly with what you found in ARCOS,
 7    right?
 8         A.    After excluding the known
 9    non-overlaps, just as it says in the
10    title, that's correct.
11         Q.    Is it typical for you, when
12    you're reviewing very large datasets and
13    comparing maybe kind of corresponding
14    large datasets, to find small
15    discrepancies here and there?
16         A.    Yes.
17         Q.    Now, as I understand it, and
18    please do correct me if I've
19    misunderstood something, the ARCOS data
20    that you used for purposes of your
21    analyses as -- as set forth in your
22    report covered January 2006 through
23    December 2014; is that right?
24         A.    Yes.
```