Exhibit 19

Page 1

1              UNITED STATES DISTRICT COURT
2               NORTHERN DISTRICT OF OHIO
3                   EASTERN DIVISION
4             ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
5    IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
     OPIATE LITIGATION
6                                   Case No.
                                    17-md-2804
7

                                    Judge Dan Aaron
8                                   Polster
9    This document relates to:
10   The County of Cuyahoga v. Purdue Pharma, L.P.
     et al., Case No. 18-OP-45090
11

     City of Cleveland, Ohio v. Purdue Pharma L.P.,
12   et al., Case No. 18-OP-45132
13   The County of Summit, Ohio, et al. v. Purdue
     Pharma L.P., et al., Case No. 17-OP-45004
14

             ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~ ~
15
16

             Videotaped Deposition of
17                 JOAN PAPP, M.D.
18               February 5, 2019
                     9:20 a.m.
19
20                  Taken at:
21        Porter Wright Morris & Arthur LLP
             950 Main Avenue, Suite 500
22             Cleveland, Ohio 44113
23
24
25          Stephen J. DeBacco, RPR

```
 1    APPEARANCES:
 2
           On behalf of MetroHealth Hospital:
 3
                 Scott & Scott Attorneys at Law LLP,
 4               by
                 JUDY SCOLNICK, ESQ.
 5               The Helmsley Building
                 230 Park Avenue, 17th Floor
 6               New York, New York 10169
                 (212) 223-6444
 7               jscolnick@scott-scott.com
 8
           On behalf of the Plaintiffs:
 9
                 Motley Rice LLC, by
10               ANNIE E. KOUBA, ESQ.
                 28 Bridgeside Boulevard
11               Mt. Pleasant, South Carolina 29464
                 (843) 216-9225
12               akouba@motleyrice.com
13
           On behalf of Cuyahoga County:
14
                 Plevin & Gallucci, by
15               ROBIN M. WILSON, ESQ.
                 55 Public Square, Suite 2222
16               Cleveland, Ohio 44113-1901
                 (216) 861-0804
17               rwilson@pglawyer.com
18
           On behalf of Cuyahoga County, via
19         teleconference:
20               Napoli Shkolnik PLLC, by
                 SALVATORE C. BADALA, ESQ.
21               SHAYNA E. SACKS, ESQ.
                 JOSEPH L. CIACCIO, ESQ.
22               360 Lexington Avenue, 11th Floor
                 New York, New York 10017
23               (212) 397-1000
                 sbadala@napolilaw.com
24               ssacks@napolilaw.com
                 jciaccio@napolilaw.com
25                     ~ ~ ~ ~ ~
```

