Exhibit 20

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2            NORTHERN DISTRICT OF OHIO
 3                 EASTERN DIVISION
 4
 5            ~~~~~~~~~~~~~~~~~~~~~
 6
 7   IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
     OPIATE LITIGATION
 8                                    Case No.
                                      17-md-2804
 9
                                      Judge Dan Aaron
10                                    Polster
11   This document relates to:
12   The County of Summit, Ohio, et al. v. Purdue
     Pharma L.P., et al.
13
     Case No. 18-OP-45090 (N.D. Ohio)
14
15
                  ~~~~~~~~~~~~~~~~~~~~~
16
              Videotaped Deposition of
17                  STEVE PERCH
18               October 18, 2018
                    9:00 a.m.
19
20
                     Taken at:
21
             Brennan Manna & Diamond
22             75 East Market Street
                   Akron, Ohio
23
24
25          Stephen J. DeBacco, RPR
```

```
                                                        Page 2

 1   APPEARANCES:
 2
 3        On behalf of the City of Akron, Summit
          County, and the Witness:
 4
                 Motley Rice LLC, by
 5               ANNE MCGINNESS KEARSE, ESQ.
                 KRISTEN M. HERMIZ, ESQ.
 6               28 Bridgeside Boulevard
                 Mt. Pleasant, South Carolina 29464
 7               (843) 216-9140
                 akearse@motleyrice.com
 8               (843) 216-9390
                 khermiz@motleyrice.com
 9
10        On behalf of McKesson Corporation, via
          teleconference:
11
                 Covington & Burling LLP, by
12               PATRICK R. CAREY, ESQ.
                 One Front Street
13               San Francisco, California 94111-5356
                 (415) 591-7093
14               pcarey@cov.com
15
          On behalf of Walmart, Inc.:
16
                 Jones Day, by
17               EDWARD M. CARTER, ESQ.
                 BRANDY H. RANJAN, ESQ.
18               325 John H. McConnell Boulevard
                 Suite 600
19               Columbus, Ohio 43216-5017
                 (614) 281-3906
20               emcarter@jonesday.com
                 (614) 469-3939
21               branjan@jonesday.com
22                     ~ ~ ~ ~ ~
23
24
25
```

1  APPEARANCES, Continued:
2
       On behalf of Cardinal Health, Inc.:
3
           Williams & Connolly LLP, by
4          MIRANDA PETERSEN, ESQ.
           725 12th Street Northwest
5          Washington, D.C. 20005
           (202) 434-5686
6          mpetersen@wc.com
7
       On behalf of Prescription Supply, Inc.:
8
           Pelini, Campbell & Williams, by
9          GIANNA M. CALZOLA-HELMICK, ESQ.
           Bretton Commons, Suite 400
10         8040 Cleveland Avenue Northwest
           North Canton, Ohio 44720
11         (330) 305-6400
           giannac@pelini-law.com
12
13     On behalf of Endo Pharmaceuticals, Inc.,
       Endo Health Solutions, Inc., Par
14     Pharmaceuticals, Inc. and Par
       Pharmaceutical Companies, Inc.:
15
           Arnold & Porter Kaye Scholer LLP, by
16         ANGEL TANG NAKAMURA, ESQ.
           777 South Figueroa Street
17         44th Floor
           Los Angeles, California 90017-5844
18         (213) 243-4094
           angel.nakamura@arnoldporter.com
19
                    ~ ~ ~ ~ ~
20
21
22
23
24
25

```
                                                      Page 4

 1   APPEARANCES, Continued:
 2
         On behalf of Johnson & Johnson and
 3       Janssen Pharmaceuticals, Inc.:
 4           Tucker Ellis LLP, by
             JUSTIN E. RICE, ESQ.
 5           950 Main Avenue North, Suite 1100
             Cleveland, Ohio 44113
 6           (216) 696-3670
             justin.rice@tuckerellis.com
 7
 8       On behalf of AmerisourceBergen:
 9           Jackson Kelly PLLC, by
             A.L. EMCH, ESQ.
10           1600 Laidley Tower
             P.O. Box 553
11           Charleston, West Virginia 25332
             (304) 340-1172
12           aemch@jacksonkelly.com
13           -and-
14           Jackson Kelly PLLC, by
             SANDRA K. ZERRUSEN, ESQ.
15           50 South Main Street, Suite 201
             Akron, Ohio 44308
16           (330) 252-9060
             skzerrusen@jacksonkelly.com
17
18       On behalf of Cephalon, Inc.; Teva
         Pharmaceuticals USA, Inc.; Actavis, LLC;
19       Actavis Pharma, Inc. F/k/a Watson Pharma,
         Inc.; and Watson Laboratories, Inc., via
20       teleconference:
21           Morgan, Lewis & Bockius LLP, by
             PAMELA HOLLY, ESQ.
22           101 Park Avenue
             New York, New York 10178-0060
23           (212) 309-6864
             pamela.holly@morganlewis.com
24
                     ~ ~ ~ ~ ~
25
```

