Exhibit 22

```
 1              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3   IN RE: NATIONAL              )    MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION                   )    Case No.
                                  )    1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )    Hon. Dan A.
 6   ALL CASES                    )    Polster
                                  )
 7
 8
 9                      __  __  __
10               Monday, May 13, 2019
                        __  __  __
11
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12              CONFIDENTIALITY REVIEW
                        __  __  __
13
14
15
16      Videotaped Deposition of JAMES E.
     RAFALSKI, held at Weitz & Luxenburg PC, 3011
17   West Grand Avenue, Suite 2150, Detroit,
     Michigan, commencing at 9:20 a.m., on the
18   above date, before Michael E. Miller, Fellow
     of the Academy of Professional Reporters,
19   Registered Diplomate Reporter, Certified
     Realtime Reporter and Notary Public.
20
21
22
                        __  __  __
23
              GOLKOW LITIGATION SERVICES
24       877.370.3377 ph | fax 917.591.5672
                   deps@golkow.com
25
```

```
 1     A P P E A R A N C E S:
 2         MCHUGH FULLER LAW GROUP
           BY:  MICHAEL J. FULLER, ESQUIRE
 3              mike@mchughfuller.com
                ALLAN "AJ" ELKINS, JR., ESQUIRE
 4              aj@mchughfuller.com
                AMY QUEZON, ESQUIRE
 5              amy@mchughfuller.com
           97 Elias Whiddon Road
 6         Hattiesburg, Mississippi 39402
           (601) 261-2220
 7         Counsel for MDL Plaintiffs
 8
 9         BRANSTETTER STRANCH & JENNINGS PLLC
           BY:  TRICIA HERZFELD, ESQUIRE
10              triciah@bsjfirm.com@bsjfirm.com
           223 Rosa L. Parks Boulevard
11         Suite 200
           Nashville, Tennessee 37203
12         (615) 254-8801
           Counsel for Tennessee Plaintiffs
13
14         REED SMITH LLP
           BY:  ROBERT A. NICHOLAS, ESQUIRE
15              rnicholas@reedsmith.com
                ABIGAIL M. PIERCE, ESQUIRE
16              abigail.pierce@reedsmith.com
           1717 Arch Street
17         Suite 3100
           Philadelphia, Pennsylvania 19103
18         (215) 851-8100
           Counsel for AmerisourceBergen Drug
19         Corporation
20
           WILLIAMS & CONNOLLY LLP
21         BY:  STEVEN M. PYSER, ESQUIRE
                spyser@wc.com
22              BRAD MASTERS, ESQUIRE
                bmasters@wc.com
23         725 Twelfth Street, N.W.
           Washington, D.C. 20005
24         (202) 434-5000
           Counsel for Cardinal Health Inc.
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:
 2         JONES DAY
           BY:  NEAL J. STEPHENS, ESQUIRE
 3              nstephens@jonesday.com
           1755 Embarcadero Road
 4         Palo Alto, California 94303
           (650) 739-3939
 5         Counsel for Walmart Corporation
 6
 7         ROPES & GRAY LLP
           BY:  ANDREW O'CONNOR, ESQUIRE
 8              andrew.o'connor@ropesgray.com
                WILLIAM DAVISON, ESQUIRE
 9              william.davison@ropesgray.com
           Prudential Tower
10         800 Boylston Street
           Boston, Massachusetts 02199
11         (617) 951-7000
           Counsel for Mallinckrodt Pharmaceuticals
12
13         COVINGTON & BURLING LLP
           BY:  CHRISTOPHER K. EPPICH, ESQUIRE
14              ceppich@cov.com
           1999 Avenue of the Stars
15         Los Angeles, California 90067
           (424) 332-4800
16         Counsel for McKesson Corporation
17
18         COVINGTON & BURLING LLP
           BY:  MEGHAN MONAGHAN, ESQUIRE
19              mmonaghan@cov.com
           One City Center
20         850 Tenth Street, N.W.
