Exhibit 23

Page 1

```
 1            IN THE UNITED STATES COURT
 2            NORTHERN DISTRICT OF OHIO
 3                 EASTERN DIVISION
 4
 5            ~~~~~~~~~~~~~~~~~~~~~
 6   IN RE:  NATIONAL PRESCRIPTION
 7   OPIATE LITIGATION            MDL No. 2804
 8                                Case No.
 9                                17-mdl-2804
10                                Judge Dan Polster
11
12   This document relates to:
13   The County of Cuyahoga, Ohio, et al., v.
14   Purdue Pharma L.P., et al.,
15   Case No. 1:17-OP-45004 (N.D. Ohio)
16
17            ~~~~~~~~~~~~~~~~~~~~~
18            Videotaped deposition of
19                  DEREK SIEGLE
20               January 23, 2019
21                   9:20 a.m.

                 Taken at:
22          Baker Hostetler, LLP
         127 Public Square, Suite 2000
23              Cleveland, Ohio
24          Wendy L. Klauss, RPR
25
```

```
 1    APPEARANCES:
 2
           On behalf of the Witness:
 3              Taft Stettinius & Hollister LLP
                GREGORY J. O'BRIEN, ESQ.
 4              200 Public Square, Suite 3500
                Cleveland, OH   44114-2302
 5              (216) 241-2838
                Gobrien@taftlaw.com
 6
           On behalf of Distributor Defendant
 7         McKesson Corporation:
                Covington & Burling LLP
 8              STEPHEN F. RAIOLA, ESQ.
                LAURA FLAHIVE-WU, ESQ.
 9              One CityCenter
                850 Tenth Street, NW
10              Washington, DC   20001-4956
                (202) 662-6000
11              Sraiola@cov.com
                Lflahivewu@cov.com
12
           On behalf of Walmart Inc. F/K/A Wal-Mart
13         Stores, Inc.
                Jones Day
14              NEAL J. STEPHENS, ESQ.
                1755 Embarcadero Road
15              Palo Alto, CA    94303
                (650) 739-3939
16              Nstephens@jonesday.com
17         On behalf of Distributor
           AmerisourceBergen Drug Corporation,
18         Co-Liaison Counsel for the Distributor
           Defendants:
19              Reed Smith LLP
                STEVEN J. BORANIAN, ESQ.
20              101 Second Street
                Suite 1800
21              San Francisco, CA    94105
                (415) 543-8700
22              Sboranian@reedsmith.com
23
24
25
```

```
 1   APPEARANCES, Continued:
 2         On behalf of Endo Health Solutions, Inc.,
           Endo Pharmaceuticals Inc., Par
 3         Pharmaceutical, Inc., and Par
           Pharmaceutical Companies, Inc.,(FKA Par
 4         Pharmaceutical Holdings, Inc.)
                Arnold & Porter
 5              NEDA HAJIAN, ESQ.
                777 South Figueroa Street
 6              44th Floor
                Los Angeles, CA   90017-5844
 7              (213) 243-4000
                Neda.Hajian@arnoldporter.com
 8
           On behalf of Mallinckrodt LLC
 9         and SpecGx LLC:
                Ropes & Gray
10              HAYDEN A. MILLER, ESQ.
                1211 Avenue of the Americas
11              New York, NY   10036
                (212) 596-9451
12              Hayden.miller@ropesgray.com
                     ~  ~  ~  ~  ~
13
     ALSO PRESENT:
14         John Stringer, Videographer
                     ~  ~  ~  ~  ~
15
16
17
18
19
20
21
22
23
24
25
```

1 TRANSCRIPT INDEX
2
3 APPEARANCES:................................ 2
4
5 INDEX OF EXHIBITS ......................... 5
6
7 EXAMINATION OF DEREK SIEGLE
8 By Mr. Raiola.............................. 7
9 By Mr. Stephens........................... 169
10
11 REPORTER'S CERTIFICATE.................... 211
12
13 EXHIBIT CUSTODY
14 EXHIBITS RETAINED BY COURT REPORTER
15
16
17
18
19
20
21
22
23
24
25

