Exhibit 25

http://www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html  Go     DEC **JAN** FEB
                                                                                ◀ **24** ▶
**128 captures**                                                               2002 **2003** 2004
24 Jan 2003 - 26 Apr 2019                                                      ▼ About this capture

Link Directly to Content



**ARCOS** > Retail Drug Summary

# Retail Drug Summary

- Reporting Period - 2001

- Reporting Period - 2000

- Reporting Period - 1999

- Reporting Period - 1998

- Reporting Period - 1997

---

Hot Items
Program Description | Offices & Directories | Drug Registration | ARCOS | Chemical Program |
Publications | Reports Required by 21 CFR | Title 21 Regulations & Codified CSA |
Controlled Substance Schedules | Drugs and Chemicals of Concern | Federal Register Notices |
Electronic Commerce Initiatives | Quotas | Import Export | Meetings and Events | Career Opportunities |
Links | FAQ's | What's New | Site Map | Search | Home | On-Line Forms & Applications | NFLIS
Contact Us