Exhibit 51

## August 2017

New rules go into effect limiting the amount of opiates that can be prescribed for acute pain to seven days for adults and five days for minors.

## January 2017

Governor Kasich signs legislation strengthening prescription drug oversight, encouraging responsible treatment and supporting overdose prevention. Provisions include registration of all pharmacy technicians; expanded access to naloxone (including schools, homeless shelters and halfway houses); limitations on high volume prescriptions; and streamlined regulations for methadone providers.

## 2016

More than 53,000 Ohio students participate in "5 Minutes for Life" drug abuse prevention presentations during the school

year, and nearly 60,000 parents and teachers receive bi-weekly Know! parent tips and TEACHable Moments.



## June 2016

Governor Kasich signs "Good Samaritan" legislation that provides immunity from prosecution to those who seek emergency help for the victim of an overdose.

## May 2016

The Ohio Departments of Health and Mental Health and Addiction Services partner to launch a multi-media naloxone/fentanyl awareness campaign targeting the 15 counties that accounted for 80 percent of Ohio's fentanyl-related overdose deaths in 2014. Visit stopoverdoses.ohio.gov to view billboard, radio and digital ads.

## 2016

Ohio Department of Public Safety provides more than $5.5M to support 40 local drug task forces throughout Ohio.

## April 2016

The Ohio Bureau of Workers' Compensation (BWC) announces that since the creation of BWC's first-ever formulary and other pharmacy-management efforts, opiate prescriptions have steadily fallen, dropping by 23.8 million doses, or 41 percent, since 2010.

## March 2016

A Centers for Disease Control and Prevention report recognizes Ohio's "comprehensive response to the increase in fentanyl-related deaths" and "a wide range of activities across Ohio state government in response to the opiate crisis in Ohio."

## January 2016

Governor's Cabinet Opiate Action Team, in partnership with Ohio's medical community, releases opioid prescribing guidelines for treating acute pain.

## October 2015

Governor Kasich Kasich announces $1.5M investment to integrate Ohio's prescription drug monitoring program into electronic medical records and pharmacy systems across the state.



## September 2015

Ohio one of 16 states to receive approximately $4M from CDC to combat prescription drug overdoses.

## July 2015

State budget includes includes an investment of $500,000 per year to purchase naloxone for distribution to law enforcement by local health departments. County health departments utilize this funding to purchase more than 7,800 naloxone kits in SFY 2016, resulting in more than 2,300 lives saved.

## July 2015

Governor Kasich signs legislation that further expands availability of naloxone by permitting physicians to issue a standing order.

## July 2015

Governor's Cabinet Opiate Action Team publishes community [Health Resource Toolkit for Addressing Opioid Abuse](#).

## February 2015

State budget includes $1M investment for naloxone (resulting in 2,300 lives saved in SFY 2016); creates partnership to expand the availability of treatment within state prisons and upon release and authorizes additional $5M to expand [Addiction Treatment Program](#) to additional county drug courts.

## December 2014

Governor Kasich signs bill into law requiring school districts to provide education on Rx medication and other opiate abuse.

## December 2014

Ohio State Highway Patrol reports that it has seized more than 38,000 prescription pills (1,086 cases) and 14,150 grams of heroin (806 cases) for calendar year 2014.

## December 2014

Ohio EMS personnel administer naloxone 16,121 times for calendar year 2014.

## July 2014

Investments in Mid-Biennium Budget Review target funding for prevention ($6.5M), recovery housing ($10M) and drug courts ($4.4M).

## March/April 2014

Four Maternal Opiate Medical Support (M.O.M.S) pilot programs established to develop best practices for treating addicted mothers and addressing Neonatal Abstience Syndrome.



# March/April 2014

Addiction Treatment Program (ATP) piloted in six county drug courts to focus on non-violent offenders.

# March/April 2014

Governor Kasich signs legislation making lifesaving overdose antidote naloxone more widely available.

# January 2014

Medicaid Expansion begins — 492,000 Ohioans now have access to treatment services.

## January 2014

Start Talking! statewide youth drug prevention initiative launches.



## August 2013

Ohio receives $10M federal grant to implement Screening, Brief Intervention and Referral to Treatment (SBIRT).

## July 2013

Governor Kasich signs legislation establishing a naloxone pilot project.

## May 2013

Prescriber guidelines for management of chronic, non-terminal pain introduced.

## May 2013

Ohio establishes Southern Ohio Treatment Center to address treatment needs of residents in Appalachian communities.

## May 2012

Governor Kasich announces prescriber guidelines for emergency room and acute care facilities.

## May 2012

Ohio hosts first statewide Opiate Summit, drawing more than 1,000 addiction, criminal justice, policy and medical professionals.

## May 2012

Ohio Medicaid provides coverage of Medication-Assisted Treatment (MAT).

## May 2012

Governor Kasich announces prescriber guidelines for emergency room and acute care facilities.

## Spring/Summer 2011

Task Force establishes statewide GAP Network to promote family engagement efforts to combat opiate addiction.

## Spring/Summer 2011

Project DAWN (Deaths Avoided with Naloxone expanded.



## May 2011

Governor Kasich signs Ohio's "Pill Mill" Bill into law, cracking down on illegal pain clinics fueling the opiate crisis.

## February 2011

Governor Kasich issues Executive Order 2011-06K authorizing the expansion of Medication-Assisted Treatment (buprenorphine, naltrexone and methadone).

## January 2011

Governor Kasich announces establishment of Governor's Cabinet Opiate Action Team dedicated to fighting opiate addiction on all fronts.