Exhibit 52

# Drugs@FDA: FDA Approved Drug Products

**SHARE (HTTPS://WWW.FACEBOOK.COM/SHARER/SHARER.PHP?U=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM)**

**TWEET (HTTPS://TWITTER.COM/INTENT/TWEET/?TEXT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&URL=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM)**

±

**EMAIL (MAILTO:?SUBJECT=DRUGS@FDA: FDA APPROVED DRUG PRODUCTS&BODY=HTTPS://WWW.ACCESSDATA.FDA.GOV/SCRIPTS/CDER/DAF/INDEX.CFM)**

**Download Drugs@FDA Express for free**

**(https://itunes.apple.com/us/app/drugs-fda-express/id1318248918?mt=8)** **(https://play.google.com/store/apps/details?id=gov.fda.daf&hl=en)**

## Search by Drug Name, Active Ingredient, or Application Number

Enter at least 3 characters

Search    Clear

## Search by Drug Name

**A (/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=A&ai=0)**    **B (/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=B&ai=0)**    **C (/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=C&ai=0)**    **D**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=D&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=D&ai=0) **E**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=E&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=E&ai=0) **F**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=F&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=F&ai=0) **G**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=G&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=G&ai=0) **H**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=H&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=H&ai=0) **I**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=I&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=I&ai=0) **J**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=J&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=J&ai=0) **K**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=K&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=K&ai=0) **L**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=L&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=L&ai=0) **M**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=M&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=M&ai=0) **N**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=N&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=N&ai=0) **O**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=O&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=O&ai=0) **P**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=P&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=P&ai=0) **Q**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=Q&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=Q&ai=0) **R**

[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=R&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=R&ai=0) **S**

**[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=S&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=S&ai=0)** **T**

**[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=T&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=T&ai=0)** **U**

**[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=U&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=U&ai=0)** **V**

**[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=V&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=V&ai=0)** **W**

**[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=W&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=W&ai=0)** **X**

**[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=X&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=X&ai=0)** **Y**

**[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=Y&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=Y&ai=0)** **Z**

**[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=Z&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=Z&ai=0)** **0-9**

**[(/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=0-9&ai=0)](/scripts/cder/daf/index.cfm?event=browseByLetter.page&productLetter=0-9&ai=0)**

**Drug Approval Reports by Month** 

**About Drugs@FDA (https://www.fda.gov/Drugs/InformationOnDrugs/ucm135821.htm)** | **FAQ (https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=faq.page)** | **Glossary (https://www.accessdata.fda.gov/scripts/cder/daf/index.cfm?event=glossary.page)** | **Contact Us (https://www.accessdata.fda.gov/scripts/email/cder/commentdrugcat.cfm)**