Exhibit 55

Case: 1:17-md-02804-DAP Doc #: 1896-58 Filed: 07/19/19 2 of 4. PageID #: 76324

BUSINESS ARCHIVE SITE

# Ohio gets $950,000 in OxyContin settlement

Updated May 8, 2007 at 7:11 PM;
Posted May 8, 2007 at 4:24 PM

1

0
shares

By **Roger Mezger**

The maker of OxyContin has agreed to pay $19.5 million to settle charges by Ohio and 25 other states that the company failed to adequately disclose the risk of abuse and misuse associated with the pain-killer.

In a statement, the Connecticut-based company confirmed the settlement but denied that inserts packaged with OxyContin failed to disclose risks.

The Ohio attorney general's office announced Tuesday that the settlement would require Purdue Pharma Inc. to refrain from marketing the narcotic, which is twice as potent as morphine, for anything other than its intended purposes. It also agreed not to sponsor events if it knows a speaker plans to recommend use of OxyContin for unintended purposes and to avoid giving bonuses to sales staff based solely on the amount of OxyContin prescribed.

Case: 1:17-md-02804-DAP   Doc #: 1896-58 Filed: 07/19/19 3 of 4. PageID #: 76325

Earlier this year, the company settled more than 1,000 cases brought by people who claimed
to have been harmed when they took OxyContin and families whose relatives died after taking
the drug. At the behest of the FDA, which has required stronger warning labels for the drug, the company agreed earlier to provide education programs and to discipline sales representatives who improperly promoted the drugs, according to a GAO report.

Ohio's share of the multi-state settlement is $950,000, which will go into the attorney general's consumer protection fund.

Note to readers: if you purchase something through one of our affiliate links we may earn a commission.

Case: 1:17-md-02804-DAP Doc #: 1896-58 Filed: 07/19/19 4 of 4. PageID #: 76326

Use of and/or registration on any portion of this site constitutes acceptance of our **User Agreement** (updated 5/25/18) and **Privacy Policy and Cookie Statement** (updated 5/25/18).

© 2019 Advance Local Media LLC. All rights reserved (**About Us**).
The material on this site may not be reproduced, distributed, transmitted, cached or otherwise used, except with the prior written permission of Advance Local.

**Community Rules** apply to all content you upload or otherwise submit to this site.

**Your California Privacy Rights**

▷ **Ad Choices**