Exhibit 62

Case: 1:17-md-02804-DAP  Doc #: 1896-65  Filed: 07/19/19  2 of 4.  PageID #: 76345

Newspapers by ancestry
https://www.newspapers.com/image/170092312

The Akron Beacon Journal (Akron, Ohio) · Thu, Aug 14, 2008 · Page A001
Downloaded on Jan 11, 2019



Copyright © 2019 Newspapers.com. All Rights Reserved.

Newspapers™

Case: 1:17-md-02804-DAP Doc #: 1896-65 Filed: 07/19/19 3 of 4. PageID #: 76346

Newspapers by ancestry
https://www.newspapers.com/image/170092312

The Akron Beacon Journal (Akron, Ohio) · Thu, Aug 14, 2008 · Page A001
Downloaded on Jan 15, 2019

# Youths' heroin use rises

## White, suburban Ohioans first hooked on prescriptions

**By Rick Armon**
*Beacon Journal staff writer*

Heroin abuse among white youth and young suburban adults is increasing in Ohio, according to a new report released Wednesday.

The report, which detailed drug trends in the state, attributed the increase to more young people becoming hooked first on prescription drugs.

"For some youth, they start off with prescription drug abuse and it's not a strong enough opiate and then they go to heroin," said Amanda Conn Starner, a spokeswoman for the Ohio Department of Alcohol and Drug Addiction Services.

The semi-annual report was released by the Ohio Substance Abuse Monitoring Network, a research partnership of the state agency, Wright State University and the University of Akron. Researchers interview drug users, treatment providers and law enforcement to determine the drug trends.

The analysis, which covered June 2007 to January 2008, was a mixed bag, according to officials.

"There hasn't been a huge change in the drug scene," said Sonia A. Alemagno, director of the Institute for Health and Social Policy at the University of Akron.

Overall heroin use – which now includes a spike in black tar heroin – has remained steady over the last couple of years. Prescription drug abuse combined with

To read the entire report, go online to:
http://www.odadas.state.oh.us/GD/Templates/Pages/ODADAS/ODADASPrimary.aspx?Page=4&TopicRelationID=98&Content=5402.

Please see **Drugs, A6**

Copyright © 2019 Newspapers.com. All Rights Reserved.



Case: 1:17-md-02804-DAP  Doc #: 1896-65  Filed: 07/19/19  4 of 4.  PageID #: 76347

Newspapers by ancestry
https://www.newspapers.com/image/170092696

The Akron Beacon Journal (Akron, Ohio) · Thu, Aug 14, 2008 · Page A006
Downloaded on Jan 15, 2019

# Drugs

## Heroin easy to obtain in Akron, officials say

Continued from Page A1

alcohol use among youth and senior citizens also has remained consistent.

"We're still having a problem with people going to their medicine cabinets and abusing the drugs that are there," Conn Starner said.

Meanwhile, there's been no significant change in marijuana or cocaine use, which remains high.

The good news is that abuse of methamphetamines and Oxy-Contin is declining because of a lack of street availability, the report said.

Counselors at Oriana House Inc., a nonprofit treatment provider in Akron, agreed with the report's findings, especially concerning heroin use.

"Clients at a younger age – as young as high school students – are getting involved with prescription opioids and then they move up to OxyContin, but it becomes cost prohibitive and they move to heroin because it's cheaper," said Mike Burkett, administrative services coordinator for Oriana House.

Heroin also is readily available in Akron.

It used to be that 75 percent of clients at Oriana House's A.D.M. Crisis Center checked in for alcohol abuse, but now 50 percent are being treated for opiates, which include morphine, heroin and codeine.

The younger generation has been exposed to more prescription drugs, whether it's pain medication or a drug to control attention deficit disorder, Alemagno said. Because of that exposure, members of the "pill generation" don't recognize themselves as drug abusers when they are taking prescription medication, she said.

"Even their parents were raised to think that anything can be fixed with a pill," Alemagno said.

The Ohio Substance Abuse Monitoring Network report also identified drug trends by region. In addition to heroin, other drugs such as crack, cocaine, oxycodone, hydrocodone and benzodiazepines can easily be found in Akron. The community also is seeing an increase in the hallucinogenic drug Ecstasy.

Copyright © 2019 Newspapers.com. All Rights Reserved.

