Exhibit 63

# The Columbus Dispatch

## Drug company to pay AG's office, other states

Posted Oct 1, 2008 at 12:01 AM
Updated Oct 1, 2008 at 11:45 AM

The Ohio attorney general's office teamed up with other states and the federal government to persuade a pharmaceutical company to stop improperly marketing three medications, Attorney General Nancy H. Rogers said Monday.

Cephalon Inc. had marketed drugs intended for sufferers of sleeping disorders, seizures and cancer-related pain for other ailments, according to the National Association of Medicaid Fraud Control Units, which includes Ohio.

Cephalon also spent millions of dollars on educational programs to promote Provigil, Gabitril and Actiq for purposes for which they were not intended, Rogers' office said.

Ohio will receive $4.9 million of the $375 million the pharmaceutical company will be required to pay as part of the legal settlement. The company has agreed to change its marketing practices, Rogers' office said.

-- James Nash jnash@dispatch.com