Exhibit 65

# In Brief / PHARMACEUTICALS; McKesson to settle U.S. claims

Los Angeles Times

May 3, 2008 Saturday, Home Edition

Copyright 2008 Los Angeles Times All Rights Reserved

**Section:** BUSINESS; Business Desk; Part C; Pg. 4

**Length:** 80 words

**Byline:** From Times Wire Services

## Body

McKesson Corp., the largest U.S. drug distributor, agreed to pay $13.3 million to settle government claims over the company's distribution of two often-abused prescription drugs.

The agreement with the Drug Enforcement Administration and the Justice Department calls for San Francisco-based McKesson to suspend temporarily the distribution of hydrocodone, a morphine-like drug, and alprazolam, an anti-anxiety drug, from two of the company's 31 distribution centers, the company said.

**Load-Date:** May 3, 2008

---

**End of Document**