# Exhibit 72

## COLUMBUS; Ohio, Kentucky to share prescription-drug data;

The Columbus Dispatch (Ohio)

August 11, 2011 Thursday

Copyright 2011 The Columbus Dispatch All Rights Reserved

### The Columbus Dispatch

**Section:** NEWS; Pg. 6B; NEWS BRIEFS

**Length:** 290 words

**Byline:** The Columbus Dispatch

# Body

Republican Gov. John Kasich and Kentucky's Democratic Gov. Steve Beshear are working together ona pilot project to share prescription-drug information as one way of battling an opiate-addiction epidemic gripping parts of both states.

The electronic Prescription Monitoring Information Exchange project aims to curb "doctor shopping" and prevent other drug-seeking behaviors, according to a news release from the Ohio Department of Alcohol and Drug Addiction Services.

Addicts "doctor-shop" to get prescription drugs from multiple doctors across large areas. Under the joint pilot program, a centralized server will track prescription information in both states, allowing medical and enforcement officials to recognize patterns of "doctor shopping" and identify potential dealers.

The monitoring program is the latest to come from the Interstate Opiate Task Force, a team of officials from Ohio, Kentucky and West Virginia working to fight prescription-drug abuse in their states.

-- Joe Vardon

jvardon@dispatch.com

COLUMBUS

Deputies suspect man died trying to steal copper wire

A man was found dead early yesterday evening in southern Franklin County, probably from electrocution and possibly while trying to steal copper wire, authorities said.

Franklin County deputy sheriffs were called about 5:30 p.m. on a report of a vehicle abandoned in the 7200 block of Lockbourne Road in Hamilton Township, west of Rickenbacker Airport.

A man's body was found nearby, about 200 yards behind a house and in tall weeds.

Deputies said they believe the man was electrocuted. They said it appears that the man, who was found next to CSX railroad tracks, was trying to steal copper wire.

The man's name wasn't released late last night.

COLUMBUS; Ohio, Kentucky to share prescription-drug data;

-- Jim Woods

jwoods@dispatch.com

**Load-Date:** August 11, 2011

**End of Document**