Exhibit 75

ProPublica

Donate

ProPublica logo

Electionland

ProPublica Illinois

Local Reporting Network

Data Store



TOPICS ▼

MORE ▼

SERIES ▼

NEWS APPS

GET INVOLVED

IMPACT

ABOUT





**DOLLARS FOR DOCTORS**
How Industry Money Reaches Physicians

Google Dr. Scott Fishman, chairman and president of the American Pain Foundation, or Dr. Perry Fine, a prominent board member, and it's quickly clear that their ties to the world of pain are legion.

Here (and at right) is a photo of Fishman at a forum with U.S. Surgeon General Regina Benjamin. Here is his book about opioid prescribing that has been distributed to physicians in a couple of dozen states.

Multiple videos feature Fine delivering educational talks about the drugs. He appeared at the 2010 criminal trial of Anna Nicole Smith's boyfriend and two doctors accused of conspiracy in fostering the late celebrity's addiction to drugs. Fine testified that the 1,500 pills a month Smith was given did not make her an addict, according to news reports.

Fishman, chief of pain medicine at the University of California, Davis, and Fine, a professor of anesthesiology at the University of Utah School of Medicine, have authored articles on the foundation's website. They've testified in court cases and before state and

federal committees, and each has been president of the American Academy of Pain Medicine, a doctors' group.

Last year, the pair and a third physician wrote a strongly worded column in The Seattle Times opposing a bill passed by Washington state lawmakers that required doctors and others to consult pain specialists before prescribing high doses of opioids to non-cancer patients. The governor signed it into law nonetheless.

Like the American Pain Foundation, both men have had longstanding ties to the pharmaceutical industry -- direct and indirect. The foundation received 88 percent of its $5 million income last year from drug and medical-device makers.

This fall, the physicians acknowledged they had failed to disclose all their potential conflicts of interest in a letter to the editor of the Journal of the American Medical Association, which had been published in July. The journal requires all authors, even of letters, to disclose commercial ties.



In his correction, Fine listed 12 more companies for which he consulted, gave legal advice, delivered promotional talks or provided medical education. Among other things, he listed a 5 percent stake in a medical education company whose programs are funded by drugmakers.

Fine also appears to have played a role in launching a painkiller in 2009, ProPublica found. A subsidiary of Johnson & Johnson quoted him in its media release touting its new opioid.

ProPublica also found discrepancies in Fine's disclosures to his employer, the University of Utah. For example, Fine told the university that he had received less than $5,000 in 2010 from Johnson & Johnson for providing "educational" services. On its website,

however, the company says it paid Fine $32,017 for consulting, promotional talks, meals and travel that year. (The University requires doctors to disclose all ties to drug companies, even situations in which they are not compensated.)

In an interview, Fine said he tries to be fully transparent about his industry ties. After reviewing his tax records, Fine said in an email, he discovered he had made several errors on his university disclosure and would amend it.

Fine said his relationships with drug companies add to his knowledge about their products. "Does it bias me and cause me to be prejudiced?" he said. "I really don't believe so."

Fine said he is a prominent speaker and teacher on pain because it remains undertreated. "Chronic pain is sort of the modern day leprosy," he said. "It's been sort of hidden away. There are a lot of people affected."

In his initial JAMA disclosure, Fishman said he had written a book about responsible opioid prescribing but received no royalties. In his correction, he acknowledged receiving fees for teaching medical education courses, some of which were funded by drug-company grants.

Over time, Fishman has had relationships with at least eight companies, including OxyContin maker Purdue Pharma, for which he was a consultant, paid speaker and recipient of research support. In an email to ProPublica, Fishman said he had stopped taking money from drug companies in recent years to avoid the perception of a conflict of interest.

He does appear to maintain some ties. Last year, for example, he and Fine appeared in videos on a website sponsored by drugmaker Cephalon to educate patients about the safe use of prescription pain pills. [Fishman's video was removed from the site after this story was published.] Fishman's opioid book, written for the Federation of State Medical Boards, was financed in large part by drug companies. The federation would not provide specific dollar amounts.

Fishman, who is stepping down as chairman of the pain foundation this month, said he often receives honoraria for teaching medical education courses but doesn't discuss them

with drug-company funders and completely controls the content.

Fishman also said his position on opioids has evolved. He now believes they are overused, often in cases in which the risks outweigh the benefits. "Opioids represent only a small part of the spectrum on options for mitigating pain, but they carry a disproportionate level of risk," he wrote to ProPublica.

