Exhibit 77

**SOURCE CANNOT BE REPRODUCED IN TEXT FORMAT**

***Starting Point*** **(CNN television Broadcast Feb. 7, 2012),** ***available at*** **https://archive.org/details/CNNW_20120207_120000_Starting_Point/start/5520/end/5580 (describing DEA raid of CVS pharmacies).**