# Exhibit 81

**SOURCE CANNOT BE REPRODUCED IN TEXT FORMAT**

***Studio B With Shepard Smith* (Fox News television broadcast Feb. 21, 2012), *available at* https://archive.org/details/FOXNEWS_20120221_200000_Studio_B_With_Shepard_Smith/start/1980/end/2040 (describing DEA's enforcement action against Cardinal Health).**