# Exhibit 82

**SOURCE CANNOT BE REPRODUCED IN TEXT FORMAT**

***Squawk Box* (CNBC television broadcast Feb. 21, 2012), *available at* https://archive.org/details/CNBC_20120221_110000_Squawk_Box/start/3300/end/3360 (describing DEA's enforcement actions against Cardinal Health and CVS).**