# Exhibit 83

**SOURCE CANNOT BE REPRODUCED IN TEXT FORMAT**

***ABC World News With Diane Sawyer*** **(ABC television broadcast Apr. 6, 2012)** ***available at*** **https://archive.org/details/WMAR_20120406_223000_ABC_World_News_With_Diane_Sawyer/start/600/end/660 (describing DEA enforcement actions against CVS and Walgreens).**