# Exhibit 86

**SOURCE CANNOT BE REPRODUCED IN TEXT FORMAT**

***CNN Newsroom* (CNN television broadcast Apr. 7, 2012), *available at* https://archive.org/details/CNN_20120407_150000_CNN_Newsroom/start/1800/end/1860 (describing DEA's enforcement actions against Cardinal Health, Walgreens, and CVS).**