Exhibit 87

# DOCTOR SAYS PAIN CARE KEY TO CURBING DRUG ABUSE; CUYAHOGA FALLS EXPERT ARGUES BETTER MANAGEMENT OF CHRONIC ISSUES IS FIRST STEP IN FIGHTING ADDICTION

Akron Beacon Journal

April 7, 2012 Saturday, 1 STAR Edition

Copyright 2012 Black Press Group Ltd. All Rights Reserved

**Section:** A; Pg. A1

**Length:** 513 words

**Byline:** Cheryl Powell

## Body

Health-care providers need to recognize and treat chronic pain as a disease, the same as diabetes and hypertension.

That's the message being shared by Dr. Samer Narouze, chair of the Center for Pain Medicine at Summa Western Reserve Hospital in Cuyahoga Falls.

Until the "pain epidemic" is addressed, the narcotic painkiller epidemic can't be cured, he said.

"Hand in hand with the pain epidemic is the narcotic prescription epidemic," said

Narouze is trying to raise awareness about pain medicine and appropriate treatment of chronic pain, most recently with a one-day conference hosted by Western Reserve Hospital for more than 100 health-care providers.

"This seminar provides a unique look at the innovative ways we can treat pain on a collaborative level," Dr. Robert Kent, president and chief executive of Summa Western Reserve Hospital, said in a prepared statement. "It is also a valuable experience in examining the ways we can approach pain treatment without feeding into the prescription drug epidemic that plagues our state. Our goal in investing in and growing our Center for Pain Medicine is to provide a more comprehensive approach to relieving pain, with improved outcomes, and to do so in a way that helps eliminate the reliance on prescriptions."

Orman Hall, director of the Ohio Department of Alcohol and Drug Addiction Services, was among the featured speakers at the recent conference.

According to data from the department, the southern half of Summit County is a "hot spot" for prescription opioid abuse.

Statewide, there has been a 10-fold increase in the number of opioids dispensed during the past 15 years, Hall said.

An average 66.7 doses of opioids were dispensed per person statewide last year, he said. In Summit County, the number is slightly higher, 71.8.

Painkiller abuse and use of multiple drugs simultaneously led to a record number of overdose deaths in 2010, according to data released last month by the Ohio Department of Health.

DOCTOR SAYS PAIN CARE KEY TO CURBING DRUG ABUSE; CUYAHOGA FALLS EXPERT ARGUES BETTER MANAGEMENT OF CHRONIC ISSUES IS FIRST STEP IN FIGHTING ADDICTION

Increased attention to the problem and a crackdown on "pain clinics" that actually are pill mills has started to address the problem, particularly in southeastern Ohio, Hall said.

In Scioto County, for example, the average number of doses dispensed there decreased from 123 per person in 2010 to 103 last year.

"We're not suggesting that all opioids dispensed are appropriate," he said. "But it does seem to us that dosing is imbalanced at this point."

Hall said he was pleased with the Western Reserve Hospital's efforts to promote conversations about the problem.

"I thought we had a very productive exchange," he said.

Narcotics can be a good treatment option for people with acute pain - such as pain caused by cancer - that won't respond to other treatments, Narouze said. Opioids also can be useful if they improve function for pain sufferers.

However, he added, "It's not the first line."

The key is early diagnosis and treatment with a multi-disciplinary approach, he said.

"We have to be very aggressive in treatment of acute pain to avoid chronic pain," Narouze said.

## Notes

An average 66.7 doses of opioids were dispensed per person statewide last year, said Orman Hall, director of the Ohio Department of Alcohol and Drug Addiction Services. In Summit County, the number is slightly higher, 71.8. Cheryl Powell can be reached at 330-996-3902 or cpowell@thebeaconjournal.com Follow Powell on Twitter at twitter.com/abjcherylpowell.

## Graphic

GRAPHIC: HOT SPOTS FOR PRESCRIPTION PAINKILLER ADDICTION - Source: Ohio Department of Alcohol and Drug Addiction Services / Akron Beacon Journal (SEE microfilm or image database)

**Load-Date:** April 10, 2012

**End of Document**