# Exhibit 90

## 2-YEAR LICENSE SUSPENSION; Cardinal, DEA settle Florida shipping case;

The Columbus Dispatch (Ohio)

May 16, 2012 Wednesday

Copyright 2012 The Columbus Dispatch All Rights Reserved

**The Columbus Dispatch**

**Section:** BUSINESS; Pg. 8A

**Length:** 574 words

**Byline:** Steve Wartenberg, THE COLUMBUS DISPATCH

## Body

Cardinal Health agreed yesterday to a two-year suspension of its license to ship controlled substances from its Lakeland, Fla., center, settling a legal battle over allegations that it improperly distributed prescription pain pills to pharmacies.

The U.S. Drug Enforcement Administration announced the suspension, which runs through May 15, 2014, according to company officials.

"The settlement provides certainty and resolution now," Cardinal CEO George Barrett said in a statement. "We also received confirmation that the DEA is planning no further administration actions at other Cardinal Health facilities."

In the agreement, Cardinal admitted its due-diligence efforts for some pharmacy customers were "inadequate," according to a DEA statement.

"Cardinal Health is not above the law, and with this agreement it admits that it neglected its vital responsibility to prevent the diversion of controlled substance medications," said Joseph Rannazzisi, the DEA's deputy assistant administrator, Office of Diversion Control.

Cardinal's problems at the Lakeland distribution center began Feb. 3, when the DEA issued a suspension order for it.

According to court filings, Cardinal "repeatedly filled orders that exceeded volume thresholds that Cardinal itself had set, released shipments without adequate explanation after flagging them as suspect, failed to conduct due diligence ... and failed to report suspicious orders to DEA as required by law."

Cardinal has faced similar allegations in the past.

This time, however, the company was not required to pay a fine, unlike in 2008, when the Dublin-based company reached a $34 million settlement over allegations that it failed to notify the DEA about suspicious shipments of drugs to pharmacies that later sold them illegally online.

"I did think there would be some sort of fine, so I was surprised by the settlement," said Barclays Capital analyst Lawrence Marsh.

He called the settlement a positive for Cardinal.

2-YEAR LICENSE SUSPENSION; Cardinal, DEA settle Florida shipping case;

"It's a resolution, and it's always good to take the uncertainty out of the equation as they move forward," Marsh said. "And this seems to be an indication (the DEA) hasn't uncovered problems at other Cardinal shipping facilities."

Cardinal's stock closed at $42.22 yesterday, down 1.3 percent.

After the 2008 fine, Cardinal put in place numerous systems to raise red flags when suspicious ordering activity is detected.

"Our monitoring system was and continues to be effective, but it's not perfect," Barrett said in yesterday's statement. "We're doing our best to continually make the systems better ... and we work hard every day to do the right thing."

Cardinal will upgrade these systems further, and Barrett called for greater cooperation between the DEA and the country's major drug distributors, saying prescription drug abuse "must be embraced as a public-health issue, and a multistakeholder approach must be employed to find effective solutions."

Cardinal's Lakeland facility supplies about 2,500 pharmacies, health-care centers and mail-order locations in Florida, Georgia and South Carolina.

The DEA suspension applies only to controlled substances. Cardinal will distribute these drugs to the three affected states from its centers in Mississippi and North Carolina.

This particular problem has cost the company about $4 million, mostly in legal fees, Cardinal Chief Financial Officer Jeff Henderson said during a recent conference call with investors.

swartenberg@dispatch.com

**Load-Date:** May 16, 2012

End of Document