# Exhibit 92

**SOURCE CANNOT BE REPRODUCED IN TEXT FORMAT**

***Early Start* (CNN television broadcast June 12, 2013) *available at* https://archive.org/details/CNNW_20130612_090000_EarlyStart/start/1500/end/1560 (describing DEA settlement with Walgreens).**