Exhibit 93

**SOURCE CANNOT BE REPRODUCED IN TEXT FORMAT**

***ABC World News Now* (ABC television broadcast June 12, 2013) *available at* https://archive.org/details/KGO_20130612_084000_ABC_World_News_Now/start/5220/end/5280 (describing DEA settlement with Walgreens).**