# Exhibit 94

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.

https://www.wsj.com/articles/SB10001424052702304058404577492853204473294

HEALTH

# West Virginia Sues Drug Distributors in Pill-Abuse Fight

*By Jon Kamp*
Updated June 27, 2012 5:08 p.m. ET

West Virginia's attorney general is suing 14 drug wholesalers to force stricter distribution of painkillers and other controlled substances, alleging the companies have benefited from the state's problem with prescription-drug abuse.

The suit filed Tuesday targets big distributors like Cardinal Health Inc., CAH 0.07% ▲ AmerisourceBergen Corp. ABC 1.33% ▲ , Watson Pharmaceuticals Inc. distribution unit Anda Inc. and several small firms. State Attorney General Darrell McGraw said the lawsuit's aims include recovering damages, creating medical-monitoring for drug-abuse victims and forcing companies to promptly alert state authorities when they see suspicious orders.

"We are seeking to make major drug distributors that have substantially benefited from prescription drug abuse accept responsibility and pay for their illicit actions," Mr. McGraw said in a press release Tuesday.

The state aims to cut off distribution routes that are part of the "pill mill" process that also includes medical providers and pharmacies, Mr. McGraw said. The release cited data showing West Virginia is "the nation's most medicated state", filling nearly seven more prescriptions per person each year than the U.S. average. The lawsuit was filed in the Circuit Court in Boone County, W. Va.

Pharmaceutical distributors provide a bridge between drug manufacturers and the nation's vast network of retail pharmacies. Authorities had targeted them before for allegedly not doing enough to recognize and stop the flow of addictive pain pills, which may start with doctors writing prescriptions for nonmedical purposes.

In May, Cardinal Health settled government accusations that it distributed large volumes of addictive pain medication in Florida without proper controls. The company accepted a two-year suspension of its Drug Enforcement Administration license to ship controlled substances from a big distribution center in the state while promising to improve procedures to prevent the illegal diversion of drugs.

Cardinal spokesman Debbie Mitchell said the company only recently learned of the West Virginia lawsuit and didn't have an immediate comment on the matter.

Watson spokesman Charlie Mayr said the company's Anda distribution business has sophisticated methods of monitoring order patterns and immediately ceases shipments and launches investigations when it finds suspicious activity. Watson also makes generic pain drugs such as oxycodone.

"We take this very seriously," Mr. Mayr said.

An AmerisourceBergen spokesman couldn't be reached for comment.

**Write to** Jon Kamp at jon.kamp@dowjones.com

Copyright © 2019 Dow Jones & Company, Inc. All Rights Reserved

This copy is for your personal, non-commercial use only. To order presentation-ready copies for distribution to your colleagues, clients or customers visit https://www.djreprints.com.