Exhibit 96

Message

| | |
|---|---|
| From: | Terry Allan [tallan@ccbh.net] |
| Sent: | 8/15/2009 8:39:34 AM |
| To: | John Mcleod [jmcleod@ccbh.net] |
| CC: | Mike Pokorny [mpokorny@ccbh.net] |
| Subject: | Re: unused meds info |

I think they support the reasoning, they just have some very practical and appropriate questions that should be asked prior to making such a commitment. I think that coordinated, up front work will ensure that things run smoothly and that the Board discussion will be seamless if we approach this with our eyes wide open.

John Mcleod wrote:
> *Some more rationale to share with Board members?
>
>
> Fatal Prescription Drug Overdose/Poisoning*
>
> *
>
>
>     Did you know?
>
> *
>
>     * *In 2007, unintentional drug poisoning became the leading cause
>       of injury death in Ohio, surpassing motor vehicle crashes and
>       suicide for the first time on record.
>
>       *
>     * Nearly all (96%) unintentional poisoning deaths are due to drugs
>       and medications.
>
>     * From 1999 to 2007, Ohio's death rate due to unintentional drug
>       poisonings increased more than 300 percent, and the increase in
>       deaths have been driven largely by prescription drug overdoses.
>       In Ohio, there were 327 fatal unintentional drug overdoses in
>       1999 growing to 1,351 annual deaths in 2007.
>
>     * Prescription opioids (pain medications) are associated with more
>       overdoses than any other prescription or illegal drug including
>       cocaine and heroin.
>
>     * Most of the "other/unspecified" drug deaths are associated with
>       multiple drug use.
>
>     * In 2007, 70% of all unintentional drug poisoning deaths involved
>       a prescription opioid or "other/unspecified" (i.e., multiple
>       drugs).
>
> Poisoning graph data
>

--
Terry Allan RS, MPH
Health Commissioner
Cuyahoga County Board of Health
5550 Venture Drive
Parma, Ohio 44130
(216) 201-2011
Fax: (216) 676-1311

This message is intended only for the sole use of the intended recipient and may contain privileged, sensitive, or protected health information. If you are not the intended recipient, be advised that any unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this communication is prohibited.  If you have received

Confidential

CUYAH_014330031

this e-mail in error, please notify the sender via telephone or return e-mail and immediately delete this e-mail.

Confidential

CUYAH_014330032