Exhibit 97

Message

| | |
|---|---|
| From: | Drew Alexander [DAlexander@sheriff.summitoh.net] |
| Sent: | 5/13/2009 10:18:35 AM |
| To: | Dale Soltis [DSoltis@sheriff.summitoh.net] |
| Subject: | Fwd: Fw: Brochure - state symposium |

\>>> "Bob Cornwell" <rcornwel@rrohio.com> 05/13/2009 9:35 AM >>>
Sheriffs,
Attached is a brochure from the Ohio Dept. of Health listing a training seminar to be held in Columbus, Ohio on July 29, 2009. The subject matter is Prescription drug overdose.

Bob.

----- Original Message -----
**From:** Judi Moseley
**To:** Bob Cornwell
**Sent:** Tuesday, May 12, 2009 4:35 PM
**Subject:** RE: Brochure - state symposium

Sorry – I didn't attach the brochure!

**From:** Bob Cornwell [mailto:rcornwel@rrohio.com]
**Sent:** Tuesday, May 12, 2009 4:35 PM
**To:** Judi Moseley
**Subject:** Re: Brochure - state symposium

Judi,

If there is more information on this please forward it to me and I will make it available to the Sheriffs.

Bob

----- Original Message -----
**From:** Judi Moseley
**To:** Bob Cornwell
**Sent:** Tuesday, May 12, 2009 4:19 PM
**Subject:** Brochure - state symposium

Hello Mr. Cornwell,

I thought you and your members might be interested in an upcoming symposium that the Ohio Department of Health is sponsoring. It will take place on July 29, 2009 and is titled, **Epidemic of Prescription Drug Overdoses: A Call to Action**.

There is no charge to attend but registration is required. Please see the attached brochure and feel free to distribute to your members and any others you think might be interested.

Thanks

Judi Moseley
Injury Prevention Program Consultant
Injury Prevention Program
Ohio Department of Health
Phone: 614-728-8016

CONFIDENTIAL

SUMMIT_001772047

judi.moseley@odh.ohio.gov

"This e-mail is intended for the sole use of the intended recipient and may contain privileged, sensitive, or protected health information. If you are not the intended recipient, be advised that the unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender via telephone or return e-mail and immediately delete this e-mail."

"This e-mail is intended for the sole use of the intended recipient and may contain privileged, sensitive, or protected health information. If you are not the intended recipient, be advised that the unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender via telephone or return e-mail and immediately delete this e-mail."

CONFIDENTIAL

SUMMIT_001772048