Exhibit 98

# Epidemic of Prescription Drug Overdoses: *A Call to Action*



July 29, 2009

8:00 a.m.—4:30 p.m.

Ohio Department of Transportation
1980 West Broad Street, Basement Auditorium
Columbus, Ohio 43223

Presented by: The Ohio Department of Health Injury Prevention Program and the Poison Action Work Group of the Ohio Injury Prevention Partnership

Co-sponsored by the Ohio Department of Alcohol and Drug Addiction Services

---

**Directions to the Ohio Department of Transportation located at 1980 West Broad Street, Columbus, Ohio 43223**

**From western part of state:**
1. Take I-70 east, exit at U.S. 40 (West Broad St., exit # 97).
2. At bottom of ramp turn right, onto westbound U.S. 40 (W. Broad St.)
3. Go up hill on U.S. 40 to first traffic light; turn right Into driveway.
4. ODOT is the second large building on the right. Turn left into the parking lot; the lobby Is located inside the south (first) entrance.

**From eastern part of state:**
1. Take I-70 west to U.S. 40 (West Broad St., exit # 97 ).
2. At bottom of ramp turn left, onto westbound U.S. 40 (W. Broac St.)
3. Go up hill on U.S. 40 to first traffic light; turn right Into driveway.
4. ODOT is the second large building on the right. Turn left into the parking lot; the lobby is located inside the south (first) entrance.

**From northern part of state:**
1. Take I-71 south to 1-70 west.
2. Take I-70 west to U.S. 40 (West Broad St., exit # 97).
3. At bottom of ramp turn left, onto westbound U.S. 40 (W. Broac St.)
4. Go up hill on U.S. 40 to first traffic light; turn right into driveway.
5. ODOT is the second large building on the right. Turn left into the parking lot; the lobby is located inside the south (first) entrance.

**From southern part of state:**
1. Take I-71 north to 1-70 west.
2. Take I-70 west to U.S. 40 (West Broad St., exit # 97).
3. At bottom of ramp turn left, onto westbound U.S. 40 (W. Broac St.)
4. Go up hill on U.S. 40 to first traffic light; turn right into driveway.
5. ODOT is the second large building on the right. Turn left into the park- ing lot; the lobby Is located Inside the south (first) entrance.

**For more information, please contact:**
Judi Moseley, Injury Prevention Program
Ohio Department of Health
246 N. High Street, 8th floor
Columbus, Ohio 43215
614-728-8016
E-mail: judi.moseley@odh.ohio.gov

Alvin D. Jackson, M.D. / Director of Health
Ted Strickland /Governor







Funding for this conference was made possible by the Cooperative Agreement Award Number 5U17CE52524801-04 from the Centers for Disease Control and Prevention, National Center for Injury Control and Prevention. The views expressed in written conference materials or publications and by speakers and moderators do not necessarily reflect the official policies of the Department of Health and Human Services; nor does mention of trade names, commercial practices, or organizations imply endorsement by the U.S. Government.

*The Ohio Department of Health is an Equal Employment Opportunity Employer*

---

## Symposium Sponsors

**Injury Prevention Program (IPP), Ohio Department of Health:**

The IPP focuses on the prevention of intentional and unintentional injuries, including those that occur in the workplace. Components of the program include surveillance of injuries, a focus on unintentional deaths from drug/medication related poisoning and statewide prevention planning and funding for 14 comprehensive local injury prevention projects.

**Ohio Injury Prevention Partnership (OIPP):**

The OIPP, convened by the IPP at ODH, is a multidisciplinary organization concerned with building Ohio's capacity to address the prevention of injury. The group primarily focuses on falls, pedestrian safety, suicide, firearm-related violence and unintentional poisoning.

**Poison Action Work Group (PAG):**

The PAG, part of the OIPP, is a multidisciplinary group with the purpose of addressing unintentional deaths resulting from prescription drug overdose. A variety of strategies have been identified to respond to this problem, including sponsoring this symposium and convening regional meetings in high risk areas.

**Ohio Department of Alcohol and Drug Addiction Services (ODADAS):**

ODADAS serves Ohio citizens with a comprehensive approach to alcohol and other drug addiction prevention, treatment and recovery support services. Funding for such services is provided through local ADAMH/ADAS Boards.

