# Exhibit 99

Message

**From:** Zumpano, Ronald [IMCEAEX-_O=AKRON_OU=CITY_CN=RECIPIENTS_CN=ZUMPARO@CUSA43A61.ingest.local]
**Sent:** 6/9/2009 10:31:21 AM
**To:** (MLewis@cpcourt.summitoh.net) [MLewis@cpcourt.summitoh.net]; Alicia Clark [aclark@cpcourt.summitoh.net]; Amy Nicolazzo [IMCEAEX-_O=AKRON_OU=CITY_CN=RECIPIENTS_CN=NICOLAM@CUSA43A61.ingest.local]; Burkett, Michael [BurkeMi@ci.akron.oh.us]; Carol Bowes [IMCEAEX-_O=AKRON_OU=CITY_CN=RECIPIENTS_CN=BOWESCA@CUSA43A61.ingest.local]; Case, Steven [CaseSt@ci.akron.oh.us]; Craig Thompson [IMCEAEX-_O=AKRON_OU=CITY_CN=RECIPIENTS_CN=THOMPCR@CUSA43A61.ingest.local]; Dawn Evans [dmevans@akronohio.gov]; Green, Deonna [GreenDe@ci.akron.oh.us]; InternPC (Counseling) [internpc@ci.akron.oh.us]; InternPC2 [Internpc2@ci.akron.oh.us]; Norman Jentner [IMCEAEX-_O=AKRON_OU=CITY_CN=RECIPIENTS_CN=JENTNNO@CUSA43A61.ingest.local]; Paul Wilkinson [IMCEAEX-_O=AKRON_OU=CITY_CN=RECIPIENTS_CN=WILKIPA@CUSA43A61.ingest.local]; Ron Hill [IMCEAEX-_O=AKRON_OU=CITY_CN=RECIPIENTS_CN=HILLRO@CUSA43A61.ingest.local]; Tabitha Covey [IMCEAEX-_O=AKRON_OU=CITY_CN=RECIPIENTS_CN=COVEYTA@CUSA43A61.ingest.local]; Tammy Kline [IMCEAEX-_O=AKRON_OU=CITY_CN=RECIPIENTS_CN=KLINETA@CUSA43A61.ingest.local]; Vickie Thrasher [IMCEAEX-_O=AKRON_OU=CITY_CN=RECIPIENTS_CN=THRASVI@CUSA43A61.ingest.local]; Victoria Kaplan [IMCEAEX-_O=AKRON_OU=CITY_CN=RECIPIENTS_CN=KAPLAVI@CUSA43A61.ingest.local]
**CC:** Paula Rabinowitz [paular@admboard.org]
**Subject:** FW: Prescription Drug Overdose Symposium - Registration Brochure - Please distribute

FYI: Ron

---

**From:** Wilkinson, Karla
**Sent:** Tuesday, June 09, 2009 11:19 AM
**To:** Jenney, Jon; Erme, Margo; Carson, Matt; Tate, Joanne; Zumpano, Ronald; Jentner, Norman; Bragg, Albert; Sandrunrx@aol.com; mloftus@agmc.org; kcern@agmc.org; lstemple@schd.org; annettescianna@sbcglobal.net; Quade, Tom
**Subject:** FW: Prescription Drug Overdose Symposium - Registration Brochure - Please distribute

I am forwarding this to some members of the Safety Seekers Coalition & some Akron Health Dept. staff who may be interested in what may soon become a *hot topic* as far as death rates are concerned!

I was in Columbus for my annual project meeting and they *(ODH)* mentioned prescription drug overdoses for the **third** time in about a year. Deaths caused by drug poisoning are climbing and surpassing other causes of unintentional injuries and deaths. The death rates in Ohio are surpassing the national average. The highest risk group currently is middle aged men. There will be a symposium *(Epidemic of Prescription Drug Overdoses: A Call to Action)* in Columbus to begin addressing this issue on **July 29th**. There is no charge but you have to register by **July 10th**. Registration is open to the first 200 people who register. I can't attend because I have a Safety Seekers event. However, ==I think we could have representation from Summit County.==

Please see 1st attachment for more information and to register for this symposium. If you can attend you may want to respond to everyone who received this e-mail in case carpooling is an option. Feel free to forward this to others who may be interested in this. Also, please let me know if you can go. Thank You! ....Karla Wilkinson

---

**From:** Gwen Stacy [mailto:Gwen.Stacy@odh.ohio.gov]
**Sent:** Tuesday, June 09, 2009 8:58 AM
**To:** 'Amanda Kelly'; 'Beth Player'; Brittany Schumann; Carol Bostic; Carol Kisner; 'Charlotte Stonerook'; 'Christina Gruber'; 'Connie Shropshire'; 'Deborah Geiger'; Elizabeth Fries; hhuffman@henrycohd.org; Jan Greenriver (jgreenriver@mhalc.org); Jason Orcena; 'Karla Wilkinson'; 'Kathy Lordo'; 'Kathy Papp'; 'Kay Conley'; Lisa Roberts; Malissa Davis (mdavis@henrycohd.org); 'Manda Rice'; 'Mary Fleming'; Nancy Burke; Nesbit, Julianne; 'Rebecca Holland'; Rojas, Ana; 'Sandi Hoch'; 'Sara Pappa'; Valentine, Sherry; 'Amy Wermert'; Angela Norton; Angela Smith; Angela Townsend; 'Ann Smith'; April R. Vince
**Cc:** Gwen Stacy; Joyce Hersh; Christy Beeghly; Judi Moseley
**Subject:** FW: Prescription Drug Overdose Symposium - Registration Brochure - Please distribute

Hello Project Directors,

I really enjoyed meeting you yesterday and hearing all the wonderful things you are doing in your programs. Attached are the registration brochure for the July 29th Symposium on Prescription Drug Overdoses and an updated project information list you requested.

Questions about the symposium should be directed to Judi Moseley, judi.moseley@odh.ohio.gov.    Completed registrations should be faxed (614-564-2409) or emailed to Trina Dickerson at trina.dickerson@odh.ohio.gov .

Have a wonderful week.
Gwen Stacy
614-995-1428

"This e-mail is intended for the sole use of the intended recipient and may contain privileged, sensitive, or protected health information. If you are not the intended recipient, be advised that the unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender via telephone or return e-mail and immediately delete this e-mail."

AKRON_000354806