Exhibit 100

**From:** Judi Moseley <Judith.Moseley@odh.ohio.gov>

**To:** "awermer2@ohiohealth.com" <awermer2@ohiohealth.com>, "andrea.milani@talberthouse.org" <andrea.milani@talberthouse.org>, "Angela McKinley" <Angela.McKinley@odh.ohio.gov>, "angela.smith@odh.ohio.gov" <angela.smith@odh.ohio.gov>, "aprilrhodes@fccbcf.org" <aprilrhodes@fccbcf.org>, "zanga@greatoaks.com" <zanga@greatoaks.com>, "garrett@bhg.org" <garrett@bhg.org>, "betty.albano@fairviewhospital.org" <betty.albano@fairviewhospital.org>, "bclensey@mchs.com" <bclensey@mchs.com>, "belinn@columbus.gov" <belinn@columbus.gov>, "william.barks@osumc.edu" <william.barks@osumc.edu>, "bconard@medcentral.org" <bconard@medcentral.org>, "breynolds@drugfreeactionalliance.org" <breynolds@drugfreeactionalliance.org>, "bscott@miamitownship.com" <bscott@miamitownship.com>, "bshaw@miamitownship.com" <bshaw@miamitownship.com>, "candace.hartzler@osumc.edu" <candace.hartzler@osumc.edu>, "carlelswick@yahoo.com" <carlelswick@yahoo.com>, "weinert@talberthouse.org" <weinert@talberthouse.org>, "carolyn_nagy@mhsnr.org" <carolyn_nagy@mhsnr.org>, "carolyn.sellers@osumc.edu" <carolyn.sellers@osumc.edu>, "catina.taylor@osunc.edu" <catina.taylor@osunc.edu>, "depew.1202@eatonpolice.org" <depew.1202@eatonpolice.org>, "ccso1722@crawfordcountysheriffohio.com" <ccso1722@crawfordcountysheriffohio.com>, "cnevilenglish@ccibhp.com" <cnevilenglish@ccibhp.com>, "clrawe@mvh.org" <clrawe@mvh.org>, "cshuttlewo@edwinshaw.com" <cshuttlewo@edwinshaw.com>, "casmith@mvh.org" <casmith@mvh.org>, "chenninger@eriecohealth.ohio.org" <chenninger@eriecohealth.ohio.org>, "christine.kane@ode.state.oh.us" <christine.kane@ode.state.oh.us>, "cstelzer@eriecohealthohio.org" <cstelzer@eriecohealthohio.org>, "cdavies@cpoms.org" <cdavies@cpoms.org>, "cchodge@columbus.gov" <cchodge@columbus.gov>, "cjohnson@cebh.net" <cjohnson@cebh.net>, "constance.mulder@va.gov" <constance.mulder@va.gov>, "scoffman@mvh.org" <scoffman@mvh.org>, "damikaturnage@fccbcf.org" <damikaturnage@fccbcf.org>, "charezd@adasbcc.org" <charezd@adasbcc.org>, "stevensd@ci.hamilton.oh.us" <stevensd@ci.hamilton.oh.us>, "ddroz@ohiopmp.gov" <ddroz@ohiopmp.gov>, "dbakes2@ohiohealth.com" <dbakes2@ohiohealth.com>, "jdnurse@ashlandcounty.org" <jdnurse@ashlandcounty.org>, "dhundley@co.clermont.oh.us" <dhundley@co.clermont.oh.us>, "david.baker@nationwidechildrens.org" <david.baker@nationwidechildrens.org>, "ddprall@gmail.com" <ddprall@gmail.com>, "bassinger@edcouncil.org" <bassinger@edcouncil.org>, "dtennant6@neo.rr.com" <dtennant6@neo.rr.com>, "d_luken@yahoo.com" <d_luken@yahoo.com>, "niekro.1@buckeyemail.osu.edu" <niekro.1@buckeyemail.osu.edu>, "dianne.radigan@cardinalhealth.com" <dianne.radigan@cardinalhealth.com>, "shehada.2@buckeyemail.osu.edu" <shehada.2@buckeyemail.osu.edu>, "dconley@oca-ohio.org" <dconley@oca-ohio.org>, "donnamastin@hotmail.com" <donnamastin@hotmail.com>, "earl.siegel@cc.hmc.org" <earl.siegel@cc.hmc.org>, Ed Socie <Ed.Socie@odh.ohio.gov>, "edward.oreilly@gatewayrehab.org" <edward.oreilly@gatewayrehab.org>, "resiewert@aol.com" <resiewert@aol.com>, "esessley@codelaware.oh.us" <esessley@codelaware.oh.us>, Elizabeth