# Exhibit 101

| | |
|---|---|
| **Message** | |
| From: | CDBCEO@aol.com [CDBCEO@aol.com] |
| Sent: | 12/7/2009 10:14:08 AM |
| To: | aldridge@ada.state.oh.us; day@ada.state.oh.us; JNeely@ada.ohio.gov; Starr@ada.state.oh.us; cornelius@ada.ohio.gov; DeCamp@ada.ohio.gov; connstarner@ada.ohio.gov; rodriguez@ada.ohio.gov; RSatterfield@ada.state.oh.us; jstarr@ada.state.oh.us; mccarey@ada.ohio.gov; RTye@ada.ohio.gov; mblasko@lgcada.org; ehughes@thecounselingcenter.org; ETraina@FamilyRecovery.org; KLloyd@CommunitySolutionsWarren.org; kenb@rsnwo.org; dbarksdale@mckinleyhall.org; lmoliterno@meridianservices.org; okeeffev@amethyst-inc.org; jgay@hrs.org; dlogan@prospect-house.org; JERRY.CARTER@GATEWAYREHAB.ORG; margo.spence@firststephome.org; neil.tilow@talberthouse.org; tstuber@lcada.com; cireland@hofhope.org; marae@fuse.net; Pat.Weston-hall@glenbeigh.com; skuehn@ccatsober.org |
| CC: | Bill Harper [billh@admboard.org]; Wirtz@TheOhioCouncil.org; Jerry Craig [craigg@admboard.org] |
| Subject: | Thought I would share this with you folks. |

==CHC has also experienced consistent growth in requests for Opiate treatment.==

Rx for death | chillicothegazette.com | Chillicothe Gazette


Warmest regards,

Regards,

Ted Ziegler, CEO
Community Health Center,
702 East Market Street, Akron, Ohio 44305
Desk 330-315-3721, Cell 330-697-2072
DiscoverCHC.org
DiscoverKidspace.com
CommStaff.com
www.OMCDC.org
www.commclubhouse.org


*Overdoses are now the leading cause of accidental death in Ohio.*

# Celebrating 35 years of service

*The Community Health Center facilities and services are certified by the Joint Commission on Accreditation of Healthcare Organizations.*

The enclosed information is CONFIDENTIAL and is intended for the use of the addressee only. Community Health Center and its affiliates disclaim any responsibility for unauthorized disclosure of this information other than the addressee. Federal and Ohio law protects patient medical information disclosed in this email, including psychiatric disorders, Health care test results such as (HIV) test results, AIDs-related conditions, alcohol, and/or drug dependence or abuse. Federal regulation (42 CFR Part 2) and Ohio Revised Code prohibit disclosure of this information without the specific written consent of the person to whom it pertains, or as otherwise permitted by law