# Exhibit 102

Message

| | |
|---|---|
| From: | Miltner, Jennifer [jennifer.miltner@fleishman.com] |
| Sent: | 5/20/2010 3:09:13 PM |
| To: | William Denihan [denihan@adamhscc.org] |
| Subject: | ODH Prescription for Prevention Initiative: Cuyahoga County Coalition |

Hi Mr. Denihan,

I am writing to you on behalf of the Ohio Department of Health regarding an education and awareness campaign to combat the epidemic of prescription drug overdose and abuse in our state. As a part of this campaign, we are building local coalitions comprised of experts and thought leaders on this issue.

Because of your leadership as the Chief Executive Officer of the ADAMHS Board of Cuyahoga County, you have a unique perspective on this issue and we would be honored to have your participation in the Cuyahoga County coalition.

Attached please find a formal invitation for your participation. Please let me know if you are interested and if there might be a good time to discuss the campaign and the Cuyahoga County coalition in greater depth via phone.

The coalition is tentatively scheduled for an in-person planning meeting on Thursday, June 10. As we get closer to this date, I will send more detailed information about the meeting.

In the meantime, please feel free to reach out to me if you have any questions regarding this campaign or the Cuyahoga County coalition specifically.

I look forward to speaking with you soon.

Sincerely,
Jenny Miltner

Jennifer Miltner
*On Behalf of the Ohio Department of Health*
Office phone: (216) 928-3453
Office fax: (216) 928.3443
Mobile: (440) 463-8523
jennifer.miltner@fleishman.com

CONFIDENTIAL

CUYAH_012366210