Exhibit 103

Message

| | |
|---|---|
| From: | Lieberth, Dave [/O=AKRON/OU=CITY/CN=RECIPIENTS/CN=LIEBEDA] |
| Sent: | 5/21/2010 4:09:15 AM |
| To: | Ambrose, Patricia [pambrose@akronohio.gov]; Burdge, Claudia [cburdge@akronohio.gov]; Ciotola, Janet [jciotola@akronohio.gov]; Cunningham, Cheri [ccunningham@akronohio.gov]; Duncan, Laraine [lduncan@akronohio.gov]; Fallis, Stephen [sfallis@akronohio.gov]; Hanus, Craig [chanus@akronohio.gov]; Kalail, Tammy [tkalail@akronohio.gov]; Laria, James [jlaria@akronohio.gov]; McLeod, Mark [mmcleod@akronohio.gov]; Merolla, Rick [rmerolla@akronohio.gov]; Miller-Dawson, Diane [dmiller-dawson@akronohio.gov]; Moore, John [jmoore@akronohio.gov]; Muntean, Dave [dmuntean@akronohio.gov]; Powley, Doug [dpowley@akronohio.gov]; Snipes, Myra [msnipes@akronohio.gov]; Tim Callahan [tcallahan1946@aol.com]; Valle, John [jvalle@akronohio.gov]; Weinberg, Rita [rweinberg@akronohio.gov]; Williamson, Mark [mwilliamson@akronohio.gov] |
| Subject: | FW: Ohio Report, Thursday, May 20, 2010 |
| Importance: | Low |



*The Record of Capitol Square Since 1906*

## Ohio Report, Thursday, May 20, 2010

**Committee Votes 5-4 Against Senate Confirmation Of ODPS Director; Governor 'Not Giving Up' On Collins-Taylor**

**Proposed Small Business Capital Program Prompts Questions For House Panel**

**Horse Tracks Want In On Casino Implementing Bill With Provision For Slots**

**==Prescription Drug Abuse Task Force Issues Early Progress Report==**

**House Panel (Almost) Votes To Expand Collective Bargaining Rights In Colleges, Universities**

**Regents Chancellor Responds To Higher Education Concerns Of Columbus Metro Club Members**

**Politics Notebook: Democrats Mark 'Sad Anniversary' On Foreclosure; Fisher Ties Portman To Toxic Miley Cyrus Imports**

**Supplemental Agency Calendar**

**Supplemental Event Planner**

House Committee Hearings

**Economic Development**

**Activity Reports**

CONFIDENTIAL

AKRON_000896645

House

Senate

Calendars

Day Planner

Legislative Committee Schedules

CONFIDENTIAL

AKRON_000896646