# Exhibit 104

Gongwer News Service  
www.gongwer-oh.com  
The Record of Capitol Square Since 1906

Volume #79, Report #98 -- Thursday, May 20, 2010

Committee Votes 5-4 Against Senate Confirmation Of ODPS Director; Governor 'Not Giving Up' On Collins-Taylor

A Republican-controlled panel recommended Thursday the Senate reject Democratic Gov. Ted Strickland's appointment of Cathy Collins-Taylor as director of the Department of Public Safety, a defeat traced to an aborted drug sting and an attempt to discredit Inspector General Thomas Charles.

The Senate Judiciary-Criminal Justice Committee voted 5-4 against confirmation of Ms. Collins-Taylor.

Chairman Timothy Grendell (R-Chesterland) said the full Senate was expected to take up the confirmation report next Wednesday.

Gov. Strickland said after the hearing he had hoped that the director's 30-year law enforcement career would not be disparaged based on a single report that he said was inaccurate in its conclusion.

The governor said it was clear from the beginning that the hearing would not be fair and impartial.

"I am disappointed that several Republican senators on the committee misused the confirmation hearing process in an attempt to politicize the issues raised about the prison apprenticeship program in a recent inspector general report," Mr. Strickland said.

"While this result was expected in Sen. Grendell's highly-politicized hearing room, I remain hopeful that the Ohio Senate will confirm Cathy Collins-Taylor. Cathy is a fighter, not a quitter. She's not giving up and I'm not giving up on her," the governor said.

An inspector general's report last month into an aborted drug smuggling arrest linked to prison inmates working at the Governor's Residence accused Ms. Collins-Taylor of lying under oath. It also said the work program was poorly managed and posed a security risk. (See Gongwer Ohio Report, April 29, 2010).

The director maintained in a response this week that the IG report was unfair, and relied heavily on opinions and unsubstantiated claims.

Chairman Grendell said Thursday Ms. Collins-Taylor and her staff had impugned the motives of the inspector general, and failed to show proper respect for the office and staff.

"While Director Collins-Taylor's personal desire to protect her personal reputation is very understandable, her decision to publicly attack the Ohio Inspector General in its investigation is unprecedented and indefensible," he said.

"No individual public official - governor, director, or senator - is more important than the protection of Ohioans as a whole," Sen. Grendell said.

"The Ohio Inspector General's Office was created to detect and discourage wrongful acts by state agencies, state officials, and state employees. Undermining its valuable role, that protects the good of all Ohioans, in furtherance of appointment or even protection of personal reputation, is not in the best interests of the citizens of this state," he said.

The vote was mainly along party lines, with Republicans against her confirmation.

A lone exception was Sen. Bill Seitz (R-Cincinnati), who joined with the panel's three Democrats in calling for the Senate to confirm the appointment.

"I have grave concerns about much of what I heard," Sen. Seitz said, referring to two days of hearings this week. The committee previously held a series of hearings into allegations of political interference in operation of the State Highway Patrol.

However, Sen. Seitz said he did not believe Ms. Collins-Taylor lied under oath, and noted her distinguished record of public service in law enforcement.

"I believe very firmly that the governor has the power to pick who he wants to be a member of his cabinet. I believe that we should respect that unless there is clear and convincing evidence of unfitness for office," he said.

"I believe she is an improvement over her predecessor in office who, frankly, his activities ought to be investigated with all the illegal license tags to illegal aliens," Sen. Seitz said. The reference was to former DPS Director Henry Guzman.

"I am not willing to ruin this woman's career over this sad, sordid incident in which there was plenty of blame to go around," Sen. Seitz said. "The governor should take some himself in my opinion. We'll have an opportunity to have that referendum in November."

Sen. Shirley Smith (D-Cleveland) said nothing surfaced during the hearings that would warrant a vote against confirmation.

"She was honest in her testimony and I didn't see anything in the report that spoke otherwise. I just didn't," Sen. Smith said.

