# Exhibit 105

Message

| | |
|---|---|
| From: | Lieberth, Dave [/O=AKRON/OU=CITY/CN=RECIPIENTS/CN=LIEBEDA] |
| Sent: | 4/3/2010 4:58:34 AM |
| To: | Ambrose, Patricia [pambrose@akronohio.gov]; Burdge, Claudia [cburdge@akronohio.gov]; Ciotola, Janet [jciotola@akronohio.gov]; Cunningham, Cheri [ccunningham@akronohio.gov]; Duncan, Laraine [lduncan@akronohio.gov]; Fallis, Stephen [sfallis@akronohio.gov]; Hanus, Craig [chanus@akronohio.gov]; Kalail, Tammy [tkalail@akronohio.gov]; Laria, James [jlaria@akronohio.gov]; McLeod, Mark [mmcleod@akronohio.gov]; Merolla, Rick [rmerolla@akronohio.gov]; Miller-Dawson, Diane [dmiller-dawson@akronohio.gov]; Moore, John [jmoore@akronohio.gov]; Muntean, Dave [dmuntean@akronohio.gov]; Powley, Doug [dpowley@akronohio.gov]; Snipes, Myra [msnipes@akronohio.gov]; Tim Callahan [tcallahan1946@aol.com]; Valle, John [jvalle@akronohio.gov]; Weinberg, Rita [rweinberg@akronohio.gov]; Williamson, Mark [mwilliamson@akronohio.gov] |
| Subject: | FW: Ohio Report, Friday, April 2, 2010 |

**From:** Gongwer News Service [mailto:gongwernews@rrohio.com]
**Sent:** Friday, April 02, 2010 5:54 PM
**To:** ;
**Subject:** Ohio Report, Friday, April 2, 2010

### Ohio Report, Friday, April 2, 2010

School Funding Request Rekindles GOP Skepticism; More Money Needed To Meet Federal Aid Mandates

State Targets 'Pill Mills' That Feed Epidemic Of Prescription Drug Diversion, Abuse

Strickland Among State Leaders Receiving Threatening Letter From Anti-Government Group

New Federal Regulations On Mountaintop Removal Could Impact Ohio Coal Industry

Hospitals, Lawyers Dispute Benefits Of Medical Malpractice Limits

Education Notes: Group Seeks Funding Proposals For $5 Million In STEM Funding; Steele Selected As OLN Executive Director; Interim OhioLINK Chief Selected

Conference Focuses On Medication-Assisted Treatment For Drug Addiction; Governor To Announce Anti-Drug Abuse Efforts Friday

Agency Briefs: Michigan, Ohio Governors Bet On Census Response; State Health Care Audit Reveals $10 Million Savings Potential; Troopers Seize $2 Million In Heroin

Supplemental Agency Calendar

Supplemental Event Planner

### Activity Reports

    Senate
    House

### Calendars

    Day Planner
    Event Planner

---

Copyright 2010, Gongwer News Service, Inc., www.gongwer-oh.com
Forwarding, reproducing, posting or otherwise retransmitting this message, and/or any attachment(s), is a violation of federal Copyright laws (17 USC 101 et seq.).
Gongwer aggressively enforces all Copyright violations. Violators are subject to criminal penalties and civil fines of up to $150,000 per incident.