# Exhibit 106

## Request for Legislation

Date: 12-29-11

To: Director, Department of Law

Attn: Rose Reitz

Dear Sir/Madam:

**COUNTY OF SUMMIT**
**THE HIGH POINT OF OHIO**
RUSSELL M. PRY, EXECUTIVE

First Reading Passage Requested
☐ yes  ☒ no

Late Filing
☐ yes  ☒ no

**A Resolution authorizing the County Executive to execute any documents necessary to accept the award of a Justice Assistance Grant ("JAG") Summit County Drug Unit Grant from the Ohio Office of Public Safety/Office of Criminal Justice Services, in the amount of $76,913.10, which requires a 25% local match, for the period 1/1/2012 through 12/31/2012 and appropriating a total of $102,550.80 which includes the local match through 2012, for the Sheriff and declaring an emergency**

The following information is to be used in the preamble:

The Legislation needs to be passed as emergency legislation because:

see attached

(Attach any additional documentation supporting or explaining this request)

Draft Legislation attached:   [ FORMCHECKBOX ] yes    [ FORMCHECKBOX ] no

For use in the office/department of :   Sheriff

Estimate of cost:   $ 102,550.80  grant and match funds

Requisition or Purchase Order No.:   n/a

Banner Code:   25172-3051

| Request prepared by: | Name | Pam Murray | | |
|---|---|---|---|---|
| | Phone | 2150 | Date | |
| Approved Officeholder/Dept. Head | | | Date | |
| Approved Director Dept. of Law | | | Date | |
| Approved Director DFB | | | Date | |
| Approved Executive | | | Date | |

This form must be received by the Executive's Department of Law no later than 4:00 p.m. on the Tuesday following council committee meetings

CONFIDENTIAL

SUMMIT_001009339