Exhibit 108

Message

| | |
|---|---|
| From: | Lieberth, Dave [/O=AKRON/OU=CITY/CN=RECIPIENTS/CN=LIEBEDA] |
| Sent: | 8/19/2010 6:46:12 AM |
| To: | Ambrose, Patricia [pambrose@akronohio.gov]; Burdge, Claudia [cburdge@akronohio.gov]; Ciotola, Janet [jciotola@akronohio.gov]; Cunningham, Cheri [ccunningham@akronohio.gov]; Duncan, Laraine [lduncan@akronohio.gov]; Fallis, Stephen [sfallis@akronohio.gov]; Kalail, Tammy [tkalail@akronohio.gov]; Laria, James [jlaria@akronohio.gov]; McLeod, Mark [mmcleod@akronohio.gov]; Merolla, Rick [rmerolla@akronohio.gov]; Miller-Dawson, Diane [dmiller-dawson@akronohio.gov]; Moore, John [jmoore@akronohio.gov]; Morgan, Craig [cmorgan@akronohio.gov]; Muntean, Dave [dmuntean@akronohio.gov]; Powley, Doug [dpowley@akronohio.gov]; Snipes, Myra [msnipes@akronohio.gov]; Tim Callahan [tcallahan1946@aol.com]; Valle, John [jvalle@akronohio.gov]; Weinberg, Rita [rweinberg@akronohio.gov]; Williamson, Mark [mwilliamson@akronohio.gov] |
| Subject: | FW: Ohio Report, Wednesday, August 18, 2010 |

## Ohio Report, Wednesday, August 18, 2010

Obama, In Columbus For Backyard Chat, Democratic Fundraiser, Says Full Economic Recovery May Take Years

GOP Response: Taylor Says Strickland 'Incompetent'; Boehner Assails 'Spending Spree'; Portman Sees Link To 2012

Local Task Forces, Online Training Could Aid Law Enforcement Against Human Trafficking, Group Says

==Prescription Drug Abuse Panel Members See Potential In Newly Proposed Legislation==

New Curriculum Cited For Improvements In Ohio ACT Results

Ohio Gets $118 Million For Three Projects To Expand Broadband Service

Politics Notebook: ODP Issues Call For Senate Campaign Funds; Yost Equates Popularity To County's

Capitol Scene: Runyon Named President, CEO Of Community Health Center Group

Ohio Business: Bob Evans Farms Forecasts Improvement; Cleveland Firm Awarded Contract For Nelsonville Bypass

Supplemental Agency Calendar

Supplemental Event Planner

Calendars

Day Planner

CONFIDENTIAL

AKRON_000896854