Exhibit 109

Gongwer News Service  www.gongwer-oh.com

Volume #79, Report #161 -- Wednesday, August 18, 2010

Obama, In Columbus For Backyard Chat, Democratic Fundraiser, Says Full Economic Recovery May Take Years

President Barack Obama fielded friendly questions from a group of neighbors in a North Columbus backyard Wednesday, then headed downtown for a Democratic fundraiser where protesters and supporters lined the streets to greet his arrival.

Mr. Obama, slumping in public opinion polls, spent Tuesday night in Columbus as part of a multi-state campaign tour to aid Democrats such as Gov. Ted Strickland in their election bids.

The president began Wednesday's events - none of which were open to the general public - "around the kitchen table" at the home of Rhonda and Joe Weithman and their two children.

The White House said Mr. Weithman, an architect, was selected because federal spending on infrastructure projects allowed him to keep two employees on staff and may permit him to add an additional worker.

Ms. Weithman, who lost her job last year, was able to keep health insurance due to COBRA subsidies from the federal economic recovery law.

The president arrived about 10:30 a.m. at the home near Clintonville, and spent about 15 minutes talking with the family.

Mr. Obama, coatless and with his sleeves rolled up, sat at the head of the table with the Weithmans and their children, Rachel, 9, and Josh, 11, sitting on either side.

A pool reporter said not much of the conversation could be heard.

When Ms. Weithman talked about how she was able to keep the family's health insurance after losing her job, Mr. Obama turned to Josh and said, "So obviously, that got Mom a little worried, a little stressed."

At that point, the pool was ushered out.

Then the conversation moved into the backyard, with President Obama responding to questions dealing with health care, the economy, Medicare, and Wall Street reform from a small group of families from the area. (VIDEO).

He said progress had been made in recovering from the worst recession since the Great Depression. "But let's face it, the progress hasn't been fast enough," he said.

Mr. Obama drew applause from his lawn chair audience when he ruled out proposals that would privatize the Social Security system.

"I have been adamant in saying that Social Security should not be privatized, and it will not be privatized as long as I'm president," he said.

"Here's the reason. I was opposed to it before the financial crisis. And what I said was the purpose of Social Security is to have that floor, that solid, rock solid security, so that no matter what else happens, you've always got some income to support you in your retirement," Mr. Obama said.

He encouraged investments in 401k's, and private savings accounts, but said Social Security must be separate.

"Now imagine if Social Security, if a portion of that had been in the stock market back in 2006 and 2007. You saw what happened with your 401k's," the president said.

Citing an estimated $2 trillion in improvements needed for the nation's transportation system, Mr. Obama said he hoped for bipartisan agreement on a plan to rebuild an infrastructure that used to be the best in the world.

"Now, if it comes to rail, we certainly don't have the best rail system in the world. Our roads, in a lot of places, aren't the best. Our airports aren't the best. Somebody's laughing. They obviously just went through an airport," he said.

"So we've got a lot of work to do on infrastructure. This is an area where I hope we can get some bipartisan agreement. It's hard to get bipartisan agreement these days," the president said.

"But I think the notion that we can put people to work rebuilding America, investing in making stuff here in the United States, that - by the way, every time you build a road, that's not just putting people to work on the actual construction, all those supplies that go into road building, all those supplies that go into a bridge, all those supplies that go into rail - that's creating a ripple effect all throughout the economy," he said.

Gov. Strickland joined him at the event, as did U.S. Sen. Sherrod Brown (D-Cleveland), Democratic Lt. Gov. Lee Fisher, running for the U.S. Senate, and Rep. Mary Jo Kilroy (D-Columbus).

Mr. Strickland agreed with the president that the economy was improving, but that there still was a long way to go. (VIDEO).

CONFIDENTIAL

Leaving the event, Mr. Obama disclosed his participation in the O-H-I-O chant.

"Oh, and by the way, I just want you to know that the Weithmans made me the "O" in O-h-i-o. It's on tape. It's on tape somewhere," he said.

