Exhibit 110

Message

**From:** Jennifer House [Jennifer.House@odh.ohio.gov]
**Sent:** 9/21/2010 9:11:12 AM
**To:** Gene Nixon [gnixon@schd.org]
**Subject:** For immediate release: ODH LAUNCHES 'PRESCRIPTION FOR PREVENTION' CAMPAIGN TO PREVENT UNINTENTIONAL PRESCRIPTION DRUG OVERDOSE

For immediate release: September 21, 2010
Contact: Ohio Department of Health – Office of Public Affairs (614) 644-8562

## ODH LAUNCHES 'PRESCRIPTION FOR PREVENTION' CAMPAIGN TO PREVENT UNINTENTIONAL PRESCRIPTION DRUG OVERDOSE
*Governor Strickland Declares September 25 as Ohio Drug Take-Back Day*

COLUMBUS – The Ohio Department of Health (ODH) announced today the launch of "Prescription for Prevention," an educational campaign to prevent unintentional prescription drug overdoses in all impacted populations across the state. The campaign has a special focus on Southern Ohio, where the highest levels of prescription drug abuse have been reported.
Unintentional prescription drug overdose is a growing problem in the state of Ohio. In 2007, unintentional drug poisoning became the leading cause of injury death in Ohio, surpassing motor vehicle crashes and suicide for the first time on record. From 1999 to 2008, Ohio's death rate from unintentional drug poisonings increased by 350 percent.

"We are committed to working with our state, local and federal partners to educate Ohioans about how to prevent the tragic consequences associated with this epidemic," said ODH Director Alvin D. Jackson M.D. "The 'Prescription for Prevention' campaign is designed to raise awareness and bring communities together to tackle the problem."

The campaign consists of multi-faceted components to educate all Ohio residents while specifically raising awareness on the ground in five counties where drug use and abuse incidents are rapidly increasing—Adams, Jackson, Ross, Vinton and Cuyahoga counties. County coalitions were developed in these markets to address the issue, consisting of local health departments, law enforcement, coroners, substance abuse treatment facilities, pharmacists, health-care providers, school systems and representatives from area elder-care agencies. The coalitions, some of which include as many as 25 members, have developed specialized plans to help disseminate key campaign messages to county residents through multi-channel outreach initiatives.

"With the creation of the coalitions, each county has a group of leaders who are tasked with enforcing education and awareness about prescription drug abuse," Jackson said. "These coalitions are ready to put this campaign into action and start addressing this issue head on."

Television and radio public service announcements were also created to help drive attention to the issue and encourage Ohio stakeholders to become engaged with the effort to prevent unintentional prescription drug overdose. The announcements will start airing in October and will continue throughout the duration of the campaign.

Employer outreach events and a high school peer outreach program will also help raise awareness among high-risk groups. The campaign is targeting the top 100 employers and largest manufacturing companies headquartered in Ohio. Employees will attend "lunch and learn" events where they will obtain more information about the issue and have the opportunity to get involved in the campaign to raise awareness.

The campaign is also reaching high school youth by working with student organizations in each of the five target counties to explain the warning signs of prescription drug abuse and educate them on the available

resources focused on stopping abuse. Student organizations will adopt the campaign and tailor it specifically to their school to facilitate peer-to-peer conversations about the issue.

On a national level, the United States Drug Enforcement Agency (DEA) is working with state and local law enforcement to increase awareness of the epidemic by establishing Sept. 25 as "National Take-Back Day," which promotes the proper disposal of prescription drugs at local drug drop-off events. In recognition of this national effort, and as part of the larger state-wide initiative to combat prescription drug abuse and misuse, Governor Strickland has also declared Saturday, Sept. 25 as "Ohio Prescription Drug Take-Back Day." The call-to-action in the proclamation is to encourage all Ohioans to properly dispose of their unneeded medications and learn about the dangers of prescription drug abuse and misuse.

Ohioans can drop off their prescription drugs at more than 160 locations throughout the state on Sept. 25. Disposal guidelines have been developed as part of the campaign and include event preparation recommendations, safety considerations, proper disposal procedures and advertising suggestions. More information and nationwide drop-off locations can be found on DEA's website at http://www.deadiversion.usdoj.gov/takeback.

Information about Ohio's efforts to raise awareness about prescription drug abuse can be found on the Prescription for Prevention website at www.P4POhio.org.

-30-

---

You are currently subscribed to healthpio as: gnixon@schd.org .

To unsubscribe click here:
http://list.em.ohio.gov/u?id=341633.6ab8f521587815175eed6746d642c9d0&n=T&l=healthpio&o=146986

(It may be necessary to cut and paste the above URL if the line is broken)

or send a blank email to leave-146986-341633.6ab8f521587815175eed6746d642c9d0@list.em.ohio.gov

"This e-mail is intended for the sole use of the intended recipient and may contain privileged, sensitive, or protected health information. If you are not the intended recipient, be advised that the unauthorized use, disclosure, copying, distribution, or action taken in reliance on the contents of this communication is prohibited. If you have received this e-mail in error, please notify the sender via telephone or return e-mail and immediately delete this e-mail."