Exhibit 111

Message

| | |
|---|---|
| **From**: | Lieberth, Dave [IMCEAEX-_O=AKRON_OU=CITY_CN=RECIPIENTS_CN=LIEBEDA@CUSA43A61.ingest.local] |
| **Sent**: | 10/2/2010 7:05:19 AM |
| **To**: | Ambrose, Patricia [PAmbrose@akronohio.gov]; Burdge, Claudia [CBurdge@akronohio.gov]; Ciotola, Janet [JCiotola@akronohio.gov]; Cunningham, Cheri [CCunningham@akronohio.gov]; Duncan, Laraine [LDuncan@akronohio.gov]; Fallis, Stephen [SFallis@akronohio.gov]; Kalail, Tammy [TKalail@akronohio.gov]; Laria, James [JLaria@akronohio.gov]; McLeod, Mark [MMcLeod@akronohio.gov]; Merolla, Rick [RMerolla@akronohio.gov]; Miller-Dawson, Diane [DMiller-Dawson@akronohio.gov]; Moore, John [JMoore@akronohio.gov]; Morgan, Craig [CMorgan@akronohio.gov]; Muntean, Dave [DMuntean@akronohio.gov]; Powley, Doug [DPowley@akronohio.gov]; Snipes, Myra [MSnipes@akronohio.gov]; Tim Callahan [tcallahan1946@aol.com]; Valle, John [JValle@akronohio.gov]; Weinberg, Rita [RWeinberg@akronohio.gov]; Williamson, Mark [MWilliamson@akronohio.gov] |
| **Subject**: | FW: Ohio Report, Friday, October 1, 2010 |
| **Importance**: | Low |

# Ohio Report, Friday, October 1, 2010

**ODE Wants Competition For Charter School Contracts**

**Capitol Square Budget Plan Taps Into Garage Revenue For Statehouse Operations**

**Post WW II Architecture Threatened, Under-Appreciated In Ohio, Historical Society Says**

**Prescription Drug Abuse Task Force Issues Final Report; Medical Group Takes Issue With Proposal**

**Schmidt Introduces Bedbug Control Bill, Says Ohio 'Epicenter' Of Growing Problem**

**Governor Announces Disaster Aid To Farmers In Most Ohio Counties**

**Organic Dairy Industry Views Court Ruling On Milk Labels As 'Clear Win'**

**Politics Notebook: Democrats Claim Early Balloting Edge; Mandel Ad Prompts ODP Rebuke; Portman Camp Slams Fisher Plan; Debates To Be Aired**

**Agency Briefs: Minimum Wage To Move Up; Group Welcomes Wind Rule; Ohio To Take $12.5 Million In Medicaid Settlement; Energizing Careers Program**

**Ohio Business: GE Marks $60 Million Upgrade At Bucyrus; Cleveland Smart Meters; MBC-SBA; Dish-Fox Battle; Construction Analysis**

**Supplemental Agency Calendar**

**Supplemental Event Planner**

Calendars

Day Planner

Event Planner

CONFIDENTIAL