Exhibit 114

Message
_____

| | |
|---|---|
| **From:** | Christina M. Delos Reyes [/O=FIRST ORGANIZATION/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=DELOSREYES] |
| **Sent:** | 12/14/2010 3:25:10 PM |
| **To:** | Cindy Chaytor [chaytor@adamhscc.org]; John Garrity [garrity@adamhscc.org]; Thomas Williams [williams@adamhscc.org] |
| **CC:** | William Denihan [denihan@adamhscc.org] |
| **Subject:** | FW: The Burden of Poisoning in Ohio, 1999-2008 |

Hi there, here is a link to a much longer report (120+ pages) and the county-level-data we discussed earlier is reproduced on pages 23 and 24.

Chris
_____

**From:** Vince Caraffi [mailto:vcaraffi@ccbh.net]
**Sent:** Thursday, December 09, 2010 2:32 PM
**To:** Vince Caraffi; Allisyn Leppla (Golden); Denise Romano; Deborah Weisbarth; fmiller@cuyahogacounty.us; Noreen Kyle; Dgretick@city.cleveland.oh.us; mcaraballo@cuyahogacounty.us; nrivera@cuyahogacounty.us; gtumney@cuyahogacounty.us; web@cityofbayvillage.com; tburdyshaw@cmhapd.org; kathy.wesolowski@uhhospitals.org; nikesha.yarbrough@uhhospitals.org; Debbie Rodriguez; Zehel, Evelyn; alfred.aleguas@uhhospitals.org; Nancy Pommerening; Belziled; Kelly Lazar; zizk-vitron@bbhcsd.org; Jarvis, Julie; Carolyn Williams; margie@homeinstead.com; schaumburgn@bellefairejcb.org; Stenta, Judith; Miltner, Jennifer; jgrover@fairmountcenter.org; Christina M. Delos Reyes
**Subject:** The Burden of Poisoning in Ohio, 199-2008

Good Afternoon Everyone,

Hopefully everyone has had the time to dig out of the snow. Christy Beeghly, Epidemiologist for Ohio Department of Health sent me the link listed below to access the report. I did not want to e-mail the document and jam everyone server.

For those interested in data, good stuff.

 I met Jenny yesterday and discussed next meeting dates everyone should be receiving an e-mail soon.

The Injury Prevention Program is pleased to announce that a new injury report, the *Burden of Poisoning in Ohio, 1999-2008*, is now available on the VIPP website under *What's New*.
http://www.odh.ohio.gov/odhPrograms/hprr/injprev/OVIPP.aspx

This document presents detailed analysis of death and hospitalization data, including hospital charges and length of stay, due to poisoning, including drug poisoning/overdose in Ohio. County-level hospitalization and death data are available. The report also includes an analysis of vital statistics data linked with the Board of Pharmacy's prescription monitoring program data describing the prescription histories of fatal unintentional drug overdose victims.


--
Vince Caraffi, R.S., M.P.H.
Supervisor
Cuyahoga County Board of Health
216-201-2001 ext. 1209

CONFIDENTIAL                                                                CUYAH_015866402