# Exhibit 115

Message

| | |
|---|---|
| From: | Donna Skoda [dskoda@schd.org] |
| on behalf of | Donna Skoda <dskoda@schd.org> [dskoda@schd.org] |
| Sent: | 3/17/2011 9:19:30 AM |
| To: | Bob Hasenyager [ Bob Hasenyager <bhasenyager@schd.org>]; Terry Tuttle [ Terry Tuttle <ttuttle@schd.org>] |
| Subject: | Fwd: DEA HOLDING SECOND NATIONWIDE PRESCRIPTION DRUG TAKE-BACK DAYIN APRIL |

See below

Sent from my iPhone

Begin forwarded message:

> From: "Lorrie Warren" <lwarren@SummitOhioProbate.com>
> Date: March 17, 1960 8:15:53 AM GMT-06:00
> Date: March 17, 2011 9:15:41 AM CDT
> To: "Jeanne Shea" <JShea@AkronHousing.Org>, "Barbara" <bavenesy@worldnet.att.net>, "Zents, Cindy" <argonnehomes@earthlink.net>, "Alexander, Faith" <fiaakron@aol.com>, "Anderson,Denise" <danderson@thekdgroup.com>, "Arndt, Joanne" <Arndtj@admboard.org>, "Ash, Diane" <goodstart3@adelphia.net>, "Bacalu, Betty" <bbacalu@msn.com>, "Baker, Susan" <swspaniel@aol.com>, "Barnett, Traci" <Tbarnett@schd.org>, "Baughman Stephen" <sbaughman@fairhousingakron.org>, "Bell, Denise" <bellda@cityofcf.com>, "Bentley, Wendy" <wendy.bentley@gentiva.com>, "Berry, Fred" <fberry@infolineinc.org>, "Bibbee, Lucy" <bibbee@att.net>, <abragg@ci.akron.oh.us>, "Burke, Elizabeth" <Burkeel@ci.akron.oh.us>, "Carroll, Mark" <mcarroll@sheriff.summitoh.net>, "Cartwright,Barbara" <cartwrightbarb@sbcglobal.net>, "Cavaretta, Joseph" <cavarettaj@usa.redcross.org>, "Cern, Kathy" <kcern@agmc.org>, "Choken, Linda" <Chokenl@summa-health.org>, "Conley, James" <JConley@ci.akron.oh.us>, "Cook, Cheryl" <guardianshipsolutions@gmail.com>, "Cooper, Mary" <mcooper@clevelandcatholiccharities.org>, "DelMedico Denise" <Ddelmedico@interimhealthcare-tso.com>, "DiForio, Angela" <angela@neoshred.com>, "Divoky, Pat" <divokp@odjfs.state.oh.us>, "Doak, James" <jdoak@matureservices.org>, "Eckroad, Rob" <reckroad@unifiedrr.com>, "Edmunds, Paula" <pedmunds@pkmanagement.com>, "Elliott, Karen" <Karen.Elliott@alz.org>, "Embreus, Tiffany" <tiffany@bluevan.org>, "Falter,Julie" <Julie@kreinerlaw.com>, "Fenn, Robert" <robert.fenn@ssa.gov>, "Ferguson, Sandee" <Sferguson@services4aging.org>, "Fillingame,Tamara" <tamfill@yahoo.com>, "flannery,Tess" <TFlannery@akroncyo.org>, "Fletcher, Stacy" <Stacy.fletcher@aimco.com>, "Gilbertson, Shelley" <sgilbertson@summitohioprobate.com>, "Gilley, Christine" <cgilley@summitoh.net>, "Gunnoe, Heather" <heatherg1971@live.com>, "Gwinn, Jane" <jgwinn@portagefamilies.org>, "Hamilton, Al" <ahamilton@stow.oh.us>, "Harbin, Marty" <mharbin@neo.rr.com>, "Hayward, Becky" <Rebecca.hayward@ins.state.oh.us>, "Held, Judith" <judith_held@hmis.org>, "Hildreth, Mary" <mhildreth@services4aging.org>, "Hill, Patricia" <patriciahill10@att.net>, "Holder, Carolyn" <holderc@summa-health.org>, "Hurst, Vera" <vhurst@matureservices.org>, "Istenes, Nancy" <istenesn@summahealth.org>, "Jackson, Fred" <JacksonFJ@cityofcf.com>, "Johnson, Doti" <djohnson@interimhealthcare-tso.com>, "Johnson, Jermeka" <jjohnson@thekdgroup.com>, "Juriga,Rose" <rjuriga@ohio.net>, "Kato,Kristi" <Kkato@schd.org>, "Keller, Kristin" <Kristin_Keller@hmis.org>, "Kidd, Laurie" <kidd@uakron.edu>, "Krupitzer, Susan" <susankru@yahoo.com>, "Leslie, Melanie" <mleslie@infolineinc.org>, "Ley,Wendy" <wendy.ley@use.salvationarmy.org>, "Lyon, Sandy" <tbislyon@aol.com>, "Martinez,Gwen" <msscooper@verizon.net>, "Maurer, Steven" <StevenMaurer@colelpa.com>, "Mazzagatti, Jim" <jmazzagatti@clevelandcatholiccharities.org>, "McEwen, Dawn" <dawn@newdawntransitions.com>, "McIntyre, Judy" <jmcintyre@schd.org>, "Mcnamara,

