# Exhibit 116

**Message**

| | |
|---|---|
| From: | Hugh Shannon [hshannon@cuyahogacounty.us] |
| Sent: | 7/9/2012 9:30:11 AM |
| To: | Joseph Nanni [jnanni@cuyahogacounty.us] |
| Subject: | Heroin related deaths |

Joe

I wanted to follow up. I thought we had provided these maps to your office but we had another media request for information on heroin deaths in 2011 so I wanted to make sure.

These are broken down by District. I believe 1 death was originally suspected a heroin OD but was later changed so the total is 105. I can try and pinpoint exactly where and get new maps done but it will take some time to do so. Statistically shouldn't not change much but I wanted to share so you could pass along to members.

Maps go back to 2009. Our draft report is back until 2007. ==There has been a significant increase over the past 3 and 5 years as well as significant increase outside of the City of Cleveland.==

Call if you or anyone has any questions.

Hugh

Hugh B. Shannon, Administrator
Cuyahoga County Medical Examiner's Office
11001 Cedar Avenue
Cleveland, Ohio 44106
(216) 443-7173 office
(216) 299-8311 cell

Please be advised: All communication with this office should be considered public record and subject to review upon request per the Ohio Revised Code.

CONFIDENTIAL

CUYAH_009714803