Exhibit 117

Message

| From: | William Denihan [/O=ADAMHSCC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DENIHAN] |
|---|---|
| Sent: | 8/10/2011 11:27:00 AM |
| To: | Scott Osiecki [osiecki@adamhscc.org] |
| Subject: | FW: ODADAS News Now -- August 9, 2011 |

**From:** Eric Wandersleben [mailto:EWandersleben@ada.ohio.gov]
**Sent:** Tuesday, August 09, 2011 5:40 PM
**To:** ADAEveryone; ADAMHS ADAS; LeadershipRoundtable
**Subject:** ODADAS News Now -- August 9, 2011



## August 9, 2011

>>> **Ohio, Kentucky to Share Drug Data through Interstate Prescription Monitoring Program**

### *Pilot Project Seeks to Curb "Doctor Shopping"*

Ohio Gov. John R. Kasich  and Kentucky Gov. Steve Beshear announced this week that the two states  will cooperate on an electronic Prescription Monitoring Information Exchange (PMIX) pilot project that aims to curb "doctor shopping" and prevent other drug-seeking behaviors contributing to the opiate epidemic in both states.

The **announcement** marks a highly anticipated milestone for prescription drug monitoring programs (PDMPs) and ongoing work to fulfill a need to share data across state lines. The PMIX program is a partnership between the Ohio Automated Rx Reporting System (OARRS) coordinated by the Ohio State Board of Pharmacy and the Kentucky All Schedule Prescription Electronic Reporting (KASPER) system, which is overseen by Kentucky's Cabinet for Health and Family Services.

The goal of PMIX is to help states implement a cost effective technology solution to facilitate interstate prescription drug monitoring data sharing in an effort to prevent "doctor shopping." Doctor shopping (also called provider shopping) is the term used to describe acquiring controlled pharmaceutical substances by deception. Doctor shoppers often seek controlled substances from multiple providers and cover increasingly large territories to obtain the drugs. The program utilizes a centralized PMIX Hub server to facilitate data sharing. Under the pilot program, authorized users in Ohio and Kentucky can securely access live PDMP data from both states' prescription monitoring systems utilizing the PMIX Hub server.

CONFIDENTIAL

PMIX is the latest development to come out of the Interstate Opiate Task Force, which has brought officials from Ohio, Kentucky and West Virginia together to share policies and best practices around opiate addiction education, treatment and enforcement.

>>> **Statewide FASD Steering Committee to Host Statehouse Celebration, Press Event – September 7**

Save the Date! In recognition of Fetal Alcohol Spectrum Disorders (FASD) Awareness and Prevention Month, Ohio's FASD Steering Committee will host a celebration of accomplishments at noon on Sept. 7 in the Ohio Statehouse Atrium. The celebration will include the presentation of the proclamation declaring September as "National FASD Awareness and Prevention," story from a family affected by FASD, recognition of Ohio's FASD "Advocates of the Year" and the release of the steering committee's State Fiscal Year 2011 status report. For more information or to RSVP, please contact Melinda Norman, state FASD coordinator, at (614) 644-8318 or **mnorman@ada.ohio.gov**.

>>> **Free Webinar Series Aims to Combat Bullying, Improve School Climate**

The Ohio Anti-Harassment, Anti-Intimidation and Anti-Bullying Initiative (HIB), coordinated by the Ohio Department of Education with support from numerous partners including ODADAS, is hosting a series of 10 one-hour webinar sessions. The first session was held on Aug. 3. Upcoming webinars will be held at 3 p.m. on the first Wednesday of each month through May 2012 (11 a.m. on Wednesday, Oct. 19, during School Bus Safety Week.)

School professionals, parents and community support personnel are encouraged to participate in each session, which will be presented by content experts from each sponsoring agency on topics including policy implementation and supports, cyber safety, legal ramifications, school wide interventions, teen dating violence prevention and girl aggression. Ohio's Anti-HIB Initiative speakers will represent ODE, the Attorney Generals' Office, eTech Ohio, the Ohio Domestic Violence Network and the departments of Mental Health; Health; and Alcohol and Drug Addiction Services.

Each webinar will accommodate up to 100 participants. For complete details, and to view previous webinars, click **HERE**. Questions may be directed to Jill Jackson at **jill.jackson@ode.state.oh.us** or (614) 466-9540.

# # #

Eric R. Wandersleben
Communications Manager

Ohio Department of Alcohol
and Drug Addiction Services
280 North High Street, 12th Floor
Columbus, OH 43215
P: 614.728.5090
F:614.728.4936



**Ohio** | Department of Alcohol & Drug Addiction Services

**Find us on Facebook!**

CONFIDENTIAL

This email has been scanned by the MessageLabs Email Security System.
For more information please visit http://www.messagelabs.com/email



CONFIDENTIAL

CUYAH_012664270