Exhibit 118

Message

| | |
|---|---|
| From: | William Denihan [/O=ADAMHSCC/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=DENIHAN] |
| Sent: | 2/6/2012 8:21:18 AM |
| To: | Scott Osiecki [osiecki@adamhscc.org] |
| Subject: | FW: Ohio Report, Friday, February 3, 2012 |

**From:** Todd Hollett [mailto:thollett@oacbha.org]
**Sent:** Monday, February 06, 2012 7:59 AM
**To:** William Denihan; Precia Stuby(pstuby@bhg.org)
**Cc:** Scott Osiecki
**Subject:** FW: Ohio Report, Friday, February 3, 2012



## Ohio Report for Friday, February 3, 2012

OHT Releases First Take On Single Medicaid Waiver; Stakeholder Sees Flaw With One Change

Coley Says Plan To Add Cogeneration To Renewable Energy Standards Has Deadline

Confusion Over Primary Date Cited For Drop In School, Library Levy Requests

Jones, Widener Gave Most Generously To Senate GOP Caucus Last Year

Rep. Goyal Considers Sponsorship Of Dog Auction Ban, Suggests Amendment To Puppy Mill Measure

Boehner, Portman Say January Unemployment Too High; Brown Sees Progress In Rate Decrease

IG Finds ODOT Employee Abused Agency's Competitive Bidding Process

==Ohio Business: Cardinal Health Contests Suspension;== AEP Starts Plant; The Andersons Acquisition; Limited Brands …

From Congress: Portman Applauds Earmark Ban; Fudge; Kucinich; Renacci

Governor's Appointments

Supplemental Event Planner

Supplemental Notice Of Legislative Committees

## Activity Reports

House

## Calendars

Day Planner

## Event Planner

Please do not reply to this message. This mailbox is not regularly monitored. Please send all correspondence to gongwer@gongwer-oh.com

Copyright, 2012, Gongwer News Service, Inc. All Rights Reserved. This message and any attachments may not be forwarded or reproduced without express permission from Gongwer News Service.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.1913 / Virus Database: 2112/4792 - Release Date: 02/06/12



CONFIDENTIAL
CUYAH_012652564