Exhibit 119

[ HYPERLINK "http://www.gongwer-oh.com" ]

Volume #81, Report #23 -- Friday, February 3, 2012

## OHT Releases First Take On Single Medicaid Waiver; Stakeholder Sees Flaw With One Change

The administration continued to gather feedback this week on its first draft of a plan to condense five of the state's Medicaid waiver programs into one with the objective of streamlining and improving home-care options.

The biennial budget ([ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_billdetail.cfm&billid=2011HB15302" ][ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_querymanager.cfm&billid=2011HB15302" ]) authorized the departments of Job and Family Services and Aging to develop a single waiver program that allows individuals to receive home- and community-based care rather than reside in nursing facilities.

Ohio currently operates five waivers for individuals needing nursing home level care. ODA's PASSPORT, Choices, and Assisted Living waivers and ODJFS's Ohio Home Care and Transitions II Aging Carve-Out waivers will be combined into one administered by the latter agency.

The Office of Health Transformation and ODJFS were set to participate Friday in the latest of several regional meetings with stakeholders seeking input on its [ HYPERLINK "http://www.healthtransformation.ohio.gov/LinkClick.aspx?fileticket=-ByobM1DDH0%3d&tabid=125" ] on the change.

"We tried to listen to what folks were saying they wanted out of the benefit package, and we put that in the concept paper, but now we've put it out there intending for people to either say they like or say they don't like it," OHT Director Greg Moody said in an interview.

"We're expecting this to generate a little heat. We knew we put some things in here that are going to cause some reaction. Some elements of this program, they haven't changed in 30 years. If you've got something that folks have been comfortable with for 30 years, you need to every now and then just kind of say, are we doing as well as we can possibly do?"

[ HYPERLINK "http://www.gongwer-oh.com/members/moody.jpg" ]
Greg Moody

The various entities that operate the existing waivers regionally will be condensed into one provider per region under the current proposal. One hot-button provision would have the contractors separate case management from assessing eligibility.

"We're talking about separating those because the federal government has said that that can constitute a conflict if the same entity's saying here's what I think you need and I'm going to provide that service for you," Director Moody said.

"That's a pretty big change, so that will affect providers differently. But in terms of who's actually providing the health care services, it's the nursing homes and hospitals and home health care providers that are already (doing so) today."

Ohio Health Care Association Executive Director Peter Van Runkle said he is concerned about the proposed separation of case management and assessments. Local area agencies on aging currently oversee those services and contract work out.

"The triple-As are currently doing what we perceive to be a reasonably good job of what they do, and to put in place a new structure, we're not sure that that would work better," he said. "We don't see that there's a broken system that needs to be fixed."

Saying that concept should be changed, Mr. Van Runkle added it is not actually the AAAs that face a conflict of interest.

"The problem with that argument is that the triple-As don't actually provide the actual services," he said. "What they do is they create a care plan for the individual and they help hook the person up with service providers to deliver the services that are outlined in the care plan.

[ HYPERLINK "mailto:amiller@gongwer-oh.com" ], President | [ HYPERLINK "mailto:smiller@gongwer-oh.com" ], Vice President | [ HYPERLINK "mailto:kcahlander@gongwer-oh.com" ], Editor | [ HYPERLINK "mailto:mroth@gongwer-oh.com" ], [ HYPERLINK "mailto:rbuccicone@gongwer-oh.com" ], [ HYPERLINK "mailto:tminnear@gongwer-oh.com" ], [ HYPERLINK "mailto:intern@gongwer-oh.com" ], Staff Writers
17 S. High St., Suite 630 | Columbus Ohio 43215 | Telephone: 614.221.1992 | Fax: 614.221.7844 | [ HYPERLINK "mailto:gongwer@gongwer-oh.com" ]

CONFIDENTIAL

"I don't view that as being a conflict of interest what the Triple-As currently do, and I don't think that the federal guidelines view that as a conflict of interest either."

Larke Recchie, executive director for the Ohio Association of Area Agencies on Aging, said allowing the AAAs to conduct case management and assessments creates a seamless system for seniors in particular. AAAs have other resources such as access to federal funds and local senior services levies, which can supplement or prevent the need for an individual to access Medicaid funding.

"It actually kind of helps keeping people from having to go onto Medicaid," she said about the AAAs current role. "I think by changing this whole system it could end up costing the state a whole lot more in terms of what they're going to lose by not being able to coordinate with these other resources.

"We very much want to see the good things that can happen from a single waiver to happen, but we think that this approach is actually not taking into consideration enough the things that are lost by taking down PASSPORT and the aging waiver programs and the ability to tap into the other non-Medicaid programs to which the AAAs have access."

Most people currently served under the five waivers will transition to the new one that will guarantee a choice of case managers unlike current practice. The state plans to contract with at least two case management agencies per region to allow for this, according to OHT.

The single waiver is expected to service individuals with a nursing facility level of care who are age 18-64 with a disability or age 65 and up, are financially eligible for Medicaid, and have a need for at least one waiver service every month in addition to case management, according to OHT.

It will not roll in the three waivers overseen by the Department of Developmental Disabilities, which will maintain those programs.

"We're in agreement. I think it's a great idea to roll the five into one," Mr. Alfano said about the concept. "When you look at how many are served by the other waiver programs, it's pretty small in comparison to the PASSPORT."

