Exhibit 120

Message

**From:** Vince Caraffi [vcaraffi@ccbh.net]
**Sent:** 3/9/2012 10:28:12 AM
**To:** Jeff Capretto [web@cityofbayvillage.com]; Nancy Pommerening [nancy@drugawarenessandprevention.org]; Vivian Catchings-El [catchings-el@adamhscc.org]; kimberly.patton@mh.ohio.gov; Jeff Grover [jgactor@aol.com]; melonyrebic@stvincentcharity.com; Denise Romano [dromano@ccbh.net]; Yarbrough, Nikesha [Nikesha.Yarbrough@UHhospitals.org]; lorimann@stvincentcharity.com; Rose M. Allen, R. Ph [roserx@ameritech.net]; Schaumburg, Nancy [schaumburgn@Bellefairejcb.org]; Stenta, Judith [StentaJ@bellefairejcb.org]; Dgretick@city.cleveland.oh.us; Kelly Lazar [lazark@bbhcsd.org]; Christina M. Delos Reyes [delosreyes@adamhscc.org]; Belziled [belziled@aol.com]; mcaraballo@cuyahogacounty.us; alfred.aleguas@uhhospitals.org; Ann Beyer [ann.beyer@sbcglobal.net]; michelle.gillcrist@ohioattorneygeneral.gov; Murphy, Patricia [MURPHYP2@ccf.org]; lorimann@stvincentcharity.com; Rebic, Melony A [Melony.Rebic@stvincentcharity.com]; Don Davies [DDavies@newdirect.org]; A Adityanjee [A.Adityanjee@mh.ohio.gov]; Debbie Rodriguez [DRodriguez@recres.org]; Leshia Yarbrough-Franklin (yarbrough@adamhscc.org) [yarbrough@adamhscc.org]; Allisyn Leppla (Golden) [aleppla@ccbh.net]; lmasek@aitlabs.com; Wasko, Brittany [Brittany.Wasko@fleishman.com]; cpmmc@cuyahogacounty.us; cpdtm@cuyahogacounty.us
**Subject:** Update Statistics from Ohio Department of Health 2010 General Findings and Trending from 2006-2010

Good Morning,

I have attached two documents from the Ohio Department of Health regarding unintentional drug overdoses and the information is not good. Unintentional drug overdoses caused 1,544 deaths to Ohio residents in 2010. This is the highest number of deaths on record for drug overdose and surpasses the previous highest number (1,475) in 2008 by 5 percent.

I will be sending out an e-mail next week regarding a date for the next Partnership for Prevention/Opiate Task Force to be held in April.

For those of you that were not able to attend the staged reading of Legally Addicted last week the turn out was great. I have heard nothing but positive feedback from residents of Cuyahoga as well as individuals from Summit, Medina and Holmes Counties. Once again I want to thank all of those coalition members that participated in the planning of the event, without your help this idea would have never come to fruition.

Have a nice weekend.

Vince Caraffi, R.S., M.P.H.
Supervisor
Cuyahoga County Board of Health
216-201-2001 ext. 1209

CONFIDENTIAL

CUYAH_010685323