Exhibit 122

Message

| | |
|---|---|
| From: | Todd Hollett [thollett@oacbha.org] |
| Sent: | 5/21/2012 7:06:18 AM |
| To: | William Denihan [denihan@adamhscc.org]; Precia Stuby(pstuby@bhg.org) [pstuby@bhg.org] |
| CC: | Scott Osiecki [osiecki@adamhscc.org] |
| Subject: | FW: Ohio Report, Friday, May 18, 2012 |



## Ohio Report for Friday, May 18, 2012

Legislature Prepares For Sprint To Finish Of Spring Session; Numerous Bills Eyed For Passage Next Week
$90 Million MARCS Upgrade On Heavy Controlling Board Agenda
ODE Tests Technology-Based State Assessments With Help Of 260 Districts
Ohio's Unemployment Rate Drops Again In April
Board Urges No Clemency In Cuyahoga County Murder
AG Announces Shoe Settlement, Sues Foreclosure-Rescue, Investment-Software Companies; PJG Enterprises Info Sought
Agency Briefs: Partnership To Help Foster Kids; ODNR Awards Funds For Tire Cleanup; eTech; OHFA; CIIC; OHS; BWC; CSRAB
From Congress: Brown Backs House Protection Of Piketon Funding; Portman; Kucinich; Fudge; Ryan; Renacci
==Ohio Business: Cardinal Health, DEA Reach Agreement==; Frisch's Finalizes Golden Corral Sale; FirstEnergy Elects Board Members ...
Governor's Appointment
Supplemental Agency Calendar

## Calendars

Day Planner
Legislative Committee Schedules
Event Planner

Please do not reply to this message. This mailbox is not regularly monitored. Please send all correspondence to gongwer@gongwer-oh.com

Copyright, 2012, Gongwer News Service, Inc. All Rights Reserved. This message and any attachments may not be forwarded or reproduced without express permission from Gongwer News Service.

No virus found in this message.
Checked by AVG - www.avg.com
Version: 2012.0.2176 / Virus Database: 2425/5013 - Release Date: 05/21/12