Exhibit 123

[ HYPERLINK "http://www.gongwer-oh.com" ]

# Daily Activity Planner for Saturday, May 19-Monday, May 21

**[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=skeds_subscribers.cfm&date=5/19/2012" ]**

## Monday, May 21

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=committee.cfm&committee=33702&locid=2" ], (Chr. [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=98702&locid=2" ], 644-6886), Rm. 121, 11 a.m.

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_billdetail.cfm&billid=2011SB31502" ] [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=legislation_querymanager.cfm&billid=2011SB31502" ]    **ENERGY POLICY** ([ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=74002" ]) To make changes to the energy and natural resources laws and related programs of the state. (3rd Hearing-All testimony)

[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=committee.cfm&committee=32102&locid=2" ], (Chr. [ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=bio.cfm&nameid=143902&locid=2" ] 728-8778), Senate North Hearing Rm., 1:30 p.m.

**[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=boards_subscribers.cfm&date=5/19/2012" ]**

## Monday, May 21

**Development Financing Advisory Council**, Rm. East B, 31st Floor, 77 S. High St., Columbus, 10 a.m.

**Interagency Task Force on Mental Health and Juvenile Justice**, Room 1960, 77 South High Street, Columbus, 10 a.m.

**Tax Credit Authority**, Rm. West B&C, 31st Floor, 77 S. High St., Columbus, 10 a.m.

**[ HYPERLINK "http://www.gongwer-oh.com/index.cfm?link=boards_subscribers.cfm&date=5/19/2012" ]**

## Monday, May 21

**Retirement party for longtime Senate staffer Debbie Hutras**, Lexi's on Third, 100 E. Broad St., Columbus, 5 p.m.

© 2012, Gongwer News Service, Inc. Reproduction of this publication in whole or in part without the express permission of the publisher is in violation of the federal Copyright Law (17 USC 101 et seq.) as is retransmission by facsimile or any other electronic means, including electronic mail.

[ HYPERLINK "mailto:amiller@gongwer-oh.com" ], President | [ HYPERLINK "mailto:smiller@gongwer-oh.com" ], Vice President | [ HYPERLINK "mailto:kcahlander@gongwer-oh.com" ], Editor | [ HYPERLINK "mailto:mroth@gongwer-oh.com" ], [ HYPERLINK "mailto:rbuccicone@gongwer-oh.com" ], [ HYPERLINK "mailto:tminnear@gongwer-oh.com" ], [ HYPERLINK "mailto:intern@gongwer-oh.com" ], Staff Writers

17 S. High St., Suite 630 | Columbus Ohio 43215 | Telephone: 614.221.1992 | Fax: 614.221.7844 | [ HYPERLINK "mailto:gongwer@gongwer-oh.com" ]

CONFIDENTIAL