Exhibit 125

| | |
|---|---|
| Message | |
| From: on behalf of | Aimee Wade [/o=exg5/ou=Exchange Administrative Group (FYDIBOHF23SPDLT)/cn=Recipients/cn=wadea66282] Aimee Wade [/o=exg5/ou=exchange administrative group (fydibohf23spdlt)/cn=recipients/cn=wadea66282] |
| Sent: | 5/22/2012 10:25:38 AM |
| To: | Adrainne Lopp [adriannelopp@yahoo.com]; 'Alexander Cagle (uops@uops.org)' [uops@uops.org]; 'Andrea Denton' [dentona@admboard.org]; 'Ann Robson (arobson@pastoralcounselingsummit.com)' [arobson@pastoralcounselingsummit.com]; Anna Davis [adavis@eakronhouse.org]; Beth Kuckuck [kuckuckb@admboard.org]; Bonnie Sharp [bonnie.sharp@commhealthcenter.org]; 'Charles Kelly' [charleskelly@yahoo.com]; Christine Smalley [csmalley@pcssummit.com]; 'Darryl Brake (darrylab@sbcglobal.net)' [darrylab@sbcglobal.net]; 'Deputy Leigh Burdette (lburdette@sheriff.summitoh.net)' [lburdette@sheriff.summitoh.net]; 'DeShawn Bickley' [hwassistant@hillwood2.com]; 'Jennifer Gulley-Walker' [jeniwalk@yahoo.com]; Jessica Heropulos [jheropulos@cpcourt.summitoh.net]; John Ellis [jellis@admboard.org]; 'Kim Helms' [khelms@asiainc-ohio.org]; 'Laura Kidd (Lkidd@matureservices.org)' [Lkidd@matureservices.org]; Lauren Munk (lauren.munk@commhealthcenter.org) [lauren.munk@commhealthcenter.org]; Leiws Rackley [lewisjrackley@yahoo.com]; 'Linda Lann' [LindaL@townhall2.com]; 'Lindsey Lambillote' [bentleylindsey@yahoo.com]; Lori Anderson [loria@akronymca.org]; Mao Vue (mvue@asiainc-ohio.org) [mvue@asiainc-ohio.org]; 'Merle Bennett-Irvin (mirvin@akron.k12.oh.us)' [mirvin@akron.k12.oh.us]; northeastohioappliedhealth@yahoo.com; Paula Rabinowitz [paular@admboard.org]; Paula Willey [barbertonconcerns@yahoo.com]; 'Sergeant Mike Walsh' [mjwalsh6@aol.com]; Shelia Smith (smithmah54@yahoo.com) [smithmah54@yahoo.com]; 'Sue Wigington (wigingtonsue@greenlocalschools.org)' [wigingtonsue@greenlocalschools.org]; Tammy Kline (tkline@schd.org) [tkline@schd.org]; Tiffany Edwards [tedwards@eakronhouse.org]; Tim Greathouse [timgreathouse@gmail.com] |
| Subject: | Prevention Performance Improvement Meeting Minutes-May 18, 2012 |

## PREVENTION PERFORMANCE IMPROVEMENT MEETING MINUTES
## May 18, 2012

**Present:** Kim Helms, ASIA Inc.; Laura Kidd, Mature Services; Tammy Kline, Summit County Public Health; Beth Kuckuck, ADM Board; Bonnie Sharp, CHC; Shelia Smith, Summit County Community Partnership; Aimee Wade, ADM Board; Adrianne Lopp, A-UMADAOP; William VanDyke, A-UMADAOP; Paula Rabinowitz, ADM Board

- Welcome

- Updates were given on recent trainings attended including:

    - ADM Board clinical staff had an opportunity to meet with the Director of the Ohio Department of Mental Health, Tracy Plouck, in March. This meeting was prior to the announcement of the merging of her department with ODADAS, but it was important to have the opportunity to discuss important MH & AoD issues with her. She was very transparent and receptive to issues being discussed. It has been said that she may be the Director of the joint departments.

    - Information brought back from the *Opiate Conference* was discussed. Power Points for the break outs that Aimee attended, "Epidemic of Prescription Drug Overdose" in Ohio and "Opiate Use and Addiction in the Adolescent Population" can be found at the below link and attachment to this email. Paula R. and Shelia S. discussed information they obtained from Governor Kasich's address to the group including the release of prescribing guidelines for ER's and Acute Care Facilities approved on 4/18/12 and a moving presentation from the group SOLACE. A copy of the guidelines was disseminated during the meeting.

    http://oacbha.org/wp-content/uploads/2012/02/N-Opiate-Use-and-Addiction-in-the-Adolescent-Population-HO-B-Lander.pdf

    - Information from the *ADAPAO Conference* was discussed. Some interesting facts for community engagement on the local medical marijuana issue included: engaging college media outlets now so they

will be able to properly frame the issue when the proponents emerge closer to election time, discuss the impact on colleges who receive federal funding and federal financial aid received by students if this is passed, marijuana will still illegal per federal law, provide training/education opportunities to our youth as well, even though they cannot vote, they have a lot of influence and, **Engage the business community!** Speak their language and they will pay attention! Talk about the implications for Worker's Comp, Unemployment and the conflict between federal and state laws, especially if they are federally regulated (e.g. By Dept. of Transportation)

- Bonnie B. discussed information she received at a *Human Trafficking* training she attended and the impact locally. Beth K. discussed the impact on human trafficking on our local juvenile justice system.

- Shelia S. discussed her experience at the *Hidden in Plain Sight* presentation by the Copley Police Department, which gave the opportunity for participants to see things that could be a signs of substance abuse in a typical teenager's bedroom.

- An update was given on the "Marijuana: What's the Big Deal?" training scheduled for June 22, 2012. 215 people had registered so far and there is capacity for 400. John Ellis recently did an interview with WAKR regarding the issues with marijuana use locally and Beth K. heard an announcement regarding the training on 91.3 The Summit! WAKR will most likely cover the actual training event, soliciting comment from presenters and attendees. Here is a link to John's interview: http://akronnewsnow.com/news/local/item/35689-teen-pot-use-up

- Clinical Services Manager, John Ellis, reviewed handouts of the new Prevention Review Policy and prevention standard and answered question surrounding the upcoming process.

- **SPF Carryover Funds**

    The Board has again received funding from ODADAS to help build our local prevention infrastructure! This year the funds have been specifically designated for staff development. Several board area representatives will be attending the SPF Conference on June 30-31, 2012 as part of the requirements for accepting these funds. Those present at the prevention meeting were provided with a copy of the general requirements for expenditure of the funds and invited to give feedback and ideas by June 1, 2012 to Aimee via email.

    Some of the ideas for expenditure of the funds, which has to be done by August 31, 2012, were for prevention trainings and conference attendance and local prevention credentialing training and testing/certification fees.

    On March 26, 2012 an email was sent out entitled "Prevention Certification Training Needs" based on interest expressed during the previous prevention meeting in having prevention training surrounding the areas needed for prevention certification and re-certification. Unfortunately there was minimal response; therefore providing access to these trainings locally was not pursued. Based on a re-assertion of interest I will be sending out this email again and based on the response, SPF funds may be utilized towards these training efforts. If you responded to the initial email, please do not feel obligated to respond again.

## Next Meeting: July 27, 2012



Aimee R. Wade, MSW, LISW-S | Compliance, Certification & Training Coordinator
330-564-4088 | Fax 330-252-3024
100 Cedar Street, Suite 300 | Akron Ohio 44307
www.admboard.org

Recovery Starts Here.



SUMMIT_001284657