Exhibit 126

This document exceeds the court's maximum electronic file size of 35 megabytes. Parties wishing to receive a copy via FTP or email should notify counsel for Cardinal Health.

Appendix Tab 126