# Exhibit 127

Message

| | |
|---|---|
| From: | Hugh Shannon<hshannon@cuyahogacounty.us> [Hugh Shannon<hshannon@cuyahogacounty.us>] |
| Sent: | 7/9/2012 8:33:02 AM |
| To: | jgauntner@cuyahogacounty.us |
| CC: | Matt Carroll [mpcarroll@cuyahogacounty.us] |
| Subject: | Heroin overdoses 2011 |

Joe

This topic continues to come up. We had another recent media request for this information. Also, we prepared maps for Council members, that show the statistics by district (these maps were not sent to the media).

I am passing along to you as well so everyone has a copy of what is being distributed.

Hugh

Hugh B. Shannon, Administrator
Cuyahoga County Medical Examiner's Office
11001 Cedar Avenue
Cleveland, Ohio 44106
(216) 443-7173 office
(216) 299-8311 cell

Please be advised: All communication with this office should be considered public record and subject to review upon request per the Ohio Revised Code.

CONFIDENTIAL　　　CUYAH_001635406