Exhibit 128

 

**CUYAHOGA COUNTY MEDICAL EXAMINER'S OFFICE**
Thomas P. Gilson, M.D.
11001 Cedar Avenue
Cleveland, Ohio 44106

# FOR IMMEDIATE RELEASE: Monday, July 09, 2012
Contact:                    Dr. Thomas P. Gilson, Medical Examiner (216) 698-3154

## DRAFT CUYAHOGA COUNTY MEDICAL EXAMINER
## STATISTICAL REPORT 2011 – HEROIN RELATED DEATHS

The Cuyahoga County Medical Examiner's Office hereby releases a draft 2011 statistical report, for Medical Examiner-ruled heroin-related death in Cuyahoga County, with the following notations:

*NOTE: Heroin-related deaths means that heroin or the proper combination of metabolites were present and were a direct or supporting cause of the ruled death.

Medical Examiner-ruled heroin-related deaths* for 2011 (to date)
105 ruled cases in Cuyahoga County. 25 ruled cases were female, 80 male.
23.8% of heroin-related deaths in Cuyahoga County are female.
82.8% of heroin-related deaths in Cuyahoga County are white.
54 heroin-related deaths occurred in the City of Cleveland, or 51.4%.
1 occurred in an unknown location and 50 occurred in suburban communities, or 47.6%.

| PAST YEARS | HEROIN DEATHS | DEATHS FEMALE | % FEMALE HEROIN DEATHS | % SUBURBAN HEROIN DEATHS |
|---|---|---|---|---|
| 2010 | 91 | 16 | 17.6% | 46.01% |
| 2009 | 63 | 22 | 25.4% | 38.10% |
| 2008 | 61 | 16 | 26.2% | 50.0% |
| 2007 | 37 | 6 | 16.2% | 35.5% |

Any questions regarding the preliminary draft statistical numbers regarding medical examiner-ruled heroin-related deaths to date for 2011 shall be referred directly to Thomas P. Gilson, M.D., Medical Examiner of Cuyahoga County.

Annual statistical data reports from the Cuyahoga County Medical Examiner's Office are available on-line at: http://coroner.cuyahogacounty.us/.

Members of the media who wish additional medical examiner's statistical reports, must make such requests pursuant to Ohio Revised Code 313.10 to:

Cuyahoga County Medical Examiner's Office, 11001 Cedar Ave., Cleveland, OH 44106
Or via email: hshannon@cuyahogacounty.us

-30-

Phone: (216) 721-5610   ·   Fax: (216) 721-2559   ·   Ohio Relay Service (TTY) 1-800-750-0750

CONFIDENTIAL                                                                                                                                 CUYAH_001635407