# Exhibit 129



Thomas P. Gilson, M.D.

# CUYAHOGA COUNTY STATISTICS: HEROIN-RELATED DEATHS IN MEDICAL EXAMINER-RULED CASES

## DISTRICT OF RESIDENCE (Where decedent resided)

| Co Council District 2011 | 2009 | 2010 | 2011 | Grand Total |
|---|---|---|---|---|
| 1 | 2 | 6 | 8 | 16 |
| 2 | 9 | 13 | 17 | 39 |
| 3 | 13 | 16 | 19 | 48 |
| 4 | 5 | 5 | 8 | 18 |
| 5 | 3 | 3 | 4 | 10 |
| 6 | 3 | 7 | 3 | 13 |
| 7 | 7 | 11 | 13 | 31 |
| 8 | 3 | 8 | 10 | 21 |
| 9 | 1 | 1 | 8 | 10 |
| 10 | 7 | 7 | 3 | 17 |
| 11 | 4 | 5 | 5 | 14 |
| Out of County | 6 | 9 | 8 | 23 |
| Grand Total | 63 | 91 | 106 | 260 |

## DISTRICT OF INCIDENCE (where injury occurred)

| Co Council District 2011 | 2009 | 2010 | 2011 | Grand Total |
|---|---|---|---|---|
| 1 | 2 | 6 | 5 | 13 |
| 2 | 5 | 11 | 14 | 30 |
| 3 | 9 | 13 | 21 | 43 |
| 4 | 4 | 2 | 5 | 11 |
| 5 | 5 | 1 | 2 | 8 |
| 6 | 2 | 6 | 4 | 12 |
| 7 | 7 | 10 | 11 | 28 |
| 8 | 3 | 9 | 9 | 21 |
| 9 | 1 | 1 | 5 | 7 |
| 10 | 2 | 6 | 4 | 12 |
| 11 | 2 | 4 | 6 | 12 |
| Out of County | 21 | 22 | 20 | 63 |
| Grand Total | 63 | 91 | 106 | 260 |

**NOTE 1: Difference between residence and incidence** - While these places do overlap at times, there are a number of out of county residents and those where the incidence takes place out of county but decedent was transported IN county for hospitalization prior to death.

**NOTE 2: Heroin-related deaths** - Meaning that heroin was either the cause, or a contributing factor in the cause of death.

**NOTE 3: Medical Examiner-ruled case** - Cases are only those that have been ruled upon by the Medical Examiner's Office.  They do include cases from residents and incidents that originated outside of Cuyahoga County but because the decedent dies with the borders of Cuyahoga County, they become the jurisdiction of the Cuyahoga County Medical Examiner.

CONFIDENTIAL

CUYAH_001635408