Exhibit 130

