# Exhibit 131



Injury Locations of Heroin-related Deaths