# Exhibit 132



Residences of Heroin-related Deaths