# Exhibit 133

