Exhibit 134

