Exhibit 135

