# Exhibit 136

Message
_____

| | |
|---|---|
| From: | Hugh Shannon [hshannon@cuyahogacounty.us] |
| Sent: | 8/28/2012 10:32:36 AM |
| To: | denihan@adamhscc.org; vcaraffi@ccbh.net; tallan@ccbhh.net; Craig Tame [Craig.Tame@usdoj.gov] |
| CC: | Thomas Gilson [tgilson@cuyahogacounty.us]; Norberto Colon [ncolon@cuyahogacounty.us] |
| Subject: | Heroin taskforce planning |

Attached is the release we did on 2011 heroin deaths and a mock up of the 2012 Mid-Year (FYI- this is not for public distribution as of now). We also did a report for County Council with maps by injury and death city.

I have uncovered additional information and am zeroing in on a few select counties out of state (St. Louis, Multnomah, King, Suffolk, Allegheny) as well as in-state (Franklin, Hamilton, Montgomery and Summit).

My current thinking is as follows:

The existence of the Opiate Taskforce (with emphasis on treatment and prevention), already funded and supported by most of our organizations, as well as the existence of the Sheriffs Narcotics Unit, DEA Taskforce and NE Ohio Interdiction Taskforce (with law enforcement focus) again already in existance seems that portions and resources of each should be temporarily be reallocated to focus on the heroin issue (six months? to start).

I have started a matrix that includes some resources, strategies, etc. for each of the areas that need to be addressed. This is just a first look so please feel free to review and include or add whatever is necessary.

I will also assemble what info we have for Board of Health to analyze as soon as possible. Also, about halfway down the page at the following webpage is some award winning research done by one of our toxicologists on the topic: http://medicalexaminer.cuyahogacounty.us/en-US/Toxicology-Laboratory.aspx

Thank you,

Hugh

Hugh B. Shannon, Administrator
Cuyahoga County Medical Examiner's Office
11001 Cedar Avenue
Cleveland, Ohio 44106
(216) 443-7173 office
(216) 299-8311 cell

Please be advised: All communication with this office should be considered public record and subject to review upon request per the Ohio Revised Code.

CONFIDENTIAL                                                                 CUYAH_009842562