# Exhibit 138

 

**CUYAHOGA COUNTY MEDICAL EXAMINER'S OFFICE**

Thomas P. Gilson, M.D.
11001 Cedar Avenue
Cleveland, Ohio 44106

# FOR IMMEDIATE RELEASE: Tuesday, August 28, 2012

Contact:  Dr. Thomas P. Gilson, Medical Examiner (216) 698-3154

## DRAFT CUYAHOGA COUNTY MEDICAL EXAMINER
## STATISTICAL REPORT 2012 – HEROIN RELATED DEATHS

The Cuyahoga County Medical Examiner's Office hereby releases a draft 2012 mid-year* statistical report, for Medical Examiner-ruled heroin-related deaths** in Cuyahoga County, with the following notations:

*NOTE 1: Cases ruled as of August 14, 2012 for cases occurring between January 1, 2012 and June 30, 2012.
**NOTE 2: Heroin-related deaths means that heroin or the proper combination of metabolites were present and were a direct or supporting cause of the ruled death.

Medical Examiner-ruled heroin-related deaths** for 2012
(to date* –June 30, 2012)
75 ruled cases in Cuyahoga County. 20 ruled cases were female, **55 male.**
**26.67%** of heroin-related deaths in Cuyahoga County are female.
**78.67%** of heroin-related deaths in Cuyahoga County are white.
35 heroin-related deaths occurred in the City of Cleveland, or **46.67%** and 40 occurred in suburban communities, or **52.33%**.

| PAST YEARS | HEROIN DEATHS | DEATHS FEMALE | % FEMALE HEROIN DEATHS | % SUBURBAN HEROIN DEATHS |
|---|---|---|---|---|
| 2011 | 107 | 25 | 23.4% | 46.70% |
| 2010 | 91 | 16 | 17.6% | 46.01% |
| 2009 | 63 | 22 | 25.4% | 38.10% |
| 2008 | 61 | 16 | 26.2% | 50.0% |
| 2007 | 37 | 6 | 16.2% | 35.5% |

Any questions regarding the preliminary draft statistical numbers regarding medical examiner-ruled heroin-related deaths to date for 2012 shall be referred directly to Thomas P. Gilson, M.D., Medical Examiner of Cuyahoga County.

Annual statistical data reports from the Cuyahoga County Medical Examiner's Office are available on-line at: http://coroner.cuyahogacounty.us/.

Members of the media who wish additional medical examiner's statistical reports, must make such requests pursuant to Ohio Revised Code 313.10 to:

Cuyahoga County Medical Examiner's Office, 11001 Cedar Ave., Cleveland, OH 44106
Or via email: hshannon@cuyahogacounty.us

-30-

Phone: (216) 721-5610  ·  Fax: (216) 721-2559  ·  Ohio Relay Service (TTY) 1-800-750-0750

CONFIDENTIAL

CUYAH_009842564