Exhibit 140

