# Exhibit 141



Residences of Heroin-related Deaths