Exhibit 142

**Multi-Jurisdictional Law Enforcement Task Force Addendum to 2005 Justice Assistance Grant Application Continued.**

# Drug Threat Assessment



# Summit County, Ohio

**Threat Assessment prepared by,**

**Captain Hylton E. Baker**
**Summit County Sheriff's Office**
**Summit County Drug Unit**

**53 University Avenue,**
**Akron, Ohio 44308**

**Communications Center : 330-643-2181**
**Summit County Drug Unit Office : 330-543-2170**
**Fax : 330-374-7603**

SUMMIT_000023567

I.     **Introduction**

**Threat Assessment for the Greater Summit County, Ohio area.**

A.     **Data Sources**

Akron Beacon Journal

Akron/Canton Area Partners for Progress

Akron/Canton Regional Airport

Akron-Fulton International Airport

Akron Metropolitan Housing Authority

Akron Police Department

Barberton Police Department

Bureau of Alcohol, Tobacco and Firearms

Cleveland Plain Dealer

Cuyahoga County Airport

Cuyahoga Falls News Press

Cuyahoga Falls Police Department

Dassault Falcon Aircraft Corporation

Detroit Metropolitan Airport

DHL Worldwide Express

Drug Enforcement Administration (Cleveland –R/O)

Federal Bureau of Investigation (Akron-R/O)

Federal Express

Greater Akron Drug Task Force

Greyhound

SUMMIT_000023568

John S. Knight Foundation

Kent State Airport

National Drug Intelligence Center

Northeast Ohio Trade and Economic Consortium (NEOTEC)

Ohio Bureau of Criminal Identification & Investigation

Ohio Department of Agriculture

Ohio Department of Development, Office of Statistic Research

Ohio High Intensity Drug Trafficking Areas (HIDTA)

Ohio Highway Patrol

Ohio Office of Criminal Justice Services

Pittsburgh International Airport

Portage County Regional Airport

Springfield Township Police Department

Stow Police Department

Summit County Drug Unit

Summit County Emergency Management Agency

Summit County Engineer

Summit County Medical Examiners Office

Summit County Sheriff's Office

The Repository

Toledo Express Airport

Twinsburg Police Department

United Parcel Services

SUMMIT_000023569

United States Citizenship and Immigration Service

United States Coast Guard

United States Department of Agriculture

United States Department of Commerce, Bureau of the Censes

United States Department of Homeland Security, Office of Immigration Statistics

University of Akron Police Department

Youngstown-Warren Regional Airport

This assessment is based on intelligence information and observations as a result of various drug investigations conducted throughout Summit County.  Governmental statistical data provides an intimate view of the county.  Combined, this data provides a profile of drug abuse and drug distribution trends that threaten to undermine the socio-economic fabric of the communities and citizens that make up Summit County, Ohio.

- 4 -

SUMMIT_000023570

**II. Environmental and Related Threats:**

  **A. Geography:**

Summit County is located in northeast Ohio. It was so named because it has the highest elevation on the Ohio and Erie Canal. The total population figures as established in the 2000 U. S. Census is 542,899  (Note: 2003 population figure is 546,733, representing an increase of 0.7%). Summit County encompasses a total area of 420 square miles, including 7 square miles of water. 2000 U.S. Census Bureau figures indicate a population density of 1,315.4 persons per square mile. Summit County includes the municipal jurisdictions of  Akron, Barberton, Bath, Clinton, Copley, Coventry Township, Cuyahoga Falls, Fairlawn, Green, Hudson, Village of Lakemore, Macedonia, Manchester, Mogadore, Munroe Falls, New Franklin, Northfield, Northfield Center, Norton, Peninsula, Reminderville, Richfield, Silver Lake, Springfield Township, Stow, Tallmadge, Twinsburg, Twinsburg Township and Uniontown. Summit County is strategically located between Chicago, Illinois and New York City, New York. A network of major interstate highways including I-71, I-76, I-77, and I-80 are found in or near Summit County. These highways also allow access to other major highways including I-70, I-75, and I-90. By location alone, the greater Summit County, Ohio area presents itself as a prime area of opportunity for the transportation and distribution of illicit drugs by drug-trafficking organizations.

Summit County is home to the Blossom Music Center, located in northern Summit County. Blossom Music Center is known nationwide as a concert entertainment venue. Blossom Music Center receives 350,000 visitors per year from across the nation,

SUMMIT_000023571

attending various concert opportunities. Associated with many patrons of the venue are various illicit drugs. In the past three years, officers of the Summit County Drug Unit have arrested more than 400 patrons for trafficking, use and possession of illegal drugs. Drugs transported into Summit County and seized at this location include significant amounts of Marijuana, PCP, Methamphetamine, Cocaine, LSD, Heroin, and Psilocybin.

Additionally, there are three airports within Summit County; two are commercial and both have international designations. Long Lake which is part of the Portage Lakes area is a designated landing location for Pontoon Planes. Within 50 miles of Summit County there is access to seven airports, two with international designations. Within 100 miles of Summit County there are an additional five airports with international designations, including Detroit, Michigan, which is a source city for the distribution of cocaine into the Summit County, Ohio area.

Summit County rests within 35 miles of the Port of Cleveland, which offers access overseas and Great Lakes shipping of millions of tons of cargo annually. Private pleasure craft abound on Lake Erie and boats going back and forth to Canada are virtually un-checked. The Ohio-Canada border encompasses approximately 146 miles, including forested areas, the Great Lakes, and numerous rivers. The waterways and airfields along the border compound the enforcement difficulties for border and local authorities. The Great Lakes and St. Lawrence River borders constitute approximately 5,592 miles of shoreline, including hundreds of isolated islands and long stretches of remote wilderness. These waterways are home to millions of recreational and commercial vessels, among which trafficking vessels may hide. Small aircrafts traversing the border fly relatively

SUMMIT_000023572

unimpeded between the two countries. Radar coverage is virtually nonexistent, and many aircraft cross the border unrestricted, landing at unmonitored airfields.

Drug transportation and distribution have increased especially in inter-city areas among students and street gangs. Within Summit County there is one State University with a transient student population of approximately 23,000.  In a Summit County Drug Unit case several University of Akron students were arrested and charged in a conspiracy to distribute Canadian marijuana in the Summit County, Ohio area. There are fifty-two identified motorcycle / street gangs with an estimated 973 members. In addition, there are forty-three Akron Metropolitan Housing Authority (AMHA)  sites with 762 homes and 4,013 Section 8 (low income) residences with a combined total of more than 13,509 residents. Historically these areas have been havens for street gang members distributing their illicit wares.

Law enforcement efforts must be continually focused upon identifying and dismantling drug-trafficking organizations while utilizing sophisticated and innovative investigative techniques. Related statistics for the Summit County Drug Unit convey the importance of concentrated interdiction efforts and investigations to terminate the activity of drug-trafficking organizations in this geographic region of Ohio, and the United States.

SUMMIT_000023573

## 1. Air Threat:

**Locally:**

Akron-Canton Regional Airport, located on the Summit/Stark county line is the primary airfield serving the region. The facility operates scheduled domestic airline services and

is a U.S. Customs (ICE) landing rights airport. The Akron-Canton Regional Airport averages over 342 flights per day of commercial, air taxi and general aviation flights. The airport accommodates approximately



1,500,000 passengers per year. The Akron-Canton Regional Airport is currently engaged in a $55 million dollar renovation project. Flights are expected to increase by 50 percent to major cities, including New York (LaGuardia), Orlando, Las Vegas and Houston. The airport projects that by 2008 it will accommodate 1,800,000 passengers per year. The airlines accommodate inbound and outbound cargo transportation services. Since 1990 interdiction efforts at the Akron-Canton Regional Airport have included the seizure of more than 45 pounds of marijuana, cocaine in excess of a kilogram and, as well as the drug couriers themselves.  Summit County Drug Unit Interdiction Officers have observed a slowdown in interdictions since 9/11 and the subsequent security measures; however, it is important to note that during a recent large scale, complex poly-drug conspiracy case conducted by the Summit County Drug Unit, numerous curriers were utilized by several drug-trafficking organizations to body carry multiple-ounce quantities of crystal methamphetamine, ketamine, and cocaine onto aircraft from source cities bringing the

- 8 -

SUMMIT_000023574

drugs into Summit County and northern Ohio through the Akron-Canton Regional Airport and Cleveland-Hopkins International Airport. Akron Fulton International Airport, located in the southeast of the City of Akron is primarily utilized for general aviation and corporate flights. The Akron-Fulton Airport averages approximately 20 flights per day. The Airport's International designation is utilized to accommodate the Goodyear Blimps. All international corporate flights are required to utilize the Akron-Canton regional Airport. Flights originating from airfields within the United States can land at this airport. Kent State Airport, located in the southwest of the City of Stow is primarily utilized for general aviation and flight school training. The airport averages approximately 200 flights per day, mostly flight training operations. The airport averages approximately 60,000 flight operations per year.  The airfield accommodates business class aircraft, and has successfully landed planes as large as the Dassault Falcon 900, with a cargo capacity of 127 cubic feet.  Flights originating from airfields within the United States can land at this airport virtually unchecked.

Airfields within a 50 mile radius, or approximately one hour drive from Summit County: Cleveland Hopkins International Airport, located in western Cuyahoga County is the major flight facility and port of entry in the Cuyahoga, Summit, Stark, Medina, Lake and Portage County area. The airport averages approximately 916 flights per day and is the hub for Continental Airlines. The Cleveland Hopkins International Airport services major air carriers as well as providing mail and cargo hubs including United Parcel Service, Fed-Ex and DHL Worldwide Express and connecting spoke systems. International flights connect this facility to England, Canada, Mexico, the Bahamas and other Caribbean Islands which all have major airfields connecting to additional secondary

- 9 -

SUMMIT_000023575

airports.

Burke Lakefront Airport, located on the shore of Lake Erie near the inner-city of Cleveland, Ohio. The airport is used primarily for corporate and general aviation. International flights are accommodated at this facility.

.

The Cuyahoga County Airport, located in eastern Cuyahoga County. This facility is used primarily for general aviation as well as air taxi and cargo flights. The facility averages approximately 70,000 flights per year. International flights are accommodated at this facility.

The Portage County Regional Airport, located in Ravenna, in central Portage County. This facility is used primarily for general aviation. The facility accommodates local cargo shipment carriers, and receives approximately 730-1100 incoming flights annually originating from airfields throughout the United States. The facility has 24 hour aviation fuel service. The airfield can handle private aircrafts up to the Citation Jet. In a Summit County investigation, a local pilot utilized a personal Cessna 210 Aircraft to transport multi-kilogram shipments of cocaine from Florida into Summit County for distribution. This individual utilized several of the smaller low-key airfields within and surrounding the greater Summit County area, including the Portage County Regional Airport, where this aircraft was seized.

The Youngstown-Warren Regional Airport, located 10 miles north of Youngstown in Trumbull County. This facility has been designated as an International Free Trade Zone. The facility normally has flights to 200 cities worldwide, and handles mail and

- 10 -

cargo shipments as well. Currently the facility is accommodating military flights, private aircraft, corporate and charter flights.

The Youngstown Elser Metro Airport, located seven miles south of Youngstown, is a general aviation facility. The Youngstown Elser Metro Airport averages in excess of 342 flights per day including air taxi and cargo flights. Flights originating from airfields within the United States can land at this airport.

