Exhibit 143

**3-31-09**  DRAFT                    DRAFT                    DRAFT

**Epidemic of Prescription Drug Overdoses: A Call to Action**
July 29, 2009
8:00 a.m. – 4:30 p.m.
Ohio Department of Transportation
1980 West Broad Street, Columbus, OH 43223

AGENDA

| | |
|---|---|
| 8:00 | **Registration** |
| 8:30 | **Welcome – (Judi facilitate?)**<br>- **Christy Beeghly(or Nan)**, MPH, Program Administrator, Injury Prevention Program, Ohio Department of Health (to speak about the agenda for the day, housekeeping and goals of the ODH Injury Prevention Program, Poison Action Work Group and the collaboration with ODADAS) – *10 minutes*<br>- **Dr. Alvin Jackson**, MD, Director, Ohio Department of Health (will be asked to address purpose and desired outcomes of the symposium) – *10 minutes*<br>- **Angela Dawson**, Director, Ohio Department of Alcohol and Drug Addiction Services (ODADAS) – *10 minutes* |
| 9:00 | **Scope and Consequences of Prescription Drug Overdoses**<br>- Overview - Christy Beeghly, MPH, Program Administrator, Injury Prevention Program, Ohio Department of Health – *45 minutes* |
| 9:45 | **Break** |
| 10:00 | - OSAM data – Robert Carlson - *30 minutes*<br>- PCC data – Jan Scaglione, MD - *30 minutes*<br>- Consequences for families and communities – *30 minutes* – Speaker with personal experience |
| 11:30 | **Lunch** – on site – food court |
| 12:30 | **Contributing Factors to the Increase in Prescription Drug Overdoses**<br>- **Doug Rund, MD** (or another emergency physician): Trends related to changes in clinical pain management; diversion; pill mills, include ED visits, pressure on physicians from hospital administration to prescribe medication even if not medically indicated – Press-Ganey ratings; direct marketing to consumers; marketing by pharmaceutical companies – *30 minutes*<br>- **Aron Hall, DVM, MSPH, CDC**; - Co-author, "Patterns of Abuse Among Unintentional Pharmaceutical Overdose Fatalities" (West Virginia); JAMA, December 10, 2008-Vol 300. No. 22 – - addresses diversion, overrepresentation of low income population, Medicaid issues – *1 hour* |
| 2:00 | **Break** |

| | |
|---|---|
| 2:15 | **Response to prescription drug overdoses in other states**<br>- Christy – present Len Paulozzi, CDC slides – *30 minutes* |
| 2:45 | **Response to prescription drug overdoses in Ohio**<br>- **Ohio Automated Rx Reporting System (OARRS)** – Danna Droz – *30 minutes* |
| 3:15 | **Collaboration and Systems Change as a response to prescription drug overdoses in Ohio**<br>**Panel Presentations**<br>- **Ohio Chapter National Association of Drug Diversion Investigators (NADDI)** – Joann Predina, Board of Pharmacy – *15 minutes*<br>- **Warren County Task Force (photo ID)** – Det. Dennis Luken – *15 minutes*<br>- **Union County symposium and task force** – David Applegate, MD, Union County Coroner & President, Ohio State Coroners Association – *15 minutes*<br>- **Access to treatment** – Sandy Starr, ODADAS – *15 minutes* |
| 4:15 | **Next Steps** – Christy and Judi<br>- **ODADAS state plan** – Sandy Starr – very brief remarks<br>- **Action Steps: Poison Action Work Group** – handout with subcommittees and goals<br>- **Regional meetings** – handout – flier with date and agenda for regional meetings<br>- **Local task forces** – handout with suggested members and names of others who have convened task forces (Dennis Luken; David Applegate)<br>- **Evaluation of symposium** |
| 4:30 | **Adjourn** |

**ODH_MDL 1st Production_000005**