Exhibit 144



**Ohio Department of Health**
**Violence and Injury Prevention Program**

# Alarming Rise in Unintentional Drug Overdose Deaths in Ohio

ODH_MDL 1st Production_001031



ODH_MDL 1st Production_001032



*A GROWING PROBLEM:*

CHANGES OVER TIME IN U.S. & OHIO

ODH_MDL 1st Production_001033



Percentage change in number of annual deaths for leading causes of injury, by mechanism and intent - Ohio, 1999 to 2006[1]

[1]Source: Ohio Dept of Health, Office of Vital Statistics

firearm related* — 19%
homicide — 41%
suicide — 13%
unt MV traffic — -11%
unt poisoning — 249%
unt falls — 75%
all unintentional — 43%

Increase from 369 deaths in 1999 to 1,308 in 2006

Amounts to 3.6 deaths per day in 2006

**Percent change from 1999 to 2006**

-50%  0%  50%  100%  150%  200%  250%

Unt=unintentional
*all intents

ODH_MDL 1st Production_001034

4





Poisoning: Burden of Fatal Poisonings

Adolescent and Adult Poisonings

DRAFT - for use by OIPP Drug/Medication Poison Action Team

ODH_MDL 1st Production_001036

# What is a Poison?

A poison is anything that can harm someone if it is:

(1) used in the wrong way,

(2) used by the wrong person,

or

(3) used in the wrong amount*.



*Source:  HRSA, PoisonHelp

DRAFT - for use by OIPP Drug/Medication Poison Action Team

**ODH_MDL 1st Production_001037**



Overdose = Drug/Medication Poisoning
*(result of exposure to poison)*

Unintentional = "Accidental" vs.
Intentional *(Suicide or Homicide)*

ODH_MDL 1st Production_001038



Number of deaths from MV traffic and unintentional *poisonings* by year, Ohio 1999-2007*

*Source: ODH Office of Vital Statistics

For first time, in 2006 unintentional poisoning exceeds MV traffic as the overall leading cause of injury death in Ohio.

Unt poisoning
MV traffic

Number of deaths

Year

9

ODH_MDL 1st Production_001039



Proportional distribution of unintentional poisoning deaths by type of poison, Ohio 2003-06*

96% of all unintentional poisoning deaths were due to drugs/medications.

*Source: Ohio Dept of Health, Office of Vital Statistics

10

ODH_MDL 1st Production_001040



Number of deaths from MV traffic and unintentional _drug poisonings_ by year, Ohio 2000-2007[*]

_*Source: ODH Office of Vital Statistics_

For first time, in 2007 unintentional drug poisoning exceeds MV traffic as the overall leading cause of injury death in Ohio.

1,329
1,351
1,303
411

→ unintentional drug poisoning  ■ MV traffic

number of deaths
1600  1200  800  400  0

Year
2000  2001  2002  2003  2004  2005  2006  2007

11

ODH_MDL 1st Production_001041



ODH_MDL 1st Production_001042





ODH_MDL 1st Production_001044





Number of deaths due to HIV/AIDS and unintentional drug poisonings by year, Ohio, 1979-2006 (2007 for poisoning)[1,2,3]

Source: [1]WONDER (NCHS Compressed Mortality File, 1979-1998 & 1999-2005) [2]2006-7 ODH Office of Vital Statistics, [3]Change from ICD-9 to ICD-10 coding in 1999 (caution in comparing before and after 1998 and 1999)

ODH_MDL 1st Production_001046

16



Epidemics of unintentional drug overdoses in Ohio, 1979-2006[1,2,3]

Source: [1]WONDER (NCHS Compressed Mortality File, 1979-1998 & 1999-2005) [2]2006 ODH Office of Vital Statistics, [3]Change from ICD-9 to ICD-10 coding in 1999 (caution in comparing before and after 1998 and 1999)

ODH_MDL 1st Production_001047

17



US military deaths in Iraq (2003-present)[1] vs. unintentional drug poisoning deaths in Ohio (2003-08)[2]

- As of July 23, 2009: 4,328 members of the U.S. military had died in the Iraq war since it began in March 2003.

- 6,921 deaths due to unintentional drug/medication poisoning in Ohio.

