Exhibit 145

Prescription for Prevention:
Cuyahoga County Coalition Meeting
Feb. 16, 2010, Meeting Notes

**NEXT MEETING:** Wednesday, April 20, from 8:30 a.m. to 10 a.m., at the Cuyahoga County Board of Health

## Feb. 16 Meeting Notes

- **Schools and Parents Subcommittee:**
    - The group pulled together a set of existing resources that could be given to teachers and parents to help educate them on this issue; Nikesha to share electronic files with Vince and Jenny for reference.
    - Vince is scheduled to meet with the Southwest Superintendents Conference on March 18 to discuss prescription drug misuse/abuse and our campaign.
    - Vince and Allisyn spoke to a group of about 90 7th grade students at Ford Middle School in Brook Park and sent home surveys on the topic as a part of the class curriculum.
    - Vince is also scheduled to meet with Dottie Buckon, who runs Lakewood's Drug Free Coalition, to discuss prescription drug abuse and how we can work together.
    - The ADAMHS Board funds all mental health programs in the Cleveland Municipal School District; they may be able to introduce our Prescription for Prevention campaign into the schools.
    - Kelly and Nancy Schaumberg to send Vince a list of the schools they work with, for future reference.
    - Jeff Grover, president of the Fairmount Center for the Arts, will provide ongoing updates on development of a play focused on the issue of prescription drug misuse and abuse.
    - *Your Teen* Magazine: Running a statistic regarding prescription drug abuse among teenagers in the Spring issue, scheduled to come out in March.
- **Politicians Subcommittee:**
    - Nancy Pommerening shared an update regarding her meetings with Adams County Sheriff Kimmy Rogers and state representatives in the region; identified some strong advocates for legislative priorities at the state level.
    - Vince and Nancy Pommerening met with Rep. Nan Baker about the issue of prescription drug abuse; she was supportive, but her primary focus in the near future will be job creation.
    - On March 1, Vince and Nancy Pommerening meet with Rep. Terry Johnson from Scioto County to discuss this issue as well as House Bill 93 that would implement drug disposal events statewide.
    - Vince and Nancy completed and sent letter to Ed FitzGerald, Cuyahoga County Executive.
    - Drug Court: Could be a potential opportunity to find people who are willing to share their personal stories regarding prescription drug misuse and abuse; Nancy Pommerening has worked with Judge Anita Laster Mays and could facilitate an introduction. Dr. Ted Parren at CASE could also be a resource for us.
- **Senior Agency Networks Subcommittee:**
    - Need to connect with Margie on progress of the CE template presentation.
- **Events Committee:**
    - Operation Medicine Cabinet planning meeting occurred on March 2 from 12:30 p.m. to 1:30 p.m. at the Cuyahoga County Board of Health. Event is planned for April 30.
    - Permanent Drop-Off Locations: Vince announced that permanent locations are being added in Westlake, Bedford, and Lakewood.

CONFIDENTIAL

CUYAH_015867609