Exhibit 146

## ADAMHS Board: Medical Directors[ SEQ CHAPTER \h \r 1]

November 23, 2010
9:00 a.m. – 10:30 a.m.

**Present:** Leslie Koblentz, MD (SVCH), Doug Smith, MD (NBH), Greg Boehm, MD (Stella Maris), Omar Elhaj, MD (Connections), Cyndi Vrabel, MD (MHS), Joy Stankowski, MD (NBH), Patrick Runnels, MD (CFC/Magnolia Clubhouse), Gretchen Gardner, MD, (Connections), Rick Hill, MD (Recovery Resources), Christina Delos Reyes, MD, Maggie Tolbert, and Laura Simmons, (ADAMHS Board)

**Guests:** John Garrity, Ph.D., Director of Q.I., Evaluation and Research and Beth Pfohl, Grants Officer (ADAMHS Board)

| Agenda Item | Discussion |
|---|---|
| Announcements & Approval of September 28, 2010 Minutes | The minutes of the September 28, 2010 meeting were approved as written. |
| Needs Assessment Focus Group – John Garrity | Dr. Garrity announced that the Board is working on a Needs Assessment and Strategic Plan. (See attached summary describing both the Needs Assessment and Strategic Planning process, as well as questions and answers taken from today's meeting.) |
| **Updates** | |
| - Central Pharmacy | Dr. Delos Reyes provided the latest statistics on Central Pharmacy agency allocations through October of FY 11. She will be sending out an email regarding the S.C.A.L.E. program and a plan to roll three more providers into Central Pharmacy at a cost of $11,000: (JFSA and Eldercare at $5,000 and Epilepsy Association at $1,000). There will be minor fluctuations approved by Chief Denihan. |
| - Bed Days | The bed day statistics were provided through October 2010; the bed days are under projection by 126 days. |
| - MHS | Dr. Vrabel reported that MHS has been working on the strategic plan, thus is very interested in having this group collaborate on no shows and productivity issues. She is also interested in convening a meeting on Probate with all the stakeholders as there are problems in getting people into the hospital, and who is appropriate for hospitalization. Dr. Delos Reyes announced there will be a training on Probate issues on April 5th here at the Board. |
| - St. Vincent's PED | Dr. Koblentz reported that Drs. Eden and James will no longer be with St. Vincent Charity Hospital as of mid January 2011. |
| - Connections | Drs. Gardner and Elhaj indicated that productivity and no shows is a problem for their agency as well. They have implemented a rotational clinic for doctors and nurses to participate, and they have walk in clients. They also piloted telemedicine. |
| - Recovery Resources | Dr. Hill reported they hired a psychiatrist, but unfortunately, that person only stayed two days and resigned; didn't realize the acuity of their clients. They hired Scott Martin, a psychiatrist, for 24 hours a week and is doing well. Levels of care is an issue Dr. Hill is concerned about as they want to be able to provide the appropriate services. |
| - Stella Maris | Dr. Boehm thanked everyone's support of YHaven's fund raising event as they sold out opening night. Dr. Boehm announced that their Executive Director, Margaret Roche, recently had surgery is on medical leave. Robert Smith is Acting Director during her absence. |
| - NBH | Dr. Momen reported he continues to have good collaboration on wait lists.<br><br>Dr. Smith reported that there is no news on the new state hospital, and there has been no official movement on the building. They are having trouble cleaning the identified land to the satisfaction of the EPA, so they may have to move it to a new site, so discussions are ongoing. The CSN program is having changes. Acting Director, Douglas Kern, has become Director of Operations at NBH, so Kevin Smith is the new Acting CSN Director for about three to six months. Dr. Dunn is still the psychiatrist at CSN. NBH is losing the Summit County CSN program in January. Dr. Smith stated he will forward NBH's bed bug protocol to Dr. Delos Reyes, and it will be provided to the Medical Directors. |

[PAGE ]

| Agenda Item | Discussion |
|---|---|
| NBH (continued) | Dr. Stankowski is trying to do better integration between both sites, and will do a program for the patients in order to pay more attention to their health care and wellness, including addictions. The program will transpire for a year and participation will have prizes for doing it.<br><br>Finally, ODMH is waiting to find out their new Director now that a new Governor has been elected and taking office in January 2011. |
| - CFC/Magnolia Clubhouse | Dr. Runnels reported that CFC and WSEM applied for and received a grant to educate staff on DBT. There is a fellowship to do public psychiatry Friday evenings, and if anyone is interested, to contact him. |
| - Dr. Delos Reyes – ADAMHS Board | 1) Governor's Prescription Drug Task Force - Dr. Delos Reyes provided copies of the Governor's Drug Task Force. Four Ohioans die every day because of a drug related overdose. Seven to 10 prescription deaths have surpassed car deaths. Cuyahoga County has a local coalition and she will be involved.<br>2) OARRS - Dr. Delos Reyes provided forms to register each account on their WebCenter. She hopes to increase the level of OARRS doctors in our system. Nurse Practitioners can also sign up. Clarification is needed on whether Medical Directors can look up information on their agency on who is treating each patient.<br>3) S.C.A.L.E. Project – Connections has been awarded as the agency to oversee this project, which is scheduled to start in January 2011.<br>4) FIRST Project for Early Psychosis – The ADAMHS Board approved $20,000 to the Best Center to start this up. Applications are due December 17th and will have a partner in January, and then be ready for patients, who have a first episode of schizophrenia, in March. They hope to serve up to 25 patients the first year. |
| Next Meeting: | The next Medical Director's meeting will be **Tuesday, February 1, 2011, at 9:00 a.m.** at the Board's Cuyahoga Room. Copies of the 2011 meeting schedule were provided to the group. |

/las

Attachment:  Medical Directors Needs Assessment Focus Group Summary

[PAGE  ]

CONFIDENTIAL

CUYAH_015851760