Exhibit 147

2010 Narcotics Unit Compliance Enforcement Stats
One Detective assigned to the enforcement of pharmaceutical diversion laws

59 cases sent to the Grand Jury by this Detective
To include charges of Illegal Processing of Drug Documents, Deception to Obtain
Dangerous Drugs, Theft of Drugs (From Pharmacies, Institutions & Hospitals)

1 Physician Pled by Information to 10 count indictment, Cash forfeiture, Probation
and Community Service

2 Joint cases with BWC which led to Deception and Theft of Worker Compensation
charges

In addition I worked joint cases with other CPD District Units, Board of Pharmacy
Agents, WEB Agents, Nursing Board Agents, Bureau of Workers Compensation
Agents, Cleveland FBI Medical fraud Unit, Cleveland Clinic Investigators and
Metro Health Hospital Investigators.  I also work closely with HIDTA and receive a
great deal of support and assistance from their Analyst's.

I have assisted District Vice and Bureau Detectives on an additional 27 Diversion
cases and answer questions regarding prescription pill enforcement around the
clock.  I have seen an explosion in pill related cases in the Narcotics Unit and assist
Narcotics Units squads on a regular basis accessing specific medical information
and records which are critical to Pharmaceutical related investigations.  Cleveland
Narcotics Street Invest Unit has seen a 40% increase in the number of Prescription
Drug cases they are encountering over the past 2 years.  Street level drug dealers
have expanded from illicit drugs such as crack and marijuana to Oxycontin,
Percocet and other Pharmaceutical drugs.  We have seen an explosion in the
trafficking of Heroin cases and there are strong correlations to the use of Opiate
pain medications and then transition to Heroin which is cheaper.

During 2010 worked joint cases with WEB (West Shore Enforcement Bureau)
which have led to disbanding 3 large pill rings.  Cases led to multiple indictments
and the confiscation of computer equipment used to forge and create prescriptions,
vehicle and cash.

Joint cases with the Nursing Board:  5 Nurses indicted c/w Theft of Drugs and other
VSDL charges.  In addition 9 medical personnel have been indicted, 3 Pharmacy
Tech's and 6 medical assistants or secretaries.

Cleveland Narcotics Compliance personnel also have coordinated "Operation
Medicine Cabinet" which is a Bi yearly city wide collection of old and unused pills
and medications.
405lbs collect in 2010.
163lbs collected to date in 2011.

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY

Recent investigations include:

Investigation of local Hospital employee who was able to obtain a blank prescriptions and create a computer program which duplicated the prescription and then created 14 different versions.  The illegal forged prescriptions were then filled for hundreds of Opiates in the names of over 20 different names.  Led to a conviction and confiscation of computer equipment and programs.

Investigation of Pharmacy Technician who was assisting drug dealing boyfriend fill numerous forged prescription for Oxycotin and Percocet.  4 indicted and convicted

Working with Narcotics Major invest squad and Ohio State Patrol, investigation of Oxycotin dealer led to the arrest of multiple pills and heroin dealers and the recovery of thousand's of pills including Oxycotin and Percocet in bottles as well as the confiscation of over 100 grams of heroin.  Drug ring had ties to Detroit Michigan and was piping in pills and heroin on a weekly basis.

Joint case of Nurse from Cleveland Clinic stole and filed prescriptions for Percocet, Adderal and Oxycotin.

Assisted Cleveland Narcotics Parcel Interdiction Team confiscate FedEx package from Santa Anna California.  Contained 5,000 plus Oxycotin 40 mg pills.  Controlled delivery led to arrest of pill ring members and cash seizure.

Joint investigation of pill ring with FBI and WEB which had connections to several local Pharmacies and a Pharmacy Tech.  4 suspects recently indicted.  On going investigation.  Suspect recruited males from local homeless shelters in order to use their free medical coverage and fill a large amount of forged prescriptions for Oxycotin, Percocet and Adderal.

Need grant for new Lap Top computer, old computer is 5 years old and wearing out.  Budget problems with city, cut backs.

Continued training in Diversion Investigations.   Attend NADDI conference.

Grant will assist with joint investigation with the Pharmacy Board of 2 Physicians who are trafficking in Pills. One Physician case is close to indictment and one case has been opened this year.

Detective John Prince #2154
Narcotics Compliance Detective
216-623-5178

HIGHLY CONFIDENTIAL - ATTORNEY EYES ONLY