Exhibit 149



CLEVE_002278003