# Exhibit 151

# Ohio's 2012 Opiate Summit: *Miles Traveled - Miles Ahead*

### May 8, 2012
### Agenda

| Time | Session |
|---|---|
| 07:30am-09:00am | **Registration** |
| 09:00am-09:30am | **Welcome: The View from the Road**<br>Bill Denihan, Chief Executive Officer<br>Cuyahoga County Alcohol, Drug Addiction, & Mental Health Services Board<br>Cheri L. Walter, Chief Executive Officer<br>Ohio Association of County Behavioral Health Authorities |
| 09:30am-10:00am | **Miles Traveled - Miles Ahead: Driving the AoD System Response to Opiate Abuse in Ohio**<br>Orman Hall, Director<br>Ohio Department of Alcohol and Drug Addiction Services |
| 10:00am-10:30am | **Miles Traveled - Miles Ahead: Detouring Illegal Activity**<br>The Honorable Mike DeWine, Attorney General, State of Ohio |
| 10:30am-11:00am | **Miles Traveled - Miles Ahead: Directions from the Community**<br>April Caraway, Executive Director, Trumbull County MHRS Board<br>Precia Shenk Stuby, Executive Director, Hancock County ADAMHS Board<br>Juni Frey, Executive Director, Paint Valley ADAMH Board |
| 11:00am-11:15am | **Miles Traveled - Miles Ahead: Mapping Out Ohio's Destination**<br>An Ohio Leadership Perspective |
| 11:15am-11:45am | **Miles Traveled - Miles Ahead: The Journey to Recovery**<br>Individuals in recovery from opiate addiction will share the barriers encountered and their road to success in their journey to recovery. |
| 11:45am-01:10pm | **Lunch Keynote: Miles Traveled - Miles Ahead: The National Road Map**<br>Gil Kerlikowske, Director<br>Office of National Drug Control Policy |
| 01:15pm-02:45pm | **Breakouts**<br>Choose from 10 sessions (A-J) |
| 02:45pm-03:00pm | **Break** – Visit conference vendors |
| 03:00pm-04:30pm | **Breakouts**<br>Choose from 10 sessions (K-T) |

