# Exhibit 152

## Morning Introduction – 9:00 A.M. on May 8th

Good Morning! My name is Bill Denihan, I'm the CEO of the Cuyahoga County Alcohol and Drug Addiction Services Board and the President of the Ohio Association of County Behavioral Health Authorities.

On behalf of the Ohio Association of County Behavioral Health Authorities, the Ohio Department of Alcohol and Drug Addiction Services, and the Ohio Rehabilitation Services Commission, I'd like to welcome you to Ohio's 2012 Opiate Summit: Miles Traveled – Miles Ahead! Today, we are excited to offer sessions packed with information on how individuals and communities throughout Ohio are addressing this epidemic from every angle. This morning, you'll have an opportunity to hear from Ohio Attorney General Mike DeWine, former AG and current special advisor to the Governor Betty Montgomery, ODADAS Director Orman Hall, a panel of community Board Directors, and a panel of individuals in recovery. At lunch, we're thrilled to welcome Gil Kerlikowske the Director of the Office of National Drug Control Policy.

The opiate epidemic continues to be a battle in communities throughout Ohio. Over the past X time, Cuyahoga County has experienced a devastating increase of heroin deaths. In Cleveland the number of deaths has increased by 76%. And in the suburbs the number of deaths has increased by 175%! Just by being here today you have demonstrated your commitment to help fight this epidemic in your community and in our state!

(Scott you can fill in about 3-4 minutes here with the Cuyahoga County details)

In conclusion, I'd like to sincerely thank you for attending the Summit and I hope you enjoy the day!

I'll now hand it over to Cheri Walter, the CEO of the Ohio Association of County Behavioral Health Authorities.