Exhibit 153

**Summit County Quarterly OARRS Report - Quarter 2, 2012**

| Ohio (Quarter 2, 2012 Pop: 11,536,504*) | # of doses† dispensed | # doses† per patient | # doses† per capita |
|---|---:|---:|---:|
| **Opiates & Pain Relievers** | 194,694,543 | 153.63 | 16.88 |
| **Depressants including Benzodiazepines** | 91,828,573 | 124.62 | 7.96 |
| **Stimulants** | 25,347,746 | 99.59 | 2.20 |

| Summit County (Quarter 2, 2012 Pop: 541,781*) | # of doses† dispensed | # doses† per patient | # doses† per capita |
|---|---:|---:|---:|
| **Opiates & Pain Relievers** | 9,759,088 | 166.54 | 18.01 |
| **Depressants including Benzodiazepines** | 4,105,125 | 119.10 | 7.58 |
| **Stimulants** | 1,173,111 | 100.72 | 2.17 |

| Summit County (Quarter 1, 2012 Pop: 541,781*) | # of doses† dispensed | # doses† per patient | # doses† per capita |
|---|---:|---:|---:|
| **Opiates & Pain Relievers** | 9,510,898 | 161.48 | 17.55 |
| **Depressants including Benzodiazepines** | 4,159,802 | 118.85 | 7.68 |
| **Stimulants** | 1,188,670 | 100.66 | 2.19 |

| Summit County (Quarter 2, 2011 Pop: 541,781*) | # of doses† dispensed | # doses† per patient | # doses† per capita |
|---|---:|---:|---:|
| **Opiates & Pain Relievers** | 9,666,045 | 162.74 | 17.84 |
| **Depressants including Benzodiazepines** | 4,127,404 | 118.94 | 7.62 |
| **Stimulants** | 1,098,394 | 100.02 | 2.03 |

\* population data from 2010 Ohio Department of Development
† solid oral doses