Exhibit 157

# 2010

## ANNUAL
## REPORT

### INSPIRING HOPE, EMPOWERING ACTION, IMPROVING LIVES





*American Pain Foundation*
A United Voice of Hope and Power over Pain

## ABOUT THE AMERICAN PAIN FOUNDATION

Founded in 1997, the American Pain Foundation (APF) is an independent nonprofit 501(c)3 organization that serves people affected by pain. APF speaks out with people living with pain, caregivers, health care providers and allied organizations, working together to dismantle the barriers that impede access to quality pain care for all.

## OUR MISSION

The American Pain Foundation educates, supports and advocates for people affected by pain.



## Dear Friends:

Now that we've said farewell to 2010 and the congressionally mandated "Decade of Pain Control and Research," we have entered a new decade populated with many hurdles to overcome. The American Pain Foundation (APF), along with the staunch support from our members, board of directors, volunteers and alliance partners, has heeded the charge to improve the lives of people living with pain and worked diligently to ensure that efforts did not live in words alone, but came to fruition through action.

I am proud to share with you just a small sampling of the work APF has done the last year of this decade to honor its mission to educate, support and advocate for people affected by pain until pain is no longer a major health care problem.

With a membership of close to 100,000 and growing, APF has enhanced and grown our education, support and advocacy services and programs to better serve our constituents. In 2010, APF rang in the New Year with the launch of our Breakthrough Cancer Pain Spotlight, an important addition to our educational spotlight series that provides in-depth information and resources on pain-related topics. Just in time for summer — when many people increase their physical activities —"Oh, My Aching Back!" Spotlight was released chock full of tips and information on preventing and managing back pain.

As the climate in our country becomes increasingly focused on the risks of pain medications, APF has focused on developing a new educational program called PainSAFE™ (Pain Safety & Access For Everyone). Experts wrote and developed materials to provide people with pain and health care professionals information and resources on how to safely use pain treatment options to help lower the risks associated with pain therapies, and in turn, improve access to effective and appropriate pain care. In September, a month designated as Pain Awareness Month, APF unveiled its new PainSAFE website and other educational activities about safety.

APF has grown into the largest advocacy organization for people with pain. APF and its volunteers have continued to make inroads in raising awareness about the need for better pain management and improving pain care policy. In 2010, staff members and volunteers participated in close to 100 policy activities from testifying at legislative hearings and scheduling meetings with state and national representatives to securing city and state proclamations for Pain Awareness Month. In September alone, more than 530 individuals submitted letters to their legislators sharing their story and urging improvements in pain care legislation.

As we move forward, APF stands firm in its commitment to improve access to pain care for all. We ask you to continue to partner with APF in this journey and persevere with us; triumphantly climbing over any hurdles and breaking down the barriers that are preventing people with pain from receiving the necessary pain care they rightfully deserve and need. We can only do this successfully if we speak out for the rights of people with pain together.

Sincerely,

Will Rowe
Chief Executive Officer

# E D U C A T I O N

Too often, people with pain don't receive the pain management they deserve. This can result in years of needless suffering. APF provides a wide array of educational programs and support services to help people affected by pain.

## EDUCATION

When people know more about their pain, they are better equipped to make the right decisions with their health care providers and advocate for the pain care that works best for them. APF listens to the experiences of people living with pain and offers pain education and resources to help them self-advocate for optimal pain care.

**Online and print publications and news alerts** continue to be in high demand and provide accurate and timely information to people affected by pain. APF's newsletters, booklets, topic briefs, and online modules are filled with pain-related news, tips and practical advice to help people with pain take charge of their pain care and reclaim their lives. Topics cover different pain conditions, co-existing health issues often accompanying pain and its treatment (e.g., depression, sleep disturbances, constipation), finances, family matters, tips for coping and much more.

**Here is just a sampling of APF resources:**

- *Pain Community News*, APF's esteemed quarterly newsletter, has a print circulation of more than 68,000 and many more online readers. In 2010, PCN explored such issues as health decision making, cancer pain, the pain-sleep cycle, the healing power of gardening, medication safety, nutrition and pain and much more. Book reviews, APF's volunteer corner and fast facts were recurring items.

- *Pain Research & Practice Update* in 2010 provided conference coverage of the American Academy of Pain Medicine's 26th annual meeting and reported on studies related to chronic pain after breast cancer surgery, migraine and stroke, texting and shoulder/neck pain, acupressure and tai chi for pain relief, the role of vitamin D in chronic pain and much more.

- *Pain Monitor* is a monthly electronic newsletter that provides links to the latest pain-related news and research, legislative updates and highlights of APF events.

- Core educational booklets — *Pain Resource Guide: Getting the Help You Need; Targeting Chronic Pain: Your Personal Notebook; Access Matters: Making Sense of Health Coverage; and Treatment Options: A Guide for People Living with Pain* — continue to help those living with pain and their caregivers.

- *Top 10 Tips* provide practical advice on making your voice heard to advocate for better pain care, coping with cancer-related pain, preventing and finding relief from back pain and medication safety.

*All APF materials are created to meet the unique and growing information needs of people affected by pain and their caregivers.*

## *Is Fibro the Cause?* Pilot Project in Missouri

Fibromyalgia affects up to six million Americans, making it one of the most common musculoskeletal pain conditions in the United States. Yet it often remains undiagnosed and misunderstood, resulting in unnecessary pain and disabling symptoms for many. To raise awareness about fibromyalgia, APF partnered with community and state-based alliance groups and fibro advocates in Missouri to pilot a fibromyalgia project. More than 8,000 print copies of APF's *Is Fibro the Cause?* online toolkits were provided free to Missouri residents at community events and presentations on fibromyalgia and at designated locations throughout the state. The toolkit contains helpful tips and resources including how to recognize the signs and symptoms, a worksheet to help track symptoms and facilitate communication with your health care provider, and tips for living well with fibro.

PainCommunity news
The Newsletter of the American Pain Foundation
Targeting Chronic Pain: YOUR PERSONAL NOTEBOOK
TOP 10 TIPS
MAKE THE MOST OF YOUR MEDICAL VISITS



# E D U C A T I O N

**APF's educational Spotlight series** sheds light on various pain-related topics, including:

- Cancer pain
- Fibromyalgia
- Pain and end of life
- Let's Talk Pain (a coalition effort that focuses on supporting positive patient-provider communications)
- Military/Veterans and pain
- Shingles/Postherpetic neuralgia (PHN)

## "Oh, My Aching Back!"



As part of this educational series, APF launched **"Oh, My Aching Back!"** in 2010. Back pain will affect a majority of Americans — eight out of 10 — at some point in their lives, and it's only expected to become more common as our population ages and obesity rates continue to soar. This practical online guide educates readers about back pain and arms them with information and tools to talk with their health care provider about it. This new resource includes articles (e.g., The ABCs of Back Pain, Who's Who in Treating Back Pain, Finding Relief, Back Pain & the Workplace), tips for preventing and managing back pain, worksheets and self-care strategies, as well as personal stories from people living with back pain.



## Breakthrough Cancer Pain — Breaking Through to Improve Cancer Care

Although millions of Americans now live long after their cancer treatment ends, the cancer experience frequently leaves a high-cost legacy of pain for individuals, families and the health care system. Results from an online survey commissioned by APF and released on January 28, 2010, revealed that breakthrough cancer pain (BTCP) — sudden, temporary flares of severe pain that occur even when pain medication is used — is one of the most challenging aspects of having cancer according to three out of four U.S. adults who have ever been diagnosed with cancer and experienced this type of pain.

