Exhibit 160

http://www.painmed.org/membercenter/corporate-relations-council-profiles/   Go   SEP **FEB** MAR
◀ **09** ▶
66 captures                                                                 2011 **2012** 2013
18 Jul 2011 - 16 Nov 2018                                                   ▼ About this capture

# The American Academy Of Pain Medicine

*Enter the AAPM Members' Community*



Home > Member Center > Our Corporate Relations Council

- About AAPM: Mission and Bylaws
- Reason to Connect: Member Benefits
- Get Involved: Committees
- Get Involved: Locally
- Get Involved: Special Interest Groups
- Member Categories and Dues
- AAPM Board of Directors
- 2011 Committee Members
- AAPM Council of Past Presidents
- President's Message
- Affiliate Members
- Commendations and Awards
- In Honor Of
- In Remembrance
- **Our Corporate Relations Council**
- AAPM Corporate Relations Council Information
- Your AAPM Account
- Board Room

## Corporate Relations Council Profiles

The Corporate Relations Council of the American Academy of Pain Medicine partners in seeking new advances in the specialty of pain medicine and optimum quality of life for pain patients. They receive premiere status at AAPM's Annual Meeting and other networking events.

For a Corporate Relations Council Brochure with fillable application form, click here.

Corporate Relations Council: Profiles for these esteemed companies are listed below.

**CORPORATE PREMIER LEVEL**



**Endo Pharmaceuticals Inc.**
100 Endo Boulevard
Chadds Ford, PA 19317
610/558-9800  Fax 610/558-4162
www.endo.com

Endo is a specialty pharmaceutical company focused on high-value branded products and specialty generics.  Our portfolio contains products in pain, urology, endocrinology and oncology. Endo is a customer-centric organization that considers the needs of patients, health care providers and shareholders, as well as the development of employees, in all actions.

---



**Medtronic**
710 Medtronic Parkway
Minneapolis, MN 55432-5604
U.S.A.
Toll Free: 800/328-0810
763/505-5000, fax 763/505-1000
www.medtronic.com

At Medtronic, we're committed to Innovating for Life by pushing the boundaries of medical technology and actually changing the way the world treats chronic disease. Medtronic Neuromodulation provides innovative implantable neurostimulation and drug delivery devices to therapeutically treat intractable pain, as well as other chronic diseases and neurological disorders.

**CORPORATE ELITE LEVEL**

http://www.painmed.org/membercenter/corporate-relations-council-profiles/   Go   SEP FEB MAR ◀ 09 ▶ 2011 **2012** 2013
66 captures
18 Jul 2011 - 16 Nov 2018
About this capture



Answers That Matter.

**Eli Lilly & Company**
Lilly Corporate Center
Indianapolis, IN 46285
317/276-2000
www.lilly.com

Lilly is a leading innovation-driven pharmaceutical corporation. We are developing best-in-class pharmaceutical products by applying the latest research from our own worldwide laboratories and from collaborations with well-known scientific organizations. We are seeking answers for some of the world's most urgent medical needs. As our products save and improve lives, they also save overall health care costs: they are often less expensive than other forms of health care, such as surgery and hospitalization.



**Pfizer Inc.**
235 East 42nd Street
New York, NY 10017
212/573-7906, fax 212/885-1134
www.pfizer.com/home/

Founded in 1849, Pfizer is the world's largest research-based pharmaceutical company taking new approaches to better health. Pfizer discovers and develops innovative medicines to treat and help prevent disease for both people and animals. We also partner with healthcare providers, governments and local communities around the world to expand access to our medicines and to provide better quality health care and health system support.

### CORPORATE ASSOCIATE LEVEL



Abbott — A Promise for Life

**Abbott Laboratories**
200 Abbott Park Road
Dept. 096K, Bldg. AP30-4
Abbott Park, IL 60064
847/938-6936 Fax 847/935-8256
www.abbott.com

Abbott is a global, broad-based health care company devoted to discovering new medicines, new technologies, and new ways to manage health. Our products span the continuum of care, from nutritional products and laboratory diagnostics through medical devices and pharmaceutical therapies. Abbott Pain Care is dedicated to developing novel approaches to improve the treatment of pain.



**Boston Scientific**
25155 Rye Canyon Loop
Valencia, CA 91355
866/360-4747
www.controlyourpain.com


**Covidien**
675 McDonnell Blvd.
Hazelwood, MO 63042
314/654-3737 Fax 314/654-7129
www.covidien.com

Covidien is a leading global healthcare products company that creates innovative medical solutions for better patient outcomes and delivers value through clinical leadership and excellence. Covidien manufactures, distributes and services a diverse range of industry-leading product lines in three segments: Medical Devices, Pharmaceuticals and Medical Supplies. Covidien has 41,000 employees worldwide in more than 65 countries, and its products are sold in over 140 countries.



**Depomed, Inc.**
1360 O'Brien Drive
Menlo Park, CA 94025
650/462-5900 Fax 650/462-9993
www.depomed.com

Depomed, Inc. is a specialty pharmaceutical company focused on enhancing pharmaceutical products. The most recent product approval, GRALISE™ (gabapentin) tablets, is a once-daily treatment approved for the management of postherpetic neuralgia (PHN).



**Dominion Diagnostics**
211 Circuit Drive
North Kingstown, RI 02852
401/667-0866  Fax 401/667-0330
www.dominiondiagnostics.com

Dominion Diagnostics is a premier provider of clinical laboratory services to pain management, addiction treatment, and primary care practices nationwide. Dominion provides insight into prescription adherence and assists in improving patient outcomes through its comprehensive quantitative urine drug monitoring, clinical support, and Scientifically Accurate Medication Monitoring (SAMM)™ reporting solutions.



**Janssen Pharmaceuticals, Inc.**
1000 Route 202
Raritan, NJ 08869-0602
908/927-7639 Fax 908/429-4163

medicines for several therapeutic areas, including: cardiovascular disease, general medicine (acid reflux disease, infectious diseases), mental health (bipolar I disorder, schizophrenia), neurologics (Alzheimer's disease, epilepsy, migraine prevention and treatment), pain management, and women's health.



**Purdue Pharma L.P.**
One Stamford Forum
201 Tresser Boulevard
Stamford, CT 06901-3431
203/588-8000   Fax 203/588-8850
www.purduepharma.com

Purdue Pharma L.P. is well known for its pioneering work on persistent pain, a principal cause of human suffering. The company's leadership and employees are dedicated to providing health care professionals, patients and caregivers with safe and effective therapies, and innovative educational resources and tools that support the therapies' proper use.



**Teva Pharmaceuticals**
41 Moores Road
Frazer, PA 19355
610/344-0200  Fax 610/344-0981
www.tevapharm.com

Teva Pharmaceutical Industries Ltd. is a leading global pharmaceutical company committed to increasing access to high-quality healthcare by developing, producing and marketing affordable medicines. Teva is the world's largest generic drug maker and has branded businesses focused on CNS, oncology, pain, respiratory and women's health.