Exhibit 161

# APS Corporate Council Application

The APS Corporate Council is available to organizations that support the goals and mission of APS, provide products used in the diagnosis and treatment of pain, and are approved by the board of directors. This is a nonvoting membership extended to 1–3 corporate designated representatives in accordance with support level on the Council. Dues are based on a 12-month cycle. Visit www.americanpainsociety.org/corporatecouncil to complete an online application.

Date _____

Organization _____

Designated representative _____  Title _____

Address _____  City/State/ZIP _____

Phone _____  Fax _____

E-mail _____

Website address _____

Submitted by _____  Title _____

*(Please include an attachment that lists the names and contact information for additional representatives in accordance with your support level.)*

## Description

Please provide a 50-word description of your organization in an e-mail message or Word document attachment to hdeja@americanpainsociety.org to be used in APS publications and on the APS Corporate Council Web page.

## Logo

Please submit a high-resolution, camera-ready logo to be used in APS publications, signage at the annual meeting, and on the APS Corporate Council Web page both in .pdf and .eps formats. Send the logo as an e-mail attachment to hdeja@americanpainsociety.org.

## Mail Application(s) and Payment to

American Pain Society
RESEARCH
EDUCATION
TREATMENT
ADVOCACY

American Pain Society
Randi Romanek, Manager, Professional Relations
PO Box 31756
Chicago, IL 60631
rromanek@americanpainsociety.org
847.375.4848

## Payment (in U.S. funds only)

☐ $25,000—Corporate Circle   ☐ $15,000—Executive   ☐ $7,500—Associate

☐ Check payable to **American Pain Society**

☐ Call for credit card number

*(Dues are not deductible as a charitable contribution. Dues may be deductible as an ordinary and necessary business expense. Consult your tax adviser for further information.)*

## APS 2012–2013
## Board of Directors

## Please join this elite group
## of council members

### President
Roger Fillingim, PhD

### Immediate Past President
Seddon R. Savage, MD MS

### Treasurer
David A. Williams, PhD

### Secretary
Kathleen A. Sluka, PhD

### Liaison to IASP
Judith A. Paice, PhD RN

### Executive Director
Catherine H. Underwood, MBA CAE

### Directors at Large
Ricardo Cruciani, MD PhD

John T. Farrar, MD PhD

Laura Frey Law, PhD PT

Robert Gereau, PhD

Allen H. Lebovits, PhD

William Maixner, PhD DDS

Renee Manworren, PhD APRN-BC PCNS-BC

Edward Michna, JD MD

Scott Strassels, PhD PharmD BCPS

### Corporate Circle
Endo Pharmaceuticals Inc.

Teva Pharmaceuticals

### Executive
Actavis

Eli Lilly and Company

Pfizer Inc.

Purdue Pharma L.P.

### Associate
Abbott Laboratories

Covidien Mallinckrodt

Forest Laboratories, Inc.

Horizon Pharma, Inc.

Janssen Pharmaceuticals, Inc.

*(as of April 30, 2013)*

## Together, we're
## transforming research
## into relief.