Exhibit 164

Careers  Investors/Media  Contact



Our Products   R & D   Therapeutic Areas   About Us



Home / EndoPharma / Our Products

# Our Products

The product information is intended for U.S. residents and should not be construed for use of any product outside the United States. This product information should not be construed as a promotion or solicitation for any product.

View the certifications for Endo products sold in child-resistant packaging as required by the **Consumer Product Safety Improvement Act 2008 (CPSIA).**

| | |
|---|---|
| **AVEED®**<br>(testosterone undecanoate) injection CIII | Full Prescribing Information Including Boxed Warning<br><br>AVEEDUSA.com |
| **COLY-MYCIN® S OTIC**<br>(colistin sulfate-neomycin sulfate-thonzonium bromide-hydrocortisone acetate otic suspension) | Full Prescribing Information |
| **DILATRATE®-SR**<br>(isosorbide dinitrate) sustained release capsules | Full Prescribing Information |
| **EDEX®**<br>(alprostadil for injection) | Full Prescribing Information<br><br>Edex.com<br><br>Edex 10mcg Lot 207386 Product Recall Information |
| **FORTESTA®**<br>(testosterone) Gel CIII | Full Prescribing Information Including Boxed Warning |
| **FROVA®**<br>(frovatriptan succinate) Tablets | Full Prescribing Information |
| **LIDODERM®**<br>(Lidocaine Patch 5%) | Full Prescribing Information |
| **MEGACE® ES**<br>(megestrol acetate, USP) Oral Suspension | Full Prescribing Information |
| **NASCOBAL®**<br>(Cyanocobalamin, USP) Nasal Spray | Full Prescribing Information<br><br>Nascobal.com |
| **OPANA®** | Full Prescribing Information |

Case: 1:17-md-02804-DAP  Doc #: 1896-167  Filed: 07/19/19  3 of 4.  PageID #: 77321

(oxymorphone hydrochloride) Injection CII

| | |
|---|---|
| **OPANA®**<br>(oxymorphone hydrochloride) Tablets CII | Full Prescribing Information |
| **OPANA® ER**<br>(oxymorphone hydrochloride) Extended-Release Tablets CII | Full Prescribing Information Including Boxed Warning |
| **PERCOCET®**<br>(oxycodone hydrochloride and acetaminophen USP) Tablets CII | Full Prescribing Information Including Boxed Warning |
| **ROBAXIN®**<br>(methocarbamol tablets, USP) | Full Prescribing Information<br><br>ROBAXIN 750mg Tablets Lot 216702P1, Lot 220409P1 Product Recall Information |
| **SEMPREX®-D**<br>(acrivastine and pseudoephedrine hydrochloride) Capsules | Full Prescribing Information |
| **STRIANT®**<br>(testosterone buccal system) mucoadhesive for buccal administration, CIII | Full Prescribing Information |
| **SUMAVEL® DOSEPRO®**<br>(sumatriptan injection) Needle-free delivery system 4-6mg | Full Prescribing Information |
| **SUPPRELIN® LA**<br>(histrelin acetate) subcutaneous implant | Full Prescribing Information<br><br>Supprelinla.com |
| **TESTIM®**<br>(testosterone gel) CIII | Full Prescribing Information Including Boxed Warning |
| **TESTOPEL®**<br>(testosterone pellets) CIII | Full Prescribing Information<br><br>Testopel.com |
| **THEO-24®**<br>(theophylline anhydrous) Extended-release capsules | Full Prescribing Information |
| **VALSTAR®**<br>(valrubicin) Sterile Solution for Intravesical Instillation | Full Prescribing Information<br><br>Valstarsolution.com/Patient |
| **VANTAS®**<br>(histrelin acetate) subcutaneous implant | Full Prescribing Information |
| **VOLTAREN® GEL**<br>(diclofenac sodium topical gel) 1% | Full Prescribing Information Including Boxed Warning |
| **XIAFLEX®**<br>(collagenase clostridium histolyticum) for injection, for intralesional use | Full Prescribing Information Including Boxed Warning<br><br>Xiaflex.com |

\* By clicking on the link(s) on this page you will leave the Endo.com website and move to an external website(s) independently operated and not managed by Endo Pharmaceuticals. Because Endo Pharmaceuticals does not control the content of the

website(s) you are about to visit, and due to its constantly changing nature, we cannot be responsible for its content, accuracy, practices, or standards.

**About Endo**

## Our Products

### R & D
Overview

Products In Development

Clinical Research

### About Us
Overview

Our Story

Locations

Corporate Compliance

Transparency

California Disclosures

Prescription Data Restriction

U.S. Patient Assistance

Compassionate Use, or Expanded Access

Grants

### Contact Us
*Phone: (800) 462-ENDO (3636)*

**Email Us**

*Follow Us:*

**Sign Up for News Alerts**

© 2019 Endo Pharmaceuticals Inc. All rights reserved.    US Privacy/Legal  |  EU Privacy  |  Code of Conduct  |  Corporate Compliance  |  Site Map