Exhibit 165





# PROFESSIONALS

### In This Section

» **Prescription Opioids**

» **Laxatives**

» **Antiseptics**

» **Dietary Supplements**

## Information About Safe Disposal of Opioids

**LEARN MORE ▸**

# Purdue Products

Purdue and its subsidiaries is a pioneer in medical science with a patient-first approach in developing prescription and non-prescription medications.

We focus on balancing innovative science with clinically effective, compassionate care. Through strategic partnerships with a range of companies, Purdue continues





- Prescription Opioids
- Laxatives
- Antiseptics
- Dietary Supplements

### In This Section

» **Prescription Opioids**

» **Laxatives**

» **Antiseptics**

» **Dietary Supplements**

See the list of …

Please review … ription Products.

Please review … s Returns Goods

**Policy for N…**

## Information About Safe Disposal of Opioids

Purdue … llaborations.



**LEARN MORE ▸**

## How to Report an Adverse Event

To report an adverse event related to a Purdue product, call **888-726-7535** and select option 2.

**LEARN MORE ▸**

# Prescription Opioids

Purdue developed extended-release formulations containing opioid agonists such as oxycodone, morphine, buprenorphine, and hydrocodone. For many years, **Purdue has been an industry leader in the fight against opioid abuse and diversion.**



### In This Section

» **Prescription Opioids**

» **Laxatives**

» **Antiseptics**

» **Dietary Supplements**

Bu~~~~sdermal

### Information About Safe Disposal of Opioids

- F
- M
- I

t
REMS

[ LEARN MORE ▸ ]

---

### IMPORTANT SAFETY INFORMATION

**WARNING: ADDICTION, ABUSE and MISUSE; RISK EVALUATION AND MITIGATION STRATEGY (REMS); LIFE-THREATENING RESPIRATORY DEPRESSION; ACCIDENTAL EXPOSURE; NEONATAL OPIOID WITHDRAWAL SYNDROME; and RISKS FROM CONCOMITANT USE WITH BENZODIAZEPINES OR OTHER CNS DEPRESSANTS**

<u>Addiction, Abuse, and Misuse</u>
BUTRANS® exposes patients and other users to the risks of opioid addiction, abuse, and misuse, which can lead to overdose and death. Assess each patient's risk prior to prescribing BUTRANS, and monitor all patients regularly for the development of these behaviors and conditions *[see Warnings and Precautions (5.1) and Overdosage (10)]*.




required a Risk Evaluation and Mitigation Strategy (REMS) for these products. (5.2)

Life-Thr

Serious,                                                                                    ay occur with
use of B                                                                                    ecially during
initiatio                                                                                   e or abuse of
BUTRAN                                                                                      uprenorphine
extracted from the transdermal system will result in the uncontrolled
delivery                                                                              erdose and
death [s

Accident

Accident                                                                                    cially in children,
can resu                                                                                    ngs and
Precauti

### In This Section

» **Prescription Opioids**

» **Laxatives**

» **Antiseptics**

» **Dietary Supplements**

### Information About Safe Disposal of Opioids

LEARN MORE ▸

Neonatal Opioid Withdrawal Syndrome
Prolonged use of BUTRANS during pregnancy can result in neonatal opioid withdrawal syndrome, which may be life-threatening if not recognized and treated, and requires management according to protocols developed by neonatology experts. If opioid use is required for a prolonged period in a pregnant woman, advise the patient of the risk of neonatal opioid withdrawal syndrome and ensure that appropriate treatment will be available *[see Warnings and Precautions (5.4)]*.

Risks From Concomitant Use With Benzodiazepines Or Other CNS Depressants
Concomitant use of opioids with benzodiazepines or other central nervous system (CNS) depressants, including alcohol, may result in profound sedation, respiratory depression, coma, and death *[see Warnings and Precautions (5.5), Drug Interactions (7)]*.



- Limit dosages and durations to the minimum required.
- Follow patients for signs and symptoms of respiratory depression and sedati

### In This Section

» **Prescription Opioids**

» **Laxatives**

» **Antiseptics**

» **Dietary Supplements**

Read fu

## Information About Safe Disposal of Opioids

LEARN MORE ▸



## Hysingla™ ER (hydrocodone bitartrate) extended-release tablets CII

- Full Prescribing Information
- Medication Guide
- Safety Data Sheet
- Opioid Analgesic REMS
- HysinglaER.com

### IMPORTANT SAFETY INFORMATION

WARNING: ADDICTION, ABUSE, AND MISUSE; RISK EVALUATION AND MITIGATION STRATEGY (REMS); LIFE-THREATENING RESPIRATORY DEPRESSION; ACCIDENTAL INGESTION; NEONATAL OPIOID





### Addiction, Abuse, and Misuse

HYSING— ks of opioid
addicti— and death.
Assess — ER, and monitor
all patie— rs and
conditio—

