Exhibit 166

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



JANSSEN GLOBAL
change location >

ENGLISH

# Products

Driven by our commitment to patients, we bring innovative products to people throughout the world.

We recognize the impact of serious conditions on people's lives, and we aim to empower people through disease awareness, education and access to quality care.

Following is a list of our medicines.

(All products are not available in every location.)

## GLOBAL PRODUCT LIST

**FILTER RESULTS BY:**

**THERAPEUTIC AREA**

**LOCATION**

A B C D E F G H I J K L M N O P Q R S T U V **W** X Y Z

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



| JANSSEN GLOBAL change location > | ENGLISH |

**ANTIOX** *(mebendazole)* Infectious Diseases & Vaccines

**ARESTAL** *(loperamide oxide monohydrate)* Cardiovascular & Metabolism

**ASCARIDIL** *(levamisole hydrochloride)* Infectious Diseases & Vaccines

**AXERT®** *(almotriptan malate)* Neuroscience

BACK TO TOP

# B

**BEBEKTIN** *(miconazole nitrate + ZINC OXIDE)* Infectious Diseases & Vaccines

**BRENTACORT** *(hydrocortisone + miconazole nitrate)* Infectious Diseases & Vaccines

BACK TO TOP

# C

**CAELYX** *(doxorubicin hydrochloride)* Oncology

**CETONAX** *(ketoconazole)* Infectious Diseases & Vaccines

**CILEST** *(ethinyl estradiol +norgestimate)* Other

**CILEST 28** *(ethinylestradiol + norgestimate)* Other

**CIPRAMIL** *(citalopram hydrobromide)* Neuroscience

**COMPLERA** *(emtricitabine + rilpivirne hydrochloride + tenofovir disoproxil fumarate)* Infectious Diseases & Vaccines

**CONCERTA** *(methylphenidate hydrochloride)* Neuroscience

**CONCERTA OROS** *(methylphenidate hydrochloride)* Neuroscience

**CONCERTA XL** *(methylphenidate hydrochloride)* Neuroscience

**CONCERTA®** *(methylphenidate hydrochloride)* Neuroscience

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



| | JANSSEN GLOBAL<br>change location > | | ENGLISH | |
|---|---|---|---|---|

**DACOGEN** *(decitabine)* Oncology

**DAKTACORT** *(hydrocortisone + miconazole nitrate)* Infectious Diseases & Vaccines

**DAKTARIN** *(miconazole)* Infectious Diseases & Vaccines

**DAKTARIN** *(miconazole nitrate)* Infectious Diseases & Vaccines

**DAKTARIN** *(miconazole nitrate + ZINC OXIDE)* Infectious Diseases & Vaccines

**DAKTARIN** *(ketoconazole)* Infectious Diseases & Vaccines

**DAKTARIN DERMATOLOGICO** *(miconazole nitrate)* Infectious Diseases & Vaccines

**DAKTARIN DERMATOLOGICO** *(miconazole)* Infectious Diseases & Vaccines

**DALINVI** *(daratumumab )* Oncology

**DARZALEX** *(daratumumab)* Oncology

**DARZALEX** *(daratumumab)* Oncology

**DECARIS** *(levamisole hydrochloride)* Infectious Diseases & Vaccines

**DICARIS** *(levamisole hydrochloride )* Infectious Diseases & Vaccines

**DIPIDOLOR** *(piritramide)* Neuroscience

**DITROPAN XL** *(oxybutynin hydrochloride)* Other

**DOLCET** *(paracetamol + tramadol hydrochloride)* Neuroscience

**DOLCET MINI** *(paracetamol + tramadol hydrochloride)* Neuroscience

**DORIBAX** *(doripenem)* Infectious Diseases & Vaccines

**DOXIL** *(doxorubicin hydrochloride)* Oncology

**DOXIL®** *(doxorubicin hydrochloride)* Oncology

**DURAGESIC** *(fentanyl)* Neuroscience

**DURAGESIC®** *(fentanyl)* Neuroscience

**DUROGESIC** *(fentanyl)* Neuroscience

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



