Exhibit 168

Copyright © 2007 Scott M. Fishman, MD
CME Activity Copyright © 2009 The University of Wisconsin Board of Regents

Published by Waterford Life Sciences, Washington, DC 202-299-0600
Cover and book design: Gretchen Maxwell, GLM Design

**Supporters**

This book has been supported by a consortium of organizations with a common interest in promoting safe and effective pain management, including:

Abbott Laboratories
Alliance of State Pain Initiatives
Alpharma Pharmaceuticals LLC
American Academy of Pain Medicine
American Cancer Society
American Pain Foundation
American Society for Pain Management Nursing
Candlelighters Childhood Cancer Foundation
Center for Practical Bioethics
Cephalon, Inc.
Endo Pharmaceuticals*
Federation of State Medical Boards Research and Education Foundation
International Association for Pain and Chemical Dependency
King Pharmaceuticals
Lance Armstrong Foundation
Mayday Fund
National Pain Foundation
Pain and Policy Studies Group, University of Wisconsin
Purdue Pharma L.P.
SAMHSA/CSAT (Substance Abuse and Mental Health Services Administration/Center for Substance Abuse Treatment)

*This commercial supporter provided an educational grant in support of this CME activity.

Care has been taken to confirm the accuracy of the information presented and to describe generally accepted practices. However, the author, editors, and publisher are not responsible for any errors or omissions or for any consequences from application of the information in this book and make no warranty, expressed or implied, with respect to the currency, completeness, or accuracy of the contents of the publication. Application of this information in any situation remains the professional responsibility of the practitioner. Case presentations in this book are adapted from actual cases and patient identifiers or facts that could link the patient to the case were omitted or substantially altered to protect the privacy of the patient.

## Statement of Need

Opioid analgesics are the drugs of choice for the management of moderate to severe pain due to surgery, trauma, and cancer and may be essential in the treatment of persons with chronic non-cancer pain. Yet in spite of their documented effectiveness, they are often underutilized or used inappropriately. There is confusion about the risks associated with the use of these drugs, particularly about addiction. There is also evidence that physicians' decisions about opioid prescribing have been influenced by their lack of knowledge about the laws and regulations that govern the prescribing of these drugs and their resultant fears of regulatory scrutiny.

This CME activity is designed to improve the knowledge of practicing physicians about the laws and regulations that govern the prescribing of opioid analgesics for pain control. It is specifically aimed at helping physicians learn the steps they can take to protect their practices from both unwarranted regulatory scrutiny and persons seeking opioids for non-medical purposes.

## Target Audience and Scope of Practice

Physicians who prescribe opioid analgesics as part of pain management strategies in their clinical practice.

## Elements of Competence

This CME activity has been designed to change patient care, medical knowledge, practice-based learning, interpersonal and communication skills, and professionalism, five of the six competencies embraced by the American Board of Medical Specialties.

## Learning Objectives

At the conclusion of this activity, participants should be able to:
1. Describe the federal regulations that govern the prescribing and dispensing of opioid analgesics for pain control.
2. Understand the simple steps they must take to be in compliance with controlled substances laws and regulations.
3. Describe the basic components of an effective pain treatment plan.
4. Distinguish among patients who have developed tolerance, physical dependence and/or addiction to opioid analgesics.
5. Discuss approaches to use if a patient who is being treated with opioid analgesics exhibits behaviors that may be indicative of substance abuse.

i

## Accreditation Statement

This activity has been planned and implemented in accordance with the Essential Areas and Policies of the Accreditation Council for Continuing Medical Education through the joint sponsorship of the University of Wisconsin School of Medicine and Public Health, Alliance of State Pain Initiatives, and Federation of State Medical Boards. The University of Wisconsin School of Medicine and Public Health is accredited by the ACCME to provide continuing medical education for physicians.

## Credit Designation Statement

The University of Wisconsin School of Medicine and Public Health designates this education activity for a maximum of 7.25 *AMA PRA Category 1 Credits*™. Physicians should only claim credit commensurate with the extent of their participation in the activity.

## Continuing Education Units

The University of Wisconsin-Madison, as a member of the University Continuing Education Association (UCEA), authorizes this program for 0.725 Continuing Education Units (CEUs) or 7.25 hours.

**Release Date: March 1, 2009**
**Expiration Date: March 1, 2012**

## Policy on Faculty and Sponsor Disclosure

It is the policy of the University of Wisconsin School of Medicine and Public Health that the faculty, authors, planners, and other persons who may influence the content of this CME activity disclose all relevant financial relationships with commercial interests* in order to allow CME staff to identify and resolve any potential conflicts of interest. Faculty must also disclose any planned discussions of unlabeled/unapproved uses of drugs or devices during the educational activity. For this educational activity all conflicts of interests have been resolved and detailed disclosures are listed below:

## Advisory Board:

**Regina M. Benjamin, MD, MBA**
Bayou Clinic
Bayou La Barre, AL
Chair, FSMB Board of Directors
Disclosure: Burger King, Con Agra Foods (Member of Advisory Committee)

**Anton C. Bizzell, MD**
Immediate Past Medical Officer
Center for Substance Abuse Treatment
Division of Pharmacologic Therapies
Substance Abuse & Mental Health Administration
Disclosure: No relevant financial relationships to disclose

