Confidential - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : : : : | MDL No. 2804 CASE NO. 17-MD-2804 (DAP) |

EXPERT REPORT OF CRAIG J. MCCANN, PH.D., CFA
March 25, 2019

**Table of Contents**

I. Qualifications and Remuneration ..................................................... - 1 -
    A. Qualifications ............................................................... - 1 -
    B. Remuneration .............................................................. - 2 -
II. Materials Reviewed ............................................................ - 2 -
III. Assignment .................................................................. - 4 -
IV. Summary of Opinions ......................................................... - 4 -
V. ARCOS Data ................................................................. - 7 -
    A. Receipt of ARCOS Data from the DEA ............................. - 7 -
    B. ARCOS Data Fields Produced by DEA............................... - 9 -
        1. Seller DEA Number.............................................. - 11 -
        2. Seller Business Activity ........................................ - 12 -
        3. Seller Name and Address ...................................... - 12 -
        4. Buyer DEA Number ............................................ - 12 -
        5. Buyer Business Activity ........................................ - 12 -
        6. Buyer Name and Address ...................................... - 12 -
        7. Transaction Codes .............................................. - 13 -
        8. Drug Code and Drug Name .................................... - 13 -
        9. National Drug Code ............................................ - 14 -
        10. Quantity ....................................................... - 15 -
        11. Unit ........................................................... - 15 -
        12. Action Indicator ............................................... - 16 -
        13. Order Form Number ........................................... - 16 -
        14. Correction Number ............................................ - 16 -
        15. Strength ....................................................... - 16 -
        16. Transaction Date .............................................. - 17 -
        17. Calculated Base Weight in Grams ............................. - 17 -
        18. Dosage Units .................................................. - 17 -
        19. Transaction ID ................................................ - 18 -
    C. Exclusions and Corrections to ARCOS Data...................... - 18 -
    D. Shipments to Dispensers in ARCOS Data .......................... - 22 -
VI. Comparing ARCOS Data to Retail Drug Summary Reports and to Defendant Transaction Data ..................................................... - 26 -
    A. Public ARCOS data........................................... - 26 -
    B. Defendants' Transaction Data............................... - 29 -
        1. Cardinal Health ............................................... - 33 -
        2. AmerisourceBergen ........................................... - 36 -
        3. McKesson .................................................... - 37 -
        4. Walgreens .................................................... - 38 -
        5. CVS.......................................................... - 40 -
        6. Anda ......................................................... - 41 -

i

7.     H. D. Smith ................................................................. - 42 -
8.     Walmart .................................................................... - 43 -
9.     HBC/Giant Eagle ...................................................... - 45 -
10.    Discount Drug Mart .................................................. - 46 -
11.    Prescription Supply .................................................. - 47 -

VII.   Supplementing the Data ..................................................... - 48 -
     A.     Drug Labeler ............................................................... - 48 -
     B.     MME Conversion Factor .............................................. - 49 -
     C.     Additional Pharmacy Information .............................. - 49 -

VIII.    Cuyahoga County and Summit County ARCOS Data ........ - 50 -
     A.     Cuyahoga County ....................................................... - 50 -
     B.     Summit County ........................................................... - 53 -

IX.    Transaction Analysis ............................................................ - 56 -
     A.     Maximum Monthly, Trailing Six-month Threshold ............ - 56 -
     B.     Twice Trailing Twelve-Month Average Pharmacy Dosage Units - 60 -
     C.     Three Times Trailing Twelve-Month Average Pharmacy Dosage Units - 64 -
     D.     Maximum 8,000 Dosage Units Monthly ............................ - 68 -
     E.     Maximum Daily Dosage Units ............................................ - 72 -
     F.     Additional Identification .................................................... - 76 -
         1.     Maximum Monthly, Trailing Six-month Threshold ................. - 77 -
         2.     Twice Trailing Twelve-Month Average Pharmacy Dosage Units .. - 78 -
         3.     Three Times Trailing Twelve-Month Average Pharmacy Dosage Units - 79 -
         4.     Maximum 8,000 Dosage Units Monthly .................................. - 80 -
         5.     Maximum Daily Dosage Units ................................................ - 81 -

X.    Excessive Shipments ............................................................ - 82 -

XI.    Charts and Reports .............................................................. - 89 -
     A.     State Hydrocodone and Oxycodone MME Per Capita, 1997-2017 - 89 -
     B.     All Defendants Combined and Individually - 12 Opioid Drug Distribution by Defendant ............................................................ - 89 -
     C.     All Defendants, Combined and Individually, 12 Opioid Drug Distribution by Drug Code ........................................................... - 90 -
     D.     All Seller 12 Opioid Drug Distribution in MME, Cuyahoga County and Summit County, by Drug ............................................ - 90 -
     E.     Individual Defendant Oxycodone Distribution in OH by Total Dosage, Total MME, Total Drug Base Weight ............................... - 91 -

ii

F.    Individual Defendant Hydrocodone Distribution by Total Dosage, Total MME, Total Drug Base Weight ............................. - 91 -

G.    Oxycodone and Hydrocodone Distribution to Individual Pharmacies by Defendant ............................................................. - 92 -

H.    Pharmacy Reports ..................................................................... - 92 -

I.    Distributor Reports .................................................................. - 92 -

XII.    Conclusion .................................................................................... - 93 -

Appendix 1 Craig McCann Resume ........................................................ - 95 -

Appendix 2 Corrections to the ARCOS Data .......................................... - 113 -

A.    Duplicate Transactions ........................................................ - 114 -

1.    Cardinal Health .................................................................... - 114 -

2.    Walmart ................................................................................. - 114 -

3.    Discount Drug Mart ............................................................. - 114 -

B.    NDC Dictionary ...................................................................... - 115 -

C.    Erroneous Transactions ........................................................ - 117 -

1.    Transactions where ACTION_INDICATOR and CORRECTION_NO are both populated. ....................................................... - 117 -

2.    Adjustments to previously reported transactions. ................... - 117 -

3.    Deletions of previously reported transactions. ....................... - 118 -

4.    Corrections of previously reported transactions. .................... - 118 -

D.    Transactions Involving Reverse Distributors, Analytical Labs, Importers, Exporters or Researchers .............................................. - 119 -

E.    Transactions between ARCOS Registrants ......................... - 120 -

F.    Transactions with Obvious Errors in Quantity ................. - 120 -

G.    Transaction Code "X" ............................................................ - 120 -

Appendix 3: Frequency and definition of transaction codes ................. - 123 -

Appendix 4: Corrections to DEA's NDC Dictionary ............................. - 124 -

Appendix 5: List of Labeler Company Families ..................................... - 125 -

Appendix 6: List of Reporter Company Families ................................... - 137 -

Appendix 7: Description of Fields in Defendant Transaction Data ....... - 142 -

Appendix 8: MME Conversion Factors (from CDC) ............................. - 144 -

Appendix 9: Additional Expert Report Figures and Charts ................... - 146 -

Appendix 10: Distributor Flagged Transaction Reports ........................ - 146 -

Appendix 11: Chain Distributor Flagged Transaction Reports .............. - 146 -

# Table of Figures

Figure 1 ARCOS Data Fields Produced by DEA ...................................................- 10 -
Figure 2 MME Reported in the ARCOS Data or Cardinal Health Transactions, January 2006 through December 2014.................................................................................- 33 -
Figure 3 ARCOS Data and AmerisourceBergen Data, by Month ...............................- 36 -
Figure 4 ARCOS Data and AmerisourceBergen Data, by Drug Code .........................- 37 -
Figure 5 ARCOS Data and Walgreens Data................................................................- 39 -
Figure 6 ARCOS Data and Walgreens Data, by Month ...............................................- 40 -
Figure 7 ARCOS Data and CVS Data ........................................................................- 40 -
Figure 8 ARCOS Data and Walmart Data...................................................................- 44 -
Figure 9 ARCOS Data and Discount Drug Mart Data ...............................................- 47 -
Figure 10 ARCOS Data and Prescription Supply Data ...............................................- 47 -
Figure 11 Trailing Six-Month Maximum Threshold Flagged Transactions, Cuyahoga County, OH 1996-2018......................................................................................- 57 -
Figure 12 Trailing Six-Month Maximum Threshold Flagged Transactions, Summit County, OH, 1996-2018....................................................................................- 58 -
Figure 13 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Flagged Transactions, Cuyahoga County, OH 1996-2018 ......................................................- 61 -
Figure 14 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Flagged Transactions, Summit County, OH 1996-2018...........................................................- 62 -
Figure 15 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Flagged Transactions, Cuyahoga County, OH 1996-2018 ......................................................- 65 -
Figure 16 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Flagged Transactions, Summit County, OH 1996-2018...........................................................- 66 -
Figure 17 Maximum 8,000 Dosage Units Monthly Flagged Transactions, Cuyahoga County, OH 1996-2018......................................................................................- 69 -
Figure 18 Maximum 8,000 Dosage Units Monthly Flagged Transactions, Summit County, OH 1996-2018......................................................................................- 70 -
Figure 19 Maximum Daily Dosage Units, Any Order Subsequent to an Flagged Order, Cuyahoga County..................................................................................................- 73 -
Figure 20 Maximum Daily Dosage Units, Any Order Subsequent to an Flagged Transactions, Summit County...............................................................................- 74 -
Figure 21 Per Capita Opioid MME in Ohio, 1997-2017 .............................................- 82 -
Figure 22 Per Capita Opioid MME in Cuyahoga County, OH 1997-2017 ..................- 83 -
Figure 23 Per Capita Opioid MME in Summit County, OH 1997-2017 .....................- 83 -
Figure 24 Per Capita Opioid Actual and Baseline MME to Ohio, 1997-2018 .............- 85 -

iv

## Table of Tables

Table 1 ARCOS Opioid Transaction Data Produced by DEA ........................................- 9 -
Table 2 Drug Codes and Drug Names in the ARCOS Data ..........................................- 14 -
Table 3 Unit of Measurement Codes .........................................................................- 15 -
Table 4 ARCOS Transactions, Grouped by Transaction Participant ...........................- 19 -
Table 5 Corrected ARCOS Transactions, Grouped by Receiver...................................- 22 -
Table 6 Dispenser Transactions in the ARCOS Data, by Drug Name ..........................- 23 -
Table 7 Transactions in the ARCOS Data by Seller's Business Activity.......................- 23 -
Table 8 Transactions in the ARCOS Data by Buyer's Business Activity ......................- 24 -
Table 9 Transactions by Buyer's State .......................................................................- 25 -
Table 10 Transactions by Year ..................................................................................- 26 -
Table 11 Comparison Corrected ARCOS Data and RDSR............................................- 28 -
Table 12 Ratios of Retail Drug Summary Report and ARCOS Drug Weights ............- 29 -
Table 13 Overlap between ARCOS Data and Defendant Data ....................................- 31 -
Table 14 Overlap between ARCOS data and Defendant Data, allowing expanded
matching and excluding known non-overlaps in the datasets....................................- 32 -
Table 15 Comparison of Transactions Reported in ARCOS Data vs. Cardinal Health data,
Excluding March 2008 and Allowing Expanded Matching ........................................- 35 -
Table 16 Transactions in Cuyahoga County, OH by Drug .........................................- 51 -
Table 17 Transactions in Cuyahoga County, by Seller's Business Activity ................- 51 -
Table 18 Transactions in Cuyahoga County, by Buyer's Business Activity ................- 52 -
Table 19 Transactions in Cuyahoga County, by Year ................................................- 53 -
Table 20 Transactions in Summit County, by Drug ...................................................- 54 -
Table 21 Transactions in Summit County, by Seller's Business Activity ...................- 54 -
Table 22 Transactions in Summit County, by Buyer's Business Activity ..................- 55 -
Table 23 Transactions in Summit County, by Year....................................................- 55 -
Table 24 Trailing Six-Month Maximum Threshold Flagged Transactions, Cuyahoga
County, OH 1996-2018...............................................................................................- 59 -
Table 25 Trailing Six-Month Maximum Threshold Flagged Transactions, Summit
County, OH 1996-2018...............................................................................................- 60 -
Table 26 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold
Flagged Transactions, Cuyahoga County, 1996-2018.................................................- 63 -
Table 27 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold
Flagged Transactions, Summit County, OH 1996-2018..............................................- 64 -
Table 28 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units
Threshold Flagged Transactions, Cuyahoga County, OH 1996-2018 .........................- 67 -
Table 29 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units
Threshold Flagged Transactions, Summit County, OH 1996-2018 .............................- 68 -
Table 30 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions,
Cuyahoga County, OH 1996-2018 ..............................................................................- 71 -
Table 31 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions,
Summit County, OH 1996-2018..................................................................................- 72 -
Table 32 Maximum Daily Dosage Units Threshold Flagged Transactions in Cuyahoga
County, 1996-2018 .....................................................................................................- 75 -

Table 33 Maximum Daily Dosage Units Threshold Flagged Transactions in Summit County, 1996-2018 ..................................................................................- 76 -
Table 34 Trailing Six-Month Maximum Threshold Flagged Transactions, Cuyahoga County, OH 2006-2014................................................................................- 77 -
Table 35 Trailing Six-Month Maximum Threshold Flagged Transactions, Summit County, OH 2006-2014................................................................................- 77 -
Table 36 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006-2014.................................................................- 78 -
Table 37 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Summit County, OH 2006-2014...............................- 78 -
Table 38 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cuyahoga County, OH 2006-2014.........- 79 -
Table 39 Three Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Summit County, OH 2006-2014...............................- 79 -
Table 40 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cuyahoga County, OH 2006-2014 .............................................................- 80 -
Table 41 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Summit County, OH 2006-2014 .................................................................- 80 -
Table 42 Maximum Daily Dosage Units Threshold Flagged Transactions in Cuyahoga County, 2006-2014 ..................................................................................- 81 -
Table 43 Maximum Daily Dosage Units Threshold Flagged Transactions in Summit County, 2006-2014 ....................................................................................- 81 -
Table 44 Excessive Opioid MME in Ohio............................................................- 86 -
Table 45 Excessive MME in Ohio and MME by % Increase From 1997 Per Capita MME That was Legitimate....................................................................................- 87 -
Table 46 Exclusions and Corrections to the ARCOS Data........................................- 121 -

Confidential - Subject to Protective Order

## I.     Qualifications and Remuneration

### A. Qualifications

1.      I am the President of Securities Litigation and Consulting Group, Inc. ("SLCG"). SLCG was founded in 2000 to apply finance, economics, statistics and mathematics in litigation and consulting. SLCG staff includes professionals with PhDs and advanced degrees in applied mathematics, statistics, finance and economics.

2.      Prior to founding SLCG, I was a Director at LECG, a business unit of Navigant Consulting, Inc. Prior to joining LECG, I was Managing Director, Securities Litigation at KPMG LLP for two years. I was a senior financial economist in the Office of Economic Analysis at the U.S. Securities and Exchange Commission (the "SEC") from 1992 to 1993 and from 1994 to 1995.

3.      I have taught graduate economics and finance courses at the University of South Carolina, Virginia Tech, Georgetown University and at the University of Maryland, College Park.

4.      I have been hired as a consultant and expert witness in investigations by many state and federal agencies including the SEC, the Federal Deposit Insurance Corporation and the U.S. Department of Justice.

5.      My work as a consultant and expert witness over the past 25 years has required me to extract or receive data, process and validate the data and produce varied statistical analyses.

Confidential - Subject to Protective Order

6.     I earned a Ph.D. in Economics from the University of California, at Los Angeles. My graduate studies included extensive coursework in mathematics, statistics and econometrics.

7.     My resume, which includes a list of all publications authored by me within the last 10 years and the cases in which I have testified as an expert at trial or by deposition within the last four years, is attached as Appendix 1.

### B. Remuneration

8.     SLCG is being compensated for its time and expenses. My hourly rate is $475 per hour. Other SLCG personnel working on this matter have billing rates of $100 to $350 per hour.

## II.    Materials Reviewed

9.     In preparing this report, I have considered the following documents:

a.  Automation of Reports and Consolidated Orders System (ARCOS) electronic data, received from the Drug Enforcement Administration (hereafter, "ARCOS Data");

b.  "ARCOS Retail Drug Summary Reports," Drug Enforcement Administration, 2000-2017, (available at www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html);

c.  "National Drug Code Dictionary," Drug Enforcement Administration, November 2018 (current version available at www.deadiversion.usdoj.gov/arcos/ndc/ndcfile.txt);

- 2 -

d.  "NDC Dictionary Instructions," Drug Enforcement Administration, October 2010 (current version available at www.deadiversion.usdoj.gov/arcos/ndc/readme.txt);

e.  "NDC/NHRIC Labeler Codes," U.S. Food & Drug Administration, January 2018 (current version available at www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/ucm191017.htm);

f.  "Opioid Oral Morphine Milligram Equivalent (MME) Conversion Factors," Centers for Disease Control and Prevention, August 2017 (current version available at www.cdc.gov/drugoverdose/resources/data.html);

g.  "Full Replacement Monthly NPI File," Centers for Medicare and Medicaid Services, November 2018 (current version available at download.cms.gov/nppes/NPI_Files.html);

h.  ARCOS Registrant Handbook, Drug Enforcement Administration, August 1997 (current version available at www.deadiversion.usdoj.gov/arcos/handbook/full.pdf);

i.  *Masters Pharmaceutical, Inc. v. Drug Enforcement Administration*, 861 F.3d 206 (D.C. Cir. 2017);

j.  U.S. Dep't of Justice, DEA, *Chemical Handler's Manual: A Guide to Chemical Control Regulations* (2004), (WAGMDL00395965);

k.  U.S. Dep't of Justice, DEA, Diversion Investigators Manual (1990)(CAH_MDL_PRIORPROD_DEA07_01176247);

- 3 -

Confidential - Subject to Protective Order

l. U.S. Dep't of Justice, DEA, Diversion Investigators Manual (1996) (CAH_MDL2804_02203353);

m. Other documents cited in the text and footnotes below.

## III. Assignment

10.    I have been asked by Plaintiffs' Counsel to document how I processed, validated and augmented opioid transaction data produced by the Drug Enforcement Administration ("DEA") and from the Defendants.

11.    I have been asked to summarize shipments in the ARCOS Data, especially those shipments into Cuyahoga County and Summit County.

12.    I have also been asked to report the results of applying certain algorithms to the ARCOS Data.

## IV. Summary of Opinions

13.    Based upon my comparison of the ARCOS Data produced by the DEA and the public ARCOS Retail Drug Summary Reports, I conclude that, after correcting a relatively small number of records, the ARCOS Data produced by the DEA is reliable.

14.    I conclude that the ARCOS Data is reliable because it closely matches the DEA's Retail Drug Summary Reports for January 2006 through December 2014. Retail Drug Summary Reports summarize the weight of drugs in reported transactions with consumers in each of the 50 states and the District of Columbia. Where there were discrepancies between the ARCOS Data produced by the DEA and the Retail Drug Summary Reports, I was able

- 4 -

Confidential - Subject to Protective Order

to identify and correct the error in either the ARCOS Data or the Retail Drug Summary Reports.

15.     The ARCOS Data produced by the DEA also closely matches transaction data produced in discovery by Cardinal Health, McKesson Corp, Walgreens, CVS, Anda, H.D. Smith, Walmart, HBC, Discount Drug Mart, and Prescription Supply from their business records. I expect the data produced in discovery by the Defendants to be accurate. As with the Retail Drug Summary Reports, I have been able to identify and correct relatively minor discrepancies between the ARCOS Data produced by the DEA for transactions in Cuyahoga County and Summit Counties in Ohio from January 2006 through December 2014 and the Defendants' transaction data.

16.     The data on opioid shipments from January 2006 through December 2014 produced in discovery by AmerisourceBergen does differ from what AmerisourceBergen reported to the DEA as reflected in the ARCOS Data.

17.     I conclude from my review of the ARCOS Data, the Retail Drug Summary Reports, and transaction data produced in discovery by the Defendants that the ARCOS Data is reliable. Based on this analysis, I further conclude that the transaction records produced in discovery by the Defendants other than AmerisourceBergen are a reliable source of transactions data before 2006 and after 2014 for the varied time periods covered by the Defendants' productions.

18.     In the next section, I describe the ARCOS Data produced by the DEA and report national summary statistics for the ARCOS Data, after correcting minimal errors explained fully in Appendix 2. In Section VI, I

Confidential - Subject to Protective Order

compare the processed ARCOS Data to Retail Drug Summary Reports published by the DEA to verify that the shipments of opioids to dispensing outlets in the ARCOS Data is consistent with the amount of each opioid the DEA calculates was shipped into each 3-digit zip code each quarter. I also compare the ARCOS Data to the opioid transaction data produced in discovery by the Defendants.

19.     In Section VII, I explain the information I used to supplement the ARCOS Data.

20.     In Section VIII, I report summary statistics for subsets of the processed ARCOS Data covering Cuyahoga County and Summit County in Ohio. These summary statics show that that between 2006 and 2014, Dispensers in Cuyahoga County received ███████ MME of opioids. Given the county's 1.28 million average population, Dispensers received enough opioids for every resident in the County to consume ████████ ████████. These summary statistics also show that between 2006 and 2014, Dispensers in Summit County received ████████ MME of opioids. Given the County's average population of 542,000, Dispensers received enough opioids for every resident in the county to consume ██████ ███████████████.

21.     In Section IX, I describe a non-exhaustive set of algorithms that can be systematically applied to the ARCOS Data and present a check on the various estimates presented. In Section X, I provide certain estimates regarding the total aggregate shipments of opioids into Ohio from 1997 to 2018. In Section XI, I describe certain charts and tables that are attached to this report.  In Section XII I give my conclusions.

Confidential - Subject to Protective Order

22.    I continue to review documents and gather information and reserve the right to update my analysis and opinions based upon that further review of documents and based on any new information - including possibly reports of other experts - I may receive.

## V.    ARCOS Data

23.    ARCOS is the system through which manufacturers and distributors report transactions of controlled substances to the DEA.[1] ARCOS Data covers all fifty states, the District of Columbia, Puerto Rico, Guam, U.S. Virgin Islands, American Samoa, and Northern Mariana Islands, Armed Forces-Americas, Armed Forces-EMEA, Armed Forces-Pacific, and Palau.

### A. Receipt of ARCOS Data from the DEA

24.    The DEA produced a subset of ARCOS Data reflecting transactions in drug products containing one or more of fourteen drugs: buprenorphine, codeine, dihydrocodeine, fentanyl, hydrocodone, hydromorphone, levorphanol, meperidine, methadone, morphine, powdered opium, oxycodone, oxymorphone, and tapentadol from January 1, 2006 through December 31, 2014.

25.    On or about April 20, 2018 the DEA produced ARCOS Data produced reflecting transactions in oxycodone, hydrocodone, hydromorphone, and fentanyl for six states: Alabama, Florida, Illinois, Michigan, Ohio and West Virginia. On or about May 20, 2018 the DEA produced transaction data for these four drugs for the remaining states. The

---

[1] www.deadiversion.usdoj.gov/arcos/index.html, accessed on 29 November 2018.

Confidential - Subject to Protective Order

May 20, 2018 production was missing pharmacy names and had some duplicate transactions and obvious errors. At my request, the DEA reproduced the May 20, 2018 data with pharmacy names and errors in the May 20, 2018 production largely corrected on or about June 5, 2018.

26.     Additionally, the DEA produced ARCOS Data for all states for oxymorphone, tapentadol, buprenorphine, and morphine on or about July 6, 2018; for codeine, dihydrocodeine, meperidine, and powdered opium on or about July 24, 2018; and for methadone and levorphanol on or about August 28, 2018. The timing and amount of ARCOS Data produced by the DEA is summarized in Table 1. In total, the ARCOS Data has ███████ transaction records – ███████ transaction records involving Dispensers.[2]

---

[2] As explained more fully below I use "Dispensers" to refer to businesses that dispense drugs to patients such as pharmacies and hospitals as opposed to distributors who receive drugs and then ship to businesses as opposed to patients.

- 8 -

Confidential - Subject to Protective Order



**B. ARCOS Data Fields Produced by DEA**

27.     The ARCOS Data produced by the DEA has the 34 fields illustrated in Figure 1 for each transaction record. Twelve of the 34 fields are submitted with each transaction record by the Reporting Registrant, the DEA registered entity reporting the opioid shipment through ARCOS. These twelve fields are defined in the ARCOS Handbook.[3] The remaining 22 fields were appended by the DEA to the transaction records submitted by the Reporting

---

[3] "ARCOS Registrant Handbook," Drug Enforcement Administration, August 1997 ("ARCOS Handbook"). Current version available at www.deadiversion.usdoj.gov/arcos/handbook/full.pdf.

