# EXHIBIT 6

```
 1                UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3
      IN RE: NATIONAL           )
 4    PRESCRIPTION              )   MDL No. 2804
      OPIATE LITIGATION         )
 5    _____    )   Case No.
                                )   1:17-MD-2804
 6                              )
      THIS DOCUMENT RELATES     )   Hon. Dan A.
 7    TO ALL CASES              )   Polster
 8
                    WEDNESDAY, APRIL 24, 2019
 9
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                          - - -
12           Videotaped deposition of Anna
13    Lembke, M.D., held at the offices of Lieff
14    Cabraser Heimann & Bernstein, LLP, 275
15    Battery Street, 29th floor, San Francisco,
16    California, commencing at 8:07 a.m., on the
17    above date, before Carrie A. Campbell,
18    Registered Diplomate Reporter and Certified
19    Realtime Reporter.
20
21
22                          - - -
23
               GOLKOW LITIGATION SERVICES
24         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
25
```

```
 1           having been more skeptical about the
 2           use of opioids, but in general, I
 3           believe that doctors were primarily
 4           duped by the defendants into
 5           prescribing opioids for chronic pain
 6           and minor pain conditions.
 7   QUESTIONS BY MR. TSAI:
 8           Q.    And can you point to me
 9   anywhere where you have quantified the degree
10   or extent of, as you say, the responsibility
11   of prescribers in Cuyahoga and Summit
12   Counties due to their lack of diligence or
13   negligence?
14                MR. ARBITBLIT:  Object to form.
15                THE WITNESS:  It's not a lack
16           of diligence or negligence.  It's a
17           matter of a paradigm shift in the way
18           that doctors were pressured into
19           treating pain with opioids, and I have
20           quantified that in an article that we
21           published in The Journal of the
22           American Medical Association, showing
23           that the increase in opioid
24           prescribing based on the Medicare
25           Part D database -- which is a database
```

```
 1          that covers the entire United States,
 2          showing that increased prescribing has
 3          not been driven primarily by a small
 4          subset of prolific prescribers, but by
 5          a paradigm shift in prescribing
 6          opioids across all different types of
 7          prescribers such that we were all
 8          prescribing more opioids as a result
 9          of misrepresentation of the evidence
10          by the defendants.
11   QUESTIONS BY MR. TSAI:
12        Q.    And what was the quantification
13   of the degree of responsibility for
14   physicians in your analysis?
15             MR. ARBITBLIT:  Object to form.
16             THE WITNESS:  I feel like I've
17        answered that question.
18   QUESTIONS BY MR. TSAI:
19        Q.    Well, if there's an amount or a
20   number, would that be in the article?
21             MR. ARBITBLIT:  Object to form.
22   QUESTIONS BY MR. TSAI:
23        Q.    Or was it a qualitative
24   analysis?
25        A.    It was a quantitative analysis.
```

```
 1                  The article uses the
 2    quantitative analysis of the Medicare Part D
 3    database to demonstrate that pill mill
 4    doctors, doctors who, as you suggested, are
 5    committing crimes are not the major factor.
 6    Those doctors exist.
 7                  Their behavior is
 8    reprehensible, but the vast majority of
 9    opioids prescribed in this country are
10    prescribed not by such ethically compromised
11    doctors, but by well-intentioned doctors who
12    have been prescribing according to the
13    misrepresentation of the evidence made
14    available to them by the actions of the
15    defendants.
16                  (Lembke Exhibit 11 marked for
17         identification.)
18    BY MR. TSAI:
19         Q.    So I'll introduce exhibit next
20    in order.  So this is a --
21         A.    I don't have it yet.  Just grab
22    it?
23         Q.    I'll describe it to you while
24    the court reporter is marking it.
25                  I'll represent to you that this
```

1    is a press release from the US Department of

2    Justice.  It's dated August 22, 2018.

3            Were you aware of that press

4    conference that happened right in Cleveland,

5    Ohio?

6        A.   I might have read about it if

7    it was in the public domain.  I don't

8    specifically recall.

9        Q.   Okay.  So if you could turn to

10   page -- starting on page 3 of this exhibit,

11   press release, and I would just like to focus

12   you in on this issue.  It is the third

13   paragraph from the bottom, and I'll just read

14   it.

15           "My third announcement arises

16   from Operation Darkness Falls, a joint

17   operation against dark net fentanyl

18   traffickers by the FBI, the IRS, our Postal

19   Inspectors and Homeland Security

20   investigators, again right here in northern

21   Ohio.

22           "Today I'm announcing that this

23   office has charged a husband and wife who, at

24   the time of their arrest, were the most

25   prolific dark fentanyl vendor in the United