UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>THIS DOCUMENT RELATES TO:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.,*<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Case No. 1:17-md-2804<br><br>Judge Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING DEFENDANTS' DAUBERT MOTION TO EXCLUDE THE OPINIONS OFFERED BY JAMES RAFALSKI**

Upon consideration of Defendants' Daubert Motion to Exclude the Opinions Offered by James Rafalski and any opposition and replies thereto, it is hereby:

**ORDERED** that Defendants' Daubert Motion to Exclude the Opinions offered by James Rafalski is **GRANTED**.

	Hon. Dan A. Polster
	United States District Judge