| Ex. # | Exhibit Name | Designation |
|---|---|---|
| 1 | March 25, 2019 Expert Report of David Cutler | Motion to Seal Pending re Redactions |
| 2 | April 26, 2019 and April 27, 2019 Depositions of David Cutler, Ph.D. | None |
| 3 | June 21st, 2019 Corrected and Restated Expert Report of Kevin M. Murphy, Ph.D. | Motion to Seal Pending re Redactions |
| 4 | Anne Case, et al., *Mortality and Morbidity in the 21st Century,* Brookings Papers on Economic Activity (2017). | None |
| 5 | May 10, 2019 Expert Report of Professor Iain Cockburn | Motion to Seal Pending re Redactions |
| 6 | May 10, 2019 Expert Report of Professor Margaret K. Kyle | None |