UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804<br>Case No. 17-md-2804<br>Judge Dan Aaron Polster |

**This document relates to:**
*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.*,
Case No. 18-OP-45090

---

### DECLARATION OF TIMOTHY W. KNAPP IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE DAVID CUTLER'S OPINIONS AND PROPOSED TESTIMONY

I, Timothy W. Knapp, declare as follows:

1. I am an attorney at Kirkland & Ellis LLP, counsel for Defendants Allergan Finance, LLC, Allergan plc, Allergan Sales, LLC, and Allergan USA, Inc. in the above captioned case.

2. I submit this declaration in support of Defendants' Motion to Exclude David Cutler's Opinions and Proposed Testimony.

3. Attached as Exhibit 1 is a true and correct copy of the March 25, 2019 Expert Report of Professor David Cutler.

4. Attached as Exhibit 2 is a true and correct copy of excerpts from the April 26, 2019 and April 27, 2019 depositions of David Cutler, Ph.D.

5. Attached as Exhibit 3 is a true and correct copy excerpts from the June 21, 2019 Corrected and Restated Expert Report of Kevin M. Murphy, Ph.D.

6. Attached as Exhibit 4 is a true and correct copy of Anne Case, et al., *Mortality and Morbidity in the 21st Century*, Brookings Papers on Economic Activity (2017).

7. Attached as Exhibit 5 is a true and correct copy of excerpts from the May 10, 2019 Expert Report of Professor Iain Cockburn.

8. Attached as Exhibit 6 is a true and correct copy of excerpts from the May 10, 2019 Expert Report of Professor Margaret K. Kyle.

                                                Respectfully submitted,

Dated: June 28, 2019                    */s/ Timothy W. Knapp*
                                          Timothy W. Knapp
                                            KIRKLAND & ELLIS LLP
                                            300 North LaSalle
                                            Chicago, IL  60654
                                            Tel: (312) 862-2000
                                            timothy.knapp @kirkland.com

                                            *Attorney for Defendants Allergan Finance, LLC f/k/a Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.; Allergan Sales, LLC; Allergan USA, Inc.; and specially appearing Defendant Allergan plc f/k/a Actavis plc*

3

## CERTIFICATE OF SERVICE

    I, Timothy W. Knapp, hereby certify that the foregoing document was served via electronic mail to all parties.

                      */s/ Timothy W. Knapp*
                      Timothy W. Knapp
                      KIRKLAND & ELLIS LLP
                      300 North LaSalle
                      Chicago, IL  60654
                      Tel: (312) 862-2000
                      timothy.knapp@kirkland.com