# Exhibit 5

CONFIDENTIAL

# EXPERT REPORT OF PROFESSOR IAIN COCKBURN
## May 10, 2019

adults, who lose the stability and security of a more committed relationship, and the children, who see some men that are "unsuitable as fathers" and others who are "suitable," but "bring renewed loss … when it is their turn to depart."[175]

99. These are the effects on family, fulfillment, and perceptions of life's meaning and satisfaction that Case and Deaton (2017) are referencing when they note how an economic explanation alone is insufficient to explain "deaths of despair." Despair does not come only from lower real wages. It results from the accumulation of disadvantage stemming from shifts since the 1970s in more fundamental social and economic arrangements for non-college-educated men and women in the U.S. This cumulative disadvantage then leads to "increasing distress, and the failure of life to turn out as expected" for these individuals.[176] This in turn can lead people to "compensat[e] through other risky behaviors such as abuse of alcohol and drug use that predispose toward [negative] outcomes…"[177] Deaths stemming from these behaviors and suicides are "deaths of despair."[178]

100. In the comment he wrote on Case and Deaton (2017), Professor Cutler states that there is no way to understand the increase in mortality among non-college-educated U.S. individuals aged 45–54 "without considering the sources of despair, and the sources of despair must be very deep-seated indeed."[179] "At root," he says, "is economic and social breakdown."[180] Consistent with this, he agrees with Case and Deaton (2017)'s despair narrative:

> Their [Case and Deaton (2017)] overall suggestion is [that] [p]eople despair when their material and social circumstances are below what they had expected. This despair leads people to act in ways that significantly harm their health. This may have a direct impact on death through suicide, or an indirect impact through heavy

---

[175] Case and Deaton (2017), p. 432.
[176] Case and Deaton (2017), p. 434.
[177] Case and Deaton (2017), p. 434.
[178] Other academics writing about the increase in drug overdoses in the U.S. in the past few years have cited Case and Deaton (2017) and this deep despair idea. For example, Jalal et al. (2018) noted that "sociological and psychological 'pull' forces may be operative to accelerate demand [for drugs], such as despair, loss of purpose, and dissolution of communities. Elucidation of the dynamics of these 'deep' drivers of the overdose epidemic may provide valuable new insights." Hawre Jalal et al., "Changing dynamics of the drug overdose epidemic in the United States from 1979 through 2016," *Science*, 361, no. 6408, 2018 ("Jalal et al. (2018)").
[179] Case and Deaton (2017), p. 445.
[180] Case and Deaton (2017), p. 445.

drinking, smoking, drug abuse, or not taking preventive medications for conditions such as heart disease. At root is economic and social breakdown.

This explanation is certainly correct.[181]

101. In line with this narrative, Professor Cutler recognizes that opioids are closer to symptoms rather than causes of the underlying despair. Curiously, however, even though Professor Cutler recognizes the importance of this multi-faceted, underlying despair that is so critical in explaining "deaths of despair," he makes no attempt in his direct regression model to account for many of the non-economic elements of the underlying despair. For example, he does not include marriage rates, cohabitation rates, out of wedlock birth rates, church membership and attendance, civic engagement, or union membership in his model.[182] This matters because if despair driven by changing societal norms causes opioid-related deaths, then failure to account for these factors will result in inflated estimates of the impact of prescription opioid shipments on mortality.

102. Part of the reason Professor Cutler may not have included such factors in his model is that, as Case and Deaton (2017) and Professor Cutler recognize, these factors are difficult to measure at the local level over extended periods of time and ultimately may not even sufficiently capture the hard-to-measure underlying despair.[183] But Professor Cutler does not appear to have made an effort to find a direct proxy for "despair." Instead, he simply says that he "controlled for as many factors as [he] could possibly get any information on…" and "… took account of everything that [he] could think of that would pick up the malaise [discussed by Case and Deaton (2017)]."[184]

103. Had he sought to more fully account for "despair," however, he might have discovered that there is in fact a proxy available which can be used to isolate, at least to some degree, the

---

[181] Cutler comment on Case and Deaton (2017), p. 445. In his deposition, Professor Cutler agreed that "there is a lot of malaise in many parts of the country that would remain even without opioids." Deposition of David Cutler, April 26, 2019 ("Cutler Deposition"), 304:21–305:2.
[182] Cutler Report, ¶ 88 and Appendix III.H.
[183] Case and Deaton (2017), pp. 437, 445.
[184] Cutler Deposition, 305:11–17. Professor Cutler goes on to say that he "believe[s] that I have included many, many variables [in his regressions] that reflect the 'deep malaise' or the difficulty that people are feeling associated with economic conditions, social conditions, demographic conditions." Cutler Deposition, 312:14–313:5.

separate, incremental impact of prescription opioid shipments on mortality.[185] This proxy is the non-opioid-related "deaths of despair" rate, as measured by Case and Deaton (2015 and 2017).[186]

104. When one includes this despair proxy in Professor Cutler's direct regression model, the incremental impact of prescription opioid shipments on mortality falls substantially, while the impact of the despair is positive and statistically significant. Specifically, as shown in Exhibit 2, the estimated impact of prescription opioid shipments on opioid-related mortality per 100,000 people drops by more than half from ███████. The model is also better able to explain the variation seen across counties in opioid-related mortality, indicating that underlying despair is an important factor in explaining the change in opioid-related mortality between 1993–1995 and 2009–2010.

