IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804** <br> **Case No. 17-md-2804** <br> **Judge Dan Aaron Polster** |

**This document relates to:**

*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.*, Case No. 18-OP-45090

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE DAVID CUTLER'S OPINIONS AND PROPOSED TESTIMONY**

Upon consideration of Defendants' Motion to Exclude David Cutler's Opinions and Proposed Testimony and any opposition thereto, it is hereby:

**ORDERED** that Defendants' Motion to Exclude David Cutler's Opinions and Proposed Testimony is **GRANTED**.

All opinions and proposed testimony of David Cutler are **EXCLUDED IN THEIR ENTIRETY.**

_____
Hon. Dan A. Polster
United States District Judge