**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P.,* Case No. 18-OP-45090 (N.D. Ohio);<br>*County of Cuyahoga v. Purdue Pharma L.P.*, Case No. 17-OP-45004 (N.D. Ohio) | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## DEFENDANT NORMACO, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS OR, IN THE ALTERNATIVE, SUMMARY JUDGMENT

Pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, Defendant Noramco, Inc. ("Noramco") moves this Court for judgment on the pleadings in its favor and against Plaintiffs County of Summit and Cuyahoga County ("Plaintiffs") on all claims asserted against Noramco. Alternatively, pursuant to Rule 56 of the Federal Rules of Civil Procedure, Noramco moves this Court for summary judgment on all of Plaintiffs' claims. In support of this motion, Noramco relies on the pleadings, the record, the Memorandum and exhibits filed contemporaneously herewith, and any other evidence requested or permitted by the Court.

Accordingly, Noramco respectfully requests that the Court grant judgment on the pleadings or, in the alternative, summary judgment, in favor of Noramco and against Plaintiffs on all claims and dismiss with prejudice all of Plaintiffs' claims against Noramco in their entirety.

Dated: June 28, 2019					Respectfully submitted,

						*/s/ Daniel G. Jarcho*
						Daniel G. Jarcho
						D.C. Bar No. 391837
						ALSTON & BIRD LLP
						950 F Street NW
						Washington, DC 20004
						Telephone: (202) 239-3254
						Facsimile: (202) 239-333
						E-mail: daniel.jarcho@alston.com

						Cari K. Dawson
						Georgia Bar No. 213490
						Jenny A. Hergenrother
						Georgia Bar No. 447183
						ALSTON & BIRD LLP
						1201 West Peachtree Street NW
						Atlanta, GA 30309
						Tel.: (404) 881-7000
						Fax: (404) 881-7777
						cari.dawson@alston.com
						jenny.hergenrother@alston.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I served the foregoing on the Parties, the Court, and the Special Masters in accordance with the Court's directions in Dkt. 1719.

*/s/ Daniel G. Jarcho*
Daniel G. Jarcho