UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P.,* Case No. 18-OP-45090 (N.D. Ohio);<br>*County of Cuyahoga v. Purdue Pharma L.P.*, Case No. 17-OP-45004 (N.D. Ohio) | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### [PROPOSED] ORDER GRANTING DEFENDANT NORMACO, INC.'S MOTION FOR JUDGMENT ON THE PLEADINGS

Upon consideration of Defendant Noramco, Inc.'s Motion for Judgment on the Pleadings and any opposition thereto, it is hereby **ORDERED** that Defendant Noramco, Inc.'s Motion for Judgment on the Pleadings is **GRANTED**.

It is further **ORDERED** that, pursuant to Rule 12(c) of the Federal Rules of Civil Procedure, all claims asserted in the Track One Complaints (Dkts. 1465, 1466, 1630, 1631) by Plaintiffs County of Summit and Cuyahoga County against Defendant Noramco, Inc. are **DISMISSED** with prejudice.

 

 

                                                                   Hon. Dan A. Polster
                                                                United States District Judge