# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION
OPIATE LITIGATION

This document relates to:

*County of Summit, Ohio, et al. v. Purdue
Pharma L.P.,* Case No. 18-OP-45090
(N.D. Ohio);
*County of Cuyahoga v. Purdue Pharma L.P.*,
Case No. 17-OP-45004
(N.D. Ohio)

MDL No. 2804

Case No. 17-md-2804

Hon. Dan Aaron Polster

## [PROPOSED] ORDER GRANTING DEFENDANT NORMACO, INC.'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Defendant Noramco, Inc.'s Motion for Summary Judgment, it is hereby **ORDERED** that Defendant Noramco, Inc.'s Motion for Summary Judgment is **GRANTED**.

It is further **ORDERED** that, pursuant to Rule 56 of the Federal Rules of Civil Procedure, all claims asserted in the Track One Complaints (Dkts. 1465, 1466, 1630, 1631) by Plaintiffs County of Summit and Cuyahoga County (collectively "Plaintiffs") against Defendant Noramco, Inc. are **DISMISSED** with prejudice and judgment is entered in favor of Noramco, Inc. and against Plaintiffs on all claims.

_____
Hon. Dan A. Polster
United States District Judge