UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE OPINIONS AND TESTIMONY OF CRAIG MCCANN**

Upon consideration of Defendants' Motion to Exclude the Opinions and Testimony of Craig McCann and any opposition thereto, it is hereby:

**ORDERED** that Defendants' Motion to Exclude the Opinions and Testimony of Craig McCann is **GRANTED**.

All proposed testimony of Craig McCann is **EXCLUDED IN ITS ENTIRETY.**

_____
Hon. Dan A. Polster
United States District Judge