# EXHIBIT 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Cuyahoga, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**EXPERT REPORT OF JOHN J. MACDONALD III**

**May 10, 2019**

Highly Confidential – Attorneys' Eyes Only

Highly Confidential – Attorneys' Eyes Only

In Re National Prescription Opiate Litigation – Track 1
Expert Report of John J. MacDonald III

Table 4: Percentage of McCann Flagged Cardinal Dosage Units Affected by Contextual Analysis (2006-2017)

| Contextual Analysis | Description | % of McCann's Six-Month Trailing Method (Dosage Units) | % of Any Method (Dosage Units) |
|---|---|---|---|
| Shipments captured by McCann "carry-forward" rule | Captured because a prior shipment violated the criteria (i.e., not based on the shipment itself) | 94.3% | 31.8% |
| Hydrocodone Rescheduling | Captured because no adjustment for hydrocodone rescheduling | 5.0% | 19.2% |
| Size of Pharmacy | Captured despite less than 22% of customer's shipped volume was controlled substances | 84.0% | 82.3% |
| Proximity to a Hospital | Captured despite pharmacy being located in close proximity to a hospital | 26.9% | 28.3% |
| Hospital Contractual Relationship | Captured despite pharmacy having a 340B relationship with hospital | 8.6% | 8.4% |
| Total Percentage of McCann's Analysis Affected by Contextual Analysis | | 99.6% | 95.5% |

A.  **Review Each Order as a Stand-Alone Shipment**

82.  As described above, each of McCann's methods identifies not just shipments above his defined threshold for the month being analyzed, but also all subsequent shipments for a

33

Highly Confidential – Attorneys' Eyes Only

In Re National Prescription Opiate Litigation – Track 1
Expert Report of John J. MacDonald III

customer after a single flagged shipment.[84] For instance, if a shipment in January 2006 exceeded the volume threshold identified by McCann's method, all subsequent shipments of that drug to the same customer are flagged. This "carry-forward" assumption drives a majority of McCann's flagged shipments under the six-month trailing method, over 94% of which would fall below his monthly thresholds if evaluated on a monthly basis.[85]

83. To quantify the effect of this assumption on McCann's results, I have implemented his methods without the carry-forward assumption (i.e., only identifying the particular shipments that would be above the monthly thresholds). The results indicate that in many cases, McCann is not identifying "orders of unusual size;" rather, he is flagging customers and capturing all of their product shipments after a certain date. For example, the results of the six-month trailing method appear to identify a large number of shipments exceeding the identified threshold, however, when the carry-forward rule is eliminated, even under McCann's methodology, only about 5% of Cardinal doses shipped would be identified. Table 5 below describes the impact of removing the carry-forward rule for each of McCann's methods.

**Table 5: Comparison of Percentage of Cardinal Transactions Flagged When Removing Carry-Forward (2006-2017)[86]**

| McCann Method | % Flagged - McCann Method | % Flagged - Remove Carry-Forward | % of McCann Flagged Dosage Units Affected |
|---|---|---|---|
| Six-Month Trailing | | | 94.3% |
| Two Times Trailing Twelve-Month | | | 72.6% |
| Three Times Trailing Twelve-Month | | | 78.3% |
| 8,000 Monthly Maximum | | | 57.8% |
| Maximum Daily Dosage Units | | | 37.4% |
| *Any McCann Method* | | | *31.8%* |

84. An issue specific to Cardinal is that the company produced data back to 1996 whereas complete data is not consistently available for other distributors until 2006. Because

---

[84] "In this approach and the others implemented below I have been asked by Counsel to assume that the Distributor did not effectively investigate the flagged transactions and so every subsequent transaction of that drug code is also flagged." McCann Report, ¶¶ 132, 136, 140, 144, 148.
[85] See Table 5.
[86] McCann Dataset.

34