# EXHIBIT 7

Walgreens to
All Buyers in Cuyahoga, OH
1996-2018

# of Transactions