IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*"Track One Cases"* | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**MALLINCKRODT'S MOTION FOR
PARTIAL SUMMARY JUDGMENT**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Memorandum in Support of Mallinckrodt's Motion for Partial Summary Judgment, the undersigned defendants move for partial summary judgment for the reasons given in the accompanying memorandum of law, which is incorporated here.

Dated:  June 28, 2019	Respectfully Submitted,

*/s/ Brien T. O'Connor*
Brien T. O'Connor
Andrew J. O'Connor
Ropes & Gray LLP
Prudential Tower
800 Boylston St.
Boston, MA 02199-3600
(617) 235-4650
Brien.O'Connor@ropesgray.com
Andrew.O'Connor@ropesgray.com

*Counsel for Defendants Mallinckrodt LLC and SpecGx LLC, and appearing specially for Mallinckrodt plc[1]*

---

[1] Mallinckrodt plc is an Irish company that is not subject to and contests personal jurisdiction for the reasons explained in its pending motion to dismiss for lack of personal jurisdiction; it is specially appearing for this motion as a result of the Court's deadline to file dispositive and *Daubert* motions, and, thus, it does not waive and expressly preserves its pending personal jurisdiction challenges.

2

3

## CERTIFICATE OF SERVICE

I, Brien T. O'Connor, hereby certify that the foregoing document was served via file transfer protocol to all counsel of record.

/s/ *Brien T. O'Connor*
Brien T. O'Connor