# Exhibit 1

Document Produced in Native Format

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

Sales Orders, Track One Jurisdictions

| Order_Company | Order_Number | Order_Type | Line_Number | Business_Unit | Sold_to_Address_Number | Sold_to_Alpha_Name | Sold_to_Category_Code | Sold_to_Description | Sold_to_Zip | Sold_to_City | Sold_to_County | Sold_to_State | Sold_to_Country | Ship_to_Address_Number |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 00157 | 28511222 | SO | 1000 | PDS0200 | 50045223 | MCKESSON CORPORATION | 003 | Indirect | 61834 | DANVILLE | VERMILION | IL | US | 52001510 |

HIGHLY CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

Sales Orders, Track One Jurisdictions

| Ship_to_Alpha_Name | Ship_to_Category_Code | Ship_to_Description | Ship_to_Zip | Ship_to_City | Ship_to_County | Ship_to_State | Ship_to_Country | Ship_to_DEA_Number | JDE_Item_Number | Alpha_Item_Number | NDC_Item_Number | Transaction_Unit_of_Measure | Product_Description |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CLEVELAND CLINIC HOMECARE,INDEPEINACTIVE | 009 | Institutional | 44125 | INDEPENDENCE | CUYAHOGA | OH | US | ▇▇▇▇▇▇ | 1705168 | 036001 | 00406036001 | BT | HYDROCODONE/APAP 7.5/750 TABS |

HIGHLY CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

Sales Orders, Track One Jurisdictions

| Package_Description | Invoice_Document_Number | Quantity_Ordered | Quantity_Shipped | Quantity_Canceled | Unit_Price | Extended_Price | JDE_Status_Code_Next | JDE_Status_Code_Last | Requested_Date_Code | Requested_Date | Ship_Date_Code | Ship_Date | Invoice_Date_Code | Invoice_Date | Invoice_Year |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| BOTTLE OF 100 | 197061 | 480.00 | 480.00 | 0.00 | 12.25 | 5,880.00 | 999 | 620 | 98282 | 10/9/1998 | 98282 | 10/9/1998 | 98285 | 10/12/1998 | 1998 |

HIGHLY CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER

Sales Orders, Track One Jurisdictions

| Wholesaler_ID | Wholesaler_Name | Wholesaler_Postal_Code | Wholesaler_City | Wholesaler_County | Wholesaler_State | Wholesaler_Country | Agreement_Nbr | Contract_Name | Contract_Effective_Date | Contract_Expiration_Date | Sequence_Number | List_Price |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 0 | 0 | | 137604510 | 12.25 |

HIGHLY CONFIDENTIAL--SUBJECT TO PROTECTIVE ORDER