# Exhibit 2

MNK-T1_0007897646

Document Submitted in Native Format