# Exhibit 4

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3
      IN RE: NATIONAL            )
 4    PRESCRIPTION               )  MDL No. 2804
      OPIATE LITIGATION          )
 5    _____     )  Case No.
                                 )  1:17-MD-2804
 6                               )
      THIS DOCUMENT RELATES      )  Hon. Dan A.
 7    TO ALL CASES               )  Polster
 8
                 TUESDAY, JANUARY 8, 2019
 9
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                         - - -
12          Videotaped deposition of Ginger
13   Collier, held at the offices of STINSON
14   LEONARD STREET LLP, 7700 Forsyth Boulevard,
15   Suite 1000, St. Louis, Missouri, commencing
16   at 9:10 a.m., on the above date, before
17   Carrie A. Campbell, Registered Diplomate
18   Reporterand Certified Realtime Reporter.
19
20
21
22                         - - -
23
               GOLKOW LITIGATION SERVICES
24      877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
25
```

Highly Confidential - Subject to Further Confidentiality Review

| | | |
|---|---|---|
| 1 | QUESTIONS BY MR. GOTTO: | 15:25:13 |
| 2 | Q.   Okay.  And that would -- were | 15:25:13 |
| 3 | those rebates being suspended with respect to | 15:25:15 |
| 4 | oxy 15 and 30 sales? | 15:25:22 |
| 5 | A.   I wanted them suspended for all | 15:25:23 |
| 6 | products. | 15:25:25 |
| 7 | Q.   Okay.  Did that happen? | 15:25:25 |
| 8 | A.   I believe we did. | 15:25:27 |
| 9 | Q.   Okay.  And what was the reason | 15:25:28 |
| 10 | for that? | 15:25:32 |
| 11 | A.   I just didn't think that | 15:25:33 |
| 12 | Mallinckrodt had value in offering an | 15:25:34 |
| 13 | additional discount to some of these | 15:25:36 |
| 14 | customers.  They would just get additional | 15:25:39 |
| 15 | rebate for doing nothing, basically.  So we | 15:25:42 |
| 16 | just didn't see that there was value in doing | 15:25:47 |
| 17 | that. | 15:25:49 |
| 18 | Q.   Okay.  And then in the top | 15:25:49 |
| 19 | e-mail on the first page from Lisa Cardetti, | 15:25:56 |
| 20 | she says, "Originally we were going to | 15:25:56 |
| 21 | exclude all oxycodone.  Just wanted to verify | 15:26:01 |
| 22 | that we will only be excluding 15 and 30." | 15:26:02 |
| 23 | Now, do you understand her | 15:26:05 |
| 24 | there to be talking about excluding from the | 15:26:08 |
| 25 | VIP program? | 15:26:13 |

| | | |
|---|---|---|
| 1 | A. Yes. | 15:26:14 |
| 2 | Q. Okay. And which was it? Was | 15:26:14 |
| 3 | it excluding all oxycodone or just 15 and 30; | 15:26:17 |
| 4 | do you know? | 15:26:20 |
| 5 | MR. O'CONNOR: Object to form. | 15:26:20 |
| 6 | THE WITNESS: I believe it | 15:26:21 |
| 7 | became only the 15 and 30. We | 15:26:23 |
| 8 | remained with the 5 milligram. | 15:26:25 |
| 9 | QUESTIONS BY MR. GOTTO: | 15:26:29 |
| 10 | Q. Okay. You can set that aside. | 15:26:29 |
| 11 | (Mallinckrodt-Collier Exhibit | 15:26:30 |
| 12 | 29 for identification.) | 15:26:59 |
| 13 | QUESTIONS BY MR. GOTTO: | 15:26:59 |
| 14 | Q. Exhibit 29 is a two-page | 15:26:59 |
| 15 | document beginning at Bates | 15:27:01 |
| 16 | MNK-T1_0001553297. It appears to be a mailer | 15:27:08 |
| 17 | concerning a CME presentation. | 15:27:14 |
| 18 | Do you recognize this document? | 15:27:22 |
| 19 | A. No, I do not. | 15:27:24 |
| 20 | Q. Do you recall having any | 15:27:25 |
| 21 | familiarity with any CME presentations | 15:27:37 |
| 22 | concerning opioid rotation? | 15:27:42 |
| 23 | A. Not the specific CE. We did | 15:27:45 |
| 24 | discuss doing continuing education. | 15:27:51 |
| 25 | Q. On this topic? | 15:27:52 |

| | | |
|---|---|---|
| 1 | MR. O'CONNOR: Object to form. | 15:27:53 |
| 2 | THE WITNESS: I don't remember. | 15:27:54 |
| 3 | QUESTIONS BY MR. GOTTO: | 15:27:55 |
| 4 | Q. Okay. Do you know what opioid | 15:27:55 |
| 5 | rotation means in the context of this mailer? | 15:27:57 |
