# Exhibit 5

Highly Confidential - Subject to Further Confidentiality Review

```
  1                IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF OHIO
  2                        EASTERN DIVISION

  3

     IN RE NATIONAL PRESCRIPTION   | MDL No. 2804
  4                                |
     OPIATE LITIGATION             | Case No. 17-MD-2804
  5                                |
     APPLIES TO ALL CASES          | Hon. Dan A. Polster
  6

  7                              - - -

  8                    Wednesday, April 24, 2019

  9                              - - -

 10
                  CONFIDENTIAL - SUBJECT TO FURTHER
 11
                       CONFIDENTIALITY REVIEW
 12
                                 - - -
 13
                              Volume 2
 14

 15
             VIDEOTAPED DEPOSITION of MATTHEW PERRI, III,
 16    BS Pharm, Ph.D., RPh, held at Jones Day,
       1420 Peachtree Street, N.E., Suite 800, Atlanta,
 17    Georgia, commencing at 8:35 a.m., on the above date,
       before Susan D. Wasilewski, Registered Professional
 18    Reporter, Certified Realtime Reporter and Certified
       Realtime Captioner.
 19

 20

 21                              - - -

 22                  GOLKOW LITIGATION SERVICES
 23          877.370.3377 ph | 917.591.5672 fax
 24                     deps@golkow.com
 25
```

1      but stick to some questions specific to my client.

2           A.   Okay.

3           Q.   And I'm -- am I correct, based on what I

4      heard in your testimony so far, that you are not

5      offering a Teva-specific opinion in your report or

6      your testimony?

7           A.   Yes.

8           Q.   And similarly, you are not offering any

9      Cephalon-specific opinion in your report or your

10     testimony?

11          A.   Yes.

12          Q.   Okay.  If we could turn -- we can go back to

13     Exhibit 1 to your report, and if we could turn to

14     Paragraph 165.

15          A.   Okay.

16          Q.   All right.  This is under Subsection G,

17     Defendants' Generic Marketing; is that correct?

18          A.   Yes, it is.

19          Q.   And it looks to me like Subsection G goes

20     through Paragraph 182; is that correct?

21          A.   Yes.

22          Q.   And does this Section G, Paragraphs 165

23     through 182, represent the entirety of the opinions

24     you're giving on generic marketing, generics

25     marketing?

```
 1              MR. CHALOS:  Object to the form.
 2       A.   I think so.  I think the only other place
 3   there might be something related to marketing of
 4   generics would be in the section on the distribution
 5   channels, the supply chain earlier in the report,
 6   but it wouldn't be anything different.  It just
 7   might be supplemental.
 8       Q.   Okay.  And what do you mean, just so that we
 9   can be clear, when you refer to generic marketing?
10       A.   So the marketing for brand name
11   pharmaceuticals and marketing for generics, in my
12   experience, is slightly different.
13       Q.   Okay.
14       A.   So I felt as though I should distinguish
15   between the two in the report.  So to the extent
16   that different methods are used or different themes
17   are used, I wanted to have a section that
18   specifically related to the themes used with
19   generics.
20       Q.   Okay.  And this is specific to generic
21   prescription medicines, and in this case opioids,
22   it's not generic in the sense of nonspecific or
23   unbranded, it's generic prescription medicines and
24   opioids?
25       A.   Yes.
```

```
1       Q.   All right.  If we could turn to Paragraph
2    173.
3       A.   Okay.
4       Q.   And the last sentence of that paragraph
5    reads:  The key marketing messages are focused on
6    competitive prices and the assurance of consistent
7    supply of quality generic medicines -- medications.
8            Did I read that correctly?
9       A.   Yes, you did.
10      Q.   Thank you.  And I think you reference that
11   just a minute ago, that those marketing messages are
12   different than what you've seen with the branded
13   marketing messages; is that correct?
14      A.   Yes.
15      Q.   Okay.  And generic manufacturers do not
16   promote the safety, efficacy, or benefits of their
17   generic medications; is that correct?
18           MR. CHALOS:  Object to the form.
19      A.   I would agree that they generally don't do
20   that, but if there is not -- I can't say that that's
21   never done with respect to generics.  And if we
22   qualify that just a little bit, for example,
23   sometimes with generics there are -- references are
24   made to other products or comparable products, the
25   branded product itself.  So when that occurs, the
```

```
 1    generic is sort of linking itself to the branded
 2    rather than just standing alone on its own.  So with
 3    those qualifications -- generally, I completely
 4    agree with this, and this is what I see in the vast
 5    majority of the marketing messages associated with
 6    generics that I saw in the opioid matter, was that
 7    they focused on consistency of supply, pricing and
 8    quality of the products.
 9         Q.   Okay.  Thank you.  And turning to
10    Paragraph 182 -- sorry, 181, but just above still on
11    page 151.
12         A.   Okay.
13         Q.   Although we can read the sentence from the
14    beginning, just go back to page 150.  The sentence
15    starting:  "From a marketing and business
16    perspective, for each generic manufacturer who
17    decided to enter the opioid market, the profit
18    potential outweighed any barriers or potential
19    negative aspects of market entry, including concerns
20    over the risks of selling opioids."
21              Did I read that correctly?
22         A.   You did.
23         Q.   And this calculus, that profits outweigh the
24    risks and costs of a particular product, that
25    calculus is not unique to a decision to enter a
```

```
 1    market for opioids; is that correct?
 2       A.   Yes, that's true, the go/no go decision
 3    described in this section on my report, it would be
 4    true for any generic product being considered.
 5       Q.   Okay.  And medications that are available by
 6    prescription, as opposed to, say, over the counter,
 7    that is because there is some degree of risks
 8    associated with those medications, correct?
 9       A.   I think by definition, prescription
10    medications are more dangerous or more -- have more
11    potential for harms than over-the-continuer
12    medicines, yes.
13       Q.   Okay.  So a pharmaceutical manufacturer is
14    going to undergo a similar calculus when deciding to
15    manufacture or enter the market for any drug,
16    correct?
17       A.   I think there would be a contemplative
18    decision that would be made and they would -- they'd
19    have criteria.  Certainly I think the criteria for a
20    branded product may be different and certainly have
21    higher implications in terms of the amount of
22    investment that you've got to put into the product,
23    the amount of time that it would take to develop and
24    bring to market, but the overall "should we do this
25    or not" is going to be pretty similar at the end of
```

```
 1    the day:  Is this a market where we can find enough
 2    customers to satisfy a model that's going to
 3    generate the revenues we need to make to maximize
 4    shareholder wealth and stay in business?
 5         Q.   Okay.  And you're not giving an opinion that
 6    there is anything wrong with selling generic opioid
 7    medications; is that correct?
 8         A.   No, I'm not giving an opinion that there is
 9    anything wrong with that.
10         Q.   You're not giving an opinion that any
11    generic manufacturers in this case engaged in some
12    wrongful act; is that correct?
13              MR. CHALOS:  Object to the form.
14         A.   To the extent that, you know, opioid --
15    generic opioid manufacturers are part of the opinion
16    that, you know, the marketing expanded the opioid
17    market, they would be implicated in that, I think,
18    but I'm not making the assessment of right or wrong,
19    only that the marketing resulted in this expansion.
20    So I think the answer to your question is no, I'm
21    not giving that opinion, but there are opinions that
22    are related to that in the report just about the
23    expansion of the market, and certainly generics did
24    have a role in the expansion of the market.
25         Q.   Okay.  And generic opioids are subject to
```