# Exhibit 6

Highly Confidential - Subject to Further Confidentiality Review

```
 1                IN THE UNITED STATES DISTRICT COURT
                   FOR THE NORTHERN DISTRICT OF OHIO
 2                          EASTERN DIVISION

 3

      IN RE:  NATIONAL PRESCRIPTION    ) No. 17-md-2804
 4    OPIATE LITIGATION                ) MDL NO. 2804
                                       )
 5    APPLIES TO ALL CASES             ) Hon. Dan A. Polster
                                       )
 6

 7         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 8                   CONFIDENTIALITY REVIEW
 9
            VIDEO DEPOSITION OF KEVIN VORDERSTRASSE
10
                        December 5, 2018
11                         9:12 a.m.
12

13
14      Reporter:  John Arndt, CSR, CCR, RDR, CRR
                      CSR No. 084-004605
15                      CCR No. 1186
16
17
18
19
20
21
22
23
24
```

| | |
|---|---|
| 1 | and/or input of any of these financial forecasts? |
| 2 | A.   So at this time I was a product manager, |
| 3 | and I would provide unit volume sales forecasts and |
| 4 | price forecasts for the products for which I was |
| 5 | responsible for so that those could be rolled up in the |
| 6 | forecasting process. |
| 7 | Q.   And who were these results generally |
| 8 | shared with? |
| 9 | A.   The results of the forecasts were shared |
| 10 | with the operations and planning teams to drive |
| 11 | production scheduling.  They were also shared with |
| 12 | business management to review the state of the |
| 13 | business, and on a quarterly basis forecasting results |
| 14 | were shared with senior management at the level above |
| 15 | the general manager of the business. |
| 16 | Q.   You can set that aside.  I want to switch |
| 17 | gears to a different topic.  Is it correct to say that |
| 18 | Mallinckrodt employed sales reps to market and sell its |
| 19 | prescription opioids? |
| 20 | A.   Mallinckrodt employed sales |
| 21 | representatives to market and sell our prescription |
| 22 | branded opioids.  We employ national account managers |
| 23 | to contract for the sale of our generic prescription |
| 24 | opioids to wholesalers and pharmacy chains. |

 1        Q.    Did you ever employ national account
 2   managers to contract for the sale of branded
 3   prescription opioids?
 4        A.    We had a national account trade team which
 5   negotiated the wholesaler fee-for-service agreements
 6   for distribution of the branded products through
 7   wholesalers.
 8        Q.    And approximately how many sales reps did
 9   Mallinckrodt employ to market and sell Mallinckrodt
10   prescription branded opioids?
11        A.    Over time, the number ranged from 50 to
12   about 200 sales reps for branded opioids.  They were --
13   there were always multiple products to -- for those
14   sales representatives to market.  Those weren't always
15   all opioid products.
16        Q.    With respect to the national account
17   managers that Mallinckrodt contracted for the sale of
18   the generic prescription opioids, approximately how
19   many did Mallinckrodt employ or utilize over the
20   relevant time period?
21        A.    Over the relevant time period, the size of
22   the team has changed.  At the -- at its largest, I
23   believe the national accounts team was about seven or
24   eight people for the generic products, and at its

Highly Confidential - Subject to Further Confidentiality Review

```
 1    smallest the team has been four.
 2         Q.    So in other words, there were seven or
 3    eight people at its peak that were primarily
 4    responsible for marketing Mallinckrodt's generic
 5    opioids?
 6         A.    Seven or eight people who were primarily
 7    responsible for direct contact with wholesaler and
 8    pharmacy chain customers and negotiating agreements
 9    with those customers.
10         Q.    So -- and thank you for that answer.  So
11    then is it fair to say when we're talking about
12    generics the primary way in which Mallinckrodt was able
13    to gain the market share that we were discussing before
14    was through its negotiations and communications with
15    distributors and pharmacies?
16         A.    So in general terms, generic products,
17    whether opioid or non-opioid, are sold primarily based
18    upon price and also based upon quality and service, so
19    ability to supply, ability to supply consistently with
20    high-quality product is essential for generic
21    companies, but as near commodity products, ultimately
22    the price is often a deciding -- a key deciding factor
23    for wholesalers and pharmacy chains.
24         Q.    And so with respect to the price,
```

 1   isolating that separate and apart from quality and

 2   service, was there any type of marketing done to --

 3   directly to the pharmacies or distributors with respect

 4   to Mallinckrodt products, or was it simply a price that

 5   Mallinckrodt set and you had distributors essentially

 6   take it or leave it?

 7        A.    The prices for our products were always

 8   negotiated between Mallinckrodt and the distributor or

 9   wholesaler or the pharmacy chain.

10        Q.    And as you alluded to earlier, the primary

11   responsibility for the negotiation of these prices

12   rested with the national account managers; is that

13   correct?

14        A.    National account managers were primarily

15   responsible for the negotiation effort.  The product

16   management team was responsible for reviewing and

17   approving any prices that were offered and processing

18   that price through our contracting systems.

19        Q.    And how did Mallinckrodt divide up these

20   negotiations with distributors and wholesalers?  In

21   other words, let me ask it a different way.  Was there

22   any distinction done by region with respect to the

23   negotiations Mallinckrodt had with respect to prices

24   vis-à-vis the distributors and the pharmacies?

1     A.    Our negotiations for price and our
2  contracts for price with either wholesalers or with
3  pharmacy chains were considered to be company-wide, so
4  that those prices were available to the entire
5  wholesaler's business or the entire pharmacy chain's
6  business, not -- we never had anything that was
7  designated as specific to any given region.
8     Q.    Got it.  So just to make clear, there was
9  no adjustments made with respect to price based on a
10 particular region of where the distributor or the
11 pharmacy was located?
12    A.    The geographical region of the location of
13 the distributor or pharmacy chain was not used in
14 setting price.
15    Q.    So the price that would apply, for
16 example, in California, would apply with equal force to
17 a price that would be set in Ohio, for example?
18    A.    To the extent that a customer sold in both
19 of those states, yes, absolutely.
20    Q.    And can you -- turning -- or focusing
21 again on the national account managers, can you
22 describe to the court the general structure of that
23 team?  So we had national account managers at the top.
24 Who were the types of people and/or categories of