# Exhibit 12

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF OHIO
 2                        EASTERN DIVISION
 3
     IN RE:  NATIONAL PRESCRIPTION    ) No. 17-md-2804
 4   OPIATE LITIGATION NO. 2804       )
                                      )
 5   APPLIES TO ALL CASES             ) Hon. Dan A. Polster
                                      )
 6
 7       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 8                  CONFIDENTIALITY REVIEW
 9
               VIDEO DEPOSITION OF JOHN GILLIES
10
                        February 7, 2019
11                          9:07 a.m.
12                      HIGHLY CONFIDENTIAL
           SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
13
14
            Reporter:  John Arndt, CSR, CCR, RDR, CRR
15                     CSR No. 084-004605
                          CCR No. 1186
16
17
18
19
20
21
22
23
24
```

```
 1   prior to Jennifer?
 2        A.   So -- I don't believe so, but Jen's time
 3   goes back to 2011.
 4        Q.   And what were Jennifer's roles and
 5   responsibilities as a senior data analyst for the SOM
 6   team?
 7        A.   She reviewed the peculiar, unusual reports
 8   that were produced twice a day.  She was one of the
 9   analysts that reviewed those.
10        Q.   And the purpose of her review was to
11   determine whether or not the peculiar or unusual order
12   would be suspicious sufficient to notify the DEA;
13   correct?
14        A.   Correct.
15        Q.   And after Jennifer left in the 2015 time
16   period, who took over for her as a senior data analyst?
17        A.   I think that position went away and a new
18   position was created.
19        Q.   I see.  And what was that new position?
20        A.   I don't recall what the new position is.
21        Q.   Does that new position currently exist as
22   part of the SOM leadership team that you're a part of?
23        A.   Part of the SOM team.  I don't believe
24   part of the leadership team.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        Q.   Got it.  And who is that individual that
 2   plays the role of the new position that you don't
 3   recall the title of?
 4        A.   Yes.  It's a -- I believe I identified her
 5   earlier today, but I only recall her first name.
 6   Rochelle.
 7        Q.   I see.  And generally speaking, what are
 8   her responsibilities?
 9        A.   One of her responsibilities is going to be
10   reviewing any chargeback data that we may have on
11   pharmacies of concern, doing some record reviews, and
12   there's other things in her job description, but I
13   don't recall them all, so -- but she is part of the SOM
14   team.
15        Q.   With respect to the chargebacks, what is
16   your understanding of what the chargeback data
17   consisted of or consists of today?
18             MR. O'CONNOR:  Objection to form and
19   scope.
20        A.   It would be pharmacy, name, distributor
21   that distributes to the pharmacy, and what Mallinckrodt
22   product is involved in the chargeback.
23   BY MR. KO:
24        Q.   Is it accurate to also say that the
```

```
 1   chargeback data reveals a -- the pharmacy or clinic
 2   that purchases the Mallinckrodt controlled substance or
 3   Mallinckrodt pharmaceutical from a distributor?
 4              MR. O'CONNOR:  Objection to form.
 5        A.    Yes.
 6   BY MR. KO:
 7        Q.    And Mallinckrodt is currently utilizing
 8   that chargeback data in connection with its SOM
 9   program; correct?
10        A.    Correct.
11        Q.    And Mallinckrodt has in the past utilized
12   the chargeback data in connection with its SOM program;
13   correct?
14        A.    Correct.
15        Q.    And I believe Mallinckrodt began utilizing
16   this information as early as 2010.  Is that accurate to
17   state?
18        A.    Yes.
19        Q.    And Mallinckrodt has been paying
20   distributors chargeback amounts pursuant to agreements
21   it has with the distributors for as long as -- well,
22   strike that.
23              Do you have an understanding of when
24   Mallinckrodt first entered into an agreement with a
```

Highly Confidential - Subject to Further Confidentiality Review

 1   distributor whereby Mallinckrodt would pay chargeback
 2   amounts to its customers?
 3           MR. O'CONNOR:  Objection to scope.
 4       A.  No.
 5   BY MR. KO:
 6       Q.  Do you have any recollection of whether
 7   that was before or after 2005?
 8           MR. O'CONNOR:  Same objection.
 9       A.  No.
10   BY MR. KO:
11       Q.  Turning back to this document.  Here we
12   have -- I know we have talked about the difference
13   between two tiers and three tiers.
14       A.  Uh-huh.
15       Q.  But here we have a reference to three
16   tiers.  Do you see that?
17       A.  Yes.
18       Q.  And I know -- so earlier you said that you
19   believe that beginning in 2012 Mallinckrodt had
20   utilized just the two-tier system; correct?
21       A.  Correct.
22       Q.  So does this refresh your recollection at
23   all that Mallinckrodt actually moved back to a
24   three-tier system at some point in time?

```
 1        A.    I see it there.  My recollection was we
 2   were -- had two tiers, but there is a third tier listed
 3   here.
 4        Q.    And currently as it stands now, however,
 5   there is just a two-tier system; correct?
 6        A.    That's my understanding.
 7        Q.    And when did -- how long has
 8   Mallinckrodt's two-tier system been in effect?
 9        A.    I'm sorry.  I don't know.  I thought it
10   was from September of 2012, so clearly there was a
11   change, according to this document.
12        Q.    Sure.  And so it's fair to say that as of
13   August 17th, 2015, Mallinckrodt is utilizing a
14   three-tier structure to determine whether or not an
15   order is suspicious?
16        A.    That's what it says at this time.
17        Q.    And with respect to the third tier,
18   there's a reference made to a monthly limit placed on a
19   customer based on customer bill-to address for a
20   particular SKU for a particular amount.
21              Did I read that correctly?
22        A.    Yes.
23        Q.    And as far as you understand the current
24   iteration of Mallinckrodt's SOM program, does that tier
```