# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| This document relates to: | Case No. 17-md-2804 |
| *"Track One Cases"* | Hon. Dan Aaron Polster |

## [PROPOSED] ORDER GRANTING MALLINCKRODT'S MOTION FOR PARTIAL SUMMARY JUDGMENT

Upon consideration of Mallinckrodt's Motion for Partial Summary Judgment and any opposition thereto, it is hereby:

**ORDERED** that Mallinckrodt's Motion for Partial Summary Judgment is **GRANTED**.

All claims against the Mallinckrodt Defendants[1] based on allegations of false or misleading marketing, to the extent they are related to Mallinckrodt's generic opioid products, are **DISMISSED**.

All claims against the Mallinckrodt Defendants based on allegations that Mallinckrodt's suspicious order monitoring or anti-diversion program was inadequate during the time period after 2012 are **DISMISSED**.

_____
Honorable Judge Dan A. Polster

---

[1] Mallinckrodt LLC, SpecGx LLC and Mallinckrodt plc.

-2-

## CERTIFICATE OF SERVICE

     I, Brien T. O'Connor, hereby certify that the foregoing document was served via file transfer protocol to all counsel of record.

                                             /s/ *Brien T. O'Connor*
                                             Brien T. O'Connor