# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Judge Dan A. Polster |

## DISTRIBUTOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CIVIL CONSPIRACY CLAIM

Pursuant to the Court's Order Regarding Pretrial Motions for "Track One" Trial, ECF # 1653, Defendants Cardinal Health, Inc., McKesson Corp., AmerisourceBergen Drug Corp., Anda, Inc., H.D. Smith, H.D. Smith, LLC f/k/a H.D. Smith Wholesale Drug Company, H.D. Smith Holdings, LLC, H.D. Smith Holding Company, Prescription Supply Inc., Henry Schein, Inc., and Henry Schein Medical Systems, Inc. move for summary judgment on Track One Plaintiffs' civil conspiracy claim (Count 11) for the reasons given in the accompanying memorandum of law, which is incorporated here.

Dated: June 17, 2019 Respectfully Submitted,

| | |
|---|---|
| */s/ Geoffrey Hobart* | */s/ F. Lane Heard III* |
| Geoffrey E. Hobart | Enu Mainigi |
| Mark H. Lynch | F. Lane Heard III |
| Christian J. Pistilli | George A. Borden |
| **COVINGTON & BURLING LLP** | Ashley W. Hardin |
| One CityCenter | **WILLIAMS & CONNOLLY LLP** |
| 850 Tenth Street NW | 725 Twelfth Street NW |
| Washington, DC 20001 | Washington, DC 20005 |
| Tel: (202) 662-5281 | Tel: (202) 434-5000 |
| ghobart@cov.com | Fax: (202) 434-5029 |
| mlynch@cov.com | emainigi@wc.com |
| cpistilli@cov.com | lheard @wc.com |
| | gborden@wc.com |
| | ahardin@wc.com |
| *Counsel for Defendant McKesson Corporation* | |
| | *Counsel for Defendant Cardinal Health, Inc.* |
| */s/ Robert A. Nicholas* | /s/ *John J. Haggerty* |
| Robert A. Nicholas | John J. Haggerty (0073572) |
| Shannon E. McClure | James C. Clark |
| **REED SMITH LLP** | Stephan A. Cornell |
| Three Logan Square | **FOX ROTHSCHILD LLP** |
| 1717 Arch Street, Suite 3100 | 2700 Kelly Road, Suite 300 |
| Philadelphia, PA 19103 | Warrington, PA 18976 |
| Tel: (215) 851-8100 | Tel: (215) 345-7500 |
| Fax: (215) 851-1420 | Fax: (215) 345-7507 |
| rnicholas@reedsmith.com | jhaggerty@foxrothschild.com |
| smcclure@reedsmith.com | jclark@foxrothschild.com |
| | scornell@foxrothschild.com |
| *Counsel for AmerisourceBergen Drug Corporation* | |
| | *Counsel for Defendant Prescription Supply Inc.* |

*/s/ James W. Matthews*
James W. Matthews
Katy E. Koski
Kristina Matic
**FOLEY & LARDNER LLP**
111 Huntington Avenue
Boston, MA 02199
Tel: (617) 342-4000
Fax: (617) 342-4001
jmatthews@foley.com
kkoski@foley.com
kmatic@foley.com

*Counsel for Defendant Anda, Inc.*

*/s/ John P. McDonald*
John P. McDonald (TX Bar # 13549090)
C. Scott Jones (TX Bar # 24012922)
Lauren M. Fincher (TX Bar # 24069718)
Brandan J. Montminy (TX Bar # 24088080)
**LOCKE LORD LLP**
2200 Ross Avenue
Suite 2800
Dallas, TX 75201
Tel: (214) 740-8445
Fax: (214) 756-8110
jpmcdonald@lockelord.com
sjones@lockelord.com
lfincher@lockelord.com
brandan.montminy@lockelord.com

*Attorneys for Defendants Henry Schein, Inc. and Henry Schein Medical Systems, Inc.*

*/s/ William E. Padgett*
William E. Padgett (IN No. 18819-49)
Kathleen L. Matsoukas (IN No. 31833-49)
**BARNES & THORNBURG LLP**
11 South Meridian Street
Indianapolis, IN 46204
Tel: (317) 236-1313
Fax: (317) 231-7433
william.padgett@btlaw.com
kathleen.matsoukas@btlaw.com

*Counsel for Defendants H. D. Smith, LLC, f/k/a H. D. Smith Wholesale Drug Co., H. D. Smith Holdings, LLC and H. D. Smith Holding Company*

## CERTIFICATE OF SERVICE

I, Ashley W. Hardin, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

> */s/ Ashley W. Hardin*
> Ashley W. Hardin