**DISTRIBUTOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT –
CONSPIRACY
INDEX**

**I.      Deposition Excerpts**

| No. | Document Description |
|---|---|
| 1 | Boggs, Gary (Rule 30(b)(6)) Dep. (July 19, 2018) (pp. 97-98) |
| 2 | Boggs, Gary Dep. (Jan. 17, 2019) (pp. 362, 380) |
| 3 | Brown, Robert Dep. (pp. 221-26) |
| 4 | Cavacini, Eugene Dep. (pp. 266-67) |
| 5 | Cochrane, Michael Dep. (pp. 287-88) |
| 6 | Cochrane, Patrick (30(b)(6)) Dep. (pp. 19-21) |
| 7 | De Gutierrez-Mahoney, William Dep. (pp. 425-26) |
| 8 | Euson, George (30(b)(6)) Dep. (pp. 170-71) |
| 9 | Harper-Avilla, Stacy (Rule 30(b)(6)) Dep. (pp.111-13) |
| 10 | Kessler, David Dep. (p. 94) |
| 11 | Lembke, Anna Dep. (pp. 274-75) |
| 12 | Norris, Jennifer (Rule 30(b)(6)) Dep. (pp. 42-43, 244-45) |
| 13 | Perri, Matthew Dep. (pp. 211-12, 217-18) |
| 14 | Prevoznik, Thomas (Rule 30(b)(6)) Dep. (pp. 260-61) |
| 15 | Quintero, Gilberto Dep. (pp. 124-27, 223) |
| 16 | Rosenthal, Meredith Dep. (pp. 749-50) |
| 17 | Schumacher, Mark Dep. (p. 186) |
| 18 | Seid, Stephen Dep. (p. 191) |
| 19 | Walker, Donald Dep. (pp. 360-61, 381) |
| 20 | Weber, Celia Dep. (pp. 58-61) |
| 21 | Zimmerman, Christopher (Rule 30(b)(6)) Dep. (Aug. 3, 2018) (pp. 111-12, 258-59) |
| 22 | Zimmerman, Christopher Dep. (Feb. 8, 2019) (p. 92) |

**II.     Produced Documents**

| No. | Document Description |
|---|---|
| 1 | ABDC "Do Not Ship" List, ABDCMDL00337006*<br><br>*The spreadsheet, produced originally as an Excel spreadsheet, is attached in .pdf format. |
| 2 | Email from Robert Brown to Dawn Mitchell et al. with attached spreadsheet* (May 20, 2016), Anda_Opioids_MDL_0000543135–136<br><br>*The spreadsheet, produced originally as an Excel spreadsheet, is attached in .pdf format.  The workbook contains 4 tabs, which are represented here by numbered slip sheets because they otherwise appear undifferentiated as printed.  The tab titles are 1) "Customer Cut Off," 2) "Controls Denied," 3) "Controls Reinstated," and 4) "Suspicious Orders" |

| No. | Document Description |
|---|---|
| 3 | Letter from Senators Richard Durbin, et al. to Chuck Rosenberg, Acting Adm'r, DEA (July 11, 2017), CAH_MDL2804_00084164 |
| 4 | Cardinal-Abbvie Agreement (Feb. 25, 2013), CAH_MDL2804_02958682 |
| 5 | McKesson Manufacturer Marketing Product Promotional Agreement, MCKMDL00353305 |
| 6 | Email from Bill De Gutierrez-Mahoney to Donald Walker et al. (Mar. 11, 2013) (MCKMDL00545341) |
| 7 | Drug Enforcement Agency, Aggregate Production Quota History for Selected Substances 2003–2013 (Oct. 2, 2012), PAR_OPIOID_MDL_0000386240 |

**III.  Expert Reports**

| No. | Document Description |
|---|---|
| 1 | David S. Egilman M.D., MPH (Mar. 25, 2019)*<br><br>* Exhibit contains base report with Modules B.66, 85-86, 96, 100, 109, 111, 129, 135, 163, 299, 430-31, 482 |
| 2 | Dr. Katherine Keyes (Mar. 25, 2019) |
| 3 | Anna Lembke, M.D. (Mar. 25, 2019) |
| 4 | Theodore Parran, M.D. (Mar. 25, 2019) |
| 5 | Matthew Perri III, RPh (Mar. 25, 2019) |
| 6 | James E. Rafalski (Apr. 15, 2019) |

**IV.  Other Documents**

| No. | Document Description |
|---|---|
| 1 | Drug Enforcement Agency, "DEA-Industry Communicator, OxyContin Special," http://www.deadiversion.usdoj.gov/pubs/nwslttr/spec2001/page10.htm (2001)*<br><br>* Currently available from Internet Archive, dated Dec. 5, 2001, at https://web.archive.org/web/20011205021713/ http://www.deadiversion.usdoj.gov/pubs/nwslttr/spec2001/page10.htm |