# EXHIBIT I.2

```
 1                UNITED STATES DISTRICT COURT

 2             FOR THE NORTHERN DISTRICT OF OHIO

 3                      EASTERN DIVISION

 4

 5    ------------------------------x

 6    IN RE: NATIONAL PRESCRIPTION   ) Case No.

 7    OPIATE LITIGATION              ) 1:17-MD-2804

 8    APPLIES TO ALL CASES           ) Hon. Dan A. Polster

 9    ------------------------------x

10

11

12

           VIDEOTAPED DEPOSITION OF GARY L. BOGGS

13

                       WASHINGTON, D.C.

14

                 THURSDAY, JANUARY 17, 2019

15

                          9:07 A.M.

16

17

18

19

20

21

22

23    Pages: 1 - 429

24    Reported by: Leslie A. Todd
```

Highly Confidential - Subject to Further Confidentiality Review

1    many orders McKesson gets of unusual size, pattern

2    or frequency in a given month?

3                MR. RAFFERTY:  Objection.

4                THE WITNESS:  Probably thousands.

5    BY MR. STANNER:

6         Q    Mr. Boggs, I'll rephrase.

7                Mr. Boggs, do you know how many

8    suspicious orders McKesson reports to the DEA in a

9    typical month?

10               MR. RAFFERTY:  Objection.

11               THE WITNESS:  Thousands.

12   BY MR. STANNER:

13        Q    So does that mean that the customers who

14   place those suspicious orders are suspicious

15   customers?

16        A    Absolutely not.

17        Q    If a customer places a suspicious order,

18   does that mean the order is probably for some

19   illegal purpose?

20        A    Without knowing more about the customer

21   or more information, absolutely not.

22        Q    If a customer places a suspicious order,

23   does that mean that order is likely to be

24   diverted?

```
 1   would prioritize profits over following the law?
 2        A    I have not.
 3        Q    In your time at McKesson, have you ever
 4   suggested terminating a customer and had the
 5   company push back on that?
 6        A    I have not.  They -- I have unilateral
 7   authority to terminate a customer regardless of
 8   any financial gain or loss to the company or
 9   financial gain or loss to the -- to the customer.
10   And since I've been at McKesson, our program has
11   probably stopped shipping to 250-some-odd
12   customers.
13        █    ████████████████████████████████████
     ████████████████████████████████    ██████████
     ███████████████████████████████████████████████
     ███████████████████
        █    ██████████
             ████████    █████████
                         ██████████████████████
     ████████████████
        █    ████████████████████████████████
        █    ██████████████████████████████████████
     ███████████████████████████████████████████
     ██████████████████████████████████████
```