# EXHIBIT I.6

```
 1            IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3   IN RE NATIONAL PRESCRIPTION   |   MDL No. 2804
                                   |
 4   OPIATE LITIGATION             |   Case No. 17-MD-2804
                                   |
 5   This Document Relates to:     |   Hon. Dan A. Polster
                                   |
 6   The County of Summit, Ohio,   |
     et al., v.                    |
 7   Purdue Pharma L.P., et al.    |
     Case No. 17-op-45004          |
 8                                 |
     The County of Cuyahoga v.     |
 9   Purdue Pharma L.P., et al.    |
     Case No. 18-op-45090          |
10                                 |
     City of Cleveland, Ohio v.    |
11   Purdue Pharma L.P., et al.    |
     Case No. 18-op-45132          |
12                                 |
13
                  THURSDAY, JANUARY 24, 2019
14
                             - - -
15
           HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
16
                     CONFIDENTIALITY REVIEW
17
                             - - -
18
           Videotaped deposition of PATRICK COCHRANE,
19      held at Foley & Lardner LLP, One Biscayne Tower,
        2 Biscayne Boulevard, Suite 1900, Miami, Florida,
20      commencing at 9:13 a.m., on the above date,
        before Kelly J. Lawton, Registered Professional
21      Reporter, Licensed Court Reporter, Certified
        Court Reporter.
22                           - - -
23              GOLKOW LITIGATION SERVICES
            877.370.3377 ph | 917.591.5672 fax
24                    deps@golkow.com
```

```
 1      A.   Yes.  There have been additional
 2   responsibilities flexed in and flexed out, but the
 3   core of that position has been the distribution
 4   activities of our facilities.
 5      Q.   Okay.  Do you have an understanding as to
 6   what the term "suspicious order" means?
 7      A.   Yes, I do.
 8      Q.   What is your understanding of that term?
 9      A.   A suspicious order is something that deviates
10   from what the norm is.
11      Q.   Now, I asked you whether you had an
12   understanding.
13           For purposes of company operations, what
14   is -- does Anda have a working understanding of what
15   the term "suspicious order" is?
16      A.   Anda does.
17      Q.   Okay.  And what is that definition?
18      A.   On order that deviates from the norm.
19      Q.   Okay.  Does Anda, for purposes of its
20   day-to-day working policies, also utilize a
21   functional definition of the term "suspicious order
22   monitoring system"?
23      A.   Yes.
24      Q.   And what is the definition that the company
```

Highly Confidential - Subject to Further Confidentiality Review

 1   uses for suspicious order monitoring system?

 2        A.   A suspicious ordering monitoring system

 3   relates to the entire program of work, policies,

 4   procedures, either system or manual, related to

 5   handling and distributing controlled substances.

 6        Q.   In that answer, you included the term "either

 7   system or manual."

 8             What did you mean by that?

 9        A.   There are system procedures in place and

10   system -- system work that is performed.  And there's

11   manual work, and there are manual procedures.

12        Q.   In the context of Anda's implementation of

13   suspicious order monitoring system work, can you give

14   me an example of both the system procedure and the

15   manual procedure?

16        A.   Sure.

17             The system procedures would be around

18   validating orders, around checking eligibility of a

19   customer, upon checking eligibility of a limit,

20   checking current access and purchases towards that

21   limit.

22             The manual aspects of it would include all

23   aspects of controlled substance handling from

24   receiving to put-away to physical security to

Highly Confidential - Subject to Further Confidentiality Review

```
 1    physical inventories performed on said inventory to
 2    the pick, pack, and ship operations.
 3        Q.   I'd like to first focus on what you have
 4    identified as the manual procedures that Anda
 5    utilizes as part of its suspicious order monitoring
 6    system.
 7             Can you describe for me the manner in which
 8    orders for controlled substances are received by
 9    Anda?
10        A.   The manner in which they are received?
11        Q.   Yes.
12             MR. MATTHEWS:  Objection.
13             Is there a time period?
14             MR. NOVAK:  I appreciate that, because --
15        let's say 2006 to now.  And to the extent that
16        the answer differs over that part -- that time
17        period, we can talk about those differences.
18             THE WITNESS:  Orders can be received by Anda
19        via telephone, via Internet, via EDI, via paper
20        222 Form.
21    BY MR. NOVAK:
22        Q.   Are all of those ways in which the company
23    received orders for controlled substances?
24        A.   Yes.
```