# EXHIBIT I.7

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                      - - -
 5

   IN RE:  NATIONAL          :   HON. DAN A.
 6 PRESCRIPTION OPIATE       :   POLSTER
   LITIGATION                :
 7                           :
   APPLIES TO ALL CASES      :   NO.
 8                           :   1:17-MD-2804
                             :
 9
              - HIGHLY CONFIDENTIAL -
10
      SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
12                      - - -
13             November 28, 2018
14                      - - -
15          Videotaped deposition of
   WILLIAM DE GUTIERREZ-MAHONEY, taken
16 pursuant to notice, was held at the law
   offices of Covington & Burling, LLP, The
17 New York Times Building, 620 Eighth
   Avenue, New York, New York, beginning at
18 9:08 a.m., on the above date, before
   Michelle L. Gray, a Registered
19 Professional Reporter, Certified
   Shorthand Reporter, Certified Realtime
20 Reporter, and Notary Public.
21                      - - -
22          GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
23             deps@golkow.com
24
```

1            Do you see where that's
2    written?
3         A.   I do.
4         Q.   Do you agree that there's no
5    upside to reporting suspicious orders to
6    the DEA?
7         A.   You know, I think I --
8              MS. McNAMARA:  Objection to
9    form.
10             MR. SCHMIDT:  You can still
11        answer.  Go ahead.
12             THE WITNESS:  I believe that
13        in my writing this, I misspoke.
14        And I was referring to when they
15        shut customers down because they
16        were suspicious customers.
17   BY MR. BOWDEN:
18        Q.   When did you come up with
19   that belief?  Is that recent?
20        A.   I saw that -- I said
21   suspicious orders.  That isn't what they
22   said.  What we do -- what we did was to
23   write a letter to the DEA when we were
24   shutting a customer down.  And they said

Highly Confidential - Subject to Further Confidentiality Review

1   they don't do that.
2          Q.   Okay.  Well, if Cardinal
3   were not reporting suspicious orders,
4   would you agree -- strike that.
5               It would be inappropriate to
6   not report suspicious orders, true?
7          A.   Like I said, I misspoke
8   here.
9          Q.   I'm not asking you about the
10  context of this e-mail.  I'm asking you,
11  it would be inappropriate -- it would be
12  a violation of the CSMP not to report
13  suspicious orders, correct?
14         A.   It's part of our CSMP to
15  report suspicious orders.
16         Q.   What are the upsides for
17  reporting suspicious orders to the DEA?
18         A.   Notify them of orders that
19  have reached their -- our thresholds for
20  the customers.
21         Q.   Okay.  What other upsides
22  would there be?  What are the practical
23  implications of that?
24         A.   Can let the DEA see where --