# EXHIBIT I.9

```
                                                              Page 1

 1
              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
 3
 4     _____
 5     IN RE:  NATIONAL PRESCRIPTION        MDL No. 2804
       OPIATE LITIGATION                    Case No. 17-md-2804
 6
 7     This document relates to:           Judge Dan
                                           Aaron Polster
 8
       The County of Cuyahoga v. Purdue
 9     Pharma, L.P., et al.
       Case No. 17-OP-45005
10
       City of Cleveland, Ohio vs. Purdue
11     Pharma, L.P., et al.
       Case No. 18-OP-45132
12
       The County of Summit, Ohio,
13     et al. v. Purdue Pharma, L.P.,
       et al.
14     Case No. 18-OP-45090
       _____
15
16
17           Videotaped 30(b)(6) Deposition of the
18              Drug Enforcement Administration
19      through the testimony of Stacy Harper-Avilla
20                    Washington, D.C.
21                     April 11, 2019
22                       9:16 a.m.
23
24     Reported by:  Bonnie L. Russo
25     Job No. 3282688
```

Page 111

1       A.    Yes.
2       Q.    Do any others come to mind after we
3    just reviewed five?  Oxymorphone, for example?
4       A.    Correct.
5       Q.    Oxy -- I will leave it at that.
6             Now, Mr. O'Connor asked you several
7    questions about the information DEA considers
8    in setting the aggregate production quota.
9             Do you remember that testimony
10   today?
11      A.    Yes.
12      Q.    You testified that DEA sets each of
13   these quotas annually, correct?
14      A.    Correct.
15      Q.    Now, do wholesale manufacturers such
16   as McKesson, Cardinal and AmerisourceBergen
17   provide any information to DEA that is used to
18   set those quotas?
19            MR. ELSNER:  Objection.
20            THE WITNESS:  Quotas are not related
21   to distributors, so no.
22            BY MR. EPPICH:
23      Q.    And pharmacy chains, such as CVS,
24   Walgreens, Rite Aid, Walmart, Giant Eagle, HBC,
25   they also don't provide any information to DEA

Page 112

1     that is used to set the quotas, correct?
2              MR. ELSNER:  Objection.
3              MR. CHANDLER:  Objection.
4              THE WITNESS:  The list of companies
5     you just provided do not receive quota and
6     therefore, are not considered for aggregate
7     production quotas.
8              BY MR. EPPICH:
9        Q.    DEA does not consult with wholesale
10    distributors, such as McKesson, Cardinal and
11    AmerisourceBergen when DEA sets the quotas for
12    controlled substances, correct?
13       A.    Correct.
14       Q.    And DEA does not consult with
15    pharmacy chains, such as CVS, Walgreens, Rite
16    Aid, Walmart, Giant Eagle, HBC, when DEA sets
17    quotas for controlled substances?
18       A.    Correct.
19             MR. CHANDLER:  Objection.
20             BY MR. EPPICH:
21       Q.    Wholesale distributors, such as
22    McKesson, Cardinal, AmerisourceBergen, they do
23    not apply for DEA -- to DEA for quotas, do
24    they?
25             MR. CHANDLER:  Objection.

Page 113

1      THE WITNESS: Correct.
2      BY MR. EPPICH:
3      Q.  And pharmacy chains, such as CVS,
4   Walgreens, Rite Aid, Walmart, Giant Eagle, HBC,
5   they also do not apply to DEA for quotas,
6   correct?
7      MR. CHANDLER: Objection. Scope.
8      MR. ELSNER: Objection.
9      THE WITNESS: Correct.
10     BY MR. EPPICH:
11     Q.  Now, DEA is required by law to
12  establish aggregate production quotas for
13  certain controlled substances, correct?
14     A.  Correct.
15     Q.  There are a number of statutes and
16  regulations that govern the process DEA must
17  follow and the considerations DEA must consider
18  in establishing quotas for controlled
19  substances?
20     MR. CHANDLER: Objection.
21     THE WITNESS: Correct.
22     BY MR. EPPICH:
23     Q.  And DEA endeavors to comply with
24  these statutes and regulations governing the
25  establishment of quotas for controlled