# EXHIBIT I.10

Highly Confidential - Subject to Further Confidentiality Review

```
 1            THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3                        - - -
 4   IN RE:  NATIONAL     :
     PRESCRIPTION OPIATE  :    MDL NO. 2804
 5   LITIGATION           :
     ---------------------------------------------
 6                        :    CASE NO.
     THIS DOCUMENT        :    1:17-MD-2804
 7   RELATES TO ALL CASES:    Hon. Dan A. Polster
 8                        - - -
 9              Thursday, April 25, 2019
10                        - - -
11      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                CONFIDENTIALITY REVIEW
13                        - - -
14           Videotaped deposition of DAVID A.
15   KESSLER, M.D. (Day 1), taken pursuant to
16   notice, was held at Baron & Budd, 600 New
17   Hampshire Avenue NW, Floor G, Washington, DC
18   20037, beginning at 9:28 a.m., on the above
19   date, before Lisa V. Feissner, RDR, CRR, Notary
20   Public.
21
22                        - - -
23             GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   case focused on six manufacturers, did you do
 2   anything to investigate the full scope of
 3   mistakes or missed opportunities by any number
 4   of other entities?
 5              MR. RAFFERTY:  Object to the form,
 6        vague.
 7        A.   It's a broad question.  Can you be
 8   a little more specific?
 9        Q.   I meant it to be a broad question.
10              MR. RAFFERTY:  Object to the form.
11              You can answer it if you understand
12        what she's asking.
13              THE WITNESS:  Well, I think I
14        understand what she's --
15        A.   I certainly gave a good -- a good
16   deal of thought to FDA's role in this.  We
17   discussed that initially.  So I did that.  I
18   tried to gain an understanding of -- even
19   though I'm not -- if there's any distributor in
20   the room, I'm not -- I have no opinions on
21   distributors.  You can go take the day off.
22              I try to have some understanding of
23   DEA's role.  The database has distributor
24   information.  I certainly looked at -- for
```