# **EXHIBIT I.11**

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3
      IN RE: NATIONAL          )
 4    PRESCRIPTION             )   MDL No. 2804
      OPIATE LITIGATION        )
 5    _____  )   Case No.
                               )   1:17-MD-2804
 6                             )
      THIS DOCUMENT RELATES    )   Hon. Dan A.
 7    TO ALL CASES             )   Polster
 8
                 WEDNESDAY, APRIL 24, 2019
 9
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                         - - -
12            Videotaped deposition of Anna
13    Lembke, M.D., held at the offices of Lieff
14    Cabraser Heimann & Bernstein, LLP, 275
15    Battery Street, 29th floor, San Francisco,
16    California, commencing at 8:07 a.m., on the
17    above date, before Carrie A. Campbell,
18    Registered Diplomate Reporter and Certified
19    Realtime Reporter.
20
21
22                         - - -
23
                GOLKOW LITIGATION SERVICES
24         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
25
```

Highly Confidential - Subject to Further Confidentiality Review

1  Henry Schein, do you know if they're a
2  defendant in this case?
3       A.    I don't recall.
4       Q.    Miami-Luken?
5       A.    I don't recall.
6       Q.    Anda?
7       A.    I don't recall.
8       Q.    Earlier today you said that you
9  acknowledged the distributors' contribution
10 to the opioid epidemic; is that right?
11      A.    Yes.
12      Q.    Okay.  Are you prepared to
13 offer an opinion in this litigation
14 concerning the contribution of any
15 distributor to the opioid epidemic?
16      A.    It's my opinion -- it's my
17 understanding that other expert witnesses
18 will be offering testimony on distributors.
19 I've not been asked to offer testimony on
20 that.
21      Q.    Okay.  And so when you
22 referenced the pharmaceutical opioid industry
23 in your report, are distributor defendants
24 included in that insofar as -- strike all
25 that.

Highly Confidential - Subject to Further Confidentiality Review

```
 1                      You mentioned the
 2     pharmaceutical opioid industry in your
 3     report, and you told Mr. Lavelle that as you
 4     define that term, it includes manufacturers,
 5     distributors and pharmacies; is that right?
 6          A.     That's right.
 7          Q.     When you reference misleading
 8     or false marketing material and attribute it
 9     to the pharmaceutical opioid industry in your
10     report, are you referring to the distributors
11     that have been named as defendants in this
12     case?
13          A.     No.
14          Q.     And in preparing your report,
15     did you consider any documents that were
16     produced by a distributor that is named as a
17     defendant in this case?
18          A.     No.
19          Q.     Do you have any training or
20     expertise in supply chain management?
21          A.     No.
22          Q.     Do you have any training or
23     expertise in the distribution of controlled
24     substances?
25          A.     No.
```