# EXHIBIT I.14

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                      - - -
 5
     IN RE:  NATIONAL          :   HON. DAN A.
 6   PRESCRIPTION OPIATE       :   POLSTER
     LITIGATION                :
 7                             :
     APPLIES TO ALL CASES      :   NO.
 8                             :   1:17-MD-2804
                               :
 9
               - HIGHLY CONFIDENTIAL -
10
     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                      VOLUME II
12
                       - - -
13
                   April 18, 2019
14
                       - - -
15
16              Continued videotaped
     deposition of THOMAS PREVOZNIK, taken
17   pursuant to notice, was held at the law
     offices of Williams & Connolly, 725 12th
18   Street, Washington, D.C., beginning at
     8:16 a.m., on the above date, before
19   Michelle L. Gray, a Registered
     Professional Reporter, Certified
20   Shorthand Reporter, Certified Realtime
     Reporter, and Notary Public.
21
                       - - -
22
           GOLKOW LITIGATION SERVICES
23     877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1         time.
 2              THE VIDEOGRAPHER:  Agree to
 3         go off the record?
 4              MR. FINKELSTEIN:  Yes.
 5              THE VIDEOGRAPHER:  2:58.  We
 6         are off the video record.
 7              (Brief pause.)
 8              THE VIDEOGRAPHER:  3:03.  We
 9         are on the video record.
10                      -  -  -
11                   EXAMINATION
12                      -  -  -
13    BY MR. EPPICH:
14         Q.   Good afternoon,
15    Mr. Prevoznik.  My name is Chris Eppich,
16    I represent the McKesson company in
17    this -- in this litigation.  I just have
18    a few questions for you about the
19    Controlled Substances Act and the -- and
20    the corresponding regulations.  You're
21    familiar with the Controlled Substances
22    Act, aren't you?
23         A.   Yes.
24         Q.   The CSA -- I'll abbreviate
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    it the CSA.  The CSA does not require
 2    distributors to report the suspicious
 3    orders of other distributors, does it?
 4            A.    Correct.
 5            Q.    And the CSA does not require
 6    distributors to share information with
 7    each other about suspicious orders,
 8    correct?
 9            A.    Correct.
10            Q.    Now, similarly, the
11    regulations do not require distributors
12    to report suspicious orders of other
13    distributors, correct?
14            A.    Correct.
15            Q.    And the regulations do not
16    require distributors to communicate with
17    each other about suspicious orders,
18    correct?
19            A.    Correct.
20            Q.    In fact, the regulations
21    only apply to the suspicious orders that
22    a distributor receives from its own
23    customers, correct?
24            A.    You lost me on the
```