# EXHIBIT I.17

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
     IN RE: NATIONAL          )
 4   PRESCRIPTION             )   MDL No. 2804
     OPIATE LITIGATION        )
 5   _____   )   Case No.
                              )   1:17-MD-2804
 6                            )
     THIS DOCUMENT RELATES    )   Hon. Dan A.
 7   TO ALL CASES             )   Polster
 8
                   TUESDAY, APRIL 23, 2019
 9
       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                CONFIDENTIALITY REVIEW
11                        - - -
12           Videotaped deposition of Mark A.
13   Schumacher, M.D., Ph.D., held at the offices of
14   Morgan, Lewis & Bockius LLP, One Market,
15   Spear Street Tower, San Francisco,
16   California, commencing at 9:35 a.m., on the
17   above date, before Carrie A. Campbell,
18   Registered Diplomate Reporter and Certified
19   Realtime Reporter.
20
21
22                        - - -
23
              GOLKOW LITIGATION SERVICES
24        877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   family --
 2        A.    I understand.  That's correct.
 3        Q.    That's correct?
 4        A.    Yes.
 5        Q.    Okay.  So you don't have a
 6   specific opinion about the actions of
 7   McKesson Corporation that you intend to offer
 8   at trial in this litigation?
 9        A.    Yeah, I -- my scope of opinion
10   is restricted to -- or encompasses the list
11   of defendants shown in footnote 1.
12        Q.    Okay.  I'm going to run through
13   the rest of the distributors all at once --
14        A.    Oh, I see.
15        Q.    -- and that way we'll tie it
16   up.
17        A.    Okay.
18        Q.    So AmerisourceBergen Drug
19   Corporation, Prescription Supply,
20   Incorporated, Miami-Luken and Henry Schein,
21   you do not intend to offer an opinion at
22   trial about any of those defendants in
23   connection with this litigation, correct?
24        A.    That is correct.
25        Q.    And exhibit -- Deposition
```