# EXHIBIT I.18

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF OHIO

 3                     EASTERN DIVISION

 4

 5    -----------------------------)  MDL No. 2804

 6    IN RE NATIONAL PRESCRIPTION   )

 7    OPIATE LITIGATION             )  Case No. 17-md-2804

 8                                  )

 9    This document relates to:     )  Hon. Dan A. Polster

10    All Cases                     )

11    -----------------------------)  VOLUME I

12

13                    HIGHLY CONFIDENTIAL

14         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

15

16            The videotaped deposition of STEPHEN SEID,

17    called for examination, taken pursuant to the Federal

18    Rules of Civil Procedure of the United States District

19    Courts pertaining to the taking of depositions, taken

20    before JULIANA F. ZAJICEK, a Registered Professional

21    Reporter and a Certified Shorthand Reporter, at the

22    offices of Dechert LLP, Suite 3400, 35 West Wacker

23    Drive, Chicago, Illinois, on December 12, 2018, at

24    1:43 p.m.
```

```
 1   material to McKesson?
 2        A.    Or if they put a cover on it, like a cover
 3   letter, we'd have to approve that.
 4        Q.    And where is that protocol?  How -- was
 5   there some sort of an agreement that that would be the
 6   way it would work?
 7        A.    An agreement with who?
 8        Q.    With McKesson.
 9        A.    There was no agreement with McKesson,
10   because if they wouldn't agree with it, we wouldn't do
11   it.
12        Q.    So you would ask McKesson to market
13   OxyContin in a particular way?
14        MR. STANNER:  Objection; form, foundation.
15        MR. HOFFMAN:  Object to form.
16   BY THE WITNESS:
17        A.    We -- if -- if for some reason we would do
18   OxyContin, which, again, would be highly unlikely, is
19   they would have -- they couldn't change a comma on
20   what was being sent out.
21   BY MS. CONROY:
22        Q.    And you would pay them for that service?
23        A.    Yes.
24        Q.    And that would be true of Butrans?
```