# EXHIBIT I.20

Highly Confidential - Subject to Further Confidentiality Review

```
 1           IN THE UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF OHIO
 3                     EASTERN DIVISION
 4                         -  -  -
 5    IN RE:  NATIONAL       :   MDL NO. 2804
      PRESCRIPTION OPIATE    :
 6    LITIGATION             :
      ----------------------------------------------
 7                           :   CASE NO.
      THIS DOCUMENT          :   1:17-MD-2804
 8    RELATES TO ALL CASES:
                             :   Hon. Dan A.
 9                           :   Polster
10                         -  -  -
              Friday, January 25, 2019
11                         -  -  -
12    HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW
13
                           -  -  -
14
                 Videotaped deposition of
15    CELIA WEBER, taken pursuant to notice,
      was held at the law offices of Reed Smith
16    LLP, Three Logan Square, 1717 Arch
      Street, Suite 3100, Philadelphia,
17    Pennsylvania 19103, beginning at 2:43
      p.m., on the above date, before Amanda
18    Dee Maslynsky-Miller, a Certified
      Realtime Reporter.
19
                           -  -  -
20
21
22
23         GOLKOW LITIGATION SERVICES
        877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

1  you're still offering these educational
2  services on behalf of suppliers, right?
3              MR. SUDDATH:  Objection.
4       Form.
5              THE WITNESS:  We offer the
6       manufacturers the opportunity to
7       reach our customers, with their
8       educational materials, through
9       these different kind of campaigns,
10       yes.
11  BY MR. SIMMER:
12       Q.   So let me make sure I
13  understand the educational campaign
14  services that AmerisourceBergen offers.
15              Who controls the content
16  that's provided to your customers?
17       A.   The manufacturer.  The
18  supplier.
19       Q.   You answered two different
20  things.  I thought you had corrected me
21  earlier and said that it had to be the
22  supplier.
23              So can you clarify your
24  answer this time?

Highly Confidential - Subject to Further Confidentiality Review

1                Is it the manufacturer that
2    controls the content or is it the
3    supplier?
4           A.    It's the supplier.
5           Q.    And in some instances, they
6    are the same entity, right?
7           A.    Correct.
8           Q.    Some instances not, because
9    I think you said that there are companies
10   that have the marketing rights that are
11   not necessarily the supplier, right --
12   not necessarily the manufacturer, right?
13          A.    Correct.
14          Q.    So in the second slide of
15   this presentation, I'm talking Bates
16   ending 319757, do you see where you say
17   here, Increase product awareness and
18   engagement through effective marketing
19   programs that leverage our knowledge,
20   reach and partnership?
21                Do you see that?
22          A.    Yes.
23          Q.    I want to make sure I
24   understand what the meaning of this is.

Highly Confidential - Subject to Further Confidentiality Review

```
 1                     And you have an
 2    understanding of what this means, right?
 3          A.    Yes.
 4          Q.    Did you have a hand in
 5    preparing this presentation?
 6          A.    Yes.
 7          Q.    You were head of the
 8    department that does this work, right?
 9                MR. SUDDATH:  Objection to
10          form.
11                THE WITNESS:  We would have
12          put this together, but we would
13          have not been the final approvers
14          of it.
15    BY MR. SIMMER:
16          Q.    I'm just trying to
17    understand that this language is language
18    you're familiar with, right?
19          A.    Yes.
20          Q.    What do you mean by "product
21    awareness"?
22          A.    It's meant to be a general
23    statement of product awareness, what --
24    depending on what -- depending on what
```

Golkow Litigation Services                                Page 60

Highly Confidential - Subject to Further Confidentiality Review

1    the goal of the manufacturer was,
2    clinical, or whatever.
3         Q.   You're not saying there that
4    AmerisourceBergen actually is the one --
5    is the author of that particular piece in
6    terms of bringing awareness to a product,
7    right?
8              MR. SUDDATH:  Objection to
9         form.
10             THE WITNESS:  The material
11        is authored by the supplier, not
12        by AmerisourceBergen.
13   BY MR. SIMMER:
14        Q.   What do you mean by
15   "engagement"?
16             MR. SUDDATH:  Objection to
17        form.
18             THE WITNESS:  I don't know.
19        I mean -- no, I don't really know
20        what that means.
21             I'd have to think about
22        that.  It's a marketing fluffy
23        word.
24   BY MR. SIMMER: