# EXHIBIT I.21

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE EASTERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                      -  -  -
 5   IN RE:  NATIONAL      :  MDL NO. 2804
     PRESCRIPTION OPIATE   :
 6   LITIGATION            :
     -------------------------------------------
 7                         :  CASE NO.
     THIS DOCUMENT         :  1:17-MD-2804
 8   RELATES TO ALL CASES:
                           :  Hon. Dan A.
 9                         :  Polster
10                      -  -  -
             Friday, August 3, 2018
11                      -  -  -
12   HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
              CONFIDENTIALITY REVIEW
13                      -  -  -
14           Videotaped deposition of
     CHRISTOPHER ZIMMERMAN, taken pursuant to
15   notice, was held at the law offices of
     Reed Smith, LLP, Three Logan Square, 1717
16   Arch Street, Suite 3100, Philadelphia,
     Pennsylvania 19103, beginning at 9:00
17   a.m., on the above date, before Amanda
     Dee Maslynsky-Miller, a Certified
18   Realtime Reporter.
19                      -  -  -
20
21
22
              GOLKOW LITIGATION SERVICES
23       877.370.3377 ph| 917.591.5672 fax
                  deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1         Q.    I think you said within the
 2   closed system, or something to that
 3   effect.
 4         A.    I thought I said
 5   distribution channel.
 6         Q.    We don't need to fight about
 7   what you said or didn't say.
 8               What I just want to know,
 9   your -- do you have an understanding
10   about what the closed system is under The
11   Controlled Substances Act?
12               MR. NICHOLAS:  Object to the
13         form.
14               THE WITNESS:  The closed
15         system, as I've heard it referred
16         to, is that the DEA sets the
17         quotas of how much product can be
18         produced, then manufactured; those
19         products are transferred to the
20         distributor through ARCOS, which
21         is maintained -- transferred to
22         the distributor.
23               And then the distributor
24         transfers to the pharmacy or the
```

```
 1            dispenser with an ARCOS
 2            transaction, which closes the
 3            distribution, as far as DEA
 4            tracking goes.
 5   BY MR. PIFKO:
 6       Q.   So there are legitimate
 7   channels of distribution within that
 8   system, correct?
 9            MR. NICHOLAS:  Object to the
10            form.
11            THE WITNESS:  That is the --
12            that is the legitimate
13            distribution channel.
14   BY MR. PIFKO:
15       Q.   Okay.  And then there could
16   be -- a channel of distribution outside
17   of that system, that would be
18   illegitimate, correct?
19            MR. NICHOLAS:  Object to the
20            form.
21            THE WITNESS:  I can't say
22            what type of other distribution.
23            I can only comment on our
24            distribution system.
```

Highly Confidential - Subject to Further Confidentiality Review

1   BY MR. PIFKO:
2       Q.   Well, you said that that's
3   the legitimate one, the one you just
4   described, correct?
5       A.   That's the -- you asked me
6   what the closed distribution was, and
7   that's what the closed distribution is.
8       Q.   And you understand that your
9   duty to prevent diversion is to prevent
10  applicable controlled substances from
11  exiting that system?
12           MR. NICHOLAS:  Object to the
13       form.
14           THE WITNESS:  Our
15       responsibility is to ensure that
16       we distribute FDA-approved drugs
17       from the -- that we maintain in
18       our distribution centers to
19       licensed entities.
20  BY MR. PIFKO:
21      Q.   And what do you mean by
22  "licensed entities"?
23      A.   Pharmacies, hospitals, DEA
24  registrants and State Board of Pharmacy

1      registrants.

2            Q.    And you understand that
3      those registrants also have duties to
4      maintain effective controls as well?
5                 MR. NICHOLAS:  Object to the
6            form.
7                 THE WITNESS:  They have
8            their own regulations that they
9            must follow, correct.
10     BY MR. PIFKO:
11           Q.    So the idea of preventing
12     diversion is to prevent substances from
13     getting into illegal hands, correct?
14                MR. NICHOLAS:  Object to the
15           form.
16                THE WITNESS:  Each
17           registrant has its
18           responsibilities to maintain
19           effective controls to prevent
20           diversion.  We maintain those
21           within our registrant's capacity,
22           correct.
23     BY MR. PIFKO:
24           Q.    Can you give me an example

```
 1        A.    Yes.
 2        Q.    That's an attribute of your
 3   suspicious order monitoring system,
 4   correct?
 5              MR. NICHOLAS:  Object to the
 6        form.
 7              THE WITNESS:  You need to
 8        put it into context of time,
 9        because the program has been
10        enhanced over the years.
11   BY MR. PIFKO:
12        Q.    Well, for the time period
13   for which you're here to testify, which
14   ends in 2014, at all times there's been
15   some threshold requirement in the system,
16   correct?
17        A.    Correct.
18        Q.    Can you tell me what a
19   threshold is?
20              MR. NICHOLAS:  Object to the
21        form.
22              THE WITNESS:  A threshold is
23        the -- is a trigger that we have
24        put into the program to create --
```

```
 1            to identify an order of interest
 2            for further review.
 3   BY MR. PIFKO:
 4        Q.   And so the threshold is the
 5   first step in the suspicious order
 6   monitoring program, correct?
 7            MR. NICHOLAS:  Object to the
 8            form.
 9            THE WITNESS:  It is a step.
10   BY MR. PIFKO:
11        Q.   Is there a step before the
12   threshold?
13        A.   We train our employees at
14   the distribution centers also to be aware
15   of, and train them on suspicious orders.
16   And if they identify a suspicious order,
17   they're to report it.
18        Q.   The threshold is a key
19   factor that's used to identify
20   potentially suspicious orders, correct?
21            MR. NICHOLAS:  Object to the
22            form.
23            THE WITNESS:  It's an
24            identifier that we use
```

Highly Confidential - Subject to Further Confidentiality Review



