# EXHIBIT I.22

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
 2              FOR THE NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4                           -  -  -
 5
     IN RE:  NATIONAL              :    MDL NO. 2804
 6   PRESCRIPTION OPIATE           :
     LITIGATION                    :
 7                                 :
     ---------------------------------------------------
 8   THIS DOCUMENT RELATES TO      :   CASE NO.
     ALL CASES                     :   1:17-MD-2804
 9                                 :
                                   :   Hon. Dan A.
10                                 :   Polster
11                           -  -  -
12                       February 8, 2019
13                           -  -  -
           HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
14                    CONFIDENTIALITY REVIEW
15
16              Continued videotaped deposition
     of CHRISTOPHER ZIMMERMAN taken pursuant to notice,
17   was held at the law offices of Reed Smith LLP, Three
     Logan Square, 1717 Arch Street, Suite 3100,
18   Philadelphia, Pennsylvania, beginning at 1:44
     p.m., on the above date, before Ann Marie
19   Mitchell, a Federally Approved Certified Realtime
     Reporter, Registered Diplomate Reporter,
20   Registered Merit Reporter and Notary Public.
21
                              -  -  -
22
                 GOLKOW LITIGATION SERVICES
23          877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
24
```

 1        Q.    Have you ever discussed the
 2   quotas with any of your manufacturer clients or
 3   customers?
 4        A.    Not that I -- not that I know of.
 5   We -- you know, as a distributor, we don't deal
 6   with -- I mean, we're not involved in quotas.
 7        Q.    How about, have you ever heard of
 8   getting an allocation of a manufacturer's quota
 9   for distribution?
10        A.    I'm not sure -- I know we get
11   allocated product on short supply items.  I'm not
12   sure if that's what you're referencing.
13        Q.    Have you ever like, for example,
14   applied to get a certain percentage of the
15   distribution of Schedule II controlled substances
16   manufactured by like Purdue?
17        A.    I wouldn't know that.
18        Q.    Who would know that?
19        A.    If it's a purchasing or
20   procurement, then it would be that -- global
21   sourcing is the name of the department that does
22   all the buying for the company.
23        Q.    Item number 2 here says, "DEA
24   issued registrations to pill mills that 'popped