# EXHIBIT II.1