# EXHIBIT II.2

| | |
|---|---|
| **From:** | Brown, Robert (Andanet) <robert.brown@andanet.com> |
| **Sent:** | Friday, May 20, 2016 1:40 PM |
| **To:** | 'dawn.v.mitchell@usdoj.gov'; 'jeffrey.m.connors@usdoj.gov'; 'leslie.m.spratley@usdoj.gov'; 'susan.c.langston@usdoj.gov'; Cochrane, Michael; Cochrane, Patrick; 'brice.d.burchard@usdoj.gov'; Schultz, Emily; Solis, Sabrina |
| **Cc:** | Samuels, Latoya |
| **Subject:** | RE: Updated List of Customers Not Eligible to Purchase Controls from Anda |
| **Attachments:** | Copy of Customers Cut Off.xlsx |

The attached document provides an updated list of customers whose control privileges have been denied, are no longer eligible to purchase controls from Anda or have been reinstated. The most recent determination was not based on a suspicious order but rather, information provided by the customer. Please feel free to contact me if you have any further questions.

**Robert Brown**
Director of Compliance

2915 Weston Road
Weston, FL 33331
1-800-331-ANDA (2632) x 74390
robert.brown@andanet.com



1

 Anda_Opioids_MDL_0000543135

**Produced in Native Format**

Confidential

Anda_Opioids_MDL_0000543136

**(1)**

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|-------------|-------------------|----------------|------|---------|------|-------|---------------|
| 10/06/10 | | | | | | | MA | |
| 10/06/10 | | | | | | | MA | |
| 10/11/10 | | | | | | | TX | |
| 10/15/10 | | | | | | | LA | |
| 11/02/10 | | | | | | | CA | |
| 11/02/10 | | | | | | | FL | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | LA | |
| 11/03/10 | | | | | | | LA | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | LA | |
| 11/03/10 | | | | | | | TX | |
| 11/03/10 | | | | | | | MS | |
| 11/05/10 | | | | | | | PA | |
| 11/08/10 | | | | | | | OH | |
| 11/11/10 | | | | | | | OK | |
| 11/11/10 | | | | | | | OK | |
| 11/12/10 | | | | | | | PA | |
| 11/12/10 | | | | | | | PA | |
| 11/15/10 | | | | | | | FL | |
| 11/15/10 | | | | | | | NJ | |
| 11/17/10 | | | | | | | TX | |
| 11/22/10 | | | | | | | TX | |
| 11/22/10 | | | | | | | FL | |
| 11/23/10 | | | | | | | FL | |
| 11/23/10 | | | | | | | FL | |
| 11/23/10 | | | | | | | NY | |
| 12/03/10 | | | | | | | HI | |
| 12/03/10 | | | | | | | TN | |
| 12/09/10 | | | | | | | TX | |
| 12/20/10 | | | | | | | FL | |
| 12/20/10 | | | | | | | VA | |
| 12/21/10 | | | | | | | TX | |
| 12/21/10 | | | | | | | TX | |
| 01/05/11 | | | | | | | GA | |
| 01/06/11 | | | | | | | NY | |
| 01/06/11 | | | | | | | NY | |
| 01/20/11 | | | | | | | NC | |
| 01/26/11 | | | | | | | FL | |
| 01/26/11 | | | | | | | FL | |
| 02/02/11 | | | | | | | TX | |
| 02/04/11 | | | | | | | FL | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|------------|-------------------|----------------|------|---------|------|-------|---------------|
| 02/04/11 | | | | | | | FL | |
| 02/08/11 | | | | | | | KY | |
| 02/08/11 | | | | | | | IN | |
| 02/08/11 | | | | | | | IN | |
| 02/08/11 | | | | | | | KY | |
| 02/08/11 | | | | | | | KY | |
| 02/10/11 | | | | | | | FL | |
| 02/10/11 | | | | | | | FL | |
| 02/14/11 | | | | | | | AL | |
| 02/14/11 | | | | | | | NV | |
| 02/15/11 | | | | | | | TN | |
| 02/15/11 | | | | | | | FL | |
| 02/28/11 | | | | | | | MD | |
| 03/01/11 | | | | | | | OK | |
| 03/04/11 | | | | | | | AR | |
| 03/04/11 | | | | | | | FL | |
| 03/09/11 | | | | | | | TX | |
| 03/10/11 | | | | | | | WA | |
| 03/11/11 | | | | | | | OK | |
| 03/11/11 | | | | | | | KY | |
| 03/23/11 | | | | | | | CA | |
| 03/25/11 | | | | | | | FL | |
| 03/25/11 | | | | | | | TX | |
| 03/28/11 | | | | | | | TX | |
| 03/28/11 | | | | | | | TX | |
| 03/29/11 | | | | | | | FL | |
| 05/09/11 | | | | | | | MI | |
| 05/10/11 | | | | | | | NJ | |
| 05/10/11 | | | | | | | NY | |
| 05/20/11 | | | | | | | MD | |
| 05/24/11 | | | | | | | FL | |
| 05/24/11 | | | | | | | MD | |
| 05/25/11 | | | | | | | IN | |
| 05/25/11 | | | | | | | ID | |
| 05/25/11 | | | | | | | ID | |
| 05/25/11 | | | | | | | MD | |
| 05/25/11 | | | | | | | MD | |
| 05/25/11 | | | | | | | MD | |
| 05/25/11 | | | | | | | MS | |
| 06/03/11 | | | | | | | TX | |
| 06/03/11 | | | | | | | TX | |
| 06/03/11 | | | | | | | TX | |
| 06/03/11 | | | | | | | VA | |
| 06/03/11 | | | | | | | ME | |
| 06/24/11 | | | | | | | TX | |
| 06/24/11 | | | | | | | TX | |
| 06/24/11 | | | | | | | MI | |
| 06/24/11 | | | | | | | FL | |
| 06/24/11 | | | | | | | FL | |
| 06/24/11 | | | | | | | NJ | |
| 06/24/11 | | | | | | | PA | |
| 07/26/11 | | | | | | | TX | |
| 07/26/11 | | | | | | | IN | |
| 07/26/11 | | | | | | | FL | |
| 07/26/11 | | | | | | | NJ | |
| 08/09/11 | | | | | | | MO | |
| 08/09/11 | | | | | | | PA | |
| 08/11/11 | | | | | | | FL | |
| 08/11/11 | | | | | | | TX | |
| 08/11/11 | | | | | | | FL | |
| 08/25/11 | | | | | | | TX | |
| 08/25/11 | | | | | | | TX | |
| 08/25/11 | | | | | | | VA | |
| 08/25/11 | | | | | | | TX | |
| 08/25/11 | | | | | | | NV | |
| 08/25/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | FL | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|---|
| 09/23/11 | | | | | | | CA | |
| 09/23/11 | | | | | | | NJ | |
| 09/23/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | WV | |
| 09/23/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | WV | |
| 09/23/11 | | | | | | | FL | |
| 09/23/11 | | | | | | | PA | |
| 09/30/11 | | | | | | | OH | |
| 09/30/11 | | | | | | | TX | |
| 09/30/11 | | | | | | | TX | |
| 09/30/11 | | | | | | | MD | |
| 09/30/11 | | | | | | | TN | |
| 09/30/11 | | | | | | | CA | |
| 09/30/11 | | | | | | | TX | |
| 09/30/11 | | | | | | | WV | |
| 09/30/11 | | | | | | | TX | |
| 10/12/11 | | | | | | | TX | |
| 10/12/11 | | | | | | | TX | |
| 10/12/11 | | | | | | | TX | |
| 10/12/11 | | | | | | | TX | |
| 10/12/11 | | | | | | | TX | |
| 10/12/11 | | | | | | | TX | |
| 10/12/11 | | | | | | | TX | |
