# EXHIBIT II.4

| Manufacturer | v1 Abbvie Vicodin | |
|---|---|---|
| Date contract received | | |
| eConnection Audience | Pharmacists | Physicians |

| Step in Process | Date | Comments |
|---|---|---|
| Added to MMS database | 04/18/13 | |
| If Physician contacted SK&A for SOW | N/A | |
| Contacted manufacturer for artwork, etc. | | waiting to receive contract sign |
| Materials received from manufacturer | 5/17/13 | |
| Proof created and sent to manufacturer | 5/20/13 | |
| Approved by manufacturer | 06/03/13 | |
| Scheduled deployment date | 06/05/13 | |
| Deployed | 06/05/13 | |
| Billing Details | Points | Cash |
| Amount | | |
| Billed/Month-End Reserves | | 00 |

4200027769

**Other Notes:**

9459
9460

HIGHLY CONFIDENTIAL

CAH_MDL2804_02958682

Dinorah copy 6/3/13

Purchase Order 4300027769

### Exhibit A

This Exhibit is hereby incorporated into the Master Services Agreement, dated September 22, 2006, by and between AbbVie Inc. pursuant to the assignment effective August 1, 2012 ("AbbVie") and **Cardinal Health 110, Inc.** ("Cardinal Health").

**SERVICES:**

Cardinal Health will distribute one (1) e-mail communication to approximately 116,000 pharmacists (retail pharmacists, pharmacy techs and hospital pharmacists) that includes information on the following pharmaceutical product:

**Product Brand Name:** Vicodin®
**Generic Name:** hydrocodone bitartrate / acetaminophen
**Manufacturer:** AbbVie

The e-mail communication will be prepared by AbbVie in accordance with the specifications set forth below. AbbVie shall be fully responsible for the form and content of such e-mail communication as set forth in the Master Services Agreement. Cardinal Health shall not make changes to the form or content of the email communication without AbbVie's prior written consent.

**MATERIALS SPECIFICATIONS:** AbbVie will provide the e-mail communication content to be distributed by Cardinal Health in the following format:

- File Type: HTML
- Length: Maximum four (4) pages (8 ½" x 11")
- Content: May include product information, benefits, ordering information and website links. Message content subject to review and approval by Cardinal Health prior to delivery. Cardinal Health shall not make changes to the form or content of the email communication without AbbVie's prior written consent.
- AbbVie will need to provide the message to appear in the subject line of the e-mail communication.

**TOTAL COST:** The total cost to distribute such e-mail communication shall be ███████

**TIME LINE FOR DEVELOPMENT/IMPLEMENTATION:**

- Cardinal Health shall prepare to distribute the e-mail communication for the Product listed above upon the parties' execution of this Exhibit and AbbVie's provision of the HTML email communication to Cardinal Health.
- AbbVie agrees to provide the HTML email communication in a timely manner.
- Upon receipt of the e-mail communication, Cardinal Health shall distribute the e-mail communication by no later than three (3) business days..

**Cardinal Health 110, Inc.**

By: _____

Title: Sr Consultant, MMS

Date: 02.25.13

**AbbVie Inc.**

By: _____

Title: Trade Marketing + Program Manager

Date: 2/25/13

By: _____
Name: Laura Dagna
(typed or printed)
Title: Sr Specialist Purchasing
Division: PPD
Date: 3-11-2013

## Exhibit A

This Exhibit is hereby incorporated into the Master Services Agreement, dated September 22, 2006, by and between **AbbVie Inc.** pursuant to the assignment effective August 1, 2012 ("AbbVie") and **Cardinal Health 110, Inc.** ("Cardinal Health").

**SERVICES:**

Cardinal Health will distribute one (1) e-mail communication to approximately 116,000 pharmacists (retail pharmacists, pharmacy techs and hospital pharmacists) that includes information on the following pharmaceutical product:

| | |
|---|---|
| **Product Brand Name:** | Vicodin® |
| **Generic Name:** | hydrocodone bitartrate / acetaminophen |
| **Manufacturer:** | AbbVie |

The e-mail communication will be prepared by AbbVie in accordance with the specifications set forth below. AbbVie shall be fully responsible for the form and content of such e-mail communication as set forth in the Master Services Agreement. Cardinal Health shall not make changes to the form or content of the email communication without AbbVie's prior written consent.

**MATERIALS SPECIFICATIONS:** AbbVie will provide the e-mail communication content to be distributed by Cardinal Health in the following format:

- File Type: HTML
- Length: Maximum four (4) pages (8 ½" x 11")
- Content: May include product information, benefits, ordering information and website links. Message content subject to review and approval by Cardinal Health prior to delivery. Cardinal Health shall not make changes to the form or content of the email communication without AbbVie's prior written consent.
- AbbVie will need to provide the message to appear in the subject line of the e-mail communication.

