# EXHIBIT II.5