UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Judge Dan A. Polster |

**[PROPOSED] ORDER GRANTING DISTRIBUTOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON CIVIL CONSPIRACY CLAIM**

Upon consideration of Distributor Defendants'[1] Motion for Summary Judgment on Civil Conspiracy Claim and any opposition thereto, it is hereby:

**ORDERED** that Defendants' Motion for Summary Judgment on Civil Conspiracy Claim is **GRANTED**.

Count 11 of the Third Amended Complaint in each of the above-entitled actions is **DISMISSED**.

                                                                                                                            _____
                                                                                                                            Honorable Judge Dan A. Polster

---

[1] Distributor Defendants include Cardinal Health, Inc., McKesson Corp., AmerisourceBergen Drug Corp., Anda, Inc., H.D. Smith, H.D. Smith, LLC f/k/a H.D. Smith Wholesale Drug Company, H.D. Smith Holdings, LLC, H.D. Smith Holding Company, Prescription Supply Inc., Henry Schein, Inc., and Henry Schein Medical Systems, Inc.