| Ex. # | Exhibit Name | Designation |
|---|---|---|
| 1 | Settlement Agreement and Mutual Releases between Teva Pharmaceutical Industries Ltd. and Allergan plc, dated January 31, 2018, bearing the bates number ALLERGAN_MDL_01396687 | None |
| 2 | Exhibit 2 is a true and correct copy of Exhibit 3 from the October 26, 2018 deposition of Stephan Kaufhold | None |
| 3 | Allergan's Fourth Amended Objections and Responses to Plaintiffs' Corrected Second Set of Interrogatories, dated March 4, 2019. | None |
| 4 | May 10, 2019 Expert Report of Margaret K. Kyle | None |
| 5 | May 10, 2019 Expert Report of Carl C. Peck | None |
| 6 | August 2, 2018 deposition transcript of Jennifer Altier | None |
| 7 | April 24, 2019 deposition transcript of Matthew Perri | None |
| 8 | ALLERGAN_MDL_02147111 | None |
| 9 | ALLERGAN_MDL_00400518 | None |
| 10 | January 17, 2019 deposition transcript of Douglas Boothe | None |
| 11 | TEVA_MDL_JD000066 | None |
| 12 | Master Purchase Agreement between Allergan plc and Teva Pharmaceutical Industries Ltd., dated July 26, 2015, bearing the bates number ALLERGAN_MDL_01470362 | None |

| Ex. # | Exhibit Name | Designation |
| --- | --- | --- |
| 13 | Kadian Asset Purchase Agreement, dated December 17, 2008, bearing the bates number ALLERGAN_MDL_00378157 | None |
| 14 | May 10, 2019 Expert Report of Jonathan R. Macey | None |
| 15 | May 29, 2019 deposition transcript of Jonathan R. Macey | None |
| 16 | ALLERGAN_MDL_01373716 | None |
| 17 | May 4-5, 2019 deposition transcript of Meredith B. Rosenthal | Motion to Seal Pending re Redactions |
| 18 | May 9, 2019 deposition transcript of Craig J. McCann | None |
| 19 | June 13, 2019 deposition transcript of Lacey R. Keller | None |
| 20 | June 27, 2019 Supplemental Expert Report of Margaret K. Kyle | Motion to Seal Pending re Redactions |
| 21 | ALLERGAN_MDL_01104711 | None |