# Exhibit 2

EXHIBIT _3_

WIT: Allegan Kleffstyle

DATE: 10 26 78

C. Campbell, RDR CRR CSR #13921

## NORCO

**IP**　　2000-2015 – Watson Laboratories, Inc. now known as Actavis
　　　　Laboratories Florida
　　　　2016 – Allergan Sales, LLC
　　　　2017 – Present Allergan Pharmaceuticals Limited (APIL)


**MFS**　< July 2015 Watson Laboratories, Inc. (Nevada)
　　　　> July 2015 Warner Chilcott Company, LLC (Puerto Rico)
　　　　　　divested to Teva August 2016


**Sales**　Prior Actavis Pharma, Inc. formerly known as Watson Pharma, Inc.
　　　　current Allergan USA, Inc.


## KADIAN

**IP**　　12/08 – 13 – Actavis Elizabeth LLC
　　　　2013 – 2016 – Actavis Laboratories Utah formerly known as Watson
　　　　Laboratories Salt Lake
　　　　2016 – Allergan Sales, LLC


**MFS**　Actavis Elizabeth TPM to Alpharma since 12/19/2005
　　　　Actavis Elizabeth acquired Product in December 2008
　　　　Continues to supply Allergan USA, Inc.


**Sales**　Previous Actavis Pharma, Inc. formerly known as Watson Pharma, Inc.
　　　　Today Allergan USA, Inc.

| NO | Topic | Response |
|----|-------|----------|
| 43.1 | The corporate structure of all Allergan entities (including Allergan Finance, LLC, Allergan plc, and all subsidiaries, parents, predecessors, successors and/or associated entities resulting from any and all mergers over the years) and each such entity's involvement with any opioid products from 1995 to the present, including the identification of all drugs, the entity's role in connection with such drugs, and all opioid management involved. | **Corporate History**<br><br>See provided graphic laying out Allergan's transactional history.<br><br>**Corporate Structure**<br><br>The corporate structure of all the entities identified below is shown in the following corporate organizational charts: 2011-01-05 ALLERGAN_MDL_03367307; 2011-01-21 ALLERGAN_MDL_03367302; 2012-10-12 ALLERGAN_MDL_03367301; 2012-11-30 ALLERGAN_MDL_02761472; 2012-12-31 ALLERGAN_MDL_03367304; 2013-01-24 ALLERGAN_MDL_02758853; 2013-06-30 ALLERGAN_MDL_02931208; 2013-10-01 ALLERGAN_MDL_01098786; 2014-01-31 ALLERGAN_MDL_01384578; 2014-06-30 ALLERGAN_MDL_03295845; 2014-12-31 ALLERGAN_MDL_02177059; 2015-01-01 ALLERGAN_MDL_02079795; 2015-09-08 ALLERGAN_MDL_01471538; 2015-09-30 ALLERGAN_MDL_02147315; 2016-01-01 ALLERGAN_MDL_01373731; 2016-03-31 ALLERGAN_MDL_02147111; 2016-08-03 ALLERGAN_MDL_03295865; 2016-09-30 ALLERGAN_MDL_03295869; 2017-06-30 ALLERGAN_MDL_00000006; 2017-08-01 ALLERGAN_MDL_00000001; 2018-03-31 ALLERGAN_MDL_03295860.<br><br>Key Chart - 08-02-2016 ALLERGAN_MDL_03674501<br><br>**Involvement with Opioids**<br><br>**Transferred Entities/IP Ownership:**<br><br>Allergan sold its generic businesses to Teva in 2016. Teva - Allergan MPA (ALLERGAN_MDL_01481207). As part of that transaction, Allergan sold a number of entities to Teva that were involved with generic opioids. The following entities sold to Teva were listed as the ANDA or NDA holders for the following schedule II opioid products (see FDA "Orange Book"):<br><br>    1.    Watson Laboratories, Inc. |

| NO | Topic | Response |
|---|---|---|
| | | (a)    Fentanyl citrate injection (ANDA # 074917) |
| | | (b)    Fentanyl citrate table (ANDA # 079075) |
| | | (c)    Fentanyl transdermal (ANDA # 076709) |
| | | (d)    Hydrocodone / acetaminophen (ANDA #s 081083; 081080; 081079; 040094; 040122; 040123; 040099; 040148; 089883; 040248) |
| | | (e)    Meperidine Hydrochloride Injection (ANDA #s 073443; 073444; 073445) |
| | | (f)    Meperidine Hydrochloride Tablet (ANDA #s 040186) |
| | | (g)    Morphine sulfate injection (ANDA #s 073373; 073374; 073375; 073376) |
| | | (h)    Morphine sulfate capsule (ANDA #s 200812) |
| | | (i)    Oxycodone / acetaminophen (ANDA #s 040234; 040171; 040371; 040535) |
| | | (j)    Oxycodone / aspirin (ANDA #s 040255; 090084) |
| | | (k)    Oxycodone / ibuprofen (ANDA # 078394) |
| | | (l)    Morphine sulfate tablet (ANDA # 075656) |
| | | 2.    Actavis Laboratories FL, Inc. f/k/a Watson Laboratories, Inc. - Florida |
| | | (a)    Hydrocodone / acetaminophen (ANDA #s 040493; 040494; 040495; 040148[1]; 206470) |
| | | (b)    Hydrocodone / ibuprofen (ANDA #s 077454; 076604) |

---

[1] Some products are listed under more than one entity if the ANDA or NDA transferred between the entities.

| NO | Topic | Response |
|----|-------|----------|
| | | (c)    Oxycodone / aspirin (ANDA # 090084) |
| | | (d)    Hydromorphone tablet (ANDA # 202144) |
| | | 3.    Actavis Totowa LLC |
| | | (a)    Oxycodone / acetaminophen (ANDA #s 040203; 040199; 040800) |
| | | (b)    Homatropine methylbromide / hydrocodone bitartrate (ANDA # 040295) |
| | | (c)    Oxycodone / hydrochloride tablet (ANDA # 076636) |
| | | 4.    Actavis Elizabeth LLC |
| | | (a)    Oxycodone / acetaminophen (ANDA #s 040203; 040199; 040800; 201447) |
| | | (b)    Homatropine methylbromide / hydrocodone bitartrate (ANDA # 040295) |
| | | (c)    Morphine sulfate capsule (ANDA #s 020616; 079040) |
| | | (d)    Morphine sulfate tablet (ANDA # 203849) |
| | | (e)    Oxycodone / hydrochloride tablet (ANDA # 076636) |
| | | (f)    Oxycodone / ibuprofen (ANDA # 078769) |
| | | (g)    Oxymorphone tablet (ANDA # 079046) |
| | | 5.    Actavis Mid Atlantic LLC |
| | | (a)    Homatropine methylbromide / hydrocodone bitartrate (ANDA # 088017) |
| | | 6.    Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc. Salt Lake City |

| NO | Topic | Response |
|---|---|---|
| | |     (a)  Morphine sulfate capsule (NDA # 020616)<br><br>   7.  Actavis South Atlantic LLC<br><br>    (a)  Oxymorphone tablet (ANDA # 079046)<br><br>    (b)  Fentanyl transdermal (ANDA # 077602)<br><br>**Remaining Allergan Entities:**<br><br>Kadian®: From December 19, 2005, until it purchased the medication, Actavis Elizabeth LLC served as the contract manufacturer of Kadian® for Alpharma. February 2, 2008 Actavis Elizabeth and Alpharma Contract (ALLERGAN_MDL_01076982); December 19, 2005, Alpharma - Purepac Contract (ALLERGAN_MDL_01474803).<br><br>Actavis Elizabeth LLC acquired Kadian® from Alpharma in December 2008. December 17, 2008 Asset Purchase Agreement by and between King Pharmaceuticals, Inc. and Actavis Elizabeth, L.L.C. (ALLERGAN_MDL_01514893).<br><br>The holders of the Kadian® NDA (020616) since December 2008 were and are (see FDA "Orange Book"):<br><br>• December 2008-2013: Actavis Elizabeth LLC<br><br>• 2013-2016: Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc. - Salt Lake City<br><br>• 2016-Present: Allergan Sales, LLC<br><br>April 11, 2013 Transfer Letter (ALLERGAN_MDL_00811313); November 20, 2014, Company Name Change Letter (ALLERGAN_MDL_02195036); March 11, 2016 Transfer Letter (ALLERGAN_MDL_02197647). |

| NO | Topic | Response |
|----|-------|----------|
|    |       | As part of the sale of its generic business to Teva, Teva agreed to continue manufacturing Kadian® and Norco for Allergan. Exhibit B of Teva-Allergan 2015 MPA (ALLERGAN_MDL_03367042). At that time, Allergan also contracted with UPS SCS, Inc. to distribute controlled substances, including Kadian® and Norco. 2015 UPS Allergan Contract ALLERGAN_MDL_01396729. |

Since December 2008, Kadian's label has identified the following entities as the manufacturer or distributor of Kadian®: Actavis Elizabeth LLC; Actavis Kadian LLC; Actavis Pharma, Inc.; and Allergan USA, Inc. 02/2009 Label (ALLERGAN_MDL_02200691); 02/2010 Label (ALLERGAN_MDL_01132982); 07/2012 Label[2]; 04/2014 Label[3].

The current label (revised 09/2018[4]) states that Kadian® is distributed by Allergan USA, Inc.; however, Allergan USA, Inc. does not distribute Kadian® itself. Instead, after Allergan sold the entities with the DEA-registrations required to produce and distribute schedule II controlled substances, Allergan USA, Inc. has contracted with UPS SCS, Inc. to distribute Kadian® on its behalf. 2015 UPS Allergan Contract (ALLERGAN_MDL_01396729).

Norco: The holders of the Norco ANDAs (40099 & 40148) were and are (*see* FDA "Orange Book"):

ANDA 40099:

- 1997-1999: UCB Pharmaceuticals, Inc.

- 2000-2015: Watson Laboratories, Inc.

- 2016: Allergan Sales, LLC

- 2017-Present: Allergan Pharmaceuticals International Limited

[2] https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/020616s041lbl.pdf
[3] https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/020616s051lbl.pdf
[4] https://www.allergan.com/assets/pdf/kadian_pi

| NO | Topic | Response |
|----|-------|----------|
|    |       | ANDA 40148:<br><br>• 1997-2014: Watson Laboratories, Inc.<br><br>• 2015: Actavis Laboratories FL, Inc.<br><br>• 2016: Allergan Sales, LLC<br><br>• 2017-Present: Allergan Pharmaceuticals International Limited<br><br>The following entities were involved in manufacturing and distributing Norco: Watson Pharma, Inc., Watson Laboratories, Inc., Warner Chilcott Company, LLC, Allergan USA, Inc., and Allergan Sales, LLC. 04/2002 Label (ALLERGAN_MDL_01095947); April 2003 Label (ALLERGAN_MDL_01095940); 07/2007 Label (ALLERGAN_MDL_01680965); 10/2009 Label (ALLERGAN_MDL_02206790); 06/2011 Labels (ALLERGAN_MDL_02209823; ALLERGAN_MDL_02210219); 08/2012 Label (ALLERGAN_MDL_01768757); 08/2013 Labels (ALLERGAN_MDL_02210402; ALLERGAN_MDL_02209867); 2014 Labels[5]; 02/2017 Label (ALLERGAN_MDL_02219168); Current Label[6].<br><br>Similar to Kadian®, after Allergan sold the entities with the DEA-registrations required to produce and distribute schedule II controlled substances, Allergan contracted with Teva and UPS, SCS Inc. to manufacture and distribute Norco on behalf of Allergan USA, Inc. and Allergan Sales, LLC. 2015 UPS Allergan Contract (ALLERGAN_MDL_01396729); Exhibit B of Teva-Allergan 2015 MPA (ALLERGAN_MDL_03367042).<br><br>Other Schedule II Branded Drugs: Between 2004 and 2006, Watson Pharmaceuticals, Inc., collaborated with Interpham, Inc. (the ANDA holder) in the marketing and sale of Reprexain (ANDA 076642 - Hydrocodone bitartrate / ibuprofen). June 07, 2004 Email & Press Release Announcing Launch |

[5] https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/040099Orig1s018lbl.pdf;
https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/040148s053lbl.pdf
[6] https://www.allergan.com/assets/pdf/norco_pi

| NO | Topic | Response |
|----|-------|----------|
| | | (ALLERGAN_MDL_01830938; ALLERGAN_MDL_01830941); June 14, 2006 Email Discussing No Longer Promoting Reprexain (ALLERGAN_MDL_01728789). <br><br> On October 12, 2000, Watson Pharma, Inc. announced the addition of Maxidone (40094 - hydrocodone bitartrate / acetaminophen) to its product portfolio. October 12, 2000 Product Introduction Notification (ALLERGAN_MDL_02579713). Since 2015, Maxidone has been included on the FDA's list of discontinued drugs. (*See* 2015 FDA Orange Book, "Discontinued Drug Product List"). <br><br> Actavis acquired Forest Laboratories, Inc. in 2014. Prior to the acquisition, Forest Laboratories, Inc. sold a product called Combunox (021378 - Oxycodone Hydrochloride / ibuprofen). Forest received approval for Combunox on November 26, 2004. Since 2012, Combunox has been included on the FDA's list of discontinued drugs. (*See* 2012 FDA Orange Book, "Discontinued Drug Product List"). |
| 43.2 | The management of the generic opioid business from 1995 to the present for all Allergan entities (including Allergan Finance, LLC, Allergan plc, and all subsidiaries, parents, predecessors, successors and/or associated entities resulting from any and all mergers over the years) and all generic opioids for which any Allergan entities had any involvement | Each of the seven entities identified above that had involvement with generic opioid medications is included on Schedule 4.6(g) of the Teva-Allergan MPA, which lists the entities transferred to Teva. Teva-Allergan MPA Schedules (ALLERGAN_MDL_03367048). <br><br> The January 1, 2015, organization chart shows where each of these entities fell within the the corporate structure of Allergan prior to the sale to Teva. ALLERGAN_MDL_02079795. Actavis South Atlantic LLC, Actavis Elizabeth, LLC, Actavis Mid Atlantic LLC, and Actavis Totowa LLC were all direct subsidiaries of Actavis LLC, which was an indirect subsidiary of Watson Laboratories, Inc. *See id* at 2. Watson Laboratories, Inc. was a direct subsidiary of Actavis, Inc. n/k/a Allergan Finance, LLC. *See id.* Actavis Laboratories UT, Inc. was a direct subsidiary of Actavis, Inc. n/k/a Allergan Finance, LLC. *Id.* Actavis Laboratories FL, Inc. (f/k/a Watson Laboratories, Inc. - Florida) was a direct subsidiary of Andrx Corporation, which was a direct subsidiary of Actavis, Inc. n/k/a Allergan Finance, LLC. *Id.* Andrx Corporation and Actavis LLC, in addition to the seven generic ANDA-holding entities, were transferred to Teva. Teva-Allergan MPA Schedules (ALLERGAN_MDL_03367048). <br><br> Prior to the sale of these entities to Teva, Actavis, Inc. n/k/a Allergan Finance, LLC did not manufacture, market, distribute, or sell any pharmaceutical products. It operated solely as a holding company. All of the direct subsidiaries of Actavis, Inc. n/k/a Allergan Finance involved in the management of the generic |

| NO | Topic | Response |
|----|-------|----------|
|    |       | opioid business were transferred to Teva. No other affiliate of Allergan Finance LLC or Allergan plc had involvement with generic opioids.<br><br>Officers & Directors of Generic Entities:<br><br>Based on a review of reasonably available documents, we have identified the following persons as directors and officers of some of the entities identified above.<br><br>**Watson Pharma, Inc.**<br><br>7-24-2012:<br><br>Director: Paul M. Bisaro;<br><br>Officers: Paul M. Bisaro, G. Frederick Wilkinson, Robert A. Stewart, R. Todd Joyce, David A. Buchen, Ranjana B. Pathak, Andrew Boyer, Charles M. Mayr, Lynne Amato, Thomas R. Griffin, Tim Callahan, Diane Miranda, Kathleen Reape, Allan Slavsky, Michael W. Carr, Sigurd C. Kirk, James O'Brien, James A. Williamson, Brett W. Hagardorn.<br><br>*See* ALLERGAN_MDL_03367292<br><br>8-30-2013:<br><br>Director: Paul M. Bisaro;<br><br>Officers: Paul M. Bisaro, G. Frederick Wilkinson, Robert A. Stewart, R. Todd Joyce, David A. Buchen, Ranjana B. Pathak, Andrew Boyer, Charles M. Mayr, Lynne Amato, Thomas R. Griffin, Tim Callahan, Kathleen Reape, Allan Slavsky, Michael W. Carr, Sigurd C. Kirk, James O'Brien, James A. Williamson, Brett W. Hagardorn, John Larocca.<br><br>*See* ALLERGAN_MDL_03367295.<br><br>**Watson Laboratories, Inc.** |

| NO | Topic | Response |
|----|-------|----------|
| | | 7-24-2012:<br><br>Director: Paul M. Bisaro;<br><br>Officers: Paul M. Bisaro, G. Frederick Wilkinson, Robert A. Stewart, R. Todd Joyce, David A. Buchen, Patrick G. Brunner, Charles D. Ebert, Ranjana B. Pathak, Nick Kerkhof, Gary Kozloski, Gary Holloway, Jeffery Regan, Beth Brennan, Kathleen Reape, Michael W. Carr, James O'Brien, James A. Williamson, Miguel A. Gomez, Brett W. Hagadorn, Roberta Loomar.<br><br>*See* ALLERGAN_MDL_03367294.<br><br>8-30-2013<br><br>Director: Paul M. Bisaro;<br><br>Officers: Paul M. Bisaro, G. Frederick Wilkinson, Robert A. Stewart, R. Todd Joyce, David A. Buchen, Patrick G. Brunner, Charles D. Ebert, Ranjana B. Pathak, Hafrun Fridriksdottir, Nick Kerkhof, Gary Kozloski, Gary Holloway, Jeffery Regan, Beth Brennan, Kathleen Reape, Michael W. Carr, James O'Brien, James A. Williamson, Miguel A. Gomez, Brett W. Hagadorn, John Larocca.<br><br>*See* ALLERGAN_MDL_03367296. |
| 43.3 | All involvement and communications Allergan plc has had with any of its subsidiaries involved in the licensing, manufacture, marketing, sale, or distribution of any opioid products, including Allergan plc's ownership interests in, control over, and financial interrelationships with any | Allergan plc "was established for the purpose of facilitating the business combination between Allergan Finance, LLC (formerly known as Actavis, Inc.) and Warner Chilcott plc." Allergan plc 2017 10-K at 3. Allergan Finance, LLC acquired Warner Chilcott plc in a stock-for-stock transaction in 2013. 5/19/2013 Actavis, Inc. 8-K at 9. After the transaction, Warner Chilcott and Allergan Finance, LLC each became wholly owned, indirect subsidiaries of Allergan plc. Allergan plc 2017 10-K at 3.<br><br>Allergan plc f/k/a Actavis plc is an Irish corporation and its only offices are located in Ireland. Allergan plc is a holding company that exists for the purpose of holding shares of other companies that manufacture and distribute prescription drugs rather than producing or selling its own goods or services. Allergan plc does not finance or control the daily affairs, including marketing or sales operations, of its subsidiaries. |

| NO | Topic | Response |
|---|---|---|
| | such subsidiaries, as well as how subsidiaries' management interacted with and reported to Allergan plc and how this changed over time. | The following individuals are or were the primary executives at Allergan Finance, LLC in the following categories at the specified time period: |

**Watson Pharmaceuticals, Inc.**

Officers
    (i)     Chief Executive Officer: Allen Chao (1999-2008), Paul Bisaro (2008-2012)
    (ii)    Chief Financial Officer: Michael Boxer (1999-2002), Charles Slacik (2003-2007), Mark Durand (2008-2009), R. Todd Joyce (2010-2012)
    (iii)   Chief Operating Officer: Fred Wilkinson (1999-2000), Joseph Papa (2001-2004), Robert Stewart (2010-2012)
    (iv)   General Counsel: Robert Funsten (1999-2001), David Buchen (2002-2012)
    (v)    Sales: Lynne Amato (1999, 2003-2009), Carolyn Logan (1999), Andy Boyer (2003-2012), Tim Callahan (2010-2012)
    (vi)   Marketing: Lynne Amato (1999, 2003-2012), Carolyn Logan (1999), Andy Boyer (2003-2012)
    (vii)  Compliance: Roberta Loomar (2008-2010), Deborah Penza (2011-2012)
    (viii) Sales or Marketing Training: None
    (ix)   Government Affairs: G. Thomas Long (2004-2010), Charlie Mayr (2011-2012)
    (x)    Medical Director: Gary Kozloski (2001-2012)
    (xi)   Research and Development: Charles Ebert (1999-2012), Francois Menard (2007-2012)

Directors
    (i)     Paul Bisaro (2007 - 2012)
    (ii)    Christopher Bodine (2009 - 2012)
    (iii)   Allen Chao (1983 - 2009)
    (iv)   Michael Fedida (1995 - 2012)
    (v)    Michael Feldman (1985 - 2012)
    (vi)   Albert Hummel (1986 - 2012)
    (vii)  Alec Keith (1991 - 2000)
    (viii) Catherine Klema (2004 - 2012)
    (ix)   Jack Michelson (2002 - 2012)

| NO | Topic | Response |
|---|---|---|
| | | (x) Melvin Sharoky (1995 - 1998)<br>(xi) Anthony Tabatznik (2009 - 2012)<br>(xii) Ronald Taylor (1994 - 2012)<br>(xiii) Andrew Turner (1997 - 2012)<br>(xiv) Fred Weiss (2000 - 2012)<br><br>**Actavis, Inc.**<br><br>Officers:<br>(i) Chief Executive Officer: Paul Bisaro (2013-2014), Brent Saunders (2015-2016)<br>(ii) Chief Financial Officer: Todd Joyce (2013-2014), Tessa Hilado (2015-2016)<br>(iii) Chief Operating Officer: Robert Stewart (2013-2016)<br>(iv) General Counsel: David Buchen (2013-2014), A. Robert D. Bailey (2015-2016)<br>(v) Sales: Andy Boyer (2013), Tim Callahan (2013), Siggi Olafsson (2013-2014), William Meury (2015-2016)<br>(vi) Marketing: Andy Boyer (2013), Lynne Amato (2013), Siggi Olafsson (2013-2014), William Meury (2015-2016)<br>(vii) Compliance: Debra Penza (2013-2014), Joseph Zimmerman (2014), Jonathon Kellerman (2015-2016)<br>(viii) Sales or Marketing Training: None<br>(ix) Government Affairs: Charlie Mayr (2013-2014), Alex Kelly (2015-2016)<br>(x) Medical Director: Gary Kozlowski (2013), Gavin Corcoran (2014-2016)<br>(xi) Research and Development: Chuck Ebert (2013-2014), Hafrun Fridriksdottir (2013-2014), David Nicholson (2015-2016)<br><br>Directors<br>(i) Paul Bisaro (2013-2014)<br>(ii) Christopher Bodine (2013-2014)<br>(iii) Michael Fedida (2013-2014)<br>(iv) Michael Feldman (2013-2014)<br>(v) Albert Hummel (2013-2014)<br>(vi) Catherine Klema (2013-2014) |

| NO | Topic | Response |
|----|-------|----------|
|    |       | (vii)    Jack Michelson (2013-2014)<br>(viii)  Ronald Taylor (2013-2014)<br>(ix)    Andrew Turner (2013-2014)<br>(x)     Fred Weiss (2013-2014)<br><br>**Allergan Finance, LLC**<br><br>Officers<br>Allergan Finance, LLC's management structure is set forth in the Second Amended and Restated Operating Agreement of Allergan Finance, LLC (ALLERGAN_MDL_SUPP_00000326). This Operating Agreement identifies the following officers:<br>(i)     A. Robert D. Bailey<br>(ii)    Matthew M. Walsh<br>(iii)   Jonathon Kellerman<br>(iv)   Karen Ling<br>(v)    Alex Kelly<br>(vi)   William Meury<br>(vii)  Sigurd Kirk<br>(viii) Marc Princen<br>(ix)   James D'Arecca<br>(x)    Sean Lennon<br>(xi)   David Nicholson<br>(xii)  Lynne Bolduc<br>(xiii) Thomas Poche<br>(xiv) Brian Anderson<br>(xv)  Riccardo Mancuso<br>(xvi) Martin Shindler<br>(xvii) Wayne Swanton<br>(xviii) Stephen M. Kaufhold<br>(xix) Kira Schwartz<br>(xx)  Judith Tomkins |

| NO | Topic | Response |
|----|-------|----------|
|    |       | Directors<br>Allergan Finance, LLC does not have a Board of Directors. Allergan Finance, LLC instead has a two-person Board of Managers that is comprised of A. Robert D. Bailey and Matthew M. Walsh.<br><br>**Allergan plc Board & Executive Leadership Team:**<br><br>**10-02-2013**[7]<br><br>Directors:<br> (i)  Paul M. Bisaro<br> (ii)  James H. Bloem<br> (iii) Christopher Bodine<br> (iv) Tamar D. Howson<br> (v)  John A. King<br> (vi) Catherine M. Klema<br> (vii) Jiri Michal<br> (viii) Jack Michelson<br> (ix) Sigurdur Oli Olafsson<br> (x)  Patrick J. O'Sullivan<br> (xi) Andrew L. Turner<br> (xii) Fred G. Weiss<br><br>**Current Leadership:**<br><br>Executive Leadership Team:<br> (i)  Brenton L. Saunders, Chairman, President and CEO<br> (ii)  William Meury, EVP & Chief Commercial Officer<br> (iii) Matt Walsh, EVP & Chief Financial Officer<br> (iv) A. Robert D. Bailey, EVP & Chief Legal Officer and Corporate Secretary<br> (v)  Karen L. Ling, Esq., EVP & Chief Human Resources Officer |

---

[7] https://www.allergan.com/news/news/thomson-reuters/actavis-plc-names-board-of-directors

| NO | Topic | Response |
|----|-------|----------|
|    |       | (vi)    C. David Nicholson, PhD, EVP & Chief R&D Officer<br>(vii)   Alex Kelly, EVP & Chief Communications Officer<br>(viii)  Wayne R. Swanton, EVP, Global Operations<br><br>Directors<br>(i)     Nesli Basgoz, M.D.<br>(ii)    Joseph H. Boccuzi<br>(iii)   Christopher W. Bodine<br>(iv)   Adriane M. Brown<br>(v)    Christopher J. Coughlin<br>(vi)   Carol Anthony (John) Davidson<br>(vii)  Michael E. Greenberg, PhD<br>(viii) Thomas C. Freyman<br>(ix)   Catherine M. Klema<br>(x)    Peter J. McDonnell, M.D.<br>(xi)   Fred G. Weiss |



**Schedule 1.1 – Brand R&D Assets**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367048

| Brands R&D Projects | | Elizabeth, NJ | Larne, Nothern Ireland | Salt Lake City | Other Other Sites (Drug Product) | API |
|---|---|---|---|---|---|---|
| Armour Thyroid | T3 , T4 | | ███████ | | | |
| Bystolic | Nebivolol | ███████ | | | | |
| Byvalson (NAC) | Nebivolol, Valsartan | ███████ | | | | |
| TRV-027 | TRV-027 | | | | Nerviano | Ambernath |
| Vraylar | Cariprazine | ███████ | | | | |
| Fetzima | Levomilnacipran | ███████ | | | | |
| Namenda XR | Memantine | | | ███████ | | |
| Namzaric (MDX) | Memantine, Donepezil | ███████ | | | | |
| Saphris | Asenapine | | | ███████ | | |
| Viibryd | Vilazodone | ███████ | | | | |
| AGN237396 | | ███████ | | | | |
| AGN241607 | B63-a | ███████ | | | | Ambernath |
| Gelnique | Oxybutynin | | | ███████ | | |
| Oxybut. for hyperhydrosis | Oxybutynin | | | ███████ | | |
| Sarecycline | WC3035 | | ███████ | | | Ambernath |
| Asacol 800 WC3046 Asacol 400 WC3079 | Mesalamine | | ███████ | | | |
| Carafate, Sulcrate | Sucralphate | | | ███████ | | |
| Viberzi | Eluxadoline | ███████ | | | | Ambernath |
| Linzess | Linaclotide | ███████ | | ███████ | | |
| Zenpep | Pancreatic enzyme | | | | | |
| Pylera | Bi/tetracycl./metro. | | | | | |
| Rectiv | Nitroglycerine | | | | | |
| RM-131 | Relamorelin | | | | | |

-4-

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367049

| | | | | |
|---|---|---|---|---|
| Teflaro | Ceftaroline fosamil | | | |
| AVYCAZ | Ceftazidime,avibactam | [redacted] | | |
| CXL | Ceftaroline, avibactam | | | |
| Dalvance | Dalbavancin | | | |
| ATM-AVI | Aztreonam-avibactam | | | |
| Colobreathe | Colistimethate Na | | | |
| Enablex WC3059 | Darifenacin | | TBC | TBC |
| Rapaflo | Silodosin | [redacted] | | Dupnitsa |
| Diafert | Immunoassay kit | | | |
| Esmya | Ulipristal acetate | | TBC | |
| Est..capsule WC3037 | Estradiol | [redacted] | | Fajardo |
| Est. cream WC3011 | Estradiol | [redacted] | | Fajardo |
| Etonog. Ring WC3058 | Etonogestrel | [redacted] | | |
| Levosert/ Liletta | Levonorgestrel IUD | | | |
| Loyelle/Loestrin WC3081 | Norethindrone Ac ,EE | [redacted] | | Fajardo |
| Minestrin | Norethindrone Ac ,EE | [redacted] | | Fajardo |
| Nuvessa | Metronidazole gel | | | |
| InFed | Ion dextran | | [redacted] | |
| PEG beads | (Phoenix project) | [redacted] | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Schedule 1.1(a) – Excluded Products

- Manufactured Products, as agreed on the date of the Agreement and as defined in the Term Sheet for the Manufacturing Agreement set out as Exhibit B to the Agreement.

