# Exhibit 10

```
 1                UNITED STATES DISTRICT COURT

 2           FOR THE NORTHERN DISTRICT OF OHIO

 3                     EASTERN DIVISION

 4                         -  -  -

 5   IN RE: NATIONAL PRESCRIPTION

 6   OPIATE LITIGATION              Case No.

 7                                  1:17-MD-2804

 8   APPLIES TO ALL CASES           Hon. Dan A.

 9                                  Polster

10   Case No. 1:17-MD-2804

11                         -  -  -

12                  January 17, 2019

13     HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

14                CONFIDENTIALITY REVIEW

15              Videotaped deposition of

16   DOUGLAS BOOTHE, held at 250 Hudson Street,

17   New York, New York, commencing at 9:00 a.m.,

18   on the above date, before Marie Foley, a

19   Registered Merit Reporter, Certified

20   Realtime Reporter and Notary Public.

21                         -  -  -

22              GOLKOW LITIGATION SERVICES

23       877.370.3377 ph | 917.591.5672 fax

24              Deps@golkow.com
```

```
                                                     Page 198
 1         Do you see that?
 2    A.   Yes.
 3    Q.   And then a little further down
 4  there's a question from you:  What can we
 5  do to reestablish our script level over
 6  26,000 per week?
 7    A.   Yes.
 8    Q.   And that was Kadian scripts?
 9    A.   It's not clear, but I think
10  that's a yes.  But it could be Kadian and,
11  by the way, generic Kadian.  I believe in
12  the August of 2011 time frame, there was
13  generic Kadian and our authorized generic.
14  So it's potential or probable it was both
15  combined, both branded Kadian and the
16  generic Kadian if, at that time, the
17  generic Kadian was available.
18    Q.   Okay.  And a little further down
19  you write:  Have we scratched any ideas
20  around speakers forums?
21         Do you see that?
22    A.   Yes.
23    Q.   And, had you scratched any ideas
24  around speakers forum at that time for the
```

```
                                                     Page 199
 1  promotion of Kadian?
 2    A.   I don't know.
 3    Q.   You don't recall learning that?
 4    A.   I think that's why I asked the
 5  question had we.  I was asking Nathalie,
 6  this is something the team was
 7  considering.  I don't know if they did or
 8  didn't or if they were or they weren't.
 9    Q.   Okay.  Do you recall whether or
10  not Actavis used speakers forums to
11  promote Kadian at any time?
12    A.   I don't believe we ever did.
13    Q.   Okay.  Do you recall any
14  discussions about that?
15    A.   There may have been discussions
16  I may or may not have been part of.  But,
17  again, at the end of the day, I don't
18  believe we ever did speakers forums for
19  this product.
20         I mean, we had a very finite
21  period of time from when we acquired the
22  asset to when we expected the generic
23  market to form.  It's about six quarters.
24  So I -- we never were significantly
```

```
                                                     Page 200
 1  invested.  That's why we used a contract
 2  sales organization.  We tried to, again,
 3  slow down the rate at which prescriptions
 4  were declining.  That was our plan.
 5    Q.   The contract sales organization
 6  inVentiv?
 7    A.   Correct.
 8    Q.   And, do you recall using
 9  speakers forums for other opioid products?
10         MS. WELCH:  Objection to form.
11    A.   We didn't -- I don't think we
12  ever -- well, we had plans to potentially
13  do some sort of speaker forum on the
14  Moxduo product, but that never got
15  approved by the FDA.  So the programs
16  never went into -- into place.  We had
17  done prelaunch planning on that.  And
18  those are the only two items, both the
19  Kadian brand and the potential Moxduo,
20  which would have been in promotional
21  activities of Actavis.  Moxduo was never
22  approved, and I don't believe we ever did
23  speaker forums on Kadian.
24         MS. BAIG:  Okay.  Good time to
```

```
                                                     Page 201
 1  take lunch.
 2         MS. WELCH:  Okay.
 3         MS. BAIG:  How much time would
 4  you like?
 5         MS. WELCH:  45 minutes.
 6         MS. BAIG:  Sure.
 7         THE VIDEOGRAPHER:  We're going
 8  off the record.
 9         The time is 12:29 p.m.
10         (Luncheon recess taken.)
11              - - -
12       A F T E R N O O N   S E S S I O N
13              - - -
14         THE VIDEOGRAPHER:  We're going
15  back on the record.
16         The time is 1:17 p.m.
17         MS. BAIG:  So, we'll have this
18  document marked as the next exhibit,
19  please.
20         It's Bates stamped
21  ACTAVIS1025294 through '297.  It
22  starts as an email from Jennifer
23  Altier to Erin Faucette and Liz Reese
24  at an organization named Technekes.
```