# Exhibit 11

# Organizational Chart

**Page 8 — Actavis (Actavis Holdco US, Inc.)**

- **Teva Pharmaceuticals USA Inc.**
  - **Actavis Holdco US, Inc. (US)**
    - Makoff R&D Laboratories, Inc. (California)
      - R&D Pharmaceutical, Inc. (California)
      - R&D Ferrlecit Capital Resources, Inc. (California)
      - R&D Research & Development Corp. (California)
      - R&D New Media Services, Inc. (California)
    - Royce Laboratories, Inc. (Florida)
      - Royce Research Group, Inc. (Florida)[1]
      - Royce Research & Development Limited Partnership I (Florida)
    - The Rugby Group, Inc. (New York)
      - Watson Laboratories, Inc. Ohio (New York)
      - Rugby Laboratories, Inc. (New York)
    - Watson Pharmaceuticals (Asia) Ltd. (BVI)
      - WP Holdings, Ltd. (BVI) — %25 → Changzhou Siyao Pharmaceuticals Co., Ltd. (China)
      - Watson Pharmaceuticals, China Ltd (BVI)
        - Med All Enterprise Consulting (Shanghai) Co. Ltd. (China)
    - Nicobrand Limited (Northern Ireland)
      - Watson Pharmaceuticals International, Ltd. (BVI)
      - Watson Diagnostics, Inc. (Delaware)
    - Actavis Laboratories NY, Inc. [Copiague] New York
      - Circa Pharmaceuticals West, Inc. 12/3/97 (California)
      - Circasub (New York)
    - Andrx LLC (Delaware)
      - Andrx Labs LLC (Delaware)
      - RxAPS, Inc. (Florida)
      - Andrx Pharmaceuticals Sales and Marketing, Inc. (Florida)
      - Andrx Pharmaceuticals, LLC (Delaware)
      - Andrx Pharmaceuticals Equipment #1, LLC (Florida)
      - Andrx Laboratories (NJ) Inc. (Delaware)
      - Andrx Pharmaceuticals, (NC) Inc. (Florida) 2
      - Andrx Pharmaceuticals, (NC) Equipment LLC (Delaware)
      - Watson Management Corporation (Florida)
      - Watson Therapeutics, Inc. (Florida)
      - Actavis Laboratories FL, Inc. (Florida) — %50.74 → Actavis Puerto Rico Holdings Inc. (Delaware)*
      - Andrx South Carolina I, Inc. (South Carolina)
      - SR Six, Inc. (Florida)
      - Andrx Pharmaceuticals (Mass), Inc. (Florida)
    - Watson Manufacturing Services, Inc. (Delaware)
    - Actavis Laboratories UT, Inc. (Delaware)
      - Coventry Acquisition, LLC (Delaware)
      - Natrapac, Inc. (Utah)
    - Cobalt Laboratories, LLC (Delaware) — %10.91 → Actavis Puerto Rico Holdings Inc. (Delaware)*
    - Watson Laboratories, Inc. [Corona] (Nevada)
      - Watson Pharma Private Ltd. (India)
      - Watson Laboratories, LLC (Delaware) — %33.3 → Actavis Puerto Rico Holdings Inc.
      - Actavis US Holding LLC (Delaware)
        - Actavis LLC (Delaware)
        - Actavis South Atlantic LLC (Delaware)
        - Actavis Kadian LLC (Delaware)
        - Actavis Elizabeth LLC (Delaware)
        - Actavis Mid Atlantic LLC (Delaware)
        - Actavis Totowa LLC (Delaware)
    - Watson Cobalt Holdings, LLC (Delaware) — %99.9 → Actavis Puerto Rico Holdings Inc.
    - Actavis Pharma, Inc. (Delaware) — %0.1
      - Actavis Pharmaceuticals NJ, Inc. (Delaware)
      - Watson Laboratories, Inc. (Connecticut)
      - Watson Laboratories, Inc. [Arizona] (Delaware)
      - Schein Pharmaceutical International, Inc. (Delaware)
        - Schein Pharmaceutical Ltd (Bermuda)
      - Watson Laboratories, Inc. (Delaware)
      - Schein Bayer Pharmaceutical Services, Inc. (Delaware)
      - Marsam Pharma, LLC (Delaware)
      - MSI Inc. (Delaware)

*Actavis Puerto Rico Holdings Inc. (Delaware):
- Actavis, Inc. owns 0.29%
- Watson Laboratories, Inc. (Delaware) owns 0.29%
- Actavis Pharma, Inc. (Delaware) owns %4.42

1. Royce Research Group, Inc was merged to Royce Laboratories, Inc.(Florida)