# Exhibit 16

# Allergan

**Allergan plc and Subsidiaries**
**At March 31, 2016**
*Prepared by Carina Sinclair, Tax Department*

**Legend:**
- Corporation (rectangle)
- Entity treated as a disregarded entity for US tax purposes (oval)
- Partnership (triangle)
- Entity treated as a partnership for US tax purposes
- Entity treated as a corporation for US tax purposes

**Allergan plc** (f/k/a Actavis plc) — EIN: 98-1114402 (Ireland)
  - 100% → **Warner Chilcott plc.** — EIN: 98-0626948 (Ireland)
    - 100% → **Warner Chilcott Limited** — EIN: 98-0496358 (Bermuda)
      - 100% → **Warner Chilcott Holdings Company II, Limited** — EIN: 98-0496359 (Bermuda)
        - **Warner Chilcott Holdings Company III, Limited** — EIN: 98-0546744 (Bermuda)
          - 100% → **Actavis Ireland Holding Limited** — EIN: 98-1114409 (Ireland) — 77.91%
          - 22.09% → **Actavis Capital S.à r.l.** (f/k/a Actavis WC Holding S.à r.l.) — EIN: 98-1114526 (Luxembourg)
      - 100% → **Actavis WC 1 S.à r.l.** (f/k/a WC Luxembourg S.à r.l.) — EIN: 98-1011638 (Luxembourg)
        - 100% → **Actavis WC 2 S.à r.l.** (f/k/a WC Luxco S.à r.l.) — EIN: 98-0620515 (Luxembourg)
          - 100% → **Warner Chilcott Intermediate (Ireland) Limited** — EIN: 98-0447728 (Ireland)
          - 100% → **Actavis WC 3 S.à r.l.** (f/k/a WC Luxco Holdings S.à r.l.) — EIN: 98-0636968 (Luxembourg)
            - 100% → **Warner Chilcott (Ireland) Limited** — EIN: 98-0449529 (Ireland)
            - 100% → **Warner Chilcott Australia Pty. Ltd.** — EIN: 98-0638750 (Australia)
            - 100% → **Warner Chilcott Nederland B.V.** — EIN: 98-0636974 (Netherlands)

**Actavis Capital S.à r.l.** connections:
- 100% "APIL" → **Allergan Pharmaceuticals International Ltd.** (f/k/a Aptalis Pharma Ltd.) — EIN: 98-0466606 (Ireland) — Acquired by Actavis Capital Sarl on March 30, 2016
  - 100% → **WC Pharmaceuticals I Limited** — EIN: 98-0621416 (Gibraltar)
    - 100% → **WC Pharmaceuticals II Limited** — EIN: 98-0621417 (Gibraltar)
    - 100% → **Warner Chilcott Company, LLC** — EIN: 66-0638938 (Puerto Rico)
      - 100% → **Warner Chilcott Finance LLC.** — EIN: 21-5731161 (Delaware)
- 100% → **Actavis W.C. Holding Inc.** — EIN: 33-1230081 (Delaware) — Pref shares owned by Actavis Capital S.à r.l.
  - Swiss Branch — Feb 22, 2016
  - 99.9999% Actavis Capital Sarl Limited Partner → **Actavis Funding SCS** — EIN: 98-1177603 (Luxembourg) May 28, 2014 — **0.0001% by AIHS General Partner**
  - 100% → **Oculeve, Inc.** — EIN: 45-3124046 (Delaware) — Acquired August 10, 2015
  - 100% → **Naurex Inc.** — EIN: 29-0775044 (Delaware) — Acquired August 28, 2015
  - 100% → **AqueSys, Inc.** — EIN: (Delaware) — Acquired October 19, 2015
  - 100% → **Anterios, Inc.** — EIN: (Delaware) — Acquired January 7, 2016
  - 100% → **Kythera Biopharmaceuticals, Inc.** — EIN: 03-0552903 (Delaware) — Acquired October 1, 2015
    - 100% → **Kythera Holdings Ltd.** (Bermuda)
    - 100% → **Kythera Biopharmaceuticals (Europe) Ltd.** (UK)
    - 100% → **Kythera Biopharmaceuticals Australia Pty Ltd.** (Australia)
  - 100% → **ALLERGAN, INC.** — See separate org chart Page 6
  - 100% → **DURATA THERAPEUTICS, INC.** — See separate org chart Page 2
  - 100% → **ACTAVIS INC.** — See separate org chart Page 2
  - 100% → **Warner Chilcott Corporation** — EIN: 11-3738429 (Delaware)
    - 100% → **Warner Chilcott (US) LLC** — EIN: 22-3426958 (Delaware)
    - 100% → **Warner Chilcott Leasing Equipment Inc.** — EIN: 27-2616174 (Delaware)
    - 100% → **Warner Chilcott Sales (US) LLC** — EIN: 80-0479718 (Delaware)
  - 100% → **FOREST / FURIEX** — See separate org chart Page 5

