# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br>)<br>)<br>This document relates to: )<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-op-45090 )<br>)<br>)<br>and )<br>)<br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 1:18-op-45004 )<br>)<br>) | MDL No. 2804<br><br>Hon. Judge Dan A. Polster |

## [PROPOSED] ORDER GRANTING DEFENDANTS ALLERGAN PLC, ALLERGAN FINANCE, LLC, ALLERGAN SALES, LLC, AND ALLERGAN USA, INC.'S INDIVIDUAL MOTION FOR SUMMARY JUDGMENT

Upon consideration of Defendants Allergan plc, Allergan Finance, LLC, Allergan Sales, LLC, and Allergan USA, Inc.'s Individual Motion for Summary Judgment, the opposition thereto, and the reply in support thereof, it is hereby:

**ORDERED** that Defendants Allergan plc, Allergan Finance, LLC, Allergan Sales, LLC, and Allergan USA, Inc.'s Individual Motion for Summary Judgment is **GRANTED**.

The clerk is directed to **ENTER JUDGMENT** for Defendants Allergan plc, Allergan Finance, LLC, Allergan Sales, LLC, and Allergan USA, Inc. on all claims against them in the actions identified in the caption above.

_____
Hon. Dan A. Polster
United States District Judge