UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br>*This document relates to:*<br>Track One Cases | MDL 2804<br>Case No. 17-md-2804<br>Hon. Dan Aaron Polster |

### PLAINTIFFS' MOTION FOR PARTIAL SUMMARY ADJUDICATION THAT DEFENDANTS DID NOT COMPLY WITH THEIR DUTIES UNDER THE FEDERAL CONTROLLED SUBSTANCES ACT TO REPORT SUSPICIOUS OPIOID ORDERS AND NOT SHIP THEM

Pursuant to Federal Rule of Civil Procedure 56, Track One Plaintiffs ("Plaintiffs"), by their undersigned counsel, respectfully move for partial summary adjudication that Defendants did not comply with their duties under the federal controlled substances act to report suspicious opioid orders and not ship them.  As set forth in the accompanying Memorandum of Law, the undisputed evidence shows that Defendants did not comply with the Controlled Substances Act and its implementing regulations. In particular, they did not maintain effective controls against diversion, did not design and operate systems to detect suspicious orders, did not report suspicious order to the federal Drug Enforcement Administration when detected, and/or did not suspend shipment of suspicious orders unless and until they could determine that diversion was  unlikely.

In support of this motion, Plaintiffs submit Plaintiffs' Memorandum of Law dated June 28, 2019, a Summary Sheet, and Exhibits 1 through 479, which are being filed contemporaneously with this motion.

WHEREFORE, for the reasons set forth in detail in Plaintiffs' Memorandum of Law, Plaintiffs respectfully request that this Court enter an Order granting this Motion in its entirety and finding that Defendants' conduct was in violation of the Controlled Substances Act.

Dated: June 28, 2019

Respectfully submitted,

/s/ *Paul J. Hanly, Jr.*
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701
(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY  10017
(212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

*Counsel for Plaintiff Cuyahoga County, Ohio*

Linda Singer
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
(202) 386-9626 x5626
(202) 386-9622 (Fax)
lsinger@motleyrice.com

*Counsel for Plaintiff Summit County, Ohio*