# EXHIBIT 3

Highly Confidential - Subject to Further Confidentiality Review

Page 372

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

*************************

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-MD-2804 |
| This document relates to: | |
| The County of Summit, Ohio, et al v. Purdue Pharma L.P., et al Case No. 1:18-OP-45090 | Hon. Dan A. Polster |
| The County of Cuyahoga v. Purdue Pharma L.P., et al Case No. 17-OP-45004 | |

*************************

HIGHLY CONFIDENTIAL - SUBJECT TO

FURTHER CONFIDENTIALITY REVIEW

VIDEOTAPED DEPOSITION OF DAVID CUTLER, Ph.D.


Saturday, April 27th, 2019

8:06 a.m.

Held At:

Robins Kaplan LLP
800 Boylston Street
Boston, Massachusetts


REPORTED BY:

Maureen O'Connor Pollard, RMR, CLR, CSR

Page 593

1  not can we explain more of differences in crime.
2  So the issue here is not whether the R-squared
3  increases from 79 percent and 78 percent, both
4  of which are obviously very high numbers; the
5  issue is whether they would affect the
6  coefficients on the shipment variables.  And
7  that is not just a statement that says -- you
8  can't tell the impact on the shipment variable
9  just by saying if I included that variable,
10  would it help to explain changes in crime.  That
11  by itself does not tell you anything about
12  whether the coefficient on the shipment variable
13  would change.
14  BY MR. KNAPP:
15     Q.  Sitting here right now, you don't know
16  how any of these factors would impact the
17  coefficient on shipments, correct?
18     A.  As --
19         MR. KO:  Object to form.
20     A.  As a theoretical matter, you cannot
21  say how these variables would affect the
22  shipment coefficient.  And because the data, to
23  the best of my knowledge of them, do not exist
24  to measure them, I cannot do an estimate to say

Page 594

1  how including these would affect the coefficient
2  estimate.
3         So that is, like everything, an issue
4  associated with a regression, which is that it
5  has -- it can only tell about the things it has.
6         But I again want to emphasize, just
7  saying that these variables matter is not --
8  would matter is not the issue here.  It's more
9  involved than that.
10  BY MR. KNAPP:
11     Q.  Let's look at Appendix 3.J in your
12  report.  I want to start with Table J.1.  And we
13  talked a bit about this yesterday.  What is your
14  understanding of where these percentages come
15  from in Table J.1?
16     A.  These percentages were given to me by
17  counsel who said that they were the output of
18  Mr. McCann's analysis.
19     Q.  Have you looked at Mr. McCann's
20  report?
21     A.  I have not looked at Mr. McCann's
22  report.
23     Q.  Do you know if any of these
24  percentages are actually in Professor McCann's

Page 595

1  report?
2     A.  I have not looked at Mr. McCann's
3  report, so I can't answer that question.
4         MR. KO:  I don't know for sure, Tim,
5  but I think he's not a professor.
6         MR. KNAPP:  I'm elevating him.
7     A.  After this, Mr. Knapp, we may choose
8  to make you a professor.
9  BY MR. KNAPP:
10     Q.  Depends upon the subject, I don't
11  know.  We'll have to see.
12     A.  I don't know, you seem to have a
13  knowledge of econometrics that is quite
14  impressive.
15     Q.  Oh, well, I appreciate that.  Thank
16  you very much.
17         MR. KO:  So complimentary.
18  BY MR. KNAPP:
19     Q.  I would say the same about you,
20  Professor Cutler.
21     A.  But not about my knowledge of law,
22  that I assure you.
23  BY MR. KNAPP:
24     Q.  Okay.  Well, let me just start with

Page 596

1  this.
2         We received an e-mail from your
3  counsel identifying the supplemental report of
4  Dr. McCann as the source of the figures in Table
5  J.1, okay?
6         I'm going to hand you that
7  supplemental report as Cutler Exhibit 15, and
8  I'd ask you to identify for me where these
9  percentages come from.
10         (Whereupon, Cutler Exhibit Number 15
11         was marked for identification.)
12     A.  Do you want me to look through the
13  whole report to find these?
14  BY MR. KNAPP:
15     Q.  I'm just asking you if you can
16  identify them anywhere in the report.
17     A.  So as I just said, I have not seen the
18  deposition -- excuse me, the expert report of
19  Dr. McCann before this.  So I would be happy to
20  look through the report to do that, and I would
21  be more than willing to do that, but I don't
22  know offhand where in the report these numbers
23  would have come have.
24     Q.  You know what, it's a short report,