# EXHIBIT 10

```
                                                             Page 1
 1        IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION
                         MDL No. 2804
 2                     Case No. 17-md-2804
 3                       THIS RELATES TO:
 4
 5     CITY OF CLEVELAND, OHIO, ETAL VS. PURDUE PHARMA L.P.
 6                ET AL CASE NO. 18-OP-45132
 7
 8       THE COUNTY OF CUYAHOGA, OHIO, ET AL VS. PURDUE
 9         PHARMA L.P., ET AL CASE NO. 18-OP-45090
10
11      THE COUNTY OF SUMMIT, OHIO, ET AL VS. PURDUE PHARMA
12                L.P., ET AL CASE NO. 17-OP-45004
13
14
15                      VIDEO DEPOSITION OF
16
17                         MAGGIE KEENAN
18
19
20                       JANUARY 18, 2019
21
22     DEPOSITION HELD AT CLIMACO, WLICOX, PECA & GAROFOLI
23                       55 PUBLIC SQUARE
24
25                       CLEVELAND, OH 44113
```

Page 130

1  back on the record.
2  Q  (Mr. Keyes) Miss Keenan, turning your
3  attention to the prosecutor line on this chart.
4  A  Yes.
5  Q  Do you how any of the figures for that
6  line were calculated?
7  A  Um, no, I do not.  I was not part of the
8  calculation.  That was done by the attorneys.
9  Q  This refers to prosecutors who prosecute
10 criminal cases, correct?
11 A  Again, I wasn't part of it, but I do not
12 believe that that would be exclusive to criminals or
13 prosecutors who prosecute criminal defendants.
14 Q  You said there are prosecutors who
15 prosecute criminal cases and prosecutors who are
16 involved in trying to remove children from their
17 homes?
18 A  That's correct.  And we have prosecutors
19 who are involved in tax foreclosures.
20 Q  Is the time spent by prosecutors on
21 prosecuting tax foreclosures included in that line
22 item?
23 A  That I can't answer.
24 Q  Is the time a prosecutor spent prosecuting
25 criminal case included in this line?

Page 131

1       MR. BADALA:  Are you done with that
2  answer?
3  A  No. I can't answer that.  I was not part
4  of this calculation, this was done by the experts.
5  Q  (Mr. Keyes) Okay.  The prosecutors you
6  said though line item includes the personnel cost of
7  prosecutors, correct?
8  A  I can definitively would say this include
9  some personnel cost, yes.
10 Q  The prosecutors you described three
11 things, they prosecute criminal cases, correct?
12 A  That's correct.
13 Q  Where the defendants have been accused of
14 a crime?
15 A  That is correct.
16 Q  They prosecute tax foreclosure cases,
17 correct?
18 A  That is correct.
19 Q  Do the tax foreclosure cases have anything
20 to do with prescription opioids?
21 A  They might.
22 Q  Do you know?
23 A  I do not know for sure, no.
24 Q  And you said the prosecutors are involved
25 in cases to remove children from their homes?

Page 132

1  A  Yes.  They are also involved in cases of
2  child support, and they also, the prosecutor's
3  office has a civil division.  So that's the civil
4  attorneys represent the county.
5  Q  And given the prosecutors fulfill those
6  different functions, what are the specific harms
7  incurred by Cuyahoga County because of the opioid
8  problem related to prosecutors?
9  A  That's identified in this table.
10      So, for example, in 2017, the harm to
11 the county prosecutor's office was $5 million.
12 Q  Okay.  But, ma'am, you keep switching back
13 and forth between the chart.  When I ask you a
14 question about the chart, you say I wasn't involved
15 in the chart, I don't know how the numbers are
16 prepared.
17      So I'm not asking you to look at the
18 chart.  I'm saying as the corporate representative
19 on the damages topic, where I ask you to tell me
20 what the damages are.  You went through a list and
21 one of the items on your list was prosecutors.  So
22 I'm asking you with respect to prosecutors, what are
23 the harms incurred by Cuyahoga County relating to
24 the opioid epidemic, tell me what they are?
25      MR. BADALA:  Objection, asked and answered

Page 133

1  just for the record, she was going through the chart
2  and saying she made a list.
3  A  This exhibit identifies the county damages
4  for the prosecutor's office, for the period 2006
5  through 2017.  We have identified $50 million that
6  is the harm that has been caused to the prosecutor's
7  office.
8  Q  (Mr. Keyes) What does that $50 million
9  measure, what is it?
10      MR. BADALA:  Objection to form.
11 Q  (Mr. Keyes) What are the components of
12 the costs that are included in that $50 million?
13      MR. BADALA:  Objection to form, asked and
14 answered.
15 A  I have answered that.  This table was
16 created by experts.  This is not in the county's,
17 this is outside the scope of what my role is as a
18 budget director, I'm sorry to cover that, and what
19 the county does.  We rely on experts.
20 Q  (Mr. Keyes) Okay.  Put the chart to the
21 side.  We don't need to look at the chart since you
22 know nothing about the chart.  So you can put the
23 chart to the side.
24 A  But my topic is damages.  If we are still
25 talking about damages, I'm going to refer to this