# EXHIBIT 13

```
 1            UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4            ~~~~~~~~~~~~~~~~~~~~
 5
 6   IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
     OPIATE LITIGATION
 7                                    Case No.
                                      17-md-2804
 8
                                      Judge Dan Aaron
 9                                    Polster
10   This document relates to:
11   The County of Summit, Ohio, et al. v. Purdue
     Pharma L.P., et al., Case No. 18-OP-45090
12
13            ~~~~~~~~~~~~~~~~~~~~
14
15
16          Videotaped Deposition of
17          GRETA JOHNSON, 30(b)(6)
18
              January 15, 2019
19                 8:30 a.m.
20
                 Taken at:
21
            Sheraton Suites Akron
22      1989 Front Street - Portage Room
              Cuyahoga Falls, Ohio
23
24
25        Stephen J. DeBacco, RPR
```

Page 194

1  personal contact with it, and I'm lucky.  I'm
2  lucky in that my family has not.  But it is
3  personal to me when parents and community
4  members come to their government looking for
5  answers, looking for help, those can't be
6  monetized.  Those can't be bullet-pointed,
7  because that loss of human capital and the loss
8  of trust in the community, in doctors, in
9  patient care, because they know now how their
10 kids started.  They know what caused this,
11 and -- and that is a harm that this community
12 will be trying to rebuild for decades.
13     Q.   Okay.  Ms. Johnson, what I'm asking
14 you right now is whether there are any injuries
15 for which Summit County is seeking damages in
16 this case that are not listed in the response
17 that appears on pages 15 to 17 of this exhibit.
18     A.   The medical --
19          (Telephonic interruption.)
20          MS. WINNER:  If you're on the
21 phone, if you would please put yourself on
22 mute.
23     A.   Are the increased costs to the
24 medical examiner's office listed here?
25     Q.   I'm sure it is.  If not, we'll come

Page 195

1  back to it.
2     A.   The other costs that I think should
3  be reflected -- and again, probably tough to
4  monetize -- is the compassion fatigue that our
5  first responders and treatment providers are
6  incurring, and sort of the resources that we're
7  trying to put toward that effort of making sure
8  that those folks are supported, that they don't
9  become overwhelmed by hopelessness, and that
10 they don't become overwhelmed by the sheer
11 volume and turn cold to it.
12          So there have been efforts to try
13 and address that, both through the medical
14 community and through the first responder
15 community and all of those things.  Any time
16 there's an investment of time, there's an
17 investment of treasure, and I think that that
18 is something that's missing.
19     Q.   Anything else?
20     A.   I think that there's also -- the
21 portion that talks about the loss of tax
22 revenue due to the decreased efficiency and
23 size of the working population, I read that as
24 we had a lot of people die, so our population
25 decreased.

Page 196

1          The other part of that, opioid
2  epidemic that impacts that, is that we have
3  created a new class of felons who cannot seek
4  certain employment and might not be able to
5  seek the employment they had prior to falling
6  victim to addiction.
7          So I think there's -- there is a
8  loss that's beyond just the physical presence
9  of people we've lost, but also the ability of
10 people to work in certain fields because of the
11 felonization of -- of this epidemic.
12     Q.   Anything else that's not on the
13 list?  An injury for which Summit County seeks
14 damages in this case?
15     A.   I think it could be argued that --
16 the very last bullet point is cost for child
17 services and foster care for opioid-dependent
18 babies and foster children, so that's just a
19 really small portion of it.
20          Our -- our Children's Service Board
21 had to seek an increase in their levy this
22 year.  And levy campaigns cost money.  And the
23 driving factor behind the request for increase
24 is the opioid epidemic.  And so the costs of
25 that campaign really to try and support this

