# EXHIBIT 14

```
 1            IN THE UNITED STATES DISTRICT COURT
 2                 NORTHERN DISTRICT OF OHIO
 3                      EASTERN DIVISION
 4
                    ~~~~~~~~~~~~~~~~~~~~
 5
 6      IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
        OPIATE LITIGATION
 7                                       Case No. 17-md-2804
 8                                       Judge Dan Aaron
        This document relates to:        Polster
 9
        The County of Summit, Ohio, et al.
10      v. Purdue Pharma L.P., et al.
        Case No. 17-OP-45004
11
        The County of Cuyahoga v. Purdue
12      Pharma L.P., et al.
        Case No. 18-OP-45090
13
        City of Cleveland, Ohio v. Purdue
14      Pharma L.P., et al
        Case No. 18-OP-45132
15
                    ~~~~~~~~~~~~~~~~~~~~
16
                   Videotaped deposition of
17                        BRIAN NELSEN
                           30(b)(6)
18
                       January 24, 2019
19                        9:08 a.m.
20
21                       Taken at:
                        Jackson Kelly
22            50 South Main Street, Suite 201
                        Akron, Ohio
23
24
25         Renee L. Pellegrino, RPR, CLR
```

Page 154

```
 1   A.   Let me think about that for a
 2 minute.
 3        MR. PENDELL:  And I'm just objecting
 4 to the form and scope, but you can go ahead.
 5   A.   You know, I am aware of some people
 6 -- I don't know that I'm going to say they ended
 7 up in the criminal justice system, but who
 8 either ended up in the hospital, or another
 9 gentleman I'm thinking actually lost a licensure
10 because of a situation like that.  And I'm
11 certainly not going to go into any detail on
12 those cases or who those people are.
13   Q.   But my question was specific.  Can
14 you point to anybody who used prescription
15 opioids, became addicted to opioids, then used
16 illicit or unlawful opioids and then entered the
17 criminal justice system, that is they were
18 charged with and prosecuted for a drug crime
19 involving opioids?
20        MR. PENDELL:  Objection.
21   Q.   Can you point to anyone?
22        MR. PENDELL:  Objection.  Form and
23 scope.
24   A.   Not off the top of my head do I
25 personally know somebody or can think that I
```

Page 155

```
 1 personally know somebody in that situation.
 2   Q.   Have you undertaken to determine the
 3 percentage of people who were convicted of a
 4 drug crime who used prescription opioids,
 5 developed an addiction, then used illicit
 6 opioids and then were charged with and convicted
 7 of a drug crime because of their use of illicit
 8 opioids?
 9        MR. PENDELL:  Objection.
10   A.   So, to me, these are interesting
11 questions as a -- personal questions as a
12 representative of Summit County.  I personally
13 cannot think of anybody in that situation, but
14 as I have talked with people that -- in the
15 county that deal with people in that situation,
16 the first person I'm thinking about is one of
17 the judges who runs the Turning Point program,
18 who told me that 71 out of the 85 people who
19 participated in that last year were there
20 because of an opioid addiction, and that, yes,
21 it is quite common for people to -- to use a
22 prescription opiate and eventually end up on an
23 illegal opiate substance and in the criminal
24 justice system.  So I have been told that
25 happens quite routinely.
```

Page 156

```
 1   Q.   Who is that judge?
 2   A.   That was Judge Joy Oldfield.
 3   Q.   That didn't answer my question at
 4 all.
 5   A.   To answer your question, I do not --
 6 I cannot, off the top of my head, personally
 7 think of somebody in that situation.
 8   Q.   That wasn't my question either.  I
 9 already asked that question and you said you
10 couldn't name anyone.
11        The question I just asked was, have
12 you undertaken to determine the percentage of
13 people who are in the criminal justice system
14 because they were convicted of a drug crime who
15 used prescription opioids, developed an
16 addiction to opioids, then used illicit opioids
17 and were then arrested and prosecuted because of
18 a drug crime involving opioids?
19        MR. PENDELL:  Objection to form.
20        MR. ARNOLD:  Objection to form.
21   Q.   Have you undertaken to do that?
22        MR. PENDELL:  Same objection.
23   A.   So your question is have I gone out
24 and surveyed all the prisoners in the jail to
25 ask them if they started out on prescription
```

