| Ex. # | Exhibit Name | Designation |
|---|---|---|
| 1 | March 25, 2019 Expert Report of Meredith Rosenthal | Motion to Seal Pending re Redactions |
| 2 | May 5-6, 2019 Deposition of Meredith Rosenthal | Motion to Seal Pending re Redactions |
| 3 | David M. Cutler, et al., *The Value of Antihypertensive Drugs: A Perspective on Medical Innovation,* Health Affairs 26, no. 1 (2007). | None |
| 4 | April 23, 2019 Deposition of Matthew Perri | None |
| 5 | April 26th, 2019 Deposition of David Kessler | None |
| 6 | April 26th, 2019 Deposition of David Cutler | None |
| 7 | June 6th, 2019 Deposition of Henry Grabowski | None |
| 8 | Mark Hirschey, *Intangible Capital Aspects of Advertising and R&D Expenditures,* The Journal of Industrial Economics 30(4) at 375 (1982) | None |
| 9 | June 5th, 2019 Deposition of Margaret Kyle | None |
| 10 | May 10, 2019 Expert Report of Margaret Kyle | None |
| 11 | May 10, 2019 Expert Report of Jonathan Ketcham | None |
| 12 | R. Carter Hill and William E. Griffiths, *Principles of Econometrics* at 476 (John Wiley & Sons, Inc., 4th ed. 2011) | None |
| 13 | Peter Kennedy, *A guide to Econometrics* at 139 (6th ed. 2008) | None |