UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION
OPIATE LITIGATION

MDL No. 2804
Case No. 17-md-2804
Judge Dan Aaron Polster

**This document relates to:**
*The County of Cuyahoga v. Purdue
Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v.
Purdue Pharma L.P. et al.*,
Case No. 18-OP-45090

---

### DECLARATION OF TIMOTHY W. KNAPP IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE MEREDITH ROSENTHAL'S OPINIONS AND PROPOSED TESTIMONY

I, Timothy W. Knapp, declare as follows:

1.     I am an attorney at Kirkland & Ellis LLP, counsel for Defendants Allergan Finance, LLC, Allergan plc, Allergan Sales, LLC, and Allergan USA, Inc. in the above captioned case.

2.     I submit this declaration in support of the Defendants' Motion to Exclude Meredith Rosenthal's Opinions and Proposed Testimony.

3.     Attached as Exhibit 1 is a true and correct copy of the March 25, 2019 Expert Report of Professor Meredith Rosenthal.

4.     Attached as Exhibit 2 is a true and correct copy of excerpts from the May 4, 2019 and May 5, 2019 depositions of Professor Meredith Rosenthal.

5.     Attached as Exhibit 3 is a true and correct copy of David M. Cutler, et al., *The Value of Antihypertensive Drugs: A Perspective on Medical Innovation*, Health Affairs 26, no. 1 (2007).

6.      Attached as Exhibit 4 is a true and correct copy of excerpts from the April 23, 2019 deposition of Matthew Perri.

7.      Attached as Exhibit 5 is a true and correct copy of excerpts from the April 26, 2019 deposition of David Kessler.

8.      Attached as Exhibit 6 is a true and correct copy of excerpts from the April 26, 2019 deposition of David Cutler.

9.      Attached as Exhibit 7 is a true and correct copy of excerpts from the June 6, 2019 deposition of Henry Grabowski.

10.      Attached as Exhibit 8 is a true and correct copy of Mark Hirschey, *Intangible Capital Aspects of Advertising and R&D Expenditures*, The Journal of Industrial Economics 30(4) at 375 (1982).

11.      Attached as Exhibit 9 is a true and correct copy of excerpts from the June 5, 2019 deposition of Margaret Kyle.

12.      Attached as Exhibit 10 is a true and correct copy of excerpts from the May 10, 2019 Expert Report of Margaret Kyle.

13.      Attached as Exhibit 11 is a true and correct copy of excerpts from the May 10, 2019 Expert Report of Jonathan Ketcham.

14.      Attached as Exhibit 12 is a true and correct copy of excerpts from R. Carter Hill and William E. Griffiths, *Principles of Econometrics* at 476 (John Wiley & Sons, Inc., 4th ed. 2011).

15.      Attached as Exhibit 13 is a true and correct copy of excerpts from Peter Kennedy, *A Guide to Econometrics* at 139 (6th ed. 2008).

Dated: June 28, 2019                    Respectfully submitted,


                                        */s/ Timothy W. Knapp*

                                        Timothy W. Knapp
                                        KIRKLAND & ELLIS LLP
                                        300 North LaSalle
                                        Chicago, IL  60654
                                        Tel: (312) 862-2000
                                        timothy.knapp @kirkland.com

                                        *Attorney for Defendants Allergan plc f/k/a Actavis plc;*
                                        *Allergan Finance, LLC f/k/a/ Actavis, Inc. f/k/a Watson*
                                        *Pharmaceuticals, Inc.; Allergan Sales, LLC; Allergan*
                                        *USA, Inc.*

<u>CERTIFICATE OF SERVICE</u>

I, Donna M. Welch, hereby certify that the foregoing document was served via the email consistent with the Court's order to all counsel of record.

<u>*/s/ Donna M. Welch*</u>
Donna M. Welch
KIRKLAND & ELLIS LLP
300 North LaSalle
Chicago, IL  60654
Tel: (312) 862-2000
donna.welch@kirkland.com