# EXHIBIT 5

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION

 3   IN RE: NATIONAL            )   MDL No. 2804
     PRESCRIPTION OPIATE        )
 4   LITIGATION                 )   Case No.
                                )   1:17-MD-2804
 5                              )
     THIS DOCUMENT RELATES TO    )   Hon. Dan A.
 6   ALL CASES                  )   Polster
                                )
 7
 8
 9                       —  —  —
10             Tuesday, May 14, 2019
                         —  —  —
11
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                CONFIDENTIALITY REVIEW

                         —  —  —
13
14
15
16        Videotaped Deposition of JAMES E.
     RAFALSKI, VOLUME 2, held at Weitz &
17   Luxenburg PC, 3011 West Grand Avenue, Suite
     2150, Detroit, Michigan, commencing at
18   8:25 a.m., on the above date, before
     Michael E. Miller, Fellow of the Academy of
19   Professional Reporters, Registered Diplomate
     Reporter, Certified Realtime Reporter and
20   Notary Public.
21
22
23                       —  —  —
24           GOLKOW LITIGATION SERVICES
         877.370.3377 ph | fax 917.591.5672
25              deps@golkow.com
```

```
 1     A P P E A R A N C E S:
 2         MCHUGH FULLER LAW GROUP
           BY:  MICHAEL J. FULLER, ESQUIRE
 3              mike@mchughfuller.com
                ALLAN "AJ" ELKINS, JR., ESQUIRE
 4              aj@mchughfuller.com
                AMY QUEZON, ESQUIRE
 5              amy@mchughfuller.com
           97 Elias Whiddon Road
 6         Hattiesburg, Mississippi 39402
           (601) 261-2220
 7         Counsel for MDL Plaintiffs
 8
 9         KELLER ROHRBACK LLP
           BY:  GARY A. GOTTO, ESQUIRE
10              ggotto@kellerrohrback.com
           3101 North Central Avenue
11         Suite 1400
           Phoenix, Arizona 85012
12         (602) 248-0088
           Counsel for MDL Plaintiffs
13
14         BRANSTETTER STRANCH & JENNINGS PLLC
           BY:  TRICIA HERZFELD, ESQUIRE
15              triciah@bsjfirm.com@bsjfirm.com
           223 Rosa L. Parks Boulevard
16         Suite 200
           Nashville, Tennessee 37203
17         (615) 254-8801
           Counsel for Tennessee Plaintiffs
18
19         REED SMITH LLP
           BY:  ABIGAIL M. PIERCE, ESQUIRE
20              abigail.pierce@reedsmith.com
           1717 Arch Street
21         Suite 3100
           Philadelphia, Pennsylvania 19103
22         (215) 851-8100
           Counsel for AmerisourceBergen Drug
23         Corporation
24
25
```

```
 1    A P P E A R A N C E S:
 2        WILLIAMS & CONNOLLY LLP
          BY:   STEVEN M. PYSER, ESQUIRE
 3              spyser@wc.com
                BRAD MASTERS, ESQUIRE
 4              bmasters@wc.com
          725 Twelfth Street, N.W.
 5        Washington, D.C. 20005
          (202) 434-5000
 6        Counsel for Cardinal Health Inc.
 7
 8        JONES DAY
          BY:   NEAL J. STEPHENS, ESQUIRE
 9              nstephens@jonesday.com
          1755 Embarcadero Road
10        Palo Alto, California 94303
          (650) 739-3939
11        Counsel for Walmart Corporation
12
13        ROPES & GRAY LLP
          BY:   ANDREW O'CONNOR, ESQUIRE
14              andrew.o'connor@ropesgray.com
                WILLIAM DAVISON, ESQUIRE
15              william.davison@ropesgray.com
          Prudential Tower
16        800 Boylston Street
          Boston, Massachusetts 02199
17        (617) 951-7000
          Counsel for Mallinckrodt Pharmaceuticals
18
19        COVINGTON & BURLING LLP
          BY:   CHRISTOPHER K. EPPICH, ESQUIRE
20              ceppich@cov.com
          1999 Avenue of the Stars
21        Los Angeles, California 90067
          (424) 332-4800
22        Counsel for McKesson Corporation
23
24
25
```

