# EXHIBIT 7

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
      IN RE: NATIONAL          )
 4    PRESCRIPTION             )   MDL No. 2804
      OPIATE LITIGATION        )
 5    _____   )   Case No.
                               )   1:17-MD-2804
 6                             )
      THIS DOCUMENT RELATES    )   Hon. Dan A.
 7    TO ALL CASES             )   Polster
 8
                    FRIDAY, MAY 17, 2019
 9
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10               CONFIDENTIALITY REVIEW
11                       - - -
12           Videotaped deposition of Thomas
13    Prevoznik, Volume III, held at the offices of
14    WILLIAMS & CONNOLLY LLP, 725 Twelfth Street,
15    NW, Washington, DC, commencing at 8:10 a.m.,
16    on the above date, before Carrie A. Campbell,
17    Registered Diplomate Reporter and Certified
18    Realtime Reporter.
19
20
21                       - - -
22
              GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
24
25
```

```
 1              A P P E A R A N C E S :
 2
 3       GREENE, KETCHUM, FARRELL, BAILEY
         & TWEEL LLP
 4       BY:   PAUL T. FARRELL, JR.
               paul@greeneketchum.com
 5       419 Eleventh Street
         Huntington, West Virginia 25701
 6       (314) 525-9115
 7
 8       MOTLEY RICE LLC
         BY:   LINDA SINGER
 9             lsinger@motleyrice.com
               SARA D. AGUINIGA
10             saguiniga@motleyrice.com
               AMANDA UNTERREINER
11             aunterreiner@motleyrice.com
               (VIA REALTIME STREAM)
12       401 Ninth Street NW, Suite 1001
         Washington, DC 20004
13       (202) 232-5504
14
15       MCHUGH FULLER LAW GROUP
         BY:   MICHAEL J. FULLER, JR.
16             mike@mchughfuller.com
         97 Elias Whiddon Road
17       Hattiesburg, Mississippi 39402
         (601) 261-2220
18
19
         THE DUGAN LAW FIRM
20       BY:   BONNIE A. KENDRICK
               bonnie@dugan-lawfirm.com
21       One Canal Place
         365 Canal Place, Suite 1000
22       New Orleans, Louisiana 70130
         (504) 648-0180
23
24
25
```

```
 1        LEVIN PAPANTONIO THOMAS MITCHELL
          RAFFERTY PROCTOR, P.A.
 2        BY:  PAGE POERSCHKE
               ppoerschke@levinlaw.com
 3             (VIA REALTIME STREAM)
          316 South Baylen Street
 4        Pensacola, Florida 32502
          (850) 435-7000
 5        Counsel for Plaintiffs
 6
 7        NAPOLI SHKOLNIK, PLLC
          BY:  HUNTER J. SHKOLNIK
 8             hunter@napolilaw.com
               (VIA TELECONFERENCE)
 9        360 Lexington Avenue, 11th Floor
          New York, New York 10017
10        (212) 397-1000
          Counsel for Cuyahoga County
11
12
          BRANSTETTER STRANCH & JENNINGS, PLLC
13        BY:  JOE P. LENISKI, JR.
               joeyl@bsjfirm.com
14        223 Rosa L. Parks Avenue, Suite 200
          Nashville, Tennessee 37203
15        (615) 254-8801
          Counsel for the Tennessee Action
16
17
          US DEPARTMENT OF JUSTICE
18        BY:  DAVID FINKELSTEIN
               david.m.finkelstein@usdoj.gov
19             NATALIE A. WAITES
               natalie.a.waites@usdoj.gov
20        175 N Street, NE, Room 10-2222
          Washington, DC 20002
21        (202) 616-2964
22
          and
23
24
25
```

