# EXHIBIT 8

1        IN THE UNITED STATES DISTRICT COURT
         FOR THE NORTHERN DISTRICT OF OHIO
2                    EASTERN DIVISION
3

4    _____

     IN RE:  NATIONAL PRESCRIPTION         MDL No. 2804
5    OPIATE LITIGATION                     Case No. 17-md-2804
6
     This document relates to:             Judge Dan
7                                          Aaron Polster
8    The County of Cuyahoga v. Purdue
     Pharma, L.P., et al.
9    Case No. 17-OP-45005
10   City of Cleveland, Ohio vs. Purdue
     Pharma, L.P., et al.
11   Case No. 18-OP-45132
12   The County of Summit, Ohio,
     et al. v. Purdue Pharma, L.P.,
13   et al.
     Case No. 18-OP-45090
14   _____
15
16
17
18        Videotaped Deposition of Joseph Rannazzisi
19                    Washington, D.C.
20                    April 26, 2019
21                       8:37 a.m.
22
23
24   Reported by:  Bonnie L. Russo
25   Job No. 3301876

```
                                                        Page 2
 1    Videotaped Deposition of Joseph Rannazzisi held
 2    at:
 3
 4
 5
 6
 7
 8                    Williams & Connolly, LLP
 9                    725 12th Street, N.W.
10                    Washington, D.C.
11
12
13    Pursuant to Notice, when were present on behalf
14    of the respective parties:
15
16
17
18
19
20
21
22
23
24
25
```

```
 1      APPEARANCES:
 2
 3      On behalf of the Witness:
        GREGORY M. UTTER, ESQ.
 4      KEATING MUETHING & KLEKAMP, PLL
        One East Fourth Street
 5      Suite 1400
        Cincinnati, Ohio 45202
 6      513-579-6540
 7      On behalf of the U.S. Department of Justice:
        JAMES R. BENNETT, II, ESQ.
 8      UNITED STATES ATTORNEY'S OFFICE
        801 West Superior Avenue
 9      Suite 400
        Cleveland, Ohio 44113
10      216-622-3988
        james.bennett4@usdoj.gov
11
        On behalf of Cuyahoga County:
12      HUNTER J. SHKOLNIK, ESQ.
        NAPOLI SHKOLNIK, PLLC
13      360 Lexington Avenue, 11th Floor
        New York, New York 10017
14      212-397-1000
        sshkolnik@napolilaw.com
15
        On behalf of Summit County:
16      LINDA SINGER, ESQ.
        SARA D. AGUINIGA, ESQ.
17      MOTLEY RICE, LLC
        401 9th Street, N.W.
18      Suite 1001
        Washington, D.C. 20004
19      202-386-9626
        lsinger@motleyrice.com
20      saguiniga@motleyrice.com
21
22
23
24
25
```

```
 1      APPEARANCES (CONTINUED):
        On behalf of Plaintiffs:
 2      PAUL T. FARRELL, JR., ESQ.
        GREENE KETCHUM, LLP
 3      419 Eleventh Street
        Huntington, West Virginia 25701
 4      304-525-9115
        paul@greeneketchum.com
 5         -and-
        MICHAEL J. FULLER, ESQ.
 6      McHUGH FULLER LAW GROUP
        97 Elias Whiddon Road
 7      Hattiesburg, Mississippi 39402
        601-467-0788
 8      mike@mchughfuller.com
           -and-
 9      MILDRED CONROY, ESQ.
        THE LANIER LAW FIRM
10      Tower 56
        126E. 56th Street, 6th Floor
11      New York, New York 10022
        212-421-2800
12      mildred.conroy@lanierlawfirm.com
13      On behalf of Purdue Pharma, L.P.:
        DEBRA D. O'GORMAN, ESQ.
14      DECHERT, LLP
        Three Bryant Park
15      1095 Avenue of the Americas
        New York, New York 10036
16      212-698-3593
        debra.ogorman@dechert.com
17
        On behalf of Johnson & Johnson and Janssen
18      Pharmaceuticals, Inc.:
        EMILIE K. WINCKEL, ESQ.
19      O'MELVENY & MYERS, LLP
        1625 Eye Street, N.W.
20      Washington, D.C. 20006
        202-383-5129
21      ewinckel@omm.com
           -and-
22      JEFFREY C. SINDELAR, JR., ESQ.
        (Via Teleconference)
23      TUCKER ELLIS, LLP
        950 Main Avenue
24      Suite 1100
        Cleveland, Ohio 44113
25      216-592-5000
        jeffrey.sindelar@tuckerellis.com
```

```
 1      APPEARANCES (CONTINUED):
 2      On behalf of Walmart, Inc.:
        NEAL J. STEPHENS, ESQ.
 3      JONES DAY
        1755 Embarcadero Road
 4      Palo Alto, California 94303
        650-739-3939
 5      nstephens@jonesday.com
            -and-
 6      PATRICK J. BEISELL, ESQ.
        (Via Teleconference)
 7      JONES DAY
        77 West Wacker
 8      Chicago, Illinois 60601
        312-269-4066
 9      pbeisell@jonesday.com
10      On behalf of Endo:
        MICHAEL S. TYE, ESQ.
11      ARNOLD & PORTER
        601 Massachusetts Avenue, N.W.
