# EXHIBIT 9

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

---

IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION — MDL No. 2804, Case No. 17-md-2804

This document relates to: — Judge Dan Aaron Polster

The County of Cuyahoga v. Purdue Pharma, L.P., et al.
Case No. 17-OP-45005
City of Cleveland, Ohio vs. Purdue Pharma, L.P., et al.
Case No. 18-OP-45132
The County of Summit, Ohio, et al. v. Purdue Pharma, L.P., et al.
Case No. 18-OP-45090

---

VOLUME II
Videotaped Deposition of Joseph Rannazzisi
Washington, D.C.
May 15, 2019
8:43 a.m.

Reported by: Bonnie L. Russo
Job No. 3301884

Videotaped Deposition of Joseph Rannazzisi held at:

Covington & Burling, LLP
850 10th Street, N.W.
Washington, D.C.

Pursuant to Notice, when were present on behalf of the respective parties:

APPEARANCES:

On behalf of the Witness:
GREGORY M. UTTER, ESQ.
KEATING MUETHING & KLEKAMP, PLL
One East Fourth Street
Suite 1400
Cincinnati, Ohio 45202
513-579-6540

On behalf of the U.S. Department of Justice:
JAMES R. BENNETT, II, ESQ.
UNITED STATES ATTORNEY'S OFFICE
801 West Superior Avenue
Suite 400
Cleveland, Ohio 44113
216-622-3988
james.bennett4@usdoj.gov

On behalf of Cuyahoga County:
SALVATORE C. BADALA, ESQ.
NAPOLI SHKOLNIK, PLLC
400 Broadhollow Road, Suite 305
Melville, New York 11747
631-224-1133
sbadala@napolilaw.com

On behalf of Summit County:
DONALD A. MIGLIORI, ESQ.
MOTLEY RICE, LLC
28 Bridgeside Boulevard
Mt. Pleasant, South Carolina 29464
843-216-9241
dmigliori@motleyrice.com
-and-
JENNA N. FORSTER, ESQ.
MOTLEY RICE, LLC
401 9th Street, N.W.
Suite 1001
Washington, D.C. 20004
202-849-4960
jforster@motleyrice.com

APPEARANCES (CONTINUED):

On behalf of Plaintiffs:

PAUL T. FARRELL, JR., ESQ.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, West Virginia 25701
304-525-9115
paul@greeneketchum.com

-and-

MICHAEL J. FULLER, ESQ.
McHUGH FULLER LAW GROUP
97 Elias Whiddon Road
Hattiesburg, Mississippi 39402
601-467-0788
mike@mchughfuller.com

-and-

MILDRED CONROY, ESQ.
THE LANIER LAW FIRM
Tower 56
126E. 56th Street, 6th Floor
New York, New York 10022
212-421-2800
mildred.conroy@lanierlawfirm.com

-and-

W. MARK LANIER, ESQ.
RACHEL LANIER, ESQ.
6810 Cypress Creek Parkway
Houston, Texas 77069
713-659-5200
wml@lanierlawfirm.com

-and-

JAYNE CONROY, ESQ.
LAURA FITZPATRICK, ESQ.
SIMMONS HANLY CONROY
112 Madison Avenue
New York, New York 10016
212-784-6402
jconroy@simmonsfirm.com
lfitzpatrick@simmonsfirm.com

On behalf of Purdue Pharma, L.P.:

DEBRA D. O'GORMAN, ESQ.
DECHERT, LLP
Three Bryant Park
1095 Avenue of the Americas
New York, New York 10036
212-698-3593
debra.ogorman@dechert.com

APPEARANCES (CONTINUED):

On behalf of Johnson & Johnson and Janssen Pharmaceuticals, Inc.:
JEFFREY A. BARKER, ESQ.
O'MELVENY & MYERS, LLP
610 Newport Center Drive
17th Floor
Newport Beach, California 92660
949-823-7963
jbarker@omm.com
-and-
JEFFREY C. SINDELAR, JR., ESQ.
(Via Teleconference)
TUCKER ELLIS, LLP
950 Main Avenue
Suite 1100
Cleveland, Ohio 44113
216-592-5000
jeffrey.sindelar@tuckerellis.com

