# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Dan A. Polster |

## [PROPOSED] ORDER GRANTING DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE THE OPINIONS OFFERED BY JONATHAN GRUBER

Upon consideration of Defendants' *Daubert* Motion to Exclude the Opinions offered by Jonathan Gruber, and any opposition and replies thereto, it is hereby:

**ORDERED** that Defendants' *Daubert* Motion to Exclude the Opinions offered by Jonathan Gruber is **GRANTED**.

The expert report of Professor Jonathan Gruber, dated March 25, 2019, and any opinions provided therein or during the April 25, 2019 deposition of Jonathan Gruber are **EXCLUDED**.

                                                                                            _____
                                                                                            Hon. Dan A. Polster
                                                                                            United States District Judge