# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION )<br><br>This document relates to: )<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090 )<br><br>and )<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 ) | MDL No. 2804<br><br>Hon. Judge Dan A. Polster |

## DECLARATION OF DAVID W. HALLER IN SUPPORT OF DEFENDANTS' *DAUBERT* MOTION TO EXCLUDE OPINIONS OFFERED BY JONATHAN GRUBER

I, David W. Haller, declare as follows:

1. I am a member of the law firm of Covington & Burling LLP and counsel to Defendant McKesson Corporation in this action.

2. I make this declaration to place before the Court certain materials relied on in Defendants' *Daubert* Motion to Exclude the Opinions offered by Jonathan Gruber.

3. Attached as **Exhibit 1** is a true and correct copy of the expert report of Professor Jonathan Gruber, dated March 25, 2019.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition testimony of Jonathan Gruber, dated April 25, 2019.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the corrected and restated expert report of Kevin M. Murphy, dated June 21, 2019.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of June 2019, in New York, New York.

*/s/ David W. Haller*
DAVID W. HALLER

3

## CERTIFICATE OF SERVICE

  I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

                 */s/ Geoffrey E. Hobart*
                 GEOFFREY E. HOBART