# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )<br><br>MDL No. 2804<br><br>Hon. Dan A. Polster |

## [PROPOSED] ORDER GRANTING DEFENDANTS' DAUBERT MOTION TO EXCLUDE THE OPINIONS OF SETH B. WHITELAW

Upon consideration of Defendants' Daubert Motion to Exclude the Opinions of Seth B. Whitelaw and any opposition and replies thereto, it is hereby:

**ORDERED** that Defendants' Daubert Motion to Exclude the Opinions of Seth B. Whitelaw is **GRANTED**.

The opinions of Seth B. Whitelaw are **EXCLUDED**.

_____
Hon. Dan A. Polster
United States District Judge