# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Judge Dan A. Polster |

## DECLARATION OF CHRISTOPHER K. EPPICH IN SUPPORT OF DEFENDANTS' DAUBERT MOTION TO EXCLUDE THE OPINIONS OF SETH B. WHITELAW

I, Christopher K. Eppich, declare as follows:

1. I am a partner at the law firm of Covington & Burling LLP and counsel to Defendant McKesson Corporation in this action.

2. I make this declaration to place before the Court certain materials relied on in Defendants' Daubert Motion to Exclude the Opinions of Seth B. Whitelaw.

3. Attached as **Exhibit 1** is a true and correct copy of excerpts from the report of Seth B. Whitelaw, dated April 15, 2019.

4. Attached as **Exhibit 2** is a true and correct copy of excerpts from the deposition testimony of Seth B. Whitelaw, dated May 16-17, 2019.

5. Attached as **Exhibit 3** is a true and correct copy of excerpts from the website of Whitelaw Compliance Group, LLC and is available at the following link: https://www.whitelawcompliance.com/commercial-pharmaceutical-compliance/.

6. Attached as **Exhibit 4** is a true and correct copy of excerpts from U.S. Sentencing Commission, *Guidelines Manual*, Chapter 8 (Nov. 1991).

7. Attached as **Exhibit 5** is a true and correct copy of excerpts from U.S. Sentencing Commission, *Guidelines Manual*, Chapter 8 (Nov. 2004).

8. Attached as **Exhibit 6** is a true and correct copy of excerpts from the deposition testimony of James Rafalski, dated May 13, 2019.

9. Attached as **Exhibit 7** is a true and correct copy of the supplemental report of Seth B. Whitelaw, dated May 10, 2019.

10. Attached as **Exhibit 8** is a true and correct copy of excerpts from the deposition testimony of Thomas Prevoznik, dated May 17, 2019.

11. Attached as **Exhibit 9** is a true and correct copy of "Gov't Standards Undermine Compliance Efforts in Life Science Companies," which was published on March 7, 2018 in Attorney at Law Magazine by Seth B. Whitelaw.

I declare under penalty of perjury that the foregoing is true and correct. Executed this 28th day of June 2019, in Washington, D.C.

*/s/ Christopher K. Eppich*
CHRISTOPHER K. EPPICH

3

**CERTIFICATE OF SERVICE**

    I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

    */s/ Geoffrey E. Hobart*
    GEOFFREY E. HOBART