# EXHIBIT 3

  Call Us: 215-275-1556

Join Our Community    (https://www.facebook.com/whitelawcompliance) (https://twitter.com/sethwhitelaw) (https://www.linkedin.com/company/9423456)



(https://www.whitelawcompliance.com/)

 Main Menu

# Compliance for Medical Device & Technology Companies



(http://www.whitelawcompliance.com/wp-content/uploads/2016/05/Medical-Technology.jpg)Medical device and technology compliance poses unique challenges when designing and operating a compliance program.  Adding to the challenges are:

- The rulebook for medical technology is continually evolving.
- The industry spans a wide universe of products from crutches to artificial hearts.
- Its business model works closely with healthcare practitioners (HCPs) to invent and develop products.

Therefore, cutting and pasting a pharmaceutical compliance program is not a recipe for success.

With over 25 years of experience, WCG understands how the medical device and technology industry is different.  Therefore, we can easily adapt general compliance principles to meet that difference and the budget.

## Whitelaw Compliance Group, LLC

West Chester, PA
215-275-1556
Contact Us via Email (https://www.whitelawcompliance.com/contact-us/)

 Follow

Privacy Statement (http://www.whitelawcompliance.com/about/legal-overview/)

| |
|---|
| Home (https://www.whitelawcompliance.com/) |
| About Us (https://www.whitelawcompliance.com/about-2/) |
| The Acorn and The Oak (https://www.whitelawcompliance.com/blog/meaning-acorn-oak/) |
| Legal (https://www.whitelawcompliance.com/about/legal-overview/) |



**helping companies grow sustainable integrity™**

Copyright © 2015-2018 Whitelaw Compliance Group, LLC.
All Rights Reserved.

Proudly powered by WordPress (http://wordpress.org/)

  Call Us: 215-275-1556

Join Our Community    f    (https://www.facebook.com/whitelawcompliance)
(https://twitter.com/sethwhitelaw) (https://www.linkedin.com/company/9423456)



(https://www.whitelawcompliance.com/)

≡ Main Menu

# Compliance for Pharmaceutical Companies



(http://www.whitelawcompliance.com/wp-content/uploads/2016/01/71259191_thumbnail.jpg)Pharmaceutical compliance continues to be a Government focal point. As a result, pharmaceutical companies face a complex web of legal and regulatory requirements:

- Anti-kickback Statute (AKS),
- Federal False Claims Act (FCA),
- OIG Model Guidances
- Foreign Corrupt Practices Act (FCPA),
- UK Bribery Act,
- Transparency (Sunshine Act, Drug Pricing, State law compliance, International requirements)

Not to mention the various industry codes such as PhRMA, EFPIA, and ABPI.

With over 25 years of industry experience, WCG has solutions to help pharmaceutical companies successfully navigate the web and create an effective, cost-effective approach to compliance.

## Whitelaw Compliance Group, LLC

West Chester, PA
215-275-1556
Contact Us via Email (https://www.whitelawcompliance.com/contact-us/)

 Follow

Privacy Statement (http://www.whitelawcompliance.com/about/legal-overview/)

Home (https://www.whitelawcompliance.com/)

About Us (https://www.whitelawcompliance.com/about-2/)

The Acorn and The Oak (https://www.whitelawcompliance.com/blog/meaning-acorn-oak/)

Legal (https://www.whitelawcompliance.com/about/legal-overview/)



**helping companies grow sustainable integrity™**

Copyright © 2015-2018 Whitelaw Compliance Group, LLC.
All Rights Reserved.

Proudly powered by WordPress (http://wordpress.org/)

 Call Us: 215-275-1556

Join Our Community       (https://www.facebook.com/whitelawcompliance) (https://twitter.com/sethwhitelaw) (https://www.linkedin.com/company/9423456)

 (https://www.whitelawcompliance.com/)

 Main Menu

# Compliance for Research and Development Companies


(http://www.whitelawcompliance.com/wp-content/uploads/2018/06/iStock_000062461572_Large.jpg)

- Data integrity

- Laboratory controls (a.k.a. Good Laboratory Practices)
- Human Subjects Protection (a.k.a. Good Clinical Practices)
- Animal Care and Welfare
- Using and reusing Human Biological Samples (HBS)
- Medical Affairs (including publications, medical information requests, using Medical Scientific Liaisons (MSLs), etc.

Capitalizing on experience that spans both research and commercial operations, WCG specializes in designing, developing and tailoring compliance programs to meet your R&D operation's needs and budget.

Research organizations present unique challenges not found in commercial operations.

## Whitelaw Compliance Group, LLC

West Chester, PA
215-275-1556
Contact Us via Email (https://www.whitelawcompliance.com/contact-us/)

 Follow

Privacy Statement (http://www.whitelawcompliance.com/about/legal-overview/)

| | |
|---|---|
| Home (https://www.whitelawcompliance.com/) | |
| About Us (https://www.whitelawcompliance.com/about-2/) | |
| The Acorn and The Oak (https://www.whitelawcompliance.com/blog/meaning-acorn-oak/) | |
| Legal (https://www.whitelawcompliance.com/about/legal-overview/) | |



Case: 1:17-md-02804-DAP Doc #: 1918-7 Filed: 07/19/19 10 of 10. PageID #: 91928



**helping companies grow sustainable integrity™**

Copyright © 2015-2018 Whitelaw Compliance Group, LLC.

Proudly powered by WordPress (http://wordpress.org/)

All Rights Reserved.