# EXHIBIT 6

```
 1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION
 3   IN RE: NATIONAL        )   MDL No. 2804
     PRESCRIPTION OPIATE    )
 4   LITIGATION             )   Case No.
                            )   1:17-MD-2804
 5                          )
     THIS DOCUMENT RELATES TO )  Hon. Dan A.
 6   ALL CASES              )   Polster
                            )
 7
 8
 9                  __ __ __
10            Monday, May 13, 2019
                    __ __ __
11
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12              CONFIDENTIALITY REVIEW
                    __ __ __
13
14
15
16        Videotaped Deposition of JAMES E.
     RAFALSKI, held at Weitz & Luxenburg PC, 3011
17   West Grand Avenue, Suite 2150, Detroit,
     Michigan, commencing at 9:20 a.m., on the
18   above date, before Michael E. Miller, Fellow
     of the Academy of Professional Reporters,
19   Registered Diplomate Reporter, Certified
     Realtime Reporter and Notary Public.
20
21
22
                    __ __ __
23
          GOLKOW LITIGATION SERVICES
24      877.370.3377 ph | fax 917.591.5672
              deps@golkow.com
25
```

1    before?

2         A.    That's correct.

3         Q.    You were introduced by the

4    plaintiffs' attorneys basically?

5         A.    Yes, sir.

6         Q.    Okay.  And the phone call with

7    Mr. Whitehall was about what?

8         A.    Well, my expert opinion has to

9    deal with the companies' actions and

10   compliance with regulations and the law, and

11   my -- I guess my understanding of what

12   Mr. Whitehill does is he looks at the

13   companies for more of a larger corporate type

14   of compliance, maybe how the companies set up

15   their compliance in more of a big, broader

16   overview.

17              I really didn't see any

18   connection between what his opinion was going

19   to be and my opinion, but at the request of

20   plaintiff counsels, we had a couple of

21   discussions.

22        Q.    So you talked more than once?

23        A.    Yes, sir.

24        Q.    On the phone?

25        A.    Yes, sir.