# **EXHIBIT 8**

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3
      IN RE: NATIONAL            )
 4    PRESCRIPTION               )   MDL No. 2804
      OPIATE LITIGATION          )
 5    _____    )   Case No.
                                 )   1:17-MD-2804
 6                               )
      THIS DOCUMENT RELATES      )   Hon. Dan A.
 7    TO ALL CASES               )   Polster
 8
                    FRIDAY, MAY 17, 2019
 9
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                          - - -
12           Videotaped deposition of Thomas
13    Prevoznik, Volume III, held at the offices of
14    WILLIAMS & CONNOLLY LLP, 725 Twelfth Street,
15    NW, Washington, DC, commencing at 8:10 a.m.,
16    on the above date, before Carrie A. Campbell,
17    Registered Diplomate Reporter and Certified
18    Realtime Reporter.
19
20
21                          - - -
22
                GOLKOW LITIGATION SERVICES
23         877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
24
25
```

```
 1    QUESTIONS BY MR. EPPICH:
 2         Q.    The DEA doesn't use the federal
 3    sentencing guidelines to evaluate
 4    registrants' suspicious order monitoring
 5    programs, correct?
 6              MR. FINKELSTEIN:  Scope.
 7         Vague.
 8              THE WITNESS:  Yes.  Correct.
 9    QUESTIONS BY MR. EPPICH:
10         Q.    Correct that they do not?
11         A.    Do not.
12         Q.    Thank you, sir.
13              Now, when you were training
14    diversion investigators, did you ever
15    instruct diversion investigators to rely on
16    the federal sentencing guidelines to evaluate
17    registrants' suspicious order monitoring
18    programs?
19              MR. FINKELSTEIN:  Scope.
20              THE WITNESS:  No.
21              MR. EPPICH:  Thank you.  Let's
22         go off the record.
23              VIDEOGRAPHER:  Going off
24         record.  The time is 4:21.
25           (Off the record at 4:21 p.m.)
```