IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

**This document relates to:**

*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.,* Case No. 18-OP-45090

---

**DEFENDANTS JANSSEN PHARMACEUTICALS, INC. AND JOHNSON AND JOHNSON'S MOTION FOR SUMMARY JUDGMENT**

Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson ("Defendants") hereby move for an order granting Defendants' Motion for Summary Judgment. As described more fully in the accompanying memorandum, Plaintiffs' claims against Defendants are premised on two categories of alleged wrongdoing: allegedly fraudulent marketing, and alleged failure to prevent diversion of medications. However, neither of these theories can support Plaintiffs' claims. Accordingly, the Court should grant Defendants' Motion for Summary Judgment.

Dated: June 28, 2019                                    Respectfully Submitted,

                                                                  /s/ *Charles C. Lifland* _____
                                                                  Charles C. Lifland
                                                                  Sabrina H. Strong
                                                                  O'MELVENY & MYERS LLP
                                                                  400 S. Hope Street
                                                                  Los Angeles, CA 90071
                                                                  Tel: (213) 430-6000
                                                                  clifland@omm.com
                                                                  sstrong@omm.com

                                                *Attorneys for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*

CERTIFICATE OF SERVICE

I, Charles C. Lifland, hereby certify that the foregoing document was served on June 28, 2019 via electronic transfer to all counsel of record, consistent with the Court's order.

/s/ *Charles C. Lifland*
Charles C. Lifland
Sabrina H. Strong
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Tel: (213) 430-6000
clifland@omm.com