# EXHIBIT 3

```
 1              IN THE DISTRICT COURT OF CLEVELAND COUNTY

 2                          STATE OF OKLAHOMA

 3   STATE OF OKLAHOMA, ex rel.,
     MIKE HUNTER, ATTORNEY GENERAL
 4   OF OKLAHOMA,

 5          Plaintiff,
     vs.                                   No. CJ-2017-816
 6
     (1)  PURDUE PHARMA, L.P.,
 7   (2)  PURDUE PHARMA, INC.,
     (3)  THE PURDUE FREDERICK COMPANY;
 8   (4)  TEVA PHARMACEUTICALS USA, INC.;
     (5)  CEPHALON, INC.;
 9   (6)  JOHNSON & JOHNSON;
     (7)  JANSSEN PHARMACEUTICALS, INC.;
10   (8)  ORTHO-McNEIL-JANSSEN
     PHARMACEUTICALS, INC., n/k/a
11   JANSSEN PHARMACEUTICALS, INC.;
     (9)  JANSSEN PHARMACEUTICA, INC.;
12   n/k/a JANSSEN PHARMACEUTICALS, INC.;
     (10) ALLERGAN, PLC, f/k/a ACTAVIS PLC,
13   f/k/a ACTAVIS, INC., f/k/a WATSON
     PHARMACEUTICALS, INC.;
14   (11) WATSON LABORATORIES, INC.;
     (12) ACTAVIS LLC; and
15   (13) ACTAVIS PHARMA, INC.;
     f/k/a WATSON PHARMA, INC.;
16
            Defendants.
17

18     VIDEOTAPED DEPOSITION OF J&J 3230(C)(5) WITNESS

19                    BRUCE MOSKOVITZ, M.D.

20            TAKEN ON BEHALF OF THE PLAINTIFFS

21       ON JANUARY 9, 2019, BEGINNING AT 9:18 A.M.

22               IN OKLAHOMA CITY, OKLAHOMA

23

24   VIDEOTAPED BY:  Gabe Pack

25   REPORTED BY:  Jane McConnell, CSR RPR CMR CRR
```

```
 1                      APPEARANCES

 2   On behalf of the PLAINTIFF:

 3        Andrew Pate
          Bradley Beckworth
 4        NIX, PATTERSON & ROACH, LLP
          512 N. Broadway Avenue
 5        Suite 200
          Oklahoma City, Oklahoma 73102
 6        (405) 516-7800
          apate@nixlaw.com
 7        bbeckworth@nixlaw.com


 8   On behalf of the DEFENDANT PURDUE PHARMA:

 9        Jervonne Newsome
          LYNN, PINKER, COX, HURST
10        2100 Ross Avenue, Suite 2700
          Dallas, Texas 75201
11        (214) 981-3828
          jnewsome.lynnllp.com

12


13   On behalf of the DEFENDANTS JOHNSON & JOHNSON AND
     JANSSEN PHARMACEUTICALS:
14
          Charles Lifland
15        Esteban Rodriguez
          O'MELVENY & MYERS, LLP
16        400 South Hope Street
          Los Angeles, California 90071
17        (213) 430-6000
          clifland@omm.com
18        erodriguez2@omm.com


19   - and -

20        Andrew Bowman
          FOLIART, HUFF, OTTAWAY & BOTTOM
21        201 Robert S. Kerr
          Suite 1200
22        Oklahoma City, Oklahoma 73102
          (405) 232-4633
23        andrewbowman@oklahomacounsel.com


24

25   (Appearances continued on next page.)
```

1    APPEARANCES (Continued)

2  On behalf of the DEFENDANT TEVA PHARMACEUTICALS:

3       Jeff Curran
        GABLE GOTWALS
4       211 North Robinson, 15th Floor
        Oklahoma City, Oklahoma   73102-7255
5       (405) 235-5500
        jcurran@gablelaw.com

