# EXHIBIT 4

Highly Confidential - Subject to Further Confidentiality Review

```
IN THE UNITED STATES DISTRICT COURT
    FOR THE NORTHERN DISTRICT OF OHIO
              EASTERN DIVISION
                  - - -

IN RE:  NATIONAL           :   HON. DAN A.
PRESCRIPTION OPIATE        :   POLSTER
LITIGATION                 :
                           :
APPLIES TO ALL CASES       :   NO.
                           :   1:17-MD-2804
                           :
```

          - HIGHLY CONFIDENTIAL -

SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

              VOLUME II

                 - - -

           November 14, 2018

                 - - -

           Videotaped deposition of
BRUCE L. MOSKOVITZ, M.D., taken pursuant
to notice, was held at the law offices of
Drinker Biddle & Reath, 105 College Road
East, Princeton, New Jersey, beginning at
9:17 a.m., on the above date, before
Michelle L. Gray, a Registered
Professional Reporter, Certified
Shorthand Reporter, Certified Realtime
Reporter, and Notary Public.

                 - - -

         GOLKOW LITIGATION SERVICES
    877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:
 2
          SIMMONS HANLY CONROY, LLC
 3        BY:  JAYNE CONROY, ESQ.
          112 Madison Avenue
 4        7th Floor
          New York, New York 10016
 5        (212) 784-6400
          jconroy@simmonsfirm.com
 6
              - and -
 7
          SIMMONS HANLY CONROY, LLC
 8        BY:  SARAH BURNS, ESQ.
          One Court Street
 9        Alton, Illinois 62002
          (618) 259-2222
10        Sburns@simmonsfirm.com
11            - and -
12        THE LANIER FIRM
          BY:  EVAN M. JANUSH, ESQ.
13        126 East 56th Street
          6th Floor
14        New York, New York 10022
          (212) 421-2800
15        evan.janush@lanierlawfirm.com
          Representing the Plaintiffs
16
17
18
19
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      APPEARANCES:  (Cont'd.)
 2
        O'MELVENY & MYERS, LLP
 3      BY:  CHARLES C. LIFLAND, ESQ.
        BY:  ESTEBAN RODRIGUEZ, ESQ.
 4      400 South Hope Street, 18th Floor
        Los Angeles, California 90071
 5      (213) 430-6665
        clifland@omm.com
 6      esrodriguez@omm.com
        Representing the Defendants, Janssen
 7      and Johnson & Johnson
 8
        PIETRAGALLO GORDON ALFANO BOSICK &
 9      RASPANTI, LLP
        BY:  DOUGLAS K. ROSENBLUM, ESQ.
10      1818 Market Street, Suite 3402
        Philadelphia, Pennsylvania 19103
11      (215) 320-6200
        Dkr@pietragallo.com
12      Representing the Defendant, Cardinal
        Health
13
14      CLARK MICHIE, LLP
        BY:  BRUCE W. CLARK, ESQ.
15      103 Carnegie Center, Suite 300
        Princeton, New Jersey 08540
16      (609) 423-2144
        bruce.clark@clarkmichie.com
17      Representing the Defendant, Pernix
18
19
20
21
22
23
24
```

