# EXHIBIT 12



Talk · Listen · Act

Let's Talk **PAIN**

Contact Us | Site Map | Privacy Policy | Search | Feedback

Google™ Custom Search

"To hear about pain is to have doubt; to experience pain is to have certainty."

Elaine Scarry, *The Body in Pain: The Making and Unmaking of the World*

HOME

WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

FOR PATIENTS: YOU'RE NOT ALONE

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

*Let's Talk Pain* is a Coalition of leading advocacy groups, focused on increasing awareness and improving understanding of pain management.

The *Let's Talk Pain* Coalition is the first coalition of its kind to bring together organizations representing a diverse array of perspectives by those affected by pain: patients, caregivers, and healthcare professionals. This group includes - but is not limited to - physicians, nurses, social workers and therapists. By working together, the members of the coalition aim to foster better communication between individuals living with pain and their healthcare professionals.

The *Let's Talk Pain* Coalition Web site content is developed collaboratively by representatives from its member organizations. Founding members are the **American Pain Foundation**, **American Academy of Pain Management**, and **American Society for Pain Management Nursing**. **Janssen Pharmaceuticals, Inc.** is the sponsor of the Coalition.






> *The story behind "Let's Talk Pain"*



Let's Talk Pain
Medication Safety Series

Introducing a new web-based series about the safe and appropriate use of pain medicines and devices.

Click Here >>



TALK

> What Patients are Saying about Pain
> How to Talk with your Healthcare Professional
> Ask the Experts
> What the Experts Say About Pain



LISTEN

> Pain Definitions
> Pain Conditions
> Understanding Addiction
> Assessing Pain



ACT

> Pain Survey
> Recent News
> Press Releases

Sponsored by **janssen** © *Let's Talk Pain* 2011. All rights reserved



Talk • Listen • Act

**Let's Talk PAIN**

Google™ Custom Search

**WHAT IS *LET'S TALK PAIN* COALITION** > ABOUT THE COALITION

💬 **WHAT IS THE *LET'S TALK PAIN* COALITION?**

› About the Coalition
› Our Mission and Values
› Members

PAIN: THE REAL STORY

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at http://www.adobe.com/products/flashplayer/

  

For more information on the safe use of pain therapies, visit PainSAFE™.

## what is the *let's talk pain* coalition?

› about the coalition

## About the Coalition

Pain is a leading public health problem in the United States. The majority of adults in this country (approximately 57 percent) have experienced chronic or recurrent pain. Yet, members of the Coalition recognize that a significant barrier to effective pain management is that both clinicians and patients are often reluctant to talk about pain. Why? There are several factors.

Many people who live with pain, for example, say that their pain is not believed nor taken seriously by their healthcare professionals and that they are concerned about being misunderstood by their friends and loved ones. Many pain patients are also fearful about becoming addicted to certain pain medications.

Healthcare professionals tell us they have serious concerns when treating pain, such as: whether they will be able to help manage the patients' pain appropriately; fears about contributing to substance abuse and addiction in our society; and concerns about regulatory scrutiny. All of these concerns can affect the care and management of their patients who are in pain.

Side effects related to treatment can also have a negative impact on the management of pain. Many people affected by acute and chronic pain are concerned about the adverse effects of some pain medications—particularly the side effects from opioids, which include nausea, vomiting, constipation, somnolence, and dizziness. Healthcare professionals may also be concerned about patients' perceptions of side effects and know that their patients will sometimes abandon treatments that have the potential to improve the quality of their patients' lives.

Such concerns, held by patients and healthcare professionals, contribute to the complexity of pain management and can lead to the under-treatment of pain. It is critical for healthcare professionals to engage their pain patients in personalized conversations about their experience and the impact pain has on their lives. People with pain should learn how to advocate effectively for themselves and communicate their needs openly with their healthcare professionals and caregivers.

The American Pain Foundation, American Academy of Pain Management, the American Society for Pain Management Nursing, and Janssen Pharmaceuticals, Inc., have created the *Let's Talk Pain* Coalition to help address the concerns that many people have about their pain care. Through a nationwide campaign, the Coalition will provide information to encourage individuals with pain and their healthcare professionals to improve how they communicate with each other about pain and its treatment. By providing helpful pain advocacy tools and up-to-date information, the Coalition will help foster improved communication between those affected by pain and their healthcare professionals, which will help result in improved treatment outcomes.

Contact Us | Site Map | Privacy Policy | Search | Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 

2

Let's Talk **PAIN**

Talk • Listen • Act



WHAT IS *LET'S TALK PAIN* COALITION > OUR MISSION AND VALUES

**WHAT IS THE *LET'S TALK PAIN* COALITION?**
> About the Coalition
▸ Our Mission and Values
> Members

PAIN: THE REAL STORY

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

**A Doctor's Point of View**

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at
http://www.adobe.com/products/flashplayer/



**My Pain Journal**
Keep track of your meds...your pain levels... what days are good... which are bad
> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.

## Our Mission and Values

*Let's Talk Pain* is a Coalition dedicated to improving awareness and understanding of pain management and is made up of leading pain advocacy groups committed to improving pain care throughout the nation. Our goal is to encourage people affected by pain and their healthcare professionals to **talk** more about pain, to **listen** actively, and to **act** in ways that improve care for people who live with acute and chronic pain.

The Coalition believes that with improved communication and understanding between healthcare professionals and their patients, meaningful change can occur in the therapeutic outcomes and the patient's quality of life. By working with pain management specialists, primary care physicians, nurses, caregivers, and media, the Coalition will provide information to the public about pain treatment and overall management. To enhance this dialogue, the Coalition will offer resources and tools found on this web site that will help people affected by pain and their healthcare professionals talk more openly and willingly about pain.

Contact Us  |  Site Map  |  Privacy Policy  |  Search  |  Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 



WHAT IS *LET'S TALK PAIN* COALITION > PARTNERS

**WHAT IS THE *LET'S TALK PAIN* COALITION?**
- ▶ About the Coalition
- › Our Mission and Values
- › Members

PAIN: THE REAL STORY

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM



**My Pain Journal**
Keep track of your meds...your pain levels... what days are good... which are bad

> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.

## Founding Members

**American Pain Foundation (APF)**

APF's mission is to improve the quality of life of people with pain by raising public awareness, providing practical information, promoting research, and advocating to remove barriers and to increase access to effective pain management.



**Contact APF:**
201 North Charles Street, Suite 710
Baltimore, MD 21201-4111
Toll Free: 1-888-615-PAIN (7246)
E-mail: info@painfoundation.org.

**American Academy of Pain Management (the Academy)**

The American Academy of Pain Management (the Academy) is a nonprofit organization serving a broad range of clinicians who treat people with pain through education, information, and advocacy. Founded in 1988, the Academy has approximately 5,300 members and is the largest interdisciplinary/integrative pain organization in the United States.



**Contact the Academy:**
13947 Mono Way #A
Sonora, CA 95370
Office: 209-533-9744

**American Society for Pain Management Nursing (ASPMN)**

ASPMN's mission is to advance and promote optimal nursing care for people affected by pain by promoting best nursing practices. This is accomplished through education, standards, advocacy, and research.



**Contact ASPMN:**
PO Box 15473
Lenexa, KS 66285-5473
Toll Free: (888) 34ASPMN
Office: (913) 895-4606
E-mail: aspmn@goamp.com

**Coalition Sponsor:**

**Janssen Pharmaceuticals, Inc.**

Janssen Pharmaceuticals, Inc. is a major healthcare company in the United States dedicated to the needs of primary care professionals who serve a vital role on the frontline of medicine.



**Contact Janssen Pharmaceuticals, Inc.:**
www.janssenpharmaceuticalsinc.com

## General Members

### Strength for Caring (SFC)

The Johnson & Johnson Caregiver Initiative is a pioneer in the emerging field of family caregiver support and StrengthForCaring.com (SFC) is the cornerstone of this important program. SFC is a comprehensive website designed to provide family caregivers with a broad range of expert content and information, an emerging on-line community, daily inspiration, and much needed support.



**Contact SFC:**
www.strengthforcaring.com

### Global Healthy Living Foundation (GHLF)

The Global Healthy Living Foundation is a 501(c)(3) not-for-profit organization to improve the quality of life for people with chronic diseases such as arthritis, hypertension, high cholesterol, diabetes, sickle cell disease, depression, psoriasis, cancer and COPD/asthma.



**Contact GHLF:**
515 N. Midland Ave.
Upper Nyack, NY 10960-1205
Office: (845) 348-0400
Fax: (845) 348-0210
www.ghlf.org

---

Contact Us  |  Site Map  |  Privacy Policy  |  Search  |  Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 

5



Talk • Listen • Act

WHAT IS THE *LET'S TALK PAIN* COALITION?

**PAIN: THE REAL STORY**
› Pain Definitions
› Pain Conditions
› Understanding Addiction
› Assessing Pain

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at
http://www.adobe.com/products/flashplayer/



My Pain Journal

Keep track of your meds...your pain levels... what days are good... which are bad

> download your journal

For more information on the safe use of pain therapies, visit **PainSAFE**TM.



pain: the real story
▸ *pain definitions*

## Pain Definitions

  

Understanding the different types of pain may help you to talk openly and directly with your doctor about your pain. The more you know about pain, the more you can do to find successful pain management treatment. Here is a list of pain terms that will help you better understand your condition and take action in your pain management treatment plan.

Talk to your healthcare professional if you are having pain. Depending on the pain, some may need to see a pain specialist or have their doctor consult with a pain specialist to develop a pain management treatment plan. Pain specialists may be oncologists, anesthesiologists, neurologists, neurosurgeons, other doctors, nurses, or pharmacists. A pain management team may also include psychologists and social workers.

**Acute Pain** - occurs suddenly due to illness, injury or surgery. It has a short duration that subsides when the injured tissue heals.

**Chronic Pain** - is pain that persists for long periods of time (usually >3 months). Failure to treat acute pain promptly and appropriately at the time of injury, during initial medical and surgical care, and at the time of transition to community-based care, contributes to the development of chronic pain syndromes. In chronic pain, pain signals may remain active in the nervous system for weeks, months or even years. Chronic pain has no value or benefit; it is a disease of the nervous system.

    **Types of Chronic Pain:**
    **Intermittent Pain** - episodic and may occur in waves or patterns.
    **Persistent Pain** - lasts 12 or more hours every day for more than three months.

*Other Pain Terms:*

**Breakthrough Pain** - intermittent worsening of pain that occurs spontaneously or in relation to a specific activity. The pain increases above the level of pain being treated with ongoing analgesics (pain medications).

**Pain Flares** - short-term increases in one's usual level of pain. This pain suddenly erupts or emerges with or without an aggravating event or activity.

**Nociceptive Pain** - caused by an injury that stimulates pain receptors. Pain receptors, located on the tips of nerve cells, recognize and react to an unpleasant stimulus (pressure, extreme temperatures [hot or cold], irritating substances released by other cells) and send pain signals through the nervous system for recognition and response to an injury or the risk for injury. This type of pain may be accompanied by inflammation. Infections, burns, cuts, a severe lack of oxygen in the blood, and stretching of or pressure within an organ, can injure tissues and cause nociceptive pain.

    **Types of Nociceptive Pain:**

    **Somatic Pain** - caused by injury to skin, muscles, bone, joint, and connective tissues. Deep somatic pain is usually described as dull or aching, and localized in one area. Somatic pain from injury to the skin or the tissues just below it often is sharper and may have a burning or pricking quality.

    **Visceral Pain** - originates from ongoing injury to the internal organs or the tissues that support them. When the injured tissue is a hollow structure, like the intestine or the gall bladder, the pain often is poorly localized and feels like

cramping. When the injured structure is not a hollow organ, the pain may be pressure-like, deep, and stabbing.

**Neuropathic Pain** - results from damage to or dysfunction of the peripheral or central nervous system, rather than stimulation of pain receptors (like in the case of somatic and visceral pain). Some patients who get neuropathic pain describe it as bizarre, unfamiliar pain, which may be burning or like electricity. The pain may be associated with sensitivity of the skin. Neuropathic pain can also result from chemical damage to the nervous system that may be caused by some treatments (chemotherapy, radiation, surgery).

**Cancer Pain** - Results from the treatment for cancer or from the cancer itself. Cancer pain depends upon the type of cancer, the stage (extent) of the disease, and the pain threshold (tolerance for pain) of the person with cancer. Most of the pain comes when a tumor presses on bones, nerves, or body organs. But it can also be caused by the treatment or the tests done to diagnose cancer. Some may also have pain that has nothing to do with the illness or treatment. For more information on cancer pain, visit the <u>American Cancer Society</u>.

For other valuable resources for pain management, see our free **pain journal** and other pain assessment tools such as the <u>Let's Talk Pain show</u>.

Contact Us | Site Map | Privacy Policy | Search | Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 



PAIN: THE REAL STORY> PAIN CONDITIONS

WHAT IS THE *LET'S TALK PAIN* COALITION?

**PAIN: THE REAL STORY**
> Pain Definitions
> Pain Conditions
> Understanding Addiction
> Assessing Pain

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at
http://www.adobe.com/products/flashplayer/



My Pain Journal

Keep track of your meds...your pain levels... what days are good... which are bad

> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.

## Pain Conditions



The following information describes some common pain-related conditions such as acute back pain, arthritis pain, chronic fibromyalgia pain, and chronic pain syndrome.

**Arthritis**

Arthritis means inflammation of the joints. It causes pain and usually also limits movement of the affected joints. There are many kinds of arthritis, with osteoarthritis (also called degenerative joint disease) being the most common.

Osteoarthritis is more common in older people because they have been using their joints longer. Using the joints to do the same task over and over or simply using them over time can make osteoarthritis worse. However, younger people, including athletes, can be at risk for osteoarthritis because they use their joints so much. Risk factors include:

> Jobs that require the same movement over and over
> Injuries to a joint that can increase the risk of arthritis later on
> Excess weight that can accelerate arthritis in the knees, hips and spine

Rheumatoid arthritis (RA) is a chronic disease characterized by inflammation of the lining of the joints, and affects 1.3 million Americans. It can lead to long-term joint damage, resulting in chronic pain, loss of function and disability. Because it is a chronic disease, RA continues indefinitely and may not go away. Frequent flares in RA can occur, and the disease has the potential to affect other organs in the body. Currently, the cause of RA is unknown. And while there is no cure, there are many ways to control RA through the use of new drugs, exercise, joint protection techniques and self-management techniques. Early diagnosis and treatment with an arthritis pain management program is critical to continue living a productive lifestyle.

