# EXHIBIT 17

CONFIDENTIAL

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION | MDL 2804 |
| OPIATE LITIGATION | Case No. 17-md-2804 |
| *This document relates to:* | Hon. Dan Aaron Polster |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45090 | |

Report of David S. Egilman MD, MPH

March 25, 2019

Exhibit B.381, David S. Egilman Report Opiate Litigation

# Opinion- "Venture" member Janssen misrepresented the addiction potential of opioids in general and its opioids in particular.

JAN-MS-04212484 - Dr. Matt Rosenberg promotional video and discussion of the Nucynta 90 day safety study

JAN-MS-04213835 – Dr. Joe Pergolizzi and guests  – E-Detail Promotional Educational Activity about Nucynta ER

JAN-MS-04212411 – Dr. Perry fine Nucynta promotional video

JAN-MS-00341111 – one-minute video explaining "NUCYNTA ER Demonstrated Powerful Efficacy in diabetic neuropathy pain."  Press release failed to include any side effect information https://www.physiciansweekly.com/fda-nucynta-dpn/

JAN-MS-03804368 – 30-minute video on "QuantiaMD.com"


Unbranded marketing:


JAN-MS-04212293 – Dr. Bill McCarberg – discusses side effects that prohibit optimal pain management. Has Nucynta's NEO Pathways logo on the bottom right hand corner for much of the video.

JAN-MS-03090727 – Dr. Bill McCarberg – "the prescriber's perspective" on treating pain.

JAN-MS-03090728 – Bob Twillman, PhD, FAPM, Deputy Exec. Dir. And Dir. of Policy and Advocacy of

JAN-MS-04212292 – Dr. Perry Fine on proper dosing of opioids and analgesics (has NEO pathways logo in the bottom right hand corner of video)

# 12 SIGNATURE

RESERVATION OF RIGHTS

This report is a statement of opinions I expect to express in this matter and the basis and reasons for those opinions. This report summarizes only my current opinions and analyses to date, which are subject to change depending upon ongoing discovery and additional information. I respectfully reserve the right to supplement my report in light of this and any other additional fact discovery, opinions by other experts, and/or trial testimony. I also respectfully reserve the right to provide rebuttal opinions and testimony in response to other experts, and rebuttal testimony in response to any fact witnesses. In connection with my anticipated trial testimony in this action, I may use as exhibits various documents produced in this litigation that refer to or relate to the matters discussed in this report. In addition, i respectfully reserve the right to use animations, demonstratives, enlargements of actual attachments, and other information in order to convey my opinions.

I understand that i may be asked to provide further opinions and analyses on other issues, including in response to analyses provided by other experts. I will do so at the appropriate time set by the court.

Executed on this 25th day of March, 2019, in Attelboro, MA.

Report of David S. Egilman, MD, MPH

March 25, 2019 in Opiate MDL Litigation (MDL 2804)