EXHIBIT 25

**From:** Helfrick, Robert [MCCUS]
**To:** Wick, Martha [GPSUS]; Miller, Nancy [GPSUS]; Khater, Maroun [CPCUS]; Girardi, Glenn A. [SLC]; Garcia, Zeuxis [GPSUS]; Lucarelli, Joe [HCSUS]; Allison, Liz [ASPUS]; Federico, Peter [GPSUS]; Merritt, Elaine [GPSUS]; Pflederer, Christine [GPSUS]; Szwarc, Michael [GPSUS]; Williams-Dunn, Leslie [SLCUS]; Lopez, Andres [HCSUS]; Griffith, Mike [GPSUS]; Harry, George [SLC]; Turso, Mary [HCS]; Bulone, Mike [GPSUS]; Iwanski, Yvonne [OMPUS]; Dysart, Art [GPSUS]; Sedlatschek, Mike [GPSUS]; Lovell, Rick [JSGUS]; Stately, Darlene [GPSUS]; Baratta, Mike [JSGUS]; Vandergriff, Justin [GPSUS]; Thostesen, Eric [JSGUS]; Keenan, Chris [GPSUS]; Peterson, Greg [GPSUS]; Pflederer, Christine [GPSUS]; Garcia, Zeuxis [GPSUS]; Logsdon, Angie [GPSUS]; Pulido, Flor [GPSUS Non-J&J]; Naranjo, Fanny [GPSUS]; Maiolino, Cindy [GPSUS]; Levitt, Michael [NORUS]; Thostesen, Eric [JSGUS]; Bourgoin, Josee [CPCUS]; Pringle, John [GPSUS]; Davis, Kenneth [GPSUS]; Freedman, Michael [HCS]; Mincarelli, Alfred [GPSUS]; Pendigraph, Kevin [JSGUS Non J&J]; Hood, Mark [GPSUS]; Pawling, Ryan [GPSUS]; Christie, Joseph [GPSUS]; Williams-Dunn, Leslie [SLCUS]; Dolley, Joe [LFSUS]; McElligott, Susan [GPSUS]; Levitt, Michael [NORUS]; McAllister, Kevin [HCSUS]; Hummel, Brad [SLCUS]; Williams, Chris [GPSUS]; Corum, Belinda [GPSUS]; Bottom, Rebecca [GPSUS]; Phee, Kathy [SLCUS]; Irvin, Vincent [GPSUS]; Sedlatschek, Mike [GPSUS]; Dempsey, Michele [GPSUS]; Levitt, Michael [NORUS]; Corum, Belinda [GPSUS]; Williams, Chris [GPSUS]; Morand, Michael [GPSUS]; Knob, Matthew [GPSUS]; Lavitsky, Jill [SLCUS]; Jenkins, Mike [JSGUS Non JNJ]; Driscoll, Jay [JSGUS]; Covin, Charles [GPSUS Non-J&J]; Nuzzolese, Louis [HCSUS]
**Subject:** UPDATE RE: Unnacounced DEA Inspection at FDC - 04 Aug 2015
**Date:** Tuesday, August 4, 2015 3:49:42 PM

Hi, All,

As per words right out of the auditor's mouth, "This close-out will be short and sweet". There were zero (0) observations as a result of this inspection.

The (2) DEA Diversion Investigators left at ~3:50 p.m.

Recognition to Chris Williams, Mike Levitt, Jay Driscoll, Mike Jenkins, Charles Covin (and his team), Greg Peterson, Matt Knob, George Guralnik, and Louis Nuzzolese for their support today! Solid job, guys!

EDGE Record 383108 was created.

