# EXHIBIT 26

| | |
|---|---|
| **From:** | Helfrick, Robert [MCCUS] <RHelfric@ITS.JNJ.com> |
| **To:** | Dixon, Stephanie [HCSUS]; Bourgoin, Josee [CPCUS]; Allison, Liz [ASPUS]; Chueh, Yun-Ting [JANUS]; Miller, Nancy [GPSUS]; Cornett, Christina [GPSUS]; Hummel, Bradley [DPYUS]; Pringle, John [GPSUS]; Sedlatschek, Mike [GPSUS]; Miles, Rolita [GPSUS]; Morand, Michael [HCSUS]; Peterson, Greg [GPSUS]; Crumplen, Martin [CONCA]; Davis, Kenneth [ETHUS]; Hood, Mark [GPSUS]; Mareka, Joseph [JANUS]; Baker, Anne [GPSUS]; Mareka, Bryanna [GPSUS]; Kinney, Wesley [HCSUS]; Bowen, Keith [JJCUS]; Pendigraph, Kevin [JSGUS Non J&J]; Crenshaw, John [GPSUS]; Baranyay, Bryan [CPCUS]; Murga, Marcel [GPSUS]; Brock, James [GPSUS]; Bottom, Rebecca [GPSUS]; Guldan, Tracy [JJCUS]; Mayersohn, Christine [HCSUS]; Ostermann, Jonathan [US]; Williamson, Christian [SLCUS]; Tucker, Kevin R. [GPSUS]; Rausch, Joshua [GPSUS]; Dixon, Stephanie [HCSUS]; Brock, James [GPSUS]; Bottom, Rebecca [GPSUS]; Germaske, William [SLCUS]; Dempsey, Michele [GPSUS]; Corum, Belinda [GPSUS]; Tallio, Morgan [GPSUS] |
| **Sent:** | 12/20/2017 8:06:58 PM |
| **Subject:** | NOTIFICATION: UNANNOUNCED DEA Inspection at the Kentucky Distribution Center (KDC) 20 Dec 2017 |
| **Attachments:** | Regulatory Inspection – Importer Exporter Check List.pdf |

Hi, All,

Today, KDC had an unannounced DEA inspection. The inspection was a routine inspection on KDC's importer and exporter DEA Registrations.

Overall re-cap – **zero (0) observations/opportunities**. The Diversion Investigators, Carl and Morgan, had nothing but positive feedback.

I have attached the 'Regulatory Inspection – Importer Exporter Check List' that the DEA is using for Importer and Exporter inspections. This is a handy check list that I'm asking you all to share with your contacts. We went line by line with our investigators at KDC today, so if you have all of this documentation handy and updated, your future inspections should go smoothly.

As an FYI, there was a discussion on the Suspicious Order Monitoring process. The DEA confirmed that although the Customer Service group has responsibilities over this process, any deficiencies against this process would be an observation for KDC.

Thanks to everyone that supported...Christian, Mark, Kevin, Christina, Josh, Morgan, Jon, Belinda and Brad!
Curve ID 1001617 was initiated for this inspection.

Thanks,
KDC Team

**INSPECTION COMMUNICATION:**

| INSPECTING REGULATORY BODY/BODIES | DEA<br><br>Attendee (s):<br><br>B. Morgan Freeman, Diversion Investigator<br>Carl Maskew, Diversion Investigator |
|---|---|
| SCOPE OF INSPECTION/PRODUCTS INVOLVED & STAGE OF MANUFACTURE (e.g. API, fill/finish, packaging, etc.) | 3 Year Inspection on Importer/Exporter |
| TYPE OF INSPECTION (e.g. GMP, Pre-Approval, Directed) | 3 Year Inspection on Importer/Exporter |
| DATE (anticipated or actual start date) | 20 Dec 2017<br><br>Start Time – 9:30 a.m.<br><br>End Time – 2:15 p.m. |
| LOCATION OF INSPECTION | Kentucky Distribution Center (KDC) |
| ISSUES IDENTIFIED, if available | No issues; zero (0) observations |



| | |
|---|---|
| KEY CONTACTS (e.g. Quality Head, Inspection host/lead) | Brad Hummel, Director Distribution Operations, KDC |
| | Rob Helfrick, Sr. Manager Quality and Compliance, KDC |
| | Mark Hood, Operations Supervisor, KDC |
| | Christian Williamson, Inventory Control and Analytics Manager, KDC |
| | Kevin Pendigraph, Allied Universal Security Manager, KDC |
| | Jon Ostermann, Site Facilities Manager, KDC |
| | Belinda Corum, Controlled Substance Specialist, KDC |

