# EXHIBIT 27

| From: | Helfrick, Robert [MCCUS] <RHelfric@ITS.JNJ.com> |
|---|---|
| To: | Dixon, Stephanie [HCSUS]; Bourgoin, Josee [CPCUS]; Allison, Liz [ASPUS]; Chueh, Yun-Ting [JANUS]; Miller, Nancy [GPSUS]; Cornett, Christina [GPSUS]; Hummel, Bradley [DPYUS]; Pringle, John [GPSUS]; Sedlatschek, Mike [GPSUS]; Miles, Rolita [GPSUS]; Morand, Michael [HCSUS]; Peterson, Greg [GPSUS]; Crumplen, Martin [CONCA]; Davis, Kenneth [ETHUS]; Hood, Mark [GPSUS]; Mareka, Joseph [JANUS]; Baker, Anne [GPSUS]; Mareka, Bryanna [GPSUS]; Kinney, Wesley [HCSUS]; Bowen, Keith [JJCUS]; Pendigraph, Kevin [JSGUS Non J&J]; Crenshaw, John [GPSUS]; Baranyay, Bryan [CPCUS]; Murga, Marcel [GPSUS]; Brock, James [GPSUS]; Bottom, Rebecca [GPSUS]; Guldan, Tracy [JJCUS]; Mayersohn, Christine [HCSUS]; Ostermann, Jonathan [US]; Williamson, Christian [SLCUS]; Tucker, Kevin R. [GPSUS]; Rausch, Joshua [GPSUS]; Dixon, Stephanie [HCSUS]; Brock, James [GPSUS]; Bottom, Rebecca [GPSUS]; Germaske, William [SLCUS]; Dempsey, Michele [GPSUS]; Corum, Belinda [GPSUS]; Tallio, Morgan [GPSUS]; Hughes, Vernon L. [GPSUS]; Serrano, Pedro [GPSUS] |
| Sent: | 12/28/2017 5:32:36 PM |
| Subject: | NOTIFICATION: ANNOUNCED DEA Inspection at the Kentucky Distribution Center (KDC) 28 Dec 2017 |

Hi, All,

Today, KDC had an announced DEA inspection. The inspection was a routine inspection on the KDC Distributor DEA Registration.

Overall re-cap – **zero (0) observations/opportunities**. The Diversion Investigators, Jason and Morgan, had nothing but positive feedback.

As a note, during the 20 Dec 2017 DEA Inspection for Importer and Exporter DEA Registrations at KDC, I requested if we could have a combined Importer, Exporter, and Distributor inspection moving forward. The DEA communicated that KDC was scheduled to be inspected in Sep 2018 for Distributor; however, based on my request, they moved up the Distributor inspection to 2017 to accommodate a combined Importer, Exporter, and Distributor inspection moving forward. This will reduce the amount of time and resources moving forward for both KDC and DEA for DEA inspections.

Thanks to everyone that supported…Belinda, Christian, Kevin, Jon, Pedro, Vernon, Mike, Dwight, and Bryanna.

Curve ID 1001631 was initiated for this inspection.

Thanks,
KDC Team



Janssen Dempsey
EXHIBIT
54
Date: 3-8-19
MLG, CSR, RPR, CRR

**INSPECTION COMMUNICATION:**

| INSPECTING REGULATORY BODY/BODIES | DEA<br>Attendee (s):<br>B. Morgan Freeman, Diversion Investigator<br>Jason Smith, Diversion Investigator |
|---|---|
| SCOPE OF INSPECTION/PRODUCTS INVOLVED & STAGE OF MANUFACTURE (e.g. API, fill/finish, packaging, etc.) | 3 Year Inspection on Distributor |
| TYPE OF INSPECTION (e.g. GMP, Pre-Approval, Directed) | 3 Year Inspection on Distributor |
| DATE (anticipated or actual start date) | 28 Dec 2017<br>Start Time – 9:30 a.m. |

| | |
|---|---|
| | End Time – 12:30 p.m. |
| LOCATION OF INSPECTION | Kentucky Distribution Center (KDC) |
| ISSUES IDENTIFIED, if available | No issues; zero (0) observations |
| KEY CONTACTS  (e.g. Quality Head, Inspection host/lead) | Rob Helfrick, Sr. Manager Quality and Compliance, KDC<br><br>Belinda Corum, Controlled Substance Specialist, KDC<br><br>Christian Williamson, Inventory Control and Analytics Manager, KDC<br><br>Kevin Pendigraph, Allied Universal Security Manager, KDC<br><br>Jon Ostermann, Site Facilities Manager, KDC |