# EXHIBIT 28

| | |
|---|---|
| **From:** | Guralnik, Georgiy [CONUS] |
| **To:** | Maiolino, Cindy [GPSUS]; Coleman, Pam [HCSUS]; Dixon, Stephanie [HCSUS]; Bourgoin, Josee [CPCUS]; Diaz, Jose [CPCUS]; Peterson, Greg [GPSUS]; Dumont, Reginald [JANUS]; Savage, Tabatha [GPSUS]; Woeller, Christopher [HCSUS]; Allison, Liz [ASPUS]; Williamson, Christian [SLCUS]; Mareka, Bryanna [GPSUS]; Mareka, Joseph [JANUS]; Tucker, Kevin R. [GPSUS]; Hood, Mark [GPSUS]; Dempsey, Michele [GPSUS]; Bowen, Keith [JJCUS]; Cavaco, Marilia [ITSUS]; Traver, Lesley [CPCUS]; Fouhy, Sylvia [HCSUS]; Crumplen, Martin [CONCA]; Crenshaw, John [GPSUS]; Bourgoin, Josee [CPCUS]; Williams, Christopher [HCSUS] |
| **Subject:** | RE: DEA visit at FDC |
| **Date:** | Tuesday, September 25, 2018 2:39:40 PM |

Hi All,

DEA conducted an inspection for export and distributor registrations associated with the FDC from September 20th – 25th 2018.
The three areas inspected include: Accountability (inventory counts), Record keeping, and Security.
All three of the inspected areas were found to be adequate / passed.
As final follow, up the Controlled Substance Compliance Manager will send a letter to DEA notifying DEA of the updated Vault 2 layout.
The following suggestions were given as a result of this inspection:
- Consider electronic logging of 222 forms
- Ensure that 161 form Concerta /Neucon is named consistently in all required fields

Best Regards,
Stephanie, Jose and George

**From:** Guralnik, Georgiy [CONUS]
**Sent:** Monday, September 24, 2018 4:35 PM
**To:** Maiolino, Cindy [GPSUS] <Cmaioli@its.jnj.com>; Coleman, Pam [HCSUS] <PColema2@its.jnj.com>; Dixon, Stephanie [HCSUS] <SDixon4@its.jnj.com>; Bourgoin, Josee [CPCUS] <jbourgo1@its.jnj.com>; Diaz, Jose [CPCUS] <jdiaz97@its.jnj.com>; Peterson, Greg [GPSUS] <GPeters1@its.jnj.com>; Dumont, Reginald [JANUS] <RDumont@its.jnj.com>; Savage, Tabatha [GPSUS] <tsavage1@its.jnj.com>; Woeller, Christopher [HCSUS] <CWoeller@its.jnj.com>; Allison, Liz [ASPUS] <LAllison@its.jnj.com>; Williamson, Christian [SLCUS] <cwill101@ITS.JNJ.com>; Mareka, Bryanna [GPSUS] <bmareka@ITS.JNJ.com>; Mareka, Joseph [JANUS] <CMareka@its.jnj.com>; Tucker, Kevin R. [GPSUS] <ktucker5@its.jnj.com>; Hood, Mark [GPSUS] <MHood5@its.jnj.com>; Dempsey, Michele [GPSUS] <MDempse3@its.jnj.com>; Bowen, Keith [JJCUS] <KBowen2@its.jnj.com>
**Subject:** RE: DEA visit at FDC

Hi All,
DEA auditors left the FDC around 1 pm. They indicated that they will come back to FDC on Tuesday 25th September 2018 to review the requested invoices and security system testing results.

Best Regards,

**George Guralnik**
**Manager Distribution Q&C**

**From:** Guralnik, Georgiy [CONUS]
**Sent:** Monday, September 24, 2018 11:17 AM
**To:** Maiolino, Cindy [GPSUS] <Cmaioli@its.jnj.com>; Coleman, Pam [HCSUS] <PColema2@its.jnj.com>; Dixon, Stephanie [HCSUS] <SDixon4@its.jnj.com>; Bourgoin, Josee [CPCUS] <jbourgo1@its.jnj.com>; Diaz, Jose [CPCUS] <jdiaz97@its.jnj.com>; Peterson, Greg [GPSUS] <GPeters1@its.jnj.com>; Dumont, Reginald [JANUS] <RDumont@its.jnj.com>; Savage, Tabatha [GPSUS] <tsavage1@its.jnj.com>; Woeller, Christopher [HCSUS] <CWoeller@its.jnj.com>; Allison, Liz [ASPUS] <LAllison@its.jnj.com>; Williamson, Christian [SLCUS] <cwill101@ITS.JNJ.com>; Mareka, Bryanna [GPSUS] <bmareka@ITS.JNJ.com>; Mareka, Joseph [JANUS] <CMareka@its.jnj.com>; Tucker, Kevin R. [GPSUS] <ktucker5@its.jnj.com>; Hood, Mark [GPSUS] <MHood5@its.jnj.com>; Dempsey, Michele [GPSUS] <MDempse3@its.jnj.com>; Bowen, Keith [JJCUS] <KBowen2@its.jnj.com>
**Subject:** RE: DEA visit at FDC

Hello All,
DEA inspectors arrived at FDC around 10:30 AM for a day three audit.

