EXHIBIT 29

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF OHIO
 3                   EASTERN DIVISION
 4                      - - -
 5
    IN RE:  NATIONAL         :  HON. DAN A.
 6  PRESCRIPTION OPIATE      :  POLSTER
    LITIGATION               :
 7                           :
    APPLIES TO ALL CASES     :  NO.
 8                           :  1:17-MD-2804
                             :
 9
              - HIGHLY CONFIDENTIAL -
10
    SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                     VOLUME I
12
                      - - -
13
                 April 17, 2019
14
                      - - -
15
16             Videotaped deposition of
    THOMAS PREVOZNIK, taken pursuant to
17  notice, was held at the law offices of
    Williams & Connolly, 725 12th Street,
18  Washington, D.C., beginning at 9:11 a.m.,
    on the above date, before Michelle L.
19  Gray, a Registered Professional Reporter,
    Certified Shorthand Reporter, Certified
20  Realtime Reporter, and Notary Public.
21                    - - -
22
            GOLKOW LITIGATION SERVICES
23      877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:
 2
      GREENE, KETCHUM, FARRELL, BAILEY & TWEEL LLP
 3    PAUL T. FARRELL, JR., ESQ.
      419 Eleventh Street
 4    Huntington, WV 25701
      (304) 521-4778
 5    Paul@greeneketchum.com
 6            - and -
 7    MCHUGH & FULLER
      BY:  MICHAEL J. FULLER, ESQ.
 8    97 Elias Whiddon Road
      Hattiesburg, Mississippi 39402
 9    (800) 939-5580
      mike@mchughfuller.com
10
              - and -
11
      MOTLEY RICE, LLC
12    BY:  LINDA SINGER, ESQ.
      401 9th Street, NW, Suite 1001
13    Washington, D.C. 20004
      (202) 386-9626
14    Lsinger@motleyrice.com
      Representing the Plaintiffs
15
16
17
18
19
20
21
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:  (Cont'd.)
 2   US DEPARTMENT OF JUSTICE
     BY:  DAVID FINKELSTEIN, ESQ.
 3   BY:  NATALIE A. WAITES, ESQ.
     175 N Street, NE, Room 10-2222
 4   Washington, DC 20002
     (202) 616-2964
 5   david.m.finkelstein@usdoj.gov
     natalie.a.waites@usdoj.gov
 6
             - and -
 7
     US DEPARTMENT OF JUSTICE
 8   BY:  JAMES R. BENNETT, II, ESQ.
     United States Courthouse
 9   801 West Superior Avenue,
     Suite 400
10   Cleveland, Ohio 44113
     (216) 622-3988
11   James.bennett4@usdoj.gov
12           - and -
13   US DEPARTMENT OF JUSTICE
     BY:  MARIAMA C. SPEARS, ESQ.
14   8701 Morrisette Drive
     Springfield, Virginia 22152
15   (202) 598-6204
     Mariama.c.spears@usdoj.gov
16   Representing the US DOJ
17
18
19
20
21
22
23
24
```

```
 1   APPEARANCES:   (Cont'd.)
 2
     WILLIAMS & CONNOLLY, LLP
 3   By:  ENU MAINIGI, ESQ.
     BY:  COLLEEN MCNAMARA, ESQ.
 4   BY:  BRAD MASTERS, ESQ.
     BY:  JENNIFER G. WICHT, ESQ.
 5   725 12th Street, NW
     Washington, D.C. 20005
 6   (202) 434-5148
     emainigi@wc.com
 7   cmcnamara@wc.com
     bmasters@wc.com
 8   Jwicht@wc.com
     Representing the Defendant, Cardinal
 9   Health
10
11   BARTLIT BECK LLP
     BY:  LESTER C. HOUTZ, ESQ.
12   1801 Wewatta Street, Suite 1200
     Denver, Colorado 80202
13   (303) 592-3199
     lester.houtz@bartlit-beck.com
14   Representing the Defendant, Walgreens
15
     ROPES & GRAY LLP
16   BY:  ANDREW O'CONNOR, ESQ.
     BY:  JOSHUA E. GOLDSTEIN, ESQ.
