# EXHIBIT 32

Page 1

1            UNITED STATES DISTRICT COURT
2             NORTHERN DISTRICT OF OHIO
3                  EASTERN DIVISION
4            ~~~~~~~~~~~~~~~~~~~~~~
5  IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
   OPIATE LITIGATION
6                                   Case No.
                                    17-md-2804
7
                                    Judge Dan Aaron
8                                   Polster
9  This document relates to:
10 The County of Cuyahoga v. Purdue Pharma, L.P.
   et al., Case No. 18-OP-45090
11
   City of Cleveland, Ohio v. Purdue Pharma L.P.,
12 et al., Case No. 18-OP-45132
13 The County of Summit, Ohio, et al. v. Purdue
   Pharma L.P., et al., Case No. 17-OP-45004
14
             ~~~~~~~~~~~~~~~~~~~~~~
15
16
              Videotaped Deposition of
17               JOAN PAPP, M.D.
18              February 5, 2019
                    9:20 a.m.
19
20                  Taken at:
21     Porter Wright Morris & Arthur LLP
          950 Main Avenue, Suite 500
22           Cleveland, Ohio 44113
23
24
25          Stephen J. DeBacco, RPR

```
                                                         Page 2
 1   APPEARANCES:
 2
          On behalf of MetroHealth Hospital:
 3
                Scott & Scott Attorneys at Law LLP,
 4              by
                JUDY SCOLNICK, ESQ.
 5              The Helmsley Building
                230 Park Avenue, 17th Floor
 6              New York, New York 10169
                (212) 223-6444
 7              jscolnick@scott-scott.com
 8
          On behalf of the Plaintiffs:
 9
                Motley Rice LLC, by
10              ANNIE E. KOUBA, ESQ.
                28 Bridgeside Boulevard
11              Mt. Pleasant, South Carolina 29464
                (843) 216-9225
12              akouba@motleyrice.com
13
          On behalf of Cuyahoga County:
14
                Plevin & Gallucci, by
15              ROBIN M. WILSON, ESQ.
                55 Public Square, Suite 2222
16              Cleveland, Ohio 44113-1901
                (216) 861-0804
17              rwilson@pglawyer.com
18
          On behalf of Cuyahoga County, via
19        teleconference:
20              Napoli Shkolnik PLLC, by
                SALVATORE C. BADALA, ESQ.
21              SHAYNA E. SACKS, ESQ.
                JOSEPH L. CIACCIO, ESQ.
22              360 Lexington Avenue, 11th Floor
                New York, New York 10017
23              (212) 397-1000
                sbadala@napolilaw.com
24              ssacks@napolilaw.com
                jciaccio@napolilaw.com
25                      ~ ~ ~ ~ ~
```

```
 1   APPEARANCES, Continued:
 2
         On behalf of Janssen Pharmaceuticals; and
 3       Johnson & Johnson:
 4           Tucker Ellis, LLP, by
             CLIFFORD S. MENDELSOHN, ESQ.
 5           950 North Main Avenue, Suite 1100
             Cleveland, Ohio 44113-7213
 6           (216) 696-3921
             clifford.mendelsohn@tuckerellis.com
 7
 8       On behalf of CVS Indiana, LLC; and CVS Rx
         Services, Incorporated:
 9
             Zuckerman Spaeder LLP, by
10           STEVEN N. HERMAN, ESQ.
             1800 M Street Northwest, Suite 1000
11           Washington, D.C. 20036-5807
             (202) 778-1883
12           sherman@zuckerman.com
13
         On behalf of Mallinckrodt, LLC; and
14       Specgx, LLC:
15           Ropes & Gray, by
             WILLIAM DAVISON, ESQ.
16           Prudential Tower
             800 Boylston Street
17           Boston, Massachusetts 02199-3600
             (617) 951-7000
18           william.davison@ropesgray.com
19           -and-
20           Ropes & Gray LLP, by
             HAYDEN MILLER, ESQ.
21           1211 Avenue of the Americas
             New York, New York 10036
22           (212) 596-9000
             hayden.miller@ropesgray.com
23
                     ~ ~ ~ ~ ~
24
25
```

```
                                                      Page 4
 1   APPEARANCES, Continued:
 2
         On behalf of Cardinal Health:
 3
                Williams & Connolly LLP, by:
 4              COLLEEN MCNAMARA, ESQ.
                725 Twelfth Street Northwest
 5              Washington, D.C. 20005
                (202) 434-5186
 6              cmcnamara@wc.com
 7
         On behalf of HBC Service Company, via
 8       teleconference:
 9              Marcus & Shapira LLP, by
                RICHARD I. HALPERN, ESQ.
10              One Oxford Centre, 35th Floor
                Pittsburgh, Pennsylvania 15219
11              (412) 338-3990
                halpern@marcus-shapira.com
12
13       On behalf of Walmart, Inc., via
         teleconference:
14
                Jones Day, by
15              LISA B. GATES, ESQ.
                901 Lakeside Avenue
16              Cleveland, Ohio 44114-1190
                (212) 586-7154
17              lgates@jonesday.com
18
         On behalf of Cephalon, Inc.; Teva
19       Pharmaceuticals USA, Inc.; Actavis, LLC;
         Actavis Pharma, Inc. f/k/a Watson Pharma,
20       Inc.; and Watson Laboratories, Inc., via
         teleconference:
21
                Morgan, Lewis & Bockius LLP, by
22              ZACHARY R. LAZAR, ESQ.
                77 West Wacker Drive
23              Chicago, Illinois 60601-5094
                (312) 324-1492
24
                      ~ ~ ~ ~ ~
25
```

```
 1   APPEARANCES, Continued:
 2
         On behalf Endo Health Solutions, Inc.,
 3       and Endo Pharmaceuticals, Inc., and Par
         Pharmaceuticals, via teleconference:
 4
             Arnold & Porter Kaye Scholer LLP, by
 5           HEATHER A. HOSMER, ESQ.
             601 Massachusetts Avenue Northwest
 6           Washington, D.C. 20001-3743
             (202) 942-6208
 7           heather.hosmer@arnoldporter.com
 8
         On behalf of McKesson Corporation, via
 9       teleconference:
10           Covington & Burling LLP, by
             PATRICK R. CAREY, ESQ.
11           One Front Street
             San Francisco, California 94111-5356
12           (415) 591-7093
             pcarey@cov.com
13
                    ~ ~ ~ ~ ~
14
15   ALSO PRESENT:
16           Shaun Crum, Legal Videographer
17                  ~ ~ ~ ~ ~
18
19
20
21
22
23
24
25
```

