# EXHIBIT 33

```
                                                           Page 1

 1           IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4
                ~~~~~~~~~~~~~~~~~~~~
 5
     IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
 6   OPIATE LITIGATION
 7                                    Case No. 17-md-2804
 8                                    Judge Dan Aaron
     This document relates to:        Polster
 9
10   County of Cuyahoga v. Purdue
     Pharma L.P., et al.
11
     City of Cleveland, Ohio v. Purdue
12   Pharma L.P., et al.
13   The County of Summit, Ohio, et al.
     v. Purdue Pharma L.P., et al.
14
     Case No. 1:18-OP-45132
15
                ~~~~~~~~~~~~~~~~~~~~
16
                     Deposition of
17                    SCOTT MORAN
18
                  December 20, 2018
19                    9:00 a.m.
20                    Taken at:
                     Zashin & Rich
21          950 Main Avenue, Fourth Floor
                   Cleveland, Ohio
22
23        Renee L. Pellegrino, RPR, CLR
24        THE FOLLOWING PAGES WERE DEEMED
25         HIGHLY CONFIDENTIAL: 128-170
```

```
 1   APPEARANCES:
 2   On behalf of the City of Cleveland:
        Zarzaur Mujumdar & Debrosse
 3      DIANDRA DEBROSSE ZIMMERMAN, ESQ.
        2332 2nd Avenue North
 4      Birmingham, Alabama  35203
        (205) 983-7985
 5      fuli@zarzaur.com
           - and -
 6      Zashin & Rich
        AMI J. PATEL, ESQ.
 7      950 Main Avenue, Fourth Floor
        Cleveland, Ohio  44113
 8      (216) 696-4441
        ajp@zrlaw.com
 9
     City of Cleveland:
10      ELENA BOOP, ESQ.
        601 Lakeside Avenue, Room 106
11      Cleveland, Ohio  44114
        (216) 664-3727
12      eboop@city.cleveland.oh.us
13   On behalf of Walgreens:
        Bartlit Beck LLP
14      MATTHEW BREWER, ESQ.
        Courthouse Place
15      54 West Hubbard Street, Suite 300
        Chicago, Illinois  60654
16      (312) 494-4432
        matthew.brewer@bartlit-beck.com
17
     On behalf of Walmart, Inc.:
18      Jones Day
        KRISTIN S.M. MORRISON, ESQ.
19      North Point, 901 Lakeside Avenue
        Cleveland, Ohio  44114-1190
20      (216) 586-3939
        kmorrison@jonesday.com
21
22                    ~ ~ ~ ~ ~
23
24
25
```

```
                                                        Page 3
 1   APPEARANCES, CONT'D:
 2   On behalf of Endo Pharmaceuticals, Inc., Endo
     Health Solutions, Inc., Par Pharmaceuticals,
 3   Inc. and Par Pharmaceutical Companies, Inc.:
        Baker & Hostetler
 4      TERA COLEMAN, ESQ.
        Key Tower, 127 Public Square
 5      Cleveland, Ohio  44114-1214
        (216) 621-0200
 6      tcoleman@bakerlaw.com
 7   On behalf of McKesson Corporation:
        Covington & Burling LLP
 8      NEIL K. ROMAN, ESQ.
        The New York Times Building
 9      620 Eighth Avenue
        New York, New York  10018-1405
10      (212) 841-1405
        nroman@cov.com
11         - and -
        Covington & Burling LLP
12      JOHN ZIPP, ESQ.
        One CityCenter
13      850 Tenth Street, NW
        Washington, D.C.  20001-4956
14      (202) 662-6000
        jzipp@cov.com
15
     On behalf of Mallinckrodt, LLC and SpecGx, LLC:
16      Ropes & Gray
        JOSHUA GOLDSTEIN, ESQ.
17      Prudential Tower
        800 Boylston Street
18      Boston, Massachusetts  02199-3600
        (617) 951-7000
19      joshua.goldstein@ropesgray.com
             - and -
20      Ropes & Gray
        JESSICA F. SORICELLI, ESQ.
21      1211 Avenue of the Americas
        New York, New York  10036-8704
22      (212) 596-9000
        jessica.soricelli@ropesgray.com
23
24                    ~ ~ ~ ~ ~
25
```

