UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-OP-45090<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 17-OP-45004 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

## DECLARATION OF DR. M. LAURENTIUS MARAIS IN SUPPORT OF JANSSEN'S MOTION FOR SUMMARY JUDGMENT

I, M. Laurentius Marais, Ph.D., declare as follows:

1. I am a Vice President and Principal Consultant at William E. Wecker Associates, Inc., and I have been retained as an expert witness by Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson (collectively, "Janssen") in the above-captioned matter.

2. I submit this declaration in support of Janssen's Motion for Summary Judgment.

3. I drafted an expert report and a supplemental expert report in this matter, true and correct copies of excerpts of which are attached hereto as Exhibit A.

4. If called and sworn as a witness, I could and would testify competently to the opinions in these reports.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed in Jackson, Wyoming on June 26, 2019.

M. L. Marais

M. Laurentius Marais, Ph.D.

State of Wyoming

County of Teton

This declaration signed and affirmed before me on this 26 day of June 20 19 by M. Laurentus Marais.

Tracy Jacobson, Notary Public

My commission expires May 6, 2021

2

## CERTIFICATE OF SERVICE

I, Charles C. Lifland, hereby certify that the foregoing document was served on June 28, 2019 via electronic transfer to all counsel of record, consistent with the Court's order.

Dated: June 28, 2019

/s/ Charles C. Lifland
Charles C. Lifland
O'MELVENY & MYERS LLP
400 S. Hope Street
Los Angeles, CA 90071
Telephone: (213) 430-6000
Facsimile: (213) 430-6407
clifland@omm.com

*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.*