UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-OP-45090<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 17-OP-45004 | MDL No. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

**<u>DECLARATION OF DR. STEVEN P. COHEN IN SUPPORT OF
JANSSEN'S MOTION FOR SUMMARY JUDGMENT</u>**

I, Steven P. Cohen, M.D., declare as follows:

1. I am the Chief of Pain Medicine and Director of the Blaustein Pain Treatment Center at Johns Hopkins School of Medicine, and I have been retained as an expert witness by Defendants Janssen Pharmaceuticals, Inc. and Johnson & Johnson (collectively, "Janssen") in the above-captioned matter.

2. I submit this declaration in support of Janssen's Motion for Summary Judgment.

3. I drafted an expert report in this matter, a true and correct copy of excerpts of which is attached hereto as Exhibit A.

4. If called and sworn as a witness, I could and would testify competently to the opinions in this report.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this Declaration was executed in Baltimore , M.D. on June 26 , 2019.

_____
Steven P. Cohen, M.D.

## **CERTIFICATE OF SERVICE**

I, Charles C. Lifland, hereby certify that the foregoing document was served on June 28, 2019 via electronic transfer to all counsel of record, consistent with the Court's order.

| | |
|---|---|
| Dated: June 28, 2019 | /s/ Charles C. Lifland<br>Charles C. Lifland<br>O'MELVENY & MYERS LLP<br>400 S. Hope Street<br>Los Angeles, CA 90071<br>Telephone: (213) 430-6000<br>Facsimile: (213) 430-6407<br>clifland@omm.com<br><br>*Attorney for Defendants Janssen Pharmaceuticals, Inc., Johnson & Johnson, Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., and Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.* |