# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Dan A. Polster |

## [PROPOSED] ORDER GRANTING DISTRIBUTOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PROXIMATE CAUSATION GROUNDS

Upon consideration of Distributor Defendants'[1] Motion for Summary Judgment on Proximate Causation Grounds and any opposition thereto, it is hereby:

**ORDERED** that Distributor Defendants' Motion for Summary Judgment on Proximate Causation Grounds is **GRANTED**.

All claims against Distributor Defendants in each of the above-captioned actions are **DISMISSED WITH PREJUDICE**.

_____
Hon. Dan A. Polster
United States District Judge

---

[1] AmerisourceBergen Drug Corporation, Cardinal Health, Inc., H. D. Smith, LLC f/k/a H. D. Smith Wholesale Drug Co., H. D. Smith Holdings, LLC, H. D. Smith Holding Company, Henry Schein, Inc., Henry Schein Medical Systems, Inc., McKesson Corporation and Prescription Supply Inc.