Page 3

1    APPEARANCES, Continued:
2
          On behalf of Janssen Pharmaceuticals; and
3         Johnson & Johnson:
4                Tucker Ellis, LLP, by
                 CLIFFORD S. MENDELSOHN, ESQ.
5                950 North Main Avenue, Suite 1100
                 Cleveland, Ohio 44113-7213
6                (216) 696-3921
                 clifford.mendelsohn@tuckerellis.com
7
8         On behalf of CVS Indiana, LLC; and CVS Rx
          Services, Incorporated:
9
                 Zuckerman Spaeder LLP, by
10               STEVEN N. HERMAN, ESQ.
                 1800 M Street Northwest, Suite 1000
11               Washington, D.C. 20036-5807
                 (202) 778-1883
12               sherman@zuckerman.com
13
          On behalf of Mallinckrodt, LLC; and
14        Specgx, LLC:
15               Ropes & Gray, by
                 WILLIAM DAVISON, ESQ.
16               Prudential Tower
                 800 Boylston Street
17               Boston, Massachusetts 02199-3600
                 (617) 951-7000
18               william.davison@ropesgray.com
19               -and-
20               Ropes & Gray LLP, by
                 HAYDEN MILLER, ESQ.
21               1211 Avenue of the Americas
                 New York, New York 10036
22               (212) 596-9000
                 hayden.miller@ropesgray.com
23
                      ~ ~ ~ ~ ~
24
25

```
                                            Page 4

 1    APPEARANCES, Continued:
 2
           On behalf of Cardinal Health:
 3
                Williams & Connolly LLP, by:
 4              COLLEEN MCNAMARA, ESQ.
                725 Twelfth Street Northwest
 5              Washington, D.C. 20005
                (202) 434-5186
 6              cmcnamara@wc.com
 7
           On behalf of HBC Service Company, via
 8         teleconference:
 9              Marcus & Shapira LLP, by
                RICHARD I. HALPERN, ESQ.
10              One Oxford Centre, 35th Floor
                Pittsburgh, Pennsylvania 15219
11              (412) 338-3990
                halpern@marcus-shapira.com
12
13         On behalf of Walmart, Inc., via
           teleconference:
14
                Jones Day, by
15              LISA B. GATES, ESQ.
                901 Lakeside Avenue
16              Cleveland, Ohio 44114-1190
                (212) 586-7154
17              lgates@jonesday.com
18
           On behalf of Cephalon, Inc.; Teva
19         Pharmaceuticals USA, Inc.; Actavis, LLC;
           Actavis Pharma, Inc. f/k/a Watson Pharma,
20         Inc.; and Watson Laboratories, Inc., via
           teleconference:
21
                Morgan, Lewis & Bockius LLP, by
22              ZACHARY R. LAZAR, ESQ.
                77 West Wacker Drive
23              Chicago, Illinois 60601-5094
                (312) 324-1492
24
                     ~ ~ ~ ~ ~
25
```

```
                                              Page 5
 1   APPEARANCES, Continued:
 2
         On behalf Endo Health Solutions, Inc.,
 3       and Endo Pharmaceuticals, Inc., and Par
         Pharmaceuticals, via teleconference:
 4
             Arnold & Porter Kaye Scholer LLP, by
 5           HEATHER A. HOSMER, ESQ.
             601 Massachusetts Avenue Northwest
 6           Washington, D.C. 20001-3743
             (202) 942-6208
 7           heather.hosmer@arnoldporter.com
 8
         On behalf of McKesson Corporation, via
 9       teleconference:
10           Covington & Burling LLP, by
             PATRICK R. CAREY, ESQ.
11           One Front Street
             San Francisco, California 94111-5356
12           (415) 591-7093
             pcarey@cov.com
13
                     ~ ~ ~ ~ ~
14
15   ALSO PRESENT:
16           Shaun Crum, Legal Videographer
17                   ~ ~ ~ ~ ~
18
19
20
21
22
23
24
25
```

Page 6

1                       TRANSCRIPT INDEX

2

3       APPEARANCES.................................    2

4

5       INDEX OF EXHIBITS .........................    7

6

7       EXAMINATION OF JOAN PAPP, M.D.

8       By Ms. McNamara...........................   12

9       By Mr. Davison...........................  164

10      By Mr. Herman............................  171

11

12      REPORTER'S CERTIFICATE...................  182

13

14      EXHIBIT CUSTODY

15      EXHIBITS RETAINED BY THE COURT REPORTER

16

17

18

19

20

21

22

23

24

25

Page 93

1       Q.      And you yourself researched and

2   launched Project DAWN to combat the opioid

3   overdoses you were seeing in the emergency

4   room, correct?

5       A.      Yes, that's right.  That happened

6   in 2013.

7       Q.      So why in 2015 was it still a

8   growing concern for you and your colleagues?

9               MS. SCOLNICK:  Objection to the

10  form.

11      Q.      Was it a full-blown concern by

12  then?

13      A.      I think the concern began even

14  earlier.  It began in the beginning of the

15  2000s and the mid-1990s.  It has continued to

16  grow over time.  That wasn't a plateau.  It

17  wasn't the beginning.  It wasn't the end.  It

18  was a growing concern.

19      Q.      Got it.  So growing in terms of the

20  trajectory of it?

21      A.      Correct.

22      Q.      Okay.  So the magnitude, not the

23  existence?

24      A.      Not the existence, but, yes, the

25  magnitude.