```
                                                          Page 5

 1   APPEARANCES, Continued:
 2        On behalf of Purdue Pharma L.P., Purdue
          Pharma, Inc., and The Purdue Frederick
 3        Company:
 4             Dechert LLP, by
               MARK S. CHEFFO, ESQ.
 5             3 Bryant Park
               1095 Avenue of the Americas
 6             New York, New York 10036-6797
               (212) 698-3814
 7             markcheffo@dechert.com
 8             -and-
 9             Dechert LLP
               SARA B. ROITMAN, ESQ.
10             35 West Wacker Drive, Suite 3400
               Chicago, Illinois 60601-1634
11             (312) 646-5800
               sara.roitman@dechert.com
12
13        On behalf of Allergan Finance, LLC, via
          Teleconference:
14
               Kirkland & Ellis LLP, by
15             PAUL J. WEEKS, ESQ.
               655 Fifteenth Street, Northwest
16             Washington, D.C. 20005-5793
               (202) 879-5148
17             paul.weeks@kirkland.com
18
          On behalf of HBC Service Company, Inc.,
19        via teleconference:
20             Marcus & Shapira LLP, by
               JAMES F. ROSENBERG, ESQ.
21             One Oxford Centre, 35th Floor
               Pittsburgh, Pennsylvania 15219
22             (412) 338-4683
               rosenberg@marcus-shapira.com
23
     ALSO PRESENT:
24
               Nick Cummings, Motley Rice
25             Jim Torok, Legal Videographer
```

1  TRANSCRIPT INDEX

2

3  APPEARANCES.................................     2

4

5  INDEX OF EXHIBITS ..........................     7

6

7  EXAMINATION OF STEVE PERCH

8  By Mr. Cheffo...............................    12

9  By Mr. Emch.................................   192

10 By Mr. Carter...............................   218

11 By Ms. Kearse...............................   228

12 By Mr. Carter...............................   230

13

14 REPORTER'S CERTIFICATE......................   232

15

16 EXHIBIT CUSTODY

17 EXHIBITS RETAINED BY THE COURT REPORTER

18

19

20

21

22

23

24

25

Page 185

1  flip to the next page, she's referring to that
2  bar chart that we talked about a little bit
3  earlier?
4        A.    Correct.
5        Q.    And again, I'm not going to ask
6  lots of specific questions, but would you agree
7  with me that the carfentanil deaths were
8  largely in one time -- kind of point in time in
9  2016 where you saw very significant deaths
10 associated to carfentanil?
11       A.    No.
12       Q.    What -- did it occur after 2016?
13       A.    I will agree with you that it
14 started in the 4th of July weekend of 2016 and
15 just ballooned for the rest of 2016.  It didn't
16 get any better.  It got worse.  And then 2017
17 was just as bad.
18       Q.    Okay.
19       A.    So that year and a half was
20 carfentanil.  It was, you know, basically the
21 carfentanil epidemic.
22             Now, prior to that, when I first
23 started the coroner's office, as I mentioned
24 before, I would see trends.  You know,
25 initially in the early 2000s, hydrocodone,

Page 186

1  oxycodone, and that lasted for years.  I mean,
2  you see peaks and valleys and spikes.
3           But typically what all I saw the
4  first 10 years at the coroner's office were
5  prescription meds.  Very low levels of illicit
6  drugs in terms of lethal nature.  Most of our
7  deaths -- and I don't have the statistics.
8  This is just the perception I had.
9       Q.    Uh-huh.
10      A.    The first 10 years I'm there.
11           Then, the last 10 years, I saw some
12 fluctuations.  You know, the prescription -- as
13 I mentioned, we had pain management centers
14 back then, quite a few of them.  As a matter of
15 fact, my last few years at City Hospital I
16 created a special drug test aimed at pain
17 management centers where I incorporated the
18 things that they wanted to see, which is the
19 opiates:  oxycodone, hydrocodone, Fentanyl,
20 methadone, et cetera.  And we called it the
21 pain management panel.
22           We originally created it for
23 St. Thomas Hospital.  And after several weeks,
24 we were getting calls from Cleveland Clinic,
25 Aultman Hospital.  Cleveland Clinic would have