           Washington, D.C. 20001
21         (202) 662-6000
           Counsel for McKesson Corporation
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1     A P P E A R A N C E S:
 2         LOCKE LORD LLP
           BY:  C. SCOTT JONES, ESQUIRE
 3              sjones@lockelord.com
           2200 Ross Avenue
 4         Suite 2800
           Dallas, Texas 75201
 5         (214) 740-8000
           Counsel for Henry Schein, Inc. and
 6         Henry Schein Medical Systems, Inc.
 7
 8         FOLEY & LARDNER LLP
           BY:  JAMES W. MATTHEWS, ESQUIRE
 9              jmatthews@foley.com
           111 Huntington Avenue
10         Boston, Massachusetts 02199
           (617) 342-4000
11         Counsel for Anda Inc.
12
13         ARNOLD & PORTER KAYE SCHOLER LLP
           BY:  DAVID D. FAUVRE, ESQUIRE
14              david.fauvre@arnoldporter.com
           601 Massachusetts Avenue, N.W.
15         Washington, D.C. 20001
           (202) 942-5000
16         Counsel for Endo Health Solutions
           Inc., Endo Pharmaceuticals Inc., Par
17         Pharmaceutical, Inc. and Par
           Pharmaceutical Companies, Inc.
18
19         KIRKLAND & ELLIS LLP
           BY:  ERICA B. ZOLNER, ESQUIRE
20              erica.zolner@kirkland.com
                KAITLYN L. COVERSTONE, ESQUIRE
21              kaitlyn.coverstone@kirkland.com
           300 North LaSalle
22         Chicago, Illinois 60654
           (312) 862-2000
23         Counsel for Allergan Finance LLC
24
25
```

```
 1     A P P E A R A N C E S:
 2         MORGAN LEWIS & BOCKIUS LLP
           BY:  MAUREEN K. BARBER, ESQUIRE
 3              maureen.barber@morganlewis.com
           One Oxford Centre
 4         Thirty-Second Floor
           Pittsburgh, Pennsylvania 15219
 5         (412) 560-3300
           Counsel for Teva Pharmaceuticals
 6         USA Inc., Cephalon Inc., Watson
           Laboratories Inc., Actavis LLC, and
 7         Actavis Pharma Inc. f/k/a Watson
           Pharma Inc.
 8
 9         ZUCKERMAN SPAEDER LLP
           BY:  GRAEME W. BUSH, ESQUIRE
10              gbush@zuckerman.com
                PAUL B. HYNES, JR., ESQUIRE
11              phynes@zuckerman.com
                (via teleconference)
12         1800 M Street, N.W.
           Suite 1000
13         Washington, D.C. 20036
           (202) 778-1800
14         Counsel for CVS Indiana LLC and
           CVS Rx Services Inc.
15
16         DECHERT LLP
           BY:  ERIK W. SNAPP, ESQUIRE
17              erik.snapp@dechert.com
           35 West Wacker Drive
18         Suite 3400
           Chicago, Illinois 60601
19         (312) 646-5800
           Counsel for Purdue Pharma
20
21         O'MELVENY & MYERS LLP
           BY:  AMY R. LUCAS, ESQUIRE
22              alucas@omm.com
           1999 Avenue of the Stars
23         8th Floor
           Los Angeles, California 90067
24         (213) 430-6000
           Counsel for Janssen Pharmaceuticals Inc.
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1     A P P E A R A N C E S:
 2         MARCUS & SHAPIRA LLP
           BY:  JOSHUA A. KORBIN, ESQUIRE
 3              korbin@marcus-shapira.com
           One Oxford Centre
 4         35th Floor
           Pittsburgh, Pennsylvania 15219
 5         (412) 471-3490
           Counsel for HBC Services
 6
 7