Page 66

1  heroin that we are seeing through our task
2  forces and the amount of overdoses being
3  reported in the state.
4       Q.    Are the employees of plaintiffs in
5  this case, Cuyahoga County and Summit County,
6  who are involved in Ohio HIDTA, have they been
7  referring to the problems they are having with
8  overdoses, is that heroin epidemic too?
9       A.    I think they just call them
10 overdose, you know, problems, so many people
11 were overdosing.
12      Q.    Is it fair to say that you yourself
13 have never used the phrase "opioid epidemic"
14 before?
15      A.    I can't say that I have never used
16 it, but it's not a term I might say.  You know,
17 I don't know if I've said that term or not.
18      Q.    What drugs are involved in the
19 heroin epidemic?
20      A.    Heroin, fentanyl, carfentanil, all
21 of the different analogs that they would keep
22 coming up with from fentanyl, any of the
23 prescription opioids, the all those categories
24 are included.
25      Q.    So heroin epidemic would include

Page 67

1    illicit street drugs -- it would include
2    illicit street drugs, correct?
3         A.    It would include them, yes.
4         Q.    Would you say that the majority of
5    the heroin epidemic involves illicit street
6    drugs?
7         A.    I would say probably, yes.
8         Q.    When did the heroin epidemic begin?
9         A.    I'd have to go back and look
10   through some of our reports, and really, with
11   the seizures and things, and I said off the top
12   of my head I would believe about 2012, and we
13   saw it coming after some of the issues with the
14   prescription pill mills in Ohio, in particular
15   Southeastern Ohio, and then we pretty much knew
16   once the pills mills were shut down, that there
17   would be a heroin problem.
18        Q.    What was the pill mill problem in
19   Southeast Ohio?
20        A.    Many people were going, and again,
21   I have never been down there to see one, but
22   they were being in pain clinics, being
23   prescribe opioids, prescription opioids for
24   whatever their problem might be, and they had a
25   high rate of addiction and overdoses going on

Page 68

1    in Southern Ohio.
2         Q.    Around what time period would you
3    say those pill mill problems were occurring?
4         A.    Were occurring?
5         Q.    Yeah.
6         A.    Probably sometime in the 2000s,
7    certainly were here when I got here in 2009,
8    until the state shut the pill mills down.  I
9    think that was 2011 or so, there was some
10   legislation.
11        Q.    Do you know what legislation that
12   was?
13        A.    No.  I don't remember.  I would not
14   know the name of it or anything.
15        Q.    Around that time, were there also
16   pill mills in Cuyahoga County and Summit
17   County?
18        A.    I don't know.
19        Q.    What's the basis of your knowledge
20   about pill mills?
21        A.    Based on reports from the task
22   forces and, during that timeframe, we added two
23   counties in Southeast Ohio to Ohio HIDTA, Adams
24   County and Scioto County.
25        Q.    I'm going to mark as Exhibit 3 a

1  document Bates stamped OH-HIDTA 003501.
2              - - - - -
3           (Thereupon, Deposition Exhibit 3,
4           Ohio HIDTA 2002 Threat Assessment,
5           Beginning with Bates label OH-HIDTA
6           0033501, was marked for purposes of
7           identification.)
8              - - - - -
9       Q.   Do you recognize this document,
10  Mr. Siegel?
11      A.   I do not.  I mean, as far as I do
12  not recognize it.  I can see what it is.
13      Q.   What is this document?
14      A.   It's the 2002 threat assessment
15  from the Ohio HIDTA.
16      Q.   And can you remind me again what a
17  threat assessment is?
18      A.   It describes what the threat, the
19  drug threat is in the Ohio HIDTA region at that
20  time and what drugs are prevalent and what is
21  being done, what drugs we are seizing, what the
22  task forces are working.
23      Q.   And you used reporting from all of
24  the jurisdictions within Ohio HIDTA to prepare
25  that report, correct?