Fine's defense of doctors who prescribe opioids was criticized last year by a top U.S. Drug Enforcement Administration official.

The agency's deputy administrator slammed Fine for his testimony in support of a Utah physician accused of doling out pain medication indiscriminately, several times after sexual activity with a patient.

In revoking the doctor's ability to prescribe narcotics, the official called Fine's testimony "patently disingenuous."

Asked whether it would be outside the standard of practice for a doctor to "go to the home of his patient, have her take off her clothes, digitally penetrate her vagina and then issue her a controlled substance prescription," Fine initially said no, according to a revocation of registration for the accused physician, published in the Federal Register in August 2010.

Although Fine "eventually acknowledged" it was wrong, the administrative law judge in the case said Fine's testimony was "evasive" and "bias[ed] in favor of assuming the correctness of the actions of any doctor," according to the revocation notice in the Federal Register. The judge found a colleague of Fine's from the University of Utah, who had testified against the accused doctor, to be more believable.

Fine went on to testify at the doctor's criminal trial in federal court in Salt Lake City this year. The doctor was convicted of two counts of distributing a controlled substance resulting in death, as well as 38 other counts.

In an interview, Fine defended his participation in both cases, saying he did not believe the doctor's conduct was criminal. He said the prosecution had to attack him or its case would have fallen apart.

"They had to cast me in a bad light; of course they did," Fine said. "They were too deep into this." As for his colleague who testified for the other side, Fine said, "I believe he's wrong."

**Get the latest news from ProPublica every afternoon.**

Enter your email

Sign Up



### Tracy Weber

Tracy Weber is a senior editor at ProPublica. Previously, Weber was a senior reporter covering health care issues at ProPublica and, before that, she reported for the Los Angeles Times, the Los Angeles Herald Examiner and the Orange County Register.

Tracy.Weber@propublica.org    @tracyweber



### Charles Ornstein

Charles Ornstein is a deputy managing editor at ProPublica, overseeing the Local Reporting Network, which works with local news organizations to produce accountability journalism on issues of importance to their communities. From 2008 to 2017, he was a senior reporter covering health care and the pharmaceutical industry. He then worked as a senior editor.

Charles.Ornstein@propublica.org    Charles Ornstein    @charlesornstein
917-512-0222    Signal: 818-679-9363

**WHAT TO READ NEXT**

### Pharma Money Reaches Guideline Writers, Patient Groups, Even

### Doctors on Twitter

A series of studies published today documents the vast conflicts of interest in medicine. The way we think about disease "is being subtly distorted" by financial ties, the authors of an editorial write.



### We've Updated Dollars for Docs. Here's What's New.

ProPublica has been publishing data on conflicts of interest in medicine since 2010. We've updated our Dollars for Docs database with billions of dollars in payments made last year.



### Illinois Sues Controversial Drug Maker Over Deceptive Marketing Practices

Insys, which has come under fire before for using doctors with troubled histories to promote or consult on its products, faces new claims from Illinois' attorney general.



### Drug and Device Makers Pay Thousands of Docs with Disciplinary Records

Physicians whose state boards have sanctioned them for harming patients, unnecessarily prescribing addictive drugs, bilking federal insurance programs and even sexual misconduct nonetheless continue to receive payments for consulting, giving talks about products, and more.



**LATEST STORIES FROM PROPUBLICA**

**ProPublica Names 6 More Newsrooms to Its Local Reporting Network**

LOCAL REPORTING NETWORK



**Let's Break Down Some Numbers in Illinois' New Gambling Expansion Bill**



**Anatomy of the Gambling Bill**



## Court to Big Fracking Company: Trespassing Still Exists — Even For You

**LOCAL REPORTING NETWORK**

## Stay informed with the Daily Digest.

Enter your email

**Sign Up**

### SITES
ProPublica
ProPublica Illinois
Local Reporting Network
The Data Store

### SECTIONS
Topics
Series
News Apps
Get Involved
The Nerd Blog
@ProPublica
Events

### INFO
About Us
Board and Advisors
Officers and Staff
Jobs and Fellowships
Media Center
Reports
Impact
Awards
Corrections

### POLICIES
Code of Ethics
Advertising Policy
Privacy Policy

### FOLLOW
Podcast
iOS and Android
RSS Feed

### MORE
Leak to Us
Steal Our Stories
Browse via Tor
Contact Us
Donate

ProPublica

Journalism in the Public Interest

© Copyright 2019 Pro Publica Inc.