## Registration Form

*Registration deadline: July 10, 2009*

Name _____

Title _____

Agency/Organization _____

Address _____

City _____ State _____ Zip _____

Phone _____ Fax _____

Email _____

Special Accommodation Needs _____

You may fax, email or mail your registration form to be received by **July 10** to:

Trina Dickerson:
**E-Mail**: trina.dickerson@odh.ohio.gov
**FAX**: 614-564-2409
**Mailing Address**: Injury Prevention Program, Ohio Department of Health, 246 N. High Street, 8th floor, Columbus, Ohio 43215

**Registration fee:** There is no charge to attend this symposium but registration is required. Registration is limited to the first 200 registrants.

**Confirmation:** You will not be considered registered until you receive a confirmation statement from Trina via email or fax.

**Lunch:** Lunch and breaks are on your own. There is a cafeteria located in the same building where the symposium is taking place.

**Parking:** There is a large, free parking lot in front of the ODOT building. Handicapped parking is provided.

**Access:** The ODOT building is accessible for people with disabilities.

## Agenda

**8:00 – 8:30 a.m.** Registration

**8:30 – 9:00 a.m.** Welcome
— Christy Beeghly, MPH, Program Administrator, Injury Prevention Program, Ohio Department of Health (ODH)
— Alvin Jackson, M.D., Director, Ohio Department of Health
— Angela Cornelius Dawson, MS, Director, Ohio Department of Alcohol and Drug Addiction Services (ODADAS)

**9:00 – 9:45 a.m.** Scope and Consequences of Prescription Drug Overdoses
— Christy Beeghly, MPH, Program Administrator, Injury Prevention Program, ODH

**9:45 – 10:00 a.m.** Break

**10:00 – 11:30 a.m.** Scope and Consequences – continued
— Robert Carlson, PhD, Ohio Substance Abuse Monitoring Network (OSAM); Boonshoft School of Medicine, Wright State University
— Jan Scaglione, PharmD, CSPI, Cincinnati Poison Information Center
— Andrea Queen, The Counseling Center, Portsmouth (Scioto County)

**11:30 – 12:30 p.m.** Lunch *(on your own)* – A food court is in the building.

**12:30 – 1:00 p.m.** Contributing Factors to Prescription Drug Overdoses
— Wayne Wheeler, M.D., Deputy Coroner, Scioto County

**1:00 – 1:45 p.m.** Response to Prescription Drug Overdoses in Other States
— Christy Beeghly, MPH, Program Administrator, Injury Prevention Program, ODH

**1:45 – 2:15 p.m.** Response to Prescription Drug Overdoses in Ohio: Ohio Automated Rx Reporting System (OARRS)
— Danna Droz, RPh, JD, Ohio Board of Pharmacy

**2:15 – 2:30** Break

**2:30 – 4:00 p.m.** Response to Prescription Drug Overdoses in Ohio: Collaboration and Systems Change
— Detective Dennis Luken, Warren County Drug Task Force; National Association of Drug Diversion Investigators (NADDI)
— David Applegate, M.D., Union County Coroner; President, Ohio State Coroner's Association
— Kenneth Hale, RPh, PhD, Assistant Dean, College of Pharmacy, Ohio State University
— Sanford Starr, MSW, LISW-S Chief, Division of Planning, Outcomes and Research, ODADAS

**4:00 – 4:30 p.m.** Next Steps and Symposium Evaluation
— ODADAS state plan
— Action Steps & Subcommittees: OIPP/ODH Poison Action Group
— Regional meetings
— Local task forces
— Evaluation form

**4:30 p.m.** Adjourn

## Symposium Objectives:

- Raise awareness and provide data on the growing epidemic of deaths in Ohio from prescription drug overdose;
- Identify factors contributing to this epidemic;
- Highlight programs and promising practices from other states that address this epidemic;
- Present strategies for local and state policy program initiatives; and
- Discuss next steps for state and local action to address the issue.

## Who Should Attend?

This symposium is intended for:

- Physicians, nurses & other health professionals
- Injury prevention & public health professionals
- Coroners/Medical Examiners
- Pharmacists and toxicologists
- Law enforcement personnel
- Drug and alcohol addiction counselors
- Poison prevention and control advocates
- Prosecutors
- Hospital administrators
- Palliative care & pain management advocates
- And other individuals interested in this topic

## Continuing Education:

Each person registered and attending will receive a certificate of attendance. To receive CEU's and/or a certificate of attendance, you must sign in, stay for the entire program and complete and turn in an evaluation.

Applications are pending for Required Clock Hours (RCH) and EMS continuing education credits.

Physicians will receive a certificate to keep for AMA PRA Category 2 documentation purposes.

CONFIDENTIAL  SUMMIT_001772050