Fries <Elizabeth.Fries@odh.ohio.gov>, "emscoordstfd@embarqmail.com" <emscoordstfd@embarqmail.com>, "epiatt@woh.rr.com" <epiatt@woh.rr.com>, "mr.data@roadrunner.com" <mr.data@roadrunner.com>, "etraina@familyrecovery.org" <etraina@familyrecovery.org>, "zpd1@coz.org" <zpd1@coz.org>, "eemarch@health-partners.org" <eemarch@health-partners.org>, "elewis@edwinshaw.com" <elewis@edwinshaw.com>, "erika.malis@nationwidechildrens.org" <erika.malis@nationwidechildrens.org>, "florence.coleman@va.gov" <florence.coleman@va.gov>, "gadams@cpoms.org" <gadams@cpoms.org>, "schmidt@oakwood.oh.us" <schmidt@oakwood.oh.us>, "gary.rosner@gatewayrehab.org" <gary.rosner@gatewayrehab.org>, "gaylene.tsipis@cchmc.org" <gaylene.tsipis@cchmc.org>, "gsanford@ohiohealth.com" <gsanford@ohiohealth.com>, "mehling@lcdtf.com" <mehling@lcdtf.com>, "hanna.eck@cchmc.org" <hanna.eck@cchmc.org>, "heath.joliff@nationwidechildrens.org" <heath.joliff@nationwidechildrens.org>, "isnabeel@gmail.com" <isnabeel@gmail.com>, "jack.mix@cityofdayton.org" <jack.mix@cityofdayton.org>, "jbrandt_3@verizon.net" <jbrandt_3@verizon.net>, "jmcknight@mchs.com" <jmcknight@mchs.com>, "joman@colnhc.org" <joman@colnhc.org>, "jharbison@co.clermont.oh.us" <jharbison@co.clermont.oh.us>, "jhayhurst@osma.org" <jhayhurst@osma.org>, "jsaelens@co.fairfield.oh.us" <jsaelens@co.fairfield.oh.us>, "jessica.linberger@cardinalhealth.com" <jessica.linberger@cardinalhealth.com>, "jill.jackson@ode.state.oh.us" <jill.jackson@ode.state.oh.us>, "jslattery@edwinshaw.com" <jslattery@edwinshaw.com>, "gynmom@yahoo.com" <gynmom@yahoo.com>, "jbohley@adasbc.org" <jbohley@adasbc.org>, "jwilt73@yahoo.com" <jwilt73@yahoo.com>, "johnnie.h.2@bwc.state.oh.us" <johnnie.h.2@bwc.state.oh.us>, "jonathan.colvin@cchmc.org" <jonathan.colvin@cchmc.org>, "jlblackburn@mvh.org" <jlblackburn@mvh.org>, "jahammann@health-partners.org" <jahammann@health-partners.org>, Judy Dixon <Judy.Dixon@odh.ohio.gov>, "jarem66@yahoo.com" <jarem66@yahoo.com>, "kmurray@adasbc.org" <kmurray@adasbc.org>, "mksteineman@gmail.com" <mksteineman@gmail.com>, "katie.gavit@hamilton-co.org" <katie.gavit@hamilton-co.org>, "keith.hawkins@wpafb.af.mil" <keith.hawkins@wpafb.af.mil>, "kstojkov@co-delaware.oh.us" <kstojkov@co-delaware.oh.us>, "washingtonke@mh.state.oh.us" <washingtonke@mh.state.oh.us>, "kkelly@columbus-area.com" <kkelly@columbus-area.com>, "seelaus.1@osu.edu" <seelaus.1@osu.edu>, "marinettil@mcohio.org" <marinettil@mcohio.org>, "lboursinos@lapp.cc" <lboursinos@lapp.cc>, "lawrence.hammar@wright.edu" <lawrence.hammar@wright.edu>, "blackbl@ohiohealth.com" <blackbl@ohiohealth.com>, "lmckinni@ohiohealth.com" <lmckinni@ohiohealth.com>, "lfoof@mchs.com" <lfoof@mchs.com>, Lisa Roberts <Lisa.Roberts@odh.ohio.gov>, "lisac@columbus.gov" <lisac@columbus.gov>, "griffithl@adasbcc.org" <griffithl@adasbcc.org>, "lboyd@cscc.edu" <lboyd@cscc.edu>, "lbaker@isabelleridgway.com" <lbaker@isabelleridgway.com>, "marcg@hamilton.mhrsb.state.oh.us"