She contended the committee process was unfair.

CONFIDENTIAL

AKRON_000896647

"I myself was cut off many times during the hearings, not allowed to ask questions that I wanted to ask which I thought were fair questions. I don't think that I was out of line at any time, and I was not allowed to do that. My colleagues alike were cut off," Sen. Smith said.

Attorney Charles Saxbe, who represented Ms. Collins-Taylor, said the committee reached its conclusion without hearing all the evidence. The panel subpoenaed, but did not take testimony from, Michael McCann, the director's chief of staff, and Lt. Joseph Mannion, head of the patrol's executive protection unit.

"This was a political process. I think everybody knew that coming in. We probably would have had the same vote if we'd taken it at 10 o'clock (Wednesday) morning. But at least the director got an opportunity to speak, clear her name," Mr. Saxbe said.

"I don't have a great deal of confidence that she's going to be confirmed, but that's not my job ... to work the political side of it. I'm here looking after the facts and the law," he said.

"And I think based on the facts and the law that she did what she had the authority to do, and she did the right thing on managing the operation that weekend," Mr. Saxbe said.

Chairman Grendell said testimony of the remaining witnesses would have been duplicative.

"These proceedings have taken longer than expected. It didn't seem to be necessary to go down that route," he said. "I don't know how many times we have to beat the horse."

Earlier on Thursday, Patrol Superintendent David Dicken took exception during testimony to "the general tenor" of conclusions in the inspector general's report.

"I believe them to be largely opinion-based summations that lack a complete and thorough understanding of the totality of the events that occurred on the dates in question," he said.

Col. Dicken said the patrol's original plan to intercept contraband that was to be dropped at the rear of the Governor's Residence for an inmate to smuggle into prison could not be adequately defended in terms of safety.

Various witnesses disagreed over whether the contraband was drugs or tobacco. Troopers were ordered to warn off a suspected courier, and the material was never confiscated.

"Although I initially referred to the conveyance strategy as a *gross violation of officer safety*, this may have been overstated," Col. Dicken told the committee.

"My concerns relative to safety are three fold: the safety of the dignitaries we are charged to protect, the safety of the officers assigned to the executive protection detail, and the safety of the troopers tasked with the specific steps associated with execution of the operation," he said.

Col. Dicken said he made the decision to modify the operation last January. The inspector general's report concluded that Director Collins-Taylor made the decision to change the operation.

"(It) is clear that avoiding political embarrassment to the governor as a key factor," the IG report said.

Patrol Captain Arthur Combest, who conducted a management review of the original plan to recover the contraband on Jan. 10, told the committee the operation was sound.

"The plan looked like it was well-prepared and appropriate for the incident. It appeared all the bases were covered," he said.

Democrats clashed with Chairman Grendell on several occasions Thursday.

Sen. Smith asked a series of questions about the number of minorities and women in patrol ranks.

When she started to inquire about an incident involving a photo of a trooper wearing a Ku Klux Klan type hood, a matter raised during a previous hearing, Chairman Grendell interrupted.

"We've been here before on that. Next question, please. The witness is here to talk about the management review. We are not going to play the race card today. We are not going to play the race card tomorrow," Sen. Grendell said.

Later, during the questioning of Col. Dicken, Sen. Nina Turner (D-Cleveland) described the hearing as "a witch hunt."

"Colonel, I want to apologize to you for the unconscionable way you've been treated," she said.

Chairman Grendell intervened.

"Superintendent, I'm not going to apologize for us doing our constitutional duty. There's no witch hunt going on here," he said.

Sen. Turner, the ranking minority member on the committee, said after the hearing it was unfortunate that Ms. Collins-Taylor's service in law enforcement was "reduced to just one snapshot."

"When the entire Senate has a chance to vote on her confirmation, I hope my fellow Senators agree with me that Mrs. Collins-Taylor is a remarkable woman and an outstanding public servant who deserves our support," Sen. Turner said.