The president briefly encountered a different reception when his motorcade turned the corner at East Broad and Fourth Streets where crowds gathered behind barricades as he arrived for the fundraising event at The Athenaeum Columbus.

On the southeast corner, a group displayed bright yellow signs with "Failure" spelled out in red letters. On the northeast corner, abortion opponents shouted, "just repent" as the limousines quickly moved past.

Backers of the president and governor lined the street nearby, with some holding signs saying "Ohio Loves Obama." Mr. Strickland's campaign said there were 300 supporters on the sidewalks.

The sold-out crowd inside the Athenaeum included 600 persons seated for lunch, with another 100 in the balcony. Ticket prices for lunch were $500, $1,500, and $2,000. Standing room tickets were $100 each.

The total amount raised was not disclosed, but proceeds went to Gov. Strickland's campaign and the Ohio Democratic Party.

President Obama acknowledged during the fundraiser it would "take a few years" for the nation to fully recover from the recession.

"It will take time to bring back eight million jobs that have been lost. That's the hard truth. Anybody who's telling you otherwise, they're just running for office," he said, drawing laughter from the crowd.

"But here's what I can tell you: After 18 months, I have never been more confident that our nation is headed in the right direction. We are doing what is needed to move the country forward. We're rebuilding this economy not just in the short term but for the long term - for our children, for our grandchildren, for our great-grandchildren," he said.

Persons who signed up to volunteer for the campaign were automatically entered in a drawing for the lunch. Ten volunteers were chosen from ten cities across the state, including Margie Daffey of Columbus.

Wearing a wide brimmed hat, Ms. Daffey, 72, sat at a table with the other winning volunteers. She was ecstatic to be in the same room with the president.

"I love him. I'm so excited I can't believe it. I'm saying, 'Is it really true?'" she said.

Ms. Daffey said she was happy with Mr. Obama's performance, and said he could have done more if Republicans didn't stonewall his initiatives.

"We need to work together, that's how we get ahead," she said. "We could be further along if some people would work with the president, namely the Republicans."

The entire statewide Democratic ticket attended the event, with each candidate given five minutes to speak as the crowd consumed croissants stuffed with chicken salad.

A pool report said virtually every speaker warned against a return to policies of former President George Bush, and to the decade prior to 2006 when Republicans held all statewide offices and controlled both chambers of the General Assembly.

Gov. Strickland castigated his Republican challenger, former U.S. Rep. John Kasich, over votes for NAFTA and other trade agreements.

"He voted to ship Ohio's jobs overseas. His votes are his values, and what he doesn't value are American dreams, and what he doesn't value are American jobs," Mr. Strickland said.

GOP Response: Taylor Says Strickland 'Incompetent'; Boehner Assails 'Spending Spree'; Portman Sees Link To 2012

Republican State Auditor Mary Taylor said Wednesday President Obama had "a lot to answer for" during his trip to Columbus because 130,000 jobs were lost in the state since the federal stimulus bill became law and helped push the national debt to $13 trillion.

"Maybe he's here to privately scold Governor Strickland because progress on jobs in Ohio is zero minus. Or perhaps for the governor's use of stimulus dollars to send potential Ohio jobs overseas," she said.

Ms. Taylor, the lieutenant governor running mate of GOP gubernatorial candidate John Kasich, referred to the state's hiring of a Texas company to administer an appliance rebate program, only to find out later the jobs were outsourced to El Salvador.

"You heard me right - the governor used Ohio's federal stimulus dollars to outsource jobs to El Salvador," Ms. Taylor said in a conference call.

"This blew up into a scandal with one Strickland Administration employee getting fired and another getting suspended and the governor dodging the blame by saying, 'I can't recall when I heard about this,'" she said. (See Gongwer Ohio Report, August 11, 2010).

Ms. Taylor said Ohio's jobless rate is two points higher than that of West Virginia. She called Mr. Strickland "an incompetent administrator."