Lynn" <Mcnamarl@summa-health.org>, "Miller, Candice" <millercakron@aol.com>, "Miller, Delilah" <dmiller@portagefamilies.org>, "Minnich, Ray" <aminnich@ci.akron.oh.us>, "Moneypenny, Gary" <gmoneypenny@sheriff.summitoh.net>, "Myers, Pam" <HISCAkron@aol.com>, <tinanees@ymail.com>, "Nyilas, Tina" <TNyilas@csbmrdd.com>, "Patrick, Carol" <run4ormiles@yahoo.com>, "Perk, Kelli" <kperk@cuyahogacounty.us>, "Perry, Debra" <dperry@services4aging.org>, "Perry, Patty" <pperry@thekdgroup.com>, "Pierson, Susan" <spierson@infolineinc.org>, "Prulhiere, Valorie" <PrulhieV@summa-health.org>, <denise@newman-shifrin.com>, "Roe,Carolynn" <cmostyn24@aol.com>, "Rose, Kelly" <Krose@in-househospice.com>, "Ross, Susan" <ross@prosecutor.summitoh.net>, "Ruud, Rosanne" <rosanne.ruud@commhealthcenter.org>, "Sain, Greg" <gsain@communitylegalaid.org>, "Sarver, Rose Anne" <Rsarver@neo.rr.com>, "Sauers, Diane" <dsauers913@aol.com>, "Schnabel, Brandice" <schnabelb@summahealth.org>, "Schneider, Myra" <mschneider@havenofrest.org>, "Schutt, Jeff" <j.schutt@sbcglobal.net>, "Scott, Sheri" <Sheri.scott7@gmail.com>, "Selby, Sandra" <sselby@neo.rr.com>, "Shartle, Elizabeth" <eshartle@matureservices.org>, "Sich, Cynthia" <csich@summitoh.net>, "Skoda, Donna" <dskoda@schd.org>, "Smith, Angela" <asmith@fairhousingakron.org>, "Smith, Julie" <jewels826@yahoo.com>, "Solaru,Demo" <Demo.Solaru@ProviderGateway.com>, "Stemple, Linda" <lstemple@schd.org>, "Stratton, Thomas" <tomstratton@adelphia.net>
**Subject: FW: DEA HOLDING SECOND NATIONWIDE PRESCRIPTION DRUG TAKE-BACK DAYIN APRIL**

-----Original Message-----
**From:** Heather Gunnoe [mailto:hgunnoe@victimassistanceprogram.org]
**Sent:** Wednesday, March 16, 2011 11:32 AM
**To:** Lorrie Warren
**Subject:** Fwd: DEA HOLDING SECOND NATIONWIDE PRESCRIPTION DRUG TAKE-BACK DAYIN APRIL

Please forward to Tuff Stuff...