The concept paper, however, is vague in many respects, he said. "The devil's in the details, and they don't have the details put together."

LeadingAge Ohio President and CEO John Alfano, whose organization represents not-for-profit nursing facilities and home care providers, said he thinks the concept as a whole makes sense.

"From a provider perspective it would be beneficial in some ways to have the provider requirements and the reimbursement the same for the various waivers," he said. "We are concerned about what the affect is going to be on the assisted living waiver because the concept paper … admits that they really aren't sure what they're going to do with the assisted living waiver."

He said the state has not suggested it will do away with the assisted living waiver but is unsure how it fits with the others because of how different it is.

Ms. Recchie said, however, the five waivers are not as difficult to navigate as it might seem.

"While having five waivers can seem as if it's confusing, it's not really confusing to consumers who are over 60 because it's consistent across the state, they can call one number," she said referring to contacting the AAAs. "They can get help not only in getting enrolled into PASSPORT, Choices and Assisted Living and also help getting onto other waivers if they don't meet the age requirement, but it also melds Medicaid and non-Medicaid services.

"In general I think we're moving very fast because we're talking about a program such as PASSPORT, which has a 25-plus year history and a great track record," she said. "You're really eliminating the PASSPORT program, and they're setting up a whole different system, which would be done regionally and they have not defined what those regions would be."

Mr. Van Runkle said he is glad to see the concept paper touch on quality requirements for home services.

"They're initiating a framework that's going to focus on quality, and people have to meet a certain number of performance standards," he said. "For a lot of home- and community-based services, that's a little lacking as opposed to institutional settings where there's lots of standards and lots of inspections and surveillance."

CONFIDENTIAL                                                                CUYAH_012652567

Director Moody said 46,000 Ohioans are eligible for the separate waivers now and the new condensed approach will not reduce the benefits nor the number who are eligible.

"Everybody who has access to these services we want to have access to these services," he said. "We do not want to curtail benefits. It's actually the opposite. Currently there are benefits on one waiver that might not exist on another waiver. We want to provide a complete benefit package on the new waiver."

The state has yet to develop a name for the single waiver and is looking through consumer feedback to find words that convey the spirit of it, Mr. Moody said. "We have started giving some thought to what is a name that is reassuring to folks because we definitely want to convey that this is something more; it's not something less."

The budget increased spending on Medicaid home- and community-based waivers by $532 million over two years, including $56 million more specifically for PASSPORT. OHT therefore estimates 12,900 more Ohioans will stay in a home or community setting instead of being placed in an institution.

In addition to the regional meetings, OHT plans to hold a phone conference and online survey to allow those who are unable to physically attend meetings to share their input.

Once stakeholder meetings come to a close mid-February, the state will refine the concept and submit it to the federal government, which will be followed by back-and-forth conversations to iron out the final plan, Mr. Moody said, adding he does not expect the proposal to go to the federal government before January 2013.

Although Ohio wants to move quickly to decide on the approach and framework of the single waiver, he said it will take its time to implement the new program, possibly over several years.

## Coley Says Plan To Add Cogeneration To Renewable Energy Standards Has Deadline

Republicans on the Senate & Public Utilities Committee this week warmed to the idea of repealing renewable energy requirements, but a new proposal to add waste heat technology to the standards appears to have more traction in the near term.

Sen. Bill Coley (R-Middletown) introduced a measure this week that would add cogeneration technology to the state's renewable energy portfolio standards. And the House Public Utilities Committee has already scheduled a first hearing next week on a companion bill still to be introduced by [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=144602&locid=2" ] (R-Liberty Twp.)

Sen. Coley, a member of the Senate Energy Committee, said lawmakers face a tight timetable to pass the proposal ([ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_billdetail.cfm&billid=2011SB28902" ][ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_querymanager.cfm&billid=2011SB28902" ]) to ensure that Air Products and Chemicals, Inc.'s $300 million cogeneration project at AK Steel's Middletown Works plant become a reality.

[ HYPERLINK "http://www.gongwer-oh.com/members/billcoley.jpg" ] Sen. Coley

"For Air Products to qualify for some federal credits and stuff that they need, this thing's got to be up and operational within about two years, and in order to do that we got to get this bill done in about a month," he said in a recent interview.

Last year, [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=110902&locid=2" ] said he believed technology that uses waste heat or gases from industrial processes to generate electricity should be added to the alternative energy portfolio standards, which require 12.5% of the electricity consumed in Ohio to come from renewable sources by 2025.

Sen. Coley said he believed the governor's office was supportive of his measure, but the impetus for the bill came from Air Products and AK. He expects the governor to propose more far-reaching energy proposals in the near future.

Cogeneration already qualifies under Ohio's "advanced energy" standards, which require 12.5% of the state's power to come from high-tech sources like nuclear and low-emissions coal technology. However, defining cogeneration as renewable will make the power it produces eligible for renewable energy credits, which utilities can purchase to comply with the standards.

Wind and solar energy developers have opposed proposals to expand the renewable energy portfolio, saying it would displace demand for their truly green technology.

CONFIDENTIAL                                                    CUYAH_012652568

However, Sen. Coley said he hasn't heard of any opposition from environmentalists and argued that cogeneration relies on the same principal as wind and solar by harnessing energy that already exists.