Airfields within a 100 mile radius, or approximately two hour drive from Summit County, Detroit Metropolitan Airport, located approximately 30 minutes north of Toledo, Ohio. This facility offers access to numerous international flights including Beijing, China. In 2003 the Detroit Metropolitan Airport accommodated 32,664,620 passengers including 2,615,876 international passengers. This facility also accommodates inbound and outbound cargo, mail and transportation services. In 2002, more than 513,610,800 pounds of cargo were shipped to and from the Detroit Metropolitan Airport.  Through numerous investigations and intelligence information, Detroit, Michigan has shown to be a source city for the distribution of drugs, specifically cocaine into the Summit County, Ohio region.

The Toledo Express Airport, located north of the City of Toledo, Ohio.   Toledo Express is the 2nd largest cargo port in the Great Lakes region, 15th largest cargo port in the United States and 26th largest in the world. Toledo Express is also home to two major cargo airlines. This allows the shipment of packages worldwide. This facility currently has non-stop direct flights throughout the United States, Canada, Mexico, South America

SUMMIT_000023577

and Australia.

The Port of Columbus International Airport, located southeast of the City of Columbus. This facility offers access to multiple international destinations. This facility also accommodates inbound and outbound cargo, mail and transportation services.

Pittsburgh International Airport, located 16 miles from downtown Pittsburgh, Pennsylvania. The facility has a designated foreign trade zone designated for fuel and other industry. The facility averages 437 flights a day to 107 non-stop destinations throughout the United States and Canada. This facility also accommodates inbound and outbound cargo, mail and transportation services.  In 2003, more than 209,847,600 pounds of freight was processed at this airport.

Most commercial airlines provide inbound and outbound cargo transportation services. This is a key market factor in the parcel services since shipping expenses cost less than 75 percent than those charged by traditional shipping companies using airlines. This service offers one hour delivery services upon flight arrival.

There are also numerous other airfields in northern Ohio that are located within close proximity to the Summit County, Ohio area. Small aircraft flights are practically unlimited when considering intrastate and interstate flights, as well as those occurring over the United States / Canadian Border.

SUMMIT_000023578

**2. Land Threat**

**Highways:**

The greater Summit County, Ohio area is a crossroads connected to numerous drug source cities via the United States Interstate System. I-77 starts in Cleveland, Ohio and runs south through Summit County, continuing through West Virginia, into North Carolina and South Carolina. Interstate 80 originates at the



Southern most tip of New York State. It enters Ohio and passes through Youngstown, continuing into Summit County, and merges with I-90 in Lorain County, through Toledo and continues to Northwest Ohio and on to Chicago, Illinois.  I-90 connects to I-75 in Toledo.  I-90 originates in Northern Michigan, runs through Detroit, southward to Toledo, Dayton and Cincinnati and continuing on into Florida. Interstate 90 originates in Boston, Massachusetts on the East Coast, traverses Upstate New York, and follows the Lake Erie shoreline from Buffalo, New York through Erie, Pennsylvania and into Cleveland, connecting to I-77  and merging with I-80 west of Cleveland, continuing through Chicago and on to the West Coast.  Interstate 76 splits with I-70 in the Pittsburgh, Pennsylvania region to the east, then enters Ohio near Youngstown, and

- 13 -

SUMMIT_000023579

continues west through Summit County, connecting to I-77 in Akron, and continuing west to connect to I-71 in Medina County just west of Summit County.  I-71 originates in Cleveland and travels southwest through Columbus, connecting to I-70 and continuing southwest to Cincinnati and ends in Louisville, Kentucky.

In 2002, 84 kilograms, or more than 180 pounds of cocaine with a street value in excess of two million dollars was seized in southern Summit County. This shipment was concealed in a trailer that had been retrofitted with specially designed hidden compartments. This shipment was transported via the Interstate Highway System from Los Angeles, California. The cocaine was intercepted before it could be distributed in the Summit County, Ohio area. The District 8 Criminal Patrol TAC Squad  of the Ohio Highway Patrol is assigned to patrol the interstate roadways and areas where it is likely that encounters with tourists from source cites will occur in or through the Greater Summit County, Ohio region. Since 9/11 and the subsequent heightened security measures, the District 8 Office of the Ohio Highway Patrol has observed an increase in narcotics interdictions along the highway interstate system. The Highway Patrol reports an increase in interdictions arrests of 36.89 percent from 2003 to 2004. The Highway Patrol's interdiction efforts have resulted in the seizure of illicit drugs to include 400.5pounds of marijuana, 40.6 kilograms of Cocaine/Crack Cocaine, 1.7 kilograms of Heroin and 361 grams of Methamphetamine. These drugs with a street value in excess of 5.3 million dollars were destined for markets in or in proximity to the greater Summit County, Ohio area.

- 14 -

SUMMIT_000023580

## Drug bust nabs 11, two from Stark

Two of the 11 men and women arrested in a multiple-agency drug investigation in Summit County are from Stark County

*The Repository, July 18, 2002*

**Rail**

Amtrack services operating in Chicago, Illinois provides preliminary destinations to

Toledo and Cleveland en route to the service's final destination in New York City.

Amtrack services operating in
Cincinnati provide one daily
round trip to Cleveland.
Cleveland Amtrack services offer
two round trips to Columbus and
Cincinnati.



Cleveland Amtrack facilities also receive multiple arrivals from Newark, New Jersey. In

a case conducted by the Summit County Drug Unit and the DEA, heroin trafficking

suspects were routinely picked up from the Amtrack Facility in Cleveland, en route from

the New York State area. These couriers were picked up by a member of the drug-

trafficking organization from Summit County. The couriers were taken to locations in

Cleveland where the drugs were secured and then distributed in the Cuyahoga and

Summit County areas.

**BUS**

Greyhound is one of the primary companies offering public transportation into and

- 15 -

SUMMIT_000023581

through Summit County and the Northeastern Ohio area.

Greyhound offers

transportation

to Chicago, Illinois on

days that Amtrack does

not run. Greyhound

coordinates

transportation services

with Amtrack. Passengers



can arrive in Summit County from anywhere in the United States through various

connections. There are also buses that depart and return from the Akron terminal daily

that run to Cleveland, Cincinnati, Pittsburgh, Pennsylvania, Washington, DC and

Jacksonville, Florida. The greyhound terminal in Akron averages 550 passengers per day

inbound and outbound. The Cleveland terminal has daily routes to Chicago, Illinois, New

York, New York and Boston, Massachusetts. Greyhound also provides door-to-door

cargo and package transportation at approximately one third the cost of Federal Express

or United Parcel Service. In a Summit County Drug Unit Interdiction case, officers were

able to track a currier from California carrying a shipment of cocaine into the Summit

County area. The suspect was successfully interdicted and more than a kilogram of

cocaine, destined for illicit markets in Summit County, was seized. In a large drug

conspiracy case, the principals of the drug-trafficking organization utilized Greyhound

cargo shipping to facilitate the smuggling of large amounts of crystal methamphetamine

into the northeastern, Ohio area including Summit County.

- 16 -

SUMMIT_000023582

**Mail Service**

Shipping companies have been identified as primary sources for commercial transportation of narcotics. At this time there does not appear to be any one shipper of choice, as all commercial shipping companies have been saturated with packaged illegal substances. Current trends and patterns indicate that the indicated shipping companies, (see below) all of which have terminals in Summit County, are utilized at random. Intended recipients of parcels containing illicit drugs generally do not accept a parcel if it is delivered more than one hour past its scheduled time of delivery.

United Parcel Service (UPS) is the world's largest package distribution company utilizing 364 domestic and 405 international airports to facilitate shipping services. The company transports more than 3.4 billion parcels annually, using more than 584 aircraft, 88,000 vehicles and 1,748 facilities to provide service to more than 200 countries. The Summit County facility receives on average 22,000 parcels per day and ships out an average of 20,700 parcels per day. Mail Boxes Etc. now known as UPS Stores is a subsidiary of the UPS Company. It is the largest franchisor of services related to the shipping industry as well as facilities allowing customers to establish local mailing addresses. The business operates over 4,000 independently owned locations worldwide, 3,200 of which are located within the United States. Thirteen of these stores are located in Summit County. A Summit County Drug Unit investigation found a suspect utilizing a Mail Boxes Etc. location in northern Summit County to ship packages of codeine from the Phoenix, Arizona area into Summit County. In May 2005, the Akron Beacon Journal announced

SUMMIT_000023583

United Parcel Service's plans to acquire Overnight Corporation, a freight trucking company. This will allow UPS to compete with Federal Express for shipments of larger goods. According to the American Trucking Association, an industry trade group, 68 percent of all freight in the United States is hauled by trucks. Overnite Corp. has a distribution center in Richfield, located in northern Summit County. This distribution center will continue to be operated by UPS.

Federal Express is the world's largest express transportation company. It transports more than two billion parcels annually, using more than 649 aircraft, 98,950 vehicles and 2,400 facilities providing service in more than 210 countries. The Summit County facility receives on average 5,300 to 5,500 parcels per day and ships out an average 3,500 to 4,500 parcels per day.

DHL Worldwide (DHL) is the world's largest and most experienced international air express network with service to 120,000 destinations in more than 220 countries. DHL operates an unmatched global system of 118 hubs and 238 gateways. There are 250 aircraft operating for, or on behalf of DHL. DHL operates more than 5,000 offices worldwide and provides service to every ZIP code in the United States. DHL offers next flight out service to more than 200 countries. Door-to-door services are available 24 hours a day, 365 days a year for shipments of any size and weight. The Summit County DHL facility receives an average 6,500 parcels per day and ships an average of 3,000 parcels per day.

Since 2001, officers assigned to the Summit County Drug Unit and the Greater Akron Drug Task Force have maintained interdiction operations with parcel distributors in

- 18 -

Summit County, including United Parcel Service, Federal Express, and DHL. These operations have resulted in the seizure of illegal drugs destined for illicit markets in and around Summit County including, 1,341 pounds of marijuana, 17.25 kilograms of cocaine/crack cocaine, 2.1 kilograms of methamphetamines, more than one ounce of asian heroin, and significant amounts of other dangerous drugs including anabolic steroids and schedule II pharmaceuticals. In all, these drugs have a combined street value in excess of 4.1 million dollars. Additionally, these seizures have initiated criminal drug-trafficking cases. An investigation conducted by the Summit County Drug Unit and the DEA resulted from the interdiction seizure of anabolic steroids intended for an illicit market in Summit County. The investigation revealed a drug-trafficking conspiracy involving the distribution of anabolic steroids, heroin and oxycontin from Southeast Asia, to California. The interdiction of crack cocaine and subsequent intelligence sharing led to an investigation and arrest by Texas Law Enforcement authorities of a suspect utilizing the parcel shipping services to distribute crack cocaine into the Summit County, Ohio area..  A multi-drug-trafficking organization conspiracy investigation conducted by the Summit County Drug Unit and the DEA revealed that several drug-



trafficking organizations operating in Ohio and Arizona utilized parcel service delivery companies to facilitate the distribution of illicit drugs through their networks. These

- 19 -

SUMMIT_000023585

organizations utilized parcel delivery services to distribute more than 200 pounds of crystal methamphetamine, 15 kilograms of ketamine, 2 kilograms of cocaine and 200,000 or more doses of 3-4methylenedioxymathamphetamine (MDMA/Ecstasy).