Sources: [1]Associated Press, accessed 6/25/09
[2]ODH Office of Vital Statistics; *2008 figures preliminary, numbers may increase

18

US military deaths in Iraq, 2003-present — 4,328

Unint drug poison deaths, Ohio, 2003-08* — 6,921

7000
6000
5000
4000
3000
2000
1000
0

ODH_MDL 1st Production_001048



Number of daily Ohio ED visits for "drug overdose" or "symptoms of drug overdose" as chief complaint on admission, August 2007-July 2008*

*Source: EpiCenter (Ohio ED chief complaint on admission data using "drug OD" as chief complaint)

ODH_MDL 1st Production_001049





Number and average rate per 100,000 of fatal unintentional drug/medication-related poisonings by age group Ohio, 2005-07*

*Source:  ODH Office of Vital Statistics

ODH_MDL 1st Production_001051



Average unintentional drug/medication poisoning death rate per 100,000 by sex, age group, Ohio, 2005-07*

*Source:  ODH Office of Vital Statistics

ODH_MDL 1st Production_001052



Average annual unintentional drug poisoning death rate per 100,000 population by age group Ohio, 2002-04 vs. 2005-07*

*Source:  ODH Office of Vital Statistics

ODH_MDL 1st Production_001053

23



Average unintentional drug/medication poisoning death rate per 100,000 by sex, age group, Ohio, 2002-04 & 2005-07*

*Source:  ODH Office of Vital Statistics

ODH_MDL 1st Production_001054



Number of unintentional drug poisoning deaths by age group, year, Ohio, 1999 - 2007*

*Source:  ODH Office of Vital Statistics

ODH_MDL 1st Production_001055



Proportional distribution of unintentional drug poisoning deaths by age group, year, Ohio, 1999 - 2007*

*Source: ODH Office of Vital Statistics

ODH_MDL 1st Production_001056



# Drugs of Potential Abuse

- CNS Depressants:
  - Opioid analgesics (narcotics*) - pain medications & heroin
    - Most associated with overdoses nationally & in Ohio –
      - Methadone
      - Fentanyl – often used as a patch (transdermal application)
      - Oxycodone (OxyContin®)
      - Hydrocodone (Vicodin®)
  - Benzodiazepines – anxiety/sleep - Diazepam (Valium®), alprazolam (Xanax®), etc.
  - Other Sedatives, sleeping medications (Ambien®)
  - Solvents/inhalants  - Alcohol
- Stimulants – Cocaine, amphetamine, methamphetamine
- Anti-depressants

Source:   SAMHSA

28

ODH_MDL 1st Production_001058



# Proportion of all unintentional drug poisoning deaths with selected drug mentions, 2007[1,2]

**[1]Source:  ODH Office of Vital Statistics**



| Drug | Percent |
|------|---------|
| prescription opioids | 37% |
| other/unspecified drugs* | 33% |
| cocaine | 21% |
| heroin | 11% |
| benzodiazepines | 10% |
| alcohol | 10% |
| hallucinogens | 1% |
| barbiturates | 1% |

*includes only cases where no other drug than "other & unspecified" is listed as contributing cause of death

[2]Prescription opioids include other opioids, methadone, other synthetic narcotics, and other/unspecified narcotics

ODH_MDL 1st Production_001059



Number of specific drug mentions among unintentional fatal drug poisonings, Ohio, 2000-2007[1]

[1]Source: ODH Office of Vital Statistics

Prescription opioids include other opioids, methadone, other synthetic narcotics, and other/unspecified narcotics

*Includes only cases where no other drug/medicament than other/unspecified is listed as contributing cause of death

- other narcotics — 275
- other synthetic narcotics — 469
- methadone — 739
- other opioids — 1,223
- prescription opioids — 2,479
- other/unspecified drugs* — 1,943
- cocaine — 1,550
- heroin — 864
- benzodiazepines — 635
- alcohol — 500
- hallucinogens — 54
- barbiturates — 37

30

ODH_MDL 1st Production_001060

# Prescription Opioids/Narcotics

- Other Opioids (most commonly-prescribed opioids)
  - Hydrocodone (Vicodin®, Lortabs®)
  - Oxycodone (OxyContin®, Percocet®)
  - Morphine
  - Codeine
  - Hydromorphone (Dilaudid®)

- Methadone

- Other Synthetic Narcotics
  - Fentanyl (Duragesic®)
  - Propoxyphene
  - Meperidine (Demerol®)
  - Buprenorphine

- Other and Unspecified Narcotics

31

ODH_MDL 1st Production_001061



Proportion of all unintentional drug poisoning deaths in which drug is mentioned on death certificate, Ohio 2007[1]

[1]Source: ODH Office of Vital Statistics

Prescription opioids and other/unspecified only were mentioned in 70% of unintentional drug poison deaths.