To raise awareness about BTCP — which is often unrecognized and untreated as a distinct problem even though it disrupts lives and increases medical needs — APF created online content about the basics of BTCP; tips to make sure pain management is an integrated part of cancer care; treatment options; and answers to commonly asked questions. APF also produced a video featuring leading cancer experts, people who have experienced BTCP and their caregivers.

## PainSAFE™

No single treatment option for pain management is without risk, and that also includes the decision not to treat pain. But these risks can be managed by educating consumers and health care providers about different treatment modalities and their safe use.



In September 2010, APF proudly unveiled PainSAFE (Pain **S**afety & **A**ccess for **E**veryone) — a new initiative to educate people with pain and health care providers on the appropriate and safe use of various pain management therapies. PainSAFE provides up-to-date information, programming and resources.

The first sections to launch at **www.painsafe.org** featured information and tips for safely using opioid analgesics and implantable pain therapies. PainSAFE continues to expand in 2011 and beyond to include new sections on over-the-counter pain medications, such as nonsteroidal anti-inflammatory drugs (NSAIDs) and acetaminophen, as well as complementary and alternative therapies and other safety topics (for example, how to travel safely with pain medications).

PainSAFE strives to educate consumers and health care providers in tandem to encourage consistent and parallel communication about important safety issues.

**Staying PainSAFE for People with Pain…**
PainSAFE educates the public and helps build their skills for safely using pain treatments. APF believes a more informed consumer will result in better treatment choices, safe use of these therapies and, in turn, improve outcomes.

**Staying PainSAFE for Health Care Providers…**
In parallel, PainSAFE offers health care providers a central hub of evidence-based information and practice-based tools to focus on safety and reduce the risks associated with various pain treatments.



PainSAFE is part of the APF's ongoing commitment to advocate for timely access to safe and appropriate pain care for those affected by pain.

*"Knowledge about how to safely use pain treatment options will result in better treatment choices with lowered risk and, in turn, improve access to pain care."*

— Lynn Webster, MD, FACPM, FASA,
clinical reviewer and the original creator of PainSAFE

# E D U C A T I O N

*"American Pain Foundation has done wonderful things for so many people — like myself — who are in desperate need of proper pain care and advocacy. APF has given me hope that soon all will be treated with the care and respect they need so much."*

*— Person living with pain*

APF's website, which was visited by nearly 275,000 people in 2010, underwent a major redesign and reorganization. Integral to this undertaking was feedback solicited from a working group consisting of people with pain and caregivers. Their insights helped inform the new design, which is not only aesthetically pleasing and more engaging, but also provides better functionality. Through improved search capabilities, reorganized content and upgraded social media sharing options, members can more easily and effectively access information and communicate with APF and each other. The website redesign and reorganization provides areas to incorporate the educational materials gifted to APF by the National Pain Foundation (NPF) in 2009. Full integration of the NPF website will be complete in 2011.



*"Not only does your website offer a world of knowledge, it's practical, understandable and very patient-centered and guided!"*

*— Person living with pain*

# SUPPORT

People living with persistent pain often feel unheard, stigmatized and alone. APF continues to serve as a central hub for understanding and support. APF's support services and programs are designed to connect those affected by pain with others to help them cope and better navigate their pain care.

**PainAid**, APF's online support community is available 24/7. In 2010, more than 25,000 people participated in PainAid's discussion boards and chats. Its 16 trained volunteer moderators and experts spent more than 4,000 hours interacting with members in these venues.

Discussion boards include:
- General topics such as specific chronic pain disorders, diagnosis and treatment, personal and family issues and more
- *Ask the Experts* — featured physicians, nurses, pharmacists, a podiatrist, a massage therapist and other practitioners of complementary therapies
- Military/Veterans and the international discussion boards

In 2010, APF hosted
- 372 chats
- More than 6,000 discussion board posts
- Two webinar series on techniques for coping with and communicating about fibromyalgia and breakthrough cancer pain

**Pain Information Center (PIC)**, APF's toll-free information line (1-888-615-PAIN) and personalized email response service, provides people with pain and their caregivers current information, resources and support. In 2010, PIC responded to thousands of calls and emails from people — many desperately seeking someone who could help them.

**Pain Resource Locator** is a searchable database of local resources and disease-specific organizations that may be helpful in managing pain.

**Clinical Trials Center** provides up-to-date information about the latest pain-related clinical trials in partnership with CenterWatch. This searchable database includes a complete listing of National Institutes of Health-funded studies, as well as recent U.S. Food and Drug Administration (FDA) medication and device approvals.

*"The people I have met through PainAid have become my friends and extended family. Thank you for providing this vital source of support!"*

— APF Member

# SUPPORT

## MILITARY/VETERANS PAIN INITIATIVE



Pain continues to rank among the top medical complaints of active duty military personnel and veterans. An estimated nine out of 10 Iraq and Afghanistan veterans reportedly return home with some type of pain.

APF's Military/Veterans Initiative continued to help military personnel and veterans in 2010 by providing free educational resources and peer-to-peer online support, and by empowering them to advocate for the quality pain care they deserve to lead a full, productive life.

APF's Military/Veterans Initiative played an influential role in policy efforts that eventually led to the passage of the military and veterans pain care legislation in 2008, which has since had a profound effect on pain care within the Departments of Defense (DoD) and Veterans Affairs (VA). After the legislation became law, the DoD and the VA joined forces to create a pain task force and in May of 2010 they released a final report: *Providing a Standardized DoD and VHA Vision and Approach to Pain Management to Optimize the Care for Warriors and their Families* detailing 109 recommendations to improve pain care. A report on these recommendations and their implementation will be given to Congress in summer 2011 and APF will continue to follow and advocate for these improvements within the DoD and VA health care systems.

In 2010, APF:

- Participated in 17 speaking engagements on military/veterans topics, reaching more than 10,000 people

- Responded to more than 400 emails and 250 online posts seeking resources and support for military personnel, veterans and their families

- Participated in eight media interviews reaching more than three million people

- Partnered with the Fisher House Foundation to distribute 4,000 copies of *Exit Wounds: A Survival Guide to Pain Management for Returning Veterans and their Families* to wounded warriors and their families staying in these houses. Another 500 copies were distributed free of charge to veterans attending the 2010 National Convention of the Disabled American Veterans.

*"I had no idea this or anything like it was available to veterans. I want to personally thank you for all you do for the many that suffer. Please keep up the good work."* — Veteran living with pain

# ADVOCACY IN ACTION

In 2010, APF led the charge to improve access to appropriate pain care and, in turn, prevent needless physical, emotional and financial suffering for the millions of Americans who wake up in persistent pain every morning.

Through calls to action, organized activities and awareness-building efforts, people with pain, caregivers and health care providers heeded the charge and advocated for better pain care by demanding change in policy and practice in their own communities and nationwide.

**Action Network**

APF's volunteer grassroots network of people living with pain, caregivers and health care providers provide the critical infrastructure for organized national and state-based advocacy efforts to improve pain care and policy in the United States. Serving on the front lines of the pain movement, APF Action Network (AN) leaders, advocates and members give a face and a voice to the multitude of issues that comes with living with pain or caring for someone in pain.