### In This Section

» **Prescription Opioids**
» **Laxatives**
» **Antiseptics**
» **Dietary Supplements**

### Opioid Analgesic Risk Evaluation and Mitigation Strategy (REMS)

To ensure that the benefits of opioid analgesics outweigh the risks of
addicti— ration (FDA) has
required — for these
products—

### Information About Safe Disposal of Opioids

**LEARN MORE ▸**

### Life-Thr—

Serious, — ay occur with
use of HYSINGLA ER. Monitor for respiratory depression, especially during initiation of HYSINGLA ER or following a dose increase. Instruct patients to swallow HYSINGLA ER tablets whole; crushing, chewing, or dissolving HYSINGLA ER tablets can cause rapid release and absorption of a potentially fatal dose of hydrocodone *[see Warnings and Precautions (5.3)]*.

### Accidental Ingestion

Accidental ingestion of even one dose of HYSINGLA ER, especially by children, can result in a fatal overdose of hydrocodone *[see Warnings and Precautions (5.3)]*.

### Neonatal Opioid Withdrawal Syndrome

Prolonged use of HYSINGLA ER during pregnancy can result in neonatal opioid withdrawal syndrome, which may be life-threatening if not recognized and treated, and requires management according to protocols developed by neonatology experts. If opioid use is required for a prolonged period in a pregnant woman, advise the patient of the risk of neonatal





**Cytochrome P450 3A4 Interaction**

The concomitant use of HYSINGLA ER with all cytochrome P450 3A4 inhibitors may result in an increase in hydrocodone plasma concentrations, which could increase or prolong adverse reactions and may cause potentially fatal respiratory depression. In general, discontinuation of a cytochrome P450 3A4 inducer or a cytochrome P450 3A4 inducer may result in increase hydrocodone plasma concentration. Monitor patients receiving HYSINGLA ER and any CYP3A4 inhibitor or inducer *[see Warnings and Precautions (5.5), Drug Interactions (7), and Clinical Pharmacology (12.3)]*.

**Risks From Concomitant Use With Benzodiazepines Or Other CNS Depressants**

Concomitant use of opioids with benzodiazepines or other central nervous system (CNS) depressants, including alcohol, may result in profound sedation, respiratory depression, coma, and death *[see Warnings and Precautions (5.6), Drug Interactions (7)]*.

- Reserve concomitant prescribing of HYSINGLA ER and benzodiazepines or other CNS depressants for use in patients for whom alternative treatment options are inadequate.
- Limit dosages and durations to the minimum required.
- Follow patients for signs and symptoms of respiratory depression and sedation.

### In This Section

» Prescription Opioids
» Laxatives
» Antiseptics
» Dietary Supplements

### Information About Safe Disposal of Opioids

LEARN MORE ▸



Read full Important Safety Information ⌄





# OxyContin® (oxycodone HCl extended-release

## In This Section

- » **Prescription Opioids**
- » **Laxatives**
- » **Antiseptics**
- » **Dietary Supplements**

- Full Prescribing Information
- Medication Guide / REMS
- Safety Sheet

Read full... 

### Information About Safe Disposal of Opioids

LEARN MORE ▸





In 1955, Purdue introduced the first Senokot®-brand laxative. Today, Avrio Health is a leader in consumer health medications to treat occasional constipation. Learn more about

In 2002, Pur[due introduced a stool softener no]w called Colace® 2-IN-1) to trea[t occasional constipation. In 2015, a] dye-free stool softener, wa[s introduced. Learn more about Avrio Hea]lth's Colace® here.

## In This Section

» **Prescription Opioids**

» **Laxatives**

» **Antiseptics**

» **Dietary Supplements**

## Antise[ptics]

For more tha[n 60 years, Betadine® antiseptics have been used] in hospitals worldwide a[nd are trusted by medical professionals]. For home use, Betadine® i[s an over-the-counter antiseptic to help pre]vent infection in minor cuts, [scrapes and burns. Learn more about Avrio Health]'s Betadine® here.

## Information About Safe Disposal of Opioids

**LEARN MORE ▸**

## Dietary Supplements

SlowMag™ magnesium supplement with high absorption magnesium chloride plus calcium helps support healthy muscle function.* Learn more about Avrio Health's SlowMag™ here.

*These statements have not been evaluated by the Food and Drug Administration. This product is not intended to diagnose, treat, cure, or prevent any disease.

**TERMS & CONDITIONS**

**CONTACT US**

**PRIVACY POLICY**

**LOCATION & OPERATIONS**

**ASK PURDUE MEDICAL**

**ETHICS & COMPLIANCE**

  

Purdue, as used in this site, refers to Purdue Pharma L.P. and its subsidiaries, which includes Avrio Health L.P., field BioVentures L.P., uring L.P.

## In This Section

» **Prescription Opioids**

» **Laxatives**

» **Antiseptics**

» **Dietary Supplements**

## Information About Safe Disposal of Opioids

**LEARN MORE** ▸