| | JANSSEN GLOBAL<br>change location › | ENGLISH | |

BACK TO TOP

# E

**EDURANT** *(rilpivirine hydrochloride)* Infectious Diseases & Vaccines

**EDURANT™** *(rilpivirine hydrochloride)* Infectious Diseases & Vaccines

**ELEQUINE** *(levofloxacin hemihydrate)* Infectious Diseases & Vaccines

**ELMIRON** *(pentosan polysulfate sodium)* Other

**EPIPEVISONE** *(econazole nitrate + trimcinolone acetonide)* Infectious Diseases & Vaccines

**EPITOMAX** *(topiramate)* Neuroscience

**EPREX** *(epoetin alfa)* Oncology

**ERYPO** *(epoetin alfa)* Oncology

**ERYPO FS** *(epoetin alfa)* Oncology

**EVICEL** *(fibrin sealant (human))* Cardiovascular & Metabolism

**EVIPLERA** *(emtricitabine + rilpivirne hydrochloride + tenofovir disoproxil fumarate)* Infectious Diseases & Vaccines

**EVO-CONTI** *(estradiol hemihydrate + norethisterone acetate)* Other

**EVO-SEQUI** *(estradiol hemihydrate + norethisterone acetate)* Other

**EVOPAD** *(estradiol hemihydrate)* Other

**EVOREL** *(estradiol hemihydrate)* Other

**EVOREL CONTI** *(estradiol hemihydrate + norethisterone acetate)* Other

**EVOREL SEQUI** *(estradiol hemihydrate + norethisterone acetate)* Other

**EVRA** *(ethinyl estradiol + norelgestromin)* Other

BACK TO TOP

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



| | JANSSEN GLOBAL<br>change location > | ENGLISH | |
|---|---|---|---|

**FENTANIL** *(fentanyl citrate)* **Neuroscience**

**FENTANYL** *(fentanyl citrate)* **Neuroscience**

**FENTANYL-JANSSEN** *(fentanyl citrate)* **Neuroscience**

**FENTANYL/JANSSEN** *(fentanyl citrate)* **Neuroscience**

**FLERUDIN** *(flunarizine hydrochloride)* **Cardiovascular & Metabolism**

**FLOXSTAT** *(ofloxacin)* **Infectious Diseases & Vaccines**

**FLUVERMAL** *(fludendazole)* **Infectious Diseases & Vaccines**

**FRADEMICINA** *(lincomycin)* **Infectious Diseases & Vaccines**

**FUGACAR** *(mebendazole)* **Infectious Diseases & Vaccines**

**FUNGAREST** *(ketoconazole)* **Infectious Diseases & Vaccines**

**FUNGISTAT** *(terconazole)* **Infectious Diseases & Vaccines**

BACK TO TOP

# G

**GYNO DAKTARIN** *(miconazole nitrate)* **Infectious Diseases & Vaccines**

**GYNO PEVARYL** *(econazole nitrate)* **Infectious Diseases & Vaccines**

**GYNO-DAKTARIN** *(miconazole nitrate)* **Infectious Diseases & Vaccines**

**GYNO-FUNGIX** *(terconazole)* **Infectious Diseases & Vaccines**

**GYNO-PERVARYL** *(econazole nitrate)* **Infectious Diseases & Vaccines**

**GYNO-PEVARYL** *(econazole nitrate )* **Infectious Diseases & Vaccines**

**GYNO-PEVARYL DEPOT** *(econazole nitrate)* **Infectious Diseases & Vaccines**

**GYNO-PEVARYL ONCE** *(econazole nitrate)* **Infectious Diseases & Vaccines**

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



| | JANSSEN GLOBAL<br>change location > | | ENGLISH | |
|---|---|---|---|---|

HALDID *(fentanyl citrate)* **Neuroscience**