**Myra Christopher**
President/CEO
Center for Practical Bioethics
Disclosure: No relevant financial relationships to disclose

**Perry G. Fine, MD**
Professor of Anesthesiology
University of Utah, School of Medicine
Disclosure: Alpharma, Forest Laboratories, Ortho McNeil/Pricara, Purdue (Member of Advisory Board); Cephalon (Consultant); Janssen (Medical Expert)

**Rollin M. Gallagher, MD, MPH**
Director, Center for Pain Medicine, Research & Policy
University of Pennsylvania
Disclosure: No relevant financial relationships to disclose

**Aaron Gilson, PhD**
Co-Director for U.S. Policy Research
Pain & Policy Studies Group/WHO Collaborating Center
University of Wisconsin-Madison
Disclosure: Abbott Laboratories (Reviewer); Cephalon (Advisor); Purdue Pharma (Grantee)

**William L. Harp, MD**
Executive Director
Virginia Board of Medicine
Disclosure: No relevant financial relationships to disclose

**Rebecca A. Kirch**
Associate Director of Policy
American Cancer Society
Disclosure: No relevant financial relationships to disclose

**Michael Moskowitz, MD**
Assistant Professor, Anesthesiology and Pain Medicine,
School of Medicine, University of California, Davis
Disclosure: No relevant financial relationships to disclose

**James N. Thompson, MD**
Past President/CEO
Federation of State Medical Boards
Disclosure: No relevant financial relationships to disclose

**David Thornton**
Immediate Past Executive Director
Medical Board of California
Disclosure: No relevant financial relationships to disclose

## Planning Committee:

**Kelly C. Alfred, MS**
Director, Education Services
Federation of State Medical Boards
Disclosure: No relevant financial relationships to disclose

**Edward C. Covington, MD**
Director, Neurological Center for Pain
Cleveland Clinic
Disclosure: No relevant financial relationships to disclose

**June L. Dahl, PhD**
Professor of Pharmacology
University of Wisconsin School of Medicine and Public Health
Disclosure: Merck & Co. (Consultant); Abbott Laboratories, Endo Pharmaceuticals, Purdue Pharma L.P. (Principal Investigator)

**Perry G. Fine, MD**
Professor of Anesthesiology
University of Utah, School of Medicine

**Bill H. McCarberg, MD**
Founder, Chronic Pain Management
Kaiser Permanente
Disclosure: Abbott Laboratories, Alpharma Pharmaceuticals, LLC, Cephalon, Eli Lilly , Endo Pharmaceuticals, Forest Laboratories, King Pharmaceuticals, Merck & Co., Inc,  Ortho McNeil/Pricara, Pfizer, Inc., Purdue Pharma L.P., (Speaker)

**Ronna A. Popkin, MS**
Outreach Coordinator
Alliance of State Pain Initiatives
Disclosure: No relevant financial relationships to disclose

**Lisa A. Robin, MLA**
Senior Vice President, Member Services
Federation of State Medical Boards
Disclosure: No relevant financial relationships to disclose

**David E. Weissman, MD, FACP**
Professor of Medicine
Medical College of Wisconsin
Palliative Care Center
Disclosure: No relevant financial relationships to disclose

**Author:**
**Scott M. Fishman, MD**
Professor of Anesthesiology
Chief, Division of Pain Medicine
Department of Anesthesiology and Pain Medicine
University of California, Davis
President and Chair, American Pain Foundation
Past President, American Academy of Pain Medicine
Disclosure: Cephalon, Inc., Eli Lilly and Company (Consultant); Elan Co., Endo Pharmaceuticals, Janssen Medical Affairs, LLC, Merck & Co., Inc., Pfizer, Inc., & Purdue Pharma L.P. (Consultant, Speakers' Bureau, Grants/Research Support)

**Medical Writer:**
**Stephen Braun**
Disclosure: No relevant financial relationships to disclose

**Educational Reviewer:**
**Aaron Gilson, PhD**

**Associate Editors:**
**Perry G. Fine, MD**
**Rollin M. Gallagher, MD, MPH**
**Aaron Gilson, PhD**
**Michael Moskowitz, MD, MPH**

\* The ACCME defines a commercial interest as any entity producing, marketing, re-selling, or distributing health care goods or services consumed by, or used on, patients. The ACCME does not consider providers of clinical service directly to patients to be commercial interests.

**NOTICE:** The University of Wisconsin School of Medicine and Public Health advises the participant that this continuing medical education activity does not contain reference(s) to unlabeled or unapproved uses of drugs or devices.

## CME Participation and Credit

There are no prerequisites for participating in this activity. The entire process listed below should take 7 hours and 15 minutes to complete. In order to receive credit, participants should complete the following steps:

1. Read the book.
2. Register and pay for the activity at www.aspi.wisc.edu/rop.html. The fee is $30.00. Be sure to save the access code you receive in your email confirmation after registering for the activity, as you will need this to complete Step 3.
3. Complete and submit the online post-test and evaluation form at www.ocpd.wisc.edu/pgm/ROP. Participants must correctly answer at least 70% of the questions in order to receive credit.
4. Print your CME certificate.

*Note: The CME activity will expire on March 1, 2012*