Confidential - Subject to Protective Order

Registrant.[4] Eighteen of the 22 fields are information about the Reporting Registrant and the Associate Registrant, keyed off their DEA numbers.[5] Three of the remaining four fields are either taken from the NDC (for National Drug Code) Dictionary or are calculated using variables therein and appear to have been imported by the DEA into the data it produced by matching each transaction's NDC number with the NDC number in the NDC Dictionary.[6]

Figure 1 ARCOS Data Fields Produced by DEA

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 | 11 | 12 | 13 | 14 | 15 | 16 | 17 | 18 | 19 | 20 | 21 | 22 | 23 | 24 | 25 | 26 | 27 | 28 | 29 | 30 | 31 | 32 | 33 | 34 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Reporter / Seller Info | | | | | | | | | | Buyer Info | | | | | | | | | | Transaction Info | | | | | | | | | | | | | |
| DEA # | Business Activity | Name | Addl Co Info | Address1 | Address2 | City | State | Zip | County | DEA # | Business Activity | Name | Addl Co Info | Address1 | Address2 | City | State | Zip | County | Transaction Code | Drug Code | Drug Name | NDC Number | Quantity | Unit | Action Indicator | Order Form Number | Correction Number | Strength | Transaction Date | Calc Base Weight Grams | Dosage Unit | Transaction Id |

28.  The first 10 fields provide information on the Reporting Registrant. The DEA identified these Reporter DEA numbers and associated fields as "Seller" fields and so, unless the context requires otherwise, I refer to the Reporting Registrant as the "Seller" and the associated fields as "Seller" fields. This information includes a Seller's DEA Number, a description of the

---

[4] The 22 fields are Reporter Business Activity, Reporter Name (2 fields), Reporter Address (6 fields), Buyer Business Activity, Buyer Name (2 fields), and Buyer Address (6 fields), Drug Code, Drug Name, Calculated Base Weight in Grams, and Dosage Unit.

[5] The 18 fields are Reporter Business Activity, Reporter Name (2 fields), Reporter Address (6 fields), Buyer Business Activity, Buyer Name (2 fields), and Buyer Address (6 fields).

[6] Drug Code and Drug Name are both in the NDC Dictionary. Calculated Base Weight in Grams is calculated using Ingredient Base Weight in the NDC Dictionary and Quantity, Unit, and Strength in the ARCOS Data.

Confidential - Subject to Protective Order

Seller's Business Activity (primarily Manufacturer, Distributor or Reverse Distributor), Name and Address (6 fields).

29.    The next 10 fields provide information on the Associate Registrant, typically a receiver of the opioid shipment.[7] The DEA identified the Associate Registrant DEA numbers and associated fields as "Buyer" fields and so, unless the context requires otherwise, I refer to the Associate Registrant as the "Buyer" and the associated fields as "Buyer" fields. This information includes the Buyer's DEA Number, a description of the Buyer's Business Activity (primarily Distributor or Retail or Chain Pharmacy), Name and Address (6 fields).

30.    The final 14 fields provide information about the transaction. This information includes Drug Name and Drug Code (e.g. 9143 for oxycodone products), NDC Number, Quantity, Unit, Strength, Dosage Unit, Calculated Base Weight in Grams, Transaction Code (e.g., whether the transaction was a Purchase or a Sale), Transaction Date, Transaction Identifier, Correction Number, Action Indicator, and Order Form Number.

*1.    Seller DEA Number*

31.    The ARCOS Data produced by the DEA includes ▮▮▮▮ distinct Seller DEA Numbers. Manufacturers and distributors typically have more than one DEA number as each facility manufacturing or distributing controlled substances must have its own DEA number.[8]

---

[7] *See*, ARCOS Handbook at pp. 5-36 – 5-37.

[8] *See*, ARCOS Handbook at 1-5.

- 11 -

Confidential - Subject to Protective Order

### 2. *Seller Business Activity*

32.    The ARCOS Data lists one "Business Activity" for each Seller DEA Number. There are six distinct Seller Business Activities in the ARCOS Data: Manufacturer, Manufacturer (Bulk), Chemical Manufacturer, Distributor, Chempack/SNS Distributor, and Reverse Distributor.

### 3. *Seller Name and Address*

33.    The ARCOS Data provides a business address for each Seller DEA Number, but there is not a one-to-one mapping between the addresses and the Seller DEA Numbers. Some Seller DEA Numbers are associated with multiple addresses, and some addresses are associated with more than one contemporaneous Seller DEA Number. Multiple Seller DEA Numbers can also be associated with the same address over time as locations are occupied by businesses newly registered with the DEA.

### 4. *Buyer DEA Number*

34.    The ARCOS Data includes ███ distinct Buyer DEA Numbers. ███ DEA numbers are listed as both Sellers and Buyers, although not in the same transaction.

### 5. *Buyer Business Activity*

35.    The ARCOS Data includes 54 distinct Buyer Business Activities including Manufacturer, Distributor, Reverse Distributor, Analytical Lab, Retail Pharmacy, Chain Pharmacy, Mail Order Pharmacy and Hospital/Clinic. Some Buyer DEA Numbers have more than one Buyer Business Activity.

### 6. *Buyer Name and Address*

36.    The ARCOS Data provides a business address for each Buyer DEA Number, but there is not a one-to-one mapping between the addresses and the Buyer DEA Numbers. Some Buyer DEA Numbers are associated with

multiple addresses, and some addresses are associated with more than one contemporaneous Buyer DEA Number. Multiple Buyer DEA Numbers can also be associated with the same address over time as locations are occupied by businesses newly registered with the DEA.

### 7. *Transaction Codes*

37.     Each transaction record includes a code which identifies whether the transaction being reported increases or decreases the Reporter's inventory of the drug. In my later analysis, I focus on transaction code "S" which denotes a transaction in which a drug is shipped from the Seller, typically a distributor, to a Buyer, typically a pharmacy. Appendix 3 reports the percentage of transactions in the ARCOS Data in each Transaction Code and provides the ARCOS Handbook description.[9]

### 8. *Drug Code and Drug Name*

38.     The Drug Code is a four digit Administration Controlled Substance Code Number common to each controlled substance or basic class thereof .[10] For instance, whether delivered through skin patches or nasal sprays, fentanyl transactions are identified by the Drug Code 9801 and whether formed in 5 mg or 20 mg tablets, oxycodone transactions are identified with the Drug Code 9143. See Table 2.

---

[9] ARCOS Handbook §5.4.3, p. 5-7.

[10] See, Controlled Substances by DEA Drug Code Number, Current version available at https://www.deadiversion.usdoj.gov/schedules/orangebook/d_cs_drugcode.pdf; *see also*, 21 CFR 1308.03.

Confidential - Subject to Protective Order

Table 2 Drug Codes and Drug Names in the ARCOS Data

| Sorted by Drug Name | | Sorted by Drug Code | |
| --- | --- | --- | --- |
| Drug Code | Drug Name | Drug Code | Drug Name |
| 9064 | Buprenorphine | 9050 | Codeine |
| 9050 | Codeine | 9064 | Buprenorphine |
| 9120 | Dihydrocodeine | 9120 | Dihydrocodeine |
| 9801 | Fentanyl | 9143 | Oxycodone |
| 9193 | Hydrocodone | 9150 | Hydromorphone |
| 9150 | Hydromorphone | 9193 | Hydrocodone |
| 9220 | Levorphanol | 9220 | Levorphanol |
| 9230 | Meperidine | 9230 | Meperidine |
| 9250 | Methadone | 9250 | Methadone |
| 9300 | Morphine | 9300 | Morphine |
| 9639 | Opium | 9639 | Opium |
| 9143 | Oxycodone | 9652 | Oxymorphone |
| 9652 | Oxymorphone | 9780 | Tapentadol |
| 9780 | Tapentadol | 9801 | Fentanyl |

### 9.    National Drug Code

39.    Drug packages are uniquely identified in the ARCOS Data by a National Drug Code, or NDC. The NDC has three segments, which identify the drug product's manufacturer or distributor, active ingredient, strength and formulation of the product, and the package size.[11] For example, 00603-3882-28 identifies Par Pharmaceutical manufactured 7.5 mg hydrocodone / 500 mg acetaminophen tablets in packages of 30. NDCs ending in "**" identify bulk packages of the drug indentified by the first 9 digits of the NDC.

40.    There are ███████ unique NDCs in the ARCOS Data. The controlled substances in each drug product are identified by a separate Drug Code.

---

[11] "NDC Dictionary Instructions," Drug Enforcement Administration, October 2010. Current version available at https://www.deadiversion.usdoj.gov/arcos/ndc/readme.txt.

- 14 -

### 10. Quantity

41.     Quantity is the number of packages, weight or volume reported in the transaction.[12] A package can take many different forms, including a bottle of pills, a bottle of liquid, a box containing multiple bottles of drug product, a container of bulk drug powder, a box of skin patches, or a larger box containing smaller boxes of skin patches.[13]

### 11. Unit

42.     The Unit code identifies the unit of measurement for the Quantity field. It is used with the Quantity and Strength fields to determine the amount of drug in a transaction.[14] The Unit codes 1, 2, 3 and 4 specify weight units from micrograms to kilograms.[15] See Table 3.

Table 3 Unit of Measurement Codes

| Unit | Measurement |
|------|-------------|
| 1 | Micrograms |
| 2 | Milligrams |
| 3 | Grams |
| 4 | Kilograms |
| 5 | Milliliters |
| 6 | Liters |
| D | Dozens |
| K | Thousands |

---

[12] ARCOS Handbook § 5.11.1 p., 5-30.

[13] ARCOS Handbook § 5.11.

[14] ARCOS Handbook § 5.12.1, p. 5-33.

[15] Since there are 1 billion micrograms in a kilogram, a transaction coded with a 4 in the Unit field when the Quantity field assumes the Units are micrograms will have a Quantity that is 1 billion times too large. Some of the errors I find in the ARCOS Data appear to result from incorrect Unit codes being entered by the Reporting Registrant into ARCOS.

### 12.    Action Indicator

43.    The Action Indicator field is either blank or coded D (for delete), A (for adjust) or I (for insert). The Reporter uses transactions coded D to report to the DEA that a previously reported incorrect transaction should be deleted. The Reporter uses transactions coded A to report that a previously reported incorrect transaction should be revised to reflect updated information in the current record. That is, that the previously reported transaction should be replaced with the current transaction record coded A. The Reporter uses transactions coded I to report transactions which should have been reported in a previous month but were not and so are being reported late.[16]

### 13.    Order Form Number

44.    The Order Form Number identifies a batch of one or more transactions submitted through ARCOS.[17]

### 14.    Correction Number

45.    The Correction Number identifies a correction transaction which replaces a previously submitted transaction that had been rejected by ARCOS.[18]

### 15.    Strength

46.    Strength reports the purity of bulk raw material in a transaction, relative to the purity of the NDC, in hundredths of a percentage point. Strength

---

[16] ARCOS Handbook §5.9.2, p. 5-20 and §7.5, p. 7-12.

[17] ARCOS Handbook §5.14.1, p. 5-38 and §5.14.3, p. 5-40.

[18] ARCOS Handbook, §5.16, p. 5-42.

Confidential - Subject to Protective Order

can also refer to the amount by which a quanity of one in the transaction falls short of or exceeds the standard size package of the NDC.[19]

### 16.  Transaction Date

47.    Transaction Date is the date a shipment occurred, not the date an order was placed by the Buyer or received by the Seller or the date of some other activity.[20]

### 17.  Calculated Base Weight in Grams

48.    The Calculated Base Weight in Grams is the total active ingredient weight, in grams, of a drug in the reported transaction. The Calculated Base Weight in Grams in the ARCOS Data produced by the DEA was not reported by the Sellers. Rather, it was calculated by the DEA and appended (along with information about the Buyer and the Seller, the Drug Code, the Drug Name, and the Dosage Units) by the DEA before the data was produced. As explained in Appendix 2, I verify the Calculated Base Weight in Grams for each transaction using the NDC Dictionary.

### 18.  Dosage Units

49.    Dosage Units is the number of packages in the transaction, multiplied by the number of discrete individual drug products (e.g., pills, patches, lozenges) in each package. Dosage Unit is only populated if the drug product is delivered as a capsule, tablet, film, suppository, patch, lollipop, or lozenge. The Dosage Unit in the ARCOS Data was not reported by the Sellers. Rather, it was calculated by the DEA and appended by the DEA before the

---

[19] ARCOS Handbook, §5.17, p. 5-43.

[20] ARCOS Handbook, §5.15.1, p. 5-40.

Confidential - Subject to Protective Order

data was produced to us. As explained later in this report, I verify Dosage Units for each transaction using the NDC Dictionary.

### 19. Transaction ID

50. The Transaction ID uniquely identifies the transactions submitted by each Seller each month.[21] Each Seller restarts the Transaction ID each month at 1. For example, a Seller submitting 33, 41 and 17 transactions over a three month period would submit transactions numbered 1 to 33 the first month, 1 to 41 the second month and 1 to 17 the third month. A later correction, adjustment or deletion should have the same Transaction ID as the record being corrected, adjusted or deleted. A late transaction uses the next available Transaction ID for the month in which the transaction should have been reported, not a Transaction ID for the month in which the late transaction is being reported.

## C. Exclusions and Corrections to ARCOS Data

51. The ARCOS Data is composed of transactions, or shipments, of opioids between various entities. Table 4 summarizes the number of transactions, the total Dosage Units, and the total Calculated Base Weight in Grams transacted between various types of entities.

---

[21] ARCOS Handbook, §5.18, pp. 5-46 through 5-47.

Confidential - Subject to Protective Order



52.      ████████ of transactions reported in the ARCOS Data involve

shipments to Buyers whose Business Activity suggests they dispense drugs to

patients. I call these Buyers "Dispensers." [22] ▮▮▮ of transactions involve shipments from Dispensers back to manufacturers or distributors. [23] ▮▮▮ of transactions reported in the ARCOS Data involve shipments to Distributors.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

53.     Table 4 is not entirely informative of the actual flow of opioids because some transactions reported by Reverse Distributors ("from Manufacturers" and "to Analytical Labs") have incorrect Dosage Units and Calculated Base Weights in Grams. I do not use these Reverse Distributor transactions in the analysis I present below.

54.     Only ▮▮▮ of transactions are shipments to or from importers, exporters, or researchers ("Other Buyers"). [24]

55.     I removed seven types of transactions from the ARCOS Data before conducting further analysis:

- Obvious duplicate transactions, when the same transaction was reported to ARCOS more than once by the same registrant.

---

[22] I include the following Buyer Business Activities as Dispensers: any Buyer Business Activity beginning with "MLP"; any Buyer Business Activity containing "PHARMACY", "PRACTITIONER", "CLINIC", "MAINT" or "DETOX"; and "AUTOMATED DISPENSING SYSTEM", "CANINE HANDLER", and "TEACHING INSTITUTION."

[23] I include the following Buyer Business Activities as manufacturers or distributors: any Buyer Business Activity containing "MANUF" or "DISTRIB."

[24] Other Buyers have Buyer Business Activity containing "IMPORT", "EXPORT", or "RESEARCHER."

- Transactions where the Drug Code from the NDC Dictionary is not one of the 14 opioids listed in Table 1.

- Transactions where the Action Indicator code, Correction Number, or both suggest the reported transaction is erroneous.

- Transactions involving reverse distributors, analytical labs, importers, exporters, or researchers.

- Transactions reported by the registrant receiving the shipment when two registrants reported the same transaction, keeping the transaction reported by the registrant sending the shipment.

- Transactions with obvious errors in the reported Quantity.

- Transactions where the Transaction Code is "X" (Lost-in-Transit.)

56.     I also corrected the Calculated Base Weight In Grams when it was calculated using an incorrect Ingredient Base Weight from the NDC Dictionary. Appendix 2 provides a detailed explanation of these exclusions and corrections.

57.     Table 5 summarizes the number of transactions, the total Dosage Units, and the total Calculated Base Weight in Grams transacted between various types of entities after applying the exclusions and corrections.[25]

---

[25] Table 5 excludes two reported shipments from Manufacturers to Dispensers, where the Transaction Code was "K" (Used in Preparations). The two transactions had a total Calculated Base Weight of three grams. All other shipments to Dispensers had Transaction Code "S" (Sale, Disposition, or Transfer).

- 21 -

Confidential - Subject to Protective Order



58.　　Table 5 better reflects the flow of opioids covered by my analysis focused on Dispensers than had Table 4. Table 6 through Table 10 report summaries of the shipments to Dispensers included in Table 5.

### D.  Shipments to Dispensers in ARCOS Data

59.　　Table 6 summarizes the shipments to Dispensers reported in the ARCOS Data, by Drug Name sorted by Dosage Units. I separate the two treatment drugs - methadone and buprenorphine – from the other twelve opioids. ███████████████████████

███████████████████████████████

███████████████████████████████

█████████████████████████

Confidential - Subject to Protective Order



60.     Table 7 summarizes the shipments to Dispensers in the ARCOS Data, grouped by the Seller's Business Activity. Distributors account for ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████████████████████████ ███████████████████████████████.

███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████
███████████████████████████████████████████████████████

61.     Table 8 summarizes the same transactions, grouped by Buyer's Business Activity. Chain and retail pharmacies received ████ of Dosage Units and ████ of MME.

- 23 -

Confidential - Subject to Protective Order



62.     The distribution of transactions reported in the ARCOS Data by the Buyer's State is presented in Table 9. ███████████████████ ██████████████████████████████ ██████████████████████████████ ██████████████████████████████ ███████████████████████.

63.     States at the top of Table 9 are also the most populous states so the last two columns list the average and ranking by MME per capita over the 2006-2014 period. I have highlighted in bold the top 10 states by Annual MME per capita from 2006-2014.

Confidential - Subject to Protective Order



64.    The distribution of shipments to Dipsensers reported in the ARCOS Data by year is presented in Table 10. The number of transactions, Dosage Units, Calculated Base Weight in Grams and MME ▮▮▮▮▮▮ ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮.

Confidential - Subject to Protective Order



## VI.    Comparing ARCOS Data to Retail Drug Summary Reports and to Defendant Transaction Data

### A. Public ARCOS data

65.    The DEA publishes six ARCOS Retail Drug Summary Reports ("RDSR") each year, which summarize the weight of opioids reported in ARCOS transactions by various combinations of Drug Code, Calendar Quarter, Buyer State, Buyer Zip Code, or Buyer's business activity.[26] The least aggregated Retail Drug Summary Report is Report 1, which aggregates the opioid weight by quadruples of Drug Code, Calendar Quarter, Buyer's State, and the first three digits of the Buyer's Zip Code. As a check on my procedures for correcting the ARCOS Data, I compared the corrected ARCOS Data to ARCOS Retail Drug Summary Report 1.

---

[26] The six summary reports are updated on an ad hoc basis. The DEA website states that the summary reports are "susceptible to future updates and corrections, without notice, as new information is obtained" (www.deadiversion.usdoj.gov/arcos/retail_drug_summary/index.html).

66.    I calculated the total Calculated Base Weight in Grams in the corrected ARCOS Data for each Drug Code, Calendar Quarter, Buyer's State, and three-digit Buyer's Zip Code. I then compared the weights I calculated to the weights reported in ARCOS Retail Drug Summary Report 1.[27]

---

[27] I compared the weights for all quadruples created using all 14 Drug Codes in the ARCOS Data, every calendar quarter from 2006 through 2014, and all 50 states, the District of Columbia, Puerto Rico, American Samoa, and the Virgin Islands.

Confidential - Subject to Protective Order



69.    It is possible that both the ARCOS Data and the RDSRs have drug weights but the weights differ between the ARCOS Data and the RDSRs data. To test this possibility, I calculate the ratio of the weight of each drug, each quarter, each state and 3-digit zip code reported in the RDSRs to the weights I calculated from the ARCOS transactions for the observations in both the RDSRs and the ARCOS transactions. A ratio of 1 (less than 1, more than 1) means the RDSRs summary weights equal (are less than, are more than) the weights I aggregate up to using the ARCOS transaction data.



Confidential - Subject to Protective Order

███████████████████████████████████████████████████████

███████████████

71.    The RDSRs confirm the accuacry of the ARCOS Data I received. The correlation between the RDSRs' reported drug weight and the weights I calculate from the ███████████████████████████████████████.



**B. Defendants' Transaction Data**

72.    In addition to receiving the ARCOS Data produced by the DEA, I received transaction data produced in discovery by 13 Defendants.[29] I

---

[29] The 13 Defendants are Anda, AmerisourceBergen, Cardinal Health, CVS, Discount Drug Mart, HBC, Henry Schein, H. D. Smith, McKesson, Prescription Supply, Rite Aid, Walgreens, and Walmart. I do not discuss the data produced by Rite Aid or Henry Schein because the produced data was insufficient to compare with the ARCOS Data. Rite Aid did not produce the Buyer's DEA numbers, and the data produced by Rite Aid does not identify which counties are included in the data. Henry Schein did not include the Buyer's DEA numbers or NDCs. Appendix 7 lists the data fields provided by each Defendant. I have standardized the names of the fields to simplify the presentation.

Confidential - Subject to Protective Order

analyzed the Defendants' internal data and found that there are gaps in the data produced by some Defendants; with the exception of AmerisourceBergen these gaps are relatively minor.[30] I compared each transaction in each Defendant's internal data to the ARCOS Data. I matched the transactions based on NDC, Buyer's DEA Number, Quantity, and the calendar month. After matching the transactions, I converted the transaction Quantity to MME.

73.    Table 13 presents summary statistics comparing the ARCOS Data and the Defendants' transaction data, sorted by the degree of overlap between the ARCOS Data and the Defendants' transaction data. The transactions summarized in Table 13 consist of all transactions by the Defendants with retail Buyers in Cuyahoga and Summit Counties from January 1, 2006 through December 31, 2014, involving the ■ opioids in Table 1.[31]

74.    At first glance it appears that there is significant non-overlap between the data the Defendants produced to ARCOS in real time, which the DEA then prodcued, and the data the Defendants produced in discovery but after making some minor adjustments the non-overlap is quite small.

---

■ ████████████████████████

[31] I keep only transactions involving NDCs on Schedule II and III.

Confidential - Subject to Protective Order



75.     Using my initial matching criteria, ████ of all MME in either the ARCOS Data or the datasets produced by Defendants are in both the ARCOS Data and the datasets produced by Defendants (i.e., the MME are in the intersection of the ARCOS Data and the datasets produced by Defendants).

76.     The amount of MME found in both the ARCOS Data and the datasets produced by Defendants increases if I relax the stringent matching rules I imposed. As discussed more fully below, allowing matches to cross to an adjacent month increases the MME found in both the ARCOS Data and the datasets produced by Defendants by ████████ MME. Correcting Buyer information (e.g., DEA numbers and county) increases the MME in both the ARCOS Data and the datasets produced by Defendants by an additional ████ ████ MME.

77.     The remainder of this section of the report includes a more detailed explanation of the MME that is either (1) in the ARCOS data but not in the datasets produced by Defendants, or (2) in the datasets produced by Defendants but not in the ARCOS Data for each Defendant listed in Table 13.

78.    Excluding AmerisourceBergen, I can explain ███████ ███ MME in Table 13 that is either (1) in the ARCOS Data but not in the datasets produced by Defendants, or (2) in the datasets produced by Defendants but not in the ARCOS Data.

79.    For example, the ARCOS Data includes at least ███████ MME that are not in the datasets produced by Defendants because the datasets produced by Defendants are missing all transactions for some NDCs. The ARCOS Data also includes an additional ███████ MME that are not in the datasets produced by Defendants because the datasets produced by Defendants are missing all transactions for some calendar months.

80.    Table 14 summarizes the overlap between the ARCOS Data and the datasets produced by Defendants after (1) allowing matches to cross to an adjacent calendar month and correcting Buyer information, and (2) excluding NDCs, Buyers, months, and reversed transactions that are entirely missing from either the ARCOS data or the datasets produced by the Defendants. Excluding AmerisourceBergen, ███████ of MME in either the ARCOS Data or the datasets produced by Defendants are in both the ARCOS Data and the datasets produced by Defendants.



Confidential - Subject to Protective Order

81.    The ████overlap between the ARCOS Data and the datasets produced by Defendants demonstrates that the ARCOS Data and the datasets produced by Defendants in discovery are both reliable. The remainder of this section explains the relstively slight differences, setting aside AmerisourceBergen, between the ARCOS Data and the Defendants' data.

### 1. Cardinal Health

82.    Figure 2 shows the MME reported each month in the ARCOS Data or in Cardinal Health's internal data.

- The blue areas on each bar in the chart indicate MME in transactions where the transactions are reported in both the ARCOS Data and in the Cardinal Health transaction data.

- The red areas represent the MME in Cardinal Health's transactions that were not matched to transactions in the ARCOS data.

- The yellow areas represent the MME in ARCOS Data transactions that were not matched to transactions in Cardinal Health's transaction data.



[REDACTED] Cardinal Health produced those offsetting entries in discovery even though they don't reflect executed transactions and Cardinal Health apparently did not report the offsetting transaction to the ARCOS system in real time. [REDACTED]

85.     Table 15 summarizes the results of matching ARCOS Data and Cardinal Health data, excluding transactions in March 2008 and transactions

---

[32] In my calculation below I insert these missing March 2008 transactions Cardinal Health produced in discovery into the ARCOS Data.

Confidential - Subject to Protective Order

that Cardinal Health reversed on the same day it recorded them in its own system and never reported to ARCOS and allowing matches to cross calendar months. ██████ of the MME reported in transactions in either the ARCOS data or Cardinal Health data are reported in both the ARCOS Data and Cardinal Health data.