105. Similarly, accounting for underlying despair reduces Professor Cutler's subsequent estimates of the share of opioid-related mortality attributable to Defendants' alleged misconduct based on his direct regression model. In particular, his estimates of the share of opioid-related mortality due to Defendants' alleged misconduct in each year from 2006 to 2010, which he shows in his Table III.10, fall from a range of ███ percent to a range of ███ percent, as shown in my Exhibit 3. Likewise, his estimates of the share of licit opioid-related mortality due to Defendants' alleged misconduct in each year from 2010 to 2016, which he shows in his Table III.11, fall from a range of ███ percent to ███ percent, as shown in my Exhibit 4.

---

[185] This incremental impact would include the extent to which prescription opioid shipments increase the likelihood that despair leads to death.

[186] The different types of "deaths of despair" Case and Deaton (2017) identify (alcoholism-related mortality, opioid-related mortality, other drug-related mortality, and non-drug-and-alcohol suicides) can be thought of as being driven by a common component (the "cumulative disadvantage," deep despair that is driving all "deaths of despair," and an idiosyncratic component specific to each type). Provided the idiosyncratic components are not highly correlated across the different types, non-opioid-related "deaths of despair" will be a good proxy for the common component, and can be used in a regression model focused on explaining opioid-related "deaths of despair" rate to account for this important factor that Professor Cutler omits from his model. I calculate "deaths of despair" rate according to Case and Deaton's method, using the same ICD-9 and ICD-10 codes as they do to isolate deaths resulting from drug overdoses, suicide, and alcohol-related liver mortality. To these codes, I add the ICD codes representing assault by drugs in order to make Case and Deaton's drug death definition consistent with Professor Cutler's. I then subtract Professor Cutler's opioid mortality rate from this "deaths of despair" rate to get non-opioid-related "deaths of despair" rate.

CONFIDENTIAL

### 2. Indirect Regression Model

106. Professor Cutler implements two indirect regression models in order to estimate the impact of opioid shipments on opioid-related mortality. The first indirect regression model uses a baseline period of 2008–2010 to estimate illicit opioid-related mortality for the 2011–2016 period based on economic and demographic factors. The second indirect regression model uses a baseline period of 1993–1995 to estimate all opioid-related mortality for the 2006–2016 period based on economic and demographic factors.

107. Similar to Professor Rosenthal's indirect regression models, Professor Cutler's indirect regression models are flawed because they attribute any opioid-related mortality not explained by a limited set of economic and demographic factors to prescription opioid shipments. This is not a valid assumption. As Professor Cutler acknowledges in his report:

> The indirect regression attributes the entirety of unexplained opioid-related mortality to shipments. To the extent that other factors not modelled in the "baseline" regression contributed to increases in opioid mortality, the indirect approach has the potential to overstate the impact of defendants' actions.[187]

108. Hence, if there are any factors that contributed to the increase in opioid-related mortality that Professor Cutler does not model—either because they are hard to measure or because he does not think they warrant inclusion—then his indirect model admittedly inflates the impact of prescription opioid shipments. One such factor is the underlying "despair" I discussed above.[188] Professor Cutler does not attempt to model many of the non-economic elements of underlying despair in his indirect regression model.

109. Nor does he attempt to model how the availability, potency, and price of illicit opioids (*e.g.*, heroin, fentanyl) trafficked by drug dealers affect opioid-related mortality.[189] There is

---

[187] Cutler Report, ¶ 78, FN 53.
[188] *See* Cutler comment on Case and Deaton (2017), p. 445 for evidence of Professor Cutler acknowledging the importance of "deaths of despair."
[189] Professor Cutler claims that "thicker" illicit opioid markets post-2010 were "partially a result of opioid shipments prior to 2010." *See* Cutler Report, ¶ 71. He provides no causal evidence for this claim, however; nor does Professor Gruber, to whom Professor Cutler cites. *See* Cutler Report, ¶ 71; Expert Report of Professor Jonathan Gruber, March 25, 2019 ("Gruber Report"), ¶ 66. Even if this were the case though, Professor Cutler would need to take into account any portion of the increased supply of illicit opioids that is not due to opioid shipments to produce accurate estimates of the share of opioid-related mortality caused by shipments. In addition, Professor Cutler fails to