| 6 | A. No, I do not. | 15:28:00 |
| 7 | Q. Okay. And down toward the | 15:28:02 |
| 8 | bottom of the mailer it says, "This activity | 15:28:04 |
| 9 | is funded through an educational grant from | 15:28:06 |
| 10 | Mallinckrodt/Covidien." | 15:28:11 |
| 11 | Do you see that? | 15:28:12 |
| 12 | A. Yes. | 15:28:13 |
| 13 | Q. And educational grants of that | 15:28:13 |
| 14 | type, is that something that was handled by | 15:28:17 |
| 15 | the marketing department? | 15:28:20 |
| 16 | A. Not in my group, because this | 15:28:21 |
| 17 | is targeting physicians. We don't target | 15:28:25 |
| 18 | physicians at all. We don't even talk to | 15:28:27 |
| 19 | them. | 15:28:29 |
| 20 | Q. Okay. So whatever educational | 15:28:29 |
| 21 | grant underlay this presentation would have | 15:28:33 |
| 22 | been something that someone else handled? | 15:28:35 |
| 23 | A. Correct. | 15:28:37 |
| 24 | Q. Okay. All right. You can set | 15:28:37 |
| 25 | that aside. | 15:28:41 |

Highly Confidential - Subject to Further Confidentiality Review

```
 1              (Mallinckrodt-Collier Exhibits       15:28:55
 2         30 and 31 marked for identification.)     15:28:56
 3   QUESTIONS BY MR. GOTTO:                         15:28:56
 4         Q.    We've marked as Exhibit 30 a        15:29:23
 5   single-page document, MNK-T1_0004673096, and    15:29:54
 6   as Exhibit 31, a single-page document bearing   15:30:01
 7   the next succeeding Bates number.               15:30:06
 8               Could you take a look at those      15:30:08
 9   materials and tell me if you recognize them?    15:30:09
10         A.    I recognize this.                   15:30:11
11         Q.    The attachment?                     15:30:20
12         A.    I do.                               15:30:21
13         Q.    Okay.  So in Exhibit 30,            15:30:21
14   Mr. Vorderstrasse sends you an e-mail saying    15:30:26
15   that "working on ideas for McKesson, who was    15:30:28
16   looking for information to show that we were    15:30:33
17   accepted in the market and to give them ideas   15:30:37
18   of selling techniques that have proven          15:30:38
19   successful."                                    15:30:42
20               And then Exhibit 31 appears to      15:30:42
21   be the attachment to the e-mail; is that        15:30:44
22   right?                                          15:30:49
23         A.    Uh-huh.                             15:30:49
24         Q.    And so Exhibit 31 has some          15:30:50
25   information about Mallinckrodt historical      15:30:53
```

Highly Confidential - Subject to Further Confidentiality Review

| | | |
|---|---|---|
| 1 | market share and then "available sales | 15:30:55 |
| 2 | materials, parens, we will likely need PARC, | 15:30:59 |
| 3 | P-A-R-C, approval to send examples." | 15:31:02 |
| 4 | What is PARC in this setting? | 15:31:06 |
| 5 | A. Promotional material review | 15:31:07 |
| 6 | meeting. Promotional advertising review | 15:31:10 |
| 7 | committee. | 15:31:13 |
| 8 | Q. Okay. And that was a | 15:31:13 |
| 9 | Mallinckrodt committee? | 15:31:15 |
| 10 | A. Yes. | 15:31:15 |
| 11 | Q. Were you on the committee? | 15:31:15 |
| 12 | A. No, I submitted materials to | 15:31:16 |
| 13 | them -- | 15:31:18 |
| 14 | Q. Okay. | 15:31:19 |
| 15 | A. -- for approval. | 15:31:19 |
| 16 | Q. Who was on the committee; do | 15:31:19 |
| 17 | you know? | 15:31:21 |
| 18 | A. I didn't think I'd ever forget | 15:31:21 |
| 19 | his name, but, no, I don't remember the name. | 15:31:26 |
| 20 | Q. Do you remember what his -- | 15:31:29 |
| 21 | A. The key gentleman. | 15:31:30 |
| 22 | Q. Do you remember what | 15:31:34 |
| 23 | his position was? | 15:31:35 |
| 24 | A. He was the lead at PARC, and so | 15:31:35 |
| 25 | he reviewed all communications. | 15:31:37 |