| 10/12/11 | | | | | | | TX | |
| 10/12/11 | | | | | | | TX | |
| 10/12/11 | | | | | | | TX | |
| 10/12/11 | | | | | | | TX | |
| 10/12/11 | | | | | | | MS | |
| 10/25/11 | | | | | | | TX | |
| 10/25/11 | | | | | | | TX | |
| 10/25/11 | | | | | | | NY | |
| 10/25/11 | | | | | | | TX | |
| 10/25/11 | | | | | | | OH | |
| 10/25/11 | | | | | | | TX | |
| 10/25/11 | | | | | | | WI | |
| 10/25/11 | | | | | | | FL | |
| 10/25/11 | | | | | | | TX | |
| 10/25/11 | | | | | | | TX | |
| 11/01/11 | | | | | | | NJ | |
| 11/01/11 | | | | | | | TX | |
| 11/01/11 | | | | | | | FL | |
| 11/01/11 | | | | | | | TX | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | TX | |
| 11/07/11 | | | | | | | TX | |
| 11/07/11 | | | | | | | MI | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | TX | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | FL | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|---|
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | TX | |
| 11/07/11 | | | | | | | FL | |
| 12/08/11 | | | | | | | NV | |
| 12/08/11 | | | | | | | OH | |
| 12/08/11 | | | | | | | TX | |
| 12/08/11 | | | | | | | TX | |
| 12/08/11 | | | | | | | TX | |
| 12/08/11 | | | | | | | TX | |
| 12/08/11 | | | | | | | GA | |
| 12/08/11 | | | | | | | MD | |
| 12/08/11 | | | | | | | IL | |
| 12/08/11 | | | | | | | FL | |
| 12/08/11 | | | | | | | TX | |
| 12/08/11 | | | | | | | TN | |
| 12/08/11 | | | | | | | MI | |
| 12/08/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | OH | |
| 12/16/11 | | | | | | | MD | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | MI | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | OH | |
| 12/16/11 | | | | | | | NJ | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | NY | |
| 12/16/11 | | | | | | | OH | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | PA | |
| 12/16/11 | | | | | | | NY | |
| 12/16/11 | | | | | | | TN | |
| 12/16/11 | | | | | | | IN | |
| 12/16/11 | | | | | | | NY | |
| 12/21/11 | | | | | | | FL | |
| 12/21/11 | | | | | | | TX | |
| 12/21/11 | | | | | | | HI | |
| 12/21/11 | | | | | | | FL | |
| 12/21/11 | | | | | | | FL | |
| 12/21/11 | | | | | | | FL | |
| 12/21/11 | | | | | | | FL | |
| 12/21/11 | | | | | | | CA | |
| 01/12/12 | | | | | | | NY | |
| 01/12/12 | | | | | | | NJ | |
| 01/12/12 | | | | | | | MI | |
| 01/12/12 | | | | | | | PA | |
| 01/12/12 | | | | | | | TX | |
| 01/12/12 | | | | | | | TX | |
| 01/12/12 | | | | | | | AR | |
| 01/12/12 | | | | | | | TX | |
| 01/12/12 | | | | | | | NY | |
| 01/12/12 | | | | | | | FL | |
| 01/12/12 | | | | | | | PA | |
| 01/12/12 | | | | | | | FL | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|---|
| 01/12/12 | | | | | | | FL | |
| 01/12/12 | | | | | | | MD | |
| 01/23/12 | | | | | | | NY | |
| 01/23/12 | | | | | | | TN | |
| 01/23/12 | | | | | | | CA | |
| 01/23/12 | | | | | | | CA | |
| 01/23/12 | | | | | | | CA | |
| 01/23/12 | | | | | | | CA | |
| 02/03/12 | | | | | | | NC | |
| 02/03/12 | | | | | | | TX | |
| 02/03/12 | | | | | | | FL | |
| 02/03/12 | | | | | | | TX | |
| 02/03/12 | | | | | | | FL | |
| 02/03/12 | | | | | | | CA | |
| 02/16/12 | | | | | | | PA | |
| 02/16/12 | | | | | | | TX | |
| 02/16/12 | | | | | | | MD | |
| 02/16/12 | | | | | | | MD | |
| 02/16/12 | | | | | | | TX | |
| 02/16/12 | | | | | | | MD | |
| 02/16/12 | | | | | | | MD | |
| 02/16/12 | | | | | | | CO | |
| 02/16/12 | | | | | | | OH | |
| 02/16/12 | | | | | | | PA | |
| 02/16/12 | | | | | | | MD | |
| 02/16/12 | | | | | | | MD | |
| 02/16/12 | | | | | | | MD | |
| 02/16/12 | | | | | | | FL | |
| 02/16/12 | | | | | | | TX | |
| 02/16/12 | | | | | | | FL | |
| 02/29/12 | | | | | | | DE | |
| 02/29/12 | | | | | | | CA | |
| 02/29/12 | | | | | | | MD | |
| 02/29/12 | | | | | | | CA | |
| 02/29/12 | | | | | | | NY | |
| 02/29/12 | | | | | | | TX | |
| 02/29/12 | | | | | | | MD | |
| 02/29/12 | | | | | | | MD | |
| 02/29/12 | | | | | | | CA | |
| 02/29/12 | | | | | | | MI | |
| 02/29/12 | | | | | | | KY | |
| 02/29/12 | | | | | | | MI | |
| 02/29/12 | | | | | | | NY | |
| 02/29/12 | | | | | | | NJ | |
| 02/29/12 | | | | | | | MI | |
| 02/29/12 | | | | | | | MD | |
| 02/29/12 | | | | | | | TX | |
| 02/29/12 | | | | | | | CA | |
| 02/29/12 | | | | | | | MD | |
| 02/29/12 | | | | | | | MD | |
| 02/29/12 | | | | | | | AZ | |
| 02/29/12 | | | | | | | AZ | |
| 02/29/12 | | | | | | | GA | |
| 02/29/12 | | | | | | | GA | |
| 03/20/12 | | | | | | | WV | |
| 03/20/12 | | | | | | | CA | |
| 03/20/12 | | | | | | | GA | |
| 03/20/12 | | | | | | | CT | |
| 03/20/12 | | | | | | | KS | |
| 03/20/12 | | | | | | | AR | |
| 03/20/12 | | | | | | | DE | |
| 03/20/12 | | | | | | | TX | |
| 03/20/12 | | | | | | | NJ | |
| 03/20/12 | | | | | | | NJ | |
| 03/20/12 | | | | | | | FL | |
| 03/20/12 | | | | | | | KY | |
| 03/20/12 | | | | | | | TN | |
| 03/20/12 | | | | | | | TX | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|------|------|------|------|------|------|------|------|
| 03/20/12 | | | | | | | NY | |
| 03/23/12 | | | | | | | MI | |
| 03/23/12 | | | | | | | WV | |
| 03/23/12 | | | | | | | DE | |
| 04/11/12 | | | | | | | MI | |
| 04/11/12 | | | | | | | NY | |
| 04/11/12 | | | | | | | PA | |
| 04/11/12 | | | | | | | GA | |
| 04/11/12 | | | | | | | NV | |
| 04/11/12 | | | | | | | LA | |
| 05/07/12 | | | | | | | TN | |
| 05/07/12 | | | | | | | AR | |
| 05/07/12 | | | | | | | NC | |
| 05/07/12 | | | | | | | CA | |
| 05/07/12 | | | | | | | FL | |
| 05/07/12 | | | | | | | PA | |
| 05/07/12 | | | | | | | MD | |
| 05/07/12 | | | | | | | AZ | |
| 05/07/12 | | | | | | | MD | |
| 05/07/12 | | | | | | | MD | |
| 05/07/12 | | | | | | | MD | |
| 05/07/12 | | | | | | | GA | |
| 05/07/12 | | | | | | | MS | |
| 05/07/12 | | | | | | | DE | |
| 05/21/12 | | | | | | | KY | |
| 05/21/12 | | | | | | | MD | |
| 05/21/12 | | | | | | | PA | |