**TOTAL COST:** The total cost to distribute such e-mail communication shall be ▬▬▬▬▬▬.

**TIME LINE FOR DEVELOPMENT/IMPLEMENTATION:**

- Cardinal Health shall prepare to distribute the e-mail communication for the Product listed above upon the parties' execution of this Exhibit and AbbVie's provision of the HTML email communication to Cardinal Health.
- AbbVie agrees to provide the HTML email communication in a timely manner.
- Upon receipt of the e-mail communication, Cardinal Health shall distribute the e-mail communication by no later than three (3) business days..

| **Cardinal Health 110, Inc.** | **AbbVie Inc.** |
|---|---|
| By: _[signature]_ | By: _____ |
| Title: _Sr Consultant, MMS_ | Title: _____ |
| Date: _02-25-13_ | Date: _____ |

HIGHLY CONFIDENTIAL
CAH_MDL2804_02958684

## Suriel, Dinorah

**From:** Fidler, Kristine
**Sent:** Thursday, April 18, 2013 11:23 AM
**To:** Suriel, Dinorah
**Subject:** FW: eConnection Updates for April
**Attachments:** Cardinal SOW_Vicodin eConnection_Signed_022513.pdf; RE: Vicodin Updates

Hi Dinorah –

See attached update from AbbVie regarding the Vicodin eConnection. If you could follow up with him in my absence that would be great – we need the signed SOW and the creative still.

Thanks!
Kristine

---

**From:** Fidler, Kristine
**Sent:** Monday, April 15, 2013 10:09 AM
**To:** Suriel, Dinorah
**Subject:** eConnection Updates for April

Hi Dinorah –

Just wanted to check in on any updates for Mylan (did they provide their piece to you Friday etc) and Teva (any movement on the ProAir piece?) – just want to see if you think they'll come in in April.

Chris with AbbVie indicated last week that he thinks the Vicodin eConnection would go in April – we still need a signed SOW for this. I provided them with a signed copy from our end, see attached.

Please let me know if you need anything else from me on these.

Thanks!
Kristine

**Kristine Fidler**
Senior Consultant | Manufacturer Marketing Services
Pharmaceutical Distribution | Cardinal Health
7000 Cardinal Place | Dublin, OH 43017
O: 614.757.8033 | C: ▮▮▮▮▮▮▮ F: 614.553.5968

1

HIGHLY CONFIDENTIAL
CAH_MDL2804_02958685

## Suriel, Dinorah

**From:** Pavlik, John C [Chris.Pavlik@abbvie.com]
**Sent:** Wednesday, April 10, 2013 4:14 PM
**To:** Fidler, Kristine
**Subject:** RE: Vicodin Updates

Kristine:

I do think the Vicodin e-mail blast will happen before June 30th. I hope it will be able to happen within the next 2 weeks or so. The blast we might be able to do if we can get funding will be for Creon 36,000 units which we hope to launch within the next 30 days. Right now, we are not sure if funding for communications will be made available.

Thanks Kristine!!!!!

---

**From:** Fidler, Kristine [mailto:kristine.fidler@cardinalhealth.com]
**Sent:** Wednesday, April 10, 2013 4:07 PM
**To:** Pavlik, John C
**Subject:** Vicodin Updates

Hi Chris —

Hope you are doing well! Our team is going through our pipeline for this fiscal year (which ends June 30) and I wanted to see if you might have any updates on the Vicodin email blast, do you think that program will move forward between now and end of June? Any ideas on other products that might be moving on the discounted email blast programs between now and end of June? Just looking to update our team as best possible.

Thanks!
Kristine

**Kristine Fidler**
Senior Consultant | Manufacturer Marketing Services
Pharmaceutical Distribution | Cardinal Health
7000 Cardinal Place | Dublin, OH 43017
O: 614.757.8033 | C: ▒▒▒▒▒▒▒ | F: 614.553.5968

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

HIGHLY CONFIDENTIAL                                                                 CAH_MDL2804_02958686

## Suriel, Dinorah

**From:** Pavlik, John C [Chris.Pavlik@abbvie.com]
**Sent:** Wednesday, April 10, 2013 4:14 PM
**To:** Fidler, Kristine
**Subject:** RE: Vicodin Updates

Kristine:

I do think the Vicodin e-mail blast will happen before June 30th. I hope it will be able to happen within the next 2 weeks or so. The blast we might be able to do if we can get funding will be for Creon 36,000 units which we hope to launch within the next 30 days. Right now, we are not sure if funding for communications will be made available.

Thanks Kristine!!!!!

---

**From:** Fidler, Kristine [mailto:kristine.fidler@cardinalhealth.com]
**Sent:** Wednesday, April 10, 2013 4:07 PM
**To:** Pavlik, John C
**Subject:** Vicodin Updates

Hi Chris –

Hope you are doing well! Our team is going through our pipeline for this fiscal year (which ends June 30) and I wanted to see if you might have any updates on the Vicodin email blast, do you think that program will move forward between now and end of June? Any ideas on other products that might be moving on the discounted email blast programs between now and end of June? Just looking to update our team as best possible.

Thanks!
Kristine

**Kristine Fidler**
Senior Consultant | Manufacturer Marketing Services
Pharmaceutical Distribution | Cardinal Health
7000 Cardinal Place | Dublin, OH 43017
O: 614.757.8033 | C: ▮▮▮▮▮▮▮ | F: 614.553.5968

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese Svenska: www.cardinalhealth.com/legal/email

HIGHLY CONFIDENTIAL    CAH_MDL2804_02958687