- Androderm

- Aquadeks

- Asacol

- Diafert

- Eziclen

- Levoser

- Oxytrol

- Panzytrat

- Pylera

- Rapaflo

- Bendamustine HCl (Treanda ANDA #204208)

- Viibryd

-6-

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367051

## Schedule 1.1(b) – International Generics Products

The products shown on the workbook entitled "International Gx Product List" in the Excel file entitled "SC1-#3914718-v1-Product_Schedule.xlsx", the final version of which was emailed to Jinhee Chung at Sullivan & Cromwell by Andrew Clark of Latham & Watkins at 03.04 AM on July 27, 2015.

-7-

ALLERGAN_MDL_03367052

**Schedule 1.1(c) – OTC Products**

The products shown on the workbook entitled "US Product Gx List" in the excel file entitled "SC1-#3914718-v1-Product_Schedule.xlsx", the final version of which was emailed to Jinhee Chung at Sullivan & Cromwell by Andrew Clark of Latham & Watkins at 03.04 AM on July 27, 2015.

-8-

## Schedule 1.1(d) – Seller Parent's Knowledge

- Paul M. Bisaro, Executive Chairman

- Brenton L. Saunders, Chief Executive Officer and President

- Robert Stewart, President, Generics and Global Operations

- Maria Teresa Hilado, Chief Financial Officer

- A. Robert D. Bailey, Chief Legal Officer and Corporate Secretary

- Karen Ling, Chief Human Resources Officer

- Jonathon Kellerman, Global Chief Compliance Officer

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367054

## Schedule 1.1(e) – Transferred Brand Products

The products shown on the workbook entitled "Transferred Brands" in the excel file entitled "SC1-#3914718-v1-Product_Schedule.xlsx", the final version of which was emailed to Jinhee Chung at Sullivan & Cromwell by Andrew Clark of Latham & Watkins at 03.04 AM on July 27, 2015.

-10-

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Schedule 1.1(f) – Transferred Entities

| | Company Name | Jurisdiction of Incorporation |
|---|---|---|
| 1. | Warner Chilcott Company, LLC | Puerto Rico |
| 2. | Warner Chilcott (Ireland) Limited | Ireland |
| 3. | Warner Chilcott Australia Pty. Ltd. | Australia |
| 4. | Warner Chilcott Pharmaceuticals B.V.B.A. | Belgium |
| 5. | Warner Chilcott France SAS | France |
| 6. | Warner Chilcott Italy S.r.l. | Italy |
| 7. | Actavis Pharma Iberia S.L. (f/k/a Warner Chilcott Iberia S.L.) | Spain |
| 8. | Robin Hood Holdings Ltd. | Malta |
| 9. | Paomar plc | Cyprus |
| 10. | Actavis Pharma Pty Ltd. | Australia |
| 11. | Actavis Holding 2 Sàrl | Luxembourg |
| 12. | Actavis S.à.r.l. | Luxembourg |
| 13. | Actavis Pharma Holding 4 ehf. (APH4) | Iceland |
| 14. | Forest Laboratories UK Ltd. | UK |
| 15. | Forest Pharma BV | Netherlands |
| 16. | Axcan France (Invest) SAS | France |
| 17. | Makoff R&D Laboratories, Inc. | California |
| 18. | Royce Laboratories, Inc. | Florida |
| 19. | The Rugby Group, Inc. | New York |
| 20. | Watson Pharmaceuticals (Asia) Ltd. | BVI |
| 21. | Nicobrand Limited | Northern Ireland |

-11-

| | Company Name | Jurisdiction of Incorporation |
|---|---|---|
| 22. | Watson Pharmaceuticals International Ltd. | BVI |
| 23. | Watson Diagnostics, Inc. | Delaware |
| 24. | Del Mar Indemnity Co. Inc. | Hawaii |
| 25. | Actavis Laboratories NY, Inc. | New York |
| 26. | Andrx Corporation | Delaware |
| 27. | Watson Cobalt Holdings, LLC | Delaware |
| 28. | Watson Manufacturing Services, Inc. | Delaware |
| 29. | Allergan UK LLP | UK |
| 30. | Forest Tosara Ltd. | Ireland |
| 31. | Actavis Laboratories UT, Inc. | Delaware |
| 32. | Watson Laboratories, Inc. | Nevada |
| 33. | Actavis Pharma, Inc. | Delaware |

## Schedule 1.1(g) – U.S. Generics Products

The products shown on the workbook entitled "US Product Gx List" in the excel file entitled "SC1-#3914718-v1-Product_Schedule.xlsx" to the extent such products are not over the counter (non-prescription) products, the final version of which was emailed to Jinhee Chung at Sullivan & Cromwell by Andrew Clark of Latham & Watkins at 03.04 AM on July 27, 2015.

-13-

Schedule 1.1(h) – Authorized Generic List of Own Brand Products

| # | Generic Name | Dosage Form | Brand Equivalent |
|---|---|---|---|
| 1 | Butalbital/Acetaminophen/Caffeine | Immediate Release Tablets | Fioricet® |
| 2 | Butalbital/Acetaminophen/Caffeine/Codeine Phosphate | Immediate Release Capsules | Fioricet® with Codeine |
| 3 | Butalbital/Aspirin/Caffeine | Immediate Release Capsules | Fiorinal® |
| 4 | Codeine Phosphate/Butalbital/Aspirin/Caffeine | Immediate Release Capsules | Fiorinal® with Codeine |
| 5 | Escitalopram Oxalate | Oral Solution | Lexapro® |
| 6 | Estradiol | Immediate Release Tablets | Estrace ® |
| 7 | Ethinyl Estradiol/Norethindrone (Layolis Fe) | Immediate Release Tablets | Generess Fe® |
| 8 | hydrochlorothiazide | Immediate Release Capsules | Microzide® |
| 9 | Hydrocodone Bit/Acetaminophen | Immediate Release Tablets | Norco® |
| 10 | Hydrocodone Bit/Acetaminophen | Immediate Release Tablets | Norco® 5MG/325MG |
| 11 | Hydrocodone Bit/Acetaminophen | Immediate Release Tablets | Norco® 7.5MG/325MG |
| 12 | Lidocaine/Prilocaine | Topical Cream | Emla® |
| 13 | Loxapine Succinate | Immediate Release Capsules | Loxitane® |
| 14 | Morphine Sulfate ER | Modified Release Capsules | Kadian® |
| 15 | Namenda | Immediate Release | Namenda® |

-14-

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ALLERGAN_MDL_03367059

| | | Tablets | |
|---|---|---|---|
| 16 | Norethindrone (Nora-Be) | Immediate Release Tablets | Nor-QD® |
| 17 | Norethindrone A-E Estradiol/Ferrous Fumarate (Tilia) | Immediate Release Tablets | Estrostep®Fe |
| 18 | Norethindrone-Ethinyl Estradiol (Leena) | Immediate Release Tablets | Tri-Norinyl® |
| 19 | Norethindrone-Ethinyl Estradiol (Necon) | Immediate Release Tablets | Norinyl® 1/50 (Norethindrone/Mestranol) |
| 20 | Norethindrone-Ethinyl Estradiol (Zenchent) | Immediate Release Tablets | Ovcon® |
| 21 | Norethindrone-Ethinyl Estradiol/Ferrous Fumarate (Zenchent Fe) | Immediate Release Tablets | Femcon FE® |
| 22 | Oxazepam | Immediate Release Capsules | Serax® |
| 23 | Podofilox | Topical Solution | Condylox® Solution |
| 24 | Risedronate DR | Modified Release Tableets | Atelvia® |
| 25 | Risedronate Sodium | Modified Release Tablets | Actonel® |
| 26 | Risedronate Sodium | Immediate Release Tablets | Actonel® |
| 27 | Ursodiol | Immediate Release Capsules | Actigall® |
| 28 | Ursodiol | Immediate Release Tablets | Urso 250® |
| 29 | Ursodiol | Immediate Release Tablets | Urso Forte® |
| 30 | Sucralfate | Immediate Release Tablets | Carafate® |

Schedule 1.1(i) – Puerto Rico Grant

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367061

COMMONWEALTH OF PUERTO RICO
DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE
OFFICE OF INDUSTRIAL TAX EXEMPTION

Grant of Tax Exemption to WARNER CHILCOTT COMPANY, LLC and PROCTER &
GAMBLE PHARMACEUTICALS PUERTO RICO LLC (hereinafter referred to as,
"applicants" or "Grantees"), Case No. 09-73-I-47, pursuant to the terms of Act No. 73 of May
28, 2008 (hereinafter referred to as the "Act");

## DECREE

WHEREAS, the Act empowers the Secretary of the Department of Economic
Development and Commerce of the Commonwealth of Puerto Rico to Grant tax exemption from
specified taxes to eligible industries when it is proved to the satisfaction of the Secretary of the
Department of Economic Development and Commerce that the applicants has established, or
will establish, an eligible industry as defined in the Act and that the same will be in the best
interest of Puerto Rico;

WHEREAS, the Secretary of the Department of Economic Development and Commerce
of the Commonwealth of Puerto Rico, after having examined the report of the Special Examiner,
the report of the Executive Director of the Puerto Rico Industrial Development Company, and
other documents relative to this case, is of the opinion that the applicants has proved that it will
operate an eligible industry within the meaning of the Act and that the same will be in the best
interest of Puerto Rico;

NOW, THEREFORE, BE IT DECREED BY THE SECRETARY OF THE
DEPARTMENT OF ECONOMIC DEVELOPMENT AND COMMERCE OF THE
COMMONWEALTH OF PUERTO RICO, that the applicants WARNER CHILCOTT
COMPANY, LLC ("WCCL") and PROCTER & GAMBLE PHARMACEUTICALS PUERTO
RICO LLC ("P&G Pharma"), be hereby granted tax exemption in accordance with the applicable
terms of the Act, covering the following activities: (1) the manufacturing of the following
products: chemical products: nitrofurantoin in its micro and macro crystalline form, dantrolene
sodium, etidronate sodium (EHDP), and chemical intermediates thereof, which are useful in the
manufacturing of nitrofurantoin, dantrolene and dantrolene sodium, and etidronate sodium as
bulk or fine chemicals, and pharmaceutical products: nitrofurantoin in its micro and macro
crystalline form, in the form of liquid suspensions, tablets and capsules; and Didronel (etidronate
sodium) granulation and tablets, actonel, stedicor, Dantrium capsules, such as dantrolene sodium,

in a sustained release or "long acting" or "repeat action" tablet and/or capsule form, and any
related derivative or next generation products of such pharmaceutical products; (2) the
manufacturing and packaging of any other pharmaceutical products, including but not limited to
tablets, semi solids and capsules for pharmaceutical products; (3) contract manufacturing of
pharmaceutical products; (4) contract manufacturing or toll processing of pharmaceutical
products for other related or unrelated companies including, without limitation, the conversion of
raw materials into goods in process or finished goods; warehousing of raw materials, goods in
process or finished products; logistics or administration services in connection with raw
materials, packaging materials, goods in process or finished goods, product supply, and any other
activity related to the manufacturing of the products and or necessary to conduct the
manufacturing operations by the applicants and/or other parties; provided that the raw materials,
goods in process or finished goods may be either owned by any of the Grantees or the other
contracting party; (5) the distribution of products manufactured by other entities on behalf of the
applicants under contract manufacturing agreements; (6) import of products for their distribution
to foreign markets; (7) the distribution of products that will not enter into Puerto Rico (drop
shipments); (8) the licensing of intangible assets to companies in Puerto Rico or outside of
Puerto Rico; and (9) import of the products Doryx, Pyridium, and Pyridium Plus, as well as any
other products for distribution to foreign markets, provided that the operations shall be carried
out as described in the application;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367062

BE IT FURTHER DECREED, that pursuant to Section 13(a) (2) (G) of the Act and Administrative Order No. 0002-2008 of September 2, 2008, the Secretary of the Department of Economic Development and Commerce of the Commonwealth of Puerto Rico authorized the Director of the Office of Industrial Tax Exemption to carry on administrative duties of all nature, related with Grants of tax exemption issued under the provisions of the Act, including the approval or denial of tax exemption Grants for property devoted to industrial development, but excluding the authority to approve or deny tax exemption Grants to manufacturing or service units and any other duty specifically bestowed upon him by the Act;

BE IT FURTHER DECREED, that the Grantees herein shall be entitled to an exemption period of fifteen (15) years. The locations of the exempted businesses are at the municipalities of Fajardo and Manatí, Puerto Rico. The effective date of said tax exemption for WCCL shall be September 17, 2009 for income tax purposes and for municipal license and other municipal taxes purposes; and January 1, 2010, for real and personal property tax purposes. The effective date for P&G Pharma shall be October 30, 2009, for income tax purposes; and January 1, 2010, for real and personal property tax purposes and for municipal license and other municipal taxes purposes;

BE IT FURTHER DECREED, that with the approval of this Grant, WCCL shall surrender the remainder exemption period for Case No. 04-135-I-29, effective from September 16, 2009, for income tax purposes and for municipal license and other municipal taxes purposes; and December 31, 2009, for real and personal property tax purposes; PROVIDED FURTHER, that P&G Pharma shall surrender the remainder of their exempt period for the operations at Manatí on the Grant 00-135-I-18, effective October 30, 2009, for income tax purposes; and December 31, 2009, for real and personal property tax purposes and for municipal license and other municipal taxes purposes;

BE IT FURTHER DECREED, that as an essential condition to this Grant, P&G Pharma shall request that the grant of tax exemption under Case No. 00-135-I-18, be amended to reflect that Procter & Gamble Pharmaceuticals Puerto Rico LLC and its operations at Manatí, Puerto Rico, shall not be covered under such Grant, effective as of October 30, 2009;

BE IT FURTHER DECREED, that the Grantees are authorized to perform contract manufacturing activities pursuant to Section 2(f) of the Act;



BE IT FURTHER DECREED, that pursuant to Section 3(a) (2) of the Act, and during the term of this Grant, the Grantees shall be subject to a fixed income tax rate of two percent (2%) on its industrial development income ("IDI") derived from the manufacturing operations, the services activities, the licensing activities and the contract manufacturing activities covered by this Grant, in lieu of any other income tax rate; PROVIDED FURTHER, that the fixed income tax rate will not be subject to a Base Period Income pursuant to Section 3(g) of the Act, as recommended by the Puerto Rico Industrial Development Company at the Eligibility Report and Supplementary Reports for this case;

BE IT FURTHER DECREED, that on current distributions and on total liquidations, the industrial development income accumulated by WCCL starting on September 17, 2009, shall be totally exempt pursuant to Sections 3(d) (1) and (4) of the Act;

BE IT FURTHER DECREED, that on current distributions and on total liquidations, the industrial development income accumulated by P&G Pharma starting on October 30, 2009, shall be totally exempt pursuant to Sections 3(d) (1) and (4) of the Act;

BE IT FURTHER DECREED, that on current distributions and on total liquidations, the IDI accumulated by WCCL up to September 16, 2009, shall be totally exempt pursuant to Sections 7 and 10 of Act No. 135 of December 2, 1997 ("Act No. 135");

BE IT FURTHER DECREED, that on current distributions and on total liquidations, the IDI accumulated by P&G Pharma from July 1, 2001 through October 30, 2009 shall be totally exempt pursuant to Sections 7 and 10 of Act No. 135;

BE IT FURTHER DECREED, that distributions, as dividends, of IDI accumulated by P&G Pharma as of June 30, 2001, shall be subject to taxation according to the provisions of Act No. 26 of June 2, 1978, as amended ("Act No. 26");

BE IT FURTHER DECREED, that total liquidation of IDI accumulated by P&G Pharma from January 1, 1987 through June 30, 2001, shall be subject to taxation according to the provisions of Act No. 8 of January 24, 1987, as amended;

BE IT FURTHER DECREED, that total liquidation of IDI accumulated by P&G Pharma up to December 31, 1986, shall be taxed as provided in Act No. 26;

BE IT FURTHER DECREED, that pursuant to Section 3(c) of the Act, the IDI derived from investments on eligible activities under Section 2(j) of the Act, shall be totally exempt from income taxes and any other taxation;

BE IT FURTHER DECREED, that to the extent allowed and/or contemplated by the Act, the Grantees shall not be subject to any additional tax measured by reference to income or revenues, withholding taxes, property taxes, or municipal taxes; provided that any income tax overpayments attributable to the fixed income tax rates provided in this grant shall be creditable against Grantees' income tax liabilities arising in other taxable years:

BE IT FURTHER DECREED, that as provided by Section 7(a) of the Act, the Grantees, shall enjoy ninety percent (90%) exemption from municipal and Commonwealth personal and real property taxes, used in the development, organization, construction, establishment or operation of the activity covered under the grant, during the exemption period provided by Section 10 of the Act, starting on January 1, 2010;

BE IT FURTHER DECREED, that intangible personal property in the nature of patent, production license, or trademark acquired by the Grantees, as well as the shares of stock, bonds and other securities held by the Grantees, shall be totally exempt from the payment of property taxes;

BE IT FURTHER DECREED, that the effective date of this Grant for municipal license tax purposes will be September 17, 2009, for WCCL and January 1, 2010, for P&G Pharma. The Grantees will continue to be sixty percent (60%) exempt with respect to the municipal license tax payments and other municipal taxes imposed by any municipal ordinance, due on September 17, 2009, for WCCL, and January 1, 2010, for P&G Pharma, as provided by Section 8 (a) of the Act;



BE IT FURTHER DECREED, that pursuant to Section 3(b) (3) of the Act, the royalty payments that the Grantees make to non-residents of Puerto Rico will be subject to a withholding tax of ten percent (10%);

BE IT FURTHER DECREED, that pursuant to Section 2(a) (6) of the Act, the IDI subject to a fixed income tax rate of two percent (2%), will include any net income derived in connection with intangible property or any other right to receive income related to activities or intangible property owned or possessed by the Grantees, including, without limitation, income related to the sale of products manufactured under the intangible property (even if manufactured outside of Puerto Rico), royalties, up-front fees, and milestone payments, and any net gains from the sale of the intangible property;

BE IT FURTHER DECREED, that the minimum tax payment pursuant to Section 5(h) of the Act, shall be the fixed income tax rate of two percent (2%), considering as payment of such minimum tax any amounts withheld on royalty payments;

BE IT FURTHER DECREED, that in the case the Grantees is eligible for any of the credits provided by Sections 5 and 6 of the Act, the same shall be subject to the limitations imposed by Section 5(h) of the Act;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                        ALLERGAN_MDL_03367064

BE IT FURTHER DECREED, that this Grant shall be subject to the condition that the Grantees maintain the export billings of the services herein contemplated at a minimum annual volume of $5,000,000 within twelve (12) months after the effectiveness of this Grant;

BE IT FURTHER DECREED, that as an essential condition to the issuance and continuance of this Decree, Grantees must comply with a combined employment commitment of three hundred and ninety (390) persons in its manufacturing operations and ten (10) persons in its service activities within the twelve (12) months after the effectiveness of this Grant, and must always continue to so directly employ at least said number of individuals; PROVIDED FURTHER, that to comply with the combined employment requirement of four hundred (400) persons, the Grantees can be allowed to consider full-time, part-time, temporary employees and employees for hire from employment agencies or other third parties rendering services to the Grantees in connection with its exempt operations; PROVIDED, that for purposes of compliance with the minimum employment requirement herein established, the Grantees shall not count people employed by the corporations that subcontract the Grantees, affiliated entities of the Grantees or other entities doing business in Puerto Rico, unless any employee counted by the Grantees are not counted by that other entity for purposes of determining compliance of its own minimum employment requirement, if any; PROVIDED, that commencing with the first full fiscal year of operations under the Grant after the effective date of the Grant, compliance with said employment requirement shall be determined on an average annual basis, using the weekly employment level and the fiscal year of the Grantees, and the average employment level shall likewise apply during any partial fiscal year of operations prior to the date of ceasing operations under the Grant;

BE IT FURTHER DECREED, that in determining the weekly employment level of direct employees, in order to calculate the Grantees' annual average employment level, the Grantees could include in such calculation any and all employees deemed inactive due to temporary leaves as a result of maternity, non-occupational disability, workmen's compensation related claims, and any other in similar work license;

BE IT FURTHER DECREED, that in determining the weekly employment level of temporary employees, part-time employees, and employees from employment agencies, in order to calculate the Grantees' annual average employment level, the Grantees shall compute the weekly full time equivalent employment level by dividing the total number of man-hours for a particular week by forty (40) hours;



BE IT FURTHER DECREED, that in determining the weekly employment level of employees, in order to calculate the Grantees' annual average employment level, plant shutdowns resulting from strikes, war, actions of the government, or the elements, plant shutdowns for regular maintenance of the facilities as per industry standard, or any other reasonable cause beyond the control of the Grantees shall not be taken into account;

BE IT FURTHER DECREED, that the employment requirement for the service activities mentioned above shall not include the company owners, nor employees of Grantees' associated local concern or employees of the Grantees that renders services for the local market;

BE IT FURTHER DECREED, that the Grantees must always comply with the employment requirement of the preceding clause, except in cases of unforeseen circumstances which may cause a reduction of employment beyond the control of Grantees, at which occurrence, or at the earliest date when such occurrence is contemplated, the Grantees shall be subject to one of the following alternatives:

1. If the reduction represents ten percent (10%) or less of the employment requirements, the Grantees has no obligation to notify the Office of Industrial Tax Exemption of said reduction;

2. If the reduction represents more than ten percent (10%) but less than twenty five percent (25%) of the employment requirement, Grantees shall notify within thirty (30) days after such reduction occurs, the Office of Industrial Tax Exemption, with copy to the Department of Labor and Human Resources of

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367065

Puerto Rico and the Industrial Development Company, of said reduction of employees on a sworn statement sent by certified mail with return receipt requested, or in the alternative, shall file said sworn statement personally at the Office of Industrial Tax Exemption with copy to the Department of Labor and Human Resources of Puerto Rico and the Industrial Development Company;

3. If the reduction represents twenty five percent (25%) or more of the employment requirement, the Grantees shall file within thirty (30) days after such reduction occurs, to the satisfaction and acceptance, which acceptance shall not be unreasonably withheld, with the Office of Industrial Tax Exemption a sworn application, with copy to the Department of Labor and Human Resources of Puerto Rico and the Industrial Development Company requesting approval of the Office of Industrial Tax Exemption for said reduction; PROVIDED, that the Office of Industrial Tax Exemption shall make a determination of such application as to whether Grantees shall be deemed to be in compliance with the employment requirement taking into consideration such reasonable grounds for reduction of employment, as for example, but not limited to, strikes, war, action of a government or of the elements, or any other reasonable cause beyond the control of the Grantees; PROVIDED, FURTHER, that it may, in lieu of the cancellation of the Decree on those cases in which the reduction of twenty five percent (25%) or more of the employment requirement is not approved:

  a. increase the fixed income tax rate and reduce the tax exemption percentages applicable to property and municipal licenses proportionately in a ratio which bears the relation between the reduced employment to the employment requirement; and/or

  b. approve a temporary reduction of the employment requirement when circumstances so merit by negotiating any other reasonable condition satisfactory both to the Grantees and the Commonwealth of Puerto Rico, and, a waiver of the employment requirement will be Granted when in the judgment of the pertinent Government agencies such terms of the negotiation further the purposes of industrial development under this Act;



BE IT FURTHER DECREED, that Grantees are waived from compliance with the eighty percent (80%) employment level requirement established pursuant to Sections 3(a) (2) and 3(b) (3) of the Act.