- **Tango US Holdings Inc.** — EIN: 47-1224902 (Delaware) February 13, 2014
  - 83.3% → **Forest Laboratories, LLC** — EIN: 47-1225595 (Delaware) — 16.7% owned by Allergan Holdings, Inc.
    - 100% → **FRX Churchill Holdings, Inc.** — EIN: 46-4803325 (Delaware)
      - 100% → **Aptalis Holdings, Inc.** — EIN: 74-3249874 (Delaware)
        - **APTALIS DOMESTIC** — See separate org chart Page 5
        - 24.92% Aptalis Holdings, Inc., Limited Partner

- **Actavis Finance S.à r.l.** — EIN: 98-1132938 (Luxembourg)
  - 100% → **Actavis Finance S.à r.l. Co.** — EIN: 98-1134580 (Florida)
  - 100% → **Aptalis Pharma Ltd.** (f/k/a Allergan Pharmaceuticals International Ltd.) (Ireland) — Purchased from API 12/21/15
    - 100% → **AHI CV HoldCo, LLC** (Delaware) — Purchased from Aptalis Holdings Inc. on 12/23/15
  - 75.08% Actavis Capital Sarl Limited Partner / 0.00004% AHI CV HoldCo, LLC General Partner → **AHI C.V.** — EIN: 98-1183212 (NL incorporated, Bermuda resident)
    - 100% → **Allergan AHI S. àr.l.** (Luxembourg) — DI: March 7, 2016
      - 100% → **Ireland Actavis Finance Limited** — EIN: 98-1208287 (Ireland)
    - 100% → **Actavis Luxembourg International S. àr.l.** — EIN: 98-1208271 (Luxembourg)
      - 100% → **Actavis International Holding S.à r.l.** (f/k/a Watson Pharma International Holding S.à r.l.) — EIN: 98-1082874 (Luxembourg)

- 100% → **Allergan Medical GmbH** — EIN: 98-0592325 (Switzerland) 0491
- 100% → **Allergan Ukraine, LLC** (Ukraine) — DI: Dec 24 2015 — Aptalis Holding BV owns 1%
- 100% → **Allergan SK s.r.o.** (Slovakia) — DI: Jan 21 2016 — Aptalis Holding BV owns 15%
- 100% → **Allergan S.R.L.** (Romania) — DI: Feb 24 2016 — Aptalis Holding BV owns 5%
- 100% → **Allergan Bulgaria EOOD** (Bulgaria) — DI: Jan 26 2016
- 100% → **Allergan d.o.o. Beograd** (Serbia) — DI: Jan 20 2016
- 100% → **Allergan Hungary Kft.** (Hungary) — DI: February 24, 2016
- 100% → **Allergan Baltics, UAB** (Lithuania) — DI: Jan 4 2016 — Aptalis Holding BV owns 1%
  - 100% → **Allergan Baltics, UAB Eesti filiaal** (Estonia) — Feb 2, 2016
  - 100% → **Allergan Baltics, UAB Latvijas filiālē** (Latvia) — Feb 5, 2016
- 100% → **Allergan CZ s.r.o.** (Czech Republic) — DI: Feb 17 2016
- 100% → **Warner Chilcott Pharmaceuticals B.V.B.A.** — EIN: 98-0640807 (Belgium)
- 100% → **Warner Chilcott France SAS** — EIN: 98-0636983 (France)
- 100% → **Warner Chilcott Italy S.r.l.** — EIN: 98-0636977 (Italy)
- 100% → **Actavis Pharma Iberia S.L.U.** (f/k/a Warner Chilcott Iberia S.L.) — EIN: 98-0640726 (Spain)
- 100% → **Warner Chilcott Pharmaceuticals S.à r.l.** — EIN: 98-021184/6 (Switzerland)

**Bottom row (100% each):**
- **Aptalis Netherlands B.V.** — EIN: 98-1183893 (Netherlands)
  - 100% → **APTALIS FOREIGN GROUP** — See separate org chart Page 5
- **Robin Hood Holdings Ltd.** — EIN: 98-0652122 (Malta)
  - 100% → **ARROW GROUP** — See separate org chart Page 3
- **Paomar plc** (Cyprus)
  - 100% → **SPECIFAR** — See separate org chart Page 3
- **Actavis Pharma Pty Ltd.** — EIN: 98-0698780 (Australia)
  - 100% → **ASCENT GROUP** — See separate org chart Page 3
- 100% → **ACTAVIS NON-US GROUP** — See separate org chart Page 4
- **Actavis Acquisition 2 S.à r.l.** (f/k/a Watson Pharma Actavis S.à r.l.) — EIN: 98-1082425 (Luxembourg)
  - 100% → **UTERON GROUP** — See separate org chart Page 4









Allergan plc and Subsidiaries At March 31, 2016 Tango US Holdings Inc. including Forest, Aptalis and Furiex

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ALLERGAN_MDL_01373720