Page 197

1  fundamental service I feel like could be
2  included with the Children's Services portion.
3     Q.   Anything else?  I'm not asking you
4  to explain anything that's here.  I'm going to
5  go --
6     A.   Sure.
7     Q.   -- through each item that's on the
8  list.  I just wanted to know if there's
9  anything else that's not on the list.
10    A.   I don't see anything that's
11 standing out right now.
12    Q.   Okay.  Well, let's go back to the
13 top of the list, then.
14    A.   Okay.
15    Q.   The first item is, "Losses caused
16 by the decrease in funding available for
17 Plaintiff's public services for which funding
18 was lost because it was diverted to other
19 public services designed to address the opioid
20 epidemic."
21         What public services -- for what
22 public services was funding lost because it was
23 diverted to other public service?
24    A.   Well, specifically in Summit County
25 we have deferred capital improvements.  We've

Page 198

1  deferred, you know, what I would call
2  enhancement projects, things meant to enhance
3  our community because our resources were
4  laser-focused on the opioid epidemic.
5        So where public health, for
6  instance, really would like to spend their time
7  promoting this T21 initiative that they have,
8  eliminating the ability for our youth to buy
9  tobacco products.  A lot of science behind how
10 tobacco can change your brain makeup and how
11 it's important to not do that at an early age.
12 I know that that is an initiative they take
13 really seriously and wanted to promote, but it
14 really takes a back seat to the opioid
15 strategies and -- and programs.
16        Additionally, in Summit County
17 we've got health issues like anyone else.  I
18 didn't know that diabetes was such a huge
19 health issue in Summit County.  It is.  It's
20 our number one health issue, outside of
21 addiction, that -- that public health was
22 targeting.  And -- and all of those things get
23 pushed to the side.  Those important community
24 initiatives get pushed to the side, because
25 when people are dying immediately, you know,

Page 199

1  it's -- it's all hands on deck for that.
2     Q.   So --
3     A.   Obvious- --
4     Q.   Go ahead.
5     A.   With law enforcement, we have
6  detectives who are, you know, responding to
7  overdose cases frequently.  And those, as we've
8  discussed, are incredibly difficult to
9  investigate for a myriad of reasons, and their
10 time is, therefore, tied up in those cases
11 rather than, you know, folks who have had their
12 home burglarized or their car stolen.
13        And we also have a lot of our
14 resources being put into things like our Quick
15 Response Teams that we never had to do before,
16 but we know that Quick Response Teams are
17 effective, and so we put money toward them.  So
18 the number of other things that don't get the
19 attention or the money that they typically
20 would or should get because we're busy trying
21 to save people's lives with -- with these
22 efforts.
23        I know that in the medical
24 examiner's office we have lost a stream of
25 revenue.  Our medical examiner's office used to

Page 200

1  perform several autopsies for outside agencies
2  for cost, and that was a stream of revenue that
3  we were able to help fund some of -- of the
4  operations there.  Can no longer do that
5  because we don't have the capacity to do it,
6  and our -- and the funds there have to go to
7  what's happening in front of them.
8        I know that we have used grant
9  dollars to help support the expansion of our
10 drug courts, that perhaps those dollars could
11 have been used in a prevention setting or could
12 have been used for some other law enforcement
13 purpose, but because of the need for increased
14 capacity in drug courts, we -- we have
15 designated grant dollars for that as well.
16        And -- and likewise, those judges,
17 their time that would normally have been spent
18 on a variety of different cases is focused
19 on -- on drug cases, and certainly a huge
20 percentage of which are opioids.
21        I'm trying to go around the county
22 in my mind.
23        I -- that's -- that's -- I think
24 that's where I'm at on that.
25     Q.   Well, you said -- let me take you

Page 201

1  through some of these.  This was -- has money
2  been taken away -- that was already allocated
3  to T21 taken away from it?
4     A.   I don't know that money was taken
5  away, but certainly focus.
6     Q.   How about money that was dedicated
7  to diabetes, whatever was going to be done
8  about diabetes, has anything been taken away
9  from that?
10    A.   I -- again, I think where you've
11 got time invested, you know, from people,
12 that's money.  So when you take people off of,
13 you know, particular initiatives and refocus
14 them on something else, that is a diversion
15 of -- probably not the right word -- that's a
16 shift in dollars.
17    Q.   Were specific people taken off
18 diabetes?
19    A.   I don't know that for sure.  I just
20 know that that's not something that they are
21 focused on.  I shouldn't say that.  That's
22 unfair.
23        I know that what is coming out of
24 public health frequently, and investments of
25 new dollars are going into are ways to mitigate