Page 157

```
 1 opioids?
 2   Q.   Have you done anything to undertake
 3 that?
 4   A.   I don't know that that's my role
 5 with the county, to undertake something like
 6 that.
 7   Q.   Whether it's your role or not, have
 8 you undertaken to do that?
 9   A.   I have not.
10   Q.   Have you asked anyone else to do it?
11   A.   I have not.
12   Q.   To your knowledge, has anyone else
13 at Summit County studied that?
14   A.   I do not know.
15   Q.   Did the -- in 2018 did the ADM Board
16 create any new positions because of the opioid
17 problem?
18   A.   In the 2019 -- 2019 budget, the ADM
19 Board has requested an additional position.  I
20 do not know offhand if that is specifically
21 related to the opiate issue or not.
22   Q.   What is the new position it's
23 requested?
24   A.   I don't recall.  I just recall that
25 they were going from 20 employees to 21
```

40 (Pages 154 - 157)

Page 158

1 full-time employees.
2   Q. Has that request been granted?
3   A. Yes.
4   Q. How about in 2018; did the ADM Board
5 create any new position because of the opioid
6 problem in Summit County?
7   A. They did not, but let's not forget
8 the ADM Board is essentially a contracting
9 entity that essentially -- when it comes to
10 service providers, when it comes to addiction
11 treatment and all of those services, it's the
12 non-profits who contract with ADM who have added
13 positions and requested additional dollars to
14 deal with the opioid epidemic, not the ADM Board
15 itself.
16   Q. In 2018 did the ADM Board create any
17 new position because of the opioid problem in
18 Summit County?
19   A. They did not.
20   Q. How about in 2017?
21   A. They did not.
22   Q. 2016?
23   A. I do not believe.
24   Q. 2015?
25   A. I do not believe.

Page 159

1   Q. 2014?
2   A. I do not believe.
3   Q. 2013?
4   A. I don't recall that far back.
5   Q. In 2018 did the Children Services
6 Board create any new position because of the
7 opioid problem?
8   A. The Children Services Board, in
9 their 2019 budget request, has requested five
10 additional staffing positions for case managers.
11   Q. What is the status of that request?
12   A. It was approved as part of their
13 budget, and it was also part of their levy
14 increase request back in November to fund those.
15   Q. In 2018 did the Children Services
16 Board create any new positions because of the
17 opioid problem?
18   A. They did not. I think the
19 additional placement costs were consuming the
20 vast majority of any excess dollars they had.
21   Q. In 2017 did the Children Services
22 Board create any new positions because of the
23 opioid problem?
24   A. Same answer.
25   Q. The answer is no, they did not?

Page 160

1   A. That's correct.
2   Q. How about 2016?
3   A. No, they did not.
4   Q. 2015?
5   A. They did not.
6   Q. 2014?
7   A. They did not. And before that I
8 would have to say I don't recall.
9   Q. 2013?
10   A. Don't recall.
11   Q. How many new positions did the
12 prosecutor's office create in 2018 because of
13 the opioid problem?
14   A. So with the prosecutor's office, you
15 are talking about a -- an office that is
16 restricted in funding because of the general
17 fund restrictions on it and lack of funding for
18 it. I don't believe they added any positions in
19 2018.
20   Q. So did the prosecutor's office
21 create any new positions in 2018 because of the
22 opioid problem?
23   A. I do not believe so.
24   Q. How about in 2017?
25   A. I don't believe so.