```
 1      A P P E A R A N C E S:
 2         COVINGTON & BURLING LLP
           BY:   MEGHAN MONAGHAN, ESQUIRE
 3               mmonaghan@cov.com
           One City Center
 4         850 Tenth Street, N.W.
           Washington, D.C. 20001
 5         (202) 662-6000
           Counsel for McKesson Corporation
 6
 7         LOCKE LORD LLP
           BY:   C. SCOTT JONES, ESQUIRE
 8               sjones@lockelord.com
           2200 Ross Avenue
 9         Suite 2800
           Dallas, Texas 75201
10         (214) 740-8000
           Counsel for Henry Schein, Inc. and
11         Henry Schein Medical Systems, Inc.
12
13         FOLEY & LARDNER LLP
           BY:   JAMES W. MATTHEWS, ESQUIRE
14               jmatthews@foley.com
           111 Huntington Avenue
15         Boston, Massachusetts 02199
           (617) 342-4000
16         Counsel for Anda Inc.
17
18         ARNOLD & PORTER KAYE SCHOLER LLP
           BY:   DAVID D. FAUVRE, ESQUIRE
19               david.fauvre@arnoldporter.com
           601 Massachusetts Avenue, N.W.
20         Washington, D.C. 20001
           (202) 942-5000
21         Counsel for Endo Health
           Solutions Inc., Endo
22         Pharmaceuticals Inc., Par
           Pharmaceutical, Inc. and Par
23         Pharmaceutical Companies, Inc.
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    A P P E A R A N C E S:
 2        KIRKLAND & ELLIS LLP
          BY:   ERICA B. ZOLNER, ESQUIRE
 3              erica.zolner@kirkland.com
                KAITLYN L. COVERSTONE, ESQUIRE
 4              kaitlyn.coverstone@kirkland.com
          300 North LaSalle
 5        Chicago, Illinois 60654
          (312) 862-2000
 6        Counsel for Allergan Finance LLC
 7
 8        MORGAN LEWIS & BOCKIUS LLP
          BY:   MAUREEN K. BARBER, ESQUIRE
 9              maureen.barber@morganlewis.com
          One Oxford Centre
10        Thirty-Second Floor
          Pittsburgh, Pennsylvania 15219
11        (412) 560-3300
          Counsel for Teva Pharmaceuticals
12        USA Inc., Cephalon Inc., Watson
          Laboratories Inc., Actavis LLC, and
13        Actavis Pharma Inc. f/k/a Watson
          Pharma Inc.
14
15        ZUCKERMAN SPAEDER LLP
          BY:   GRAEME W. BUSH, ESQUIRE
16              gbush@zuckerman.com
                PAUL B. HYNES, JR., ESQUIRE
17              phynes@zuckerman.com
                (via teleconference)
18        1800 M Street, N.W.
          Suite 1000
19        Washington, D.C. 20036
          (202) 778-1800
20        Counsel for CVS Indiana LLC and
          CVS Rx Services Inc.
21
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1     A P P E A R A N C E S:
 2         DECHERT LLP
           BY:   ERIK W. SNAPP, ESQUIRE
 3               erik.snapp@dechert.com
           35 West Wacker Drive
 4         Suite 3400
           Chicago, Illinois 60601
 5         (312) 646-5800
           Counsel for Purdue Pharma
 6
 7         O'MELVENY & MYERS LLP
           BY:   AMY R. LUCAS, ESQUIRE
 8               alucas@omm.com
           1999 Avenue of the Stars
 9         8th Floor
           Los Angeles, California 90067
10         (213) 430-6000
           Counsel for Janssen Pharmaceuticals Inc.
11
12         MARCUS & SHAPIRA LLP
           BY:   JOSHUA A. KORBIN, ESQUIRE
13               korbin@marcus-shapira.com
           One Oxford Centre
14         35th Floor
           Pittsburgh, Pennsylvania 15219
15         (412) 471-3490
           Counsel for HBC Services
16
17         BARTLIT BECK HERMAN PALENCHAR &
           SCOTT LLP
18         BY:   KATHERINE M. SWIFT, ESQUIRE
                 katherine.swift@bartlit-beck.com
19         54 West Hubbard Street
           Suite 300
20         Chicago, Illinois 60654
           (312) 494-4400
21         Counsel for Walgreens Company
22
23
24
25
```