```
 1      US DEPARTMENT OF JUSTICE
        BY:   JAMES R. BENNETT, II
 2            james.bennett4@usdoj.gov
        United States Courthouse
 3      801 West Superior Avenue, Suite 400
        Cleveland, Ohio 44113
 4      (216) 622-3988
 5
        and
 6
 7      US DEPARTMENT OF JUSTICE
        BY:   MARIAMA C. SPEARS
 8            mariama.c.spears@usdoj.gov
        8701 Morrisette Drive
 9      Springfield, Virginia 22152
        (202) 598-6204
10      Representing the US DOJ and the Witness
11
12      WILLIAMS & CONNOLLY LLP
        BY:   ENU MAINIGI
13            emainigi@wc.com
              COLLEEN MCNAMARA
14            cmcnamara@wc.com
              BRAD MASTERS
15            bmasters@wc.com
        725 Twelfth Street, N.W.
16      Washington, DC 20005
        (202) 434-5331
17      Counsel for Cardinal Health, Inc.
18
19      COVINGTON & BURLING LLP
        BY:   CHRISTOPHER K. EPPICH
20            ceppich@cov.com
        1999 Avenue of the Stars
21      Los Angeles, California 90067
        (424) 332-4764
22
23      and
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      COVINGTON & BURLING LLP
        BY:   ANDREW STANNER
 2            astanner@cov.com
              KEVIN M. KELLY
 3            kkelly@cov.com
        850 Tenth Street, NW
 4      Washington, DC 20001-4956
        (202) 662-6000
 5      Counsel for McKesson Corporation
 6
 7      REED SMITH LLP
        BY:   ROBERT A. NICHOLAS
 8            rnicholas@reedsmith.com
              JOSEPH J. MAHADY
 9            jmahady@reedsmith.com
              SHANNON MCCLURE
10            smcclure@reedsmith.com
              (VIA REALTIME STREAM)
11            ABIGAIL PIERCE
              abigail.pierce@reedsmith.com
12            (VIA REALTIME STREAM)
              ANNE E. ROLLINS
13            arollins@reedsmith.com
              (VIA REALTIME STREAM)
14      Three Logan Square
        1717 Arch Street, Suite 3100
15      Philadelphia, Pennsylvania 19103
        (215) 851-8100
16      Counsel for AmerisourceBergen
17
18
        BARTLIT BECK LLP
19      BY:   LESTER C. HOUTZ
              lester.houtz@bartlit-beck.com
20      1801 Wewatta Street, Suite 1200
        Denver, Colorado 80202
21      (303) 592-3100
22
        and
23
24
25
```

```
 1
         BARTLIT BECK LLP
 2       BY:   KATHERINE SWIFT
               kswift@bartlit-beck.com
 3             (VIA REALTIME STREAM)
         54 West Hubbard Street, Suite 300
 4       Chicago, Illinois 60654
         (312) 494-4400
 5       Counsel for Walgreens
 6
 7       JONES DAY
         BY:   TARA A. FUMERTON
 8             tfumerton@jonesday.com
               PATRICK J. BEISELL
 9             pbeisell@jonesday.com
               (VIA REALTIME STREAM)
10       77 West Wacker
         Chicago, Illinois 60601-1692
11       (312) 782-3939
         Counsel for Walmart
12
13
         ZUCKERMAN SPAEDER LLP
14       BY:   ANTHONY M. RUIZ
               aruiz@zuckerman.com
15       1800 M Street NW, Suite 1000
         Washington, DC  20036-5807
16       (202) 778-1800
         Counsel for CVS Indiana, LLC, and
17       CVS RX Services, Inc.
18
19       ROPES & GRAY LLP
         BY:   ANDREW O'CONNOR
20             andrew.o'connor@ropesgray.com
               JOSHUA E. GOLDSTEIN
21             joshua.goldstein@ropesgray.com
         800 Boylston Street
22       Boston, Massachusetts 02199-3600
         (617) 951-7000
23       Counsel for Mallinckrodt
24
25
```