12      Washington, D.C. 20001
        202-942-5000
13      michael.tye@arnoldporter.com
14      On behalf of Rite Aid of Maryland:
        KELLY A. MOORE, ESQ.
15      MATTHEW R. LADD, ESQ.
        (Via Teleconference)
16      MORGAN, LEWIS & BOCKIUS, LLP
        101 Park Avenue
17      New York, New York 10178
        212-309-6612
18      kelly.moore@morganlewis.com
        matthew.ladd@morganlewis.com
19
        On behalf of Teva Pharmaceutical Industries:
20      MORGAN LEWIS & BOCKIUS, LLP
        MAUREEN BARBER, ESQ.
21      (Via Teleconference)
        One Oxford Centre
22      Thirty Second Floor
        Pittsburgh, Pennsylvania 15219
23      412-560-7463
24
25
```

```
 1    APPEARANCES (CONTINUED):
 2    On behalf of Cardinal Health, Inc.:
      WILLIAMS & CONNOLLY, LLP
 3    ENU MAINIGI, ESQ.
      COLLEEN McNAMARA, ESQ.
 4    JENNIFER WICHT, ESQ.
      725 12th Street, N.W.
 5    Washington, D.C. 20005
      202-434-5000
 6    emainigi@wc.com
      cmcnamara@wc.com
 7    jwicht@wc.com
 8    On behalf of CVS Indiana, LLC and CVS Rx
      Services, Inc.:
 9    ANTHONY M. RUIZ, ESQ.
      ZUCKERMAN SPAEDER, LLP
10    1800 M Street, N.W.
      Suite 1000
11    Washington D.C. 20036
      202-778-1800
12    aruiz@zuckerman.com
13    On behalf of AmerisourceBergen Drug
      Corporation:
14    SHANNON McCLURE, ESQ.
      ROBERT NICHOLAS, ESQ.
15    REED SMITH, LLP
      Three Logan Square, Suite 3100
16    1717 Arch Street
      Philadelphia, Pennsylvania 19103
17    215-241-7910
      smclure@reedsmith.com
18    rnicholas@reedsmith.com
19
20
21
22
23
24
25
```

```
                                                         Page 7
 1      APPEARANCES (CONTINUED):
 2
        On behalf of McKesson Corporation:
 3      GEOFFREY E. HOBART, ESQ.
        MEGHAN E. MONAGHAN, ESQ.
 4      COVINGTON & BURLING, LLP
        One CityCenter
 5      850 Tenth Street, N.W.
        Washington, D.C. 20001
 6      202-662-6000
        ghobart@cov.com
 7      mmonaghan@cov.com
             -and-
 8      CHRISTOPHER K. EPPICH, ESQ.
        COVINGTON & BURLING, LLP
 9      1999 Avenue of the Stars
        Los Angeles, California 90067
10      424-332-4764
        ceppich@cov.com
11
        On behalf of Allergan Finance, LLC:
12      CATIE VENTURA, ESQ.
        KIRKLAND & ELLIS, LLP
13      655 Fifteenth Street, N.W.
        Washington, D.C. 20005
14      202-879-5907
        catie.ventura@kirkland.com
15
        On behalf of Mallinckrodt and Specgx, LLC:
16      ANDREW O'CONNOR, ESQ.
        WILLIAM DAVISON, ESQ.
17      ROPES & GRAY, LLP
        Prudential Tower
18      800 Boylston Street
        Boston, Massachusetts 02199
19      617-951-7000
        andrew.o'connor@ropesgray.com
20      william.davison@ropesgray.com
21
        On behalf of H.D. SMITH:
22      WILLIAM E. PADGETT, ESQ.
        (Via Teleconference)
23      BARNES & THORNBURG, LLP
        11 South Meridian Street
24      Indianapolis, Indiana 46204
        317-236-1313
25      william.padgett@btlaw.com
```

```
 1      APPEARANCES (CONTINUED):
 2      On behalf of Anda, Inc.:
        JAMES W. MATTHEWS, ESQ.
 3      FOLEY & LARDNER, LLP
        111 Huntington Avenue
 4      Boston, Massachusetts 02199
        617-342-4000
 5      jmatthews@foley.com
 6      On behalf of HBC:
        SCOTT D. LIVINGSTON, ESQ.
 7      MARCUS & SHAPIRA, LLP
        One Oxford Centre, 35th Floor
 8      301 Grant Street
        Pittsburgh, Pennsylvania 15219
 9      412-338-4690
        livingston@marcus-shapira.com
10
        On behalf of Walgreen Co. and Walgreen Eastern
11      Co., Inc.:
        KASPAR STOFFELMAYR, ESQ.
12      BARTLIT BECK, LLP
        54 West Hubbard Street
13      Suite 300
        Chicago, Illinois 60654
14      312-494-4445
        312-494-4434
15      kaspar.stoffelmayr@barlitbeck.com
16      On behalf of Prescription Supply, Inc.
        STEPHAN CORNELL, ESQ.
17      (Via Teleconference)
        FOX ROTHSCHILD, LLP
18      Stone Manor Corporate Center
        2700 Kelly Road, Suite 300
19      Warrington, Pennsylvania 18976
        215-918-3680
20      scornell@foxrothschild.com
21      On behalf of Discount Drug Mart:
        ERIC J. WEISS, ESQ.
22      (Via Teleconference)
        CAVITCH FAMILO & DURKIN, CO., LPA
23      1300 E. 9th Street
        Cleveland, Ohio 44114
24      216-621-7860
        eweiss@cavitch.com
25
```