On behalf of Walmart, Inc.:
NEAL J. STEPHENS, ESQ.
JONES DAY
1755 Embarcadero Road
Palo Alto, California 94303
650-739-3939
nstephens@jonesday.com
-and-
PATRICK J. BEISELL, ESQ.
(Via Teleconference)
JONES DAY
77 West Wacker
Chicago, Illinois 60601
312-269-4066
pbeisell@jonesday.com

On behalf of Endo:
JOSHUA M. DAVIS, ESQ.
ARNOLD & PORTER
601 Massachusetts Avenue, N.W.
Washington, D.C. 20001
202-942-5000
joshua.davis@arnoldporter.com

APPEARANCES (CONTINUED):

On behalf of Rite Aid of Maryland:
JOHN P. LAVELLE, JR., ESQ.
MORGAN, LEWIS & BOCKIUS, LLP
1701 Market Street
Philadelphia, Pennsylvania 19103
609-919-6688
john.lavelle@morganlewis.com

On behalf of Teva Pharmaceutical Industries:
MORGAN LEWIS & BOCKIUS, LLP
MAUREEN BARBER, ESQ.
(Via Teleconference)
One Oxford Centre
Thirty Second Floor
Pittsburgh, Pennsylvania 15219
412-560-7463
maureen.barber@morganlewis.com

On behalf of Cardinal Health, Inc.:
WILLIAMS & CONNOLLY, LLP
ENU MAINIGI, ESQ.
COLLEEN McNAMARA, ESQ.
BRAD MASTERS, ESQ.
725 12th Street, N.W.
Washington, D.C. 20005
202-434-5000
emainigi@wc.com
cmcnamara@wc.com
bmasters@wc.com

On behalf of CVS Indiana, LLC and CVS Rx Services, Inc.:
ANTHONY M. RUIZ, ESQ.
ZUCKERMAN SPAEDER, LLP
1800 M Street, N.W.
Suite 1000
Washington D.C. 20036
202-778-1800
aruiz@zuckerman.com

APPEARANCES (CONTINUED):

On behalf of AmerisourceBergen Drug Corporation:

SHANNON McCLURE, ESQ.
REED SMITH, LLP
Three Logan Square, Suite 3100
1717 Arch Street
Philadelphia, Pennsylvania 19103
215-241-7910
smclure@reedsmith.com

On behalf of McKesson Corporation:

MEGHAN E. MONAGHAN, ESQ.
COVINGTON & BURLING, LLP
One CityCenter
850 Tenth Street, N.W.
Washington, D.C. 20001
202-662-6000
mmonaghan@cov.com

-and-

CHRISTOPHER K. EPPICH, ESQ.
COVINGTON & BURLING, LLP
1999 Avenue of the Stars
Los Angeles, California 90067
424-332-4764
ceppich@cov.com

On behalf of Allergan Finance, LLC:

JENNIFER LEVY, ESQ.
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, D.C. 20005
202-879-5907
jennifer.levy@kirkland.com

On behalf of Mallinckrodt and Specgx, LLC:

ANDREW O'CONNOR, ESQ.
WILLIAM DAVISON, ESQ.
ROPES & GRAY, LLP
Prudential Tower
800 Boylston Street
Boston, Massachusetts 02199
617-951-7000
andrew.o'connor@ropesgray.com
william.davison@ropesgray.com

APPEARANCES (CONTINUED):

On behalf of H.D. SMITH:
KATHLEEN L. MATSOUKAS, ESQ.
BARNES & THORNBURG, LLP
11 South Meridian Street
Indianapolis, Indiana 46204
317-236-1313
kmatsoukas@btlaw.com

On behalf of Anda, Inc.:
JAMES W. MATTHEWS, ESQ.
FOLEY & LARDNER, LLP
111 Huntington Avenue
Boston, Massachusetts 02199
617-342-4000
jmatthews@foley.com