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1          VIDEOGRAPHER:  This is the videotaped
 2  deposition of Dr. Bruce Moskovitz in the matter of
 3  State of Oklahoma, et al., versus Purdue Pharma, et
 4  al.
 5          This deposition is being held at 201
 6  Robert S. Kerr in Oklahoma City, Oklahoma on January
 7  9, 2019.  We are on the record at 9:18 a.m.
 8          Will counsel please state your appearances
 9  for the record.
10          MR. PATE:  Drew Pate, Nix Patterson, for
11  the State.
12          MR. LIFLAND:  Charles Lifland, O'Melveny &
13  Myers, for Janssen and J&J.
14          MR. RODRIGUEZ:  Esteban Rodriguez,
15  O'Melveny & Myers, for Janssen and J&J.
16          MR. BOWMAN:  Andrew Bowman, Foliart, Huff,
17  Ottaway & Bottom, for Janssen and J&J.
18          MS. NEWSOME:  Jervonne Newsome with Lynn,
19  Pinker, Cox, Hurst for the Purdue defendants.
20          MR. CURRAN:  Jeff Curran, Gable Gotwals,
21  for the Teva defendants.
22          VIDEOGRAPHER:  The court reporter will now
23  swear in the witness.
24          (Witness sworn.)
25                  * * * *
```

```
 1   WHEREUPON,
 2                  BRUCE MOSKOVITZ, M.D.,
 3   after having been first duly sworn, deposes and
 4   says in reply to the questions propounded as
 5   follows, to-wit:
 6                   DIRECT EXAMINATION
 7   BY MR. PATE:
 8       Q    Good morning, Dr. Moskovitz.
 9       A    Good morning.
10       Q    Can you please introduce yourself to the
11   jury.
12       A    Yes.  I'm Dr. Bruce Moskovitz.  Do you
13   want the full name?
14       Q    That's fine.
15       A    Okay.
16       Q    You're a former employee of Johnson &
17   Johnson, correct?
18       A    That's correct.
19       Q    You are being paid to testify today on
20   J&J's behalf, correct?
21       A    That's correct.
22       Q    You have been paid to testify on J&J's
23   behalf a couple of times prior to this in this case,
24   haven't you?
25       A    Yes.
```

1  disposal, don't you?
2      A    I can't speak to the resources in any
3  particular area.  Resources are allocated.
4      Q    You're a $300 billion company, aren't you?
5           MR. LIFLAND:  Object to the form of the
6  question.
7      A    I don't know.
8      Q    (BY MR. PATE)  Right now, absent what is
9  being required to do, J&J is not using any of those
10 smart people or any of those resources in order to
11 determine and investigate what the long-term
12 benefits and risks of opioids are, is it?
13          MR. LIFLAND:  Object to the form of the
14 question.
15     A    We are not conducting studies or research
16 other than what's mandated under the REMS program
17 and surveillance to look at that question, no.
18     Q    (BY MR. PATE)  Do you think that J&J
19 should do that?
20          MR. LIFLAND:  Object to the form of the
21 question.
22     A    You're asking a personal opinion on that?
23     Q    (BY MR. PATE)  Sure.
24     A    Well, I think over the course of the
25 marketing for Duragesic and tapentadol, our

1  surveillance data consistently showed for our

2  compounds, Duragesic and Nucynta tapentadol, rates

3  of use, misuse and diversion were consistently low

4  and lower than most other long-acting opioids that

5  were on the market. I think we were comfortable

6  knowing that the steps that we took helped to

7  minimize use, misuse and diversion of our compounds.

8           I think in any field you can argue that

9  more research is needed, and that it's up to the

10 company to make a determination of how best to

11 allocate its resources to determine where more

12 research is going to be supported.

13     Q    J&J has so far right now, as far as you

14 know, determined not to allocate any more resources

15 to opioids, right?

16     A    Beyond --

17          MR. LIFLAND: Object to the form of the

18 question.

19     A    Beyond the studies that are required and

20 the surveillance programs for our products, correct.

21     Q    (BY MR. PATE) J&J is no longer making any

22 opioids other than Duragesic; is that right?

23     A    I believe we're still making Tylenol with

24 codeine.

25     Q    Schedule II opioids.

CERTIFICATE

I, Jane McConnell, Certified Shorthand Reporter, do hereby certify that the above-named BRUCE MOSKOVITZ, M.D., was by me first duly sworn to testify the truth, the whole truth, and nothing but the truth, in the case aforesaid; that the above and foregoing deposition was by me taken in shorthand and thereafter transcribed; and that I am not an attorney for nor relative of any of said parties or otherwise interested in the event of said action.

IN WITNESS WHEREOF, I have hereunto set my hand and official seal this 11th day of January, 2019.

Jane McConnell, CSR RPR RMR CRR