```
 1         TELEPHONIC APPEARANCES:
 2
           ROPES & GRAY, LLP
 3         BY:  COLLEEN B. CREEDEN, ESQ.
           800 Boylston Street
 4         Boston, Massachusetts 02199
           (617) 951-7234
 5         Colleen.creeden@ropesgray.com
           Representing the Defendant,
 6         Mallinckrodt
 7
           FOX ROTHSCHILD, LLP
 8         BY: EILEEN OAKES MUSKETT, ESQ.
           1301 Atlantic Avenue
 9         Midtown Building, Suite 400
           Atlantic City, New Jersey 08401
10         (609) 348-4515
           Emuskett@foxrothschild.com
11         Representing the Defendant, Validus
           Pharmaceuticals
12
13         ULMER BERNE, LLP
           BY:  PAUL J. COSGROVE, ESQ.
14         600 Vine Street, Suite 2800
           Cincinnati, Ohio 45202
15         (513) 698-5104
           pcosgrove@ulmer.com
16         Representing the Defendant, Teva
           Pharmaceuticals, Inc. Cephalon Inc,
17         Watson Laboratories, Actavis LLC,
           Actavis Pharma, Inc.
18
19         ARNOLD & PORTER KAYE SCHOLER, LLP
           BY:  NICOLE R. LEIBOW, ESQ.
20         250 West 55th Street
           New York, New York 10019
21         (212) 836-8214
           nicole.leibow@arnoldporter.com
22         Representing the Defendants, Endo
           Health Solutions; Endo
23         Pharmaceuticals, Inc.; Par
           Pharmaceutical Companies, Inc. f/k/a
24         Par Pharmaceutical Holdings, Inc.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1         TELEPHONIC APPEARANCES:   (Cont'd.)
 2
           JACKSON KELLY, PLLC
 3         BY:  SANDRA K. ZERRUSEN, ESQ.
           50 South Main Street, Suite 201
 4         Akron, Ohio 44308
           (330) 252-9060
 5         Skzerrusen@jacksonkelly.com
           Representing the Defendant,
 6         Miami-Luken
 7
           COVINGTON & BURLING, LLP
 8         BY:  SARA SUNDERLAND, ESQ.
           One Front Street
 9         San Francisco, California 94111
           (415) 591-7063
10         Ssunderland@cov.com
           Representing the Defendant, McKesson
11         Corporation
12
           HUGHES HUBBARD & REED, LLP
13         BY:  TINA M. SCHAEFER, ESQ.
           2345 Grand Boulevard
14         Kansas City, Missouri 64108
           (816) 709-4159
15         tina.schaefer@hugheshubbard.com
           Representing the Defendant, UCB,
16         Inc.
17
           JONES DAY
18         MEREDITH KINCAID, ESQ.
           1420 Peachtree Street, NE
19         Suite 800
           Atlanta, Georgia 30309
20         (404) 581-8043
           Mkinkaid@jonesday.com
21         Representing the Defendant, Walmart
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        APPEARANCES:   (Cont'd.)
 2
          ALSO PRESENT:
 3
 4        VIDEOTAPE TECHNICIAN:
 5            Henry Marte
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1      APPEARANCES:   (Cont'd.)
 2
        ALSO PRESENT:
 3
 4      VIDEOTAPE TECHNICIAN:
 5         Henry Marte
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    - - -
 2              THE VIDEOGRAPHER:  We are
 3      back on the record.  Today's date
 4      is November 14th, 2018.  And the
 5      time is 9:17 a.m.
 6              Counsel, you may proceed.
 7                    - - -
 8          ... BRUCE L. MOSKOVITZ, M.D.,
 9   having been previously sworn, was
10   examined and testified as follows:
11                    - - -
12             CONTINUED EXAMINATION
13                    - - -
14   BY MS. CONROY:
15         Q.    Good morning, Doctor.
16         A.    Good morning.
17         Q.    Thank you for bringing the
18   sun back.
19         A.    We don't often get it in New
20   Jersey at this time of year.
21         Q.    Right.  I guess we're
22   avoiding a snowstorm for a few more hours
23   I guess.  What I'd like to talk about
24   first this morning is the reservoir patch
```

```
 1   teenagers, whether there were concerns
 2   about Nucynta that it might be different
 3   from other opioids.
 4          Q.   And do you remember what
 5   kinds of data the company received from
 6   the surveillance plans that were put in
 7   place for the Nucynta product?
 8          A.   That in general, Nucynta was
 9   not a product that was sought by
10   individuals who would abuse, misuse and
11   divert -- and divert opioid products.
12          Q.   And where did it rank in
13   terms of the various RADARS indexes that
14   we looked at on the slide?
15          A.   Consistently at the bottom,
16   or very near the bottom of measures of
17   abuse, misuse and diversion.
18          Q.   Now, when Nucynta, the
19   extended release was brought out, was
20   there -- was the extended release, the
21   class REMS in place yet?
22          A.   No.  It was still -- it
23   still hadn't been finalized between the
24   consortium of companies marketing
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1
 2                    CERTIFICATE
 3
 4
 5            I HEREBY CERTIFY that the
      witness was duly sworn by me and that the
 6    deposition is a true record of the
      testimony given by the witness.
 7
              It was requested before
 8    completion of the deposition that the
      witness, BRUCE L. MOSKOVITZ, M.D., have
 9    the opportunity to read and sign the
      deposition transcript.
10
11
12            _____
              MICHELLE L. GRAY,
13            A Registered Professional
              Reporter, Certified Shorthand
14            Reporter, Certified Realtime
              Reporter and Notary Public
15            Dated:  November 15, 2018
16
17
18                    (The foregoing certification
19    of this transcript does not apply to any
20    reproduction of the same by any means,
21    unless under the direct control and/or
22    supervision of the certifying reporter.)
23
24
```