**Fibromyalgia**

Fibromyalgia is a disorder that causes pain in joints and muscles. It may also cause headaches, muscle stiffness, body aches and can disrupt sleep. Stress or lack of sleep can make the symptoms of fibromyalgia worse. This disorder is seen in up to 5 percent of the population and affects more women than men. However, it isn't life threatening and it doesn't cause permanent damage. For chronic fibromyalgia pain relief, consult your doctor about developing a pain management plan. Fibromyalgia has many symptoms, although some of these may come and go. Some included are:

> Increased sensitivity to pain (this is the main symptom of fibromyalgia)
> Constant pain that gets worse in response to activity, stress, weather changes and other factors
> Deep ache or a burning pain, with or without muscle tightening or spasms
> Migratory pain (pain that moves around the body)
> Tiredness, fatigue and/or trouble sleeping
> Numbness or tingling in parts of your body, or a feeling of poor blood flow in some areas
> Sensitivity to odors, bright lights, loud noises and even medicines
> Headaches and jaw pain
> Dry eyes or difficulty focusing on nearby objects
> Problems with dizziness and balance
> Some people have chest pain, a rapid or irregular heartbeat, or shortness of breath
>

> Digestive symptoms that include difficulty swallowing, heartburn, gas, cramping abdominal pain, and alternating diarrhea and constipation

> Sometimes urinary symptoms exist including frequent urination, a strong urge to urinate and pain in the bladder area

> Women with fibromyalgia often have pelvic symptoms, including pelvic pain, painful menstrual periods and painful sexual intercourse

### TMJ

Temporomandibular Joint and Muscle Disorders (TMJDs) refers to a complex and poorly understood set of conditions that can cause pain in the area of the jaw joint and associated muscles and/or problems using the jaw. Problems in this area can cause head and neck pain, a jaw that is locked in position or difficult to open, and problems biting. Both or just one of the TM joints may be affected. TMJDs can affect a person's ability to speak, eat, chew, swallow, make facial expressions and even breathe.

### Back and Neck Pain

Most adults (90 percent) will suffer some kind of back pain during the course of their lives, while another 67 percent will experience neck pain. Back and neck pain are among the most common reasons for doctor visits, and are often times responsible for lost workdays, disability and high healthcare costs. For more acute back pain management information, consult your doctor.

### Central Pain Syndrome

Central pain syndrome is a neurological condition caused by damage to or dysfunction of the central nervous system (CNS), which includes the brain, brain stem and spinal cord. This chronic pain syndrome can be caused by stroke, multiple sclerosis, tumors, epilepsy, brain or spinal cord trauma, or Parkinson's disease.

Central pain syndrome may affect a large portion of the body or may be more restricted to specific areas, such as hands or feet. The extent of pain is usually related to the cause of the CNS injury or damage. Pain is typically constant, may be moderate to severe in intensity, and is often made worse by touch, movement, emotions, and temperature changes (usually cold temperatures). Individuals experience one or more types of pain sensations, the most prominent being burning. Central pain syndrome often begins shortly after the causative injury or damage, but may be delayed by months or even years, especially if it is related to post-stroke pain. While central pain disorder is not a fatal disorder, the symptoms that cause people to suffer can be debilitating.

Contact Us | Site Map | Privacy Policy | Search | Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 



PAIN: THE REAL STORY> UNDERSTANDING ADDICTION

WHAT IS THE *LET'S TALK PAIN* COALITION?

**PAIN: THE REAL STORY**
> Pain Definitions
> Pain Conditions
▶ **Understanding Addiction**
> Assessing Pain

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at
http://www.adobe.com/products/flashplayer/



My Pain Journal

Keep track of your meds...your pain levels... what days are good... which are bad

> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.

## Resources for Pain Management: Understanding Tolerance, Physical Dependence and Addiction



The use of strong pain medication, particularly opioids, often carries the stigma of drug addiction and abuse. As a result, many healthcare professionals prescribe opioids conservatively for pain management and many patients and their families are just as cautious about starting opioid medications. In many ways, this harmful stigma can be attributed to a lack of understanding about addiction and its related areas, such as pharmacologic tolerance and physical dependence - none of which are the same. By understanding the key differences between these terms, people affected by pain and their healthcare professionals can feel and communicate better about the pain management treatment choices they make.

> *Tolerance* is a biological state of adaptation in which exposure to a drug induces changes that result in a reduction of one or more of the drug's effects over time.

> *Physical dependence* is a biological state of adaptation that is manifested by a drug class-specific syndrome that can be produced by abrupt cessation, rapid dose reduction, decreasing blood level of the drug, and/or administration of an antagonist.

> *Addiction* is a primary, chronic, neurobiological disease with genetic, psychosocial, and environmental factors influencing its development and manifestation. It is characterized by behaviors that include one or more of the following: impaired control over drug use, continued use despite harm, and craving.

The American Academy of Pain Medicine, American Pain Society and American Society of Addiction Medicine explain the differences between tolerance, dependence and addiction as follows:

**Tolerance** refers to the situation in which a drug becomes less effective over time and an increased dosage of the medication is required to maintain the same pain relief. This isn't always the case. Some people with persistent pain can stay on the same dose of opioid for a long time and not develop a tolerance. Many times, if a person needs a larger dose of a drug, it's because their pain is worse or the problem causing their pain has changed.

**Physical dependence** means that a person will develop symptoms and signs of withdrawal (e.g., sweating, rapid heart rate, nausea, diarrhea, goosebumps, anxiety) if the drug is suddenly stopped or the dose is lowered too quickly. This does NOT mean you are addicted. In fact, many non-addictive drugs can produce physical dependence. Physical dependence is considered a normal response for those patients who are being treated over several days or on a regular basis with opioids.

To prevent withdrawal, the dose of medication must be decreased slowly and your physician may choose to do this through a process known as titration. If you believe that you no longer need to take the opioid medication or want to reduce the dose, it is essential to speak to your healthcare professional. They will guide you on how to decrease your dose over time to prevent the experience of withdrawal.

**Addiction** to a medication means a person has lost control over the use of the drug and they continue to use it despite harmful consequences. The term addiction now refers to a medical diagnosis and is defined as a primary, chronic, neurobiological disease with genetic, psychosocial, and environmental factors influencing its development and expression. It is characterized by behaviors that include one or more of the following: impaired control over drug use, compulsive use, continued use despite harm, and craving.

A related term is *pseudoaddiction*, which refers to patient behaviors that may occur when pain is under-treated. This includes an increased focus on obtaining medications ("drug seeking" or "clock watching") and even illicit drug use or

deception. Pseudoaddiction is different from true addiction because such behaviors can be resolved with effective pain management.

How can an individual tell if they are becoming addicted? How can a healthcare professional determine if their patient is developing an addiction? Here are some warning signs:

> Taking more pain medication than prescribed
> Requesting prescriptions from multiple doctors
> Using alcohol or other medications to increase the effects of the pain medication
> Taking pain medication to deal with other problems, such as anxiety or stress
> Friends or loved ones expressing concern about use of pain medication

It is important to become more familiar with the relationships between pain management and addiction, tolerance and physical dependence. Knowing the difference between these terms can prevent misunderstandings about pain management. With a better understanding, individuals with pain, their families, friends, and healthcare professionals can improve how they **talk**, **listen** and **act** about pain.

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 

Talk • Listen • Act

Let's Talk **PAIN**

Google™ Custom Search

WHAT IS THE *LET'S TALK PAIN* COALITION?

**PAIN: THE REAL STORY**
> Pain Definitions
> Pain Conditions
> Understanding Addiction
▸ **Assessing Pain**

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at http://www.adobe.com/products/flashplayer/



My Pain Journal
Keep track of your meds...your pain levels... what days are good... which are bad
> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.



pain: the real story
▸ assessing pain

## Assessing Pain

LISTEN

Clear pain assessment and documentation is critical to maintaining good patient-professional communication. Healthcare professionals should conduct thorough assessments and help their patients in assessing pain and disclosing all details of their condition and history. Talking and listening to one another at this stage creates a trusting, collaborative environment to develop the most appropriate and effective pain management treatment plan. Clear pain assessment and documentation is critical to maintaining good patient-professional communication. Healthcare professionals should conduct thorough assessments and help their patients in assessing pain and disclosing all details of their condition and history. Talking and listening to one another at this stage creates a trusting, collaborative environment to develop the most appropriate and effective pain management treatment plan.

Most hospitals, nursing homes and other healthcare facilities are now required to perform pain assessment and treatment. In assessing pain, your healthcare professional may:

> Perform a complete physical exam
> Complete a pain assessment
> Ask detailed questions about your medical history and lifestyle
> Order blood work, X-rays and other diagnostic and laboratory tests

It's important for your healthcare professional to have a complete picture of your pain history. He/she may ask about seven characteristics of pain to help LOCATE your pain and make the correct diagnosis.

**L** the exact Location of the pain and whether it travels to other body parts
**O** Other associated symptoms such as nausea, numbness, or weakness
**C** The Character of the pain, whether it's throbbing, sharp, dull or burning
**A** Aggravating or Alleviating factors. What makes the pain better or worse?
**T** the Timing of the pain, how long it lasts, is it constant or intermittent?
**E** the Environment where the pain occurs, for example, while working or at home

Pain scales are additional pain assessment tools to help you describe the intensity of your pain and help your doctor or other healthcare professional diagnose or measure your level of pain. These include numeric, verbal or visual scales.

With **numerical scales**, you use numbers from 0-10 (0 being no pain and 10 being the worst pain ever) to rate the intensity of your pain.

**Verbal scales** are pain assessment tools that contain commonly used words such as "mild", "moderate" and "severe" to help you describe the severity of your pain.

**Visual scales** are pain assessment tools that use aids like pictures of facial expressions, colors or gaming objects, such as poker chips, to help explain the severity of your pain. One type, the Wong Baker Faces Pain Rating Scale, shows six different facial expressions from happy (no hurt) to agony (hurts the worst) to help show your healthcare professional how much pain you feel. Body diagrams may also be used to help pinpoint where your pain occurs.



**Multidimensional pain assessment tools**, such as the McGill Pain Questionnaire (MPQ) and the Brief Pain Inventory (BPI), have been developed to quantitate different aspects of pain, including location and quality of pain and its effect on mood and function. However, these take longer to administer than the simpler scales and some patients who are cognitively impaired or poorly educated may find them difficult to complete. They are generally used in pain research but can be adapted for clinical use in assessing pain, if appropriate and valuable.

For other valuable patient resources for assessing pain, see our free [pain journal](#) and other pain assessment tools such as the [Let's Talk Pain show](#).

Contact Us  |  Site Map  |  Privacy Policy  |  Search  |  Feedback

© *Let's Talk About Pain* 2011. All rights reserved

Sponsored by 

Talk · Listen · Act

Let's Talk **PAIN**

Google™ Custom Search

> WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

**FOR PATIENTS**

› What Patients Are Saying About Pain

› How to Talk to Your Healthcare Professional

› Ask The Experts

› My Pain Journal (PDF)

› Share Your Story

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

My Pain Journal
Keep track of your
meds...your pain levels...
what days are good...
which are bad

> download your journal



For more information on the safe use of pain therapies, visit PainSAFE™.



For patients:
you're not alone

## What Patients Are Saying About Living With Pain


TALK

Listen to Andrea's experience with of living with pain disease-related chronic pain and how her multimodal approach to addressing disease-related chronic pain, which includes medication and tai chi, has helped her enjoy painting again.

You need Adobe Flash Player
to view the videos on this site.
Download the Flash plug-in at http://www.adobe.com/products/flashplayer/.

*Pain is highly individualized. Symptoms and treatment results may vary among people with pain.*

Kate talk about living with pain and the plan she uses to achieve success in managing her surgery-related chronic pain.

You need Adobe Flash Player

to view the videos on this site.

Download the Flash plug-in at http://www.adobe.com/products/flashplayer/.

*Pain is highly individualized. Symptoms and treatment results may vary among people with pain.*

Contact Us | Site Map | Privacy Policy | Search | Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by janssen



WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

**FOR PATIENTS**
> What Patients Are Saying About Pain
> **How to Talk to Your Healthcare Professional**
> Ask The Experts
> My Pain Journal (PDF)
> Share Your Story

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

A Doctor's Point of View

My Pain Journal
Keep track of your
meds...your pain levels...
what days are good...
which are bad
> download your journal



  

For more information on the safe use of pain therapies, visit PainSAFE™.

## How to Talk to Your Healthcare Professional
**Patient Resources for Pain Management**



Talking to your healthcare professional about pain can be confusing and sometimes hard to do. View our featured videos to hear tips from patients who have been successful in getting their doctors or other healthcare professionals to **listen** and **talk** to them about their pain.

Listen to Andrea talk about being an advocate for herself in the doctor's office.

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at http://www.adobe.com/products/flashplayer/.

*Pain is highly individualized. Symptoms and treatment results may vary among people with pain.*

Listen to Kate talk about her team approach to pain management.



You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at http://www.adobe.com/products/flashplayer/.

*Pain is highly individualized. Symptoms and treatment results may vary among people with pain.*

### Tips for Talking with Your <u>Healthcare Professional</u> About Pain Management

The American Pain Foundation offers some tips to ask your healthcare professional when talking about your pain.

> Don't be afraid to speak up! Only you know the extent of your pain and how it affects your quality of life.

> Knowledge is power. There are a variety of drug and non-drug therapies (e.g., physical therapy, yoga, meditation) available to effectively control pain; these are typically used in combination. Ask your healthcare professional about ways to relax and cope with pain. Your pain may feel worse if you are stressed, depressed or anxious.

> Set realistic goals with your healthcare professional for things you most want to do, such as sleeping, working, exercising or enjoying sexual relations. Begin with the easiest goals first.

> Tell your healthcare professional what over-the-counter medications, vitamins and supplements you take, at what dose and how often. Also let him or her know about other personal health habits (e.g., smoking tobacco, alcohol use), which can interfere with some pain treatments and increase pain levels.

> Keep a **<u>pain journal</u>** to record the frequency and intensity of your pain. Use descriptive words, such as sharp, crushing, throbbing, shooting or tender in assessing pain. Also, take note of how well your treatment plan is working and what makes your pain worse or better.

> Write down questions you have before each appointment, and tell your healthcare professional if there is something you don't understand.

> Bring a relative or friend to your appointments for support and to help take notes and remember what was said.

> Find out about support groups and educational programs in your area or online.

> Reach out to supportive friends and family members when you need them.

> Know there will be good and bad days.

It is important to ask good questions when you visit with your healthcare professional. Here are some questions to consider:

> What could be causing my pain?