Thanks,

Rob

---

**From:** Helfrick, Robert [MCCUS]
**Sent:** Tuesday, August 04, 2015 10:40 AM
**To:** Wick, Martha [GPSUS]; Miller, Nancy [GPSUS]; Khater, Maroun [CPCUS]; Girardi, Glenn A. [SLC]; Garcia, Zeuxis [GPSUS]; Lucarelli, Joe [HCSUS]; Allison, Liz [ASPUS]; Federico, Peter [GPSUS]; Merritt, Elaine [GPSUS]; Pflederer, Christine [GPSUS]; Szwarc, Michael [GPSUS]; Williams-Dunn, Leslie [SLCUS]; Lopez, Andres [HCSUS]; Griffith, Mike [GPSUS]; Harry, George [SLC]; Turso, Mary [HCS]; Bulone, Mike [GPSUS]; Iwanski, Yvonne [OMPUS]; Dysart, Art [GPSUS]; Sedlatschek, Mike [GPSUS]; Lovell, Rick [JSGUS]; Stately, Darlene [GPSUS]; Baratta, Mike [JSGUS]; Vandergriff, Justin [GPSUS]; Thostesen, Eric [JSGUS]; Keenan, Chris [GPSUS]; Peterson, Greg [GPSUS]; Pflederer, Christine [GPSUS]; Garcia, Zeuxis [GPSUS]; Logsdon, Angie [GPSUS]; Pulido, Flor [GPSUS Non-J&J]; Naranjo, Fanny [GPSUS]; Maiolino, Cindy [GPSUS]; Levitt, Michael [NORUS]; Thostesen, Eric [JSGUS]; Bourgoin, Josee [CPCUS]; Pringle, John [GPSUS]; Davis, Kenneth [GPSUS]; Freedman, Michael [HCS]; Mincarelli, Alfred [GPSUS]; Pendigraph, Kevin [JSGUS Non J&J]; Hood, Mark [GPSUS]; Pawling, Ryan [GPSUS]; Christie, Joseph [GPSUS]; Williams-Dunn, Leslie [SLCUS]; Dolley, Joe [LFSUS]; McElligott, Susan [GPSUS]; Levitt, Michael [NORUS]; McAllister, Kevin [HCSUS]; Hummel, Brad [SLCUS]; Williams, Chris [GPSUS]; Corum, Belinda [GPSUS]; Bottom, Rebecca [GPSUS]; Phee, Kathy [SLCUS]; Irvin, Vincent [GPSUS]; Sedlatschek, Mike [GPSUS]; Dempsey, Michele [GPSUS]; Levitt, Michael [NORUS]; Corum, Belinda [GPSUS]; Williams, Chris [GPSUS]; Morand, Michael [GPSUS]; Knob, Matthew [GPSUS]

Janssen
EXHIBIT
Dempsey 51
Date: 3-8-19
MLG, CSR, RPR, CRR

Confidential

JAN-MS-05433744

**Subject:** Unnacounced DEA Inspection at FDC - 04 Aug 2015

Hi, All,

At ~ 10:15 a.m., (2) DEA Investigators arrived at FDC for a Routine Inspection on our Distributor Registration.

More to come as day progresses.

I will create EDGE Record today.

Please forward to anyone I may have inadvertently missed.

Thanks,

Rob

INSPECTION COMMUNICATION:

INSPECTING REGULATORY BODY/BODIES    DEA:

Marilyn Humbles, Diversion Investigator

Juana Hill, Diversion Investigator


SCOPE OF INSPECTION/PRODUCTS INVOLVED & STAGE OF MANUFACTURE (e.g. API, fill/finish, packaging, etc.)

Routine Inspection – Distributor Registration
TYPE OF INSPECTION (e.g. GMP, Pre-Approval, Directed)   Routine Inspection – Distributor Registration


DATE (anticipated or actual start date) 04 Aug 2015
LOCATION OF INSPECTION  FDC
ISSUES IDENTIFIED, if available TBD
KEY CONTACTS  (e.g. Quality Head, Inspection host/lead) Chris Williams (Operations), Rob Helfrick (Quality and Compliance), and Mike Levitt (Controlled Substances)