3 yrs - oct - sept - fiscal yrs

# REGULATORY INSPECTION - IMPORTER/EXPORTER

The following information is required during the Regulatory Inspection of your firm. Please provide this information/documentation to investigators during their on-site inspection.

| | | | |
|---|---|---|---|
| ✓ | 1. | List of the firm's **Executive Officers** (Full Name, Date of Birth, Social Security Number, Position/Title) | |
| ✓ | 2. | List of the firm's **Corporate Officers** (Full Name, Date of Birth, Social Security Number, Position/Title) | |
| ✓ | 3. | List of **all** Employees (Full Name & Position/Title) | MH |
| ✓ | 4. | List of all Employee who have **access to Controlled Substances** (Breakdown by: Key Access, Alarm Code Access, or Both) (Full Name, Date of Birth, Social Security Number, Position/Title) | MH |
| | 5. | List of all **Controlled Substances handled** by the firm (Drug Name, Product Size, Product Strength, and Product Form) | CS import / CS export / CW |
| | 6. | List all **Listed Chemicals handled** by the firm (Name, Product Size, Product Strength, and Product Form) - Note: Psuedoephedrine and Ephedrine are Listed Chemicals | n/a |
| | 7. | List of all Licenses, Permits, & Registrations issued to firm (Issuing Agency, Type of Registration, Issue Date, Expiration Date) | MH |
| | 8. | Initial Inventories | n/a |
| | 9. | Biennial Inventory | Done |
| | 10. | Power of Attorney Forms pertaining to Schedule II Controlled Substances | |
| | 11. | Supplier List (Name, Address, Phone, & DEA #) | Import Suppl. - 1 |
| | 12. | Customer List (Name, Address, Phone, & DEA #) | n/a |
| | 13. | Map/Floorplan of facility | Done - JA |
| | 14. | Alarm Information (Description, Security Contract, Schematic, Maintenance/Test Records) | Done  Ac/Tim |
| ✓ | 15. | All written policies or procedures pertaining to Controlled Substances (i.e. **Standard Operating Procedures**) - Please include **Due Diligence** for New Customers and New Patients | |
| | 16. | Records required for **designated Audit Period** (PLEASE PROVIDE A COMPUTER PRINTOUT OF RECEIPTS AND DISTRIBUTIONS & DIs WILL RANDOMLY | N/A |

Only importer

Confidential

JAN-MS-03124008

| | | |
|---|---|---|
| | SELECT RECORDS FROM BELOW TO RECONCILE WITH PRINTOUT) <br> • DEA-222 Forms (if handle CII) <br> • Records of Receipt of Controlled Substance <br> • Records of Sales/Distribution of Controlled Substances <br> • Records of Returned Controlled Substances from Customers <br> • Records of Returned Controlled Substances to Distributors <br> • Records of Damaged Controlled Substances (DEA-42 if applicable) <br> • Records of Theft or Loss of Controlled Substances (DEA-106) <br> • **Controlled Substance Import/Export Declarations (DEA-236)** <br> • **Application for Permit to Import Controlled Substances for Domestic &/or Scientific Purposes (DEA-357)** | n/a |
| 17. | Subsidiaries (Name, Address, Phone, DEA #) – If applicable | Pending |
| 18. | Parent Companies (Name, Address, Phone, DEA #) – If applicable | |
| 19. | Drug Test Company (Name, Address, Phone) | |
| 20. | Background Check Company (Name, Address, Phone) | |
| 21. | Export authorizations by country of destination | n/a |
| 22. | Articles of Incorporation | |

Jan.com

Confidential

JAN-MS-03124009