Best Regards,

**George Guralnik**
**Manager Distribution Q&C**

**From:** Guralnik, Georgiy [CONUS]
**Sent:** Friday, September 21, 2018 2:10 PM
**To:** Maiolino, Cindy [GPSUS] <Cmaioli@its.jnj.com>; Coleman, Pam [HCSUS] <PColema2@its.jnj.com>; Dixon, Stephanie [HCSUS] <SDixon4@its.jnj.com>; Bourgoin, Josee [CPCUS] <jbourgo1@its.jnj.com>; Diaz, Jose [CPCUS] <jdiaz97@its.jnj.com>; Peterson, Greg [GPSUS] <GPeters1@its.jnj.com>; Dumont, Reginald [JANUS] <RDumont@its.jnj.com>; Savage, Tabatha [GPSUS] <tsavage1@its.jnj.com>; Woeller, Christopher [HCSUS] <CWoeller@its.jnj.com>; Allison, Liz [ASPUS] <LAllison@its.jnj.com>; Williamson, Christian [SLCUS] <cwill101@ITS.JNJ.com>; Mareka, Bryanna [GPSUS] <bmareka@ITS.JNJ.com>; Mareka, Joseph [JANUS] <CMareka@its.jnj.com>; Tucker, Kevin R. [GPSUS] <ktucker5@its.jnj.com>; Hood, Mark [GPSUS] <MHood5@its.jnj.com>; Dempsey, Michele [GPSUS] <MDempse3@its.jnj.com>
**Subject:** RE: DEA visit at FDC

Hi All,
DEA auditors left the FDC around 1 pm. They indicated that they will come back to FDC on Monday 24th September 2018 to review the requested product count report and conduct security system testing.

Best Regards,

**George Guralnik**
**Manager Distribution Q&C**

**From:** Guralnik, Georgiy [CONUS]
**Sent:** Friday, September 21, 2018 11:12 AM
**To:** Maiolino, Cindy [GPSUS] <Cmaioli@its.jnj.com>; Coleman, Pam [HCSUS] <PColema2@its.jnj.com>; Dixon, Stephanie [HCSUS] <SDixon4@its.jnj.com>; Bourgoin, Josee [CPCUS] <jbourgo1@its.jnj.com>; Diaz, Jose [CPCUS] <jdiaz97@its.jnj.com>; Peterson, Greg [GPSUS] <GPeters1@its.jnj.com>; Dumont, Reginald [JANUS] <RDumont@its.jnj.com>; Savage, Tabatha

[GPSUS] <tsavage1@its.jnj.com>; Woeller, Christopher [HCSUS] <CWoeller@its.jnj.com>; Allison, Liz [ASPUS] <LAllison@its.jnj.com>; Williamson, Christian [SLCUS] <will101@ITS.JNJ.com>; Mareka, Bryanna [GPSUS] <bmareka@ITS.JNJ.com>; Mareka, Joseph [JANUS] <CMareka@its.jnj.com>; Tucker, Kevin R. [GPSUS] <ktucker5@its.jnj.com>; Hood, Mark [GPSUS] <MHood5@its.jnj.com>
**Subject:** RE: DEA visit at FDC

Hello All,
DEA inspectors arrived at FDC around 10:30 AM for a day two audit.

Best Regards,

**George Guralnik**
**Manager Distribution Q&C**

---

**From:** Guralnik, Georgiy [CONUS]
**Sent:** Thursday, September 20, 2018 1:20 PM
**To:** Maiolino, Cindy [GPSUS] <Cmaioli@its.jnj.com>; Coleman, Pam [HCSUS] <PColema2@its.jnj.com>; Dixon, Stephanie [HCSUS] <SDixon4@its.jnj.com>; Bourgoin, Josee [CPCUS] <jbourgo1@its.jnj.com>; Diaz, Jose [CPCUS] <jdiaz97@its.jnj.com>; Peterson, Greg [GPSUS] <GPeters1@its.jnj.com>; Dumont, Reginald [JANUS] <RDumont@its.jnj.com>; Savage, Tabatha [GPSUS] <tsavage1@its.jnj.com>; Woeller, Christopher [HCSUS] <CWoeller@its.jnj.com>; Allison, Liz [ASPUS] <LAllison@its.jnj.com>; Williamson, Christian [SLCUS] <will101@ITS.JNJ.com>; Mareka, Bryanna [GPSUS] <bmareka@ITS.JNJ.com>; Mareka, Joseph [JANUS] <CMareka@its.jnj.com>; Tucker, Kevin R. [GPSUS] <ktucker5@its.jnj.com>; Hood, Mark [GPSUS] <MHood5@its.jnj.com>
**Subject:** DEA visit at FDC

Hello All ,
Please find  below the notification  of DEA  visit at FDC today

**INSPECTION COMMUNICATION:**

| INSPECTING REGULATORY BODY/BODIES | Drug Enforcement Administration (DEA)<br><br>Inspectors:  Jennifer Hum<br><br>               Roxanna Soraya |
|---|---|
| Curve ID | 1002383 |
| SCOPE OF INSPECTION: | DEA, Routine distributor and export licenses inspection |
| TYPE OF INSPECTION: | Unannounced  required  routine inspection |
| DATE/TIME (start) | 20 September 2018 ; 1030 AM Hours Inspectors arrived at Franklin Distribution Center (FDC) |
| DATE of Departure | TBD |
| LOCATION OF INSPECTION | FDC |
| ISSUES IDENTIFIED, if available | N/A at this time; |
| KEY CONTACTS  (e.g. Quality Head, Inspection host/lead, scribe) | FDC: Stephanie Dixon, Jose Diaz, Georgiy Guralnik, Greg Peterson, Tabatha Savage |

Best Regards,

**George Guralnik**
**Johnson & Johnson, CLS**
**Manager Distribution Q&C**
📱 Mobile: 215-407-9788
✉ Email: gguralni@its.jnj.com