17   800 Boylston Street
     Boston, Massachusetts 02199
18   (617) 951-7234
     Andrew.o'connor@ropesgray.com
19   Joshua.goldstein@ropesgray.com
     Representing the Defendant, Mallinckrodt
20
21
22
23
24
```

```
 1    APPEARANCES:   (Cont'd.)
 2
      DECHERT, LLP
 3    BY:   JENNA C. NEWMARK, ESQ
      1095 Avenue of the Americas
 4    New York, New York 10036
      (212) 698-3500
 5    Jenna.newmark@dechert.com
      Representing the Defendant, Purdue
 6    Pharmaceuticals
 7
      MARCUS & SHAPIRA, LLP
 8    BY:   JOSHUA A. KOBRIN, ESQ.
      One Oxford Centre, 35th Floor
 9    Pittsburgh, Pennsylvania 15219
      (412) 338-3990
10    Kobrin@marcus-shapira.com
      Representing the Defendant, HBC
11    Service Company
12
      ZUCKERMAN SPAEDER, LLP
13    BY:   R. MILES CLARK, ESQ.
      1800 M. Street NW, Suite 1000
14    Washington, D.C. 20036
      (202) 778-1845
15    Mclark@zuckerman.com
      Representing the Defendant, CVS
16
17    REED SMITH, LLP
      BY:   ROBERT A. NICHOLAS, ESQ.
18    BY:   JOSEPH J. MAHADY, ESQ.
      Three Logan Square
19    1717 Arch Street, Suite 3100
      Philadelphia, Pennsylvania 19103
20    (215) 851-8226
      rnicholas@reedsmith.com
21    Jmahady@reedsmith.com
      Representing the Defendant,
22    AmerisourceBergen Drug Corporation
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:   (Cont'd.)
 2
      MORGAN LEWIS & BOCKIUS, LLP
 3    BY:   JOHN P. LAVELLE, JR., ESQ.
      1701 Market Street
 4    Philadelphia, Pennsylvania 19103
      (215) 963-4824
 5    John.lavelle@morganlewis.com
      Representing the Defendant, Rite Aid
 6    Corporation
 7
      FOLEY & LARDNER, LLP
 8    BY:   KRISTINA J. MATIC, ESQ.
      777 East Wisconsin Avenue
 9    Milwaukee, WI 53202
      (414) 297-5913
10    kmatic@foley.com
      Representing Actavis Laboratories
11    UT, Inc., Actavis Pharma, Inc.,
      ANDA, Inc., and Actavis, Inc.,
12    (N/k/a Allergan Finance, LLC, Watson
      Laboratories, Inc.
13
14    KIRKLAND & ELLIS, LLP
      BY:   JENNIFER G. LEVY, ESQ.
15    1301 Pennsylvania Avenue, N.W.
      Washington, D.C. 20004
16    (202) 389-5000
      Jennifer.levy@kirkland.com
17
              - and -
18
      KIRKLAND & ELLIS, LLP
19    BY:   KAITLYN COVERSTONE, ESQ.
      300 North LaSalle Street
20    Chicago, Illinois 60654
      (312) 862-7184
21    Kaitlyn.coverstone@kirkland.com
      Representing the Defendant, Allergan
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   APPEARANCES:  (Cont'd.)
 2
 3   COVINGTON & BURLING, LLP
     BY:   CHRISTOPHER K. EPPICH, ESQ.
 4   1999 Avenue of the Stars
     Los Angeles, California 90067
 5   (424) 332-4764
     Ceppich@cov.com
 6
            - and -
 7
     COVINGTON & BURLING, LLP
 8   BY:   KEVIN KELLY, ESQ.
     850 Tenth Street, NW
 9   Suite 586N
     Washington, D.C. 20001
10   (202) 662-5613
     Kkelly@cov.com
11
            - and -
12
     COVINGTON & BURLING, LLP
13   BY:   MEGHAN E. MONAGHAN, ESQ.
     850 Tenth Street, NW
14   Suite 586N
     Washington, D.C. 20001
15   mmonaghan@cov.com
     (202) 662-5110
16   Representing the Defendant, McKesson
     Corporation
17
18   JONES DAY
     BY:   NEAL J. STEPHENS, ESQ.
19   1755 Embarcadero Road
     Palo Alto, California 94303
20   (650) 739-3939
     Nstephens@jonesday.com
21   Representing the Defendant, Walmart
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    APPEARANCES:  (Cont'd.)
 2
      BARNES & THORNBURG, LLP
 3    BY:  WILLIAM E. PADGETT, ESQ.
      11 South Meridian Street
 4    Indianapolis, Indiana 46204
      (317) 236-1313
 5    william.padgett@btlaw.com
      Representing the Defendant, H.D. Smith
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```

```
 1    TELEPHONIC/STREAMING APPEARANCES:
 2
      LEVIN PAPANTONIO, P.A.