Page 6

1  TRANSCRIPT INDEX
2
3  APPEARANCES................................  2
4
5  INDEX OF EXHIBITS .........................  7
6
7  EXAMINATION OF JOAN PAPP, M.D.
8  By Ms. McNamara............................  12
9  By Mr. Davison.............................  164
10 By Mr. Herman..............................  171
11
12 REPORTER'S CERTIFICATE.....................  182
13
14 EXHIBIT CUSTODY
15 EXHIBITS RETAINED BY THE COURT REPORTER

```
 1        Q.    And you yourself researched and
 2   launched Project DAWN to combat the opioid
 3   overdoses you were seeing in the emergency
 4   room, correct?
 5        A.    Yes, that's right.  That happened
 6   in 2013.
 7        Q.    So why in 2015 was it still a
 8   growing concern for you and your colleagues?
 9             MS. SCOLNICK:  Objection to the
10   form.
11        Q.    Was it a full-blown concern by
12   then?
13        A.    I think the concern began even
14   earlier.  It began in the beginning of the
15   2000s and the mid-1990s.  It has continued to
16   grow over time.  That wasn't a plateau.  It
17   wasn't the beginning.  It wasn't the end.  It
18   was a growing concern.
19        Q.    Got it.  So growing in terms of the
20   trajectory of it?
21        A.    Correct.
22        Q.    Okay.  So the magnitude, not the
23   existence?
24        A.    Not the existence, but, yes, the
25   magnitude.
```