1  APPEARANCES, CONT'D:
2  On behalf of AmerisourceBergen Drug Corporation:
   (Via Telephone)
3     Jackson Kelly
      ANDREW N. SCHOCK, ESQ.
4     50 South Main Street
      Suite 201
5     Akron, Ohio  44308
      (330) 252-9060
6     aschock@jacksonkelly.com
7
   ALSO PRESENT:  Shaun Crum, Videographer
8
9                ~ ~ ~ ~ ~

TRANSCRIPT INDEX

APPEARANCES .........................................2
INDEX OF EXHIBITS ...................................6
INDEX OF OBJECTIONS .................................8

EXAMINATION OF SCOTT MORAN:
BY MR. ROMAN .......................................11
BY MR. BREWER ....................................226
BY MR. GOLDSTEIN .................................245

AFTERNOON SESSION ................................144

REPORTER'S CERTIFICATE ..........................280

EXHIBIT CUSTODY - RETAINED BY COURT REPORTER

Page 180

1              What was the question, was the
2     warrant signed?
3         Q.    Yes.
4         A.    To the best of my recollection, I
5     believe the warrant was signed.
6         Q.    And this was in December of 2005,
7     correct?
8         A.    Yes.
9         Q.    In your affidavit you indicate
10    that -- this is the first page -- that you
11    believe that the person possessed OxyContin
12    pills.
13              Do you see that?
14        A.    I do.
15        Q.    And that's on the basis of a
16    purchase of OxyContin from that person by an
17    informant, correct?
18        A.    That is correct.
19        Q.    Do you recall any of the specifics
20    of this case?
21        A.    No.
22        Q.    Were you aware of the abuse of
23    OxyContin pills as of December of 2005?
24              MS. DEBROSSE ZIMMERMAN:  Object to
25    form.

Page 181

1    A.    I was aware of a person selling
2  OxyContin pills in 2005.
3    Q.    And that was a problem for you?
4         MS. DEBROSSE ZIMMERMAN:  Object to
5  form.
6    Q.    Strike that.
7         Did you believe that that was a
8  crime?
9    A.    Yes.
10   Q.    And you believed it was a crime
11 worth pursuing, correct?
12   A.    I'm a narcotics detective, sir.  If
13 I have an opportunity to investigate in a drug
14 crime, that's what I do.
15   Q.    And so you viewed the sale of
16 prescription OxyContin as a drug crime, correct?
17   A.    Drug trafficking, yes, sir.
18   Q.    Okay.  When did you first become
19 aware of trafficking of OxyContin pills?
20        MS. DEBROSSE ZIMMERMAN:  Object to
21 form.
22   A.    In this specific case or --
23   Q.    No.  In general.
24   A.    I don't know.
25   Q.    Certainly as of December of 2005,

Page 182

1  correct?
2      A.   Yes.
3      Q.   How much before that?
4      A.   I don't know.
5      Q.   Do you recall whether you took steps
6  to investigate the source of the OxyContin that
7  was being sold in this warrant?
8      A.   Sir, to be perfectly honest with
9  you, this was 13 years ago.  Without more
10 specifics, I could not even tell you if this
11 search warrant was executed.
12                - - - - -
13           (Thereupon, Moran Deposition Exhibit
14           12, Search Warrant Beginning Bates
15           Number CLEVE_002250680, was marked
16           for purposes of identification.)
17                - - - - -
18      Q.   Mr. Moran, I'm handing you what has
19 been marked as Moran Exhibit 12.  It's a
20 multi-page document bearing production numbers
21 CLEVE 2250680 through 87.
22           Have you seen this document before?
23      A.   I have.  I typed it.
24      Q.   This is another unsigned search
25 warrant and affidavit, correct?