           BARTLIT BECK LLP
 8         BY:  KATHERINE M. SWIFT, ESQUIRE
                katherine.swift@bartlit-beck.com
 9         54 West Hubbard Street
           Suite 300
10         Chicago, Illinois 60654
           (312) 494-4400
11         Counsel for Walgreens Company
12
13         BARNES & THORNBURG LLP
           BY:  WILLIAM LEEDER, ESQUIRE
14              bill.leeder@btlaw.com
           171 Monroe Avenue, N.W.
15         Suite 1000
           Grand Rapids, Michigan 49503
16         (616) 742-3930
           Counsel for H.D. Smith
17
18         CAVITCH FAMILO & DURKIN CO. L.P.A.
           BY:  ERIC J. WEISS, ESQUIRE
19              eweiss@cavitch.com
                (via teleconference)
20         1300 East 9th Street
           Cleveland, Ohio 44114
21         (216) 621-7860
           Counsel for Discount Drug Mart
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   A P P E A R A N C E S:
 2      FOX ROTHSCHILD LLP
        BY:  STEPHAN A. CORNELL, ESQUIRE
 3           scornell@foxrothschild.com
             (via teleconference)
 4      2700 Kelly Road
        Suite 300
 5      Warrington, Pennsylvania 18976
        (215) 345-7500
 6      Counsel for Prescription Supply Inc.
 7
 8      MORGAN LEWIS & BOCKIUS LLP
        BY:  CAROLYN A. SILANE, ESQUIRE
 9           carolyn.silane@morganlewis.com
             (via teleconference)
10      101 Park Avenue
        New York, New York 10178
11      (212) 309-6000
        Counsel for Rite Aid
12
13   VIDEOGRAPHER:
14       David Lane,
         Golkow Litigation Services
15
16
17
18
19
20
21
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                         INDEX
 2
        APPEARANCES                                    2
 3
        PROCEEDINGS                                   11
 4
 5
        EXAMINATION OF JAMES E. RAFALSKI:
 6
             BY MR. NICHOLAS                          14
 7
             BY MR. PYSER                            242
 8
             BY MR. EPPICH                           333
 9
             BY MR. JONES                            387
10
11
        CERTIFICATE                                  406
12
        ERRATA                                       408
13
        ACKNOWLEDGMENT OF DEPONENT                   409
14
        LAWYER'S NOTES                               410
15
16
17
18
19
20
21
22
23
24
25
```

```
 1                  MR. FULLER:  Form.
 2                  Go ahead.
 3        A.     My answer would be the same.
 4   I -- I don't know the pure math of that
 5   question, but with over 1 million doctors,
 6   99.9%, I'm not sure --
 7   BY MR. NICHOLAS:
 8        Q.     Do you think the vast majority
 9   of doctors are trying to do the right thing?
10                  MR. FULLER:  Form, scope.
11                  MR. NICHOLAS:  You can answer.
12        A.     I would agree with that, that I
13   have no experience or knowledge that says,
14   you know, anything otherwise than the vast
15   majority.  I guess we could maybe dispute
16   about what vast majority is, but...
17   BY MR. NICHOLAS:
18        Q.     When do you believe the opioid
19   crisis began?
20        A.     I would probably say the onset
21   would be the Internet pharmacy activity, the
22   illicit Internet pharmacy activity, I think
23   1999, around in that time period.
24        Q.     Okay.  When did you first
25   become aware that there was an opioid crisis?
```

```
 1      Around that time?
 2      A.      No.  Probably when I started my
 3   employment with the DEA in the academy.
 4      Q.      2004?
 5      A.      Yes, sir.
 6      Q.      Is there a point at which you
 7   believe the opioid crisis became common
 8   knowledge?
 9      A.      Yes.
10      Q.      When is that?
11      A.      Well, could I get a
12   clarification of what you believe is common
13   knowledge?  Because what's common knowledge
14   to me is -- would you -- would your
15   definition of that be just if you were to
16   stop somebody and say what is an opioid?
17      Q.      How about known to government
18   entities, cities, towns, counties, states.
19              MR. FULLER:  Form.
20      A.      Well, I think it's -- I think
21   it probably coincided with when the Internet
22   pharmacy illicit conduct got to --
23   identified.  There was a study that was being
24   done and it was published and showed the
25   conduct of these Internet pharmacies and
```

```
 1    distributions not pursuant to a prescription.
 2                 I think when that report was
 3    published, I think, at least in regards to --
 4    that's my belief, that that's when it pretty
 5    much disclosed the scope of that activity.
 6    BY MR. NICHOLAS:
 7         Q.    When was that study published,
 8    roughly?
 9         A.    2004-2005.
10         Q.    Okay.
11         A.    Now, just so I can clarify my
12    question, I think the DEA knew about it prior
13    to that.
14         Q.    Yeah.
15         A.    So just the clarification was
16    it would be just like when it really came out
17    and people should have a better awareness of
18    it, that would make -- okay?
19         Q.    Okay.  Yeah, I understand.
20               Now, each year the DEA sets a
21    quota as to the number of controlled
22    substances that are to be made available
23    nationwide; is that correct?
24         A.    Yes, sir.
25         Q.    Okay.
```