<marcg@hamilton.mhrsb.state.oh.us>, "marcel.casavant@nationwidechildrens.org" <marcel.casavant@nationwidechildrens.org>, "mseidel@drugfreeactionalliance.org" <mseidel@drugfreeactionalliance.org>, "marcyivory@health-partners.org" <marcyivory@health-partners.org>, "marilynb@fmchealth.org" <marilynb@fmchealth.org>, "mark.badia@ormet.com" <mark.badia@ormet.com>, "magray@firehousemail.com" <magray@firehousemail.com>, "mkhetzel@health-partners.org" <mkhetzel@health-partners.org>, "laubacher@chi.osu.edu" <laubacher@chi.osu.edu>, "marquitaclay@fccbcf.org" <marquitaclay@fccbcf.org>, "missjones0627@yahoo.com" <missjones0627@yahoo.com>, "dpleli@edwinshaw.com" <dpleli@edwinshaw.com>, "mary.gaines@asab.afcent.af.mil" <mary.gaines@asab.afcent.af.mil>, "mreames@co.delaware.oh.us" <mreames@co.delaware.oh.us>, Mary Riedmiller <Mary.Riedmiller@odh.ohio.gov>, "mlong@mchs.com" <mlong@mchs.com>, "mdenham@ymcacolumbus.org" <mdenham@ymcacolumbus.org>, "mbrown@columbus.gov" <mbrown@columbus.gov>, "michaelcaldwell@fccbcf.org" <michaelcaldwell@fccbcf.org>, "mratliff@firehousemail.com" <mratliff@firehousemail.com>, "mmorse@drugfreeacionalliance.org" <mmorse@drugfreeacionalliance.org>, "michelle.rothweiler@nationwidechildrens.org" <michelle.rothweiler@nationwidechildrens.org>, "mindi_wynne@yahoo.com" <mindi_wynne@yahoo.com>, "monicaharvell@fccbcf.org" <monicaharvell@fccbcf.org>, "monicemorgan@fccbcf.org" <monicemorgan@fccbcf.org>, "nhughes@lifecare-ems.com" <nhughes@lifecare-ems.com>, "brooksn@cacyohio.com" <brooksn@cacyohio.com>, "nikesha.yarbrough@uhhospitals.org" <nikesha.yarbrough@uhhospitals.org>, "pcfriel@roadrunner.com" <pcfriel@roadrunner.com>, "murphyp2@ccf.org" <murphyp2@ccf.org>, "pwenrich@ohiohealth.com" <pwenrich@ohiohealth.com>, "pslevely@edwinshaw.com" <pslevely@edwinshaw.com>, "wilkipa@c1.akron.oh.us" <wilkipa@c1.akron.oh.us>, "pgulker2@ohiohealth.com" <pgulker2@ohiohealth.com>, Peggy Burton <Peggy.Burton@odh.ohio.gov>, "grauer.1@osu.edu" <grauer.1@osu.edu>, Priscilla Pennington <Priscilla.Pennington@odh.ohio.gov>, "rcasey@mchs.com" <rcasey@mchs.com>, "raminta.daniulaityte@wright.edu" <raminta.daniulaityte@wright.edu>, "baldridge@oakwood.oh.us" <baldridge@oakwood.oh.us>, "ralexj007@aol.com" <ralexj007@aol.com>, "rpotter@modernmedical.com" <rpotter@modernmedical.com>, "regina_rambo@mhsnr.org" <regina_rambo@mhsnr.org>, "renee.chaffee@buckeyeranch.org" <renee.chaffee@buckeyeranch.org>, "rhondam@ohanet.org" <rhondam@ohanet.org>, "robert.b.16@bwc.state.oh.us" <robert.b.16@bwc.state.oh.us>, "robert.carlson@wright.edu" <robert.carlson@wright.edu>, "mortimerre@butlercountyohio.org" <mortimerre@butlercountyohio.org>, "rsatterfiled@modernmedical.com" <rsatterfiled@modernmedical.com>, Rosemary