Proposed Small Business Capital Program Prompts Questions For House Panel

House Democrats' plan to leverage State Treasury funds to benefit capital investment firms and businesses having trouble with credit drew plenty of queries Thursday from lawmakers concerned mainly with ensuring protection of $100 million in taxpayer funds.

Under the bill (HB 521) sponsored by Rep. Jay Goyal (D-Mansfield) and Rep. Nancy Garland (D-New Albany), that money would fall under the 12% cap on State Treasury investments that can be used for programs like Linked Deposit, which deploys state funds to banks that in turn offer reduced-interest loans to Ohio businesses and farmers.

Unlike the Linked Deposit Program, Mr. Goyal explained, the state's foregone interest from the deposits would be used as a reserve to protect banks against early losses under the program instead of offsetting interests costs for borrowers.

Banks in turn would loan money to investment firms such as Resilience Capital of Cleveland, which has been working with the sponsors on the proposal. The firms, which would be selected under requests-for-proposals issued by the Department of Development, would then issue loans to qualifying businesses for job creation ands retention efforts.

"Each investment firm will pay interest on the line of credit to the participating bank and will make small loans with interest rates exceeding that interest rate to small businesses," Ms. Garland said. "Though current rates are close to 20% for small businesses, through this program the interest rates for small businesses will be much lower. For example, the firm may pay 7% interest on a line of credit and make loans to small businesses at a 10% rate. In this scenario, the 3% difference would be invested back into the program or returned to the state."

Rep. Ron Amstutz (R-Wooster) raised concerns after Mr. Goyal said DOD would not only pick the investment firm, or "third party administrator," but also decide which banks would receive state deposits. The Linked Deposit Program works differently, the Republican said. "You're changing who makes that decision now from the state treasurer to the Department of Development."

Mr. Goyal responded that the issue could be a matter for further changes. "We felt it would be more appropriate for the Department of Development to administer the program (but) we're not wedded to that at all," he said.

State Treasurer Kevin Boyce's spokeswoman Simone Wilkinson said later regarding the bill in general, "We are still reviewing the bill but appreciate the sponsor's attention to Ohio businesses."

"We support generally any effort to increase lending in Ohio," she said. "If there is a role for the treasury to play in incentivizing Ohio small business lending, then we are happy to be involved."

Reps. Garland and Goyal said the program was geared toward helping established businesses get access to credit, which has become tight under the difficult economic environment. Eligible businesses would be for-profit entities headquartered in Ohio that have annual sales between $1 million and $50 million.

Rep. Peter Beck (R-Mason) questioned whether businesses with fewer sales shouldn't also benefit from the program. The sponsors said bill was crafted to target the kinds of enterprises most in need of capital but have been turned down for credit otherwise because of underwriting concerns.

Rep. Nan Baker (R-Westlake) remarked that there are credit-worthy businesses that are having problem securing loans under the current market.

Responding to a question from Rep. Denise Driehaus (D-Cincinnati), Rep. Garland said businesses that are trying to "retrofit" and adapt to the new economy could be among the types that the program would benefit.

Answering some panelists concerns that the taxpayer money could be at risk, Rep. Goyal said the treasury's principal investment would never be jeopardized "and no general revenue funds will be used."

Rep. Goyal said the program would not only help businesses stay afloat but also give them the ability to succeed for years to come. "This legislation has the potential to help our state rebound from the current economic downturn and could also bring new jobs into Ohio at a time when work seems increasingly difficult to find," he said.

Horse Tracks Want In On Casino Implementing Bill With Provision For Slots

Ohio's beleaguered horse racing industry moved on two fronts Thursday in a long-shot bid to get "video lottery terminals" for racetracks added to the pending casino implementation measure.

A couple hours after a representative of four facilities comprising the Equine Agricultural Coalition testified before a House committee reviewing that chamber's version of the casino bill (HB 519), Scioto Downs held a news conference to declare VLTs as the last hope for the struggling industry.