She joined Mr. Kasich on Tuesday to propose dismantling the Ohio Department of Development, turning its job creating duties over to a not-for-profit corporation with business executives at the helm. Non-economic development functions of the agency would be reassigned to other departments.

CONFIDENTIAL

AKRON_000896856

"Our goal is to put business-savvy professionals in charge of our efforts to connect with businesses, and, in so doing, to more effectively tear down barriers to business success, including the big government burden the Democrats have brought us," Ms. Taylor said.

In other Republican reaction to President Obama's visit:

**House-Boehner:** U.S. House Minority Leader John Boehner (R-West Chester) said the president's stimulus "spending spree" was not delivering the results he promised.

"More than 130,000 Ohioans have lost their jobs since February 2009, and the state's unemployment rate remains at a painfully-high 10.5 percent," Rep. Boehner said.

He called the stimulus program "the epitome of failure," marked by waste, debt, and fewer jobs.

"The simple fact of the matter is that a nation in our fiscal condition should be spending less, not more - and we certainly shouldn't be hitting small businesses with a job-killing tax increase at the end of this year, as the president has proposed," Rep. Boehner said.

**Portman-Senate:** Republican U.S. Senate candidate Rob Portman said the only reason President Obama was in Columbus was to bolster his chances of capturing the Senate and governor's seats at stake in the Nov. 2 election.

"There is no better campaigner - or motivator for national Democrats - than President Obama. And Lt. Gov. Lee Fisher has personally requested that the president help him raise money," said Mr. Portman, Mr. Fisher's opponent.

"It is clear that Ohio is a 'crown jewel' for Democrats. If the Democrats win in Ohio in 2010, they will use it as a platform for the presidential race in November of 2012," Mr. Portman said in a fundraising email to supporters.

Local Task Forces, Online Training Could Aid Law Enforcement Against Human Trafficking, Group Says

Criminals rely on a lack of communication among law enforcement from different municipalities to continue their illegal activities, but the state's human trafficking commission offered a potential solution Wednesday.

The Trafficking in Persons Study Commission released a review on law enforcement training and interagency communication in Ohio and recommended online training and enhanced inter-agency cooperation as options for tackling the state's human trafficking dilemma.

Lt. Matt Warren presented information compiled by the Training and Law Enforcement Subcommittee, which suggested that one day Ohio have human trafficking task forces in all regions to address the problem 24/7. But until the resources for such an approach surface, working groups can be assembled locally.

Working groups do not require contracts or the removal of an officer from a police department to work a full-time task force, he said.

"If you get a group of law enforcement officers that are active in this area to get together to share their intelligence, to share their cases, to share their information on a regular basis ... eventually the volume of cases, we feel, will grow" to the point that human trafficking counter efforts become a full-time endeavor, Lt. Warren said.

"At that point we feel you can go to law enforcement management and justify ... a task force," he said. "The fact that we're probably not going to be successful creating task forces across the state right now doesn't mean that shouldn't be our end goal."

Mr. Warren said someone in the Attorney General's office would likely be needed to coordinate the task forces once they are established. Additionally, a statewide system that allows for information on human trafficking cases to be shared among regions would allow officers to connect cases happening in different areas.

Another focus of the subcommittee's report is training for police officers.

"We have heard extensively from local law enforcement that what they need most is training to better identify victims and apprehend human traffickers," commission Chairman Attorney General Richard Cordray said in a release.

Lt. Warren said that despite budget constraints, Ohio could still manage to train law enforcement officers for handling human trafficking.

Stakeholders are working to create an online program via the Ohio Law Enforcement Gateway that would allow departments to train officers virtually for free, he said.

But even without a low-cost option, the number of officers trained to handle human trafficking situations has increased in recent years. Mr. Warren estimated that in 2008 fewer than 100 Ohio officers had any training or experience dealing with this crime. Today, thousands have the necessary background.

Since November 2009, about 400 officers have participated in an introductory class at the Ohio Peace Officer Training Academy operated by the AG's Office. Additionally, about 700 officers were prepared via online courses through the AG's office.