Anyone aware of the local agencies that may be sponsoring?

----- Forwarded message from terri.hager@oacp.org -----
   Date: Tue, 15 Mar 2011 20:05:32 -0400 (EDT)
   From: "Terri Hager, OACP" <terri.hager@oacp.org>
Reply-To: terri.hager@oacp.org
Subject: DEA HOLDING SECOND NATIONWIDE PRESCRIPTION DRUG TAKE-BACK DAY IN APRIL
     To: hgunnoe@victimassistanceprogram.org

Having trouble viewing this email?
Click here
http://campaign.r20.constantcontact.com/render?llr=aqrqiecab&v=00157CTivewlikXY_2bPWdb
iECW8LEegxiHs-
MOefNChouhRhDTtbrFftYNP5gXRhM1MjLWa93FfEoQu7mEEpSEpYFLyE9TSELHwYgKs
KvkPOsU1mbTve_DrH-_5daBcTEu

U.S. Department of Justice

Drug Enforcement Administration

www.dea.gov
[http://r20.rs6.net/tn.jsp?llr=aqrqiecab&et=1104839248153&s=5695&e=001TMqYHK4vfze6-JCo3GC9kDWVFpr7D-IS2Tf59sjVw5s0WDGUQSKUyt1pc8okleaSz8lJD38Viv6j0nvw6D35RqM46oR-7pE0Mz3wG73O5TY=]

NEWS RELEASE

Date: March 8, 2011

Contact: DEA Public Affairs

Number: 202-307-7977

DEA HOLDING SECOND NATIONWIDE PRESCRIPTION DRUG TAKE-BACK DAY IN APRIL

WASHINGTON, D.C. - This spring, the Drug Enforcement Administration and its national and community partners will give the public another opportunity to prevent pill abuse and theft by ridding their homes of potentially dangerous expired, unused, and unwanted prescription drugs. On Saturday, April 30th, from 10 a.m. to 2 p.m. local time, DEA and its partners will hold their second National Prescription Drug Take-Back Day at sites nationwide. The service is free and anonymous, no questions asked.

Last September, Americans turned in over 242,000 pounds-121 tons-of prescription drugs at nearly 4,100 sites operated by more than 3,000 of the DEA's state and local law enforcement partners. The agency hopes to collect even more this spring by opening the event to long term care facilities.

This initiative addresses a vital public safety and public health issue. Medicines that languish in home cabinets are highly susceptible to diversion, misuse, and abuse. Rates of prescription drug abuse in the U.S. are alarmingly high--more Americans currently abuse prescription drugs than the number of those using cocaine, hallucinogens, and heroin combined, according to the 2009 National Survey on Drug Use and Health. Studies show that a majority of abused prescription drugs are obtained from family and friends, including from the home medicine cabinet.

"The overwhelming public response to DEA's first nationwide Take-Back event last fall not only rid homes of potentially harmful prescription drugs, but was an unprecedented opportunity to educate everyone about the growing prescription drug abuse problem," said DEA Administrator Michele Leonhart. "Studies have shown that, for many, prescription drugs are the very first drugs they abuse-and all too often they aren't the last.

That is why we are committed to helping Americans keep their homes safe by ridding their medicine cabinets of expired, unused, and unwanted drugs."

"I encourage every American to take advantage of this valuable opportunity to safely dispose of unused, un-needed, or expired prescription drugs," said Gil Kerlikowkse, Director of National Drug Control Policy. "Preventing these readily available and potentially deadly drugs from being diverted and misused is something each and every one of us can do to help reduce the epidemic of prescription drug abuse that is harming so many Americans."