"We get energy coming down from the sun every day that we lay out panels to collect, we get energy in the form of wind that we put blades up to collect, and we've got energy pouring out of blast furnaces just being emptied out into the ether," he said.

"It's a renewable resource. Every time blast furnaces are running, the same as when the wind's blowing, we can capture energy from it," he said.

Furthermore, cogeneration doesn't increase carbon dioxide emissions that lead to climate change and could even reduce the amount of other kinds of pollutants being released into the atmosphere, he said.

Sen. Coley noted Democratic [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=110002&locid=2" ] of Youngstown was a joint co-sponsor and said he expects the bill will move quickly with bipartisan support.

The Republican said he also likes a separate proposal ([ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_billdetail.cfm&billid=2011SB21602" ][ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_querymanager.cfm&billid=2011SB21602" ]) from [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=102102&locid=2" ] (R-Delaware) to eliminate renewable energy requirements entirely, but he acknowledged that it was less likely to get many votes from Democrats.

## Confusion Over Primary Date Cited For Drop In School, Library Levy Requests

Fewer than normal school and library issues will appear on the March primary ballot and advocates suspect the cause was confusion surrounding when Ohio would hold the election.

A partisan dispute over the drawing of new congressional district maps had Ohioans for a time scheduled to vote in two primary elections before a compromise map established a single Mar. 6 primary date. (See [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=news_articledisplay.cfm&article_id=802400201&newsedition_id=8024002&locid=2" ])

Among the 465 issues appearing on the March 6 ballot are nine bond issues, 280 tax requests, 124 local liquor options, nine combination questions and 43 miscellaneous issues, according the [ HYPERLINK "http://www.sos.state.oh.us/SOS/elections/Research/electResultsMain/2012Results/20120306local.aspx" ].

Schools as usual make up the brunt of issues with seven bond requests, 85 tax levies, seven combination bond-tax issues, two combination income tax-bond issues, and 11 tax changes, according to the SOS.

The number of school levies is down, however, from the last presidential primary election, Ohio School Boards Association Director of Legislative Services Damon Asbury said. Whereas Ohio's 2008 primary saw 191 issues, only 112 funding requests are up this year.

"I think the numbers this year at least for this March primary may be a little lower just because of the confusion that districts were experiencing back in November, December when it wasn't clear whether we were going to have a March primary or a May primary."

When the legislature established the earlier date, local school boards had an early December deadline to file their ballot issue with the state.

Library systems around Ohio are also seeking fewer new money requests than anticipated, said Doug Evans, executive director of the Ohio Library Council.

"I thought there might be some additional new levies going on the ballot in the primary this year, but I think a lot of it had to do with the issue of the uncertainty of when the primary was actually going to take place," he said in a Friday interview.

Four libraries – Ada, Adams County, Bucyrus and Meigs County District public libraries – are seeking new levies, which Mr. Evans said is likely in response to a reduction in state funding in recent years. If successful, they would join 168 library systems, or 67%, that have local funding.

"They are at the point where they have determined that the amount of state funding can no longer sustain their operations at a level that their community expects, so they've decided to seek that local support."

CONFIDENTIAL                                                                 CUYAH_012652569

The millage amounts range from 0.4 mills for Herbert Wescoat Memorial Library in Vinton County to 2-mill requests by Upper Arlington Public Library's (Franklin County) renewal levy and Mentor Public Library's replacement and additional money levy.

Also among the five renewal levies are Orrville Public Library, Way Public Library in Perrysburg, and Rossford Public Library in Wood County, according to OLC. Other systems seeking additional funding through existing levies are Pataskala Public Library and Wadsworth Public library with 0.75 and 1.25 mills, respectively. Norwalk Public Library is seeking a 0.55-mill replacement levy.

Mr. Evans declined to predict what sort of success libraries would see but said during the 2008 presidential primary, three of the 13 were approved. The last several years have shown an average 83% success rate.

Mr. Asbury was also unsure how school levies would fare in March. Presidential primaries usually draw more voters to the ballot.

"The conventional wisdom used to be that the more voters you get out the better your chance for passage, but I think that's changed a little bit. I think that a presidential (primary) election will probably bring out a lot of people that are fiscally conservative, both ends of the spectrum. I certainly would not be confident predicting an election one way or the other."

Mr. Asbury said more schools are seeking renewal and replacement levies than new money, which is typical. The requests for additional funding are in the 4- to 5-mill range.

"It looks like there's more combined levies where you're combining an operating levy and perhaps a bond issue or permanent improvement levy and there's more incremental levies being proposed where they're phasing in the amount needed," he said.

Incremental levies are those that seek a certain total amount of millage but the district would collect a fraction of that in the first year and increase it up to the total over subsequent years, Mr. Asbury said.

He also noted that since the last presidential primary in 2008, the number of levy requests have been trending down. The 112 sought in the primary is less than what voters saw in March 2008 and in May of the last three years.

"I think that probably November will be the time when we'll probably see a pretty good size number of these initiatives on the ballot," Mr. Asbury said.

### Jones, Widener Gave Most Generously To Senate GOP Caucus Last Year

A review of key senators' contributions to the Republican caucus provides a glimpse into developments in the behind-the-scenes leadership race as the current Senate president's tenure draws to a close at year's end.

Caucus members say [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=29002&locid=2" ] (R-Celina), Senate president pro tem, is the only member to openly express a desire to succeed term-limited Senate [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=39202&locid=2" ] (R-New Richmond). However, during the past year a few other members donated nearly as much or even more generously than Mr. Faber to the caucus's campaign fund, something that could help if they decide to mount a challenge.