SUMMIT_000023586

### 3. Maritime Threat

Summit County lies within 35 miles of the shores of Lake Erie; generally speaking, the geography of Ohio includes several attributes that facilitate maritime transportation in the region. Northern Ohio is located along the south shore of Lake Erie.



Lake Erie is 241 miles long; the Ohio Lake Erie shoreline covers 146 miles. The lake is a mere 57 miles in width and encompasses 9,906 square miles of water. Lake Erie is part of the St. Lawrence Seaway system, which forms a prominent maritime gateway for economic trade in the U.S. and Canada. In addition, the northern Ohio area has nine major river tributaries that feed into Lake Erie providing commercial and private vessels unlimited access to Northern Ohio via the water.

Within 35 miles of Summit County lies the Port of Cleveland and international seaport for economic trade. The Port of Cleveland processes more than 11 million tons of cargo annually. The port has a foreign trade office that includes the countries of Europe, Asia and East Southeast Asia. The Port of Cleveland receives approximately 1,110 foreign

SUMMIT_000023587

vessels each year.  More than 416,000 private watercrafts are registered in Ohio. Over

28,000 are operated in Cuyahoga County, within 35 miles of Summit County. Across the

shoreline of Lake Erie there are approximately 16,000 boat docks both public and private

that list seven or more berths available. This excludes dockage with less that seven berths

or docking at private residences.  Northern Ohio's tourism industry relies on maritime

activities, attracting three million people annually.  Many of these individuals travel into

and through the area by watercraft originating in Michigan, New York, Pennsylvania and

Canada.  As these activities increase, the Coast Guard is frequently tasked to engage in

search and rescue operations, which allows the agency minimal opportunity to conduct

maritime-based drug interdiction activities. With thousands of small maritime craft

traversing Lake Erie and its tributaries on a daily basis, drug-trafficking organizations

may easily transport illegal drugs and other contraband items between the United States

and Canada with minimal odds of being encountered by maritime law enforcement

officers.

The United States Coast Guard, Ninth District in Cleveland, Ohio assess Lake Erie as a

low to medium threat for maritime smuggling. The assessment is based on data

determining less than one percent of the foreign vessel visiting the Port of Cleveland

originate from source countries. While there have been no significant maritime seizures,

the Ninth District Coast Guard Station reported that illicit drugs were seized off the shore

of Ashtabula County in northeast Ohio from a Canadian National on-board a commercial

vessel of Canadian registry. Additionally, the Coast Guard reported that they receive a

steady stream of intelligence regarding the smuggling of "BC" Marijuana and MDMA

from Canada into the United States. The Coast Guard further reported that a survey

SUMMIT_000023588

indicated that there is currently no active law enforcement interdiction operations

targeting maritime smuggling activities along the shoreline communities of Lake Erie. It

is also significant to note that only one percent of in-bound containerized cargo destined

for the Ohio ports is inspected. This allows a substantial amount of un-inspected

containerized cargo to enter the state which increases the drug threat, as well as the

terrorism threat to the northeastern area of Ohio.

SUMMIT_000023589

**B. Demographics/Cultural Diversity**

The northern Ohio area has long been a center for legal immigration, a trend that continues to the present day. According to the Center for Immigration Studies, the percent of foreign-born legal immigrants in Ohio increased nearly 10 percent between 1990 and 2000. The majority of legal immigrants are of ethnic Arabic, Asian, Dominican, Eastern European, Jamaican, Mexican and Russian decent. These groups generally locate into old city neighborhoods in metropolitan areas. Accompanying high levels of legal migrant immigrants are illegal aliens who have also settled within each of these diverse neighborhoods.

The United States Census Bureau reported for 2000 that Summit County had a foreign born population of 17, 729. Additionally, the foreign born population for the surrounding counties are as follows: Stark County 6,674; Portage County 3,043; Medina County 4,550; and Cuyahoga County 88,761.

The United States Citizenship and Immigration Services reported that during the 2003 fiscal year, 543 individuals were granted Legal Permanent Residence in the Akron, Summit County, Ohio area. The represented countries of origin included but were not limited to; Argentina, Burma, Canada, China, Guatemala, India, Mexico, Philippines, Russia, United Kingdom and Vietnam.  Interestingly, it is noted that of those given Citizenship, 364 or 67 percent had no occupation.

Additionally, the United States Department of Homeland Security, Office of Immigration Statistics reports that in 2004 there were 225,887 nonimmigrant admissions into the State of Ohio. A large percentage of these individuals fail to leave the United States when

- 24 -

SUMMIT_000023590

their Visa expire and become "lost in the crowd". Illegal aliens have been arrested subsequent to narcotics investigations in and about the greater Summit County area. Their countries of origin include, but are not limited to Mexico, Canada, Israel, Thailand, El Salvador, Vietnam and the Dominican Republic.

The United States Census Bureau reports the racial composition of Summit County, Ohio per the 2000 census as follows: white persons 453,336 (83.5 percent); black or African American persons 71,608 (13.2 percent); American Indian and Alaska native persons 1,086 (less than 1 percent); Asian persons 7,641 (1.4 percent); Native Hawaiian and other Pacific Islanders 100 (less than 1 percent); Hispanic or Latino 4,781 (less than 1 percent) and 9,128 persons reporting other or two or more races (1.7 percent).

SUMMIT_000023591

## C. Economics

Formally known as the "Rubber Capital of the World", the Summit County area pioneered the rubber industry. In recent decades the local industry has given way to low cost labor markets of Mexico and Asia. In its place has emerged new cutting-edged applications in polymers, a much more lucrative venture than its predecessor. Summit County has become a world dominator in polymer science and engineering. The University of Akron is the only college of its kind in the world dedicated to this growing, innovative field. Today, over 400 polymer and plastics companies employ more than 30,000 workers in the Greater Summit / Stark County area. It is the largest concentration of polymer activity in the world. As a result, Summit County is fast becoming a major player in the global economic marketplace.

Foreign  Trade Zone #181 operated by the Summit County Port Authority (SCPA) currently encompasses more than 200 acres in Summit County. They include 160 acres at the Akron/Canton Regional Airport, 30 acres in Cuyahoga Falls and 13 acres in Mogadore. The SCPA describes a foreign trade zone as an island in the sea of international commerce. It is considered to be outside of the United States. The Summit County Port Authority provides a number of benefits to companies taking advantage of this foreign trade zone, including tax benefits and relaxation of certain Customs rules.

Currently the unemployment rate for Summit County is 6.6 percent.  Summit County ranks 58th of Ohio's 88 counties.

SUMMIT_000023592

The United States Census Bureau's 2000 census information indicates that the median income for a household in the county is $42,304 and the median income for a family is $52,200. The per capita income for the county is $22,842, 9.90% of the population and 7.50% of families are below the poverty line.

The American Community Survey of 2003, provides Summit County employment by industry as follows:

| | |
|---|---|
| Construction | 6 % |
| Manufacturing | 16 % |
| Wholesale Trade | 5 % |
| Retail Trade | 11 % |
| Transportation, warehousing, utilities | 6 % |
| Information | 2 % |
| Finance, insurance, real estate, rental/leasing | 7 % |
| Professional and business services | 9 % |
| Educational, health and social services | 20 % |
| Leisure and hospitality | 9 % |
| Other services (except public administration) | 5 % |

- 27 -

SUMMIT_000023593

Public administration                          4 %

According to the United States Department of Agriculture, in 2002 there were 377 farms

in Summit County encompassing  21,117 acres of land. The average farm constituted 56

acres of land. In 2003 the Ohio Department of Agriculture reported the number of farms

in Summit County as 370, encompassing 20,000 acres. The average farm consisted of 54

acres. This represents a decline in the number of farms and acreage farmed of

approximately 1.01 percent. Agricultural areas are giving way to the urbanization of

Summit County, and the needs of a rising population. Current projected population

studies by the Ohio Department of Development, Office of Strategic Research suggest

increases in Summit County's population to 557,659 in 2010, 564,806 in 2020 and

565,932 in 2025.

While Summit County's socioeconomic indicators would suggest a strong and healthy

community with educational, recreational and cultural opportunities, it is important to

note that hidden within are deep pockets of social and economic need. These areas of

high poverty tend to be concentrated in the central part of Akron. Other high poverty

areas can also be found scattered through Barberton, Cuyahoga Falls and Twinsburg

Township. These areas of high poverty most directly affect the African-American

population of the county. Historically these areas are exploited and  preyed upon by

violent street gangs as a base for their drug-trafficking activities. In 2002 the Summit

County Drug Unit and the FBI collaborated on a crack cocaine distribution investigation

targeting the "Kakia Klan Outlaws" an East Akron street gang. During the investigation

an undercover agent purchased crack cocaine from numerous gang members. Twice

SUMMIT_000023594

during the operation, gang members attempted to rob the agent at gunpoint. In the aftermath of the investigation, sixty-one members and affiliates of the gang were arrested including the reputed leader of the gang. In another investigation targeting drug-trafficking in low income housing areas throughout Summit County, a group from Columbus, Ohio was discovered transporting and distributing large amounts of crack cocaine into the project areas of Summit County.

SUMMIT_000023595

**D. Global Influences:**

Ohio has a unique relationship with its northern neighbor Canada. Ohio is Canada's most important U.S. trade partner, with annual commerce revenues exceeding $18 billion. Akron (Summit County) is the fastest growing source of exports, while the Cleveland area is the state's largest exporter to Canada. While there are obvious economical benefits to both Ohio and Canada via this arrangement, there are also negative factors that exist. The volume of tourist travel and commerce activity presents numerous opportunities for the transport and distribution of illicit cargo, including narcotics into the northern Ohio area, including Summit County. Recent investigations by the Summit County Drug Unit have identified Asian Organized Crime groups and the Hell's Angels outlaw motorcycle gang members distributing MDMA (Ecstasy) from Canada into the Northern Ohio area. These illicit drug markets include Summit, Cuyahoga, Medina, Mahoning and Franklin Counties, as well as drug markets in New York, New York, Boston, Massachusetts, Pittsburgh, Pennsylvania and Indianapolis, Indiana. Canada has also been identified in Summit County Drug Unit cases as a source of supply of Canadian grown marijuana, smuggled into the Summit County, Ohio area for distribution.

The North Atlantic Free Trade Agreement  (NAFTA) legislation that opened up trade between the U.S. had a similar impact on drug trafficking as in the current relations between the U.S. and Mexico. Many of the products shipped to the United States from Mexico are destined for the Midwest, including Northern Ohio and Summit County. The volume of this shipping provides for further opportunities in the smuggling and distribution of illicit drugs. The Summit County Drug Unit has identified individuals

- 30 -

known to be associated with Mexican Organized Crime in a large scale drug distribution conspiracy. This organization distributed, both directly and through local drug trafficking organizations large amounts of crystal methamphetamine, marijuana, cocaine, and black tar heroin into the Summit County, Ohio area, as well as other areas of Ohio, Illinois and Kentucky.  Distribution cell sites were identified in West Central Ohio, Northern Kentucky and the Greater Atlanta, Georgia. area. Distribution links to the Latin Kings Gang organization in Chicago, Illinois were also uncovered.