- other narcotics: 3%
- other synthetic narcotics: 7%
- methadone: 13%
- other opioids: 18%
- prescription opioids: 37%
- other/unspecified drugs*: 33%
- cocaine: 21%
- heroin: 11%
- benzodiazepines: 10%
- alcohol: 10%
- hallucinogens: 1%
- barbiturates: 1%

Prescription opioids include other opioids, methadone, other synthetic narcotics, and other/unspecified narcotics

*includes only cases where no other drug/medicament than other & unspecified is listed as contributing cause of death

32

ODH_MDL 1st Production_001062



# Number of specific drug mentions among unintentional fatal drug poisonings by year, Ohio, 2000-2007[1,2]

[2]Numbers do not represent deaths but mentions of the substance . Multiple substances can be involved in one death.

*includes only cases where no other drug/medicament than other/unspecified is listed as contributing cause of death

[1]Source: ODH Office of Vital Statistics

ODH_MDL 1st Production_001063



# Percent change in number of unintentional drug poisoning deaths in which drug is mentioned, Ohio, from 2000 to 2007[1]

[1]Source: ODH Office of Vital Statistics

Prescription opioids include other opioids, methadone, other synthetic narcotics, and other/unspecified narcotics

*Includes only cases where no other drug/medicament than other/unspecified is listed as contributing cause of death

| Drug | Percent change |
| --- | --- |
| other narcotics | 42% |
| other synthetic narcotics | 333% |
| methadone | 1129% |
| other opioids | 196% |
| prescription opioids | 259% |
| other/unspecified drugs* | 378% |
| cocaine | 175% |
| heroin | 104% |
| benzodiazepines | 180% |
| alcohol | 171% |

34

ODH_MDL 1st Production_001064





No. of unintentional drug poisoning deaths involving methadone and heroin by year, Ohio 2000-2007[1,2]

Sources: [1]ODH Office of Vital Statistics;
[2]where specific drug involvement is known

ODH_MDL 1st Production_001066



Risk by Race,
Sex for Specific Drugs

ODH_MDL 1st Production_001067

37



# Unintentional poisoning death rates per 100,000 population involving opioids[1], by race, sex, year, 2000-2006, Ohio*

[1]heroin, other opioids, methadone, other synthetic narcotics and other unspecified narcotics

*Source: ODH Office of Vital Statistics

ODH_MDL 1st Production_001068

38



# Percent change in unintentional poisoning death rates involving opioids[1], by race, sex, from 2000 to 2006, Ohio*

White males have the highest death rates from unintentional opioid overdose.

White females represent the fastest growing group at risk.

black males — 11%

black females — 123%

white males — 183%

white females — 285%

[1]heroin, other opioids, methadone, other synthetic narcotics and other/unspecified narcotics

*Source: ODH Office of Vital Statistics

39

ODH_MDL 1st Production_001069



**Average Annual Unintentional Drug/Medication Poisoning Death Rates per 100,000 by County of Decedent Residence, 2000–07**