With 95 AN leaders representing 35 states, the District of Columbia and Puerto Rico, a sampling of their vital work and contributions this past year include:

- Organizing and participating in more than 340 community events nationwide
- Distributing pain resources and educational materials to approximately 10,000 people
- 36 media placements featuring their advocacy efforts and personal struggles with pain
- Participating in 98 pain policy activities ranging from testifying at legislative hearings and scheduling personal meetings with their representatives to securing pain proclamations

*"I'm honored to speak out for the rights of people with pain. Unless you suffer with pain on a daily basis, you have no idea of what living with pain is all about."* — *Action Network member*

# A D V O C A C Y   I N   A C T I O N

## Annual Advocacy Summit

Under the central theme of "Finding our United Voice: Conquering Pain Together," a record 127 AN leaders, pain advocates, national alliance partners, state-based collaborators and supporters from 37 states gathered together in Minneapolis for a three-day advocacy summit in April. In its fifth year, the summit provided participants an opportunity to network with others interested in transforming pain care in America; hands-on training and resources in community outreach, media advocacy, national and state policy advocacy; and an arena to showcase the accomplishments and impact leaders are making in their own communities.



*Andrea Cooper and Mary Vargas, PCAC members (Maryland)*



*Jannie White, AN leader (Michigan)*



*Summit roundtable discussions*

*"The summit was fabulous! APF makes it possible for all of us to continue our important work in a connected and united [way]. We will change pain care in America for all Americans!"* — *Action Network leader*

## Online Advocacy Center/Alert System

APF's online advocacy center promptly alerts members about emerging state-specific and national policy issues that could intentionally or unintentionally affect pain policy and access to treatment. Alerts provide recipients with background information and resources on the issue, as well as steps for taking action.

In 2010, action alerts were sent related to:

- Prescription monitoring programs
- Step therapy legislation
- Opioid prescribing rules
- Acetaminophen safety
- Risk Evaluation Mitigation Strategies (REMS) for opioids
- PainSAFE initiative
- Breakthrough cancer pain project
- Pain awareness month activities and opportunities
- Governmental regulations preventing access to care
- Unbalanced media coverage reinforcing pain stigmas



### Pain Awareness Month Sparks Action Locally and Nationally

APF, its members and many other health care organizations and alliance groups observe Pain Awareness Month each September. During this month and throughout the year, APF and its volunteers speak out about the undertreatment of pain and the barriers that prevent effective pain care and dedicate themselves to raising awareness about the need for better pain care in communities all across the country.

This year, APF organized an online Virtual March that served as a central hub for people participating in raising awareness about pain. Through this virtual movement, pain advocates were united and empowered to rally for improved pain policy and management from the comfort of their home or office. Participants took part in one or all of the following activities by:

- Writing and submitting a letter to decision makers — a key opportunity to share how pain has affected one's life and to encourage decision makers to make policy changes
- Attending or organizing pain awareness events in their own communities
- Joining APF's Action Network
- Spreading the word using social media tools (Facebook, Twitter, blogs)
- Adding their individual stories to APF's 10,000 Voices campaign

### APF's 2010 Pain Awareness Month campaign highlights:

- More than 9,000 people attended the Virtual March, which was endorsed by 75 organizations
- More than 530 individuals sent letters to their legislators urging improvements in pain policy
- 32 Pain Awareness Month proclamations were issued by city and state leaders
- APF's first ever online advertising campaign on Facebook reached more than 17 million people
- 300 educational and awareness activities were held throughout the country
- Securing 249 media print, broadcast and online placements reaching approximately 90 million people
- More than 17,000 pieces of APF literature were distributed, providing valuable information and resources to people with pain
- PainSAFE also launched during this time

 

*Far left: Pain Awareness Month display in cafeteria at St. Luke's Hospital in Kansas City, MO.*

*Left: Action Network leaders and pain advocates receiving Pain Awareness Month proclamation for Nebraska. Shown from left to right: Action Network Leader Jan Tooker, Sharon Anderson-Towery, Lieutenant Governor Rick Sheehy, Renee Pickerel, Action Network Leader Jennifer Eurek, LaDonna VanEngen and Beth Nelsen.*

# A D V O C A C Y   I N   A C T I O N

## 10,000 VOICES CAMPAIGN — NEW IN 2010



During Pain Awareness Month, APF launched the 10,000 Voices campaign as part of its Virtual March. Designed to capture the voices of people affected by pain who unfortunately do not always have an outlet, the campaign featured an online virtual "wall" for people to share how untreated or undertreated pain has affected their lives and to offer messages of hope. Understanding that people voice their thoughts and feelings through different forms, APF provided easy-to-follow instructions for people to submit and upload their powerful written statements, individual photos or moving videos to the wall for the online community to view and better understand the impact of pain on individuals and families and how people are managing their lives. For some, the campaign served as a catharsis, and for others it reinforced their desire and commitment to be part of a movement working to raise awareness and improve pain care.

## APF Lends Its Expertise to Help Inform Health Care Professional Education

In 2010, APF collaborated on 38 certified and non-certified, independent medical educational activities with four educational partners. This unique opportunity has allowed APF to incorporate the values and perspective of the person with pain into the educational paradigm of the health care provider to enhance the communication between health care professionals and patients and improve the overall quality of life for the people with pain. Activities included live symposia, Dinner Dialogues, e-newsletters, webinars and other education formats.

Through these efforts, APF:

- Became responsible for, and owners of, all curriculum content development for the National Initiative on Pain Control (NIPC)
- Greatly expanded its reach to health care professionals and people with pain, growing membership by 1,500+
- Reached more than 1 million health care providers and increased awareness about the organization and its resources

# Extra, Extra, Read All About It

## APF AND PAIN MAKE HEADLINES!

Accurate, timely and balanced news coverage about pain is a critical component of raising awareness about the scope of pain, the impact it has on daily living and the need for effective pain care for all. APF has made significant progress in fostering working relationships with members of the mainstream and trade media. The "go-to" source for reporters seeking the latest facts, information and resources on pain, APF also offers story suggestions and connects reporters with leaders in pain management and people who can speak about their specific pain issue.

Through online, print, radio and television outlets, APF's local and national media outreach efforts secured 1,600 media stories on pain in 2010 — an increase of 1,255% from 2009. Reaching more than 600 million people with important pain-related messages, APF spokespeople and advocates provided education, information and assistance to people with pain and combated the negative stereotypes and stigmas associated with pain.

APF and the pain story was covered by a number of reputable national and local news media outlets including but not limited to:

- *The New York Times*
- *Health*
- *Newsweek*
- *Prevention*
- News 14 Carolina
- KQED

13

# YEAR IN

## JANUARY

APF's Spotlight on Breakthrough Cancer Pain survey released and online guide launched

## FEBRUARY

APF hosts roundtable on cancer pain at Beth Israel in New York City with renowned faculty and 11 other nationally recognized organizations

## MARCH

Power Over Pain Action Network becomes the American Pain Foundation Action Network

American Pain Foundation
ACTION NETWORK

## APRIL

APF hosts fifth advocacy summit in Minnesota

## MAY

*Is Fibro the Cause?* pilot project launches in Missouri

## JUNE

Spotlight on Back Pain "Oh, My Aching Back!" — online guide, downloadable tools and resources launch

# REVIEW

| JULY | AUGUST | SEPTEMBER | OCTOBER | NOVEMBER | DECEMBER |
|------|--------|-----------|---------|----------|----------|



**New and improved web site unveiled**

APF hosts scientific meeting in Bethesda, Md, *Seeking Solutions: Advancing Our Understanding of the Safe Use of Acetaminophen*

APF Board of Directors adopts strategic plan for 2011-2016; APF mission is modified.