**HALDOL** *(haloperidol decanoate)* **Neuroscience**

**HALDOL** *(haloperidol)* **Neuroscience**

**HALDOL DEACANOAS** *(haloperidol decanoate)* **Neuroscience**

**HALDOL DECANOAS** *(haloperidol decanoate)* **Neuroscience**

**HALDOL DECANOAT** *(haloperidol decanoate)* **Neuroscience**

**HALDOL DECANOATE** *(haloperidol decanoate)* **Neuroscience**

**HALDOL DECANOATO** *(haloperidol decanoate)* **Neuroscience**

**HALDOL DECONAS** *(haloperidol decanoate)* **Neuroscience**

**HALDOL DEPOT** *(haloperidol decanoate)* **Neuroscience**

**HALDOL-JANSSEN** *(haloperidol)* **Neuroscience**

**HALDOL-JANSSEN DECANOAT** *(haloperidol decanoate)* **Neuroscience**

**HALDOL-JANSSEN DECANOAT DEPOT** *(haloperidol decanoate)* **Neuroscience**

**HALDOL®** *(haloperidol)* **Neuroscience**

**HALDOL® DECANOATE** *(haloperidol decanoate)* **Neuroscience**

**HALOMONTH** *(haloperidol decanoate)* **Neuroscience**

**HALOPIDOL** *(haloperidol)* **Neuroscience**

**HALOPIDOL DECANOATO** *(haloperidol decanoate)* **Neuroscience**

**HALOPIDOL SIMPLE** *(haloperidol)* **Neuroscience**

**HARMETONE** *(domperidone)* **Neuroscience**

**HEPAVAX-GENE** *(Hepatitis B surface antigen)* **Infectious Diseases & Vaccines**

**HEPAVAX–GENE TF** *(Hepatitis B surface antigen)* **Infectious Diseases & Vaccines**

**HYPNOMIDATE** *(etomidate)* **Neuroscience**

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



| | JANSSEN GLOBAL<br>change location > | | ENGLISH | |
|---|---|---|---|---|

**IMODIUM** *(loperamide hydrochloride + SIMETICONE)* Cardiovascular & Metabolism

**IMODIUM LINGUAL** *(loperamide hydrochloride)* Cardiovascular & Metabolism

**IMODIUM N** *(loperamide hydrochloride)* Cardiovascular & Metabolism

**IMOSEC** *(loperamide hydrochloride)* Cardiovascular & Metabolism

**IMPROMEN** *(bromperidol)* Neuroscience

**INAPSIN** *(droperidol)* Neuroscience

**INCIVO** *(telaprevir)* Infectious Diseases & Vaccines

**INTELENCE** *(etravirine)* Infectious Diseases & Vaccines

**INTELENCE®** *(etravirine)* Infectious Diseases & Vaccines

**INUVAIR** *(beclometasone dipropionate + formoterol fumarate)* Other

**INVEDA** *(paliperidone)* Neuroscience

**INVEDA SUSTENNA** *(paliperidone palmitate)* Neuroscience

**INVEGA** *(paliperidone)* Neuroscience

**INVEGA SUSTENNA** *(paliperidone palmitate)* Neuroscience

**INVEGA SUSTENNA®** *(paliperidone palmitate)* Neuroscience

**INVEGA TRINZA** *(paliperidone palmitate)* Neuroscience

**INVEGA TRINZA®** *(paliperidone palmitate)* Neuroscience

**INVEGA®** *(paliperidone)* Neuroscience

**INVOKAMET** *(canagliflozin + metformin hydrochloride)* Cardiovascular & Metabolism

**INVOKAMET®** *(canagliflozin + metformin hydrochloride)* Cardiovascular & Metabolism

**INVOKANA** *(canagliflozin hemihydrate )* Cardiovascular & Metabolism

**INVOKANA DUO** *(canagliflozin hemihydrate + metformin hydrochloride)* Cardiovascular &

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



JANSSEN GLOBAL
change location >

ENGLISH

# J

**JURNISTA** *(hydromorphone hydrochloride)* Neuroscience

BACK TO TOP

# K

**KALYAMON KIDS** *(calcium hydrogen phosphate + calcium lacatate + colecalciferol + cyanocobalamin + zinc sulphate monohydrate)* Other