86.    A few NDCs account for the majority of the ██████ of total Cardinal Health MME that are in Cardinal Health's transaction data but not in the ARCOS Data. For example, more than ████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

██████████████████████████████████████████████████

████████████████████

Confidential - Subject to Protective Order

### 2. *AmerisourceBergen*

87.    AmerisourceBergen did not include Buyer DEA numbers in the data it produced and so I compared the ARCOS Data to AmerisourceBergen's transaction data using only the transaction month, Quantity, and NDC.



Confidential - Subject to Protective Order



Confidential - Subject to Protective Order



### 4. Walgreens

94.     The MME in the ARCOS Data missing from Walgreens transaction data is explained by NDCs missing from the Walgreens transaction data. The Walgreens transaction data is missing all NDCs from

Confidential - Subject to Protective Order

five Drug Codes: 9050 (codeine), 9064 (buprenorphine), 9230 (meperidine), 9120 (dihydrocodeine), and 9220L (levorphanol).[34] See Figure 5.



95.    These five Drug Codes account for ████████████ of the MME in the ARCOS Data missing from Walgreens data. ████████ ████████████████████████████████████████ ████████████

96.    The Walgreens data is also missing transactions where the Dispenser returned a cumulative ████████ MME to the Seller. All the MME in the Walgreens transaction data that is not in the ARCOS Data is in October 2007, suggesting the ARCOS Data might be missing some transaction reports. See red bar in Figure 6.

---

■ ████████████████████████████████████ ████████████████████

- 39 -

Confidential - Subject to Protective Order



### 5.  CVS

97.    The CVS transaction data is missing all transactions in Drug Codes 9050 (codeine) and 9064 (buprenorphine). See Figure 7. This explains ▮▮▮▮▮▮▮▮▮▮ of the MME in the ARCOS Data that is missing from the CVS transaction data.



98.    The majority of the MME in the CVS transactions data that is not in the ARCOS Data can be accounted for by allowing transactions to be

Confidential - Subject to Protective Order

matched across calendar months and by correcting Buyer information. Allowing the CVS transactions to match with ARCOS Data transactions in adjacent months increased matched MME by ███████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

███████████████████████████████

██████████████ In January 2010, five CVS pharamacies were assigned new DEA numbers, but either CVS or the ARCOS Data continued to use the old DEA number.[35] ████ of the MME in the CVS data missing from the ARCOS Data is due to CVS including Buyers that the ARCOS Data locates outside Summit and Cuyahoga Counties.

### 6. Anda

99.      ██████████████ of the MME in ARCOS transactions which is missing from Anda's transaction data is because Anda did not produce any transactions for Buyers whose Buyer Business Activity in the ARCOS Data is "PRACTITIONER-DW/100" or "PRACTITIONER-DW/275." Another ██████████████ of the ARCOS MME missing from Anda's transaction data is because Anda did not report transactions for one specific Buyer found

---

[35] The DEA numbers of the five Buyers are BC6576764 (changed to FO1802950), BC6668997 (changed to FO1802998), BC7023865 (changed to FO1803267), BC5772579 (changed to FO1803368), and BC5772632 (changed to FO1803407).

Confidential - Subject to Protective Order

in the ARCOS Data before February 6, 2014, and only reported some of that Buyer's transactions after February 6, 2014.[36]

100.    Anda's transaction data is also missing all transactions involving buprenorphine (9064), and all transactions in 31 additional NDCs. The missing buprenorphine transactions account for ███████████ of the MME in ARCOS missing from the Anda data.[37] The 31 additional NDCs account for another ████████████ of the MME in the ARCOS Data missing from the Anda data.[38]

### 7.  H. D. Smith

101.    Some of the mismatch between H. D. Smith transaction data and ARCOS Data is caused by the same transaction reported with a different Transaction Date in the ARCOS Data than the Transaction Date in the H. D. Smith transaction data. Allowing the H. D. Smith transactions and the ARCOS Data transactions to be matched across adjacent months increases the matched MME by ████████████ of H. D. Smith's MME not found in the ARCOS Data and ████ of the ARCOS MME not found in H. D. Smith's MME).

102.    The remaining mismatch between the ARCOS Data and the H. D. Smith data is caused both by missing transactions in the H. D. Smith's data

---

[36] The Buyer DEA Number is FR3437856. After February 6, 2014, the Anda transaction data is missing all shipments of NDC 00093015010 (a codeine tablet) to that DEA number.

[37] There are 19 buprenorphine NDCs missing from Anda's data. The three largest buprenorphine NDCs by MME are: 50383093093 (███████ MME), 00228315503 (███ ███████ MME), and 12496120803 ███████████ MME).

[38] ███████████████ MME from the 31 unmatched NDCs is codeine (9050).

and missing transactions in the ARCOS Data. The data produced by H. D. Smith is missing four Buyer DEA numbers, which together account for ██ ██████ MME, or ███ of the MME in the ARCOS Data that is missing from the H. D. Smith data.[39] The H. D. Smith data is also missing nine NDCs, three of which account for ████████ MME, or ███ of the MME in the ARCOS Data that is missing from the H. D. Smith data.[40]

103. The H. D. Smith data contains transactions in six NDCs that are not in ARCOS.[41] The missing NDCs explain ████████████ of the unmatched MME in the H. D. Smith data.

### 8. Walmart

104. The ARCOS Data shows substantial shipments by Walmart in 2006, 2007 and 2008 but the transactions produced in discovery by Walmart show ██ shipments in these three years. See Figure 8.

105. Walmart's data is also missing all transactions of all buprenorphine (9064) NDCs, and six codeine (9050) NDCs.[42] The missing

---

[39] The three missing Buyer DEA numbers are AK2946854, AP4581155, BA5214159, and FE1824247.

[40] The nine missing NDCs are: codeine NDCs 00527131201 and 00591354601; oxycodone NDC 53746020601; hydrocodone NDCs 00591038701 and 00591261205; methadone NDC 00054355367; morphine NDCs 50383085516 and 66479056024; and oxymorphone NDC 63481044070. Of the nine NDCs, the three NDCs with the highest ████████████████████████████████████████████████████████ ██████████████████████████████████

[41] The six missing NDCs are: codeine NDC 00143300001; buprenorphine NDC 12496075701; hydrocodone NDCs 00406035701 and 00406035901; and fentanyl NDCs 49884076278 and 49884076378. I include the H.D. Smith transactions for these six NDCs with the ARCOS Data in my calculation below.

[42] The Walmart data is missing five buprenorphine NDCs, with a total MME of ███ ██████. ████████████████████████████████████████████████

- 43 -

Confidential - Subject to Protective Order

months and NDCs explain more than ▮▮▮ of the MME in the ARCOS Data that is missing from the Walmart data.

106.  ▮▮▮▮▮▮▮▮▮ MME in Walmart transactions that is not in ARCOS transactions is from two oxycodone NDCs.[43] The ARCOS Data is not missing those two NDCs entirely, as there are transactions with those NDCs in the ARCOS Data.



107.  There is a large amount of unmatched MME in 2013, with ARCOS Data transactions missing from Walmart transactions data and Walmart data transactions missing from the ARCOS Data. The missing MME

---

which accounts for ▮▮▮▮▮▮ n of the unmatched MME in the ARCOS Data. The six codeine NDCs have a total MME of ▮▮▮▮▮▮. They are: 00603233832 (▮▮▮▮▮▮ MME), 00093015010 (▮▮▮▮▮ MME), 00406048501 ▮▮▮▮▮ MME), 00603233921 ▮▮▮▮▮▮ MME), 00093035001 (▮▮▮▮▮▮ MME), and 00591354601 (▮▮▮▮ MME).

[43] The two oxycodone NDCs are 00406052301 ▮▮▮▮▮▮ MME) and 00406051201 (▮▮▮▮▮ MME).

Confidential - Subject to Protective Order

in the ARCOS Data is from different Drug Names than the missing MME in Walmart's data.

### 9. HBC/Giant Eagle[44]

108.    The mismatch between HBC/Giant Eagle's data and the ARCOS Data has two major causes. First, HBC/Giant Eagle's transaction data does not include any transactions of Drug Codes 9064 (buprenorphine) or 9050 (codeine). The NDCs in these two Drug Codes account for ███████ ███ of the MME in the ARCOS Data that is missing from HBC/Giant Eagle's data.

109.    Second, some transactions are reported with different a Transaction Date in the ARCOS Data than in the data HBC/Giant Eagle produced in discovery. Allowing an HBC/Giant Eagle transaction to match an ARCOS Data transaction in an adjoining calendar month reduces the unmatched MME by ███████ (███ of the MME in HBC/Giant Eagle's data missing from the ARCOS Data and ███ of the MME in the ARCOS Data missing from HBC/Giant Eagle's data).

110.    Another ███████████ of MME from the ARCOS Data missing in the HBC/Giant Eagle data is in transactions with a Buyer that has addresses in both Cuyahoga and Geauga Counties. HBC/Giant Eagle may have not produced transactions for these buyers attributing the buyers to the address in Geauga County, outside of Summit and Cuyahoga Counties, even

---

[44] HBC produced transaction data from two different distribution facilities. For purposes of my analysis, I have included the data produced for both facilities, and refer to HBC transactions herein as HBC/Giant Eagle.

Confidential - Subject to Protective Order

though the transactions were identified in the ARCOS Data as shipped to Cuyahoga County.

### 10. Discount Drug Mart

111.    The ARCOS Data is missing all retail transactions by Discount Drug Mart in November 2008, September 2011, and October 2012 and missing all but two of Discount Drug Mart's transactions in January 2006. For most other months, 

. See Figure 9.

112.    The four missing months in the ARCOS Data explain ████████ ██████ of the MME in Discount Drug Mart's transaction data that is not in the ARCOS Data. Another ██████ MME in Discount Drug Mart's transaction data are not in the ARCOS Data because the ARCOS Data I received is missing eight NDCs found in Discount Drug Mart's transaction data.[45]

---

[45] The eight missing NDCs are: codeine NDCs 00093035001, 00093035005, 00603233921; buprenorphine NDC 59011075704; and hydrocodone NDCs 00591261001, 00591261101, 00603388721, and 64376064016. I include the DDM transactions produced in discovery but missing from the ARCOS Data for the four months and the eight NDCs with the ARCOS Data in my calculation below.

Confidential - Subject to Protective Order



### 11. Prescription Supply

113.   The ARCOS Data shows substantial shipments by Prescription Supply in 2006 and 2007, but Prescription Supply transactions data include no shipments in these two years. For the remaining seven years of data, the



Confidential - Subject to Protective Order

## VII.  Supplementing the Data

114.   I added several fields to the ARCOS Data to assist in my analysis. The fields are: drug Labeler names from the FDA, drug Labeler company families, Seller company families, drug product potency information from the CDC's Morphine Milligram Equivalents (MME) conversion table, and Buyer business activities from the Centers for Medicare and Medicaid Services.

### A. Drug Labeler

115.   The ARCOS Data includes the Seller name but not the Labeler name. As explained by the DEA, "A Labeler is any firm that manufacturers, distributes or repacks/relabels a drug product."[46] The Labeler is identified in the first segment of the NDC. The FDA, which assigns the Labeler identifier used in the NDC, maintains a public list of Labeler identifiers and their associated companies. I used the FDA's list of drug Labelers to add the names of the drug Labelers to the ARCOS Data.[47]

116.   After adding Labeler names, I manually reviewed the names and grouped them into company families. For example, I assigned "Teva Pharmaceuticals USA, Inc." and "Teva Parenteral Medicines, Inc." to the same "Teva" company family.[48]

---

[46] NDC Dictionary Instructions. *See also*, ARCOS Handbook, §6.1.2.1, p. 6-2.

[47] NDC/NHRIC Labeler Codes," U.S. Food & Drug Administration. Available at www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/ucm191017.htm.

[48] Appendix 5 lists all the labeler company families and the labelers I assigned to each company family. I also grouped the Seller's Names in the ARCOS Data into Seller company families. Appendix 6 also lists all the Seller company families and the Seller's Names I assigned to each Seller company family.

Confidential - Subject to Protective Order

## B. MME Conversion Factor

117.    Because each drug can be prescribed in more than one dosage strength (e.g., 5 mg or 10 mg), compiling only the number of pills shipped provides a parital picture of the amount of drugs shipped. Also, since different drugs can have different potencies, compiling only the total weight of active ingredient shipped also provides a parital picture of the amount of drugs shipped.

118.    The CDC has published "MME conversion factors" that allow opioids to be directly comparable to one another by converting different drugs and dosage strengths into morphine milligram equivalents.[49] I added the MME conversion factor to the ARCOS Data, matching the NDC in the CDC table to the NDC in the ARCOS Data.

## C. Additional Pharmacy Information

119.    I supplemented the Buyer Business Activity field with data from the Centers for Medicare and Medicaid Services, which assigns National Provider Identifiers ("NPIs") to most covered health care providers in the United States. In addition to assigning and tracking NPIs, the Centers for Medicare and Medicaid Services provides a classification of Buyers' Business Activities that is more detailed than the classification in the ARCOS Data,

---

[49] National Center for Injury Prevention and Control. CDC compilation of benzodiazepines, muscle relaxants, stimulants, zolpidem, and opioid analgesics with oral morphine milligram equivalent conversion factors, 2018 version. Atlanta, GA: Centers for Disease Control and Prevention; 2018. Available at www.cdc.gov/drugoverdose/resources/data.html.

- 49 -

Confidential - Subject to Protective Order

allowing me to better identify mail-order pharmacies, long-term care pharmacies, and managed care pharmacies. I used the Buyer Name and Address in the ARCOS Data to look up each Buyer in the NPI database.[50] I used the NPI database to identify mail-order, long-term care and managed care pharmacies, but I otherwise relied on the Buyer Business Activity in the ARCOS Data.[51]

## VIII. Cuyahoga County and Summit County ARCOS Data

### A. Cuyahoga County

120. According to the ARCOS Data, between 2006 and 2014, Dispensers in Cuyahoga County received ███████ MME of opioids. Given the County's average 1.28 million population[52], Dispensers received enough opioids for every resident in the county to consume ███ MME every year from 2006 to 2014. Table 16 through Table 19 summarize the End User transactions reported in the ARCOS Data for Cuyahoga County.

121. According to the ARCOS Data, between 2006 and 2014, Dispensers in Cuyahoga County received ████████ Dosage Units of opioids. As shown in Table 16, ██████████████████████ ████████████████████████████████████████ ████████████████████████████████████████ ███████. Buprenorphine and fentanyl have a large MME relative to their Dosage

---

[50] NPI database.

[51] The corrected and supplemented ARCOS data I used in the analysis that follows is being provided separately by Counsel.

[52] https://factfinder.census.gov/

- 50 -

Confidential - Subject to Protective Order

Units because both are prescribed as skin patches, which dispense the drug for up to one week.



Confidential - Subject to Protective Order

123.   In Cuyahoga County, ████ of opioid Dosage Units and ████ of opioid MME ended up at chain and retail pharmacies. ████████████

████████████████████████████████████

████████████

████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████████

---

[1] Each of the following Buyer Business Activities account for ████ ████ of Dosage Units and MME: Detoxification, MLP-Ambulance Service, MLP-Animal Shelter, MLP-Nurse Practitioner, MLP-Optometrist, MLP-Physician Assistant, Practitioner-DW/30, and Teaching Institution.

████  ████████████████████████████

████████████████████████████████████

████████████████████████████████████

████████████████████████

Confidential - Subject to Protective Order



### B. Summit County

125.  According to the ARCOS Data, between 2006 and 2014, Dispensers in Summit County received ███████ MME of opioids. Given the county's population of 542,000[53], Dispensers received enough opioids for every resident in the county to consume ████ MME every year from 2006 to 2014. Table 20 through Table 23 summarize the Sales to Dispenser transactions reported in the ARCOS Data for Summit County.

126.  In Summit County, hydrocodone and oxycodone accounted for more than ████ of Dosage Units. ██████████████████████ ████████████████████████

---

[53] https://factfinder.census.gov/

Confidential - Subject to Protective Order



127.   Table 21 shows that nearly all transactions involving Dispensers in Summit County were reported by Distributors.



128.   In Summit County, ▮ of opioid Dosage Units and ▮ of MME ended up at chain and retail pharmacies. ▮▮▮▮▮▮▮▮

▮▮▮▮▮▮▮▮▮▮

Confidential - Subject to Protective Order

[1] Each of the following Buyer Business Activities account for ████ or less of Dosage Units and MME: MLP-Ambulance Service, MLP-Animal Shelter, MLP-Nurse Practitioner, and Practitioner-DW/30.

129.   Table 23 shows that Summit County ████████████████ ████████████████████████████████████ ████████████████████████████.

Confidential - Subject to Protective Order

## IX.    Transaction Analysis

130.  I implemented various approaches to identify transactions meeting specified criteria using the non-public ARCOS Data from 2006 to 2014, supplemented with Defendant transaction data where the ARCOS Data is obviously missing transactions that are included in the transactions produced by Defendants in discovery and to the extent I have Defendant transaction data for the periods before 2006 and after 2014. I calculated the results separately for each of twelve controlled substance drug codes.[54]

### A. Maximum Monthly, Trailing Six-month Threshold

131.   Under the first approach, I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a calendar month to exceed the highest number of dosage units shipped by the Distributor to the Pharmacy in any one of the six preceding calendar months. For example, if the number of dosage units containing hydrocodone shipped from a Distributor to a Pharmacy in February, March, April, May, June, and July were 5,000; 10,000; 7,000; 8,000; 9,000; and 9,500 respectively, a requested transaction in August would be flagged if it would cause the number of dosage units containing hydrocodone the Distributor shipped to the Pharmacy to exceed 10,000. Any reported transactions containing hydrocodone on that date and all reported transactions containing hydrocodone from that Distributor to that Pharmacy thereafter are flagged.

132.   In this approach and the others implemented below I have been asked by Counsel to assume that the Distributor did not effectively investigate

---

[54] I do not analyze transactions in two treatment drugs: buprenorphine and methadone.

Confidential - Subject to Protective Order

the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

133.   Figure 11 illustrates total opioid transactions from Distributors to retail and chain pharmacies into Cuyahoga County from 1996 to 2018. The Trailing Six-Month Maximum Threshold methodology flags ███████ ████████████████████████████████████████████████████ ████████████████████████████████████. Additional charts and tables reflecting the result of applying this methodology and the methodologies below to each Distributor are in Appendix 10.



134.   Figure 12 illustrates total transactions from Distributors to retail and chain pharmacies into Summit County from 1996 to 2018. The Trailing Six-Month Maximum Threshold methodology flags ██████ of transactions

Confidential - Subject to Protective Order

accounting for ███████ of dosage units, ███████ of MME and ███████ of drug weight shipped into Summit County.



135.　Table 24 and Table 25 summarize the transactions in transactions flagged based on the Trailing Six-Month Maximum Threshold Approach in Cuyahoga and Summit Counties.

Confidential - Subject to Protective Order



Confidential - Subject to Protective Order



### B. Twice Trailing Twelve-Month Average Pharmacy Dosage Units

136.   I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a calendar month to exceed twice the trailing twelve-month average dosage units to retail and chain pharmacies served by the Distributor. I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

Confidential - Subject to Protective Order

137.   Figure 13 illustrates total opioid shipments into Cuyahoga County from 1996 to 2018 from ARCOS Data for 2006 to 2014 and, to the extent I have Defendant transaction data for the periods before 2006 and after 2014. The Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology flags ████ of transactions accounting for ████ of dosage units, ████ of MME and ████ of drug weight shipped into Cuyahoga County.



138.   Figure 14 illustrates total shipments into Summit County from 1996 to 2018 from ARCOS Data for 2006 to 2014 and, to the extent I have Defendant transaction data for the periods before 2006 and after 2014. The Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold

Confidential - Subject to Protective Order

methodology flags ▬▬▬ of transactions accounting for ▬▬▬ of dosage units, ▬▬▬ of MME and ▬▬▬ of drug weight shipped to Summit County.



139.    Table 26 and Table 27 summarize the transactions in transactions flagged based on the Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold in Cuyahoga and Summit Counties.

Confidential - Subject to Protective Order



Confidential - Subject to Protective Order



### C. Three Times Trailing Twelve-Month Average Pharmacy Dosage Units

140.  I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a calendar month to exceed three times the trailing twelve-month average dosage units to retail and chain pharmacies served by the Distributor. I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

141.   Figure 15 illustrates total opioid shipments into Cuyahoga County from 1996 to 2018 from ARCOS Data for 2006 to 2014 and, to the extent I have Defendant transaction data for the periods before 2006 and after 2014. The Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology flags ████ of transactions accounting for ████ of dosage units, ████ of MME and ████ of drug weight shipped into Cuyahoga County.



142.   Figure 16 illustrates total shipments into Summit County from 1996 to 2018 from ARCOS Data for 2006 to 2014 and, to the extent I have Defendant transaction data for the periods before 2006 and after 2014. The Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold methodology flags ████ of transactions accounting for ████ of

Confidential - Subject to Protective Order

dosage units, ████ of MME and ████ of drug weight shipped into Summit County.



143.   Table 28 and Table 29 summarize the transactions in transactions flagged based on the Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold in Cuyahoga and Summit Counties.

Confidential - Subject to Protective Order



Confidential - Subject to Protective Order



### D. Maximum 8,000 Dosage Units Monthly

144.  I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a calendar month to exceed 8,000 dosage units. I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

145. Figure 17 illustrates total opioid shipments into Cuyahoga County from 1996 to 2018 from ARCOS Data for 2006 to 2014 and, to the extent I have Defendant transaction data for the periods before 2006 and after

- 68 -

Confidential - Subject to Protective Order

2014. The Maximum 8,000 Dosage Units Monthly Threshold methodology flags ███ of transactions accounting for ███ of dosage units, ███ of MME and ███ of drug weight shipped into Cuyahoga County.



146.   Figure 18 illustrates total shipments into Summit County from 1996 to 2018 from ARCOS Data for 2006 to 2014 and, to the extent I have Defendant transaction data for the periods before 2006 and after 2014. The Maximum 8,000 Dosage Units Monthly Threshold methodology flags ███ of transactions accounting for ███ of dosage units, ███ of MME and ███ of drug weight shipped into Summit County.

Confidential - Subject to Protective Order



147.    Table 30 and Table 31 summarize the transactions in transactions flagged based on the Maximum 8,000 Dosage Units Monthly Threshold Approach in Cuyahoga and Summit Counties.

Confidential - Subject to Protective Order



Confidential - Subject to Protective Order



### E. Maximum Daily Dosage Units

148.   I identify transactions that cause the number of dosage units shipped by a Distributor to a Pharmacy in a day to exceed a number of dosage dosage units that varies by drug type and within some drug types by formulation.[55] I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged because the Distributor had an unfulfilled obligation to detect and investigate the first flagged transaction.

---

[55] Maximum Daily Dosage Units used as specified in CAH_MDLPRIORPRO_DEA07_01384160

Confidential - Subject to Protective Order

149.    Figure 19 illustrates total opioid shipments into Cuyahoga County from 1996 to 2018 from ARCOS Data for 2006 to 2014 and, to the extent I have Defendant transaction data for the periods before 2006 and after 2014. The Maximum Daily Dosage Units Threshold methodology flags ████ of transactions accounting for ████ of dosage units, ████ of MME and ████ of drug weight shipped into Cuyahoga County.



150.    Figure 20 illustrates total opioid transactions into Summit County. The Maximum Daily Dosage Units Threshold methodology flags ████ of transactions accounting for ████ of dosage units, ████ of MME and ████ of drug weight shipped into Summit County.

Confidential - Subject to Protective Order



151.   Table 32 and Table 33 summarize the transactions in transactions flagged based on the Maximum Daily Dosage Units Threshold Approach in Cuyahoga and Summit Counties.

Confidential - Subject to Protective Order



Confidential - Subject to Protective Order



### F.  Additional Identification

152.   I have been asked by Counsel to assume that Chain Distributors may have had knowledge of - or information available to inform them of – opioid shipments from all Distributors to the Chain Distributor's affiliated pharmacies. I have re-run the five identification routines described above assuming that the Chain Distributors could have flagged transactions based on this expanded information set and report the results for the Chain Distributors in Table 34 through Table 43 below. Additional charts and tables reflecting the result of applying methodologies below to each Chain Distributor are in Appendix 11.

Confidential - Subject to Protective Order



Confidential - Subject to Protective Order



Confidential - Subject to Protective Order



Confidential - Subject to Protective Order



Confidential - Subject to Protective Order



Confidential - Subject to Protective Order

## X.    Excessive Shipments

153.   I plot total per capita opioid MMEs shipped into Ohio based on the public ARCOS Data from 1997 to 2017 in Figure 21. Figure 21 also includes per capita opioid MMEs shipped into Ohio pharmacies. Figure 22 and Figure 23 plot total per capita opioid MMEs shipped into 3-digit zip-codes which Cuyahoga County and Summit County encompass.[56]



---

[56]ARCOS Retail Drug Summary Reports report County and 3-digit zip-code information. Cuyahoga County and Summit County boundaries do not coincide precisely with 3-digit zip-code boundaries. These charts - and any other chart, figure or analysis at the County level using ARCOS Retail Drug Summary Reports - use the 3-digit zip-codes 441 for Cuyahoga County and 443 for Summit County.