| 05/21/12 | | | | | | | VA | |
| 05/21/12 | | | | | | | MD | |
| 05/21/12 | | | | | | | TN | |
| 05/21/12 | | | | | | | CA | |
| 05/21/12 | | | | | | | FL | |
| 05/21/12 | | | | | | | OK | |
| 05/21/12 | | | | | | | MD | |
| 05/21/12 | | | | | | | TN | |
| 05/21/12 | | | | | | | CA | |
| 05/21/12 | | | | | | | AR | |
| 05/21/12 | | | | | | | TX | |
| 05/21/12 | | | | | | | MI | |
| 05/21/12 | | | | | | | CA | |
| 05/21/12 | | | | | | | GA | |
| 05/21/12 | | | | | | | MD | |
| 06/13/12 | | | | | | | MI | |
| 06/13/12 | | | | | | | NJ | |
| 06/13/12 | | | | | | | HI | |
| 06/13/12 | | | | | | | OK | |
| 06/13/12 | | | | | | | MI | |
| 06/13/12 | | | | | | | TX | |
| 06/13/12 | | | | | | | TX | |
| 06/13/12 | | | | | | | TX | |
| 06/13/12 | | | | | | | WV | |
| 06/13/12 | | | | | | | VA | |
| 06/13/12 | | | | | | | FL | |
| 06/13/12 | | | | | | | PA | |
| 06/13/12 | | | | | | | FL | |
| 06/13/12 | | | | | | | MI | |
| 06/13/12 | | | | | | | MI | |
| 06/13/12 | | | | | | | OK | |
| 06/13/12 | | | | | | | CA | |
| 06/13/12 | | | | | | | CA | |
| 06/21/12 | | | | | | | WV | |
| 06/21/12 | | | | | | | AZ | |
| 06/21/12 | | | | | | | NC | |
| 06/21/12 | | | | | | | TX | |
| 06/21/12 | | | | | | | TX | |
| 06/21/12 | | | | | | | MA | |
| 06/21/12 | | | | | | | PA | |
| 06/21/12 | | | | | | | PA | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|---|
| 06/21/12 | | | | | | | MI | |
| 06/21/12 | | | | | | | CA | |
| 06/21/12 | | | | | | | PA | |
| 06/21/12 | | | | | | | TN | |
| 06/21/12 | | | | | | | MI | |
| 06/21/12 | | | | | | | TX | |
| 06/21/12 | | | | | | | TX | |
| 06/21/12 | | | | | | | GA | |
| 06/21/12 | | | | | | | KY | |
| 07/06/12 | | | | | | | CA | |
| 07/06/12 | | | | | | | FL | |
| 07/06/12 | | | | | | | TX | |
| 07/06/12 | | | | | | | TX | |
| 07/06/12 | | | | | | | TX | |
| 07/06/12 | | | | | | | CA | |
| 07/06/12 | | | | | | | TX | |
| 07/06/12 | | | | | | | CA | |
| 07/06/12 | | | | | | | NY | |
| 07/06/12 | | | | | | | TX | |
| 07/06/12 | | | | | | | CA | |
| 07/06/12 | | | | | | | WA | |
| 07/06/12 | | | | | | | NY | |
| 07/06/12 | | | | | | | CA | |
| 07/06/12 | | | | | | | TX | |
| 07/06/12 | | | | | | | GA | |
| 07/06/12 | | | | | | | TX | |
| 07/06/12 | | | | | | | TX | |
| 07/06/12 | | | | | | | TX | |
| 07/06/12 | | | | | | | TX | |
| 07/12/12 | | | | | | | MD | |
| 07/12/12 | | | | | | | TN | |
| 07/12/12 | | | | | | | MI | |
| 07/12/12 | | | | | | | TX | |
| 07/12/12 | | | | | | | TX | |
| 07/12/12 | | | | | | | TX | |
| 07/12/12 | | | | | | | TX | |
| 07/12/12 | | | | | | | TX | |
| 07/12/12 | | | | | | | CA | |
| 07/12/12 | | | | | | | CA | |
| 07/12/12 | | | | | | | VA | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | CA | |
| 07/27/12 | | | | | | | WV | |
| 07/27/12 | | | | | | | WV | |
| 07/27/12 | | | | | | | MD | |
| 07/27/12 | | | | | | | WV | |
| 07/27/12 | | | | | | | WV | |
| 07/27/12 | | | | | | | WV | |
| 07/27/12 | | | | | | | WA | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | WV | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | PA | |
| 07/27/12 | | | | | | | NV | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | KY | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|-------------|-------------------|----------------|------|---------|------|-------|---------------|
| 08/03/12 | | | | | | | TX | |
| 08/03/12 | | | | | | | TX | |
| 08/03/12 | | | | | | | WV | |
| 08/03/12 | | | | | | | TX | |
| 08/03/12 | | | | | | | KS | |
| 08/03/12 | | | | | | | PA | |
| 08/03/12 | | | | | | | OR | |
| 08/03/12 | | | | | | | TX | |
| 08/03/12 | | | | | | | TX | |
| 08/10/12 | | | | | | | TX | |
| 08/10/12 | | | | | | | NY | |
| 08/10/12 | | | | | | | NJ | |
| 08/10/12 | | | | | | | CA | |
| 08/10/12 | | | | | | | TX | |
| 08/10/12 | | | | | | | TX | |
| 08/10/12 | | | | | | | OH | |
| 08/10/12 | | | | | | | PA | |
| 08/10/12 | | | | | | | MO | |
| 08/10/12 | | | | | | | TX | |
| 08/20/12 | | | | | | | FL | |
| 08/20/12 | | | | | | | KY | |
| 08/20/12 | | | | | | | TX | |
| 08/20/12 | | | | | | | TX | |
| 08/20/12 | | | | | | | MD | |
| 08/20/12 | | | | | | | TX | |
| 08/20/12 | | | | | | | PA | |
| 08/20/12 | | | | | | | WV | |
| 08/20/12 | | | | | | | UT | |
| 08/31/12 | | | | | | | TX | |
| 08/31/12 | | | | | | | OK | |
| 08/31/12 | | | | | | | VA | |
| 08/31/12 | | | | | | | AR | |
| 08/31/12 | | | | | | | TX | |
| 09/14/12 | | | | | | | KY | |
| 09/14/12 | | | | | | | TX | |
| 09/14/12 | | | | | | | MD | |
| 09/14/12 | | | | | | | CA | |
| 09/26/12 | | | | | | | CA | |
| 09/26/12 | | | | | | | FL | |
| 09/26/12 | | | | | | | VA | |
| 09/26/12 | | | | | | | TX | |
| 09/26/12 | | | | | | | FL | |
| 09/26/12 | | | | | | | NC | |
| 10/09/12 | | | | | | | MI | |
| 10/09/12 | | | | | | | TX | |
| 10/23/12 | | | | | | | CA | |
| 10/23/12 | | | | | | | CA | |
| 10/23/12 | | | | | | | CA | |
| 10/23/12 | | | | | | | NJ | |
| 10/23/12 | | | | | | | CA | |
| 10/31/12 | | | | | | | AL | |
| 10/31/12 | | | | | | | CA | |
| 10/31/12 | | | | | | | MO | |
| 10/31/12 | | | | | | | CA | |
| 10/31/12 | | | | | | | HI | |
| 11/08/12 | | | | | | | CO | |
| 11/08/12 | | | | | | | PA | |
| 11/08/12 | | | | | | | FL | |
| 11/08/12 | | | | | | | AR | |
| 11/16/12 | | | | | | | KY | |
| 11/16/12 | | | | | | | AZ | |
| 11/16/12 | | | | | | | OR | |
| 11/16/12 | | | | | | | TX | |
| 11/16/12 | | | | | | | LA | |
| 11/16/12 | | | | | | | CA | |
| 12/03/12 | | | | | | | PA | |
| 12/03/12 | | | | | | | TX | |
| 12/03/12 | | | | | | | CA | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|---|
| 12/03/12 | | | | | | | CA | |
| 12/18/12 | | | | | | | GA | |
| 12/18/12 | | | | | | | TX | |
| 12/18/12 | | | | | | | KY | |
| 12/18/12 | | | | | | | CA | |
| 12/18/12 | | | | | | | FL | |
| 12/18/12 | | | | | | | TN | |
| 12/18/12 | | | | | | | TN | |