BE IT FURTHER DECREED, that notwithstanding the preceding clause, the Grantees herein shall be subject to the following conditions, in regard of the herein exempt service activities:

  1. Eighty percent (80%) of its employees, technicians and/or professionals shall be residents of Puerto Rico;

  2. Such services shall not be utilized directly or indirectly in Puerto Rico, except those to be rendered to another firm in Puerto Rico that ultimately exports the designated service product;

BE IT FURTHER DECREED, that if at any time during the effectiveness of this Grant such services are utilized directly or indirectly in Puerto Rico, the provisions of this Grant shall not be applicable, and, therefore, such services shall be fully taxable, except those that fall within the exception mentioned in the paragraph above;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                ALLERGAN_MDL_03367066

BE IT FURTHER DECREED, that the Grantees shall make all possible efforts to hire its production workers from the unemployed labor force listed in the Employment Service Division of the Bureau of Employment Security of the Department of Labor and Human Resources of Puerto Rico;

BE IT FURTHER DECREED, that if the income of the Grantees or any affiliate of the Grantees is adjusted by a firm and final order of the U.S. Internal Revenue Service pursuant to the United States Internal Revenue Code of 1986, as amended, or by the appropriate tax administration agency or competent authority of any foreign jurisdiction under any comparable and applicable statute of said foreign jurisdiction (hereafter the "Adjustment"), and the Adjustment involved or implied an actual, deemed or implicit decrease or increase, in attributions, assignments, allocations, or imputations made from the Grantees to or from any affiliates thereof in the taxable income of said Grantees as said taxable income had been previously determined by the Grantees on a Puerto Rico income tax return, or would otherwise reflect a tax position inconsistent with a tax reporting position taken by the Grantee for Puerto Rico income tax (including non-resident withholding tax) purposes and if by a reason of said inconsistent tax treatment or tax reporting position the Grantee or its affiliate may be subject to inconsistent tax treatment and/or potential double taxation, the Commonwealth of Puerto Rico, through the Puerto Rico Treasury Department may issue a credit to the Grantees, without interest, for any excess income taxes previously paid; provided, that if the effect of the Adjustment were an actual, deemed or implicit increase in the Puerto Rico taxable income of the Grantees, the Grantees shall show an amount equal to the Adjustment on an amended Puerto Rico income tax return or the Grantees shall enter into a Closing Agreement with the Puerto Rico Treasury Department and shall pay the corresponding taxes, without the imposition of any interest, surcharges, penalties, or other additions (hereafter the "Correlative Adjustment"). The Grantee acknowledges that the Puerto Rico Treasury Department, under the provisions of the Tax Coordination Agreement entered into between the Puerto Rico Treasury Department and the United States Internal Revenue Service, enacted Circular Letter 06-04 establishing the procedure to request assistance under the Mutual Agreement Procedure on potential double taxation established in the Tax Coordination Agreement between the United States and Puerto Rico. The Grantees shall follow the procedure established in the Circular Letter whenever a situation that would give rise to an Adjustment would require a Correlative Adjustment;

BE IT FURTHER DECREED, that the gross Puerto Rico income and Puerto Rico taxable income of those Grantees that have in effect an election under Section 936 of the United States Internal Revenue Code of 1986, as amended, shall conform with the gross income and taxable income of the grantees for purposes of the United States Internal Revenue Code of 1986, as amended; provided, that any cost sharing, profit split, royalty, or other analogous, comparable, or equivalent payments, attributions, assignments, allocations, or imputations made from the Grantees to any affiliates thereof in order to reflect the gross income and taxable income of the grantees or other affiliates for purposes of the United States Internal Revenue Code of 1986, as amended, shall be removed and excluded from, and shall reduce, the Grantees' gross income, taxable income and volume of business for Puerto Rico tax purposes; and provided, that any such payments, attributions, assignments, allocations, or imputations that are made to other affiliates shall be one hundred percent (100%) exempt from income taxes, including income taxes withheld at source, and from municipal license taxes, as provided in Article 1042-7 of the Regulations issued under the Code;

BE IT FURTHER DECREED, that during the term of this Grant, the Grantees will be entitled to all of the benefits, exemptions and special tax rates available under the Act in effect on the date the Grant is signed, to the extent not inconsistent with any special provisions of this Grant; provided, that Grantees shall have the option of availing themselves of any benefits which may in the future become generally available under the Puerto Rico Internal Revenue Code of 1994, as amended, the Act and its regulations, or any successor statute, as theses statutes may be amended from time to time;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    ALLERGAN_MDL_03367067

BE IT FURTHER DECREED, that this Grant shall be subject to the continuing condition that the Grantees shall be required to keep its corporate books and accounts in Puerto Rico;

BE IT FURTHER DECREED, that during the period of effectiveness of this Grant the Grantees shall acquire no property and take no other action forbidden by the provisions of Section 16 of the Act, except in regard to Cases No. 04-135-I-29 and 00-135-I-18, 97-8-RI-2, 82-26-I-98, CI-87-8-151 (82-26-I-98) and 74-57-I-89, in which the application of Section 16 is waived, and the use of previously exempt facilities, land, buildings, machinery and equipment, inventory, supplies, trademarks, and marketing outlets utilized by the Grantees is approved;

BE IT FURTHER DECREED, that the tax benefits Granted herein shall be applicable only to the property directly used in connection with the production of the manufactured products or the rendering of the services hereinbefore listed and the fixed tax rate to the industrial development income (as defined in the Act) derived from the production of said manufactured products and/or the rendering of the services listed which give rise to the exemption provided by this decree, and such other property specifically declared exempt by the Act;

BE IT FURTHER DECREED, that the Grantees shall comply with all requirements imposed by the Environmental Assessment Report of the Environmental Affairs Office of the Industrial Development Company (Exhibit I);

BE IT FURTHER DECREED, that the continuance of this Grant shall be conditional upon compliance by the Grantees with such regulations and requirements as the Environmental Quality Board of the Commonwealth of Puerto Rico has heretofore promulgated and may hereafter promulgate, relative to the control of water, air, ground and any other environmental pollution; PROVIDED, FURTHER, that Grantees shall obtain all permits applicable to its operations from the Regulations and Permits Administration (RPA) and the Puerto Rico Planning Board;

BE IT FURTHER DECREED, that said tax benefits shall include exemption to the extent provided in the Act from all Commonwealth taxes, and from license fees and other municipal taxes levied by any ordinance of any municipality, except as otherwise hereinbefore provided in this Decree;

BE IT FURTHER DECREED, that there shall be excluded from the scope of the benefits of this Grant the operation of retail stores; and the providing of any services in connection with the sales of the manufactured products;

BE IT FURTHER DECREED, that the Grantees shall make all possible efforts to buy from local enterprises the products, services, materials, components, equipment and machinery available in Puerto Rico, that are necessary for its operations; the Grantees shall annually demonstrate to the Office of Industrial Tax Exemption the measures taken to increase their local purchases from other manufacturers or distributors in the island;

BE IT FURTHER DECREED, that the Grant shall not include exemption from:

       a. Workmen's compensation premiums as provided by law;

       b. Fees for motor vehicle licenses or plates;

       c. Taxes levied under Act No. 286, of April 6, 1946;

BE IT FURTHER DECREED, that as a condition to the continuance of the tax benefits hereby Granted the Grantees shall be required, in conformance with Section 18 of the Act, to file with the Secretary of the Treasury of the Commonwealth of Puerto Rico ("Secretary of the Treasury"), regardless of its gross or net income, an annual income tax return, separate from any other return it is required to file, in relation to the business operations covered by this Grant and in accordance with the Puerto Rico Internal Revenue Code of 1994, as amended (the "Code"), as amended; the exempted business shall also be required to keep in Puerto Rico the accounting records relative to its operations separately, as well as the necessary records and files, and to

ALLERGAN_MDL_03367068

make and submit such sworn statements, and comply with the rules and regulations in force for the proper fulfillment of the purposes under the Code and that the Secretary of the Treasury may prescribe from time to time in connection with the levying and collection of all kinds of taxes; every exempted business shall file duly completed reports and surveys for the preparations of statistics and economic studies that may be requested by the Executive Director of the Puerto Rico Industrial Development Company in the performance of his duties; provided, further, that the Grantees shall file duly completed reports that may be requested by the Office of the Commissioner of Financial Institutions;

BE IT FURTHER DECREED, that the Grantees shall comply with the obligations set pursuant Section 18 (d) of the Act, to submit an annual report to the Office of Industrial Tax Exemption, with copies to the Secretary of the Treasury and the Executive Director of the Puerto Rico Industrial Development Company, within the time limit of thirty (30) days after the date provided by law to submit income tax returns, including any extensions; PROVIDED that not compliance with this obligation can expose Grantees to fines and/or other administrative sanctions as the revocation of the Grant approved;

BE IT FURTHER DECREED, that the Executive Director of the Municipal Revenue Collection Center (MRCC) and the Secretary of the Treasury shall determine for each taxable year covered by this exemption what property and what income the Grantees has used in, or derived from the industrial operations hereby declared tax exempt; PROVIDED, that nothing contained herein shall deprive the Grantees of its right to administrative and judicial review of such determinations of the Executive Director of the MRCC and the Secretary of the Treasury available by Constitution, Law or Regulation;

BE IT FURTHER DECREED, that the Executive Director of the MRCC and the Secretary of the Treasury, in determining what property has been used in and what income has been derived from the industrial operations of the Grantees hereby declared tax exempt, may review the accounts and records of the Grantees to determine that all purchase prices, sales prices, rates of lease, overhead or any other cost allocations, and all other prices, rates, and cost allocations are fixed on the basis of normal business operations and not for the purposes of avoiding taxes ordinarily chargeable to activities not within the scope of the industrial operations covered by this Grant or of charging to the operations carried on outside of Puerto Rico; PROVIDED, that whenever it is found that such rates or charges are made for the purposes of extending the coverage of the Grant beyond the scope of the covered operations reasonable adjustments shall be made for the purpose of calculating the amount of taxes payable by the Grantees, if any, and shall make such recommendations to the Secretary of the Department of Economic Development and Commerce as to such other action as may be taken under the provisions of Section 13 of the Act and the Rules and Regulations promulgated hereunder; PROVIDED, that nothing contained herein shall deprive the Grantees of its right to administrative and judicial review of such determination of the Executive Director of the MRCC and the Secretary of the Treasury available by Constitution, Law or Regulation;



BE IT FURTHER DECREED, that Grantees must comply with all the laws, rules, regulations, orders and ordinances promulgated by the Commonwealth of Puerto Rico, its agencies and municipalities which are applicable to Grantees' operations, including all the provisions of Act No. 73, which are applicable to Grantees, and all rules and regulations promulgated pursuant to the Act, regardless of whether or not said provisions are specifically mentioned in this Grant;

BE IT FURTHER DECREED, that the Grantees must pay or clarify any possible income tax debt, employee withholding income tax and any other debt notified by the Department of the Treasury of the Commonwealth of Puerto Rico. Otherwise, the Grant could be temporarily or permanently revoked;

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

BE IT FURTHER DECREED, that upon its acceptance by Grantees, this Grant constitutes a contract between the Commonwealth of Puerto Rico and the Grantees, its shareholders, partners or owners, and said Contract will be the law between the parties involved. Said Contract will be interpreted liberally, pursuant to the purposes of the Act of promoting the economic and social development of Puerto Rico. The Secretary of the Department of Economic Development and Commerce has the discretion to include, in the name and in representation of the Government of Puerto Rico, all the terms and conditions, concessions and exemptions that are consistent with the purpose of this Law and that promote the creation of jobs through the economic and social development of Puerto Rico, taking into consideration the nature of the application or the request submitted including the facts and other related circumstances with respect each case in particular that could be applicable;

BE IT FURTHER DECREED, that this Grant shall become retroactively null and void unless the Grantees shall file with the Office of Industrial Tax Exemption, within ninety (90) days after the receipt of this Grant by the Grantees, a duly notarized and sworn declaration wherein the Grantees expresses its unconditional acceptance of this Grant and of all the conditions, provisions, and findings which are an integral part hereof;

BE IT FURTHER DECREED, that upon receipt of this Grant, the Director of the Office of Industrial Tax Exemption shall immediately forward a copy to the Grantees.

JOSÉ R. PÉREZ RIERA
SECRETARY OF THE DEPARTMENT
OF ECONOMIC DEVELOPMENT AND
COMMERCE

DEC 2 3 2009

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                          ALLERGAN_MDL_03367070

## Schedule 1.1(y)
## Buyer Parent Knowledge

Eyal Desheh

David Stark

LA_LAN01:284952.6

ALLERGAN_MDL_03367071

## Schedule 1.1(z)
## Draft Debt Commitment Letter

The draft debt commitment letter from Bank of America Merrill Lynch International Limited, Bank of America N.A., London Branch, Barclays Bank PLC, BNP Paribas Fortis SA/NV, Citibank, N.A., Credit Suisse AG, Cayman Islands Branch, Credit Suisse Securities (USA) LLC , HSBC Bank plc, Mizuho Bank, Ltd., Royal Bank of Canada and Sumitomo Mitsui Banking Corporation Banking Corporation provided to Seller Parent on July 26, 2015 shall be deemed to be customary for similar acquisition financings (except for the provisions contemplating the investment grade condition and a termination date that is earlier than the termination date in the Agreement), and all such banks and institutions shall be acceptable.

LA_LAN01:284952.6

ALLERGAN_MDL_03367072

**Schedule 2.1(b)(vii) – Patents, Licensed Patents, Marks and Licensed Marks**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367073

| Pharmaceutical Product | Title | Country | Filing Date | Appl. No. | Status | Patent No. | Approximate Expiration Date | Owner |
|---|---|---|---|---|---|---|---|---|
| Aminophylline formulations | Bronchodilatatio n Medicamentous Form | BG | 16/12/1998 | BG103023 | Granted | BG63965 | 16/12/2018 | Balkanpharma Dupnitza AD |
| Aspartate formulations | Film-tablet Form of Active Potassium and Magnesium DL-Aspartate Substance and Method for its Preparation | BG | 28/01/1999 | BG 103125 | Pending | BG64373 | 28/02/2019 | Balkanpharma Dupnitza AD |
| Atomoxetine Formulations | Atomoxetine Formulations | DE | 23/12/2004 | 04815693.9 | Granted | EP1715856 | 23/12/2024 | Actavis Group PTC ehf |
| Atomoxetine Formulations | Atomoxetine Formulations | EP | 23/12/2004 | 04815693.9 | Granted | EP1715856 | 23/12/2024 | Actavis Group PTC ehf |
| Atomoxetine Formulations | Atomoxetine Formulations | ES | 23/12/2004 | 04815693.9 | Granted | EP1715856 | 23/12/2024 | Actavis Group PTC ehf |
| Atomoxetine Formulations | Atomoxetine Formulations | FR | 23/12/2004 | 04815693.9 | Granted | EP1715856 | 23/12/2024 | Actavis Group PTC ehf |
| Atomoxetine Formulations | Atomoxetine Formulations | GB | 23/12/2004 | 04815693.9 | Granted | EP1715856 | 23/12/2024 | Actavis Group PTC ehf |
| Atomoxetine Formulations | Atomoxetine Formulations | IT | 23/12/2004 | 04815693.9 | Granted | EP1715856 | 23/12/2024 | Actavis Group PTC ehf |
| Ciprofloxacine formulations | Composition And Method For The Preparation Of A Medicamentous Form | BG | 09/09/1998 | BG102756 | Granted | BG63287 | 09/09/2018 | Balkanpharma Dupnitza AD |
| Conjugated estrogens | Compositions For Conjugated Estrogens And Associated Methods | CA | 8/27/2004 | 2,539,872 | Granted | 2,539,872 | August 2024 | Watson Laboratories, Inc. |
| Conjugated estrogens | Compositions For Conjugated Estrogens And | EP | 8/27/2004 | 04782556.7 | Granted | 1,689,372 | August 2024 | Watson Laboratories, Inc. |

-19-

ALLERGAN_MDL_03367074

| | Associated Methods | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Controlled-release bupropion | Improved Controlled Release Oral Dosage Form | CA | 2/8/2002 | 2,443,915 | Granted | 2,433,915 | February 2019 | Andrx Pharmaceutica ls, LLC |
| Controlled-release bupropion | Improved Controlled Release Oral Dosage Form | CA | 2/8/2002 | 2,685,214 | Granted | 2685214 | February 2019 | Andrx Pharmaceutica ls, LLC |
| Controlled-release bupropion | Improved Controlled Release Oral Dosage Form | US | 2/8/2001 | 09/905,712 | Granted | 6,589,553 | February 2019 | Andrx Pharmaceutica ls, LLC |
| Controlled-release bupropion | Improved Controlled Release Oral Dosage Form | US | 2/8/2002 | 10/071,257 | Granted | 8,545,880 | February 2019 | Andrx Pharmaceutica ls, LLC |
| Controlled-release bupropion | Improved Controlled Release Oral Dosage Form | US | 5/9/2003 | 10/435,012 | Granted | 6,905,708 | February 2019 | Andrx Pharmaceutica ls, LLC |
| Controlled-release bupropion | Improved Controlled Release Oral Dosage Form | US | 3/1/2005 | 11/069,435 | Granted | 7,771,750 | February 2019 | Andrx Pharmaceutica ls, LLC |
| Controlled-release bupropion | Improved Controlled Release Oral Dosage Form | US | 7/14/2010 | 12/835,863 | Granted | 8,747,898 | February 2019 | Andrx Pharmaceutica ls, LLC |
| Controlled-release bupropion | Stable Pharmaceutical Composition Without Stabilizers | US | 11/21/200 2 | 10/301,474 | Granted | 6,893,660 | December 2022 | Andrx Pharmaceutica ls, LLC |
| Controlled-release bupropion | Stable Pharmaceutical Composition Without Stabilizers | US | 1/3/2005 | 11/028,391 | Granted | 8,501,227 | December 2022 | Andrx Pharmaceutica ls, LLC |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367075

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Controlled-release diltiazem | Two Pellet Controlled Release Formulation For Water Soluble Drugs Which Contains An Alkaline Metal Stearate | CA | 11/1/1999 | 2,349,696 | Granted | 2,349,696 | November 2019 | Andrx Pharmaceutica ls, LLC |
| Controlled-release diltiazem | Diltiazem Controlled Release Formulation and Method of Manufacture | CA | 7/16/1999 | 2,338,070 | Granted | 2,338,070 | July 2019 | Andrx Pharmaceutica ls, LLC |
| Controlled-release diltiazem | Diltiazem Controlled Release Formulation And Method Of Manufacture | CA | 8/10/2006 | 2,617,351 | Granted | 2,617,351 | August 2026 | Watson Pharmaceutica ls, Inc. (n/k/a Actavis, Inc.) |
| Controlled-release diltiazem | Diltiazem Controlled Release Formulation And Method Of Manufacture | EPO | 8/10/2006 | 6801043.8 | Pending | | | Watson Pharmaceutica ls, Inc. (n/k/a Actavis, Inc.) |
| Controlled-release diltiazem | Two Pellet Controlled Release Formulation For Water Soluble Drugs Which Contains An Alkaline Metal Stearate | NZ | 11/1/1999 | 511448 | Granted | 511448 | November 2019 | Andrx Pharmaceutica ls, LLC |
| Controlled-release diltiazem | Two Pellet Controlled Release Formulation For Water Soluble Drugs Which Contains An Alkaline Metal | US | 11/6/1998 | 09/187319 | Granted | 6,270,805 | November 2018 | Andrx Pharmaceutica ls, LLC |

ALLERGAN_MDL_03367076

| | Stearate | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Controlled-release diltiazem | Diltiazem Controlled Release Formulation and Method of Manufacture | US | 7/20/1998 | 09/119,323 | Granted | 6,524,620 | July 2018 | Andrx Pharmaceuticals, LLC |
| Controlled-release diltiazem | Diltiazem Controlled Release Formulation And Method Of Manufacture | US | 8/11/2005 | 11/201,747 | Granted | 8,778,395 | October 2029 | Andrx Labs, LLC |
| Controlled-release hydrocodone and acetaminophen | Controlled Release Formulations and Associated Methods | CA | 7/19/2007 | 2,657,913 | Pending | | | Watson Laboratories, Inc. |
| Controlled-release hydrocodone and acetaminophen | Controlled Release Formulations and Associated Methods | JP | 7/19/2007 | 2009-520861 | Pending | | | Watson Laboratories, Inc. |
| Controlled-release hydrocodone and acetaminophen | Controlled Release Formulations and Associated Methods | NZ | 7/19/2007 | 574325 | Granted | 574325 | July 2027 | Watson Laboratories, Inc. |
| Controlled-release hydrocodone and acetaminophen | Controlled Release Formulations and Associated Methods | US | 7/19/2006 | 11/458,651 | Granted | 8,765,178 | February 2029 | Watson Laboratories, Inc. |
| Controlled-release Ketoprofen | Controlled Release Oral Dosage Form | US | 6/29/1998 | 09/106,609 | Granted | 6,197,347 | June 2018 | Andrx Pharmaceuticals, LLC |
| Controlled-release Ketoprofen | Controlled Release Oral Dosage Form | US | 8/11/2000 | 09/637,404 | Granted | 6,238,703 | | Andrx Pharmaceuticals, LLC |

ALLERGAN_MDL_03367077

| Controlled-release methylphenidate | Oral Controlled Release Dosage Form | US | 12/2/2003 | 10/726,024 | Granted | 7,988,993 | February 2026 | Andrx Pharmaceutica ls, Inc. |
|---|---|---|---|---|---|---|---|---|
| Controlled-release methylphenidate | Oral Controlled Release Dosage Form | US | 7/11/2011 | 13/179,830 | Granted | 8,252,327 | December 2023 | Andrx Pharmaceutica ls, Inc. |
| Controlled-release methylphenidate | Oral Controlled Release Dosage Form | US | 8/20/2012 | 13/590,061 | Pending | | | Andrx Pharmaceutica ls, Inc. |
| Controlled-release Zolpidem | Oral Controlled Release Formulation For Sedative And Hypnotic Agents | CN | 3/1/2007 | 200780007189.5 | To be abandoned | | | Watson Pharmaceutica ls, Inc. (n/k/a Actavis, Inc.) |
| Controlled-release Zolpidem | Oral Controlled Release Formulation For Sedative And Hypnotic Agents | IN | 3/1/2007 | 3270/KOL NP/2008 | To be abandoned | | | Watson Pharmaceutica ls, Inc. (n/k/a Actavis, Inc.) |
| Controlled-release Zolpidem | Oral Controlled Release Formulation For Sedative And Hypnotic Agents | JP | 3/1/2007 | 2008-557414 | To be abandoned | | | Watson Pharmaceutica ls, Inc. (n/k/a Actavis, Inc.) |
| Controlled-release Zolpidem | Oral Controlled Release Formulation For Sedative And Hypnotic Agents | US | 2/28/2007 | 11/712,133 | Granted | 8,309,104 | February 2029 | Watson Pharmaceutica ls, Inc. (n/k/a Actavis, Inc.) |
| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | BR | 8/14/2006 | PI 061.4279-6 | Pending | | | Arrow International Limited co-owner with Zhejiang Neo-Dankong Pharm. Co. Ltd. |
| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | BR | 2/14/2008 | PI 061.4280-0 | Pending | | | Arrow International Limited co-owner with Zhejiang Neo-Dankong Pharm. Co. |

| | | | | | | | | Ltd. |
|---|---|---|---|---|---|---|---|---|
| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | CA | 8/14/2006 | 2,619,486 | Pending | | | Arrow International Limited co-owner with Zhejiang Neo-Dankong Pharm. Co. Ltd. |
| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | CA | 8/14/2006 | 2,619,040 | Granted | 2,619,040 | August 2026 | Arrow International Limited co-owner with Zhejiang Neo-Dankong Pharm. Co. Ltd. |
| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | CN | 8/14/2006 | 200680034164.X | Granted | ZL 200680034164.X | August 2026 | Arrow International Limited co-owner with Zhejiang Neo-Dankong Pharm. Co. Ltd. |
| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | EP | 8/14/2006 | 06765276.8 | Granted | 1928823 | August 2026 | Arrow International Limited co-owner with Zhejiang Neo-Dankong Pharm. Co. Ltd. |
| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | EP | 8/14/2006 | 06765284.2 | Granted | 1924555 | August 2026 | Arrow International Limited co-owner with Zhejiang Neo-Dankong Pharm. Co. Ltd. |

| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | NZ | 2/27/2008 | 566286 | Granted | 566286 | August 2026 | Arrow International Limited co-owner with Zhejiang Neo-Dankong Pharm. Co. Ltd. |
|---|---|---|---|---|---|---|---|---|
| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | NZ | 2/27/2008 | 566287 | Granted | 566287 | August 2026 | Arrow International Limited co-owner with Zhejiang Neo-Dankong Pharm. Co. Ltd. |
| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | US | 8/15/2006 | 11/504,104 | Granted | 8,097,734 | February 2028 | Arrow International Limited co-owner with Zhejiang Neo-Dankong Pharm. Co. Ltd. |
| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | US | 12/13/2011 | 13/324,678 | Granted | 8,329,922 | September 2026 | Arrow International Limited co-owner with Zhejiang Neo-Dankong Pharm. Co. Ltd. |
| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | US | 8/15/2006 | 11/504,103 | Granted | 8,017,647 | June 2027 | Arrow International Limited co-owner with Zhejiang Neo-Dankong Pharm. Co. Ltd. |
| Crystalline Sodium Atorvastatin | Crystalline Sodium Atorvastatin | US | 5/20/2011 | 13/112,377 | Granted | 8,440,712 | August 2026 | Arrow International Limited co-owner with |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367080

| | | | | | | | | | Zhejiang Neo-Dankong Pharm. Co. Ltd. |
|---|---|---|---|---|---|---|---|---|---|
| Delayed-release medicines | Solid Batched Medicamentous Forms Of Delayed Release | BG | 07/06/1996 | BG100651 | Granted | BG62717 | 07/01/2016 | | Balkanpharma Dupnitza AD |
| Delayed-release nifedipine | Once Daily Calcium Channel Blocker Having A Delayed Release Core | US | 1/31/1997 | 08/792,001 | Granted | 5,922,352 | January 2017 | | Andrx Pharmaceuticals, Inc. |
| Delayed-Release Pseudoephedrine | Antihistamine and Decongestant System | US | 11/8/2002 | 10/291,103 | Granted | 8,092,831 | October 2026 | | Andrx Pharmaceuticals, LLC |
| Extended-release clarithromycin | Oral Extended-Release Composition | CA | 6/16/2004 | 2,673,334 | Granted | 2,673,334 | June 2024 | | Andrx Pharmaceuticals, LLC |
| Extended-release clarithromycin | Oral Extended-Release Composition | CA | 6/16/2004 | 2,675,724 | Granted | 2,675,724 | June 2024 | | Andrx Pharmaceuticals, LLC |
| Extended-release clarithromycin | Oral Extended-Release Composition | CA | 6/16/2004 | 2,529,746 | Granted | 2,529,746 | June 2024 | | Andrx Pharmaceuticals, LLC |
| Extended-release clarithromycin | Oral Extended-Release Composition | EP | 6/16/2004 | 12176084.7 | Pending | | | | Andrx Pharmaceuticals, LLC |
| Extended-release clarithromycin | Oral Extended-Release Composition | EP | 6/16/2004 | 12176088.8 | Pending | | | | Andrx Pharmaceuticals, LLC |
| Extended-release clarithromycin | Oral Extended-Release Composition | EP | 6/16/2004 | 4776663.9 | Pending | | | | Andrx Pharmaceuticals, LLC |
| Extended-release clarithromycin | Oral Extended-Release Composition | US | 10/16/2004 | 10/869,497 | Granted | 7,476,403 | December 2025 | | Andrx Pharmaceuticals, LLC |
| Extended-release clarithromycin | Oral Extended-Release Composition | US | 12/3/2008 | 12/327,477 | Granted | 8,628,797 | December 2025 | | Andrx Pharmaceuticals, LLC |