51 (Pages 198 - 201)

Page 202

1 harm, harm -- harm reduction for the opioid
2 crisis.
3    Q.   Okay.  What -- but this bullet
4 point talks funding being diverted to other
5 public services --
6    A.   Right.
7    Q.   -- so my question is, what was
8 their -- what was the specific funding or -- or
9 resources, whether it was particular people,
10 that -- that was supposed to be -- you know,
11 was allocated out for diabetes and got diverted
12 elsewhere?
13    A.   I don't -- I don't know how to
14 specifically answer what was allocated for
15 diabetes, but I know we spent $10,000 on
16 fentanyl strips.  $10,000 that could have been
17 spent on diabetes prevention.  $10,000 that
18 could have been spent on T21.  But because harm
19 reduction is so critical in our community,
20 $10,000 was spent on fentanyl strips.
21        The increase in dollars that are
22 being spent on the needle exchange.  Certainly
23 those are dollars that weren't previously being
24 spent on needle exchange, but because the
25 demand is so high and the harm reduction

Page 203

1 benefit of that is so great, that those dollars
2 are not being spent on those other things.
3    Q.   What -- in a -- in a law
4 enforcement category, you say that there are
5 people who are investigating over- --
6 overdoses.  Were those people who were
7 previously assigned to do something else
8 specifically, and if so, what?
9    A.   Well, there are two detectives in
10 the Summit County Sheriff's Office who are
11 general division detectives, but they respond
12 to any fatal overdose scene.  So that means
13 they leave their desk and whatever rape,
14 robbery or homicide they're working on and
15 their attention has to be focused on -- on this
16 overdose.
17        I know the City of Akron had two
18 detectives who were working in, you know,
19 the -- the drug unit who were earmarked
20 specifically to investigate overdose deaths
21 because there were so many.
22        That's to say nothing of all of the
23 other police officers throughout the county who
24 would be proactively policing and are spending
25 lots of time on calls for service regarding

Page 204

1 overdoses.
2    Q.   Are there any -- is -- is the -- is
3 Summit County seeking damages in this case for
4 injuries suffered by the City of Akron?
5        THE WITNESS:  Thank you.
6    A.   Well, I mean, we don't -- we are
7 separate entities, certainly.  Akron's in
8 Summit County, and what happens in Akron does
9 affect Summit County.  So an arrest that's made
10 in the City of Akron by Detective Leonard, that
11 becomes a Summit County case.  It's a felony.
12        So the City of Akron arrest goes
13 through Akron Municipal Court, comes to Summit
14 County Common Pleas court, goes through our
15 prosecutor's office, goes through our Common
16 Pleas court system, our drug court.  Our ADM
17 provides services.  Our health department
18 provides services.
19        So we're certainly separate
20 entities, but what happens with nearly half of
21 our population impacts what goes on in Summit
22 County.
23    Q.   Is Summit County seeking damages in
24 this case for injuries suffered by the City of
25 Akron?

Page 205

1        MS. FLOWERS:  Objection.  Asked and
2 answered.
3    A.   We're -- we're both independently
4 seeking our own damages, is the way I
5 understand the -- the case.
6    Q.   So if the -- if the City of Akron
7 police department suffers an injury, that's not
8 part of the injury for which Summit County is
9 seeking damages, correct?
10        MS. KEARSE:  Objection.
11    A.   Again, it's tough because you get
12 arrested in the city of Akron, you're coming to
13 the Summit County Jail.  So I -- I know that
14 they're -- that we're seeking -- we're two
15 separate plaintiffs, certainly, but the
16 aggregate harm, to me, is what I always come
17 back to.
18        You know, I will leave to the
19 lawyers to make the determination of -- of
20 where that line separates, but to me it's
21 difficult for me to separate out what happens
22 in Akron from what happens in Summit County
23 because they're the same thing.  Everything in
24 Akron is in Summit County.
25    Q.   Is the --