Page 161

1   Q. How about 2016?
2   A. If we start getting back there, I
3 don't recall, because they also have a number of
4 grants that they receive.
5   Q. How about in 2015?
6   A. I don't recall.
7   Q. How about 2014?
8   A. I don't recall either.
9   Q. How about 2013?
10   A. I don't recall.
11   Q. Public defender's office; in 2018
12 did the public defender's office create any new
13 positions because of the opioid problem?
14   A. The public defender's office is not
15 a county agency. They're a private non-profit,
16 so I have no way -- I do not know.
17   Q. Did the court of common pleas create
18 any new positions in 2018 because of the opioid
19 problem?
20   A. The court of common pleas has in
21 2018 added additional probation officers.
22   Q. How many?
23   A. I'm going to say about eight.
24   Q. And to be clear, are you saying they
25 created eight new positions for probation

Page 162

1 officers or they filled slots?
2     A.   They created eight new positions for
3 probation officers.
4     Q.   In 2018?
5     A.   In late 2017, into early 2018, so
6 part of this, and the funding for this was part
7 of the initiative by the State of Ohio, because
8 of overcrowding in the state's prison system, to
9 essentially say we don't want non-violent, low
10 level, felony 5 offenders, and that's where the
11 big increase -- because those are primarily the
12 drug possession cases.  That's where the big
13 increase occurred in both the local and state
14 prisons.  It's where the increase occurred in
15 our public defense costs.  The State of Ohio
16 essentially said we won't accept prisoners
17 sentenced to state prison anymore for those
18 offenses and began a program called TCAP, which
19 is Targeted Community Alternatives to Prison, to
20 push low-level offenders back to the county
21 level for alternative sentencing solutions.
22          And so we -- and they provided grant
23 money to do that.  We at local level then ended
24 up hiring -- one of the main offshoots of that
25 were the additional eight positions hired at the

Page 163

1 adult probation department.
2          The State of Ohio is also looking at
3 sentencing -- and this is what led to State
4 Issue 1 last year, to reform sentencing for
5 these drug possession offenders because there
6 are so many of them in the system who, once they
7 get a felony conviction, can't get work anymore;
8 that they are looking at alternative treatment
9 programs and trying to essentially decriminalize
10 a lot of the drug possession -- and all of this
11 is a result of what's happened over the last
12 several years with this opiate.
13     Q.   In 2017 did the court of common
14 pleas create any new positions because of the
15 opioid problem?
16     A.   They did not.
17     Q.   How about in 2016?
18     A.   They did not.
19     Q.   How about 2015?
20     A.   I don't believe.
21     Q.   How about 2014?
22     A.   I don't believe.  Now --
23     Q.   How about 2013?
24     A.   -- somewhere -- and I don't recall
25 what year this was -- we did add two additional

Page 164

1 judges to the common pleas benches in Summit
2 County, going from eight to ten, and staffing
3 for those, to deal with increases in crime.
4 That may have been even prior to 2013.
5     Q.   Can you place that in time?
6     A.   Offhand, I don't recall.  Probably
7 mid to late 2000s.
8     Q.   So you believe that the two
9 additional judges, plus the staffing to assist
10 those judges, was sometime before 2010?
11          MR. PENDELL:  Objection to form.
12     A.   I believe.
13     Q.   And sitting here today, your
14 understanding is that the court of common pleas
15 did not create any new positions because of the
16 opioid problem between 2013 and 2017, correct?
17     A.   I have to think about -- they have
18 added one or two positions in the court
19 operations itself.  One of -- I believe one of
20 those positions may have been in the
21 psycho-diagnostic -- a psycho-diagnostic
22 evaluator, which isn't -- I'm going to say is
23 not completely opioid related but certainly has
24 strong ties into the opiate situation.
25     Q.   When was the psycho-diagnostic