```
 1     A P P E A R A N C E S:
 2        BARNES & THORNBURG LLP
          BY:  WILLIAM LEEDER, ESQUIRE
 3             bill.leeder@btlaw.com
          171 Monroe Avenue, N.W.
 4        Suite 1000
          Grand Rapids, Michigan 49503
 5        (616) 742-3930
          Counsel for H.D. Smith
 6
 7        CAVITCH FAMILO & DURKIN CO. L.P.A.
          BY:  ERIC J. WEISS, ESQUIRE
 8             eweiss@cavitch.com
               (via teleconference)
 9        1300 East 9th Street
          Cleveland, Ohio 44114
10        (216) 621-7860
          Counsel for Discount Drug Mart
11
12        FOX ROTHSCHILD LLP
          BY:  STEPHAN A. CORNELL, ESQUIRE
13             scornell@foxrothschild.com
               (via teleconference)
14        2700 Kelly Road
          Suite 300
15        Warrington, Pennsylvania 18976
          (215) 345-7500
16        Counsel for Prescription Supply Inc.
17
18        MORGAN LEWIS & BOCKIUS LLP
          BY:  CAROLYN A. SILANE, ESQUIRE
19             carolyn.silane@morganlewis.com
               (via teleconference)
20        101 Park Avenue
          New York, New York 10178
21        (212) 309-6000
          Counsel for Rite Aid
22
23     VIDEOGRAPHER:
24        David Lane,
          Golkow Litigation Services
25
```

```
 1                           INDEX
 2
       APPEARANCES                                     412
 3
       PROCEEDINGS                                     421
 4
 5
       EXAMINATION OF JAMES E. RAFALSKI:
 6
             BY MS. SWIFT                              421
 7
             BY MR. BUSH                               562
 8
             BY MR. O'CONNOR                           630
 9
             BY MS. LUCAS                              703
10
             BY MS. ZOLNER                             740
11
             BY MR. SNAPP                              776
12
             BY MR. FAUVRE                             794
13
             BY MS. BARBER                             810
14
             BY MR. FULLER                             829
15
             BY MR. MATTHEWS                           838
16
17
       CERTIFICATE                                     842
18
       ERRATA                                          845
19
       ACKNOWLEDGMENT OF DEPONENT                      846
20
       LAWYER'S NOTES                                  847
21
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    PROCEEDINGS
 2              (May 14, 2019 at 8:25 a.m.)
 3              THE VIDEOGRAPHER:  We're now on
 4     the record.  My name is David Lane,
 5     videographer for Golkow Litigation
 6     Services.  Today's date is May 14th,
 7     2019.  Our time is 8:25 a.m.
 8              This deposition is taking place
 9     in Detroit, Michigan in the matter of
10     National Prescription Opiate
11     Litigation.  Our deponent today is
12     James E. Rafalski.  Counsel will be
13     noted on the stenographic record.
14              Our court reporter today is
15     Mike Miller.
16              Mr. Rafalski, I just want to
17     remind you, you're still under oath
18     from yesterday.
19              THE WITNESS:  Yes, sir, I
20     understand.  Thank you.
21                    EXAMINATION
22     BY MS. SWIFT:
23        Q.    Good morning, Mr. Rafalski.
24        A.    Good morning.
25        Q.    We met a moment ago.  My name
```