```
 1      MARCUS & SHAPIRA LLP
        BY:  JOSHUA A. KOBRIN
 2           kobrin@Marcus-Shapira.com
        301 Grant Street, 35th Floor
 3      Pittsburgh, Pennsylvania 15219-6401
        (412) 338-4690
 4      Counsel for HBC
 5
 6      DECHERT LLP
        BY:  MELANIE MACKAY
 7           melanie.mackay@dechert.com
        35 West Wacker Drive, Suite 3400
 8      Chicago, Illinois  60601
        (312) 646-5800
 9      Counsel for Purdue Pharma
10
11      BARNES & THORNBURG LLP
        BY:  WILLIAM E. PADGETT
12           william.padgett@btlaw.com
        11 South Meridian Street
13      Indianapolis, Indiana  46204
        (317) 236-1313
14      Counsel for HD Smith
15
16      MORGAN, LEWIS & BOCKIUS LLP
        BY:  JOHN P. LAVELLE, JR.
17           john.lavelle@morganlewis.com
        1701 Market Street
18      Philadelphia, Pennsylvania 19103-2921
        (215) 963-5000
19      Counsel for Rite Aid
20
21      KIRKLAND & ELLIS, LLP
        BY:  KAITLYN COVERSTONE
22           kaitlyn.coverstone@kirkland.com
        300 North LaSalle Street
23      Chicago, Illinois 60654
        (312) 862-7184
24      Counsel for Allergan Finance, LLC
25
```

```
 1          FOLEY & LARDNER, LLP
            BY:  KRISTINA J. MATIC
 2               kmatic@foley.com
            777 East Wisconsin Avenue
 3          Milwaukee, Wisconsin 53202
            (414) 297-5913
 4          Counsel for Actavis Laboratories
            UT, Inc., Actavis Pharma, Inc.,
 5          ANDA, Inc., and Actavis, Inc.,
            (N/k/a Allergan Finance, LLC, Watson
 6          Laboratories, Inc.
 7
 8          LOCKE LORD LLP
            BY:  MADELEINE E. BRUNNER
 9               maddie.brunner@lockelord.com
                 (VIA TELECONFERENCE)
10               SARAH LANCASTER
                 (VIA REALTIME STREAM)
11          2200 Ross Avenue, Suite 2800
            Dallas, Texas 75201
12          (214) 740-8445
            Counsel for Henry Schein, Inc., and
13          Henry Schein Medical Systems, Inc.
14
15          FOX ROTHSCHILD LLP
            BY:  STEPHAN CORNELL
16               Scornell@foxrothschild.com
                 (VIA TELECONFERENCE)
17          2700 Kelly Road, Suite 300
            Warrington, Pennsylvania  18976-3624
18          (215) 918-3615
            Counsel for Prescription Supply, Inc.
19
20
            O'MELVENY & MYERS LLP
21          BY:  RYAN SNYDER
                 rsnyder@omm.com
22               (VIA TELECONFERENCE)
            1999 Avenue of the Stars, 8th Floor
23          Los Angeles, California 90067
            (213) 430-6326
24          Counsel for Janssen and Johnson &
            Johnson
25
```

```
 1    ALSO PRESENT:
 2         SPECIAL MASTER DAVID R. COHEN
           david@specialmaster.law
 3         24400 Chagrin Boulevard, Suite 300
           Cleveland, Ohio 44122
 4         (216) 831-0001
 5
           JENNA N. FORSTER, paralegal, Motley
 6         Rice
 7         KAITLYN EEKHOFF, paralegal, Motley Rice
           (VIA REALTIME STREAM)
 8
 9
      VIDEOGRAPHER:
10         DAN LAWLOR,
           Golkow Litigation Services
11
12
      TRIAL TECHNICIAN:
13         JAMES BELL,
           Golkow Litigation Services
14
                         - - -
15
16
17
18
19
20
21
22
23
24
25
```

| | |
|---|---|
| 1 | VIDEOGRAPHER: We are now on |
| 2 | the record. My name is Dan Lawlor. |
| 3 | I'm a videographer with Golkow |
| 4 | Litigation Services. |
| 5 | Today's date is May 17, 2019, |
| 6 | and the time is 8:10 a.m. |
| 7 | This video deposition is being |
| 8 | held in Washington, DC, in the matter |
| 9 | of National Prescription Opiate |
| 10 | Litigation, MDL Number 2804. |
| 11 | The deponent is Thomas |
| 12 | Prevoznik. |
| 13 | Counsel will be noted on the |
| 14 | stenographic record. |
| 15 | The court reporter is Carrie |
| 16 | Campbell and will now swear in the |
| 17 | witness. |
| 18 | |
| 19 | THOMAS PREVOZNIK, |
| 20 | of lawful age, having been first duly sworn |
| 21 | to tell the truth, the whole truth and |
| 22 | nothing but the truth, deposes and says on |
| 23 | behalf of the Plaintiffs, as follows: |
| 24 | (Prevoznik Plaintiff Exhibit |
| 25 | P17 marked for identification. |