1  APPEARANCES (CONTINUED):
2
   ALSO PRESENT:
3  Special Master Cohen
   Larry Feldman, Plaintiffs
4  Renee A. Bacchus, Esq., United States
   Department of Justice, United States Attorney's
5  Office
   David M. Finkelstein, Esq., United States
6  Department of Justice, Civil Fraud Section
   Patrick J. Forrest, United States Department of
7  Justice, Drug Enforcement Administration
   Daniel Russo, Videographer
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 12

1          P R O C E E D I N G S
2
3          THE VIDEOGRAPHER: Good morning. We
4 are going on the record at 8:37 a.m. on April
5 26, 2019.
6          Please note that the microphones are
7 sensitive and may pick up whispering, private
8 conversations and cellular interference.
9 Please turn off all cell phones or place them
10 away from the microphones as they can interfere
11 with the deposition audio. Audio and video
12 recording will continue to take place unless
13 all parties agree to go off the record.
14          This is Media Unit 1 of the
15 video-recorded deposition of Joseph Rannazzisi
16 taken by counsel for defendant in the matter of
17 In Re: National Prescription Opiate filed in
18 the United States District Court for the
19 Northern District of Ohio, Eastern Division,
20 Case No. 17-MD-2804.
21          This deposition is being held at
22 Williams & Connolly located at 725 12th Street,
23 Northwest, Washington, D.C.
24          My name is Daniel Russo from the
25 firm of Veritext Legal Solutions. I'm your

Page 13

1   videographer today.  The court reporter is
2   Bonnie Russo from the firm Veritext Legal
3   Solutions.
4           Counsel and all present in the room
5   and everyone attending remotely will now state
6   their appearances and affiliations for the
7   record, please.
8           MR. EPPICH:  Chris Eppich of
9   Covington & Burling for McKesson.
10          MS. MONAGHAN:  Meghan Monaghan of
11  Covington & Burling for McKesson.
12          MS. MAINIGI:  Enu Mainigi, Williams
13  & Connolly for Cardinal.
14          MS. McNAMARA:  Colleen McNamara of
15  Williams & Connolly for Cardinal.
16          MS. VENTURA:  Catie Ventura from
17  Kirkland & Ellis for Allergan.
18          MR. LIVINGSTON:  Scott Livingston,
19  Marcus & Shapira for defendant HBC.
20          MR. TYE:  Michael Tye of Arnold &
21  Porter for Endo.
22          MS. WINCKEL:  Emilie Winckel of
23  O'Melveny & Myers for J&J and Janssen.
24          MR. STEPHENS:  Neal Stephens from
25  Jones Day for Walmart.