On behalf of HBC:
SCOTT D. LIVINGSTON, ESQ.
MARCUS & SHAPIRA, LLP
One Oxford Centre, 35th Floor
301 Grant Street
Pittsburgh, Pennsylvania 15219
412-338-4690
livingston@marcus-shapira.com

On behalf of Walgreen Co. and Walgreen Eastern Co., Inc.:
KASPAR STOFFELMAYR, ESQ.
BARTLIT BECK, LLP
54 West Hubbard Street
Chicago, Illinois 60654
312-494-4434
kaspar.stoffelmayr@barlitbeck.com

On behalf of Discount Drug Mart:
ERIC J. WEISS, ESQ.
(Via Teleconference)
CAVITCH FAMILO & DURKIN, CO., LPA
1300 E. 9th Street
Cleveland, Ohio 44114
216-621-7860
eweiss@cavitch.com

APPEARANCES (CONTINUED):

On behalf of Rochester Drug Cooperative, Inc.
LAUREN, PINCUS, ESQ.
(Via Teleconference)
ALLEGAERT BERGER & VOGEL, LLP
111 Broadway, 20th Floor
New York, New York 10006
212-571-0550
lpincus@abv.com

ALSO PRESENT:
Special Master Cohen
Peter H. Weinberger, Spangenberg Shibley & Liber, Plaintiffs
Renee A. Bacchus, Esq., United States Department of Justice, United States Attorney's Office
David M. Finkelstein, Esq., United States Department of Justice, Civil Fraud Section
Patrick J. Forrest, United States Department of Justice, Drug Enforcement Administration
Jesse J. Alcorta, The Lanier Law Firm, Director of Operations
Amber Nona (Via Teleconference), The Lanier Law Firm, Paralegal
Daniel Lawlor, Videographer

P R O C E E D I N G S

THE VIDEOGRAPHER: We are now on the record. My name is Dan Lawlor, I'm a videographer with Golkow Litigation Services. Today's date is May 15, 2019, and the time is 8:43 a.m.

This video deposition is being held in Washington, D.C., in the matter of In RE: National Prescription Opioid Litigation, MDL No. 2804. The deponent is Joseph Rannazzisi.

Counsel will be noted on the stenographic record. The court reporter is Bonnie Russo and will now swear in the witness.

JOSEPH RANNAZZISI,

being first duly sworn, to tell the truth, the whole truth and nothing but the truth, testified as follows:

EXAMINATION BY COUNSEL FOR PLAINTIFFS

BY MR. LANIER:

Q. Mr. Rannazzisi, thank you for your time today. My name is Mark Lanier. You and I have not met before you sat down here just a few minutes ago; is that right?

THE WITNESS: The systems that are -- that are in place, that's a business decision. The company must determine what -- what system is correct for their business model or how they are doing business, as long as it identifies, you know, the definition of a suspicious order, an order of unusual size, frequency or substantially deviating from the normal ordering pattern, that is what the requirement is, and the -- it was the industry's or the registrant's system so they were to create that system.

BY MR. LANIER:

Q. All right. So it's a business decision based upon, I guess it might be different for a manufacturer than a distributor than a seller, et cetera?

MR. EPPICH: Object to form.

MR. STEPHENS: Objection.

MS. MAINIGI: Object to form.

THE WITNESS: Yes.

BY MR. LANIER:

Q. But whatever decision they make, was it required that they identify these suspicious orders?

CERTIFICATE OF NOTARY PUBLIC

I, Bonnie L. Russo, the officer before whom the foregoing deposition was taken, do hereby certify that the witness whose testimony appears in the foregoing deposition was duly sworn by me; that the testimony of said witness was taken by me in shorthand and thereafter reduced to computerized transcription under my direction; that said deposition is a true record of the testimony given by said witness; that I am neither counsel for, related to, nor employed by any of the parties to the action in which this deposition was taken; and further, that I am not a relative or employee of any attorney or counsel employed by the parties hereto, nor financially or otherwise interested in the outcome of the action.

Bonnie L. Russo

Notary Public in and for
the District of Columbia

My Commission expires: June 30, 2020