> What options do you recommend for treating my pain?

> What are the best medications for me and my pain management?

> How long will it take for my medication to work?

> What are the common side effects of this medication?

> Are there medicines that have fewer side effects but can still treat my pain?

> What other non-drug therapies or activities should I consider for pain management?

> What are realistic expectations for pain relief given my condition?

> When can I expect to see improvements?

> What can I expect from treatment?

> Who should I call in a pain emergency?

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 

17



**FOR PATIENTS: YOU ARE NOT ALONE** > ASK THE EXPERTS

WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

**FOR PATIENTS**
> What Patients Are Saying About Pain
> How to Talk to Your Healthcare Professional
> Ask The Experts
> My Pain Journal (PDF)
> Share Your Story

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM



My Pain Journal

Keep track of your meds...your pain levels... what days are good... which are bad

> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.

## Pain Management Information: Ask The Experts

Have a question about pain you want answered? Ask one of our experts by submitting your question using the form below. Although our experts cannot respond to e-mails personally, we will do our best to provide the pain management information you are seeking on the *Let's Talk Pain* web site.

*The LTP Coalition is the sole owner of the information collected on this Web site. We will not sell, share, or rent your information to others for any marketing use or ways different from what is disclosed in this statement. The LTP Coalition Web site collects information from our visitors on different pages and for different purposes. By providing your name, mailing address, email address and other optional information, and by clicking on the I AGREE button you are giving the LTP Coalition and its member organizations permission to communicate with you in order to fulfill your requests for information focused on increasing awareness and improving understanding of pain management. Web site visitors are given the opportunity to opt-out of LTP Coalition electronic or postal mail communications, at any time. For information on how the Let's Talk Pain Coalition handles your information, or to stop receiving additional communications please visit our Web site Privacy Policy.*

\* *Required fields*

| | |
|---|---|
| \* *First Name* | |
| \* *Last Name* | |
| *Address 1:* | |
| *Address 2:* | |
| *City* | |
| *State* | |
| *Zip Code* | |
| \* *E-mail* | |
| *Insert question below.* | |

Contact Us  |  Site Map  |  Privacy Policy  |  Search  |  Feedback

© Let's Talk Pain 2011. All rights reserved

Sponsored by Janssen



WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

**FOR PATIENTS**

> What Patients Are Saying About Pain

> How to Talk to Your Healthcare Professional

> Ask The Experts

■ My Pain Journal (PDF)

> Share Your Story

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

## My Pain Journal

Physicians and other healthcare professionals agree that keeping a daily journal of your pain can help you stay motivated and improve your ability to talk with them. Take action and download the journal below and use it to help track your pain experiences on a regular basis. Then, next time you meet with your healthcare professional, bring your journal and review it carefully with him or her.

Downloadable pain journal (PDF)

Contact Us  |  Site Map  |  Privacy Policy  |  Search  |  Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 



**My Pain Journal**

Keep track of your meds...your pain levels... what days are good... which are bad

> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.



# TARGET Chronic Pain
# NOTEBOOK

Taking Charge
of Your
Pain Care



*American Pain Foundation*
A United Voice of Hope and Power over Pain



*American Pain Foundation*
A United Voice of Hope and Power over Pain

## ABOUT THE AMERICAN PAIN FOUNDATION

Founded in 1997, the American Pain Foundation (APF) is the nation's leading independent non-profit 501(c)3 organization serving people with pain. Our mission is to improve the quality of life for people with pain by:

- Raising public awareness
- Providing practical information, education and support
- Advocating to remove barriers and increase access to effective pain management
- Promoting research

This booklet is provided for educational and informational purposes only. APF is not engaged in rendering medical advice or professional services, and this information should not be used for diagnosing or treating a health problem. APF makes no representations or warranties, expressed or implied. Providing references to other organizations or links to other web sites does not imply that APF endorses the information or services provided by them. Those organizations are solely responsible for the information they provide.

# USING YOUR PAIN NOTEBOOK

This easy-to-use Pain Notebook was created to help you record your pain experience (when it occurs, for how long, the level and type of pain, possible triggers, etc.), its impact on day-to-day life (what activities you can or cannot do), and how you respond to various treatments over time, including side effects and improvements in daily function and emotional wellness.

Finding the right combination of treatments to relieve pain can take time and patience. By keeping track of what makes your pain better or worse, you will help your healthcare team find the best treatment approach for you. Plus you'll be playing a more active role in your care, which can help you stay positive and feel in control.

## INSIDE YOUR NOTEBOOK

TARGET Your Chronic Pain ................................................................................................2

How to Use My Pain Notebook ........................................................................................3

Why Managing My Pain is So Important ...........................................................................5

Types of Pain ...................................................................................................................6

How to Best Communicate with My Healthcare Team.......................................................7

My Healthcare Team ........................................................................................................8

Questions for My Healthcare Providers .............................................................................9

My Medications ...............................................................................................................10

My Pain Scale ..................................................................................................................11

Easing Pain During a Flare Up .........................................................................................12

How to Keep Track of Your Pain Each Day (sample pages) ................................................13

My Pain Logs ...................................................................................................................15

Notes ..............................................................................................................................33

Learn More About Pain Relief ..........................................................................................34

Pain Care Bill of Rights ...............................................................................inside back cover

*Pain is different for everyone.*

*Take the time to describe the intensity of your pain and how it interferes with your daily life and functioning. Use this Notebook to keep track of your pain journey and share important information with your healthcare providers and loved ones.*

# TARGET YOUR CHRONIC PAIN

*Get started! Share important information with your healthcare provider.*

 **alk to your healthcare providers about pain.**
- Where is your pain located?
- Is there something different about this pain?
- What does it feel like (e.g., sharp, dull, burning)?
- When did it begin? How long does it last?
- What is your level of pain most of the time (using your pain scale)?
- When is your pain the worst/best? What makes it better or worse?
- What is your pain level when you rest? During movement or activity?

 **sk about treatments.**
- What treatments have you tried previously to relieve the pain?
- What medications are you currently taking (e.g., prescription, over-the-counter)? At what dose?
- What medications have you tried in the past that have not worked or had side effects?
- What nondrug therapies do you use (e.g., acupuncture, heat/cold, massage)?
- How well do these therapies work?

 **ate your pain treatment options by weighing the risks and benefits.**
- Do you expect a reduction in pain or complete pain relief?
- Are you wanting and willing to become more active as pain is reduced?
- Have you had negative experiences with previous pain treatments?
- Have you had past allergic reactions to medications used in treating pain?
- Do you have difficulty with your memory or ability to keep a routine schedule?
- Have you had difficulties following medical orders in the past?
- Do you have a personal or family history of substance abuse or mental illness?
- Do family members or friends with a history of substance abuse, criminal background or mental illness have easy access to your home, workplace or secured locations?

 **et details about breakthrough pain.**
- Do you have breakthrough pain—sudden, brief periods of increased pain?
- How often do you experience BTP on an average day?
- Do certain activities cause the pain or does it happen unexpectedly?
- Have you been treated for BTP? With which medicines?

 **xplain any limitation to your daily activities.**
- What daily activities do you avoid because of your pain (e.g., hobbies, shopping, exercise)?
- Does pain interfere with your ability to sleep/walk/work/play?
- How does pain affect your mood and relationships?

 **alk about side effects.**
- Are you experiencing side effects from pain medicines (e.g., constipation, drowsiness, nausea, itching)?
- What are you doing to decrease or prevent these side effects?
- Have you had past allergic reactions to medications used in treating side effects?

# HOW TO USE MY PAIN NOTEBOOK

Use your Pain Notebook in a way that is most helpful to you. While you don't have to complete all of the sections provided, it's important to use your Pain Notebook every day—especially on the days you are most in pain. Your Notebook will help you record important information about your physical and emotional comfort that will help your medical team find the most effective ways to treat your pain. It will also help you communicate with loved ones about what your pain feels like and how it is interfering with certain activities and your enjoyment of life.

> **REMEMBER: You are the expert on your pain.**
> **And you have the right to have your pain treated.**

Keep your Pain Notebook in a convenient place that's easy to remember, and bring it with you to your appointments. It can help guide discussions with your healthcare provider. A companion TARGET Chronic Pain card is also available at www.painfoundation.org for healthcare providers to use to help support optimal pain care. These materials are designed to work together with your notebook to help improve communication between you and your healthcare provider.

Find a comfortable place to sit. Write down as much information as you can think of about your pain. Inside your Notebook you will find tools to help you track your pain and pain management, including pages to help you write down:

- Your personal pain scale
- Members of your healthcare team
- Questions for your healthcare provider
- Prescription medications, over-the-counter drugs, supplements and herbal remedies that you take
- Ways to cope with and ease pain during a flare up
- Your daily pain experience and level of functioning

**Need more pages?**
If you need additional pages, visit the American Pain Foundation's
web site at **www.painfoundation.org** to print additional pages.

## EACH TWO-PAGE DAILY SECTION (STARTING ON PAGE 15) OF YOUR NOTEBOOK HAS THREE PARTS:

**1** The first section, the **Daily Pain Chart**, helps you create a visual picture of your daily pain experience. Follow your pain level throughout the day choosing several times that fit your routine; for example, when you get in or out of bed, eat meals, take medicines, get the mail or go for a walk. Make a mark that corresponds to your pain level at these times. For example, if you wake at 7 a.m. and your pain is a 6, place an X where 7 a.m. and 6 intersect on the pain scale. There is an example for you to follow on pages 13 and 14.

**2** The second section, the **Daily Pain Log**, is where you can record information about your pain—whether it's intermittent, persistent, or breakthrough (see page 6 for descriptions of these types of pain)—treatments, and side effects. Also record days that you have no pain. In addition, use this section to look at how you are dealing and coping with pain. What has helped you most? What is not working?

**3** Make additional notes in this section to record pain producing activities, as well as times of pain relief. Also keep a record of things you did to relieve your pain. You can draw lines from the events on the Chart to explanations in the Log to show why pain levels went up or down.

Then, at the end of the day, use the **Daily Pain Summary** to give an overview of your pain for the day. Using all of the sections will give your medical team the best description of how your pain changes throughout the day. If it's easier for you to complete one part only, that's okay. The important thing is to track your pain each day. If you are unable to complete a page every day, find someone to help you with the task at least one week. This will still give your medical team an idea of changes in your pain over time. This information also may help your care team adjust your treatment.

---

**For more information about pain, visit APF's web site at www.painfoundation.org.**

Here you will find information about the causes of pain, treatment options, how to search for trained specialists, peer support and resources to help you cope with pain. APF's web site also provides links to more than 200 carefully selected web sites on pain and related topics.

# WHY MANAGING MY PAIN IS SO IMPORTANT

If you suffer with chronic pain, "sharp," "stabbing" and "aching" are probably part of your daily life. If untreated or undertreated, pain can negatively impact every aspect of your life. Chronic pain can lead to depression and anxiety, loss of sleep and productivity, inability to work, problems in your relationships, weakness and fatigue. What had been simple tasks, such as making the bed, grocery shopping or dressing, may be difficult because they now aggravate your pain.

Unfortunately, too many people with chronic pain are uncomfortable acknowledging and accepting their condition. Chronic pain is not visible to others and it remains poorly understood by patients, families and providers. This can lead to isolation, embarrassment about its ongoing and unpredictable nature, and feelings of failure for not getting better. It's so important to stay connected to others. Think about joining a support group to reach out to others who understand. **PainAid** is APF's online support forum featuring 10 live chats a week and more than 200 message boards. Go to www.painfoundation.org to join.

Understanding that chronic pain is not just a symptom, but a debilitating disease in itself is a new way of thinking. Until recently, pain was considered only as a symptom of a disease or condition, or just a natural part of aging. But we know that ongoing pain is harmful to the body. **Pain should never be ignored.** It should be assessed thoroughly and treated early and aggressively. This is the best way to minimize the suffering and disability often associated with undertreated pain. **When pain is managed, stress is reduced, and the body heals faster.**

When people with pain work together with their healthcare team and take an active role in their pain management, they get the best results possible—less pain and more involvement in life. So, use your Pain Notebook everyday.

> If you are suffering with chronic pain you may feel isolated and discouraged, and wonder if you'll ever find a way to relieve your pain. **The first step to achieving good pain relief begins with you.** Learn to understand the ups and downs and ins and outs of your pain experience and how it impacts your life.

The goal of pain management is to reduce your pain levels and help you get back to living and enjoying life again. If you're not having success, you may want to consider seeing a pain specialist. The American Pain Foundation's *Pain Resource Guide: Getting the Help You Need* provides important information about pain and tips to assist you in getting the quality pain care you deserve.

**Visit www.painfoundation.org for more information.**

# TYPES OF PAIN

Understanding the different kinds of pain that you may be experiencing (and the terms used to describe them) will help you to better communicate with your medical team.

- **Acute Pain** comes on suddenly, usually from an injury or surgery. It can usually be treated and lasts for a short period of time.

- **Chronic Pain** lasts beyond the usual healing time for an illness or injury. It can last from months to years. At times it can go away completely, or it can remain constant.

There are a few different types of chronic pain.

*Intermittent Pain* is episodic. It may occur in waves or patterns. Mild-to-moderate intermittent pain is often treated with nonsteroidal anti-inflammatory drugs (NSAIDs), adjuvant medicines, and nondrug therapies. Moderate-to-severe intermittent pain may be treated with short-acting opioids (strong pain medications).

*Persistent* pain lasts 12 or more hours every day for more than three months. It is usually treated with medicine that you take at specific times every day so that you get pain relief throughout the day. Moderate-to-severe pain may be treated with opioids.

- **Breakthrough Pain** comes on quickly or "breaks through" the medicine you are taking to relieve your persistent pain. It can occur many times during the day. This type of pain can be treated with specific medicines used as you need them to get quick pain relief.

- **Pain Flares** are short-term increases in one's usual level of pain. This pain suddenly erupts or emerges with or without an aggravating event or activity.



**Intermittent Pain**

**Persistent Pain**

**Breakthrough Pain**

---

**What's the difference between breakthrough pain and flares?**

With BTP, pain emerges from a state of analgesia (pain relief) in which pain medications re already being used. Pain flares are periodic increases in one's usual level of pain that can occur independently of using pain medications.

---

For detailed information about specific therapies within each of these treatment areas, visit the American Pain Foundation's web site, www.painfoundation.org, to download or order *Treatment Options: A Guide for People Living with Pain.*

# HOW TO BEST COMMUNICATE WITH MY HEALTHCARE TEAM

Good pain management starts with good communication between you and your healthcare provider. This Notebook will show you how to work together.