 3    BY:  PETER MOUGEY, ESQ.
      316 Baylen Street
 4    Pensacola, Florida 32502
      (850) 435-7000
 5    pmougey@levinlaw.com
 6         - and -
 7    BARON & BUDD, P.C.
      BY:  WILLIAM G. POWERS, ESQ.
 8    600 New Hampshire Avenue, NW
      The Watergate, Suite 10-A
 9    Washington, D.C. 20037
      (202) 333-4562
10    Wpowers@baronbudd.com
11         - and -
12    BARON & BUDD, P.C.
      BY:  THOMAS SIMS, ESQ.
13    The Centrum
      3102 Oak Lawn Avenue, Suite 1100
14    Dallas, Texas 75219
      (214) 521-3605
15    Tsims@baronbudd.com
16         - and -
17    MOTLEY RICE, LLC
      BY:  AMANDA UNTERREINER, ESQ.
18    401 9th Street, NW
      Suite 1001
19    Washington, D.C. 20004
      (202) 386-9626
20    aunterreiner@motleyrice.com
      Representing the Plaintiffs
21
22
23
24
```

```
 1   TELEPHONIC/STREAMING APPEARANCES:
     (Cont'd.)
 2
 3   ARNOLD PORTER KAYE SCHOLER, LLP
     BY:  JOSHUA M. DAVIS, ESQ.
 4   601 Massachusetts Avenue, NW
     Washington, DC 20001
 5   (202) 942-5000
     Joshua.davis@arnoldporter.com
 6   Representing the Defendants, Endo Health
     Solutions Endo Pharmaceuticals, Inc.; Par
 7   Pharmaceutical Companies, Inc. f/k/a Par
     Pharmaceutical Holdings, Inc.
 8
 9   REED SMITH, LLP
     BY:  SHANNON E. McCLURE, ESQ.
10   Three Logan Square
     1717 Arch Street, Suite 3100
11   Philadelphia, Pennsylvania 19103
     (215) 851-8226
12   smcclure@reedsmith.com
     Representing the Defendant,
13   AmerisourceBergen Drug Corporation
14
     CAVITCH FAMILO & DURKIN, CO., L.P.A.
15   BY: ERIC J. WEISS, ESQ.
     1300 E. 9th Street
16   Cleveland, Ohio 44114
     (216) 621-7860
17   Eweiss@cavitch.com
     Representing the Defendant, Discount Drug
18   Mart
19
     MORGAN LEWIS & BOCKIUS, LLP
20   BY:  LATIERA RAYFORD, ESQ.
     77 West Wacker Drive
21   Chicago, Illinois 60601
     (312) 324-1481
22   Latiera.rayford@morganlewis.com
     Teva Pharmaceuticals, Inc. Cephalon Inc,
23   Watson Laboratories, Actavis LLC, Actavis
     Pharma, Inc.
24
```

```
 1    TELEPHONIC/STREAMING APPEARANCES:
      (Cont'd.)
 2
 3

      BAILEY & WYANT P.L.L.C.
 4    BY:   HARRISON M. CYRUS, ESQ.
      500 Virginia Street East
 5    Suite 600
      Charleston, West Virginia 25301
 6    (304) 345-4222
      Hcyrus@baileywyant.com
 7    Representing the Defendant, West
      Virginia Board of Pharmacy
 8
 9    JONES DAY
      BY:   PATRICK J. BEISELL, ESQ.
10    77 West Wacker
      Chicago, Illinois 60601
11    (312) 269-4066
      Pbeisell@jonesday.com
12    Representing the Defendant, Walmart
13
      FOX ROTHSCHILD, LLP
14    BY:   ZACHARY MARTIN, ESQ.
      2700 Kelly Road
15    Suite 300
      Warrington, Pennsylvania 18976
16    (215) 918-3680
      Zmartin@foxrothschild.com
17    Representing the Defendant, Prescription
      Supply Inc.
18
19    VENABLE, LLP
      BY:   JAMES K. O'CONNOR, ESQ.
20    750 E. Pratt Street, Suite 900
      Baltimore, Maryland 21202
21    (410) 244-7742
      Jko'connor@venable.com
22    Representing the Defendant, Abbott
      Laboratories and Abbott Laboratories,
23    Inc.
24
```

```
 1    TELEPHONIC/STREAMING APPEARANCES:
      (Cont'd.)