Duffy <Rosemary.Duffy@odh.ohio.gov>, "russel.falck@wright.edu" <russel.falck@wright.edu>, "sdunn@co.clermont.oh.us" <sdunn@co.clermont.oh.us>, "shoch@ccbh.net" <shoch@ccbh.net>, "mcwhinney.1220@eatonpolice.org" <mcwhinney.1220@eatonpolice.org>, "shari.lewis@osumc.edu" <shari.lewis@osumc.edu>, "smiller@allenhealthdept.org" <smiller@allenhealthdept.org>, "s_howard@mchs.com" <s_howard@mchs.com>, "sfrohnapfel@oacbha.org" <sfrohnapfel@oacbha.org>, "rn_emt_140@hotmail.com" <rn_emt_140@hotmail.com>, "steven.matson@nationwidechildrens.org" <steven.matson@nationwidechildrens.org>, "sfarnlacher@coaaa.org" <sfarnlacher@coaaa.org>, "sadhikari@ada.ohio.gov" <sadhikari@ada.ohio.gov>, "sudi6853@aol.com" <sudi6853@aol.com>, Susie Knox <Susie.Knox@odh.ohio.gov>, "tamara.hansen@wright.edu" <tamara.hansen@wright.edu>, "tammie.armeni@jfs.ohio.gov" <tammie.armeni@jfs.ohio.gov>, "tgboles@fuse.net" <tgboles@fuse.net>, "teresalanum@hotmail.com" <teresalanum@hotmail.com>, "ringleyt@cacyohio.com" <ringleyt@cacyohio.com>, "terrispenard@gmail.com" <terrispenard@gmail.com>, "nerone.6@buckeyemail.osu.edu" <nerone.6@buckeyemail.osu.edu>, "baldwin@denison.edu" <baldwin@denison.edu>, "tharland@wooster.edu" <tharland@wooster.edu>, "pcfriel@roadrunner.com" <pcfriel@roadrunner.com>, "toniam@odvn.org" <toniam@odvn.org>, "tmason@therecoverycenter.org" <tmason@therecoverycenter.org>, "rtj@roadrunner.com" <rtj@roadrunner.com>, "tservin@columbus.gov" <tservin@columbus.gov>, "tsaunders@therecoverycenter.org" <tsaunders@therecoverycenter.org>, "williamsv@cacyohio.com" <williamsv@cacyohio.com>, "vconnolly@ada.ohio.gov" <vconnolly@ada.ohio.gov>, "yesclubrules@yahoo.com" <yesclubrules@yahoo.com>, ==vcaraffi@ccbh.net== <==vcaraffi@ccbh.net==>, "scottkiblercchc@crawford-co.org" <scottkiblercchc@crawford-co.org>, "awelsh@ap.org" <awelsh@ap.org>, "b_fayon@hotmail.com" <b_fayon@hotmail.com>, "jeff@ohpco.org" <jeff@ohpco.org>, "mathew.clark2@wpafb.af.mil" <mathew.clark2@wpafb.af.mil>, "mbosak@coaaa.org" <mbosak@coaaa.org>, "kpierce@workingpartners.com" <kpierce@workingpartners.com>, "kfrederick@drugfreeactionalliance.org" <kfrederick@drugfreeactionalliance.org>, "dpleli@edwinshaw.com" <dpleli@edwinshaw.com>, "mootrps@summa-health.org" <mootrps@summa-health.org>, "jholman1@student.cscc.edu" <jholman1@student.cscc.edu>, "ahirschosu@gmail.com" <ahirschosu@gmail.com>, Aaron Adams <Aaron.Adams@odh.ohio.gov>, "fletcher.162@osu.edu" <fletcher.162@osu.edu>, "flethcer@con.ohio-state.edu" <flethcer@con.ohio-state.edu>