Coalition attorney David Paragas urged members of the House Economic Development Committee to amend related legislation (HB 250) into the casino regulatory measure, which stems from voters' approval last fall of a statewide issue authorizing four casinos.

Rep. Ron Amstutz (R-Wooster) questioned the proposal in light of a pending referendum on Gov. Ted Strickland's slots-at-tracks plan, saying that voters will be weighing in on the matter in November.

Mr. Paragas said there were legal differences between the budget language and the latest legislative proposal, adding that the industry's plight deserved prompt action.

The attorney's arguments were echoed later in the day by the general manager of Scioto Downs, a harness racing track south of Columbus.

GM Stacy Cahill said the economic viability of Ohio's horseracing industry depends on slot machines.

"We're imploring the General Assembly to include the VLT bill in the casino bill for the racetracks," she said in an interview. Ms. Cahill had just conducted a news conference to highlight the flagging financial stability of the state's $776 million a year horse racing industry.

Getting authority to install slot machines at the tracks was the industry's last hope, Ms. Cahill said, especially now that voter-authorized casinos in Cincinnati, Cleveland, Columbus and Toledo will only increase competition for Ohioans' gambling dollars.

"Our numbers are really bad and we can't survive without some help," she said. "I just don't think Ohio can afford to lose 20,000 more jobs right now."

The Coalition, which includes Scioto, Lebanon Raceway, Northfield Park near Cleveland and River Downs in Cincinnati, said the industry provides 8,600 direct jobs and 17,000 indirect jobs while generating $2.2 billion worth of economic impact, including $766 million directly from racing.

While many lawmakers say they prefer to wait to see the fate of the referendum before taking further action on VLTs, Ms. Cahill said she believed the voters have already spoken on the issue and lawmakers should act now before the tracks' financial situation worsens.

"Voters have already said because of Issue 3 that they want casinos. This would just be an extension of that - VLTs at racetracks regulated by the Ohio Lottery. It's what the governor already said he would do last July," she said.

Prescription Drug Abuse Task Force Issues Early Progress Report

Multi-state monitoring and possible standards for pain management clinics were among several preliminary recommendations issued this week by a task force assigned by Gov. Ted Strickland to examine the problem of prescription drug abuse.

The Ohio Prescription Drug Abuse Task Force submitted a status report with recommendations to state leaders that the 34-member committee sees as the first steps toward combating the growing "pill mill" problem and related issues in Ohio.

"On behalf of the task force, I am pleased to submit this report to Gov. Strickland," task force Chairman George Maier said in a release. "The combination of both law enforcement and public health make for strong comprehensive leadership that will continue to drive this task force in the right direction."

Since its first meeting April 21, the task force has convened three additional meetings and come to a consensus on what details and resources need to be explored in order to build a foundation to support policy and legislative changes, according to the group.

Task force recommendations found in the report include, among others:

- Establishing local and regional task forces and funding social marketing campaigns.

- Requesting state medical/health care associations make a commitment to address the prescription drug abuse problem.

- Examining the feasibility of implementing standards for pain management clinics, identifying other methods of addressing improper prescribing of pain medication, and increasing the number of prescribers registered with the Ohio Automated Rx Reporting System.

- Collaborating with other states to link prescription monitoring systems, improving data collection around prescription drug misuse/abuse and unintentional overdose prevention, and establishing an action group to review current data collection methods and identify gaps in knowledge.

"The governor appreciates the hard work of the task force members to quickly turn around this initial report and recommendations," Governor Spokeswoman Amanda Wurst said in an email. The governor will be reviewing it soon.

In the coming months, task force members and partners from across the state will be meeting in working groups to continue the work, task force Vice Chairman Dr. Alvin D. Jackson said.

Ohio's death rate due to unintentional drug poisoning has increased more than 300% from 1999 to 2008, and is now the leading cause of injury death in Ohio, according to OPDATF.