"In the coming year, we will continue to look for new ways to reach law enforcement and accommodate their needs to confront this crime," Mr. Cordray said. "We will provide more online training tools and enhanced communication to create a unified front and coordinated effort in the fight against human trafficking."

Lt. Warren said with more law enforcement trained to address human trafficking, the prevalence of the problem would come to light as more arrests are made.

CONFIDENTIAL

AKRON_000896857

"What you're probably seeing is, the officers are not working it because they don't understand it," he said. "As they start to understand it, the cases will come."

Mr. Warren said the state should push for mandatory human trafficking training for new recruits and current officers.

"Eventually we want everyone in law enforcement to receive training in this," he said.

Prescription Drug Abuse Panel Members See Potential In Newly Proposed Legislation

A recently introduced bill regulating pain management clinics has support from some members of a state panel charged with curbing Ohio's drug abuse problem.

The input from members of the Ohio Prescription Drug Abuse Task Force came Wednesday as the group heard of progress on workgroup recommendations due Sept. 8.

Common threads among updates from the working groups were funding and a piece of legislation related to prescription reporting.

Matthew Kanai, chairman of the Law Enforcement Work Group, said that group's members are supportive of a bill introduced by Rep. Nancy Garland (D-New Albany) and Rep. Raymond Pryor (D-Huntington Township) that would establish licensing requirements for pain management clinics and modify the laws governing the Ohio Automated Rx Reporting System (HB 547).

"The general consensus from the working group at this point is that (House Bill) 547 is of value. ... We're particularly supportive of the summary suspension provisions that are currently in the bill and we hope that those make it through," Mr. Kanai said.

The group does have reservations, however, about whether the definition of pain clinics included in the bill is tight enough, he said.

Ernest Boyd, chairman of the Regulatory Work Group, said his panel discussed the same piece of legislation. Members also will continue to consider the suggestion of placing a regulatory limit on the direct dispensing of controlled substances by physicians - perhaps by limiting doses to a 72-hour supply.

Funding is a matter members of the Law Enforcement, Treatment and Regulatory work groups are considering.

Ed Hughes, chairman of the Treatment Work Group, said additional funding is needed for treatment programs because of Medicaid's influence. Whereas typical services billed to Medicaid get paid with a federal and state share, addiction therapy requires the non-federal portion of the payment come from local communities. Therefore, local treatment dollars are being differed from general addiction solutions.

Mr. Kanai said the Law Enforcement group would support canvassing potential resources to develop a pool of money to fund prescription drug abuse solutions.

Mr. Boyd said a surcharge or fee could be applied to controlled substances to help fund initiatives, such as the Ohio Automated Rx Reporting System.

Aaron Adams, chairman of the Public Health Work Group, said fines could be used to help fund some programs. He specifically mentioned social marketing campaigns as a way to raise awareness.

Several groups also have discussed the creation of a toolkit. Mr. Hughes said the Treatment group might suggest a multi-disciplinary toolkit for various provider groups that would walk professionals through the process of identifying, referring and following up with abusers.

Mr. Adams said his group is considering a toolkit to help local groups set up action plans.

**Other Feedback:** Also among the Law Enforcement Work Group's presentation was a proposition for two large-scale statewide meetings. One would bring law enforcement agencies together to reduce a disparity in investigations and actions against prescription drug abuse and also allow those stakeholders to share strategies and information, Mr. Kanai said.

Secondly, a meeting between law enforcement and the prescription drug regulatory community would help bridge gaps in reducing abuse, he said.

The Treatment Work Group is considering the development of a statewide screening tool in addition to professional education to raise awareness.

The Public Health Work Group has discussed solutions for statewide data collection, proper drug disposal and using the Department of Education to reach students about the dangers of prescription drug abuse.

The Regulatory Work Group reported it has focused discussion on pain clinic licensures and pain management guidelines.

The full task force must approve any recommendations from the work groups to be included in an Oct. 1 report to the governor.