The public can find a nearby collection site by visiting www.dea.gov [http://r20.rs6.net/tn.jsp?llr=aqrqiecab&et=1104839248153&s=5695&e=001TMqYHK4vfze6-JCo3GC9kDWVFpr7D-IS2Tf59sjVw5s0WDGUQSKUyt1pc8okleaSz8lJD38Viv6j0nvw6D35RqM46oR-7pE0Mz3wG73O5TY=], clicking on the "Got Drugs?" icon, and following the links to a database, where they enter their zip code. Law enforcement agencies interested in operating one or more collection sites on April 30 can register with the DEA by calling the DEA Field Division office in their area. (To see each division office's geographic area of responsibility, go to www.dea.gov [http://r20.rs6.net/tn.jsp?llr=aqrqiecab&et=1104839248153&s=5695&e=001TMqYHK4vfze6-JCo3GC9kDWVFpr7D-IS2Tf59sjVw5s0WDGUQSKUyt1pc8okleaSz8lJD38Viv6j0nvw6D35RqM46oR-7pE0Mz3wG73O5TY=] and click on the "office locations" link under "About Us" in the menu on the left side of the home page.)

Four days after last fall's event, Congress passed the Secure and Responsible Drug Disposal Act of 2010, which amends the Controlled Substances Act to allow an "ultimate user" of controlled substance medications to dispose of them by delivering them to entities authorized by the Attorney General to accept them. The Act also allows the Attorney General to authorize long term care facilities to dispose of their residents' controlled substances in certain instances. DEA has begun drafting regulations to implement the Act.

Other participants in this initiative include the White House Office of National Drug Control Policy; the American Association of Poison Control Centers; the Community Anti-Drug Coalitions of America; D.A.R.E. America; the Federation of State Medical Boards; the U. S. Health Resources and Services Administration; the International Association of Chiefs of Police; the National Association of Attorneys General; the National Organization of Black Law Enforcement Executives; the National Association of Boards of Pharmacy; the National District Attorneys Association; the National Sheriffs Association; and the Partnership@drugfree.org [mailto:Partnership@drugfree.org].

Forward email
http://ui.constantcontact.com/sa/fwtf.jsp?llr=aqrqiecab&m=1101802259968&ea=hgunnoe@victimassistanceprogram.org&a=1104839248153

This email was sent to hgunnoe@victimassistanceprogram.org by terri.hager@oacp.org.

Update Profile/Email Address
http://visitor.constantcontact.com/do?p=oo&m=001qyM5ZDZv4uZYVGKcyMSp3g%3D%3D&se=001YibwGueR7XE%3D&t=0012r9-rYbQjl_Eb75EJpqjpg%3D%3D&lang=001FCSs65SMrsI%3D&reason=001y5KaVlBn7_Y%3D&llr=aqrqiecab

Instant removal with SafeUnsubscribe(TM)
http://visitor.constantcontact.com/do?p=un&m=001qyM5ZDZv4uZYVGKcyMSp3g%3D%3D&se=001YibwGueR7XE%3D&t=0012r9-rYbQjl_Eb75EJpqjpg%3D%3D&lang=001FCSs65SMrsI%3D&reason=001y5KaVlBn7_Y%3D&llr=aqrqiecab

Privacy Policy:
http://ui.constantcontact.com/roving/CCPrivacyPolicy.jsp

Online Marketing by
Constant Contact(R)
www.constantcontact.com

Ohio Association of Chiefs of Police | www.oacp.org | oacp@oacp.org | PH: 614-761-0330 | FAX: 614-761-9509 | 6277 Riverside Dr. | Suite 2N | Dublin | OH | 43017

----- End forwarded message -----

Sincerely,

Heather Gunnoe
Victim Assistance Program
Community Victim Advocate
217 S. High Street
6th floor
Akron, OH 44308
Office/ Voice: 330.375-2426
Fax:   330.375-2089
Email: hgunnoe@victimassistanceprogram.org