According to the latest campaign finance data issued this week, Sen. Faber trailed only Sen. Niehaus with a $100,000 contribution to the Republican Senate Campaign Committee. The 2011 annual report covers the period from July through the year's end.

However, when accounting for previous donations from the first six months of last year and additional contributions senators made only days before this week's Jan. 31 filing deadline, two other members gave considerably more to the caucus than Sen. Faber's total of $270,000.

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=74002&locid=2" ] (R-Springboro), the Senate's majority whip, led the caucus in donations to the RSCC during that time period with a total of $350,000, according to her campaign finance filings with the secretary of state's office. During the second half of the year, she raised $126,000 for her own campaign.

CONFIDENTIAL                                                             CUYAH_012652570

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=30502&locid=2" ] (R-Springfield), chairman of the Senate Finance Committee, contributed $325,000 to the RSCC. During the final six months of the year, his campaign committee raised $128,000.

Sen. Tom Patton (R-Strongsville), who won a contested election for majority floor leader last year, gave a total of $255,000 to the caucus's campaign fund. Sen. Patton reported the caucus's highest take for the 2011 annual report, with $204,000 in contributions edging out even [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=110902&locid=2" ], who apparently focused his fundraising efforts on defeating the referendum on the controversial collective bargaining law ([ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_billdetail.cfm&billid=2011SB502" ][ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_querymanager.cfm&billid=2011SB502" ]), which voters ultimately overturned.

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=31002&locid=2" ] (R-Greenfield), who unsuccessfully sought the floor leader position, was far behind with a $125,000 total contribution to the RSCC. His campaign committee reported hauling in about $56,000 on the annual report.

Other members that reported substantial contributions to the caucus's campaign committee on their 2011 annual report include:

- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=94502&locid=2" ] (R-Zanesville) donated $65,000.
- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=144002&locid=2" ] (R-Lakeville) donated $60,000.
- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=92102&locid=2" ] (R-Kettering) donated $50,000.
- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=111202&locid=2" ] (R-Cuyahoga Falls) donated $41,500.
- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=104102&locid=2" ] (R-Marysville) donated $40,000.
- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=16702&locid=2" ] (R-Columbus) donated $40,000.
- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=71402&locid=2" ] (R-Columbus) donated $30,000.

Majority members' largesse continued a decades' long imbalance in fundraising compared to the Senate Democratic Caucus. While Senate Republicans now have about $3.5 million in their campaign war chest, Democrats have less than $40,000 in the bank. (See [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=news_articledisplay.cfm&article_id=810200205&newsedition_id=8102002&locid=2" ])

**House GOP:** [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=74502&locid=2" ] (R-Medina) still has one term remaining before term limits force him out of office in three years. Nonetheless, some members are reportedly already jockeying for the caucus's number one slot.

Top contributors to the Ohio House Republican Organizational Committee during the second half of 2011 include:

- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=89502&locid=2" ] (R-Grove City) donated $100,000.
- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=105002&locid=2" ] (R-Millersburg) donated $100,000.
- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=102602&locid=2" ] (R-Sylvania) donated $75,000.
- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=5702&locid=2" ] (R-Wooster) donated $65,000.
- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=71302&locid=2" ] (R-Lima) donated $55,000.
- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=112102&locid=2" ] (R-Westerville) donated $50,000.
- [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=47802&locid=2" ] (R-Napoleon) donated $50,000.

CONFIDENTIAL                                                   CUYAH_012652571

## Rep. Goyal Considers Sponsorship Of Dog Auction Ban, Suggests Amendment To Puppy Mill Measure

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=68802&locid=2" ] said Friday he is "strongly considering" the possibility of sponsoring legislation that would ban dog auctions in Ohio.

The Mansfield Democrat said in an interview he was in discussions with the Coalition to Ban Ohio Dog Auctions, which last week met requirements to get an initiated statute in front of the General Assembly. (See [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=news_articledisplay.cfm&article_id=810180207&newsedition_id=8101802&locid=2" ])

"I haven't fully committed to that, but it's something that I'm very much exploring right now," Mr. Goyal said. "I would say it's fair to say I'm strongly considering it."

After approval of the initiated statute, lawmakers have four months to approve a ban or pass an amended version, according to the secretary of state's office. If the legislature fails to do either, CBODA could collect additional signatures to get a proposal on the ballot in November.

A representative of the group said this week members would prefer to go the legislative route but are prepared to take the matter before voters if necessary.

Ban supporters say the auctions serve as a pipeline for high-volume breeders and kennels, or so-called puppy mills, which can subject animals to inhumane conditions and produce dogs that have health and genetic impairments.

This week, the Senate unanimously approved a measure to regulate puppy mills as advocates have been working for seven years to get full legislative approval. (See [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=news_articledisplay.cfm&article_id=810210201&newsedition_id=8102102&locid=2" ])

Mr. Goyal said he sees an apparent link between dog auctions and puppy mills, adding that "from what I know of the issue the two definitely do seem to be related."

"I think it would be ideal to try to include a fix to the puppy auction as an amendment to the puppy mill bill that is moving through the legislature. But we'll see what the legislature's prerogative is on that," he said.