Additionally, investigations conducted by the Summit County Drug Unit have revealed sources of supply to include Thailand, where anabolic steroids, pharmaceutical pain medications and heroin were being smuggled to a distributor in California and shipped to illicit markets to include Summit County, Ohio. A key figure in a poly-drug distribution organization traveled to Spain in an attempt to establish an MDMA (Ecstasy) source of supply.  Nigerian nationals were identified body carrying heroin into New York and then on into Cuyahoga County, where the drugs were packaged and distributed in Cuyahoga and Summit Counties.

Aside from these global links between the United States and our international counterparts to the north and south, the Northern Ohio (Summit County) area is strategically located between two very large urban centers known for their high levels of drug trafficking activities. Chicago, Illinois and New York, New York. This strategic advantage allows traffickers and their organizations to transport quantities of narcotics via a well developed interstate highway systems, or through the Great Lakes. In a recent Title III investigation conducted by the Federal Bureau of Investigation and the Summit

SUMMIT_000023597

County Drug Unit, a Jamaican Organization distributing cocaine and marijuana from

NewYork, New York into the Summit County, Ohio area was dismantled.

SUMMIT_000023598

## D. Global Influences:

Ohio has a unique relationship with its northern neighbor Canada. Ohio is Canada's most important U.S. trade partner, with annual commerce revenues exceeding $18 billion. Akron (Summit County) is the fastest growing source of exports, while the Cleveland area is the state's largest exporter to Canada. While there are obvious economical benefits to both Ohio and Canada via this arrangement, there are also negative factors that exist. The volume of tourist travel and commerce activity presents numerous opportunities for the transport and distribution of illicit cargo, including narcotics into the northern Ohio area, including Summit County. Recent investigations by the Summit County Drug Unit have identified Asian Organized Crime groups and the Hell's Angels outlaw motorcycle gang members distributing MDMA (Ecstasy) from Canada into the Northern Ohio area. These illicit drug markets include Summit, Cuyahoga, Medina, Mahoning and Franklin Counties, as well as drug markets in New York, New York, Boston, Massachusetts, Pittsburgh, Pennsylvania and Indianapolis, Indiana. Canada has also been identified in Summit County Drug Unit cases as a source of supply of Canadian grown marijuana, smuggled into the Summit County, Ohio area for distribution.

The North Atlantic Free Trade Agreement  (NAFTA) legislation that opened up trade between the U.S. had a similar impact on drug trafficking as in the current relations between the U.S. and Mexico. Many of the products shipped to the United States from Mexico are destined for the Midwest, including Northern Ohio and Summit County. The volume of this shipping provides for further opportunities in the smuggling and distribution of illicit drugs. The Summit County Drug Unit has identified individuals

- 33 -

known to be associated with Mexican Organized Crime in a large scale drug distribution conspiracy. This organization distributed, both directly and through local drug trafficking organizations large amounts of crystal methamphetamine, marijuana, cocaine, and black tar heroin into the Summit County, Ohio area, as well as other areas of Ohio, Illinois and Kentucky. Distribution cell sites were identified in West Central Ohio, Northern Kentucky and the Greater Atlanta, Georgia. area. Distribution links to the Latin Kings Gang organization in Chicago, Illinois were also uncovered.

Additionally, investigations conducted by the Summit County Drug Unit have revealed sources of supply to include Thailand, where anabolic steroids, pharmaceutical pain medications and heroin were being smuggled to a distributor in California and shipped to illicit markets to include Summit County, Ohio. A key figure in a poly-drug distribution organization traveled to Spain in an attempt to establish an MDMA (Ecstasy) source of supply. Nigerian nationals were identified body carrying heroin into New York and then on into Cuyahoga County, where the drugs were packaged and distributed in Cuyahoga and Summit Counties.

Aside from these global links between the United States and our international counterparts to the north and south, the Northern Ohio (Summit County) area is strategically located between two very large urban centers known for their high levels of drug trafficking activities. Chicago, Illinois and New York, New York. This strategic advantage allows traffickers and their organizations to transport quantities of narcotics via a well developed interstate highway systems, or through the Great Lakes. In a recent Title III investigation conducted by the Federal Bureau of Investigation and the Summit

- 34 -

SUMMIT_000023600

County Drug Unit, a Jamaican Organization distributing cocaine and marijuana from NewYork, New York into the Summit County, Ohio area was dismantled.

## III    Drug Threats :

**Overall Scope of Drug Threats to Summit County.**

The distribution and abuse of cocaine, heroin, methamphetamine and marijuana represent the major drug threats to Summit County, Ohio. Other dangerous drugs including MDMA (Ecstasy), GHB and diverted pharmaceuticals such as Oxycontin and Vicodin are also available and abused.

Most of the cocaine, heroin, MDMA and marijuana available in Summit County, are transported from Mexico, Canada, Arizona, California, Michigan, Texas and New York via private and commercial vehicles, couriers aboard commercial aircraft and package / parcel delivery services.

Criminal groups identified through investigations in Summit County and northeast Ohio with direct influences to the transportation and distribution of illicit drugs include, but are not limited to; Mexican Organized Crime and Drug Trafficking Organizations based in the southwestern United States, Georgia and Illinois and Dominican Drug Trafficking Organizations based in New York.  Also, various street gangs with connections to larger organizations including the Crips and Bloods, Latin Kings, and local independent methamphetamine and marijuana producers throughout the area.

SUMMIT_000023601

---

**Threat Level Definitions**

**Very High.** Demonstrated significant level drug activity based on intelligence and/or regular sizeable seizures. Traffickers display a high level of organization.

**High.** Demonstrated high level of drug activity based on intelligence and/or occasional sizeable seizures. Traffickers display a moderate level of organization.

**Moderate.** Demonstrated moderate level of drug activity based on intelligence and/or infrequent sizeable seizures. Traffickers have a moderate level of organization.

**Low.** Demonstrated negligible level of drug activity based on intelligence and/or infrequent seizures. Traffickers are unorganized.

---

### Cocaine / Crack

**A.  Level of Threat:**  ( Very High )

Powdered and crack cocaine demonstrate stable low costs, highly addictive properties and widespread socio-ethnic and economic use throughout Summit County.

**B.  Availability:**

Powdered and crack cocaine is available for purchase in Summit County from grams



SUMMIT_000023602

to multi-ounce to quarter, half and kilogram quantities. Since 2001 the Summit County Drug Unit has seized more than 105,675 grams or 232.76 pounds of powdered and crack cocaine, with a street value in excess of $10.5 million dollars. Twenty-five percent of all Summit County Drug Unit arrests are related to powdered and crack cocaine.

In a 2004 report by the Ohio Substance Abuse Monitoring Network, respondents to survey questions indicated that crack is available "everywhere" and that "Akron is a crack town." The Summit County Drug Unit is currently involved in investigations targeting crack cocaine trafficking in low income housing area in and about Summit County. Undercover crack cocaine purchases ranging from $20.00 "rocks" to ounce quantities have been made. The Summit County Drug Unit and the Greater Akron Drug Task Force have targeted multi-kilogram traffickers operating in Summit County. These are Organized Crime Drug Enforcement Task Force (OCDEFT) quality cases with Regional Priority Organizational Targets (RPOT).

---

### 15 charged in 9 – month drug probe
#### Summit County cracks down on cocaine trafficking in public housing

A nine-month undercover investigation by the Summit County Drug Unit targeting traffickers in area public housing communities ended this week with the arrest of 15 people
Authorities also say they seized more than $72,000 worth of crack cocaine, two handguns and about $10,000 in cash

*Akron Beacon Journal October 19, 2001*

---

The 2004 Annual Report of the Summit County Medical Examiner's Office, indicates

SUMMIT_000023603

that in 425 autopsies, representing seventy six percent of the Medical Examiner's

cases, where toxicology tests indicated the presence of drugs, cocaine was found to be

the most common drug found that was not necessarily the cause of death and was the

most common drug found in cases where drugs were determined to be the cause of

death.

### C. Associated Crime and Violence:

Cocaine, particularly, crack is the drug most often associated with violent crime in the

State of Ohio. According to the 2003 National Drug Threat Assessment 60.5 percent

of law enforcement agencies in Ohio reported that crack cocaine was the greatest

contributor to violent crime in their jurisdictions. Crack abusers often commit both

violent and non-violent crime to support their habits and crack distributors

commonly commit violent crimes to protect their market territory.  Two Akron

cocaine dealers purchased a kilogram of cocaine from gang members in Youngstown.

The cocaine was paid for with counterfeit currency.  In retaliation the gang members

traveled to Akron, kidnapped the dealers and took them back to the Youngstown area,

where they were bound and executed.

### D. Production:

Coca is not cultivated nor is cocaine produced in Summit County. Cocaine is

produced in South America, primarily Columbia. However, the conversion of

powdered cocaine into base (crack) does occur in Summit County on an as-needed

basis for retail distribution. Crack conversion frequently occurs as close to the retail

distribution level as possible in order to avoid severe legal penalties associated with

SUMMIT_000023604

crack. Investigations conducted by the Summit County Drug Unit have revealed that retail dealers will process cocaine into crack in an "on-order" basis from consumers.

### E. Transportation:

Powdered cocaine and to a lesser extent crack is transported into and through Summit County via personal and commercial vehicle traffic, by couriers on personal and commercial aircraft and by parcel delivery services. Summit County Drug Unit investigations have revealed cocaine shipments transported from Phoenix, Arizona, Los Angeles, California, Miami, Florida and Detroit, Michigan by vehicle utilizing the United States Highway System. Investigations have shown curriers, body carrying, and/or secreting cocaine in luggage utilizing airlines services, and the Akron/Canton Regional Airport to bring cocaine directly into Summit County. Officers assigned to the Summit County Drug Unit's Interdiction Unit have seized 17.25 kilograms or 37.9 pounds of powdered and crack cocaine shipped into the Summit County, Ohio area via parcel services. Source cities include Los Angeles, California, San Diego, California and McAllen, Texas.

SUMMIT_000023605

---

### Police make record drug bust

On Monday, the Summit County Sheriff's office and the Franklin Township police displayed a table heaped with 84 kilos of packaged cocaine taken Sunday from a 2003 Ford truck parked at Knack's Citgo at 5655 Manchester Road.

Police said it was the record cocaine seizure in Summit County, far more than the 20 kilo record, and probably one of Ohio's biggest.

Police said the drugs came from the west coast and that no money or guns were found.

*Akron Beacon Journal, December 31, 2002*

---

**F. Distribution:**

Dominican and Mexican Drug Trafficking Organizations represent the principal wholesale distributors of powdered and crack cocaine in the Summit County, Ohio area. The drugs are further distributed to local drug trafficking organizations including street gangs for distribution. Investigations conducted in Summit County have revealed cocaine distribution by Drug Trafficking Organizations including Mexican, Jamaican Dominican, Columbian, Crips and Bloods. In 2004 law enforcement in Akron, Ohio found members of the V-NOTS street gang obtaining cocaine from Jamaican sources in the State of Florida. In one incident gang member couriers were found with approximately two pounds of cocaine concealed via ingested balloons.

- 40 -

SUMMIT_000023606

---

**Four Charged with Trafficking**
**Bedford Heights**

Summit County sheriff's detectives yesterday arrested four Cleveland men who are accused of dealing crack cocaine in Macedonia and other northern Summit County Communities

*Cleveland Plain Dealer Sept. 6, 2001*

---

**Heroin**

**A. Level of Threat** ( High )

Heroin's local availability, highly addictive properties and low cost combine to make it a high level threat to Summit County, Ohio.