Death rates per 100,000
- <2.99
- 3.00–4.99
- 5.00–7.99
- 8.00–9.99
- >10.00

14 or fewer deaths

Ohio – 7.49 per 100,000

ODH_MDL 1st Production_001070

# Ohio Counties with Highest Unintentional Drug Poisoning Death Rates, 2000-07*

| | Total Unt. Drug Poisonings | | | Unt. Prescription Opioid and Other/Unspecified Only | | |
|---|---|---|---|---|---|---|
| | No. | Avg. Annual Rate | Ratio of County to State Rate | No. | Avg. Annual Rate | Ratio of County to State Rate |
| MONTGOMERY | 785 | 17.9 | 2.4 | 532 | 12.1 | 2.5 |
| SCIOTO | 100 | 16.4 | 2.2 | 87 | 14.1 | 2.9 |
| VINTON | 15 | 14.2 | 1.9 | 12 | 11.4 | 2.4 |
| CLINTON | 45 | 13.4 | 1.8 | 36 | 10.8 | 2.2 |
| JACKSON | 34 | 12.8 | 1.7 | 30 | 11.4 | 2.4 |
| TRUMBULL | 221 | 12.6 | 1.7 | 178 | 10.1 | 2.1 |
| ROSS | 74 | 12.4 | 1.7 | 63 | 10.6 | 2.2 |
| JEFFERSON | 66 | 11.6 | 1.6 | 54 | 9.5 | 2.0 |
| CRAWFORD | 40 | 11.0 | 1.5 | 36 | 9.9 | 2.0 |
| HARDIN | 28 | 11.0 | 1.5 | 24 | 9.5 | 2.0 |
| ADAMS | 24 | 10.7 | 1.4 | 20 | 9 | 1.9 |
| Total Ohio | 6,862 | 7.5 | | 2,483 | 4.9 | |

*Source:  Ohio Vital Statistics

ODH_MDL 1st Production_001071



Unintentional Fatal Overdose Cases Testing Positive for Prescription Opioids, N=96, Montgomery County, 2007[1,2]

[2]Note:  A case can test positive for more than one opioid.

[1]Source:  OSAM:  Surveillance of Drug Abuse Trends in Ohio, Jan 2008

ODH_MDL 1st Production_001072

42



Contributing factors:

Pandora's Box

ODH_MDL 1st Production_001073



*Opioid Prescribing Trends from late 1990's to present*

ODH_MDL 1st Production_001074

# Changes in Clinical Pain Management Prescribing Practices in 1997*

- Change occurred in 1997 as a result of pain management advocates.

- Pain relief laws were pushed down to states
  - *Ohio Revised Code 4731.21 Drug Treatment of Intractable Pain*

- Resulted in availability of potent pain medications in the community setting that had been previously restricted to hospital use for pain (e.g., end-stage cancer) patients.

*Intractable Pain Relief Act

45

ODH_MDL 1st Production_001075



Distribution of scheduled opioids[1] in grams per 100,000 population by drug, Ohio, 1997 to 2007[2]

[2]Source: DOJ, DEA, ARCOS reports

Grams per 100,000 population

1997
2007

Codeine
Oxycodone
Hydromorphone
Hydrocodone
Meperidine
Methadone
Morphine
Fentanyl base

[1]In oral morphine equivalents using the following assumptions:  (1)  All drugs other than fentanyl are taken orally; fentanyl is applied transdermally.  2)  These doses are approximately equianalgesic:  morphine: 30 mg; codeine 200 mg; oxycodone and hydrocodone: 30 mg; hydromorphone: 7.5 mg; methadone: 4 mg; fentanyl: 0.4 mg; meperideine: 300 mg.

46

ODH_MDL 1st Production_001076



Figure 4. Unintentional fatal drug poisoning rates[1] and distribution rates of prescription opioids[2,3] in grams per 100,000 population[4] by year, Ohio, 1997-2007 (1999-2007 for opioids)

Sources: [1]ODH Office of Vital Statistics, [2]DOJ-DEA ARCOS

[3]Codeine, buprenorphine, oxycodone, hydromorphone, hydrocodone, meperidine, methadone, Morphine, fentanyl base (transdermal in opioid equivalents (morphine 30mg)

ODH_MDL 1st Production_001077



No. of deaths[1] due to methadone overdose and cumulative consumption in total grams of methadone[2], by year, Ohio 2000-2007

Sources: [1]ODH Office of Vital Statistics, [2]DOJ-DEA  ARCOS

ODH_MDL 1st Production_001078



Percent change in prescription opioid drug distribution rate[1,2] in grams per 100,000 vs. unintentional drug poisoning death rate[2,3] for methadone and all prescription opioids[4] from 2000 to 2007, Ohio