APF's survey on physicians' perspectives toward prescription opioid abuse and misuse discussed on "Good Morning America" health segment

**Pain Awareness Month**

PainSAFE launches

Media action alert issued about the unbalanced pain article in *Newsweek*

APF releases its position statement on access to pain care

APF staff and volunteers provide testimony before FDA on REMS

Second issue of *Pain Research & Practice Update* is released

15

# FINANCIAL INFORMATION

**The American Pain Foundation** is a 501(c)(3) non-profit organization. APF is proud to offer an array of programs and services to help those living with pain and their families, as well as the health care community serving them. Such efforts would not be possible without the generous support from private companies, individual contributions and foundation grants.

**2010 Income** *(Unaudited)*





- Products and Services
- Foundation Income
- Industry Income
- Individual and Other

**2010 Expenses** *(Unaudited)*



- Program Expenses
- Administrative Expenses
- Fundraising Expenses

| Income | $ | % |
|---|---|---|
| Products and Services | 20,684 | near 0% |
| Foundation Income | 297,000 | 6% |
| Industry Income | | |
|   National Initiative on Pain Control (NIPC)/ | | |
|   Endo | 2,664,408 | 53% |
|   Other Industry | 1,751,891 | 35% |
| Individual and Other | 285,972 | 6% |
| **Total** | **5,019,955** | **100%** |

| Expenses | $ | % |
|---|---|---|
| Program Expenses | 4,272,450 | 89% |
| Administrative Expenses | 235,481 | 5% |
| Fundraising Expenses | 270,800 | 6% |
| **Total** | **4,778,731** | **100%** |

16

## 2010 DONOR HONOR ROLL

With this honor roll, the American Pain Foundation gratefully acknowledges and proudly celebrates the generosity and support of members, corporate partners, foundations and friends. This is a list of our treasured donors who made gifts that were received between January 1, 2010, and December 31, 2010.

### INDIVIDUALS

#### $1,000 and above
Anonymous
James R. Borynack
Micke A. Brown, RN, BSN
James N. Campbell, MD and Regina Anderson, MD
Malene Smith Davis, MBA, MSN, RN, CHPN
Perry and Susan Fine
Kimberly A. Fisher
Scott M. Fishman, MD
Rollin M. Gallagher, MD, MPH
Eliot L. Gardner, PhD
Michael J. Hanewich
Peter Hurwitz
John Lapolla
Anton Levy
Nancy McGoon
William and Joanne Moeller
Ruth Morris, MD, and Doug Gourlay, MD, FRCPC, FASAM
Russell Portenoy, MD
B. Todd Sitzman, MD, MPH
Tamara Sloan, MSW

#### $500 – 999
Albert and Julie Alden
Gloria Anderson
Joyce Brown, DO, MPH
Charles Cleeland, PhD
Yvette Colón, PhD, ACSW, BCD
Lenore C. Cooney
Michael DeVito
Nancy E. Falk, MD
Daniel A. Goetz
John D. Goetz, Esq.
Lois Goetz
Dr. and Mrs. Martin Grabois
Christopher and Cynthia Hart
Leanne Hughes
Laurie A. Kabins, MD
Deborah Merritt
Sheila and Thomas Moore
Rebecca Novak Tibbitt
Neal Phillips
Greg and Sharon Prestel
Will Rowe
Robert Rudolph
Edward Twomey
Paul and Jo Weiner
Dana Weinstein

#### $250 – 499
James Barrett
Mary Bennett, MFA
Ramsin Benyamin, MD
Aric Blom, PA, PAC
George "Butch" Boyle
Myra J. and Truman E. Christopher
Denise A. Coleman
Timothy Conner, MD
Ann Corley
Jane Dvorak
Mr. and Mrs. Edwin Eisen
Justine Eisen
Lee Erlendson, MD
Aaron M. Gilson, PhD, MS, MSSW
Malcolm P. Herman, Esq.
Victoria R. Hoffman, BS, RN
Desiree Hollandsworth
Rod J. Hughes, PhD
William D. Kea
J. Martin Lebowitz, MD
John Lee, MD
John Ojea, MD
Jeffrey A. Rabin
Ben Rich and Kathleen Mills
William S. Rosenberg, MD
Faith E. Shepard
Martin and Rosalind Stark
Duane W. Swager II
David Tanner, DO
Terrence Terifay
Pavan Yerramsetty, MD
Lonnie Zeltzer, MD

#### $100 – 249
Susan Abell
Karen Adelstein
Mohamed Salem Almarri
Alfred V. Anderson, MD
Cela Archambault
Robin Armstrong-Arntz
Gray E. Basnight
Kevin Berk
Karen J. Berkley, PhD
William Blau, MD, PhD
Theodore C. Bloch
Annette Bostwick
M. Shannon Burke, MD
Alexis Taylor Bushman
William and Daisy Bushman

Nicole Cara
Gilbert D. Carpel
Linda Coats-Huber
Bob and Capi Cohen
Steven Cohen, MD
Sean T. Collins
Don Conley
Amanda Crowe, MA, MPH
Terence Daly
Anita and Flora D'Angio
Michael DeBoe, Jr.
James and Jeannine Doane
Larry C. Driver, MD
Richard S. Eckman
Joann M. Eland, PhD
Tammy Elizondo
Lois A. Elliott
Richard Falls, MD, and Joan Falls
Rosemary Farr
J. Kay Felt
Marc and Judy Fink
Judy and Jan Finkel
Sandra Foster
Helen Freemyer
Michael Gallagher
Wendy Gartenberg
Kimberly Gill
R. Jeffrey Goldsmith, MD
H. Don Gordon
Bertha Burrell-Greene
Anthony Guarino, MD
James A. Guest, JD
Shelley Gutstein
Adam Haas, MD
Benjamin Haas
Kathryn Hahn, PharmD
Mary Hall
Jane Harbison
Nina Hawker
John Heidt
Robert Hergenrother and Kimberly Brown
Gina Herr
Keela Herr, PhD, RN, FAAN, AGSF
Ira Hersh
Judy Illes
Ken and Phyllis Jacobs
Homer and Ellen Jett
Roman D. Jovey, MD
David A. Kaplan
Ronald John Karpick, MD

Melinda M. Kleehamer
Milburn Lane
Annabelle Lee
Chuck and Hannah Lefton
Henry Leidel
Matthew Lewis
John D. Loeser, MD
Joyce H. Lowinson, MD
Wendy Luedke
Michael Mahoney III
Roger R. Markwald, PhD
Connie Martin
Alice Mead, JD
Elaine Metlin
Susan E. Miller
Loretta Mulligan
Richard J. Nassau
Sue Noll, RN-BC, CHPN
Richard and Jacqueline North
Steven D. Passik, PhD
Patricia Patten-Hoge, RN, PhD
Nicholas and Mary Ann Penning
Julia Perkins
Steven P. Phillips
Janine Polley, RN, RYT
Donald and Susan Poretz
Mona Potter
Natalie Powers, PharmD
Sylvia J. Razzo
Sally Allen Riddle
Anita K. Rock
Arthur Rullo
Catherine F. Ryan
Michael G. Santillo
Noreen Sawitzky
Terri Scadron
William K. Schmidt, PhD
Gary J. Schwartz
Diana Shineman
Kathy Elizabeth Smith
Vayden F. Stanley, MD
Howard Stein and Nance Cunningham, PhD
Betsy Summer
Lois Taylor
Louise Taylor
Anne R. Tirone
Aleksandr Vakhlis
Mary Vargas, Esq.
Sridhar V. Vasudevan, MD
Martin Wall
Lisa Ward
Lynn Webster, MD