**KETENSIN** *(ketanserin)* Cardiovascular & Metabolism

**KETOCONAZOL** *(ketoconazole)* Infectious Diseases & Vaccines

**KETODERM** *(ketoconazole)* Infectious Diseases & Vaccines

BACK TO TOP

# L

**LEDAGA®** *(chlormethine)* Oncology

**LEPTANAL** *(fentanyl citrate)* Neuroscience

**LEUSTAT** *(cladribine)* Oncology

**LEUSTATIN** *(cladribine)* Oncology

**LEUSTATINE** *(cladribine)* Oncology

**LEVAQUIN** *(levofloxacin hemihydrate )* Infectious Diseases & Vaccines

**LEXAPRO** *(escitalopram oxalate)* Neuroscience

**LIMIFEN** *(alfentanil hydrochloride)* Neuroscience

**LIVOCAB** *(levocabastine hydrochloride)* Other

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



| | JANSSEN GLOBAL change location > | ENGLISH | |

# M

**MEBENDAZOLE** *(mebendazole)* Infectious Diseases & Vaccines

**MELLITRON** *(chlorpopamide + metformin)* Cardiovascular & Metabolism

**MICONAZOLNITRAAT** *(miconazole nitrate)* Infectious Diseases & Vaccines

**MICRONOR** *(norethindrone)* Other

**MICRONOR®** *(norethindrone)* Other

**MIZOLLEN** *(mizolastine)* Other

**MOTILIUM** *(domperidone)* Neuroscience

**MOTILIUM** *(domperidone maleate)* Neuroscience

**MOTILIUM-M** *(domperidone maleate)* Neuroscience

**MOTILIUM-V** *(domperidone maleate)* Neuroscience

**MOTIVYST** *(canagliflozin hemihydrate)* Cardiovascular & Metabolism

**MYLICON** *(simeticone)* Infectious Diseases & Vaccines

BACK TO TOP

# N

**NARICLEAR** *(sodium chloride)* Other

**NATRECOR®** *(nesiritide citrate)* Cardiovascular & Metabolism

**NECON®** *(ethinyl estradiol + norethindrone)* Other

**NEMASOLE** *(mebendazole)* Infectious Diseases & Vaccines

**NIZCRÈME** *(ketoconazole)* Infectious Diseases & Vaccines

**NIZORAL** *(ketoconazole)* Infectious Diseases & Vaccines

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



**JANSSEN GLOBAL**
change location >

**ENGLISH**

# O

**OLYSIO** *(simeprevir sodium)* Infectious Diseases & Vaccines

**OLYSIO®** *(simeprevir sodium)* Infectious Diseases & Vaccines

**ONEDURO** *(fentanyl)* Neuroscience

**ORAP** *(pimozide)* Neuroscience

**ORTHO** *(ethinylestradiol + norethisterone)* Other

**ORTHO M-21** *(ethinyl estradiol + norethindrone)* Other

**ORTHO NOVUM** *(ethinylestradiol + norethisterone)* Other

**ORTHO TRI-CYCLEN** *(ethinyl estradiol +norgestimate)* Other

**ORTHO-CYCLEN** *(ethinylestradiol + norgestimate)* Other

**ORTHO-NOVUM** *(ethinyl estradiol + norethindrone)* Other

**ORTHO-NOVUM®** *(ethinyl estradiol + norethindrone)* Other

**ORUNGAL** *(itraconazole)* Infectious Diseases & Vaccines

**OTOGESIC** *(acediasufone + cinchocaine + oxymethurea)* Neuroscience

BACK TO TOP

# P

**PALEXIA** *(tapendtadol hydrochloride)* Neuroscience

**PALEXIA RETARD** *(tapentadol hydrochloride)* Neuroscience

**PALEXIAS** *(tapendtadol hydrochloride)* Neuroscience

**PANCREASE HL** *(pancreatin )* Cardiovascular & Metabolism

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