Confidential - Subject to Protective Order



Confidential - Subject to Protective Order

increased from 1997 to 2010 and thereafter declined so that per capita opioid MME in 2017 was ███████ per capita opioid MME in 1997 in Ohio.

155.    A possible upper bound on the medically necessary opioid MME per capita baseline is the per capita MME interpolated from 1997 to 2018. This baseline assumes that all prescriptions of opioids in 1997 and in 2018 were medically necessary and that the drivers of legitimate opioid use (eg. aging of the population) evolve gradually rather than discountinuosly over time. Plaintiffs allege that opioid consumption in 2018 remained excessive and was still influenced by the Defendants' alleged fraudulent conduct.

156.    A possible lower bound on the medically necessary opioid MME per capita baseline is the 1997 per capita MME. This baseline assumes that all prescriptions of opioids in 1997 were necessary and opioid use per capita beyond 1997 levels were unnecessary.

157.    I plot these two baselines in Figure 24 along with the per capita MME shipped into Ohio from Figure 21.

Confidential - Subject to Protective Order



158. The difference between the actual shipments of opioids into Ohio and the baseline is an estimate of the excessive opioids shipped into Ohio.



Confidential - Subject to Protective Order



159.    Opioid dosage units dispensed in Ohio have declined ▮▮ from 2012 to 2018. The percentage decline in dosage units dispensed in Ohio has increased each year suggesting that even the 2018 levels exceed the medically necessary level. My estimates of execssive opioid shipments into Ohio can be varied to reflect how much, if any, of the increase from 1997 to 2018 in per

---

[57] Estimated from the 2017 level reported in the RDSRs and 2018 decline from 2017 reported in Ohio Automated $R_x$ Reports System, 2018 Annual Report, State of Ohio Board of Pharmacy, Section 1, Chart 1 available at www.ohiopmp.gov/documents/Annual%20Report%20(2018).pdf

Confidential - Subject to Protective Order

capita opioid MME above the 1997 levels was medically justifiable. See Table 45.



- If 100% of the increase in opioids dispensed in Ohio in 2018 compared to the 1997 per capita level were medically necessary, ▮ of the opioids dispensed from 1998 to 2017 and ▮ of the opioids dispensed from 2006 to 2014 were excessive.

- If 80% of the increase in opioids dispensed in Ohio in 2018 compared to the 1997 per capita level were medically necessary, ▮ of the opioids dispensed from 1998 to 2017 and ▮ of the opioids dispensed from 2006 to 2014 were excessive.

- If 60% of the increase in opioids dispensed in Ohio in 2018 compared to the 1997 per capita level were medically necessary, ▮ of the opioids dispensed from 1998 to 2017 and ▮ of the opioids dispensed from 2006 to 2014 were excessive.

- If 40% of the increase in opioids dispensed in Ohio in 2018 compared to the 1997 per capita level were medically necessary,

Confidential - Subject to Protective Order

███ of the opioids dispensed from 1998 to 2017 and ███ of the opioids dispensed from 2006 to 2014 were excessive.

- If 20% of the increase in opioids dispensed in Ohio in 2018 compared to the 1997 per capita level were medically necessary, ███ of the opioids dispensed from 1998 to 2017 and ███ of the opioids dispensed from 2006 to 2014 were excessive.

- If none of the increase in opioids dispensed in Ohio in 2018 compared to the 1997 per capita level were medically necessary, ███ of the opioids dispensed from 1998 to 2017 and ███ of the opioids dispensed from 2006 to 2014 were excessive.

160.  My estimates of the percentage excessive shipments into Ohio in Table 45 - which average ███ - are a useful frame of reference for evaluating the transactions flagged by the methods in the previous subsections. For example, the Maximum Monthly Trailing 6-Month Threshold flagged ███ of transactions, ███ of dosage units and ███ of MME shipped to pharmacies in Cuyahoga County and ███ of transactions, ███ of dosage units and ███ of MME shipped to pharmacies in Summit County. The purpose of identifying transactions – to determine which transactions warrant some further due diligence – is likely to only be met by flagging more transactions than those which are used to fill medically unnecessary prescriptions. Thus, the decline in opioid use in Ohio and the implication that more than ███ of opioids shipped into Ohio were excessive, supports my identification of transactions.

Confidential - Subject to Protective Order

## XI.    Charts and Reports

161.   In addition to the Figures and Tables in the body of this report, I have created a set of Charts and Tables that are too voluminous to be displayed and discussed fully here in. Those additional Charts and Tables are attached in Appendix 9 and described generally in this section.

### A. State Hydrocodone and Oxycodone MME Per Capita, 1997-2017

162.   Using ARCOS data produced by the DEA for 2006-2014 and public ARCOS Retail Drug Summary Reports otherwise, I plot total hydrocodone and oxycodone MME per capita, by State from 1997 to 2017. There is one chart and a 2-page backup summary table for each hydrocodone and oxycodone.

163.   In the two charts, the line reflecting Ohio MME per capita is highlighted using red. Kentucky, Indiana, Michigan, Pennsylvania, West Virginia are highlighted in purple, blue and orange respectively. The rest of the states are drawn in light grey.

164.   The 2-page backup summary tables report hydrocodone and oxycodone MME per capita each year and averaged over the 1997-2017 period. The states are sorted by average MME per capita over the entire 21-year period.

### B. All Defendants Combined and Individually - 12 Opioid Drug Distribution by Defendant

165.   Using ARCOS data produced by the DEA for 2006-2014 and Defendant transaction data otherwise, I plot all Defendants' shipments of

twelve opioid drugs into Cuyahoga County and into Summit County from 1996 to 2018.

166.   There are two versions of this chart for each County. One version is a stacked bar chart in which the height of a colored section of each bar corresponds to shipments by each Defendant according to the color-coded legend. The second version of the chart is a line graph in which each Defendant's shipments into each County is reflected by the same color-coding as the stacked bar chart.

### C. All Defendants, Combined and Individually, 12 Opioid Drug Distribution by Drug Code

167.   Using ARCOS data produced by the DEA for 2006-2014 and Defendant transaction data otherwise, I plot all Defendants' combined shipments of oxycodone, hydrocodone, codeine, fentenyl, morphine, hydromorphone and "other" opioid drugs into Cuyahoga County and into Summit County from 1996 to 2018 in dosage units. "Other" opioid drugs include dihydrocodeine, levorphanol, meperidine, oxymorphine, powdered opium, and tapentadol.

168.   The stacked bar charts illustrate the dosage units of each drug identifed in the color-coded legend. The vast majority of dosage units each year and in both Counties is in oxycodone and hydrocodone.

### D. All Seller 12 Opioid Drug Distribution in MME, Cuyahoga County and Summit County, by Drug

169.   Using public ARCOS Retail Drug Summary Reports, I plot all shipments of oxycodone, hydrocodone, codeine, fentenyl, morphine,

Confidential - Subject to Protective Order

hydromorphone and "other" opioid drugs into Cuyahoga County and into Summit County from 1996 to 2017 in MME.

170.   The stacked bar charts illustrate the MME of each drug identifed in the color-coded legend. Measured by MME, most of the opioids shipped into both counties continues to be oxycodone but fentanyl is second followed by hydrocodone because of fentanyl's much higher relative strength.

171.   ARCOS Retail Drug Summary Reports report County and 3-digit zip-code information. Cuyahoga County and Summit County boundaries do not coincide precisely with 3-digit zip-code boundaries. These charts - and any other chart, figure or analysis at the County level using ARCOS Retail Drug Summary Reports - use the 3-digit zip-codes 441 for Cuyahoga County and 443 for Summit County.

### E. Individual Defendant Oxycodone Distribution in OH by Total Dosage, Total MME, Total Drug Base Weight

172.   Using ARCOS data produced by the DEA for 2006-2014 and Defendant transaction data otherwise, I plot each Defendants' shipments of oxycodone into Cuyahoga County and into Summit County monthly in dosage units, MME and base weight. There are 84 charts – 14 Defendants, 2 counties, 3 measures.

### F. Individual Defendant Hydrocodone Distribution by Total Dosage, Total MME, Total Drug Base Weight

173.   Using ARCOS data produced by the DEA for 2006-2014 and Defendant transaction data otherwise, I plot each Defendants' shipments of hydocodone into Cuyahoga County and into Summit County monthly in

dosage units, MME and base weight. There are 84 charts (ie. 14 Defendants, 2 counties, 3 measures) of this type.

### G. Oxycodone and Hydrocodone Distribution to Individual Pharmacies by Defendant

174.   Using ARCOS data produced by the DEA for 2006-2014 and Defendant transaction data otherwise, I plot all Defendants' shipments of oxycodone and hydocodone to each pharmacy that received hydrocodone in Cuyahoga County and in Summit County in dosage units. There are 1,716 charts of this type.

### H. Pharmacy Reports

175.   Using ARCOS data produced by the DEA for 2006-2014, I tabulate and report dosage units, MME and drug weight shipped to retail and chain pharmacies in Cuyahoga County and Summit County. I list the pharmacies in each county sorted by total MME. For each year, I report the dosage units and drug weight of oxycodone, hydrocodone, morphine, and codeine and the doasge units and MME of the twelve non-treatment drugs received by each pharmacy from each Distributor. For comparison purposes, I list the average pharmacy MME in the county and the state each year and each pharmacy's percentile rank by MME in the state each year.

176.   The Pharmacy Report for Cuyahoga County is 1,250 pages long and Distributor Report for Summit County is 557 pages long.

### I.  Distributor Reports

177.   Using ARCOS data produced by the DEA for 2006-2014, I tabulate and report the total Dosage Units per capita by year and by state. I

- 92 -

Confidential - Subject to Protective Order

rank states by average dosage units per capita over the 2006-2014 period and plot the 25 states with highest average dosage units per capita.

178.   I tabulate and report the total MME per capita by year and by state and rank states by average MME per capita over the 2006-2014 period and plot the 25 states with highest average MME per capita.

179.   I tabulate and report the MME and Dosage Units each year and totaled over the 2006-2014 period and market shares over the 2006-2014 period for each Distributor. I further break down the Distributors' annual shipments and total shipments and market share over the 2006-2014 period into the Distributors' individual DEA numbers.

180.   The Distributor Report for Cuyahoga County is 72 pages long and Distributor Report for Summit County is 63 pages long.

## XII.  Conclusion

181.   Based upon my comparison of the ARCOS Data produced by the DEA, the public ARCOS Retail Drug Summary Reports and the Defendants transaction data, I conclude that - after correcting a relatively small number of records - the ARCOS Data produced by the DEA is complete and reliable.

182.   I further conclude that Cardinal Health's transaction records produced in discovery are a reliable source of transactions data before 2006 and after 2014. More generally, with the exception of AmerisourceBergen, the other Defendants' transaction data is also a reliable source of transaction data for the periods covered by its production.

183.   The ARCOS Data can be used to identify transactions into a state, county, zipcode or individual pharmacy meeting certain criteria as I have illustrated above.

Craig J. McCann, Ph.D., CFA

Confidential - Subject to Protective Order

# Appendix 1 Craig McCann Resume



## Craig McCann, PhD, CFA
Principal

CRAIGMCCANN@SLCG.COM
703-246-9381



### Key Qualifications

Dr. McCann is Principal, Securities Litigation and Consulting Group, Inc. He is experienced in securities class action litigation, financial analysis, investment management and valuation. Dr. McCann has taught graduate investment management at Georgetown University and at the University of Maryland, College Park. He held a Series 7 and a Series 63 NASD. Dr. McCann is a Chartered Financial Analyst.

Dr. McCann received a B.A. and an M.A. in Economics from the University of Western Ontario and a Doctorate degree in Economics from the University of California, at Los Angeles. Dr. McCann's fields of graduate study were industrial organization, mathematical economics and information and uncertainty. His dissertation examined the incidence of golden parachutes and their effect on stock prices. After receiving his doctorate degree, Dr. McCann taught economics at the University of South Carolina.

Prior to founding Securities Litigation and Consulting Group, Dr. McCann was Director at LECG and Managing Director, Securities Litigation at KPMG. Dr. McCann was a senior financial economist at the Securities and Exchange Commission. There he focused on investment management issues and contributed financial analysis to numerous investigations involving alleged insider trading, securities fraud, personal trading abuses and broker-dealer misconduct.

Dr. McCann was a Senior Consultant at a consulting firm where he managed projects involving alleged securities fraud, insider trading, and market manipulation. These projects included analysis of materiality, causation, damages and class certification. In addition, he has consulted on transfer pricing, breach of contract, labor and antitrust cases as well as on various regulatory matters.

Dr. McCann has published in the *Alternative Investment Analyst Review, Financial Services Review, Investments & Wealth Monitor, Journal of Alternative Investments, Journal of Applied Corporate Finance, Journal of Asset Management, Journal of Business Valuation and Economic Loss Analysis, Journal of Computational Finance, Journal of Derivatives, Journal of Derivatives & Hedge Funds, Journal of Financial Transformation, Harvard Business Review, Journal of Index Investing, Journal of Investing, Journal of Legal Economics, Journal of Real Estate Portfolio Management, Journal of Retirement, Journal of Risk* and *Journal of Wealth Management*. He has testified in state and federal court, in NASD, NYSE, JAMS and AAA arbitration proceedings and before the United States Senate and has been quoted in the *New York Times, Wall Street Journal, Washington Post, Bloomberg Markets, Reuters, Boston Globe, Bond Buyer, American Banker, Money Magazine, Kiplinger Retirement Report,* and *Crain's Investment News*.

Craig J. McCann
(page 1)

Confidential - Subject to Protective Order

## Professional Experience

SECURITIES LITIGATION AND CONSULTING GROUP, INC.
2000 -          *Principal*
                Provides expert consulting and testifying in securities class actions, investment management,
                labor and valuation disputes.

NAVIGANT CONSULTING, INC. / LECG
1999-2000       *Director*
                Provided expert consulting and testifying in complex litigation.

KPMG llp
1997-1999       *Managing Director, Securities Litigation*
                Directed projects in complex litigation.

UNIVERSITY OF MARYLAND, COLLEGE PARK
1995-1998       *Adjunct Professor of Finance*
                Taught graduate investment management.

GEORGETOWN UNIVERSITY
1996            *Adjunct Professor of Finance*
                Taught graduate investment management.

NATIONAL ECONOMIC RESEARCH ASSOCIATES
1995-1997       *Senior Consultant*
                Directed projects in the economics of complex securities litigation.

VIRGINIA TECH
1995-1997       *Adjunct Professor of Economics*
                Taught graduate managerial economics.

U.S. SECURITIES AND EXCHANGE COMMISSION
1994-1995       *Professional Fellow and Acting Associate Chief Economist for Policy*
                Reviewed Commission initiatives and coordinated research in support of Chief Economist.
                Conducted research into portfolio performance, personal trading and quantitative risk measures.
                Provided financial analysis in support of enforcement.

ECONOMIC ANALYSIS CORPORATION
1993-1994       *Senior Economist*
                Directed projects involving analysis of vertical and horizontal practices, mergers, and general
                business damages.

U.S. SECURITIES AND EXCHANGE COMMISSION
1992-1993       *Academic Fellow*
                Conducted research into the valuation and expensing of employee stock options, reviewed policy
                proposals and supported enforcement actions.

UNIVERSITY OF SOUTH CAROLINA, COLLEGE OF BUSINESS
1987-1992       *Assistant Professor*
                Taught economics, antitrust and public policy towards business at undergraduate, masters, MBA and
                doctorate levels.

## Education

UNIVERSITY OF CALIFORNIA, LOS ANGELES
1989        Ph.D., Economics
1986        M.A., Economics

UNIVERSITY OF WESTERN ONTARIO
1983        M.A., Economics
1982        B.A., Economics

Chartered Financial Analyst
Series 7 NASD Registration (1997-1999)
Series 63 NASD Registration (1997-1999)

## Professional Activities

American Economic Association
American Finance Association
Chartered Financial Analyst Institute
Washington Society of Investment Analysts

## Testimony, Depositions, Reports and Affidavits

### Federal Court

*In Re National Prescription Opiate Litigation* United States District Court, Northern District of Ohio, Eastern Division, Case No. 17-MD-2804 (DAP).
    Expert Report, March 25, 2019.

*Gary and Caryl Luis et al v. RBC Capital Markets, LLC,* United States District Court, District of Minnesota, Case No. 0:16-cv-3873-SRN-TNL
    Deposition, February 21, 2019.
    Expert Report, October 20, 2018.

*Securities and Exchange Commission v. RPM International, Inc. et al,* United States District Court, District of Columbia, Case No. 1:16-cv-01803 (ABJ)
    Expert Report, November 2, 2018.

*Peaker Energy Group, LLC et al v Cargill Incorporated et al,* United States District Court Eastern District of Louisiana, Case No. 2:14-CV-02106.
    Deposition, October 28, 2016.
    Expert Report, August 5, 2016.

*Ernest O. Abbit et al v ING USA Annuity and Life Insurance Company et al*, United States District Court, Southern District of California, Case No: CV 05-6838
    Declaration, April 7, 2016.
    Deposition, March 13, 2015.
    Expert Report, February 20, 2015.

*Patsy Chambers, et al v North American Company for Life,* United States District Court for the Southern District of Iowa Central Division, No. 4:11-CV-00579-JAJ-CFB
    Reply Expert Report, April 22, 2015.
    Deposition, February 27, 2015.
    Supplemental Expert Report, January 30, 2015.
    Expert Report, August 18, 2014.

Craig J. McCann
(page 3)

- 97 -

Deposition, July 29, 2014.
Expert Report, March 17, 2014.

*Vida F. Negrete, et al v. Allianz Life Insurance Company,* United States District Court, Central District of California, Case No: CV 05-6838
Declaration, November 1, 2013.
Deposition, May 1, 2012.
Expert Report, March 9, 2012.
Hearing Testimony, October 5, 2011.
Declaration, September 15, 2011.
Deposition, May 27, 2011.
Supplemental Declaration, March 31, 2011.
Deposition, October 29, 2008.
Declaration, July 25, 2008.
Second Supplemental Declaration, September 18, 2006.
Supplemental Declaration, July 16, 2006.
Declaration, May 26, 2006.

*The Municipal Corporation of Bremanger, et al v Citigroup, Inc.et al.* United States District Court, Southern District of New York, Civil Action, Civil Action No. 09-CV-7058.
Declaration, July 13, 2012.
Deposition, April 18, 2012.
Rebuttal Expert Report, March 28, 2012.
Expert Report, February 29, 2012.

*Bank of America, N.A. v JB Hanna et al.* United States District Court, Western District of Arkansas, Civil Action, Civil Action No. 10-5220
Deposition, April 16, 2012.
Expert Report, March 19, 2012.

*In re: Federal Home Loan Mortgage Corp. (Freddie Mac) Securities Litigation,* United States District Court, Southern District of New York, Civil Action 09-MD-2072 (MGC)
Hearing Testimony, October November December 2011.
Rebuttal Expert Report, September 14, 2011.
Deposition, August 2, 2011.
Expert Report, June 30, 2011.

*Susan Antilla v. L. J. Altfest & Co., Inc.,,* United States District Court, District of Connecticut, No. 3:09-CV-2128-VLB.
Deposition, December 20, 2011.
Expert Report, August 12, 2011.

*In re : International Management Associates, LLC,* United States Bankruptcy Court, Northern District of Georgia, Atlanta Division, Case No. 06-62966.
Declaration, December 16, 2011.
Expert Report, July 7, 2011.

*Thomas Todd Martin, III et al v Wachovia Bank, NA et al,* United States District Court, Northern District of Alabama, Case No.: CV-09-902464
Expert Report, June 17, 2011.

*Corporate America Credit Union v Joseph Herbst, et al ,* United States District Court, Northern District of Alabama, Case No.: CV-09-J-2126-S
Rebuttal Expert Report, May 23, 2011.

Craig J. McCann
(page 4)

*βierra-Sonora Enterprises, Inc. et al v Domino's Pizza, LLC et al,* United States District Court, District of Arizona, NO. 2:10-cv-00105-JAT
> Expert Report, August 24, 2010.

*Houston Police Officer's Pension System v. State Street Bank and Trust Company and State Street Global Advisors, Inc.* United States District Court, Southern District of Texas, Houston Division, No. 08-05442-RJH
> Declaration, July 1, 2010.
> Deposition, May 10, 2010.
> Rebuttal Expert Report, March 19, 2010.
> Expert Report, January 15, 2010.

*Akanthos Capital Management, LLC, et al. v CompuCredit Holdings Corporation,* United States District Court, Northern District of Georgia, Atlanta Division, No. 1:10-CV-844-TCB
> Declaration, May 7, 2010.

*Securities and Exchange Commission v. Kederio Ainsworth et al,* United States District Court, central District of California, Eastern Division, Civil Action No. EDCV08-1350 VAP(OPx)
> Deposition, February 2, 2010.
> Supplemental Expert Report, January 5, 2010.
> Expert Report, December 11, 2009.

*Florence Smith v National Western Life Insurance Company* United States District Court, Middle District of Pennsylvania, Civil Action no. 08-2119
> Expert Report, January 4, 2010.

*City of Cedar Rapids and Cedar Rapids/Linn county Solid Waste Agency v. Wells Fargo Brokerage Services, LLC.* United States District Court, Northern District of Iowa, Cedar Rapids Division, No. ___
> Rebuttal Expert Report, December 2, 2009.
> Expert Report, September 3, 2009.

*Daniel G. Schmidt, III v Wachovia Bank, N.A.* United States District Court, Southern District of Texas, Houston Division, No. 08-05442-RJH
> Deposition, February 25, 2010.
> Expert Report, October 30, 2009.

*In Re Midland National Insurance Co. Annuity Sales Practices Litigation,* United States District Court, Central District of California, No. MDL No. 07-1825 CAS (MANx).
> Deposition, September 12, 2009.
> Supplemental Declaration, June 19, 2009.
> Deposition, January 8, 2008.
> Declaration, October 31, 2007.
> Deposition, July 27, 2007.
> Declaration, July 16, 2007.
> Declaration, July 2, 2007.
> Declaration, June 29, 2007.

*Securities and Exchange Commission v. Biovail Corporation et al,* United States District Court, Southern District of New York, Civil Action No. 08 CIV 02979 (LAK)
> Expert Report, July 2, 2009.

*CountryMark Cooperative, LLP, v Morgan Keegan & Company, Inc.,* United States District Court, Southern District of Indiana, Case No: 1:08-cv-00118-RLY-JMS
> Expert Report, April 6, 2009.

*Amy J. Straily et al v UBS Financial services, Inc.,* United States District Court, District of Colorado, Case No: 07-cv-00884-REB-KMT

Craig J. McCann<br>(page 5)

Deposition, February 22, 2009.
Supplemental Expert Report, January 16, 2009.
Expert Report, January 16, 2009.

*Securities and Exchange Commission v. Competitive Technologies, et al,* United States District Court, District of Connecticut, Civil Action No. 304-CV-1331 JCH.
Trial Testimony, October 7, 2008.
Trial Testimony, November 15, 2007.
Deposition, February 22, 2006.
Expert Report, January 30, 2006.

*In Re American Equity Annuity Practices and Sales Litigation,* United States District Court, Central District of California, No. MDL No. CV-05-6735-CAS (MANx).
Deposition, July 24, 2008.
Declaration, April 21, 2008.

*In re Alstom SA Securities Litigation,* United States District Court, Southern District of New York, Case No: 03-CV-6595 (VM).
Affidavit, January 4, 2008.

*Vida F. Negrete, et al v. Fidelity and Guaranty Life Insurance Company,* United States District Court, Central District of California, Case No: CV 05-6837.
Declaration, January 22, 2008.
Declaration, December 26, 2007.
Deposition, August 28, 2007.
Declaration, July 23, 2007.

*Yousein (Kevin) Ma et al v Merrill Lynch & Co., Inc. and Irene S. Ng,* United States District Court, Southern District of New York, Case No. 06 CV 15497.
Expert Report, December 24, 2007.

*Dale Sakai v Merrill Lynch Life Insurance Company,* United States District Court, Northern District of California, Case No: CV 06-2581.
Deposition, December 10, 2007.
Expert Report, October 26, 2007.

*Securities and Exchange Commission v. Louis E. Rivelli, et al,* United States District Court, District of Colorado, Civ. 05-CV-1039 RPM-MJW
Deposition, March 3, 2008.
Expert Report, October 8, 2007.

*Kevin Lamkin, et al v. UBS PaineWebber, Inc.,* United States District Court, Southern District of Texas, Civil Action No. H-02-0851
Deposition, February 28, 2007.
Expert Report, June 1, 2006.

*Carmen Migliaccio, et al. v. Midland National Life Insurance Company,* United States District Court, Central District of California, Case No: CV 05-6838.
Deposition, February 13, 2007.
Declaration, December 28, 2006.

*Gary Yokoyama, et al. v. Midland National Life Insurance Company,* United States District Court, District of Hawaii, Case No. 05-00303 MS KSC.
Deposition, November 20, 2006.
Declaration, November 10, 2006.
Declaration, May 4, 2006.