| 12/18/12 | | | | | | | MI | |
| 12/18/12 | | | | | | | TX | |
| 12/18/12 | | | | | | | FL | |
| 12/18/12 | | | | | | | CA | |
| 01/04/13 | | | | | | | FL | |
| 01/04/13 | | | | | | | NY | |
| 01/04/13 | | | | | | | FL | |
| 01/04/13 | | | | | | | TX | |
| 01/04/13 | | | | | | | LA | |
| 01/24/13 | | | | | | | NY | |
| 01/24/13 | | | | | | | PA | |
| 01/24/13 | | | | | | | FL | |
| 01/24/13 | | | | | | | WV | |
| 01/24/13 | | | | | | | NJ | |
| 01/24/13 | | | | | | | GA | |
| 01/24/13 | | | | | | | CA | |
| 01/24/13 | | | | | | | AZ | |
| 01/24/13 | | | | | | | CA | |
| 01/24/13 | | | | | | | NY | |
| 01/24/13 | | | | | | | MD | |
| 01/24/13 | | | | | | | LA | |
| 01/24/13 | | | | | | | MS | |
| 01/24/13 | | | | | | | IN | |
| 02/06/13 | | | | | | | NJ | |
| 02/06/13 | | | | | | | OK | |
| 02/06/13 | | | | | | | FL | |
| 02/06/13 | | | | | | | PA | |
| 02/06/13 | | | | | | | FL | |
| 02/06/13 | | | | | | | FL | |
| 02/22/13 | | | | | | | AR | |
| 02/22/13 | | | | | | | VA | |
| 02/22/13 | | | | | | | GA | |
| 02/22/13 | | | | | | | AR | |
| 03/13/13 | | | | | | | MI | |
| 03/13/13 | | | | | | | AR | |
| 03/13/13 | | | | | | | LA | |
| 03/13/13 | | | | | | | PA | |
| 03/13/13 | | | | | | | NC | |
| 04/15/13 | | | | | | | NC | |
| 04/15/13 | | | | | | | WA | |
| 04/15/13 | | | | | | | NJ | |
| 04/15/13 | | | | | | | OR | |
| 04/15/13 | | | | | | | MT | |
| 04/15/13 | | | | | | | CA | |
| 05/03/13 | | | | | | | UT | |
| 05/03/13 | | | | | | | AL | |
| 05/03/13 | | | | | | | CA | |
| 05/03/13 | | | | | | | NY | |
| 05/15/13 | | | | | | | NY | |
| 05/15/13 | | | | | | | NC | |
| 05/15/13 | | | | | | | UT | |
| 05/15/13 | | | | | | | TN | |
| 05/15/13 | | | | | | | FL | |
| 05/15/13 | | | | | | | MD | |
| 05/29/13 | | | | | | | MI | |
| 05/29/13 | | | | | | | CA | |
| 05/29/13 | | | | | | | NJ | |
| 05/29/13 | | | | | | | AR | |
| 05/29/13 | | | | | | | CA | |
| 05/29/13 | | | | | | | WV | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|-------------|-------------------|----------------|------|---------|------|-------|---------------|
| 05/29/13 | | | | | | | PA | |
| 05/29/13 | | | | | | | IN | |
| 05/29/13 | | | | | | | PA | |
| 06/11/13 | | | | | | | CA | |
| 06/11/13 | | | | | | | FL | |
| 06/11/13 | | | | | | | NC | |
| 06/24/13 | | | | | | | LA | |
| 06/24/13 | | | | | | | CA | |
| 07/29/13 | | | | | | | KY | |
| 07/29/13 | | | | | | | NJ | |
| 07/29/13 | | | | | | | CA | |
| 07/29/13 | | | | | | | CA | |
| 07/29/13 | | | | | | | NC | |
| 07/29/13 | | | | | | | KS | |
| 07/29/13 | | | | | | | NY | |
| 07/29/13 | | | | | | | MD | |
| 07/29/13 | | | | | | | NY | |
| 08/09/13 | | | | | | | MI | |
| 08/09/13 | | | | | | | MI | |
| 08/09/13 | | | | | | | MI | |
| 08/09/13 | | | | | | | MO | |
| 08/09/13 | | | | | | | FL | |
| 08/09/13 | | | | | | | CA | |
| 08/09/13 | | | | | | | NJ | |
| 08/09/13 | | | | | | | MI | |
| 08/09/13 | | | | | | | DE | |
| 08/09/13 | | | | | | | NJ | |
| 08/09/13 | | | | | | | NY | |
| 08/09/13 | | | | | | | MI | |
| 08/09/13 | | | | | | | LA | |
| 08/09/13 | | | | | | | GA | |
| 08/09/13 | | | | | | | NJ | |
| 08/09/13 | | | | | | | PA | |
| 08/09/13 | | | | | | | PA | |
| 09/04/13 | | | | | | | VA | |
| 09/04/13 | | | | | | | MD | |
| 09/04/13 | | | | | | | OK | |
| 09/04/13 | | | | | | | TN | |
| 09/04/13 | | | | | | | FL | |
| 09/04/13 | | | | | | | PA | |
| 09/04/13 | | | | | | | NY | |
| 09/04/13 | | | | | | | NJ | |
| 09/04/13 | | | | | | | GA | |
| 09/18/13 | | | | | | | AR | |
| 09/18/13 | | | | | | | MS | |
| 09/18/13 | | | | | | | WV | |
| 09/18/13 | | | | | | | AR | |
| 09/18/13 | | | | | | | NJ | |
| 09/18/13 | | | | | | | MD | |
| 09/18/13 | | | | | | | MD | |
| 09/18/13 | | | | | | | MS | |
| 09/18/13 | | | | | | | MD | |
| 09/18/13 | | | | | | | MD | |
| 09/18/13 | | | | | | | MD | |
| 09/18/13 | | | | | | | MD | |
| 09/18/13 | | | | | | | MD | |
| 09/18/13 | | | | | | | MI | |
| 09/18/13 | | | | | | | NJ | |
| 09/18/13 | | | | | | | NJ | |
| 09/18/13 | | | | | | | VA | |
| 09/18/13 | | | | | | | NJ | |
| 09/18/13 | | | | | | | KY | |
| 09/18/13 | | | | | | | WV | |
| 09/18/13 | | | | | | | VA | |
| 09/18/13 | | | | | | | OK | |
| 09/18/13 | | | | | | | NC | |
| 09/18/13 | | | | | | | CA | |
| 09/18/13 | | | | | | | TN | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|-------------|-------------------|----------------|------|---------|------|-------|---------------|
| 10/09/13 | | | | | | | VA | |
| 10/09/13 | | | | | | | OK | |
| 10/09/13 | | | | | | | MS | |
| 10/09/13 | | | | | | | MI | |
| 10/09/13 | | | | | | | TX | |
| 10/09/13 | | | | | | | FL | |
| 10/29/13 | | | | | | | NC | |
| 10/29/13 | | | | | | | LA | |
| 10/29/13 | | | | | | | CA | |
| 10/29/13 | | | | | | | NY | |
| 10/29/13 | | | | | | | WV | |
| 10/29/13 | | | | | | | OK | |
| 10/29/13 | | | | | | | NY | |
| 10/29/13 | | | | | | | WV | |
| 10/29/13 | | | | | | | WV | |
| 11/11/13 | | | | | | | NC | |
| 11/11/13 | | | | | | | OH | |
| 11/22/13 | | | | | | | CA | |
| 11/22/13 | | | | | | | TX | |
| 11/22/13 | | | | | | | MI | |
| 11/22/13 | | | | | | | MO | |
| 11/22/13 | | | | | | | MI | |
| 11/22/13 | | | | | | | OK | |
| 12/06/13 | | | | | | | NY | |
| 12/06/13 | | | | | | | UT | |
| 12/06/13 | | | | | | | PA | |
| 12/19/13 | | | | | | | NC | |
| 12/19/13 | | | | | | | IL | |
| 01/15/14 | | | | | | | CA | |
| 01/15/14 | | | | | | | AZ | |
| 01/15/14 | | | | | | | TN | |
| 01/15/14 | | | | | | | NC | |
| 01/15/14 | | | | | | | MI | |
| 01/15/14 | | | | | | | WV | |
| | | | | | | | | |
| 01/15/14 | | | | | | | WA | |
| 01/28/14 | | | | | | | CA | |
| 01/28/14 | | | | | | | FL | |
| 01/28/14 | | | | | | | FL | |
| 01/28/14 | | | | | | | NY | |
| 01/28/14 | | | | | | | KY | |
| 01/28/14 | | | | | | | CA | |
| 01/28/14 | | | | | | | OH | |
| 01/28/14 | | | | | | | SC | |