ALLERGAN_MDL_03367081

| Extended-release diltiazem | Enteric Coated Diltiazem Once-A-Day Formulation | US | 6/21/1996 | 08/667,308 | Granted | 5,830,503 | Novembeer 2016 | Andrx Pharmaceutica ls, LLC |
|---|---|---|---|---|---|---|---|---|
| Extended-release metoprolol succinate | Formulation and Process for Drug Loaded Cores | US | 7/11/2003 | 10/617,456 | Granted | 7,314,640 | July 2025 | Andrx Pharmaceutica ls, LLC |
| Extended-release metoprolol succinate | Formulation and Process for Drug Loaded Cores | US | 10/19/200 7 | 11/975,519 | Granted | 7,790,200 | July 2023 | Andrx Pharmaceutica ls, LLC |
| Extended-release metoprolol succinate | Formulation and Process for Drug Loaded Cores | US | 8/10/2010 | 12/853,820 | Pending | | | Andrx Pharmaceutica ls, LLC |
| Extended-release venlafaxine | Extended Release Venlafaxine Formulation | HK | 10/29/200 4 | 10111018.3 | Pending | | | Andrx Pharmaceutica ls, LLC |
| Extended-release venlafaxine | Extended Release Venlafaxine Formulation | US | 11/17/200 3 | 10/715,219 | Granted | 7,470,435 | December 2025 | Andrx Pharmaceutica ls, LLC |
| Extended-release venlafaxine | Extended Release Venlafaxine Formulation | US | 11/17/200 3 | 12/313,340 | Granted | 7,931,915 | November 2023 | Andrx Pharmaceutica ls, LLC |
| Extended-release venlafaxine | Extended Release Venlafaxine Formulation | US | 3/18/2011 | 13/051,076 | Granted | 8,668,932 | November 2024 | Andrx Pharmaceutica ls, LLC |
| Finasteride Formulations | Formulations Of Finasteride | EP | 21/11/200 3 | 03811862.6 | Pending | - | - | Actavis Group hf |
| Finasteride Formulations | Formulations Of Finasteride | IS | 21/11/200 3 | 7888 | Pending | - | - | Actavis Group hf |
| Gabapentin prodrug | Gabapentin Prodrugs and Formulations | US | 10/23/200 1 | 10/040,251 | Granted | 6,683,112 | November 2021 | Andrx Corporation |
| Lansoprazole Amine Salt | Stable R(+)-Lansoprazole Amine Salt and a Process For Preparing The | BR | 5/12/2009 | PI 0912478-0 | Pending | | | Watson Pharma Private Limited |

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Same | | | | | | | | |
| Lansoprazole Amine Salt | Stable R(+)-Lansoprazole Amine Salt and a Process For Preparing The Same | NZ | 5/12/2009 | 589150 | Granted | 589150 | May 2029 | Watson Pharma Private Limited |
| Lansoprazole Amine Salt | Stable R(+)-Lansoprazole Amine Salt and a Process For Preparing The Same | US | 11/10/2010 | 12/992,034 | Granted | 8,362,042 | May 2029 | Watson Pharma Private Limited |
| Lansoprazole Amine Salt | Stable R(+)-Lansoprazole Amine Salt and a Process For Preparing The Same | ZA | 5/12/2009 | 2010/08188 | Granted | 2010/08188 | May 2029 | Watson Pharma Private Limited |
| Laquinamod polymorphs | Highly Pure Laquinimod Or A Pharmaceutically Acceptable Salt Thereof | IN | 17/12/2008 | 3167/CHE/2008 | Pending | - | - | Actavis Group PTC ehf |
| Laquinamod polymorphs | Highly Pure Laquinimod Or A Pharmaceutically Acceptable Salt Thereof | US | 15/12/2009 | 13/603,554 | Pending | - | - | Actavis Group PTC ehf |
| Laquinimod Polymorphs | Novel Solid State Forms Of Laquinimod And Its Sodium Salt | US | 30/06/2009 | 13/001,715 | Granted | 8,354,428 | 30/06/2029 | Actavis Group PTC ehf |
| Linezolid formulations | - | IS | 29/01/2013 | 050044 | Pending | - | - | Actavis Group PTC ehf |
| Loratadine | Rapidly Disintergrating Antihistamine Formulation | US | 9/28/2004 | 10/951,737 | Granted | 8,529,946 | May 2028 | Andrx Pharmaceuticals, LLC |

ALLERGAN_MDL_03367083

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Modified-release tranexamic acid | Modified Release Tranexamic Acid Formulation | US | 11/30/2010 | 12/956,036 | Granted | 8,597,683 | October 2031 | Watson Pharmaceuticals, Inc. (n/k/a Actavis, Inc.) |
| Modified-release tranexamic acid | Modified Release Tranexamic Acid Formulation | US | 11/19/2013 | 14/083,563 | Pending | | | Watson Pharmaceuticals, Inc. (n/k/a Actavis, Inc.) |
| Nicotine chewing gum | Stabilized Nicotine Chewing Gum | AU | 11/24/2009 | 2009324945 | Pending | | | Watson Laboratories, Inc. |
| Nicotine chewing gum | Stabilized Nicotine Chewing Gum | BR | 11/24/2009 | PI0915256-3 | Pending | | | Watson Laboratories, Inc. |
| Nicotine chewing gum | Stabilized Nicotine Chewing Gum | CA | 11/24/2009 | 2,742,373 | Pending | | | Watson Laboratories, Inc. |
| Nicotine chewing gum | Stabilized Nicotine Chewing Gum | US | 11/25/2008 | 12/277,590 | Granted | 8,506,936 | January 2030 | Watson Laboratories, Inc. |
| Olanzapine formulations | Rapidly Disintegrating Dosage Form Comprising Magnesium Carbonate Heavy | DE | 02/03/2006 | 06711375.3 | Granted | 1863443 | 02/03/2026 | Actavis Group PTC ehf |
| Olanzapine formulations | A Pharmaceutical Formulation Containing Olanzapine | DE | 27/10/2006 | 06831860.9 | Granted | EP1928428 | 27/10/2026 | Actavis Group PTC ehf |
| Olanzapine formulations | Rapidly Disintegrating Dosage Form Comprising Magnesium Carbonate Heavy | EP | 02/03/2006 | 06711375.3 | Granted | 1863443 | 02/03/2026 | Actavis Group PTC ehf |
| Olanzapine formulations | A Pharmaceutical Formulation | EP | 27/10/2006 | 06831860.9 | Granted | EP1928428 | 27/10/2026 | Actavis Group PTC ehf |

ALLERGAN_MDL_03367084

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | Containing Olanzapine | | | | | | | | |
| Olanzapine formulations | A Pharmaceutical Formulation Containing Olanzapine | ES | 27/10/2006 | 06831860.9 | Granted | EP1928428 | 27/10/2026 | Actavis Group PTC ehf |
| Olanzapine formulations | Rapidly Disintegrating Dosage Form Comprising Magnesium Carbonate Heavy | FR | 02/03/2006 | 06711375.3 | Granted | 1863443 | 02/03/2026 | Actavis Group PTC ehf |
| Olanzapine formulations | A Pharmaceutical Formulation Containing Olanzapine | FR | 27/10/2006 | 06831860.9 | Granted | EP1928428 | 27/10/2026 | Actavis Group PTC ehf |
| Olanzapine formulations | Rapidly Disintegrating Dosage Form Comprising Magnesium Carbonate Heavy | GB | 02/03/2006 | 06711375.3 | Granted | 1863443 | 02/03/2026 | Actavis Group PTC ehf |
| Olanzapine formulations | A Pharmaceutical Formulation Containing Olanzapine | GB | 27/10/2006 | 06831860.9 | Granted | EP1928428 | 27/10/2026 | Actavis Group PTC ehf |
| Olanzapine formulations | A Pharmaceutical Formulation Containing Olanzapine | IT | 27/10/2006 | 06831860.9 | Granted | EP1928428 | 27/10/2026 | Actavis Group PTC ehf |
| Omeprazole | Omeprazole Formulation | US | 11/14/1997 | 08/970,489 | Granted | 6,096,340 | November 2017 | Andrx Pharmaceuticals, LLC |
| Omeprazole | Omeprazole Formulation | US | 6/18/1999 | 09/335,575 | Granted | 6,077,541 | November 2017 | Andrx Pharmaceuticals, LLC |
| Omeprazole | Omeprazole Formulation | US | 10/23/2002 | 10/279,622 | Granted | 6,780,435 | Novmeber 2017 | Andrx Pharmaceutica |

| | | | | | | | | Is, LLC |
|---|---|---|---|---|---|---|---|---|
| Process for preparing famciclovir | Preparation of Famciclovir and Other Purine Derivatives | AU | 5/19/2006 | 2006248745 | Granted | 2006248745 | May 2026 | Arrow International Limited co-owner with Chongqing Shenghuaxi Pharmaceutica l Co., Ltd. |
| Process for preparing famciclovir | Preparation of Famciclovir and Other Purine Derivatives | BR | 5/19/2006 | PI 0609632-8 | Pending | | | Arrow International Limited co-owner with Chongqing Shenghuaxi Pharmaceutica l Co., Ltd. |
| Process for preparing famciclovir | Preparation of Famciclovir and Other Purine Derivatives | CA | 5/19/2006 | 2,608,490 | Granted | 2,608,490 | May 2026 | Arrow International Limited co-owner with Chongqing Shenghuaxi Pharmaceutica l Co., Ltd. |
| Process for preparing famciclovir | Preparation of Famciclovir and Other Purine Derivatives | CN | 5/19/2006 | 200680017571.X | Granted | CN101233134B | May 2026 | Arrow International Limited co-owner with Chongqing Shenghuaxi Pharmaceutica l Co., Ltd. |
| Process for preparing famciclovir | Preparation of Famciclovir and Other Purine Derivatives | EP | 5/19/2006 | 06743955.4 | Granted | 1,883,639 | May 2026 | Arrow International Limited co-owner with Chongqing Shenghuaxi Pharmaceutica l Co., Ltd. |

ALLERGAN_MDL_03367086

| Process for preparing famciclovir | Preparation of Famciclovir and Other Purine Derivatives | JP | 5/19/2006 | 2008-511798 | Granted | 5227166 | May 2026 | Arrow International Limited co-owner with Chongqing Shenghuaxi Pharmaceutica l Co., Ltd. |
|---|---|---|---|---|---|---|---|---|
| Process for preparing famciclovir | Preparation of Famciclovir and Other Purine Derivatives | NZ | 5/19/2006 | 563636 | Granted | 563636 | May 2026 | Arrow International Limited co-owner with Chongqing Shenghuaxi Pharmaceutica l Co., Ltd. |
| Process for preparing famciclovir | Preparation of Famciclovir and Other Purine Derivatives | TW | 5/19/2006 | 9117840 | Pending | | | Arrow International Limited co-owner with Chongqing Shenghuaxi Pharmaceutica l Co., Ltd. |
| Process for preparing famciclovir | Preparation of Famciclovir and Other Purine Derivatives | US | 11/10/200 5 | 11/270,777 | Granted | 7,601,835 | July 2026 | Arrow International Limited co-owner with Chongqing Shenghuaxi Pharmaceutica l Co., Ltd. |
| Process for preparing lansoprazole | A Process for Preparation of Stable Amorphous R-Lansoprazole | BR | 12/18/200 8 | | Pending | | | Watson Pharma Private Limited |
| Process for preparing lansoprazole | A Process for Preparation of Stable Amorphous R-Lansoprazole | NZ | 12/18/200 8 | 585944 | Granted | 585944 | December 2028 | Watson Pharma Private Limited |
| Process for preparing | Improved Process For | EP | 27/04/200 9 | 09738481.2 | Pending | - | - | Actavis Group PTC ehf |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367087

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Laquinimod | Preparing Quinoline-3-Carboxamide Derivatives | | | | | | | |
| Process for preparing Laquinimod | Improved Process For Preparing Quinoline-3-Carboxamide Derivatives | IN | 28/04/2008 | 1041/CHE/2008 | Pending | - | - | Actavis Group PTC ehf |
| Process for preparing Laquinimod | Improved Process For Preparing Quinoline-3-Carboxamide Derivatives | US | 27/04/2009 | 12/989,796 | Granted | 8,552,194 | 27/04/2029 | Actavis Group PTC ehf |
| Process for preparing Laquinimod | Improved Process For Preparing Quinoline-3-Carboxamide Derivatives | US | 27/04/2009 | 14/020,941 | Pending | - | - | Actavis Group PTC ehf |
| Process for preparing paliperidone | An Improved Process For Preparation Of Paliperidone | NZ | 2/5/2009 | 586930 | Granted | 586930 | February 2019 | Watson Pharma Private Limited |
| Pseudoephedrine Combination Pharmaceutical Compositions | A Pharmaceutical Tablet Composition For Oral Administration Containing Pseudoephedrine Pellets Admixed With A Tablet Mixture Containing A Second Active Drug Substance, Either Alone Or In Combination With | US | 14/11/1996 | 08/746,666 | Granted | 5,807,579 | 14/11/2016 | Actavis Elizabeth LLC |

ALLERGAN_MDL_03367088

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | Pseudoephedrine Or A Pharmaceutically Acceptable Salt Thereof, Is Disclosed. The Pellets Provide An Extended Release Of Pseudoephedrine, Whereas The Tablet Mixture Provides An Immediate Release Of The Second Active Drug And Any Pseudoephedrine. | | | | | | | |
| Rasagiline formulations | - | PCT | 06/06/2013 | PCT/EP2013/061646 | Pending | - | - | Actavis Group PTC ehf |
| Rasagiline Particles | Rasagiline Mesylate Particles And Process And Process For Preparation Thereof. | EP | 31/03/2009 | 09726618.3 | Pending | - | - | Actavis Group PTC ehf |
| Sustained-release tramadol | Controlled Release Oral Dosage Form | US | 5/26/1998 | 09/084,622 | Granted | 6,156,342 | May 2018 | Andrx Pharmaceuticals, Inc. |
| Tapentadol Polymorphs | Solid State Forms Of Tapentadol Salts | US | 21/09/2010 | 12/886,680 | Granted | 8,288,592 | 21/09/2030 | Actavis Group PTC ehf |
| Tapentadol Polymorphs | Solid State Forms Of Tapentadol Salts | US | 21/09/2010 | 13/609,661 | Pending | - | - | Actavis Group PTC ehf |
| Tetracycline Salts | Drug Salts | US | 13/03/1995 | 08/402,619 | Granted | 6,077,822 | 20/06/2017 | Actavis Group hf |

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Tocopherol formulations | Tocopherol Compositions For Delivery Of Biologically Active Agents | NZ | 15/05/1995 | 287857 | Granted | 287857 | 15/05/2015 | Dumex-Alpharma A/S |
| Tocopherol formulations | Tocopherol Compositions For Delivery Of Biologically Active Agents | US | 16/05/1995 | 08/856,054 | Granted | 6,193,985 | 27/02/2018 | Actavis Group hf |
| Usnic Acid Disinfectant | Usnic Acid Disinfectant | BA | 03/11/2000 | BAP021296A | Granted | BAP021296B | 03/11/2020 | Zdravlje AD |
| Usnic Acid Disinfectant | Usnic Acid Disinfectant | EA | 03/11/2000 | 200300021/28 | Granted | EAPO006582 | 03/11/2020 | Zdravlje AD |
| Usnic Acid Disinfectant | Usnic Acid Disinfectant | EP | 03/11/2000 | 00974145.5 | Granted | EP1294373 | 03/11/2020 | Zdravlje AD |
| Usnic Acid Disinfectant | Usnic Acid Disinfectant | MD | 03/11/2000 | 200300021/28 | Granted | EAPO006582 | 03/11/2020 | Zdravlje AD |
| Usnic Acid Disinfectant | Usnic Acid Disinfectant | MK | 03/11/2000 | 00974145.5 | Granted | MK901168 | 03/11/2020 | Zdravlje AD |
| Usnic Acid Disinfectant | Usnic Acid Disinfectant | RO | 03/11/2000 | 00974145.5 | Granted | RO/EP1294373 | 03/11/2015 | Zdravlje AD |
| Usnic Acid Disinfectant | Usnic Acid Disinfectant | RS | 15/06/2000 | P-373-2000 | Granted | 49778 | 15/06/2020 | Zdravlje AD |

## Schedule 2.1(b)(xxi)– List of Assets

None.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367091

## Schedule 2.2(i) – Excluded Assets

- Generic Drugs sold by the Allergan Business (including Seller Parent's ophthalmic business).

- Any assets obtained under that certain Collaboration Agreement, dated December 19, 2011, by and between Amgen Inc. and Watson Laboratories, Inc.

- Trademarks not used in connection with any launched product and which are owned by Actavis, Inc., Actavis Group PTC ehf, or Actavis Group ehf.

- Intellectual Property relating to the formulation or composition of Manufactured Products (as defined in the Term Sheet for the Manufacturing Agreement set out as Exhibit B to the Agreement) which are to be manufactured by the Buyer Group pursuant to the Manufacturing Agreement.

- All Intellectual Property owned by the Seller Group and not Related to the Business.

- The patents shown on the workbook in the excel file entitled "Project Trump - Excluded Assets_Patents 7 26 15.xlsx", the final version of which was emailed to Jinhee Chung at Sullivan & Cromwell by Andrew Clark at Latham & Watkins at 03.04 AM on July 27, 2015, solely with respect to patents that do not cover, or otherwise relate to, any Generic Drugs (other than the Retained Business).

- Rights to any regulatory applications or development projects related to lifecycle products for the Retained Business. Lifecycle products may include new formulations, product combinations, or dosage forms that contain the same active ingredient(s) as a pharmaceutical product in the Retained Business, and are intended to be promoted by the Retained Business (not to be sold as Generic Drugs).

- License Agreement between Merck Sharp & Dohme Corp. and Seller Group dated as of July 6, 2015.

- Agreement and Plan of Merger among Actavis, Inc., Wolverine Merger Sub, Inc., Oculeve, Inc. and Fortis Advisors LLC, as Shareholders' Representative, dated as of July 5, 2015.

- Transfer Asset Purchase Agreement and Development Provisions between Rugen Holdings (Cayman) Limited and Seller Group dated as of May 1, 2015, and any related Intellectual Property.

- Collaboration Agreement between Amgen, Inc. and Watson Laboratories, Inc. dated as of December 19, 2011, and any related Intellectual Property .

- License and Development Agreement, dated as of July 14, 2010, by and between Itero Biopharmaceuticals, Inc. and Arrow International Ltd.

- Excluded Manufacturing Facilities:

-37-

     ALLERGAN_MDL_03367092

- Weiterstadt, Germany
- Liege, Belgium

### Schedule 2.3 – Assumed Liabilities

- Any Liabilities in connection with the generic Opana ER patent infringement litigations (Endo Pharms. Inc. et al. v. Actavis Inc. et al., Case Nos. 12-cv-8985-Griesa (S.D.N.Y.); 14-cv-01381 – Andrews (D. Del.))

- Any Liabilities in connection with the generic Lysteda patent infringement litigation (Ferring B.V. v. Actavis, Inc. et al. 2:15-cv-04222-KSH-CLW (D.N.J.))

- Any Liabilities in connection with the generic Opana ER false advertising litigation (Endo Pharms. Inc. v. Actavis, Inc., Case No. 2:12-cv-07591-KM-SCM (D.N.J.))

- Any Liabilities in connection with the generic Valsartan patent proceedings in EU.

- Any Liabilities in connection with the generic Aripiprazole patent proceedings in EU.

- Any Liabilities, to the extent Related to the Business, in connection with the litigation shown in the Excel file entitled "TRUMP-Commercial Litigation Log.xlsx", the final version of which was emailed to Jinhee Chung at Sullivan & Cromwell by Andrew Clark at Latham & Watkins at 03.04 AM on July 27, 2015.

-39-

ALLERGAN_MDL_03367094

## Schedule 2.4(h) – Excluded Liabilities

None.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367095

Schedule 4.3 – Reports and Financial Information

| Schedule 4.3 - Unaudited Performance Financial Statements of the Business for the year ending December 31, 2014 | | | |
| --- | --- | --- | --- |
| USD in millions | USGx Business | Int'l Business | Total Business |
| Product sales | 4,002 | 2,415 | 6,417 |
| Other revenue | 32 | 83 | 115 |
| **Net revenue** | **4,033** | **2,499** | **6,532** |
| Cost of sales | (1,582) | (1,261) | (2,843) |
| **Gross profit** | **2,452** | **1,237** | **3,689** |
| Sales and Marketing expenses | (70) | (548) | (618) |
| Research and Development expenses | (254) | (211) | (465) |
| General and Administrative expenses | (351) | (266) | (617) |
| **Operating expenses** | **(675)** | **(1,025)** | **(1,700)** |
| **Contribution** | **1,777** | **212** | **1,989** |
| Depreciation | | | 151 |
| **EBITDA** | | | |

-41-

ALLERGAN_MDL_03367096

| | | | 2,140 |
|---|---|---|---|
| Notes | | | |

*1) The Performance Financial Statements EXCLUDE:*

a) Items considered to be of a non-GAAP nature by Allergan plc, all determined on a basis consistent with its non-GAAP presentation as part of quarterly and year-end press releases and reporting. Items excluded consist of of 1) global supply chain initaitive, 2) acquisition and licensing and other charges, 3) impairment / asset sales and related costs, 4) non-recurring losses and gains, 5) legal settlements, 6) accretion on contingent liabilities and 7) share based compensation.

b) Depreciation for the Forest and Aptalis business for the 6 months ending December 31, 2014

c) The results for the Western-European assets that were sold to Aurobindo Pharma Limited effective April 1, 2014. These assets included the commercial infrastructure in France, Italy, Spain, Portugal, Belgium, Germany and the Netherlands, including products, marketing authorizations and dossier license rights

d) The results of Auden McKenzie which was acquired by Allergan plc effective June 1, 2015. For the avoidance of the doubt, Auden McKenzie will be part of the Business

2) The Performance Financial Statements include the international Forest results that will be part of the Business for 6 months only, following the transaction close at July 1, 2014

3) For the avoidance of doubt, the results of certain manufacturing plants and contract manufacturing agreements within the Aptalis Pharmaceutical Technologies ("Pharmatech") entities that were disposed to TPG in 2015 are included in the above Performance Financial Statements

## Schedule 4.6(c) – Transferred Group

| | Company Name | Jurisdiction of Incorporation |
|---|---|---|
| 1. | Warner Chilcott Company, LLC | Puerto Rico |
| 2. | Warner Chilcott (Ireland) Limited | Ireland |
| 3. | Warner Chilcott Finance LLC. | Delaware |
| 4. | Warner Chilcott Australia Pty. Ltd. | Australia |
| 5. | Warner Chilcott Pharmaceuticals B.V.B.A. | Belgium |
| 6. | Warner Chilcott France SAS | France |
| 7. | Warner Chilcott Italy S.r.l. | Italy |
| 8. | Actavis Pharma Iberia S.L. (f/k/a Warner Chilcott Iberia S.L.) | Spain |
| 9. | Robin Hood Holdings Ltd. | Malta |
| 10. | Paomar plc | Cyprus |
| 11. | Actavis Pharma Pty Ltd. | Australia |
| 12. | Makoff R&D Laboratories, Inc. | California |
| 13. | R&D Pharmaceutical, Inc. | California |
| 14. | R&D Ferriecit Capital Resources, Inc. | California |
| 15. | R&D Research & Development Corp. | California |
| 16. | R&D New Media Services, Inc. | California |
| 17. | Royce Laboratories, Inc. | Florida |
| 18. | Royce Research Group, Inc. | Florida |
| 19. | Royce Research & Development Limited Partnership I | Florida |
| 20. | The Rugby Group, Inc. | New York |
| 21. | Watson Laboratories, Inc. Ohio | New York |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| | Company Name | Jurisdiction of Incorporation |
|---|---|---|
| 22. | Rugby Laboratories, Inc. | New York |
| 23. | Changzhou Siyao Pharmaceuticals Co., Ltd. | China |
| 24. | Watson Pharmaceuticals (Asia) Ltd. | BVI |
| 25. | WP Holdings, Ltd. | BVI |
| 26. | Watson Pharmaceuticals, China Ltd | BVI |
| 27. | Med All Enterprise Consulting (Shanghai) Co. Ltd. | China |
| 28. | Nicobrand Limited | Northern Ireland |
| 29. | Watson Pharmaceuticals International Ltd. | BVI |
| 30. | Watson Diagnostics, Inc. | Delaware |
| 31. | Del Mar Indemnity Co. Inc. | Hawaii |
| 32. | Actavis Laboratories NY, Inc. | New York |
| 33. | Circa Pharmaceuticals West, Inc. | California |
| 34. | Circa Sub | New York |
| 35. | Andrx Corporation | Delaware |
| 36. | Andrx South Carolina I, Inc. | South Carolina |
| 37. | Andrx Pharmaceuticals (Mass), Inc. | Florida |
| 38. | Andrx Pharmaceuticals Equipment #1, LLC | Florida |
| 39. | Andrx Pharmaceuticals (NC) Inc. | Florida |
| 40. | Andrx Pharmaceuticals, (NC) Equipment LLC | Delaware |
| 41. | SR Six, Inc. | Florida |
| 42. | Ancirc Pharmaceuticals | New York |
| 43. | RxAPS, Inc. | Florida |
| 44. | Andrx Pharmaceuticals Sales and Marketing, Inc. | Florida |

| | Company Name | Jurisdiction of Incorporation |
|---|---|---|
| 45. | Actavis Laboratories FL, Inc. | Florida |
| 46. | Watson Management Corporation | Florida |
| 47. | Watson Therapeutics, Inc. | Florida |
| 48. | Valmed Pharmaceuticals, Inc. | New York |
| 49. | Andrx Pharmaceuticals, LLC | Delaware |
| 50. | Andrx Labs LLC | Delaware |
| 51. | Andrx Laboratories (NJ) Inc. | Delaware |
| 52. | Watson Cobalt Holdings, LLC | Delaware |
| 53. | Watson Manufacturing Services, Inc. | Delaware |
| 54. | Natrapac, Inc. | Utah |
| 55. | Coventry Acquisition, LLC | Delaware |
| 56. | Cobalt Laboratories, LLC | Delaware |
| 57. | Watson Pharma Private Ltd. | India |
| 58. | Watson Laboratories, LLC | Delaware |
| 59. | Actavis Puerto Rico Holdings Inc. | Delaware |
| 60. | Actavis US Holding LLC | Delaware |
| 61. | Actavis LLC | Delaware |
| 62. | Actavis South Atlantic LLC | Delaware |
| 63. | Actavis Elizabeth LLC | Delaware |
| 64. | Actavis Kadian LLC | Delaware |
| 65. | Actavis Mid Atlantic LLC | Delaware |
| 66. | Actavis Totowa LLC | Delaware |
| 67. | Actavis Pharmaceuticals NJ, Inc. | Delaware |