Page 165

1 evaluator position created?
2     A.   I think that was somewhere around
3 2015, '14.  I'm not completely sure on that,
4 though, without going back to look.
5     Q.   Turning your attention to the eight
6 new probation officer positions created by the
7 court of common pleas in 2018, you said that was
8 the result of overcrowding as a result of the
9 state system not accepting prisoners?
10     A.   Correct.
11     Q.   And how did Summit County pay for
12 these new -- eight new probation officer
13 positions, using what funds?
14     A.   Grant funds provided by the state.
15     Q.   Entirely?
16     A.   Yes.
17     Q.   Turning your attention to the
18 juvenile court, how many positions, if any, did
19 the juvenile court create in 2018 because of the
20 opioid problem?
21     A.   Juvenile court is a little different
22 in the way that they operate.  The judge at our
23 juvenile court has a strong belief in
24 alternative programming, so they tend not to
25 hold very many kids in detention.

Page 166

1  The biggest cost driver at the
2  juvenile court is the significant increase in
3  indigent defense costs related to those cases at
4  the court. I do not believe -- well, they have
5  added -- they have added some staff over the
6  years through some alternative programming in
7  their CASA GAL program. I don't know. I don't
8  have specific numbers for specific years on
9  them. I don't recall anything in the last two
10 or three years that they've added.
11     Q.  Okay. Did the juvenile court create
12 any new positions in 2018 because of the opioid
13 problem?
14     A.  I don't believe so.
15     Q.  How about 2017?
16     A.  I don't believe so.
17     Q.  How about 2016?
18     A.  I don't believe so.
19     Q.  How about 2015?
20     A.  I don't recall.
21     Q.  How about 2014?
22     A.  Don't recall.
23     Q.  How about 2013?
24     A.  Don't recall.
25     Q.  Sheriff's office --

Page 167

1     A.  Yes.
2     Q.  -- in 2018 how many, if any, new
3  positions did the sheriff's office create
4  because of the opioid problem?
5     A.  Well, so the sheriff's office came
6  to us in 2018 with a request to add 60
7  additional deputies to his staff. That request
8  was turned down. We do not have the funding for
9  that. That request ultimately led to -- was one
10 of the drivers that led to the formation of
11 redesignating the Glenwood Jail operated by
12 Oriana House as a community alternative
13 sentencing center and not a county jail, which
14 would allow for more folks who are being pushed
15 through the prison system, particularly on these
16 low-level, non-violent offenses, to go to
17 this -- to the CASC and receive treatment
18 services.
19     The -- the result of that was also
20 that we were able to pull 16 sheriff deputies
21 back from what used to be the Glenwood Jail, add
22 them to the staffing at the county jail, and
23 then also approved hiring five -- five
24 additional inmate service workers to help
25 restore programming at the jail that was

Page 168

1  eliminated several years ago. The -- we have
2  also, over the last several years, double-bunked
3  most of the jail to hold inmates as a result of
4  the increase in the number of felony 5 offenders
5  sitting at the jail.
6     Q.  Okay, sir. My question was very
7  specific. How many positions, if any, did the
8  sheriff's office create in 2018 because of the
9  opioid problem?
10        MR. PENDELL:  Objection to form.
11     A.  I never did finish answering. So
12 the reality is they're adding five, they've
13 realigned 16 to come back to the jail, and
14 they've requested 60.
15     Q.  So how many new positions are there?
16     A.  Five.
17     Q.  Okay. And what will these
18 additional inmate service workers do?
19     A.  Provide recreation -- primarily
20 recreation programming, AA and NA, which are the
21 alcohol and drug programming services, and
22 religious services at the jail to deal with the
23 larger inmate population at the jail.
24     Q.  And so did the sheriff's office get
25 these five additional inmate service workers

Page 169

1  because of the increased population at the
2  county jail?
3     A.  Yes.
4     Q.  How many, if any, new positions did
5  the sheriff's office create in 2017?
6     A.  As a result of the opioid epidemic?
7     Q.  Because of the opioid problem.
8     A.  The answer to that would be none.
9     Q.  How about 2016?
10    A.  None.
11    Q.  2015?
12    A.  And I should clarify. All of these
13 years they've requested additional staffing and
14 gotten none because of a lack of funding.
15    Q.  Okay. So how many -- to be clear,
16 in 2017 and 2016 the sheriff's office did not
17 create any new positions because of the opioid
18 problem, correct?
19    A.  They requested two and were denied.
20    Q.  Okay. Requested two in 2017?
21    A.  Yep.
22    Q.  And requested two in 2016?
23    A.  Yep.
24    Q.  And both were denied?
25    A.  Yes.