```
 1    effective controls.  Falling under that is
 2    suspicious order system.
 3         Q.    So the list on 37 to 40, these
 4    are not requirements under 1301.74(b), the
 5    suspicious order monitoring regulation,
 6    correct?
 7         A.    So I'd like to answer that by
 8    saying I believe these are all components,
 9    which would be necessary to have an effective
10    suspicious monitoring -- a suspicious order
11    monitoring system.
12         Q.    And with respect, sir, that's
13    not what I asked you.
14               Are the bullet list components
15    on pages 37 to 40 of your report required
16    under 1301.74(b), the suspicious order
17    monitoring --
18         A.    Yes, they are.
19         Q.    Okay.  All of them?
20         A.    Yes.
21         Q.    Okay.  Great.  Thanks.
22               Is it possible to have a
23    compliant suspicious order monitoring system
24    without all of these components?
25         A.    Yes, I think it would be
```

1      possible.

2           Q.    But they are all requirements?

3           A.    Based on -- depending on the
4      scope of the business that's the customer and
5      based on the scope of activity of the
6      distributor, I would say that some of
7      these -- there could be some of these that
8      would not be necessary.  But I'd also say
9      that there may be some that aren't identified
10     on this list.  And also, based on the fact
11     that the distribution activity is not static
12     and it changes.

13          Q.    So if I'm following you, all of
14     the bullet-listed components on pages 37 to
15     40 are, in fact, required under 1301.74(b),
16     but you could have a compliant suspicious
17     order monitoring system without all of these
18     compliant -- components, and, in fact, there
19     may be other components that are required
20     under 1301.74(b) that are not included in
21     this list.

22                Do I have all that, correct,
23     sir?

24          A.    I believe that's correct, yes.

25          Q.    Okay.

```
 1        A.      I'm not saying this is an
 2   exclusive list and there might not be other
 3   things that I have not considered or might
 4   come up based on the type of business
 5   activities that are involved.
 6        Q.      On page 39, if you would take a
 7   look, please.  You say, the top bullet, that:
 8   A robust and well-documented due diligence
 9   program is key.
10                And then it goes on from there
11   and provides components that you say you
12   would like to see in a due diligence
13   compliance program for suspicious orders,
14   correct, sir?
15        A.      Yes, ma'am.
16        Q.      Is it your opinion that a
17   distributor has to do all of the diligence
18   steps listed here in order to comply with the
19   law?
20        A.      Yes, ma'am.
21        Q.      All right.  I want you to hold
22   on to these pages of your report for a
23   minute, please.  And I'm going to hand you a
24   document.  This will be Exhibit 19.
25                    (Whereupon, Deposition Exhibit
```

```
 1        A.    Yes, there could be.
 2        Q.    And those other methods that
    are not identified in your report might be
    perfectly sufficient for identifying
    suspicious orders, correct, sir?
 6        A.    I hope for the sake of
    diversion they are perfect and they do exist,
    but yes, that's a possibility.
 9        Q.    And, in fact, you testified
    yesterday, I believe, that it's up to the
    registrant to design a system that makes
    sense for that registrant's business,
    correct, sir?
14        A.    That's correct.
15        Q.    When you were at the DEA, you
    never advised a registrant to follow any of
    the five flagging methods that are addressed
    in your report, correct, sir?
19             MR. FULLER:  Same instruction
20        on Touhy.
21             MS. SWIFT:  Are you going to
22        follow your counsel's instruction not
23        to answer that question, sir?
24             THE WITNESS:  I'd like to think
25        about it first.  Is that okay?
```

```
 1                    CERTIFICATE
 2              I, MICHAEL E. MILLER, Fellow of
    the Academy of Professional Reporters,
 3  Registered Diplomate Reporter, Certified
    Realtime Reporter, Certified Court Reporter
 4  and Notary Public, do hereby certify that
    prior to the commencement of the examination,
 5  JAMES E. RAFALSKI was duly sworn by me to
    testify to the truth, the whole truth and
 6  nothing but the truth.
 7              I DO FURTHER CERTIFY that the
    foregoing is a verbatim transcript of the
 8  testimony as taken stenographically by and
    before me at the time, place and on the date
 9  hereinbefore set forth, to the best of my
    ability.
10

                I DO FURTHER CERTIFY that pursuant
11  to FRCP Rule 30, signature of the witness was
    not requested by the witness or other party
12  before the conclusion of the deposition.
13              I DO FURTHER CERTIFY that I am
    neither a relative nor employee nor attorney
14  nor counsel of any of the parties to this
    action, and that I am neither a relative nor
15  employee of such attorney or counsel, and
    that I am not financially interested in the
16  action.
17
18  _____
    MICHAEL E. MILLER, FAPR, RDR, CRR
19  Fellow of the Academy of Professional Reporters
    NCRA Registered Diplomate Reporter
20  NCRA Certified Realtime Reporter
    Certified Court Reporter
21
    Notary Public
22  My Commission Expires:  7/9/2020
23  Dated: May 15, 2019
24
25
```