```
 1                MR. EPPICH:  Objection.  Form.
 2        Calls for speculation.
 3                MR. FINKELSTEIN:  Scope.  Calls
 4        for speculation.
 5                THE WITNESS:  I believe we do.
 6        I believe they do.
 7   QUESTIONS BY MS. SINGER:
 8        Q.      They do?
 9        A.      Yeah.
10        Q.      And does DEA have that
11   information?
12                MR. EPPICH:  Objection.
13                THE WITNESS:  If we subpoena
14        it.
15   QUESTIONS BY MS. SINGER:
16        Q.      Okay.  But not in the regular
17   course --
18        A.      No.
19        Q.      -- of identifying potential
20   diversion?
21        A.      Right.
22        Q.      Now, does ARCOS data tell you
23   whether a customer is near a hospital or a
24   cancer center or a hospice treatment
25   facility?
```

```
 1          A.     No, it's just transactional
 2   data.
 3          Q.     Okay.  But distributors and
 4   manufacturers would learn that information in
 5   their due diligence on customers, correct?
 6                 MR. EPPICH:  Objection.  Form.
 7          Foundation.  Calls for speculation.
 8                 THE WITNESS:  Yes.
 9   QUESTIONS BY MS. SINGER:
10          Q.     Okay.  And when you get, for
11   instance, a -- when you, DEA, gets, for
12   instance, a big stack of ingredient limit
13   reports, you can't tell from that whether
14   orders of large numbers are by facilities
15   that are near hospitals or oncology centers
16   or anything like that, correct?
17                 MR. EPPICH:  Object to the
18          form.
19                 THE WITNESS:  I'm sorry, could
20          you repeat it?
21   QUESTIONS BY MS. SINGER:
22          Q.     So when you get, you know, a
23   big stack of excess order reports or
24   ingredient limit reports, you can't tell if a
25   large order is from a customer that's near an
```

```
 1    a combination.
 2              And so in the example I
 3    would -- I would say is -- I think I've used
 4    it before was the veterinarian that is
 5    ordering Vicodin with the acetaminophen that
 6    is toxic to cats and dogs.  So that in
 7    itself, an order of that, would be why are
 8    they doing that.
 9         Q.   But standing alone, without
10    follow-up due diligence, it is not
11    necessarily always possible to determine
12    whether an order that is an unusual size,
13    unusual pattern or frequency is, by itself,
14    for that reason, indicative of diversion,
15    correct?
16              MR. FINKELSTEIN:  Asked and
17         answered.  Incomplete hypothetical.
18              THE WITNESS:  Correct.
19    QUESTIONS BY MS. MAINIGI:
20         Q.   And so some sort of follow-up
21    due diligence needs to be done by the
22    distributor or registrant, correct?
23              MR. FINKELSTEIN:  Incomplete
24         hypothetical.  Asked and answered.
25              THE WITNESS:  Right.
```

```
 1                    CERTIFICATE
 2
 3            I, CARRIE A. CAMPBELL, Registered
      Diplomate Reporter, Certified Realtime
 4    Reporter and Certified Shorthand Reporter, do
      hereby certify that prior to the commencement
 5    of the examination, Thomas Prevoznik was duly
      sworn by me to testify to the truth, the
 6    whole truth and nothing but the truth.
 7            I DO FURTHER CERTIFY that the
      foregoing is a verbatim transcript of the
 8    testimony as taken stenographically by and
      before me at the time, place and on the date
 9    hereinbefore set forth, to the best of my
      ability.
10
              I DO FURTHER CERTIFY that I am
11    neither a relative nor employee nor attorney
      nor counsel of any of the parties to this
12    action, and that I am neither a relative nor
      employee of such attorney or counsel, and
13    that I am not financially interested in the
      action.
14
15
16          _____
17          CARRIE A. CAMPBELL,
            NCRA Registered Diplomate Reporter
18          Certified Realtime Reporter
            Notary Public
19
20          Dated:  May 21, 2019
21
22
23
24
25
```