1       MR. DAVISON: William Davison from
2   Ropes & Gray for Mallinckrodt and Specgx LLC.
3       MR. O'CONNOR: Andrew O'Connor from
4   Ropes & Gray for Mallinckrodt.
5       MS. O'GORMAN: Debra O'Gorman from
6   Dechert for Purdue.
7       MS. CONROY: Mildred Conroy from The
8   Lanier Law Firm for plaintiffs.
9       MR. FULLER: Mike Fuller for the
10  plaintiffs.
11      MR. FARRELL: Paul Farrell, Jr., for
12  the plaintiffs.
13      MS. SINGER: Linda Singer, Motley
14  Rice, for the plaintiffs.
15      MR. FINKELSTEIN: David Finkelstein,
16  Department of Justice for the DEA.
17      MR. BENNETT: James Bennett from the
18  U.S. Attorney's Office for the Northern
19  District of Ohio for the United States, the DEA
20  and the witness in his official capacity.
21      MR. UTTER: Greg Utter here on
22  behalf of Mr. Rannazzisi as his personal
23  counsel.
24      SPECIAL MASTER COHEN: David Cohen,
25  Special Master.

1    MR. FORREST: Patrick Forrest, Drug
2  Enforcement Administration.
3    MS. BACCHUS: Renee Bacchus, U.S.
4  Attorney's Office, Northern District of Ohio on
5  behalf of DOJ, DEA and the witness.
6    MS. AGUINIGA: Sara Aguiniga, Motley
7  Rice on behalf of plaintiffs.
8    MR. FELDMAN: Larry Feldman on
9  behalf of the plaintiffs.
10    MS. MOORE: Kelly Moore on behalf of
11  Rite Aid.
12    MR. STOFFELMAYR: Kaspar
13  Stoffelmayr, Walgreens.
14    MR. HOBART: Geoffrey Hobart from
15  Covington for McKesson.
16    MS. WICHT: Jennifer Wicht from
17  Williams & Connolly for Cardinal Health.
18    MR. MATTHEWS: James Matthews for
19  Anda.
20    MR. RUIZ: Anthony Ruiz, Zuckerman
21  Spaeder for CVS Indiana, LLC and CVS Rx
22  Services.
23    THE VIDEOGRAPHER: Anyone on the
24  call that wants to identify themselves, please
25  speak up.

1                MR. LADD:  Matthew Ladd from Morgan
2     Lewis on behalf of Rite Aid.
3                MR. PADGETT:  Bill Padgett on behalf
4     of H.D. Smith.
5                MR. BEISELL:  Patrick Beisell from
6     Jones Day on behalf of Walmart.
7                MS. BARBER:  Maureen Barber from
8     Morgan Lewis on behalf of the Teva defendants.
9                THE VIDEOGRAPHER:  Will the court
10    reporter please swear in the witness.
11
12                    JOSEPH RANNAZZISI,
13    being first duly sworn to tell the truth, the
14         whole truth and nothing but the truth,
15                    testified as follows:
16               THE VIDEOGRAPHER:  You may proceed,
17    Counsel.
18         EXAMINATION BY COUNSEL FOR McKESSON
19               BY MR. EPPICH:
20         Q.   Good morning, Mr. Rannazzisi.  My
21    name is Chris Eppich, I represent McKesson in
22    this litigation and I will be asking you some
23    questions this morning.
24               Please state your full name for the
25    record.

Page 326

1  BY MS. MAINIGI:
2  Q. Yes.
3  A. I don't know. Because -- just
4  because you have a system doesn't mean you are
5  following your protocols in your system. You
6  might have the greatest system in the world but
7  if you are not following your own protocols, if
8  you are not looking at each individual order
9  that the system kicks out, doing due diligence,
10  maintaining effective controls against
11  diversion, then the system is worthless because
12  you are not following the protocols that you
13  established, so I can't say that.
14  Q. So following the protocols that you
15  established, is that some sort of guidance that
16  DEA put out to companies?
17  MS. SINGER: Objection. Vague.
18  MR. BENNETT: Objection. Vague.
19  Objection. Scope.
20  THE WITNESS: It would be -- it
21  would be common sense for a company to
22  establish protocols and then follow their own
23  protocols within their suspicious order
24  monitoring system.
25  BY MS. MAINIGI:

1    CERTIFICATE OF NOTARY PUBLIC
2           I, Bonnie L. Russo, the officer before
3    whom the foregoing deposition was taken, do
4    hereby certify that the witness whose testimony
5    appears in the foregoing deposition was duly
6    sworn by me; that the testimony of said witness
7    was taken by me in shorthand and thereafter
8    reduced to computerized transcription under my
9    direction; that said deposition is a true
10   record of the testimony given by said witness;
11   that I am neither counsel for, related to, nor
12   employed by any of the parties to the action in
13   which this deposition was taken; and further,
14   that I am not a relative or employee of any
15   attorney or counsel employed by the parties
16   hereto, nor financially or otherwise interested
17   in the outcome of the action.

*Bonnie L. Russo*

Notary Public in and for
the District of Columbia

My Commission expires: June 30, 2020