You and the members of your healthcare team are partners in managing your pain. Here are some tips to help that partnership work well:


**Be prepared and organized.**
Use your Pain Notebook as much as you can. It will give your medical team valuable information about your pain experience between office or clinic visits.


**Write down your questions and take notes.**
List your most important questions and concerns first. Bring this list to the healthcare provider's office or the clinic, and take notes as each is answered. Think about bringing a trusted family member or good friend with you to take notes. The stress of a medical visit sometimes makes it easy to miss important information. On page 9 you'll find a form to write down questions or concerns you have for your healthcare provider.


**Be honest and open. Don't hold back.**
Remember: You have the information your medical team needs to be able to relieve your pain. You have no reason to be embarrassed or afraid to talk to your medical team. They will take the time to listen to your concerns. If you have a personal or family history of addictive disease or mental illness, tell you healthcare provider so he or she can tailor a pain management plan that is right for you.


**Make sure you understand all instructions and explanations.**
If something isn't clear, ask your healthcare provider to explain it again in a different way until you're sure you understand. Before you leave, repeat what you heard back to the person who gave you the instructions. This is a final check to make sure you understand all the details and that your notes are accurate.


**Follow the agreed treatment plan.**
Don't make changes without checking with your healthcare provider. If the plan isn't working well, call the office or clinic as soon as possible and explain the problem.


**Know the difference between tolerance, physical dependence and addiction.**
*Tolerance* refers to the situation in which a drug becomes less effective over time.

*Physical Dependence* means that a person will develop symptoms and signs of withdrawal (e.g., sweating, rapid heart rate, nausea, diarrhea, goosebumps, anxiety) if the drug is suddenly stopped or the dose is lowered too quickly.

*Addiction* refers to a condition when a person has lost control over use of the drug and continues to use it even when the drug is doing them or others harm. People who are addicted engage in unacceptable behaviors like obtaining pain medications from non-medical sources or altering oral formulations of opioids.

Unless you have a past or current history of substance abuse, the chance of addiction is very low when these medications are prescribed by a doctor and taken as directed. Ask your provider what you should watch for when taking opioids.

Make sure to keep your prescription pain relievers in a safe and secured location.
For tips on safely storing and taking your medication, check out
the American Pain Foundation's *Pain Resource Guide: Getting the Help You Need*.

## MY HEALTHCARE TEAM

 **Write down your healthcare providers' names and contact information. This will make it easier for you and your loved ones to communicate with your healthcare team. If you consult multiple healthcare providers, you may want to write down who you see, for what reason and how often.**

| HEALTHCARE PROFESSIONAL | NAME | PHONE | E-MAIL* (if applicable) |
|---|---|---|---|
| Primary Care Physician | | | |
| Pain Specialist | | | |
| Nurse | | | |
| Social Worker | | | |
| Pharmacist | | | |
| Other | | | |
| Pharmacy | | | |
| 24-hour Pharmacy | | | |

*If you choose to e-mail your healthcare provider, keep it brief (no more than 100 words) and be specific about your concerns (e.g., clarification about a prescription, occurrence of side effects, etc.). Note: your provider will not be able to diagnose problems by e-mail.

Take note of other resources you turn to for pain relief (e.g., chiropractor, massage therapist, nutritionist, fitness center):

<br>
<br>
<br>
<br>
<br>

**Remember, YOU are a central part of your healthcare team.**

Visit **www.painfoundation.org** to print additional pages.

## QUESTIONS FOR MY HEALTHCARE PROVIDERS

 **Write down questions or concerns you have for your healthcare provider. Use the space provided to take notes during your visit so you can refer to them later.**

Appointment with: _____
                    *(Provider's Name)*

Date: _____

Primary Reason(s) for Visit: _____

Symptoms/Medical problems you are having: _____

List of questions/concerns:

**1.** _____
_____

Answer: _____
_____

**2.** _____
_____

Answer: _____
_____

**3.** _____
_____

Answer: _____
_____

Visit **www.painfoundation.org** to print additional pages.

## MY MEDICATIONS

 **Make a list of all the medications you are currently taking, including over-the-counter drugs (e.g., aspirin, ibuprofen, cough, cold and allergy products that may contain these), dietary supplements (e.g., vitamins) and other herbal remedies (e.g., St. John's wort, ginkgo). It's important to write down dosages, as well as the purpose of each medication.**

Keep this list up-to-date by adding new medications and drawing a line through those you are no longer taking. Take your list with to you to each doctor's visit to help you remember which medications you're taking. Some herbs and medications can be dangerous when mixed with other over-the-counter or prescription pain medications. Don't stop any medications or skip doses without talking with your healthcare provider first.

### PRESCRIPTION MEDICATIONS

| Drug name | Reason taken | Dose | How often you take it |
|-----------|--------------|------|----------------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

### OVER-THE-COUNTER MEDICINES, SUPPLEMENTS AND HERBS

| Drug name | Reason taken | Dose | How often you take it |
|-----------|--------------|------|----------------------|
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |
|  |  |  |  |

Visit **www.painfoundation.org** to print additional pages.

## MY PAIN SCALE

 Use the space below to work through and define your personal pain scale.
Two different pain scales are provided. Use whichever one you think is most helpful.
Include words that help describe your pain (e.g., sharp, stabbing, tugging, burning).

**Numeric Rating Scale**

| 0 | 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |

(no pain)                                                    (unbearable/
                                                              worst pain ever)

**Wong-Baker FACES Pain Rating Scale**

| 0 NO HURT | 1 HURTS LITTLE BIT | 2 HURTS LITTLE MORE | 3 HURTS EVEN MORE | 4 HURTS WHOLE LOT | 5 HURTS WORST |

From Hockenberry MJ, Wilson D, Winkelstein ML: *Wong's Essentials of Pediatric Nursing*, ed. 7, St. Louis, 2005, p. 1259. Used with permission. Copyright, Mosby.

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

_____

Visit **www.painfoundation.org** to print additional pages.

## EASING PAIN DURING A FLARE UP

Pain flare ups can disrupt your life. If you're like other people living with pain, these flare ups can leave you feeling helpless and deflated. After doing so well, you're now overcome with pain and questioning whether you can muster the strength to get through it. Remind yourself that you've been here before and you have figured out ways to cope. Maybe it's calling your pain buddy—your anchor when you need support—praying, doing visualization exercises, basking in the unconditional love of a pet, watching a comedy or listening to your favorite music.

At the very least, mark this page so that next time you have a pain flare up you can read or say the following out loud:

**You are strong. You will get through this. Remember, you've done it before.**

Understanding what might trigger pain flares and taking note of what has worked in the past to help ease your pain is very important. Take a few minutes to jot down things that seem to cause your pain episodes, as well as steps you can take get relief.

**MY PAIN TRIGGERS (e.g., heavy exercise, lifting, sitting in one place for too long):**

_____

_____

_____

_____

_____

### EASING PAIN FLARES

| DATE | WHAT I DID? | DID IT WORK? | HOW DID I FEEL? |
|------|-------------|--------------|-----------------|
|      |             |              |                 |
|      |             |              |                 |
|      |             |              |                 |
|      |             |              |                 |
|      |             |              |                 |
|      |             |              |                 |
|      |             |              |                 |

Visit **www.painfoundation.org** to print additional pages.

Name _Jane Doe_

Day _Thursday_

Date _December 9, 2007_

# 1 DAILY PAIN CHART

Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.

PAIN LEVEL

10
9
8
7
6
5
4
3
2
1
0

6am  7  8  9  10  11  12pm  1  2  3  4  5  6pm  7  8  9  10  11  12am  1  2  3  4  5

# 2 DAILY PAIN LOG

**MEDICINES: NAME/DOSE**
(insert # of pills taken)

| | | | | |
|---|---|---|---|---|
| #1 | _Morphine_ (30 mg every 12 hours) | _1_ | | _1_ |
| #2 | | | | |
| #3 | _Tylenol_ (every 6 hours as needed) | _2_ | | |
| #4 | | | | |
| #5 | | | | |

NON-DRUG THERAPIES (other than prescription or other medicines)

_hot bath_

ACTIVITIES/EXERCISE

_walked dog_

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

_I forgot my morning medicine. I did a little too much yesterday and had to take it easy today._

_I felt a little sad today, but was able to reach a friend to talk. My pain is pretty well under control,_

_but I need help with my breakthrough pain._

Name: *Jane Doe*

Day: *Thursday*

Date: *December 9, 2007*

# 3 DAILY PAIN SUMMARY

**Did you have pain today?** ____NO __X__YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

__X__NO ____YES: **What activities?**

---

**Did you take all your pain medicine today according to instructions?** ____NO __X__YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO ____YES

**How many times did this happen today?**

1 ②  3  4  5  6  7  8  9  10  more than 10

**Did any specific activity start your breakthrough pain?**
____NO __X__YES: **What activities?**

*walking my dog*

**Put an "X" on the body diagram to show each place you've had pain today.**



Front          Back

**What was your average level of pain today?**

0  1  2  ③  4  5  6  7  8  9  10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____ NO __X__ YES **(Note any that you used.)**
__X__ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
__X__ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
__X__ Other (e.g., specific chiropractic manipulation, osteopathic treatments):
*took a hot bath*

**Check any of these common side effects that you've noticed after taking your pain medicine.**
__X__ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

**Did you skip any of your scheduled pain medicines today?** ____NO __X__YES: **Why?** *I forgot*

**Did you call your doctor's office or clinic between visits because of pain?** __X__NO ____YES

**Did you sleep through the night?** __X__NO____YES

**If not, how many times was your sleep disrupted?**
*twice*

**How many hours did you sleep during the night?**
*about 6* hours

**Overall, are you satisfied with your pain management?**
__X__YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0  1  ②  3  4  5  6  7  8  9  10

Name _____

Day _____

Date _____

**1** **DAILY PAIN CHART** Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.

**PAIN LEVEL**

10
9
8
7
6
5
4
3
2
1
0

6am  7  8  9  10  11  12pm  1  2  3  4  5  6pm  7  8  9  10  11  12am  1  2  3  4  5

**2** **DAILY PAIN LOG**

**MEDICINES: NAME/DOSE**
**(insert # of pills taken)**

#1
#2
#3
#4
#5

NON-DRUG THERAPIES (other than prescription or other medicines)

ACTIVITIES/EXERCISE

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

Name _____

Day _____

Date _____

# 3 DAILY PAIN SUMMARY

**Did you have pain today?** ____NO ____YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

____NO ____YES: **What activities?**

_____

**Did you take all your pain medicine today according to instructions?** ____NO ____YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO ____YES

**How many times did this happen today?**

1  2  3  4  5  6  7  8  9  10  more than 10

**Did any specific activity start your breakthrough pain?**
____NO ____YES: **What activities?**

_____

**Put an "X" on the body diagram to show each place you've had pain today.**



Front          Back

**What was your average level of pain today?**

0  1  2  3  4  5  6  7  8  9  10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____ NO ____YES **(Note any that you used.)**
____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (e.g., specific chiropractic manipulation, osteopathic treatments):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**
____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Did you sleep through the night?** ____NO____YES

**If not, how many times was your sleep disrupted?**

_____

**How many hours did you sleep during the night?**
_____ hours

**Overall, are you satisfied with your pain management?**
____YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0  1  2  3  4  5  6  7  8  9  10

Name _____

Day _____

Date _____

**1** **DAILY PAIN CHART** Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.

PAIN LEVEL

| | |
|---|---|
| 10 | |
| 9 | |
| 8 | |
| 7 | |
| 6 | |
| 5 | |
| 4 | |
| 3 | |
| 2 | |
| 1 | |
| 0 | |

6am 7 8 9 10 11 12pm 1 2 3 4 5 6pm 7 8 9 10 11 12am 1 2 3 4 5

**2** **DAILY PAIN LOG**

**MEDICINES: NAME/DOSE**
(insert # of pills taken)

#1 _____

#2 _____

#3 _____

#4 _____

#5 _____

NON-DRUG THERAPIES (other than prescription or other medicines)

_____

ACTIVITIES/EXERCISE

_____

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

_____

_____

_____

_____

Name _____

Day _____

Date _____

# 3 DAILY PAIN SUMMARY

**Did you have pain today?** ____NO ____YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

____NO ____YES: **What activities?**

_____

**Did you take all your pain medicine today according to instructions?** ____NO ____YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO ____YES

**How many times did this happen today?**

1  2  3  4  5  6  7  8  9  10  more than 10

**Did any specific activity start your breakthrough pain?**
____NO ____YES: **What activities?**

_____

**Put an "X" on the body diagram to show each place you've had pain today.**



Front          Back

**What was your average level of pain today?**

0  1  2  3  4  5  6  7  8  9  10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____ NO ____YES **(Note any that you used.)**
____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (e.g., specific chiropractic manipulation, osteopathic treatments):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**
____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Did you sleep through the night?** ____NO____YES

**If not, how many times was your sleep disrupted?**

_____

**How many hours did you sleep during the night?**
_____ hours

**Overall, are you satisfied with your pain management?**
____YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0  1  2  3  4  5  6  7  8  9  10

Name _____

Day _____

Date _____

**1** **DAILY PAIN CHART** Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.

**PAIN LEVEL**

| | 6am | 7 | 8 | 9 | 10 | 11 | 12pm | 1 | 2 | 3 | 4 | 5 | 6pm | 7 | 8 | 9 | 10 | 11 | 12am | 1 | 2 | 3 | 4 | 5 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|

10
9
8
7
6
5
4
3
2
1
0

**2** **DAILY PAIN LOG**

**MEDICINES: NAME/DOSE**
**(insert # of pills taken)**

#1
#2
#3
#4
#5

NON-DRUG THERAPIES (other than prescription or other medicines)

ACTIVITIES/EXERCISE

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

Name _____

Day _____

Date _____

# **3** DAILY PAIN SUMMARY

**Did you have pain today?** ____NO ____YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

____NO ____YES: **What activities?**

_____

**Did you take all your pain medicine today according to instructions?** ____NO ____YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO ____YES

**How many times did this happen today?**

1  2  3  4  5  6  7  8  9  10  more than 10

**Did any specific activity start your breakthrough pain?** ____NO ____YES: **What activities?**

_____

**Put an "X" on the body diagram to show each place you've had pain today.**



Front        Back

**What was your average level of pain today?**

0  1  2  3  4  5  6  7  8  9  10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____ NO ____YES **(Note any that you used.)**
____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (e.g., specific chiropractic manipulation, osteopathic treatments):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**
____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Did you sleep through the night?** ____NO____YES