 2

 3    LOCKE LORD, LLP
      BY:   MADELEINE E. BRUNNER, ESQ.
 4    2200 Ross Avenue
      Suite 2800
 5    Dallas, Texas   75201
      (214) 740.8758
 6    Maddie.brunner@lockelord.com
      Representing the Defendant,
 7    Henry Schein, Inc
 8
      O'MELVENY & MYERS, LLP
 9    BY:   EMILIE K. WINCKEL, ESQ.
      1625 Eye Street, NW
10    Washington, D.C. 20006
      (202) 383-5300
11    Ewinckel@omm.com
      Representing the Defendants, Janssen and
12    Johnson & Johnson
13
14
      ALSO PRESENT:
15
      Kaitlyn Eekhoff   - Paralegal
16    (Via telephone)
      (Motley Rice)
17
18    VIDEOTAPE TECHNICIAN:
      Chris Ritona
19
20
21
22
23
24
```

```
 1                    -  -  -
 2            THE VIDEOGRAPHER:  We are
 3    now on the record.  My name is
 4    Chris Ritona.  I am the
 5    videographer with Golkow
 6    Litigation Services.
 7            Today's date is April 17,
 8    2019, and the time is
 9    approximately 9:11 a.m.
10            This video deposition is
11    being held at Williams & Connolly,
12    LLP, 725 12th Street Northwest,
13    Washington, DC, in the matter of
14    National Prescription Opiate
15    Litigation, MDL No. 2804, case
16    Number 17-MD-2804, for the United
17    States District Court, Northern
18    District of Ohio, Eastern
19    Division.
20            The deponent today is Thomas
21    Prevoznik.  And all counsel will
22    be noted upon the stenographic
23    record.
24            The court reporter today is
```

```
 1              Michelle Gray, and she will now
 2              please swear in the witness.
 3                        -  -  -
 4              ... THOMAS PREVOZNIK, having
 5              been first duly sworn, was
 6              examined and testified as follows:
 7                        -  -  -
 8                     EXAMINATION
 9                        -  -  -
10   BY MS. MAINIGI:
11         Q.    Good morning, Mr. Prevoznik.
12         A.    Good morning.
13         Q.    I will begin the
14   questioning.  My name is Enu Mainigi, and
15   I'm going to begin the questioning on
16   behalf of the defendants, and then there
17   are other defendants that may question
18   you after I'm done, and then the
19   plaintiffs will question you thereafter.
20              Mr. Prevoznik, I have put in
21   front of you Exhibit 1.  And Exhibit 1 is
22   the notice of deposition.
23              (Document marked for
24              identification as Exhibit
```

1  that we will go out and inspect their
2  facility, their registration.
3      Q.    And is that inspection or
4  visit different from what might be
5  referred to as a DEA audit or are they --
6      A.    They're the same.
7      Q.    The same.  Got it.
          And during a scheduled
8
9  investigation or audit, does the DEA
10 review a registrant's written policies?
11     A.    Their protocols?
12     Q.    Yes.
13     A.    Yes.
14     Q.    And if the DEA has concerns
15 about those policies, does it raise those
16 concerns with the registrant?
17         MS. SINGER:  Objection.
18 Calls for speculation.
19         THE WITNESS:  To my -- yes,
20 they do.
21 BY MR. O'CONNOR:
22     Q.    Does DEA make -- make
23 determinations about whether particular
24 orders are suspicious if they are asked

Highly Confidential - Subject to Further Confidentiality Review

```
 1
 2                    CERTIFICATE
 3
 4
 5          I HEREBY CERTIFY that the
    witness was duly sworn by me and that the
 6  deposition is a true record of the
    testimony given by the witness.
 7
            It was requested before
 8  completion of the deposition that the
    witness, THOMAS PREVOZNIK, have the
 9  opportunity to read and sign the
    deposition transcript.
10
11
12      _____
        MICHELLE L. GRAY,
13      A Registered Professional
        Reporter, Certified Shorthand
14      Reporter, Certified Realtime
        Reporter and Notary Public
15      Dated:  April 22, 2019
16
17
18          (The foregoing certification
19  of this transcript does not apply to any
20  reproduction of the same by any means,
21  unless under the direct control and/or
22  supervision of the certifying reporter.)
23
24
```