Cc: Christy Beeghly <christy.beeghly@odh.ohio.gov>, Sanford Starr <SStarr@ada.ohio.gov>
Subject: Symposium follow-up
Date: Thu, 3 Sep 2009 15:21:22 -0400

Hello,

You are receiving this email as a result of your registration and/or attendance at the symposium, *Epidemic of Prescription Drug Overdoses: A Call to Action on July 29, 2009.* Thank you for attending this event. We appreciate your interest and support. As promised at the symposium, the presentations are now posted on the Ohio Department of Health web site. You may access them as follows:

**The video from the July 29 symposium, *Epidemic of Prescription Drug Overdoses: A Call to Action*, is now posted on the ODH web site. The links are noted below.**

The video is in four parts. Each link activates the part as labeled -automatically. When the link is opened, click on **"Play Presentation"** to begin.

To access the power point slides and be able to copy them, click on the "Resources" tab below the video. The link to the power point will show up in a box below and to the left of the Resources tab. You may then just go to File and print off the slides after opening the power point or you may save the power point to your computer and print the slides from there.

## Epidemic of Prescription Drug Overdoses: A Call to Action

7/29/2009 ODOT Auditorium - Columbus, Ohio

### Part 1

http://accordent.powerstream.net/008/00153/20090729-083508-1/

- Welcome:
  - ***Christy Beeghly***, MPH, Program Administrator, Injury Prevention Program, Ohio Department of Health (ODH)
  - ***Alvin Jackson***, MD, Director, ODH
  - ***Angela Cornelius Dawson***, MS, Director, Ohio Department of Alcohol and Drug Addiction Services (ODADAS)
- Scope and Consequences: Christy Beeghly, MPH, Program Administrator, Injury Prevention Program, ODH: Chapters/slides 1-75

### Part 2

http://accordent.powerstream.net/008/00153/20090729-100512-1/

- Scope and Consequences: ***Robert Carlson***, PhD, Ohio Substance Abuse Monitoring Network (OSAM), Boonshoft School of Medicine, Wright State University: Chapters/slides 2-49
- Scope and Consequences: ***Jan Scaglione***, PharmD, CSPI, Cincinnati Poison Information Center, Cincinnati Children's Hospital Medical Center, University of Cincinnati: Chapters/slides 50 – end
- Scope and Consequences: ***Andrea Queen***, BS, Peer Support Specialist/Jail Diversion Program, The Counseling Center, Portsmouth, Ohio (Scioto County): no power point

### Part 3

http://accordent.powerstream.net/008/00153/20090729-123527-1/

- Contributing Factors: ***Wayne Wheeler***, M.D., Chief Deputy Coroner, Scioto County: Chapters/slides 1-29
- Strategies: Response to Prescription Drug Overdose in Other States: ***Denise Osborn***, JD, MPH, Director, Injury Prevention and Behavioral Health, Association of State and Territorial Health Officials (ASTHO): Chapters/slides 30-79

- Strategies: Response to Prescription Drug Overdose in Ohio: Ohio Automated Rx Reporting System (OARRS): **Danna Droz**, RPh, JD, Prescription Monitoring Program Administrator, Ohio State Board of Pharmacy: Chapters/slides 80-end

Part 4

http://accordent.powerstream.net/008/00153/20090729-143024-1/

- Response to Prescription Drug Overdoses in Ohio: Strategies for Collaboration and Systems Change:
  - Detective **Dennis Luken**, Warren County Drug Task Force; National Association of Drug Diversion Investigators (NADDI):

  Chapters/slides 1-68

  - **David Applegate**, MD, Union County Coroner; President, Ohio State Coroner's Association: no power point
  - **Kenneth Hale**, RPh, PhD, Assistant Dean, College of Pharmacy, The Ohio State University: Chapters/slides 69-164
  - **Sanford Starr**, MSW, LISW-S, Chief, Division of Planning, Outcomes and Research, ODADAS: Chapters/slides 165-end

Or you may also access the symposium information by going to the ODH Injury Prevention Program Drug Poisoning web page at

http://www.healthyohioprogram.org/diseaseprevention/dpoison/poison.aspx

A box on the left has a link for Symposium Materials. Click on that link and follow the directions on the page.

Please let me know if you have any questions or problems.

Judi Moseley

Injury Prevention Program Consultant

Injury Prevention Program

Ohio Department of Health

Phone: 614-728-8016

judi.moseley@odh.ohio.gov

Scanned by IBM Email Security Management Services powered by MessageLabs. For more information please visit http://www.ers.ibm.com

"This e-mail is intended for the sole use of the intended recipient and may contain privileged, sensitive, or protected health information. If you are not the intended recipient, be advised that the unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender via telephone or return e-mail and immediately delete this e-mail."