The group will submit a follow-up report to the governor in October.

House Panel (Almost) Votes To Expand Collective Bargaining Rights In Colleges, Universities

The House is poised to advance a bill that would grant union organizing rights to graduate students and part-time faculty members in Ohio colleges and universities.

The House Commerce & Labor Committee voted to report the measure (HB 365) earlier this week, but a procedural slip-up invalidated the action. Chairman Kenny Yuko's (D-Richmond Hts.) office said the panel would reconsider the bill during the next hearing.

As usual for legislation affecting union organizing rights, the committee split along party lines in voting for the proposal.

Republicans who voted against the bill voiced concern that it would unduly increase costs for the state's higher education institutions.

Rep. Joseph Uecker (R-Loveland), the panel's ranking minority member, said GOP members were irked by proponents' cavalier attitude about the resulting cost increases.

CONFIDENTIAL

AKRON_000896650

"Let's be realistic. You bring any group of this enormous magnitude into collective bargaining with binding arbitration and you're going to have costs skyrocket," said in an interview after the hearing.

"We may need to look at the system our colleges and universities use on adjunct professors, but this is not the way to go," he said. "Let's not break the bank before we fix it."

Supporters, including the Ohio Education Association and the Ohio Federation of Teachers, say the measure would benefit not only adjunct professors and grad students, but would improve the educational quality of Ohio's institutions.

Schools' increasing reliance on lower-paid, overworked adjunct faculty creates an environment that discourages excellence in teaching, according to witnesses who testified earlier this year on behalf of OEA's Higher Education Advisory Council.

Shawnee State University professor Steve Doster, chair of the advisory council, previously said that allowing part-time faculty to organize would support the success of the state's 10-year Strategic Plan for Higher Education by boosting gains in student retention and high quality degree programs.

The Legislative Service Commission's fiscal note says the proposal would likely increase personnel costs for roughly 33,500 employees, about 31% the state's higher education workforce that would be affected by the bill. It could also boost payroll costs for state agencies that employ student interns, who could gain organizing rights.

**Building Code:** Another invalid vote that split the committee along party lines was on legislation (HB 362) that would require fire extinguishers and carbon monoxide detectors in residential buildings at the point of sale.

The bill's sponsor Rep. Kathleen Chandler (D-Kent) said the measure would greatly improve building safety.

"Its mainly to help people understand that these are important things to have in your homes. It's a very simple thing to do and it will save lives," she said in response to questions from Rep. Lynn Wachtmann (R-Napoleon). "I don't think any (home) sale will be stopped because they don't have a $30 CO detector."

Rep. Uecker said the requirement would create a drag on housing sales, especially for abandoned properties in need of significant repair.

"We're not talking about an $11 peel off the sticker and slap up on the ceiling carbon monoxide detector," he said. "We're talking about hardwired with redundant backup energy systems. I'm sorry, those can cost several hundred dollars."

Chairman Yuko's office said the measure would also be reconsidered during the committee's next hearing.

Regents Chancellor Responds To Higher Education Concerns Of Columbus Metro Club Members

Reaching low-income and African-American students, providing college credit to high school students and maintaining the "Ohio Third Frontier envy" of other states were on the minds of Columbus Metropolitan Club members and guests Thursday during a question-and-answer session with the state's chief higher education official.

The Club hosted Board of Regents Chancellor Eric Fingerhut during a lunchtime forum in Columbus, and after the chancellor gave an update on higher education efforts, attendees asked him about specific matters Ohio students face.

Sen. Ray Miller (D-Columbus) was among those making inquiries, and he asked for a response from the chancellor about the low number of African Americans attending universities. He said a majority attends proprietary schools.

Mr. Fingerhut said although the percentage of Ohio African Americans attending institutes of higher education seems low, it reflects the diversity of the state. What does fall short, however, is the percentage of African Americans who graduate from college.