New Curriculum Cited For Improvements In Ohio ACT Results

Ohio students' overall performance on the ACT college entrance exam was up slightly from a year ago and remained above the national average, the Department of Education reported Wednesday.

Superintendent of Public Instruction Deborah Delisle said the improvements, which included more students meeting college readiness benchmarks, was the result of an increasing number of students taking at least the minimum "core curriculum" requirements enacted three years ago (SB311, 126th General Assembly).

"It is clear that being engaged in a rigorous core curriculum helps prepare students for the academic challenges they will face in the future," Ms. Delisle said in a release. "It is encouraging that the number of Ohio students taking a 'core or more' curriculum has increased dramatically over the past five years."

Ohio's average composite score increased from 21.7 last year to 21.8 in 2010, according to ODE. The national composite average was 21.0. Ohio tied for seventh among 27 states where more than half of the graduating class took the test, and the state's students combined to exceed the national average on all four tests.

Additionally, ODE reported that the total of 89,275 Ohio graduates who participated this year represented 66% of graduates and was a record. Last year, 88,754 took the test, according to ACT data.

"We should be proud that Ohio students are tackling rigorous challenges as they pursue the ACT," Ms. Delisle said.

"In addition to more students taking the test this year, the average scores rose and more students met college-readiness benchmarks. These are promising accomplishments as we continue working to ensure all Ohio students graduate with the knowledge and skills they need to be successful in postsecondary education and careers."

Ohio Average ACT Composite Scores

| Ohio | 2006 | 2007 | 2008 | 2009 | 2010 |
|---|---|---|---|---|---|
| All students | 21.5 | 21.6 | 21.7 | 21.7 | 21.8 |
| African Am./Black | 17.2 | 17.0 | 17.1 | 17.2 | 17.3 |
| American Indian/Alaskan Native | 20.3 | 20.8 | 20.4 | 20.6 | 20.9 |
| Caucasian Am./White | 22.0 | 22.1 | 22.2 | 22.4 | 22.5 |
| Hispanic | 20.1 | 20.2 | 20.1 | 20.5 | 20.3 |
| Asian Am./Pacific Islander | 23.3 | 23.9 | 24.1 | 24.1 | 24.3 |
| Other/No Response | 21.7 | 22.2 | 22.3 | 21.7 | 21.4 |

ODE said 28% of Ohio students met college readiness benchmarks under the exam for all four subjects compared to 24% for the national average, 72% met them for English, 48% for math, 58% for reading and 34% for science. The national averages for those respective individual subjects were: 66%, 43%, 52% and 29%.

More information on the results is available on the ACT website.

Ohio Gets $118 Million For Three Projects To Expand Broadband Service

Vice President Joseph Biden on Wednesday announced the distribution of $1.8 billion in federal economic recovery money to extend high-speed Internet service in underserved areas of 37 states, including $118 million for three projects in Ohio.

The projects are part of a program, administered through the departments of commerce and agriculture, to expand broadband access.

"Today's investment in broadband technology will create jobs across the country and expand opportunities for millions of Americans and American companies," Mr. Biden said.

"In addition to bringing 21st century infrastructure to underserved communities and rural areas, these investments will begin to harness the power of broadband to improve education, health care, and public safety," he said in a news release.

The Ohio awards:

- Horizon Telecom, Inc., $66.4 million, with nearly $28.5 million in matching contributions. The money will allow the company to offer affordable middle-mile broadband service in Appalachian Ohio. It involves the direct connection of 600 community institutions to broadband. As many as 1.7 million people stand to benefit from the project, as do 37,000 businesses. Horizon Telecom estimates the project will create at least 230 jobs. U.S. Rep. Zack Space (D-Dover) said the Connecting Appalachian Ohio Broadband Plan is expected to create 725 jobs during its construction, in addition to economic opportunities the network creates.

- Connected Nation, Inc., $6.9 million, with $3.1 million in matching contributions, allowing Connected Nation to encourage broadband adoption by deploying up to 2,000 new public computer workstations. The project also involves upgrading 317 computer centers, and conducting training sessions at community institutions statewide. No specific job creation total was listed.