CBODA said this week they have also approached a Republican House member about potentially sponsoring legislation to ban dog auctions.

## Boehner, Portman Say January Unemployment Too High; Brown Sees Progress In Rate Decrease

The national unemployment rate decreased to 8.3% in January, but Ohio's Republican delegation in Congress continues to demand a faster economic recovery.

The U.S. Bureau of Labor Statistics reported a January decrease in the jobless rate from 8.5% in December. Total non-farm payroll employment rose by 243,000 workers.

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=7402&locid=2" ] (R-West Chester), the Speaker of the House, said the unemployment rate remains "far too high."

"Our economy still isn't creating jobs the way it should be, and that's why we need a new approach," he said in a release. "Instead of more of the same policies that simply haven't worked as advertised, the House has passed nearly 30 bipartisan jobs bills focused on removing government barriers to private-sector job growth. These bills reflect proposals backed by the president's jobs council and, in many cases, the president himself.

"We can't be satisfied with an unemployment rate mired above 8% for years on end; we must do better. President Obama should call on Senate Democrats to take immediate action on our bipartisan jobs bills, and together we can create a better environment for private-sector job growth."

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=3402&locid=2" ] (D-Avon) said he applauds the reduction in the jobless rate as a sign the country is making progress in turning the economy around.

CONFIDENTIAL                                                                CUYAH_012652572

"But in Ohio and across our country, there are still too many Americans who are looking for work, but can't find it," he said. "Their stories compel us to work together—Democrats and Republicans alike—to move our economy forward. We should build upon today's good news by implementing a national manufacturing strategy that enforces trade law, encourages clean energy innovation, and trains workers for emerging industries."

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=1802&locid=2" ] (R-Terrace Park) offered a caveat in saying the improvement in the unemployment rate is good news.

"However, this doesn't take into account the 3 million person reduction in labor force participation compared to pre-recession levels," he said. "If those people were still counted within the labor force, the unemployment rate would be 10%, which is a more accurate gauge of the current jobs environment. So clearly, we still need to do a lot more to get the economy moving in the right direction and to help so many struggling families.

"Washington must get control of its staggering debt and deficits, reform the tax code to make America more competitive, stop the job-killing over regulation, enact an energy policy that stops our dependence on foreign oil, and reduce health care costs."

## IG Finds ODOT Employee Abused Agency's Competitive Bidding Process

A Department of Transportation employee abused and manipulated the agency's bid-gathering process, according to an investigation by Inspector General Randall Meyer's office.

[ HYPERLINK "http://watchdog.ohio.gov/investigations/2011_138.pdf" ] come after ODOT's Investigative Services Division filed a complaint with the IG last July about transportation engineer Joe Yee whom the agency alleged failed to follow its policies requiring him to obtain competitive bids for certain purchases.

The Ohio State Highway Patrol and the Office of the IG jointly investigated Mr. Yee and found he allowed one vendor to issue multiple purchase quotes on behalf of other vendors.

"This resulted in the illusion that competition was occurring in an open market between independent and unrelated companies to obtain the most competitive price for the state, when in fact it was not," the IG said in a release.

The investigation found that although Mr. Yee had sought bids from three companies for a back-up pump, when he filed paperwork on the order he indicated Peterson Thermal Equipment Co. was the sole distributor for the product in central Ohio. Two of the three bids were also found to have been faxed from the same number belonging to Peterson, according to the IG.

When asked about the circumstances surrounding the purchase, Mr. Yee told investigators he sought quotes from two vendors: Approved Components and Systems Inc. and Peterson. He also said he contacted OTP Industrial Solutions. A review of the employee's phone records show six calls to Peterson and one to OTP, which occurred more than a month after the price quotes were submitted, according to the report.

When interviewed, employees with Peterson said that although they compete with Approved Components, they had the company's letterhead and with approval from the competitor would submit quotes reflecting that company's cost plus 3%, according to the report. When shown the quote submitted for Approved Components, that company's owner said he did not authorize it, according to the investigation.

In reviewing Mr. Yee's past purchasing record, the IG found that between fiscal years 2008 and 2011, the engineer made 15 purchases requiring two or more quotes under ODOT policy but only obtained that number on two of the transactions.

Mr. Yee was also found to have created a potential safety issue at the ODOT District 5 office where he worked by failing to attend to his responsibility to properly maintain the fire suppression system.

"Yee failed to obtain the required fire suppression system inspections for ODOT District 5 facilities office and the Fairfield County ODOT garage and failed to schedule and maintain records supporting such inspections had occurred," according to the report.

Mr. Yee remains in his current position and no action has been taken against him yet, ODOT spokesman Steve Faulkner said in an interview.

"We take these allegations very seriously and we're going to take the appropriate time necessary to research the information that the IG has provided in the report and make sure that this is handled appropriately," he said.

CONFIDENTIAL                                                                CUYAH_012652573

The IG's office made a number of recommendations to help ODOT prevent future occurrences of this sort. The agency must respond within 60 days.

"ODOT's in the process of analyzing information included in the report," Mr. Faulkner said. "We're working on our response."