**B. Availability:**

The availability and abuse of heroin poses a significant threat to Summit County. All types of heroin are available in Summit County including Mexican brown and black tar and Asian white.

- 41 -

SUMMIT_000023607

The Ohio Substance Abuse Monitoring Network's 2004 survey indicated that heroin was available throughout Summit County, with new addicts emerging as a result of the high cost of Oxycontin. The Greater Akron Drug Task Force indicated that heroin cases have been on the increase in the greater Akron area. In march of 2005 a subject booked into the Summit County Jail was found to have concealed in his rectum two balloons containing approximately one ounce of Mexican brown heroin.

**C. Associated Crime and Violence:**

Heroin users in Summit County are generally not associated with violent criminal acts; however, the physiological and psychological need to abuse the drug causes many addicts to commit criminal offenses such as prostitution, drug distribution, theft and robbery. Offenses such as theft are often perpetrated against family members. Investigations conducted in Summit County have shown that most retail dealers of heroin are in fact themselves addicts utilizing retail sales to obtain funds to support their habits.

**D. Production:**

There are no known instances of heroin production in Summit County. Heroin available in Summit County is produced from opium cultivated primarily in four source regions: South America, Southeast Asia, Southwest Asia and Mexico.

**E. Transportation:**

Investigations show that heroin is transported into the Summit County, Ohio area by private and commercial vehicles, couriers using airline services, and parcel / package delivery services. The main source for the heroin in Summit County is Cleveland,

SUMMIT_000023608

Ohio. Local retail dealers travel every few days via the United States Highway System to Cleveland, to obtain up to ounce quantities of heroin from mid-level suppliers. Investigations have also revealed heroin sources to include Arizona and New York. The Ohio Highway Patrol reports that in 2004, Interdiction Team Troopers seized more than three fourths of a kilogram of heroin on the highway system in and about Summit County. Officers assigned to the Summit County Drug Unit's Interdiction team have seized heroin shipments from parcel / package delivery services destined for Summit County markets.

## F. Distribution

Mexican Drug Trafficking Organizations are the primary transporters and distributors of Mexican Black Tar, and brown powdered heroin into Ohio, where it is obtained by mid-level distributors and passed on to local low level distributors for street sales and consumption. In a Summit County Drug Unit case individuals associated with Mexican Organized Crime attempted to set up a Black Tar distribution hub in northeast Ohio. More than 100 grams of Black Tar heroin was seized in this operation. At this time intelligence indicates that this organization has abandoned its plans to set up a distribution hub in this area.

Dominicans criminal groups are the primary transporters of South American heroin into northeastern, Ohio. These groups utilize the United States Highway system to transport the drug from the eastern seaboard, mostly New York into the Cleveland, Ohio area where it is further disseminated.

Asian and Nigerian criminal groups transport Asian heroin into northeastern Ohio. In

SUMMIT_000023609

a case conducted by The Drug Enforcement Administration (DEA) and the Summit County Drug Unit a heroin trafficking conspiracy by Nigerian nationals was dismantled. Nigerian nationals were smuggling Asian heroin into the United States via swallowing heroin filled balloons and entering at New York. The couriers would then travel to the Cleveland, Ohio area via Amtrack, where they were met by distributors from the Akron, Summit County, Ohio area. The couriers were taken to various safe-houses throughout the area were they would be relieved of their cargo.

## Methamphetamine

**A. Level of Threat:** ( Very High )

Powdered and crystal (Ice) methamphetamine, combined with the relative ease of local manufacture, its highly addictive properties, and increased use make it a very high level threat in Summit County, Ohio.



**B. Availability:**

Powdered and crystal (Ice) methamphetamine is available throughout Summit County. It can be obtained in amounts anywhere from grams to multi-ounce quantities. A recent Summit County Drug Unit case revealed a local drug trafficking organization to be distributing pound to multi-kilogram quantities of Mexican Organized Crime manufactured crystal methamphetamine. Conservative estimates indicate that this organization imported

- 44 -

SUMMIT_000023610

and distributed more that 200 pounds of crystal methamphetamine.  The 2004 report of the Ohio Substance Abuse Monitoring Network indicated that focus groups containing users, providers and law enforcement reported a growing concern that a serious methamphetamine problem is emerging in the greater Summit County, Ohio area.  Methamphetamine use and production encompass approximately 19 percent of all Summit County Drug Unit arrests.

## C. Associated Crime and Violence:

The potential for violence associated with methamphetamine production, distribution and abuse is significant. Individuals addicted to methamphetamine are unpredictable in their behavior. Methamphetamine abusers are often paranoid and delusional and frequently arm themselves against perceived threats. In a recent production site seizure, Summit County Drug Unit Methamphetamine Clandestine Laboratory Response Team members found a cache of weapons including two AK-47 assault rifles. In another clan lab site, officers encountered weapons placed strategically near doors and windows including semi-automatic handguns, as well as an M-16 and AK-47 assault rifles. As a result of the abusers violent, delusional and paranoid behavior numerous clan lab sites throughout Summit County have been located as a result of local law enforcement officers answering domestic violence calls. Clan lab operators routinely subject and endanger children to chemical exposure and related conditions. During a recent Summit County Drug Unit investigation, on several occasions members of a drug trafficking organization distributing crystal methamphetamine solicited for the murder of individuals perceived as a threat to the organization.

- 45 -

SUMMIT_000023611

**D. Production:**

There has been an increasing concern about the growing threat of methamphetamine

production and trafficking both nationally and within the Summit County, Ohio area.

Nationally the methamphetamine market has spread from the southwestern states

throughout the mid-west and eastward. The larger methamphetamine production

centers, known as "super labs" are primarily operated by Mexican Drug Trafficking

Organizations. Investigations in Summit County have shown that crystal

methamphetamine has been produced and distributed into Summit County and

northeastern Ohio from Mexican drug labs operated in Mexico and the State of

Georgia. Additionally an investigation in neighboring Stark County revealed the

diversion of pseudoephedrine products through small convenient store retailers,

which was then distributed to Mexican Organized Crime groups. The

pseudoephedrine was utilized to produce methamphetamine in Mexican run labs and

returned to the area for distribution. Crystal methamphetamine from Mexican

controlled labs seized in Summit County has shown in quantitative analysis to be 98

percent and above in purity.

Local production by individual small clandestine laboratories continues to increase in

Summit County.  These "mom and pop" production sites utilize the ephedrine /

pseudoephedrine reduction method, to produce an easily manufactured, potent form

of methamphetamine. The seizure of these lab sites has doubled in Summit County

for the past three years. In 2004, 126 methamphetamine sites were seized by Summit

County Clandestine Laboratory Response Team members, this equates to one quarter

of the total sites seized in the State of Ohio. Summit County has and continues to lead

- 46 -

SUMMIT_000023612

the State of Ohio in the seizure of methamphetamine production sites.

<div style="border:1px solid">

### Resident faces "meth" charge

A Cuyahoga Falls woman was one of nine arrested January 5 by the
Summit County Sheriff's department during a bust of three
methamphetamine labs in Akron

*Cuyahoga Falls News Press January 11, 2004*

</div>

Clandestine Laboratory seizures in Summit County reveal the following methods of
methamphetamine production.

Iodine / Red Phosphorus:  The principal chemicals are ephedrine or pseudoephedrine,
iodine and red phosphorus. The required hydriodic acid in this variation of the
hydriodic acid/red phosphorus method is produced by the reaction of iodine in water
with red phosphorus. This method yields high quality d-methamphetamine and
typically is used when hydriodic acid supplies are limited.

Birch:  The principal chemicals are ephedrine or pseudoephedrine, anhydrous
ammonia and sodium or lithium metal. Also known as the Nazi method, the Birch
method typically yields ounce quantities of high quality d-methamphetamine.

- 47 -

## SUMMIT COUNTY METHAMPHETAMINE SEIZURE SITES



Currently in Summit County lab operators are utilizing the iodine / red phosphorus

method. Birch type labs have been limited. In Summit County, eight labs have been

SUMMIT_000023614

found as a result of explosion and fire, several labs have also demonstrated the presence of phosphene gas. Phosphene gas is lethal at levels as low as fifty parts per million. These production sites also leave behind hazardous waste contamination and are often found in hotels, motels and rental properties threatening the health of innocent citizens, law enforcement and other safety service personnel.

---

### Six officers overcome by fumes at drug lab
#### Domestic violence call turns into meth arrest

Six area police officers were treated after inhaling toxic fumes Thursday when a man was arrested on a charge of operating a methamphetamine laboratory in a mobile home park.

*Akron Beacon Journal, January 22, 2005*

---



### E. Transportation:

Investigations indicate that methamphetamine is transported into and through Summit County via personal and commercial vehicle traffic utilizing the United States Highway System. Clandestine Laboratories known as "box labs" are transported in vehicles throughout Summit County. These labs and their component chemicals pose a threat to citizens and safety personnel. Couriers utilizing body carry and luggage

SUMMIT_000023615

import methamphetamine into Summit County via airlines. Summit County Interdiction officers have seized more than a kilogram of methamphetamine shipped into Summit County by parcel / package services.

## F.  Distribution

Mexican Drug Trafficking Organizations and to a lesser extent Outlaw Motorcycle Gangs represent the principal wholesale distributors of foreign produced powdered and crystal methamphetamine into Summit County. In a Summit County investigation more than two pounds of methamphetamine was seized from a Hell's Angels stash house in Springfield Township.  Additionally, rising numbers of low to mid-level clandestine methamphetamine production labs supply local abusers. These labs are typically producing one to three ounces of methamphetamine per "cook'.

### Marijuana:

**A.  Level of Threat:**   ( Very High )

The prevalence of marijuana and the continuing high demand for the drug underlie its stability as one of the foremost drug threats to the Summit County, Ohio area.



**B.  Availability:**

Marijuana is the most frequently encountered drug of abuse by Summit County Law

SUMMIT_000023616

Enforcement Officers. Marijuana including locally produced, hydroponic, Mexican and Canadian ("BC") can be purchased in quantities from "dime" bags to multi-pound bundles throughout Summit County. The distribution and abuse of marijuana in Summit County stretches across all socio-economic and ethnic classes and age groups. School children have been found in possession of marijuana. Since 2001 the Summit County Drug Unit has seized more than 1,200 pounds of marijuana, with a street value in excess of $1.6 million dollars. Additionally, indoor hydroponic grows, and outdoor cultivation plots have been seized along with more than 1,100 plants with a street value in excess of $1.1 million dollars. Historically, investigations in Summit County have also led to the seizure of several marijuana shipments in excess of 500 pounds each. Summit County Drug Unit statistics indicate that marijuana related arrests account for approximately 50 percent of the units total arrests.

---

**Akron men face drug charges**
**Summit County authorities seize 350 pounds of marijuana**
**after one arrest in Green leads to another suspect in Akron**

*Akron Beacon Journal, April 15, 2004*

---

**C. Associated Crime and Violence:**

Marijuana abuse is typically not associated with violent behavior; however, the threat of violence exists to protect grow sites or stash houses. In a Summit County investigation, during the execution of a search warrant of a hydroponic indoor grow, officers seized a weapons cache, including an operating fully automatic machine gun. In Akron, a marijuana dealer was shot and killed by a robber attempting to obtain

- 51 -

drugs and or United States Currency.