[2]per 100,000

*Source: [1]DOJ DEA ARCOS, [2]ODH Office of Vital Statistics*

Legend: ■ Rx distributed  ■ Death rate

Prescription opioids: 221%, 255%
Methadone: 598%, 1116%

[4]Calculation of oral morphine equivalents used the following assumptions:: (1) All drugs other than fentanyl are taken orally; fentanyl is applied transdermally. 2) These doses are approximately equianalgesic: morphine: 30 mg; codeine 200 mg; oxycodone and hydrocodone: 30 mg; hydromorphone: 7.5 mg; methadone: 4 mg; fentanyl: 0.4 mg; meperideine: 300 mg. 49

ODH_MDL 1st Production_001079



More Consequences...

ODH_MDL 1st Production_001080



Estimated numbers of new nonmedical users in past year by type of drug, US, 1990-2003 [1]

Legend:
- Pain relievers
- Tranquilizers
- Cocaine
- Stimulants
- Heroin

Numbers in 1000's

[1]National Survey on Drug Use and Health (NSDUH) 2002-2004

ODH_MDL 1st Production_001081



Number of admissions for substance abuse treatment for prescription opioids, Ohio, 1993–2006*

141% increase from 1998 to 2006

2,746

960

Number of admissions

Year

1993 1994 1995 1996 1997 1998 1999 2000 2001 2002 2003 2004 2005 2006

3,000
2,500
2,000
1,500
1,000
500

52

*SOURCE: Office of Applied Studies, Substance Abuse and Mental Health Services Administration, Treatment Episode Data Set (TEDS).  Data received through 10.3.06.

ODH_MDL 1st Production_001082



Consequences



Costs of the problem

54

ODH_MDL 1st Production_001084

## Estimated average annual costs of unintentional drug overdose in Ohio[1]

| Type of Costs | Fatal Costs[2] | Non-fatal, hospital admitted costs[3] |
|---|---|---|
| Medical | $4,953,715 | $19,070,550 |
| Work loss | $1,210,061,576 | $5,270,670 |
| Quality-of-Life loss | $2,240,256,949 | $7,613,550 |
| Total | $3.5 Billion | $31.9 Million |

[1]Source: Children's Safety Network Economics & Data Analysis Resource Center, at Pacific Institute for Research and Evaluation, 2005; [2]Year 2004 Dollars, Based on 2004-2007 average Ohio incidence [3]Year 2005 Dollars, Based on Year 2003 Ohio incidence

ODH_MDL 1st Production_001085

55

# Costs of Opioid Abuse

- Studies:

  - National evaluation of insured populations found opioid abusers had mean annual direct health care costs 8X higher than non-abusers.

  - Total costs for opioid abuse was $9.5 billion in 2005 $.

    - Costs expected to be significantly higher in 2009 due to increasing overdose rates.

  - Source:  ASTHO *(Association of State and Territorial Health Officials)*. Prescription Drug Overdose:  State Health Agencies Respond, 2008

56

ODH_MDL 1st Production_001086



Risk Groups for Overdose:
What do we know?

ODH_MDL 1st Production_001087

# Study of Rx drug overdose deaths in WV using ME, PDMP and substance abuse treatment data[1]

- Recent study suggests that fatal overdose problem is mixed.

- 93% of Rx drug deaths involved opioids
  - Of these, only 44% had prescriptions for these drugs

- 79% had used multiple substances (mean of 2) contributing to their fatal overdose.

- Other findings:
  - 21% obtained drugs from "Dr. Shopping"
  - 63% obtained drugs through "Diversion" (no prescription)
  - Differences found by gender and age group
  - **95% had indicators of substance abuse**

[1]Source:  Hall et al. Patterns of abuse among unintentional pharmaceutical overdose fatalities. JAMA 2008;

58

ODH_MDL 1st Production_001088

Study of overdose deaths in WV using ME, PDMP and substance abuse treatment data[1]

- Among all deaths:
  - □ Opioids were involved in 93%
  - □ Psychotherapeutic drugs (benzodiazepines/anti-depressants) were involved in 49%.

- Of the 61 (21%) single-drug deaths, only 1 was due to a psychotherapeutic drug (amitryptiline) - fatal overdose is less likely with a single psychotherapeutic drug than with a single opioid.