Bonnie T. Weissfeld
Paula White
Bonnie B. Wilford
D.C. Williams
Rosalie Wilson
Steve Yarris, PsyD
Stefanie Yurus
Joseph Zaryski
David and Rochelle Zohn
Kathleen Zwack

#### $1– 99
Angela Abner
Kerri Adair
Ralph Adams
Joanne Addison
Chad Adkins
Susan Hayes Affholter, MPH
Randye Ager
Dana R. Akins
Helen Alden
George Aldous
Brenda Allen
Penelope Allen
Mary Ellen Altieri
Ron Amundson
Carl and Leslie Anderson
Philip and Jacoba Andrews
Joyce Angell
Sarah E. Apollony
Christiane Aprile
Joseph Aquilino
William Archambault, Jr.
Charles E. Argoff, MD
William Atkinson
Joanne Aughey
Lisa Avery
Robert Baker
David Barker
Katherine Barnett
Kitty Barnett
Michael Barrier
Annette Baumker
Seymour and Rozelle Bederman
Carol and Howard Bell
Martha Benedict
Ulric Berard
Jane Bergquist
Abe Bernstein
Julie Betts
L. Betzer
John Birdwhistle

Maralee Birge
Laurie and Jeff Biskowitz
Ellen Blackwell
Lucille Blais
Danielle Blanck
Kathy Blandford
Frieda Borders
Kenneth L. Borieo
Lynn Marie Bos
Rosita Bosier
Judith Botamer
Ed Bowen
Alison Bowles
Brenda Bowman
Carolyn J. Bowman
Bill Bradford
Staci Braga
Deanne Brand
Bob Breiding
Diana Brooks
Diane Brown
Judith K. Brown
Larrell Brown
Thomas Brown
Jill Brownback
Amanda B. Buchholz
Maggie Buckley
Mike Buckley
Chitra Budhu
Doug Bugbee
Stephanie Nicole Bunch
Deborah Bush
Joan C. Bush
Eileen Caird
Miriam H. Calvey
Anne R. Campbell
Bernadette Cannon
Carl P. Cardey
Amy Carmona
John Carpenter, Jr.
Walter and Maria Carter
Dana Castagnetta
John Catrett
Karen Chapman
Maria Chianta
Pansie Chin-Loi
Ronald Christensen
Michelina Cioffi
John Casey Clark, Sr.
Kathryn Clark
Alice Clearfield
Ken Cliburn
Karen Coffran
Kathleen Cohen
Neal Cohen
Marc Collier
Claude Collins
Lucille Colson

June M. Conner
Andrea Cooper
Celeste Cooper
Linda Cooper
Mike Cooper
Lisa Corwin
John Cossey
Michael and Rachel Costanza
Bronwyn Cowell
Annette Coy
Mari Cragun
Charles and Tina Crawford
Judy Cross
Janice E. Dallas
Lynn D'Anna
Hanna Dannenbring
Robert and Hiroko Davidow
Robert A. Davis
Sanders W. Davis, MD
Elaine DeCarlo
Laurene DeConto
Daniel Dekker
Lucinda M. Demarais
Eva Dennison
Michael and Bonnie DeVito
Gail Dezube
Robin Di Georgio
Sharon Dibble
Edward Diggs
Carol Dinn
Irene Dixon
Mary C. Docteur
Holly Doherty
Wynelle Dollar
Mark Dominey
Sandra L. Doud
Kathleen M. Driscoll
Donna A. Earles, MN, APRN, BC
Glenn Einspahr
Erika Eisman
Evy Ellis
Thomas M. Elzinga, Jr.
Norm Enfield
Clayton Englar
Jonathan Epstein
Allison Estes
David J. Fenech
Andrea Ferrara
Maria Ferrell
Cathy Ferrigno
Lucas Ferris
Debra Files
Anne Finnegan
Meredith Fiori
Diana Fletcher
Leonore Foehrenbach
Paul Forbes
Peggy Lynn Ford

Eleanor Fordyce
Lorraine Forrer
Maxine Foster
Vera L. Foust
Diana M. Fox
Adeline Frank
Nancy Frank
Robert S. Frankel, MD
Sharon Frasco
Dennis Frederick
Samuel G. Fredman
Margaret H. Freydberg
Roy Fridkin
Marie Galletti
Denise Gambone
Judy Gannon
Stacy Gause
Sheryl M. Gelman
Gary Gill, PhD
Betty Gilman
James Giustino
Rick and Debbe Gladstone
Deborah Glasser
Marie T. Glow
Laurie M. Goldberg
Michael Goldberg
Mark Goldfield and Mary Hatch
Frank Goldstein
Debra Bystrom Gordon, RN,
  MS, FAAN
Lorna Goshman RPh
Marion Green
Nancy S. Greenfield
Caroline Grierson, RN,
  BSN, CBT
John Griffin
Kay E. Grim
Matthew Gromet
Mildred C. Gronlund
Reesa Grossman
Victoria Grove
Thomas A. Guith, Jr.
Jeannette Gunn
Thomas Gurley
Christine Gutierrez
Laura Habighorst, RN, CAPA
Ray Haines
Jill Halkin
Michael Halliburton
Charles Hamlett
Shirlene Hanson
James Harms
Alexandra Harrington
Pam Hartman
Kathleen Hawkins
Stephanie Heitmeyer
Deborah Henderson
Joyce V. Hendrickson

Marguerite W. Hennessy
William Henry
Darlene Hiler
Laura Hinkle
Elaine Hinman-Sweeney
Carolyn Hoefelmeyer
RayNice Hoffman
Michael Holohan
Mary R. Honeycutt
Virginia L. Hoover
Diane M. Horneman, MSN,
  CRNP
Gordon L. Howe
Marian Hubbard
Barbara Huff
Denise Hunter-Tuminello
Stacey Huxtable
Flonell Ingram
Toby Isaacs
Robert E. Jackson, MD
Jennifer Jacobsen
Cynthia Jaedike
Carol Elisa James
Claudia L. Janeshek
Janice Jennings
Martin Johnson
Herman Joseph
Martin and Elizabeth Kaback
Noreen Kane
Thomas Kane
David Kannerstein, PhD
Mary L. Karr
Sonja Kasche
Vera J. Katz
George Kaufman
Diane Keil
Kimberly Kenberg
Cheryl Kendall
Robert E. Kendezejeski
Peg Keohane
Marcia Kerchner, PhD
Charles Kerns
Charles King
Cathy Kinnett
Edwin W. Kitzes
Lauren Kleinfeldt
Barbara Koepke
Jody B. Kohn, MSW, MA
Marcia Kolovich
Delores Komar
Christine Kovac
Susan S. Krasner, PhD
Priscilla Kreger
Sally Koch Kubetin
Peggy Kurts
Keith Kuster
Carl V. LaGrotteria
Gregory Lamb

Fred Landau
DeLoris Lange
David Lanter, MD, and
  Arlene Lanter
Patricia Lantz
Lillian Leps
Beulah Levy
James Lewis
Lila Lewis
Judith B. Liebman
John P. Light
Ana Linares
Eleanor and Richard Linde
George Liss, MD
Patricia Lobo
Jill D. Lopes
Dorothy Stratman Lucey, RN,
  MSN, CS, PNP
David Macintyre
Ann Mandelbaum
Edward Manougian, MD
Barbara Marley-Cass
Suzanne Marques, PharmD
Linda Martin
Debra Massey
Lawrence and Dimitra Matika
Cynthia McConnell
Lauren J. McCormack
David and Ellen McDermott
Marvella McDill
Sharon McElhaney
Janet McInturff
Bobbie Jo McLeod
Joseph R. Meerschaert, MD
Joan Meilach
Stephen W. Melton
Susan Meltzer
Manuel Mendez
Pamela J. Merriam
Andrea Meyers
Frank Miceli
Pamela Miller
Penny Mindham
Amy Moebius
Daya P. Mohan
Donna Monius
Norval H. Monsen
Allen J. Montecino, Jr.
Rhonda Moore
Candace M. Morris
Pamela M. Morris
Kathy L. Mosier
Harry Mozen
Maureen Muck
Margo Murphy
Edward Muzyczka
Elizabeth Nass
Barbara Neidhardt