|  | JANSSEN GLOBAL<br>change location > | ENGLISH |  |
|---|---|---|---|

**PARIET** *(rabeprazole sodium)* Cardiovascular & Metabolism

**PARIET 10** *(rabeprazole sodium)* Cardiovascular & Metabolism

**PEVARYL** *(econazole nitrate)* Infectious Diseases & Vaccines

**PEVISON** *(econazole nitrate + trimcinolone acetonide)* Infectious Diseases & Vaccines

**PEVISONE** *(econazole nitrate + trimcinolone acetonide)* Infectious Diseases & Vaccines

**PLETAAL** *(CILOSTAZOL)* Cardiovascular & Metabolism

**PREZCOBIX** *(darunavir ethanolate + cobicistat)* Infectious Diseases & Vaccines

**PREZCOBIX®** *(darunavir ethanolate + cobicistat)* Infectious Diseases & Vaccines

**PREZISTA** *(darunavir ethanolate)* Infectious Diseases & Vaccines

**PREZISTANAIVE** *(darunavir ethanolate)* Infectious Diseases & Vaccines

**PREZISTA®** *(darunavir ethanolate)* Infectious Diseases & Vaccines

**PROGRAF** *(tacrolimus)* Immunology

**PROGRAF** *(tacrolimus monohydrate )* Immunology

**PROGRAF XL** *(tacrolimus )* Immunology

**PROTOPIC** *(tacrolimus)* Immunology

BACK TO TOP

# Q

**QUINVAXEM** *(Quinvaxem)* Infectious Diseases & Vaccines

BACK TO TOP

# R

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



| | JANSSEN GLOBAL<br>change location > | | ENGLISH | |
|---|---|---|---|---|

(infliximab ) **Immunology**

**REMICADE®** (infliximab) **Immunology**

**REMINYL** (galantamine hydrobromide) **Neuroscience**

**REMINYL ER** (galantamine hydrobromide) **Neuroscience**

**REOPRO** (abciximab) **Cardiovascular & Metabolism**

**REOPRO®** (abciximab) **Cardiovascular & Metabolism**

**RESOLOR** (prucalopride succinate) **Cardiovascular & Metabolism**

**RESOTRAN** (prucalopride succinate) **Cardiovascular & Metabolism**

**RESOTRANS** (prucalopride succinate) **Cardiovascular & Metabolism**

**RETIN A** (tretinoin) **Other**

**RETIN A FORTE** (clindamycin phosphate + tretinoin) **Other**

**RETIN-A** (tretinoin) **Other**

**RETINO A** (tretinoin) **Other**

**RETINO A MICRO** (tretinoin) **Other**

**RETINO AC** (clindamycin phosphate + tretinoin ) **Other**

**REVELLEX** (infliximab) **Immunology**

**REZOLSTA** (darunavir ethanolate + cobicistat) **Infectious Diseases & Vaccines**

**RIBOBUSTAN** (bendamustine hydrochloride ) **Oncology**

**RIBOMUSTIN** (bendamustine hydrochloride) **Oncology**

**RIBOMUSTINE** (bendamustine hydrochloride) **Oncology**

**RISPERDAL** (risperidone) **Neuroscience**

**RISPERDAL CONSTA** (risperidone) **Neuroscience**

**RISPERDAL CONSTA LP** (risperidone) **Neuroscience**

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



|  | **JANSSEN GLOBAL**<br>change location > | **ENGLISH** |  |
|---|---|---|---|