Craig J. McCann
(page 6)

- 100 -

*Samuel Cooper, et al v. Pacific Life Insurance Company et al,* United States District Court, Southern District of Georgia, Case No. CV 203-131
      Deposition, September 12, 2006.
      Expert Report, July 5, 2006.

*United States of America v. Jamie Olis,* United States District Court, Southern District of Texas, Criminal Number H-03-217.
      Expert Report, December 23, 2005.

*David Henderlight and Christine Henderlight v AmSouth Bank,* United States District Court, Eastern District of Tennessee, Knoxville Division Civil Action No: 3:02-CV-169.
      Deposition, July 7, 2005.
      Expert Report, January 18, 2005.

*United States of America v. Bernard J. Ebbers* United States District Court, Southern District of New York, Docket S4 02 Cr. 1144 (BSJ).
      Expert Report June 8, 2005.

*In Re: Kaiser Group International, Inc. et al.,* United States Bankruptcy Court for the District of Delaware, Case Nos.  00-2263 to 00-2301 (MFW).
      Declaration, May 29, 2005.

*United States of America v. Shawn P. McGhee* United States District Court, District of Eastern Virginia, Docket 04-495.
      Expert Report March 4, 2005.

*Walnut Capital Partners et al. v Key Bank / McDonald Investments, Inc.,* United States District Court, Western District of Pennsylvania, Case No. 03-CV-0284.
      Affidavit, February 14, 2005.
      Deposition, September 8, 2004.
      Supplemental Expert Report July 2, 2004.
      Expert Report June 1, 2004.

*Securities and Exchange Commission v. David Gane et al* United States District Court, Southern District of Florida Miami Division, Civil Action No:03-61553.
      Trial Testimony, December 10, 2004.
      Deposition August 2, 2004.
      Expert Report July 20, 2004.

*Simon Falic et al v Legg Mason Wood Walker, Inc.,* United States District Court, Southern District of Florida, West Palm Beach Division Civil Action No. 03-80377.
      Expert Report, October 19, 2004.

*Securities and Exchange Commission v. David W. Butler* United States District Court, Western District of Pennsylvania, Civil Action No. 00-1827.
      Trial Testimony September 21, 2004.
      Expert Report January 9, 2003.
      Deposition, October 26, 2001.
      Expert Report October 15, 2001.

*United States of America v. Franklin C. Brown* United States District Court, Middle District of Pennsylvania CR-02-146-02.
      Trial Testimony, August 6, 2004.
      Expert Report July 19, 2004.

*United States of America v. Jeffry R. Anderson* United States District Court, District of Eastern Virginia, Docket 1:03-CR-444.
     Expert Report January 2, 2004.

*United States of America v. Scott H. Miller* United States District Court, District of Eastern Virginia, Docket No. 03-443-A.
     Expert Report December 3, 2003.

*In re: World Access, Inc. Securities Litigation*, United States District Court, Northern District of Georgia Atlanta Division, 1:99-CV-0043-ODE.
     Rebuttal Expert Report August 8, 2003.
     Expert Report June 27, 2003.

*In re: Pediatric Services of America, Inc. Securities Litigation*, United States District Court, Northern District of Georgia Atlanta Division.
     Expert Report November 19, 2001.
     Affidavit, October 13, 2000.

*United States of America v. Paul F. Polishan* United States District Court, Middle District of Pennsylvania No.3: CR-96-274.
     Trial Testimony November 15, 2001.
     Expert Report November 5, 2001.

*Kantishna Mining Company, Inc. et al v. Gail Norton et al* United States District Court, District of Alaska F98-007 CV.
     Declaration, June 1, 2001.
     Expert Report and Declaration, April 17, 2001.

*H. James Griggs et al v. Pace American Group, Inc., Coopers & Lybrand L.L.P., et al* United States District Court, District of Arizona.
     Trial Testimony, March 13, 2001.
     Deposition, December 4, 2000.
     Expert Report, November 14, 2000.

*David Lesser, et al v Quadramed Corporation* United States District Court, District of Eastern Virginia No: 00 Civ. 606-A.
     Expert Report, September 8, 2000.

*John Tenaglia and The Tenaglia Family Partnership v. A.F. Best Securities et al*, United States District Court, Southern District of Florida.
     Expert Report, March 31, 2000.

*UMG Recordings, Inc. et al v. MP3.com, Inc.*, United States District Court, Southern District of New York, No:00 Civ. 0472.
     Expert Report, August 8, 1999.

*Jonathan Bekhor et al v. Josephthal Holdings et al*, United States District Court, Southern District of New York, No: 96 Civ. 4156.
     Deposition, September 30, 1999.
     Expert Report, August 20, 1999.

*John Shane and Beth Goodman v. Tokai Bank*, United States District Court, Southern District of New York, No:96 Civ. 5187.
     Trial Testimony, October 23, 24 1997.
     Deposition, October 19, 1997.
     Expert Report, October 18, 1997.

## State Court

*Wayne Harwell v Texas Next Captial, L.P., et al* District Court, Bexar County, Texas, 166th Judicial District, Case No. 2017CI03737
     Expert Report, February 21, 2019.

*In Re: Lawrence J. and Florence A. DeGeorge Charitable Trust et al v Lawrence F. DeGeorge et al,* In the Circuit Court of the 15th Judicial Circuit in and for Palm Beach County, Probate Division, Case No. 502012CP004397XXXXMB
     Trial Testimony, August 21, 2017.

*Douglas Ballinger, et al v Regions Investment Management Inc. et al* In the Sixth Circuit Court of Tennessee for the Twentieth Judicial District at Nashville.
     Deposition, April 26, 2017.
     Expert Report, March 8, 2017.

*Travis A. Medve v JP Morgan Chase Bank, N.A., et al,* In the District Court of Harris County, Texas, 61st Judicial District, Cause No. 2015-38122
     Deposition, February 24, 2017.
     Expert Report, December 5, 2016.

*Jack Loperena v Steve Antry, et al,* In the District Court of Tulsa County, State of Oklahoma CJ-2013-03058
     Trial Testimony, June 10, 2016.
     Deposition, November 4, 2015.

*Roberta Mell v Resnick Investment Advisors, LLC* Superior Court, Judicial District of Stamford/Norwalk State of Connecticut, CV 13-6019201S
     Deposition, March 11, 2016.
     Expert Report, November 3, 2015.

*Frances Brilliard, et al v Morgan Asset Management Inc. et al* In the Circuit Court of Tennessee for the Thirteenth District at Memphis, Shelby County, Case No: DC-09-14448.
     Deposition, February 20, 2015.
     Expert Report, January 2, 2015.

*Purdue Avenue Investors L.P. et al v Morgan Keegan & Co. Inc, et al,* In the District Court, Dallas County, Texas, 101st Judicial District, Case No: DC-09-14448.
     Trial Testimony, October 16, 2014.
     Deposition, August 22, 2014.
     Expert Report, July 15, 2014.

*Francis P. Maybank v BB&T Corporation, et al,* State of South Carolina, County of Greenville, Court of Common Pleas, C.A. No. 2011-CP-23-8578.
     Trial Testimony, June 19, 2014.
     Deposition, February 7, 2014.

*Robert L. McDonald v Camarini, Mogey & Fife et al,* In The Court of Common Pleas of Allegheny County, Pennsylvania, Case No. CD-11-016862.
     Expert Report, July 11, 2013.

*Commonwealth v. Brett B. Weinstein, Esquire, et al.* No. 239 M.D. 2006, *Commonwealth v. Estate Planning Advisors Corp, et al.* No. 740 M.D. 2004, and *Commonwealth v. Brett B. Weinstein, Esquire, et al.* No. 576 M.D. 2001, Commonwealth Court of Pennsylvania.
     Expert Report, April 8, 2013.

Craig J. McCann<br/>(page 9)

*Firefighters Retirement System v Regions Bank et al,* State of Louisiana, Nineteenth Judicial
District Court for the Parish of East Baton Rouge, Docket No. 56874,  Division 25.
   Expert Report, November 1, 2012.
   Expert Report, July 20, 2012.

*C. Randall Lewis, Receiver v. Steve Taylor,* District Court, Denver County, Co., Case No.
2011CV2071.
   Affidavit, November 1, 2012.
   Expert Report, October 8, 2012.

*In Re International Textile Group, Inc. Merger Litigation,* State of South Carolina, County of
Greenville, Court of Common Pleas, C.A. No. 2009-CP-23-3346.
   Deposition, October 24, 2012.
   Supplemental Expert Report, October 19, 2012.
   Supplemental Expert Report, July 27, 2012.
   Deposition, December 8, 2011.
   Expert Report, July 20, 2011.
   Deposition, May 13 and May 14, 2011.
   Expert Report, April 1, 2011.

*Lennar Corporation et al v Briarwood Capital, LLC et al* Circuit Court, Miami-Dade County,
CACE 08-55741 CA 40
   Deposition, September 18, 2012.
   Expert Report, August 16, 2012.

*Susan W. Gore v Robert Gore et al* Chancery Court, Delaware, C.A. No. 4237-VCN
   Rebuttal Expert Report, September 7, 2012.
   Expert Report, June 27, 2012.

*Woodbridge Holdings, LLC v Prescott Group Aggressive Small Cap Master Fund et al,* Circuit
Court, Broward County, CACE 09-64811.
   Trial Testimony, May 31, 2012.
   Rebuttal Report, May 23, 2011.
   Deposition, May 4, 2012.
   Rebuttal Report, April 24, 2011.
   Expert Report, April 2, 2011.

*Pursuit Partners, LLC and Pursuit Management, LLC v. UBS AG Securities LLC et al,* Superior
Court, Judicial District of Stamford-Norwalk at Stamford No. X05-CV-08-4013452-S
   Deposition, June 7, 2011.
   Expert Report, May 5, 2011.

*Petition of Bank One Trust Company, N.A. For Instruction and Construction of Trust,* District
Court, Tulsa County, State of Oklahoma, Case No. PT-2006-013
   Trial Testimony, April 19 and May 19, 2011.
   Supplemental Expert Report, November 16, 2009.
   Deposition, December 15, 2008.
   Expert Report, June 13, 2008.

*BB&T Asset Management, Inc., et al v Frederick V. Martin,* Virginia Circuit Court for the City
of Norfolk Case No. CL07006153-00
   Expert Report, August 15, 2008.

*Ross Gampel et al v Northern Trust Bank of Florida,* Circuit Court, Broward County, CACE 05-18352 CA 31,
    Deposition, April 17, 2008.

*Cynthia Weiss v Robert Sturman, et al* In The Court of Common Pleas of Philadelphia County, August Term, 2006 NO. 3332
    Expert Report January 23, 2008.

*Salix Affiliates et al v Lattimore, Black, Morgan & Cain, P.C.,* Chancery Court, Tennessee Case No. 06-1500-IV
    Deposition, December 5, 2007.
    Expert Report, September 21, 2007.

*Tafazzoli Family Limited, et al v. TradeStation Group, Inc. et al* Circuit Court, Miami-Dade County, CACE 03-19815 CA 40.
    Deposition, September 18, 2007.

*Glenn Wall, et al v. James F. Bottoms, et al* State Court of Fulton County, Georgia, Case No. 06VS091950F.
    Deposition, June 19, 2007.

*Andrew A. Allen Family Limited Partnership v. TradeStation et al* Circuit Court, Broward County, CACE 03-014229.
    Trial Testimony, May 4, 2007.
    Deposition, February 20, 2007.

*Remmora Investments v Robert Orr,* Circuit Court of Fairfax County, VA No. 187948
    Trial Testimony, November 20, 2006.
    Deposition, October 9, 2006.

*Gerardo Martin Demerutis Chaul, et al, v. Mohammed Abu-Ghazaleh, et al* Circuit Court, Miami-Dade County, CACE 02-31670 CA 32.
    Trial Testimony, November 6, 2006.
    Deposition, October 11, 2005.
    Expert Report July 15, 2005.

*Calomiris v Calomiris,* District of Columbia Superior Court, Civil Action No. 05-0004062
    Deposition, October 11, 2006.

*Jack Holtsberg and Elaine M. Holtsberg v. Citigroup et al* Circuit Court, Palm Beach County, CACE 50 2004CA000837
    Affidavit, August 28, 2006.

*Majestic Enterprises v. Northern Trust Bank of Florida* Circuit Court, Broward County, CACE 03-19243.
    Deposition, July 26, 2006.

*San Carlos Apache Tribe Government Employee's 401(K) v. A. Thomas Ullmann et al,* Superior Court of Arizona, Case No. CV2005-005942.
    Supplemental Expert Report, July 24, 2006.
    Expert Report, June 30, 2006.

*Patrick T. Noonan and Nancy J. Noonan v. Hackett Investment Advisors, Inc. et al,* Superior Court of Arizona, No. CV2005-010186.
    Deposition, June 21, 2006.

Craig J. McCann
(page 11)

- 105 -

*Stephen F. Johnston et al v Baran Group et al*, Superior Court of Fulton County, State of Georgia, Case No. 2004CV89313.
>Deposition, June 28, 2006.
>Expert Report June 9, 2006.

*Carol Pomerantz et al v. Northern Trust Bank of Florida, et al* Circuit Court, Broward County, CACE 02-015246-08,
>Deposition, October 5 and October 12, 2005.

*Carney Family Irrevocable Trust of 1999 v State Street Global Advisors, et al* Superior Court of Commonwealth of Massachusetts, CIV. 03-2716 BLS 2
>Deposition, June 21, 2005.

*Trust Estate of Emanuel Rosenfeld, Settlor* In The Court of Common Pleas of Philadelphia County, Orphans' Court Division, O.C. NO. 1664 IV OF 2002
>Trial Testimony, May 3, 2005.
>Expert Report April 8, 2005.

*Evi U. Chamness et al v. Northern Trust Bank of Florida, et al* Circuit Court, Broward County, CACE 03-001939-12,
>Deposition, February 17 and February 18, 2005.
>Affidavit, November 19, 2004.

*Ponswamy Rajalingham et al v Urecoats International, Inc. et al*, Circuit Court, Broward County, CACE 02-009324,
>Deposition, March 1, 2004.

*William J. Kerley v. McCullough, Sherrill LLP, et al* State Court of Fulton County, State of Georgia, Civil Action No. 02VS028870E,
>Affidavit, March 12, 2004.
>Deposition, September 11, 2003.

*Plantation Sales, Inc. dba Plantation Nissan/Volvo v Northern Trust Bank of Florida*, Circuit Court, Broward County, CACE 02-006761 (05),
>Deposition, February 19, 2004.

*Century Business Services v Victor C. Moore*, Court of Common Pleas, Cuyahoga County, Case No. 469291,
>Trial Testimony, February 9, 2004.
>Deposition, January 19, 2004.

*Michael B. Holt, as Trustee of the Mark E. Munro Charitable Remainder Unitrust, v. Merrill Lynch Trust Co., et al* Superior Court of New Jersey, Docket # ESX-L-6713-02
>Deposition, January 15, 2004.
>Expert Report, September 8, 2003.

*Jack E. Forbes v. A.G. Edwards, et al* Circuit Court of Monongalia County, State of West Virginia, Civil Action No. 01-C-325
>Trial Testimony, December 11, 2003.
>Deposition, September 30, 2003.

*In re: Thompsons vs. Glenmede Trust Company*, Court of Common Pleas Philadelphia County, Pennsylvania February Term 2002, 004428
>Expert Report, August 25, 2003.

Craig J. McCann
(page 12)

- 106 -

*In re: Moutsatsos vs. Glenmede Trust Company*, Court of Common Pleas Philadelphia County, Pennsylvania May Term 2001, 003659
Expert Report, July 7, 2003.

*Nancy J. Needham et al v. Advanced Communications et al* Circuit Court of Florida, Fifteenth Judicial Circuit, Case No.: 00-0067-CA-HDH
Affidavit, May 15, 2003.

*JDN Realty et al v. McCullough, Sherrill LLP, et al* Superior Court of the State of Georgia, Civil Action No. 01-CV-39193,
Deposition, April 8, 2003.

*Dezendorf v Riggs Bank*, District of Columbia Superior Court, Civil Action No. 00502-01
Deposition, April 24, 2002.

*Ratcliff Family Charitable Remainder Trust et al v. Appletree Capital Management et al* Circuit Court of Collier County, Florida Case No.: 00-0067-CA-HDH
Affidavit, August 22, 2001.

*Mahvash Sabet v. Olde Discount Corporation et al*, Superior Court of Arizona
Affidavit, July 31, 2001.
Trial Testimony, April 24 and April 25, 2001.
Deposition, January 22 and January 23, 2001.
Supplemental Expert Report, October 11, 2000.
Expert Report, August 31, 2000.
Affidavit, February 17, 2000.

*Pierce v van Beuren*, Circuit Court of Rappahannock County, VA
Trial Testimony, January 24, 2001.

*Jason A. Forge et al v. National Semiconductor Corp. et al*, Superior Court of the State of California, County of Santa Clara CV 770082
Deposition, May 18, 2000.

## International

*In the Matter of Home Capital Group Inc et al*, before the Ontario Securities Commission
Expert Report, May 26, 2017.

*In the Matter of Jowdat Waheed and Bruce Walter*, before the Ontario Securities Commission
Expert Report, December 24, 2012.

*In the Matter of Biovail Corporation et al*, before the Ontario Securities Commission
Trial Testimony, April 9, 2009.
Expert Report, February 27, 2009.

## AAA, JAMS and Other Arbitrations

*Joseph M. Piccirilli et al v U.s Trust*, JAMS Arbitration
Expert Report, March 15, 2019.

*Kosti Shirvaninan v Citigroup Global Markets Inc. (f/k/a) Salomon Smith Barney* AAA Arbitration
Trial Testimony, December 16, 2016.
Trial Testimony, February 8, 2016.
Deposition, January 15, 2016.

*Estate of Carroll S. Walraven v Genspring*, JAMS Arbitration

Expert Report, May 3, 2016.

*Poston Lumber, LLC et al v TBSG, LLC et al* JAMS Arbitration
Trial Testimony, April 13, 2016.

*Albert C. Woodroof et al v Genspring,* JAMS Arbitration
Expert Report, March 13, 2015.

*Michael Gould and Janice Gould v Genspring,* JAMS Arbitration
Expert Report, January 12, 2015.

*Metzler et al v Calhoun et al,* Henning Mediation & Arbitration
Trial Testimony, October 16, 2014.

*Oscar Williams et al v Montecito,* AAA Arbitration
Trial Testimony, August 26, 2014.

*Auto City Service, Inc., et al v , JP Morgan Chase Bank,* AAA Arbitration
Expert Report, July 9, 2014.

*Allina Health System v UBS Securities, LLC,* AAA Arbitration
Declaration, March 5, 2014.

*Randal Golden v Genspring,* AAA Arbitration
Expert Report, November 1, 2013.

*Richard Golden v Genspring,* AAA Arbitration
Trial Testimony, June 6, 2012.
Rebuttal Expert Report, May 21, 2012.
Expert Report, April 6, 2012.

*St. Anthony Foundation vs. SCM Advisors, LLC* AAA Arbitration
Trial Testimony, March 8, 2011.

*Stephen Tigerman v Heller Capital Resources, Inc. et al* JAMS Arbitration
Trial Testimony, February 9, 2011.
Deposition, January 6, 2011.

*Peter Fusco v Fisher Investments, Inc.* AAA Arbitration,
Trial Testimony, September 16, 2010.

*Elliott C. Levinthal al v. First Republic Securities Company LLC et al* AAA Arbitration
Trial Testimony, April 7, 2010.

*Matthew Schoenberg et al v Wells Fargo Bank, N.A. et al* AAA Arbitration
Trial Testimony, January 11, 2010.
Deposition, January 5, 2010.
Expert Report, December 11, 2009.

*Robert Tandler et al v. First Republic Securities Company LLC et al* AAA Arbitration
Trial Testimony, August 25, 2009.

*CRG Partners, Inc. et al v Genesis Technology Group,* AAA Arbitration
Trial Testimony, December 4 and December 23, 2008.
Deposition, November 26, 2008 and December 19, 2008.
Supplemental Expert Report, December 18, 2008.
Expert Report, November 24, 2008.

Craig J. McCann
(page 14)

- 108 -

*Anthony Ostlund & Baer, P.A. et al v Vigilant Investors L.P. et al.* AAA Arbitration
   Trial Testimony, October 30, 2008.

*Dominion Terminal Associates v. CSX Transportation, Inc.,* AAA Arbitration
   Deposition, June 23, 2006.
   Expert Report, May 17, 2006.
   Declaration, February 9, 2006.

*Bradley Markham and John Truchanowicz v Black Box Inc.,* AAA Arbitration
   Trial Testimony, June 4, 2002.
   Expert Report, May 22, 2002.

*Douglas Millar et al v Merrill Lynch, et al* JAMS Arbitration.
   Trial Testimony, May 9, 2002
   Supplemental Expert Report, April 10, 2002.
   Expert Report, March 23, 2002.

*Raymond H. Stanton II and Raymond H. Stanton III v. Cendant Corporation,* AAA Arbitration,
   Trial Testimony, October 16 and 18, 2000.
   Expert Report, February 9, 2000.

## NASD, NYSE and FINRA Arbitrations

Dr. McCann has testified before more than 300 NASD, NYSE, and FINRA arbitrations.

## Miscellaneous Testimony

*New Hampshire, Secretary of State, Bureau of Securities Regulation v Steven Meyer.* State of New
Hampshire, Secretary of State, Bureau of Securities Regulation
   Affidavit, June 29, 2017.

*In the Matter of Zachary Mannes and Raphi Capital Management LLC* Before the Securities
Commissioner of Maryland, Case No. 2015-0128
   Expert Report, November 1, 2016.

*In the Matter of Timothy K. Fife* Before the Ohio Department of Commerce, Division of
Securities, Case No. 14-028
   Hearing Testimony, September 9, 2015.

*In the Matter of St. Bernard Financial Services, Inc., Robert Keenan and Steele Stehpens,* Before the
Arkansas Securities Commissioner, Case No. S-12-0063
   Hearing Testimony, April 6, 2015.
   Deposition, September 8, 2014.
   Expert Report, December 20, 2013.

*In the Matter of Focus Capital and Nicolas Rowe. Respondent.* State of New Hampshire, Secretary
of State, Bureau of Securities Regulation
   Expert Report, December 7, 2012.

*In the Matter of: UBS Financial Services, Inc. Respondent.* State of New Hampshire, Secretary of
State, Bureau of Securities Regulation
   Expert Report, February 17, 2011.

*South Beach Securities Inc.* before the National Securities Clearing Corporation,
   Hearing Testimony February 9, 2000.
   Expert Report January 31, 2000.

Craig J. McCann
(page 16)

- 109 -

Confidential - Subject to Protective Order

*Report on The Adequacy of the SIPC Fund* to the Board of Directors of Securities Investor Protection Corporation, April 22, 1998.

Before the Subcommittee on Securities of the Senate Banking Housing and Urban Affairs Committee, "How (and Why) Companies Should Value Their Employee Stock Options" Senate Hearings No. 103-359, October 21, 1993.

## Publications and Working Papers (available at www.slcg.com)

"Rating Brokerage Firms by Their Complaint Histories Rather Than by Their Brokers' Histories," with Chuan Qin and Mike Yan, 2017, working paper.

"Efficient Valuation of Equity-Indexed Annuities Under Levy Processes Using Fourier-Cosine Series" with Geng Deng, Tim Dulaney and Mike Yan, 2017, *Journal of Computational Finance.* Vol 21, No 2, pp 1-27.

"How Widespread and Predictable is Stock Broker Misconduct?" with Mike Yan and Chuan Qin, *Journal of Investing,* Summer 2017, pp. 6-25.

"Structured Products and the Mischief of Self-Indexing" with Mike Yan and Geng Deng, *Journal of Index Investing,* Spring 2017, pp. 16-29.

"An Empirical Analysis of Non-traded REITs", with Brian Henderson and Joshua Mallett, *Journal of Wealth Management,* 19(1): 83-94, Summer 2016.

"Fiduciary Duties and Non-Traded REITs" *Investments & Wealth Monitor* July/August 2015.

"Ex-post Structured Product Returns: Index Methodology and Analysis" with Geng Deng, Tim Dulaney, Tim Husson and Mike Yan, *Journal of Investing,* Summer 2015, Vol. 24, No. 2: pp. 45–58.

"Structured Certificates of Deposit: Introduction and Valuation", with Geng Deng, Tim Dulaney and Tim Husson, *Financial Services Review* Volume 23, Number 3, 2014.

"Large Sample Valuations of Tenancies-in-Common" with Timothy Husson, Edward O'Neil and Carmen Taveras, *Journal of Real Estate Portfolio Management,* vol. 20, no. 2 2014.

"A Primer on Non-Traded REITs and Other Alternative Real Estate Investments" with Tim Husson and Carmen Taveras, *Alternative Investment Analyst Review,* 2014.

"Dual Directional Structured Products" with Geng Deng, Tim Dulaney and Tim Husson, 2014. *Journal of Derivatives and Hedge Funds* Volume 20, Issue 2 (May 2014).

"Private Placement Real Estate Valuation" with Timothy Husson, Edward O'Neil and Carmen Taveras, 2014, *Journal of Business Valuation and Economic Loss Analysis* Volume 9, Issue 1 (Jan 2014).