| 01/28/14 | | | | | | | KY | |
| 01/28/14 | | | | | | | CA | |
| 01/28/14 | | | | | | | NV | |
| 01/28/14 | | | | | | | LA | |
| 01/28/14 | | | | | | | TX | |
| 01/28/14 | | | | | | | FL | |
| 01/28/14 | | | | | | | NC | |
| 01/28/14 | | | | | | | CA | |
| 01/28/14 | | | | | | | NC | |
| 01/28/14 | | | | | | | FL | |
| 02/11/14 | | | | | | | WI | |
| 02/11/14 | | | | | | | OK | |
| 02/11/14 | | | | | | | GA | |
| 02/11/14 | | | | | | | GA | |
| 02/11/14 | | | | | | | GA | |
| 02/11/14 | | | | | | | AR | |
| 02/11/14 | | | | | | | CA | |
| 02/11/14 | | | | | | | CA | |
| 02/11/14 | | | | | | | NV | |
| 02/11/14 | | | | | | | NC | |
| 02/11/14 | | | | | | | TX | |
| 02/11/14 | | | | | | | MS | |
| 02/11/14 | | | | | | | PA | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|---|
| 02/11/14 | | | | | | | MI | |
| 02/11/14 | | | | | | | NC | |
| 02/11/14 | | | | | | | NC | |
| 02/11/14 | | | | | | | CA | |
| 02/11/14 | | | | | | | SC | |
| 02/11/14 | | | | | | | CA | |
| 02/11/14 | | | | | | | KS | |
| 02/11/14 | | | | | | | CA | |
| 02/11/14 | | | | | | | TN | |
| 02/11/14 | | | | | | | CA | |
| 02/11/14 | | | | | | | CA | |
| 02/11/14 | | | | | | | NY | |
| 02/20/14 | | | | | | | FL | |
| 02/20/14 | | | | | | | NY | |
| 02/20/14 | | | | | | | NJ | |
| 02/20/14 | | | | | | | FL | |
| 02/20/14 | | | | | | | FL | |
| 02/20/14 | | | | | | | MI | |
| 02/20/14 | | | | | | | TX | |
| 02/20/14 | | | | | | | VA | |
| 02/20/14 | | | | | | | LA | |
| 02/20/14 | | | | | | | CA | |
| 02/20/14 | | | | | | | GA | |
| 02/20/14 | | | | | | | MI | |
| 02/20/14 | | | | | | | CA | |
| 02/27/14 | | | | | | | FL | |
| 02/27/14 | | | | | | | AK | |
| 02/27/14 | | | | | | | NC | |
| 02/27/14 | | | | | | | SC | |
| 02/27/14 | | | | | | | FL | |
| 02/27/14 | | | | | | | WA | |
| 03/07/14 | | | | | | | VA | |
| 03/07/14 | | | | | | | TN | |
| 03/07/14 | | | | | | | MI | |
| 03/07/14 | | | | | | | LA | |
| 03/07/14 | | | | | | | IN | |
| 04/03/14 | | | | | | | MS | |
| 04/03/14 | | | | | | | IL | |
| 04/03/14 | | | | | | | AZ | |
| 04/03/14 | | | | | | | WI | |
| 04/03/14 | | | | | | | TN | |
| 04/03/14 | | | | | | | PA | |
| 04/03/14 | | | | | | | OH | |
| 04/03/14 | | | | | | | AR | |
| 04/03/14 | | | | | | | MS | |
| 04/03/14 | | | | | | | OK | |
| 04/03/14 | | | | | | | CA | |
| 04/03/14 | | | | | | | OK | |
| 04/03/14 | | | | | | | TN | |
| 04/03/14 | | | | | | | TX | |
| 04/03/14 | | | | | | | SC | |
| 04/03/14 | | | | | | | VA | |
| 04/22/14 | | | | | | | MI | |
| 04/22/14 | | | | | | | FL | |
| 04/22/14 | | | | | | | DC | |
| 05/16/14 | | | | | | | TX | |
| 05/16/14 | | | | | | | CA | |
| 05/16/14 | | | | | | | NJ | |
| 05/16/14 | | | | | | | AL | |
| 05/16/14 | | | | | | | WV | |
| 05/16/14 | | | | | | | AR | |
| 05/16/14 | | | | | | | CA | |
| 06/12/14 | | | | | | | MI | |
| 06/12/14 | | | | | | | TN | |
| 06/12/14 | | | | | | | GA | |
| 06/12/14 | | | | | | | OH | |
| 06/12/14 | | | | | | | CA | |
| 06/12/14 | | | | | | | MD | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|-------------|-------------------|----------------|------|---------|------|-------|---------------|
| 06/12/14 | | | | | | | TX | |
| 06/12/14 | | | | | | | OK | |
| 06/12/14 | | | | | | | GA | |
| 06/12/14 | | | | | | | CA | |
| 07/03/14 | | | | | | | NJ | |
| 07/03/14 | | | | | | | CA | |
| 07/03/14 | | | | | | | AZ | |
| 07/03/14 | | | | | | | PA | |
| 07/03/14 | | | | | | | GA | |
| 07/03/14 | | | | | | | MI | |
| 07/03/14 | | | | | | | IL | |
| 07/03/14 | | | | | | | OH | |
| 07/03/14 | | | | | | | CA | |
| 07/03/14 | | | | | | | FL | |
| 07/25/14 | | | | | | | TX | |
| 07/25/14 | | | | | | | CA | |
| 07/25/14 | | | | | | | TX | |
| 07/25/14 | | | | | | | CA | |
| 07/25/14 | | | | | | | SC | |
| 07/25/14 | | | | | | | WV | |
| 07/25/14 | | | | | | | VA | |
| 07/25/14 | | | | | | | TX | |
| 07/25/14 | | | | | | | TX | |
| 07/25/14 | | | | | | | CT | |
| 07/25/14 | | | | | | | CA | |
| 08/20/14 | | | | | | | CA | |
| 08/20/14 | | | | | | | OK | |
| 08/20/14 | | | | | | | OK | |
| 08/20/14 | | | | | | | TX | |
| 08/20/14 | | | | | | | IL | |
| 08/20/14 | | | | | | | OK | |
| 08/20/14 | | | | | | | MI | |
| 08/20/14 | | | | | | | MI | |
| 08/20/14 | | | | | | | NY | |
| 08/20/14 | | | | | | | MA | |
| 08/20/14 | | | | | | | SC | |
| 08/20/14 | | | | | | | MD | |
| 08/20/14 | | | | | | | OK | |
| 08/20/14 | | | | | | | MD | |
| 08/20/14 | | | | | | | NV | |
| 08/20/14 | | | | | | | NY | |
| 09/12/14 | | | | | | | MS | |
| 09/12/14 | | | | | | | NY | |
| 09/12/14 | | | | | | | WA | |
| 09/12/14 | | | | | | | GA | |
| 09/12/14 | | | | | | | CA | |
| 09/12/14 | | | | | | | CA | |
| 09/12/14 | | | | | | | WV | |
| 10/07/14 | | | | | | | CA | |
| 10/10/14 | | | | | | | FL | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|---|
| 10/23/14 | | | | | | | WV | |
| 10/23/14 | | | | | | | TX | |
| 12/05/14 | | | | | | | NY | |
| 01/14/15 | | | | | | | IN | |
| 01/15/15 | | | | | | | WV | |
| 02/03/15 | | | | | | | NY | |
| 02/05/15 | | | | | | | PA | |
| 03/19/15 | | | | | | | NY | |
| 03/19/15 | | | | | | | NY | |
| 03/19/15 | | | | | | | MD | |
| 03/30/15 | | | | | | | DC | |
| 06/12/15 | | | | | | | CA | |
| 07/20/15 | | | | | | | FL | |
| 07/21/15 | | | | | | | OH | |
| 07/29/15 | | | | | | | CA | |
| 07/30/15 | | | | | | | HI | |
| 08/05/15 | | | | | | | TN | |
| 08/05/15 | | | | | | | NJ | |
| 08/05/15 | | | | | | | NJ | |
| 08/06/15 | | | | | | | NC | |
| 08/21/15 | | | | | | | MI | |
| 08/26/15 | | | | | | | | |
| 09/02/15 | | | | | | | MO | |
| 10/30/15 | | | | | | | MD | |
| 05/05/16 | | | | | | | TX | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|-------------|-------------------|----------------|------|---------|------|-------|---------------|
| 05/18/16 | | | | | | | MD | |
| 05/18/16 | | | | | | | FL | |