| | Company Name | Jurisdiction of Incorporation |
|---|---|---|
| 68. | Watson Laboratories, Inc. | Connecticut |
| 69. | Watson Laboratories, Inc. | Delaware |
| 70. | Schein Bayer Pharmaceutical Services, Inc. | Delaware |
| 71. | Schein Pharmaceutical International, Inc. | Delaware |
| 72. | Schein Pharmaceutical Ltd | Bermuda |
| 73. | Marsam Pharma, LLC | Delaware |
| 74. | MSI, Inc. | Delaware |
| 75. | Actavis Holding 2 Sàrl | Luxembourg |
| 76. | Actavis Services (Asia) Ltd. | Malta |
| 77. | Arrow Laboratories, Ltd. | Malta |
| 78. | Arrow Supplies, Ltd. | - |
| 79. | Arrow Pharma HK Ltd. | Hong Kong |
| 80. | Marrow Pharmaceuticals Research & Development Co Ltd. | China |
| 81. | Actavis S.à.r.l. | Luxembourg |
| 82. | Paomar Plc. | Cyprus |
| 83. | "Specifar" | Greece |
| 84. | Alet | Greece |
| 85. | Actavis Pharma Pty Ltd | Australia |
| 86. | Ascent Pharmahealth Pty Ltd | Australia |
| 87. | Actavis Australia Pty Ltd | Australia |
| 88. | Ascent Australia Pty Ltd | Australia |
| 89. | Actavis Pty Ltd | Australia |
| 90. | Ascent Pharma Pty Ltd. | Australia |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Company Name | Jurisdiction of Incorporation |
|---|---|
| 91. Ascent Pharmahealth Asia Pte Ltd | Singapore |
| 92. Drug Houses of Australia Pte Ltd. | Singapore |
| 93. Ascent Pharmahealth Hong Kong Ltd. | Hong Kong |
| 94. Actavis Sdn. Bhd. | Malaysia |
| 95. Arrow Group ApS | Denmark |
| 96. Arrow ApS | Denmark |
| 97. Makewhey Products Pty. Ltd. | South Africa |
| 98. Actavis Holdings South Africa (Pty) Ltd. | South Africa |
| 99. Actavis Pharma (Pty) Ltd. | South Africa |
| 100. Actavis (Pty) Ltd. | South Africa |
| 101. Scriptpharm Marketing (Pty) Ltd | South Africa |
| 102. Referral-Net (Pty) Ltd. | South Africa |
| 103. Spear Pharmaceuticals (Pty) Ltd | South Africa |
| 104. Pharmascript Pharmaceuticals Ltd. | South Africa |
| 105. Arrow Pharma Tender (Pty) Ltd. | South Africa |
| 106. Scriptpharm Risk Management (Pty) Ltd. | South Africa |
| 107. Imbani Pharmaceuticals (Pty) Ltd. | South Africa |
| 108. Zelphy 1308 (Pty) Ltd. | South Africa |
| 109. Arrow Poland SA | Poland |
| 110. Arrowblue Produtos Farmaceuticos SA | Portugal |
| 111. Bowmed Ltd | UK |
| 112. Selamine Ltd. | Ireland |
| 113. Arrow Blue Ltd | Israel |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Company Name | Jurisdiction of Incorporation |
|---|---|
| 114. Seeker Investments Ltd. | BVI |
| 115. SC Pharma (Pty) Ltd. | Australia |
| 116. Spirit Pharmaceuticals NZ Pty Ltd. | New Zealand |
| 117. Willow Pharmaceuticals Pty Ltd. | Australia |
| 118. Medis Pharma Pty Ltd | Australia |
| 119. Eremad Pty Ltd. | Australia |
| 120. Arrow Läkemedel AB | Sweden |
| 121. Arrow Generics Ltd. | UK |
| 122. Arrow No 7 Ltd | UK |
| 123. Breath Ltd | UK |
| 124. Soosysoo Ltd. | BVI |
| 125. Actavis New Zealand Limited | New Zealand |
| 126. Watson Laboratories, S. de R.L. de C.V | Mexico |
| 127. Actavis Canada Company | Canada |
| 128. Actavis Pharma Company | Canada |
| 129. 3242038 Nova Scotia Company | Canada |
| 130. Abri Pharmceuticals Company | Canada |
| 131. Actavis Pharma Holding 4 ehf. (APH4) | Iceland |
| 132. Actavis Pharma Holding 5 ehf. (APH5) | Iceland |
| 133. Actavis Group ehf. | Iceland |
| 134. Actavis Group PTC ehf. | Iceland |
| 135. Actavis Dutch Holding BV | Netherlands |
| 136. LLC Actavis | Russia |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Company Name | Jurisdiction of Incorporation |
|---|---|
| 137. Actavis Ilaclari AS # TU0000001 | Turkey |
| 138. Opening Pharma Bulgaria EOOD | Bulgaria |
| 139. Open Pharma LLC | Russia |
| 140. Actavis ehf. | Iceland |
| 141. Medis ehf. | Iceland |
| 142. Medis Pharma France SAS | France |
| 143. Medis-Danmark A/S. # DA000003 | Denmark |
| 144. Actavis Ireland Ltd. | Ireland |
| 145. Actavis Italy S.p.A. # IT000001 | Italy |
| 146. Actavis Isle of Man Ltd. | Isle of Man |
| 147. Actavis Nordic A/S # DA000002 | Denmark |
| 148. Actavis Oy | Finland |
| 149. UAB Actavis Baltic | Lithuania |
| 150. Actavis Holding AB | Sweden |
| 151. Actavis AB | Sweden |
| 152. Actavis Holding Germany GmbH | - |
| 153. Medis Pharma GmbH | Germany |
| 154. Actavis A/S #DA000001 | Denmark |
| 155. Actavis Norway AS | Norway |
| 156. Actavis, S. de. R.L. de C.V. | Mexico |
| 157. Actavis Pharma S. de R.L. de C.V. | Mexico |
| 158. Actavis Hungary Kft. | Hungary |
| 159. Arrow Pharm (Malta) Ltd. | Malta |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Company Name | Jurisdiction of Incorporation |
|---|---|
| 160. Medis Pharma BV | Netherlands |
| 161. PharmaPack International B.V. | Netherlands |
| 162. Actavis Polska Sp. z.o.o. | Poland |
| 163. Actavis International Ltd. | Malta |
| 164. Actavis Malta Ltd. | Malta |
| 165. Actavis Export International Ltd. | Malta |
| 166. Actavis Ltd. | Malta |
| 167. Actavis GmbH | Austria |
| 168. Actavis Holdings UK Ltd. | UK |
| 169. Actavis Holdings UK II Ltd. | UK |
| 170. Actavis UK Ltd. | UK |
| 171. Warner Chilcott Acquisition Limited | UK |
| 172. Chilcott UK Limited | UK |
| 173. Warner Chilcott Research Laboratories Ltd. | UK |
| 174. Warner Chilcott UK Limited | UK |
| 175. Warner Chilcott Pharmaceuticals UK Limited | UK |
| 176. Warner Chilcott Deutschland GmbH | Germany |
| 177. Millbrook (NI) Limited | UK |
| 178. Auden Mckenzie Holdings Ltd. | UK |
| 179. Auden Mckenzie (Pharma Division) Ltd. | UK |
| 180. NRIM Ltd. | UK |
| 181. Lime Pharma Ltd. | UK |
| 182. D3 Pharma Ltd. | UK |

| Company Name | Jurisdiction of Incorporation |
|---|---|
| 183. Actavis d.o.o. Belgrade | Serbia |
| 184. Lotus Laboratories Private Ltd. | India |
| 185. Actavis Ukraine LLC | Ukraine |
| 186. Zdravlje AD | Serbia |
| 187. Actavis Switzerland AG | Switzerland |
| 188. Oncopharma AG # SZ000001 | Switzerland |
| 189. Sindan Pharma SRL | Romania |
| 190. Actavis SRL | Romania |
| 191. Sindan Foundation | Romania |
| 192. Actavis CZ a.s. # EZ000001 | Czech Republic |
| 193. Actavis S.r.o. | Slovak Republic |
| 194. Biovena Pharma Sp. z.o.o. | Poland |
| 195. Actavis (Cyprus) Ltd. | Cyprus |
| 196. Actavis Operations EOOD | Bulgaria |
| 197. Balkanpharma Troyan AD | Bulgaria |
| 198. Balkanpharma Dupnitsa AD | Bulgaria |
| 199. Balkanpharma Security EOOD | Bulgaria |
| 200. Balkanpharma Healthcare International (Cyprus) Ltd. | Cyprus |
| 201. Actavis EAD | Bulgaria |
| 202. Actavis Istanbul Ilac Sanayive Ticaret Ltd. Sirketi | Turkey |
| 203. Actavis (MEEA) FZE | UAE |
| 204. Actavis Farmacêutica Limitada | Brazil |
| 205. Actavis Holding Asia BV | Netherlands |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Company Name | Jurisdiction of Incorporation |
|---|---|
| **206.** Actavis Hong Kong Limited | Hong Kong |
| **207.** China Medical & Chemical Industrial Development Group Ltd. | China |
| **208.** Actavis Pharma Development Centre Private Ltd. | India |
| **209.** Actavis Pharma Private Ltd. | India |
| **210.** PT Actavis Indonesia | Indonesia |
| **211.** Actavis ASKA KK | Japan |
| **212.** Actavis KK # JA0000001 | Japan |
| **213.** Actavis (Asia Pacific) Pte. Ltd. | Singapore |
| **214.** Actavis Thailand Co., Ltd. (f/k/a Silom Medical Co., Ltd) | Thailand |
| **215.** Silom Medical International Co., Ltd. | Thailand |
| **216.** Forest Laboratories UK Ltd. | UK |
| **217.** Pharmax Ltd. | UK |
| **218.** Forest Pharma BV | Netherlands |
| **219.** Forest Laboratories Osterreich GmbH | Austria |
| **220.** Forest Laboratories Denmark ApS | Denmark |
| **221.** Forest Laboratories France S.A.S. | France |
| **222.** Forest Laboratories Deutschland GmbH | Germany |
| **223.** Forest Laboratories Italy S.r.L. | Italy |
| **224.** Forest Laboratories Spain, SL | Spain |
| **225.** Forest Laboratories Switzerland GmbH | - |
| **226.** Axcan France (Invest) SAS | France |
| **227.** Actavis Biopharma SAS | France |
| **228.** Aptalis Pharma SAS | France |

| Company Name | Jurisdiction of Incorporation |
|---|---|
| **229.** Forest Tosara Ltd. | Ireland |
| **230.** Allergan UK LLP | UK |
| **231.** Actavis Laboratories UT, Inc. | Delaware |
| **232.** Watson Laboratories, Inc. | Nevada |
| **233.** Actavis Pharma, Inc. | Delaware |
| **234.** Arrow International Ltd. | Malta |
| **235.** Allergan UK Group Ltd. | UK |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Schedule 4.8(j)

In the event that the Transactions constitute the transfer by Seller Parent of assets with a total gross fair market value exceeding one third of all of the assets of Seller Parent (as determined under Section 1.280G-1 (Q/A 6)), certain payments or benefits to the Business Employees who are "disqualified individuals" (as determined under Section 1.280G-1 (Q/A 15-21)) could constitute "excess parachute payments" for purposes of Section 280G of the Code.

In the event that the Transactions constitute the sale by Seller Parent of assets exceeding fifty percent (50%) of all of the assets of Seller Parent, the Transactions could trigger enhanced severance, vesting or other benefits for the Business Employees under certain of the Seller Benefit Plans or the Transferred Entity Benefit Plans.

Provided that the foregoing thresholds are not exceeded, no change in control benefits or payments should be payable to the Business Employees as a result of the Transactions.

-54-

ALLERGAN_MDL_03367109

## Schedule 4.10(a) – Business Contracts

- Development and Commercialization Agreement, dated March 27, 2009, by and among 3M Company, 3M Innovative Properties Company and Actavis Inc. (as amended on July 20, 2010, January 11, 2011, March 14, 2011, September 11, 2012 and September 19, 2014).

- Share and Asset Purchase Agreement, dated March 28, 2014, by and among Actavis Holding NWE B.V., Actavis Holding B.V., Actavis Holding Germany GmbH, Arrow Group ApS, Actavis A/S, Actavis Italy SpA, Actavis, Inc., as Vendor Guarantor, Agile Pharma B.V., as Purchaser, and Helix Healthcare B.V., as Purchaser Guarantor.

- License and Supply Agreement, dated April 1, 2014, between Medis efh. and Agile Pharma B.V.

- Distribution Agreement, dated April 1, 2014, between Actavis Group PTC ehf and Agile Pharma B.V.

- License and Distribution Agreement, dated April 1, 2014, between Medis ehf and Agile Pharma B.V.

- Supply Agreement, dated June 10, 2010 between The RiteDose Corporation and Watson Laboratories, Inc. (as amended on June 1, 2012 and August, 2012).

- Manufacturing Services Agreement, dated February 20, 2004, between Patheon Inc. and Watson Laboratories, Inc. (as amended on January 1, 2008, February 1, 2012 and May 15, 2013).

- Development, Supply and License Agreement, dated December 21, 2009, between Watson Pharmaceuticals, Inc. and Indoco Remedies Ltd. (as amended March 24, 2011).

- Amended and Restated Supply Agreement, dated December 19, 2014, by and among Actavis Pharma Inc., Actavis Mid Atlantic LLC and G&W Laboratories, Inc.

- Supply Agreement, dated October 23, 2009, between Breath Ltd. and Catalent Pharma Solutions, LLC.

- Sale and Purchase Agreement for the Share Capital of Silom Medical Company Limited and Silom Medical International Company Limited, dated March 31, 2014, among ASEAN Pharma Holding Limited, Ms. Preeya Sibunruang and others, and Actavis Holding Asia B.V.

- Sale and Purchase Agreement for Shares in Silom Medical Company Limited and Silom Medical International Company Limited, dated March 31, 2014, between Thai Individual Shareholders and Actavis Holding Asia B.V.

- Joint Venture Agreement, dated March 6, 2009, between Actavis Holding Asia B.V. and ASKA Pharmaceutical Co., Ltd.

- Actonel Promotion and Distribution Agreement, dated as of January 15, 2015 by and between Warner Chilcott Company, LLC and Sanofi Winthrop Industrie.

- Transition Agreement, dated as of October 31, 2014, between Warner Chilcott Company, LLC and Sanofi-Aventis U.S. LLC.

- Actonel Promotion and Distribution Agreement, dated as of January 30, 2014, by and between Warner Chilcott Company, LLC and Sanofi Winthrop Industrie.

- Seller Parent has over 100 licensing agreements for supply of products in specific markets or territories, which were entered into in the Ordinary Course of Business. These agreements are consistent with the standards in the industry. They typically are for a term of 3-5yrs, with the option to extend. Pricing varies by contract, but typically include a sales royalty and/or a floor price for product supply. These contracts contain exclusivity provisions granted by the Business, which are not individually material to the Business.

- Settlement Agreement, dated March 23, 2013, between Watson Laboratories, Inc., EGIS Pharmaceuticals PLC, AstraZeneca AB and Shionogi Sieyaku Kabushiki Kaisha in connection with approvals requested from the FDA for a rosuvastatin zinc product (NDA No. 202-172) and a rosuvastatin calcium product (ANDA No. 79-167).

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Transferred Leased Real Property

| Country | City, State | Dataroom Reference | Address | Area square footage | OWNED / LEASED | Lease Expiry or 1st Break | Base Rent |
|---|---|---|---|---|---|---|---|
| United States | Parsippany NJ | 8.7.6.46.8.5 | 400 Interpace Parkway | 224,294 | LEASED | 31-Dec-22 | $6,845,744 |
| United States | Weston FL | 8.7.6.46.4.4.2 | 2945 West Corporate Lakes Boulevard | 128,840 | LEASED | 14-Oct-19 | $1,497,228 |
| United States | Morristown, NJ | 8.7.6.46.8.3 | 60 Columbia Rd. Building B | 51,729 | LEASED | 29-Feb-20 | $1,293,225 |
| Iceland | Hafnarfjordur | 8.7.6.18.1.4 | Dalshraun 1 | 30,591 | LEASED | 31-Aug-20 | $1,280,526 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367112

### Schedule 4.10(b) – Seller Material Contracts

- Actavis, Inc. has been in correspondence with Agile Pharma BV relating to a potential claim relating to rebates under an indemnity for tender penalties relating to an AOK tender for Pantroprazole contained in transaction documents relating to the sale of its Western European generics business on 1 April 2014. No request for indemnification has yet been received. Actavis, Inc. is still assessing the merits of any potential indemnity claim with its counsel, but in any event it considers its liability under the indemnity to be capped at a maximum of €5,000,000 pursuant to the licence and supply agreement entered into between Medis and Agile Pharma BV.

-58-

 ALLERGAN_MDL_03367113

## Schedule 4.10(c) – Renegotiation of Seller Material Contracts

The Business is currently renegotiating its contracts with Catalent Pharma Solutions, LLC and a new agreement is expected to be entered into shortly following signing of this Agreement.

**Schedule 4.11 – Investigations; Litigation.**

Generic Opana ER patent infringement litigations (Endo Pharms. Inc. et al. v. Actavis Inc. et al., Case Nos. 12-cv-8985-Griesa (S.D.N.Y.); 14-cv-01381 – Andrews (D. Del.))

Generic Lysteda patent infringement litigation (Ferring B.V. v. Actavis, Inc. et al. 2:15-cv-04222-KSH-CLW (D.N.J.))

Generic Opana ER false advertising litigation (Endo Pharms. Inc. v. Actavis, Inc, Case No. 2:12-cv-07591-KM-SCM (D.N.J.))

Generic Valsartan patent proceedings in Finland.

Generic Aripiprazole patent proceedings in Turkey.

The litigation shown in the excel file entitled "TRUMP-Commercial Litigation Log.xlsx" to the extent Related to the Business, the final version of which was emailed to Jinhee Chung at Sullivan & Cromwell by Andrew Clark of Latham & Watkins at 03.04 AM on July 27, 2015.

On June 26, 2015, Allergan, Inc. received a grand jury subpoena from the United States Department of Justice, Antitrust Division. The subpoena seeks information for the period from January 1, 2012 through the present. The Antitrust Division is seeking information relating primarily to three generic products: Butalbital, Doxycycline and Probenecid. The subpoena requests information relating to the pricing of each of these drugs as well as any communications with competitors or other third parties relating to these products. In addition, the subpoena seeks information relating to corporate and employee organizational structures and company policies and procedures.

IRS investigation relating to treatment of legal costs relating to patent infringement cases (further detail provided in Schedule 4.14).

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367115

**Schedule 4.12(a) – Regulatory Permits**

None.

-61-

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367116

## Schedule 4.12(b) – Compliance with Health Care Laws

- ACT Poland will be unable to comply with the new Good Distribution Practice ("**GDP**") requirements coming into effect in Poland on April 1, 2016. To address this issue, ACT Poland will develop an interim solution to be implemented after signing, which solution will not have a material adverse effect on the Business.

-62-

ALLERGAN_MDL_03367117

### Schedule 4.12(d) - Recalls

- Recall of Lutera ® 0.1mg-0.02mg (Levonorgestrel – Ethinyl Estradiol) on June 4, 2015 due to product lots packaged with outdated inserts; FDA letter received June 30, 2015; recall ID D-1148-2015, classification III.

- Recall of Rosuvastatin 5mg F/C tablets on February 26, 2015 due to 5-ketoacid impurity failure in product distributed in Australia, Slovenia, Ukraine, Moldova, Russia, Uzbekistan, Kazakhstan, Hong Kong and Malta; recall classification TBD.

- Recall of Vancomycin HCL 125MG CAP 2 X 10 NDC 0591-3560-15 and Vancomycin HCL 250MG CAP 2 X 10 NDC 0591-3561-15 on February 12, 2015 due to potency testing results below USP specifications; FDA letter received March 30, 2015, recall classification II.

-63-

 ALLERGAN_MDL_03367118

## Schedule 4.14 – Tax Matters

Tax items under exam for which the Company has concluded a tax reserve is not required under U.S. GAAP include but is not limited to the following:

| Issue | Description |
|---|---|
| a. Deductibility of AWP settlement payments (US federal and state) | Several of the Company's subsidiaries settled various claims under the False Claims Act (for both federal and state purposes) related to whether allegedly improper price reporting by pharmaceutical manufacturers led to increased payments by various government agencies. The Company deducted the related settlement payments as ordinary and necessary business expenses pursuant to Code Section 162. The Internal Revenue Service ("IRS") has argued that some or all of these expenses are non-deductible fines or penalties pursuant to Code Section 162(f). This issue exists for all open years, some of which are currently under examination. |
| b. Patent infringement litigation costs (US federal and state) | In the ordinary course of its business, the Company incurred legal costs to defend itself against patent infringement lawsuits. The Company deducted these legal costs as ordinary and necessary business expenses pursuant to Code Section 162. The IRS has argued that some or all of these legal costs should be capitalized and amortized as intangible assets. This issue exists for all open years, some of which are currently under examination. |
| c. Intercompany Financing (US federal and state) | The Company's US subsidiaries deducted interest expense related to notes due to certain non-US affiliates. The Company concluded that these notes were debt for US tax purposes any related interest expense was deductible. Furthermore, the Company concluded that no limitations were applicable to limit the interest deduction under Code Section 163(j) or any other provisions of the Code. Further, the Company concluded that no withholding tax was due when the interest payments were made to the non-US affiliates. The Company has not recorded any income tax reserves related to the intercompany financing transactions. |
| d. Intercompany Financing (Iceland): | Certain Icelandic subsidiaries deducted interest expense related to notes due to non-US affiliates. The Company concluded that this interest was fully deductible. The Company has not recorded any income tax reserves related to the Icelandic intercompany financing transactions. |
| e. Intercompany Financing (UK): | Certain UK subsidiaries deducted interest expense related to notes due to certain non-US affiliates. The Company concluded that these notes were debt for UK tax purposes and the related interest was fully deductible. Furthermore, the Company concluded that no limitations were applicable |

-64-

| | | |
|---|---|---|
| | | under any other provisions of the UK tax law. The Company has not recorded any income tax reserves related to this intercompany financing transaction. |
| f. | Unremitted Earnings of affiliates | No liability or reserve has been provided for the tax cost of repatriating earnings of subsidiaries. The Company intended that these amounts were indefinitely reinvested. |
| g. | Interest income of Iceland PTC (US federal and state) | Iceland PTC holds receivables and receives interest income from certain US entities. For periods when Iceland PTC was a controlled foreign corporation ("CFC"), no portion of Iceland PTC's income was included in US taxable income as the CFC had no positive accumulated or current earnings and profits. No income tax reserve has been provided. |
| h. | Deemed Liquidation of Actavis, Inc. SCS (US federal and state) | No reserve has been provided related to either the fair value or tax basis of the interests in Actavis, Inc. SCS at the time of its deemed liquidation for US tax purposes in 2012, which was a reportable loss transaction under the Code . |
| i. | Legal entity reorganization (Russia) | Prior to April 2010, Actavis OOO (Russia) was owned 90% by Balkanpharma OOO (Bulgaria). At the time, Balkanpharma OOO was a dormant company that was owned by Actavis EAD, a Bulgarian entity. The Company restructured this ownership by merging Balkanpharma into Actavis OOO, which resulted in one shareholder in Actavis OOO, which was a Dutch holding company. This item has not been examined by the relevant taxing authorities. |
| j. | Withholding tax (Russia) | Withholding tax may apply to interest payments between Actavis PTC ehf. and Actavis OOO, depending on the nature of the underlying loan in the eyes of relevant taxing authorities. No reserve has been recorded for this item. |
| k. | Transaction costs (US federal and state) | The company deducted certain costs incurred in connection with acquisitions of assets and shares. The Company has not recorded a tax reserve for this item. |
| l. | State nexus (Various US state and local) | Certain states have or could argue that the Company has nexus and should file income tax returns in their jurisdictions. The Company has not recorded a tax reserve for all jurisdictions. |
| m. | Permanent Establishment Risk (Italy) | The Company received a notice for non-filing of a tax return in Italy related to the Medis business. The Company believes it is more likely than not that activities rose to the level of a permanent establishment, and has recorded a reserve in connection with the non-filing notice accordingly. |
| n. | Intercompany financing (France) | Axcan France claimed tax deductions related to interest expense arising from loans with an entity based in a low tax jurisdiction |

| o. | Foreign Exchange Loss (US federal and state) | The Company deducted a foreign exchange loss related to the refinancing of certain intercompany payables for US federal and state tax purposes. The Company has not recorded a tax reserve for this item. |
|---|---|---|
| p. | Withholding tax (US federal and state) | The Company makes various payments to related and unrelated non-US persons. The IRS may question the sufficiency of documentation supporting the need to withhold on these payments. The Company has not recorded a tax reserve for this item. |

The following is a list of tax items under exam for which the Company has concluded a tax reserve is required under U.S. GAAP:

| Issue | | Description |
|---|---|---|
| a. | Section 199 deduction in short taxable years (US federal and state) | The Company has provided a full tax reserve for its 199 deductions generated in short taxable years related to potential wage limitations. |
| b. | Section 199 deduction, all other (US federal and state) | The Company has provided a reserve for a portion of the domestic manufacturing deduction taken on its US federal tax returns due to possible IRS challenges to deduction calculations. |
| c. | Research and Development credit (US federal and state) | The Company has provided a reserve for a portion the research and development credit taken on its US federal tax returns to reflect possible IRS challenges to credit calculations. |
| d. | Non-US charge out of a management fee from Actavis PTC to other affiliates (Various non-US jurisdictions) | The Company has provided a partial tax reserve for tax deductions taken by affiliates of PTC for management charges from PTC. |
| e. | Non-US Charge back of severance expenses to Warner Chilcott Company, LLC (Germany, UK and Puerto Rico) | The Company accrued severance payments in the U.K., Puerto Rico and Germany. The severance expenses in the U.K. and Germany were included as part of the transfer pricing adjustments and, as result, were borne by Warner Chilcott Company, LLC. Therefore, the tax exposure with respect to this item is in Puerto Rico. Income tax reserves were established for the U.K. and German severance expenses borne by Puerto Rico as the tax authorities could argue that Puerto Rico has no contractual obligation to bear the economic cost of these expenses. |
| f. | Asset sale (Spain) | In 2004, Actavis Pharma Iberia S.L. sold assets to the Vita Group. The sale generated a loss for tax purposes. This loss could be challenged by the Spanish tax authorities when the Net Operating Losses are utilized. An income tax reserve |

ALLERGAN_MDL_03367121

| | | has been established for this item. |
|---|---|---|
| g. | Charitable Contributions (US federal and state) | The Company claimed a deduction for donated inventory at twice cost. The IRS challenged both Actavis' fair market value of the donated drugs and the impact of expiration dates. The IRS has argued that these deductions were overstated. Moreover, the IRS contended that donated products with near term expiration dates should be valued at zero and therefore no charitable deduction should be allowed. |
| h. | Combined filing (US state, Indiana) | Actavis Pharma, Inc. filed its Indiana Corporate Income tax return on a separate state filing basis. The Company has recorded a reserve related to the risk that its intercompany transactions with Actavis, Inc. and Subsidiaries could be included in the Indiana filing. |
| i. | Net operating loss (US state, Florida) | On its Florida income tax returns, the Company claimed certain net operating losses and other deductions which may not have been available for use due to certain subsidiaries not having filed pre-consolidated separate tax returns. |
| j. | Actavis Pharma net operating loss (Various US state) | Actavis, Inc. has recorded an income tax reserve related to certain net operating loss carryovers generated in the Actavis Pharma, Inc. separate states. The net operating losses were generated primarily from interest expenses arising from debt used to acquire Schein Pharmaceutical, Inc. There is uncertainty whether the separate states would allow the interest expenses that resulted in the creation of the net operating losses. |
| k. | Intercompany transactions (US state, Wisconsin) | The company has recorded reserves related to the arm's length pricing of certain intercompany transactions. |
| l. | Location Savings (India) | During the audit for the assessment year 2008-2009, Watson Pharma Private Limited was assessed with additional tax liabilities related to "location savings" associated with the contract manufacturing and research and development service segments that it operated. The "location savings" argument attributes additional income to an Indian entity resulting from a comparison of the cost of operating a branch in India compared to operating a branch in other, arguably, more expensive locations. |
| m. | Transfer Pricing (Italy) | The amount of profit earned by Actavis Italy SpA was less than the 3% markup that is generally earned pursuant to the Actavis group transfer pricing policy. Due to the significant Italian cost structure and higher costs of buying third party products, the PTC would have had to compensate Actavis Italy SpA for an amount that would have been higher than its costs of goods sold. |

| | | |
|---|---|---|
| n. | Transfer Pricing – certain Warner Chilcott Distributors (Various non-US) | Warner Chilcott operates limited-risk distributors ("LRDs") in the United Kingdom ("WCUK"), France ("WC France"), Spain ('WC Spain"), Italy ("WC Italy") and Germany ("WC Germany"). WC restructured a number of its European operations effective with the start of the fourth quarter of FY 2011. The level of remuneration for several of Warner Chilcott's European distributors was reduced to reflect an appropriate arm's length level of compensation consistent with the reduction in the scope of functions performed by these entities following the restructuring. |
| o. | Sale of assets (Bulgaria) | A tax loss resulting from the sale of Balkanpharma Razgrad may be challenged by the tax authorities. |
| p. | Intercompany financing and asset sales (Denmark) | The Actavis Danish entities are Actavis Nordic A/S, Actavis A/S, Colotech A/S, and Medis-Danmark A/S (in Liquidation) which file a consolidated tax return in Demark. The Company had taken tax deductions related to interest expense, amortization related to Alpharma offset by a small gain on the sale of Alpharma. The Company has recorded a tax reserve for these deductions. |
| q. | Transfer Pricing (Canada) | Actavis Canada Company and/or its predecessors entered into certain intercompany transactions with related parties. These transactions include contract R&D services, royalty payments for the use of proprietary formulations, and cost reimbursement transactions. In addition, the Company took SR&D benefits related to research and development activities of the Company. The Company has recorded a tax reserve for these intercompany transactions. |

The following is a list of ongoing US federal audits:

a) U.S. federal income tax audit, currently in appeals, for the tax years ended 12/31/2008 and 12/31/2009 for Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.).

b) U.S. federal income tax audit for the tax years ended 12/31/2010 and 12/31/2011 for Actavis, Inc. (f/k/a Watson Pharmaceuticals, Inc.).

c) U.S. federal income tax audit for the tax years ended 12/31/2009, 12/31/2010, 12/31/2011 and 10/31/2012 for Actavis LLC (f/k/a Actavis Inc.).