Page 170

1  Q. How many, if any, new positions were
2 created by the sheriff's office in 2015?
3  A. They requested in '15 and were
4 denied.
5  Q. How many did they request in 2015?
6  A. I think the number then was right
7 around 24 to 26.
8  Q. How many, if any, new positions were
9 created by the sheriff's office in 2014 because
10 of the opioid problem?
11  A. 24 to 26.
12  Q. Were requested?
13  A. Yes.
14  Q. How many were granted?
15  A. None.
16  Q. How many, if any, new positions were
17 created by the sheriff's office in 2013 because
18 of the opioid problem?
19  A. Again, requested 24 to 26, and none
20 were granted.
21  Q. So is it accurate to say that from
22 2013 to 2017, the sheriff's office did not
23 create any new positions because of the opioid
24 problem?
25  A. It is accurate --

Page 171

1     MR. PENDELL: Objection.
2  A. -- to say they did not create any
3 new positions because of a lack of funding, but
4 the need was there because of the opiate
5 problem.
6  Q. But if we're trying to figure out
7 dollars that were spent, no new positions were
8 created between 2013 and 2017 because of the
9 opioid problem, correct?
10  A. If we're going to start talking
11 about dollars that were spent, we also had an
12 increase in overtime costs at the jail during
13 that period.
14  Q. Sir, this is -- you can give your
15 testimony down the road. Today -- and I think
16 I've been quite tolerant -- I'm asking you to
17 answer the question I pose. So is it accurate
18 to say that between 2013 and 2017, the sheriff's
19 office did not create any new positions because
20 of the opioid problem? Is that accurate?
21     MR. PENDELL: Objection. Form.
22 Asked and answered.
23  A. It is accurate to say the sheriff's
24 office did not receive funding for any new
25 positions during that period.

Page 172

1  Q. And in 2018 the sheriff's office
2 added five inmate service workers because of the
3 opioid problem?
4  A. Yes.
5  Q. And that's because of the additional
6 inmate population at the county jail, correct?
7  A. Yes.
8  Q. Which is due to the state refusing
9 to accept inmates at state-run facilities?
10     MR. PENDELL: Objection to form.
11  A. Not completely. The jail inmate
12 population has risen steadily over the last two
13 or three years, even prior to the state action.
14 The creation of the CASC and more people being
15 sent out of the jail to the former Glenwood
16 Jail, the now CASC run by Oriana, that increase
17 is truly a direct result, along with the
18 additional probation officers, of the state
19 refusing to accept felony 5 non-violent
20 offenders.
21  Q. What funds is Summit County using to
22 pay for these five additional inmate service
23 workers?
24  A. County general fund dollars.
25  Q. I had asked you before about the

Page 173

1 sheriff's office. If we talk about the sheriff
2 jail category, would you have anything different
3 to say about whether any new positions were
4 created?
5  A. No. It's all the same answers.
6 Yeah.
7  Q. So you don't break it out by
8 sheriff's office and sheriff jail?
9  A. I mean, we have a budget for sheriff
10 admin, sheriff jail. When you and I are talking
11 about sheriff operations, I'm thinking of the
12 whole big --
13  Q. So taking sheriff office admin and
14 sheriff jail, the only new positions that were
15 created since 2013 because of the opioid problem
16 are these five additional inmate service
17 workers?
18  A. Yeah. They were the only positions
19 funded.
20  Q. Now, turning to alternative
21 corrections --
22  A. Okay.
23  Q. -- what is that?
24  A. Alternative corrections is the
25 Oriana House.