**If not, how many times was your sleep disrupted?**

_____

**How many hours did you sleep during the night?**
_____ hours

**Overall, are you satisfied with your pain management?**
____YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0  1  2  3  4  5  6  7  8  9  10

Name _____

Day _____

Date _____

**1** **DAILY PAIN CHART**  Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed.  Every day, start a new chart.

PAIN LEVEL

10
9
8
7
6
5
4
3
2
1
0

6am 7 8 9 10 11 12pm 1 2 3 4 5 6pm 7 8 9 10 11 12am 1 2 3 4 5

**2** **DAILY PAIN LOG**

MEDICINES: NAME/DOSE
(insert # of pills taken)

#1
#2
#3
#4
#5

NON-DRUG THERAPIES (other than prescription or other medicines)

_____

ACTIVITIES/EXERCISE

_____

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

_____

_____

_____

_____

Name _____

Day _____

Date _____

# 3 DAILY PAIN SUMMARY

**Did you have pain today?** ____NO ____YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

____NO ____YES: **What activities?**

_____

**Did you take all your pain medicine today according to instructions?** ____NO ____YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO ____YES

**How many times did this happen today?**

1  2  3  4  5  6  7  8  9  10  more than 10

**Did any specific activity start your breakthrough pain?**
____NO ____YES: **What activities?**

_____

**Put an "X" on the body diagram to show each place you've had pain today.**



Front          Back

**What was your average level of pain today?**

0  1  2  3  4  5  6  7  8  9  10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____ NO ____YES **(Note any that you used.)**
____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (e.g., specific chiropractic manipulation, osteopathic treatments):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**
____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Did you sleep through the night?** ____NO____YES

**If not, how many times was your sleep disrupted?**

_____

**How many hours did you sleep during the night?**
_____ hours

**Overall, are you satisfied with your pain management?**
____YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0  1  2  3  4  5  6  7  8  9  10

Name _____

Day _____

Date _____

**1** **DAILY PAIN CHART** Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.

PAIN LEVEL

10
9
8
7
6
5
4
3
2
1
0

6am  7  8  9  10  11  12pm  1  2  3  4  5  6pm  7  8  9  10  11  12am  1  2  3  4  5

**2** **DAILY PAIN LOG**

**MEDICINES: NAME/DOSE**
**(insert # of pills taken)**

#1
#2
#3
#4
#5

NON-DRUG THERAPIES (other than prescription or other medicines)

ACTIVITIES/EXERCISE

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

Name _____

Day _____

Date _____

# **3** DAILY PAIN SUMMARY

**Did you have pain today?** ____NO ____YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

____NO ____YES: **What activities?**

_____

**Did you take all your pain medicine today according to instructions?** ____NO ____YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO ____YES

**How many times did this happen today?**

1  2  3  4  5  6  7  8  9  10  more than 10

**Did any specific activity start your breakthrough pain?**
____NO ____YES: **What activities?**

_____

**Put an "X" on the body diagram to show each place you've had pain today.**



Front                    Back

**What was your average level of pain today?**

0  1  2  3  4  5  6  7  8  9  10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____ NO ____YES **(Note any that you used.)**
____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (e.g., specific chiropractic manipulation, osteopathic treatments):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**
____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Did you sleep through the night?** ____NO____YES

**If not, how many times was your sleep disrupted?**

_____

**How many hours did you sleep during the night?**
_____ hours

**Overall, are you satisfied with your pain management?**
____YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0  1  2  3  4  5  6  7  8  9  10

46

Name _____

Day _____

Date _____

**1** **DAILY PAIN CHART** Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.

**PAIN LEVEL**

10
9
8
7
6
5
4
3
2
1
0

6am 7 8 9 10 11 12pm 1 2 3 4 5 6pm 7 8 9 10 11 12am 1 2 3 4 5

**2** **DAILY PAIN LOG**

**MEDICINES: NAME/DOSE**
**(insert # of pills taken)**

#1
#2
#3
#4
#5

NON-DRUG THERAPIES (other than prescription or other medicines)

ACTIVITIES/EXERCISE

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

Name _____

Day _____

Date _____

# 3 DAILY PAIN SUMMARY

**Did you have pain today?** ____NO ____YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

____NO ____YES: **What activities?**

_____

**Did you take all your pain medicine today according to instructions?** ____NO ____YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO ____YES

**How many times did this happen today?**

1  2  3  4  5  6  7  8  9  10  more than 10

**Did any specific activity start your breakthrough pain?**
____NO ____YES: **What activities?**

_____

**Put an "X" on the body diagram to show each place you've had pain today.**



Front            Back

**What was your average level of pain today?**

0  1  2  3  4  5  6  7  8  9  10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____ NO ____YES **(Note any that you used.)**
____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (e.g., specific chiropractic manipulation, osteopathic treatments):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**
____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Did you sleep through the night?** ____NO____YES

**If not, how many times was your sleep disrupted?**

_____

**How many hours did you sleep during the night?**
_____ hours

**Overall, are you satisfied with your pain management?**
____YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0  1  2  3  4  5  6  7  8  9  10

Name _____

Day _____

Date _____

**1** **DAILY PAIN CHART** Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.

**PAIN LEVEL**

10
9
8
7
6
5
4
3
2
1
0

6am 7 8 9 10 11 12pm 1 2 3 4 5 6pm 7 8 9 10 11 12am 1 2 3 4 5

**2** **DAILY PAIN LOG**

**MEDICINES: NAME/DOSE**
**(insert # of pills taken)**

#1
#2
#3
#4
#5

NON-DRUG THERAPIES (other than prescription or other medicines)

ACTIVITIES/EXERCISE

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

Name _____

Day _____

Date _____

# 3 DAILY PAIN SUMMARY

**Did you have pain today?** ____NO ____YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

____NO ____YES: **What activities?**

---

**Did you take all your pain medicine today according to instructions?** ____NO ____YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO ____YES

**How many times did this happen today?**

1  2  3  4  5  6  7  8  9  10  more than 10

**Did any specific activity start your breakthrough pain?**
____NO ____YES: **What activities?**

_____

**Put an "X" on the body diagram to show each place you've had pain today.**



Front          Back

**What was your average level of pain today?**

0  1  2  3  4  5  6  7  8  9  10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____ NO ____YES **(Note any that you used.)**
____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (e.g., specific chiropractic manipulation, osteopathic treatments):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**
____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Did you sleep through the night?** ____NO____YES

**If not, how many times was your sleep disrupted?**

_____

**How many hours did you sleep during the night?**
_____ hours

**Overall, are you satisfied with your pain management?**
____YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0  1  2  3  4  5  6  7  8  9  10

Name _____

Day _____

Date _____

# 1 DAILY PAIN CHART
Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed.  Every day, start a new chart.

**PAIN LEVEL**

| | | |
|---|---|---|
| 10 | | |
| 9 | | |
| 8 | | |
| 7 | | |
| 6 | | |
| 5 | | |
| 4 | | |
| 3 | | |
| 2 | | |
| 1 | | |
| 0 | | |

6am 7 8 9 10 11 12pm 1 2 3 4 5 6pm 7 8 9 10 11 12am 1 2 3 4 5

# 2 DAILY PAIN LOG

**MEDICINES: NAME/DOSE**
(insert # of pills taken)

#1 _____

#2 _____

#3 _____

#4 _____

#5 _____

NON-DRUG THERAPIES (other than prescription or other medicines)

_____

ACTIVITIES/EXERCISE

_____

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

_____

_____

_____

_____

Name _____

Day _____

Date _____

# 3 DAILY PAIN SUMMARY

**Did you have pain today?** ____NO ____YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

____NO ____YES: **What activities?**

---

**Did you take all your pain medicine today according to instructions?** ____NO ____YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO ____YES

**How many times did this happen today?**

1 2 3 4 5 6 7 8 9 10 more than 10

**Did any specific activity start your breakthrough pain?** ____NO ____YES: **What activities?**

_____

**Put an "X" on the body diagram to show each place you've had pain today.**



Front          Back

**What was your average level of pain today?**

0 1 2 3 4 5 6 7 8 9 10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____ NO ____YES **(Note any that you used.)**
____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (e.g., specific chiropractic manipulation, osteopathic treatments):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**
____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Did you sleep through the night?** ____NO____YES

**If not, how many times was your sleep disrupted?**

_____

**How many hours did you sleep during the night?**
_____ hours

**Overall, are you satisfied with your pain management?**
____YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0 1 2 3 4 5 6 7 8 9 10

Name _____

Day _____

Date _____

**1** **DAILY PAIN CHART** Connect the points on your Daily Pain Chart so your medical team can see when and why your pain level changed. Every day, start a new chart.

PAIN LEVEL

10
9
8
7
6
5
4
3
2
1
0

6am  7  8  9  10  11  12pm  1  2  3  4  5  6pm  7  8  9  10  11  12am  1  2  3  4  5

**2** **DAILY PAIN LOG**

MEDICINES: NAME/DOSE
(insert # of pills taken)

#1 _____

#2 _____

#3 _____

#4 _____

#5 _____

NON-DRUG THERAPIES (other than prescription or other medicines)

ACTIVITIES/EXERCISE

COMMENTS AND MORE INFORMATION: Make notes for and about visits with your healthcare provider, side effects from treatments you may be experiencing, and any problems you are having coping with your pain. You may also want to write more about some of your answers on the previous page.

Name _____

Day _____

Date _____

# 3 DAILY PAIN SUMMARY

**Did you have pain today?** ____NO ____YES

**Did you avoid or limit any of your activities or cancel plans today because of pain or changes in your pain?**

____NO ____YES: **What activities?**

_____

**Did you take all your pain medicine today according to instructions?** ____NO ____YES

**Even though you took your pain medicine for persistent pain on schedule , were there times during the day that you experienced unrelieved breakthrough pain?** ____NO ____YES

**How many times did this happen today?**

1 2 3 4 5 6 7 8 9 10 more than 10

**Did any specific activity start your breakthrough pain?**
____NO ____YES: **What activities?**

_____

**Put an "X" on the body diagram to show each place you've had pain today.**

Front          Back

**What was your average level of pain today?**

0 1 2 3 4 5 6 7 8 9 10

**Other than prescription medicine, did you do anything else today to relieve the pain?**
____ NO ____YES **(Note any that you used.)**
____ Non-prescription drugs (e.g., acetaminophen, ibuprofen)
____ Herbal remedies
____ Hot or cold packs
____ Exercise
____ Changing position (such as lying down or elevating your legs)
____ Physical therapy
____ Massage
____ Acupuncture
____ Rest
____ Psychological counseling
____ Talk to trusted friend, family, clergy
____ Prayer, meditation, guided imagery
____ Relaxation technique (hypnosis, biofeedback)
____ Creative technique (art or music therapy)
____ Other (e.g., specific chiropractic manipulation, osteopathic treatments):

_____

**Check any of these common side effects that you've noticed after taking your pain medicine.**
____ Drowsiness, sleepiness
____ Nausea, vomiting, upset stomach
____ Constipation
____ Lack of appetite
____ Other (describe):

_____

**Did you skip any of your scheduled pain medicines today?** ____NO ____YES: **Why?**

**Did you call your doctor's office or clinic between visits because of pain?** ____NO ____YES

**Did you sleep through the night?** ____NO____YES

**If not, how many times was your sleep disrupted?**

_____

**How many hours did you sleep during the night?**
_____ hours

**Overall, are you satisfied with your pain management?**
____YES ____NO **(Explain what makes you satisfied or not satisfied. Use Log section.)**

**What pain level overall would you find acceptable?**

0 1 2 3 4 5 6 7 8 9 10

# NOTES

## LEARN MORE ABOUT PAIN RELIEF

**American Pain Foundation**
(useful information and
links to disease-specific information)
www.painfoundation.org
1-888-615-PAIN

**Alliance of State Pain Initiatives**
(find listings of state initiatives)
www.aspi.wisc.edu
1-608-265-4013

**American Chronic Pain
Association**
www.theacpa.org
1-800-533-3231

**CancerCare**
www.cancercare.org
1-800-813-4673

**Hospice Foundation of America**
www.hospicefoundation.org
1-800-854-3402

**Mayo Clinic Pain
Management Center**
www.mayoclinic.com/health/Diseases
Index/DiseasesIndex

**National Institutes of Health**
www.nih.gov
1-301-496-4000

**National Pain Foundation**
www.nationalpainfoundation.org

**Pain.com**
www.pain.com

**PROFESSIONAL PAIN
ORGANIZATIONS**

**American Academy of
Pain Management**
www.aapainmanage.org
1-209-533-9744

**American Academy of
Pain Medicine**
www.painmed.org
1-847-375-4731

**American Board of Pain Medicine**
www.abpm.org
1-847-375-4726

**American Pain Society**
www.ampainsoc.org
1-847-375-4715

**American Society for Pain
Management Nursing**
www.aspmn.org
1-888-342-7766

**Case Management
Resource Guide**
www.cmrg.com
1-800-784-2332

**Commission on Accreditation of
Rehabilitation Facilities**
www.carf.org
1-520-325-1044

---

### SHARE YOUR FEEDBACK

We welcome your feedback on the Pain Notebook. Is it easy to use? Is it useful
Please send comments and suggestions for this and other publications to:
publications@painfoundation.org.



## *Pain Care Bill of Rights*

**As a person with pain, you have a right to:**

■ Have your report of pain taken seriously and be treated with dignity and respect by doctors, nurses, pharmacists, social workers, physician assistants and other healthcare professionals.

■ Have your pain thoroughly assessed and promptly treated.

■ Participate actively in decisions about how to manage your pain.

■ Be informed and know your options; talk with your healthcare provider about your pain – possible cause(s), treatment options and the benefits, risks and cost of each choice.

■ Have your pain reassessed regularly and your treatment adjusted if your pain has not been eased.

■ Be referred to a pain specialist if your pain persists.

■ Get clear and prompt answers to your questions, take time to make decisions, and refuse a particular type of treatment if you choose.