The Strategic Plan for Higher Education calls for the creation of a Center for Leadership for African American Success, he said. Additionally, the Board of Regents is required to produce an annual report, and it is interested in considering that very topic for this year's report.

Another attendee asked the chancellor to speak about the ability of Ohio's high school students to earn college credit before graduation.

The chancellor said dramatically increasing the number of students who graduate high school with college credit is one of the 20 accountability measures tied to the Strategic Plan.

"Ohio hasn't been doing so well in this," he said.

Such "dual enrollment" is less essential for students planning to attend college than for those who do not have higher education prospects. By taking a course at a community college, students will find they can do college-level work and acclimate to the rigor of college courses, Mr. Fingerhut said.

An attendee who identified herself as a student at Ohio State University asked what is being done to help students in low-income districts attend college.

Chancellor Fingerhut said by eliminating the Ohio Graduation Test, which the governor proposed through his evidence-based model, and replacing it with college entrance exams, such as the ACT and SAT, all students in the state will be required to take an exam that qualifies them for higher education.

"All of a sudden everybody becomes a potential college student," he said, noting that few states have taken such an approach. He said he expects this will show dramatic progress in reaching low-income, first-generation students.

A club member said some states have "Ohio Third Frontier envy" and asked what Ohio can do to make sure that envy remains.

Mr. Fingerhut said it is important Ohio connects all centers of entrepreneurship in the state. Also the Centers of Excellence being established at Ohio universities will show other states how Ohio is leading the way.

Another member asked if curriculum at universities includes ethics courses and if those classes are effective.

Mr. Fingerhut said ethical concerns and shaping students to be good citizens is deeply imbedded among faculty and is of great concern.

As far as tracking effectiveness, the chancellor said Ohio has joined the Voluntary System of Accountability that allows for Ohio's universities to be compared apples to apples with other schools in the nation. Additionally, the state is working with businesses to see if the graduates they hire live up to their skill standards.

**Global Economy:** In his speech, Mr. Fingerhut spoke of higher education's role in establishing Ohio's place in the global economy.

"The states and nations with the greatest concentration of intellectual capital and the most intense and sophisticated collaborations between those sources of intellectual capital and the risk takers in the private sector" will be the winners in the global marketplace, he said.

Ohio's public universities rank fifth in the nation in the amount of research dollars they receive collectively. In the 2009 fiscal year, Ohio institutions recorded almost 700 new invention disclosures, which is double 2001 numbers.

"It is from these collaborations that the jobs of the future will come," he said.

*Politics Notebook:* Democrats Mark 'Sad Anniversary' On Foreclosure; Fisher Ties Portman To Toxic Miley Cyrus Imports

Democratic co-sponsors of a plan to respond to the state's foreclosure crisis sent a letter to the Senate's GOP leader Thursday, one year after the House passed the measure, bemoaning the upper chamber's inaction on the issue.

"Today marks the sad one-year anniversary of the day House Bill 3 was passed by the House and sent to the Senate. It is a long time to stall real relief for Ohioans," Rep. Mike Foley (D-Cleveland) and Rep. Denise Driehaus (D-Cincinnati) said in a letter to Senate President Bill Harris (R-Ashland).

Citing recent reports that filings are continuing to increase, the Democrats urged Sen. Harris to pass their proposed foreclosure moratorium and filing fee bill (HB 3) before the summer recess. They also requested action on legislation designed to help protect renters caught up in foreclosure proceedings against their landlords (HB 9).

"We know you and members of your caucus have been distracted by other matters recently. However, if the same attention was directed to the foreclosure crisis we may have had some agreement and begun helping Ohioans and our economy long ago," they said.

**Fisher vs. Portman:** Democratic U.S. Senate candidate Lee Fisher pounced on news reports that imported Miley Cyrus jewelry contains toxic substances and blamed his Republican opponent for cutting funding for consumer product safety.

When Rob Portman served as President George W. Bush's budget director, staffing at the Consumer Products Safety Commission dropped in 2008 to its lowest level in the agency's history, the Fisher campaign said.