- OneCommunity, $44.8 million, with $25 million in matching contributions, will allow the company to offer broadband service in northeastern Ohio. The project calls for direct connection of nearly 800 community institutions to broadband. As many as 5 million persons could benefit from the project, as do 210,900 businesses. The project is projected to create nearly 200 jobs.

Gov. Ted Strickland said comprehensive Internet access was part of the administration's strategy to prepare for Ohio's long-term economic growth and to improve its business environment.

"(Access) to high-speed Internet is increasingly essential for businesses and is a gateway to connecting our students with the world," Mr. Strickland said.

Rep. Space said many businesses would not move into areas that lack a good workforce and a broadband network.

"There's no doubt that we have the workforce, and this funding will bring hundreds of jobs and provide the technology we need to attract new industry to Ohio," he said.

Connect Ohio is a division of Connected Nation, a national nonprofit dedicated to broadband advancement.

Horizon Telecom, OneCommunity, and Com Net, Inc., which received a $30 million broadband award in July, are members of the Ohio Middle Mile Consortium, coordinated by Ohio Academic Resources Network.

*Politics Notebook*: ODP Issues Call For Senate Campaign Funds; Yost Equates Popularity To County's

Seemingly the forgotten stepchild of the Ohio Democratic Party for years, the Senate minority caucus got some love this week from none other than Chairman Chris Redfern, who sent a fundraising note to explain the importance of retaining two key incumbents this cycle.

In seeking contributions for Sen. Sue Morano (D-Lorain) and Sen. Fred Strahorn (D-Dayton), whose districts are under target from the flush Senate Republican Caucus, the chairman underscored the importance of the chambers' "12th vote."

"Make no mistake, with only 12 of 33 senate seats held by Democratic members, losing just one Democratic senator will completely shift the balance of power, and make it impossible for our members to even stop emergency measures," Mr. Redfern says in the fundraising email, adding that the Senate GOP is "standing in the way" of foreclosure and health care reforms.

"In other words, the Senate Republicans can block badly needed support for the citizens of Ohio for 90 days if we do not have 12 Senate Democrats."

**Yost/Pepper:** The taxing-and-spending rhetoric between the two candidates for state auditor has taken a new twist, with Republican Dave Yost saying in a campaign release, "People vote with their feet - and the votes are in."

"People are moving into Delaware County, the fastest-growing county in Ohio, where I have the honor of serving as county prosecuting attorney and formerly as county auditor," he adds. "But people are leaving Hamilton County's big-government, high-tax, crime-ridden streets as fast as their feet will carry them. (That's where my opponent, liberal David Pepper, is county commissioner.)"

Mr. Pepper's campaign responded by stating that Mr. Yost was misstating the two counties' taxing circumstances.

"As he seeks to become the next State Auditor, Dave Yost may want to brush up on his math skills - especially the use of the '<' and '>' symbols," Mr. Pepper's campaign said.

"Hamilton County's sales tax rate (6.5%) is lower than Delaware County's (6.75%); and, Hamilton County's property taxes (the median property tax amount by paid by a county homeowner) are lower than Delaware's as well."

**Liberally OSU:** Yet another Ohio university has been deemed to have a liberal bias by the conservative group CampusReform.org, which recently declared that the same leanings exist at Miami University.

This time it's the state's flagship, Ohio State University, that's been included in the group's political assessment of the nations top 100 universities.

"Liberal student groups at the Ohio State University outnumber conservative groups by 31 to nine," according to the group, which accuses college campuses of liberal "indoctrination" as a result of their biases. "Eighty-seven percent of the school's faculty and staff who donated in the 2008 presidential election gave to Democratic candidates. In total, faculty and staff donated $104,657 to presidential campaigns in 2008 of which 83% went to Democratic candidates."

*Capitol Scene:* Runyon Named President, CEO Of Community Health Center Group

Randy Runyon, who served most recently as assistant executive director of the Community Action Committee of Pike County, has been appointed president and CEO of the Ohio Association of Community Health Centers, the group announced.