Among the IG's recommendations are to:

- Revise the sole-source provider policies so purchasers demonstrate a good-faith effort to consider alternatives to sole-source purchases. In instances when different manufacturers have equipment that might meets project specifications with reasonable modifications, purchasers should consider the cost-benefit of such purchases.
- Internally review the actions of all employees involved in the report to determine whether their conduct warrants further administrative action or training.
- Require fiscal officers' continued review of quotes to determine if sufficient documentation exists to support the lack of vendor response and to substantiate that the required number of quotes was obtained before approving the purchase and payment.
- Revise the responsibilities of ODOT building maintenance personnel to include inspection requirements for fire protection and security systems and to require the reviewer verify the inspections occurred.

## Ohio Business: Cardinal Health Contests Suspension; AEP Starts Plant; The Andersons Acquisition; Limited Brands …

One of the nation's largest health care distributors on Friday announced plans to contest a Drug Enforcement Administration suspension of its license to disburse controlled medicines from the company's Florida distribution center.

Dublin-based Cardinal Health said it will ask a federal court to block the DEA's efforts. The company asserts the federal agency's action involving four pharmacies would disrupt medicinal shipments to more than 2,500 drug store customers in Florida, Georgia and South Carolina.

The four pharmacies named in the suspension were licensed to handle controlled medications, but the DEA alleges that [ HYPERLINK "http://www.cardinal.com/" ] knew or should have known they were inappropriately filling prescriptions issued by DEA-licensed physicians for non-medial reasons.

"We strongly disagree with the allegations the DEA has made against our Lakeland facility and intend to vigorously challenge this action. We believe the DEA is wrong," Cardinal Health Chairman and CEO George Barrett said in a release.

"We take our responsibility in health care very seriously – and that responsibility is to ensure legitimate patients and health care providers receive critical medicines without interruption, while at the same time maintaining extensive processes to help prevent those medicines from falling in the wrong hands."

**American Electric Power:** AEP announced this week it has begun commercial operation of a natural gas-fired power plant in Dresden, providing 25 permanent jobs

With the facility startup, [ HYPERLINK "http://www.aep.com/" ] has increased by more than 4,800 megawatts its natural gas-fired capacity to its generating fleet in the last decade. AEP said natural gas accounts for 24% of the company's total generating capacity.

"This is another step in the transformation of AEP's generating fleet as we continue to diversify our fuel mix to improve our environmental footprint and provide economical electricity for our customers," AEP President and CEO Nicholas Akins said in a release.

**The Andersons:** The company said it completed the purchase of New Eezy Gro, Inc., which has operations in Cary and Sycamore and manufactures and markets specialty agricultural nutrients and industrial products.

The acquisition will make New Eezy Gro, Inc., including its Golden Eagle Product line, part of [ HYPERLINK "http://www.andersonsinc.com/wps/portal/corp/!ut/p/c5/04_SB8K8xLLM9MSSzPy8xBz9CP0os_jAIltQSydDRwML C09XAyMXfzdL11ATI4sAA_1wkA6zeK9gI5gKc0sDI2N3pyAzSzMjA29DiLwBDuBooO_nkZ-bqI-QnZ3m6KioCACVhkBy/dl3/d3/L3dDb0EvUU5RTGtBISEvWUZSdndBISEvNl9RUjhVOUIxQTA4OE" ] Plant Nutrient Group. New Eezy Gro was founded in 1984 and supplies liquid calcium nitrate and other specialty products to

CONFIDENTIAL                                                                                      CUYAH_012652574

the specialty agriculture and industrial markets primarily in Ohio, Michigan, Indiana, Illinois, Wisconsin, Minnesota, Kentucky and Pennsylvania.

"This opportunity is a continuation of The Andersons' strategy of investing in logical business, operational and geographic adjacencies," The Andersons CEO Mike Anderson said. "We will extend the same value system of providing exceptional customer service and enjoying lasting relationships to customers in this specialty agriculture arena."

**Limited Brands:** The Columbus-based retailer reported an increase of 9% in comparable store sales for the four weeks that ended Jan. 28 versus results from January 2011. Net sales rose from $772.6 million last year to $774.5 million.

For the company's fourth quarter, also ending Jan. 28, Limited Brands saw a 7% increase in comparable store sales, which eclipsed $3.51 billion. Fourth-quarter results for last year came in at more than $3.45 billion. For the 52-week period ending Jan. 28, [ HYPERLINK "http://www.limitedbrands.com/" ] experienced a 10% increase to $10.364 billion in comparable store sales versus the previous year.

Limited Brands also announced that it is offering to sell $1 billion aggregate principal amount of senior notes due in 2022 and others due in 2024. The notes are part of a public offering being underwritten by Merrill Lynch, Pierce, Fenner & Smith Inc. and J.P. Morgan Securities LLC and Citigroup Global Markets Inc. as joint book-running managers.

The closing of the offering is expected on or about Feb. 7. Certain of Limited Brands' subsidiaries will guarantee the notes, according to the company. A registration statement relating to the offering of the notes has been filed with the United States Securities and Exchange Commission and is effective.

**Ohio Valley Banc Corp:** For the quarter that ended Dec. 31, the company reported consolidated net income $1.361 million, which was up $63,000, or 4.9%, from the previous fourth quarter. Earnings per share for fourth quarter 2011 were 34 cents compared to 33 cents in 2010.

For 2011, net income totaled more than $5.83 million, an increase of 14.5% from the year before. Earnings per share rose 14.1% to $1.46 versus $1.28 in 2010. [ HYPERLINK "https://www.ovbc.com/" ] attributed its fourth-quarter improvement in earnings mostly to lower provision for loan losses while its year-to-date hike was due largely to higher non-interest income.