## D. Production:

Summit County Drug Unit investigations have revealed that most of the marijuana in the Summit County area is produced in Mexico and brought in from the southwestern United States. Canadian BC marijuana is also available. Local growers are also responsible for commercial grade marijuana. Local growers utilizing hydroponic grows are introducing very high quality marijuana into the local markets. Hydroponic and Canadian marijuana command high prices. The Summit County Drug Unit has observed the price of Canadian BC marijuana to be as much as $3,200 dollars per pound. Commercial grade marijuana is currently priced around $1,200 to $1,500 dollars per pound.

> **Hydroponics**
> In a hydroponics operation, cannabis is not grown in soil; instead, growers use an inert growing medium to support the plant and its root system. Some popular media include rock wool, vermiculite, and clay pellets.
>
> In a Summit County / DEA investigation a local hydroponics equipment retailer would sell clients not only the necessary equipment for a hydroponic grow set-up but would also provide seedling marijuana plants

## E. Transportation:

Marijuana is transported into and throughout Summit County via private and

SUMMIT_000023618

commercial vehicles utilizing the United States Highway System and connecting local state routes and roads. Marijuana has been seized from tractor-trailer rigs, where marijuana was concealed in large freight items, including washing machines, dryers and spa pools. Summit County Drug Unit interdiction officers routinely seize shipments of marijuana from parcel / package services. These have included seizures from one ounce quantities up to 65 pound shipments. Since 2001 Summit County interdiction officers have seized more than 1,300 pounds of marijuana from parcel / package delivery services. Summit County investigations also reveal marijuana is smuggled in luggage by couriers utilizing airline services.

### F. Distribution:

Mexican Drug Trafficking Organizations represent the major wholesale distributors of marijuana in the Summit County, Ohio area. Additionally Summit County investigations have identified Jamaican, Dominican and Canadian criminal groups as wholesale distributors of the drug into Summit Country.  Street gangs, local growers and hydroponics operators are also distributing marijuana throughout Summit County, although not on the same scale as the Mexican criminal organizations.

---

### Officers arrest 13 on drug charges
#### Police accuse suspects of bringing marijuana to Akron-Canton area

Thirteen people were arrested yesterday in what police describe as a major marijuana operation involving Ohio and three other states.

Police and FBI officials say those arrested were responsible for bringing thousands of pounds of marijuana into the Akron area over the past several years
*Akron Beacon Journal, June 7, 2001*

---

- 53 -

## MDMA

### A.  Level of Threat:  ( High )

3,4-methylendioxymethamphetamine/
MDMA or (ecstasy) while found in
Summit County, it has not shown to be as
predominant as cocaine, heroin,
methamphetamine, or marijuana.

### B.  Availability:

MDMA is available for purchase
in Summit County in quantities from
individual unit doses to 100 – 1000.  In a



recently completed case, a multi-organizational conspiracy smuggled and distributed
MDMA throughout Ohio and into Indiana, Massachusetts, Minnesota, Pennsylvania
and New York. It is conservatively estimated that these criminal organizations
distributed more that 200,000 MDMA tablets during their existence.

### C.  Associated Crime and Violence:

MDMA abuse and trafficking typically are not associated with property crime and
violence; however, traffickers may act violently to protect their stashes. In a Summit
County Drug Unit case a distributor from the Columbus, Ohio area was robbed by
local low-level dealers of MDMA and United States Currency. In retaliation the
distributor returned threatening members of the group with a handgun. In a recent

- 54 -

Summit County Drug Unit case members of multi-drug conspiracy solicited, on several occasions for the murder of persons perceived as threatening to their organizations.

### D. Production:

Most of the MDMA available in Summit County is produced in clandestine European laboratories. In 2005 Summit County Drug Unit Clan Lab Team members discovered and dismantled an MDMA production laboratory concealed in a storage facility in Akron. The operator of the lab was placing the powdered MDMA into capsules and using the internet to distribute the drugs.

### E. Transportation:

Summit County Drug Unit investigations have revealed that most MDMA brought into Summit County is done via private and commercial vehicle travel across the United States Highway System. Couriers have also used body carry methods to conceal and smuggle MDMA aboard aircraft.

### F. Distribution:

The distribution of MDMA in Summit County is mostly associated with Caucasian males, in loosely organized groups. Large wholesale distributors have been identified by Summit County investigations to include Asian Organized Crime operating in Canada and Russian Organized Crime operating in the United States. In an alarming trend Summit County Law Enforcement is observing an increase in the distribution of MDMA by street gang members.

SUMMIT_000023621

**Lysergic Acid Diethylamide (LSD)**

**A. Level of Threat:** ( Low )

While currently identified as a low threat to the
Summit County, Ohio, area LSD's low cost,
ease of concealment and powerful effects
keep it poised to influence local illicit markets
at any time.



**B. Availability:**

LSD is available for purchase in Summit County. Respondents to the Ohio Substance
Abuse Monitoring Network 2004 survey report a fluctuation in the availability of
LSD in the Summit County, Ohio area. Historically, purchases and seizures of LSD in
Summit County have ranged from single unit doses ("hits") to bulk shipments of
1000 or more dosage units.

**C. Associated Crime and Violence:**

LSD abuse and trafficking are typically not associated with property or violent crime.
Abusers under the effect of the drug may become involved in bizarre episodes
contrary to public safety. For example, at a northern Summit County concert venue, a
naked man under the influence of LSD walked along a major roadway kicking over
traffic cones placed by law enforcement officers. The man walked to a police
cruiser and entered the back seat of the car. Law enforcement officers had to
physically remove the man from the vehicle to place him under arrest.

SUMMIT_000023622

## D. Production:

Most LSD available for purchase in Summit County is prepared in illicit laboratories in northern California. LSD synthesis is a complex chemical procedure that requires the knowledge and skills of a competent chemist. In a Summit County investigation a high level distributor in northern California would mail large quantity shipments to a mid-level Summit County dealer who would distribute the drugs through a network of low-level dealers in the area.

## E. Transportation:

Summit County investigations have revealed that LSD brought into the area is most often transported via personal vehicles utilizing the United States Highway System. Drugs concealed in letters, mailings and parcel packages transported by the United States Postal Service and parcel / package delivery services.

## F. Distribution:

Caucasian local independent distributors are the primary groups distributing LSD in and about Summit County. These distributors may form loose-net organizations of lower level dealers.

### Psilocybin Mushrooms

## A. Level of Threat: ( Moderate )

The Ohio Substance Abuse Monitoring Network reports that survey



SUMMIT_000023623

respondents

reported that the

availability of psilocybin

mushrooms in Summit

County is more

consistent than that of LSD.

**B. Availability:**

Summit County Investigations have shown the availability of psilocybin mushrooms in the area. In 2004 officers seized more than a kilogram of the substance. The mushrooms are often found in association with patrons of the areas music venue. In May of 2005, interdiction officers seized more than a pound of mushrooms shipped into the Summit County area via parcel delivery service.

**C. Associated Crime and Violence:**

Psilocybin mushroom abuse and trafficking are typically not associated with property crime and violence in Summit County. Abusers under the influence of the drug may become involved in bizarre episodes contrary to public safety.

**D. Production:**

Psilocybin mushrooms are grown in rural southeastern, Ohio, as well as the Southeastern United States. A grow was seized in the University of Akron area by Summit County investigators. The grow consisted of mushrooms in various stages from spores in Petri dishes to fully developed fungus. Thousands of mushrooms were seized in this operation and the cultivator was arrested.

- 58 -

### E. Transportation:

Summit County investigations have revealed that most psilocybin mushrooms transported into the area are via personnel vehicles utilizing the United States Highway System and interconnecting roadways. Mushrooms are also packaged and shipped via parcel service providers. Mushrooms have been observed in Summit County, hidden "in plain view" as packing peanuts in parcel packages.

### F. Distribution:

Distribution of psilocybin mushrooms is primarily through independent suppliers.

### Phencyclidine (PCP)

**A. Level of Threat:** ( Low )

**B. Availability**



While not readily observed in Summit County, PCP is currently available in Cleveland. Due to the geographic and street gang nexus of Cuyahoga County and Cleveland, PCP remains a threat to Summit County. The resident office of the DEA reports that the use of "wets" (cigarettes dipped in PCP) is increasing in the Cleveland area low income housing project areas.

SUMMIT_000023625

**C. Associated Crime and Violence:**

Abusers under the influence of the drug have been observed in violent outbursts and episodes. They appear to have an aversion to pain and often injure themselves. Individuals may become agitated, delusional or irrational.

**D. Production:**

There have been no reported PCP production sites in the greater Summit County, Ohio area. Generally PCP production is controlled by street gangs and criminal groups operating in the Los Angeles, California area.

**E. Transportation:**

PCP is transported throughout the area via private and commercial vehicles utilizing the United States Highway System, by couriers body carrying the drug on airline services and parcel / package delivery systems.

**F. Distribution:**

Distribution of PCP is primarily controlled by African American street gangs such as Crips and Bloods and criminal groups.

**Gamma-hydroxybutyrate (GHB)**

**A. Level of Threat:** ( Low )

**B. Availability:**

GHB appears to be available in the Summit County, Ohio, although not widespread. In a recent Summit County Drug Unit investigation, a large poly-drug trafficking

- 60 -

SUMMIT_000023626

organization, comprised for the most part of homosexual men and women, GHB, as well as crystal methamphetamine and MDMA was smuggled and distributed throughout northeast Ohio.

---

### Suspected "ringleader" nabbed in drug bust

**Police say Akron man behind shipments of methamphetamine, ecstasy, GHB to area**

*Akron Beacon Journal, April 15,2005*

---

**C. Associated Crime and Violence:**

While GHB is a powerful central nervous system depressant, that is used illegally for its euphoric and sedative effects, it is also known as the "date rape" drug for its use in the commission of drug-facilitated sexual assaults.

**D. Production:**

GHB is produced illegally in domestic and foreign laboratories. There have been no GHB production sites found in Summit County at this time.

**E. Transportation:**

GHB is transported in private and commercial vehicles utilizing the United States Highway System, body carried by couriers, aboard commercial airline services and via parcel / package delivery services. In 2003 a Summit County man was arrested

- 61 -

SUMMIT_000023627

following the controlled delivery of a gallon of GHB, by Summit County Law Enforcement authorities and agents of the United States Customs Service. The GHB was intercepted in a shipment originating in Canada.

## F. Distribution:

Middle-class Caucasian males between eighteen to thirty years of age are the predominant distributors of GHB. It is often distributed at parties, nightclubs, bars and all night dances known as raves, which feature heart pounding techno-music and flashing laser lights.

## Pharmaceuticals

### A. Level of Threat:        ( Very High )

The diversion of narcotics and pain analgesics in Summit County continues to increase.  The drugs of choice include Oxycontin, Vicodin, Percocet, Morphine, Methadone, and Fentanyl.



## B. Availability:

While there are no conclusive estimates as to the total amount of diverted prescription narcotics, depressants and stimulants available in the drug markets of Summit County, it is known that legitimate commercial dispersal of prescription pharmaceuticals distributed to pharmacies, hospitals and practitioners has increased

- 62 -

SUMMIT_000023628

sharply over the past four years, thereby making more of the drugs available to criminal diversion and abuse.