- Methadone was responsible for more single-drug deaths and was involved in far more deaths than any other drug.

[1]Source:  Hall et al. Patterns of abuse among unintentional pharmaceutical overdose fatalities. JAMA 2008

ODH_MDL 1st Production_001089

59

# Risk Groups for Opioid Overdose*

1. **Pain patients:**

   □ Taking high doses of medication.

   □ Taking medications incorrectly.

2. **Nonmedical pain medication users** and those with a history of substance abuse

   □ *WV study:  95% had indicators of substance abuse*

3. *Persons who have already experienced a drug overdose.*

4. **Persons taking multiple medications, especially multiple CNS depressants**, simultaneously

   □ *WV study: 79% used multiple substances that contributed to OD*

*__Sanford K.__ *Findings and Recommendations of the Task Force to Prevent Deaths from Unintentional Drug Overdoses in North Carolina, 2003.*

ODH_MDL 1st Production_001090

60

# Risk Groups for Opioid Overdose[1]

5.  **Persons with chronic health problems such as:**

    ▫ COPD, emphysema, respiratory illness, heart problems, renal dysfunction or hepatic disease.

6.  **Using after a period of abstinence** (e.g., after SA treatment or *recently released prisoner population)*

7.  **Patients newly starting methadone for pain control and patients who have switched to methadone** after treatment with other strong opioid pain relievers

[1]**Sanford K.** *Findings and Recommendations of the Task Force to Prevent Deaths from Unintentional Drug Overdoses in North Carolina, 2003.*

ODH_MDL 1st Production_001091

61

# Other Risk Factors

- Low income
  - Medicaid recipients are more likely to be prescribed narcotics and to die from prescription drug overdoses[1]
  - Lower educational attainment and increased poverty in decedent's county of residence were both associated with greater death rates in a dose-response fashion.[2]

- Lack of substance abuse treatment

- Gender
  - Males- Most deaths[3]
  - Females – Fastest growing group
    - Drug/medication poisoning death rates for females increased 133% from 1999 to 2005 in the U.S, versus 75% for males.[4]

Sources: [1]ASTHO (Association of State and Territorial Health Officials) Report:  *Prescription Drug Overdose:  State Health Agencies Respond*  http://www.astho.org/pubs/RXReport_Web.pdf
[2]Hall et al.  *Patterns of abuse among unintentional pharmaceutical overdose fatalities*. JAMA 2008.
[3]Ohio Vital Statistics [4]CDC WONDER

ODH_MDL 1st Production_001092

62



# Summary and Response

ODH_MDL 1st Production_001093

63

## What we know so far..

- Regulated prescription drugs taken mostly by mouth can produce a larger overdose epidemic than illicit drugs of uncertain strength taken intravenously.

- Ohio's rates are greater than US; particularly in southern OH

- Increased access to opioid medications from late'90's on

- White males at highest risk for opioid OD but white females are the fastest growing group.

- Males aged 45-54 have the highest death rates of all.

64

ODH_MDL 1st Production_001094

# What we know so far..

- Most deaths are associated with opioids/narcotics.

- Most rapid increases associated with synthetic opioids (e.g., Methadone)

- Multiple substance use (polypharmacy) is a factor in many of these deaths, complicating issue. Polypharmacy is a risk factor for fatal overdose.

- Single drug overdoses more likely to be opioids (especially those with long half-life or extended release)

- Diversion of RXs, Dr. shopping & substance abuse play a large role.

- We need additional information about the substances responsible and how they are being used.

65

ODH_MDL 1st Production_001095



What we don't know...

ODH_MDL 1st Production_001096



Proportion of all unintentional drug poisoning deaths in which drug is mentioned on death certificate, Ohio 2007[1]

[1]Source: ODH Office of Vital Statistics

- prescription opioids — 37%
- other and unspecified drugs — 33%
- cocaine — 21%
- heroin — 11%
- benzodiazepines — 10%
- alcohol — 10%
- hallucinogens — 1%
- barbiturates — 1%

Prescription opioids and other/unspecified only were mentioned in 70% of unintentional drug poison deaths.