Pat Neustadt
Crystal E. Newcomer
Jeanne Newman
Suzanne W. Nielsen
Gene H. Novak
Frank Nowicki
Carolyn J. Nuth
Linda Obrecht
Shari O'Brien
Daniel O'Connor
Patrick O'Hagan
John Onanian
Leesa K. Ordaz
Mary Osborn
Shirley Ostroot
Wendy Paley
Richard Palma
Mary B. Panetta
Billye J. Parks
Tina Partlow
Michael Patti
Sharon Pavnica
Deborah Paxton
Nancy Pearce
Arnold Peckerman
Connie Peirson
Stephen Perkins
Robert Peters
Toby Phillips
Holly Pidone
John Pietropaoli

Josephine Pilla
Liana Poirier
Arlene Porter
Terry and Kathy Prater
Tod Prouty
Sharon Puckett
Howard L. Rachlin
John R. Rado
Scott Rainville
Linda Rapoza
Tina Regester
Patricia B. Reinhart
James Remer
Ena Rhoden
Fred Ringel
D. Lynn Roberts
Teresa Rodgers
Maribel Rodriguez
Cindie Lou Roger, MSN, RN
Joanne Rogers
Florice Roper
Elizabeth G. Rose
Richard J. Roseburg
Mary Rosell, APRN, BC MA
Teresa Roth
Pamala Rud
Mary Ruggiero, RN, MA
William Ruhs
Mark Rushing
Lynn A. Russell
David Saccomandi

Marilyn Sacrestano
Jean Sager
Nadine Sahaydak
Nancy Samen
Charles and Erma Sarahan
Anastasia Sauer
Sandra Lee Schafer, RN, MN,
   AOCN
Pearl Andrea Schwartz
Alice Faye Scoller
Robin Selby, LCSW
Justin Semeck
Mary Sestok
John Shafer, CRNA
Peggy Sheren
Bobby and Lynne Silverstein
Tom and Sally Simon
Ellen Sims
Emily Sloan
Grace Smith
Harry and Lenore Smith
James E. Smith
Joan Smith
Patricia Smith
Susan P. Sonski
Donna Sorci
Sandra Specht
Sharon M. Spicer
Jill Spolan
Odette M. Stahl
Marilyn Stamps

Marsha Stanton, PhD, RN
Laura Steele
Cindy Steinberg
Nancy S. Steinberg
Patricia Stofer
Mary Anne Stone
Janet Strecher
Andrea Summers
Robert Surkey
Rebecca Swoverland
Norma Jean Talley
Marc Tardiff
Dave R. Thomas
Lora Thomas
John Thompson
Bruce and Linda Thomson
Barbara Thropp
Karen Tillett
Carol K. Triplett
Donna Tucker
April H. Vallerand, PhD, RN
Valerie L. Valoppi
Sylvia Varnam
Nick and Rebeccal Vlisides
Larry Wade
Donna Wakeham
Teresa Walden
Barbara Wall
Russell B. Walther
Delores I. Watkins
Susan M. Webber

Gioia A. Weber
Rafael Wecchio
Robert Weinberg
Nichole Weir
Janet White
Kenneth White
William J. Whitener
Bryan Wicks
Diana Wilden
Joan B. Wilentz, MA, BA
Robert Wilk
Peggy Wilkins
Mardell Williams
Corey Wishon
Angela Wolf
Ruby Wood
Judith Wright
Donna Wyrick
John Yarbrough
Patricia Youngson
Kathleen Zaplitny
Linda Ziman
Steven Zimmet, MD
Phyllis Stetson Zions
Kim Zumkehr
Marilyn Zutz

## CORPORATIONS and FOUNDATIONS/TRUSTS

### Visionary
*(greater than $1 million)*
Endo Pharmaceuticals, Inc.

### Champion
*($100,000 to $499,999)*
King Pharmaceuticals
McNeil – PPC, Inc.
Medtronic
Medtronic Foundation
Pfizer Inc.
Purdue Pharma L.P.

### Patron
*($50,000 to $99,999)*
Cephalon, Inc.
Forest Laboratories, Inc.
Neuromodulation Therapy Access Coalition

### Supporter
*($1,000 to $49,999)*
Abbott Laboratories
Asante Communications LLC
Boston Scientific
Burness Communications
Coralie H. Sloan Trust

Curatio CME Institute LLC
Eli Lilly and Company
Lance Armstrong Foundation
Mattson Jack Group, Inc.
Merck & Co., Inc.
New York Methodist Hospital
New York University
Ortho/PriCara, Division of Ortho-
   McNeil-Janssen Pharmaceuticals, Inc.
St. Jude Medical
Southeast Anesthesiology Consultants, PA
William and Joanne Moeller Foundation

### Contributor
*($500-$999)*
Locke Lord Bissell & Liddell
Lois A. Goetz Revocable Living Trust
Recro Pharma
The Sollar Foundation

### Friend
*($250 - $499)*
American Academy of Pain Medicine
Center for Spiritual Living, Santa Cruz
Doris and Martin Hoffman Family Foundation
Jeffrey A. Rabin & Associates, LTD

### Ally
*($1 - $249)*
Abbott Employee Giving Campaign
American Express Charitable Fund
Ameriprise Financial
Dick's Foreign Car Service
Goldman, Sachs & Co. Matching Gift Program
Harry S. Rosenthal Trust
Impact Health Communications, LLC
Maslansky Luntz & Partners LLC
Mayo Regional Hospital
Pioneer Hi-Bred International, Inc.
Randall's Automotive Inc.
Reddinger, Will, Gallagher & Dickert, LLC
SageWorks
Sisters of Holy Cross
The Sharon A. McElhaney Trust
Train Your Brain
United Backcare, Inc.
The Vlisides Company

# MEMORIALS & HONOR GIFTS

A gift to the American Pain Foundation is the perfect way to pay tribute to the memory of a friend or loved one, or to honor the special occasion, helpfulness, work, or love of someone you know. When you make a special memorial or honor gift to APF, a tasteful card is sent to the individual you indicate. Below is a list of memorial and honor gifts received between January 1, 2010, and December 31, 2010. The donor is listed below the individual being memorialized or honored.