**RISPERDALORO** *(risperidone)* **Neuroscience**

**RISPERDAL®** *(risperidone)* **Neuroscience**

**RISPERDAL® M-TAB®** *(risperidone)* **Neuroscience**

**RISPERLET** *(risperidone)* **Neuroscience**

**RISPOLEPT** *(risperidone)* **Neuroscience**

**RISPOLEPT CONSTA** *(risperidone)* **Neuroscience**

BACK TO TOP

# S

**SEMPERA** *(itraconazole)* **Infectious Diseases & Vaccines**

**SERENASE** *(haloperidol)* **Neuroscience**

**SERENASE DEPOT** *(haloperidol decanoate)* **Neuroscience**

**SIBELIUM** *(flunarizine hydrochloride)* **Cardiovascular & Metabolism**

**SIMPONI** *(golimumab)* **Immunology**

**SIMPONI ARIA®** *(golimumab)* **Immunology**

**SIMPONI IV** *(golimumab)* **Immunology**

**SIMPONI®** *(golimumab)* **Immunology**

**SINUMAX** *(chlorphenamine maleate + paracetamol + pheudoephedrine hydrochloride)* **Other**

**SINUMAX** *(codeine phosphate + paracetamol + pheudoephedrine hydrochloride)* **Other**

**SINUMAX** *(levocabastine hydrochloride)* **Other**

**SINUMAX** *(paracetamol + pheudoephedrine hydrochloride)* **Other**

**SIROS** *(itraconazole)* **Infectious Diseases & Vaccines**

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



| | JANSSEN GLOBAL<br>change location > | ENGLISH | |

**SPORANOX G** *(itraconazole)* Infectious Diseases & Vaccines

**SPORANOX IV** *(itraconazole)* Infectious Diseases & Vaccines

**SPORANOX-PULSE** *(itraconazole)* Infectious Diseases & Vaccines

**SPORASEC** *(itraconazole + secnidazole)* Infectious Diseases & Vaccines

**STELARA** *(ustekinumab)* Immunology

**STELARA®** *(ustekinumab)* Immunology

**STUGERON** *(cinnarizine)* Cardiovascular & Metabolism

**STUGERON FORTE** *(cinnarizine)* Cardiovascular & Metabolism

**STUNARONE** *(cinnarizine)* Cardiovascular & Metabolism

**SUBLIMAZE** *(fentanyl citrate)* Neuroscience

**SUFENTA** *(sufentanil citrate)* Neuroscience

**SUFENTA FORTE** *(sufentanil citrate)* Neuroscience

**SUFREXAL** *(ketanserin)* Cardiovascular & Metabolism

**SUFREXAL COMBI** *(ketanserin + metronidazole + miconazole nitrate)* Cardiovascular & Metabolism

**SUFREXAL P** *(benzocaine + ketanserin)* Cardiovascular & Metabolism

**SULISENT** *(canagliflozin hemihydrate)* Cardiovascular & Metabolism

**SUPRASEC** *(loperamide hydrochloride)* Cardiovascular & Metabolism

**SYLVANT** *(siltuximab)* Oncology

**SYLVANT®** *(siltuximab)* Oncology

**SYMTUZA** *(cobicistat + darunavir ethanolate + emtricitabine + tenofovir alafenamide fumarate )* Infectious Diseases & Vaccines