"Valuation of Structured Products" with Geng Deng and Tim Husson, 2014, *Journal of Alternative Investments* Spring 2014, Vol. 16, No. 4: pp. 71–87

"Modeling a Risk-Based Criterion for a Portfolio with Options" with Geng Deng and Tim Dulaney, *Journal of Risk.* Vol. 16, No. 6.

"The Fall of Willow" with Geng Deng, 2014.

"Structured Product Based Variable Annuities" with Geng Deng, Tim Dulaney and Tim Husson, *Journal of Retirement* Winter 2014, Vol. 1, No. 3: pp. 97-111.

"Valuation of Reverse Convertibles in the Variance Gamma Economy" with Geng Deng and Tim Dulaney, *Journal of Derivatives and Hedge Funds.* (2013) 19, 244–258.

Craig J. McCann
(page 16)

Confidential - Subject to Protective Order

"Crooked Volatility Smiles: Evidence from Leveraged and Inverse ETF Options" with Geng Deng, Tim Dulaney and Mike Yan, *Journal of Derivatives and Hedge Funds*, (2013) 19, 278–294.

"Robust Portfolio Optimization with Value-at-Risk Adjusted Sharpe Ratios," with Geng Deng, Tim Dulaney and Olivia Wang *Journal of Asset Management*, (2013) 14, 293–305.

"Using EMMA to Assess Municipal Bond Markups" with Geng Deng, 2013,

"Municipal Bond Markups" with Geng Deng, 2013,

"Optimizing Portfolio Liquidation Under Risk-Based Margin Requirements" with Geng Deng and Tim Dulaney, *Journal of Finance and Investment Analysis*, vol. 2, no. 1, 2013, 121-153.

"The Priority Senior Secured Income Fund," with Tim Dulaney and Tim Husson, 2013.

"What is a TIC Worth?" with Tim Husson and Carmen Taveras, 2013.

"The Rise and Fall of Apple-linked Structured Products" with Geng Deng, Tim Dulaney and Mike Yan, 2013,

"Are VIX Futures ETPs Effective Hedges?" with Geng Deng and Olivia Wang, 2012, *Journal of Index Investing*, 3(3):35-48, Winter 2012.

"The Properties of Short Term Investing in Leveraged ETFs" with Geng Deng, *Journal of Financial Transformation*, October 2012.

"Leveraged Municipal Bond Arbitrage: What Went Wrong?" with Geng Deng, 2012, *Journal of Alternative Investments*, Spring 2012, Vol. 14, No. 4: pp. 69–78.

"Isolating the Effect of Day-Count Conventions on the Market Value of Interest Rate Swaps" with Geng Deng, Tim Dulaney and Tim Husson, 2012.

"CLOs, Warehousing, and Banc of America's Undisclosed Losses" with Tim Husson and Olivia Wang, 2012.

"Using Monte-Carlo Simulation Techniques to Value Partial Interests in Trusts and Assess the Prudent Investor Standard" with Geng Deng and Tim Husson, 2012.

"Rethinking the Comparable Companies Valuation Method" with Paul Godek, Dan Simundza and Carmen Taveras, 2011.

"The Anatomy of Principal Protected Absolute Return Barrier Notes" with Geng Deng, Ilan Guedj and Joshua Mallett, 2011, *Journal of Derivatives*, Winter 2011, Vol. 19, No. 2: pp. 61-70.

"Modeling Autocallable Structured Products" with Geng Deng and Joshua Mallett, 2011, *Journal of Derivatives & Hedge Funds* 17, 326–340.

"What Does a Mutual Fund's Term Tell Investors?" with Geng Deng and Edward O'Neal, *Journal of Investing* Summer 2011 vol. 20.

"The VXX ETN and Volatility Exposure" with Tim Husson, 2011.

"Futures-Based Commodities ETFs" with Ilan Guedj and Guohua Li, *Journal of Index Investing*, Summer 2011 vol. 2, no. 1.

"What Does a Mutual Fund's Average Credit Quality Tell Investors?" with Geng Deng and Edward O'Neal, *Journal of Investing* Winter 2010 vol. 19, no. 4.

"Leveraged ETFs, Holding Periods and Investment Shortfalls" with Ilan Guedj and Guohua Li, 2010, *Journal of Index Investing* Winter 2010 vol. 1, no. 3.

"Charles Schwab YieldPlus" with Geng Deng, and Edward O'Neal, 2010.

"What TiVo and JP Morgan teach us about Reverse Convertibles", with Geng Deng, Edward O'Neal, and Guohua Li, 2010.

Craig J. McCann
(page 17)

"The Risks of Preferred Stock Portfolios," with Guohua Li and Edward O'Neal, 2010.

"Auction Rate Securities" with Edward O'Neal, 2010.

"Structured Products in the Aftermath of Lehman Brothers" with Geng Deng and Guohua Li, 2009.

"Oppenheimer Champion Income Fund" with Geng Deng and Joshua Mallett, 2009.

"Regions Morgan Keegan and the Abuse of Structured Finance", 2009.

"An Economic Analysis of Equity-Indexed Annuities", 2008.

"A CMO Primer: The Law of Conservation of Structured Securities Risk", 2007.

"Are Structured Products Suitable for Retail Investors?" with Dengpan Luo, 2006.

"An Overview of Equity-Indexed Annuities" with Dengpan Luo, 2006.

"Annuities" with Kaye A. Thomas, 2005.

"Optimal Exercise of Employee Stock Options and Securities Arbitrations" with Kaye A. Thomas, 2005.

"Concentrated Investments, Uncompensated Risk and Hedging Strategies" with Dengpan Luo, , 2004.

"The Use of Leveraged Investments to Diversify a Concentrated Position" with Dengpan Luo, *Securities Arbitration 2004 Handbook* PLI.

"Detecting Personal Trading Abuses", 2003.

"Churning Revisited: Trading Costs and Control" with Dengpan Luo, *Securities Arbitration 2003 Handbook* PLI.

"The Suitability of Exercise and Hold," with Dengpan Luo, *Securities Arbitration 2002 Handbook*, PLI.

"Spreads, Markups, Sales Credits and Trading Costs," with Richard Himelrick, Esq.

"The Prudent Investor Rule, Uniform Prudent Investor Act and Financial Theory," 2000.

"Economic Analysis in Broker Customer Disputes Involving Allegations of Churning," *Journal of Legal Economics* 9:1 Spring/Summer 1999.

"A Comment on Accelerated Trading Models Used in Securities Class Action Lawsuits," with David Hsu, *Journal of Legal Economics* 8:3 Winter 1998-1999.

"How (and Why) Companies Should Value Their Employee Stock Options," *Journal of Applied Corporate Finance* Summer 1994, Volume 7 number 2, page 91.

"Perspectives: Taking Account of Stock Options," *Harvard Business Review* January-February 1994, Volume 72 number 1, page 27.

"Golden Parachutes: A Theoretical and Empirical Investigation," unpublished Ph.D. dissertation, UCLA, 1989.

## Presentations at Conferences and Colloquia

Dr. McCann has been invited to speak on prudent investment management practices, financial analysis in securities arbitrations, securities class action lawsuits and antitrust litigation on more than 65 continuing legal education and conference panels around the country.

March 25, 2019

Confidential - Subject to Protective Order

## Appendix 2 Corrections to the ARCOS Data

184.   Beginning in Table 5, I exclude certain transactions in the ARCOS Data and make corrections to other transactions in the ARCOS Data.

185.   I make eight types of changes:

a.  I exclude duplicate transactions, when the same transaction was reported to ARCOS more than once by the same registrant.

b.  I exclude transactions where the Drug Code from the NDC dictionary is not one of the 14 opioids listed in Table 1.

c.  I exclude transactions where the Action Indicator code, Correction Number, or both suggest the reported transaction is erroneous.

d.  I exclude all transactions involving reverse distributors, analytical labs, importers, exporters, or researchers, because they are not relevant to my analysis. In addition, reverse distributors overstate the quantity of opioids shipped for destruction.

e.  I exclude transactions between two registrants, when the transaction is reported by the registrant receiving the shipment, because the transaction was already reported to ARCOS by the registrant sending the shipment.

f.  I exclude transactions with obvious errors in the reported Quantity.

g.  I exclude transactions with Transaction Code "X" (Lost-in-Transit), because "Transaction Code X is an explanatory

Confidential - Subject to Protective Order

transaction code which does not affect an ARCOS registrant's inventory."[58]

h. I correct the Calculated Base Weight In Grams when it was calculated using an incorrect Ingredient Base Weight from the NDC dictionary.

### A. Duplicate Transactions

#### 1.  Cardinal Health

186.   The ARCOS Data had ▇▇▇ duplicate transactions in December 2007 for one of the Cardinal Health distribution centers (Seller DEA Number: RC0221236). I removed one of each pair of exact duplicate transactions so that there was only one record of each transaction.

#### 2.  Walmart

187.   The ARCOS Data had ▇ duplicate transactions in August 2013 for two of Walmart's distributors (DEA #: RW0165731 and RW0199908). I removed one of each pair of exact duplicate transactions so that there was only one record of each transaction.

#### 3.  Discount Drug Mart

188.   The ARCOS Data had ▇ duplicate transactions in September 2014 for one of Discount Drug Mart's distributors (DEA #: PD0203377). I removed one of each pair of exact duplicate transactions so that there was only one record of each transaction.

---

[58] ARCOS Handbook, §5.8.3, p. 5-19.

## B. NDC Dictionary

189.    Three of the fields in the ARCOS Data (NDC, Drug Code, and Drug Name) can also be found in the NDC Dictionary.[59] I checked the accuracy of the Drug Code and Drug Name in the ARCOS Data by comparing those fields to the information in the NDC Dictionary.[60] When the two sources listed different Drug Codes or Drug Names, I updated the ARCOS Data to reflect the information in the November 2018 NDC Dictionary because the NDC Dictionary is updated monthly and I observe the DEA correcting errors in the NDC Dictionary. As a result of the comparison, I updated the Drug Code and Drug Name in ███ reported transactions (██████████████ of the transactions).

190.    After confirming the accuracy of the Drug Codes and Drug Names in the ARCOS Data, I found and removed ██████ transactions (██████ ██████ of the transactions) reported in the ARCOS Data which did not include any of the fourteen opioids in Table 1.

---

[59] The DEA's NDC dictionary is available at www.deadiversion.usdoj.gov/arcos/ndc/ndcfile.txt. The dictionary is explained at www.deadiversion.usdoj.gov/arcos/ndc/readme.txt. The DEA updates the NDC dictionary monthly to correct errors, add new drug products, and remove discontinued drug products. I used the NDC dictionary updated on November 1, 2018, plus any discontinued drug products from earlier versions of the NDC dictionary in May 2018 – October 2018. An alternative NDC dictionary is maintained by the FDA (www.accessdata.fda.gov/scripts/cder/ndc/index.cfm).

[60] I matched the ARCOS Data to the NDC Dictionary using NDC. For the Drug Code, I compared the first four digits of the Drug Code in the ARCOS Data to the first four digits of the Drug Code in the DEA's NDC dictionary. 156 NDCs in the ARCOS Data were not in the DEA's NDC dictionary.

Confidential - Subject to Protective Order

191.   I also checked the accuracy of Calculated Base Weight in Grams in the ARCOS Data and found some NDCs for which the ARCOS Data incorrectly reported the Calculated Based Weight in Grams because it relied on an incorrect Ingredient Base Weight in the NDC Dictionary.[61] I reviewed the Ingredient Base Weights in the NDC Dictionary for all NDCs with Dosage Units in the ARCOS Data and flagged Ingredient Base Weights as potentially incorrect if the weight of the drug per dosage form (e.g., capsule, tablet, patch) was significantly different than other drug products with the same base drug and dosage strength.

192. For example, the NDC Dictionary reported that NDC 00056012770 (Percocet 5 mg tablets) contains 0.4483 milligrams of oxycodone per 100 tablets (0.004483 milligrams per tablet). Given other data in the NDC Dictionary, it is apparent that each 5-milligram tablet has 4.483 milligrams of drug.[62] I concluded that this NDC's Ingredient Base Weight in the NDC Dictionary and Calculated Base Weight in Grams in the ARCOS Data should be 1,000 times larger, and accordingly increased the Calculated Base Weight in Grams for this NDC.

193.   I corrected the Calculated Base Weight in Grams of 14 NDCs in ███████ reported transactions (approximately ███████ of the reported

---

[61] Calculated Base Weight in Grams is a function of the Quantity, Unit, and Strength fields in the ARCOS Data, and the Ingredient Base Weight in the NDC Dictionary.

[62] The drug's Ingredient Base Weight (e.g., 448.3 mg per 100 tablets) does not match the dosage strength (e.g., 500 mg per 100 tablets) because the Ingredient Base Weight is presented in terms of the anhydrous base form of the drug, while the dosage strength is presented in terms of the salt form of the drug. *See* p. 6-3 and Appendix 3 of the ARCOS Handbook.

transactions).[63] The DEA's NDC Dictionary also includes the trade name of the drug product ("Trade/Product Name") and the dosage form ("Package Measure"), which I added to the ARCOS Data.

194.    Finally, I checked the accuracy of the Dosage Unit in the ARCOS Data by using the NDC Dictionary. I multiplied the Quantity in the ARCOS Data by the Package Quantity in the NDC Dictionary. I did not find any discrepancies.

### C. Erroneous Transactions

195.    I found and corrected four categories of erroneous transactions in the ARCOS Data.

####     *1.    Transactions where ACTION_INDICATOR and CORRECTION_ NO are both populated.*

196.    The ARCOS Handbook explains that both the Action Indicator and Correction Number fields should never be populated for the same transaction. I found and deleted ███ such erroneous transactions (approximately ███ of the transactions).[64]

####     *2.    Adjustments to previously reported transactions.*

197.    Reporters can adjust a previously reported transaction by submitting an adjusted transaction to ARCOS with ACTION_INDICATOR="A" and submitting a deletion request for the

---

[63] Subsequent versions of the DEA's NDC dictionary appear to have been updated to correct the errors I found. Thus, each version of the DEA's NDC dictionary should be evaluated separately for necessary drug weight corrections.

[64] *See* ARCOS Handbook, §7.4, p. 7-5.

originally reported transaction.[65] I identified ██████ instances where the ARCOS Data included an adjusted transaction and either the originally reported transaction, the deletion request, or both.[66] I deleted the deletion request and the originally reported transaction.

### 3. Deletions of previously reported transactions.

198. Reporters can delete a previously reported transaction from ARCOS by re-submitting the transaction with ACTION_INDICATOR="D."[67] I identified ██████ instances where the ARCOS Data included the deletion request and the original reported transaction.[68] I deleted the original transaction and the deletion request.

### 4. Corrections of previously reported transactions.

199. Reported transactions are sometimes rejected by ARCOS. The Reporter can then re-submit the transaction as a correction transaction. Correction transactions are identified by a record identifier in the CORRECTION_NO field.[69] I identified ██████ instances where the ARCOS

---

[65] *See* ARCOS Handbook, §5.9.2, p. 5-20; §7.5.1, p. 7-13; and §7.8.2, p. 7-19.

[66] I identified the original record by matching the Reporter DEA Number, the Buyer DEA Number, the transaction month and year, the Drug Code, and the Transaction ID.

[67] *See* ARCOS Handbook, §5.9, pp. 5-19 through 5-20, and §7.5.1, p. 7-12.

[68] I identified the original record by matching the Reporter DEA Number, the Buyer DEA Number, the Transaction ID, the Transaction Date, the Order Form Number, the NDC, and the Quantity.

[69] *See* ARCOS Handbook, §5.16, p.5-42 and §7.5, pp. 7-12 through 7-15.

Data included both the rejected transaction and the corrected transaction. I kept the corrected transaction and deleted the originally reported transaction.[70]

### D. Transactions Involving Reverse Distributors, Analytical Labs, Importers, Exporters or Researchers

200.   Reverse distributors, manufacturers and distributors ship opioids to analytical labs for destruction. Usually, manufacturers and distributors ship the opioids to the reverse distributors, who then ship them to the analytical labs. However, manufacturers and distributors sometimes ship opioids directly to analytical labs. Opioids shipped to reverse distributors or analytical labs are virtually never subsequently shipped to Dispensers.[71] I exclude transactions in the ARCOS Data involving reverse distributors or analytical labs because my analysis is focused on the flow of opioids to Dispensers.

201.   In addition, a number of transactions reported by reverse distributors have astronomical Calculated Base Weight in Grams either because the Unit code, used to specify the Quantity's unit of measurement, is set for kilograms when the most likely unit is milligrams for most opioids or micrograms for fentanyl, or because the Quantity itself is astronomical. For example, one pair of transactions reported by a reverse distributor in Georgia includes a receipt (coded P) of ▮▮▮▮ metric tons of morphine from a manufacturer and a matched shipment for destruction (coded Y) to an analytical lab in Florida. In total, the ARCOS Data reflects ▮▮▮▮ metric tons of opioids being shipped to analytical labs for destruction.

---

[70] I identified the original record by matching the Reporter DEA Number, the Buyer DEA Number, the transaction month and year, the Drug Code, and the Transaction ID.

[71] The ARCOS Data reports ▮▮▮▮▮▮ (Calculated Base Weight) of opioids were shipped from reverse distributors to Dispensers.

- 119 -

Confidential - Subject to Protective Order

202.   The ARCOS Data reports ███████████████████

████████████████████████████████████████████████

███████████████. I exclude transactions in the ARCOS Data involving

importers, exporters or researchers because my analysis is focused on the flow

of opioids to Dispensers.

### E. Transactions between ARCOS Registrants

203.   Transactions between ARCOS registrants should be reported

twice in the ARCOS Data, once by each registrant. For example, a shipment

from a manufacturer to a distributor should be reported once by the

manufacturer and once by the distributor. To avoid double-counting, I keep

the transaction reported by the registrant sending the shipment, and exclude

the transaction reported by the registrant receiving the shipment.

### F. Transactions with Obvious Errors in Quantity

204.   I also exclude transactions with obvious errors in Quantity. For

example, I exclude a single sale transaction of Hydrocodone/APAP tablets

from a distributor to a practitioner in the Northern Mariana Islands that has a

Calculated Base Weight of ██ metric tons.

### G. Transaction Code "X"

205.   I exclude all transactions with Transaction Code "X". The

ARCOS Handbook explains that this code "is used by the seller to report the

loss or theft of an in-transit shipment of a reportable controlled substance. It

is reported **in addition** to the normal sales transaction (transaction code S).

- 120 -

Confidential - Subject to Protective Order

Transaction code X is an **explanatory** transaction code which does not affect an ARCOS registrant's inventory."[72]

206.　Table 46 summarizes the effect of my exclusions and corrections on the number of transactions and the total Calculated Base Weight in Grams in the ARCOS Data.



---

[72] ARCOS Handbook, §5.8.3, p. 5-19 (emphasis in original).

Confidential - Subject to Protective Order



Confidential - Subject to Protective Order



Confidential - Subject to Protective Order

## Appendix 4: Corrections to DEA's NDC Dictionary

| NDC | Ingredient Base Weight in Grams in NDC Dictionary | Corrected Ingredient Base Weight in Grams |
|---|---|---|
| 00603388228 | 136.215000 | 0.136215 |
| 00781560210 | 0.000892 | 4.460500 |
| 00056012770 | 0.000448 | 0.448300 |
| 00591245401 | 3,586.000000 | 3.586000 |
| 005913578** | 0.000001 | 0.004500 |
| 107020184** | 2.241250 | 0.002241 |
| 27280BH5701 | 0.570000 | 0.057000 |
| 52493019110 | 0.003020 | 0.030200 |
| 674330154** | 0.000026 | 0.003027 |
| 674330888** | 0.000705 | 0.021363 |
| 000440623** | 0.000024 | 0.023900 |
| 00062A01628 | 0.695094 | 0.397197 |
| 00062A03228 | 0.695094 | 0.794394 |
| 000540438** | 0.580400 | 290.200000 |

Confidential - Subject to Protective Order

## Appendix 5: List of Labeler Company Families

| Labeler Company Family | Labeler Name | NDC Labeler Code |
|---|---|---|
| A Refreshing Discovery Inc | A Refreshing Discovery Inc | 51130 |
| Abbott Laboratories | Abbott Laboratories | 00044 |
| Abbott Laboratories | Abbott Laboratories | 00048 |
| AbbVie Inc. | AbbVie Inc. | 00032 |
| AbbVie Inc. | AbbVie Inc. | 00074 |
| Aber Pharmaceuticals, LLC | Aber Pharmaceuticals, LLC | 67523 |
| Accord Healthcare Inc. | Accord Healthcare Inc. | 16729 |
| Actavis Pharma, Inc. | Actavis Kadian LLC | 46987 |
| Actavis Pharma, Inc. | Actavis Pharma, Inc. | 00228 |
| Actavis Pharma, Inc. | Actavis Pharma, Inc. | 00472 |
| Actavis Pharma, Inc. | Actavis Pharma, Inc. | 00591 |
| Actavis Pharma, Inc. | Actavis Pharma, Inc. | 45963 |
| Actavis Pharma, Inc. | Actavis Pharma, Inc. | 52544 |
| Actavis Pharma, Inc. | Actavis Pharma, Inc. | 62037 |
| Actavis Pharma, Inc. | Actavis South Atlantic LLC | 67767 |
| Actavis Pharma, Inc. | Actavis Totowa LLC | 52152 |
| Acura Pharmaceuticals, Inc. | Acura Pharmaceuticals, Inc. | 48964 |
| Advanced Pharma, Inc. | Advanced Pharma, Inc. | 15082 |
| Aidarex Pharmaceuticals LLC | Aidarex Pharmaceuticals LLC | 33261 |
| Aidarex Pharmaceuticals LLC | Aidarex Pharmaceuticals LLC | 53217 |
| Akorn, Inc. | Akorn, Inc. | 17478 |
| Akrimax Pharmaceuticals, LLC | Akrimax Pharmaceuticals, LLC | 24090 |
| Alaunus Pharmaceutical, LLC | Alaunus Pharmaceutical, LLC | 50690 |
| Alcon Laboratories, Inc. | Alcon Laboratories, Inc. | 00998 |
| Alfasigma USA, Inc | Alfasigma USA, Inc | 00525 |
| Alkermes Pharma Ireland Limited | Alkermes Pharma Ireland Limited | 56125 |
| Allergan, Inc. | Allergan, Inc. | 00456 |
| Alltech Associates Inc | ALLTECH ASSOCIATES INC | 00079 |
| Almac Clinical Services LLC | Almac Clinical Services LLC | 63164 |
| Alpharma Pharmaceuticals LLC | Alpharma Pharmaceuticals LLC | 63857 |
| Altura Pharmaceuticals, Inc. | Altura Pharmaceuticals, Inc. | 63874 |
| Alvogen, Inc. | Alvogen, Inc. | 47781 |
| ALZA Corporation | ALZA Corporation | 17314 |
| AMAG Pharmaceuticals, Inc. | AMAG Pharmaceuticals, Inc. | 64011 |
| Amarin Technologies SA. | Amarin Technologies SA. | 52446 |

Confidential - Subject to Protective Order

| Labeler Company Family | Labeler Name | NDC Labeler Code |
|---|---|---|
| American Health Packaging | American Health Packaging | 62584 |
| American Health Packaging | American Health Packaging | 68084 |
| American Pacific Corporation | American Pacific Corporation | 50683 |
| American Regent, Inc | American Regent, Inc. | 00517 |
| Amerifit, Inc. | Amerifit, Inc. | 61451 |
| Amneal Pharmaceuticals LLC | Amneal Pharmaceuticals Co. (I) Pvt. Ltd. | 52493 |
| Amneal Pharmaceuticals LLC | Amneal Pharmaceuticals LLC | 65162 |
| Amneal Pharmaceuticals LLC | Amneal Pharmaceuticals of New York LLC | 53746 |
| Amphastar Pharmaceuticals, Inc. | Amphastar Pharmaceuticals, Inc. | 00548 |
| AMRI Rensselaer, Inc. | AMRI Rensselaer, Inc. | 65392 |
| ANI Pharmaceuticals, Inc | ANI Pharmaceuticals, Inc | 62559 |
| Animalgesic Laboratories, Inc | Animalgesic Laboratories, Inc | 86004 |
| Aphena Pharma Solutions - Tennessee, LLC | Aphena Pharma Solutions - Tennessee, LLC | 43353 |
| Aphena Pharma Solutions - Tennessee, LLC | Aphena Pharma Solutions - Tennessee, LLC | 67544 |
| Apotex Corp. | Apotex Corp. | 60505 |
| Apotheca Inc. | Apotheca Inc. | 12634 |
| Archimedes Pharma | Archimedes Pharma | 51772 |
| A-S Medication Solutions | A-S Medication Solutions | 54569 |
| Ascend Laboratories, LLC | Ascend Laboratories, LLC | 67877 |
| AstraZeneca Pharmaceuticals LP | AstraZeneca Pharmaceuticals LP | 00186 |
| AstraZeneca Pharmaceuticals LP | AstraZeneca Pharmaceuticals LP | 00310 |
| Atlantic Biologicals Corps | Atlantic Biologicals Corps | 17856 |
| Atley Pharmaceuticals, Inc. | Atley Pharmaceuticals, Inc. | 59702 |
| Aurolife Pharma LLC | Aurolife Pharma LLC | 13107 |
| Avadel Legacy Pharmaceuticals, LLC | Avadel Legacy Pharmaceuticals, LLC | 76014 |
| Avadel Pharmaceuticals (USA), Inc. | Avadel Pharmaceuticals (USA), Inc. | 13551 |
| Aveva Drug Delivery Systems | Aveva Drug Delivery Systems | 03215 |
| AvKARE, Inc. | AvKARE, Inc. | 42291 |
| AvPAK | AvPAK | 50268 |
| B&B Pharmaceuticals, Inc. | B&B Pharmaceuticals, Inc. | 63275 |
| Ballay Pharmaceuticals, Inc | Ballay Pharmaceuticals, Inc | 63162 |
| Bausch & Lomb Incorporated | Bausch & Lomb Incorporated | 24208 |
| Baxter Healthcare Corporation | Baxter Healthcare Corporation | 00338 |
| Baxter Healthcare Corporation | Baxter Healthcare Corporation | 10019 |