**(2)**

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|---|
| 05/24/11 | | | | | | | FL | |
| 05/25/11 | | | | | | | IN | |
| 05/25/11 | | | | | | | CA | |
| 05/31/11 | | | | | | | FL | |
| 05/31/11 | | | | | | | FL | |
| 05/31/11 | | | | | | | TX | |
| 05/31/11 | | | | | | | HI | |
| 06/03/11 | | | | | | | IN | |
| 06/03/11 | | | | | | | ME | |
| 06/24/11 | | | | | | | PA | |
| 06/24/11 | | | | | | | PA | |
| 07/26/11 | | | | | | | GA | |
| 07/26/11 | | | | | | | TX | |
| 07/26/11 | | | | | | | TX | |
| 07/26/11 | | | | | | | TX | |
| 07/26/11 | | | | | | | TX | |
| 07/26/11 | | | | | | | TX | |
| 07/26/11 | | | | | | | AZ | |
| 07/26/11 | | | | | | | FL | |
| 07/26/11 | | | | | | | TX | |
| 07/26/11 | | | | | | | TX | |
| 08/09/11 | | | | | | | MI | |
| 08/09/11 | | | | | | | MI | |
| 08/09/11 | | | | | | | PA | |
| 08/09/11 | | | | | | | FL | |
| 08/11/11 | | | | | | | TX | |
| 08/11/11 | | | | | | | FL | |
| 08/25/11 | | | | | | | FL | |
| 08/25/11 | | | | | | | MI | |
| 08/25/11 | | | | | | | FL | |
| 09/23/11 | | | | | | | FL | |
| 09/23/11 | | | | | | | FL | |
| 09/23/11 | | | | | | | CA | |
| 09/23/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | NV | |
| 09/23/11 | | | | | | | TX | |
| 09/23/11 | | | | | | | FL | |
| 09/23/11 | | | | | | | CA | |
| 09/30/11 | | | | | | | MA | |
| 09/30/11 | | | | | | | VA | |
| 10/12/11 | | | | | | | FL | |
| 10/12/11 | | | | | | | FL | |
| 10/25/11 | | | | | | | FL | |
| 10/25/11 | | | | | | | PA | |
| 10/25/11 | | | | | | | TX | |
| 10/25/11 | | | | | | | DC | |
| 10/25/11 | | | | | | | FL | |
| 10/25/11 | | | | | | | TX | |
| 11/01/11 | | | | | | | NJ | |
| 11/01/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | DE | |
| 11/07/11 | | | | | | | NJ | |
| 11/07/11 | | | | | | | AZ | |
| 11/07/11 | | | | | | | MI | |
| 11/07/11 | | | | | | | FL | |
| 11/07/11 | | | | | | | MD | |
| 11/07/11 | | | | | | | NC | |
| 12/08/11 | | | | | | | FL | |
| 12/08/11 | | | | | | | OK | |
| 12/08/11 | | | | | | | PA | |
| 12/08/11 | | | | | | | TX | |
| 12/08/11 | | | | | | | TX | |
| 12/08/11 | | | | | | | CA | |
| 12/08/11 | | | | | | | WA | |
| 12/08/11 | | | | | | | GA | |
| 12/08/11 | | | | | | | PA | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|------|------|------|------|------|------|------|------|
| 12/08/11 | | | | | | | FL | |
| 12/08/11 | | | | | | | MI | |
| 12/08/11 | | | | | | | NY | |
| 12/08/11 | | | | | | | TX | |
| 12/08/11 | | | | | | | TX | |
| 12/08/11 | | | | | | | TX | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | WV | |
| 12/16/11 | | | | | | | CA | |
| 12/16/11 | | | | | | | GA | |
| 12/16/11 | | | | | | | FL | |
| 12/16/11 | | | | | | | GA | |
| 12/21/11 | | | | | | | LA | |
| 01/12/12 | | | | | | | TX | |
| 01/12/12 | | | | | | | FL | |
| 01/12/12 | | | | | | | PA | |
| 01/12/12 | | | | | | | MI | |
| 01/12/12 | | | | | | | NY | |
| 01/12/12 | | | | | | | NJ | |
| 01/12/12 | | | | | | | FL | |
| 01/12/12 | | | | | | | WV | |
| 01/12/12 | | | | | | | TX | |
| 01/23/12 | | | | | | | TX | |
| 01/23/12 | | | | | | | FL | |
| 01/23/12 | | | | | | | FL | |
| 01/23/12 | | | | | | | AL | |
| 01/23/12 | | | | | | | NJ | |
| 01/23/12 | | | | | | | CA | |
| 01/23/12 | | | | | | | CA | |
| 01/23/12 | | | | | | | FL | |
| 02/03/12 | | | | | | | FL | |
| 02/03/12 | | | | | | | NY | |
| 02/03/12 | | | | | | | GA | |
| 02/03/12 | | | | | | | TX | |
| 02/03/12 | | | | | | | PA | |
| 02/03/12 | | | | | | | TX | |
| 02/03/12 | | | | | | | TX | |
| 02/03/12 | | | | | | | MI | |
| 02/03/12 | | | | | | | MI | |
| 02/03/12 | | | | | | | NJ | |
| 02/03/12 | | | | | | | FL | |
| 02/03/12 | | | | | | | WV | |
| 02/16/12 | | | | | | | TX | |
| 02/16/12 | | | | | | | MI | |
| 02/16/12 | | | | | | | TX | |
| 02/16/12 | | | | | | | MD | |
| 02/16/12 | | | | | | | AZ | |
| 02/16/12 | | | | | | | FL | |
| 02/16/12 | | | | | | | TX | |
| 02/29/12 | | | | | | | AL | |
| 02/29/12 | | | | | | | FL | |
| 02/29/12 | | | | | | | FL | |
| 02/29/12 | | | | | | | TX | |
| 02/29/12 | | | | | | | AL | |
| 02/29/12 | | | | | | | MI | |
| 02/29/12 | | | | | | | DE | |
| 02/29/12 | | | | | | | AL | |
| 02/29/12 | | | | | | | MI | |
| 02/29/12 | | | | | | | MS | |
| 03/20/12 | | | | | | | TX | |
| 03/20/12 | | | | | | | NJ | |
| 03/20/12 | | | | | | | TX | |
| 03/20/12 | | | | | | | OR | |
| 03/20/12 | | | | | | | CA | |
| 03/20/12 | | | | | | | NC | |
| 03/20/12 | | | | | | | NJ | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|---|
| 03/20/12 | | | | | | | FL | |
| 03/23/12 | | | | | | | FL | |
| 03/23/12 | | | | | | | NJ | |
| 04/11/12 | | | | | | | TX | |
| 04/11/12 | | | | | | | CA | |
| 04/11/12 | | | | | | | TX | |
| 05/07/12 | | | | | | | TX | |
| 05/07/12 | | | | | | | CA | |
| 05/07/12 | | | | | | | TX | |
| 05/07/12 | | | | | | | AL | |
| 05/07/12 | | | | | | | KY | |
| 05/07/12 | | | | | | | FL | |
| 05/07/12 | | | | | | | FL | |
| 05/07/12 | | | | | | | MI | |
| 05/07/12 | | | | | | | FL | |
| 06/13/12 | | | | | | | FL | |
| 06/13/12 | | | | | | | FL | |
| 06/13/12 | | | | | | | FL | |
| 06/13/12 | | | | | | | TX | |
| 06/21/12 | | | | | | | FL | |
| 06/21/12 | | | | | | | FL | |
| 07/06/12 | | | | | | | GA | |
| 07/06/12 | | | | | | | NY | |
| 07/06/12 | | | | | | | TX | |
| 07/12/12 | | | | | | | MI | |
| 07/12/12 | | | | | | | FL | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | NJ | |
| 07/27/12 | | | | | | | AL | |
| 07/27/12 | | | | | | | MI | |
| 07/27/12 | | | | | | | SC | |
| 07/27/12 | | | | | | | NY | |
| 07/27/12 | | | | | | | CA | |
| 07/27/12 | | | | | | | TX | |
| 07/27/12 | | | | | | | FL | |
| 07/27/12 | | | | | | | FL | |
| 08/20/12 | | | | | | | FL | |
| 08/20/12 | | | | | | | KY | |
| 08/20/12 | | | | | | | TX | |
| 08/20/12 | | | | | | | TX | |
| 08/20/12 | | | | | | | MI | |
| 08/31/12 | | | | | | | NY | |
| 08/31/12 | | | | | | | NJ | |
| 08/31/12 | | | | | | | TN | |
| 08/31/12 | | | | | | | FL | |
| 08/31/12 | | | | | | | CA | |
| 08/31/12 | | | | | | | MI | |
| 08/31/12 | | | | | | | LA | |
| 08/31/12 | | | | | | | VA | |
| 08/31/12 | | | | | | | TX | |
| 09/14/12 | | | | | | | FL | |
| 09/14/12 | | | | | | | PA | |
| 09/14/12 | | | | | | | TX | |
| 09/14/12 | | | | | | | FL | |
| 09/26/12 | | | | | | | UT | |
| 09/26/12 | | | | | | | FL | |
| 09/26/12 | | | | | | | FL | |
| 09/26/12 | | | | | | | WV | |
| 09/26/12 | | | | | | | TX | |
| 09/26/12 | | | | | | | PA | |
| 10/09/12 | | | | | | | TX | |
| 10/09/12 | | | | | | | TX | |
| 10/09/12 | | | | | | | AZ | |
| 10/09/12 | | | | | | | FL | |
| 10/09/12 | | | | | | | TX | |
| 10/09/12 | | | | | | | TX | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|---|
| 10/09/12 | | | | | | | MI | |
| 10/09/12 | | | | | | | PA | |
| 10/23/12 | | | | | | | PA | |
| 11/08/12 | | | | | | | OK | |
| 11/16/12 | | | | | | | FL | |
| 11/16/12 | | | | | | | CA | |
| 11/16/12 | | | | | | | NV | |
| 11/16/12 | | | | | | | LA | |
| 11/16/12 | | | | | | | TX | |
| 12/03/12 | | | | | | | KY | |
| 12/03/12 | | | | | | | MD | |
| 12/03/12 | | | | | | | TX | |
| 12/03/12 | | | | | | | FL | |
| 12/03/12 | | | | | | | MD | |
| 12/18/12 | | | | | | | FL | |
| 12/18/12 | | | | | | | AZ | |
| 12/18/12 | | | | | | | TX | |
| 12/18/12 | | | | | | | NJ | |
| 12/18/12 | | | | | | | TX | |
| 12/18/12 | | | | | | | IN | |
| 01/04/13 | | | | | | | NY | |
| 01/04/13 | | | | | | | CT | |
| 01/04/13 | | | | | | | MD | |
| 01/04/13 | | | | | | | NY | |
| 01/04/13 | | | | | | | PA | |
| 01/24/13 | | | | | | | FL | |
| 01/24/13 | | | | | | | FL | |
| 01/24/13 | | | | | | | DE | |
| 01/24/13 | | | | | | | TX | |
| 01/24/13 | | | | | | | MD | |
| 01/24/13 | | | | | | | FL | |
| 01/24/13 | | | | | | | TN | |
| 01/24/13 | | | | | | | LA | |
| 02/06/13 | | | | | | | TX | |
| 02/06/13 | | | | | | | DC | |