The following is a list of ongoing non-US audits:

| Legal Entity | Country | Years |
|---|---|---|
| Balkanpharma Troyan AD | Bulgaria | 2008-2010 |
| Cobalt Pharma Inc. | Canada | 2011-2012 |
| Actavis A/S, Actavis Nordic A/S, Colotech A/S | Denmark | 2007-2011 |
| Arrow Pharma ApS | Denmark | 2009-2014 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ALLERGAN_MDL_03367123

| Arrow Group ApS | Denmark | 2011 |
|---|---|---|
| Actavis OY | Finland | 2013 - 2014 |
| Aptalis Pharma SAS | France | 10/1/2009 - 09/30/2012 |
| Medis ehf | Italy (Iceland) | 2011-2012 |
| Actavis ehf | Italy | All Years |
| Actavis Group ehf | Iceland | All Open Years |
| Lotus Laboratories Pvt Ltd | India | 2010-2012 |
| Watson Pharma Pvt Ltd | India | 2008-2012 |
| Actavis Pharma Development Center Pvt | India | 2011-2012 |
| Warner Chilcott Ltd | Ireland | 2012 |
| Actavis Italy S.P.A. | Italy | 2011-2013 |
| Actavis New Zealand Ltd | New Zealand | 2012-2014 |
| Biovena Pharma Sp. | Poland | 2010-2011 |
| Actavis Polska sp. Z.o.o. | Poland | All Open Years |
| Actavis OOO | Russia | All Open Years |
| Zdravlje doo | Serbia | 2013 |
| Zdravlje doo | Serbia | December 2014 |
| Actavis Switzerland AG | Switzerland | 2011-2012 |
| Forest Laboratories UK Ltd. | UK | All Open Years |

The following is a list of ongoing U.S. state audits:

| Legal Entity | State | Years |
|---|---|---|
| Actavis Inc. | New York | 2011 |
| WPI & Subs | California | 2000 – 2004 & 2007 |
| Watson Pharma and Affiliates | Georgia | 2000 - 2008 |
| WPI & Subs | Illinois | 2000 – 2003 |
| WPI & Subs | Massachusetts | 2011 – 2012 |
| Watson Pharma and Affiliates | Michigan | 2008 – 2011 |
| Watson Pharma and Affiliates | Minnesota | 2009 – 2011 |
| WPI & Subs | New York State | 2006 – 2008 |
| WPI & Subs | New York State | 2009 – 2011 |

US federal statute waivers:

| Federal - IRS Audit | | | |
|---|---|---|---|
| | | | |
| Actavis, Inc. (fka: Watson Pharmaceuticals, Inc. & | 12/31/2008 and | 6/30/2016 | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Subs) | 12/31/2009 | | |
| Actavis, Inc. (fka: Watson Pharmaceuticals, Inc. & Subs) | 12/31/2010 & 12/31/2011 | 12/31/2016 | Income Tax |
| Cobalt Laboratories, Inc. | 12/31/2010 | 6/30/2015 | Withholding Tax |
| Watson Laboratories, Inc. | 12/31/2010 | 6/30/2015 | Withholding Tax |
| Actavis Inc. (Legacy) | 12/31/2009- 12/31/2012 | 11/30/2016 | Income Tax |

US state and local statute waivers:

| Legal Entity | State | Years | Waiver Extending SOL |
|---|---|---|---|
| WPI & Subs | Illinois | 2000 to 2003 | December 31, 2015 |
| WPI & Subs | Massachusetts | 2011 to 2012 | April 30, 2016 |
| WPI & Subs | New York | 2006 to 2008 | September 30, 2015 |
| WPI & Subs | New York | 2009 to 2011 | December 31, 2015 |

Actavis, Inc. has certain indemnification obligations under Share and Asset Purchase Agreement, dated March 28, 2014, by and among Actavis Holding NWE B.V., Actavis Holding B.V., Actavis Holding Germany GmbH, Arrow Group ApS, Actavis A/S, Actavis Italy SpA, Actavis, Inc., as Vendor Guarantor, Agile Pharma B.V., as Purchaser, and Helix Healthcare B.V., as Purchaser Guarantor.

Aptalis Pharma SAS has certain indemnification obligations under the Stock and Asset Purchase Agreement dated February 12, 2015 by and between Atpalis Holdings Inc. and TPG Indigo S.à.r.l.

Actavis, Inc. and the other US entities in the Transferred Group are members of a US consolidated federal income tax group which includes certain Sellers and Seller Affiliates.

In 2009, Watson Pharmaceuticals, Inc. and Subsidiaries ("Watson") retired the $575 million face amount of the Debt for its face amount through a cash payment to holders of the Debt. Watson exercised its optional redemption rights under the terms of the Debt to redeem the Debt for cash. The total consideration paid to retire the Debt was less than the adjusted issue price of the Debt at the time of the conversion. Therefore, Watson should realize Cancellation of Debt ("COD") income of approximately $214.7 million with respect to the Debt. Under 108(i), Watson elected to defer the recognition of COD income. Instead of recognizing the COD income on Watson's

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367125

2009 tax return, the COD income will be ratably included in taxable income over a five-year period from 2014-2018.

ALLERGAN_MDL_03367126

### Schedule 4.16(e)– Claims Relating to Intellectual Property

Generic Opana ER patent infringement litigations (Endo Pharms. Inc. et al. v. Actavis Inc. et al., Case Nos. 12-cv-8985-Griesa (S.D.N.Y.); 14-cv-01381 – Andrews (D. Del.))

Generic Lysteda patent infringement litigation (Ferring B.V. v. Actavis, Inc. et al. 2:15-cv-04222-KSH-CLW (D.N.J.))

Generic Opana ER false advertising litigation (Endo Pharms. Inc. v. Actavis, Inc, Case No. 2:12-cv-07591-KM-SCM (D.N.J.))

Generic Valsartan patent proceedings in Finland.

Generic Aripiprazole patent proceedings in Turkey.

The Seller Parent and its Subsidiaries have been involved in the following "at risk" launches:

1. Opana ER (Endo Pharms. Inc. et al. v. Actavis Inc. et al., Case Nos. 12-cv-8985-Griesa (S.D.N.Y.); 14-cv-01381 – Andrews (D. Del.))

2. Lysteda (Ferring B.V. v. Actavis, Inc. et al. 2:15-cv-04222-KSH-CLW (D.N.J.))

3. Lovenox (U.S.)

4. Aripiprazole (Turkey)

5. Pregabalin (Warner-Lambert Company LLC v Actavis Group PTC ehf, Actavis UK Limited, Caduceus Pharma Limited - re Pregabalin, Claim No. HC-2014-001795)

6. Escitalopram (Denmark) (H Lundbeck A/S v Actavis A/S re Escitalopram, case number T-0010-11)

7. Valsartan (Finland) (Actavis Oy v Novartis AG, re Valsartan, case number S 12/1879)

8. Rosuvastatin (Australia) (Watson Pharma Pty Ltd v AstraZeneca AB, AstraZeneca AB v Ascent Pharma Pty Ltd NSD208/2012 and NSD2342/2011 re Rosuvastatin)

9. Quetiapine (Switzerland) (Actavis Switzerland AG v AstraZeneca AB, re Quetiapine SR).

10. Entacapone Triple Combination (multiple markets) (Actavis Group PTC ehf v Orion Corporation in the UK High Court HP14 A 01644 re Entacapone triple combination)

-72-

11. Rivastigmine Patch (Novartis AG and others v Focus Pharmacueticals and Actavis UK Limited, in the UK High Court HP13 D 03312 re Rivastigmine patch)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367128

Schedule 4.16(k) – Paragraph IV Products

The following chart lists those products for which Actavis believes it has either exclusive or shared first-to-file status.

| Product Name | Believed First-to-File Status |
|---|---|
| **Acetaminophen/Oxycodone ER Tablets** (Xartemis XR), Mallinckrodt/Depomed 325/7.5mg | Exclusive |
| **Adapalene/Benzoyl Peroxide Topical Gel** (Epiduo), Galderma/Nestle 0.1%/2.5%, tube | Exclusive |
| **Ambrisentan Tablets** (Letairis), Gilead 5mg, 10mg | Exclusive |
| **Ascorbic Acid/PEG 3350/Potassium Chloride/Sodium Ascorbate/Sodium Chloride/Sodium Sulfate Powder for Solution** (Moviprep), Valeant 4.7/100/1.015/5.9/2.691/7.5g | Exclusive |
| **Benzoyl Peroxide/Clindamycin Topical Gel** (Acanya), Valeant 2.5%/1.2%, pre-mixed pump | Exclusive |
| **Brimonidine tartrate Topical Gel** (Mirvaso), Galderma/Nestle 0.33% | Exclusive |
| **Budesonide ER Tablets** (Uceris), Cosmo/Valeant 9mg | Exclusive |
| **Buprenorphine Patch** (Butrans), Purdue 5mcg, 10mcg, 20mcg (FTF confirmed, 3M ANDA) 15mcg (FTF confirmed, SLC ANDA) | Exclusive |

-74-

ALLERGAN_MDL_03367129

| Product Name | Believed First-to-File Status |
|---|---|
| **Buprenorphine/Naloxone ODT**<br>(Zubsolv), Orexo<br>1.4/0.36mg, 5.7/1.4mg | Exclusive |
| **Buprenorphine/Naloxone Thin Film**<br>(Suboxone), Indivior<br>2/0.5mg, 8/2mg, 4/1mg, 12/3mg | Exclusive |
| **Bupropion SR/Naltrexone ER Tablets**<br>(Contrave), Orexigen/Takeda<br>90/8mg | Exclusive |
| **Clindamycin Vaginal Cream**<br>(Clindesse), Perrigo<br>2% | Exclusive |
| **Clindamycin Phosphate/Tretinion Topical Gel**<br>(Ziana), Valeant<br>1.2%/0.025% | Exclusive |
| **Deferasirox Dispersible Tablets for Suspension**<br>(Exjade), Novartis<br>125mg, 250mg, 500mg | Exclusive |
| **Diclofenac Potassium Soft Gel Capsules**<br>(Zipsor), Depomed<br>25mg | Exclusive |
| **Diclofenac Sodium Topical Solution**<br>(Pennsaid 2%), Horizon<br>2% | Exclusive |
| **Dienogest/Estradiol Valerate Tablets**<br>(Natazia), Bayer<br>3mg EV 2/3mg EV/Dienogest 1mg EV 2/2mg EV/D | Exclusive |
| **Doxylamine/Pyridoxine ER Tablets**<br>(Diclegis), Duchesnay<br>10/10mg | Exclusive |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Product Name | Believed First-to-File Status |
|---|---|
| **Drospirenone/EE plus MTHF Tablets** (Beyaz), Bayer 3/0.02mg, 0.451mg | Exclusive |
| **Drospirenone/EE plus MTHF Tablets** (Safyral), Bayer 3.0/0.03mg, 0.451mg | Exclusive |
| **Esomeprazole DR Capsules (OTC)** (Nexium 24HR), Pfizer/AstraZeneca 20mg | Exclusive |
| **Etonogestrel/EE Vaginal Ring** (Nuvaring), Merck/Bayer 0.12mg/0.015mg/24hr | Exclusive |
| **Fentanyl Citrate Sublingual Tablets** (Abstral), Galena/Orexo 0.1mg, 0.2mg, 0.3mg, 0.4mg, 0.6mg, 0.8mg | Exclusive |
| **Gabapentin GR Tablets** (Gralise), Depomed 300mg, 600mg | Exclusive |
| **Hydrocodone Bitartrate ER Capsules** (Zohydro ER), Pernix 10mg, 20mg, 30mg, 40mg, 50mg | Exclusive |
| **Icosapent Ethyl Soft Gel Capsules** (Vascepa), Amarin 1g | Exclusive |
| **Imiquimod Topical Cream** (Zyclara), Valeant 2.5% | Exclusive |
| **Imiquimod Topical Cream** (Zyclara), Valeant 3.75% | Exclusive |
| **Isotretinoin Hard Gel Capsules** (Absorica), Cipher/Sun 10mg, 20mg, 30mg, 40mg | Exclusive |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Product Name | Believed First-to-File Status |
|---|---|
| **Lenalidomide Capsules**<br>(Revlimid), Celgene<br>5mg, 10mg, 15mg, 25mg | Exclusive |
| **Levalbuterol HFA Aerosol Metered**<br>(Xopenex HFA), Sunovion<br>0.045mg | Exclusive |
| **Methylphenidate ER Powder for Suspension**<br>(Quillivant XR), Pfizer<br>5mg/ml | Exclusive |
| **Methylphenidate Transdermal Patch**<br>(Daytrana), Noven<br>10mg, 15mg, 20mg, 30mg | Exclusive |
| **Morphine ER/Naltrexone Capsules**<br>(Embeda), Pfizer<br>30/1.2mg, 50/2mg, 60/2.4mg, 80/3.2mg,<br>100/4mg | Exclusive |
| **Niacin/Simvastatin ER Tablets**<br>(Simcor), AbbVie<br>500/40mg | Exclusive |
| **Nicotine Transdermal Patch (OTC)**<br>(Nicoderm CQ), GSK<br>7mg/24hr, 14mg/24hr, 21mg/24hr | Exclusive |
| **Oxcarbazepine ER Tablets**<br>(Oxtellar XR), Supernus<br>150mg, 300mg, 600mg | Exclusive |
| **Oxycodone ER TR Tablets**<br>(OxyContin), Purdue<br>Formulation A: 40mg | Exclusive |
| **Oxycodone ER TR Tablets**<br>(OxyContin), Purdue<br>Formulation B: 10mg, 15mg, 20mg | Exclusive |
| **Oxymorphone ER TR Tablets**<br>(Opana ER), Endo<br>5mg | Exclusive |

ALLERGAN_MDL_03367132

| Product Name | Believed First-to-File Status |
|---|---|
| **Phentermine/Topiramate ER Capsules**<br>(Qsymia), Vivus<br>3.75/23mg, 7.5/46mg, 11.25/6mg, 15/92mg | Exclusive |
| **Posaconazole DR Tablets**<br>(Noxafil), Merck<br>100mg | Exclusive |
| **Prednisone DR Tablets**<br>(Rayos), Horizon<br>1mg, 2mg, 5mg | Exclusive |
| **Rotigotine Transdermal Patch**<br>(Neupro), UCB<br>1mg, 2mg, 3mg, 4mg, 6mg, 8mg/24hr | Exclusive |
| **Sevelamer Carbonate Powder for Suspension**<br>(Renvela), Genzyme/Sanofi<br>0.8g, 2.4g | Exclusive |
| **Sodium Phosphate Dibasic**<br>**Anhydrous/Sodium Phosphate Monobasic**<br>**Monohydrate Tablets**<br>(Osmoprep), Valeant<br>0.398/1.102g | Exclusive |
| **Tacrolimus ER Capsules**<br>(Astagraf XL), Astellas<br>0.5mg, 1mg, 5mg | Exclusive |
| **Tapentadol Oral Solution**<br>(Nucynta), Depomed<br>20mg/ml | Exclusive |
| **Testosterone Topical Solution**<br>(Axiron), Lilly<br>30mg/1.5ml | Exclusive |
| **Testosterone Topical Gel**<br>(Fortesta), Endo<br>2% | Exclusive |
| **Topiramate ER Capsules**<br>(Trokendi XR), Supernus | Exclusive |

| Product Name | Believed First-to-File Status |
|---|---|
| 200mg | |
| **Trazodone Hydrochloride ER Tablets** (Oleptro), Endo 150mg, 300mg | Exclusive |
| **Treprostinil Inhalation Solution** (Tyvaso), United Therapeutics 1.74mg/2.9ml, ampules | Exclusive |
| **Vardenafil ODT** (Staxyn), GSK 10mg | Exclusive |
| **Abiraterone acetate Tablets** (Zytiga), Johnson & Johnson 250mg | Shared |
| **Dabigatran Etexilate Capsules** (Pradaxa), Boehringer Ingelheim 75mg, 150mg | Shared |
| **Dalfampridine ER Tablets** (Ampyra), Elan/Acorda 10mg | Shared |
| **Desvenlafaxine ER Tablets** (Pristiq), Pfizer 50mg, 100mg | Shared |
| **Doxepin Hydrochloride Tablets** (Silenor), Pernix 3mg, 6mg | Shared |
| **Dronedarone Tablets** (Multaq), Sanofi 400mg | Shared |
| **Fesoterodine Fumarate SR Tablets** (Toviaz), Pfizer 4mg, 8mg | Shared |

| Product Name | Believed First-to-File Status |
|---|---|
| **Fingolimod Capsules**<br>(Gilenya), Novartis<br>0.5mg | Shared |
| **Lacosamide Tablets**<br>(Vimpat), UCB<br>50mg, 100mg, 150mg, 200mg | Shared |
| **Lisdexamfetamine Dimesylate Capsules**<br>(Vyvanse), Shire/New River<br>20mg, 30mg, 40mg, 50mg, 60mg, 70mg | Shared |
| **Lurasidone HCI Tablets**<br>(Latuda), Sunovion<br>20mg, 40mg, 60mg, 80mg, 120mg | Shared |
| **Pitavastatin Tablets**<br>(Livalo), Kowa<br>1mg, 2mg, 4mg | Shared |
| **Prasugrel Tablets**<br>(Effient), Lilly<br>5mg, 10mg | Shared |
| **Ramelteon Tablets**<br>(Rozerem), Takeda<br>8mg | Shared |
| **Rasagiline Tablets**<br>(Azilect), Teva<br>0.5mg, 1mg | Shared |
| **Rosuvastatin Tablets**<br>(Crestor), AstraZeneca<br>5mg, 10mg, 20mg, 40mg | Shared |
| **Saxagliptin Tablets**<br>(Onglyza), BMS<br>2.5mg, 5mg | Shared |
| **Sitagliptin Tablets**<br>(Januvia), Merck<br>25mg, 50mg, 100mg | Shared |

| Product Name | Believed First-to-File Status |
|---|---|
| Sitagliptin/Metformin Tablets (Janumet), Merck 50/500mg, 50/1000mg | Shared |
| Tapentadol Tablets (Nucynta), Depomed 50mg, 75mg, 100mg | Shared |
| Tapentadol ER Tablets (Nucynta ER), Depomed 50mg, 100mg, 150mg, 200mg, 250mg | Shared |
| Varenicline Tartrate Tablets (Chantix), Pfizer 0.5mg, 1mg | Shared |

The following chart lists those products/litigations for which Seller believes it could potentially commence sales without a valid license prior to closing.

| Product/Litigation | Believed 30-Month Stay Expiration |
|---|---|
| Bortezomib Injection (Velcade®) Millennium Pharmaceuticals v. Actavis Inc. (D. Del. 1:2012-cv-01011-Sleet) | 6/8/15 |
| Estradiol Valerate/Dienogest (Natazia®) Bayer v. Watson (D. Del. 1:2012-cv-01726-Stark) | N/A |
| Levalbuterol Inhalation Aerosol (Xopenex HFA®) Sunovion Pharms. v. Watson (D. Del. 1:2012-cv-00993-Stark) | 12/20/14 |
| Oxymorphone Extended-Release Tablets (Opana®ER CRT) "new formulation" Endo v. Actavis, Inc. (S.D.N.Y. 13-cv-0436-Griesa) | 6/6/15 |
| Vardenafil ODT (Staxyn®) Bayer v. Watson (D. Del. 1:2012-cv-00517-Sleet) | 9/14/14 |

ALLERGAN_MDL_03367136

| Product/Litigation | Believed 30-Month Stay Expiration |
|---|---|
| **Aripiprazole Tablets (Abilify®)**<br><br>*Otsuka v. Actavis Inc.* (D.N.J. 1:2014-cv-07106-Simandle) | N/A |
| **Lenalidomide Capsules (Revlimid®)**<br><br>*Celgene Corp. v. Natco Pharma Ltd.* (D.N.J. 10-cv-05197-Wigenton) | 4/8/13 |
| **Methylphenidate HCl Extended-Release Oral Suspension, CII (Quillivant XR®)**<br><br>*Tris Pharma Inc. v. Actavis Laboratories FL Inc.* (D. Del. 1:15-cv-00393-Sleet) | N/A |
| **Vardenafil Hydrochloride (Staxyn®)**<br><br>*Bayer Pharma AG, et al. v. Watson Laboratories, Inc., et al.* (D. Del. 1:12cv-00517-GMS-Sleet) | 9/14/14 |
| **Drospirenone/EE/Levomefolate and Levomefolate (Beyaz®)**<br><br>*Merck & Cie and Bayer v. Watson* (D. Del. 1:2013-cv-01272-Andrews) | 12/20/15 |
| **Ethinyl Estradiol/Etonorgestrel Vaginal Ring (NuvaRing®)**<br><br>*Merck v. Warner Chilcott* (D. Del. 1:2013-cv-02088-Sleet) | 6/24/16 |
| **Testosterone Gel, 10 mg/0.5 g (Fortesta®)**<br><br>*Endo v. Watson* (E.D. Tex. 2:13-cv-00192-Gilstrap) | 7/16/15 |
| **Bendamustine Injection (Treanda®)**<br><br>*Cephalon v. Actavis LLC et al.* (D. Del. 1:13-cv-02046-Sleet) | 7/2/16 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Product/Litigation | Believed 30-Month Stay Expiration |
|---|---|
| **Buprenorphine/Naloxone Sublingual Film (Suboxone®)** <br><br> *Reckitt Benckiser v. Watson* (D. Del. 1:2013-cv-01674-Andrews) | 2/28/16 |
| **Colchicine Tablets (Colcrys®)** <br><br> *Takeda v. Actavis et al.* (D. Del. 1:2014-cv-00268-Robinson) | 7/31/16 |
| **Doxylamine/Pyridoxine Delayed-Release Tablets (Diclegis®)** <br><br> Duchesnay *Inc. et al. v. Actavis FL* (D. Del. 1:2014-cv-00912-McNulty) | 12/2/16 |
| **Drospirenone/EE/Levomefolate and Levomefolate (Safyral®)** <br><br> *Merck & Cie and Bayer HealthCare Pharms. v. Watson* (D. Del. 1:2013-cv-00978-Andrews) | 10/24/15 |
| **Esomeprazol Delayed-Release Capsules (Nexium®)** <br><br> *AstraZeneca v. Watson* (D.N.J. 3:2013-cv-01669-Pisano) – 40 mg | 8/4/15 |
| **Esomeprazole and Naproxen Delayed-Release Tablets (500/20 mg) (Vimovo®)** <br><br> *AstraZeneca and Horizon v. Watson* (D.N.J. 3:2011-cv-02317-Cooper) | 9/29/15 |
| **Icosapent Ethyl Capsules (Vascepa®)** <br><br> *Amarin v. Watson* (D.N.J. 3:2014-cv-03259-Cooper) | 10/6/16 |
| **Isotretinoin Capsules (Absorica®)** <br><br> *Cipher/Ranbaxy et al. v. Watson Florida et al.* (D.N.J. 1:2013-cv-06502-Irenus) | 3/16/16 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Product/Litigation | Believed 30-Month Stay Expiration |
|---|---|
| **Lacosamide Tablets (Vimpat®)** <br><br> *UCB et al. v. Watson Florida* (D. Del. 1:13-cv-01206/1219-Stark) | 12/12/15 |
| **Oxcarbazepine Extended-Release Tablets (Oxtellar XR®)** <br><br> *Supernus v. Watson* (D.N.J. 1:2013-cv-04740-Bumb) | 12/24/15 |
| **Phentermine and Topiramate Extended-Release Capsules (Qsymia®)** <br><br> *Vivus v. Watson* (D.N.J. 2:2014-cv-03786-Chesler) | 11/5/16 |
| **Prasugrel Tablets (Effient®)** <br><br> *Eli Lilly v. Watson* (S.D. Ind. 1:2014-cv-00389-Barker) | 7/26/16 |
| **Prednisone Delayed-Release Tablets (Rayos®)** <br><br> *Horizon v. Watson* (D.N.J. 1:2013-cv-05124-Irenus) | 1/14/16 |
| **Saxagliptin HCl Tablets (Onglyza®)** <br><br> *AstraZeneca v. Watson* (D. Del. 1:2014-cv-00664-Sleet) | 10/19/16 |
| **Saxagliptin and Metformin Extended-Release Tablets (Kombiglyze XR®)** <br><br> AstraZeneca *v. Watson* (D. Del. 1:2014-cv-00664-Sleet) | 10/19/16 |
| **Sodium Oxybate Oral Solution (Xyrem®)** <br><br> *Jazz v. Watson* (D.N.J. 2:13-cv-00391-Salas) | 6/9/15 |