44 (Pages 170 - 173)

Page 174

1  Q. What new positions did Oriana House
2 create in 2018 because of the opioid problem?
3  A. So Oriana is a private,
4 not-for-profit entity. I don't have an answer
5 for that. I will tell you that as a result of
6 the formation of the CASC, we have increased
7 their budget by a total of -- I think starting
8 this year, with the new operation of the CASC,
9 by a total of about $760,000, to provide for
10 additional employees and additional programming
11 at that facility.
12  Q. Okay. Are you able to tell me for
13 any year between 2013 and 2018 whether or how
14 many new positions were created by Oriana House
15 because of the opioid problem?
16  A. I cannot. I don't have any of that
17 information available.
18  Q. And does Oriana House get funding
19 from Summit County to provide incarceration
20 services?
21  A. They get -- they get funding to
22 provide incarceration services, drug and alcohol
23 treatment programs, home monitoring services, a
24 whole host of what we would call alternative
25 sentencing options.

Page 175

1  Q. Then turning your attention to adult
2 probation --
3  A. Yes. We did talk about that.
4 That's part of common pleas court.
5  Q. So you grouped that together?
6  A. Yes, I did.
7  Q. So talking about the court of common
8 pleas and adult probation, the only new
9 positions that were created since 2013 are the
10 eight new probation officer positions?
11  A. Yes.
12  Q. Those were created in 2018, and
13 those are funded by the state entirely?
14  A. Those new positions, yes.
15  And then there was also that
16 evaluator position, I believe, at the court.
17  Q. Right, which -- the
18 psycho-diagnostic evaluator position?
19  A. Yes.
20  Q. And you placed that sometime in 2014
21 or 2015?
22  A. Somewhere in that range, yeah.
23  Q. How about public health? Has public
24 health created any new positions because of the
25 opioid problem since 2013?

Page 176

1  A. Again, with public health, they're a
2 separate entity. I don't have their employment
3 information.
4  The other thing I will say about
5 adult probation, over the last several years, in
6 addition to those eight that the state has paid
7 for, they have, like the sheriff's office and
8 the prosecutor's office and other entities,
9 asked for funding for additional positions and
10 been denied because of the lack of available
11 funding. They also asked us for money to
12 increase the salary of probation officers this
13 year because of the caseloads and because they
14 felt they weren't competitive with what other
15 counties are paying, and they were denied that
16 request from local dollars as well.
17  - - - - -
18  (Thereupon, Nelsen 30(b)(6)
19  Deposition Exhibit 3, Summit County,
20  Ohio Plaintiff's Second Supplemental
21  Response and Objections to
22  Distributor Defendants'
23  Interrogatory No. 18 Pursuant to the
24  Court's November 21, 2018 Order, was
25  marked for purposes of

Page 177

1  identification.)
2  - - - - -
3  (Thereupon, Nelsen 30(b)(6)
4  Deposition Exhibit 4, Spreadsheet
5  Entitled "Summit County ($
6  Millions)," Marked Confidential, was
7  marked for purposes of
8  identification.)
9  - - - - -
10  Q. I'm showing you what has been marked
11 as Nelsen 30(b)(6) Exhibit 3 and what I've
12 marked as Nelsen 30(b)(6) number 4. These two
13 documents were previously marked as Nelsen
14 Exhibit 2 and 3 in your December deposition.
15  Do you have those two documents in
16 front of you?
17  A. Yes.
18  Q. I asked you questions about the
19 chart that is Nelsen 30(b)(6) Exhibit 4 in your
20 deposition in December.
21  Do you recall that?
22  A. Yes.
23  Q. And you testified that you did not
24 prepare this chart, correct?
25  A. That's correct.

45 (Pages 174 - 177)