**Finding good pain care and taking control of pain can be hard work. Learn all you can about pain and possible treatments, and insist on the care you need and deserve.**



*American Pain Foundation*
A United Voice of Hope and Power over Pain

*Although not always required by law, these are the rights you should expect for your pain care.*

**American Pain Foundation** • 201 N. Charles Street, Suite 710 • Baltimore, MD 21201-4111 • (888) 615-7246
**www.painfoundation.org**

## *Things to Remember:*

1. *Share your story.*

2. *Never give up.*

3. *Fight for it.*

4. *Take one day at a time.*

5. *Stay Focused.*

6. *Accept the challenge and take action.*

7. *Set Goals.*

8. *Believe in yourself.*

9. *Visualize success.*

*Source: Adapted from Walter Reed Army Medical Center*



American Pain Foundation
A United Voice of Hope and Power over Pain

201 N. Charles St., Suite 710
Baltimore, MD 21201-4111 • 1-888-615-PAIN (7246)
info@painfoundation.org • www.painfoundation.org

The American Pain Foundation is solely responsible for the content, and maintains editorial control, of all materials and publications it produces. We gratefully acknowledge those who support our work. This publication was underwritten with an unrestricted educational grant from Cephalon, Inc.

Revised March 2008
Developed March 2004



**WHAT IS THE *LET'S TALK PAIN* COALITION?**

**PAIN: THE REAL STORY**

**FOR PATIENTS**
> What Patients Are Saying About Pain
> How to Talk to Your Healthcare Professional
> Ask The Experts
> My Pain Journal (PDF)
> Share Your Story

**FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP**

**LET'S GET REAL ABOUT TREATMENT**

**RESOURCES & TOOLS**

**LET'S TALK PAIN SHOW**

**MEDIA ROOM**

**My Pain Journal**
Keep track of your meds...your pain levels... what days are good... which are bad
> download your journal



  

## Share Your Story

Do you have an inspirational story to tell? Have you had success talking with your healthcare professional about pain? Share your story with us by using the submission form below.

*The LTP Coalition is the sole owner of the information collected on this Web site. We will not sell, share, or rent your information to others for any marketing use or ways different from what is disclosed in this statement. The LTP Coalition W? b site collects information from our visitors on different pages and for different purposes. By providing your name, mailing address, email address and other optional information, and by clicking on the I AGREE button you are giving the LTP Coalition and its member organizations permission to communicate with you in order to fulfill your requests for information focused on increasing awareness and improving understanding of pain management. Web site visitors are given the opportunity to opt-out of LTP Coalition electronic or postal mail communications, at any time. For information on how the Let's Talk Pain Coalition handles your information, or to stop receiving additional communications please visit our Web site Privacy Policy.*

* Required fields

| | |
|---|---|
| * First Name | Please enter your first name |
| * Last Name | Please enter your last name |
| Address 1: | |
| Address 2: | |
| City | |
| State | |
| Zip Code | |
| * E-mail | |
| Insert question below. | |
| | |

© *Let's Talk About Pain* 2011. All rights reserved

Sponsored by

Talk • Listen • Act

Let's Talk **PAIN**

Google™ Custom Search

**FOR HEALTH CARE PROVIDERS** > WHAT EXPERTS ARE SAYING ABOUT PAIN

WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

FOR PATIENTS

**FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP**

> **What Experts Are Saying About Pain**

> Getting Started: A Dialogue with Your Patient About Pain

> Share Your Story

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at http://www.adobe.com/products/flashplayer/

 My Pain Journal

Keep track of your meds...your pain levels... what days are good... which are bad

> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.



For healthcare professionals: we're here to help

## What Experts Are Saying About Pain
### Pain Management Information from Dr. Cherrick



Listen to Dr. Cherrick talk about how healthcare professionals can influence chronic pain outcomes.

Listen to Dr. Fishman talk about successful ways to treat pain.
You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at http://www.adobe.com/products/flashplayer/

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at http://www.adobe.com/products/flashplayer/

Contact Us | Site Map | Privacy Policy | Search | Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by

62



FOR HEALTH CARE PROVIDERS > GETTING STARTED: A DIALOGUE WITH YOUR PATIENT ABOUT PAIN

**Talk • Listen • Act**
Let's Talk **PAIN**

WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

FOR PATIENTS

**FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP**

› What Experts Are Saying About Pain

▶ Getting Started: A Dialogue with Your Patient About Pain

› Share Your Story

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at
http://www.adobe.com/products/flashplayer/

My Pain Journal
Keep track of your meds...your pain levels... what days are good... which are bad
> download your journal



  

For more information on the safe use of pain therapies, visit PainSAFE™.

## Getting Started: A Dialogue with Your Patient About Pain

Developing open lines of communication with your patient is critical in assessing pain and achieving successful treatment outcomes. Research has shown that simply acknowledging your patient's pain can have profound therapeutic results. View our featured videos to learn tips from healthcare professionals who have been successful in reaching positive outcomes for their patients through communication.

Listen to Dr. Cherrick discuss dialogue and connecting with patients.



You need Adobe Flash Player to view the videos on this site.
Download the Flash plug-in at http://www.adobe.com/products/flashplayer/

Assessing Pain: Download a list of questions

In his book Listening to Pain, Dr. Scott Fishman, Chair and President of the American Pain Foundation, and Chief of the Division of Pain Medicine and Professor of Anesthesiology at the University of California at Davis, recommends asking the following questions as part of the initial patient assessment to assist in accurately assessing pain:

› Where is the location of your pain?

› What is the character of your pain?

› How and when did the pain start?

› Is the pain continuous or intermittent?

› What are the exacerbating and relieving factors of your pain? What makes it feel better or worse, including medication, rest, activity, stress, sleep or hot showers?

› What is the effect of stress on your pain, as well as the source of stressors?

› Any sleep disturbances?

› Any ongoing medical concerns?

› How does pain affect functioning at school or work?

› How does pain affect quality of life functions, such as relationships, sex or recreation?

›

〉 What does the patient expect from medications or other treatments in terms of analgesia or recovered functions?

Watch Dr. Fishman discuss the importance of listening to patients.

You need Adobe Flash Player to view the videos on this site.
Download the Flash plug-in at http://www.adobe.com/products/flashplayer/

Contact Us  |  Site Map  |  Privacy Policy  |  Search  |  Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 

Let's Talk Pain | Treating Those Who Are Living With Pain – Share Your Story

# Let's Talk PAIN
Talk • Listen • Act

Google™ Custom Search

FOR HEALTHCARE PROVIDERS > SHARE YOUR STORY


for healthcare professionals
*share your story*

WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

> What Experts Are Saying About Pain

> Getting Started: A Dialogue with Your Patient About Pain

▶ Share Your Story

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

MEDIA ROOM


My Pain Journal
Keep track of your meds...your pain levels... what days are good... which are bad
> download your journal

  

## Share Your Story About Treating Those Who Are Living With Pain

Do you have an inspirational or instructive story in which you were able to develop and maintain open lines of communication with your patient about living with pain? If so, we want to hear about it. Share your story by using the submission form below.

*The LTP Coalition is the sole owner of the information collected on this Web site. We will not sell, share, or rent your information to others for any marketing use or ways different from what is disclosed in this statement. The LTP Coalition Web site collects information from our visitors on different pages and for different purposes. By providing your name, mailing address, email address and other optional information, and by clicking on the I AGREE button you are giving the LTP Coalition and its member organizations permission to communicate with you in order to fulfill your requests for information focused on increasing awareness and improving understanding of pain management. Web site visitors are given the opportunity to opt-out of LTP Coalition electronic or postal mail communications, at any time. For information on how the Let's Talk Pain Coalition handles your information, or to stop receiving additional communications please visit our Web site Privacy Policy.*

\* Required fields

| | |
|---|---|
| \* First Name | Please enter your first name |
| \* Last Name | Please enter your last name |
| Address 1: | |
| Address 2: | |
| City | |
| State | |
| Zip Code | |
| \* E-mail | |
| Insert question below. | |
| | |

Contact Us | Site Map | Privacy Policy | Search | Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by janssen



Talk • Listen • Act

Let's Talk **PAIN**

Google™ Custom Search

**LET'S GET REAL ABOUT TREATMENT** > THE TRUTH ABOUT OPIOIDS

WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

**LET'S GET REAL ABOUT TREATMENT**

› The Truth about Opioids

› Examples of Some Non-Opioid Treatment Options

› Future Treatment Options

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at
http://www.adobe.com/products/flashplayer/

My Pain Journal



Keep track of your meds...your pain levels... what days are good... which are bad

> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.

## Pain Treatment Options: The Truth about Opioids



Recent news surrounding opioid drugs and treatments have caused alarm among healthcare professionals and people living with pain.

Because of the potential for abusive and/or addictive behavior, many healthcare professionals have been reluctant to prescribe opioids for their patients. And for those who are prescribing these types of medications, there exists the added scrutiny from law enforcement officials may be wary of the drug's legitimacy and effectiveness in treating patients. This prescribing environment is one of many barriers that may contribute to the undertreatment of pain, a serious problem in the United States. The Society for Neuroscience, the largest organization of brain researchers, estimates that 100 million Americans suffer from chronic pain.

Listen to Dr. Cherrick talk about potential treatment approaches.
You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at
http://www.adobe.com/products/flashplayer/

If you suffer from pain, it's natural to want to know the truth about opioid therapy. It's even more important that you talk to your healthcare professional about whether or not these pain treatment options are right for you. Below is information about the history of opioids and how opioids may be used as pain treatment options today.

**A Brief History of Opioids (o-pee-oids)**

Opioids are commonly prescribed medications due to their effective analgesic, or pain-relieving, properties. Today's opioid treatments derive from an ancient substance that has been around for thousands of years to treat pain: opium. Opium in its natural form is actually a bitter, brownish granular powder that comes from poppies.

It was the Ancient Greeks who first identified opium and extracted it from the poppy flower and the juice extract of the poppy plant. The word "opium" is translated from Greek meaning "juice." While the Greeks used this drug for a long time thousands of years ago, it wasn't fully defined and understood by scientists until the year 1817.

At that time, opium was cultivated and used mainly in the Middle East, whereas in Europe and the United States it was a luxury afforded only by the wealthiest individuals. However, opium and opium-derivatives quickly became more accessible to the general public and, once introduced into mass production, became a sought-after product used to treat a variety of ailments including colic, diarrhea, dysmenorrhea, and other painful conditions.

The availability of opium and opium-derivatives lead to the rise in "street use" of opium and heroin, causing a negative impact on society. As a result, legal controls were introduced. In the United States, the first attempts to control the

abuse of opioids came at the end of the 19th century, when a few states instituted limited controls. By the 1940s, opioids were so tightly restricted that they could be used legally only when they were prescribed by physicians according to strict regulatory controls.

The legal use of opioids was thus placed entirely in the hands of physicians who were, and still are, liable to lose their medical licenses and are at risk for criminal prosecution if they prescribe these drugs inappropriately.

Today, the use of opioids as pain treatment options and the practice of prescribing these drugs are still highly regulated and scrutinized. And while the efforts of advocates of pain control have helped to reestablish opioids as invaluable and accepted acute pain treatment options, such strict regulatory control has made many physicians reluctant to prescribe opioids. The unfortunate casualty in all of this is the patient, who is often under-treated and forced to suffer in silence.

**Opioid Therapy**

When treating patients diagnosed with moderate to severe pain, opioids may be considered part of the pain management plan, along with other non-opioid analgesic and rehabilitative pain treatment options.

Examples of these medications include fentanyl, levorphanol, methadone, morphine and oxycodone.

The primary goals of opioid therapy should be established to emphasize both "meaningful" pain relief and "measurable" improvement gains in physical and social function. Prescribers should always take a balanced approach when prescribing opioids and consider pain treatment options that will provide patients with the most effective relief. A careful assessment of potential risks for addictive disease, abuse, and diversion should also be taken. Prescribers who have not been thoroughly trained in prescribing opioids, or who are uncomfortable prescribing these medications, may want to refer patients to pain specialists.

**Myth vs. Reality**

Listen to Dr. Fishman address some of the myths around the use of opioids as pain treatment options.

**Managing Side Effects of Opioids**

Listen to Dr. Fishman talk about the side effects of pain medication.



The most common side effects of opioids include constipation, nausea and vomiting, sedation (sleepiness), mental clouding, and itching. Some people may also experience dizziness or difficulty urinating. Respiratory depression, a decreased rate and depth of breathing, is a serious side effect associated with overdose.

The good news is that most side effects go away after a few days. However, side effects may continue in some people. Constipation is the most likely to persist. Some pain experts believe all patients started on an opioid also should be taking a stool softener or a laxative. Others believe that this treatment is appropriate only if a patient is prone to developing substantial constipation because of advanced age, poor diet, other diseases, or the use of other constipating drugs. Your healthcare professional can give advice on what to eat and what medicines to use to treat constipation. Always make certain to drink plenty of fluids and be as active as possible.

If any of the other side effects don't go away, they can also be treated. Be certain to tell your healthcare professional if you are having any problems. Serious side effects such as delirium or respiratory depression can occur if the dose is increased too quickly, especially in someone who is just starting to take opioids. Tell your healthcare professional if you are unable to concentrate or think clearly after you have been taking an opioid for a few days. Report other medications you may be taking that make you sleepy. Do not drive when you first start taking these drugs or immediately after the dose has been increased. Most persons will adapt to these medicines over time and can drive safely while taking them for pain control. If side effects remain troublesome, your healthcare professional may switch you to a different opioid. The amount of pain relief can be maintained after such a switch and often the side effects can be reduced.

Listen to Dr. Cherrick talk about ways to address opioid-induced side effects.



© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 



**Talk • Listen • Act**

# Let's Talk PAIN

Google™ Custom Search

- WHAT IS THE *LET'S TALK PAIN* COALITION?
- PAIN: THE REAL STORY
- FOR PATIENTS
- FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP
- **LET'S GET REAL ABOUT TREATMENT**
  - › The Truth about Opioids
  - ▸ Examples of Some Non-Opioid Treatment Options
  - › Future Treatment Options
- RESOURCES & TOOLS
- LET'S TALK PAIN SHOW
- LET'S TALK PAIN MEDICATION SAFETY SERIES
- MEDIA ROOM

A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at
http://www.adobe.com/products/flashplayer/



My Pain Journal

Keep track of your meds...your pain levels... what days are good... which are bad

> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.

## Examples of Some Non-Opioid Pain Treatment Options

**Nonsteroidal Anti-inflammatory Drugs (NSAIDs)**

There are many different drugs in this family of pain relievers. They all relieve mild to moderate pain and reduce fever and inflammation. They decrease the formation of natural substances in the body called prostaglandins. Prostaglandins serve to protect a number of areas in the body such as the stomach and kidneys. They are also produced at sites of injury or inflammation and allow pain receptors in the surrounding area to become more sensitive to pain. By decreasing prostaglandins, NSAIDs lessen the sensation of pain and reduce inflammation.