Furthermore, reductions in the number of safety inspectors came after a series of high-profile recalls on children's toys due to dangerous levels of lead contamination, the campaign said.

"Congressman Portman's push to ship manufacturing jobs overseas and then cut safety inspectors here at home is simply a betrayal of Ohio workers and Ohio families," Lt. Gov. Fisher said in a statement. "Our children's safety is non-negotiable. My simple advice to Ohioans: look for the 'Made in America' label."

Meanwhile, Mr. Portman criticized Democratic policies for high rates of unemployment in Ohio and chided Mr. Fisher's support for legislation designed to help mitigate climate change.

"Since the president's stimulus plan was enacted last year, Ohio has lost over 180,000 private sector jobs and unemployment has increased to over 12% in the Mahoning Valley, while the public sector and the budget deficit have grown to record levels," he said after the president's visit to a Youngstown steel company this week.

"Knowing V&M Star's future is tied to a vibrant domestic energy industry, I particularly urge President Obama and Lt. Gov. Lee Fisher to end their plans for the onerous and heavy-handed cap and trade energy tax, which will not only harm Ohio's energy producers, but will drive up energy costs for Ohio's businesses and families," he said.

**Youth Agenda:** Ohio Youth Voices announced it would soon send copies of its revised legislative agenda to General Assembly members asking them to extend the freeze on income tax cuts and to use funding from casinos to reduce class sizes.

"We are determined to see that all candidates for state representative, senate, and governor respond to the items on our newly revised agenda," said Abigail Fabyan, one of the students involved in revising the 2010 Ohio Youth Agenda. "When some of our students went to the Statehouse to lobby for House Bill 318, we realized that we have can impact legislation."

The group also urged support for funding Early College high schools and a program for ninth grade males at high schools with low graduation rates. They also proposed a course to prepare for the ACT test and other education related measures.

CONFIDENTIAL

Supplemental Agency Calendar

### Tuesday, May 25

**Board of Building Standards**, Division of Industrial Compliance & Labor, BBS Library, 6606 Tussing Road, Reynoldsburg, 10 a.m (This is a meeting of the Code Committee)

**Elections Commission**, Meeting Rm. 1, 30 West Spring Street, Columbus, 10:30 a.m.

### Wednesday, May 26

**Public Utilities Commission of Ohio**, 11th Fl., 180 E. Broad St., Columbus, 1:30 p.m.

Supplemental Event Planner

### Tuesday, May 25

**Sen. Jon Husted (R- Kettering) fund-raiser**, The Columbus Club, 181 East Broad Street, Columbus, 5:30 p.m., ($500 per person to Husted for Ohio. RSVP to Kate Huffman at katehuffman@gmail.com or (614) 456-2065)

### Thursday, June 3

**Ohio Department of Job and Family Services and Casey Family Programs Symposium** on Applying the Science of Early Child Development to Child Welfare Practice, Embassy Suites, Airport Road, Columbus, 8 a.m., (RSVP to Carolyn Brewer @ carolyn.brewer@jfs.ohio.gov or 614-387-5478)

---

Gongwer News Service, Inc.
17 S. High St., Suite 630
Columbus Ohio 43215
**Phone:** 614.221.1992 | **Fax:** 614.221.7844 | **Email:** gongwer@gongwer-oh.com
Alan Miller, President | Scott Miller, Vice President | Kent Cahlander, Editor | John Chalfant, Marcus Roth, Eryn Bostwick, Rachel Buccicone, Staff Writers

Click the ⚑ after a bill number to create a saved search and email alert for that bill.

© 2010, Gongwer News Service, Inc. Reproduction of this publication in whole or in part without the express permission of the publisher is in violation of the federal Copyright Law (17 USC 101 et seq.) as is retransmission by facsimile or any other electronic means, including electronic mail.

CONFIDENTIAL

AKRON_000896653