A long-time OACHC board member, Mr. Runyon replaces Shawn Frick, who is now with the National Association of Community Health Centers.

"This is a critical time regarding health care and delivery of health care services for Ohioans and the nation," Mr. Runyon said. "OACHC is committed to doubling patient access to quality comprehensive care throughout Ohio over the next five years."

The association represents 35 community health centers at more than 160 sites.

*Ohio Business:* Bob Evans Farms Forecasts Improvement; Cleveland Firm Awarded Contract For Nelsonville Bypass

Bob Evans Farms, Inc. said it recorded net sales of $412.6 million in the first quarter of its fiscal year 2011, ending July 30, a 3.9% decrease from fiscal year 2010.

The Columbus-based company said the decrease was primarily the result of same-store sales declines at Bob Evans Restaurants and Mimi's Café.

The company said consolidated operating income reached $21.4 million, or 5.2% of net sales, in the first quarter of fiscal 2011, compared with $25.1 million for the same period a year ago.

The decrease was due primarily to deleverage from a decline in sales in both business segments and record-high sow costs in the food products segment.

Steve Davis, chairman and chief executive officer, said the first quarter was in line with expectations.

"As expected, our first quarter was very challenging. However, cost-savings initiatives helped offset record-high sow costs and negative leverage from lower sales," he said in a news release.

"We anticipate significant improvement in the second half of the year. Our food products segment plan calls for sales gains resulting from pricing increases

CONFIDENTIAL

AKRON_000896860

implemented early in the second quarter and cost savings related to manufacturing productivity initiatives," Mr. Davis said.

"We also expect gradual sequential top-line improvement in the restaurant segment during the second, third and fourth quarters due partly to menu innovation. Accordingly, we are reaffirming our guidance for fiscal 2011," he said.

**ODOT-Bypass:** The Ohio Department of Transportation has awarded an engineering unit of the Michael Baker Corporation in Cleveland a three-year contract for construction support services on the new U.S. 33 Nelsonville bypass in Hocking and Athens counties.

Michael Baker Jr., Inc. was selected to provide construction inspection services for Phase III of the project.

The company said ODOT is spending money from the American Recovery and Reinvestment Act for construction of the final two phases of the three-phase project for the eight-mile, four-lane highway in and around the Wayne National Forest.

The firm said the bypass is the state's single largest transportation stimulus investment project.

Phase III, at a construction value of more than $92 million, consists of 3.8 miles of new U.S. 33, 1.6 miles of a new Ohio Route 78 connection to U.S. 33, a half mile of new connection to Ohio Route 691, and construction of an east interchange and Hocking River Bridge.

Michael Baker Corporation provides architecture, engineering and construction services. It has 2,900 employees in 90 offices across the U.S.

Supplemental Agency Calendar

Friday, August 20

**Southern Ohio Agricultural & Community Development Foundation**, Foundation office, 100 S. High St., Hillsboro, 10 a.m. (This is a meeting of the Board of Trustees)

Supplemental Event Planner

Thursday, August 19

**House Republicans news conference on governor's race**, ORP headquarters, 211 S. 5th St., Columbus, 10:15 a.m., (Credentialed media only)

Gongwer News Service, Inc.
17 S. High St., Suite 630
Columbus Ohio 43215
**Phone:** 614.221.1992 | **Fax:** 614.221.7844 | **Email:** gongwer@gongwer-oh.com
Alan Miller, President | Scott Miller, Vice President | Kent Cahlander, Editor | John Chalfant, Marcus Roth, Rachel Buccicone, Staff Writers

Click the ※ after a bill number to create a saved search and email alert for that bill.

© 2010, Gongwer News Service, Inc. Reproduction of this publication in whole or in part without the express permission of the publisher is in violation of the federal Copyright Law (17 USC 101 et seq.) as is retransmission by facsimile or any other electronic means, including electronic mail.

CONFIDENTIAL

AKRON_000896861