**M/I Homes:** For the fourth quarter of 2011, the Columbus-based homebuilding company reported a net loss of $3 million, or 16 cents per share. M/I Homes said the loss primarily consisted of $1.4 million of adjusted pre-tax income from operations, offset by $4.5 million of asset impairments. In the company's final quarter of 2010, it reported a net loss of $11.1 million.

For 2011, [ HYPERLINK "http://www.mihomes.com/" ] reported a loss of $33.9 million, or $1.81 a share compared to a net loss of $26.3 million, or $1.42 a share, for 2010. The decline in 2011 primarily was due to a $10.9 million adjusted pre-tax loss from operations and $23 million of asset impairments, the company said.

**Cedar Fair:** Kelley Semmelroth was named this week to serve in the company's newly created role of executive vice president and chief marketing officer.

"To ensure our marketing communications deliver breakthrough growth and our brands are elevated to compete in this ever-changing marketplace, we are adding additional marketing talent to our executive team," [ HYPERLINK "http://www.cedarfair.com/" ] President and CEO Matt Ouimet said.

"Along with a strong passion for the tourism industry, Kelley has a deep background in customer relationship management, brand management, advertising and strategic planning."

## From Congress: Portman Applauds Earmark Ban; Fudge; Kucinich; Renacci

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=1802&locid=2" ] (R-Terrace Park) said Friday the Senate's plan to extend the ban on earmarks through 2012 is a step in the right direction.

"While I was disappointed that efforts to enact a permanent ban on earmarks in the Senate failed to pass last night, I am glad that an earmark ban will be extended at least through the year's end," he said. "With the debt at a staggering $15 trillion, Washington must do everything it can to control spending. This includes eliminating spending on earmarks, which all too often become examples of wasteful and unnecessary spending.

CONFIDENTIAL                                                    CUYAH_012652575

"Long term, Washington needs to curb spending by enacting structural reforms on entitlement spending, which is on an unsustainable path and is a threat to economic growth."

**Safety-Net Hospitals:** [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=108002&locid=2" ] (D-Warrensville Hts.) and Rep. Judy Chu (CA-32) led [ HYPERLINK "http://fudge.house.gov/uploads/2-2-12 Safety-Net Hospitals Letter (2).pdf" ] with 36 members of the House urging payroll conferees not to cut Medicare in a manner that would reduce payments to the nation's urban safety-net hospitals to pay for the extension of payroll tax relief and other matters.

"I completely support extending the payroll tax holiday, for 160 million Americans, and unemployment benefits to those still struggling to find a job as well as making sure doctors are appropriately compensated, but we must be cautious of taking money from funds for safety net hospitals in order to accomplish those goals," Ms. Fudge said. "These hospitals serve a vital purpose in our communities and we must ensure they have the proper support to continue to provide for patients who are most in need."

**FAA Reauthorization:** [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=3102&locid=2" ] (D-Cleveland) said Friday the reauthorization of the Federal Aviation Administration undermines workers' rights and politicizes the safety of the nation's airspace.

"Today, the House of Representatives considered a bill to reauthorize the FAA, a necessary process for Congress to fund the agency," he said. "It's clear the need to reauthorize the Federal Aviation Administration is urgent. A failure to do so could result in the loss of thousands of jobs and compromise flight safety. This Congress should pass a clean reauthorization bill without compromising the right of thousands of workers to collectively bargain.

"Instead, the bill just passed by the House replaces over 70 years of labor law precedent in which major changes were agreed upon by both workers and management, with changes decided upon by a handful of negotiators in Congress."

**Insider Trading:** Sen. Portman said he voted for legislation that prevents members of Congress and employees from profiting from information acquired behind closed doors.

"Members of Congress and their staff shouldn't be able to take advantage of information acquired behind closed doors for personal profit. The STOCK Act ensures that those who abuse their access to inside information will be held accountable," he said.

"I'm pleased that my amendment to strengthen the bill has passed. The bill as it was originally written required a report on the gathering and selling of non-public information for use in stock trading among legislative and executive officials. My amendment removes the ambiguity of who an official is by replacing it with more clearly defined terms."

**CLASS Act:** [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=130402&locid=2" ] (R-Wadsworth) was among Ohio members to vote for repeal of the Community Living Assistance Services and Supports program within the president's health care law.

"The Administration repeatedly cited the CLASS Act as being the source of almost half of the $200 billion the president's health care law was supposed to save in its first decade," he said. "Unfortunately, those savings were never going to occur because the program was completely unworkable and unsustainable. It was just an accounting gimmick, and a very expensive one at that. I am proud of my vote to protect taxpayers from even more health care related deficit spending."

## Governor's Appointments

**Ohio Elections Commission:** Kimberly Allison of Columbus reappointed for a term beginning Feb. 3 and ending Dec. 31, 2016.

**Ohio Help Me Grow Advisory Council:** Kimberly L. Travers of Macedonia (Summit Co), Laurie A. Dinnebeil of Sylvania (Lucas Co), Katrina Bush of Mt. Sterling (Fayette Co), Joyce L. Calland of Urbana (Champaign Co), Shelia R. Torio of Toledo (Lucas Co), Urvia V. LeSure of Worthington (Franklin Co), Kellie R. Brown of Cambridge (Guernsey Co), Margaret Demko of Albany (Athens Co), Robert Denhard of Dublin (Franklin Co), Michelle Albast of Gahanna (Franklin Co) and Barbara Weinberg of Marengo (Morrow Co) for terms starting Feb. 3 and ending June 30, 2015.