In a sampling of data from the Akron Police Departments Narcotics Unit, Diversion Division, during the first quarter of 2004 the unit investigated sixty new diversion cases, or one case every day and a half. Drugs diverted in that period from highest to lowest were Vicodin, Percocet, Oxycontin, Darvocet, and Methadone/Fentanyl. An alarming trend in Summit County deals with abusers breaking open Fentanyl patches and consuming the time release gel inside. In 2005, two overdoses have occurred in Summit County; one with fatal results. The 2004 Annual Report of the Summit County Medical Examiners Office indicates that in cases where toxicology screens indicate the presence of drugs in a body. The most commonly found drugs that were not the cause of death were, in ranking order; morphine, oxycodone (Oxycontin), methadone, hydrocodone (Dilaudid) and fentanyl. The report also indicates that in cases where toxicology screens indicate the cause of death was drug induced, the most commonly found drug were, in ranking order; methadone, morphine / fentanyl, oxycodone (Oxycontin) and hydrocodone (Dilaudid).

### C. Associated Crime and Violence:

Criminal actions associated with pharmaceutical diversion in Summit County, include burglaries and robberies of drug stores. Several pharmacy robberies have occurred in Summit County, most notable was a man seeking Oxycontin. After taking several people in a Cuyahoga Falls store hostage, the man killed himself with an AK-47 assault rifle after a lengthy stand –off with police. Thefts and forgeries of the drug

SUMMIT_000023629

documents. Theft of the various pharmaceuticals themselves, from legitimate recipients and hospital or institution pharmacies. Summit County cases have included nurses and other practitioners taking pharmaceuticals from the pharmacies in the institutions they work. In another case, a nurse working in a home / hospice center stole a patients liquid morphine and replaced it with water.

### D. Production:

Pharmaceuticals are not normally produced in Summit County, but are legitimately produced by medical companies and then diverted through criminal acts. It should be noted however, that illicitly produced Fentanyl was seized from two Kent State University students in the 1990's during the "Tango and Cash" scare when junkies were overdosing in an alarming rate along the eastern seaboard. The culprit in that case turned out to be illicitly produced Fentanyl that is thousands of more times potent than normal street distribution heroin.

### E. Transportation:

Illegally obtained pharmaceuticals are transported throughout Summit County via private and commercial vehicles, body carried and packed into luggage aboard commercial airlines services and shipped via package / parcel services.

### F. Distribution:

Distribution of diverted pharmaceuticals in Summit County, is primarily through the individuals involved in the diversion, or theft of the drugs. Pharmaceuticals are diverted in several ways.

- 64 -

SUMMIT_000023630

<u>Doctor Shopping</u>:  A common method of diverting prescription medications is by doctor shopping. Individuals who divert and acquire pharmaceuticals through doctor shopping do so by visiting numerous doctors in an attempt to obtain multiple prescriptions for the drugs. Doctor shoppers often falsify or exaggerate symptoms in order to obtain prescriptions. They will seek out doctors who they believe are more likely to grant prescriptions. These individuals typically have their prescriptions filled at numerous pharmacies to avoid detection.

<u>Prescription Fraud</u>:  Prescription fraud includes a variety of schemes commonly used to divert pharmaceutical drugs, such as forging or altering prescriptions, producing counterfeit prescriptions, and telephoning in fictitious prescriptions to pharmacies, while purporting to be the issuing physician. In a Summit County case a group of Nigerian Nationals formulated and issued counterfeit prescriptions for Ritalin, alleged to have been issued by a doctor in Nigeria, Africa. One pharmacist filled the prescription before they were apprehended.

<u>Theft</u>:  Pharmaceuticals are diverted from pharmacies, distributors, manufactures, and individuals with legitimate prescriptions through theft of the drugs. It is common practice in Summit County for younger individuals to steal prescription drugs from their parents and grandparents. Numerous cases are also investigated involving practitioners who steal their patients medications, or take drugs from the pharmacies of the institutions where they are employed.

<u>Unscrupulous Physicians</u>:    Illegal prescribing by unscrupulous physicians is a significant source of diverted pharmaceuticals. Corrupt physicians create fraudulent

- 65 -

SUMMIT_000023631

prescriptions to obtain drugs for personal use, and they also write prescriptions for individuals without a legitimate need for the drug for a fee. Several physicians in the Summit County area have been investigated and charged with diverting pharmaceuticals. In one notable case, a doctor utilized more than twenty-five alias names to obtain Percodan for his personal use. The doctor was arrested again in 2003 for more diversion violations.

SUMMIT_000023632

## IV.    Drug Trafficking Organizations and Activities

### A.  Number of Identified Organizations:

Local / Regional   52

National              38

International          6

### B.  Profiles of Identified Organizations:

A unique feature of the Drug Trafficking Organizations operating in the greater Summit County / Northeastern, Ohio area is that they are "full service" in nature. That is, many are involved in all facets of drug trafficking, to include transportation, distribution, in some cases manufacture and associated money laundering.

It is important to note that although these organizations may not directly operate in Summit County, their influence is felt as mid-level distributors travel to nearby locations to deal with these sources of supply, including but not limited to Canton, Cleveland, Detroit, Medina and Youngstown.

The major types of Drug Trafficking Organizations supplying and distributing illicit drugs to Summit County and the Northeast Ohio area include individuals of Dominican, Jamaican and Mexican descent.

**Dominican** drug trafficking organizations operate in the Cleveland and Youngstown areas. They are primarily involved in the distribution of cocaine and heroin. They are associated with Columbians and travel to the New York area to obtain cocaine. The drugs are normally concealed in vehicles and driven back into the Northeast Ohio

- 67 -

SUMMIT_000023633

area via the Interstate Highway System.  Summit County mid-level dealers obtain their drugs from the Dominicans by traveling to Cleveland or Youngstown. Dominicans tend to control the distribution of drugs to Dominican drug trafficking organizations controlling the distribution at the retail level.

**Jamaican** drug trafficking organizations operate throughout Northeast Ohio. They are loosely associated and cooperative with locals when needed. They tend to have no established lines of hierarchy or authority. They have been found to be operating in the Akron, Canton, Cleveland, and Youngstown areas. Their choice of drug is marijuana and/or cocaine. They utilize young females to travel to source cities to bring back cocaine or marijuana. Summit County investigations have found Jamaican females attempting to smuggle marijuana and/or cocaine concealed in luggage items via airline services at the Akron-Canton Regional Airport.

**Mexican** drug trafficking organizations operate primarily in the metropolitan areas of Ashtabula, Cuyahoga, Lake and Stark counties in Northeastern Ohio. They distribute marijuana in multi-hundred kilogram quantities, cocaine in multi-ounce to kilogram quantities, crystal methamphetamine in multi-kilogram quantities, as well as Black Tar and brown heroin.  Marijuana, cocaine, methamphetamine and heroin are primarily transported into the area from the Southwest Border States. Methods of transport include private and commercial vehicle traffic utilizing the United States Highway System, couriers utilizing airline services and shipments through parcel / package delivery systems.

SUMMIT_000023634

**Additional** drug trafficking organizations operating in the Northeast Ohio influencing the illicit drug markets of Summit County include African-American organizations dealing in powder and crack cocaine. Nigerians and Puerto Ricans dealing in heroin, in the Cleveland area. Asian organized criminal groups from Canada dealing in MDMA. In addition, outlaw motorcycle gangs deal in methamphetamine and cocaine.

Current intelligence and law enforcement operations suggest that an unknown number of local independent groups are involved in the manufacture and distribution of methamphetamine and to a lesser extent, MDMA.

**Street Gangs** are prevalent throughout Summit County. These small organizations distribute crack cocaine, heroin, MDMA and/or marijuana. Gangs identified in Summit County include, but may not be limited to:

Kaika Klan Outlaws / 9 Kingz

Hilltop / Circle / 7714

V-Nots

Wages

Hilfigaz

T-Nots / YHB

Young Hill Girls (YHG)

Sick of Struggling (SOS)

F-Stones

Southside Bezzlers



SUMMIT_000023635

Firestone Park Fighters

North Side Gangsters (NSG) / (Bottom Hawks)

South Bronx Gangsters (SBG)

Asian Crips / Laos Crips

Asian Crip Girls

East Side Bloods

Cold Boy Clic (CBC)

Parkside Posse

K-Town Gangsters (KTG)

Lil KTG



Head Banging Niggas (HBN)

Minni Park Thugs (MPT)

Original Killers (OK)

51/50 Bloods

K-Town Soldiers (KTS)

111 Mafia Crips (West Akron)

111 Mafia / WKGB

Latin Kings

Death Squad

Highrollers/Rebels

327 Black Mafia / 7 Boys

Insane Vice Lords

Folk Nation / BGD



SUMMIT_000023636

Icebergs

Noganeers / ICP

Rollin 20's Crips

North Coast 12 MC

Georgia Block

Heights Boyz

Blue Devil Crips

Fairlawn Hilltoppers

The Squad

Los Angeles Crips

Whitney Strip

Fess Bloc

Pegasus Gang

Noble Blocc

Dirty South

Chesty Black Soldiers

Hell's Angels MC

Akron Motorcycle Club MC

Zulu's MC



Intelligence information obtained by the Akron Police Department's Street Crimes / Gang Unit indicate that the gangs in Summit County are connected to and supplied from source cities including; Los Angeles, California, Detroit, Michigan, Atlanta, Georgia, Chicago, Illinois and Cleveland, Ohio. Members of the Crips street gang

- 71 -

SUMMIT_000023637

are also connected throughout northeast Ohio via Akron, Youngstown and Ashtabula.

Gang members have a propensity to violence and will utilize firearms to protect their "turf" and carry on their drug trafficking activities. In 2004 a ten year old boy was shot when he was caught in crossfire during a turf war shootout in north Akron. Current intelligence indicates that the V-Nots and Chesty Black Soldiers are carrying on a west side war in west Akron. At least two homicides and several shootings have been attributed to this struggle. The Akron Police Gang Unit, Gang Security Threat Assessment indicates that of 103 homicides occurring in the City of Akron between 1997 and 2004, thirty-five or thirty-three percent have been established as gang related.

## C. Activities

Drug Trafficking Organizations operating in the Northeast Ohio / Summit County area typically transport illicit drugs into the area. Normally drugs are not produced in the region with the exception of the conversion of cocaine powder to crack and limited methamphetamine production.

Crack conversion normally occurs close to the retail distribution level in order to decrease the risk of sever forfeiture penalties in the event of intervention by law enforcement authorities.

The drug trafficking organizations operating in Northeast Ohio / Summit County use relatively the same smuggling and distribution techniques to varying degrees, to include:

SUMMIT_000023638

Domestic and international express mail courier service

Commercial and private aircraft

Small private express courier services

Internal body carriers

Personal luggage checked or carried by couriers

Commercial and private watercraft

Concealed compartments on vehicles, containers, crates

Amtrack and Greyhound

Railroad freight cargo

Rental vehicles

Commercial / private trucks

Drug trafficking organizations operating in the northeast Ohio / Summit County area
are increasingly utilizing state-of-the-art communications and surveillance devices.
These devices include traditional cellular phones, cell phones with two-way radio
capability, pre-paid "disposable" cell phones, pay phones, alpha/numeric pagers,
electronic money transfers, fax machines and computers (including internet services),
electronic surveillance/counter surveillance devices, communication intercept
devices, radio frequency detectors and high tech visual/audio equipment.