*includes only cases where no other drug/medicament than other & unspecified is listed as contributing cause of death

Prescription opioids include other opioids, methadone, other synthetic narcotics, and other/unspecified narcotics

67

ODH_MDL 1st Production_001097

# What we don't know…

- Which drugs are involved in multiple drug deaths.

- Where people who are dying are getting their drugs in Ohio – expect similar results to WV study?

- What the most effective solutions are for the problem – many strategies are being tested – more evaluation is needed.

68



Access: Percentages of Reported Method** of Obtaining Prescription Pain Relievers for Their Most Recent Nonmedical Use in the Past Year among Persons Aged 18 to 25: 2005 NSDUH

Free from Friend/Relative 53%

from One Doctor 13%

Bought from a Friend/Relative 11%

Bought from Drug Dealer/Stranger 5%

Stole from Friend/Relative 4%

Some Other Way 3%

More Than One Doctor 1%

Other Unknown 10%

Substance Abuse and Mental Health Services Administration, (2006). Results from the 2005 National Survey on Drug Use and Health: National Findings. (Office of Applied Studies, NSDUH Series H-30, DHHS Publication No. SMA 06-4194). Rockville, MD. www.oas.samhsa.gov/nsduh/2k5nsduh/2k5Results.pdf

ODH_MDL 1st Production_001099



# For More Information…

- **Hall AJ, Logan JE, Toblin RL, et al.** *Patterns of abuse among unintentional pharmaceutical overdose fatalities.* JAMA 2008;300(22):2613-20. http://jama.ama-assn.org/cgi/content/full/300/22/2613

- ASTHO (Association of State and Territorial Health Officials) Report: *Prescription Drug Overdose: State Health Agencies Respond* http://www.astho.org/pubs/RXReport_Web.pdf

- *Drug Abuse in America: Prescription Drug Diversion.* Trend Alert: Critical Information for State Decision-makers. The Council of State Governments. April 2004 http://www.csg.org/pubs/Documents/TA0404DrugDiversion.pdf

- Subscribe for OSAM-O-Grams — Wright State University & University of Akron http://www.med.wright.edu/citar/osam.html

- ODH Factsheet http://healthvohioprogram.org/ASSETS/45E86204619D4F0B813F82D77D5FA500/Poison.pdf

71

ODH_MDL 1st Production_001101

# State Health Agencies Response

- See the early steps that nine states took in a CDC/NCIPC – ASTHO joint report:

  □ *Prescription Drug Overdose: State Health Agencies Respond*

- Available at
  http://www.astho.org/?template=innovative_programs.html

72

ODH_MDL 1st Production_001102

# National Meetings and Presentations

- **State Strategies for Preventing Prescription Drug Overdoses**

  January 13-14, 2008, Atlanta, Georgia

  *Sponsored by the CDC's NCIPC*

  http://www.stipda.org/displaycommon.cfm?an=1&subarticlenbr=204

- **Promising Legal Responses to Epidemic of Prescription Drug Overdoses in US**

  December 2-3, 2008, Atlanta, Georgia

  *Sponsored by the CDC's NCIPC and the Public Health Law Program of the CDC*

  http://www.stipda.org/displaycommon.cfm?an=1&subarticlenbr=203

73

ODH_MDL 1st Production_001103

# Prescription Drug Overdose: State Health Agencies Respond:  State Strategies

- Prescription Drug Monitoring Programs (PDMPs)- Ohio Automatic Rx Reporting System (OARRS) – Ohio Board of Pharmacy
- PDMP Data Sharing
- Single copy, Non-serialized paper prescription forms
- E-prescribing
- Doctor Shopping Statutes
- Return of Unused Pharmaceuticals
- Pain Clinic Laws
- Drug Courts
- Patient Review & Coordination (PRC) or "Lock-in" Medicaid Programs
- Clinical Guidelines for Chronic and/or Acute Pain Management
- ED Programs to Reduce Frequent Visitors
- Naloxone Distribution and Harm Reduction

74

ODH_MDL 1st Production_001104

# Ohio Department of Health – Violence and Injury Prevention Program

Christy Beeghly, MPH

Program Administrator

Christy.Beeghly@odh.ohio.gov

614-728-4116

Judi Moseley

Poison Action Group Coordinator

Judi.moseley@odh.ohio.gov

75

ODH_MDL 1st Production_001105