## In Memory Of

Shana Angell
  Joyce Angell

James Archbold
  Cathy Ferrigno

Ellery B. Birge
  Maralee Birge

Gerard Blais
  Lucille Blais
  Sisters of Holy Cross

William Buckley
  Helen Allen
  Gloria Anderson
  Stefanie Yurus

David Bybel
  Donna Wyrick

Pat Cannon
  Louise Tigner

Judi Chamberlin
  Cindy Steinberg

Kimberly Dreher Cohen
  Bob and Capi Cohen

Wayman Cunningham
  Florice Roper

Alfred V. D'Angio III
  Anita and Flora D'Angio

Joe Daughtery
  Marc Collier

Andy Douglass
  Ellen Sims

Dennis Dvorak
  Jane Dvorak

Bob Elliott
  Louise Tigner

Sofie Englehardt
  Lois Goetz

Judith McMahon Feagin
  Maureen Muck

Wilbert E. Fordyce
  Eleanor Fordyce

Sadie L. Francis
  John Yarbrough
  Daniel A. Goetz
  Judy and Jan Finkel

Lois Goetz
H. Don Gordon
  Christine Kovac
  Ana Linares
  Reddinger, Will, Gallagher &
    Dickert, LLC
  Harry and Lenore Smith
  Duane W. Swager II

Susan Green
  Jody B. Kohn, MSW, MA

Judith Heit
  Karen Adelstein
  American Academy of Pain
    Medicine
  Sarah E. Apollony
  Charles E. Argoff, MD
  James Barrett
  Ulric Berard
  Kevin Berk
  Laurie and Jeff Biskowitz
  Lynn Marie Bos
  Deanne Brand
  Judith K. Brown
  John Carpenter, Jr.
  John Casey Clark, Sr.
  Neal Cohen
  Michael and Rachel Costanza
  Charles and Tina Crawford
  Robert A. Davis
  Gail Dezube
  James and Jeannine Doane
  Tammy Elizondo
  Jonathan Epstein
  Nancy E. Falk, MD
  Richard Falls, MD, and
    Joan Falls
  Marc and Judy Fink
  Sandra Foster
  Robert S. Frankel, MD
  Rollin M. Gallagher, MD,
    MPH
  Eliot L. Gardner, PhD
  Sheryl M. Gelman
  Rick and Debbe Gladstone
  Laurie M. Goldberg
  Frank Goldstein
  Matthew Gromet
  Mildred C. Gronlund
  Reesa Grossman

Adam Haas, MD
Benjamin Haas
Christopher and Cynthia Hart
Rod J. Hughes, PhD
Toby Isaacs
Ken and Phyllis Jacobs
Jennifer Jacobsen
Herman Joseph
Roman D. Jovey, MD
Martin and Elizabeth Kaback
David A. Kaplan
Ronald John Karpick, MD
William D. Kea
Marcia Kerchner, PhD
Sally Koch Kubetin
Fred Landau
Milburn Lane
David Lanter, MD, and
  Arlene Lanter
J. Martin Lebowitz, MD
Annabelle Lee
Chuck and Hannah Lefton
Anton Levy
Beulah Levy
Lila Lewis
Eleanor and Richard Linde
Locke Lord Bissell & Liddell
Michael Mahoney III
Ann Mandelbaum
Debra Massey
Mayo Regional Hospital
David and Ellen McDermott
Elaine Metlin
Susan E. Miller
Ruth Morris, MD, and Doug
  Gourlay, MD, FRCPC, FASAM
Richard J. Nassau
Pat Neustadt
Richard and Jacqueline North
Steven D. Passik, PhD
Nicholas and Mary
  Ann Penning
Will and Theresa Rowe
Donald and Susan Poretz
Terri Scadron
Gary J. Schwartz
Pearl Andrea Schwartz
Peggy Sheren
Bobby and Lynne Silverstein
Kathy Elizabeth Smith

Jill Spolan
  Marilyn Stamps
  Marsha Stanton, PhD, RN
  Martin and Rosalind Stark
  Betsy Summer
  Norma Jean Talley
  Carol K. Triplett
  Edward Twomey
  Aleksandr Vakhlis
  Paul and Jo Weiner
  Bonnie B. Wilford
  Steven Zimmet, MD
  David and Rochelle Zohn

Bruce Hunter
  Kimberly A. Fisher

Ann Jaedike
  Terry and Kathy Prater

Trent Karczmarczyk
  Mary L. Karr

Roger G. Kelly
  Sharon Dibble

Helen Lee
  William Ruhs

Oliver Lochmann
  Howard Stein and
    Nance Cunningham, PhD

Hazel H. McIlwain
  Chad Adkins

Mona Rose Musgrove
  Vera J. Katz

Virginia Peters
  Robert Peters

Arnold Porter
  Arlene Porter

Alejandro Sanchez Rendon
  Howard Stein and
    Nance Cunningham, PhD

Sarah Rushing
  Mark Rushing

Cristine Satterfield
  Charles and Erma Sarahan

Coralie H. "Toddy" Sloan
  Her children: Christopher,
    Tamara, Emily and Caleb

John Dwight Smith
  Howard Stein and
    Nance Cunningham, PhD

Frances Steinberg
  Gilbert D. Carpel
  Robert and Hiroko Davidow
  Ira Hersh
  Mr. & Mrs. Edwin Eisen
  Justine Eisen
  Barbara Wall