**SYSTEN** *(estradiol hemihydrate)* Other

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



**JANSSEN GLOBAL**
change location >

**ENGLISH**

# T

**TAPENTA** *(tapendtadol hydrochloride)* Neuroscience

**TECFIDERA** *(dimethyl fumarate)* Neuroscience

**TIBOZOLE** *(miconazole nitrate)* Infectious Diseases & Vaccines

**TOPALEX** *(topiramate)* Neuroscience

**TOPAMAC** *(topiramate)* Neuroscience

**TOPAMAX** *(topiramate)* Neuroscience

**TOPAMAX SPRINKLE** *(topiramate)* Neuroscience

**TOPIMAX** *(topiramate)* Neuroscience

**TOPIRAMAT-JANSSEN** *(topiramate)* Neuroscience

**TRAMACET** *(paracetamol + tramadol hydrochloride)* Neuroscience

**TRAMAL** *(tramadol hydrochloride)* Neuroscience

**TRAMCET** *(paracetamol + tramadol hydrochloride)* Neuroscience

**TREMFYA** *(guselkumab)* Immunology

**TREMFYA™** *(guselkumab)* Immunology

**TREVICTA** *(paliperidone palmitate)* Neuroscience

**TRI-CYCLEN** *(ethinyl estradiol +norgestimate)* Other

**TRI-CYCLEN LO** *(ethinyl estradiol +norgestimate)* Oncology

**TRIATOP** *(ketoconazole)* Infectious Diseases & Vaccines

**TRISPORAL** *(itraconazole)* Infectious Diseases & Vaccines

**TRISPORAL IV** *(itraconazole)* Infectious Diseases & Vaccines

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



**JANSSEN GLOBAL**
change location >

**ENGLISH**

**TYLEX** *(chlorphenamine maleate + dextromethorphan hydrobromide+ paracetamol + phenylephrine hydrochloride)* **Other**

**TYLEX** *(codeine phosphate + paracetamol)* **Other**

**TYLEX** *(paracetamol)* **Other**

BACK TO TOP

# U

**ULTIVA** *(remifentanil hydrochloride)* **Neuroscience**

**ULTRACET** *(paracetamol + tramadol hydrochloride)* **Neuroscience**

**ULTRACET SEMI** *(paracetamol + tramadol hydrochloride )* **Neuroscience**

**ULTRACET®** *(paracetamol + tramadol hydrochloride)* **Neuroscience**

**ULTRAM** *(tramadol hydrochloride)* **Neuroscience**

**ULTRAM®** *(tramadol hydrochloride)* **Neuroscience**

BACK TO TOP

# V

**VELCADE** *(bortezomib)* **Oncology**

**VERMOX** *(mebendazole)* **Infectious Diseases & Vaccines**

**VERMOX** *(mebendazole + quinfamide)* **Infectious Diseases & Vaccines**

**VERMOX FORTE** *(mebendazole)* **Infectious Diseases & Vaccines**

**VIVITROL** *(naltrexone)* **Neuroscience**

**VOKANAMET** *(canagliflozin hemihydrate + metformin hydrochloride )* **Cardiovascular & Metabolism**

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



JANSSEN GLOBAL
change location >

ENGLISH

**XISIMIN** *(loratadine)* Neuroscience

BACK TO TOP

# Y

**YONDELIS** *(trabectedin)* Oncology

**YONDELIS®** *(trabectedin)* Oncology

BACK TO TOP

# Z

**ZAVESCA®** *(miglustat)* Cardiovascular & Metabolism

**ZYTIGA** *(abiraterone acetate)* Oncology

BACK TO TOP

# PRODUCT INFO

Looking for product information? Choose a location below to find more information about Janssen products, where available.

**SELECT A LOCATION**

GO

This section of the global Janssen website provides a company overview in several languages. It is not targeted to any specific audience or country. Click here for country- and region-specific information of interest.



| | **JANSSEN GLOBAL**<br>change location > | | **ENGLISH** | |
|---|---|---|---|---|

© Janssen Global Services, LLC, 2012-2019. All Rights Reserved. Your use of information on this site is subject to the terms of our Legal Notice. Please see our Privacy Policy. This site is published by Janssen Global Services, LLC, which is solely responsible for its contents. Capitalized product names are trademarks of Johnson & Johnson or its affiliated companies. This information is intended for a global audience. Information specific to individual countries is identified where it appears. All third-party trademarks used herein are registered trademarks of their respective owners. Last Updated: June 11, 2019