Confidential - Subject to Protective Order

| Labeler Company Family | Labeler Name | NDC Labeler Code |
|---|---|---|
| Baxter Healthcare Corporation | Baxter Healthcare Corporation | 60977 |
| Bayer HealthCare Pharmaceuticals Inc. | Bayer HealthCare Pharmaceuticals Inc. | 50419 |
| Bedford Laboratories | Bedford Laboratories | 55390 |
| BF Ascher and Co Inc | BF ASCHER AND CO INC | 00225 |
| BioDelivery Sciences International, Inc. | BioDelivery Sciences International, Inc. | 59385 |
| Blansett Pharmacal Co., Inc | Blansett Pharmacal Co., Inc | 51674 |
| Blenheim Pharmacal, Inc. | Blenheim Pharmacal, Inc. | 10544 |
| Boehringer Ingelheim Chemicals, Inc. | Boehringer Ingelheim Chemicals, Inc. | 50019 |
| Brava Pharmaceuticals, LLC | Brava Pharmaceuticals, LLC | 57883 |
| Breckenridge Pharmaceutical, Inc. | Breckenridge Pharmaceutical, Inc. | 51991 |
| Brighton Pharmaceuticals, Inc. | Brighton Pharmaceuticals, Inc. | 10914 |
| Bristol-Myers Squibb Holding Pharma, LLC | Bristol-Myers Squibb Holding Pharma, Ltd. Liability Company | 00590 |
| Bristol-Myers Squibb Holding Pharma, LLC | Bristol-Myers Squibb Pharma Company | 00056 |
| Bryant Ranch Prepack | Bryant Ranch Prepack | 63629 |
| ByzMed, LLC | ByzMed, LLC | 58092 |
| C.O. Truxton, Inc. | C.O. Truxton, Inc. | 00463 |
| Cambrex Charles City, Inc | Cambrex Charles City, Inc | 59116 |
| Cambridge Isotope Laboratories, Inc. | Cambridge Isotope Laboratories, Inc. | 61444 |
| Cantrell Drug Company | Cantrell Drug Company | 52533 |
| Cardinal Health | Cardinal Health | 55154 |
| CAREMARK LLC | CAREMARK LLC | 00339 |
| Cedarburg Pharmaceuticals, Inc. | Cedarburg Pharmaceuticals, Inc. | 64181 |
| Central Admixture Pharmacy Services, Inc. | Central Admixture Pharmacy Services, Inc. | 66647 |
| Centrix Pharmaceutical, Inc. | Centrix Pharmaceutical, Inc. | 11528 |
| Century Pharmaceuticals, Inc. | Century Pharmaceuticals, Inc. | 00436 |
| Cephalon, Inc. | Cephalon, Inc. | 63459 |
| Cerilliant Corporation | Cerilliant Corporation | 50160 |
| Cerovene, Inc. | Cerovene, Inc. | 24561 |
| Chattem Chemicals, Inc. | Chattem Chemicals, Inc. | 61960 |
| CIMA Labs Inc. | CIMA LABS INC. | 55253 |
| Cody Laboratories, Inc. | Cody Laboratories, Inc. | 65893 |
| CorePharma, LLC | CorePharma, LLC | 64720 |
| Corium International, Inc.CAJ | Corium International, Inc.CAJ | 65038 |
| Coupler Enterprises | Coupler Enterprises | 67046 |
| Cyalume Specialty Products | Cyalume Specialty Products | 45986 |

Confidential - Subject to Protective Order

| Labeler Company Family | Labeler Name | NDC Labeler Code |
|---|---|---|
| Cypress Pharmaceutical, Inc. | Cypress Pharmaceutical, Inc. | 60258 |
| DCS Pharma AG | DCS Pharma AG | 12070 |
| Depomed, Inc. | Depomed, Inc. | 13913 |
| Direct Rx | Direct Rx | 61919 |
| Dispensing Solutions Inc. | Dispensing Solutions Inc. | 55045 |
| Dispensing Solutions Inc. | Dispensing Solutions Inc. | 66336 |
| Dispensing Solutions Inc. | Dispensing Solutions Inc. | 68258 |
| DPT Laboratories, Ltd. | DPT Laboratories, Ltd. | 63094 |
| DPT Lakewood, LLC. | DPT Lakewood, LLC. | 49396 |
| E.R. Squibb & Sons, L.L.C. | E.R. Squibb & Sons, L.L.C. | 00015 |
| e5 Pharma, LLC | e5 Pharma, LLC | 13517 |
| ECI Pharmaceuticals, LLC | ECI Pharmaceuticals, LLC | 51293 |
| ECR Pharmaceuticals Co., Inc. | ECR Pharmaceuticals Co., Inc. | 00095 |
| Edenbridge Pharmaceuticals, LLC | Edenbridge Pharmaceuticals, LLC | 42799 |
| Edwards Pharmaceuticals, Inc. | Edwards Pharmaceuticals, Inc. | 00485 |
| EKR Therapeutics, Inc. | EKR Therapeutics, Inc. | 24477 |
| Elanco Animal Health Co | Elanco Animal Health Co | 00986 |
| Elge Inc | Elge Inc | 58298 |
| Eli Lilly and Company | Eli Lilly and Company | 00002 |
| Elite Laboratories, Inc. | Elite Laboratories, Inc. | 64850 |
| Endo Pharmaceuticals, Inc. | Endo Pharmaceuticals, Inc. | 63481 |
| Eon Labs, Inc. | Eon Labs, Inc. | 00185 |
| Epic Pharma, LLC | Epic Pharma, LLC | 42806 |
| EPM Packaging Inc | EPM Packaging Inc | 61502 |
| Ethex Corporation | Ethex Corporation | 58177 |
| Ethical Nutritional, LLC | Ethical Nutritional, LLC | 10191 |
| Euticals Inc. | Euticals Inc. | 17180 |
| Exeltis USA, Inc. | Exeltis USA Dermatology, LLC | 23710 |
| Exeltis USA, Inc. | Exeltis USA, Inc. | 00642 |
| Fagron Inc | Fagron Inc | 51552 |
| Forest Laboratories, Inc. | Forest Laboratories, Inc. | 00258 |
| Forest Laboratories, Inc. | Forest Laboratories, Inc. | 00785 |
| Fougera Pharmaceuticals Inc. | Fougera Pharmaceuticals Inc. | 00482 |
| Freedom Pharmaceuticals, Inc. | Freedom Pharmaceuticals, Inc. | 52372 |
| Fresenius Kabi USA, LLC | Fresenius Kabi USA, LLC | 63323 |
| Fresenius Kabi USA, LLC | Fresenius Kabi USA, LLC | 76045 |
| G&W Laboratories, Inc. | G&W Laboratories, Inc. | 00713 |

Confidential - Subject to Protective Order

| Labeler Company Family | Labeler Name | NDC Labeler Code |
|---|---|---|
| Galena Biopharma, Inc. | Galena Biopharma, Inc. | 57881 |
| GE Healthcare Inc. | GE Healthcare Inc. | 00407 |
| Gemini Laboratories, LLC | Gemini Laboratories, LLC | 60846 |
| Genentech, Inc. | Genentech, Inc. | 00004 |
| Gentex Pharma, Llc | Gentex Pharma, Llc | 15014 |
| Gil Pharmaceutical Corp | Gil Pharmaceutical Corp | 58552 |
| GlaxoSmithKline LLC | GlaxoSmithKline Consumer Healthcare Holdings (US) LLC | 00043 |
| GlaxoSmithKline LLC | GlaxoSmithKline Consumer Healthcare Holdings (US) LLC | 00067 |
| GlaxoSmithKline LLC | GlaxoSmithKline LLC | 00007 |
| GlaxoSmithKline LLC | GlaxoSmithKline LLC | 00029 |
| Glenmark Pharmaceuticals Inc., USA | Glenmark Pharmaceuticals Inc., USA | 68462 |
| GM Pharmaceuticals | GM Pharmaceuticals | 58809 |
| Golden State Medical Supply, Inc. | Golden State Medical Supply, Inc. | 60429 |
| Great Southern Laboratories | Great Southern Laboratories | 51301 |
| H.J. Harkins Co, Inc. | H.J. Harkins Co, Inc. | 76519 |
| H.J. Harkins Co, Inc. | H.J. Harkins Company, Inc. | 52959 |
| Halo Pharmaceutical, Inc | Halo Pharmaceutical, Inc | 43346 |
| Hanlim Pharm. Co., Ltd. | HANLIM PHARM. CO., LTD. | 11716 |
| Hawthorn Pharmaceuticals, Inc. | Hawthorn Pharmaceuticals, Inc. | 63717 |
| Healix Infusion Therapy, Inc. | Healix Infusion Therapy, Inc. | 75901 |
| Hercon Pharmaceuticals, LLC | Hercon Pharmaceuticals, LLC | 49730 |
| Hisamitsu Pharmaceutical Co., Inc. | Hisamitsu Pharmaceutical Co., Inc. | 68560 |
| Hi-Tech Pharmacal Co., Inc. | Hi-Tech Pharmacal Co., Inc. | 50383 |
| Horizon Pharma Inc. | Horizon Pharma Inc. | 60809 |
| Hospira, Inc. | Hospira, Inc. | 00409 |
| Hospira, Inc. | Hospira, Inc. | 61703 |
| Huckaby Pharmaceuticals, Inc. | Huckaby Pharmaceuticals, Inc. | 35501 |
| Impax Generics | Impax Generics | 00115 |
| Indivior Inc. | Indivior Inc. | 12496 |
| Innovative BioDefense, Inc. | Innovative BioDefense, Inc. | 57362 |
| Insys Therapeutics, Inc. | Insys Therapeutics, Inc. | 20482 |
| International Ethical Laboratories, Inc. | International Ethical Laboratories, Inc. | 11584 |
| International Medication Systems, Ltd. | International Medication Systems, Ltd. | 76329 |
| Janssen Pharmaceuticals, Inc. | Janssen Pharmaceuticals, Inc. | 50458 |
| JayMac Pharmaceuticals LLC | JayMac Pharmaceuticals LLC | 64661 |
| Jerome Stevens Pharmaceuticals, Inc. | Jerome Stevens Pharmaceuticals, Inc. | 50564 |

Confidential - Subject to Protective Order

| Labeler Company Family | Labeler Name | NDC Labeler Code |
|---|---|---|
| Jiangsu Grand Xianle Pharmaceutical Co., Ltd. | Jiangsu Grand Xianle Pharmaceutical Co., Ltd. | 59010 |
| Johnson & Johnson Consumer Inc. | Johnson & Johnson Consumer Inc. | 00081 |
| Johnson Matthey Inc. | Johnson Matthey Inc. | 49812 |
| Johnson Matthey Inc. | Johnson Matthey Pharmaceutical Materials Conshohocken | 25905 |
| Johnson Matthey Inc. | Johnson Matthey Pharmaceuticals Services | 50137 |
| Kaiser Foundation Hospitals | KAISER FOUNDATION HOSPITALS | 00179 |
| Kalchem International Inc. | Kalchem International Inc. | 60592 |
| Keltman Pharmaceuticals | Keltman Pharmaceuticals | 68387 |
| Key Quimica S.A. de C.V. | KEY QUIMICA S.A. DE C.V. | 58345 |
| Kowa Pharmaceuticals America, Inc. | Kowa Pharmaceuticals America, Inc. | 66869 |
| Kremers Urban Pharmaceuticals Inc. | Kremers Urban Pharmaceuticals Inc. | 62175 |
| KVK-Tech, Inc. | KVK-TECH, INC. | 10702 |
| Kyowa Kirin, Inc | KYOWA KIRIN, INC, | 42747 |
| Lake Erie Medical DBA: Quality Care Products LLC | Lake Erie Medical DBA Quality Care Products LLC | 55700 |
| Lake Erie Medical DBA: Quality Care Products LLC | Lake Erie Medical DBA: Quality Care Products LLC | 35356 |
| Lake Erie Medical DBA: Quality Care Products LLC | Lake Erie Medical DBA: Quality Care Products LLC | 49999 |
| Lannett Company, Inc. | Lannett Company, Inc. | 00527 |
| Larken Laboratories, Inc | Larken Laboratories, Inc | 68047 |
| Laser Pharmaceuticals, LLC | Laser Pharmaceuticals, LLC | 16477 |
| Laser Pharmaceuticals, LLC | Laser, LLC d/b/a Laser Pharmaceuticals, LLC | 00277 |
| Lee Pharmaceuticals | Lee Pharmaceuticals | 23558 |
| Lehigh Valley Technologies, Inc. | Lehigh Valley Technologies, Inc. | 64950 |
| Letco Medical, LLC | LETCO MEDICAL, LLC | 62991 |
| Liberty Pharmaceuticals, Inc. | Liberty Pharmaceuticals, Inc. | 00440 |
| Liebel-Flarsheim Company LLC | Liebel-Flarsheim Company LLC | 00019 |
| Llorens Pharmaceutical International Division | Llorens Pharmaceutical International Division | 54859 |
| LTS Lohmann Therapy Systems Corp. | LTS Lohmann Therapie-Systeme AG | 59568 |
| LTS Lohmann Therapy Systems Corp. | LTS Lohmann Therapy Systems Corp. | 60751 |
| Lumara Health Ltd | Lumara Health Ltd | 10609 |
| Lupin Pharmaceuticals,Inc. | Lupin Pharmaceuticals,Inc. | 43386 |
| Macfarlan Smith Limited | Macfarlan Smith Limited | 12707 |

Confidential - Subject to Protective Order

| Labeler Company Family | Labeler Name | NDC Labeler Code |
|---|---|---|
| MAGNA Pharmaceuticals, Inc. | MAGNA Pharmaceuticals, Inc. | 58407 |
| Major Pharmaceuticals | Major Pharmaceuticals | 00904 |
| Marathon Pharmaceuticals, LLC | Marathon Pharmaceuticals, LLC | 42998 |
| Marnel Pharmaceuticals, LLC | Marnel Pharmaceuticals, LLC | 00682 |
| Mayne Pharma Inc. | Mayne Pharma Inc. | 51862 |
| Mayne Pharma Inc. | Mayne Pharma Inc. | 68308 |
| McKesson Corporation | McKesson Contract Packaging | 76237 |
| McKesson Corporation | McKesson Corporation | 63739 |
| MCR American Pharmaceuticals, Inc. | MCR American Pharmaceuticals, Inc. | 58605 |
| Meda Pharmaceuticals Inc. | Meda Pharmaceuticals Inc. | 00037 |
| MedImmune, LLC | MedImmune, LLC | 58178 |
| Medisca Inc. | Medisca Inc. | 38779 |
| Medsource Pharmaceuticals | Medsource Pharmaceuticals | 45865 |
| MedVantx, Inc. | MedVantx, Inc. | 66116 |
| Meridian Medical Technologies , Inc. | Meridian Medical Technologies , Inc. | 11704 |
| Merz Pharmaceuticals, LLC | Merz Pharmaceuticals, LLC | 00259 |
| Micro Orgo Chemicals | Micro Orgo Chemicals | 16447 |
| Mikart, Inc. | Mikart, Inc. | 46672 |
| Misemer Pharmaceutical, Inc. | Misemer Pharmaceutical, Inc. | 00276 |
| Morton Grove Pharmaceuticals, Inc. | Morton Grove Pharmaceuticals, Inc. | 60432 |
| Mylan Institutional Inc. | Mylan Institutional Inc. | 51079 |
| Mylan Institutional Inc. | Mylan Institutional LLC | 67457 |
| Mylan Pharmaceuticals, Inc. | Mylan Pharmaceuticals, Inc. | 00378 |
| Mylan Specialty L.P. | Mylan Specialty L.P. | 49502 |
| N V Organon | N V Organon | 12860 |
| Neos Therapeutics, LP | Neos Therapeutics, LP | 62542 |
| Nexcyon Pharmaceuticals, Inc. | Nexcyon Pharmaceuticals, Inc. | 50929 |
| Nexgen Pharma, Inc. | Nexgen Pharma, Inc. | 00722 |
| Nibec Co., Ltd | Nibec Co., Ltd | 47649 |
| Noramco, Inc. | Noramco, Inc. | 51634 |
| Northwind Pharmaceuticals | Northwind Pharmaceuticals | 51655 |
| Nostrum Laboratories, Inc. | Nostrum Laboratories, Inc. | 70408 |
| Novartis Pharmaceuticals Corporation | Novartis Pharmaceuticals Corporation | 00078 |
| Noven Pharmaceuticals, Inc. | Noven Pharmaceuticals, Inc. | 57616 |
| NuCare Pharmaceuticals, Inc. | Nucare Pharmaceuticals Inc | 68071 |
| NuCare Pharmaceuticals, Inc. | NuCare Pharmaceuticals, Inc. | 66267 |
| Orexo US, Inc. | Orexo US, Inc. | 54123 |

Confidential - Subject to Protective Order

| Labeler Company Family | Labeler Name | NDC Labeler Code |
|---|---|---|
| Ortho McNeil Pharmaceuticals | Ortho McNeil Pharmaceuticals | 00045 |
| Ortho McNeil Pharmaceuticals | Ortho-McNeil Pharmaceuticals | 00062 |
| Oscar de la Renta LLC | Oscar de la Renta LLC | 45124 |
| Pacira Pharmaceuticals, Inc. | Pacira Pharmaceuticals, Inc. | 65250 |
| Paddock Laboratories, LLC. | Paddock Laboratories, LLC. | 00574 |
| Palmetto Pharmaceuticals, Inc | Palmetto Pharmaceuticals, Inc | 68134 |
| Par Pharmaceutical | Par Pharmaceutical | 00603 |
| Par Pharmaceutical | Par Pharmaceutical | 49884 |
| Par Pharmaceutical | Par Pharmaceutical | 60951 |
| Par Pharmaceutical | Par Pharmaceutical | 64376 |
| Par Pharmaceutical | Par Pharmaceutical | 67253 |
| Par Pharmaceutical | Par Pharmaceutical | 68774 |
| Par Pharmaceutical | Par Pharmaceutical Inc. | 00254 |
| Par Pharmaceutical | Par Pharmaceutical Inc. | 42023 |
| ParaPRO LLC | ParaPRO LLC | 52246 |
| Parke-Davis Div of Pfizer Inc | Parke-Davis Div of Pfizer Inc | 00071 |
| PD-Rx Pharmaceuticals, Inc. | PD-Rx Pharmaceuticals, Inc. | 43063 |
| PD-Rx Pharmaceuticals, Inc. | PD-Rx Pharmaceuticals, Inc. | 55289 |
| Pernix Therapeutics, LLC | Pernix Therapeutics, LLC | 65224 |
| Pfizer Laboratories Div Pfizer Inc | Pfizer Laboratories Div Pfizer Inc | 60793 |
| Pfizer Laboratories Div Pfizer Inc | Pfizer Laboratories Div Pfizer Inc | 61570 |
| Pharmaceutical Associates, Inc. | Pharmaceutical Associates, Inc. | 00121 |
| Pharmaceutical Manufacturing Research Services, Inc. | Pharmaceutical Manufacturing Research Services, Inc. | 61607 |
| Pharmaceutics International, Inc. (Pii) | Pharmaceutics International, Inc. (Pii) | 61916 |
| Pharmacia and Upjohn Company LLC | Pharmacia and Upjohn Company LLC | 00009 |
| PharmaForce, Inc. | PharmaForce, Inc. | 40042 |
| PharMEDium Services LLC | PharMEDium Services LLC | 61553 |
| Pharmics, Inc. | Pharmics, Inc. | 00813 |
| PharmPak, Inc. | PharmPak, Inc. | 54348 |
| Physician Therapeutics LLC | Physician Therapeutics LLC | 68405 |
| Physicians Total Care, Inc | PHYSICIANS TOTAL CARE, INC | 54868 |
| Poly Pharmaceuticals, Inc. | Poly Pharmaceuticals, Inc. | 50991 |
| Prasco Laboratories | Prasco Laboratories | 66993 |
| Precision Dose Inc. | Precision Dose Inc. | 68094 |
| Preferred Pharmaceuticals Inc | Preferred Pharmaceuticals Inc | 68788 |
| Prepackage Specialists | Prepackage Specialists | 58864 |

| Labeler Company Family | Labeler Name | NDC Labeler Code |
|---|---|---|
| Professional Compounding Centers of America dba PCCA | Professional Compounding Centers of America dba PCCA | 51927 |
| Proficient Rx LP | Proficient Rx LP | 63187 |
| Pro-Pharma LLC | Pro-Pharma LLC | 66594 |
| Purdue Pharma LP | Purdue Pharma LP | 59011 |
| Purdue Pharma LP | Purdue Pharmaceuticals LP | 65505 |
| R.A. McNeil Company | R.A. McNeil Company | 12830 |
| Rebel Distributors Corp. | Rebel Distributors Corp. | 21695 |
| Rebel Distributors Corp. | Rebel Distributors Corp. | 42254 |
| Reckitt Benckiser LLC | Reckitt Benckiser Healthcare UK Limited | 52031 |
| Reckitt Benckiser LLC | Reckitt Benckiser LLC | 63824 |
| Recro Gainesville LLC | Recro Gainesville LLC | 60274 |
| RedPharm Drug, Inc | RedPharm Drug, Inc | 67296 |
| RemedyRepack | RemedyRepack | 24236 |
| RemedyRepack | RemedyRepack | 49349 |
| RemedyRepack | RemedyRepack Inc. | 52125 |
| Rhodes Pharmaceuticals | Rhodes Pharmaceuticals | 42858 |
| Rhodes Technologies Inc. | Rhodes Technologies Inc. | 67509 |
| Rising Pharmaceuticals, Inc. | Rising Pharmaceuticals, Inc. | 64980 |
| River's Edge Pharmaceuticals, LLC | River's Edge Pharmaceuticals, LLC | 68032 |
| RPK Pharmaceuticals, Inc | RPK Pharmaceuticals, Inc | 53002 |
| Rugby Laboratories | Rugby Laboratories | 00536 |
| Rx Pak Division of McKesson Corporation | McKesson Corporation RxPak | 65084 |
| RxChange Co. | RxChange Co. | 33358 |
| Safecor Health, LLC | Safecor Health, LLC | 48433 |
| Sandoz Inc | Sandoz Inc | 00781 |
| Sanofi-Aventis U.S. LLC | sanofi-aventis U.S. LLC | 00024 |
| Sanofi-Aventis U.S. LLC | Sanofi-Aventis U.S. LLC | 00068 |
| SCA Pharmaceuticals, LLC | SCA Pharmacuticals, LLC | 70004 |
| Sciarra Laboratories, Inc. | Sciarra Laboratories, Inc. | 61498 |
| SCOT-TUSSIN Pharmacal Co., Inc. | SCOT-TUSSIN Pharmacal Co., Inc. | 00372 |
| Sentynl Therapeutics, Inc. | Sentynl Therapeutics, Inc. | 42358 |
| Shanghai Kejing Cleaning Products Co., Ltd. | Shanghai Kejing Cleaning Products Co., Ltd. | 31190 |
| Shionogi Inc. | Shionogi Inc. | 59630 |
| Shire US Manufacturing Inc. | Shire US Manufacturing Inc. | 54092 |