| 02/06/13 | | | | | | | TX | |
| 02/06/13 | | | | | | | OH | |
| 02/06/13 | | | | | | | FL | |
| 02/06/13 | | | | | | | NJ | |
| 02/06/13 | | | | | | | FL | |
| 02/06/13 | | | | | | | TX | |
| 02/06/13 | | | | | | | TN | |
| 02/22/13 | | | | | | | FL | |
| 02/22/13 | | | | | | | TN | |
| 02/22/13 | | | | | | | ME | |
| 02/22/13 | | | | | | | AL | |
| 02/22/13 | | | | | | | FL | |
| 02/22/13 | | | | | | | CA | |
| 03/13/13 | | | | | | | NY | |
| 03/13/13 | | | | | | | MI | |
| 03/13/13 | | | | | | | FL | |
| 04/15/13 | | | | | | | NV | |
| 04/15/13 | | | | | | | NJ | |
| 04/15/13 | | | | | | | NY | |
| 04/15/13 | | | | | | | GA | |
| 04/15/13 | | | | | | | MA | |
| 04/15/13 | | | | | | | VA | |
| 04/15/13 | | | | | | | TX | |
| 04/15/13 | | | | | | | NY | |
| 05/03/13 | | | | | | | TX | |
| 05/03/13 | | | | | | | FL | |
| 05/03/13 | | | | | | | AL | |
| 05/03/13 | | | | | | | NY | |
| 05/03/13 | | | | | | | OK | |
| 05/15/13 | | | | | | | TX | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|-------------|-------------------|----------------|------|---------|------|-------|---------------|
| 05/15/13 | | | | | | | FL | |
| 05/29/13 | | | | | | | TX | |
| 05/29/13 | | | | | | | TX | |
| 05/29/13 | | | | | | | CA | |
| 05/29/13 | | | | | | | FL | |
| 05/29/13 | | | | | | | VA | |
| 06/11/13 | | | | | | | MS | |
| 06/11/13 | | | | | | | VA | |
| 06/11/13 | | | | | | | GA | |
| 06/11/13 | | | | | | | FL | |
| 06/11/13 | | | | | | | NJ | |
| 06/11/13 | | | | | | | FL | |
| 06/24/13 | | | | | | | TX | |
| 06/24/13 | | | | | | | MI | |
| 06/24/13 | | | | | | | LA | |
| 06/24/13 | | | | | | | TX | |
| 06/24/13 | | | | | | | WV | |
| 07/29/13 | | | | | | | TX | |
| 07/29/13 | | | | | | | OK | |
| 07/29/13 | | | | | | | NJ | |
| 07/29/13 | | | | | | | WA | |
| 07/29/13 | | | | | | | PA | |
| 08/09/13 | | | | | | | FL | |
| 08/09/13 | | | | | | | FL | |
| 08/09/13 | | | | | | | KY | |
| 08/09/13 | | | | | | | CA | |
| 09/04/13 | | | | | | | FL | |
| 09/04/13 | | | | | | | MI | |
| 09/04/13 | | | | | | | NV | |
| 10/09/13 | | | | | | | MI | |
| 10/09/13 | | | | | | | NJ | |
| 10/09/13 | | | | | | | TX | |
| 10/09/13 | | | | | | | MI | |
| 10/09/13 | | | | | | | TX | |
| 10/09/13 | | | | | | | MD | |
| 10/29/13 | | | | | | | LA | |
| 10/29/13 | | | | | | | FL | |
| 10/29/13 | | | | | | | TX | |
| 10/29/13 | | | | | | | FL | |
| 11/11/13 | | | | | | | NC | |
| 11/11/13 | | | | | | | NJ | |
| 11/11/13 | | | | | | | FL | |
| 11/11/13 | | | | | | | NC | |
| 11/11/13 | | | | | | | FL | |
| 11/11/13 | | | | | | | OH | |
| 11/11/13 | | | | | | | TX | |
| 11/11/13 | | | | | | | NY | |
| 11/11/13 | | | | | | | AL | |
| 11/11/13 | | | | | | | UT | |
| 11/11/13 | | | | | | | MI | |
| 11/11/13 | | | | | | | FL | |
| 11/22/13 | | | | | | | FL | |
| 11/22/13 | | | | | | | AK | |
| 11/22/13 | | | | | | | NJ | |
| 12/06/13 | | | | | | | AL | |
| 12/06/13 | | | | | | | AL | |
| 12/06/13 | | | | | | | MI | |
| 12/06/13 | | | | | | | AL | |
| 12/06/13 | | | | | | | AL | |
| 12/19/13 | | | | | | | OK | |
| 01/15/14 | | | | | | | TX | |
| 01/15/14 | | | | | | | MD | |
| 01/15/14 | | | | | | | NJ | |
| 01/15/14 | | | | | | | NY | |
| 01/15/14 | | | | | | | FL | |
| 01/15/14 | | | | | | | MD | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|---|
| 01/15/14 | | | | | | | PA | |
| 01/15/14 | | | | | | | UT | |
| 01/15/14 | | | | | | | NV | |
| 01/15/14 | | | | | | | AZ | |
| 01/15/14 | | | | | | | NY | |
| 01/15/14 | | | | | | | TX | |
| 01/15/14 | | | | | | | TX | |
| 01/28/14 | | | | | | | NJ | |
| 01/28/14 | | | | | | | FL | |
| 01/28/14 | | | | | | | FL | |
| 01/28/14 | | | | | | | IL | |
| 02/11/14 | | | | | | | TX | |
| 02/11/14 | | | | | | | TX | |
| 02/11/14 | | | | | | | FL | |
| 02/11/14 | | | | | | | DE | |
| 02/11/14 | | | | | | | NC | |
| 02/11/14 | | | | | | | NJ | |
| 02/20/14 | | | | | | | NJ | |
| 02/27/14 | | | | | | | NC | |
| 02/27/14 | | | | | | | NY | |
| 03/07/14 | | | | | | | FL | |
| 03/07/14 | | | | | | | NY | |
| 03/07/14 | | | | | | | PA | |
| 04/03/14 | | | | | | | MI | |
| 04/03/14 | | | | | | | NV | |
| 04/03/14 | | | | | | | NJ | |
| 04/03/14 | | | | | | | HI | |
| 04/03/14 | | | | | | | OK | |
| 04/03/14 | | | | | | | FL | |
| 04/03/14 | | | | | | | FL | |
| 04/03/14 | | | | | | | KS | |
| 04/03/14 | | | | | | | NV | |
| 04/22/14 | | | | | | | IN | |
| 04/22/14 | | | | | | | AR | |
| 04/22/14 | | | | | | | NC | |
| 04/22/14 | | | | | | | TX | |
| 04/22/14 | | | | | | | GA | |
| 04/22/14 | | | | | | | NJ | |
| 05/16/14 | | | | | | | AL | |
| 05/16/14 | | | | | | | SC | |
| 05/16/14 | | | | | | | NJ | |
| 05/16/14 | | | | | | | TX | |
| 06/12/14 | | | | | | | CA | |
| 06/12/14 | | | | | | | CA | |
| 07/03/14 | | | | | | | NY | |
| 07/03/14 | | | | | | | DE | |
| 07/25/14 | | | | | | | TX | |
| 07/25/14 | | | | | | | PA | |
| 07/25/14 | | | | | | | FL | |
| 08/20/14 | | | | | | | FL | |
| 08/20/14 | | | | | | | TX | |
| 08/20/14 | | | | | | | MI | |
| 08/20/14 | | | | | | | CA | |
| 08/20/14 | | | | | | | PA | |
| 08/20/14 | | | | | | | MI | |
| 09/16/14 | | | | | | | MD | |
| 09/16/14 | | | | | | | IN | |
| 09/16/14 | | | | | | | IN | |
| 09/16/14 | | | | | | | KY | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|-------------|-------------------|----------------|------|---------|------|-------|---------------|
| 09/16/14 | | | | | | | KY | |
| 09/24/14 | | | | | | | MO | |
| 09/30/14 | | | | | | | WI | |
| 10/02/14 | | | | | | | NY | |
| 10/02/14 | | | | | | | MI | |
| 10/02/14 | | | | | | | NY | |
| 10/23/14 | | | | | | | TX | |
| 10/24/14 | | | | | | | FL | |
| 10/24/14 | | | | | | | FL | |
| 10/30/14 | | | | | | | FL | |
| 10/31/14 | | | | | | | NJ | |
| 11/03/14 | | | | | | | NY | |
| 11/04/14 | | | | | | | FL | |
| 11/04/14 | | | | | | | CA | |
| 11/10/14 | | | | | | | TX | |
| 11/10/14 | | | | | | | | |
| 12/01/14 | | | | | | | FL | |
| 12/15/14 | | | | | | | TN | |
| 12/19/14 | | | | | | | TX | |
| 12/19/14 | | | | | | | FL | |
| 01/02/15 | | | | | | | PA | |
| 01/02/15 | | | | | | | TX | |
| 01/14/15 | | | | | | | PA | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|---|
| 01/14/15 | | | | | | | ME | |
| 02/03/15 | | | | | | | NJ | |
| 02/03/15 | | | | | | | MI | |
| 02/03/15 | | | | | | | CA | |
| 02/11/15 | | | | | | | WA | |
| 02/12/15 | | | | | | | LA | |
| 02/17/15 | | | | | | | TX | |
| 02/19/15 | | | | | | | PA | |
| 03/19/15 | | | | | | | TX | |
| 03/19/15 | | | | | | | NY | |
| 03/19/15 | | | | | | | | |
| 03/19/15 | | | | | | | TX | |
| 04/08/15 | | | | | | | WV | |
| 04/08/15 | | | | | | | NY | |
| 04/08/15 | | | | | | | CA | |
| 04/22/15 | | | | | | | MD | |
| 04/28/15 | | | | | | | AR | |
| 05/07/15 | | | | | | | VA | |
| 05/21/15 | | | | | | | | |
| 05/21/15 | | | | | | | MI | |
| 05/22/15 | | | | | | | TX | |
| 06/03/15 | | | | | | | WV | |
| 06/23/15 | | | | | | | FL | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|-------------|-------------------|----------------|------|---------|------|-------|---------------|
| 06/23/15 | | | | | | | NY | |
| 06/24/15 | | | | | | | WV | |
| 06/24/15 | | | | | | | MS | |
| 06/29/15 | | | | | | | CO | |
| 07/10/15 | | | | | | | NJ | |
| 07/20/15 | | | | | | | TX | |
| 07/20/15 | | | | | | | MO | |
| 07/27/15 | | | | | | | TX | |
| 07/27/15 | | | | | | | DE | |
| 07/30/15 | | | | | | | TX | |
| 0/8/14/15 | | | | | | | TX | |
| 08/26/15 | | | | | | | KY | |
| 09/02/15 | | | | | | | NJ | |
| 09/16/15 | | | | | | | NY | |
| 09/21/15 | | | | | | | PA | |
| 10/02/15 | | | | | | | MD | |
| 10/14/15 | | | | | | | MD | |
| 10/14/15 | | | | | | | NY | |
| 10/14/15 | | | | | | | MD | |
| 10/22/15 | | | | | | | FL | |
| 10/30/15 | | | | | | | MI | |
| 11/27/15 | | | | | | | TX | |
| 01/08/16 | | | | | | | VA | |