ALLERGAN_MDL_03367139

| Product/Litigation | Believed 30-Month Stay Expiration |
|---|---|
| **Tapentadol Immidiate-Release & Extended-Release Tablets (Nucynta®)**<br><br>*Janssen v. Actavis* (D.N.J. 2:13-cv-04507-Cecchi) | 12/12/15 |
| **Tapentadol Oral Solution (Nucynta®)**<br><br>*Janssen v. Actavis* (D.N.J. 2:14-cv-04617-Cecchi) | 12/11/16 |
| **Testosterone Topical Solution (Axiron®)**<br><br>*Eli Lilly v. Watson* (S.D. Ind. 1:2013-cv-00851-Barker) | 11/8/15 |

The following chart lists those products/litigations for which Seller believes the statutory 30-month stays will expire in 2015-16.

| Product/Litigation | Believed 30-Month Stay Expiration |
|---|---|
| **Drospirenone/EE/Levomefolate and Levomefolate (Beyaz®)**<br><br>*Merck & Cie and Bayer v. Watson* (D. Del. 1:2013-cv-01272-Andrews) | 12/20/15 |
| **Ethinyl Estradiol/Etonorgestrel Vaginal Ring (NuvaRing®)**<br><br>*Merck v. Warner Chilcott* (D. Del. 1:2013-cv-02088-Sleet) | 6/24/16 |
| **Testosterone Gel, 10 mg/0.5 g (Fortesta®)**<br><br>*Endo v. Watson* (E.D. Tex. 2:13-cv-00192-Gilstrap) | 7/16/15 |
| **Bendamustine Injection (Treanda®)**<br><br>*Cephalon v. Actavis LLC et al.* (D. Del. 1:13-cv-02046-Sleet) | 7/2/16 |

| Product/Litigation | Believed 30-Month Stay Expiration |
|---|---|
| **Buprenorphine/Naloxone Sublingual Film (Suboxone®)**<br><br>*Reckitt Benckiser v. Watson* (D. Del. 1:2013-cv-01674-Andrews) | 2/28/16 |
| **Colchicine Tablets (Colcrys®)**<br><br>*Takeda v. Actavis et al.* (D. Del. 1:2014-cv-00268-Robinson) | 7/31/16 |
| **Doxylamine/Pyridoxine Delayed-Release Tablets (Diclegis®)**<br><br>Duchesnay *Inc. et al. v. Actavis FL* (D. Del. 1:2014-cv-00912-McNulty) | 12/2/16 |
| **Drospirenone/EE/Levomefolate and Levomefolate (Safyral®)**<br><br>*Merck & Cie and Bayer HealthCare Pharms. v. Watson* (D. Del. 1:2013-cv-00978-Andrews) | 10/24/15 |
| **Esomeprazol Delayed-Release Capsules (Nexium®)**<br><br>*AstraZeneca v. Watson* (D.N.J. 3:*2013*-cv-01669-Pisano) – 40 mg | 8/4/15 |
| **Esomeprazole and Naproxen Delayed-Release Tablets (500/20 mg) (Vimovo®)**<br><br>*AstraZeneca and Horizon v. Watson* (D.N.J. 3:2011-cv-02317-Cooper) | 9/29/15 |
| **Icosapent Ethyl Capsules (Vascepa®)**<br><br>*Amarin v. Watson* (D.N.J. 3:2014-cv-03259-Cooper) | 10/6/16 |
| **Isotretinoin Capsules (Absorica®)**<br><br>*Cipher/Ranbaxy et al. v. Watson Florida et al.* (D.N.J. 1:2013-cv-06502-Irenus) | 3/16/16 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

| Product/Litigation | Believed 30-Month Stay Expiration |
|---|---|
| **Lacosamide Tablets (Vimpat®)**<br><br>*UCB et al. v. Watson Florida* (D. Del. 1:13-cv-01206/1219-Stark) | 12/12/15 |
| **Oxcarbazepine Extended-Release Tablets (Oxtellar XR®)**<br><br>*Supernus v. Watson* (D.N.J. 1:2013-cv-04740-Bumb) | 12/24/15 |
| **Phentermine and Topiramate Extended-Release Capsules (Qsymia®)**<br><br>*Vivus v. Watson* (D.N.J. 2:2014-cv-03786-Chesler) | 11/5/16 |
| **Prasugrel Tablets (Effient®)**<br><br>*Eli Lilly v. Watson* (S.D. Ind. 1:2014-cv-00389-Barker) | 7/26/16 |
| **Prednisone Delayed-Release Tablets (Rayos®)**<br><br>*Horizon v. Watson* (D.N.J. 1:2013-cv-05124-Irenus) | 1/14/16 |
| **Saxagliptin HCl Tablets (Onglyza®)**<br><br>*AstraZeneca v. Watson* (D. Del. 1:2014-cv-00664-Sleet) | 10/19/16 |
| **Saxagliptin and Metformin Extended-Release Tablets (Kombiglyze XR®)**<br><br>AstraZeneca *v. Watson* (D. Del. 1:2014-cv-00664-Sleet) | 10/19/16 |
| **Sodium Oxybate Oral Solution (Xyrem®)**<br><br>*Jazz v. Watson* (D.N.J. 2:13-cv-00391-Salas) | 6/9/15 |

| Product/Litigation | Believed 30-Month Stay Expiration |
|---|---|
| **Tapentadol Immidiate-Release & Extended-Release Tablets (Nucynta®)** <br><br> *Janssen v. Actavis* (D.N.J. 2:13-cv-04507-Cecchi) | 12/12/15 |
| **Tapentadol Oral Solution (Nucynta®)** <br><br> *Janssen v. Actavis* (D.N.J. 2:14-cv-04617-Cecchi) | 12/11/16 |
| **Testosterone Topical Solution (Axiron®)** <br><br> *Eli Lilly v. Watson* (S.D. Ind. 1:2013-cv-00851-Barker) | 11/8/15 |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

**Schedule 4.17(a) – Transferred Owned Real Property**

ALLERGAN_MDL_03367144

| Country | City | Address |
|---|---|---|
| Brazil | Rio de Janeiro | Rua Barao De Petropolis 293 |
| Brazil | Rio de Janeiro | Rua Barao De Petropolis 311 |
| Bulgaria | Dupnitsa | Samokovsko shosse 3, Buildings 1 through 31 |
| Bulgaria | Sofia | Rainbow Plaze: 29, Atanas Dukov Street, 1407, 2nd and 3rd |
| Bulgaria | Troyan | 1, Krayrechna Str. |
| Canada | Mississauga | 6500 Kitimat Road |
| China | Shanghai | Suites 3101,3102,3103,3104; 31st Floor Tower B, Eton Plaza ,555 Pudong Dadao |
| Greece | Athens | Octovriou 28, Agia Varvara |
| Greece | Schimitari | Thesi Rahili Schimatariou, Oinois 32009 |
| Iceland | Hafnarfjordur | Reykjavíkurvegur 76 |
| Iceland | Hafnarfjordur | Reykjavíkurvegur 78 |
| Iceland | Hafnarfjordur | Reykjavikurvegur 80 |
| Iceland | Kopavogur | Kársnesbraut 108, 201 Kopavogur |
| Iceland | Úthlíð, Selfos | Djaknavegur 23 & 27 |
| India | Ambernath | N-15 Additional Ambernath Industrial Area, District 3 |
| India | Ambernath | Plot K -7 Additional Ambernath Industrial Area, District 3 |
| Ireland | Baldoyle | Unit 146, Baldoyle Industrial Estate, Grange Rd |
| Ireland | Dundalk | Building B, Xerox Technology Park |
| Italy | Nerviano | Viale Pasteur 10 |
| New Zealand | Auckland | Unit B8, 31-49 Normanby Road, Mt. Eden |
| New Zealand | Auckland | Unit B9, 31-49 Normanby Road, Mt. Eden |
| Puerto Rico | Las Crobas | El Conquistador, 1000 Conquistador Ave, Las Croabas, Puerto Rico 00738. Units 5091, 92 and 93 |
| Puerto Rico | Manati | PR Road 2, KM 46.2, Coto Norte Ward |
| Romania | Bucharest | Bucharest 1, 11 Ion Mihalache blvd. |
| Romania | Bucharest | Bucharest 1, 179-185 Odai Street |
| Serbia | Leskovac | Vlajkova 199 |
| Thailand | Phra Nakhon Si Ayutthaya | 89 Moo 1, Tambon Ban Chang, Amphoe Uthai |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367145

| UK | Barnstaple | Barnstaple Site, Whiddon Valley Industrial Estate |
|---|---|---|
| UK | Larne | Old Belfast Road, Millbrook |
| USA | Copiague | 200 North Oak Street |
| USA | Copiague | 26 Bethpage Road |
| USA | Copiague | 33 Ralph Ave |
| USA | Copiague | 45 Ralph Ave |
| USA | Corona | 100 Business Center Drive (B2) |
| USA | Corona | 1781 Capital Street |
| USA | Corona | 1791 Capital Street |
| USA | Corona | 311 Bonnie Circle (B4) |
| USA | Davie | 4955 Orange Drive |
| USA | Elizabeth | 200 Elmora Avenue |
| USA | Grand Island | 3000 Alt Blvd |
| USA | Gurnee | 605 Tri-State PKY |
| USA | Salt Lake City | 579 South Chipeta Way |

## Schedule 5.2
## Share Capital

Amended and Restated Deposit Agreement, dated November 5, 2012, among Teva Pharmaceutical Industries Limited, JPMorgan Chase Bank N.A., as depositary, and the holders from time to time of shares

Convertible Senior Debentures issued January 2006 and due in 2026

LA_LAN01:284952.6

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ALLERGAN_MDL_03367147

## Schedule 5.3
## Corporate Authority Relative to this Agreement; No Violation

The following material Contracts contain provisions which may be breached if Closing were to occur without new Debt Financing being put in place by Buyer Parent:

Senior Unsecured Revolving Credit Agreement among Teva Pharmaceutical Industries Limited , Teva Pharmaceuticals USA, Inc., Teva Finance Services B.V., Teva Finance Services II B.V., Teva Capital Services Switzerland GMBH, Citibank N.A., as administrative agent and HSBC Bank PLC, as documentation agent, dated December 18, 2012 (as amended from time to time)

Senior Unsecured Japanese Yen Term Loan Agreement among Teva Pharmaceutical Industries Limited, Teva Holdings K.K. and Mizuho Bank, Ltd., as administrative agent, dated December 17, 2013

Senior Unsecured Fixed Rate Japanese Yen Term Loan Credit Agreement dated among Teva Pharmaceutical Industries Limited, Teva Holdings G.K. and Sumitomo Mitsui Banking Corporation, as administrative agent, dated March 28, 2012

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

## Schedule 5.7
## Absence of Certain Changes or Events

Teva's proposal to acquire Mylan N.V.

Dividends declared by Tiger since December 31, 2014:

- $00.34 per ordinary share – Declared February 5, 2015

- $00.34 per ordinary share – Declared May 4, 2015

LA_LAN01:284952.6

ALLERGAN_MDL_03367149

## Schedule 5.9
## Consents and Governmental Approvals

Filings under the Foreign Antitrust Laws whose Consent is required include:

- Canada (clearance)

- The European Union (clearance)

- The Russian Federation (clearance)

- The Republic of Serbia (clearance)

- The Republic of Turkey (clearance)

- Ukraine (clearance)

LA_LAN01:284952.6

## Schedule 6.1(b) – Conduct of the Business

- Pursuant to the sale and purchase agreement entered into on 23 January 2015 between, inter alia, Amit Patel, Meeta Patel and Actavis plc, the determination of the completion statements is still ongoing. The parties are not currently in dispute and Seller Parent's current estimate is that the Vendors (as defined in the purchase agreement) will be entitled to an additional payment of approximately £2.4 million. These discussion with continue following signing of the Agreement.

- An amended version of the Master Supply Agreement between Watson Laboratories, Inc. and Catalent Pharma Solutions, LLC is expected to be signed shortly after signing the Agreement. The version of the Master Supply Agreement that is executed shortly after signing the Agreement is expected to be substantially similar to the draft that has been provided to Buyer Parent prior to the date of the Agreement.

- Buyer Parent and its Subsidiaries (including the Transferring Group) intends to settle ANDA and/or patent claims related to the following products; provided that notwithstanding anything to the contrary, Seller Parent shall inform Buyer Parent a reasonable period in advance prior of entering into a settlement with respect to the following products:

  - Natazia (Settlement/AG Supply)
  - Staxyn (Settlement/AG Supply of Levitra)
  - Beyaz (Settlement/AG Supply)
  - Safyral (Settlement/AG Supply)
  - Xopenex HFA (Settlement/AG Supply)
  - Letairis
  - Treanda
  - Ampyra
  - Multaq
  - Minivelle
  - Abstral
  - Gilenya
  - Absorica
  - Effient (agreement to be bound)
  - Revlimid
  - Men's & Women's Rogaine
  - Brisdelle
  - Zometa
  - Onglyza
  - Kombiglyze XR
  - Nexium Rx
  - Nexium OTC

**Retention Bonus Plan**: Seller Parent may adopt a cash retention program at one or more of the Transferred Entities for key Business Employees, to be paid after the Closing, with an aggregate

-92-

ALLERGAN_MDL_03367151

retention pool of up to $20 million, with the participants and terms to be jointly agreed upon by Seller Parent and Buyer Parent in reasonable consultation.

Nothing in Section 6.1 and 6.2 of the Agreement shall prevent the Seller Parent and its Affiliates from implementing any lease terminations or employee terminations in connection with existing integration plans announced as of the date hereof.

ALLERGAN_MDL_03367152

**Schedule 6.1(f)**
**Dividends**

Quarterly dividends by Buyer Parent in accordance with past practice.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03367153



Allergan plc and Subsidiaries
At August 2, 2016
Prepared by Carina Sinclair, Tax Department

= Legal Entities Sold to Teva on August 2, 2016

# Allergan plc and Subsidiaries
## At August 2, 2016
### "Legacy Watson, Warner Chilcott US, Durata"
Prepared by Carina Sinclair, Tax Department



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03674502



**Allergan plc and Subsidiaries**
**At August 2, 2016**
**"Arrow, Specifar, Ascent"**
*Prepared by: Carina Sinclair, Tax Department*



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03674503



**Allergan plc and Subsidiaries**
**at August 2, 2016**
**"Actavis, Uteron"**
*Prepared by Carina Sinclair, Tax Department*



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03674504

# Allergan
## Allergan plc and Subsidiaries
### At August 2, 2016
### Tango US Holdings Inc.
### including Forest, Aptalis and Furiex
*Prepared by Carina Sinclair, Tax Department*





**Allergan plc and Subsidiaries**
**At August 2, 2016**
**Allergan, Inc. and Subsidiaries**
Corina Sinclair, Tax Department

**Allergan Plc** (Ireland)

**ALLERGAN, INC.**
EIN: 95-1622442   0010
DI: 02/26/48   Pl:California
DI: 04/14/77 (Reincorp) Pl: Delaware

Corporation | Entity treated as a disregarded entity US tax purposes | Partnership | Entity treated as a partnership for US tax purposes | Entity treated as a corporation for US tax purposes

**Allergan Sales, LLC**
EIN: 46-0469784
DI: 02/25/02
Pl: Delaware
0120 / 0122 / 0135

**Allergan Specialty Therapeutics, Inc.**
EIN: 33-0779202
DI: 11/12/97
Pl: Delaware 0015

**Pacific Pharma, Inc.**
EIN: 33-0687597
DI: 04/07/95
Pl: Delaware
0220

**MAP Pharmaceuticals, Inc.**
EIN: 20-2507047
DI: 11/17/94
Pl: Delaware
Q: Delaware 0123

**Allergan Puerto Rico Holdings, Inc.**
EIN: 74-2726883
DI: 11/17/94
Pl: Delaware

**Allergan Holdings, Inc.**
EIN: 74-2726884
DI: 11/17/94  Pl: Delaware,
Q: Texas 0180

**Herbert Laboratories**
(inactive)
EIN: 33-0328831
DI: 03/10/87
Pl: California 0200

**Inamed LLC**
EIN: 20-4891594
DI: 05/08/06
Pl: Delaware
0016

**Allergan K.K.**
EIN: 98-0405356
DI: 01/30/2002
Pl: New Zealand
0610

**Allergan New Zealand Ltd.**
EIN: 98-0405340
DI: 09/28/81
Pl: New Zealand

**Allergan Pharmaceuticals (Proprietary) Ltd.**
EIN: 98-0405353
DI: 05/29/84
Pl: South Africa 0650

**Allergan C.I.S. SARL**
DI: 12/19/2007
Pl: Russia
0315

**Allergan Property Holdings, LLC**
EIN: 26-4479965
DI: 03/11/09
Pl: Delaware 0121

**Allergan USA, Inc.**
EIN: 20-1843604
DI: 11/05/04
Pl: Delaware
0129 / XPRL

**Systemic Pulmonary Delivery, Ltd.**
EIN: 43-1820661
DC: 6/30/1998
Pl: Bermuda
Dissolved March 9 2016

**Exemplar Pharma LLC**
Pl: Delaware

**Allergan Sales Puerto Rico, Inc.**
EIN: 95-2970202
DI: 08/25/75
Pl: California
0195

**Inamed Development Corporation**
Suspended
(CA)

**Silicone Engineering, Inc. (CA)**
In process of dissolution

**Inamed Corporation**
EIN: 32-0166899
(inactive)
Pl: (DE)

**Tango US Holdings Inc.**
Pl: Delaware
See Page 5

18.7 %   83.3 %

**Allergan Development I**
EIN: 98-1021164
DI: 09/01/2011
Pl: Ireland 0473
26.44 %   56.21 %

**Allergan Development II**
EIN: 98-1076680
DI: 09/20/2012
Pl: Ireland  0474
17.35 %

**Allergan Singapore Pte. Ltd.**
EIN: 98-0435450
DI: 12/16/03
Pl: Singapore
0631

**Allergan Healthcare India Private Limited**
DI: 11/18/08
Pl: India
0641 & 0642

**Allergan Japan KK**
DI: 12/12/2001
Pl: Japan
0714 & 0715

**Allergan Korea Ltd.**
EIN: 98-0405319
DI: 06/17/95
Pl: Korea
0740

**Allergan Malaysia Sdn Bhd**
DI: 08/28/2008
Pl: Malaysia
0633

**Allergan Healthcare Philippines, Inc.**
DI: 09/17/2010
Pl: Philippines
0634

**Allergan Pharmaceuticals Taiwan Co. Ltd.**
DI: 08/22/11
Pl: Taiwan
0694

**Allergan (Thailand) Limited**
DI: 01/04/05
Pl: Thailand
0632

**Allergan S.A.²**
EIN: 98-0405341
DI: 12/03/82
Pl: Spain
0420

**"APHI"**
**Allergan Pharmaceuticals Holdings (Ireland)**
EIN: 98-0405375
DI: 01/07/00
Pl: Ireland 0470
Bermuda Tax  Resident

**Collagen Aesthetics Benelux S.A.**
(inactive)
Pl: Belgium

16.7 %

**Forest Laboratories, LLC**
Pl: Delaware
See Page 5

96.65 %

**Allergan Development Ventures LP**
DI:98-1210427 DI: 10/9/2014
Pl: Bermuda  0465

**Indonesia Rep Office**
0635

**Vietnam Rep Office**
0636

**Allergan, S.A. de C.V.**
EIN: 98-0405357
DI: 03/13/70
Pl: Argentina
0510

**Allergan Productos³ Farmaceuticos S.A.**
DI: 02/19/58
Pl: Argentina
0540

**Allergan Laboratorios Limitada⁷**
EIN: 98-0405366
DI: 08/13/93
Pl: Chile  0560

**Allergan de Colombia S.A.**
EIN: 98-0405367
DI: 02/23/71
Pl: Colombia
0570

**Allergan Holdings B1, Unlimited**
EIN: N/A
DI: 07/26/2012
Pl: Bermuda

**Allergan Inc.**
EIN: 98-0405304
DI: 06/04/64
Pl: Canada
0500

**Allergan Optical Irvine, Inc.**
EIN: 33-0734432
DI: 12/17/96
Pl: California
(inactive) 0235

**Inamed Do Brasil Ltda**
DI: 05/05/95
Pl: Brazil

3.35 %

**Allergan Holdings S.à r.l.**
EIN:
DI: 6/22/2015
Pl: Luxembourg

**Allergan Development Ventures I Ireland**
EIN: 98-1217356
DI: 11/06/2014
Pl: Ireland 0401

**Allergan Development Ventures I UK**
EIN: 98-1217356
DI:11/17/2014
Pl: UK 0355

**Allergan Servicios Profesionales, S. de R.L. de C.V.**
EIN: 98-0390313
DI: 11/15/02
Pl: Mexico 0509

**Allergan Holdings 2 BV**
EIN:
DI: 6/24/2015
Pl: Netherlands
0386

**Allergan Ireland Holdings Ltd.**
EIN:
DI: 6/11/2015
Pl: Ireland
0345

**AGN Seabreeze, LLC**
DI: 11/25/09
Pl: Delaware
0416

**McGhan Ireland Holdings Ltd.**
EIN: 98-0540857
DI:06/21/06
Pl:Ireland 0471

**Allergan Costa Rica, S.R.L.**
EIN: 98-0606971
DI: 12/14/98
Pl: Costa Rica
0513

**"APII"**
**Allergan Pharmaceuticals Ireland**
EIN: 98-1074881
DI: 09/05/2012 Pl:Ireland
0407/0410

**Allergan Pharmaceuticals Ireland**
EIN: 98-0446388
DI: 09/01/76  0399
Pl: Ireland

**Allergan Holdings C Ltd.**
EIN: 98-0446388
DI: 10/18/2004
Pl: Cayman Islands

**Allergan Holdings B Ltd.**
EIN: 98-0465384
DI: 10/22/2004
Pl: Cayman Islands

**Allergan Holdings B2, Unlimited**
EIN:N/A DI:07/26/2012
Pl: Bermuda

**Allergan Australia Pty Ltd.**
EIN: 98-0405361
DI: 03/12/68
Pl: Australia
0580

**Allergan Asia Limited**
EIN: 98-0551422
DI: 12/16/88
Pl: Hong Kong

**Allergan Hong Kong Limited**
DI: 10/14/08
Pl: Hong Kong 0690

**Allergan Holdings B.V.**
EIN: 98-0333091
DI: 13/01/01
Pl: Netherlands
0385
In liquidation on July 1, 2016

**Aptalis Holding BV**
EIN: 98-0086936
Pl: Netherlands
1382

**Seabreeze LP Holdings, LLC**
DI: 06/18/2007
Pl: Delaware

**Seabreeze Silicone**
EIN: 98-0354380
DI: 04/16/99
Pl: Ireland 0414
Dormant/in Tax Resident

**McGhan Limited**
DIN: 98-0540865
DI: 05/09/07
Pl: Ireland 0412
[In liquidation]

**Scientific Office**
(Egypt)

**Allergan Botox**
EIN: 98-0340279
DI: 03/04/93
Pl: Ireland
0400

**Allergan Services International, Limited**
EIN: 98-0339330
DI: 11/15/96
Pl: Ireland
0425 & 0406

**Allergan India Private Limited⁵**
DI: 07/04/94
Pl: India
0640

**Allergan NK**
EIN: 98-0467429
DI: 12/09/2004
a Japanese
Partnership
0703

50 %   50 %

**Allergan Medical Pty Ltd.**
EIN: N/A
DI: 06/18/09
Pl: Australia

**Allergan Information Consulting (Shanghai) Co., Ltd.**
DI: 02/12/09
Pl: China 0686

**Allergan Services B.V.**
EIN: 98-0199040
DI: 12/10/00
Pl: Netherlands
0325
Merged into Aptalis Holding B.V. on March 31, 2016

**Allergan Holdings Limited**
EIN: 98-0405347
DI: 10/30/88
Pl: U.K. 0350

**Forest Holdings France S.A.S.**
EIN: 98-1265960
DI: 8/29/2015
Pl: France 0256

**Seabreeze Ireland LP⁴**
EIN: 98-0553170
DI: 08/15/2007
Pl: Ireland 0418

**Allergan International YK**
EIN: 98-0446372
DI: 12/08/2004
Pl: Japan
0706

51%   50%

**Allergan Holdings France S.A.S.**
EIN: 98-0522496
DI: 1/24/06
Pl: France  0317

**McGhan Medical BV**
EIN: 98-0522523
DI: 09/01/89
Pl: Netherlands
0376

**Allergan Luxembourg S.à.r.l.**
EIN: 98-0527508
DI: 11/17/09
Pl: Luxembourg
0476

**Allergan İlaçlari Ticaret Anonim Şirketi**
DI: 06/08/09
Pl: Turkey
0291

**Allergan Produtos Farmaceuticos Ltda.**
EIN: 48-1263886
DI: 07/27/72
Pl: Brazil  0525
Transferred April 15, 2015 from Allergan Holdings, Inc.