Aspirin (acetylsalicylic acid) is the oldest NSAID and was introduced into medicine in 1899. A large number of aspirin-like drugs have been developed since that time. Aspirin, ibuprofen, naproxen sodium, and ketoprofen are the only NSAIDs available over-the-counter (OTC) without a prescription.

NSAIDs are effective against mild to moderate pain, and are important for the management of both acute and chronic pain. For example, an NSAID may be the only analgesic needed to control pain after a minor injury or surgical procedure. As pain treatment options, they are often used in combination with other drugs such as opioids for pain after surgery because, when combined in this way, the pain can often be well controlled with a smaller dose of the opioid. This may help to avoid some of the common side effects of opioids.

The most common side effects of NSAIDs involve the gastrointestinal (GI) tract. They can produce anything from heartburn to ulcers to bleeding. Serious problems, like ulcers or bleeding, can occur without warning. While taking these medicines with food or milk may reduce stomach upset, this will not protect you against the development of ulcers or bleeding from the GI tract.

**Tramadol**

Tramadol is in a class of medications called opiate agonists and is used to relieve moderate to moderately severe pain. It works by changing the way the body senses pain. Tramadol extended-release tablets are only used as pain treatment options by people who are expected to need medication to relieve pain around-the-clock for a long time. Tramadol is available only with a doctor's prescription.

The effects of tramadol are similar to other analgesics and may become habit-forming, causing mental or physical dependence. It is important not to take a larger dose, take it more often, or take it for a longer period of time than prescribed by your doctor. Call your healthcare professional if you find that you want to take extra medication or if you notice any other unusual changes in your behavior or mood. If you decide you want to stop taking Tramadol, talk to your healthcare professional. He/she will probably decrease your dose gradually, preventing you from experiencing possible withdrawal symptoms.

**Acetaminophen**

Acetaminophen can be used to relieve mild to moderate pain and treat fever, but it is not an NSAID and does not reduce inflammation. It produces few, if any, side effects at the doses that can relieve pain, but it can damage the liver when used in large doses. Acetaminophen overdose is a medical emergency. The labeling specifies an upper limit of 4 grams in 24 hours (which is equivalent to 500mg acetaminophen tablets). Persons with liver disease or a history of alcohol abuse should limit their use to much less than this and should consult their healthcare professionals about the safest and most appropriate dose to use.

There are many combination pain medicines that contain an opioid with acetaminophen. Be careful with these drugs as they contain different amounts of acetaminophen. Be sure to check the amount with your pharmacist. Don't decide to take extra acetaminophen on your own if a combination pain medicine is not controlling your pain because you may end up using too much acetaminophen and that could cause liver damage. Be aware that many OTC cough, cold and sinus remedies and combination pain relievers also contain acetaminophen, meaning you could be taking more of the drug than you realize. You should also be aware there is a risk of kidney damage if you take acetaminophen for months or years, especially if you take it together with an NSAID.

### Adjuvant Analgesics

Adjuvant analgesics are drugs that are used to treat other illnesses, but have been found to serve as pain treatment options for certain kinds of pain. These include certain antidepressants, anticonvulsants, corticosteroids and some other drugs used by pain specialists. Adjuvant analgesics are particularly important pain treatment options for neuropathic pain.

### Topical Analgesics

There are other drugs that are effective pain treatment options when used topically. One of these topical analgesics is capsaicin, which comes from chili peppers. It must be applied several times a day for about six weeks to get a benefit. It can cause burning where it is applied, so you have to be very careful that you don't get it in your eyes. There are many other ointments that you can buy in the pharmacy; some contain menthol and may be helpful for musculoskeletal pain.

### A Multimodal or an Integrative Approach

In some cases, pain is best managed by using a combination of treatments. This is referred to as a "multimodal" or an "integrative" approach. For example, your healthcare professional may prescribe a medication along with activities to reduce stress (e.g., yoga, deep-breathing exercises). To improve daily functioning, specific non-drug therapies may be suggested to increase muscle strength and flexibility, enhance sleep and reduce fatigue, and assist you in performing usual activities and work-related tasks.

Extra Strength Tylenol is a trademark of McNeil Consumer Products.

Contact Us  |  Site Map  |  Privacy Policy  |  Search  |  Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 



LET'S GET REAL ABOUT TREATMENT > FUTURE TREATMENT OPTIONS

WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

**LET'S GET REAL ABOUT TREATMENT**
> The Truth about Opioids
> Examples of Some Non-Opioid Treatment Options
▸ Future Treatment Options

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

A Doctor's Point of View

My Pain Journal
Keep track of your meds...your pain levels... what days are good... which are bad
> download your journal



## Future Pain Treatment Options

While in recent years the landscape of pain treatment options hasn't radically changed, new therapies are on the rise and are being developed to help improve pain management outcomes. While many are still in the early stages of development, new therapies bring hope to the millions of people who suffer from pain every day.

Listen to Dr. Cherrick talk about future pain treatment options.



You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at http://www.adobe.com/products/flashplayer/.

Contact Us  |  Site Map  |  Privacy Policy  |  Search  |  Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 

  

For more information on the safe use of pain therapies, visit PainSAFE™.



RESOURCES & TOOLS > DOWNLOADABLE PAIN JOURNAL

WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

**RESOURCES & TOOLS**
▶ Downloadable PDF Pain Journal

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM

A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at http://www.adobe.com/products/flashplayer/



My Pain Journal

Keep track of your meds...your pain levels... what days are good... which are bad

> download your journal

## Downloadable Pain Journal

This downloadable journal can be a valuable resource for your patients. The journal helps your patients track their pain experiences and can help improve how they communicate with you.

The next time they come in for a visit, have them bring this along. By reviewing it with them, it can help initiate a positive and fulfilling discussion about their pain.

Click on the link to download copies of the journal to have on hand in your office or practice.

> Download the pain journal

Below is another resource for additional information.

American Pain Foundation

American Academy of Pain Management (the Academy)

American Society for Pain Management Nursing (ASPMN)

PainSafe[TM]

> **To view any of the references used on this Web site click here**

  

For more information on the safe use of pain therapies, visit PainSAFE[TM].

Contact Us  |  Site Map  |  Privacy Policy  |  Search  |  Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by janssen

Let's Talk **PAIN**
Talk • Listen • Act

Google™ Custom Search

LET'S TALK PAIN SHOW

WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

**LET'S TALK PAIN SHOW**

LET'S TALK PAIN MEDICATION SAFETY SERIES

MEDIA ROOM



A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at
http://www.adobe.com/products/flashplayer/

My Pain Journal

Keep track of your
meds...your pain levels...
what days are good...
which are bad

> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.

▶ the *Let's Talk Pain* show



Play ▶

⏸ 04:05/14:22

## Available Episodes





Episode 5: Maintaining an Active Life with Pain: Integrative Pain Management
*(17:51 min)*



Episode 4: Thinking and Feeling about Pain
*(13:38 min)*



In-Depth Profile: Denise Coleman
*(05:58 min)*



Episode 3: Communicating About Pain for People in Pain
*(14:05 min)*

## *Let's Talk Pain* Shows

The 2008 pain patient and physician survey conducted by the *Let's Talk Pain* Coalition demonstrated that even with a high prevalence of pain in our society, patients do not always know how to talk to their health care providers about their pain. In addition, health care professionals do not always ask the questions that are important to many patients. As a result, pain is often under-treated.

In order to help bridge this communications gap and increase understanding around pain and pain management, the *Let's Talk Pain* Coalition has created a series of Web-based talk shows to discuss important issues associated with pain. The series will be presented here, at www.letstalkpain.org, and will be hosted by TV veteran news journalist Carol Martin.

## Episodes

### Episode 1: Tackling the Challenges of Pain and Pain Management

Managing a life with pain can be overwhelming, whether it's dealing with acute pain from injury or surgery or pain that is long-lasting. This segment addresses barriers and challenges to treating pain, such as finding the right treatment approach, dealing with treatment-related side effects and addressing stigmas that can have a negative impact on the management of pain. Guests include Eugene R. Viscusi, M.D.,an anesthesiologist specializing in pain management, and Kathy Church, a clinical social worker and patient advocate.

### In-Depth Profile: Kathy Church

As a woman who has experienced chronic pain for more than 15 years, Kathy Church, a clinical social worker, mother and advocate for improved pain care, shares her experience with pain, lessons she's learned through her journey and how she has reached an almost pain-free state.

### Episode 2: Communicating about Pain: For Healthcare Practitioners

Pain is complicated. This episode focuses on challenges patients face when communicating with health care professionals about living with pain and different strategies that help both parties make the most of their time during a patient's visit. Guests include Terry Altilio LCSW, ACSW, a clinical social worker in pain medicine and palliative care, and Micke Brown, BSN, RN, a pain management nurse and advocate.

### Episode 3: Communicating about Pain: For People with Pain

Guests Terry Altilio LCSW, ACSW, a clinical social worker in pain medicine and palliative care, and Micke Brown, BSN, RN, discuss available resources for people with pain to better manage their condition. By employing effective communication with one's health care provider and tapping health professionals who can help advocate for improved pain care, this episode offers people tips and tool to help manage their pain.

### In-Depth Profile: Denise Coleman

Denise Coleman gives insight into how she maintains a positive outlook despite the great challenges she has faced for more than 40 years due to chronic pain. A volunteer leader for the Power Over Pain Action Network in New York, Denise advocates for improved care for people with pain.

### Episode 4: Thinking and Feeling about Pain

Managing the psychological aspects associated with pain can be as important as managing the pain itself. This show offers expert insight into how pain sufferers can address depression, anxiety or relationship issues they may experience due to their pain and the importance of voicing these issues with their family, friends and health care providers. Guests include Laurie Ferguson, Ph.D., a psychologist specializing in chronic diseases, Denise Coleman, a patient advocate, and world-renowned family psychologist and sex therapist, Ruth Westheimer, Ph.D.

### Episode 5: Maintaining an Active Life with Pain: Integrative Pain Management

Pain can affect virtually every aspect of a patient's life, including work, sleep, exercise and social activities. This episode provides tips for coping with pain and will explore how integrative and holistic approaches to pain management can help maximize treatment outcomes. Guests include Roberta Lee, M.D., an expert in integrative medicine, and Melanie Thernstrom, an author and patient advocate. This episode will air in January 2010.

Kathy Church, MSW, Eugene Viscusi, MD and Ruth Westheimer, EdD received compensation from Janssen Pharmaceuticals, Inc., supporter of the Let's Talk Pain Coalition, for their participation in this video program.

## *Let's Talk Pain* Show Host



Carol Martin is a TV journalist with over 30 years of experience in broadcast television news, cable, corporate branding and advertising, and print journalism. For 20 years, she was a principal anchor and correspondent for WCBS-TV-Channel 2 News, the CBS flagship station in the nation's top television market.

As co-anchor of Channel 2 News at Noon, Five and Six O'Clock, Carol earned two Emmy awards for outstanding news reporting, and also was honored with hundreds of commendations from tri-state area viewers during her years at Channel 2 News.

Since 2002, she has worked as an independent contractor for Johnson & Johnson, the healthcare company based in New Brunswick, New Jersey. She has a recurring role as in-studio anchor for J&J's global on-line network. Carol has reported on pharmaceutical and philanthropic news for the company, traveling throughout the United States and in Europe and South Africa.

Also, from 2002 to 2007, Carol commuted between New York and Chicago, working as vice president for operations at

**75**

Making History, Inc., a start-up business co-founded with her husband. Making History produced video mementos of family histories, corporate milestones and DVD remembrances for Alzheimer's patients. At her company, Carol wrote, produced and provided voice-overs while supervising a staff of 12 editors, writers and video personnel.

In 15 years since leaving WCBS, Carol has done a variety of projects for her media company, FLYING MINDS, Inc. including:

- Hosting "Alive and Wellness," a nationally syndicated cable talk show on personal health, empowerment and relationships, airing on "America's Talking" Cable network
- Serving as studio anchor on "The People's Court," a nationally syndicated revival of the original courtroom TV series
- Serving as anchor of "Fox News Mid-day"(WNYW-TV, New York)

---

Contact Us  |  Site Map  |  Privacy Policy  |  Search  |  Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by 

Talk • Listen • Act

# Let's Talk **PAIN**

Google™ Custom Search

LET'S TALK PAIN MEDICATION SAFETY SERIES

WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

**LET'S TALK PAIN MEDICATION SAFETY SERIES**

MEDIA ROOM

A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at http://www.adobe.com/products/flashplayer/



My Pain Journal
Keep track of your meds...your pain levels... what days are good... which are bad
> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.



04:05/14:22

## Available Episodes



**Introduction**
*(06:45 min)*



**Episode 1: Safe Use of Opioids**
*(10:17 min)*



**Episode 2: Safe Use of Opioids**
*(13:37 min)*



**Episode 3: Safe Use of Over-the-Counter Medications**
*(15:52 min)*

## Conquering Pain Together during Pain Awareness Month: The *Let's Talk Pain* Medication Safety Series

More than one-quarter of Americans age 20 years and over report issues with pain that last for more than a day. That translates to approximately 76.5 million Americans and is more than diabetes, heart disease and cancer combined. Pain can be debilitating and limit people's day-to-day activities. Untreated or undertreated pain can negatively impact one's physical and mental health. The consequences of unmanaged chronic pain can be devastating for patients.

Fortunately, there are pain management therapies to help people manage their pain. In talking with their health care professionals, patients should understand the risks and benefits of pain treatments to assess the right treatment option for them. While there are no risk-free pain therapy options, taking the right measures and precautions can lead to reduction in pain, increased function and a better quality of life.

As a resource for people with pain, their families and/or their caregivers, the _Let's Talk Pain_ Coalition has created a Web-based series for them that discusses the appropriate use of opioids, over-the-counter medications and medical devices. This unique series features candid dialogues between patients, their caregivers and health care professionals about pain and its safe and effective management. Watch the series to hear real-life compelling accounts about developing successful pain management plans.

**_\*\*The personal stories in these videos are unique to the individuals and are not to be taken as medical advice. People affected by pain are advised to work with their health care professionals to develop a pain management plan that is right for them._**

## Episodes

### Introduction

Leaders from the _Let's Talk Pain Coalition_ address safety issues related to the treatment of pain in America. Founding member organizations of the Coalition include the American Pain Foundation (APF), the American Academy for Pain Management (AAPM) and the American Society for Pain Management Nursing (ASPMN).

### Episode 1: Safe Use of Opioids

APF Action Network leader and patient advocate Teresa Shaffer talks with Al Anderson, M.D. and member of the AAPM Board of Directors, about how her medication program has helped improve her ability to walk without a wheelchair. Dr. Anderson emphasizes the important role of physicians in prescribing opioids to patients with pain, including conducting a risk assessment to prevent diversion and abuse of pain medication.