## Supplemental Event Planner

CONFIDENTIAL                                                                CUYAH_012652576

## Tuesday, February 14

Eric Spicer (R-Candidate 73rd House District) fundraiser, Roadhouse 66, 480 E. Wilson Bridge Rd., Worthington, 5:30 p.m., ($50 per person. RSVP to Laura at 937.238.1889 or laura@ericspicer.us)

## Wednesday, February 15

Eric Spicer (R-Candidate 73rd House District) fundraiser, Rowland residence, 3695 Hameling Dr., Beavercreek, 5:30 p.m., ($100 per person, $500 (host) or $1,000 (co-chair). RSVP to Laura at 937.238.1889 or laura@ericspicer.us)

## Thursday, February 16

Eric Spicer (R-Candidate 73rd House District) fundraiser, Glotfelter residence, 3844 Winthrop Dr., Beavercreek, 5:30 p.m., ($50 per person, $250 (silver, two people), $500 (gold, four people, or $1,000 (six people) RSVP to Laura at 937.238.1889 or laura@ericspicer.us)

## Thursday, February 23

Eric Spicer (R-Candidate 73rd House District) fundraiser, Dayton Firefighters, Local 136, 3616 Needmore Rd., Dayton, 5:30 p.m., ($25 per person. RSVP to Laura at 937.238.1889 or laura@ericspicer.us)

## Supplemental Notice Of Legislative Committees

## Wednesday, February 8

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=committee.cfm&committee=35902&locid=2" ], (Chr. [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=31002&locid=2" ], 466-8156), Finance Hearing Rm., 9 a.m.

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_billdetail.cfm&billid=2011SB27102" ][ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_querymanager.cfm&billid=2011SB27102" ]   TELECOM LAWS ([ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=111202" ]) To establish certain exemptions, including permitting the withdrawal and retirement of services, for incumbent local exchange carriers determined to be fully competitive, and, regarding the provision of basic local exchange service, other telephone companies operating in the same areas. (4th Hearing-All testimony)

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_billdetail.cfm&billid=2011SB28902" ][ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_querymanager.cfm&billid=2011SB28902" ]   RENEWABLE ENERGY ([ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=23402" ]) To include cogeneration technology using waste or byproduct gas from an air contaminant source as a renewable energy resource. (Informal Hearing-Sponsor testimony)

Canceled: [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=directory_leg.cfm&chamber=102&session=6502" ] ([ HYPERLINK "www.ohiosenate.gov" \t "_blank" ]), (Chr. [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=39202&locid=2" ], 466-4900), Senate Chamber, 1:30 p.m.

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=committee.cfm&committee=35702&locid=2" ], (Chr. [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=75202&locid=2" ], 466-8150), North Hearing Rm., 1:30 p.m.
- The committee plans informal hearings on bills to be introduced by Sen. Jones on solid waste management and by Sen. Balderson on dangerous and wild animals

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_billdetail.cfm&billid=2011HB27602" ][ HYPERLINK "http://www.gongwer-

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_querymanager.cfm&billid=2011HB27602" ] **AGRICULTURAL ZONING** ([ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=143702" ], [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=112502" ]) To include the production from certain feedstocks of biodiesel, biomass energy, electric or heat energy, and biologically derived methane gas in the definition of "agriculture" for purposes of the laws governing county zoning, township zoning, and current agricultural use valuation. (3rd Hearing-All testimony-Possible vote)

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_billdetail.cfm&billid=2011HB38902" ][ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_querymanager.cfm&billid=2011HB38902" ] **HUNTING PRESERVES** ([ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=105002" ], [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=67902" ]) To establish requirements and procedures governing propagating and hunting captive deer and to revise the law governing wild animal hunting preserves. (3rd Hearing-All testimony-Possible vote)

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=committee.cfm&committee=32502&locid=2" ], (Chr. [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=105002&locid=2" ], 466-2994), Rm. 116, 3 p.m.

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_billdetail.cfm&billid=2011HB41502" ][ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_querymanager.cfm&billid=2011HB41502" ] **LINKED DEPOSITS** ([ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=144102" ], [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=144902" ]) To modify the Agricultural Linked Deposit Program with respect to the maximum amount the Treasurer of State may invest in agricultural linked deposits, the interest rate at which loans are made under the Program, and the maximum loan amount. (2nd Hearing-All testimony)

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_billdetail.cfm&billid=2011HB42002" ][ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_querymanager.cfm&billid=2011HB42002" ] **ANIMAL CONTROL** ([ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=112302" ], [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=118802" ]) To require nuisance wild animal control companies and individuals who provide nuisance wild animal removal or control services to be licensed by the Director of Natural Resources. (1st Hearing-Sponsro)

Click the ▓ after a bill number to create a saved search and email alert for that bill.

© 2012, Gongwer News Service, Inc. Reproduction of this publication in whole or in part without the express permission of the publisher is in violation of the federal Copyright Law (17 USC 101 et seq.) as is retransmission by facsimile or any other electronic means, including electronic mail.

CONFIDENTIAL                                                                     CUYAH_012652578