SUMMIT_000023639

## V.    Violent and Property Crime Rates

**Summit County, Ohio**

**2002**

| Agency | Homicide | Robbery | Aggravated Assault | Rape | Burglary |
|---|---|---|---|---|---|
| Akron | 19 | 655 | 364 | 168 | 3,099 |
| Barberton | | 23 | 26 | 19 | 268 |
| Cuyahoga Falls | | 14 | 40 | 18 | 229 |
| Fairlawn | | 6 | | | 15 |
| Hudson | | 1 | 3 | 2 | 42 |
| Lakemore | | | 8 | | 20 |
| Mogadore | | 1 | | | 14 |
| Norton | | 6 | 4 | | 83 |
| Stow | 1 | 18 | 7 | 2 | 132 |
| Tallmadge | | 8 | 15 | 6 | 86 |
| Twinsburg | | 1 | 6 | 3 | 25 |
| Monroe Falls | | 1 | | 1 | 28 |
| Peninsula | | | | | 1 |
| Springfield Twp. | | 14 | 11 | 7 | 127 |
| Copley Twp. | 1 | 9 | 6 | 3 | 42 |
| Franklin Twp. | | 3 | 2 | 2 | 86 |
| Summit Sheriff | | 28 | 42 | 14 | 264 |
| **Total** | **21** | **788** | **534** | **245** | **4,561** |

- 74 -

SUMMIT_000023640

**2003**

| Agency | Homicide | Robbery | Aggravated Assault | Rape | Burglary |
|---|---|---|---|---|---|
| Akron | 16 | 624 | 447 | 216 | 3,209 |
| Barberton | | 23 | 22 | 19 | 177 |
| Cuyahoga Falls | 1 | 6 | 25 | 7 | 90 |
| Fairlawn | | 8 | 3 | 1 | 14 |
| Hudson | | 2 | 1 | 2 | 45 |
| Lakemore | | | | | 8 |
| Mogadore | | | | | 8 |
| Norton | | 5 | 6 | | 68 |
| Stow | | 8 | 4 | 11 | 116 |
| Tallmadge | 1 | 10 | 8 | 7 | 75 |
| Twinsburg | | 5 | 2 | 3 | 35 |
| Monroe Falls | | | | 1 | 12 |
| Peninsula | | 1 | | | 1 |
| Springfield Twp. | | 13 | 7 | 9 | 161 |
| Copley Twp. | | 8 | 2 | 2 | 42 |
| Franklin Twp. | | 2 | 4 | 3 | 89 |
| Summit Sheriff | | 25 | 15 | 18 | 277 |
| **Total** | **18** | **740** | **546** | **299** | **4,427** |

SUMMIT_000023641

## VI    Outlook:

Powdered and crack cocaine will continue to represent the most significant drug threat to the Summit County area. Cocaine will likely remain the predominant drug problem in the county's population centers.

Crack cocaine will continue to be the greatest threat to the inner-city neighborhoods and violent crime associated with the distribution of crack will continue to be a serious problem



for the citizens residing in these areas. Significant multi-kilogram distribution targets continue to emerge as the focus of investigations for the task force. Large scale distribution of the drugs will be carried out by sophisticated Mexican, Dominican and Jamaican drug trafficking organizations. Street gangs with access to these organizations will continue to distribute the drugs in low income population centers. Violence will continue to plague distributors, abusers and innocent citizens. A Portage Lakes, Coventry Township cocaine dealer was murdered by two suspects seeking to rob him of drugs and/or monies. In an undercover investigation targeting members of the Kakia Klan Outlaws Street Gang, gang members on two occasions attempted to rob at gunpoint an undercover FBI Agent. In the first quarter of 2005, efforts by the Summit County Drug Unit and the Greater Akron Drug Task Force resulted in the seizure of more than 14 kilograms of powdered and crack cocaine combined. Since 2001, the Summit County Drug Unit alone has seized more than 105 kilograms of powdered and crack cocaine.

- 76 -

SUMMIT_000023642

Heroin abuse and distribution will likely continue to rise through the area. The drug is widely available, and obtained from distributors in nearby Cuyahoga, Mahoning and Lucas Counties. Mexican drug trafficking organizations have attempted to set up a Black Tar heroin distribution site in Northeast Ohio. It is likely that these attempts will continue. Ohio Highway Patrol interdiction efforts in 2004 resulted in the seizure of one and three-quarter kilograms of heroin in the Summit County area.

Methamphetamine abuse and production will continue to dominate all areas of the County's population. The seizure of methamphetamine sites in Summit County continues to grow. In 2001, 16 sites were seized. In 2002, 22 sites were seized. In 2003, 60 sites were seized. In 2004, 126 sites or one-quarter of the entire State of Ohio's sites were seized. The task force is currently poised to exceed this number for calendar year 2005. With continued education and awareness provided to safety forces, local merchants and the general public, more intelligence will be received leading to further seizures. These production sites affect not only the abusers but investigating officers, other safety personnel and citizens who become exposed as the result of innocent contact, in a motel room for example. Addicts and cooks are unpredictable in their behavior. In a Summit County investigation, a principle in a distribution organization, also a fugitive planned to kidnap and murder a homeless person and burn the body leaving the fugitives' identification so that law enforcement authorities would believe him dead and cancel warrants for his arrest. His location was determined and he was arrested before he could carry out this plan. Aside from locally produced methamphetamine, Ice or crystal methamphetamine will continue to be smuggled into the area for distribution from clandestine labs under the control of Mexican drug trafficking organizations. In 2005, the

- 77 -

SUMMIT_000023643

Summit County Drug Unit completed a three-year investigation employing 12 Title Three wiretaps, on three drug trafficking organizations engaged in poly-drug trafficking conspiracies. Conservative estimates by the Drug Enforcement Administration indicate that two local drug trafficking organizations acquired and distributed more than 200 pounds of crystal methamphetamine, produced by Mexican drug trafficking organizations in clandestine labs operating in Mexico and Georgia. Members of these drug organizations willingly engaged in violent behavior to protect their interests, including acts of armed robbery and murder. Since 2001, the Summit County Drug Unit has seized more than four kilograms of methamphetamine as a result of investigations.



SUMMIT_000023644

<div style="border:1px solid black; padding:10px;">

## Three charged with making meth
### Coventry firefighters save people from fumes in latest lab incident

*Akron Beacon Journal, April 7, 2005*

</div>

Marijuana will continue to be the most widely abused drug in the Summit County, area. It is and will continue to be widely available throughout the Summit County area. Marijuana abuse and distribution does and will continue to bridge all socio-economic and ethnic divisions. In a Summit County marijuana investigation in the City of Stow, a moderate to high income community in northeastern Summit County, juveniles as well as adults were arrested at a local hang out. Charges included both trafficking and possession of marijuana. Since 2001, more than 50 percent of the Summit County Drug Unit's 1,086 arrests are related to marijuana. Mexican criminal groups with access to well-developed supply and distribution networks likely will remain the principle wholesale distributors of Mexican marijuana in the Summit County, Ohio area. Canadian "BC" marijuana will continue to be smuggled across the border. Ohio's border and lack of adequate law enforcement authorities to patrol the areas will facilitate the efforts of Canadian drug trafficking organizations to supply the County's illicit markets. Local growers will continue to cultivate outdoor plots and indoor hydroponic operations. Distributors will continue to utilize the United States Highway System, Airlines and parcel / package delivery services to smuggle marijuana into Summit County.  Since 2001 Summit County interdiction officers have seized more than 1,300 pounds of marijuana via parcel / package delivers services and the Summit County Drug Unit has seized more than 3,000

SUMMIT_000023645

pounds of marijuana overall.

---

### Police confiscate 124 pounds of pot
**"Authorities obtained a search warrant and found marijuana, drug scales, paraphernalia and a .38-caliber revolver in his home"**

*Akron Beacon Journal, February 12, 2005*

---

MDMA (ecstasy) will continue to pose a threat to the region. MDMA is available throughout the State of Ohio. In a Summit County Drug Unit investigation two poly-drug trafficking organizations were distributing approximately 4,000 MDMA tablets per week throughout northeastern and central Ohio, as well as markets in Indiana, Massachusetts, Minnesota, New York and Pennsylvania. The Drug Enforcement Administration conservatively estimates that these organizations distributed more than 200,000 tablets of MDMA during their existence. The MDMA that these organizations distributed were obtained through contacts with Asian Organized Crime groups in Canada and Russian Organized Crime operating in Ohio. The Summit County Drug Unit has investigations currently underway targeting MDMA distributors in northern Summit County.

Other dangerous drugs including LSD, Psilocybin, will continue to be available in the area. In May 2005 Summit County Drug Unit interdiction officers seized psilocybin mushrooms in excess of a pound, via parcel / package services. Distribution of these substances will be controlled through loosely knit groups. PCP, while not readily available in Summit County, is according to reports from the Ohio Substance Abuse Monitoring System, flourishing in Cleveland. Cleveland is within twenty minutes driving

SUMMIT_000023646

time from Summit County and therefore poses a distribution threat.

Diverted pharmaceuticals will continue to pose a threat to the area. In Cuyahoga Falls, a man with an Ak-47 rifle took over a pharmacy in an attempt to obtain Oxycontin. He continued to hold hostages through several hours of negotiations with police until finally shooting and killing himself inside the store.

The drug trafficking organization affecting the greater Summit County, Ohio area utilize well established distribution networks to smuggle illicit substances into the area. These groups are increasingly becoming aware of techniques used by law enforcement to infiltrate their ranks and dismantle them. They are utilizing state-of-the-art communication and surveillance devices in the support of their drug distribution operations including, but not limited to, cell phones with two-way radio communications capability, alpha/numeric pagers, surveillance/counter surveillance devices, and Internet services. For example, in a recent Summit County investigation, a poly-drug source from California reputedly contacted his source of supply in Thailand via Internet "Hush Mail". This is encrypted messaging from both sender and receiver. The service itself is unable to decipher messages if subpoenaed.

Due to the sophistication and scope of the drug trafficking organizations operating in and around Summit County, it is extremely important to attack these groups through a task force oriented mission. Since 2001, the Summit County Drug Unit has been involved in more than 15 Title Three wiretap investigations; one such investigation ran for three years. The result was the complete dismantling of two drug trafficking organizations, impacting not only Summit County, but the greater area of Ohio, as well as locations in

- 81 -

Arizona, California, Florida, Indiana, Massachusetts, Minnesota, New York and Pennsylvania. The combined resources of manpower, equipment and experience allow focused investigations to be carried out against these organizations. Through the efforts of the men and women assigned to the Summit County Drug Unit more than $21 million dollars worth of illicit drugs and over 235 firearms in hands of drug dealers have been removed from the streets of greater Summit County. Under the current economic stresses, local police departments, struggling to maintain routine services to their constituents are unequipped and undermanned to carry out these complex time consuming investigations. Without the availability of a task force many problems will get the "topical band-aid treatment" arresting low level street dealers, without reaching the true infection, allowing drug trafficking organizations to gain major footholds in the area, with little resistance from local law enforcement.

SUMMIT_000023648