Juanita Stofer
  Patricia Stofer

Diane Tait
  DeLoris Lange

Jos. A. Tosolt
  Marie T. Glow

Alice A. Visser
  Philip and Jacoba Andrews

Kent Weaver
  Julie Betts

Jack Womack
  Howard Stein and
    Nance Cunningham, PhD

Gary Zwack
  Kathleen Zwack

## In Honor Of

Michael Andary, MD
  Sheila and Thomas Moore

Tomasz Andrejuk
  Linda Martin

In honor of APF and myself
and fighting RSD for 18
long years
  Loretta Mulligan

Erin Boulton
  M. Shannon Burke, MD

Charles Bowles
  Alison Bowles

Betty Brown
  Lorna Goshman, RPh

Jim Buckley
  Maggie Buckley

Maggie Buckley
  Walter and Maria Carter
  Stefanie Yurus

Kathleen Bunnel
  Bobbie Jo McLeod

Amy Carmona
  Paul Forbes

Carolyn Abramowitz
  Samuel G. Fredman

Kristy Catrett
  John Catrett

Laurie Chira
  Denise A. Coleman

Clinton Clark
  Cynthia McConnell

Jennifer Clary
  Patricia Smith

Sandee Cliburn
  Ken Cliburn

Andrea Cooper
  Mike Cooper

Don Corley
  Ann Corley

Jon Corley
  Ann Corley

Kathleen Corley
  Ann Corley

David Cowan
  Staci Braga

Ailene Davis
  Sanders W. Davis, MD

Bill De Freitas
  Marian Hubbard

Joseph DeConto
  Laurene DeConto

Ernest B. Ellis
  Evy Ellis

Margaret Ensell
  Diana M. Fox

Meredith Fiori
  Noreen Kane

Jan Gaffney
  Shirlene Hanson

Linda Garcia
  Diana M. Fox

Tommy Gresham
  Allison Estes

Shirley Gurley
  Thomas Gurley

Larry Guss Sr.
  Nancy Samen

Stephen Haire
  Joanne Rogers

In honor of Haiti's pain
and suffering
  Judy Cross

Carol Hamlett
  Charles Hamlett

Michael J. Hanewich
  Julia Perkins

Seal Harkin
  Louise Tigner Grantor Trust

Howard Heit, MD, FACP, FASAM
  R. Jeffrey Goldsmith, MD

Jeanette Hines
  Miriam H. Calvey

Ann Jaedike
  Stephanie Nicole Bunch

Ann Jaedike
  Cynthia Jaedike

Helen Juelsgaard
  Ann Corley

Noreen Kane
  Meredith Fiori

Charles Katz
  Linda Martin

Carolyn Kendall
  Cheryl Kendall

Kristin Kenny
  Andrea Ferrara

Christy R. Kimball
  Joyce V. Hendrickson

Linda Kinelski
  Kimberly Kenberg

Audra Kinner
  Linda Martin

Mary Kleehamer
  Melinda M. Kleehamer

Bruce Koppel
  Denise A. Coleman

Judy Leclerc
  Diana M. Fox

Barry Lobovits
  Linda Martin

Danielle Marschall
  Linda Coats-Huber

Jeanette Meerschaert
  Joseph R. Meerschaert, MD

Christine Miaskowski, RN,
PhD, FAAN
  Sandra Lee Schafer, RN,
  MN, AOCN

Maureen Miner, MD
  Carl and Leslie Anderson

Danielle Muscara
  Christiane Aprile

Carolyn J. Nuth
  Lisa Ward

David Ostroot
  Shirley Ostroot

Barbara L. Park
  Jeanne Newman

Kara Paugh
  Brenda Allen

Steve Penoyer
  Leesa K. Ordaz

Meredith Perkins
  Stephen Perkins

Debra Pompadur
  Seymour and Rozelle
  Bederman

Killian Rojas
  Denise A. Coleman

Lou and Jen Rojas
  Denise A. Coleman

Joy Rosenberg
  William S. Rosenberg, MD

Stephen Ross, MD
  Diana Wilden

Will Rowe, Mary Bennett and
the Team
  Larry C. Driver, MD

Rick Russell
  Lynn A. Russell

Ellen Smith
  Lawrence and Dimitra
  Matika

James Squire, MD
  Kerri Adair

APF Staff
  Yvette Colón, PhD, ACSW,
  BCD

Cindy Steinberg
  Mike Buckley
  Scott Rainville

Joyce Stewart
  Allison Estes

Douglas Summers
  Andrea Summers

Lee Sweeney
  Elaine Hinman-Sweeney

Mary Vargas, Esq.
  Dana Weinstein

Marilyn Waddoups
  Barbara Huff

Erin Watson, MD
  Janet McInturff

Lisa D. Weiss, MPH
  Gray E. Basnight

Gloria Yearta
  Allison Estes

**FOUND AN ERROR? PLEASE LET US KNOW!**

Every effort has been made to accurately list all donors who made contributions to the American Pain Foundation between January 1, 2010, and December 31, 2010. If your name is misspelled, omitted, or incorrectly listed, please accept our sincerest apology. We hope you will contact us so corrections can be made in future publications.

**If you have questions, please contact:**
Michael W. DeVito
Director of Philanthropy
American Pain Foundation
201 N. Charles Street, Suite 710
Baltimore, MD  21201-4111
Voice: (410) 783-7292 x 305
Fax:  (410) 385-1832
mdevito@painfoundation.org

## A P F   S T A F F

**Will Rowe**
*Chief Executive Officer*

**Mary Bennett, MFA**
*Director of Grassroots Advocacy*

**Elin Björling, PhD**
*Action Network Manager,*
*Western Region and WA State Policy Specialist*

**Rosita Bosier**
*Pain Information Assistant*

**Micke Brown, RN, BSN**
*Director of Communications*

**Yvette Colón, PhD, ACSW, BCD**
*Director of Education and Support*

**Ann Corley**
*Action Network Program Manager,*
*Central and East Regions*

**Michael W. DeVito**
*Director of Philanthropy*

**Lois Elliott**
*Pain Information Assistant*

**Samantha Libby-Cap**
*Director, PainSAFE Program*

**Jennifer Lobb**
*Website Managing Editor*

**Derek McGinnis**
*Military/Veterans Amputee Program Advocate*

**Randy Mowen**
*Database Manager*

**Carolyn Noel**
*Webmaster and Special Projects Coordinator*

**Carolyn Nuth**
*Pain Information Center Manager*

**Tina Regester**
*Communications Manager*

**Tamara Sloan, MSW**
*Director of Strategic Development*

**Mayssa Sultan, MPA, Lac**
*Action Network Program Manager,*
*Western Region and Policy Specialist*

**Lisa Ward**
*Web Communications Specialist*

**Bonnie Weissfeld**
*Assistant to the CEO and Office Administrator*

The work APF staff accomplishes would not be possible without the steadfast dedication of its volunteers, consultants and alliances.

## A P F   B O A R D   O F   D I R E C T O R S

**Scott M. Fishman, MD**
*APF President and Chair*
University of California Davis Medical Center

**Mary Vargas, JD**
*APF Vice Chair*
Stein & Vargas, LLP
*APF Pain Community Advisory Council*

**Martin Grabois, MD**
*APF Secretary*
Baylor College of Medicine

**Maggie Buckley**
*APF Treasurer*
Ehlers-Danlos National Foundation
*APF Pain Community Advisory Council*

**James R. Borynack**
Wally Findlay Galleries International, Inc.

**Myra Christopher**
Center for Practical Bioethics

**Charles Cleeland, PhD**
University of Texas M.D. Anderson Cancer Center

**Perry G. Fine, MD**
University of Utah School of Medicine

**Rollin McCulloch Gallagher, MD, MPH**
Philadelphia Veterans Affairs Medical Center
University of Pennsylvania School of Medicine

**Aaron M. Gilson, MS, MSSW, PhD**
Pain & Policy Studies Group

**Michael J. Hanewich**
Silicon Valley Bank

**Malcolm P. Herman, JD**
*APF Pain Community Advisory Council, Co-Chair*

**Russell Portenoy, MD**
Beth Israel Medical Center

**Ben A. Rich, JD, PhD**
University of California Davis Health System

**Malene Smith Davis, MBA, MSN, RN, CHPN**
Capital Hospice

**Cindy Steinberg**
*APF Pain Community Advisory Council, Co-Chair*

**Lisa D. Weiss, MPH**
Cooney Waters Group

**Lonnie Zeltzer, MD**
Mattel Children's Hospital at UCLA
David Geffen School of Medicine at UCLA

**James N. Campbell, MD**
*Chair Emeritus*
Johns Hopkins University Medical Center

# PAIN COMMUNITY ADVISORY COUNCIL (PCAC)

Serving as ambassadors to APF and spokespeople for people with pain, the Pain Community Advisory Council (PCAC) provides guidance and advisement to APF's Board of Directors, chief executive officer and staff to ensure that APF's programs, actions and positions are guided by the experiences of people affected by pain. PCAC's individual and collective expertise brings the voices of people with pain and caregivers to the forefront of the decision-making process.

**Maggie Buckley**

**Glenda Dykstra**

**Malcolm Herman**

**Rachel Lozano**

**Mark Maginn**

**Lynn Sanders**

**Cindy Steinberg**

**Mary Vargas**

### Excerpts from PCAC member Mary Vargas's Keynote Speech during the 2010 Action Network Advocacy Summit



*…In early 2000, I found APF through the Internet and within a few days of hearing the name American Pain Foundation for the very first time, I was standing in a Congressional briefing, once again telling my story. But something incredible happened. I told my story and they listened and they looked in my eyes and they cried…*

*…That day was a beginning for me — the first time I understood that even though I had pain, I still had the power to enact change…*

*…10 years for me — for some of you a lifetime. We have looked for the groundswell, we have waited for the cry of indignation that could not be silenced, we have gathered our courage and we have dared to dream of a world where we are not ruled by pain. And I know it and feel it and believe it that now is our moment. I see it in the work that you do even on bad days. I see it in your commitment to travel despite the physical toll. I see it in the outrage you carry boiling just beneath the surface. Now is the moment we will not take it anymore. In this room we have the potential to draw the line in the sand, to find our collective voice.*



American Pain Foundation

201 North Charles Street, Suite 710

Baltimore, MD 21201-4111