Confidential - Subject to Protective Order

| Labeler Company Family | Labeler Name | NDC Labeler Code |
|---|---|---|
| Siegfried (USA), Inc. | Siegfried (USA), Inc. | 00792 |
| Siegfried (USA), Inc. | Siegfried Ltd | 17205 |
| Sigma-Aldrich Corporation | Sigma-Aldrich Corporation | 00441 |
| Sircle Laboratories, LLC | Sircle Laboratories, LLC | 51021 |
| SJ Pharmaceuticals, LLC | SJ Pharmaceuticals, LLC | 24839 |
| Sovereign Pharmaceuticals, LLC | Sovereign Pharmaceuticals, LLC | 58716 |
| SpecGx LLC | SpecGx LLC | 00406 |
| SpecGx LLC | SpecGx LLC | 23635 |
| Spectrum Chemical and Laboratory Products | Spectrum Chemical and Laboratory Products | 49452 |
| St. Mary's Medical Park Pharmacy | St. Mary's Medical Park Pharmacy | 60760 |
| STAT Rx USA LLC | STAT Rx USA LLC | 16590 |
| STAT Rx USA LLC | STAT Rx USA LLC | 42549 |
| Stewart-Jackson Pharmacal, Inc. | Stewart-Jackson Pharmacal, Inc. | 45985 |
| Sun Pharmaceutical Industries, Inc. | Sun Pharmaceutical Industries Inc. | 53489 |
| Sun Pharmaceutical Industries, Inc. | Sun Pharmaceutical Industries, Inc. | 49708 |
| Sun Pharmaceutical Industries, Inc. | Sun Pharmaceutical Industries, Inc. | 57664 |
| Sun Pharmaceutical Industries, Inc. | Sun Pharmaceutical Industries, Inc. | 63304 |
| Sunrise Pharmaceutical Inc. | Sunrise Pharmaceutical Inc. | 11534 |
| Supernus Pharmaceuticals, Inc. | Supernus Pharmaceuticals, Inc. | 17772 |
| Susanne Lang Fragrance Inc. | Susanne Lang Fragrance Inc. | 47202 |
| TAGI Pharma, Inc. | TAGI Pharma, Inc. | 51224 |
| Talec Pharma, LLC | Talec Pharma, LLC | 76181 |
| Tedor Pharma Inc. | Tedor Pharma Inc. | 67433 |
| Teva Czech Industries s.r.o. | Teva Czech Industries s.r.o. | 47848 |
| Teva Pharmaceuticals USA, Inc. | Teva Parenteral Medicines, Inc. | 00703 |
| Teva Pharmaceuticals USA, Inc. | Teva Pharmaceuticals USA, Inc. | 00093 |
| Teva Pharmaceuticals USA, Inc. | Teva Pharmaceuticals USA, Inc. | 00172 |
| Teva Pharmaceuticals USA, Inc. | Teva Pharmaceuticals USA, Inc. | 00182 |
| Teva Pharmaceuticals USA, Inc. | Teva Pharmaceuticals USA, Inc. | 00555 |
| Teva Pharmaceuticals USA, Inc. | Teva Respiratory, LLC | 59310 |
| Teva Pharmaceuticals USA, Inc. | Teva Women's Health, Inc. | 51285 |
| The United States Pharmacopeial Convention | The United States Pharmacopeial Convention | 00216 |
| Tiber Laboratories, LLC | Tiber Laboratories, LLC | 23589 |
| Trigen Laboratories, LLC | Trigen Laboratories, LLC | 13811 |
| Tris Pharma Inc | Tris Pharma Inc | 27808 |
| UCB, Inc. | UCB, Inc. | 00091 |

Confidential - Subject to Protective Order

| Labeler Company Family | Labeler Name | NDC Labeler Code |
|---|---|---|
| UCB, Inc. | UCB, Inc. | 00131 |
| UCB, Inc. | UCB, Inc. | 50474 |
| Unit Dose Services | Unit Dose Services | 50436 |
| United Research Laboratories, Inc. | United Research Laboratories, Inc. | 00677 |
| Unither Manufacturing LLC | Unither Manufacturing LLC | 53014 |
| University of Iowa Pharmaceuticals | University of Iowa Pharmaceuticals | 11326 |
| Upsher-Smith Laboratories, LLC | Upsher-Smith Laboratories, LLC | 00245 |
| Upsher-Smith Laboratories, LLC | Upsher-Smith Laboratories, LLC | 00832 |
| US Compounding, Inc | US Compounding, Inc | 62295 |
| VA CMOP Dallas | VA CMOP Dallas | 65243 |
| Valeant Pharmaceuticals North America LLC | Valeant Pharmaceuticals North America LLC | 00187 |
| Vangard Labs | Vangard Labs | 00615 |
| Vertical Pharmaceuticals, LLC | Vertical Pharmaceuticals, LLC | 68025 |
| Victory Pharma, Inc. | Victory Pharma, Inc. | 68453 |
| Vision Pharma, LLC | Vision Pharma, LLC | 68013 |
| VistaPharm Inc. | VistaPharm Inc. | 66689 |
| Warner Chilcott Pharmaceuticals Inc. | Warner Chilcott Pharmaceuticals Inc. | 00149 |
| Watson Pharma, Inc. | Watson Pharma, Inc. | 71114 |
| West-Ward Pharmaceuticals Corp. | West-ward Pharmaceutical Corp | 00143 |
| West-Ward Pharmaceuticals Corp. | West-ward Pharmaceutical Corp. | 00641 |
| West-Ward Pharmaceuticals Corp. | West-Ward Pharmaceuticals Corp. | 00054 |
| Whitney Labs, LP | Whitney Labs, LP | 57256 |
| WraSer Pharmaceuticals | WraSer Pharmaceuticals | 66992 |
| Wyeth Pharmaceuticals Inc., a subsidiary of Pfizer Inc. | Richmond Division of Wyeth | 00031 |
| Wyeth Pharmaceuticals Inc., a subsidiary of Pfizer Inc. | Wyeth Pharmaceutical Division of Wyeth Holdings Corporation, a subsidiary of Pfizer Inc. | 00005 |
| Wyeth Pharmaceuticals Inc., a subsidiary of Pfizer Inc. | Wyeth Pharmaceuticals LLC, a subsidiary of Pfizer Inc. | 00008 |
| Wyeth Pharmaceuticals Inc., a subsidiary of Pfizer Inc. | Wyeth Pharmaceuticals LLC, a subsidiary of Pfizer Inc. | 00046 |
| Xanodyne Pharmaceuticals, Inc. | Xanodyne Pharmaceuticals, Inc. | 66479 |
| Zogenix, Inc. | Zogenix, Inc. | 43376 |
| Zydus Pharmaceuticals (USA) Inc. | Zydus Pharmaceuticals (USA) Inc. | 68382 |

Source:

Confidential - Subject to Protective Order

| Labeler Company Family | Labeler Name | NDC Labeler Code |
|---|---|---|

The Labeler Name and NDC Labeler Code are from the list of NDC/NHRIC Labeler Codes available at https://www.fda.gov/ForIndustry/DataStandards/StructuredProductLabeling/ucm191017.htm. I accessed the file on May 25, 2018. The NDC Labeler Code is the first five digits of the NDC.

Confidential - Subject to Protective Order

## Appendix 6: List of Reporter Company Families

| Seller Family | Seller Name | Seller DEA Number |
|---|---|---|
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG | RA0322824 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG | RA0326276 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | PL0032627 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0129937 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0210409 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0223432 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289000 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289036 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289048 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289050 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289062 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289074 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289086 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289098 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289276 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289288 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0289492 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0290522 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0290724 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0290736 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0290837 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0290938 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0290988 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0291168 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0291170 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0310603 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0314562 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RA0363301 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RB0363630 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP | RE0161733 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORP. | RA0336924 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORPORATION | RA0316958 |
| AmerisourceBergen Drug | AMERISOURCEBERGEN DRUG CORPORATION | RA0464406 |
| Anda, Inc | ANDA PHARMACEUTICALS INC | RA0287020 |

Confidential - Subject to Protective Order

| Seller Family | Seller Name | Seller DEA Number |
|---|---|---|
| Anda, Inc | ANDA PUERTO RICO, INC. | RA0394748 |
| Anda, Inc | ANDA, INC | RA0180733 |
| Cardinal Health | CARDINAL HEALTH | RC0182080 |
| Cardinal Health | CARDINAL HEALTH | RC0221236 |
| Cardinal Health | CARDINAL HEALTH | RC0229965 |
| Cardinal Health | CARDINAL HEALTH | RC0238104 |
| Cardinal Health | CARDINAL HEALTH | RC0271267 |
| Cardinal Health | CARDINAL HEALTH | RC0311693 |
| Cardinal Health | CARDINAL HEALTH | RC0313940 |
| Cardinal Health | CARDINAL HEALTH | RC0314891 |
| Cardinal Health | CARDINAL HEALTH | RC0333524 |
| Cardinal Health | CARDINAL HEALTH | RC0341153 |
| Cardinal Health | CARDINAL HEALTH | RC0346658 |
| Cardinal Health | CARDINAL HEALTH | RC0403802 |
| Cardinal Health | CARDINAL HEALTH | RD0108200 |
| Cardinal Health | CARDINAL HEALTH | RN0209583 |
| Cardinal Health | CARDINAL HEALTH | RN0231427 |
| Cardinal Health | CARDINAL HEALTH | RN0281054 |
| Cardinal Health | CARDINAL HEALTH | RO0153609 |
| Cardinal Health | CARDINAL HEALTH | RW0191407 |
| Cardinal Health | CARDINAL HEALTH | RW0191419 |
| Cardinal Health | CARDINAL HEALTH | RW0191813 |
| Cardinal Health | CARDINAL HEALTH | RW0191926 |
| Cardinal Health | CARDINAL HEALTH | RW0216449 |
| Cardinal Health | CARDINAL HEALTH | RW0231908 |
| Cardinal Health | CARDINAL HEALTH | RW0234928 |
| Cardinal Health | CARDINAL HEALTH | RW0236009 |
| Cardinal Health | CARDINAL HEALTH | RW0243725 |
| Cardinal Health | CARDINAL HEALTH | RW0243903 |
| Cardinal Health | CARDINAL HEALTH | RW0263056 |
| Cardinal Health | CARDINAL HEALTH | RW0263549 |
| Cardinal Health | CARDINAL HEALTH | RW0269654 |
| Cardinal Health | CARDINAL HEALTH | RW0279996 |
| Cardinal Health | CARDINAL HEALTH | RW0283452 |
| Cardinal Health | CARDINAL HEALTH 110 | PT0186038 |
| Cardinal Health | CARDINAL HEALTH 110, LLC | PC0003044 |
| Cardinal Health | CARDINAL HEALTH 110, LLC | RK0416900 |

Confidential - Subject to Protective Order

| Seller Family | Seller Name | Seller DEA Number |
|---|---|---|
| Cardinal Health | CARDINAL HEALTH 110, LLC | RP0337370 |
| Cardinal Health | CARDINAL HEALTH P.R. 120, INC. | RB0374683 |
| Cardinal Health | CARDINAL HEALTH, INC. | RW0286333 |
| CVS | CVS INDIANA | RH0197170 |
| CVS | CVS ORLANDO FL DISTRIBUTION | RC0318128 |
| CVS | CVS PHARMACY INC | PM0124723 |
| CVS | CVS PHARMACY INC | RC0347725 |
| CVS | CVS PHARMACY, INC | RC0275467 |
| CVS | CVS PHARMACY, INC. | RC0315108 |
| CVS | CVS PHARMACY, INC. | RM0145347 |
| CVS | CVS RX SERVICES, INC | RC0415871 |
| CVS | CVS TN DISTRIBUTION, LLC | PR0205559 |
| CVS | CVS VERO FL DISTRIBUTION, L.L.C | RC0338031 |
| CVS | CVS VERO FL DISTRIBUTION, L.L.C. | RC0469292 |
| Discount Drug Mart | DISCOUNT DRUG MART | PD0203377 |
| H. D. Smith | H D SMITH WHOLESALE DRUG CO | PH0035964 |
| H. D. Smith | H D SMITH WHOLESALE DRUG CO | RB0268486 |
| H. D. Smith | H D SMITH WHOLESALE DRUG CO | RH0225056 |
| H. D. Smith | H D SMITH WHOLESALE DRUG CO | RS0269236 |
| H. D. Smith | H D SMITH WHOLESALE DRUG CO. | RH0323775 |
| H. D. Smith | H D SMITH WHOLESALE DRUG COMPANY | RH0366460 |
| H. D. Smith | H. D. SMITH | RH0340896 |
| H. D. Smith | H. D. SMITH | RH0344781 |
| H. D. Smith | H. D. SMITH WHOLESALE DRUG | RH0347282 |
| H. D. Smith | HD SMITH TEXAS DIVISION | PT0027296 |
| H. D. Smith | SMITH MEDICAL PARTNERS LLC | RS0375344 |
| HBC Service Company | HBC SERVICE COMPANY | RH0389773 |
| Henry Schein Inc | HENRY SCHEIN ANIMAL HEALTH | RB0393912 |
| Henry Schein Inc | HENRY SCHEIN ANIMAL HEALTH | RB0394938 |
| Henry Schein Inc | HENRY SCHEIN ANIMAL HEALTH | RB0394940 |
| Henry Schein Inc | HENRY SCHEIN ANIMAL HEALTH | RB0395219 |
| Henry Schein Inc | HENRY SCHEIN INC | RH0162494 |
| Henry Schein Inc | HENRY SCHEIN INC | RH0181709 |
| Henry Schein Inc | HENRY SCHEIN INC | RH0284199 |
| Henry Schein Inc | HENRY SCHEIN, INC | RH0236667 |
| Henry Schein Inc | HENRY SCHEIN, INC | RH0238192 |
| McKesson Corporation | MCKESSON BIO SERVICES | ███████ |

Confidential - Subject to Protective Order

| Seller Family | Seller Name | Seller DEA Number |
|---|---|---|
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON CORPORATION | |
| McKesson Corporation | MCKESSON DRUG COMPANY | |
| McKesson Corporation | MCKESSON MEDICAL SURGICAL INC | |

- 140 -

Confidential - Subject to Protective Order

| Seller Family | Seller Name | Seller DEA Number |
|---|---|---|
| McKesson Corporation | MCKESSON MEDICAL-SURGICAL INC | RG0223937 |
| McKesson Corporation | MCKESSON PACKAGING SERVICES | RM0306541 |
| McKesson Corporation | MCKESSON SPECIALTY CARE DISTRIBUTION CORPORATION | RO0338889 |
| McKesson Corporation | MCKESSON SPECIALTY DIST LLC | RM0339831 |
| McKesson Corporation | MCKESSON SPECIALTY DISTRIBUTION, LLC | RM0291207 |
| McKesson Corporation | MCKESSON SPECIALTY LOGISTICS | RM0301515 |
| McKesson Corporation | MCKESSON TRADING COMPANY | RM0212857 |
| McKesson Corporation | RX PAK DIV OF MCKESSON CORP | RR0276837 |
| McKesson Corporation | WATSON PHARMA INC | RS0104517 |
| Prescription Supply Inc | PRESCRIPTION SUPPLY INC | PP0031904 |
| Rite Aid | RITE AID DAYVILLE DISTRIBUTION CENTER | RR0355277 |
| Rite Aid | RITE AID MID-ATLANTIC | RR0236073 |
| Walgreen Co | WALGREEN ARIZONA DRUG CO | PW0221084 |
| Walgreen Co | WALGREEN CO | PW0122262 |
| Walgreen Co | WALGREEN CO | PW0211158 |
| Walgreen Co | WALGREEN CO | RW0152467 |
| Walgreen Co | WALGREEN CO | RW0204026 |
| Walgreen Co | WALGREEN CO | RW0277752 |
| Walgreen Co | WALGREEN CO | RW0281953 |
| Walgreen Co | WALGREEN CO | RW0294493 |
| Walgreen Co | WALGREEN CO | RW0308216 |
| Walgreen Co | WALGREEN CO. | RW0340757 |
| Walgreen Co | WALGREEN CO. | RW0347496 |
| Walgreen Co | WALGREEN EASTERN CO INC | RW0161872 |
| Walgreen Co | WALGREEN EASTERN CO., INC. | RW0376170 |
| Wal-Mart | WAL-MART PHARM WAREHOUSE #1 | PW0186785 |
| Wal-Mart | WAL-MART PHARMACY WAREHOUSE | RW0133479 |
| Wal-Mart | WAL-MART PHARMACY WAREHOUSE | RW0165731 |
| Wal-Mart | WAL-MART PHARMACY WHSE #45 | RW0282145 |
| Wal-Mart | WAL-MART PHCY WAREHOUSE #46 | RW0199908 |
| Wal-Mart | WAL-MART WAREHOUSE #32 | RW0186278 |

# Appendix 7: Description of Fields in Defendant Transaction Data

| | Buyer Information | | |
| --- | --- | --- | --- |
| | Buyer DEA Number | Buyer Name | Buyer Address |
| **Anda, Inc** | ✓ | ✓ | ✓ |
| **AmerisourceBergen Drug** | | | ✓ |
| **Cardinal Health** | ✓ | ✓ | ✓ |
| **CVS** | | | ✓ |
| **Discount Drug Mart** | ✓ | ✓ | ✓ |
| **HBC Service Company** | ✓ | | ✓ |
| **H. D. Smith** | ✓ | ✓ | ✓ |
| **Henry Schein** | | ✓ | ✓ |
| **McKesson Corporation** | ✓ | ✓ | ✓ |
| **Prescription Supply Inc** | ✓ | ✓ | ✓ |
| **Rite Aid** | | | |
| **Walgreens** | ✓ | | |
| **Walmart** | ✓ | | |

| | Transaction Information | | |
| --- | --- | --- | --- |
| | NDC | Transaction or Invoice Date | Quantity |
| **Anda, Inc** | ✓ | ✓ | ✓ |
| **AmerisourceBergen Drug** | ✓ | ✓ | ✓ |
| **Cardinal Health** | ✓ | ✓ | ✓ |
| **CVS** | ✓ | ✓ | ✓ |
| **Discount Drug Mart** | ✓ | ✓ | ✓ |
| **HBC Service Company** | ✓ | ✓ | ✓ |
| **H. D. Smith** | ✓ | ✓ | ✓ |
| **Henry Schein** | | ✓ | ✓ |
| **McKesson Corporation** | ✓ | ✓ | ✓ |
| **Prescription Supply Inc** | ✓ | ✓ | ✓ |
| **Rite Aid** | ✓ | ✓ | ✓ |
| **Walgreens** | ✓ | ✓ | ✓ |
| **Walmart** | ✓ | ✓ | ✓ |

- 142 -

| | Additional Transaction Information | | |
| --- | --- | --- | --- |
| | Drug Description | Transaction Code (Buy/Sell) | Action Indicator (Adjust/Delete) |
| Anda, Inc | ✓ | ✓ | |
| AmerisourceBergen Drug | ✓ | | |
| Cardinal Health | ✓ | | |
| CVS | ✓ | | |
| Discount Drug Mart | | ✓ | ✓ |
| HBC Service Company | | | |
| H. D. Smith | ✓ | | |
| Henry Schein | ✓ | | |
| McKesson Corporation | | | |
| Prescription Supply Inc | ✓ | | |
| Rite Aid | ✓ | | |
| Walgreens | ✓ | ✓ | ✓ |
| Walmart | ✓ | ✓ | ✓ |

| | Seller Information | | |
| --- | --- | --- | --- |
| | Seller DEA Number | Seller Name | Seller Address |
| Anda, Inc | ✓ | ✓ | ✓ |
| AmerisourceBergen Drug | | | |
| Cardinal Health | ✓ | ✓ | |
| CVS | | | |
| Discount Drug Mart | ✓ | ✓ | ✓ |
| HBC Service Company | | | |
| H. D. Smith | | | |
| Henry Schein | | | |
| McKesson Corporation | | | |
| Prescription Supply Inc | | | |
| Rite Aid | | | |
| Walgreens | ✓ | | |
| Walmart | | | |

- 143 -

Confidential - Subject to Protective Order

# Appendix 8: MME Conversion Factors (from CDC)

Opioid Oral Morphine Milligram Equivalent (MME) Conversion Factors[1,2]

| Type of Opioid (strength units) | MME Conversion Factor |
|---|---|
| Buprenorphine film/tablet[3] (mg) | 30 |
| Buprenorphine patch[4] (mcg/hr) | 12.6 |
| Buprenorphine film (mcg) | 0.03 |
| Butorphanol (mg) | 7 |
| Codeine (mg) | 0.15 |
| Dihydrocodeine (mg) | 0.25 |
| Fentanyl buccal or SL tablets, or lozenge/troche[5] (mcg) | 0.13 |
| Fentanyl film or oral spray[6] (mcg) | 0.18 |
| Fentanyl nasal spray[7] (mcg) | 0.16 |
| Fentanyl patch[8] (mcg) | 7.2 |
| Hydrocodone (mg) | 1 |
| Hydromorphone (mg) | 4 |
| Levorphanol tartrate (mg) | 11 |
| Meperidine hydrochloride (mg) | 0.1 |
| Methadone[9] (mg) | 3 |
| >0, <= 20 | 4 |
| >20, <=40 | 8 |
| >40, <=60 | 10 |
| >60 | 12 |
| Morphine (mg) | 1 |
| Opium (mg) | 1 |
| Oxycodone (mg) | 1.5 |
| Oxymorphone (mg) | 3 |
| Pentazocine (mg) | 0.37 |
| Tapentadol[10] (mg) | 0.4 |
| Tramadol (mg) | 0.1 |

---

[1] The MME conversion factor is intended only for analytic purposes where prescription data is used to calculate daily MME. It is to be used in the formula: Strength per Unit X (Number of Units/ Days Supply) X MME conversion factor = MME/Day. This value does not constitute clinical guidance or recommendations for converting patients from one form of opioid analgesic to another. Please consult the manufacturer's full prescribing information for such guidance. Use of this file for the purposes of any clinical decision-making warrants caution.

[2] National Center for Injury Prevention and Control. CDC compilation of benzodiazepines, muscle relaxants, stimulants, zolpidem, and opioid analgesics with oral morphine milligram equivalent conversion factors, 2016 version. Atlanta, GA: Centers for Disease Control and Prevention; 2016. Available at https://www.cdc.gov/drugoverdose/media/. For more information, send an email to Mbohm@cdc.gov.

[3] Buprenorphine formulations with a FDA approved indication for Medication Assisted Treatment (MAT) are excluded from Medicare's Overutilization Monitoring System's opioid overutilization reporting.

[4] The MME conversion factor for buprenorphine patches is based on the assumption that one milligram of parenteral buprenorphine is equivalent to 75 milligrams of oral morphine and that one patch delivers the dispensed micrograms per hour over a 24 hour day. Example: 5 ug/hr buprenorphine patch X 24 hrs = 120 ug/day buprenorphine = 0.12 mg/day = 9 mg/day oral MME. In other words, the conversion factor not accounting for days of use would be 9/5 or 1.8.

However, since the buprenorphine patch remains in place for 7 days, we have multiplied the conversion factor by 7 (1.8 X 7 = 12.6). In this example, MME/day for five 5 µg/hr buprenorphine patches dispensed for use over 28 days would work out as follows: Example: 5 ug/hr buprenorphine patch X (4 patches/28 days) X 12.6 = 9 MME/day. Please note that because this allowance has been made based on the typical dosage of one buprenorphine patch per 7 days, you should first change all Days Supply in your prescription data to follow this standard, i.e., Days Supply for buprenorphine patches= # of patches x 7.

[5] The MME conversion factor for fentanyl buccal tablets, sublingual tablets, and lozenges/troche is 0.13. This conversion factor should be multiplied by the number of micrograms in a given tablet or lozenge/troche.

[6] The MME conversion factor for fentanyl film and oral spray is 0.18. This reflects a 40% greater bioavailability for films compared to lozenges/tablets and 38% greater bioavailability for oral sprays compared to lozenges/tablets.

[7] The MME conversion factor for fentanyl nasal spray is 0.16, which reflects a 20% greater bioavailability for sprays compared to lozenges/tablets.

[8] The MME conversion factor for fentanyl patches is based on the assumption that one milligram of parenteral fentanyl is equivalent to 100 milligrams of oral morphine and that one patch delivers the dispensed micrograms per hour over a 24 hour day. Example: 25 ug/hr fentanyl patch X 24 hrs = 600 ug/day fentanyl = 60 mg/day oral morphine milligram equivalent.
In other words, the conversion factor not accounting for days of use would be 60/25 or 2.4.
However, since the fentanyl patch remains in place for 3 days, we have multiplied the conversion factor by 3 (2.4 X 3 = 7.2). In this example, MME/day for ten 25 µg/hr fentanyl patches dispensed for use over 30 days would work out as follows:
Example: 25 ug/hr fentanyl patch X (10 patches/30 days) X 7.2 = 60 MME/day. Please note that because this allowance has been made based on the typical dosage of one fentanyl patch per 3 days, you should first change all Days Supply in your prescription data to follow this standard, i.e., Days Supply for fentanyl patches= # of patches X 3.

[9] The CDC MME conversion factor to calculate morphine milligram equivalents is 3. CMS uses this conversion factor when analyzing Medicare population opioid use. CMS uses the graduated methadone MME conversion factors to calculate MME within the Overutilization Monitoring System (OMS) for identifying and reporting potential opioid overutilizers.
https://www.cdc.gov/drugoverdose/pdf/calculating_total_daily_dose-a.pdf.

[10] Tapentadol is a mu receptor agonist and norepinephrine reuptake inhibitor. Oral MMEs are based on degree of mu-receptor agonist activity, but it is unknown if this drug is associated with overdose in the same dose-dependent manner as observed with medications that are solely mu receptor agonists

Confidential - Subject to Protective Order

## Appendix 9: Additional Expert Report Figures and Charts

Attached as separate 3,877-page PDF.

## Appendix 10: Distributor Flagged Transaction Reports

Attached as separate 1,260-page PDF.

## Appendix 11: Chain Distributor Flagged Transaction Reports

Attached as separate 540-page PDF.