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|------|-------------|-------------------|----------------|------|---------|------|-------|---------------|
| 02/17/16 | | | | | | | MD | |
| 02/17/16 | | | | | | | UT | |
| 03/17/16 | | | | | | | FL | |
| 03/22/16 | | | | | | | FL | |
| 03/23/16 | | | | | | | NY | |
| 03/25/16 | | | | | | | MI | |
| 05/18/16 | | | | | | | MS | |
| 05/19/16 | | | | | | | FL | |
| 05/20/16 | | | | | | | FL | |

**(3)**

| Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Anda Comments |
|---|---|---|---|---|---|---|---|
| | | | | | | NJ | |
| | | | | | | FL | |
| | | | | | | MD | |
| | | | | | | MD | |
| | | | | | | GA | |
| | | | | | | VA | |
| | | | | | | MD | |
| | | | | | | CA | |
| | | | | | | MD | |
| | | | | | | MD | |
| | | | | | | WV | |
| | | | | | | WV | |
| | | | | | | PA | |
| | | | | | | FL | |
| | | | | | | OK | |
| | | | | | | CA | |
| | | | | | | FL | |
| | | | | | | FL | |
| | | | | | | NJ | |

**(4)**

| Date | Anda Acct # | Additional Acct # | Customer's DEA | Name | Address | City | State | Order Date | Order Details (Drug Description) | Order Status | Anda Comments |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 5/26/2015 | | | |
| 05/27/15 | | | | | | | UT | | | | |
| 09/16/15 | | | | | | | PA | 7/11/2015 | | | |
| | | | | | | | | 10/3/2015 | | | |
| 10/14/15 | | | | | | | OR | | | | |
| 2/25/2016 | | | | | | | MD | 2/24/2016 | | | |