**Allergan de Venezuela, C.A.**
EIN: N/A
DI: 11/21/09
Pl: Venezuela
0565

**Allergan Middle East FZ-LLC**
EIN: N/A
DI: 10/10/2013
Pl: UAE
0660

**Allergan N.V.**
EIN: 98-0405363
DI: 12/08/88
Pl: Belgium
0450

**Allergan ApS**
EIN: 98-0405368
DI: 02/02/81
Pl: Denmark
0300

**Allergan B.V.**
EIN: 98-0405321
DI: 06/24/77
Pl: Netherlands
0480

**Allergan AS**
EIN: 98-0405341
DI: 11/27/85
Pl: Norway
0310

**Allergan S.p.A.**
EIN: 98-0405316
DI: 01/12/67
Pl: Italy
0430

**Allergan Sp. z o.o.**
DI: 03/25/10
Pl: Poland
0463

**Allergan AG**
DI: 10/25/88
Pl: Switzerland
0490

**Allergan Heilas Pharmaceuticals S.A.**
EIN: 98-0405370
DI: 03/25/10
Pl: Greece  0293

**Pharm - Allergan GmbH**
EIN: 98-0405370
DI: 05/18/71
Pl: Germany
0460

**Allergan Norden AB**
EIN: 98-0405344
DI: 01/07/82
Pl: Sweden
0320

**Allergan Limited**
EIN: 98-0371449
DI: 04/13/72
Pl: U.K.
0130

**Allergan France S.A.S.**
EIN: 98-0405369
DI: 05/18/78
Pl: France
0250 & 0251

100 %

**Aptalis Pharma GmbH**
(Germany)
Purchased July 27, 2015 from Aptalis Holdings BV

**Austria Branch**
0440

**Finland Branch**
0271

**Allergan Industrie S.A.S.**
EIN: 98-0522516
DI: 03/21/88
Pl: France
0253 / 0254 / 0255

**US Branch**
0477

ALLERGAN_MDL_03674506

| NO | Topic | Response |
|---|---|---|
| 43.1 | The corporate structure of all Allergan entities (including Allergan Finance, LLC, Allergan plc, and all subsidiaries, parents, predecessors, successors and/or associated entities resulting from any and all mergers over the years) and each such entity's involvement with any opioid products from 1995 to the present, including the identification of all drugs, the entity's role in connection with such drugs, and all opioid management involved. | **Corporate History**<br><br>See provided graphic laying out Allergan's transactional history.<br><br>**Corporate Structure**<br><br>The corporate structure of all the entities identified below is shown in the following corporate organizational charts: 2011-01-05 ALLERGAN_MDL_03367307; 2011-01-21 ALLERGAN_MDL_03367302; 2012-10-12 ALLERGAN_MDL_03367301; 2012-11-30 ALLERGAN_MDL_02761472; 2012-12-31 ALLERGAN_MDL_03367304; 2013-01-24 ALLERGAN_MDL_02758853; 2013-06-30 ALLERGAN_MDL_02931208; 2013-10-01 ALLERGAN_MDL_01098786; 2014-01-31 ALLERGAN_MDL_01384578; 2014-06-30 ALLERGAN_MDL_03295845; 2014-12-31 ALLERGAN_MDL_02177059; 2015-01-01 ALLERGAN_MDL_02079795; 2015-09-08 ALLERGAN_MDL_01471538; 2015-09-30 ALLERGAN_MDL_02147315; 2016-01-01 ALLERGAN_MDL_01373731; 2016-03-31 ALLERGAN_MDL_02147111; 2016-08-03 ALLERGAN_MDL_03295865; 2016-09-30 ALLERGAN_MDL_03295869; 2017-06-30 ALLERGAN_MDL_00000006; 2017-08-01 ALLERGAN_MDL_00000001; 2018-03-31 ALLERGAN_MDL_03295860.<br><br>Key Chart - 08-02-2016 ALLERGAN_MDL_03674501<br><br>**Involvement with Opioids**<br><br>**Transferred Entities/IP Ownership:**<br><br>Allergan sold its generic businesses to Teva in 2016. Teva - Allergan MPA (ALLERGAN_MDL_01481207). As part of that transaction, Allergan sold a number of entities to Teva that were involved with generic opioids. The following entities sold to Teva were listed as the ANDA or NDA holders for the following schedule II opioid products (see FDA "Orange Book"):<br><br>    1.    Watson Laboratories, Inc. |

| NO | Topic | Response |
|----|-------|----------|
| | | (a)    Fentanyl citrate injection (ANDA # 074917) |
| | | (b)    Fentanyl citrate table (ANDA # 079075) |
| | | (c)    Fentanyl transdermal (ANDA # 076709) |
| | | (d)    Hydrocodone / acetaminophen (ANDA #s 081083; 081080; 081079; 040094; 040122; 040123; 040099; 040148; 089883; 040248) |
| | | (e)    Meperidine Hydrochloride Injection (ANDA #s 073443; 073444; 073445) |
| | | (f)    Meperidine Hydrochloride Tablet (ANDA #s 040186) |
| | | (g)    Morphine sulfate injection (ANDA #s 073373; 073374; 073375; 073376) |
| | | (h)    Morphine sulfate capsule (ANDA #s 200812) |
| | | (i)    Oxycodone / acetaminophen (ANDA #s 040234; 040171; 040371; 040535) |
| | | (j)    Oxycodone / aspirin (ANDA #s 040255; 090084) |
| | | (k)    Oxycodone / ibuprofen (ANDA # 078394) |
| | | (l)    Morphine sulfate tablet (ANDA # 075656) |
| | | 2.    Actavis Laboratories FL, Inc. f/k/a Watson Laboratories, Inc. - Florida |
| | | (a)    Hydrocodone / acetaminophen (ANDA #s 040493; 040494; 040495; 040148[1]; 206470) |
| | | (b)    Hydrocodone / ibuprofen (ANDA #s 077454; 076604) |

---

[1] Some products are listed under more than one entity if the ANDA or NDA transferred between the entities.

| NO | Topic | Response |
|----|-------|----------|
|    |       | (c)    Oxycodone / aspirin (ANDA # 090084)<br><br>(d)    Hydromorphone tablet (ANDA # 202144)<br><br>3.    Actavis Totowa LLC<br><br>(a)    Oxycodone / acetaminophen (ANDA #s 040203; 040199; 040800)<br><br>(b)    Homatropine methylbromide / hydrocodone bitartrate (ANDA # 040295)<br><br>(c)    Oxycodone / hydrochloride tablet (ANDA # 076636)<br><br>4.    Actavis Elizabeth LLC<br><br>(a)    Oxycodone / acetaminophen (ANDA #s 040203; 040199; 040800; 201447)<br><br>(b)    Homatropine methylbromide / hydrocodone bitartrate (ANDA # 040295)<br><br>(c)    Morphine sulfate capsule (ANDA #s 020616; 079040)<br><br>(d)    Morphine sulfate tablet (ANDA # 203849)<br><br>(e)    Oxycodone / hydrochloride tablet (ANDA # 076636)<br><br>(f)    Oxycodone / ibuprofen (ANDA # 078769)<br><br>(g)    Oxymorphone tablet (ANDA # 079046)<br><br>5.    Actavis Mid Atlantic LLC<br><br>(a)    Homatropine methylbromide / hydrocodone bitartrate (ANDA # 088017)<br><br>6.    Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc. Salt Lake City |

| NO | Topic | Response |
|---|---|---|
| | | (a)    Morphine sulfate capsule (NDA # 020616)<br><br>7.    Actavis South Atlantic LLC<br><br>(a)    Oxymorphone tablet (ANDA # 079046)<br><br>(b)    Fentanyl transdermal (ANDA # 077602)<br><br>**Remaining Allergan Entities:**<br><br>Kadian®: From December 19, 2005, until it purchased the medication, Actavis Elizabeth LLC served as the contract manufacturer of Kadian® for Alpharma. February 2, 2008 Actavis Elizabeth and Alpharma Contract (ALLERGAN_MDL_01076982); December 19, 2005, Alpharma - Purepac Contract (ALLERGAN_MDL_01474803).<br><br>Actavis Elizabeth LLC acquired Kadian® from Alpharma in December 2008. December 17, 2008 Asset Purchase Agreement by and between King Pharmaceuticals, Inc. and Actavis Elizabeth, L.L.C. (ALLERGAN_MDL_01514893).<br><br>The holders of the Kadian® NDA (020616) since December 2008 were and are (see FDA "Orange Book"):<br><br>• December 2008-2013: Actavis Elizabeth LLC<br><br>• 2013-2016: Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc. - Salt Lake City<br><br>• 2016-Present: Allergan Sales, LLC<br><br>April 11, 2013 Transfer Letter (ALLERGAN_MDL_00811313); November 20, 2014, Company Name Change Letter (ALLERGAN_MDL_02195036); March 11, 2016 Transfer Letter (ALLERGAN_MDL_02197647). |

| NO | Topic | Response |
|----|-------|----------|
|    |       | As part of the sale of its generic business to Teva, Teva agreed to continue manufacturing Kadian® and Norco for Allergan. Exhibit B of Teva-Allergan 2015 MPA (ALLERGAN_MDL_03367042). At that time, Allergan also contracted with UPS SCS, Inc. to distribute controlled substances, including Kadian® and Norco. 2015 UPS Allergan Contract ALLERGAN_MDL_01396729. |

Since December 2008, Kadian's label has identified the following entities as the manufacturer or distributor of Kadian®: Actavis Elizabeth LLC; Actavis Kadian LLC; Actavis Pharma, Inc.; and Allergan USA, Inc. 02/2009 Label (ALLERGAN_MDL_02200691); 02/2010 Label (ALLERGAN_MDL_01132982); 07/2012 Label[2]; 04/2014 Label[3].

The current label (revised 09/2018[4]) states that Kadian® is distributed by Allergan USA, Inc.; however, Allergan USA, Inc. does not distribute Kadian® itself. Instead, after Allergan sold the entities with the DEA-registrations required to produce and distribute schedule II controlled substances, Allergan USA, Inc. has contracted with UPS SCS, Inc. to distribute Kadian® on its behalf. 2015 UPS Allergan Contract (ALLERGAN_MDL_01396729).

Norco: The holders of the Norco ANDAs (40099 & 40148) were and are (*see* FDA "Orange Book"):

ANDA 40099:

- 1997-1999: UCB Pharmaceuticals, Inc.

- 2000-2015: Watson Laboratories, Inc.

- 2016: Allergan Sales, LLC

- 2017-Present: Allergan Pharmaceuticals International Limited

2   https://www.accessdata.fda.gov/drugsatfda_docs/label/2012/020616s041lbl.pdf
3   https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/020616s051lbl.pdf
4   https://www.allergan.com/assets/pdf/kadian_pi

| NO | Topic | Response |
|---|---|---|
|  |  | ANDA 40148: |
|  |  | • 1997-2014: Watson Laboratories, Inc. |
|  |  | • 2015: Actavis Laboratories FL, Inc. |
|  |  | • 2016: Allergan Sales, LLC |
|  |  | • 2017-Present: Allergan Pharmaceuticals International Limited |
|  |  | The following entities were involved in manufacturing and distributing Norco: Watson Pharma, Inc., Watson Laboratories, Inc., Warner Chilcott Company, LLC, Allergan USA, Inc., and Allergan Sales, LLC. 04/2002 Label (ALLERGAN_MDL_01095947); April 2003 Label (ALLERGAN_MDL_01095940); 07/2007 Label (ALLERGAN_MDL_01680965); 10/2009 Label (ALLERGAN_MDL_02206790); 06/2011 Labels (ALLERGAN_MDL_02209823; ALLERGAN_MDL_02210219); 08/2012 Label (ALLERGAN_MDL_01768757); 08/2013 Labels (ALLERGAN_MDL_02210402; ALLERGAN_MDL_02209867); 2014 Labels[5]; 02/2017 Label (ALLERGAN_MDL_02219168); Current Label[6]. |
|  |  | Similar to Kadian®, after Allergan sold the entities with the DEA-registrations required to produce and distribute schedule II controlled substances, Allergan contracted with Teva and UPS, SCS Inc. to manufacture and distribute Norco on behalf of Allergan USA, Inc. and Allergan Sales, LLC. 2015 UPS Allergan Contract (ALLERGAN_MDL_01396729); Exhibit B of Teva-Allergan 2015 MPA (ALLERGAN_MDL_03367042). |
|  |  | Other Schedule II Branded Drugs: Between 2004 and 2006, Watson Pharmaceuticals, Inc., collaborated with Interpham, Inc. (the ANDA holder) in the marketing and sale of Reprexain (ANDA 076642 - Hydrocodone bitartrate / ibuprofen). June 07, 2004 Email & Press Release Announcing Launch |

---

[5]   https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/040099Orig1s018lbl.pdf;
      https://www.accessdata.fda.gov/drugsatfda_docs/label/2014/040148s053lbl.pdf
[6]   https://www.allergan.com/assets/pdf/norco_pi

| NO | Topic | Response |
|---|---|---|
| | | (ALLERGAN_MDL_01830938; ALLERGAN_MDL_01830941); June 14, 2006 Email Discussing No Longer Promoting Reprexain (ALLERGAN_MDL_01728789).<br><br>On October 12, 2000, Watson Pharma, Inc. announced the addition of Maxidone (40094 - hydrocodone bitartrate / acetaminophen) to its product portfolio. October 12, 2000 Product Introduction Notification (ALLERGAN_MDL_02579713). Since 2015, Maxidone has been included on the FDA's list of discontinued drugs. (*See* 2015 FDA Orange Book, "Discontinued Drug Product List").<br><br>Actavis acquired Forest Laboratories, Inc. in 2014. Prior to the acquisition, Forest Laboratories, Inc. sold a product called Combunox (021378 - Oxycodone Hydrochloride / ibuprofen). Forest received approval for Combunox on November 26, 2004. Since 2012, Combunox has been included on the FDA's list of discontinued drugs. (*See* 2012 FDA Orange Book, "Discontinued Drug Product List"). |
| 43.2 | The management of the generic opioid business from 1995 to the present for all Allergan entities (including Allergan Finance, LLC, Allergan plc, and all subsidiaries, parents, predecessors, successors and/or associated entities resulting from any and all mergers over the years) and all generic opioids for which any Allergan entities had any involvement | Each of the seven entities identified above that had involvement with generic opioid medications is included on Schedule 4.6(g) of the Teva-Allergan MPA, which lists the entities transferred to Teva. Teva-Allergan MPA Schedules (ALLERGAN_MDL_03367048).<br><br>The January 1, 2015, organization chart shows where each of these entities fell within the the corporate structure of Allergan prior to the sale to Teva. ALLERGAN_MDL_02079795. Actavis South Atlantic LLC, Actavis Elizabeth, LLC, Actavis Mid Atlantic LLC, and Actavis Totowa LLC were all direct subsidiaries of Actavis LLC, which was an indirect subsidiary of Watson Laboratories, Inc. *See id* at 2. Watson Laboratories, Inc. was a direct subsidiary of Actavis, Inc. n/k/a Allergan Finance, LLC. *See id.* Actavis Laboratories UT, Inc. was a direct subsidiary of Actavis, Inc. n/k/a Allergan Finance, LLC. *Id.* Actavis Laboratories FL, Inc. (f/k/a Watson Laboratories, Inc. - Florida) was a direct subsidiary of Andrx Corporation, which was a direct subsidiary of Actavis, Inc. n/k/a Allergan Finance, LLC. *Id.* Andrx Corporation and Actavis LLC, in addition to the seven generic ANDA-holding entities, were transferred to Teva. Teva-Allergan MPA Schedules (ALLERGAN_MDL_03367048).<br><br>Prior to the sale of these entities to Teva, Actavis, Inc. n/k/a Allergan Finance, LLC did not manufacture, market, distribute, or sell any pharmaceutical products. It operated solely as a holding company. All of the direct subsidiaries of Actavis, Inc. n/k/a Allergan Finance involved in the management of the generic |

| NO | Topic | Response |
|---|---|---|
| | | opioid business were transferred to Teva. No other affiliate of Allergan Finance LLC or Allergan plc had involvement with generic opioids.<br><br>Officers & Directors of Generic Entities:<br><br>Based on a review of reasonably available documents, we have identified the following persons as directors and officers of some of the entities identified above.<br><br>**Watson Pharma, Inc.**<br><br>7-24-2012:<br><br>Director: Paul M. Bisaro;<br><br>Officers: Paul M. Bisaro, G. Frederick Wilkinson, Robert A. Stewart, R. Todd Joyce, David A. Buchen, Ranjana B. Pathak, Andrew Boyer, Charles M. Mayr, Lynne Amato, Thomas R. Griffin, Tim Callahan, Diane Miranda, Kathleen Reape, Allan Slavsky, Michael W. Carr, Sigurd C. Kirk, James O'Brien, James A. Williamson, Brett W. Hagardorn.<br><br>*See* ALLERGAN_MDL_03367292<br><br>8-30-2013:<br><br>Director: Paul M. Bisaro;<br><br>Officers: Paul M. Bisaro, G. Frederick Wilkinson, Robert A. Stewart, R. Todd Joyce, David A. Buchen, Ranjana B. Pathak, Andrew Boyer, Charles M. Mayr, Lynne Amato, Thomas R. Griffin, Tim Callahan, Kathleen Reape, Allan Slavsky, Michael W. Carr, Sigurd C. Kirk, James O'Brien, James A. Williamson, Brett W. Hagardorn, John Larocca.<br><br>*See* ALLERGAN_MDL_03367295.<br><br>**Watson Laboratories, Inc.** |

| NO | Topic | Response |
|---|---|---|
| | | 7-24-2012: <br><br> Director: Paul M. Bisaro; <br><br> Officers: Paul M. Bisaro, G. Frederick Wilkinson, Robert A. Stewart, R. Todd Joyce, David A. Buchen, Patrick G. Brunner, Charles D. Ebert, Ranjana B. Pathak, Nick Kerkhof, Gary Kozloski, Gary Holloway, Jeffery Regan, Beth Brennan, Kathleen Reape, Michael W. Carr, James O'Brien, James A. Williamson, Miguel A. Gomez, Brett W. Hagadorn, Roberta Loomar. <br><br> *See* ALLERGAN_MDL_03367294. <br><br> 8-30-2013 <br><br> Director: Paul M. Bisaro; <br><br> Officers: Paul M. Bisaro, G. Frederick Wilkinson, Robert A. Stewart, R. Todd Joyce, David A. Buchen, Patrick G. Brunner, Charles D. Ebert, Ranjana B. Pathak, Hafrun Fridriksdottir, Nick Kerkhof, Gary Kozloski, Gary Holloway, Jeffery Regan, Beth Brennan, Kathleen Reape, Michael W. Carr, James O'Brien, James A. Williamson, Miguel A. Gomez, Brett W. Hagadorn, John Larocca. <br><br> *See* ALLERGAN_MDL_03367296. |
| 43.3 | All involvement and communications Allergan plc has had with any of its subsidiaries involved in the licensing, manufacture, marketing, sale, or distribution of any opioid products, including Allergan plc's ownership interests in, control over, and financial interrelationships with any | Allergan plc "was established for the purpose of facilitating the business combination between Allergan Finance, LLC (formerly known as Actavis, Inc.) and Warner Chilcott plc." Allergan plc 2017 10-K at 3. Allergan Finance, LLC acquired Warner Chilcott plc in a stock-for-stock transaction in 2013. 5/19/2013 Actavis, Inc. 8-K at 9. After the transaction, Warner Chilcott and Allergan Finance, LLC each became wholly owned, indirect subsidiaries of Allergan plc. Allergan plc 2017 10-K at 3. <br><br> Allergan plc f/k/a Actavis plc is an Irish corporation and its only offices are located in Ireland. Allergan plc is a holding company that exists for the purpose of holding shares of other companies that manufacture and distribute prescription drugs rather than producing or selling its own goods or services. Allergan plc does not finance or control the daily affairs, including marketing or sales operations, of its subsidiaries. |

| NO | Topic | Response |
|---|---|---|
| | such subsidiaries, as well as how subsidiaries' management interacted with and reported to Allergan plc and how this changed over time. | The following individuals are or were the primary executives at Allergan Finance, LLC in the following categories at the specified time period:<br><br>**Watson Pharmaceuticals, Inc.**<br><br>Officers<br>(i)    Chief Executive Officer: Allen Chao (1999-2008), Paul Bisaro (2008-2012)<br>(ii)    Chief Financial Officer: Michael Boxer (1999-2002), Charles Slacik (2003-2007), Mark Durand (2008-2009), R. Todd Joyce (2010-2012)<br>(iii)    Chief Operating Officer: Fred Wilkinson (1999-2000), Joseph Papa (2001-2004), Robert Stewart (2010-2012)<br>(iv)    General Counsel: Robert Funsten (1999-2001), David Buchen (2002-2012)<br>(v)    Sales: Lynne Amato (1999, 2003-2009), Carolyn Logan (1999), Andy Boyer (2003-2012), Tim Callahan (2010-2012)<br>(vi)    Marketing: Lynne Amato (1999, 2003-2012), Carolyn Logan (1999), Andy Boyer (2003-2012)<br>(vii)    Compliance: Roberta Loomar (2008-2010), Deborah Penza (2011-2012)<br>(viii)    Sales or Marketing Training: None<br>(ix)    Government Affairs: G. Thomas Long (2004-2010), Charlie Mayr (2011-2012)<br>(x)    Medical Director: Gary Kozloski (2001-2012)<br>(xi)    Research and Development: Charles Ebert (1999-2012), Francois Menard (2007-2012)<br><br>Directors<br>(i)    Paul Bisaro (2007 - 2012)<br>(ii)    Christopher Bodine (2009 - 2012)<br>(iii)    Allen Chao (1983 - 2009)<br>(iv)    Michael Fedida (1995 - 2012)<br>(v)    Michael Feldman (1985 - 2012)<br>(vi)    Albert Hummel (1986 - 2012)<br>(vii)    Alec Keith (1991 - 2000)<br>(viii)    Catherine Klema (2004 - 2012)<br>(ix)    Jack Michelson (2002 - 2012) |

| NO | Topic | Response |
|----|-------|----------|
|    |       | (x)    Melvin Sharoky (1995 - 1998)<br>(xi)   Anthony Tabatznik (2009 - 2012)<br>(xii)  Ronald Taylor (1994 - 2012)<br>(xiii) Andrew Turner (1997 - 2012)<br>(xiv) Fred Weiss (2000 - 2012)<br><br>**Actavis, Inc.**<br><br>Officers:<br>(i)     Chief Executive Officer: Paul Bisaro (2013-2014), Brent Saunders (2015-2016)<br>(ii)    Chief Financial Officer: Todd Joyce (2013-2014), Tessa Hilado (2015-2016)<br>(iii)   Chief Operating Officer: Robert Stewart (2013-2016)<br>(iv)  General Counsel: David Buchen (2013-2014), A. Robert D. Bailey (2015-2016)<br>(v)    Sales: Andy Boyer (2013), Tim Callahan (2013), Siggi Olafsson (2013-2014), William Meury (2015-2016)<br>(vi)   Marketing: Andy Boyer (2013), Lynne Amato (2013), Siggi Olafsson (2013-2014), William Meury (2015-2016)<br>(vii)  Compliance: Debra Penza (2013-2014), Joseph Zimmerman (2014), Jonathon Kellerman (2015-2016)<br>(viii) Sales or Marketing Training: None<br>(ix)  Government Affairs: Charlie Mayr (2013-2014), Alex Kelly (2015-2016)<br>(x)    Medical Director: Gary Kozlowski (2013), Gavin Corcoran (2014-2016)<br>(xi)   Research and Development: Chuck Ebert (2013-2014), Hafrun Fridriksdottir (2013-2014), David Nicholson (2015-2016)<br><br>Directors<br>(i)     Paul Bisaro (2013-2014)<br>(ii)    Christopher Bodine (2013-2014)<br>(iii)   Michael Fedida (2013-2014)<br>(iv)  Michael Feldman (2013-2014)<br>(v)    Albert Hummel (2013-2014)<br>(vi)   Catherine Klema (2013-2014) |

| NO | Topic | Response |
|----|-------|----------|
| | | (vii)     Jack Michelson (2013-2014)<br>(viii)    Ronald Taylor (2013-2014)<br>(ix)     Andrew Turner (2013-2014)<br>(x)      Fred Weiss (2013-2014)<br><br>**Allergan Finance, LLC**<br><br>Officers<br>Allergan Finance, LLC's management structure is set forth in the Second Amended and Restated Operating Agreement of Allergan Finance, LLC (ALLERGAN_MDL_SUPP_00000326). This Operating Agreement identifies the following officers:<br>(i)      A. Robert D. Bailey<br>(ii)     Matthew M. Walsh<br>(iii)    Jonathon Kellerman<br>(iv)    Karen Ling<br>(v)      Alex Kelly<br>(vi)     William Meury<br>(vii)    Sigurd Kirk<br>(viii)   Marc Princen<br>(ix)     James D'Arecca<br>(x)      Sean Lennon<br>(xi)     David Nicholson<br>(xii)    Lynne Bolduc<br>(xiii)   Thomas Poche<br>(xiv)   Brian Anderson<br>(xv)    Riccardo Mancuso<br>(xvi)   Martin Shindler<br>(xvii)   Wayne Swanton<br>(xviii) Stephen M. Kaufhold<br>(xix)   Kira Schwartz<br>(xx)    Judith Tomkins |

| NO | Topic | Response |
|---|---|---|
| | | Directors<br>Allergan Finance, LLC does not have a Board of Directors. Allergan Finance, LLC instead has a two-person Board of Managers that is comprised of A. Robert D. Bailey and Matthew M. Walsh.<br><br>**Allergan plc Board & Executive Leadership Team:**<br><br>**10-02-2013**[7]<br><br>Directors:<br>    (i)    Paul M. Bisaro<br>    (ii)    James H. Bloem<br>    (iii)    Christopher Bodine<br>    (iv)    Tamar D. Howson<br>    (v)    John A. King<br>    (vi)    Catherine M. Klema<br>    (vii)    Jiri Michal<br>    (viii)    Jack Michelson<br>    (ix)    Sigurdur Oli Olafsson<br>    (x)    Patrick J. O'Sullivan<br>    (xi)    Andrew L. Turner<br>    (xii)    Fred G. Weiss<br><br>**Current Leadership:**<br><br>Executive Leadership Team:<br>    (i)    Brenton L. Saunders, Chairman, President and CEO<br>    (ii)    William Meury, EVP & Chief Commercial Officer<br>    (iii)    Matt Walsh, EVP & Chief Financial Officer<br>    (iv)    A. Robert D. Bailey, EVP & Chief Legal Officer and Corporate Secretary<br>    (v)    Karen L. Ling, Esq., EVP & Chief Human Resources Officer |

---

[7] https://www.allergan.com/news/news/thomson-reuters/actavis-plc-names-board-of-directors

| NO | Topic | Response |
|----|-------|----------|
|    |       | (vi)    C. David Nicholson, PhD, EVP & Chief R&D Officer<br>(vii)    Alex Kelly, EVP & Chief Communications Officer<br>(viii)    Wayne R. Swanton, EVP, Global Operations<br><br>Directors<br>  (i)      Nesli Basgoz, M.D.<br>  (ii)     Joseph H. Boccuzi<br>  (iii)    Christopher W. Bodine<br>  (iv)    Adriane M. Brown<br>  (v)     Christopher J. Coughlin<br>  (vi)    Carol Anthony (John) Davidson<br>  (vii)   Michael E. Greenberg, PhD<br>  (viii)   Thomas C. Freyman<br>  (ix)    Catherine M. Klema<br>  (x)     Peter J. McDonnell, M.D.<br>  (xi)    Fred G. Weiss |