### Episode 2: Safe Use of Opioids

APF volunteer advocate Andrea Cooper is a musician and visual artist who has suffered from pain since her early 20s. Andrea shares her active role as a patient during her course of pain therapy management with Terry Grimes, M.N., R.N. As president of ASPMN and a practicing nurse, Terry has seen firsthand how important it is for health care professionals to have an open dialogue with patients about the risks associated with opioids.

### Episode 3: Safe Use of Over-the-Counter Medications

After a car accident in 1995, Gwenn Herman turned to over-the-counter medications to help control her pain. Gwenn shares the side effects she experienced from over-the-counter medications and the barriers she and her husband, Malcolm faced in their search for the right pain specialist. As Gwenn's caregiver, Malcolm talks about the ongoing support he provides throughout her experience with pain. Don Bivins, M.D., specializes in pain management and speaks to managing over-the-counter medications in a multimodal treatment plan. Gwenn, Malcolm and Don are volunteer advocates with APF.

### Episode 4: Safe Use of Over-the-Counter Medications

Karen Kiefer, R.N., member of ASPMN, talks with Marine Corps veteran, APF staff and advocate Carolyn Noel about steps patients can take to reduce the risks of over-the-counter medications by tracking their pain levels and medication administration in a journal.

### Episode 5: Safe Use of Medical Devices

Patient advocate and APF Board Vice-Chair Mary Vargas lives with an implanted medical device. She refuses to allow pain to take a front seat to being a mother of three and practicing law as a disability attorney. Mary talks with Cassie Snyder, M.S., R.N. and ASPMN Past President, about the life-changing decision of choosing to go with the device and the role of medical devices for people with pain. They also discuss the risks and benefits to consider before opting for an implantable medical device.

### Episode 6: Safe Use of Medical Devices

Dan O'Neal shares about how a single moment changed his life—the day he lifted a table saw the wrong way. Faced with continuous unbearable pain, Dan made another life-changing decision—to have an intrathecal pain pump implanted. Dan and his wife, Linda, talk about the positive impact a medical device has had for Dan's pain management. Cassie Snyder, M.S., R.N., discusses with Dan common potential adverse events from medical device surgery as well as signs to watch that could be signaling medical device failure. Dan, Linda and Cassie are volunteer advocates with APF.

Contact Us | Site Map | Privacy Policy | Search | Feedback

© _Let's Talk Pain_ 2011. All rights reserved

Sponsored by 

Let's Talk PAIN
Talk • Listen • Act

Google™ Custom Search

WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

**MEDIA ROOM**
> Pain Survey
> Recent News
> Press Releases



## Why Talk about Pain?
### A Survey on Chronic Pain Management

In May 2008, a new online survey of American patients who suffer from chronic pain and the physicians who treat pain showed that approximately 60 percent of patients strongly agreed that they can be open and honest about their pain with their physician. On the other hand, less than 10 percent of physicians strongly agreed that their patients tell them the truth about their pain. This gap exposed the need for more understanding and communication about pain between the two groups.

Commissioned by the *Let's Talk Pain* Coalition, the survey was conducted with 500 chronic pain patients and 275 physicians that treat pain, including primary care physicians, oncologists, pain specialists, neurologists, rheumatologists, surgeons, and psychiatrists. Findings from the survey provided valuable insight into the attitudes and behaviors of pain patients and healthcare professionals, and demonstrated the impact of various factors on chronic pain management including:

**Communication between physicians, patients about pain**
> 97 percent of the physicians surveyed strongly agreed that there was enough time to discuss pain with their patients, yet only 46 percent of patients felt the same way.

**How pain affects patients' daily lives**
> Approximately 65 percent of patients living with pain said their pain strongly or completely interferes with their working outside the home, and 75 percent of patients reported that their pain strongly or completely interferes with exercising.
> While many physicians (75 percent) stated that sexual relations and social activities were least important in selecting their patient's treatment plan, nearly half of the patients (48 percent) reported that pain either strongly or completely interferes with their sexual relations.

**The impact of treatment and side effects on pain management**
> Constipation and the occurrence of drowsiness were top sources of dissatisfaction for patients when it came to a primary opioid medication to treat their pain.
> Of the physicians surveyed, 83 percent believe there is a need for new and innovative pain medications that don't have the side effects of currently available medicines.



A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at
http://www.adobe.com/products/flashplayer/

My Pain Journal
Keep track of your meds...your pain levels... what days are good... which are bad
> download your journal

> Link to news release with final survey findings

**Contact Us** | **Site Map** | **Privacy Policy** | **Search** | **Feedback**

© *Let's Talk Pain* 2011. All rights reserved

For more information on the safe use of pain therapies, visit PainSAFE™.

  American Pain Foundation  Pain Management Nursing

Sponsored by  Janssen



Talk • Listen • Act

Let's Talk PAIN

Google™ Custom Search

MEDIA ROOM > RECENT NEWS

WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

**MEDIA ROOM**
> Pain Survey
> **Recent News**
> Press Releases

A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at
http://www.adobe.com/products/flashplayer/

My Pain Journal

Keep track of your meds...your pain levels... what days are good... which are bad



> download your journal

  

For more information on the safe use of pain therapies, visit PainSAFE™.

media room
▶ recent news

## Recent News



Click below for recent news concerning pain management and up-to-date news stories about the Coalition:

**Let's Talk Pain**
(*About.com: Chronic Pain Blog,* August 16, 2009)
A great resource for anyone out there who suffers from chronic pain, and needs to know they are not alone: Let's Talk Pain.
  Read more>>

**Pain Coalition Hopes to Bridge Gap in Patient-Physician Trust**
(*Pain Medicine News,* February 2009)
Mutual mistrust mars communication between pain specialists and patients, a recent survey has found.The national survey, of 775 pain patients and their physicians, found that 90% of doctors who treat painbelieve patients are not honest with them about their pain, and that 40% of patients feel they cannot beopen with physicians about the topic. Read more >>

**Academy Unites with Top Pain Organizations**
(*Pain Practitioner,* Fall 2008)
Teresa Flynn, American Pain Foundation's Director of Public Awareness and Project Development wrote an article on why the Let's Talk Pain Coalition was formed and how on-line resources can assist in bridging the communication gap between patient and provider. Article begins on page 8>>

**Pain Gap Between Doctors and Patients Addressed**
(*United Press International,* September 12, 2008)
The gap in communication between doctors and their patients is discussed in this article while highlighting the purpose of the newly formed Let's Talk Pain Coalition. Read more>>

**President of Board Addresses the Gap in Communication Between Patient and Physician**
(*Redwood Age,* September 8, 2008)
Dr. Scott Fishman, President of the Board of Directors for the American Pain Foundation, is interviewed about the launching of Let's Talk Pain Coalition and the need to improve communication between patient and physician. Read more>>

 **Leading Pain Advocacy Organizations Launch Coalition**
(*Nashville Business Journal,* September 8, 2008)
The launching of the Let's Talk Pain Coalition is discussed. Read more>>

**Communication is Vital in Treating Pain**
(*Senior Journal.com,* September 8, 2008)
In an effort to improve pain management, Dr. Scott Fishman, President of the Board of Directors for the American Pain Foundation discusses how the Let's Talk Pain Coalition aims to help healthcare professionals and people in pain better communicate. Read more>>

**American Pain Foundation Board Members Express the Importance of Having an Open Dialogue with Healthcare Professionals to Improve Pain Treatment**
(*The EarthTimes,* September 8, 2008)
American Pain Foundation Board Members Dr. Scott Fishman and Andrea Cooper express how vital open lines of communication are in receiving appropriate pain management and treatment. Read more>>

Contact Us  |  Site Map  |  Privacy Policy  |  Search  |  Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by **Janssen**



WHAT IS THE *LET'S TALK PAIN* COALITION?

PAIN: THE REAL STORY

FOR PATIENTS

FOR HEALTHCARE PROFESSIONALS: WE'RE HERE TO HELP

LET'S GET REAL ABOUT TREATMENT

RESOURCES & TOOLS

LET'S TALK PAIN SHOW

LET'S TALK PAIN MEDICATION SAFETY SERIES

**MEDIA ROOM**
> Pain Survey
> Recent News
▶ Press Releases



A Doctor's Point of View

You need Adobe Flash Player to view the videos on this site. Download the Flash plug-in at
http://www.adobe.com/products/flashplayer/

My Pain Journal

Keep track of your meds...your pain levels... what days are good... which are bad

> download your journal



  

For more information on the safe use of pain therapies, visit PainSAFE™.

## Press Releases from the Coalition of Leading Advocacy Groups

**NEW SURVEY REVEALS COMMUNICATION GAP BETWEEN HEALTHCARE PROFESSIONALS AND PAIN PATIENTS**

*Nation's Top Pain Organizations Unite to Address Issue*

Nashville, TN (Sept 8, 2008) - A nationwide survey found a sizable gap exists between patients and healthcare professionals when it comes to understanding and discussing pain.  To address this discrepancy, a new coalition of leading pain management organizations has formed to improve how patients and healthcare professionals communicate with each other.

The *Let's Talk Pain* Coalition is the first of its kind to unite the perspectives of patients, caregivers, and healthcare professionals to encourage people to *talk* more about pain, *listen* actively, and *act* in ways that improve care for the millions of people who live with pain.  The organizations behind *Let's Talk Pain* have created a new interactive Web site, www.letstalkpain.org, to provide visitors with comprehensive information and tools to help enhance the dialogue between those affected by pain and healthcare professionals.

"Pain is one of the nation's leading public health problems, and it often goes under-treated.  It is difficult to diagnose and challenging to talk about," said Dr. Scott Fishman, Chair and President of the American Pain Foundation and Chief of the Division of Pain Medicine and Professor of Anesthesiology at the University of California at Davis.  "Open lines of communication and strong patient-professional relationships are what healthcare professionals strive for, and in pain management this is absolutely vital.  This Coalition is exciting because it aims to help professionals and patients communicate better in order to help improve pain management."

The *Let's Talk Pain* Coalition debuts this week at the American Academy of Pain Management (the Academy) annual meeting in Nashville, TN.  The Academy is one of the founding members of the Coalition along with the American Society for Pain Management Nursing (ASPMN) and the Coalition's lead organization, the American Pain Foundation (APF).  PriCara™, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc. is the sponsor of the Coalition.

One of the Coalition's first activities was a national online survey of pain patients and physicians.  It revealed the need for an increase in open and direct conversations about pain and highlighted the impact pain has on patients' quality of life.  The findings also underscored a disconnect between how patients and physicians are communicating with each other.  Additional barriers such as lack of trust and not enough time for office visits can affect communications, and ultimately may influence pain management.  According to the survey:

> Sixty percent of patients strongly agreed that they can be open and honest about their pain with their physician. Yet, the same survey found that less than 10 percent of physicians strongly agreed that their patients tell them the truth about their pain.

> While the majority of physicians, 97 percent, strongly agreed that there is enough time to discuss pain with their patients, less than half of patients surveyed, 46 percent, felt the same way.

> Pain has a substantial impact on the lives of patients and interferes with their ability to work outside the home and to exercise.

>

Treatment-related side effects can have a negative impact on the management of pain, causing some patients and physicians to discontinue using pain medicine.

"Having pain is challenging and has significantly affected my daily life, to the point where I have had to stop working," said Andrea Cooper, a Maryland-based artist who suffers from chronic pain and is featured in a video on the *Let's Talk Pain* Web site. "Pain is an invisible condition. I have learned that the best way to improve my health and my treatment outcome is through engaging in an open and personal dialogue with my healthcare professional and connecting with others to talk about pain."

Andrea's story and the *Let's Talk Pain* Web site were previewed during the ASPMN annual conference in Tucson, AZ, for pain management nurses this past weekend. Several Web features were highlighted, including:

> *Talk*: an interactive section where visitors-pain patients and healthcare professionals alike-can learn strategies for opening up the lines of communication about pain. Housed here are video success stories from real patients and healthcare professionals as well as an interactive Q&A with pain experts.

> *Listen*: a clearinghouse of essential, credible information about pain. Here people with pain, healthcare professionals, caregivers, and family members can become familiar with pain terms and conditions as well as learn more about how pain is assessed so that it is easier to start an informed dialogue.

> *Act*: a section with up-to-date information on how the Coalition is improving communication within the pain community.

"*Let's Talk Pain* offers the first pain resource that will effectively equip people to improve how they discuss pain so that the actions taken improve pain outcomes," said Nancy Eksterowicz, MSN, RN-BC, Department of Anesthesiology Acute Pain Service, University of Virginia Health System, and President-Elect of ASPMN. "The pain community has never had one online location for credible information, nor have we had a place where patients and healthcare professionals can connect to learn from each others' experiences."

### About the Survey
The *Let's Talk Pain* Coalition of leading advocacy groups commissioned a national, Internet-based survey of 500 pain patients and 275 physicians treating pain, including primary care physicians, oncologists, pain specialists, neurologists, rheumatologists, surgeons, and psychiatrists. Analytica International, a research firm based in New York, NY, conducted the survey from April 3 to 11, 2008.

### American Pain Foundation
Founded in 1997, the American Pain Foundation (APF) is an independent nonprofit 501(c)3 organization serving people with pain through information, advocacy, and support. APF's mission is to improve the quality of life of people with pain by raising public awareness, providing practical information, promoting research, and advocating to remove barriers and to increase access to effective pain management. For more information, visit www.painfoundation.org.

### American Academy of Pain Management
The American Academy of Pain Management (the Academy) is a nonprofit organization serving a broad range of clinicians who treat people with pain through education, information, and advocacy. Founded in 1988, the Academy has approximately 5,300 members and is the largest interdisciplinary/integrative pain organization in the United States.

### American Society for Pain Management Nursing
American Society for Pain Management Nursing's mission is to advance and promote optimal nursing care for people affected by pain by promoting best nursing practice. This is accomplished through education, standards, advocacy, and research. Visit www.aspmn.org.

### PriCara™, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc.
PriCara™, Division of Ortho-McNeil-Janssen Pharmaceuticals, Inc., is a major health care company in the United States dedicated to the needs of primary care providers who serve a vital role on the frontline of medicine. For more information about the company, please visit www.PriCara.com.

###

Media inquiries:
Lauren Hoffmann
Ketchum, Inc.
(202) 835-7296
lauren.hoffmann@ketchum.com

Contact Us | Site Map | Privacy Policy | Search | Feedback

© *Let's Talk Pain* 2011. All rights reserved

Sponsored by