# APPENDIX A

**DRUG DIVERSION BY THIRD PARTIES IN SUMMIT AND CUYAHOGA COUNTIES**

**Prescribing Practitioners**

Through discovery in this action, the following non-party prescribing practitioners have been identified as having improperly prescribed or diverted prescription opioids in the Track One Counties:

1.      Dr. Syed Jawed Akhtar-Zaidi, a medical doctor, operated a medical office called Pain Management of Northern Ohio in Solon, Ohio.  Dr. Akhtar-Zaidi was indicted on August 27, 2014 in the Northern District of Ohio on charges including distributing Dilaudid, Duragesic patches, methadone, morphine, morphine ER, MS Contin, Opana ER, Opana IR, OxyContin, Percocet, Vicodin, and Vicoprofen outside the usual course of professional practice and not for a legitimate medical purpose, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and (b)(1)(E).  Dr. Akhtar-Zaidi was also charged with conspiring with employees of his medical staff to illegally distribute prescription drugs.  The charges were for conduct that went as far back as 2010.  In December 2013, Dr. Akhtar-Zaidi fled the United States, potentially to Pakistan; he remains a fugitive at-large.[1]

2.      Dr. Haitham Azem, a medical doctor practicing at University Hospital in Bedford, Ohio, was sued for medical malpractice by the estate of David Skisano.[2]  Mr. Skisano died of an opioid overdose on June 28, 2015.  The estate alleges that Dr. Azem negligently prescribed Mr. Skisano hydrocodone despite knowing that Mr. Skisano was addicted to opioids.[3]  The proceedings are ongoing.

---

[1] MCKPUB00000431; MCKPUB00000506; MCKPUB00000508.

[2] MCKPUB00000072; MCKPUB00000073; MCKPUB00000077.

[3] MCKPUB00000079.

3.      Dr. Stephen Bernie, a medical doctor who practiced medicine at the Medical Care Group, which has had offices in Cleveland, North Olmsted, Parma, Euclid, and Warrensville Heights, Ohio, pled guilty on April 5, 2017 to felony charges of drug trafficking (codeine/acetaminophen) and workers' compensation fraud.  The convictions were for prescribing opioids without examining or monitoring the individuals requesting them, among other conduct.  Dr. Bernie received a six-month suspended sentence and a year of probation, and he also was required to pay $30,000 in restitution to the Ohio Bureau of Workers' Compensation.[4]

4.      Dr. Toni Carman, a medical doctor who practiced medicine in Beachwood, Ohio, pled guilty in 2014 in the Cuyahoga County Court of Common Pleas to offenses including trafficking drugs and deception to obtain dangerous drugs.  The convictions were for writing unlawful prescriptions of oxycodone-based drugs.  Dr. Carman was sentenced to two years in prison.[5]

5.      Dr. Ronald Celeste, a medical doctor operating a pill mill (Westshore Family Practice) in Westlake, Ohio, pled guilty in February 2016 in the Cuyahoga County Common Pleas to drug trafficking.  Dr. Celeste wrote more than 33,000 prescriptions for controlled substances—including OxyContin, Percocet, and Codeine—from 2009 to 2011.  Investigators found that Dr. Celeste indiscriminately dispersed scheduled narcotics, engaged in only superficial medical treatment, and failed to meet even minimal standards of medical practice.  On

---

[4] CUYAH_000071691; MCKPUB00000418; MCKPUB00000421; MCKPUB00000422; MCKPUB00000424; MCKPUB00000429; MCKPUB00003647; MCKPUB00029060.
[5] MCKPUB00004599; MCKPUB00024496.

April 5, 2016, Dr. Celeste was sentenced to three years in prison and was required to give up his medical license permanently.[6]

6.      Dr. Thomas L. Craig III of Cleveland Heights, Ohio pled guilty in Cuyahoga Court of Common Pleas on April 16, 2018 to offenses including trafficking oxycodone and oxymorphone.  Dr. Craig ran a pill mill and peddled prescription drugs, including OxyContin, from April 2010 to March 2012.  On April 30, 2018, he was sentenced to three years in prison.[7]

7.      Dr. David Carl Ernst was a flight surgeon at Metro Life Flight in Cleveland, Ohio. Dr. Ernst improperly ordered Vicodin and tramadol between February 2001 and July 2004 through a wholesale pharmacy.  Effective August 11, 2004, the Medical Board suspended Dr. Ernst's license indefinitely, for at least 180 days.[8]

8.      Dr. Matthew Henry Evenhouse wrote prescriptions for Percocet using fictitious patients' names and the names and DEA numbers of other physicians without their knowledge. Effective April 9, 2008, the Medical Board suspended Dr. Evenhouse's license to practice medicine and surgery indefinitely, but for no less than 180 days.[9]

9.      Dr. Bruce Feldman, a medical doctor from Shaker Heights, Ohio, was indicted in the Cuyahoga County Court of Common Pleas for offenses including drug trafficking, money laundering, and operating a criminal enterprise.  Dr. Feldman allegedly knowingly sold

---

[6] MCKPUB00000393; MCKPUB00000395; MCKPUB00024498.

[7] MCKPUB00000513; MCKPUB00000514; MCKPUB00000519; MCKPUB00024499; MCKPUB00000509.

[8] Ohio_State_Medical_Board_00018962, at Ohio_State_Medical_Board_00019094; MCKPUB00024501.

[9] Ohio_State_Medical_Board_00003769, at Ohio_State_Medical_Board_00004358; Ohio_State_Medical_Board_00009060, at Ohio_State_Medical_Board_00009064.

medically unnecessary oxycodone and hydrocodone to patients at his pain clinics in Shaker
Heights, Parma Heights, and Solon, Ohio.[10]

      10.     Dr. Maged Fouad was identified in an interrogatory response by Plaintiffs Summit
County and the City of Akron as a doctor prosecuted or the subject of disciplinary actions for
illegal or improper prescribing of opioids.[11]

      11.     Dr. Gregory Gerber, a pain management specialist, was identified by plaintiffs in
their supplemental interrogatory responses as an individual who engaged in inappropriate
prescribing or other illegal acts concerning diversion in plaintiffs' geographical boundaries.[12]
Dr. Gerber was temporarily enjoined from prescribing opioids on August 30, 2018 in the
Northern District of Ohio.  According to the Department of Justice, Dr. Gerber improperly
prescribed controlled substances, including Subsys (a fentanyl medication) and prescribed
oxycodone to an undercover agent who received a minimal medical examination and did not
complain of pain.  In announcing the complaint filed against Dr. Gerber and another doctor, U.S.
Attorney Justin Herdman said "[t]hese doctors were simply drug dealers in white lab coats."
According to DEA Special Agent in Charge Timothy Planon, "[t]he physicians in this
investigation were nothing short of automatic prescription machines to anyone who solicited,"

---

[10] MCKPUB00000042; MCKPUB00000044.

[11] Summit County and the City of Akron, Ohio's Amended Responses and Objections to the
Manufacturer Defendants' First Set of Interrogatories and the National Retail Pharmacy
Defendants' First Set of Interrogatories, at 5.

[12] City of Cleveland's Amended and Supplemental Responses and Objections to Distributor
Defendants' Interrogatories, at 26; Cuyahoga County's Supplemental Response and Objections
to Distributor Defendants' Interrogatories, at 22; Summit County and City of Akron, Ohio
Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos.
2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 37.

and "[t]heir reckless actions and corruption has had a tremendous [effect on] opioid addiction that is plaguing America."  Proceedings in this case are ongoing.[13]

12.     Dr. Marcellus JaJuan Gilreath, also known as Stephen Wayne Gilreath, a medical doctor from Cleveland, Ohio, pled guilty to conspiracy for indiscriminately providing cocktails of controlled substances, including hydrocodone and oxycodone, between January 2009 and June 2011.  Dr. Gilreath worked at pain clinics in central and southern Ohio that received customers from hundreds of miles away.[14]  Dr. Gilreath had a disciplinary history with the Medical Board dating back to 1995, and he surrendered his medical license on July 10, 2013.[15]

13.     Dr. Aimee Haber (formerly Chappelow), a medical resident practicing at the Cleveland Clinic, diverted Percocet from family members and wrote fictitious prescriptions for Percocet.  On or about January 26, 2009, she attempted to fill a fictitious prescription of oxycodone but was prevented from doing so when the pharmacist flagged the prescription for verification.  The Medical Board suspended her training certificate indefinitely, but for no less than 180 days.[16]

14.     Dr. Ghassan Haddad, a medical doctor practicing at University Hospital in Bedford, Ohio, was sued for medical malpractice by the estate of David Skisano.[17]  Mr. Skisano died of an opioid overdose on June 28, 2015.  The estate alleges that Dr. Haddad negligently

---

[13] BOP_MDL044632; MCKPUB00024505.

[14] MCKPUB00000359.

[15] MCKPUB00000307.

[16] Ohio_State_Medical_Board_00023025, at Ohio_State_Medical_ Board 00023424; MCKPUB00024509.

[17] MCKPUB00000052; MCKPUB00000056; MCKPUB00000058.

prescribed Mr. Skisano hydrocodone despite knowing that Mr. Skisano was addicted to opioids.[18]  The proceedings are ongoing.

15.     Dr. Adolph Harper, Jr., a medical doctor practicing in Akron, Ohio, pled guilty on October 20, 2014, to conspiracy to distribute oxycodone, drug trafficking, health care fraud, and drug trafficking.  Before September 2009, Dr. Harper worked as an obstetrician/gynecologist. Between September 2009 and May 2012, Dr. Harper operated his "medical practice" as a pain management facility, despite not having any certification or training in pain management. During that timeframe, Dr. Harper illegally prescribed hundreds of thousands of doses of painkillers and other pills—including OxyContin, Percocet, Roxicet, Opana, and other opioids— outside the usual course of professional practice and not for a legitimate medical purpose.  While Dr. Harper typically conducted cursory physical examinations for customers who came to his office, he often issued prescriptions without seeing his customers at all, providing pre-signed prescription pads to members of his staff.  Dr. Harper also distributed drugs to his customers in combinations and quantities that were dangerous for them to consume, such as a narcotic painkiller prescribed in combination with a stimulant, anti-anxiety, or sleep-aid medicine.  Dr. Harper continued distributing to customers who were visibly addicted and repeatedly overdosed on his prescription medication, as well as after at least eight of his customers died of drug overdoses.  On February 13, 2015, Dr. Harper was sentenced to ten years in prison and ordered to pay $417,346 in restitution.[19]

---

[18] MCKPUB00000059.

[19] MCKPUB00000004; MCKPUB00000007; MCKPUB00000024; MCKPUB00000001; MCKPUB00000033; MCKPUB00024512; MCKPUB00001310; Summit County & City of Akron, Ohio Plaintiff First Amended Responses and Objections to Distributor Defendants' First Set of Interrogatories, at 36; Summit County and the City of Akron, Ohio's Amended Responses and Objections to the Manufacturer Defendants' First Set of Interrogatories and the National Retail Pharmacy Defendants' First Set of Interrogatories; MCKPUB00004923.

16.     Dr. Brian Heim, a medical doctor practicing in Akron, Ohio, pled guilty on December 12, 2014 in the Northern District of Ohio to conspiracy to distribute controlled substances and distribution of controlled substances, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).  The convictions were for illegally distributing, and agreeing with other to illegally distribute, oxycodone, OxyContin, and Opana outside the usual course of professional practice and not for a legitimate medical purpose, between August 2011 and October 2012.  On March 16, 2015, Dr. Heim was sentenced to 63 months in prison.[20]  Dr. Heim had previously (in 1998) pled guilty to 24 felony counts of theft of drugs, after which his medical license was revoked by the Medical Board.  The Medical Board then reinstated Dr. Heim's medical license with restrictions, and Dr. Heim was placed on probation until January 2005.  Plaintiffs identified Dr. Heim in interrogatory responses as a physician with a criminal and disciplinary history involving prescription opioids.[21]

17.     Dr. Juan Hernandez, a medical doctor working in Parma, Ohio, was disciplined by the State of Ohio Board of Pharmacy ("Board of Pharmacy") on December 9, 2015.  Dr.

---

[20] MCKPUB00000036; MCKPUB00000039; MCKPUB00000041; MCKPUB00024532; MCKPUB00024533; Summit County & City of Akron, Ohio Plaintiff First Amended Responses and Objections to Distributor Defendants' First Set of Interrogatories, at 36; Plaintiffs' Responses to the Amended and Clarified Discovery Ruling 12 Supplemental Interrogatory Issued to Plaintiffs (Jan. 25, 2019).

[21] City of Cleveland's Amended and Supplemental Responses and Objections to Distributor Defendants' Interrogatories, at 26, 33; Cuyahoga County's Supplemental Response and Objections to Distributor Defendants' Interrogatories, at 19-20, 52, 122; Cuyahoga County's Replacement Supplemental Response and Objections to Manufacturer Defendants' Interrogatories, at 226, 285-89, 315; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 31-34, 78, 148; Summit County and the City of Akron, Ohio Plaintiff's Replacement Supplemental Responses and Objections to Manufacturer Defendants' Interrogatory Nos. 1, 2, 3, 5, 8, 9, 11, 12, 13,15, 20, 21, 26, 27, 28 & 29, at 296-99, 328; Summit County and the City of Akron, Ohio's Amended Responses and Objections to the Manufacturer Defendants' First Set of Interrogatories and the National Retail Pharmacy Defendants' First Set of Interrogatories.

Hernandez admitted that, among other improper practices, he allowed two of his employees to access his individual Ohio Automated Rx Reporting System ("OARRS") account without having appropriate delegation accounts with the Board of Pharmacy, did not have a structured ongoing quality assurance program for his pain management practice, and prescribed controlled substances to patients without timely obtaining an OARRS report.  The Board of Pharmacy permanently revoked Dr. Hernandez's Terminal Distributor of Dangerous Drugs with Pain Management Classification license and fined him $2,000.[22]

18.     Dr. William Husel, a medical doctor who was a resident at the Cleveland Clinic from 2008 to 2013, is under investigation by the Ohio Department of Health, prosecutors, and health systems for ordering excessive and possibly fatal doses of prescription fentanyl for dozens of hospital patients.[23]

19.     Dr. Gregory Ingram, a medical doctor working at Akron General Medical Center's Emergency Department in Akron, Ohio, was indicted on May 28, 2015 in the Northern District of Ohio on charges including distributing oxycodone, hydromorphone, Roxicet, and tramadol outside the usual course of professional practice and not for a legitimate medical purpose, in violation of 21 U.S.C. §§ 841(a)(1) and (b)(1)(C).  According to the indictment, Dr. Ingram traded the illegal prescriptions for money and sexual favors, including with contacts that he met at dancing and strip clubs, between November 2012 and October 2014.  Dr. Ingram pled guilty to all charges, and his own sentencing memorandum acknowledged that "he had become the equivalent of a drug dealer."  He was then sentenced to one year in prison.[24]

---

[22] MCKPUB00000105.

[23] MCKPUB00023784.

[24] MCKPUB00000068; MCKPUB00000071; MCKPUB00000065; MCKPUB00024537.

20. Dr. John Kavlich III, a medical doctor practicing at Patient First in Berea, Ohio, was sued for medical malpractice by the estate of Mark Nicholson, who died of an opioid overdose on December 10, 2016. Dr. Kavlich, who served as Mr. Nicholson's primary care physician beginning in 2015, is alleged to have continued prescribing Mr. Nicholson opioid medications despite his apparent opioid addiction. The proceedings are ongoing.[25]

21. Matthew D. Kellems, a medical doctor who practiced at University Hospital in Cleveland, Ohio, diverted Dilaudid from operating rooms when he was an anesthesiology resident. Effective November 12, 2009, the Medical Board indefinitely suspended Dr. Kellems's license to practice medicine.[26]

22. Dr. William Balint Kerek of Akron, Ohio had his medical license suspended by the Medical Board effective February 15, 2010. From 2003 to 2007, Dr. Kerek failed to properly document controlled substance prescriptions in patient records and inappropriately prescribed increasing quantities of opioid medications to patients, even when they displayed signs of drug seeking or drug abuse. He continued to prescribe MS Contin to one patient despite evidence that the patient was dismissed from a pain clinic for trading narcotics and illegal substances. Dr. Kerek inappropriately prescribed Dilaudid to another patient despite evidence that the patient was seeking pain medications from multiple providers. Further, Dr. Kerek inappropriately made no changes in treatment when a patient, for whom Dr. Kerek prescribed oxycodone, displayed no oxycodone in a drug screen. He also increased the dosage of one patient's chronic narcotic

---

[25] MCKPUB00000097; MCKPUB00000100; MCKPUB00000103.

[26] Ohio_State_Medical_Board_00034118, at Ohio_State_Medical_Board_00034613.

medications, despite recommendations from a pain management specialist to refer the patient to addiction treatment and wean that patient from narcotics in a detoxification program.[27]

23.    Dr. Tony Lababidi was identified in an interrogatory response by Plaintiffs Summit County and the City of Akron as a doctor prosecuted or the subject of disciplinary actions for  illegal or improper prescribing of opioids.[28]

24.    Dr. Lorenzo Lalli, a medical doctor practicing in Cleveland, Ohio, pled guilty on June 16, 2014 to offenses including trafficking, for operating a pill mill out of his medical office and for selling prescriptions for powerful painkillers and other pharmaceutical drugs.  On July 29, 2014, Dr. Lalli was sentenced to one year in prison and ordered to forfeit $220,000.  Dr. Lalli had earlier (in November 2013) surrendered his medical license to the Medical Board in lieu of further investigation or formal disciplinary charges.[29]  Dr. Lalli was identified in the 30(b)(6) deposition of Cuyahoga County, through designee Assistant Cuyahoga County Prosecutor James A. Gutierrez, as a doctor who was prosecuted for misconduct related to prescription opioids.

---

[27] Ohio_State_Medical_Board_00005249, at Ohio_State_Medical_Board_00006456; Ohio_State_Medical_Board_00092678, at Ohio_State_Medical_Board_00092680.

[28] Summit County and the City of Akron, Ohio's Amended Responses and Objections to the Manufacturer Defendants' First Set of Interrogatories and the National Retail Pharmacy Defendants' First Set of Interrogatories, at 6.

[29] CLEVE_001486342; MCKPUB00000304; MCKPUB00000306; MCKPUB00024546; Summit County & City of Akron, Ohio's Amended Responses and Objections to the Manufacturer Defendants' First Set of Interrogatories and the National Retail Pharmacy Defendants' First Set of Interrogatories, at 6.

25.     Dr. Frank Lazzerini, a medical doctor practicing in Ohio, was identified in an interrogatory response by Plaintiffs Summit County and the City of Akron as a doctor prosecuted or the subject of disciplinary actions for illegal or improper prescribing of opioids.[30]

26.     Dr. Joseph Francis Lydon, Jr. of Cleveland, Ohio diverted residual portions of fentanyl that had not been required for patient anesthesia.  Effective December 13, 2008, the Medical Board suspended his license to practice medicine.  His license was restored on March 14, 2012.[31]

27.     Dr. Mark S. McAllister, a medical doctor who practiced at the Cleveland Clinic, diverted fentanyl in December 1997, during his first year as an anesthesia resident, and falsified documentation about the fentanyl he diverted.  On March 21, 2004, Dr. McAllister also diverted fentanyl from a surgical patient under his care.  Effective May 12, 2004, the Medical Board suspended Dr. McAllister's medical license indefinitely, but for not less than one year.[32]

28.     The Medical Care Group, a medical clinic chain, which has had offices in Cleveland, North Olmsted, Parma, Euclid, and Warrensville Heights, Ohio, was fined $12,500 in April 2017 for charges relating to a doctor-employee's handing out prescription opioids without an examination or monitoring of the individuals requesting them.[33]

29.     Dr. John Nickels, an anesthesiologist practicing in Shaker Heights, Ohio, was identified in an interrogatory response by Plaintiffs Summit County and the City of Akron as a

---

[30] Summit County and the City of Akron, Ohio's Amended Responses and Objections to the Manufacturer Defendants' First Set of Interrogatories and the National Retail Pharmacy Defendants' First Set of Interrogatories, at 6.

[31] Ohio_State_Medical_Board_00016487, at Ohio_State_Medical_Board_00016934; MCKPUB00024548.

[32] Ohio_State_Medical_Board_00000830, at Ohio_State_Medical_Board_00002139.

[33] MCKPUB00000362; MCKPUB00000365; MCKPUB00003647.

doctor prosecuted or the subject of disciplinary actions for illegal or improper prescribing of opioids.[34]

30.     Dr. Samuel Nigro of Cleveland, Ohio pled guilty on April 18, 2013 in the Cuyahoga County Court of Common Pleas to offenses including tampering with drugs and trafficking in oxycodone.  Dr. Nigro used his psychiatry practice in Lakewood, Beachwood, and Cleveland Heights, Ohio to operate a pill mill.  This misconduct was exposed during an investigation by the Ohio State Pharmacy Board and the Cleveland Police narcotics unit.  According to the Assistant Cuyahoga County Prosecutor, patients would pay Dr. Nigro $100 to $200 for prescriptions for OxyContin, oxycodone and Percocet.  He was sentenced to nine months in prison and one year of post-release community control.[35]

31.     Dr. Charles Chiedo Njoku, a medical doctor practicing in Akron, Ohio was prosecuted for misconduct related to opioids, according to interrogatory responses of Summit County and the City of Akron.[36]

32.     Northeast Ohio Pain Clinic was identified in the 30(b)(6) deposition of Cuyahoga County, through designee Dr. Thomas Gilson (the Cuyahoga County Medical Examiner), as a contributor to the alleged opioid crisis because it was "an illicit source of opioid pain reliever."[37]

---

[34] Summit County and the City of Akron, Ohio's Amended Responses and Objections to the Manufacturer Defendants' First Set of Interrogatories and the National Retail Pharmacy Defendants' First Set of Interrogatories, at 6.

[35] CUYAH_000054406; MCKPUB00000398; MCKPUB00000401; MCKPUB00000403; MCKPUB00000406; MCKPUB00000408.

[36] Summit County and City of Akron, Ohio Plaintiffs' First Amended Responses and Objections to the National Retail Pharmacy Defendants' First Set of Interrogatories, Response to Interrogatory 4, at 14 (Sept. 26, 2018).

[37] Cuyahoga County (Thomas Gilson) Tr. 37:13-38:6.

33. Dr. Jayati Gupta Rakhit, a medical doctor practicing in Cleveland, Strongsville, and Parma, Ohio, was indicted in the Northern District of Ohio on January 17, 2018 on charges including distribution of controlled substances (Percocet and tramadol) outside the usual course of professional practice and not for a legitimate medical purpose, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and (b)(2).  The case against Dr. Rakhit is pending.[38]

34. Dr. Ashis K. Rakhit, a medical doctor practicing in Cleveland, Strongsville, and Parma, Ohio, was indicted in the Northern District of Ohio on January 17, 2018 on charges including distribution of controlled substances (Percocet and tramadol) outside the usual course of professional practice and not for a legitimate medical purpose, in violation of 21 U.S.C. §§ 841(a)(1), (b)(1)(C), and (b)(2).  The case against Dr. Rakhit is pending.[39]

35. Dr. Rakesh Ranjan is a medical doctor who operates the Charak Center for Health and Wellness.  According to the replacement supplemental interrogatory responses of Summit County and the City of Akron, Dr. Ranjan is under investigation for diversion of prescription opioids within Summit County and Akron.[40]

36. Dr. George Smirnoff, of Cleveland, Ohio, pled guilty to drug trafficking in 1999 for unnecessarily prescribing drugs to patients—including Percocet and Vicoden—causing many of them to become addicts.  Dr. Smirnoff prescribed medication to patients in exchange for sexual favors.  More than 100 patients passed through Dr. Smirnoff's office daily, where Dr. Smirnoff dispensed opioids directly—sometimes providing 50 times the legal dosage of drugs in

---

[38] MCKPUB00000089; MCKPUB00000095.

[39] MCKPUB00000024; MCKPUB00000030.

[40] SUMMIT_001444018; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 42.

a single prescription.[41]  More than 80 percent of Dr. Smirnoff's approximately 3,000 patients were addicts, and nine eventually died of overdoses.  Assistant Cuyahoga County Prosecutor James A. Gutierrez testified in his deposition that Dr. Smirnoff was "one of the larger pill mills in" Cuyahoga County and that his misconduct was "brazen" and "outrageous."  After the DEA investigated Dr. Smirnoff in the 1990s, but did not succeed in getting a U.S. Attorney's Office to prosecute him, Dr. Smirnoff renamed his boat "Injection."  Mr. Gutierrez agreed with his prior media statement that Dr. Smirnoff "ruined lives and . . . killed people; [he] did so much damage to the community, I can't even put it into words."[42]

37.     Dr. Kutaiba Tabaa, a medical doctor practicing at the MetroHealth System in Cleveland, Ohio, was sued for medical malpractice by the estate of Mark Nicholson, who died of an opioid overdose on December 10, 2016.  Dr. Kutaiba, who served as Mr. Nicholson's pain management physician beginning in 2015, is alleged to have continued prescribing Mr. Nicholson opioid medications despite his apparent opioid addiction.  The proceedings are ongoing.[43]

38.     Dr. Margy Temponeras, a medical doctor practicing in Ohio, pled guilty on April 7, 2017 to conspiracy to distribute a controlled substance due to her ownership and operation of a pill mill.  From June 2005 to May 2011, Dr. Temponeras and her father, another physician, saw more than 20 patients each day, received cash payments for medical examinations, and provided monthly prescriptions for drugs including oxycodone.  Dr. Temponeras became aware that some pharmacies had declined to accept or fill the prescriptions she wrote, so she opened a dispensary,

---

[41] MCKPUB00000047; MCKPUB00000522; MCKPUB00000525.

[42] Gutierrez Tr. 140:14-151:11.

[43] MCKPUB00000294; MCKPUB00000297; MCKPUB00000300.

called Unique Relief LLC, from the same location as her clinic in order to fill her own prescriptions.[44]  Plaintiffs named Dr. Temponeras in their supplemental interrogatory responses as a doctor who was arrested and prosecuted for misconduct involving opioids.[45]

39.  Dr. Michael P. Tricaso of Akron, Ohio was permanently enjoined, on October 26, 2018 in the Northern District of Ohio, from administering, dispensing (including by prescribing), or distributing any controlled substance.  Under the consent decree, Dr. Tricaso also agreed never to apply for, or seek the renewal or reinstatement of, a license to practice medicine or a registration under the Controlled Substances Act.[46]  According to the complaint, Dr. Tricaso, who operated the Better Living Clinic of Akron, illegally prescribed, distributed, and dispensed controlled substances, including oxycodone, from April 2018 to August 2018, without a legitimate medical purpose and outside the usual course of professional practice.[47]

40.  Dr. Herman Weaver, a medical doctor practicing in Ohio, was arrested on May 20, 2014 in South Euclid, Ohio, while trying to fill a fraudulent prescription at Marc's Pharmacy. On March 2, 2015, Dr. Weaver pled guilty in the Cuyahoga Court of Common Pleas to conspiracy, possessing criminal tools, and deception to obtain a dangerous drug.  Weaver was one of eleven defendants indicted in a fraudulent prescription drug scheme, in which he would

---

[44] CUYAH_009529668; MCKPUB00024559.

[45] City of Cleveland's Amended and Supplemental Responses and Objections to Distributor Defendants' Interrogatories, at 31; Cuyahoga County's Supplemental Interrogatory Responses and Objections to Distributor Defendants' Interrogatories, at 50; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 75-76.

[46] MCKPUB00000383.

[47] MCKPUB00000301; MCKPUB00000367; MCKPUB00000386; MCKPUB00000388.

write fake prescriptions for drugs, mainly oxycodone, and recruit people to fill the prescriptions. Dr. Weaver was sentenced to twelve years and six months in prison.[48]

41.     Dr. Richard Mark Weil of Akron, Ohio had his license to practice medicine suspended indefinitely by the Medical Board effective November 12, 2008.  Beginning in early 2007, Dr. Weil diverted hydrocodone syrup, including by prescribing a large volume of hydrocodone syrup to his patients, having patients bring the medication back in follow-up appointments, and then diverting portions of the medication under the pretense that he needed to review the prescription or medication.[49]

42.     Dr. Jerome Yokiel, a medical doctor operating a pain management center in Beachwood, Ohio, had his license suspended indefinitely by the Medical Board, effective November 8, 2017.  Dr. Yokiel diverted fentanyl from a medical facility by taking extra vials when obtaining medication for procedures on patients.[50]  Plaintiffs Summit County and the City of Akron identified him as a doctor prosecuted or the subject of disciplinary actions for illegal or improper prescribing of opioids.[51]

---

[48] MCKPUB00023800; MCKPUB00023801; MCKPUB00023806.

[49] Ohio_State_Medical_Board_00034118, at Ohio_State_Medical_Board_00034651; MCKPUB00024569.

[50] Ohio_State_Medical_Board_00088369, at Ohio_State_Medical_Board_00088695-Ohio_State_Medical_Board_00088706.

[51] Summit County and the City of Akron, Ohio's Amended Responses and Objections to the Manufacturer Defendants' First Set of Interrogatories and the National Retail Pharmacy Defendants' First Set of Interrogatories, at 6.

**Pharmacies, Pharmacists, and Pharmacy Technicians**

Through discovery in this action, the following non-party pharmacies, pharmacists, and pharmacy technicians have been identified as having improperly dispensed or diverted prescription opioids in the Track One Counties:

43.    Michael Baker was licensed to practice pharmacy in Ohio.  During an investigation, video cameras recorded Mr. Baker stealing drugs at Heritage Square Pharmacy on two occasions on January 28, 2015.  When confronted by investigators, Mr. Baker had oxycodone pills that had not been legally prescribed on his person and admitted that he had stolen hydrocodone and oxycodone from the pharmacy for at least one year.  On August 5, 2015, the Board of Pharmacy indefinitely suspended Mr. Baker's license to practice pharmacy.[52]  On September 12, 2017, Mr. Baker's license was reinstated subject to terms of probation.[53]  In an interrogatory response, Plaintiffs Summit County and the City of Akron named Mr. Baker as a pharmacist who was investigated in August 2015 for the diversion of prescription opioids, in relation to Heritage Square Pharmacy.[54]

44.    Thomas Lawrence Bridge of Olmsted Township, Ohio was licensed to practice pharmacy in Ohio.  In an interrogatory response, Plaintiff Cuyahoga County named Mr. Bridge as a pharmacist who was investigated for possible diversion or wrongful prescription of

---

[52] SUMMIT_002053443.

[53] MCKPUB00000727.

[54] Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 5.

prescription opioids.[55]  On October 24, 1996, the Board of Pharmacy indefinitely suspended Mr. Bridge's license to practice pharmacy.[56]

45.     Steven J. Brownsberger was licensed to practice pharmacy in Ohio.  From May 1, 1999 through October 3, 1999, Mr. Brownsberger stole hydrocodone from his employer, a pharmacy in Strongsville, Ohio.  On June 14, 2000, the Board of Pharmacy indefinitely suspended Mr. Brownsberger's license to practice pharmacy.[57]  In an interrogatory response, Plaintiff Cuyahoga County named Mr. Brownsberger as a pharmacist who was investigated for possible diversion or wrongful prescription of prescription opioids.[58]

46.     Chesterfield Pharmacy was located in Cleveland, Ohio.  On August 4, 1999, the Board of Pharmacy revoked its terminal distributor license.  From October 1995 to July 1997, Chesterfield Pharmacy sold hydrocodone, Roxiprin, Roxicet, oxycodone, Hydromet syrup, Endodan, Vicodin, and Hycodan syrup to numerous individuals without a legitimate medical purpose.[59]  According to Assistant Cuyahoga County Prosecutor James A. Gutierrez, "Chesterfield Pharmacy was the worst pharmacy in this town in 15 years[.]  If you were a drug addict in Cleveland, you went there."[60]  In interrogatory responses, Plaintiffs Cuyahoga County

---

[55] Cuyahoga County's Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 5.

[56] SUMMIT_002053119.

[57] MCKPUB00000814.

[58] Cuyahoga County's Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 6.

[59] SUMMIT_002053140.

[60] MCKPUB00000551.

and the City of Cleveland stated that Chesterfield Pharmacy was investigated for possible diversion or wrongful prescription of prescription opioids.[61]

47.     Jill Kristen Caruso of Middleburg Heights, Ohio was licensed to practice pharmacy in Ohio.  Ms. Caruso admitted to investigators that she stole hydrocodone products from her employer daily.  On December 3, 2013, the Board of Pharmacy suspended Ms. Caruso's license to practice pharmacy for two years.[62]  Ms. Caruso's license to practice pharmacy was reinstated on March 1, 2016.[63]  In an interrogatory response, Plaintiff Cuyahoga County stated that Ms. Caruso was investigated for possible diversion or wrongful prescription of prescription opioids.[64]

48.     Kevin Chakos, a pharmacist in Cleveland, Ohio, admitted to stealing and forging prescriptions for opioid medications.  While employed as a pharmacy resident, Mr. Chakos stole morphine on or about July 23, 2000.  Between June 26, 2000 and February 2, 2001, Mr. Chakos stole blank prescription forms for the purpose of creating false prescriptions to obtain drugs. From March to April 2001, Mr. Chakos stole and forged prescriptions for hydrocodone, Vicodin, and OxyContin.  The Ohio Board of Pharmacy suspended Mr. Chakos's license on December 10, 2001.  His license was reinstated February 6, 2018.[65]

---

[61] Plaintiff the City of Cleveland's Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 6; Cuyahoga County's Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 6.

[62] SUMMIT_002053344.

[63] MCKPUB00000634.

[64] Cuyahoga County's Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 8.

[65] Ohio BOP 00003192; BOP_MDL053938.

49.  Emil Dontenville of Strongsville, Ohio was licensed to practice pharmacy in Ohio.  From July to December 1994, Mr. Dontenville stole Vicodin, hydrocodone, Hydromet syrup, Hycodan syrup, Lorcet Plus, and Lortab Plus from a pharmacy in Cleveland.  He also forged prescriptions for hydrocodone syrup.  On or about June 16, 1995, he pled guilty to attempted trafficking in drugs in the Cuyahoga County Court of Common Pleas.  The Ohio Board of Pharmacy suspended Mr. Dontenville's license on October 17, 1995.  His license was reinstated in 1996.[66]

50.  William David Hipp of Seven Hills, Ohio was licensed to practice pharmacy in Ohio.  From November 16, 2010 through August 11, 2011, Mr. Hipp stole hydrocodone from the Cleveland Clinic Children's Hospital and Surgical Center Pharmacy.  The Board of Pharmacy indefinitely suspended Mr. Hipp's license to practice pharmacy on June 12, 2012,[67] but on April 8, 2013, it reinstated Mr. Hipp's license, subject to probationary terms.[68]  In an interrogatory response, Plaintiff Cuyahoga County named Mr. Hipp as a pharmacist was investigated for possible diversion or wrongful prescription of prescription opioids.[69]

51.  John H. Lafferty of Cleveland, Ohio was licensed to practice pharmacy in Ohio. From November 15, 1995 to June 13, 1997, Mr. Lafferty sold opioid narcotics, including Hydromet syrup, hydrocodone, and Roxicet, on numerous occasions to several patients without a legitimate medical purpose.[70]  Mr. Lafferty filled illegitimate prescriptions at Chesterfield

---

[66] Ohio BOP 00008824; MCKPUB00024575.

[67] MCKPUB00000881.

[68] SUMMIT_002053318.

[69] Cuyahoga County's Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 8.

[70] SUMMIT_002053107.

Pharmacy in Cleveland.[71]  Mr. Lafferty was convicted for his conduct in the Cuyahoga County Court of Common Pleas, and he was sentenced to probation.[72]  On April 3, 2000, the Board of Pharmacy suspended Mr. Lafferty's license to practice pharmacy for one year.  In interrogatory responses, Plaintiffs Cuyahoga County and the City of Cleveland stated that Mr. Lafferty was investigated for possible diversion or wrongful prescription of prescription opioids.[73]

52.     Imogene Carol Maynard was licensed to practice pharmacy in Ohio.  From February 1996 to June 1997, Ms. Maynard sold Hydromet syrup, oxycodone, and hydrocodone on numerous occasions to patients without a legitimate medical purpose.[74]  Ms. Maynard filled illegitimate prescriptions at Chesterfield Pharmacy in Cleveland.[75]  Ms. Maynard's license to practice pharmacy was suspended for one year on April 3, 2000.  Ms. Maynard also pled guilty in the Cuyahoga County Court of Common Pleas for her misconduct, and she was ordered to pay a fine.[76]  In interrogatory responses, Plaintiffs Cuyahoga County and the City of Cleveland stated that Ms. Maynard was investigated for possible diversion or wrongful prescription of prescription opioids.[77]

---

[71] MCKPUB00000664.

[72] MCKPUB00000664.

[73] Plaintiff the City of Cleveland's Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 6; Cuyahoga County's Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 6.

[74] SUMMIT_002052981.

[75] MCKPUB00000586.

[76] MCKPUB00000577; MCKPUB00000578; MCKPUB00000580.

[77] Plaintiff the City of Cleveland's Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 6; Cuyahoga County's Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 6.

53.     George W. Mock of Strongsville, Ohio was licensed to practice pharmacy in Ohio.  From August 2009 to May 2010, Mr. Mock knowingly sold hydrocodone, oxycodone, and OxyContin to patients prior to the legitimate date for refill or dispensing, while failing to review the patient profile or to offer to counsel the patient.  The Ohio Board of Pharmacy suspended Mr. Mock's license for five years, effective November 2, 2011.[78]

54.     Suellen Ogden was licensed to practice pharmacy in Ohio.  She was the Responsible Pharmacist at Chesterfield Pharmacy in Cleveland, Ohio from November 1995 to November 1999.  During that time, Ms. Ogden or a pharmacist under her control sold Hydromet syrup, hydrocodone, oxycodone numerous times to several patients without a legitimate medical purpose.[79]  On April 3, 2000, the Board of Pharmacy suspended Ms. Ogden's license to practice pharmacy for three years.  Ms. Ogden pled guilty for her misconduct, and she was sentenced to one year of probation.[80]  In an interrogatory response, Plaintiff Cuyahoga County stated that Ms. Ogden was investigated for possible diversion or wrongful prescription of prescription opioids.[81]

55.     Robert W. Przytulski of Broadview Heights, Ohio was licensed to practice pharmacy in Ohio.  Mr. Przytulski stole oxycodone from a pharmacy in Parma, Ohio on May 9, 2006.[82]  The Board of Pharmacy permanently revoked Mr. Przytulski's license to practice

---

[78] Ohio BOP 00004100; BOP_MDL053938.

[79] SUMMIT_002052993.

[80] MCKPUB00000869; MCKPUB00000871; MCKPUB00000873.

[81] Cuyahoga County's Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 6.

[82] SUMMIT_002053080; Cuyahoga County, Ohio Plaintiff Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 7.

pharmacy on June 3, 2008.[83]  In an interrogatory response, Plaintiff Cuyahoga County stated that Mr. Przytulski was investigated for possible diversion or wrongful prescription of prescription opioids in June 2008.[84]

56.     Christopher A. Richard, a pharmacy technician in Akron, Ohio, was identified by Plaintiffs Summit County and the City of Akron in a replacement supplemental interrogatory response as someone under investigation for diversion of prescription opioids within Summit County and Akron.[85]  According to an Akron Police incident report, Mr. Richard stole fentanyl on or around March 16, 2016.[86]

57.     Robert J. Roth was licensed to practice pharmacy in Ohio.  Mr. Roth was indicted on February 28, 2018 for offenses including intentionally creating and/or knowingly possessing a false or forged prescription in violation of Ohio Rev. Code § 2925.25(B)(1).  He was charged with forging a prescription for hydrocodone homatropine cough syrup on May 13, 2014, while he was a pharmacist at Parkway Pharmacy in Cleveland, Ohio.  Mr. Roth pled guilty on June 26, 2018 in the Cuyahoga County Court of Common Pleas, and he was sentenced to six days of community control and one hundred hours of community service.  Under his plea agreement, Mr. Roth also was required to surrender his pharmacy license and sell his interest in Parkway Pharmacy.[87]  Mr. Roth's license expired effective September 15, 2018.[88]

---

[83] SUMMIT_002053080.

[84] Cuyahoga County's Supplemental Response and Objections to Distributor Defendants' Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 7.

[85] Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 39.

[86] AKRON_000338159.

[87] CUYAH_000080214; MCKPUB00000807; MCKPUB00000808; MCKPUB00000810.

[88] MCKPUB00000812.

58.      Anthony Savoca of Westlake, Ohio was licensed to practice pharmacy in Ohio.
From December 21, 1994 through June 5, 1996, Mr. Savoca stole Vicodin and hydrocodone
from Revco Drug in Fairview Park, Ohio, and sold the narcotics on numerous occasions without
valid prescriptions and not for a legitimate medical purpose.  He forged some of these
prescriptions and falsified computer data to cover his thefts and drug trafficking.[89]  On April 21,
1997, the Board of Pharmacy revoked Mr. Savoca's license to practice pharmacy.[90]  Mr. Savoca
also pled guilty in the Cuyahoga County Court of Common Pleas to offenses including insurance
fraud, theft, and tampering with records.  He was sentenced to five eighteen-month sentences to
be served consecutively, but all but ten days of incarceration were suspended.[91]  In an
interrogatory response, Plaintiff Cuyahoga County stated that Mr. Savoca was investigated for
possible diversion or wrongful prescription of prescription opioids in April 1997.[92]

59.      Michelle M. Solnosky of Euclid, Ohio was licensed to practice pharmacy in Ohio.
In October 1998, while employed as the Responsible Pharmacist at Medic Discount Drug in
Cleveland, Ohio, Ms. Solnosky stole Roxicet.  The Board of Pharmacy indefinitely suspended
Ms. Solnosky's license to practice pharmacy on February 8, 2002,[93] but, on March 9, 2004, it
determined that Ms. Solnosky had complied with the terms of her suspension and reinstated her
license subject to terms of probation.[94]

---

[89] Ohio BOP 00000690 at 6.

[90] SUMMIT_002052964.

[91] MCKPUB00000527; MCKPUB00000529; MCKPUB00000531.

[92] Cuyahoga County's Supplemental Response and Objections to Distributor Defendants'
Interrogatory Number 3 as Rewritten by Special Master David Cohen, at 7.

[93] SUMMIT_002053029.

[94] MCKPUB00000759.

**Individuals and Entities Involved in Diversion of Prescription Opioids**

Through discovery in this action, the following non-party individuals have been

identified as having diverted prescription opioids in the Track One Counties:

60.     Caitlin Ann Abramovich, R.N., C.R.N.A. entered into a consent agreement with

the  Board of Nursing on November 17, 2016, suspending her license to practice nursing

indefinitely.  Ms. Abramovich admitted to diverting fentanyl, morphine, and Dilaudid from

Akron Children's Hospital.[95]

61.     Hether M. Adriano pled guilty on September 28, 2009 in the Summit County

Court of Common Pleas to deception to obtain a dangerous drug.  She obtained Percocet from a

physician after acquiring Percocet in the previous ten days from another physician in the Akron,

Ohio area, and without telling the second physician that she already had other prescriptions.  Ms.

Adriano was sentenced to two years of community control.[96]

62.     Joana Agosta of Cleveland, Ohio pled guilty on August 7, 2008 in the Cuyahoga

Court of Common Pleas to trafficking in oxycodone, and she was sentenced to one year of

probation.[97]

63.     Sandra J. Alamo of Cleveland, Ohio pled guilty on May 2, 2011 in the Cuyahoga

County Court of Common Pleas for calling in fraudulent prescriptions in another person's name.

Ms. Alamo made fraudulent "call in" orders to various Cleveland pharmacies for prescriptions

---

[95] OBN_MDL 1st Production 107561 at OBN_MDL 1st Production 109555; OBN_MDL 1st Production 113399, at OBN_MDL 1st Production 113408; OBN_MDL 1st Production 161275 at OBN_MDL 1st Production 161288; MCKPUB00001625.

[96] AKRON_001157373; MCKPUB00024588; MCKPUB00024589; MCKPUB00024591.

[97] CUYAH_000038870; MCKPUB00024595; MCKPUB00024597; MCKPUB00024601.

for OxyContin, Percocet, and Ultram under another person's name.  Ms. Alamo was sentenced to twelve months of community control.[98]

64.    Jamie L. Aleck of Independence, Ohio pled guilty on July 22, 2009 in the Cuyahoga County Court of Common Pleas to deception to obtain a dangerous drug.  Ms. Aleck obtained prescriptions for pain medications, such as oxycodone and Darvocet, from numerous different doctors in the Cleveland area within days of each other and without telling the physicians that she already had other prescriptions for the medication.  She was sentenced to five years of community control.[99]

65.    Marchaz Alexander of Cleveland, Ohio, pled guilty on November 24, 2015 in the Cuyahoga County Court of Common Pleas to distributing oxycodone in May 2015.  Mr. Alexander was sentenced to six months in prison.[100]  Mr. Alexander also pled guilty on June 8, 2017 in the Cuyahoga County Court of Common Pleas to knowingly possessing false prescriptions for oxycodone and distributing oxycodone from November 2016 to December 2016.  For these offenses, Mr. Alexander was sentenced to four and one half years of community control.[101]

66.    Nikole M. Ambriola, R.N. of Akron, Ohio diverted Dilaudid while she was employed as the Director of Nursing at Twin Pines Retreat in Stow, Ohio, and, on March 18, 2011, the Board of Nursing permanently revoked her registered nursing license.  Ms. Ambriola had previously failed to comply with two consent agreements with the Board of Nursing.[102]

---

[98] CLEVE_004084859; MCKPUB00024603; MCKPUB00024605; MCKPUB00024608.

[99] CLEVE_004084759; MCKPUB00024610; MCKPUB00024612; MCKPUB00024618.

[100] CUYAH_000068893; MCKPUB00004185; MCKPUB00004186; MCKPUB00004188.

[101] CUYAH_000073557; MCKPUB00004190; MCKPUB00004191; MCKPUB00004193.

[102] OBN_MDL 1st Production 016725, at OBN_MDL 1st Production 017050; MCKPUB00004861.

67.     Mychael Andrews pled guilty on August 23, 2018 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, for conduct that occurred in Akron.  On April 1, 2018, Akron police officers arrested Mr. Andrews and searched his residence, recovering bottles of codeine cough syrup, fentanyl, drug packaging materials, cutting agents, and two loaded firearms.  He was sentenced to thirty months in prison.[103]

68.     Michele J. Antonio, R.N. had her license to practice nursing suspended by the Board of Nursing in November 2013 for an indefinite period of time.  On or about September 3, 2011, while working as a nurse for Parma Care Center in Parma, Ohio, Ms. Antonio withdrew a patient's oxycodone and failed to account for their administration.  In a written statement to Parma Care Center, Ms. Antonio admitted taking oxycodone from one patient and giving them to another patient.[104]

69.     Catherina Marie Antonelli, R.N. of Cleveland, Ohio had her license to practice nursing as a registered nurse suspended for an indefinite period of time by Board of Nursing in November 2005.  While working at University Hospitals in Cleveland, Ohio (through a nursing agency, Cross Country Staffing), Ms. Antonelli signed out Dilaudid to patients with no orders and diverted waste medications.[105]  Ms. Antonelli was terminated from employment in April 2005.

---

[103]AKRON_001237601; MCKPUB00024620; MCKPUB00024624; MCKPUB00024625.

[104] OBN_MDL 1st Production 160421, at OBN_MDL 1st Production 160439; OBN_MDL 1st Production 043086, at OBN_MDL 1st Production 044804.

[105] MCKPUB00001789.

70.     Tillman Appling of Cleveland, Ohio pled guilty on January 12, 2007 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin.  Mr. Appling was sentenced to two years in prison.[106]

71.     Orville E. Arbogast of North Olmstead, Ohio pled guilty on May 1, 2007 in the Cuyahoga County Court of Common Pleas to offenses including trafficking oxycodone.  Mr. Arbogast was sentenced to four years of community control and ordered to forfeit $4,740.00.[107]

72.     Julie M. Arnold, R.N. pled guilty on May 23, 2018 in the Summit County Court of Common Pleas to three counts of theft of hydromorphone, for misconduct in September 2017 while Ms. Arnold was employed as a nurse at Summa Health Systems.  On July 26, 2018, the Board of Nursing indefinitely suspended her license to practice nursing.[108]

73.     Patricia Arnold of Cleveland, Ohio pled to guilty on September 21, 2012 in the Northern District of Ohio to conspiracy with intent to distribute oxycodone for forging prescriptions for OxyContin and Percocet pills on blank prescription paper between January 2011 and January 2012, using information provided by a co-conspirator.  Ms. Arnold was sentenced to 70 months in prison.[109]

74.     Andrew K. Ashcraft of North Royalton, Ohio pled guilty on June 29, 2017 in the Cuyahoga County Court of Common Pleas to attempted trafficking of oxycodone hydrochloride and oxycodone, as well as trafficking morphine sulfate, buprenorphine, and tramadol.[110]

---

[106] CUYAH_000032685; MCKPUB00006026; MCKPUB00006027; MCKPUB00006033.

[107] CUYAH_000034712; MCKPUB00004882; MCKPUB00004885; MCKPUB00004886.

[108] OBN_MDL 1st Production 140843, at 145683; MCKPUB00003294.

[109] MCKPUB00004916; MCKPUB00004919; MCKPUB00024627; MCKPUB00024663; MCKPUB00024674.

[110] CUYAH_000073599; MCKPUB00001112; MCKPUB00001113; MCKPUB00001117.

75.     Nicole Maree Ashworth, L.P.N. pled guilty on June 16, 2016, in the Summit County Court of Common Pleas to theft of drugs and tampering with records.  While employed as a nurse at Stow-Glen Retirement Village in Stow, Ohio, Ms. Ashworth stole hydrocodone and oxycodone pills.  On March 9, 2017, the Board of Nursing indefinitely suspended Ms. Ashworth's license to practice nursing.[111]

76.     Paul Aspery of Brookpark, Ohio pled guilty on June 17, 2008 in the Cuyahoga County Court of Common Pleas to trafficking Percocet.  Mr. Aspery was sentenced to two years in prison.[112]

77.     Michael Charles Atkins, R.N. had his license to practice nursing suspended indefinitely by the Board of Nursing on March 21, 2014.  Mr. Atkins admitted that he diverted opioids, including Dilaudid, after medicating patients at Fairview Hospital in Cleveland, Ohio.[113]

78.     Gina Marie Atwood, R.N. had her license to practice nursing indefinitely suspended by the Board of Nursing on July 21, 2016.  While working as a nurse at NCO Regency in Barberton, Ohio, she failed to document the administration or otherwise account for the disposition of controlled substances that she removed from the drug dispensing system, including Dilaudid.[114]

79.     Stacy Lynne Azbell, L.P.N. of Oakwood, Ohio had her license to practice nursing as a licensed practical nurse suspended by the Board of Nursing in November 2014.  Ms. Azbell

---

[111] OBN_MDL 1st Production 110764, at OBN_MDL 1st Production 113185;MCKPUB00004793.

[112] CUYAH_000036803; MCKPUB00004930; MCKPUB00004931; MCKPUB00004935.

[113] OBN_MDL 1st Production 059516 at OBN_MDL 1st Production 061497; OBN_MDL 1st Production 156153 at OBN_MDL 1st Production 156330; MCKPUB00004469.

[114] OBN_MDL 1st Production 107561 at OBN_MDL 1st Production 108850; MCKPUB00002718.

admitted that she diverted oxycodone while working as a nurse for Solon Pointe, in Solon, Ohio.[115]

80.     Christina Badinski of Cleveland, Ohio pled guilty on July 28, 2017 in the Cuyahoga County Court of Common Pleas trafficking oxycodone, hydrocodone, and Suboxone. Ms. Badinski was sentenced to two years of community control.[116]

81.     James L. Bailey of Cleveland, Ohio pled guilty on November 17, 2016 in the Cuyahoga County Court of Common Pleas for presenting a fraudulent prescription for Percocet on September 24, 2015.  A Cleveland Police report identified the prescription as consistent with other fraudulent prescriptions that were part of a "large scale pill ring."  Mr. Bailey reported that he was approached by a woman who offered to pay him if Mr. Bailey submitted a fraudulent prescription in his own name.  Mr. Bailey gave the woman his personal information, and the following day she contacted him and provided a prescription with his name on it.  She then drove him to a pharmacy in Cleveland, where Mr. Bailey was apprehended.  He was sentenced to two years of community control.[117]

82.     Eric J. Baldridge of Akron, Ohio pled guilty on June 9, 2010 in the Summit County Court of Common Pleas to aggravated trafficking in drugs, namely Percocet.  Mr. Baldridge was sentenced to one year in prison, suspended provided that he complete two years of community control.[118]

---

[115] OBN_MDL 1st Production 085996, at OBN_MDL 1st Production 087111;MCKPUB00005723.

[116] CUYAH_000073406; MCKPUB000018945; MCKPUB00001896; MCKPUB00001900.

[117] CLEVE_004084759; MCKPUB00024676; MCKPUB00024678; MCKPUB00024683.

[118] AKRON_001272589; MCKPUB00024685; MCKPUB00024688; MCKPUB00024689.

83.     Caren M. Ball of Akron, Ohio pled guilty on April 26, 2010 in the Summit County Court of Common Pleas for presenting a fraudulent prescription for hydrocodone.  Ms. Ball checked herself into Barberton Hospital in Summit County under a false name and obtained multiple prescriptions under that person's name.  Ms. Ball was sentenced to six months of incarceration, suspended upon condition that she complete one year of community control.[119]

84.     Susan Ballish pled guilty on September 9, 2008 in the Cuyahoga County Court of Common Pleas to theft of hydrocodone.  Ms. Ballish was sentenced to one day at the county jail.[120]

85.     Maegan Balog, R.N. of Cleveland, Ohio had her license to practice nursing suspended by the Board of Nursing on September 27, 2018, with the suspension stayed subject to probationary terms and restrictions for a minimum period of three years, for diversion of tramadol while working as a nurse at Century Oak Care Center in Middleburg Heights, Ohio.[121]

86.     Marvin Barrett of Strongsville, Ohio pled guilty on May 26, 2009 in the Cuyahoga County Court of Common Pleas to trafficking Percocet.  Mr. Barrett was sentenced to one year community control.[122]

87.     Eddie A. Bates of Akron, Ohio pled guilty on September 16, 2013 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in oxycodone.  On September 16, 2013, he was sentenced to one year in prison.[123]

---

[119]AKRON_001216450; MCKPUB00024690; MCKPUB00024692; MCKPUB00024693.

[120] CUYAH_000039318; MCKPUB00005783; MCKPUB00005784; MCKPUB00005787.

[121] OBN_MDL 1st Production 132477, at 137909; OBN_MDL 1st Production 143830, at 149160.

[122] CUYAH_000040379, MCKPUB00004234; MCKPUB00004235; MCKPUB00004238-04240.

[123] AKRON_000226538; MCKPUB00002565; MCKPUB00002568.

88.     Susan Battaglia, R.N. entered into a consent agreement with the Board of Nursing in July 2011 to have her license to practice nursing as a registered nurse suspended indefinitely. On July 9, 2010, Ms. Battaglia admitted to diverting fentanyl.[124]

89.     Jon R. Bauer II of Leavittsburg, Ohio pled guilty on April 9, 2015 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in oxycodone.  He was sentenced to two years of community control.[125]

90.     Kimberly Lynn Bauer, R.N. of Akron, Ohio admitted to diverting Demerol in 2004.  Ms. Bauer signed out morphine for patients who did not have physicians' orders.  Ms. Bauer entered into a consent decree with the Board of Nursing on January 16, 2008.[126]

91.     April Sharice Beasley, L.P.N. of South Euclid, Ohio, had her license to practice nursing indefinitely suspended by the Board of Nursing in September 2016.  As a nurse working at Lakewood Senior Health Campus, Ms. Beasley failed to document the administration or otherwise account for the disposition of Percocet and Norco that she removed from the drug dispensing system in January 2015.[127]

92.     Jessie R. Bedocs (also known as Jessie Caito), R.N. had her license to practice nursing as a licensed practical nurse suspended by the Board of Nursing in March 2015.  Ms. Bedocs admitted to the Board that she was counseled at least seven times between May 2012 and March 2013, while working as a nurse at the Cleveland Clinic, regarding medication

---

[124] CUYAH_000045101; MCKPUB00005839.

[125] AKRON_000220427; MCKPUB00003257; MCKPUB00003260.

[126] OBN_MDL 1st Production 001828, at OBN_MDL 1st Production 002844; OBN_MDL 1st Production 150868, at OBN MDL 1st Production 150879.

[127] OBN_MDL 1st Production 098951, at OBN_MDL 1st Production 100808; MCKPUB00001339.

administration and documentation issues, including failure to waste morphine, documenting administration of two doses of a drug after pulling only one dose, documenting administration of three doses of meperidine after pulling only two doses, and failing to account for withdrawn Percocet.[128]

93.     Jason E. Bell, a registered nurse in Ohio, pled guilty on January 26, 2015 in the Cuyahoga County Court of Common Pleas to offenses including theft of oxycodone. Bell was sentenced to one year of community control.[129] On September 19, 2014, the Board of Nursing suspended Mr. Bell's license to practice nursing. While working as a nurse for Larchwood Village in Cleveland, Ohio in 2014, Mr. Bell diverted OxyContin and Percocet and falsified medication administration records.[130]

94.     Christy Belt, R.N. entered into a consent agreement with the Board of Nursing in February 2011 to have her license to practice nursing as a registered nurse suspended indefinitely for stealing Dilaudid/hydromorphone.[131]

95.     Melissa K. Bentley of Brookpark, Ohio pled guilty on January 10, 2007 in the Cuyahoga Court of Common Pleas to distributing opioids, including Demerol. Mr. Bentley diverted Demerol from her employer, Parma Hospital, resulting in her termination on June 20, 2005. Ms. Bentley was sentenced to 24 months of community control.[132]

---

[128] OBN_MDL 1st Production 083864, at OBN_MDL 1st Production 084745; MCKPUB00003197.

[129] MCKPUB00002968; MCKPUB00002969; MCKPUB00002972; MCKPUB00002974.

[130] OBN_MDL 1st Production 074923, at OBN_MDL 1st Production 076529.

[131] CUYAH_000024200; MCKPUB00001962.

[132] OBN_MDL 1st Production 018725, 020724-31; MCKPUB00004440; MCKPUB00004441; MCKPUB00004444.

96.     Sabrina L. Berkley of Cleveland, Ohio pled guilty on March 18, 2009 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Ms. Berkley was sentenced to seven months in prison.[133]

97.     Brian D. Berlin of Wickliffe, Ohio, pled guilty on June 20, 2016 to offenses including trafficking methadone, fentanyl, and oxymorphone.  He was sentenced to eighteen months of probation.[134]

98.     Tequilla Berry of Akron, Ohio, pled guilty in 2014 to conspiracy to traffic drugs and drug trafficking.  Ms. Berry illegally distributed hundreds of thousands of doses of prescription medications—including OxyContin, Percocet, Roxicet, Opana, and others—from medical offices in Akron between September 2009 and May 2012.  Ms. Berry distributed prescriptions to customers when the doctor was out of the office.[135]  Ms. Berry was sentenced to five years of probation.[136]

99.     Cassandra Biddulph of Lakewood, Ohio pled guilty on November 18, 2009 in the Cuyahoga Court of Common Pleas to attempted trafficking of OxyContin.  Ms. Biddulph was sentenced to one year in prison.[137]

100.    Paul R. Blakeley, R.N., C.R.N.A. of Concord Township, Ohio had his license to practice nursing as a registered nurse suspended indefinitely by the Board of Nursing in

---

[133] CUYAH_000039993; MCKPUB00005437; MCKPUB00005439; MCKPUB00005442.

[134] CUYAH_000068976.

[135] MCKPUB00005903; Summit County & City of Akron, Ohio Plaintiff First Amended Responses and Objections to Distributor Defendants' First Set of Interrogatories, at 36.

[136] MCKPUB00005900.

[137] CUYAH_000043206; MCKPUB00001776; MCKPUB00001777; MCKPUB00001780.

November 2013.  In September 2008, while working as a certified registered nurse anesthetist at the Cleveland Clinic, in Cleveland, Ohio, Mr. Blakeley diverted Remifentanil.[138]

101.    Susan Dawn Blazeff, L.P.N. pled guilty on December 16, 2009 in the Summit County Court of Common Pleas to theft of drugs.  While employed as a licensed practical nurse at Maison Aine in Stow, Ohio, Ms. Blazeff diverted hydrocodone.  As a result of her criminal case, Ms. Blazeff entered into a consent agreement with the Board of Nursing on September 24, 2010, to have her license to practice nursing suspended indefinitely.[139]

102.    Kristen M. Boal, R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing in May 2008.  As a nurse working at the Cleveland Clinic Foundation, Ms. Boal diverted oxycodone and hydromorphone.[140]

103.    Asher G. Bobrosky pled guilty on October 23, 2012 in the Cuyahoga County Court of Common Pleas to deception to obtain a dangerous drug.  Mr. Bobrosky obtained multiple prescriptions for opioid medications, such as tramadol and oxycodone, from numerous physicians in counties including Cuyahoga County, without informing the physicians that he already had received other prescriptions.  He was sentenced to one and a half year of community control.[141]

---

[138] OBN_MDL 1st Production 062107, at OBN_MDL 1st Production 063160; MCKPUB00004943.

[139] OBN_MDL 1st Production 014736, at OBN_MDL 1st Production 015134; OBN_MDL 1st Production 021117 at OBN_MDL 1st Production 021930; MCKPUB00005790.

[140] OBN_MDL 1st Production 023282, at OBN_MDL 1st Production 023361; MCKPUB00003672.

[141] CLEVE_004084759; MCKPUB00024701; MCKPUB00024703; MCKPUB00024705; MCKPUB00024694; MCKPUB00024696; MCKPUB00024699.

104.    William E. Booker of Streetsboro, Ohio, pled guilty on August 24, 2009 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Booker was sentenced to one year of community control.[142]

105.    Kimberly Bornino of Cleveland, Ohio, pled guilty on May 15, 2008 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Ms. Bornino was sentenced to two years' probation.[143]

106.    Linroy Bottoson-Cox of Cleveland, Ohio, pled guilty on September 9, 2013 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone and Codeine.[144]

107.    David H. Bowins of Chardon, Ohio, pled guilty on March 30, 2016 in the Cuyahoga County Court of Common Pleas to offenses including trafficking methadone, fentanyl, and oxymorphone.  Mr. Bowins was sentenced to two years of probation. [145]

108.    Joseph Bowins of Chardon, Ohio, pled guilty on June 20, 2016 in the Cuyahoga County Court of Common Pleas to offenses including trafficking methadone, fentanyl, and oxymorphone.  Mr. Bowins was sentenced to eighteen months of probation.[146]

109.    Angela Kay Boyd of Akron, Ohio pled guilty on June 24, 2014 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug, namely oxycodone. From September 27, 2013 through October 25, 2013,  Ms. Boyd obtained oxycodone from two physicians in the Akron area and failed to inform either of them that she was receiving additional

---

[142] CUYAH_000042946; MCKPUB00006185; MCKPUB00006186; MCKPUB00006188.

[143] CUYAH_000038080; MCKPUB00003649; MCKPUB00003650; MCKPUB00003652.

[144] CUYAH_000055865; MCKPUB00004017; MCKPUB00004018; MCKPUB00004021.

[145] CUYAH_000068976.

[146] CUYAH_000068976; MCKPUB00001580; MCKPUB00001581; MCKPUB00001584; MCKPUB00002277; MCKPUB00002280; MCKPUB00002281; MCKPUB00003272; MCKPUB00003273; MCKPUB00003276.

oxycodone prescriptions from other physicians.  She was sentenced to two years of community control.[147]

110.     Reid Christian Boyer, L.P.N. of Cleveland, Ohio had his license to practice nursing as a licensed practical nurse suspended by the Board of Nursing in May 2015.  In 2010, it was discovered that Mr. Boyer administered Percocet to a patient on several occasions after the order was to be discontinued.[148]

111.     Bobbie Boylan of Cleveland, Ohio pled guilty on March 18, 2009 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin.  Ms. Boylan was sentenced to two and one half years in prison.[149]

112.     Nathan Bozeman of Lakewood, Ohio pled guilty on March 4, 2009 in the Cuyahoga County Court of Common Pleas to offenses including trafficking Percocet, Vicodin, and OxyContin.  Mr. Bozeman was sentenced to one year in prison.[150]

113.     James Brewer of Cleveland, Ohio pled guilty on June 21, 2011 in the Cuyahoga County Court of Common Pleas to deception to obtain a dangerous drug.  Mr. Brewer presented a fraudulent prescription for OxyContin at a pharmacy  in Cuyahoga County on June 15, 2010.  Mr. Brewer reported that another person offered to pay him to fill the fraudulent prescription.  On July 28, 2011, Mr. Brewer was sentenced to four years of community control.[151]

---

[147] AKRON_001280817; MCKPUB00024707.

[148] OBN_MDL 1st Production 085996, at OBN_MDL 1st Production 087024; MCKPUB00028911.

[149] CUYAH_000039531; MCKPUB00001508; MCKPUB00001509; MCKPUB00001511.

[150] CUYAH_000040415; MCKPUB00004764; MCKPUB00004765; MCKPUB00004768.

[151] CLEVE_004086059; MCKPUB00024713; MCKPUB00024715; MCKPUB00024720.

114.    James Robert Brent, R.N. of Strongsville, Ohio admitted to the Board of Nursing on August 22, 2012 that he stole fentanyl from the Cleveland Clinic Foundation while employed there as a nurse in August 2011.  On May 17, 2013, the Board of Nursing indefinitely suspended his license to practice nursing.[152]

115.    Michael D. Bretz, L.P.N. pled guilty on April 25, 2017 in the Cuyahoga County Court of Common Pleas to offenses including theft of oxycodone, for conduct while he was working as a nurse at Lutheran Home of Concord Reserve in Westlake, Ohio.  On November 16, 2017, the Board of Nursing indefinitely suspended Mr. Bretz's license to practice nursing.[153]

116.    Michael Robert Briggs, R.N. of Youngstown, Ohio, pled guilty on November 18, 2015 in the Cuyahoga County Court of Common Pleas to offenses including aggravated theft of Dilaudid.  In January 2017, the Board of Nursing indefinitely suspended his license to practice nursing as a registered nurse.  Mr. Briggs admitted that, as a nurse working at University Hospitals Bedford Medical Center (UHBMC), he diverted hydromorphone (Dilaudid).[154]

117.    Amanda Brittain, R.N. had her license to practice nursing as a registered nurse suspended indefinitely by the Board of Nursing on March 16, 2012.  Ms. Brittain diverted fentanyl while she was an employee at the Cleveland Clinic.[155]

118.    Dennis M. Brody, L.P.N. pled guilty on February 2, 2009 in the Cuyahoga County Court of Common Pleas to stealing Percocet and fentanyl, and destroying the

---

[152] OBN_MDL 1st Production 049841, at 051026; MCKPUB00002929.

[153] OBN_MDL 1st Production 122353, at 124734; OBN MDL 1st Production 161507, at 161724; MCKPUB00004461; MCKPUB00004462; MCKPUB00004464.

[154] OBN_MDL 1st Production 098951, at OBN_MDL 1st Production 100759; MCKPUB00004539.

[155] OBN_MDL 1st Production 038993, at OBN_MDL 1st Production 040538.

corresponding controlled substance records, while he was employed as a licensed practical nurse at Westlake Healthcare Center in Westlake, Ohio.  On June 1, 2010, as a result of his criminal case, the Board of Nursing permanently revoked Mr. Brody's license to practice nursing.[156]

119.    Ronald Brooks of Cleveland, Ohio pled guilty on August 11, 2011 in the Cuyahoga County Court of Common Pleas to offenses including trafficking OxyContin. According to a police report, Mr. Brooks asked another person to fill a fraudulent prescription of OxyContin in exchange for cash and a portion of the medication.  That other person told police that he had purchased OxyContin from Mr. Brooks for over two years.  When Mr. Brooks asked him to fill the fraudulent prescription, Mr. Brooks said "not to worry because that's how he does business."  Mr. Brooks was sentenced to two years in prison.[157]

120.    Jassmen M. Brown of Cleveland, Ohio pled guilty on November 22, 2016 in the Cuyahoga County Court of Common Pleas for presenting an altered prescription to a pharmacy. Ms. Brown had attempted to fill a forged prescription, which was initially written for Prednisone, but altered to Percocet.  She was sentenced to 118 days of prison.[158]

121.    Rudius Brown of Euclid, Ohio pled guilty on April 12, 2011 in the Cuyahoga County Court of Common Pleas to trafficking in oxycodone.  Mr. Brown was sentenced to eighteen months in prison.[159]

---

[156] OBN_MDL 1st Production 010874, at OBN_MDL 1st Production 011151; MCKPUB00028954.

[157] CLEVE_004084759; CUYAH_000047522, MCKPUB00005325; MCKPUB00005326; MCKPUB00005329.

[158] CLEVE_004084859; MCKPUB00024722; MCKPUB00024724; MCKPUB00024729.

[159] CUYAH_000047280; MCKPUB00005388; MCKPUB00005390; MCKPUB00005393.

122.     Christopher Lee Bruender, R.N. of University Heights, Ohio had his license to practice nursing as a licensed practical nurse suspended by the Board of Nursing in January 2015.  Mr. Bruender admitted to diverting Percocet and fentanyl from the Cleveland Clinic while working there as a nurse in 2013 and 2014.[160]

123.     Obie Bryant III of Euclid, Ohio pled guilty on April 22, 2014 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Bryant was sentenced to twelve months in prison.[161]

124.     Kristin E. Bucce, L.P.N. of Brooklyn Heights, Ohio pled guilty on June 6, 2018 in the Cuyahoga County Court of Common Pleas to theft of drugs, including Percocet, tramadol, Vicodin, and oxycodone in November 2017, while employed as a nurse at Southern Hills Health and Rehabilitation in Cleveland, Ohio.  On July 26, 2018, the Board of Nursing indefinitely suspended her license to practice nursing.[162]

125.     Charles E. Bullard, Jr. of Cleveland, Ohio pled guilty on November 16, 2017 in the Cuyahoga County Court of Common Pleas to offenses including trafficking oxycodone.[163]

126.     Kathleen A. Burgan of Cleveland, Ohio pled guilty on February 7, 2014 in the Cuyahoga County Court of Common Pleas to offenses including deception to obtain a dangerous drug, namely Percocet.  According to a police report, Ms. Burgan filled multiple fraudulent prescriptions for Percocet at a pharmacy in Cleveland, all printed on stock copy paper with black grease smudges; Detective John Prince noted his belief that the suspect or her co-conspirators

---

[160] OBN_MDL 1st Production 080783, at OBN_MDL 1st Production 082512; OBN_MDL 1st Production 085996, at OBN_MDL 1st Production 086961; MCKPUB00001933.

[161] CUYAH_000066532; MCKPUB00004869; MCKPUB00004870; MCKPUB00004873.

[162] OBN_MDL 1st Production 140843, at 145736; MCKPUB00003722.

[163] CUYAH_000075379; MCKPUB00001849; MCKPUB00001850; MCKPUB00001855.

"intentionally attempted to corrupt the prescriptions in order to make them look worn and draw less scrutiny from a diligent Pharmacist."  Ms. Burgan was sentenced to one year of community control.[164]

127.    Judy Burrows of Cleveland, Ohio pled guilty on November 19, 2012 in the Northern District of Ohio to offenses including conspiracy with intent to distribute oxycodone. Between January 2011 and January 2012, Ms. Burrows purchased illicitly obtained OxyContin and Percocet pills for distribution to others.[165]

128.    David Adam Butler, R.N. pled guilty on July 7, 2010 in the Summit County Court of Common Pleas to offenses including theft of drugs.  On January 21, 2011, the Board of Nursing indefinitely suspended Mr. Butler's license to practice nursing as a registered nurse.  As a registered nurse working for Maxim Staffing Solutions at Select Specialty Hospital in Akron, Ohio, Mr. Butler diverted Vicodin, Percocet, morphine sulfate, and Dilaudid from patients and made false reports related to these medications.[166]

129.    Andrew Byrd pled guilty on March 15, 2012 to trafficking oxycodone, oxycodone hydrochloride, hydrocodone, and hydrocodone bitartrate.[167]  On March 22, 2012, Mr. Byrd was sentenced to two years of community control.

130.    James Byrge of Cleveland, Ohio pled guilty on October 9, 2012 in the Northern District of Ohio to conspiracy to possess with intent to distribute oxycodone.  Between January

---

[164] CLEVE_004083991; MCKPUB00024731; MCKPUB00024733; MCKPUB00024736.

[165] MCKPUB00003287-03289; MCKPUB00003290-03291.

[166] OBN_MDL, 1st Production 025156; MCKPUB00002231.

[167] CUYAH_000049377; MCKPUB00001120; MCKPUB00001121; MCKPUB00001124.

41

2011 and January 2012, Mr. Byrge purchased illicitly obtained OxyContin and Percocet pills for distribution to others.  Mr. Byrge was sentenced to 27 months in prison.[168]

131.    Brandon Lovell Campbell of Akron, Ohio pled guilty on September 11, 2014 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs.  On July 5, 2014, officers arrested Mr. Campbell and recovered oxycodone, a loaded gun, and, on Mr. Campbell's phone, numerous texts about narcotics trafficking.  Mr. Campbell was sentenced to prison for eighteen months.[169]

132.    Robert Campbell pled guilty on November 9, 2009 in the Cuyahoga Court of Common Pleas to trafficking in OxyContin.  Mr. Campbell was sentenced to two years in prison.[170]

133.    Mark Lee Cantrell, Jr., L.P.N. had his license to practice nursing suspended indefinitely by the Board of Nursing on March 17, 2016.  From January to April 2015, while working at Euclid Hospital in Euclid, Ohio, Mr. Cantrell removed medications including oxycodone, hydromorphone, and tramadol, without documenting administration and/or waste.[171]

134.    Nancy Capiccioni, R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing on September 22, 2006.  On or about February 21, 2006, while working as a nurse at MetroHealth Medical Center in Cleveland, Ohio, Ms. Capiccioni removed Dilaudid from the facility's system.[172]

---

[168] MCKPUB00002871; MCKPUB00002874.

[169] AKRON_001282517; MCKPUB00024743; MCKPUB00024744; MCKPUB00024747.

[170] CUYAH_000043206; MCKPUB00005274; MCKPUB00005276; MCKPUB00005284.

[171] OBN_MDL 1st Production 107561 at OBN_MDL 1st Production 109465; MCKPUB00028962.

[172] OBN_MDL 1st Production 059516 at OBN_MDL 1st Production 060451;MCKPUB00004731.

135.     Sabrina Carr of Brookpark, Ohio pled guilty on April 5, 2016 in the Cuyahoga Court of Common Pleas to distributing oxycodone.[173]

136.     Carol Carter of Brooklyn, Ohio guilty on March 3, 2009 in the Cuyahoga County Court of Common Pleas to offenses including trafficking oxycodone.  Ms. Carter was sentenced to eighteen months of community control.[174]

137.     Tammie Cartwright of Cleveland, Ohio, pled guilty on December 14, 2009 in the Cuyahoga County Court of Common Pleas to offenses including trafficking oxycodone.  Ms. Cartwright was sentenced sentenced to one year in prison.[175]

138.     Stephanie Ann Cestnik, R.N. entered into a consent agreement with the Board of Nursing in May 2014 to suspend indefinitely her license to practice nursing.  Ms. Cestnik admitted that, while working as a nurse at Marymount Hospital in Garfield Heights, Ohio, she diverted Percocet, Dilaudid, Vicodin, morphine, and opiate waste.  She further admitted that she documented administering the diverted opiates to patients.[176]

139.     Roland Chambers of Bedford, Ohio pled guilty on October 1, 2007 in the Cuyahoga County Court of Common Pleas to distributing Percocet.  Mr. Chambers was sentenced to two years of community control.[177]

---

[173] CUYAH_000028937; MCKPUB00005431; MCKPUB00005432; MCKPUB00005435.

[174] CUYAH_000040415; MCKPUB00001769; MCKPUB00001770; MCKPUB00001773.

[175] CUYAH_014631107; CUYAH_014631148; MCKPUB00024482; MCKPUB00024483; MCKPUB00024486.

[176] OBN_MDL 1st Production 102044, at OBN_MDL 1st Production 103009; MCKPUB00005740.

[177] CUYAH_000036417; MCKPUB00005309; MCKPUB00005310; MCKPUB00005313.

140.     Jennifer S. Chan of Lakewood, Ohio, pled guilty on September 16, 2010 in the Cuyahoga County Court of Common Pleas to offenses including attempted corruption of another with oxycodone.  She was sentenced to two years in prison.[178]

141.     Kevin M. Chanowski, L.P.N. pled guilty on July 13, 2017 in the Summit County Court of Common Pleas to theft of drugs, including oxycodone, from Heartland of Twinsburg, in Twinsburg, Ohio, where he was employed as a nurse.  Mr. Chanowski was sentenced to two years of community control.  The Board of Nursing also suspended his license to practice nursing, although the suspension was stayed for two years, subject to probationary terms and conditions.[179]

142.     Samuel Clanton pled guilty on November 12, 2009 in the Cuyahoga Court of Common Pleas to trafficking OxyContin.  Mr. Clanton was sentenced to two years in prison.[180]

143.     Brandi R. Clark of Akron, Ohio, pled guilty on April 7, 2010 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug (Vicodin).  In November 2009, Ms. Clark admitted to calling in false prescription to at least seven local pharmacies within two to three months.  She used multiple fake patient names for the prescriptions.  Ms. Clark was sentenced to one year of incarceration, suspended upon the condition that she complete two years of community control.[181]

144.     Chad E. Cloer of Akron, Ohio pled guilty on July 11, 2008 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug and for presenting a fraudulent

---

[178] CUYAH_014631381; MCKPUB00024428; MCKPUB00024429; MCKPUB00024432.
[179] OBN_MDL 1st Production 132477, at 138477; MCKPUB00003640; MCKPUB00003641.
[180] CUYAH_000043206; MCKPUB00005450; MCKPUB00005452; MCKPUB00005455.
[181] AKRON_001158017; MCKPUB00024749; MCKPUB00024750; MCKPUB00024752.

prescription for Tramadol.  Mr. Cloer told police he was picking up the prescription for his

brother.  Mr. Cloer was sentenced to eighteen months of incarceration, suspended upon the

condition that he complete two years of community control.[182]

145.    Lashar Camila Clay, L.P.N. of Cleveland, Ohio pled guilty on September 1, 2015

in the Cuyahoga County Court of Common Pleas to aggravated theft of oxycodone and

hydrocodone.  In December 2015, Ms. Clay entered into a consent agreement with the Board of

Nursing, indefinitely suspending her license to practice nursing.[183]

146.    Sandra Colegrove of Cleveland, Ohio pled guilty on April 27, 2010 in the

Cuyahoga Court of Common Pleas to trafficking in oxycodone and hydrocodone.  Ms.

Colegrove was sentenced to two years in prison.[184]

147.    Rebecca Jo Collen, R.N. had her license to practice nursing indefinitely

suspended by the Board of Nursing on July 31, 2015.  While working as a nurse at the Cleveland

Clinic in Cleveland, Ohio, Ms. Collen diverted fentanyl by entering patients' rooms and inserting

a sterile syringe into intravenous therapy ("IV") bags that were hung for administration to the

patients.[185]

148.    Jennifer Marie Collins, R.N. had her license to practice nursing suspended

indefinitely by the Board of Nursing on September 20, 2013.  Ms. Collins admitted to diverting

---

[182] AKRON_001126245; MCKPUB00024754; MCKPUB00024755; MCKPUB00024757.

[183] OBN_MDL 1st Production 098951, at OBN_MDL 1st Production 100729; OBN_MDL 1st Production 102044, at OBN_MDL 1st Production 102972; MCKPUB00003793.

[184] CUYAH_000041260; MCKPUB00005457; MCKPUB00005458; MCKPUB00005461.

[185] OBN_MDL 1st Production 074923, at OBN_MDL 1st Production 076435; MCKPUB00005188.

Percocet and Vicodin for approximately one month from ManorCare Parma in Cleveland, Ohio, where she worked as a nurse.[186]

149.    Johnnie Mae Collins of Akron, Ohio pled guilty on April 11, 2008 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug.  She obtained prescriptions for OxyContin from multiple physicians in Akron each month, without informing the physicians that she was receiving prescriptions from other physicians.  Ms. Collins was sentenced to one year in prison, suspended provided that she complete one year of community control.[187]

150.    Luis Colon of Cleveland, Ohio pled guilty on December 16, 2010 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Colon was sentenced to one year of community service.[188]

151.    Anthony Congeni of Cleveland, Ohio pled guilty on August 1, 2006 in the Cuyahoga Court of Common Pleas to trafficking hydrocodone and Percocet, and he was sentenced to three years of imprisonment.[189]  Mr. Congeni also pled guilty on March 29, 2012 in the Cuyahoga Court of Common Pleas to trafficking oxycodone and oxymorphone, and he was sentenced to two years of community control.[190]

---

[186] OBN_MDL 1st Production 059516 at OBN_MDL 1st Production 060404; MCKPUB00003133.

[187] AKRON_001222775; MCKPUB00024759; MCKPUB00024760; MCKPUB00024762.

[188] CUYAH_000045217; MCKPUB00004162; MCKPUB00004163; MCKPUB00004166.

[189] CUYAH_000032999; MCKPUB00001283; MCKPUB00001285; MCKPUB00001288.

[190] CUYAH_000027537; MCKPUB00001290; MCKPUB00001291; MCKPUB00001293.

152.    James D. Conley of Akron, Ohio pled guilty on December 29, 2015 in the Summit County Court of Common Pleas to offenses including diverting oxycodone.  On January 26, 2016, he was sentenced to eighteen months in prison.[191]

153.    Michael Connelly of Cleveland, Ohio, pled guilty on March 23, 2009 in the Cuyahoga Court of Common Pleas to trafficking suboxone/buprenophine and OxyContin.  Mr. Connelly was sentenced to two years of community control.[192]

154.    Lateris A. Cook of Akron, Ohio pled guilty on September 27, 2018 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs.  On April 1, 2018, Akron police officers arrested Mr. Cook and searched his residence, recovering bottles of codeine cough syrup, fentanyl, drug packaging materials, cutting agents, and two loaded firearms.   He was sentenced to two years in prison.[193]

155.    Theodore Cook of Euclid, Ohio pled guilty on February 13, 2009 in the Cuyahoga County Court of Common Pleas to trafficking MS Contin.  Mr. Cook was sentenced to one year of community control.[194]

156.    Tevin Copes of Parma, Ohio, pled guilty on July 12, 2017 in the Cuyahoga County Court of Common Pleas to offenses including trafficking heroin and fentanyl.  Mr. Copes was sentenced to three years in prison.[195]

---

[191] AKRON_000290826; MCKPUB00002876; MCKPUB00002878.

[192] MCKPUB00018716; MCKPUB00018717; MCKPUB00018722.

[193] AKRON_001237601; MCKPUB00024765; MCKPUB00024767; MCKPUB00024768.

[194] CUYAH_000039385; MCKPUB00005918; MCKPUB00005920; MCKPUB00005923.

[195] CUYAH_000071879; MCKPUB00005911-05913; MCKPUB00005914; MCKPUB00005915.

157. Chad Covey of Cleveland, Ohio pled guilty on October 6, 2008 in the Cuyahoga County Court of Common Pleas to attempted possession or trafficking of counterfeit controlled substances, specifically counterfeit Percocet. Mr. Covey was sentenced to six months in the Cuyahoga County Jail.[196]

158. Kristina L. Cox, R.N. of Hudson, Ohio had her license to practice nursing as a licensed practical nurse suspended by the Board of Nursing for diverting oxycodone in while working as a nurse at University Hospitals Case Medical Center in Cleveland, Ohio in March 2016.[197]

159. Myron M. Crowder of Euclid, Ohio pled guilty on July 2, 2007 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin. Mr. Crowder was sentenced to one year in prison.[198]

160. Angela Crum of Cleveland, Ohio pled guilty on September 9, 2008 in the Cuyahoga County Court of Common Pleas to unlawfully and intentionally making, uttering, or selling a false or forged prescription for a controlled substance, Vicodin. Ms. Crum was sentenced to one year of community control.[199]

161. Terrence L. Crumby of Akron, Ohio pled guilty on May 19, 2009 in the Summit County Court of Common Pleas to aggravated trafficking in drugs, namely Percocet. Mr.

---

[196] CUYAH_000038461; MCKPUB00001840; MCKPUB00001841; MCKPUB00001846.

[197] OBN_MDL 1st Production 116045, at OBN_MDL 1st Production 117965; MCKPUB00003740.

[198] CUYAH_000035231; MCKPUB00004716; MCKPUB00004718; MCKPUB00004722.

[199] CUYAH_000039144; MCKPUB00001133; MCKPUB00001134; MCKPUB00001136.

Crumby was sentenced to six months of incarceration, suspended provided that he complete one year of community control.[200]

162.    Laura Ruth Cupple, R.N. voluntarily made her license inactive and is subject to probationary terms, conditions, and limitations until January 2012.  Ms. Cupple admitted that, while employed as a nurse at Ennis Court Skilled Nursing Care in Lakewood, Ohio, she diverted Percocet.[201]

163.    Susan Renee Dalessandro, R.N. of Mayfield Heights, Ohio pled guilty on January 13, 2015 in the Cuyahoga County Court of Common Pleas to offenses including theft of oxycodone.  Between May and July 2014, Ms. Dalessandro diverted oxycodone and Dilaudid from University Hospital in Cleveland, falsifying records to cover up her diversion.  In May 2015, the Board of Nursing suspended Ms. Dalessendro's license to practice nursing as a registered nurse.[202]

164.    Lisa Marie Darus, R.N. had her license to practice nursing as a licensed practical nurse suspended by the Board of Nursing in March 2015.  Ms. Darus admitted that, while working as a nurse at Life Care Center of Westlake in Westlake, Ohio, she failed to account for the disposition of narcotics, including oxycodone and hydrocodone, that she signed out from the scheduled drug record.[203]

---

[200] AKRON_001157890; MCKPUB00024769; MCKPUB00024770; MCKPUB00024773.

[201] OBN_MDL 1st Production 001828, at OBN_MDL 1st Production 002898; MCKPUB00003863.

[202] CLEVE_004084491; OBN_MDL 1st Production 085996, at OBN_MDL 1st Production 087837; MCKPUB00005866.

[203] OBN_MDL 1st Production 083864, at OBN_MDL 1st Production 084608; MCKPUB00004074.

165.    Morgan E. Dasilva, R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing on November 29, 2010.  While employed as a registered nurse at the Cleveland Clinic in Cleveland, Ohio, Ms. Dasilva diverted Percocet and Vicodin.[204]

166.    Ashley Rebecca Davis, R.N. of University Heights, Ohio had her license to practice nursing as a registered nurse indefinitely suspended by the Board of Nursing in April 2014.  On May 28, 2013, Ms. Davis admitted that, while working as a registered nurses at the MetroHealth systems, she diverted waste of morphine and Dilaudid in the summer of 2012 and she diverted Dilaudid on April 8, 2013.[205]

167.    Dorothy R. Davis, L.P.N. had her license suspended indefinitely by the Board of Nursing on November 17, 2006.  Pursuant to the consent agreement with the Board of Nursing in October 2008, Ms. Davis was eligible to seek reinstatement of her license in 2009.  Ms. Davis admitted to the Board of Nursing that, from February to March 2006, she diverted Percocet from Suburban Pavilion Nursing Home in Cleveland, Ohio.[206]

168.    Elizabeth Davis of East Cleveland, Ohio pled to guilty on September 27, 2012 in the Northern District of Ohio to conspiracy with intent to distribute oxycodone and health care fraud.  Between January 2011 and January 2012, Ms. Davis received fraudulent prescriptions and served as a "walker" who attempted to fill the prescriptions at pharmacies in Northeast Ohio, including several in Cleveland, Shaker Heights, and Garfield Heights.  Ms. Davis then provided the pills to the conspiracy ringleader, who paid her for filling the fraudulent prescriptions.[207]

---

[204] OBN_MDL 1st Production 014736, at OBN_MDL 1st Production 016696; OBN_MDL 1st Production 023282, at OBN_MDL 1st Production 024670; MCKPUB00004696.

[205] MCKPUB00001417.

[206] OBN_MDL 1st Production 000001, at OBN_MDL 1st Production 000909.

[207] MCKPUB00002591; MCKPUB00002600.

169.    Francisco Davis of North Olmsted, Ohio pled guilty on August 6, 2018 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Davis was sentenced to two years of community control.[208]

170.    Lauren Marie Davis-Tissue, L.P.N. of Akron, Ohio pled guilty on July 2, 2014 to offenses including theft of drugs.  On July 31, 2015, the Board of Nursing indefinitely suspended her license to practice nursing.  As a nurse working at Danbury Woods Assisted Living in Cuyahoga Falls, Ohio, Ms. Davis-Tissue diverted Percocet.[209]

171.    Susan Desimone, R.N. of North Royalton, Ohio pled guilty on May 24, 2017 in the Cuyahoga County Court of Common Pleas to forging prescriptions for hydrocodone.  On July 27, 2017, the Board of Nursing indefinitely suspended her license to practice nursing for this conduct.[210]

172.    Lamar Dixon of Cleveland, Ohio, pled guilty on August 16, 2016 to offenses including trafficking morphine and tramadol.  Mr. Dixon was sentenced to two years of probation.[211]

173.    Audrey Marie Domzalski, R.N. had her license to practice nursing suspended for not less than two years by the Board of Nursing on September 20, 2013.  In 2012, Ms. Domzalski diverted Percocet, Vicodin, Morphine, and Dilaudid from Fairview Hospital, in Cleveland, Ohio, where she worked as a nurse.[212]

---

[208] CUYAH_000080300; MCKPUB00002653; MCKPUB00002654; MCKPUB00002657.

[209] OBN_MDL 1st Production 074923, at OBN_MDL 1st Production 076378; OBN_MDL 1st Production 154020, at OBN_MDL 1st Production 154135; MCKPUB00003886.

[210] OBN_MDL 1st Production 125822, at 128024.

[211] CUYAH_000029718; MCKPUB00003784; MCKPUB00003785; MCKPUB00003790.

[212] OBN_MDL 1st Production 059516 at OBN_MDL 1st Production 060292; MCKPUB00001485.

174.     Jose Dones of Cleveland, Ohio, pled guilty on July 6, 2017 in the Cuyahoga County Court of Common Pleas to offenses including trafficking oxycodone/acetaminophen. Mr. Dones was sentenced to eighteen months of probation.[213]

175.     Tiffany L. Dosztal pled guilty on May 10, 2011 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Ms. Dosztal was sentenced to two years of community control.[214]  On July 29, 2011, the Board of Nursing suspended her license to practice nursing for one year.

176.     Ashley Elizabeth Doyle, R.N. of Stow, Ohio pled guilty on May 14, 2013 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug.[215]  Ms. Doyle was sentenced to eighteen months of community control.  In January 2014, the Board of Nursing indefinitely suspended her license to practice nursing.  Ms. Doyle used deception to procure the administration of, a prescription for, or the dispensing of oxycodone or possessed an uncompleted preprinted prescription blank used for writing a prescription for a dangerous drug.

177.     Gregory Dresko of Lakewood, Ohio pled guilty on May 11, 2011 in the Cuyahoga County Court of Common Pleas to offenses including the assembly or possession of chemicals used to manufacture a controlled substance and the trafficking of oxycodone.  Mr. Dresko was sentenced to three years in prison.[216]

178.     Grace Genevieve Drouhard, R.N. of Akron, Ohio had her license to practice nursing as a licensed practical nurse suspended by the Board of Nursing in November 2016.  Ms.

---

[213] CUYAH_000072439; MCKPUB00003266; MCKPUB00003267; MCKPUB00003270.

[214] OBN_MDL 1st Production 031252, at OBN_MDL 1st Production 032969; MCKPUB00006015; MCKPUB00006016; MCKPUB00006019.

[215] MCKPUB00001359.

[216] CUYAH_000045174; MCKPUB00002756; MCKPUB00002758; MCKPUB00002762.

Drouhard admitted that she failed to document the administration or otherwise account for the disposition of controlled substances that she removed from the drug dispensing system, including hydrocodone-acetaminophen, Percocet, and oxycodone hydrochloride IR, while she was working as a nurse at Hudson Elms Nursing Home in Hudson, Ohio in January and March of 2016.  Ms. Drouhard also admitted that, in November 2014 and January 2015, she diverted hydromorphone while working as a nurse at Akron General Medical Center in Akron, Ohio.[217]

179.    Dawn Marie Dupont, L.P.N. pled guilty on August 14, 2018 in the Cuyahoga County Court of Common Pleas to offenses including theft of hydrocodone.  This misconduct occurred between May 1, 2016 and January 2, 2018, while Ms. Dupont was employed as a nurse at The Welsh Home in Rocky River, Ohio.  On September 27, 2018, the Board of Nursing indefinitely suspended her license to practice nursing.[218]

180.    Crystal M. Dyer of Akron, Ohio pled guilty on February 28, 2011 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug.  Ms. Dyer obtained oxycodone from a physician in Akron on August 11, 2010, failing to inform him that she received an additional prescription for oxycodone from another Akron area physician that same day.  According to Ms. Dyer's boyfriend, Ms. Dyer sold the prescription medication in addition to using it herself.  She was sentenced to eighteen months of incarceration, suspended provided that she complete eighteen months of community control.[219]

---

[217] OBN_MDL 1st Production 107561 at OBN_MDL 1st Production 109436; OBN_MDL 1st Production 152407 at OBN_MDL 1st Production 152417; MCKPUB00002734.

[218] OBN_MDL 1st Production 143830, at 148649; MCKPUB00002307.

[219] AKRON_001227274; MCKPUB00024776; MCKPUB00024777; MCKPUB00024779.

181.    Thomas Eckel was identified by Plaintiffs Summit County and the City of Akron in a replacement supplemental interrogatory response as someone under investigation for diversion of prescription opioids within Summit County and Akron.[220]  Agent Thomas Miksch of the Ohio State Board of Pharmacy provided a report of investigation to Detective Patrick Leonard of the Akron Police Department.  According to this report, a pharmacist in Akron, Ohio reported that Mr. Eckel came into his pharmacy for a prescription, but the pharmacist determined, including based on an OARRS report, that Mr. Eckel had received prescriptions for drugs including hydrocodone, oxycodone, and hydromorphone from thirty prescribers; filled prescriptions at sixteen pharmacies; and been arrested several times for such misconduct.[221]

182.    Troy Edgehouse was identified by Plaintiffs Summit County and the City of Akron in a replacement supplemental interrogatory response as someone under investigation for diversion of prescription opioids within Summit County and Akron.[222]  Akron Police identified Mr. Edgehouse as a suspect in a breaking and entering of a pharmacy in Akron, Ohio.[223]

183.    Suzanne Lee Edwards, R.N. had her license to practice nursing permanently revoked by the Board of Nursing.  Over a six-month period, while working at Akron General Hospital, Ms. Edwards diverted morphine.[224]

---

[220] Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 42.

[221] AKRON_001312626; AKRON_001312627; AKRON_001312629.

[222] Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 42.

[223] AKRON_001247770; AKRON_001247771.

[224] OBN_MDL 1st Production 023282, at OBN_MDL 1st Production 024135; MCKPUB00005879.

184.    Lindsay Marie Eichenberger (also known as Lindsay Marie Albert), R.N. had her license to practice nursing suspended by the Board of Nursing in November 2014.  Ms. Eichenberger admitted that she diverted narcotics including Percocet while working as a nurse at Cleveland Clinic, as well as that she falsified patient medication administration records and pain scales.[225]

185.    Amon Elliott of Cleveland, Ohio pled guilty on November 29, 2012 in the Cuyahoga County Court of Common Pleas to distributing Percocet from August 2011 to November 2011.  Mr. Elliott was sentenced to two years of community control.[226]

186.    Daniel P. Ellis of Akron, Ohio was convicted by a jury on May 24, 2013 in the Summit County Court of Common Pleas of deception to obtain a dangerous drug (hydrocodone), aggravated trafficking of drugs (oxycodone), and for using a forged prescription for hydrocodone.  Mr. Ellis was sentenced to three years of incarceration.[227]

187.    Amy C. Eloshway, L.P.N. entered into a consent agreement with the Board of Nursing on March 20, 2009 to suspend her license to practice nursing indefinitely.  As a licensed practical nurse working at Walton Manor Health Care Center in Walton Hills, Ohio, Ms. Eloshway diverted Vicodin and Percocet from her patients.[228]

188.    Louis Eppinger of Cleveland, Ohio pled guilty on March 20, 2013 in the Northern District of Ohio to conspiracy to possess with intent to distribute oxycodone, health care fraud,

---

[225] OBN_MDL 1st Production 11399, at OBN_MDL 1st Production 114362; MCKPUB00003976.

[226] CUYAH_006985926; MCKPUB00001064; MCKPUB00001065; MCKPUB00001068.

[227] SUMMIT_000519619; MCKPUB00024787; MCKPUB00024785; MCKPUB00024784; MCKPUB00024781.

[228] OBN_MDL 1st Production 003315, at OBN_MDL 1st Production 004166.

and aggravated identity theft.  Mr. Eppinger's convictions were for leading a conspiracy between January 2011 and January 2012 that forged prescriptions for OxyContin and Percocet pills, hired people to have them filled at pharmacies throughout the region, then sold the pills on the street. On June 11, 2013, Mr. Eppinger was sentenced to twelve years in prison and ordered to pay $21,098 to Ohio Medicaid in restitution for defrauding it.[229]

189.    Asmar J. Epps of Akron, Ohio pled guilty on March 30, 2018 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs.  On October 18, 2017, officers executed a search warrant at an Akron property, arresting Mr. Epps and recovering oxycodone, fentanyl, multiple firearms, and digital scales.  Mr. Epps was sentenced to four years in prison.[230]

190.    Melissa Ermacora, R.N. of Cleveland, Ohio pled guilty on January 3, 2011 in the Cuyahoga County Court of Common Pleas to offenses including theft of Dilaudid, fentanyl, and morphine from Metro Health Medical Center in Cleveland, Ohio, where she was employed as a nurse.  Ms. Ermacora also entered into a consent agreement with the Board of Nursing in April 2011 that suspended her license to practice nursing as a registered nurse for eighteen months.[231]

191.    Ashley Evans was identified by Plaintiffs Summit County and the City of Akron in a replacement supplemental interrogatory response as someone under investigation for

---

[229] MCKPUB00004152-04154; MCKPUB00004155.

[230] AKRON_001275171; MCKPUB00024790; MCKPUB00024791; MCKPUB00024793.

[231] CUYAH_000045106; OBN_MDL 1st Production 029049, at 029823; MCKPUB00004393.

diversion of prescription opioids within Summit County and Akron.[232] Mr. Evans robbed Percocet from a friend, and she was arrested on April 8, 2017.[233]

192.    Tina Evans of Cleveland, Ohio pled guilty on January 3, 2013 in the Cuyahoga County Court of Common Pleas to distributing Percocet from August 2011 to November 2011. Ms. Evans was sentenced to one and a half years of community control.[234]

193.    Tiauna C. Farrow of Marysville, Ohio pled guilty on June 19, 2017 in the Cuyahoga County Court of Common Pleas to offenses including trafficking oxycodone. Ms. Farrow was sentenced to three years in prison.[235]

194.    Darrin Fears of Cleveland, Ohio pled guilty on January 11, 2017 in the Cuyahoga County Court of Common Pleas to trafficking hydromorphone hydrochloride. Mr. Fears was sentenced to twelve months in prison.[236]

195.    Christopher E. Feiteira of Akron, Ohio pled guilty on June 25, 2013 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug and for using a forged prescription for hydrocodone. Mr. Feiteira was sentenced to one year of incarceration, suspended upon the condition that he complete two years of community control.[237]

196.    Rachael J. Figuly, R.N. had her license to practice nursing as a licensed practical nurse temporarily suspended in May 2011, and, in July 2011, suspended indefinitely, by the

---

[232] Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 41.

[233] AKRON_001150411; AKRON_001278322.

[234] CUYAH_006985926; MCKPUB00006043; MCKPUB00006044; MCKPUB00006046.

[235] CUYAH_000032131; MCKPUB00006007; MCKPUB00006008; MCKPUB00006012.

[236] CUYAH_000071356; MCKPUB00002222; MCKPUB00002223; MCKPUB00002228.

[237] SUMMIT_000519619; MCKPUB00024797; MCKPUB00024800; MCKPUB00024801; MCKPUB00024804.

Board of Nursing.  Ms. Figuly admitted that, while employed as a nurse at the Cleveland Clinic, she diverted Dilaudid and waste of morphine.[238]

197.    Morgan Elizabeth Fitzmaurice, R.N. had her license to practice nursing as a registered nurse temporarily suspended on March 19, 2010, and, November 19, 2010, suspended indefinitely, by the Board of Nursing.  While working as a registered nurse at the Cleveland Clinic, Ms. Fitzmaurice stole Percocet and Vicodin.[239]

198.    Michael J. Folczynski, R.N. pled guilty on January 17, 2018 in the Cuyahoga County Court of Common Pleas to theft of tramadol.  Mr. Folczynski's misconduct occurred while he was working as a nurse at Ennis Court in Lakewood, Ohio.  In September 2018, the Board of Nursing indefinitely suspended his license to practice nursing.[240]

199.    Pamela Ford, L.P.N. had her license to practice nursing indefinitely suspended by the Board of Nursing on January 21, 2011 for diverting oxycodone from patients while working as a nurse at St. Augustine Manor in Cleveland, Ohio.[241]

200.    Tammy S. Forrest, L.P.N. of Southington, Ohio, voluntarily surrendered her license in 2009.  Ms. Forrest admitted that, for approximately seven to eight months, while working as a licensed practitioner nurse at Brentwood Care Center in Sagamore Hills, Ohio, she removed Vicodin from the care center.[242]

---

[238] CUYAH_000045099; OBN_MDL 1st Production 083864, at OBN_MDL 1st Production 085054; MCKPUB00005053.

[239] CUYAH_000039060; MCKPUB00004676.

[240] OBN_MDL 1st Production 135369, at 140360; OBN_MDL 1st Production 150318, at 150598.

[241] OBN_MDL, 1st Production 025156; MCKPUB00004897.

[242] OBN_MDL 1st Production 001828, at OBN_MDL 1st Production 001923; OBN_MDL 1st Production 155386, at OBN MDL 1st Production 150875.

201.    Antwane L. Foster of Akron, Ohio pled guilty on July 21, 2014 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely oxycodone, and trafficking in heroin.  On October 3, 2013, officers detained Mr. Foster in a traffic stop in Akron and recovered bag containing heroin and oxycodone pills and heroin, as well as a loaded gun.  Mr. Foster was sentenced to two years in prison.[243]

202.    Nyeisha Foster of Cleveland, Ohio pled guilty on December 11, 2012 in the Cuyahoga County Court of Common Pleas to distributing Percocet from August 2011 to November 2011.  Ms. Foster was sentenced to two years of community control.[244]

203.    Thomas Lee Fowkes, R.N. entered into a consent agreement with the Board of Nursing on July 30, 2010 to suspend indefinitely his license to practice nursing.  While employed at Akron General Hospital in Akron, Ohio, Mr. Fowkes diverted Dilaudid and morphine.[245]

204.    Martha Jane Fries, L.P.N. voluntarily and permanently surrendered her license to practice nursing to the Board of Nursing on September 15, 2016.  While working at Edwin Shaw Rehabilitation Hospital in Copley, Ohio, Ms. Fries diverted Dilaudid.[246]

---

[243] AKRON_001280360; MCKPUB00024835; MCKPUB00024836; MCKPUB00024839.

[244] CUYAH_006985926; MCKPUB00004864; MCKPUB00004865-04866; MCKPUB00004867.

[245] OBN_MDL 1st Production 010874, at OBN_MDL 1st Production 011119; MCKPUB00005981.

[246] OBN_MDL 1st Production 110764, at OBN_MDL 1st Production 113232; MCKPUB00004226.

205.     Sonja Fulton, R.N. entered into a consent agreement with Board of Nursing in August 2011 to surrender her license to practice nursing voluntarily.  While working as a nurse for the Cleveland Clinic, Ms. Fulton diverted fentanyl.[247]

206.     Naisha C. Gardner of Shaker Heights, Ohio pled guilty on June 19, 2017 in the Cuyahoga County Court of Common Pleas to offenses including trafficking oxycodone. Ms. Farrow was sentenced to four years in prison.[248]

207.     Carmine J. Gargano of Cleveland, Ohio pled guilty on March 21, 2011 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Gargano was sentenced to two years of community control.[249]

208.     John A. Gibson, Jr. of Akron, Ohio pled guilty on February 25, 2010 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug (oxycodone). Mr. Gibson was sentenced to one year of incarceration, suspended upon the condition that he complete two years of community control.[250]

209.     Debra D. Gill, R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing in November 2006.  While working as a nurse at the Akron City Hospital, Ms. Gill diverted Vicodin.[251]

210.     Gurkiran (Karen) Gill, R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing on January 22, 2010.  Ms. Gill admitted that, while

---

[247] MCKPUB00005595.

[248] CUYAH_000032131; MCKPUB00004724; MCKPUB000047257; MCKPUB00004728.

[249] CUYAH_000043892; MCKPUB00001763; MCKPUB00001764; MCKPUB00001767.

[250] AKRON_001157614; MCKPUB00024842; MCKPUB00024843; MCKPUB00024845.

[251] OBN_MDL 1st Production 021117 at OBN_MDL 1st Production 021796; MCKPUB00002342.

employed as a nurse at University Hospital Case Medical Center, she stole Dilaudid from her employer.[252]

211.    Faith Elaine Gingerich, R.N. entered into a consent agreement with Board of Nursing on March 9, 2017, suspending her license to practice nursing indefinitely.  Ms. Gingerich admitted that she diverted hydrocodone, oxycodone, and tramadol from Edwin Shaw Rehabilitation Hospital in Akron, Ohio and then gave the diverted narcotics to her boyfriend.[253]

212.    Brittany N. Glass of Cleveland, Ohio pled to guilty on October 30, 2012 in the Northern District of Ohio to conspiracy with intent to distribute oxycodone and health care fraud. Between January 2011 and January 2012, Ms. Glass received fraudulent prescriptions and served as a "walker" who attempted to fill the prescriptions at pharmacies in Northeast Ohio, including several in Cleveland, Shaker Heights, and Garfield Heights.  Ms. Glass then provided the pills to the conspiracy ringleader, who paid her for filling the fraudulent prescriptions.[254]

213.    Christopher Glatzer of Brecksville, Ohio pled guilty on June 20, 2018 in the Summit County Court of Common Pleas, to trafficking in buprenorphine.  Mr. Glatzer was sentenced to two years of community control.[255]

214.    Mark Glockner of Berea, Ohio pled guilty on February 9, 2009 in the Cuyahoga County Court of Common Pleas to trafficking hydrocodone.  Mr. Glockner was sentenced to one year in prison.[256]

---

[252] OBN_MDL, 1st Production 025156; MCKPUB00002765.

[253] OBN_MDL 1st Production 107561 at OBN_MDL 1st Production 109380; OBN_MDL 1st Production 156827 at OBN_MDL 1st Production 156834; MCKPUB00002630.

[254] MCKPUB00001604; MCKPUB00001607.

[255] MCKPUB00008973; MCKPUB00008975; MCKPUB00008977.

[256] CUYAH_000039867; MCKPUB00004216; MCKPUB00004217; MCKPUB00004219.

215.    Margaret Mariam Goetz, R.N. of Cleveland, Ohio pled guilty on September 20, 2017 in the Cuyahoga County Court of Common Pleas to offenses including theft of oxycodone and Percocet, for conduct that occurred when she was employed as a nurse at MetroHealth Medical Center in Cleveland, Ohio.  In January 2018, Ms. Goetz entered a consent agreement with the Board of Nursing that suspended her license to practice nursing indefinitely.[257]

216.    Kandi Renee Gold, R.N. of Akron, Ohio had her license to practice nursing as a registered nurse permanently revoked by the Board of Nursing in July 2014.  Ms. Gold admitted that, as a nurse working at Summa Health System in Akron, Ohio, she diverted Dilaudid (hydromorphone) and morphine from the hospital.[258]

217.    Kristy Jean Goldrick, R.N. of Cleveland, Ohio had her license to practice nursing as a registered nurse suspended for not less than 28 months by the Board of Nursing in January 2015.  As a nurse working at University Hospitals, Ms. Goldrick diverted Percocet, Vicodin, and Ultram.[259]

218.    Richard A. Gomez of Akron, Ohio pled guilty on June 10, 2013 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug and for using a forged prescription for hydrocodone/Vicodin.  Mr. Gomez was sentenced to eighteen months of incarceration.[260]

---

[257] OBN_MDL 1st Production 132477, at 134749; OBN MDL 1st Production 152729, at 152738.

[258] OBN_MDL 1st Production 072083, at OBN_MDL 1st Production 074851; MCKPUB00003314.

[259] OBN_MDL 1st Production 107561 at OBN_MDL 1st Production 108488; MCKPUB00003679.

[260] SUMMIT_000519619; MCKPUB00024849; MCKPUB00024852; MCKPUB00024853; MCKPUB00024855.

219.    Franklin Goodrich of Lakewood, Ohio pled guilty on November 10, 2009 in the Cuyahoga Court of Common Pleas to trafficking OxyContin.  Mr. Goodrich was sentenced to four years in prison.[261]

220.    Elizabeth Ann Grabiec, R.N. had her license to practice nursing suspended for an indefinite period of time by the Board of Nursing in September 2011.  While employed as a registered nurse at Fairview Hospital (Cleveland Clinic) in Cleveland, Ohio, Ms. Grabiec diverted Percocet and Vicodin.[262]

221.    Michael D. Grant II of Bedford Heights, Ohio, pled guilty on August 21, 2014 in the Cuyahoga Court of Common Pleas to trafficking oxycodone.  Mr. Grant was sentenced to five years in prison.[263]

222.    David Graybill of Brunswick, Ohio pled guilty on November 6, 2009 in the Cuyahoga Court of Common Pleas to trafficking OxyContin.  Mr. Graybill was sentenced to two years in prison.[264]

223.    Amanda C. Greene, R.N. pled guilty in the Cuyahoga County Court of Common Pleas on February 15, 2018 to offenses including theft of hydromorphone.  This misconduct occurred on or about January 28, 2016 to February 1, 2016, while Ms. Greene was employed as a nurse at Bedford Medical Center in Bedford, Ohio.  In July 2018, the Board of Nursing agreed to a consent agreement for these violations.[265]

---

[261] CUYAH_000043206; MCKPUB00002666; MCKPUB00002668; MCKPUB00002671.

[262] OBN_MDL 1st Production 033744 at OBN_MDL 1st Production 034235; MCKPUB00002602.

[263] CUYAH_000057784; MCKPUB00004512; MCKPUB00004513; MCKPUB00004516.

[264] CUYAH_000043206; MCKPUB00002270; MCKPUB00002272; MCKPUB00002275.

[265] OBN_MDL 1st Production 135369, at 140297; OBN_MDL 1st Production 155070, at 155080; MCKPUB00000952; MCKPUB00000954; MCKPUB00000957.

224.    Ashley Marie Greene, R.N. of Cuyahoga Falls, Ohio had her license to practice nursing as a registered nurse suspended indefinitely by the Board of Nursing in March 2013.  As a nurse working at Akron City Hospital in Akron, Ohio, Ms. Greene diverted hydromorphone (Dilaudid), morphine solutions, oxycodone (Percocet and OxyContin), and hydrocodone (Vicodin) tablets from January 2011 to December 2012.[266]

225.    Amanda Griss, R.N. had her license to practice nursing permanently revoked by the Board of Nursing on July 29, 2011.  While employed as a nurse at University Hospitals, Case Medical Center, Cleveland, Ohio, Ms. Griss stole oxycodone.[267]

226.    Jennifer A. Grubb pled guilty on January 25, 2012 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug, namely Vicodin.  Ms. Grubb worked at the Highland Square Veterinary Clinic in Akron and used a physician's name and DEA number to call in Vicodin orders without a doctor's prescription.  Ms. Grubb was sentenced to six months of incarceration, suspended provided that she complete eighteen months of community control.[268]

227.    Anmarie Gum, R.N. of Clinton, Ohio pled guilty on April 25, 2012 in the Summit County Court of Common Pleas to offenses including theft of Vicodin, for conduct that occurred while she was working as a nurse at Akron General Medical Center in March 2011.  On May 17,

---

[266] MCKPUB00001375.

[267] OBN_MDL, 1st Production 025156; MCKPUB00000959.

[268] AKRON_001276829; MCKPUB00024859; MCKPUB00024860; MCKPUB00024862.

2013, Ms. Gum and the Board of Nursing entered into a consent agreement suspending her license to practice nursing indefinitely.[269]

228.    Nicole M. Guzman, R.N., who was employed at Summa Health System in Akron, Ohio, had her license to practice nursing suspended indefinitely on May 17, 2018 for theft and/or diversion of oxycodone (Percocet) from September 1, 2016 to December 8, 2016.[270]

229.    Robert A. Halabica of Lakewood, Ohio pled guilty on June 7, 2010 in the Cuyahoga County Court of Common Pleas to trafficking hydrocodone.  Mr. Halabica was sentenced to one year of community control.[271]

230.    Aaron Hall of Cleveland, Ohio pled guilty on May 22, 2013 in the Cuyahoga County Court of Common Pleas to distributing Percocet from August 2011 to November 2011. Mr. Hall was sentenced to one year in prison.[272]

231.    Peggy Lynn Hamilton, R.N., who was employed at MetroHealth Medical Center in Cleveland, Ohio, had her license to practice nursing suspended indefinitely on September 14, 2017 for theft of hydromorphone from MetroHealth Medical Center on or about November 11, 2014 to September 4, 2015.[273]

232.    William Luther Hamilton, R.N. pled guilty on December 15, 2010 in the Cuyahoga County Court of Common Pleas to offenses including theft of oxycodone.  On July 29, 2011, the Board of Nursing indefinitely suspended Mr. Hamilton's license to practice

---

[269] OBN_MDL 1st Production 054509, at 055237; OBN_MDL 1st Production 077501, at OBN_MDL 1st Production 078962; OBN_MDL 1st Production 043086, at OBN_MDL 1st Production 044585; MCKPUB00001155.

[270] OBN_MDL 1st Production 138020, at 143748.

[271] CUYAH_000023705; MCKPUB00005269; MCKPUB00005270; MCKPUB00005272.

[272] CUYAH_006985926; MCKPUB00000905; MCKPUB00000906; MCKPUB00000908.

[273] MCKPUB00005004; MCKPUB00005005; MCKPUB00005008.

nursing.  Mr. Hamilton admitted that, while he was employed at The Cleveland Clinic Foundation in 2010, he diverted oxycodone IR.[274]

233.    Jamie L. Hammonds of Akron, Ohio was convicted by a jury on May 24, 2013 in the Summit County Court of Common Pleas of offenses including aggravated trafficking in hydrocodone.  On June 3, 2013, Mr. Hammonds was sentenced to one year in prison.[275]

234.    Tina Marie Hanish, L.P.N. had her license to practice nursing suspended indefinitely by the Board of Nursing on March 9, 2017.  On or about October 23, 2015, while employed as a nurse for The Weils in Solon, Ohio, she diverted oxycodone-acetaminophen.[276]

235.    Adria Harper of Akron, Ohio, pled guilty on October 20, 2014 in the Northern District of Ohio to conspiracy to traffic drugs and drug trafficking.  Ms. Harper illegally distributed prescription medications—including OxyContin, Percocet, Roxicet, Opana, and others—from a medical office in Akron between September 2009 and May 2012.  Ms. Harper distributed prescriptions to customers when the doctor was out of the office.[277]  Ms. Harper admitted that she witnessed many patients exhibit clear signs of drug addiction, such as falling asleep, vomiting, or urinating in the waiting room, and that she was aware of several patients who had died of drug overdoses.  In June 2011, Ms. Harper encouraged the doctor for whom she worked to continue seeing a patient who was addicted to prescription drugs; this patient

---

[274] OBN_MDL, 1st Production 026480; OBN_MDL 1st Production 031252 at OBN_MDL 1st Production 032021; MCKPUB00006190.

[275] AKRON_000216740; MCKPUB00002947; MCKPUB00002950.

[276] OBN_MDL 1st Production 107561 at OBN_MDL 1st Production 109369; MCKPUB00006048.

[277] MCKPUB00000910.

overdosed fatally on oxycodone four hours later.  Ms. Harper was sentenced to 51 months in prison.[278]

236.    David A. Harris, Jr. of Akron, Ohio pled guilty on April 20, 2009 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug (oxycodone).  Mr. Harris obtained oxycodone from a doctor on October 9, 2008, but failed to inform the doctor that he had received oxycodone from another doctor three days before.  Mr. Harris was sentenced to one year of incarceration, suspended upon completion of one year of community control.[279]

237.    Lavelle Harris of Cleveland, Ohio, pled guilty on April 30, 2012 in the Cuyahoga Court of Common Pleas to offenses including trafficking oxycodone.  Mr. Harris was sentenced to one year in prison.[280]

238.    Monique Harris, R.N., L.P.N. of Euclid, Ohio pled guilty on September 2, 2015 in the Cuyahoga County Court of Common Pleas to offenses including deception to obtain a dangerous drug, and she was sentenced to one year of community control.  In September 2016, the Board of Nursing permanently revoked her licenses to practice nursing.  While employed as a nurse at Grace Hospitals in Cleveland, Ohio, Ms. Harris used blank prescription forms and forged prescriptions using physicians' DEA numbers and telephone numbers to divert oxycodone pills as part of a fraudulent prescription scheme.[281]

---

[278]MCKPUB00024864; MCKPUB00024939; MCKPUB00004923.

[279] AKRON_001157676; MCKPUB00025014; MCKPUB00025015; MCKPUB00025017.

[280] CUYAH_000051471; MCKPUB00003922; MCKPUB00003923; MCKPUB00003925.

[281] OBN MDL 1st Production 095701, at OBN MDL 1st Production 097450; OBN_MDL 1st Production 110764, at OBN_MDL 1st Production 111243; MCKPUB00004634; MCKPUB00004636; MCKPUB00004640; MCKPUB00004642.

239.    Angela L. Harrison of Cleveland, Ohio, pled guilty on October 21, 2007 in the Cuyahoga County Court of Common Pleas to offenses including drug trafficking of a controlled substance (oxycodone).  Ms. Harrison was sentenced to two years of community control.[282]

240.    Sheila S. Harvey of Cleveland, Ohio pled guilty on August 11, 2011 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin and Percocet.  Ms. Harvey was sentenced to two years in prison.[283]

241.    Mary A. Havran, R.N. entered into a consent agreement with the Board of Nursing on November 16, 2007 that indefinitely suspended her license to practice nursing as a registered nurse.  For a period of three years, while working as a nurse at Lutheran Hospital in Cleveland, Ohio, Ms. Havran diverted Demorol, morphine, and fentanyl.[284]

242.    Cynthia S. Hawkins, R.N. of Akron, Ohio entered into a consent agreement in July 2007 to suspend her license to practice nursing as a registered nurse for an indefinite period of time.  Ms. Hawkins also pled guilty to offenses, including theft of a dangerous drug, in the Summit County Court of Common Pleas.  On or about April 1, 2005 to June 3, 2005, while employed as a registered nurse at Summa Health System in Akron, Ohio, Hawkins diverted Vicodin.[285]

243.    Karen L. Hawkins, L.P.N. (formerly known as Karen L. Hinkle and Karen L. Massey) of Brook Park, Ohio, entered into a consent agreement in May 2010 with the Board of Nursing that indefinitely suspended her license.  Ms. Hawkins admitted that, while employed as

---

[282] CUYAH_000036140; MCKPUB00001144; MCKPUB00001145; MCKPUB00001148.

[283] CUYAH_000047522; MCKPUB00005537; MCKPUB00005538; MCKPUB00005541.

[284] OBN_MDL 1st Production 003315, at OBN_MDL 1st Production 004093; OBN_MDL 1st Production 033744 at OBN_MDL 1st Production 035462; MCKPUB00004241.

[285] OBN_MDL 1st Production 000001, at OBN_MDL 1st Production 000937.

a licensed practical nurse at Pleasantview and St. Augustine, there were numerous discrepancies in her documentation of Percocet, on Controlled Drug Records, and patient records, all of which which were related to her diversion of Percocet.  Pleasantview terminated her employment due to narcotics discrepancies.[286]

244.    Christina Elizabeth Haynes, R.N. of Brunswick, Ohio pled guilty on July 14, 2014 in the Cuyahoga Court of Common Pleas to offenses including aggravated theft of Percocet and oxycodone.  On July 31, 2015, the Board of Nursing permanently revoked her license to practice nursing.  While working as a nurse at Lakewood Hospital, Ms. Haynes diverted oxycodone.[287]

245.    Timothy J. Haywood of Parma, Ohio pled guilty on January 30, 2013 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Haywood was sentenced to one year of community control.[288]

246.    Maureen Shannon Henry, L.P.N. pled guilty on November 4, 2009 in the Summit County Court of Common Pleas to offenses including theft of morphine.  While employed as a nurse at Akron City Hospital in Akron, Ohio, Ms. Henry diverted morphine and Dilaudid.  As a result of her criminal case, Ms. Henry entered into a consent agreement with the Board of Nursing on July 30, 2010 to have her license to practice nursing suspended indefinitely.[289]

---

[286] OBN_MDL 1st Production 016725, at OBN_MDL 1st Production 017719.

[287] OBN_MDL 1st Production 074923, at OBN_MDL 1st Production 076335; OBN_MDL 1st Production 154020, at OBN_MDL 1st Production 154154; MCKPUB00001902.

[288] CUYAH_000053407, CUYAH_000053812; MCKPUB00006036; MCKPUB00006038; MCKPUB00006041.

[289] OBN_MDL 1st Production 010874, at OBN_MDL 1st Production 011156; MCKPUB00004316.

247.     Nicholas Hershbach of Euclid, Ohio pled guilty on January 4, 2008 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone and Oxycontin.  Mr. Hershbach was sentenced to two years in prison.[290]

248.     Lisa Ann Hickin, R.N. of Cuyahoga Falls, Ohio had her license to practice nursing as a licensed practical nurse suspended by the Board of Nursing in September 2015.  Ms. Hickin admitted that she failed to document the administration or otherwise account for the disposition of controlled substances that she removed from the drug dispensing system and that she withdrew controlled substances, including fentanyl and Dilaudid, without a physician's order while working as a nurse at the Cleveland Clinic Foundation in Cleveland, Ohio.[291]

249.     Daniel C. Higgins, R.N. entered into a consent agreement with the Board of Nursing on September 24, 2010, to have his license to practice nursing suspended indefinitely. While employed as a nurse in the Medical Intensive Care Unit ("ICU") at the Cleveland Clinic Foundation in Cleveland, Ohio, Mr. Higgins stole fentanyl and altered drug records to conceal the theft.[292]

250.     Thomas S. Hilbert, R.N. of Akron, Ohio pled guilty on January 12, 2018 in the Cuyahoga County Court of Common Pleas to offenses including theft of Dilaudid.  On September 27, 2018, the Board of Nursing suspended Mr. Hilbert's license to practice nursing indefinitely.[293]

---

[290] CUYAH_000036937; MCKPUB00019051; MCKPUB00019052; MCKPUB00019056.

[291] OBN_MDL 1st Production 085996, at OBN_MDL 1st Production 087629; MCKPUB00004024.

[292] OBN_MDL 1st Production 021117 at OBN_MDL 1st Production 022002; MCKPUB00002101.

[293] OBN_MDL 1st Production 135369, at 140219; OBN_MDL 1st Production 150318, at 150547; MCKPUB00005944; MCKPUB00005945; MCKPUB00005947.

251.    Michael W. Hilditch of Stow, Ohio pled guilty on February 9, 2016 in the Summit County Court of Common Pleas to offenses including aggravated trafficking of drugs (Percocet), for conduct occurring in Akron, Ohio.  He was sentenced to twenty-three months of incarceration.[294]

252.    Howard H. Hills, Jr. of Akron, Ohio pled guilty on November 9, 2009 in the Summit County Court of Common Pleas to offenses including trafficking of drugs.  He was arrested on August 28, 2009 for selling his prescribed Vicodin pills.  Mr. Hills was sentenced to one year of incarceration, suspended upon completing one year of community control.[295]

253.    Sean Christopher Hinkle, R.N. pled guilty on September 20, 2012 in the Cuyahoga County Court of Common Pleas to offenses including aggravated theft of fentanyl and Dilaudid.  On July 26, 2013, the Board of Nursing indefinitely suspended his license to practice nursing.  Mr. Hinkle admitted that, while he was employed as a nurse at the Cleveland Clinic, he diverted fentanyl, Dilaudid, and Percocet.[296]

254.    Rosemary Anne Hite, L.P.N. of Sagamore Hills, Ohio pled guilty on August 31, 2009, in the Cuyahoga County Court of Common Pleas to aggravated theft.  While employed as a licensed practical nurse at Parkside Villa Nursing Home in Middleburg Heights, Ohio, Ms. Hite stole oxycodone.  Ms. Hite was sentenced to one year of community control.  As a result of

---

[294] AKRON_001286931; MCKPUB00025019; MCKPUB00025020; MCKPUB00025023.

[295] AKRON_001157119; MCKPUB00025025; MCKPUB00025026; MCKPUB00025028.

[296] OBN_MDL 1st Production 056992 at OBN_MDL 1st Production 057800; MCKPUB00005473; MCKPUB00005474; MCKPUB00005477.

her criminal case, Ms. Hite's license to practice nursing was suspended indefinitely by the Board of Nursing on or about November 2009.[297]

255.    Angela Holcepl of Cleveland, Ohio was found guilty on January 23, 2008 in the Cuyahoga County Court of Common Pleas of trafficking of a controlled substance, Vicodin.  Ms. Holcepl was sentenced to two years of community control.[298]

256.    Tara Marie Holodnak pled guilty on February 23, 2009 in the Summit County Court of Common Pleas to theft of drugs.  While working at Pebble Creek Care Center as a licensed practical nurse, Ms. Holodnak stole Vicodin and oxycodone.  Ms. Holodnak's license to practice nursing was permanently revoked by the Board of Nursing on July 24, 2009.[299]

257.    Wayne Holt of Cleveland, Ohio pled guilty on October 18, 2012 in the Cuyahoga County Court of Common Pleas to attempted trafficking of oxycodone.  Mr. Holt was granted intervention in lieu of conviction.[300]

258.    Morrisa Hooker of Akron, Ohio pled guilty on March 11, 2015 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely oxycodone.  She was sentenced to two years of community control.[301]

259.    Jesse L. Horn, Jr. of East Cleveland, Ohio pled guilty on August 22, 2008 in the Cuyahoga County Court of Common Pleas to trafficking methadone.  Mr. Horn was sentenced to

---

[297] OBN_MDL 1st Production 010874, at OBN_MDL 1st Production 011135; MCKPUB00005363; MCKPUB00005365; MCKPUB00005369-05370; MCKPUB00005371.

[298] CUYAH_000035541; MCKPUB00001138; MCKPUB00001139; MCKPUB00001142.

[299] OBN_MDL 1st Production 003315, at OBN_MDL 1st Production 003456; MCKPUB00005892.

[300] CUYAH_000026442; MCKPUB00006178; MCKPUB00006180; MCKPUB00006183.

[301] AKRON_001218850; MCKPUB00025030; MCKPUB00025031; MCKPUB00025034.

five years of community control.  Upon multiple violations of the terms of his sentence, Mr.

Horn was sentenced to two years in prison.[302]

260.    Gayle Ellen Houdek, R.N. had her license to practice nursing suspended by the

Board of Nursing in July 2017.  Ms. Houdek admitted that she failed to document the

administration of or otherwise account for the disposition of oxycodone that she removed from

the drug dispensing system while working as a nurse at MetroHealth Medical Center in

Cleveland, Ohio.[303]

261.    Molly Sue Howard (also known as Molly Melton), R.N. of  Newton Falls, Ohio,

had her license to practice nursing as a registered nurse indefinitely suspended by the Board of

Nursing in May 2016.  As a nurse working at University Hospitals Ahuja Medical Center in

Beachwood, Ohio (University Hospitals), Ms. Howard diverted fentanyl from an IV bag.[304]

262.    Amy Heather Hudson, R.N. had her license to practice nursing as a registered

nurse suspended indefinitely by the Board of Nursing in March 2013.  As a nurse working at

University Hospital in Cleveland, Ohio, Ms. Hudson stole OxyContin, oxycodone, morphine,

methadone, and codeine using various patients' names, and did not administer the drug to the

patients, for a period of approximately one and one half years.[305]

---

[302] CUYAH_000038383; MCKPUB00003187; MCKPUB000031893; MCKPUB00003194.

[303] OBN_MDL 1st Production 11399, at OBN_MDL 1st Production 115573;
MCKPUB00002689.

[304] OBN_MDL 1st Production 098951, at OBN_MDL 1st Production 100553;
MCKPUB00004602.

[305] OBN_MDL 1st Production 107561 at OBN_MDL 1st Production 108389;
MCKPUB00001071.

263.    James Hudson-Bey pled guilty on May 23, 2017 in the Cuyahoga County Court of Common Pleas to offenses including trafficking oxycodone.  Mr. Hudson-Bey was sentenced to one year and half in prison.[306]

264.    Crystal Lynn Huffman, R.N. of Cuyahoga Falls, Ohio pled guilty on March 25, 2014 in the Summit County Court of Common Pleas to theft of drugs.  In November 2014, the Board of Nursing indefinitely suspended her license to practice nursing as a registered nurse. Ms. Huffman admitted that on August 31, 2013, while working at Hickory Ridge Nursing and Rehabilitation Center, in Akron, Ohio, she removed Roxanol from the bottle prescribed to a patient and substituted water.[307]

265.    Shawn W. Hughes of Cleveland, Ohio pled guilty on October 26, 2011 in the Cuyahoga County Court of Common Pleas to distribution of, as well as attempted distribution of, oxycodone.  From November 2, 2010 to December 3, 2010, Mr. Hughes procured the administration of, a prescription for, or the dispensing of oxycodone.  Mr. Hughes was sentenced to five years of community control.[308]

266.    Theresa Impala, R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing in July 2012.  As a nurse working at Metro Health Skilled Nursing Services, Ms. Impala stole oxycodone, Percocet, and methadone.[309]

---

[306] CUYAH_000032131; MCKPUB00002879; MCKPUB00002880; MCKPUB00002885.

[307] OBN_MDL 1st Production 069491, at OBN_MDL 1st Production 160919.

[308] CUYAH_000047665; MCKPUB00005531; MCKPUB00005532; MCKPUB00005535.

[309] CUYAH_000050322; MCKPUB00005925.

267.    Anthony Jackson of Cleveland, Ohio pled guilty on April 11, 2007 in the Cuyahoga Court of Common Pleas to trafficking Percocet.[310]  Mr. Jackson was sentenced to six months in prison.

268.    Gail Jackson of Cleveland, Ohio pled guilty on October 18, 2012 in the Cuyahoga County Court of Common Pleas to attempted trafficking of oxycodone.  Ms. Jackson was granted intervention in lieu of conviction.[311]

269.    Russell R. James of Cleveland, Ohio pled guilty on December 9, 2008 in the Cuyahoga County Court of Common Pleas to theft of methadone, codeine, oxymorphone, oxycodone, morphine, Demerol, hydromorphone, morphone, Dilaudid; receiving stolen property of tramadol; and wholesale and terminal distribution of dangerous drugs, including tramadol. Mr. James also pled guilty to offenses including deception to obtain a dangerous drug, for possessing a false prescription for and deceptively procuring the administration of, a prescription for, or the dispensing of, hydrocodone.[312]

270.    Thomas J. Janecko, L.P.N. had his license to practice nursing suspended indefinitely on November 29, 2010 by the Board of Nursing.  While employed as a licensed practical nurse at St. Augustine Manor in Cleveland, Ohio, Mr. Janecko stole Vicodin and Percocet.[313]

---

[310] CUYAH_000034367; MCKPUB00001299; MCKPUB00001300; MCKPUB00001302.

[311] CUYAH_000026442; MCKPUB00002673; MCKPUB00002674; MCKPUB00002679.

[312] CUYAH_000038775; CUYAH_000039842; MCKPUB00005403; MCKPUB00005405; MCKPUB00005408; MCKPUB00005395; MCKPUB00005397; MCKPUB00005400.

[313] OBN_MDL 1st Production 010874, at OBN_MDL 1st Production 011101; OBN_MDL 1st Production 023282, at OBN_MDL 1st Production 024811; MCKPUB00005949.

271.  Alice V. Johnson was convicted on November 11, 2011, in the Cuyahoga County Court of Common Pleas, of deception to obtain a dangerous drug, oxycodone.  Ms. Johnson was sentenced to one year of community control.[314]

272.  Jaime Lyn Johnson, R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing on September 20, 2013.  While working as a nurse at the Cleveland Clinic Foundation, she failed to account for the disposition of narcotics, including oxycodone, tramadol, and fentanyl.  Ms. Johnson also pled guilty in Lakewood County Municipal Court to misdemeanor permitting drug abuse, relating to allowing another to use heroin while in her home.[315]

273.  Perry Johnson of Cleveland, Ohio pled guilty in the Northern District of Ohio on May 22, 2013 to offenses including possession with the intent to distribute oxycodone.[316]  Mr. Johnson robbed two CVS stores in Cleveland on November 16, 2012 and November 23, 2012.  In the first robbery, Mr. Johnson took five bottles of Percocet and cash.[317]  In the second robbery, Mr. Johnson took cash, merchandise, and thirty bottles of prescription medication, including OxyContin.[318]  Mr. Johnson was sentenced to 300 months' imprisonment.[319]  This Sixth Circuit has affirmed this sentence.[320]

---

[314] CUYAH_000048938; MCKPUB00000913; MCKPUB00000914; MCKPUB00000917.

[315] OBN_MDL 1st Production 059516 at OBN_MDL 1st Production 060118; MCKPUB00002951.

[316] MCKPUB00005032; MCKPUB00005040; MCKPUB00005017; MCKPUB00005010.

[317] MCKPUB00005019-05024.

[318] MCKPUB00005042.

[319] MCKPUB00005025.

[320] MCKPUB00005031.

274.    Vince R. Johnson, Jr. pled guilty on August 10, 2009 in the Summit County Court of Common Pleas to offenses including deception to obtain a dangerous drug.  Mr. Johnson presented false prescriptions, including for hydrocodone, to a pharmacy and had a third party, posing as Mr. Johnson's doctor, call the pharmacist in furtherance of Mr. Johnson's effort to improperly procure prescription drugs.[321]  Mr. Johnson was named by Plaintiffs Summit County and the City of Akron in supplemental interrogatory responses as someone under investigation for diversion.[322]

275.    Donte Jones of Cleveland, Ohio pled guilty on February 12, 2013 in the Cuyahoga County Court of Common Pleas to distributing Percocet.  From August 2011 to November 2011, Mr. Jones procured the administration of, a prescription for, or the dispensing of Percocet.  Mr. Jones was sentenced to two years in prison.[323]

276.    Jason Robert Jones, R.N. entered into a consent agreement with the Board of Nursing on March 19, 2010 to have his license to practice nursing suspended indefinitely.  While employed as a registered nurse at Select Specialty Hospital in Akron, Ohio, Mr. Jones diverted Dilaudid and fentanyl.[324]

---

[321] AKRON_001208468; SUMMIT_000407368.

[322] Summit County and City of Akron, Ohio Plaintiff's Replacement Supplemental Responses and Objections to Manufacturer Defendants' Interrogatory Nos. 1, 2, 3, 5, 8, 9, 11, 12, 13, 15, 20, 21, 26, 27, 28 & 29, at 308; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 41; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to National Retail Pharmacy Defendants' Interrogatory Nos. 4, 7, 15, 16 & 19, at 28.

[323] CUYAH_006985926; MCKPUB00002493; MCKPUB00002495; MCKPUB00002499; MCKPUB00002501; MCKPUB00002502; MCKPUB00002504.

[324] OBN_MDL 1st Production 010874, at OBN_MDL 1st Production 011122; MCKPUB00003012.

277.    Robert Jones of Cleveland, Ohio pled guilty on August 26, 2008 in the Cuyahoga County Court of Common Pleas to trafficking in OxyContin.  He committed the offense on school premises, in a school building, or within 1,000 feet of the boundaries of a school in and around the time of March 13, 2008.  Mr. Jones was sentenced to one year of community control.[325]

278.    Krystyna L. Kaiser of Lakewood, Ohio pled guilty on February 15, 2017 in the Cuyahoga County Court of Common Pleas to offenses including deception to obtain a dangerous drug and trafficking in oxycodone.  Ms. Kaiser was sentenced to two years of community control.[326]

279.    Heather Kaput of Valley View, Ohio pled guilty on October 6, 2015 in the Cuyahoga County Court of Common Pleas to offenses including deception to obtain a dangerous drug (Vicodin and oxycodone).  From December 2012 to October 2014, Ms. Kaput transported various individuals to pharmacies in Cuyahoga County so that these individuals could fill fraudulent prescriptions for opioid medications for sale to others.  Ms. Kaput was sentenced to 24 months of community control.[327]

280.    Frank J. Kasmerski of Lakewood, Ohio pled guilty on October 28, 2011 in the Cuyahoga County Court of Common Pleas to trafficking in oxycodone.  Mr. Kasmerski was sentenced to one year and six months of community control.[328]

---

[325] CUYAH_000038620; MCKPUB00005286; MCKPUB00005287; MCKPUB00005289.

[326] CUYAH_000032131; MCKPUB00003779; MCKPUB00003780-03781; MCKPUB00003782.

[327] MCKPUB00024226; MCKPUB00024229; MCKPUB00024230; MCKPUB00024233.

[328] CUYAH_000043892; MCKPUB00002659; MCKPUB00002660; MCKPUB00002663.

281.    Jacob Jason Keaton, R.N. voluntarily and permanently surrendered his license to practice nursing to the Board of Nursing on August 22, 2016.  While employed as a registered nurse for Summa Health System in Akron, Ohio, Mr. Keaton diverted hydromorphone and morphine.[329]

282.    Melinda Louise Keirsey, P.N. pled guilty on March 26, 2013 in the Cuyahoga County Court of Common Pleas to attempted aggravated theft of Percocet.  On January 17, 2014, the Board of Nursing indefinitely suspended Ms. Keirsey's license to practice nursing.[330]

283.    David Kelly of Euclid, Ohio, pled guilty on June 17, 2010 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone and attempted corruption of another with drugs, oxycodone.  Mr. Kelly was sentenced to one year in prison.[331]

284.    Zachary Kennedy of Cleveland, Ohio pled guilty on November 9, 2017 in the Cuyahoga County Court of Common Pleas to trafficking in oxycodone.  Mr. Kennedy was sentenced to eighteen months in prison.[332]

285.    Gary Keslar of Lyndhurst, Ohio, pled guilty on December 29, 2009 in the Cuyahoga County Court of Common Pleas to trafficking in oxycodone on school premises, in a school building, or within 1,000 feet of the boundaries of a school premises.  Keslar was sentenced to one year in prison.[333]

---

[329] OBN_MDL 1st Production 110764, at OBN_MDL 1st Production 113223; MCKPUB00002862.

[330] OBN_MDL 1st Production 056992 at OBN_MDL 1st Production 058684; OBN_MDL 1st Production 151566 at OBN_MDL 1st Production 151621; MCKPUB00004384; MCKPUB00004385; MCKPUB00004390.

[331] CUYAH_000024067; MCKPUB00002286; MCKPUB00002287; MCKPUB00002289.

[332] CUYAH_000032325; MCKPUB00003611; MCKPUB00003612; MCKPUB00003614.

[333] CUYAH_000037516; MCKPUB00002682; MCKPUB00002683; MCKPUB00002686.

286.    Brian Kins of Norton, Ohio pled guilty on November 3, 2011 in the Cuyahoga County Court of Common Pleas to offenses including trafficking in oxycodone.  Mr. Kins was sentenced to one year of community control.[334]

287.    Cecilia C. Kinsinger of Akron, Ohio pled guilty on July 27, 2006 in the Summit County Court of Common Pleas to theft of drugs (Vicodin), deception to obtain a dangerous drug (Vicodin), and for presenting a fraudulent prescription to obtain Vicodin.  Ms. Kinsinger was sentenced to six months of incarceration, suspended provided that she complete two years of community control.[335]  Ms. Kinsinger also pled guilty on April 6, 2007 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug (Vicodin) and for presenting a fraudulent prescription to obtain Vicodin.  She was sentenced to six months of incarceration, suspended provided that she complete one year of community control.[336]  Additionally, Ms. Kinsinger pled guilty on November 21, 2007 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug.  She attempted to use a forged prescription to obtain OxyContin from a pharmacy in Akron.  She was sentenced to six months of incarceration.[337]

288.    Stacey M. Markelonis Kiscoe, R.N. pled guilty on January 31, 2008 to offenses including theft of drugs and tampering with records.  On November 10, 2011, Ms. Kiscoe entered into a consent agreement with the Board of Nursing to suspend her license to practice nursing indefinitely.  Ms. Kiscoe admitted that she diverted medications from work, including injectable Demerol, morphine, and Percocet.  On numerous occasions, Ms. Kiscoe withdrew the

---

[334] CUYAH_000048583; MCKPUB00001591; MCKPUB00001593; MCKPUB00001596.

[335] SUMMIT_000367169; MCKPUB00025044; MCKPUB00025045; MCKPUB00025047.

[336] SUMMIT_000368090; MCKPUB00025050; MCKPUB00025051; MCKPUB00025054.

[337] AKRON_001157371; MCKPUB00025057; MCKPUB00025058; MCKPUB00025060.

medications without a physician's order and did not document administration of the medication to any patient.[338]

289.     Heather Knepper, R.N. had her license to practice nursing as a registered nurse suspended indefinitely by the Board of Nursing on November 20, 2009.  Mr. Knepper admitted that she stole morphine from Akron Children's Hospital for approximately eighteen months.[339]

290.     Angelique M. Kolcun, L.P.N., who was employed at Bloom at Lakewood Senior Living in Lakewood, Ohio, had her license to practice nursing suspended indefinitely by the Board of Nursing on January 24, 2018.[340]  Ms. Kolcun admitted to stealing tramadol and oxycodone in March and April 2017.

291.     Donald Kopp of Broadview Heights, Ohio on November 28, 2006 pled guilty in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Kopp was sentenced to one year community control.[341]

292.     Mary Korybko of Brooklyn, Ohio pled guilty on May 21, 2008 in the Cuyahoga County Court of Common Pleas of trafficking oxycodone.  Ms. Korybko was sentenced to seventeen months in prison.[342]

---

[338] OBN_MDL 1st Production 035469, at OBN_MDL 1st Production 035881; MCKPUB00005675.

[339] OBN_MDL 1st Production 038993, at OBN_MDL 1st Production 039530.

[340] OBN_MDL 1st Production 152729, at 152738.

[341] CUYAH_000032722; MCKPUB00002457; MCKPUB00002458; MCKPUB00002461.

[342] CUYAH_000038503; MCKPUB00004287; MCKPUB00004288; MCKPUB00004291.

293.    Renee Kovach of Strongsville, Ohio pled guilty July 23, 2007 in the Cuyahoga County Court of Common Pleas to offenses including trafficking Vicoprofen, and she was sentenced six months in prison.[343]

294.    Christopher M. Koviak, a registered nurse, had his license to practice suspended on November 21, 2014.  The Board of Nursing found that Koviak diverted opioid medications while practicing at the Cleveland Clinic in Cleveland, Ohio.[344]

295.    Nicholas Kozanas of Strongsville, Ohio pled guilty on June 22, 2006 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin.  Mr. Kozanas was sentenced to eighteen months of community control.  Upon violation of the terms of his sentence, Mr. Kozanas was subsequently sentenced to fifteen months in prison.[345]

296.    Christopher Kraus of Cleveland, Ohio pled guilty on November 9, 2006 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Kraus was sentenced to six months in prison.[346]

297.    Kelly Anne Krueger, R.N. pled guilty on April 21, 2011 in the Cuyahoga County Court of Common Pleas to theft and aggravated theft.  In September 2011, the Board of Nursing indefinitely suspended her license to practice nursing.  While employed as a nurse at the Cleveland Clinic, Ms. Krueger removed Percocet using multiple patients' names.[347]

298.    Troy David Kubincanek, R.N. of Parma, Ohio had his license to practice nursing suspended indefinitely by the Board of Nursing on November 20, 2015.  Mr. Kubincanek

---

[343] CUYAH_000035773; MCKPUB00005250; MCKPUB00005251; MCKPUB00005255.

[344] OBN_MDL 1st Production 083864, at OBN_MDL 1st Production 084344-45.

[345] CUYAH_000032867; MCKPUB00004787; MCKPUB00004788; MCKPUB00004791.

[346] CUYAH_000034282; MCKPUB00001926; MCKPUB00001927; MCKPUB00001930.

[347] OBN_MDL 1st Production 033744 at OBN_MDL 1st Production 034114; MCKPUB00003616; MCKPUB00003618; MCKPUB00003620; MCKPUB00023809.

admitted that, for approximately two years, he diverted Dilaudid from University Hospitals in Cleveland, Ohio, where he worked as a nurse.  Mr. Kubincanek diverted Dilaudid by removing more Dilaudid than was ordered for the patient, drawing up the patient's dose, placing the extra in an empty vial, and having a witness watch Mr. Kubincanek waste an empty vial.  Mr. Kubincanek sought patients in the waiting room for whom Dilaudid was likely to be ordered and used assessment tools to try to build a case to manipulate the doctor's choice for pain management.[348]

     299.    Kourtney N. Kubicina, R.N. who was employed at University Hospitals Case Medical Center in Cleveland, Ohio, had her license to practice nursing suspended indefinitely on November 16, 2017.  In December 2016, Ms. Kubicina obtained or exerted control over hydromorphone beyond the scope of the express or implied consent of the owner or person authorized to give consent.[349]

     300.    Majed Lababidi of Cleveland, Ohio pled guilty on August 28, 2007 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin.  Mr. Lababidi was sentenced to one year of community control.[350]

     301.    Patricia Sue Lahm, L.P.N. of Elyria, Ohio had her license suspended indefinitely in November 2009.  On or about January 5, 2008, Lahm stole OxyContin from St. Augustine Manor, in Cleveland, Ohio, where she was employed as a licensed practical nurse.[351]

---

[348] OBN_MDL 1st Production 074923, at OBN_MDL 1st Production 076277; OBN_MDL 1st Production 160964, at OBN_MDL 1st Production 160979; MCKPUB00006080.

[349] OBN_MDL 1st Production 129446.

[350] CUYAH_000035754; MCKPUB00004176; MCKPUB00004177; MCKPUB00004182.

[351] OBN_MDL 1st Production 016725, at OBN_MDL 1st Production 017927.

302.     Patricia Laughman of Barberton, Ohio pled guilty on October 20, 2014 to conspiracy to traffic drugs and drug trafficking.  Ms. Laughman illegally distributed hundreds of thousands of doses of prescription medications—including OxyContin, Percocet, Roxicet, and Opana—from medical offices in Akron, Ohio between September 2009 and May 2012.  Ms. Laughman distributed prescriptions to customers when the doctor was out of the office.[352]  Ms. Laughman was sentenced to fifteen months in prison.[353]

303.     Brian J. Lawrence of Lakewood, Ohio pled guilty on January 13, 2010 in the Cuyahoga County Court of Common Pleas to trafficking in oxycodone.  Mr. Lawrence was sentenced to one year of community control.[354]

304.     Matthew Lawson of Richmond Heights, Ohio pled guilty on April 7, 2009 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Lawson was sentenced to six months in prison.[355]

305.     Christine Anne Leatherman, R.N. of Euclid, Ohio had her license to practice nursing as a registered nurse suspended indefinitely by the Board of Nursing in January 2010.  As a nurse working at University Hospitals Case Medical Center in Cleveland, Ohio, Ms. Leatherman withdrew oxycodone tablets for various patients in February 2008, and the tablets were unaccounted for.[356]

---

[352] MCKPUB00004921; Summit County & City of Akron, Ohio Plaintiff First Amended Responses and Objections to Distributor Defendants' First Set of Interrogatories, at 36; Summit County, Corrected Second Amended Complaint, at 211 n.197.

[353] MCKPUB00004923.

[354] CUYAH_000021940; MCKPUB00001586; MCKPUB00001587; MCKPUB00001589.

[355] CUYAH_000040016; MCKPUB00004293; MCKPUB00004294; MCKPUB00004296.

[356] OBN_MDL 1st Production 001828; OBN MDL 1st Production 150987.

306.     Karla R. Lebreton, a registered nurse practicing at the Cleveland Clinic Foundation, diverted wastes of fentanyl.  In July 2013, the Board of Nursing suspended her license to practice nursing.  On May 18, 2017, the Board of Nursing permanently revoked her nursing license. [357]

307.     Jordan Levy of Middleburg Heights, Ohio, pled guilty on November 30, 2006 in the Cuyahoga County Court to trafficking hydrocodone.  Mr. Levy was sentenced to one day of probation.[358]

308.     Brooke Lewis of North Randall, Ohio pled guilty on January 24, 2018 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin and heroin.  Ms. Lewis was sentenced to two days in jail.[359]

309.     Jeffrey Light of Cuyahoga Falls, Ohio pled guilty on April 25, 2011 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug, petty theft, and for forging several prescriptions for oxycodone between December 2010 and February 2011.  He was sentenced to two years of community control.[360]

310.     Cassandra T. Linden, R.N. pled guilty in the Cuyahoga County Court of Common Pleas on December 27, 2017 to offenses including theft of fentanyl, for conduct occurring on or about April 4, 2017 to May 12, 2017, while she was employed as a nurse at University Hospitals Richmond Medical Center.  Ms. Linden obtained or exerted control over fentanyl and hydromorphone beyond the scope of the express or implied consent of the owner or person

---

[357] MCKPUB00003420.

[358] CUYAH_000034119; MCKPUB00003261; MCKPUB00003262; MCKPUB00003264.

[359] CUYAH_000035737; MCKPUB00001616; MCKPUB00001617; MCKPUB00001622.

[360] AKRON_001312644; MCKPUB00025068; MCKPUB00025069; MCKPUB00025072.

authorized to give consent and made a false statement in any prescription, order, or record.  In May 2018 the Board of Nursing agreed to a consent agreement for these violations.[361]

311.    Alexander Linton of Cuyahoga Falls, Ohio pled guilty on March 1, 2016 in the Summit County Court of Common Pleas to robbery of oxycodone.  Mr. Linton robbed pharmacies in Stow, Cuyahoga Falls, and Akron, stealing oxycodone and oxymorphone pills at gunpoint.  Linton was sented to twelve years in prison.[362]  Plaintiffs Summit County and the City of Akron identified Mr. Linton as someone under investigation for diversion.[363]

312.    Kimberly Marie Lockhart, R.N. entered into a consent agreement with the Board of Nursing in April 2015 that suspended her license for an indefinite period of time, but not less than three years.  On February 8, 2015, Ms. Lockhart stole hydrocodone from her former employer, McGregor PACE, located in Cleveland, Ohio.[364]

313.    Jason A. Loftus of Akron, Ohio pled guilty on June 6, 2013 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug and for using a forged

---

[361] OBN_MDL 1st Production 135369, at 140127; OBN_MDL 1st Production 159202, at 159216.

[362] AKRON_000337173; AKRON_000337174; MCKPUB00025075; MCKPUB00025076; MCKPUB00025078; MCKPUB00025079; MCKPUB00025081; MCKPUB00025082; MCKPUB00025084; MCKPUB00025086; MCKPUB00025088.

[363] Summit County and City of Akron, Ohio Plaintiff's Replacement Supplemental Responses and Objections to Manufacturer Defendants' Interrogatory Nos. 1, 2, 3, 5, 8, 9, 11, 12, 13, 15, 20, 21, 26, 27, 28 & 29, at 240; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 41; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to National Retail Pharmacy Defendants' Interrogatory Nos. 4, 7, 15, 16 & 19, at 28.

[364] OBN_MDL 1st Production 102044, at OBN_MDL 1st Production 102565; MCKPUB00003654.

prescription for hydrocodone.  Mr. Loftus was sentenced to three years of incarceration, suspended upon the condition that he complete two years of community control.[365]

314.    Susan Lynn Longoria, R.N. had her license to practice nursing suspended for an indefinite period of time in July 2009 by the Board of Nursing.  While employed as a nurse in the ICU at Cuyahoga Falls General Hospital in Cuyahoga Falls, Ohio, Ms. Longoria stole Dilaudid for a period of approximately two months.[366]

315.    Anthony Loporto of Highland Heights, Ohio pled guilty on October 4, 2011 in the Cuyahoga County Court of Common Pleas to diverting oxycodone (Roxicodone).[367]  Mr. Loporto was sentenced to eighteen months of community control.

316.    Senolia Love of Cleveland, Ohio pled guilty on December 15, 2011 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Ms. Love was sentenced to one year of community control.[368]

317.    Devon L. Lovejoy, L.P.N. of Newton Falls, Ohio, had her license to practice nursing indefinitely suspended by the Board of Nursing in September 2015.  As a nurse working at Legacy Place Twinsburg and Pleasant View Health and Rehabilitation Center in Barberton, Ohio, Mr. Lovejoy failed to document the administration or otherwise account for the disposition of oxycodone-acetaminophen (Percocet), hydrocodone-acetaminophen (Norco), and tramadol.[369]

---

[365] SUMMIT_000519619; MCKPUB00025090; MCKPUB00025093; MCKPUB00025094; MCKPUB00025096.

[366] OBN_MDL 1st Production 033744 at OBN_MDL 1st Production 034833; MCKPUB00005826.

[367] CUYAH_000049363; MCKPUB00001304; MCKPUB00001305; MCKPUB00001308.

[368] CUYAH_000048107; MCKPUB00005480; MCKPUB00005481; MCKPUB00005486.

[369] OBN_MDL 1st Production 098951, at OBN_MDL 1st Production 100444; MCKPUB00002439.

318.    Jerrad Lunsford of Cleveland, Ohio pled guilty on December 16, 2010 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Lunsford was sentenced to one year in prison.[370]

319.    Michael M. Lynard of Mansfield, Ohio pled guilty on May 9, 2016 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Lynard was ordered to be screened for placement into the community-based correctional facility and was sentenced to two years of community control.[371]

320.    Daniel Macalonan of Bedford, Ohio pled guilty on April 21, 2009 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Macalonan was sentenced to eleven months in prison.[372]

321.    Sandra Malave of Cleveland, Ohio pled guilty on March 5, 2018 in the Cuyahoga County Court of Common Pleas to attempted trafficking hydrocodone.  Ms. Malave was granted intervention in lieu of conviction.[373]

322.    Andy Maldonado of Cleveland, Ohio pled guilty on September 28, 2006 in the Cuyahoga County Court of Common Pleas to one count of trafficking oxycodone.  Mr. Maldonado was sentenced to six months in prison.[374]

323.    Michael J. Malys III, R.N. of Lakewood, Ohio pled guilty on December 21, 2017 in the Cuyahoga County Court of Common Pleas to offenses including theft of morphine, for

---

[370] CUYAH_000045217; MCKPUB00003180; MCKPUB00003181; MCKPUB00003184.

[371] CUYAH_000028522; MCKPUB00004527; MCKPUB00004528; MCKPUB00004531.

[372] CUYAH_000040722; MCKPUB00002118; MCKPUB00002119; MCKPUB00002122.

[373] CUYAH_000079024; MCKPUB00005463; MCKPUB00005464; MCKPUB00005466.

[374] CUYAH_000034215; MCKPUB00001126; MCKPUB00001127; MCKPUB00001130.

conduct while he was employed as a nurse at University Hospitals Cleveland Medical Center.  In May 2018, the Board of Nursing agreed to a consent agreement for these violations.[375]

324.    Monica Lee Mandich (also known as Monica Lee Arnold), R.N. of Valley View, Ohio, had her license to practice nursing indefinitely suspended by the Board of Nursing in September 2016.  As a nurse working at Cleveland Clinic – Hillcrest Hospital in Mayfield Heights, Ohio, Ms. Mandich failed to document the administration or otherwise account for the disposition of hydromorphone (Dilaudid) that she removed from the drug dispensing system.[376]

325.    Matthew Michael Marasch, R.N. had his license to practice nursing suspended indefinitely by the Board of Nursing on July 29, 2011.  Mr. Marasch admitted that he diverted wastes of fentanyl from the Cleveland Clinic.  Mr. Marasch sought physicians' orders for patients who were not in pain and did not need pain medication, and he charted administration of medication he did not administer.[377]

326.    Carreese L. Martin, R.N. of University Heights, Ohio pled guilty on November 16, 2015 in the Cuyahoga County Court of Common Pleas to offenses including aggravated theft, for conduct involving hydromorphone.  The Board of Nursing indefinitely suspended her licenses to practice nursing as a registered nurse in September 2016.  Ms. Martin admitted that,

---

[375] OBN_MDL 1st Production 135369, at 140120; OBN_MDL 1st Production 159202, at 159216; MCKPUB00004533; MCKPUB00004535; MCKPUB00004537.

[376] OBN_MDL 1st Production 098951, at OBN_MDL 1st Production 100433; MCKPUB00004615.

[377] OBN_MDL 1st Production 031252 at OBN_MDL 1st Production 031787; MCKPUB00004298.

as a nurse working at University Hospitals Case Medical Center, she diverted morphine, Dilaudid and fentanyl.[378]

327.    Rejina Lynn Martin of Akron, Ohio pled guilty on April 19, 2011 in the Summit County Court of Common Pleas for obtaining Vicodin from a pharmacy in Akron using a false name.  In January 2011, Ms. Martin stole Vicodin from an Akron resident and called in a prescription in the victim's name.  She was sentenced to two years of community control.[379]

328.    Catherine Martz, R.N. entered into a consent agreement with the Board of Nursing in August 2017 to have her license to practice nursing as a registered nurse suspended for two years.  In January 2016, while working at the Southwest General Health Center, Ms. Martz diverted Dilaudid.[380]

329.    Karen Lynn Massey (also known as Karen Lynn Hawkins and Karen Lynn Hinkle), L.P.N. entered into a consent agreement with the Board of Nursing on May 21, 2010 to suspend indefinitely her license to practice nursing.  While employed as a licensed practical nurse at Pleasantview Care Center in Parma, Ohio in in May 2009, Ms. Massey diverted Percocet.  Ms. Massey also diverted Percocet while employed as a licensed practical nurse at St. Augustine Manor in Cleveland, Ohio.[381]

330.    Georgia Ann Matos, R.N. pled guilty on January 7, 2008 in the Cuyahoga County Court of Common Pleas to offenses including aggravated theft.  While employed at University

---

[378] OBN_MDL 1st Production 098951, at OBN_MDL 1st Production 100427; MCKPUB00001726.

[379] AKRON_001273406; MCKPUB00025098; MCKPUB00025099; MCKPUB00025101.

[380] CUYAH_000030641; MCKPUB00001820.

[381] OBN_MDL 1st Production 012869, at OBN_MDL 1st Production 013001; MCKPUB00003354; MCKPUB00003372; MCKPUB00003390.

Hospitals in Cleveland, Ohio, Ms. Matos diverted Demerol and morphine.  As a result of her criminal case, Ms. Matos entered into a consent agreement with the Board of Nursing on March 19, 2010, to have her license to practice nursing suspended indefinitely.[382]

331.    Lisa J. McAvinew, R.N. of Mogadore, Ohio entered into a consent agreement with the Board of Nursing in March 2008 to suspend indefinitely her license to practice nursing. Ms. McAvinew admitted that, while employed as a registered nurse at Akron General Medical Center in Akron, Ohio, she diverted Vicodin, Percocet, and Darvocet.[383]

332.    Denise Annette McCanna, R.N. forged prescriptions for Percocet while employed as a nurse at Children's Consults for Digestive Care in Akron, Ohio.  As a result of this conduct, Ms. McCanna pled guilty on September 2, 2010 in the Summit County Court of Common Pleas, and, on May 20, 2011, the Board of Nursing indefinitely suspended her license license to practice nursing.[384]

333.    Darrian McCarroll of Lakewood, Ohio pled guilty on November 9, 2009 in the Cuyahoga Court of Common Pleas to trafficking OxyContin.  Mr. McCarroll was sentenced to two years in prison.[385]

---

[382] OBN_MDL 1st Production 014736, at OBN_MDL 1st Production 015825; MCKPUB00002711; MCKPUB00002712; MCKPUB00002714; MCKPUB00028988.

[383] OBN_MDL 1st Production 035469, at OBN_MDL, 1st Production 036462; MCKPUB00004045.

[384] OBN_MDL 1st Production 023282, at OBN_MDL 1st Production 024281; OBN_MDL 1st Production 029049, at 029556; MCKPUB00002382.

[385] CUYAH_000043206; MCKPUB00002215; MCKPUB00002217; MCKPUB00002220.

334.    Alvin McCurdy of Cleveland, Ohio pled guilty on January 31, 2007 to deception to obtain a dangerous drug and forgery of OxyContin, oxycodone, and Percocet prescriptions.[386] On February 28, 2007, Mr. McCurdy was sentenced to nine months of community control.

335.    Ryan L. McManus of Bedford, Ohio pled guilty on November 6, 2008 in the Cuyahoga County Court of Common Pleas to one count of trafficking oxycodone.  Mr. McManus was sentenced to two years in prison.[387]

336.    Shannon Davis McNamara, R.N. of Rocky River, Ohio entered into a consent agreement with the Board of Nursing in February 2016 to suspend indefinitely her license to practice nursing.  Ms. McNamara admitted that, for two weeks, she diverted Percocet and morphine from Southwest General in Middleburg Heights, Ohio.[388]

337.    Donald McNea of Cleveland, Ohio on June 26, 2007 pled guilty in the Cuyahoga County Court of Common Pleas to trafficking hydrocodone and oxycodone.  Mr. McNea was sentenced to three years in prison.[389]

338.    Ronald G. Mainor of Cleveland, Ohio pled guilty on October 1, 2009 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Mainor was sentenced to three years in prison.[390]

---

[386] MCKPUB00000945; MCKPUB00000948; MCKPUB00000949.

[387] CUYAH_000038627; MCKPUB00005417; MCKPUB00005419; MCKPUB00005422.

[388] OBN_MDL 1st Production 102044, at OBN_MDL 1st Production 103363; MCKPUB00023924.

[389] CUYAH_000020924.

[390] CUYAH_000042658; MCKPUB00005335; MCKPUB00005336; MCKPUB00005341.

339.    Debra S. Medovic of Garfield Heights, Ohio pled guilty on February 15, 2011 in the Cuyahoga County Court of Common Pleas to one count of trafficking Percocet.  Ms. Medovic was sentenced to one year of community control.[391]

340.    Javonnda M. Merchant, L.P.N. of Akron, Ohio had her license to practice nursing as a licensed practical nurse indefinitely suspended by the Board of Nursing.  On December 18, 2013, in the Summit County Court of Common Pleas, Ms. Merchant pled guilty to offenses including theft of drugs.  In May 2013, as a nurse working at Copley Health Center in Akron, Ohio, Ms. Merchant stole hydrocodone and falsified a patient's Controlled Substance Record.[392]

341.    Holly Marie Metz, R.N. of Bedford, Ohio had her license to practice nursing as a licensed practical nurse suspended by the Board of Nursing.  In 2014, as a nurse at MetroHealth Medical Center, Ms. Metz diverted oxycodone and tramadol.[393]

342.    Joseph Michael was identified by Plaintiffs Summit County and the City of Akron in a replacement supplemental interrogatory response as someone under investigation for diversion of prescription opioids within Summit County and Akron.[394]  An email to Akron Police Detective Patrick Leonard identified Mr. Michael as a potential doctor shopper because he had forty-four prescriptions from sixteen healthcare providers across eight different pharmacies.[395]

---

[391] CUYAH_000024898; MCKPUB00002366; MCKPUB00002367; MCKPUB00002372.

[392] OBN_MDL 1st Production 064580, at OBN_MDL 1st Production 065533.

[393] OBN_MDL 1st Production 116045, at OBN_MDL 1st Production 117784; MCKPUB00002839.

[394] Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 42.

[395] AKRON_001312637.

343.    Sabrina Mickel, a dentist who practiced dentistry in Beachwood, Ohio, had her license suspended indefinitely by the Dental Board, effective May 18, 2016.[396]  Dr. Mickel pled guilty on September 19, 2017 in the Cuyahoga Court of Common Pleas to offenses including deception to obtain a dangerous drug (hydrocodone).  She was granted intervention in lieu of conviction.[397]

344.    Christopher Mihalek of Akron, Ohio pled guilty on August 5, 2015 in the Cuyahoga County Court of Common Pleas to offenses including trafficking in oxycodone.  Mr. Mihalek acted as a "mule" for several individuals who paid and directed him to call in forged prescriptions for Vicodin and oxycodone at pharmacies in Cuyahoga County.  Mr. Mihalek returned the medications to those individuals, who then sold those medications to others.  Mr. Mihalek was sentenced to two years in prison.[398]

345.    Paul D. Millay of Cleveland, Ohio pled guilty on May 7, 2009 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Millay was sentenced to one year of intervention in lieu of conviction.[399]

346.    Christine Elizabeth Miller (also known as Christine Elizabeth Crine), R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing in September

---

[396] OSDB_MDL 1st Production_007517.

[397] CUYAH_000075738; MCKPUB00005444; MCKPUB00005446; MCKPUB00005448; MCKPUB00024552; MCKPUB00024555.

[398] MCKPUB00024114; MCKPUB00024121; MCKPUB00024122; MCKPUB00024127; MCKPUB00024129.

[399] CUYAH_000041123; MCKPUB00004937; MCKPUB00004938; MCKPUB00004941.

2010.  For a period of one year, while employed as a registered nurse at the Akron General Medical Center in Akron, Ohio, Ms. Miller diverted fentanyl.[400]

347.    Derrick V. Miller, Jr. of Chillicothe, Ohio pled guilty on February 16, 2017 in the Cuyahoga County Court of Common Pleas to deception to obtain a dangerous drug, namely oxycodone.  Mr. Miller was sentenced to eighteen months of imprisonment.[401]

348.    Kenneth Mills, the former Cuyahoga County Sheriff's Department's Director of Regional Corrections, was indicted by a Cuyahoga County grand jury on January 18, 2019 for telecommunications fraud, falsification of government records, and obstructing official business, for conduct on or about May 22, 2018.  According to prosecutors, Mr. Mills lied to the Cuyahoga County Council at a May 22, 2018 meeting about his role in blocking the hiring of necessary nursing staff for jail facilities.  At the May 22, 2018 meeting, an employee of MetroHealth also blamed Mr. Mills for obstructing the hiring of nurses and reducing security at the medical unit of Cuyahoga County Corrections Center.  On information or belief, Mr. Mills's conduct increased the diversion of prescription opioids within Cuyahoga County Corrections Center.[402]

349.    Monica R. Mills (also known as Monica R. Kehres), R.N., L.P.N. of Tallmadge, Ohio had her licenses to practice nursing suspended indefinitely on November 16, 2017 for intentionally making, selling, or knowingly possessing a false or forged prescription for oxycodone on or about August 9, 2016.  On June 12, 2017, Ms. Mills pled guilty in the Summit County Court of Common Pleas for this conduct.[403]

---

[400] OBN_MDL 1st Production 021117 at OBN_MDL 1st Production 022446; MCKPUB00023758.

[401] CUYAH_000032131; MCKPUB00002412; MCKPUB00002413; MCKPUB00002415.

[402] MCKPUB00024454; MCKPUB00024455; MCKPUB00024457.

[403] OBN_MDL 1st Production 125822, at 127524; MCKPUB00004631; MCKPUB00004633.

350.    Christa Marie Mistak, L.P.N. had her license to practice nursing suspended indefinitely by the Board of Nursing in March 2011.  Ms. Mistak admitted that, while employed as a licensed practical nurse at Algart Health Care in Cleveland, Ohio, she stole cards containing Vicodin pills.[404]

351.    Heather R. Mitchell of Cleveland, Ohio pled guilty on February 19, 2016 in the Cuyahoga County Court of Common Pleas to offenses including engaging in a pattern of corrupt activity, corrupting another with drugs, aggravated theft, deception to obtain a dangerous drug, and drug trafficking, for conduct that occurred in Cuyahoga County.  From December 2012 to October 2014, Ms. Mitchell directed a conspiracy that obtained prescription narcotics, including Vicodin and oxycodone, and sold or traded those drugs for heroin.  Ms. Mitchell directed the theft of prescription pads or creation of fictitious prescription papers and posed as a law enforcement officer to obtain doctors' DEA registration numbers.  Ms. Mitchell then forged prescriptions that she gave to drivers and mules to acquire prescription opioids.  Ms. Mitchell was sentenced to eleven years in prison.[405]

352.    Linda Jeanne Moore (also known as Linda Jeanne Catalano), L.P.N. admitted on September 12, 2012 to stealing Percocet and Vicodin from Life Care Center of Westlake, Ohio while working as a nurse at that facility.  On May 17, 2013, Ms. Moore and the Board of Nursing agreed to a consent agreement to suspend indefinitely her license to practice nursing.[406]

---

[404] OBN_MDL 1st Production 021117 at OBN_MDL 1st Production 021165; OBN_MDL 1st Production 155623 at OBN_MDL 1st Production 155721; MCKPUB00001881.

[405] MCKPUB00024322; MCKPUB00024333; MCKPUB00024334; MCKPUB00024339; MCKPUB00024341.

[406] OBN_MDL 1st Production 054509, at 054887.

353.    Jennifer L. Moran, R.N., C.N.P. had her license to practice nursing as a licensed practical nurse suspended by the Board of Nursing in November 2015.  Ms. Moran admitted that she failed to document the administration of medication she withdrew from the computerized medication dispenser, including hydromorphone and fentanyl, while working as a nurse at University Hospital in Cleveland, Ohio.[407]

354.    James Joseph Morris, R.N. had his license to practice nursing as a licensed practical nurse suspended by the Board of Nursing in November 2014.  Mr. Morris admitted that, while working as a nurse for the Cleveland Clinic, he diverted fentanyl.[408]

355.    Dustin Myers of Cleveland, Ohio pled guilty on June 7, 2010 in the Cuyahoga County Court of Common Pleas to trafficking hydrocodone.  Mr. Myers was sentenced to one year in prison.[409]

356.    Jonell Alethea Neiswonger, R.N. of Maryland Heights, Ohio had her license to practice nursing as a registered nurse permanently revoked by the Board of Nursing on November 21, 2014.  Ms. Neiswonger stated on October 17, 2013 that, while working as a nurse at Bloom at Lakewood Senior Living in Lakewood, Ohio, she diverted Percocet.  Additionally, as a nurse working at Lakewood Senior Health Campus in Lakewood, Ohio, Ms. Neiswonger diverted Vicodin, Percocet, and OxyContin and tampered with medication blister cards for three residents.[410]

---

[407] OBN_MDL 1st Production 085996, at OBN_MDL 1st Production 087403; MCKPUB00003086.

[408] OBN_MDL 1st Production 085996, at OBN_MDL 1st Production 086452; MCKPUB00002888.

[409] CUYAH_000023705; MCKPUB00002508; MCKPUB00002509; MCKPUB00002511.

[410] OBN_MDL 1st Production 069491, at OBN_MDL 1st Production 070643; OBN_MDL 1st Production 160588, at OBN_MDL 1st Production 160830.

357.    Megan M. Neuman, R.N. had her license to practice nursing as a registered nurse indefinitely suspended by the Board of Nursing in November 2013.  On or about June 7, 2012, Ms. Neuman admitted to a Board Compliance Agent that she diverted narcotics from University Hospitals in Cleveland.  Ms. Neuman failed to account for medications she withdrew, withdrew medications in violation of physician orders, and documented the administration of medications in violation of physician orders.  These medications included Percocet, Dilaudid, and oxycodone.[411]

358.    Helga Janine Nicastro, R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing in March 2012.  Ms. Nicastro stole Percocet from MetroHealth Medical Center in Cleveland, Ohio and falsified records.[412]

359.    Annette Nigro, R.N., C.R.N.A. had her permanent voluntary retirement accepted by the Board of Nursing in March 2014.  Ms. Nigro admitted that she diverted fentanyl and Demerol from Barberton Hospital where she worked as a certified nurse anesthetist.[413]

360.    Shiyla A. Nix, R.N. of Mayfield Heights, Ohio had her license to practice nursing as a registered nurse suspended indefinitely by the Board of Nursing in January 2015.  Ms. Nix

---

[411] OBN_MDL 1st Production 056992 at OBN_MDL 1st Production 058584; OBN_MDL 1st Production 160421 at OBN_MDL 1st Production 160431; MCKPUB00004354; MCKPUB00029001.

[412] OBN_MDL 1st Production 033744 at OBN_MDL 1st Production 034807; OBN_MDL 1st Production 155812 at OBN_MDL 1st Production 155898; MCKPUB00002820-02838.

[413] OBN_MDL 1st Production 035469, at OBN_MDL 1st Production 035828; BN_MDL 1st Production 059516 at OBN_MDL 1st Production 059951; OBN_MDL 1st Production 156153 at OBN_MDL 1st Production 156389; MCKPUB00001229.

admitted to diversion of fentanyl and Dilaudid while working as a nurse at University Hospitals of Cleveland.[414]

361.    Edward Mugo Njoroge, R.N. had his license to practice nursing as a registered nurse suspended indefinitely by the Board of Nursing in May 2013.  As a nurse working in the Cleveland Clinic ICU, Mr. Njoroge diverted waste fentanyl.  Mr. Njoroge also admitted that while working as a nurse in the Cleveland Clinic Foundation ICU, he diverted morphine and Dilaudid.[415]

362.    Jeffrey Norman of Cleveland, Ohio pled guilty on April 27, 2010 in the Cuyahoga Court of Common Pleas to trafficking in oxycodone and hydrocodone.  Mr. Norman was sentenced to three years in prison.[416]

363.    Andrew P. Norris pled guilty on May 13, 2015 in the Summit County Court of Common Pleas to offenses including deception to obtain a dangerous drug for presenting an altered prescription for oxycodone to a pharmacy.  Mr. Norris was sentenced to two years of community control.[417]  Plaintiffs Summit County and the City of Akron identified Mr. Norris in their supplemental interrogatory responses as someone under investigation for diversion.[418]

---

[414] OBN_MDL 1st Production 080783, at OBN_MDL 1st Production 081210; MCKPUB00005551.

[415] CUYAH_000028138; MCKPUB00002569.

[416] CUYAH_000041260; MCKPUB00003033; MCKPUB00003035; MCKPUB00003037.

[417] SUMMIT_000633119; AKRON_001139534; SUMMIT_000633096.

[418] Summit County and City of Akron, Ohio Plaintiff's Replacement Supplemental Responses and Objections to Manufacturer Defendants' Interrogatory Nos. 1, 2, 3, 5, 8, 9, 11, 12, 13, 15, 20, 21, 26, 27, 28 & 29, at 240; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 41; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to National Retail Pharmacy Defendants' Interrogatory Nos. 4, 7, 15, 16 & 19, at 27.

364.    Breane Jolan O'Brien, L.P.N. of North Royalton and Middleburg Heights, Ohio pled guilty on January 12, 2016 in the Cuyahoga County Court of Common Pleas to aggravated theft of oxycodone.  In November 2016, the Board of Nursing indefinitely suspended Ms. O'Brien's license to practice nursing as a licensed practical nurse.[419]

365.    Lisa Offord of Akron, Ohio pled guilty on July 17, 2014 in the Summit County Court of Common Pleas to aggravated trafficking in drugs for selling Percocet.  Ms. Offord was sentenced on July 17, 2014 to two years of community service.[420]

366.    Brandy Lee Olinger, R.N. pled guilty on June 16, 2010 in the Cuyahoga County Court of Common Pleas to offenses including theft of drugs.  In January 2011, the Board of Nursing indefinitely suspended her license to practice nursing.  Ms. Olinger diverted oxycodone from Akron General Medical Center.[421]

367.    Michael Christopher Oros, R.N. of Brunswick, Ohio had his license to practice nursing as a registered nurse suspended indefinitely by the Board of Nursing in November 2014. On April 19, 2012, while working as a registered nurse at MetroHealth Medical Center in Cleveland, Ohio, Mr. Oros administered MS Contin (morphine) to a patient, but according to the patient, the MS Contin was not received as documented by Mr. Oros.[422]

---

[419] OBN_MDL 1st Production 098951, at OBN_MDL 1st Production 100391; OBN_MDL 1st Production 113399, at OBN_MDL 1st Production 114739; MCKPUB00001530; MCKPUB00001531; MCKPUB00001536; MCKPUB00001539.

[420] AKRON_000205318; MCKPUB00017633; MCKPUB00017635; MCKPUB00017636; MCKPUB00029026; MCKPUB00029028; MCKPUB00029029.

[421] AKRON_001142100; OBN_MDL 1st Production 021117 at OBN_MDL 1st Production 021722; MCKPUB00001513.

[422] MCKPUB00004482.

368.    Richard L. Overdorf of Akron, Ohio, pled guilty on on December 17, 2018 to conspiracy to possess with the intent to distribute controlled substances such as oxycodone from December 2015 to November 2016.  Mr. Overdorf allegedly presented forged prescriptions to pharmacies and used and sold the drugs that he obtained.[423]  Mr. Overdorf was sentenced to eighteen months in prison.[424]

369.    Deborah Owens of Cleveland, Ohio pled guilty on December 20, 2012 in the Cuyahoga County Court of Common Pleas to distributing Percocet.  From August 2011 to November 2011, Ms. Owens attempted to procure the administration of, a prescription for, or the dispensing of Percocet.  Ms. Owens was sentenced to one and a half years of community control.[425]

370.    Shalese Patterson of Cleveland, Ohio pled guilty on February 20, 2013 in the Cuyahoga County Court of Common pleas to distributing Percocet.  From August 2011 to November 2011, Ms. Patterson procured the administration of, a prescription for, or the dispensing of Percocet.  Ms. Patterson was sentenced to one and a half years of community control.[426]

371.    Domenick Patty of Brookpark, Ohio pled guilty on October 21, 2008 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Patty was sentenced to one year in the early intervention program.[427]

---

[423] MCKPUB00005259; MCKPUB00005257.

[424] MCKPUB00025112.

[425] CUYAH_006985926; MCKPUB00002330; MCKPUB00002331; MCKPUB00002334.

[426] CUYAH_006985926; MCKPUB00005489; MCKPUB00005490; MCKPUB00005493.

[427] CUYAH_000038876; MCKPUB00002452; MCKPUB00002453; MCKPUB00002455.

372.     Gina Marie Paugh, L.P.N., of Fairview Park, Ohio, pled guilty on July 26, 2018 in the Cuyahoga County Court of Common Pleas to offenses including theft of oxycodone, for conduct that occurred from February 26, 2016 to June 24, 2016.  On September 27, 2018, the Board of Nursing indefinitely suspended her license to practice nursing.[428]

373.     Dan Paulk of Akron, Ohio pled guilty on July 20, 2015 in the Summit County Court of Common Pleas to aggravated trafficking in hydromorphone.  According to the county prosecutor's sentencing memorandum, Mr. Paulk sold hydromorphone that had been prescribed to him, and it is "because of offenders, like the defendant, that these drugs are available to people that normally would not have such access."  The sentencing memorandum also stated that Mr. Paulk had a two-year-old child whom he kept in a "cage," or a crib with a lid secured by a belt, "to go sell drugs."  Mr. Paulk was sentenced to three years of community control.[429]

374.     Christina Lee Pearsall, R.N. of Cleveland, Ohio had her license permanently revoked.  Ms. Pearsall pled guilty in the Cuyahoga County Court of Common Pleas to offenses including theft of Percocet and oxycodone.  From January 2007 to August 2007, Ms. Pearsall forged prescriptions in the names of patients and physicians to obtain Percocet and oxycodone.  Ms. Pearsall admitted to the theft and forgery, as well as that she sold or gave away pills.[430]

375.     Beth Marie Pedulla, L.P.N. of Tallmadge, Ohio pled guilty on January 29, 2010 in the Summit County Court of Common Pleas to offenses including theft of hydrocodone, for

---

[428] OBN_MDL 1st Production 143830, at 148996; MCKPUB00002716.

[429] MCKPUB00025119; MCKPUB00025120; MCKPUB00025145; MCKPUB00025148; MCKPUB00025152.

[430] OBN_MDL 1st Production 000001, at OBN_MDL 1st Production 000626
 OBN_MDL 1st Production 155386, at OBN MDL 1st Production 155460.

conduct that occurred while she was working as a nurse at Essex of Tallmadge.  On July 30, 2010 the Board of Nursing indefinitely suspended Ms. Pedulla's license to practice nursing.[431]

376.     Kelly Michelle Pelter, R.N. entered into a consent agreement with the Board of Nursing on January 22, 2010 to have her license to practice nursing suspended indefinitely. While employed as a registered nurse at Favorite Nurses Agency and working at South Pointe Hospital in Warrensville Heights, Ohio, Ms. Pelter diverted Demerol for appoximately two months.[432]

377.     Anthony H. Perry of East Cleveland, Ohio pled guilty on November 19, 2012 in the Northern District of Ohio to conspiracy to possess with intent to distribute oxycodone, specifically Oxycontin and Percocet.  Specifically, between January 2011 and January 2012, Mr. Perry received fraudulent prescriptions and served as a "walker" who attempted to fill the prescriptions at pharmacies in Northeast Ohio, including several in Cleveland, Shaker Heights, and Garfield Heights.  Mr. Perry then provided the pills to the conspiracy ringleader, who paid Mr. Perry for filling the fraudulent prescriptions.[433]

378.     Nelson E. Perry of Akron, Ohio pled guilty on September 17, 2007 in the Summit County Court of Common Pleas to aggravated trafficking of drugs, namely Percocet.  He was sentenced to one year of incarceration, suspended provided that he complete two years of community control.[434]

---

[431] OBN_MDL 1st Production 018725, at OBN_MDL 1st Production 020983.

[432] OBN_MDL 1st Production 012869, at OBN_MDL 1st Production 013536; OBN_MDL 1st Production 035469, at OBN_MDL 1st Production 035774; MCKPUB00003622.

[433] MCKPUB00025177; MCKPUB00001313.

[434] AKRON_001157926; MCKPUB00025204; MCKPUB00025205; MCKPUB00025207.

379.     Deirdre Anne Peters, R.N. entered a consent agreement with the Board of Nursing in July 2012.  On or about May 19, 2008, Ms. Peters was confronted about discrepancies in her withdrawal and administration of narcotics and admitted diverting Dilaudid while working as a registered nurse in the Emergency Room at MetroHealth Medical Center in Cleveland, Ohio.  In an interview with a Board Compliance Agent, on or about July 8, 2008, Ms. Peters admitted to stealing Dilaudid from her employer beginning in December 2007.[435]

380.     Christopher M. Petersen, L.P.N. pled guilty on January 31, 2017 in the Cuyahoga County Court of Common Pleas to offenses including aggravated theft of oxycodone and hydrocodone.  On September 14, 2017, the Board of Nursing placed Mr. Petersen's license to practice nursing on a stayed suspension under probationary terms and restrictions for a minimum period of three years.[436]

381.     Rachel Joy Petti, R.N., L.P.N. of Mentor, Ohio entered into a consent agreement with the Board of Nursing November 2011 to suspend indefinitely her license to practice nursing.  On November 12, 2010, Petti admitted to the Board of Nursing that she diverted Percocet and Vicodin from University Hospitals and Richmond Medical Center, where she worked as a nurse, and documented the diversions as administrations.[437]

---

[435] OBN  MDL 1st Production 038993, at OBN  MDL 1st Production 039899; OBN_MDL 1st Production 153407, at OBN_MDL 1st Production 153424.

[436] OBN_MDL 1st Production 119052, at 120148; OBN MDL 1st Production 163503, at 163664; MCKPUB00001950; MCKPUB00001951; MCKPUB00001953.

[437] OBN_MDL 1st Production 035469, at OBN_MDL 1st Production 035763; MCKPUB00005145.

382.     Kevin Phan of Bedford, Ohio, pled guilty on July 11, 2007 in the Cuyahoga County Court of Common Pleas to offenses including trafficking oxycodone and hydrocodone.[438]

383.     Denise M. Phelps of Akron, Ohio pled guilty on May 30, 2013 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely oxycodone.  Ms. Phelps was sentenced to three years of community control. [439]

384.     Ronald L. Phelps of Akron, Ohio pled guilty on September 13, 2012 in the Summit County Court of Common Pleas to aggravated trafficking in drugs.  He was sentenced to one year in prison.  Mr. Phelps trafficked oxycodone pills to a woman in a parking lot.[440]

385.     Alisa M. Pitmon, L.P.N. of Maple Heights, Ohio had her license to practice nursing indefinitely suspended by the Board of Nursing in September 2016.  As a nurse working at the Avenue Care and Rehabilitation Center in Warrensville Heights, Ohio (The Avenue), Ms. Pitmon failed to document the administration or otherwise account for the disposition of oxycodone (Percocet).[441]

386.     Danielle Ann Pizzuli, R.N. entered into a consent agreement with the Board of Nursing on November 17, 2016 to suspend indefinitely her license to practice nursing.  While working as a nurse for the Cleveland Clinic, Ms. Pizzuli diverted fentanyl, morphine, and Dilaudid.[442]

---

[438] CUYAH_000035518; MCKPUB00003642; MCKPUB00003643; MCKPUB00003645.

[439] AKRON_000281601, MCKPUB00002396; MCKPUB00002398.

[440] AKRON_000287339; MCKPUB00005332; MCKPUB00005334.

[441] OBN_MDL 1st Production 098951, at OBN_MDL 1st Production 100304; MCKPUB00000919.

[442] OBN_MDL 1st Production 107561 at OBN_MDL 1st Production 109182; OBN_MDL 1st Production 161275 at OBN_MDL 1st Production 161289; MCKPUB00002200.

387.     Anthony Pollard of Bedford, Ohio pled guilty on March 11, 2009 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin.  Mr. Pollard was sentenced to five years in prison.[443]

388.     Sharon Popil of Cleveland, Ohio pled guilty on January 9, 2008 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Ms. Popil was sentenced to one and one half years of community control.[444]

389.     J'Nette Powe of Akron, Ohio pled guilty on November 26, 2013 in the Summit County Court of Common Pleas to aggravated trafficking in drugs, namely oxycodone.  Ms. Powe admitted to selling oxycodone in a parking lot in Akron, Ohio on September 17, 2013.  Ms. Powe was sentenced to twenty-four months of community control.[445]

390.     Carl L. Powers of Cleveland, Ohio, pled guilty on May 1, 2014 in the Cuyahoga County Court of Common Pleas for diverting oxycodone.  Mr. Powers was sentenced to one year of community control.[446]

391.     Sarah Elizabeth Prem, R.N. had her license to practice nursing suspended by the Board of Nursing in May 2016.  Ms. Prem admitted that she diverted fentanyl while working as a nurse for University Hospitals of Cleveland Case Medical Center.[447]

---

[443] CUYAH_000035737; MCKPUB00001315; MCKPUB00001316; MCKPUB00001329.

[444] CUYAH_000036338; MCKPUB00005501; MCKPUB00005503; MCKPUB00005506.

[445] AKRON_001280294; MCKPUB00025209; MCKPUB00025210; MCKPUB00025212.

[446] CUYAH_000057440; MCKPUB00001745; MCKPUB00001746; MCKPUB00001748.

[447] OBN_MDL 1st Production 113399; MCKPUB00005468.

392.    Phillip L. Prince of Cleveland Heights, Ohio pled guilty on April 19, 2013 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone and hydrocodone.  Mr. Prince was sentenced to two years of community control.[448]

393.    David Race, R.N. had his license to practice nursing suspended indefinitely by the Board of Nursing on September 28, 2007.  Mr. Race admitted that, while working as a registered nurse at Fairview Hospital, he stole morphine, took waste morphine, and removed extra doses of morphine.[449]

394.    Destiny Ramos of Cleveland, Ohio pled guilty on December 20, 2012 in the Cuyahoga County Court of Common Pleas to distributing Percocet.  From August 2011 to November 2011, Ms. Ramos procured the administration of, a prescription for, or the dispensing of Percocet.  Ms. Ramos was sentenced to one and a half years of community control.[450]

395.    Oscar R. Ramos of Cleveland, Ohio pled guilty on November 10, 2016 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Ramos was given intervention in lieu of conviction and ordered to forfeit $29,299.00.[451]

396.    Donna Ratica pled guilty on March 26, 2009 in the Cuyahoga County Court of Common Pleas to theft of drugs and tampering with drugs.  While working as a licensed practical nurse at Mt. St. Joseph Nursing Center, Ms. Ratica diverted ETH-Oxydose from a patient by replacing the medication with water and returning the bottles to the patient's supply, and she diverted hydrocodone by writing a false telephone order for a patient.  On September 25,

---

[448] CUYAH_000027745; MCKPUB00005044; MCKPUB00005045; MCKPUB00005050.

[449] OBN_MDL 1st Production 059516 at OBN_MDL 1st Production 060791; MCKPUB00002291.

[450] CUYAH_006985926; MCKPUB00002426; MCKPUB00002427; MCKPUB00002430.

[451] CUYAH_000028834; MCKPUB00004891; MCKPUB00004892; MCKPUB00004895.

2009, the Board of Nursing permanently revoked her license to practice nursing as a licensed practical nurse.[452]

397. Shaun M. Ray of Cleveland, Ohio pled guilty on August 24, 2007 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone. Mr. Ray was sentenced to one year of community control.[453]

398. Peggy Ann Rayer, R.N. of Bedford, Ohio pled guilty on November 24, 2014 in the Cuyahoga County Court of Common Pleas to offenses including theft and aggravated theft of Dilaudid. In January 2015, the Board of Nursing suspended Ms. Rayer's license to practice nursing. Ms. Rayer admitted to the diversion of Dilaudid waste in December 2012, while working as a nurse at University Hospitals of Cleveland.[454]

399. Erin Elizabeth Reed, D.T. entered into consent agreement with the Board of Nursing in November 2011 to suspend indefinitely her certificate as a dialysis technician. Ms. Reed removed blank prescriptions from her place of employment, St. Vincent Charity Hospital in Cleveland, Ohio, and completed one of the prescription forms for Vicodin using a physician's name and DEA number.[455]

400. Charmin Reeves of Cleveland, Ohio was convicted by a jury on August 11, 2014 in the Northern District of Ohio of crimes including conspiracy to possess with intent to distribute oxycodone. Ms. Reeves also had her license to practice nursing permanently revoked

---

[452] OBN_MDL 1st Production 003315, at OBN_MDL 1st Production 003319; MCKPUB00025214; MCKPUB00029030; MCKPUB00029032; MCKPUB00029035.

[453] CUYAH_000036238; MCKPUB00005508; MCKPUB00005510; MCKPUB00005512.

[454] OBN_MDL 1st Production 080783, at OBN_MDL_1st Production 082000; MCKPUB00004988.

[455] OBN_MDL 1st Production 035469, at OBN_MDL 1st Production 035756.

months by the Board of Nursing in July 21, 2016.  Ms. Reeves asked her cousin to fill a prescription for OxyContin using a forged prescription on the stolen prescription pad of a physician employed by Cleveland Clinic Hospital, where Ms. Reeves worked as an operating room scheduler.[456]

401.    Jennifer Lynn Reilly, L.P.N. of North Royalton, Ohio, had her license to practice nursing suspended indefinitely by the Board of Nursing in November 2012.  Ms. Reilly admitted that, while employed as a licensed practical nurse at Parma Community Hospital in Parma, Ohio, she diverted Percocet and Vicodin.[457]

402.    Patrick R. Reinke, L.P.N., had his license to practice nursing as a licensed practical nurse permanently revoked by the Board of Nursing in November 2010.  Mr. Reinke stole oxycodone, tampered with medication records, and deceived to obtain a dangerous drug.[458]

403.    Nicole Leeanne Rese, R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing in September 2009.  Ms. Rese admitted that, as a nurse working at the Akron Children's Hospital, she diverted Dilaudid and morphine.[459]

404.    Linda Marie Reynolds, R.N. entered into a consent agreement with the Board of Nursing in September 2010 to suspend indefinitely her license to practice nursing.  As a nurse working at Southpointe Hospital in Warrensville Heights, Ohio, Ms. Reynolds diverted Percocet

---

[456] CLEVE_000331192; OBN_MDL 1st Production 074923, at OBN_MDL 1st Production 076176; OBN_MDL 1st Production 154383, at OBN_MDL 1st Production 154718; MCKPUB00001879; MCKPUB00029037.

[457] OBN_MDL 1st Production 037202, at OBN_MDL 1st Production 038310; OBN_MDL 1st Production 160238, at OBN MDL 1st Production 160311; MCKPUB00003120.

[458] CUYAH_000043481; MCKPUB00004925.

[459] OBN_MDL 1st Production 023282, at OBN_MDL 1st Production 023726; MCKPUB00004806.

tablets from her patients between 2005 and 2006.  As a nurse working at the Northeast Pre-Release Center ("NEPRC") in Cleveland, Ohio in 2008, she diverted pain medication by modifying or destroying medical records.  Ms. Reynolds' license to practice as a registered nurse was permanently revoked on July 29, 2013.[460]

405.    Anthony E. Rhodes of Akron, Ohio pled guilty on April 20, 2015 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely oxycodone.  Mr. Rhodes was sentenced to four years in prison.[461]

406.    Richard A. Rice of Akron, Ohio pled guilty on March 26, 2014 in the Summit County Court of Common Pleas to trafficking in drugs (Vicodin), for conduct occurring in Akron.  Mr. Rice was sentenced to twelve months of community control.[462]

407.    Laura Ann Ringenbach, R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing in July 2007.  While working as a nurse at the Akron General Medical Center, Ms. Ringenbach obtained injectable narcotics including morphine, Dilaudid, and hydromorphone under patient names, and she failed to document administration of the narcotics to patients.[463]

408.    Latonya S. Robinson, L.P.N. of Cleveland, Ohio pled guilty on April 25, 2017 in the Cuyahoga County Court of Common Pleas to offenses including theft of oxycodone.  In July 2017, the Board of Nursing indefinitely suspended her license to practice nursing.  Ms. Robinson

---

[460] OBN_MDL 1st Production 003315, at OBN_MDL 1st Production 003430; OBN_MDL 1st Production 021117 at OBN_MDL 1st Production 022682; MCKPUB00003956.

[461] SUMMIT_000612623; MCKPUB00025221; MCKPUB00025222; MCKPUB00025224; MCKPUB00025227.

[462] AKRON_001280479; MCKPUB00025228; MCKPUB00025229; MCKPUB00025232.

[463] OBN_MDL 1st Production 021117 at OBN_MDL 1st Production 021560; MCKPUB00003822.

diverted Percocet from a patient from February 2015 through February 2016, while she was employed as a nurse at Eliza Bryant Village in Cleveland, Ohio.  Additionally, from May 2016 through November 2016, Ms. Robinson diverted Percocet and oxycodone from Franklin Plaza in Cleveland, Ohio, where she was subsequently employed as a nurse.[464]

409.    Christopher John Roch, a practical nurse, had his license to practice suspended for no less than two years on April 9, 2012.  The Board of Nursing found that Mr. Roch diverted oxycodone for a period of six to eight months starting in August 2011 while he was working at the Cleveland VA Medical Center in Cleveland, Ohio.[465]

410.    John Roche of Cleveland, Ohio pled guilty on March 9, 2017 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Roche was sentenced to three years of community control.[466]

411.    Jason Roop of Cleveland, Ohio pled guilty on February 5, 2018 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Roop was sentenced to 130 days in jail.[467]

412.    Troy Roop of Cleveland, Ohio pled guilty on March 1, 2018 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Roop was sentenced to six months in jail.[468]

---

[464] OBN_MDL 1st Production 119052, at 120078; OBN_MDL 1st Production 122353, at 124127;MCKPUB00003816; MCKPUB00003820.

[465] OBN_MDL 1st Production 045533, at OBN_MDL 1st Production 046510-11; OBN_MDL 1st Production 157945, at OBN_MDL 1st Production 158037; MCKPUB00001955; MCKPUB00001956; MCKPUB00001959.

[466] CUYAH_000032325; MCKPUB00003251; MCKPUB00003252; MCKPUB00003255.

[467] CUYAH_000077025; MCKPUB00003028; MCKPUB00003029; MCKPUB00003031.

[468] CUYAH_000077025; MCKPUB00006172; MCKPUB00006173; MCKPUB00006176.

413.     Aimee Joanne Roscoe, L.P.N. had her license to practice nursing permanently revoked by the Board of Nursing on or about September 24, 2010.  Ms. Roscoe pled guilty in the Cuyahoga County Court of Common Pleas to offenses including forgery, forging identification cards, tampering with records, and theft.  Roscoe admitted to diverting Percocet and oxycodone from Parma Community General Hospital in June and July 2008 and to diverting Percocet from a resident's supply at Normandy Manor Nursing Home.[469]

414.     Dennie Rowland was indicted in February 2018 for conspiracy to possess with the intent to distribute controlled substances including oxycodone from December 2015 to November 2016.  Mr. Rowland worked at a doctor's office and allegedly forged signatures on prescription pads which put thousands of doses of oxycodone on the streets of Akron and Canton.[470]

415.     Kayla L. Royko, R.N. of Parma, Ohio had her license to practice nursing suspended indefinitely by the Board of Nursing on September 14, 2017 for obtaining or exerting control over fentanyl beyond the scope of express or implied consent of the owner or person authorized to give consent and for making a false statement on a prescription while employed as a nurse at University Hospitals Parma Medical Center.  Ms. Royko pled guilty in the Cuyahoga County Court of Common Pleas to these offenses on May 9, 2017.[471]

416.     Asia Tanay Rucker of Cleveland, Ohio pled guilty on May 1, 2014 in the Cuyahoga County Court of Common Pleas to offenses including deception to obtain a dangerous

---

[469] OBN_MDL 1st Production 016725, at OBN_MDL 1st Production 016884; OBN_MDL 1st Production 161901, at OBN MDL 1st Production 161990; OBN_MDL 1st Production 021117 at OBN_MDL 1st Production 023174; MCKPUB00023746.

[470] MCKPUB00002401; MCKPUB00002399.

[471] OBN_MDL 1st Production 122353, at 124106; OBN MDL 1st Production 163503, at 163857; MCKPUB00003601; MCKPUB00003602; MCKPUB00003604; MCKPUB00029044.

drug, for conduct involving oxycodone. Ms. Rucker was sentenced to two years of community control.[472]

417. Daniel Michael Rush, R.N. of University Heights, Ohio had his license to practice nursing suspended for two years by the Board of Nursing on November 21, 2014. While working as a nurse at the Hillcrest Hospital at the Cleveland Clinic, Mr. Rush diverted fentanyl.[473]

418. Lisa A. Rzeszotarski of New Franklin, Ohio pled guilty on March 16, 2015 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug, namely oxycodone. She obtained controlled narcotics from at least 32 physicians in the Akron area over twelve months. Ms. Rzeszotarski was sentenced to one year in prison, suspended provided that she complete eighteen months of community control.[474]

419. Mohammad H. Saedi pled guilty to two felony counts of aggravated drug possession and, on October 8, 2014, he was sentenced to three years in prison and was ordered to forfeit $15,000. The convictions were for using aliases to fill prescriptions within the Greater Cuyahoga County area and maintaining possession of large quantities of oxycodone-based drugs that he abused, sold, or traded for other drugs.[475]

420. Diane Marie Salak (also known as Diane Krupka), R.N. admitted to diverting Percocet pills on or about October 20, 2016, while she was working as a nurse for Cleveland

---

[472] CUYAH_000066950; MCKPUB00001476; MCKPUB00001477; MCKPUB00001482.

[473] OBN_MDL 1st Production 072083, at OBN_MDL 1st Production 073389; MCKPUB00002125.

[474] AKRON_001283454; MCKPUB00025234; MCKPUB00025235; MCKPUB00025238.

[475] MCKPUB00004599.

Clinic Home Care in Independence, Ohio.  In September 2018, the Board of Nursing indefinitely suspended Ms. Krupka's license to practice nursing.[476]

421.    Michael D. Salo of Cleveland, Ohio, pled guilty on December 16, 2008 in the Cuyahoga Court of Common Pleas to trafficking counterfeit Percocet.  On January 22, 2009, Mr. Salo was sentenced to six months in prison.[477]

422.    Tricia Santangelo, L.P.N., pled guilty on May 7, 2018 in the Cuyahoga County Court of Common Pleas to theft of drugs, including tramadol, hydrocodone, OxyContin, and oxycodone.  On June 4, 2018, the Board of Nursing suspended her license to practice nursing indefinitely.[478]

423.    Antonio Santiago of Cleveland, Ohio pled guilty on December 11, 2016 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Santiago was sentenced to one year of prison.[479]

424.    Amelia Frances Sartoski (formerly Amelia Housley), R.N. of Avon Lake, Ohio had her license to practice nursing as a registered nurse suspended by the Board of Nursing in March 2011.  Ms. Housley admitted to diverting Demerol, morphine, and Dilaudid while working as a nurse at Cleveland Clinic – Fairview Hospital.[480]

---

[476] OBN_MDL 1st Production 150318, at 150435.

[477] CUYAH_000040713; MCKPUB00004553; MCKPUB00004554; MCKPUB00004557.

[478] OBN_MDL 1st Production 140843, at 146440; MCKPUB00006066-06079.

[479] CUYAH_000034033; MCKPUB00001332; MCKPUB00001333; MCKPUB00001336.

[480] OBN_MDL 1st Production 064580, at OBN_MDL 1st Production 064732; OBN_MDL 1st Production 107561 at OBN_MDL 1st Production 107999; MCKPUB00000991.

425.    Corey J. Schmidt pled guilty on October 7, 2013 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone and hydrocodone.  Mr. Schmidt was sentenced to five years of community control.[481]

426.    Ronald Schueneman, Jr. of Cleveland, Ohio pled guilty on April 15, 2014 in the Cuyahoga County Court of Common Pleas to offenses including trafficking hydrocodone.  Mr. Schueneman was sentenced to two years of community control.  Upon violation of the terms of the terms of his sentence, Mr. Schueneman was sentenced to eighteen months in prison.[482]

427.    Meredith Jean Schuette, R.N. pled guilty on June 2, 2016 in the Cuyahoga County Court of Common Pleas to offenses including aggravated theft of oxycodone.  On November 17, 2016, the Board of Nursing suspended indefinitely Ms. Schuette's license to practice nursing as a registered nurse.  While working as a nurse at Altercare of Mayfield Village, Ohio, Ms. Schuette diverted oxycodone pills from a patient, substituting Motrin pills for the oxycodone pills to conceal the diversion.[483]

428.    Susan Leigh Schur (also known as Susan Leigh Nugent), R.N. entered into a consent agreement in September 2013 with the Board of Nursing to suspend indefinitely her license to practice nursing.  Ms. Schur admitted to diverting Dilaudid from Bedford Medical Center, where she worked as a nurse.  She also admitted to diverting increasing amounts of

---

[481] CUYAH_000057956; MCKPUB00002023; MCKPUB00002024; MCKPUB00002027.

[482] CUYAH_000054075; MCKPUB00005344; MCKPUB00005346; MCKPUB00005351.

[483] CUYAH_000070936; OBN_MDL 1st Production 107561 at OBN_MDL 1st Production 109115; OBN_MDL 1st Production 161275 at OBN_MDL 1st Production 161288; MCKPUB00004446.

Dilaudid, diverting wastes, requesting orders increasing the dosage, and ordering for patients to cover her diversion.[484]

429.     Shannon Nicole Schwoeble, R.N. entered a consent agreement with the Board of Nursing in July 2012.  Ms. Schwoeble admitted that for approximately one and one-half years, she diverted Dilaudid from Akron General Medical Center, where she worked as a nurse.[485]

430.     Megan Elisa Scolaro, L.P.N. had her license to practice nursing suspended, with the suspension stayed and Ms. Scolaro's license placed in inactive status while she completed the terms of her consent agreement, by the Board of Nursing on January 21, 2011.  While working as a nurse at Solon Pointe At Emerald Ridge in Solon, Ohio, Ms. Solon diverted and/or failed to document administering oxycodone and morphine.  Additionally, while working as a nurse at Grande Pointe Healthcare Community in Richmond Heights, Ohio, Ms. Scolaro diverted and/or failed to document the administration of Percocet.[486]

431.     Linda A. Sedivy, R.N. pled guilty on December 28, 2017 in the Cuyahoga County Court of Common Pleas to offenses including theft of fentanyl, for conduct occurring on June 15, 2017, while she was employed as a nurse at University Hospitals Richmond Medical Center. Ms. Sediyy obtained or exerted control over fentanyl beyond the scope of the express or implied consent of the owner or person authorized to give consent and made a false statement in any

---

[484] OBN_MDL 1st Production 059516 at OBN_MDL 1st Production 059842; OBN_MDL 1st Production 162423 at OBN_MDL 1st Production 162435; MCKPUB00005811.

[485] OBN_MDL 1st Production 038993, at OBN_MDL 1st Production 039883; OBN_MDL 1st Production 153407, at OBN_MDL 1st Production 153424.

[486] OBN_MDL, 1st Production 025156; MCKPUB00004344.

prescription, order, or record.  In July 2018, the Board of Nursing agreed to a consent agreement.[487]

432.    Lia M. Seeber of Bedford, Ohio, pled guilty on January 31, 2018 in the Cuyahoga County Court of Common Pleas to offenses including trafficking oxycodone.  Ms. Seeber was sentenced to nine months in prison.[488]

433.    Karen Angela Seguin, R.N. of Lakewood, Ohio pled guilty on December 11, 2015 in the Cuyahoga County Court of Common Pleas to breaking and entering, aggravated theft, and tampering with drugs.  In September 2016, the Board of Nursing permanently revoked her license to practice nursing as a registered nurse.  As a nurse working at Brian K. Smith, D.D.S., M.D., Inc., Ms. Seguin diverted fentanyl.  Specifically, Ms. Seguin entered her employer's place of business after hours and used a syringe to steal fentanyl from vials, replacing the fentanyl with saline to cover her diversion.[489]

434.    Kim Seltzer, a former employee of the Medical Care Group's North Olmstead, Ohio office, pled guilty in September 2015 to offenses including drug trafficking for handing out prescription opioids without a proper prescription.  Mr. Seltzer was sentenced to 51 months in prison.[490]

---

[487] OBN_MDL 1st Production 135369, at 139978; OBN_MDL 1st Production 155070, at 155080.

[488] MCKPUB00003950; MCKPUB00003951-03953; MCKPUB00003955.

[489] CUYAH_000069179; MCKPUB00003341; OBN_MDL 1st Production 098951, at OBN_MDL 1st Production 100251; OBN_MDL 1st Production 110764, at OBN_MDL 1st Production 113194; MCKPUB00029047.

[490] MCKPUB00003647; MCKPUB00029060.

435.    Erica Jean Seymour, L.P.N. had her license to practice nursing suspended by the Board of Nursing in March 2013.  Ms. Seymour admitted that she diverted fentanyl from the Cleveland Clinic, and she also admitted to diverting Dilaudid and morphine.[491]

436.    Ben Earl Sherbert of Akron, Ohio pled guilty on August 19, 2014 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug.  Mr. Sherbert forged prescriptions for schedule II controlled narcotics and presented at least two fake prescriptions for Percocet to Ritzman's Pharmacy on Copley Road in Akron.[492]  Mr. Sherbert was sentenced to one year in prison.

437.    Anthony F. Shue of Akron, Ohio pled guilty on August 25, 2016, in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely oxycodone.  He was sentenced to one year in prison.[493]

438.    Luis Sierra of Cleveland, Ohio pled guilty on June 6, 2018 in the Cuyahoga County Court of Common Pleas to trafficking hydrocodone.  Mr. Sierra was sentenced to one year of community control.[494]

439.    Shawn Michael Sindelar, R.N. had his license to practice nursing as a registered nurse suspended in July 2013, and then, in September 2013, suspended indefinitely by the Board

---

[491] OBN_MDL 1st Production 083864, at OBN_MDL 1st Production 084028.

[492] AKRON_001230790; AKRON_001280930; MCKPUB00001503; MCKPUB00001506; MCKPUB00001507.

[493] AKRON_000294564; MCKPUB00001295; MCKPUB00001296; MCKPUB00001298.

[494] CUYAH_000081521; MCKPUB00004169; MCKPUB00004171; MCKPUB00004174.

of Nursing.  As a nurse working at South Pointe Hospital in Warrensville Heights, Ohio, Mr. Sindelar stole morphine, hydromorphone, oxycodone, and hydrocodone from his employer.[495]

440.    Carl Sisley of Cleveland, Ohio, pled guilty on October 20, 2010 in the Cuyahoga County Court of Common Pleas to offenses including engaging in a pattern of corrupt activity to sell diverted opioids, including Lorcet, Vicodin, and Norco.  Mr. Sisley was sentenced to two years and six months in prison.[496]

441.    Michael Joseph Slagle of Cleveland, Ohio pled guilty on October 15, 2014 in the Cuyahoga County Court of Common Pleas to trafficking Percocet or oxycodone.  Mr. Slagle found eligible for intervention in lieu of conviction.[497]

442.    Jodi Slider of Strongsville, Ohio, pled guilty on September 20, 2006 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Ms. Slider was sentenced to one year of community control.[498]

443.    Nanette Theresa Smalcer, L.P.N. of Parma, Ohio pled guilty on August 27, 2018 in the Cuyahoga County Court of Common Pleas to theft of drugs, including oxycodone, Percocet, and tramadol, from December 5, 2016 to August 16, 2017, while working as a nurse at Pleasantview Care Center in Cleveland, Ohio.  On September 27, 2018, the Board of Nursing suspended her license to practice nursing indefinitely.[499]

---

[495] CUYAH_000028137; OBN_MDL 1st Production 056992 at OBN_MDL 1st Production 058449; OBN_MDL 1st Production 162423 at OBN_MDL 1st Production 162435; MCKPUB00005514.

[496] CUYAH_000044020; MCKPUB00001750; MCKPUB00001751; MCKPUB00001753.

[497] CUYAH_009003041; MCKPUB00004519; MCKPUB00004520; MCKPUB00004525.

[498] CUYAH_000034041; MCKPUB00003244; MCKPUB00003245; MCKPUB00003248.

[499] OBN_MDL 1st Production 143830, at 149048; MCKPUB00004762.

444.    Aryell Smith of Cleveland, Ohio pled guilty on December 14, 2012 in the Cuyahoga County Court of Common Pleas to attempted deception to obtain a dangerous drug, Percocet.  Ms. Smith was sentenced to one year of community control.[500]

445.    Christy A. Soltay, R.N. of Westlake, Ohio pled guilty on May 4, 2017 in the Cuyahoga County Court of Common Pleas to theft of oxycodone for obtaining or exerting control over Percocet and/or oxycodone beyond the scope of express or implied consent of the owner or person authorized to give consent, from January 1, 2014 through August 30, 2016.  In January 2018, the Board of Nursing accepted a consent agreement with Ms. Soltay for these violations.[501]

446.    Angelo Isaiah Sommerville of Akron, Ohio pled guilty on June 20, 2018 in the Summit County Court of Common Pleas to crimes including aggravated trafficking in drugs, namely oxycodone.  On August 22, 2018, he was sentenced to two years of community control.[502]

447.    Annamaria Somogyi, R.N. entered into a consent agreement in September 2013 with the  Board of Nursing to suspend indefinitely her license to practice nursing.  Ms. Somogyi admitted that she stole oxycodone and hydrocodone from Lorantffy Care Center in Akron, Ohio, where she worked as a nurse.  Ms. Somogyi stated she falsified records each time she diverted narcotics meant for administration to patients.  Ms. Somogyi also admitted that she diverted

---

[500] CUYAH_006985926; MCKPUB00001352; MCKPUB00001353; MCKPUB00001356.

[501] OBN_MDL 1st Production 125822, at 127304; OBN MDL 1st Production 152729, at 152738.

[502] AKRON_000296839; MCKPUB00006873; MCKPUB00006875; MCKPUB00006876; MCKPUB00006878; MCKPUB00006881; MCKPUB00006883; MCKPUB00001150; MCKPUB00001151; MCKPUB00001154.

hydrocodone from two home care clients of Menorah Park Center for Senior Living in Beachwood, Ohio.[503]

448.    Heather Lynn Spirhanzl (also known as Heather Lynn Forinash), L.P.N. of Brook Park, Ohio entered into a consent agreement effective May 21, 2010 with the Board of Nursing, suspending her license to practice nursing indefinitely.  Ms. Spirhanzl diverted Ultram (tramadol) on or about May 18, 2009 from Altenheim Nursing Home in Strongsville, Ohio, where she was employed as a licensed practical nurse.[504]

449.    Damien R. Stafford of Akron, Ohio pled guilty on January 7, 2019 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs (oxycodone).  He was sentenced to two years in prison.[505]

450.    Edward States of Cleveland, Ohio pled guilty on September 25, 2008 in the Cuyahoga County Court of Common Pleas to trafficking controlled substances, OxyContin and Percocet.  Mr. States was sentenced to five years in prison.[506]

451.    Rachelle R. Stawicki, R.N. of Cleveland, Ohio pled guilty on March 7, 2017 in the Cuyahoga County Court of Common Pleas to offenses including deception to obtain a dangerous drug, for forging a prescription for Vicodin on or about October 27, 2016.  In January

---

[503] OBN_MDL 1st Production 059516 at OBN_MDL 1st Production 059717; OBN_MDL 1st Production 161275 at OBN_MDL 1st Production 161288; MCKPUB00001190.

[504] OBN_MDL 1st Production 012869, at OBN_MDL 1st Production 012984; OBN_MDL 1st Production 029049, at 029236; MCKPUB00002792.

[505] AKRON_001278733; MCKPUB00025242; MCKPUB00025246; MCKPUB00025247.

[506] CUYAH_000039144; MCKPUB00002585; MCKPUB00002586; MCKPUB00002589.

2018, the Board of Nursing approved a consent agreement under which Ms. Stawicki's license to practice nursing was suspended.[507]

452.    Reginald Stearns pled guilty on February 22, 2017 in the Cuyahoga County Court of Common Pleas to trafficking Suboxone and fentanyl.  Mr. Stearns was sentenced to eighteen months in prison.[508]

453.    Maureen R. Stith, R.N. of Cuyahoga Falls, Ohio pled guilty on February 1, 2012 in the Summit County Court of Common Pleas to offenses including theft of drugs.  Ms. Stith made false statements in order to obtain a prescription for hydromorphone and stole hydromorphone from Akron General Medical Center, where she was employed as a nurse.  On January 25, 2013, Ms. Stith and the Board of Nursing entered into a consent agreement suspending indefinitely her license to practice nursing.[509]

454.    Jodi Ann Stokes, R.N. pled guilty on January 8, 2010 in the Cuyahoga County Court of Common Pleas to aggravated theft and tampering with drugs.  While employed as a home care nurse at University Hospital Home Care Services in Warrensville, Ohio, Ms. Stokes stole Vicodin and Percocet.  As a result of her criminal case, Ms. Stokes entered into a consent agreement with the Board of Nursing on September 24, 2010, to have her license to practice nursing suspended indefinitely.[510]

---

[507] OBN_MDL 1st Production 132477, at 134370; MCKPUB00005175; MCKPUB00005176; MCKPUB00005178; MCKPUB00005180.

[508] CUYAH_000071561; MCKPUB00019486; MCKPUB00019487; MCKPUB00019492.

[509] OBN_MDL 1st Production 049841, at 051200; OBN_MDL 1st Production 049841, at 051192.

[510] OBN_MDL 1st Production 014736, at OBN_MDL 1st Production 015181; OBN_MDL 1st Production 021117 at OBN_MDL 1st Production 022499; MCKPUB00003217; MCKPUB00003218; MCKPUB00003221; MCKPUB00003224.

455.     Pamela C. Stover (formerly known as Pamela Terry), R.N. of Brook Park, Ohio pled guilty on January 4, 2018 in the Cuyahoga County Court of Common Pleas to theft of drugs, including oxycodone and hydrocodone.  Ms. Stover diverted the drugs while working as a nurse at O'Neill Healthcare Center in Fairview Park, Ohio.  On September 27, 2018, Ms. Stover's license to practice nursing was suspended indefinitely.[511]

456.     Kathryn M. Struna, R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing in May 2009.  While working as a clinical instructor in nursing at Case Western Reserve University, Ms. Struna took Dilaudid from waste containers.[512]

457.     Karen Svoboda, R.N. of Seven Hills, Ohio entered a consent agreement with the Board of Nursing on August 2009 to suspend indefinitely her license to practice nursing, but to stay the suspension subject to successful completion of the requirements set out in the consent agreement.  Ms. Svoboda admitted to stealing blank prescription forms from Parma Community Hospital while employed there as a registered nurse.  She filled forged prescriptions for medications including Darvocet using physicians' names and DEA numbers.[513]

458.     Shinita Rainette Swails, R.N. pled guilty on June 6, 2018 in the Cuyahoga County Court of Common Pleas to offenses including theft of hydromorphone, for conduct occurring from June 4, 2017 to September 8, 2018, while she was employed at University Hospitals Ahuja

---

[511] OBN_MDL 1st Production 135369, at 139930; OBN_MDL 1st Production 150318. at 150644.

[512] OBN_MDL 1st Production 021117 at OBN_MDL 1st Production 022726; MCKPUB00003445.

[513] OBN_MDL 1st Production 000001, at OBN_MDL 1st Production 001350; MCKPUB00003391.

Medical Center in Beachwood, Ohio.  On July 26, 2018, the Board of Nursing indefinitely suspended her license to practice nursing.[514]

459.    Brittany Sweeny of Euclid, Ohio pled guilty on December 14, 2012 in the Cuyahoga County Court of Common Pleas to attempted deception to obtain Percocet.  From August 2011 to November 2011, Ms. Sweeny attempted to procure the administration of, a prescription for, or the dispensing of Percocet.  Ms. Sweeny was sentenced to one and a half years of community control.[515]

460.    Nicole Lynn Szymczyk (also known as Nicole Lynn Tackett), R.N. had her license to practice nursing indefinitely suspended by the Board of Nursing on July 21, 2016.  Ms. Szymczyk admitted that she diverted Dilaudid while working as a nurse at MetroHealth Medical Center.[516]

461.    Sanita Annmarie Taylor, a registered nurse, had her license to practice suspended on April 2, 2014 by the Board of Nursing.  The Board of Nursing found that Ms. Taylor diverted drugs, including Percocet, OxyIR, and Nucynta, at least six times in March 2013, while working at Lutheran Hospital in Cleveland, Ohio.[517]

462.    Michael Thies of Garfield Heights, Ohio pled guilty on May 28, 2008 in the Cuyahoga County Court of Common Pleas to trafficking hydrocodone.  Mr. Thies was sentenced to one year of community control.[518]

---

[514] CUYAH_000081189; OBN_MDL 1st Production 140843, at 146502; MCKPUB00005544; MCKPUB00005545; MCKPUB00005547; MCKPUB00005549.

[515] CUYAH_006985926; MCKPUB00001609; MCKPUB00001610; MCKPUB00001613.

[516] OBN_MDL 1st Production 107561 at OBN_MDL 1st Production 107771; MCKPUB00004841.

[517] OBN_MDL 1st Production 083864, at OBN_MDL 1st Production 083914-15.

[518] CUYAH_000038593; MCKPUB00004560; MCKPUB00004561; MCKPUB00004564.

463.     DeNeik Lashell Thornton, L.P.N. had her license to practice nursing permanently revoked by the Board of Nursing on September 21, 2012.  Ms. Thornton admitted that, while she worked as a nurse at Euclid Hospital in Euclid, Ohio, she diverted Dilaudid that was prescribed to patients.[519]

464.     Terry T. Thurman of Cleveland, Ohio pled guilty on March 15, 2017 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone.  Mr. Thurman was sentenced to one year in prison.[520]

465.     Frances Torres of Cleveland, Ohio pled guilty on May 29, 2012 in the Cuyahoga County Court of Common Pleas to trafficking in oxycodone.  Mr. Torres was sentenced to one year of community control.[521]

466.     Jessica L. Townsend of Cuyahoga Falls, Ohio pled guilty on February 3, 2015 in the Summit County Court of Common Pleas to attempted aggravated trafficking in drugs (oxycodone).  Ms. Townsend was sentenced to eighteen months of incarceration, but the sentence was suspended on the condition that Ms. Townsend complete community control through February 20, 2016.[522]

467.     Mark S. Townsend of Akron, Ohio pled guilty on February 1, 2012 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug.  Mr. Townsend was

---

[519] OBN_MDL 1st Production 031252 at OBN_MDL 1st Production 032449; OBN_MDL 1st Production 162189 at OBN_MDL 1st Production 162287; MCKPUB00002375; MCKPUB00003915.

[520] CUYAH_000032210; MCKPUB00005905; MCKPUB00005906; MCKPUB00005909.

[521] CUYAH_000051819; MCKPUB00002647; MCKPUB00002648; MCKPUB00002651.

[522] AKRON_000205584; MCKPUB00015605; MCKPUB00015607; MCKPUB00015608.

paid by two women to pick up fake prescriptions for Vicodin from pharmacies in Akron.  Mr. Townsend was sentenced to one year of community control.[523]

468.    Amber D. Trusso, R.N. had her license to practice nursing suspended indefinitely by the Board of Nursing on January 20, 2012.  Ms. Trusso admitted that, while working as a nurse at the Cleveland Clinic, she diverted Percocet, Vicodin, hydromorphone, and oxycodone.  Ms. Trusso diverted medications from patients not assigned to her, and she went to other units to remove medication.[524]

469.    Christine Turner, L.P.N. had her license to practice nursing as a licensed practical nurse suspended by the Board of Nursing in May 2015.  Ms. Turner withdrew hydrocodone for a patient but did not document administration and/or waste of these tablets on several occasions while working as a nurse at Crestmont North Healthcare in Lakewood, Ohio.[525]

470.    Dawn M. Turshon, R.N. entered into a consent agreement with the Board of Nursing on March 18, 2005 to have her license to practice nursing suspended indefinitely.  While employed as a nurse at St. Vincent Charity Hospital in Cleveland, Ohio, Ms. Turshon stole Vicodin from the hospital, posed as a patient's sister in an attempt to fill a prescription for Percocet, and in June 2004, obtained oxycodone and hydrocodone by filling prescriptions from five different physicians at four different pharmacies.[526]

---

[523]AKRON_001228207; MCKPUB00025250; MCKPUB00025251; MCKPUB00025253.

[524] OBN_MDL 1st Production 031252 at OBN_MDL 1st Production 032442; OBN_MDL 1st Production 151237 at OBN_MDL 1st Production 151331; MCKPUB00000963.

[525] OBN_MDL 1st Production 085996, at OBN_MDL 1st Production 088072; MCKPUB00001924.

[526] OBN_MDL 1st Production 012869, at OBN_MDL 1st Production 013942; MCKPUB00002309.

471.    Cortney Louise Tylicki, L.P.N. had her license to practice nursing indefinitely suspended by the Board of Nursing in January 2018.  As a nurse working at Euclid Hospital in Euclid, Ohio, Ms.Tylicki failed to document the administration of hydromorphone (Dilaudid) and oxycodone-acetaminophen (Percocet) that she removed, and the drugs were not accounted for.[527]

472.    Lauretta A. Umana-Kipp, R.N. of Fairlawn, Ohio had her license to practice nursing indefinitely suspended for a period no less than nine months in September 2011.  While working as a nurse at University Hospitals Bedford Medical Center, Ms. Umana-Kipp withdrew Percocet, OxyContin, oxycodone, and morphine for twelve patients without documentation or physicians' orders.[528]

473.    Lisa Ann Urich pled guilty on June 24, 2008, in the Cuyahoga County Court of Common Pleas, to theft/aggravated theft of drugs.  While working as a licensed practical nurse at Bradley Bay Health Center in Bay Village, Ohio, Ms. Urich stole cards of Vicodin and Percocet and discarded corresponding controlled drug logs.  Ms. Urich's license to practice nursing was suspended indefinitely on March 30, 2009.[529]

474.    Dustin Thomas Van Der Voort, R.N. had his license to practice nursing suspended by the Board of Nursing in December 2016.  Mr. Van Der Voort diverted Percocet while working as a nurse at the Cleveland Clinic Health System at Hillcrest Hospital in Mayfield Heights, Ohio.[530]

---

[527] MCKPUB00002036.

[528] OBN_MDL 1st Production 018725, OBN_MDL 1st Production at 019028.

[529] OBN_MDL 1st Production 003315, at OBN_MDL 1st Production 004757.

[530] OBN_MDL 1st Production 11399, at OBN_MDL lst Production 114533; MCKPUB00002513.

475.    Robert Van Maele, L.P.N. pled guilty on September 29, 2009 in the Cuyahoga County Court of Common Pleas to aggravated theft.  In May 2009, while employed by Larchwood Village Care Center in Cleveland, Ohio, Mr. Van Maele stole Vicodin.  As a result of his criminal case, Mr. Van Maele entered into a consent agreement on or about July 30, 2010, to have his license to practice nursing suspended indefinitely.[531]

476.    Neidalyz Vazquez of Lorian, Ohio pled guilty on January 12, 2007 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin.  Ms. Vazquez was sentenced to six months in prison.[532]

477.    Anthony M. Velleca of Akron, Ohio pled guilty on February 4, 2009 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug (oxycodone and Vicodin).  Mr. Velleca obtained prescription opioids from multiple physicians in the Akron area, without informing them that he was receiving prescription opioids from other physicians. He was sentenced to two years of community control.[533]

478.    Jessica Sara Velsor, L.P.N. pled guilty on January 16, 2013 in the Summit County Court of Common Pleas to theft of tramadol from Briarwood Assisted Living and Skilled Nursing Care in Stow, Ohio in August 2012.  In March 2014, the Board of Nursing suspended Ms. Velsor's license to practice nursing indefinitely.[534]

---

[531] OBN_MDL 1st Production 014736, at OBN_MDL 1st Production 015149; OBN_MDL 1st Production 018725, 020021; MCKPUB00005291; MCKPUB00005293; MCKPUB00005295; MCKPUB00005297.

[532] CUYAH_000032685, MCKPUB00004771; MCKPUB00004772; MCKPUB00004775.

[533] AKRON_001157344; MCKPUB00025255; MCKPUB00025256; MCKPUB00025258.

[534] OBN_MDL 1st Production 054509, at 055582; OBN_MDL 1st Production 156153, at 156198.

479. Melissa K. Veverka, R.N. had her license to practice nursing as a registered nurse temporarily suspended in January 2015, and then, in July 2015, suspended indefinitely, by the Board of Nursing. Ms. Veverka diverted hydrocodone and oxycodone while working as a nurse at University Hospital's Ahuja Medical Center.[535]

480. Randy Vodicka of Brooklyn, Ohio pled guilty on October 14, 2008 in the Cuyahoga Court of Common Pleas to trafficking oxycodone. On November 11, 2008, Mr. Vodicka was sentenced to one year of community control.[536]

481. Justin C. Wagner of Akron, Ohio pled guilty on April 21, 2014 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs (oxycodone), for conduct occurring in Akron. Mr. Wagner was sentenced to two years in prison, suspended provided that he complete two years of community control.[537]

482. Rachel H. Wallace, L.P.N. of North Royalton, Ohio pled guilty on April 17, 2013 in the Cuyahoga County Court of Common Pleas for diverting Percocet and oxycodone while working as a nurse for a home and long-term care facility. Ms. Wallace was sentenced to five years of community control. Ms. Wallace executed a Voluntary Surrender of her nursing license on February 4, 2013 in connection with her guilty plea.[538]

483. Luciano R. Waller pled guilty on July 10, 2012 in the Cuyahoga County Court of Common Pleas to attempted trafficking of hydrocodone. Mr. Waller was sentenced to two days in jail.[539]

---

[535] CUYAH_000052729; MCKPUB00004424.

[536] CUYAH_000039960; MCKPUB00005181; MCKPUB00005182; MCKPUB00005185.

[537] AKRON_001217713; MCKPUB00025262; MCKPUB00025263; MCKPUB00025266.

[538] MCKPUB00005131; MCKPUB00005133; MCKPUB00005136; MCKPUB00005138.

[539] CUYAH_000052154; MCKPUB00004157; MCKPUB00004158; MCKPUB00004160.

484.     Melanie Anne Walter, R.N. entered into a consent agreement with the Board of Nursing on May 18, 2012 suspending her license indefinitely for not less than one year.  Ms. Walter admitted that she diverted liquid Dilaudid syringes.[540]

485.     Rachel Ann Walters, R.N. of Hudson, Ohio, admitted on February 4, 2013 to diverting Dilaudid and Demerol from Marymount Hospital in Garfield Heights, Ohio, where she was employed as a nurse.  In March 2014, the Board of Nursing suspended Ms. Walters' license to practice nursing indefinitely.[541]

486.     Jamie Ward pled guilty on July 3, 2008 in the Cuyahoga County Court of Common Pleas to theft of drugs.  While working as a licensed practical nurse at Hillcrest Hospital in Mayfield, Ohio, Ms. Ward stole methadone tablets by withdrawing the methadone tablets under patients' names.  On March 20, 2009, Ms. Ward entered a consent agreement with the Board of Nursing to suspend indefinitely her license to practice nursing.[542]

487.     Andre Warren of Akron, Ohio was indicted on May 10, 2018 in the Summit County Court of Common Pleas for offenses including trafficking in Suboxone and heroin.  The case is pending.[543]

488.     Carl Watkins of Cleveland, Ohio pled guilty on January 12, 2007 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin.  Mr. Watkins was sentenced to one year in prison.[544]

---

[540] OBN_MDL 1st Production 037202, at OBN_MDL 1st Production 038178; MCKPUB00004356.

[541] OBN_MDL 1st Production 054509, at 055567; OBN_MDL 1st Production 156153, at 156344; MCKPUB00005116.

[542] OBN_MDL 1st Production 003315, at OBN_MDL 1st Production 004732.

[543] MCKPUB00006597; MCKPUB00006599; MCKPUB00006606.

[544] CUYAH_000032685, MCKPUB00001756; MCKPUB00001757; MCKPUB00001760.

489.     Candi Webb of Akron, Ohio, was indicted for conspiracy to possess with the intent to distribute controlled substances, including oxycodone, for conduct that occurred in Akron.  According to the Government, between December 2015 and November 2016, Ms. Webb stole prescription pads from her employer and and forged prescriptions for oxycodone.[545]

490.     Charles Webster of Cleveland, Ohio, pled guilty on October 5, 2015 in the Cuyahoga Court of Common Pleas to offenses including violation of state drug laws.  Webster obtained oxycodone pills from a Walgreens in Cleveland by using two prescriptions with DEA numbers that did not match the doctor listed on the prescriptions.  On November 10, 2011, he was sentenced to two years in prison.[546]

491.     Herman Weaver of Cleveland, Ohio pled guilty on March 2, 2015, in the Cuyahoga Court of Common Pleas, to crimes including conspiracy and deception to obtain a dangerous drug.  The Ohio Court of Appeals found that Weaver was involved in a fraudulent prescription scheme, and according to law enforcement, he wrote fake prescriptions for drugs, mainly oxycodone, and recruited others to fill them.  On March 31, 2015, he was sentenced to twelve years and six months in prison, a sentenced that the Ohio Court of Appeals affirmed.[547]

492.     Cassandra Welch of Cleveland, Ohio pled guilty on January 23, 2007 in the Cuyahoga County Court of Common Pleas to offenses including theft of drugs (Percocet).  Ms. Welch was sentenced to one year of community control.  As part of her plea agreement, Ms. Welch agreed to put her nursing license on inactive status for a period of five years.[548]

---

[545] MCKPUB00001721; MCKPUB00001723.

[546] CUYAH_014631775;  MCKPUB00001858; MCKPUB00001859; MCKPUB00001864.

[547] MCKPUB00023800; MCKPUB00023801; MCKPUB00023806; MCKPUB00024567.

[548] CUYAH_000034490; MCKPUB00001782; MCKPUB00001783; MCKPUB00001786.

493.    Joshua Weppelman pled guilty on July 8, 2008 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone. Mr. Weppelman was sentenced to one year of probation.[549]

494.    Robert West of Cleveland, Ohio pled guilty on July 19, 2007 in the Cuyahoga County Court of Common Pleas to trafficking Dilaudid. Mr. West was sentenced to one year in prison.[550]

495.    Derrick L. Whatley pled guilty on April 4, 2012 in the Summit County Court of Common Pleas to offenses including deception to obtain a dangerous drug. On October 22, 2011, Mr. Whatley attempted to obtain Opana from a pharmacy with a fake prescription.[551] Plaintiffs Summit County and the City of Akron identified Mr. Whatley in supplemental interrogatory responses as someone under investigation for diversion.[552]

496.    Philip Whited was identified in a replacement supplemental interrogatory response by Plaintiffs Summit County and the City of Akron as someone under investigation for diversion of prescription opioids within Summit County and Akron.[553] He met with officers in a Walgreens parking lot in Akron, Ohio to sell them oxycodone and was stopped with pills on his

---

[549] CUYAH_000038083; MCKPUB00003278; MCKPUB00003279; MCKPUB00003284.

[550] CUYAH_000035016; MCKPUB00005299; MCKPUB00005300; MCKPUB00005307.

[551] AKRON_001160846; SUMMIT_000467880; SUMMIT_000467882; SUMMIT_000467886; SUMMIT_000467888; SUMMIT_000467910.

[552] Summit County and City of Akron, Ohio Plaintiff's Replacement Supplemental Responses and Objections to Manufacturer Defendants' Interrogatory Nos. 1, 2, 3, 5, 8, 9, 11, 12, 13, 15, 20, 21, 26, 27, 28 & 29, at 308; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 41; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to National Retail Pharmacy Defendants' Interrogatory Nos. 4, 7, 15, 16 & 19, at 28.

[553] Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 42.

person.  Akron Police identified Mr. Whited as a suspect in connection with a breaking and entering of the Highland Square Pharmacy in Akron, Ohio.[554]

497.    Meagan Leigh Wickline, R.N. of Cleveland, Ohio pled guilty on April 13, 2015 in the Cuyahoga Court of Common Pleas to offenses including theft of oxycodone and forgery of individual controlled substance records.  In May 2015, the Board of Nursing suspended Ms. Wickline's license to practice nursing as a registered nurse.[555]

498.    Rickeay Wilford of Cleveland, Ohio pled guilty on November 2, 2007 in the Cuyahoga County Court of Common Pleas to deception to obtain a dangerous drug (hydrocodone).  In September 2007, she sought to procure the administration of, a prescription for, or the dispensing of hydrocodone.  Ms. Wilford was sentenced to six months in prison.[556]

499.    Charlie Williams, Jr. of Cleveland, Ohio pled guilty on September 16, 2013 in the Cuyahoga County Court of Common Pleas to trafficking oxycodone and heroin.  Mr. Williams was sentenced to eighteen months in prison.[557]

500.    Felicia Williams of Akron, Ohio pled guilty on March 24, 2008 in the Summit County Court of Common Pleas to offenses including deception to obtain a dangerous drug, for forging prescriptions for Vicodin.  Ms. Williams was sentenced to eighteen months of incarceration, suspended provided that she complete ten months of community control.[558]

---

[554] AKRON_001247770; AKRON_001247771.

[555] OBN_MDL 1st Production 085996, at OBN_MDL 1st Production 087160; MCKPUB00004330.

[556] CUYAH_000036860; MCKPUB00005262; MCKPUB00005263; MCKPUB00005266.

[557] CUYAH_000054791; MCKPUB00001872; MCKPUB00001873; MCKPUB00001876.

[558] AKRON_001157883, MCKPUB00025268; MCKPUB00025269; MCKPUB00025271.

501.     Kenneth Williams of Brooklyn, Ohio, pled guilty on September 23, 2013 to trafficking oxycodone, among other offenses.  The Cuyahoga County Court of Common Pleas ordered him to serve two years of probation.[559]

502.     William Winca of Cleveland, Ohio pled guilty on January 9, 2008 in the Cuyahoga County Court of Common Pleas to trafficking Dilaudid.  Mr. Winca was sentenced to ten months in prison.[560]

503.     Calvin Winston of Cleveland, Ohio pled guilty on September 3, 2008 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin.  Mr. Winston was sentenced to one year of community control.[561]

504.     Robert Wiseman of Akron, Ohio was indicted on May, 7, 2015 in the Summit County Court of Common Pleas for deception to obtain a dangerous drug, namely hydrocodone and Percocet.  In March 2015, Mr. Wiseman allegedly lied to a pharmacy by claiming that he had turned in a prescription for hydrocodone, but had not received it because he could not pay for it.  Mr. Wiseman also sought Percocet, claiming that his had been stolen.[562]  Plaintiffs Summit County and the City of Akron identified Mr. Wiseman as someone under investigation for diversion.[563]

---

[559] CUYAH_000028203; MCKPUB00003629; MCKPUB00003630; MCKPUB00003637.

[560] CUYAH_000036646; MCKPUB00006205; MCKPUB00006207; MCKPUB00006210.

[561] CUYAH_000038947; MCKPUB00001714; MCKPUB00001715; MCKPUB00001718.

[562] AKRON_000336020; AKRON_000369539; AKRON_000369555.

[563] Summit County and City of Akron, Ohio Plaintiff's Replacement Supplemental Responses and Objections to Manufacturer Defendants' Interrogatory Nos. 1, 2, 3, 5, 8, 9, 11, 12, 13, 15, 20, 21, 26, 27, 28 & 29, at 306; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to Distributor Defendants' Interrogatory Nos. 2, 3, 4, 8, 12, 14, 15, 16, 17, 23, 24, 27 & 29, at 40; Summit County and City of Akron, Ohio Plaintiff's Supplemental Responses and Objections to National Retail Pharmacy Defendants' Interrogatory Nos. 4, 7, 15, 16 & 19, at 27.

505.    Clarissa Marie Witchey, L.P.N. of Windham, Ohio, had her license suspended indefinitely by the Board of Nursing.  Ms. Witchey pled guilty on March 9, 2016 to offenses including theft.  While employed as a nurse at Summa Transitional Care, located in Akron, Ohio, Ms. Witchey diverted oxycodone.[564]

506.    Charles P. Wolfe of Akron, Ohio pled guilty on May 12, 2008 in the Summit County Court of Common Pleas to forging a prescription for Percocet  and deception to obtain a dangerous drug.  Mr. Wolfe was sentenced to community control.  On January 9, 2009, Mr. Wolfe pled guilty in the Summit County Court of Common Pleas to forging a prescription for Vicodin and deception to obtain a dangerous drug.  He was sentenced to the Ohio Department of Rehabilitation and Correction for a period of one year, served concurrently with his previous sentence.[565]

507.    Julia Anne Workman, R.N. pled guilty on June 13, 2018 in the Cuyahoga County Court of Common Pleas to theft of oxycodone in November 2017, while working as a nurse at Cleveland Clinic in Cleveland, Ohio.  On August 10, 2018, the Board of Nursing indefinitely suspended her license to practice nursing.[566]

508.    James A. Wooley of Akron, Ohio pled guilty on January 15, 2014 in the Summit County Court of Common Pleas to aggravated trafficking in drugs (Percocet), for conduct that occurred in Akron.  Mr. Wooley was sentenced to two years of community control.[567]

---

[564] OBN_MDL 1st Production 104683; MCKPUB00001997.

[565] AKRON_001157223; SUMMIT_000368345; SUMMIT_000368383; SUMMIT_000390394; SUMMIT_000374414; SUMMIT_000374372; MCKPUB00025273; MCKPUB00025275; MCKPUB00025276; MCKPUB00025279; MCKPUB00025282; MCKPUB00025284; MCKPUB00025285; MCKPUB00025287.

[566] OBN_MDL 1st Production 143830, at 149109; MCKPUB00003292.

[567] AKRON_001280468; MCKPUB00025290; MCKPUB00025291; MCKPUB00025294.

509.     David Wright of Cleveland, Ohio pled guilty on December 12, 2008 in the Cuyahoga County Court of Common Pleas to trafficking Percocet and Roxicodone.  He was sentenced to five years of community control.[568]

510.     Courtney Irene Yates, R.N. of Parma, Ohio had her license to practice nursing as a licensed practical nurse suspended by the Board of Nursing in January 2017.  Ms. Yates admitted that she diverted Dilaudid and oral oxycodone while working as a nurse at the Ohio State University Wexner Medical Center in August and September 2016. [569]

511.     Lottie Susan Yeager, L.P.N. of Parma, Ohio had her license to practice nursing as a licensed practical nurse indefinitely suspended by the Board of Nursing on March 16, 2012.  On August 15, 2011, in the Cuyahoga County Court of Commons Pleas, Ms. Yeager pled guilty to theft and aggravated theft of oxycodone.  Ms. Yeager admitted that she diverted oxycodone from Mount Royal Villa in North Royalton, Ohio, where she worked as a nurse.[570]

512.     Kristian D. Yingling, R.N. entered into a consent agreement with the Board of Nursing in March 2008 to suspend indefinitely her license to practice nursing as a registered nurse.  As a nurse working at University Hospitals of Cleveland in Ohio, Ms. Yingling diverted Dilaudid and Vicodin.[571]

---

[568] CUYAH_000039193; MCKPUB00002301; MCKPUB00002302; MCKPUB00002305.

[569] OBN_MDL 1st Production 085996, at OBN_MDL 1st Production 117560; MCKPUB00002062.

[570] OBN_MDL 1st Production 035469, at OBN_MDL 1st Production 036315; OBN_MDL 1st Production 038993, at OBN MDL 1st Production 039000; MCKPUB00003646; MCKPUB00004135.

[571] OBN_MDL 1st Production 003315, at OBN_MDL 1st Production 004073; MCKPUB00029065.

513.     Charles Yonkings of Lakewood, Ohio pled guilty on January 24, 2011 in the Cuyahoga County Court of Common Pleas to offenses including trafficking oxycodone.  Mr. Yonkings was sentenced to two years in prison.[572]

514.     Margaret Mary Zalar, R.N. entered into a consent agreement with the Board of Nursing in November 2011 to suspend indefinitely her license to practice nursing.  Ms. Zalar admitted that while working as a nurse at the Cleveland Clinic, she signed out Percocet using fictitious names or names of patients whose procedures had been cancelled.[573]

515.     Jennifer R. Zarick, R.N. of Strongsville, Ohio pled guilty on September 29, 2017 in the Cuyahoga County Court of Common Pleas to offenses including aggravated theft of oxycodone, for conduct in March 2017.  In January 2018, the Board of Nursing approved a consent agreement that suspended Ms. Zarick's license to practice nursing.[574]

516.     Lee Alexander Zartman, L.P.N. had his license to practice nursing suspended indefinitely, for not less than two years, by the Board of Nursing on July 29, 2011.  Mr. Zartman admitted to diverting oxycodone while working as a nurse at Emeritus of Stow in Stow, Ohio. He pled guilty November 22, 2010 in the Summit County Court of Common Pleas to theft of drugs.[575]

517.     Michael Zebrowski, R.N. had his license to practice nursing suspended indefinitely by the Board of Nursing on May 18, 2012.  Mr. Zebrowski admitted that while

---

[572] CUYAH_000044641; MCKPUB00008901; MCKPUB00008902; MCKPUB00008905.

[573] OBN_MDL 1st Production 031252 at OBN_MDL 1st Production 032411; OBN_MDL 1st Production 160119 at OBN_MDL 1st Production 160134; MCKPUB00004195.

[574] OBN_MDL 1st Production 132477, at 134295; OBN MDL 1st Production 152729, at 152738; MCKPUB00003161.

[575] OBN_MDL 1st Production 031252; at OBN_MDL 1st Production 000012 MCKPUB00003927.

working as a nurse at MetroHealth Medical Center in Cleveland, Ohio he took fentanyl from work.[576]

518.    Jenna Lynn Zolensky, R.N. of Cleveland, Ohio had her license to practice nursing as a registered nurse suspended indefinitely by the Board of Nursing on or about September 2014.  Ms. Zolensky admitted to diversion of fentanyl and Percocet while working as a nurse at the Cleveland Clinic in October 2013.[577]

### Individuals and Entities Involved in Distribution and Sale of Illegal Opioids

Through discovery in this action, the following non-party individuals and entities have been identified as having illegally trafficked (including by distributing or selling), conspired to traffic, or attempted to traffic illegal opioid drugs, including (among others) heroin, fentanyl, and carfentanil:

519.    Vincente Acevedo of Cleveland, Ohio, pled guilty on May 9, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Acevedo was sentenced to two years in prison.[578]

520.    Ismael Jacinto Acosta of Cleveland Heights, Ohio pled guilty on January 23, 2018 in the Northern District of Ohio to offenses including conspiring to distribute and possess with intent to distribute controlled substances, including heroin and fentanyl, and to possessing with intent to distribute heroin.[579]  Mr. Acosta participated in a conspiracy that spanned from January

---

[576] OBN_MDL 1st Production 059516 at OBN_MDL 1st Production 059528; MCKPUB00004567.

[577] OBN_MDL 1st Production 074923, at OBN_MDL 1st Production 076026; OBN_MDL 1st Production 080783, at OBN_MDL 1st Production 080807; MCKPUB00003039.

[578] CUYAH_000033836; MCKPUB00022712; MCKPUB00022714; MCKPUB00022719.

[579] MCKPUB00025296.

1, 2010 through September 28, 2016, including by obtaining heroin from suppliers in Chicago, Illinois; using vehicles to transport narcotics; and directing others to carry out trafficking activity; and possessing heroin with the intent to distribute.  On May 25, 2018, Mr. Acosta was sentenced to 190 months in prison.[580]

521.    Valerio Adames of Brooklyn, Ohio pled guilty on May 22, 2006 in the Cuyahoga County Court of Common Pleas to attempted trafficking in heroin.  Mr. Adames was sentenced to three years of community control.[581]

522.    Derrick A. Adams II of Akron, Ohio pled guilty on October 4, 2018 to conspiracy to possess with intent to distribute fentanyl and carfentanil, for actions in Akron between May 2016 and February 2018.  Mr. Adams is awaiting sentencing.[582]

523.    Clyde Adkins of Cleveland, Ohio pled guilty on October 9, 2018 in the Cuyahoga County Court of Common Pleas to trafficking in fentanyl.  Mr. Adkins was sentenced to one year in prison.[583]

524.    Kevin Adkins of Maple Heights, Ohio pled guilty on April 5, 2017 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin and fentanyl.[584]  The conspiracy took place from July 2015 to March 2016.  Mr. Adkins supplied heroin to his co-defendants, who helped Mr. Adkins arrange meetings with customers

---

[580] MCKPUB00014185; MCKPUB00014260; MCKPUB00014267; MCKPUB00014278; MCKPUB00025379; MCKPUB00025386.

[581] CUYAH_000032923; MCKPUB00022433; MCKPUB00022434; MCKPUB00022436.

[582] MCKPUB00010474; MCKPUB00010482; MCKPUB00010486.

[583] MCKPUB00009052; MCKPUB00009054; MCKPUB00009058.

[584] MCKPUB00016298; MCKPUB00029096.

who wanted to purchase heroin and fentanyl.[585]  On October 10, 2017, Mr. Adkins was sentenced to 63 months in prison.[586]

525.    Deandre S. Agree of Cleveland, Ohio pled guilty on January 9, 2018 in the Cuyahoga County Court of Common Pleas to trafficking heroin and fentanyl.  Mr. Agree was sentenced to nine months in prison.[587]

526.    Brittany Akers of Akron, Ohio pled guilty on June 16, 2014 in the Summit County Court of Common Pleas to charges, including trafficking in heroin.  On July 31, 2014, Ms. Akers was sentenced to two years of community control.[588]

527.    Carl Akins of Cleveland, Ohio pled guilty on May 14, 2015 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[589]  Mr. Akins participated in a heroin trafficking enterprise that operated from September 2011 to September 2013,[590] including by buying heroin and reselling it to others.[591]  On August 11, 2015, Mr. Akins was sentenced to 132 months in prison.[592]

528.    Dantez D. Alexander of Cleveland, Ohio pled guilty on May 25, 2016 in the Cuyahoga County Court of Common Pleas to trafficking in heroin.  Mr. Alexander was sentenced to two years of community control.[593]

---

[585] MCKPUB00016296.

[586] MCKPUB00014527; MCKPUB00016316; MCKPUB00016290; MCKPUB00016324.

[587] MCKPUB00010361; MCKPUB00010362; MCKPUB00010364.

[588] AKRON_000201538; MCKPUB00008224; MCKPUB00008226; MCKPUB00008227.

[589] MCKPUB00008283.

[590] MCKPUB00008476.

[591] MCKPUB00008283.

[592] MCKPUB00008268; MCKPUB00008270; MCKPUB00008474.

[593] CUYAH_000028383; MCKPUB00009580; MCKPUB00009582; MCKPUB00009586.

529.     Darnell Alexander of Brooklyn, Ohio pled guilty on April 10, 2015 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[594]  Mr. Alexander participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[595]  On July 7, 2015, Mr. Alexander was sentenced to 120 months in prison.[596]

530.     Donte Alexander of Akron, Ohio pled guilty on July 5, 2017 in the Summit County Court of Common Pleas to crimes including trafficking in heroin.[597]

531.     Michael Alexander of Euclid, Ohio pled guilty on March 21, 2013 in the Northern District of Ohio to possession with intent to distribute heroin in Euclid, Ohio on or about August 1, 2012.[598]  He successfully appealed his sentence and was resentenced to 63 months' imprisonment.[599]

532.     Tiffany M. Alston of Cleveland, Ohio pled guilty on April 19, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Ms. Alston was sentenced to one and one half years of community control.[600]

---

[594] MCKPUB00009625.

[595] MCKPUB00009831.

[596] MCKPUB00009816; MCKPUB00009818; MCKPUB00009829.

[597] AKRON_000208641; MCKPUB00011566; MCKPUB00011568; MCKPUB00011570; MCKPUB00011571; MCKPUB00011572; MCKPUB00011576.

[598] MCKPUB00018614.

[599] MCKPUB00018616; MCKPUB00018618; MCKPUB00018629.

[600] CUYAH_000032751; MCKPUB00022172; MCKPUB00022174; MCKPUB00022176.

533.    Luis Alvarez of Cleveland, Ohio pled guilty on January 25, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Alvarez was sentenced to eight months in prison.[601]

534.    Maycon Alvarez of Akron, Ohio pled guilty on September 21, 2015 in the Summit County Court of Common Pleas to involuntary manslaughter, aggravated trafficking in drugs (fentanyl), and trafficking in heroin.  Mr. Alvarez sold heroin and fentanyl, including to Zachary Smith of Akron, Ohio, who died of a fentanyl overdose.  On November 4, 2015, he was sentenced to eight years in prison.[602]

535.    Jonnell L. Ammons of Akron, Ohio pled guilty on November 6, 2012 in the Northern District of Ohio to possession with intent to distribute heroin.  The criminal conduct occurred in Akron on or about May 3, 2012.[603]  On February 5, 2013, Mr. Ammons was sentenced to 37 months' imprisonment.[604]  In February 2017, Mr. Ammons was indicted in the Summit County Court of Common Pleas for trafficking in heroin and aggravated trafficking in drugs.[605]  He pled guilty to offenses including aggravated trafficking in drugs, including heroin and carfentanil.[606]  He was sentenced to three and a half years' imprisonment, and the Ohio Court of Appeals affirmed his conviction on May 9, 2018.[607]

---

[601] CUYAH_000034094; MCKPUB00017689; MCKPUB00017690; MCKPUB00017693.

[602] AKRON_000207436; AKRON_000220829; MCKPUB00018560; MCKPUB00018563; MCKPUB00018567; MCKPUB00018568.

[603] MCKPUB00015798; MCKPUB00015792.

[604] MCKPUB00015800.

[605] MCKPUB00015809; MCKPUB00015810; MCKPUB00015813; MCKPUB00015814; MCKPUB00015815; MCKPUB00015817; MCKPUB00015819.

[606] MCKPUB00015806.

[607] MCKPUB00029097.

536.    Garrett L. Anderson of Cleveland, Ohio, pled guilty on March 12, 2018 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl and carfentanil, and he was sentenced to four years of probation.[608]

537.    John F. Anderson of Cleveland, Ohio pled guilty on June 16, 2009 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Anderson was sentenced to three years in prison.[609]

538.    Alex Raysean Andrus of Akron, Ohio pled guilty on April 16, 2014 in the Summit County Court of Common Pleas to trafficking in heroin, and he was sentenced to six months in prison.  In addition, Mr. Andrus pled guilty on August 1, 2016 in the same court to another charge of trafficking in heroin, and he was sentenced to six months in prison.[610]

539.    Efrain Anglero of Cleveland, Ohio pled guilty on January 19, 2017 in the Cuyahoga County Court of Common Pleas to offenses including trafficking heroin.  Mr. Anglero was sentenced to seven years in prison.[611]

540.    Robert Anglesino of Cleveland, Ohio pled guilty on December 22, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Anglesino was sentenced to six months in prison.[612]

---

[608] CUYAH_000079266; MCKPUB00013524; MCKPUB00013525; MCKPUB00013527.

[609] CUYAH_000039975; MCKPUB00015660; MCKPUB00015661; MCKPUB00015664.

[610] AKRON_000201567; MCKPUB00006294; MCKPUB00006295; MCKPUB00006296.

[611] CUYAH_000032221; MCKPUB00012253; MCKPUB00012254; MCKPUB00012256.

[612] CUYAH_000039490; MCKPUB00019606; MCKPUB00019607; MCKPUB00019610.

541.     Terrance A. Anthony of Akron, Ohio pled guilty on October 28, 2015, in the
Summit County Court of Common Pleas, to offenses including aggravated trafficking in drugs.
On December 16, 2015, he was sentenced to fourteen months of community control.[613]

542.     Donnie R. Antoine of Akron, Ohio pled guilty on March 28, 2013 in the Summit
County Court of Common Pleas to trafficking in heroin.  According to an email from Akron
Police Lieutenant Terry Pasko, Mr. Antoine had a number of heroin-addicted women work as
prostitutes for him in exchange for heroin.  At least one of these women was pregnant.  Mr.
Antoine was sentenced to prison for six months.[614]

543.     Flor Arroyo was found guilty on March 28, 2012 in the Cuyahoga County Court
of Common Pleas of trafficking heroin, and he was sentenced to twelve years in prison.[615]

544.     Antoin Austin of Euclid, Ohio pled guilty on July 24, 2018 in the Northern
District of Ohio to conspiracy to distribute controlled substances, including fentanyl and fentanyl
analogues, attempted possession with intent to distribute fentanyl, distribution of a controlled
substance by means of the internet, advertising controlled substances by means of the internet,
maintaining a drug-involved premises, and maintaining a drug-involved premises near a
school.[616]  From August 1, 2017 through March 28, 2018, Mr. Austin sold fentanyl on the dark

---

[613] AKRON_000289540; MCKPUB00021603; MCKPUB00021605; MCKPUB00021606.

[614] AKRON_001156524; MCKPUB00025389; MCKPUB00025390; MCKPUB00025392.

[615] MCKPUB00013022; MCKPUB00013023; MCKPUB00013028.

[616] MCKPUB00006964; MCKPUB00006957.

web from his home.[617]  Mr. Austin ordered thousands of deadly doses of fentanyl from China.[618]  On November 5, 2018, Mr. Austin was sentenced to two years' imprisonment.[619]

545.    Dustin C. Austin of Akron, Ohio pled guilty on November 21, 2012 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Austin was sentenced to one year of incarceration.[620]  Mr. Austin also pled guilty on May 2, 2013 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Mr. Austin was sentenced to four years in prison.[621]

546.    Lanell L. Austin of Akron, Ohio pled guilty on September 9, 2014 in the Summit County Court of Common Pleas to trafficking in heroin, and he was sentenced to twelve months in prison.[622]

547.    Todd S. Austin pled guilty on April 30, 2013 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On May 21, 2013, Mr. Austin was sentenced to one year in prison.[623]

548.    Joseph Aveni of South Euclid, Ohio pled guilty on May 15, 2012 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Aveni was sentenced to eighteen months of probation.  After failing to comply with the terms of his probation, the Court extended

---

[617] MCKPUB00006957.

[618] MCKPUB00006978.

[619] MCKPUB00006966; MCKPUB00006974; MCKPUB00006981.

[620] MCKPUB00025394; MCKPUB00025395.

[621] MCKPUB00025397; MCKPUB00025398.

[622] AKRON_000201657; MCKPUB00017109; MCKPUB00017110.

[623] AKRON_000200898; AKRON_000281858; MCKPUB00022239; MCKPUB00022241; MCKPUB00022242.

his probation sentence on May 16, 2014.  After Mr. Aveni again violated his probation, the Court sentenced him to fifteen months in prison on October 1, 2014.[624]

549.     Alvin D. Bailey of Akron, Ohio pled guilty on February 6, 2013 in the Summit County Court of Common Pleas to trafficking in heroin.  On March 5, 2013, Mr. Bailey was sentenced to one year of community control.[625]

550.     Reginald P. Baker of Cleveland, Ohio pled guilty on July 10, 2013 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Baker was sentenced to four years in prison.[626]

551.     Troy Baker of Euclid, Ohio was indicted on October 25, 2017 for crimes including possession with intent to distribute carfentanil.  The conduct allegedly took place in Euclid, Ohio on June 27, 2017.  At the time of the indictment, U.S. Attorney Justin Herdman stated, "This amount of carfentanil could kill tens of thousands of people."  Proceedings are currently ongoing in the Northern District of Ohio.[627]

552.     Octavio Barragan-Manzo, a Mexican national, pled guilty in the Northern District of Ohio on July 20, 2018 to possession with intent to distribute heroin.[628]  According to the complaint, on March 21, 2018, a highway state trooper effected a traffic stop of Mr. Barragan-Manzo in Akron.  A K-9 unit positively alerted the officer to the presence of narcotics in Mr. Barragan-Manzo's vehicle.  Officers searched the vehicle and recovered twenty brick-shaped

---

[624] CUYAH_000025888; MCKPUB00015926; MCKPUB00015927; MCKPUB00015931.
[625] AKRON_000204690; MCKPUB000065346535; MCKPUB00006536; MCKPUB00006537.
[626] CUYAH_000028012; MCKPUB00019479; MCKPUB00019480; MCKPUB00019484.
[627] MCKPUB00022345; MCKPUB00022347; MCKPUB00022349; MCKPUB00022351.
[628] MCKPUB00019100; MCKPUB00029099.

objects, the contents of which tested positive for heroin and/or fentanyl in the field.[629]  On November 2, 2018, Mr. Barragan-Manzo was sentenced to 58 months' imprisonment.[630]

553.    Ricardo Barrett of Cleveland, Ohio pled guilty on September 19, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin, and he was sentenced to nine months of community control.[631]

554.    Kalvin O. Barry of Cleveland, Ohio pled guilty on June 26, 2012 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  He was sentenced to two years of probation.  After violating the terms of his probation, the Court sentenced Mr. Barry to prison on August 22, 2012.[632]

555.    Brandon Bartoe of Barberton, Ohio, pled guilty to charges of corrupting another with drugs and trafficking in heroin.  On January 13, 2015, Mr. Bartoe helped facilitate a deal to obtain heroin for Brandy Amaro, who died after overdosing on the drug.  On February 10, 2016, Mr. Bartoe was sentenced to four years in prison.[633]

556.    William R. Barton of Barberton, Ohio pled guilty on July 12, 2010 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  He was sentenced to fourteen months in prison, suspended provided that he complete two years of community control.[634]

---

[629] MCKPUB00019093.

[630] MCKPUB00019103; MCKPUB00019110; MCKPUB00019115.

[631] CUYAH_000036066; MCKPUB00019535; MCKPUB00019536; MCKPUB00019538.

[632] CUYAH_000026289; MCKPUB00016013; MCKPUB00016015; MCKPUB00016017.

[633] SUMMIT_000645466; AKRON_000286744; MCKPUB00007669; MCKPUB00007671; MCKPUB00007673; MCKPUB00007674.

[634] MCKPUB00025400; MCKPUB00025401; MCKPUB00025403.

557.    Brandy M. Bates of Cleveland Heights, Ohio pled guilty on May 21, 2015 in the Northern District of Ohio to traveling in interstate commerce with the intent to carrying on a business enterprise involving the distribution of heroin.[635]  Ms. Bates participated in a heroin trafficking enterprise that spanned from September 2011 to September 2013.[636]  On August 21, 2015, Ms. Bates was sentenced to one year in prison.[637]

558.    Keith Bearden of Cleveland, Ohio, pled guilty on May 9, 2017 to trafficking fentanyl and heroin.  He was sentenced to nine months in prison.[638]

559.    Tydon Beaver of Akron, Ohio, pled guilty in the Summit County Court of Common Pleas to involuntary manslaughter.  Mr. Beaver helped facilitate a deal to obtain heroin for Brandy Amaro, who died after overdosing on the drug.  On February 17, 2016, he was sentenced to three years in prison.[639]

560.    Keith Beavers of Akron, Ohio pled guilty on May 12, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On June 16, 2015, he was sentenced to eighteen months in prison.[640]

561.    Jonathan Becker of Akron, Ohio, pled guilty in March 2017 to involuntary manslaughter and drug trafficking, and he was sentenced to four years and eleven months in

---

[635] MCKPUB00025405; MCKPUB00025444.

[636] MCKPUB00007947.

[637] MCKPUB00007926; MCKPUB00007932; MCKPUB00007945.

[638] CUYAH_000072825; MCKPUB00016050; MCKPUB00016051; MCKPUB00016054.

[639] SUMMIT_000645542; AKRON_000286744; MCKPUB00022359; MCKPUB00022360; MCKPUB00022362; MCKPUB00022363.

[640] AKRON_000288039; MCKPUB00016056; MCKPUB00016058; MCKPUB00016059.

prison.  He supplied carfentanil to 19-year-old Alexandria Hoover, who died of an overdose in July 2016.[641]

562.    Beneditto Belfiore of South Euclid, Ohio pled guilty on May 6, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[642]  Mr. Belfiore participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[643]  On August 11, 2014, Mr. Belfiore was sentenced to time served.[644]

563.    Robert Belk of Cleveland, Ohio pled guilty on January 24, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute one kilogram or more of heroin.[645]  Mr. Belk participated in a heroin trafficking enterprise that operated from September 2011 to September 2013,[646] at one point complaining to a co-conspirator that the pace of drug deals were too "slow."[647]  On May 2, 2014, Mr. Belk was sentenced to 36 months in prison.[648]

564.    Edguardo Beltran of Cleveland, Ohio pled guilty on December 19, 2006 in the Cuyahoga County Court of Common Pleas to trafficking opioids, including heroin.  Mr. Beltran was sentenced to two years in prison.[649]

---

[641] SUMMIT_000031572; MCKPUB00015680; MCKPUB00015683.

[642] MCKPUB00007588.

[643] MCKPUB00007606.

[644] MCKPUB00007590; MCKPUB00007592; MCKPUB00007604.

[645] MCKPUB00025635; MCKPUB00019613.

[646] MCKPUB00019823.

[647] MCKPUB00025635.

[648] MCKPUB00019804; MCKPUB00019810; MCKPUB00019821.

[649] CUYAH_000033768; MCKPUB00011908; MCKPUB00011909; MCKPUB00011912.

565.    Timothy I. Benford, Jr. of Akron, Ohio pled guilty on October 10, 2017 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Mr. Benford was sentenced to nine months of incarceration.[650]

566.    Marlon L. Benn of Hudson, Ohio pled guilty on June 5, 2017 in the Cuyahoga County Court of Common Pleas to trafficking in heroin and fentanyl.  Mr. Benn was sentenced to three and one half years in prison.[651]

567.    Ernest Eugene Bennett pled guilty on August 9, 2017 in the Summit County Court of Common Pleas to trafficking in heroin, for conduct that occurred in Akron, Ohio.  He was sentenced to prison for nine years with five years of post-release control.[652]

568.    Timothy Bennett II of Euclid, Ohio pled guilty on March 24, 2011 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Bennett was sentenced to two years of community control.[653]

569.    Martin Bido of Cleveland, Ohio pled guilty on June 13, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Bido was sentenced to three years in prison.[654]

570.    Todd B. Bittner of Akron, Ohio pled guilty on October 30, 2012 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On November 27, 2012, he was sentenced to ten months in prison.[655]

---

[650] AKRON_001126044; MCKPUB00025671; MCKPUB00025673; MCKPUB00025674.

[651] CUYAH_000031349; MCKPUB00018261; MCKPUB00018262; MCKPUB00018265.

[652] AKRON_001219892; MCKPUB00025676; MCKPUB00025677; MCKPUB00025681.

[653] CUYAH_000044349; MCKPUB00022178; MCKPUB00022179; MCKPUB00022183.

[654] CUYAH_000035319; MCKPUB00018280; MCKPUB00018281; MCKPUB00018286.

[655] AKRON_000295612; MCKPUB00022236; MCKPUB00022238.

571.    Stevenson Black of Cleveland, Ohio pled guilty on December 17, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[656]  Mr. Black participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[657]  On March 18, 2015, Mr. Black was sentenced to three years of probation.[658]

572.    Demetric Deshaun Blackwell of Akron, Ohio, was convicted on July 17, 2014 in the Summit County Court of Common Pleas of offenses including trafficking in heroin.  Mr. Blackwell was sentenced to two years of community control.[659]

573.    Dominique Blair of Euclid, Ohio pled guilty on June 24, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[660]  Ms. Blair participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[661]  On November 13, 2014, Ms. Blair was sentenced to three years of probation.[662]

574.    Carl J. Blake of Akron, Ohio pled guilty on August 11, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to two years in prison.[663]

---

[656] MCKPUB00021193; MCKPUB00021389; MCKPUB00021401.

[657] MCKPUB00021404.

[658] MCKPUB00021384.

[659] AKRON_000204877; MCKPUB00010402; MCKPUB00010404; MCKPUB00010405.

[660] MCKPUB00011050.

[661] MCKPUB00011256.

[662] MCKPUB00011241; MCKPUB00011253; MCKPUB00029100.

[663] AKRON_000286465; MCKPUB00008498; MCKPUB00008500; MCKPUB00008501.

575.     Latrice Blevins of Cleveland, Ohio pled guilty on December 16, 2014 to conspiracy to possess with intent to distribute and to distribute heroin.[664]  Mr. Blevins participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[665]  On July 15, 2015, Ms. Blevins was sentenced to three years of probation.[666]

576.     Marcus Blue of Euclid, Ohio pled guilty on January 27, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[667]  Mr. Blue participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[668]  Mr. Blue was sentenced to 41 months in prison.[669]

577.     Anthony Board, Jr., of Akron and Barberton, Ohio pled guilty on July 25, 2017 in the Northern District of Ohio to possession with intent to distribute fentanyl.[670]  On December 14, 2016, law enforcement officials executed a search warrant on Mr. Board's Akron residence and recovered carfentanil and drug packaging materials (the Government agreed not to return to the grand jury after finding that the drugs were carfentanil rather than fentanyl).[671]  On December 1, 2017, Mr. Board was sentenced to 63 months in prison.[672]  The Sixth Circuit denied Mr. Board's appeal on September 28, 2018.[673]

---

[664] MCKPUB00017137.

[665] MCKPUB00011256.

[666] MCKPUB00017328; MCKPUB00017332; MCKPUB00017345.

[667] MCKPUB00017940.

[668] MCKPUB00018149.

[669] MCKPUB00018131; MCKPUB00018133; MCKPUB00018147.

[670] MCKPUB00006901; MCKPUB00006904.

[671] MCKPUB00025692; MCKPUB00006892.

[672] MCKPUB00029102.

[673] MCKPUB00006906; MCKPUB00006907; MCKPUB00006914; MCKPUB00025685.

578.    Delena Bolden of Maple Heights, Ohio pled guilty on January 4, 2018 in the Cuyahoga County Court of Common Pleas to trafficking acrylfentanyl.  Ms. Bolden was sentenced to one year of community control.[674]

579.    Joseph C. Bolinger of Cuyahoga Falls, Ohio, pled guilty on March 14, 2013 in the Summit County Court of Common Pleas to offenses including trafficking heroin.  Mr. Bolinger was sentenced to two years in prison.[675]

580.    Elliott Bonner of Cleveland, Ohio pled guilty on March 22, 2017 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Bonner was sentenced to eighteen months in prison.[676]

581.    Christopher Bowen of South Euclid, Ohio, pled guilty on September 9, 2018 in the Northern District of Ohio to offenses including distribution of a substance containing heroin and fentanyl; distribution of a substance containing heroin, fentanyl, and acetylfentanyl; distribution of a substance containing heroin; possession with intent to distribute a substance containing heroin and fentanyl; possession with intent to distribute a substance containing heroin and tramadol; and possession with intent to distribute a substance containing heroin.[677]  Law enforcement officials oversaw a number of controlled purchases of narcotics from Mr. Bowen between May and June 2018.[678]  Mr. Bowen is awaiting sentencing.  At the time he was arrested

---

[674] CUYAH_000074377; MCKPUB00010391; MCKPUB00010392; MCKPUB00010399.

[675] AKRON_00200794; MCKPUB00015933; MCKPUB00015935; MCKPUB00015936.

[676] CUYAH_000032528; MCKPUB00012278; MCKPUB00012279; MCKPUB00012286.

[677] MCKPUB00008951; MCKPUB00008946; MCKPUB00025716.

[678] MCKPUB00008923.

in this matter, he had a conviction in the Cuyahoga County Court of Common Pleas for drug trafficking.[679]

582.    Gerald Bowerman of Cuyahoga Falls, Ohio pled guilty on August 17, 2018 in the Northern District of Ohio to conspiracy to possess with intent to distribute fentanyl.[680]  On April 17, 2018, law enforcement officers surveilled Mr. Bowerman coming and going from an Akron, Ohio residence.  Law enforcement observed Mr. Bowerman carrying a package with him into the home.  They executed a search warrant at the residence later that day and recovered pills on the kitchen counter next to an empty U.S. Postal Service package.  The pills were stamped to look like oxycodone but were fentanyl and cutting agents.  In announcing the indictment, U.S. Attorney Justin E. Herdman stated, "These arrests helped save at least 1,500 lives."  At the same time, Akron Police Chief Kenneth Ball described the defendants as "criminal predators [who] were willing to put so many at great risk by poisoning prescription drugs with fentanyl."[681]  Mr. Bowerman is awaiting sentencing.[682]

583.    Andrew R. Bowers of Akron, Ohio pled guilty on August 25, 2016 in the Summit County Court of Common Pleas to aggravated trafficking in drugs (fentanyl).  Mr. Bowers was sentenced to twelve months in prison.[683]

584.    Alexander J. Bowles of Akron, Ohio pled guilty on March 28, 2008 in the Summit County Court of Common Pleas offenses including trafficking in heroin.  Mr. Bowles

---

[679] MCKPUB000089534; MCKPUB00008955; MCKPUB00008958; MCKPUB00008960; MCKPUB00008965.

[680] MCKPUB00013570.

[681] MCKPUB00013583.

[682] MCKPUB00013572; MCKPUB00013575; MCKPUB00013581.

[683] AKRON_000206068; AKRON_000223279; MCKPUB00006836; MCKPUB00006837; MCKPUB00006839; MCKPUB00006840.

was sentenced to one year of incarceration for this offense, suspended provided that he complete two years of community control.[684]

585.     Peter L. Boyd of Cleveland, Ohio, pled guilty on November 28, 2017 in the Summit County Court of Common Pleas to aggravated trafficking in drugs (fentanyl).  Mr. Boyd was sentenced to eighteen months of incarceration, suspended upon the condition that he complete two years of community control.[685]

586.     Rodney Boyd of Akron, Ohio pled guilty on July 12, 2018 in the Summit County Court of Common Pleas to aggravated trafficking in drugs, namely fentanyl.  Mr. Boyd was sentenced to two years of community control.[686]

587.     Stuart J. Boykin of Akron, Ohio pled guilty on March 11, 2016 in the Northern District of Ohio to offenses including possession with intent to distribute fentanyl and heroin.[687] On June 14, 2016, Mr. Boykin was sentenced to 108 months in prison.[688]  The Court of Appeals for the Sixth Circuit affirmed Mr. Boykin's sentence, and the United States Supreme Court denied his petition for a writ of certiorari.[689]

588.     Germine Bradley of Cleveland, Ohio pled guilty on November 8, 2018 in the Northern District of Ohio to intent to distribute fentanyl.[690]  Mr. Bradley is currently awaiting

---

[684] SUMMIT_000375431; MCKPUB00025736; MCKPUB00025732; MCKPUB00025728; MCKPUB00025733.

[685] AKRON_001274723; AKRON_000203371; MCKPUB00025738; MCKPUB00025739; MCKPUB00025742; MCKPUB00025744.

[686] MCKPUB00020239; MCKPUB00020240; MCKPUB00020242.

[687] MCKPUB00021408.

[688] MCKPUB00021410.

[689] MCKPUB00021417; MCKPUB00021418; MCKPUB00021431; MCKPUB00021433; MCKPUB00025748; MCKPUB00025757; MCKPUB00029111.

[690] MCKPUB00013607.

sentencing.  Mr. Bradley has a prior drug-related federal conviction, as well as drug-related convictions in the Cuyahoga County Court of Common Pleas.[691]

589.    Javion L. Brandon of Akron, Ohio pled guilty on May 3, 2017 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  He was sentenced to eighteen months in prison.[692]

590.    Vernita Brent of Cleveland, Ohio pled guilty on October 31, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Ms. Brent was sentenced to six months in prison.[693]

591.    Sharod J. Britt pled guilty on July 9, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Britt was sentenced to eighteen months of incarceration, but the sentence was suspended upon the condition that he complete two years of community control.[694]

592.    Davell L. Brock of Akron, Ohio pled guilty on March 13, 2013 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Mr. Brock was sentenced to twelve months of incarceration.[695]

593.    Howard Brockman, Jr. of Akron, Ohio pled guilty on December 9, 2013 in the Summit County Court of Common Pleas to trafficking in heroin.  On June 27, 2013, Akron

---

[691] MCKPUB00013609; MCKPUB00013611; MCKPUB00013613; MCKPUB00013615; MCKPUB00013617; MCKPUB00013620; MCKPUB00013592; MCKPUB00013604; MCKPUB00013606.

[692] AKRON_000221651; MCKPUB00015367; MCKPUB00015369; MCKPUB00015370.

[693] CUYAH_000033971; MCKPUB00022446; MCKPUB00022447; MCKPUB00022450.

[694] AKRON_000205747; AKRON_000286790; MCKPUB00020904; MCKPUB00020906; MCKPUB00020907.

[695] MCKPUB00009978-9979; MCKPUB00009980; MCKPUB00009981; MCKPUB00009984.

police observed Mr. Brockman selling drugs outside of a bar in Akron.  Officers apprehended Mr. Brockman and recovered heroin, a digital scale, Percocet, and hydrocodone.  Mr. Brockman was sentenced to three years in prison.[696]

594.    Lewis Brooks of Cleveland, Ohio, pled guilty on August 19, 2010 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Brooks was sentenced to one year of probation.[697]

595.    Ricky Lamar Brooks of Akron, Ohio pled guilty on November 17, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.[698]  Mr. Brooks was sentenced to one year in prison, but the sentence was suspended on the condition that he complete eighteen months of community control.

596.    Adolph R. Brown, Sr. of Akron, Ohio was indicted on April 2, 2014, in the Summit County Court of Common Pleas, for trafficking in heroin.  Mr. Brown pled guilty on February 27, 2015, but, between October 2015 and July 2018, he filed multiple motions to withdraw his plea and a motion to dismiss.  The Court denied his motions.  Mr. Brown is awaiting sentencing.[699]

597.    Chad Brown of Cleveland, Ohio pled guilty on April 22, 2009 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Brown was sentenced to 107 days in the Cuyahoga County Jail.[700]

---

[696] AKRON_001279859; MCKPUB00025826; MCKPUB00025827; MCKPUB00025829.

[697] CUYAH_000024875; MCKPUB00017628; MCKPUB00017629; MCKPUB00017631.

[698] AKRON_000201799; MCKPUB00019589; MCKPUB00019591; MCKPUB00019592.

[699] AKRON_000205137; MCKPUB00006243; MCKPUB00006268; MCKPUB00006272; MCKPUB00006274; MCKPUB00006275; MCKPUB00006276; MCKPUB00029112.

[700] CUYAH_000039490; MCKPUB00008861; MCKPUB00008862; MCKPUB00008866.

598.    Diion J. Brown of Cleveland, Ohio, pled guilty on September 26, 2017 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl.  Mr. Brown was sentenced to eighteen months in prison.[701]

599.    Melton J. Brown of Akron, Ohio was convicted by a jury on November 22, 2012 in the Summit County Court of Common Pleas of offenses including trafficking in heroin.  Mr. Brown was sentenced to twelve months in prison.[702]

600.    Rudius Abijah Brown of Euclid, Ohio pled guilty on April 12, 2011 in the Cuyahoga County Court of Common Pleas to trafficking opioids, including heroin.  Mr. Brown was sentenced to two years in prison.[703]

601.    Detroit Demorriss Brown-Yates of Akron, Ohio pled guilty on March 23, 2016 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely fentanyl.  He was sentenced to fourteen months of community control.[704]

602.    Tennille Bryant pled guilty on May 16, 2017 in the Northern District of Ohio to conspiracy with intent to distribute and to distribute drugs including heroin and fentanyl.  Ms. Bryant participated in a conspiracy that spanned from January 1, 2010 to September 28, 2016, including by delivering fentanyl from Yonkers, New York to Maple Heights, Ohio on March 21, 2016.[705]  On August 23, 2017, Ms. Bryant was sentenced to 65 months in prison.[706]

---

[701] CUYAH_000030101; MCKPUB00010824; MCKPUB00010825; MCKPUB00010828.

[702] AKRON_001273928; MCKPUB00025831; MCKPUB00025832; MCKPUB00025834.

[703] CUYAH_000025876; MCKPUB00005388; MCKPUB00005390; MCKPUB00005393; MCKPUB00020588; MCKPUB00020589; MCKPUB00020591.

[704] AKRON_000290350; MCKPUB00010586; MCKPUB00010588; MCKPUB00010589.

[705] MCKPUB00021497.

[706] MCKPUB00021580; MCKPUB00021587; MCKPUB00021595.

603.    Michael Buchanan of Cleveland, Ohio pled guilty on May 6, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[707]  Mr. Buchanan participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[708]  On August 12, 2014, Mr. Buchanan was sentenced to 24 months in prison.[709]

604.    Terri Buckner of Cleveland, Ohio pled guilty on April 27, 2016 in the Cuyahoga County Court of Common Pleas to conspiracy to trafficking heroin.  Ms. Buckner was sentenced to one year of community control.[710]

605.    James Buell of Akron, Ohio pled guilty on April 30, 2015 in the Summit County Court of Common Pleas to involuntary manslaughter and aggravated trafficking in drugs.  Mr. Buell sold heroin laced with fentanyl to Alicia Dice of Akron, Ohio, who died from fentanyl toxicity.  Mr. Buell was sentenced to three years in prison.[711]

606.    Vernon R. Buffington of Cleveland, Ohio pled guilty on January 4, 2011 in the Cuyahoga County Court of Common Pleas to trafficking opioids, including heroin.  Mr. Buffington was sentenced to eighteen months in prison.[712]

---

[707] MCKPUB00018631; MCKPUB00018635; MCKPUB00018646.

[708] MCKPUB00018648.

[709] MCKPUB00018633.

[710] CUYAH_000070777; MCKPUB00021862; MCKPUB00021863; MCKPUB00021865.

[711] AKRON_001151503; MCKPUB00014994; MCKPUB00014996; MCKPUB00014997; MCKPUB00014991.

[712] CUYAH_000025876; MCKPUB00022453; MCKPUB00022454; MCKPUB00022457.

607.    Barbara Burncheck of Cleveland, Ohio pled guilty on August 9, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Ms. Burcheck was sentenced to six months in prison.[713]

608.    Michael T. Butts of Cleveland, Ohio pled guilty on January 5, 2010 in the Cuyahoga County Court of Common Pleas to drug trafficking, possession or trafficking of counterfeit controlled substances, and aggravated theft.  Mr. Butts participated in several heroin transactions with the Cleveland Police Narcotics Unit.  Mr. Butts was sentenced to six months in county jail.[714]

609.    Jonah M. Byard of Akron, Ohio pled guilty on October 6, 2015 in the Summit County Court of Common Pleas to trafficking in heroin, for conduct that occurred between May 25, 2014 and June 1, 2014.  Mr. Byard was sentenced to two years of community control.[715]

610.    Roderick A. Byrd of Mansfield, Ohio pled guilty on February 12, 2014 in the Summit County Court of Common Pleas to trafficking heroin, and he was sentenced to two years of community control.[716]  On August 17, 2016, Mr. Byrd pled guilty again, in the same court, to trafficking heroin, and he was sentenced to eleven months in prison.[717]

611.    Edwin O. Cain III of Akron, Ohio pled guilty on April 5, 2013 in the Northern District of Ohio to offenses including possession with intent to distribute heroin.  The offenses

---

[713] CUYAH_000036103; MCKPUB00007566; MCKPUB00007567; MCKPUB00007569.

[714] CUYAH_014631435; CUYAH_014631409; MCKPUB00024468; MCKPUB00024470; MCKPUB00024473.

[715] AKRON_001157001; MCKPUB00025838; MCKPUB00025839; MCKPUB00025841.

[716] MCKPUB00020218; MCKPUB00020219; MCKPUB00020222.

[717] MCKPUB00020220; MCKPUB00020221.

took place in Akron on or about May 3, 2012.[718]  Mr. Cain was initially given one 24-month

sentence and one 36-month sentence to run consecutively, for a total of 60 months'

imprisonment.[719]  On May 28, 2015, the court granted Mr. Cain's motion to reduce his two-year

sentence to eighteen months.[720]  On March 1, 2017, after his release in the above matter, Mr.

Cain was convicted in the Summit County Court of Common Pleas of trafficking in heroin.[721]

612.     Reiko Calmese of Akron, Ohio was convicted on September 10, 2013 in the

Summit County Court of Common Pleas of offenses including trafficking in heroin.  Mr.

Calmese was sentenced to two years of community control.[722]

613.     Tyrone Cammon of Garfield Heights, Ohio was indicted on February 6, 2018 for

possession with the intent to distribute fentanyl, heroin, methoxyacetylfentanyl, carfentanil, and

fentanyl pharmacophore.[723]  According to the complaint, in October 2017, investigators oversaw

controlled purchases of narcotics from Mr. Cammon.  On November 16, 2017, law enforcement

officials arrested Mr. Cammon on outstanding warrants and executed a search warrant at his

home.  They recovered firearms, a substance containing heroin and fentanyl, and a substance

containing methoxyacetylfentanyl, carfentanil, and fentanyl pharmacophore.[724]  Proceedings are

---

[718] MCKPUB00012229; MCKPUB00012226.

[719] MCKPUB00012231.

[720] MCKPUB00012240; MCKPUB00012231; MCKPUB00012233; MCKPUB00012239.

[721] AKRON_000296704; MCKPUB00012249; MCKPUB00012251; MCKPUB00012252; MCKPUB00012219; MCKPUB00025843.

[722] AKRON_000205036; MCKPUB00019495; MCKPUB00019497; MCKPUB00019498.

[723] MCKPUB00022376.

[724] MCKPUB00022370.

ongoing in the Northern District of Ohio. Mr. Cammon has a number of prior drug-related convictions in the Cuyahoga County Court of Common Pleas.[725]

614.     Glenn Campbell of Akron, Ohio pled guilty on April 8, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin. On September 12, 2013, the Akron Police Department's Street Narcotics Units Detail and SWAT team executed a search warrant at Mr. Campbell's apartment in Akron and recovered three firearms, heroin, syringes, and digital scales. Mr. Campbell said that he regularly held "dope" for his son and that he sold drugs out of the apartment. Mr. Campbell was sentenced to prison for five years.[726]

615.     Pierre Campbell of Cleveland, Ohio pled guilty on May 13, 2015 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin. Mr. Campbell participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[727] On October 5, 2015, Mr. Campbell was sentenced to 222 months in prison.[728]

616.     Raymond L. Canales of Cleveland, Ohio pled guilty on April 24, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin. Mr. Canales was sentenced to two years of community control.[729]

---

[725] MCKPUB00022380; MCKPUB00022381; MCKPUB00022384; MCKPUB00022386; MCKPUB00022387; MCKPUB00022389; MCKPUB00022391; MCKPUB00022392; MCKPUB00022394; MCKPUB00022396; MCKPUB00022397; MCKPUB00022399; MCKPUB00022401; MCKPUB00022408; MCKPUB00025873.

[726] AKRON_001217583; MCKPUB00025875; MCKPUB00025876; MCKPUB00025879.

[727] MCKPUB00019329.

[728] MCKPUB00019299; MCKPUB00019306; MCKPUB00019323; MCKPUB00019325.

[729] CUYAH_000035145; MCKPUB00019426; MCKPUB00019427; MCKPUB00019429.

617.     Alvin Caraballo pled guilty on January 1, 2012 in the Cuyahoga Country Court of Common Pleas to trafficking heroin.[730]  Mr. Caraballo was sentenced to eight and a half years in prison.

618.     Bryan James Carney of Akron, Ohio was convicted on February 19, 2014 in the Summit County Court of Common Pleas of offenses including trafficking in heroin.  Mr. Carney was sentenced to eighteen months of community control.[731]

619.     Sandra Carte of Cleveland, Ohio pled guilty on June 23, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Ms. Carte was sentenced to one year of community control.[732]

620.     Danielle M. Carter of Akron, Ohio pled guilty on October 28, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  She was sentenced to sixteen months of community control.[733]

621.     Genevus Carter of Akron, Ohio, was convicted on September 22, 2016 in the Summit County Court of Common Pleas of offenses including involuntary manslaughter.  Mr. Carter had sold a heroin-fentanyl mix to Nina Formosa, a cosmetologist residing in Akron, Ohio, leading to her fatal overdose in November 2015.  On September 22, 2016, Mr. Carter was sentenced to four years and eleven months in prison.[734]

---

[730] CUYAH_000043787: MCKPUB00006539; MCKPUB00006540; MCKPUB00006543.

[731] AKRON_000201407; MCKPUB00008237; MCKPUB00008238; MCKPUB00008240; MCKPUB00008241; MCKPUB00008174; MCKPUB00019305; MCKPUB00019328.

[732] CUYAH_000033229, MCKPUB00020871; MCKPUB00020872; MCKPUB00020875.

[733] AKRON_000205625; AKRON_000288343; MCKPUB00009511; MCKPUB00009512; MCKPUB00009515; MCKPUB00009520; MCKPUB00009517.

[734] AKRON_000290719; SUMMIT_000681607; MCKPUB00013558; MCKPUB00013559; MCKPUB00013567; MCKPUB00013563; MCKPUB00029114.

622.    Gregory Brian Carter of Akron, Ohio pled guilty on March 21, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On May 9, 2016, he was sentenced to thirty months in prison.[735]

623.    Tevin Carter of Youngstown, Ohio pled guilty on March 22, 2018 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl.  Mr. Carter was sentenced to eighteen months in prison.[736]

624.    James Carver was convicted by a jury in the Northern District of Ohio on March 14, 2018 of conspiracy to possess with intent to distribute and to distribute illegal drugs, including heroin and fentanyl, as well as possession with intent to distribute fentanyl.[737]  Mr. Carver participated in a conspiracy that spanned from January 1, 2010 to September 28, 2016, including by transporting fentanyl from Yonkers, New York to Maple Heights, Ohio in March 2016.[738]  On June 28, 2018, Mr. Carver was sentenced to 121 months in prison.[739]

625.    Claudia Cazarez-Quintero, a Mexican national, pled guilty on March 23, 2017 in the Northern District of Ohio to possession with intent to distribute heroin.[740]  On August 17, 2016, law enforcement officers stopped Ms. Cazarez-Quintero while she was driving in Westlake, Ohio, at which time a K-9 unit alerted officers to the presence of drugs in her vehicle.

---

[735] AKRON_000228418; MCKPUB00013666; MCKPUB00013668; MCKPUB00013669.

[736] CUYAH_000078887; MCKPUB00021932; MCKPUB00021933; MCKPUB00021935.

[737] MCKPUB00015081; MCKPUB00014998.

[738] MCKPUB00014998; MCKPUB00029116.

[739] MCKPUB00015090; MCKPUB00015104; MCKPUB00015118; MCKPUB00025882.

[740] MCKPUB00009026.

Officers recovered controlled substances, including heroin, from Ms. Cazarez-Quintero's vehicle.[741]  On July 10, 2017, Ms. Cazarez-Quintero was sentenced to 51 months in prison.[742]

626.    William A. Checo of Cleveland, Ohio, pled guilty on June 19, 2006 in the Cuyahoga County Court of Common Pleas to attempted trafficking in heroin.  Mr. Checo was sentenced to two years of community control.[743]

627.    David M. Cheeks of Cleveland, Ohio, pled guilty on July 27, 2010 to offenses including trafficking in heroin.  He was sentenced to ten years in prison.[744]

628.    Deon Antonio Christian of Akron, Ohio, pled guilty on October 4, 2016 in the Summit County Court of Common Pleas to aggravated trafficking in drugs, including heroin and carfentanil.  The misconduct occurred on July 8, 2016.  Mr. Christian was sentenced to two years of community control.  On April 25, 2018, Mr. Christian pled guilty in the Summit County Court of Common Pleas to crimes including aggravated trafficking in drugs, namely fentanyl.  He was sentenced to one year in prison.[745]

629.    Terry Lee Christian of Cleveland, Ohio was indicted on October 24, 2018 in the Northern District of Ohio for distribution of cocaine-laced opioids with a death enhancement and using a telephone in furtherance of a drug trafficking offense.  On or about July 13, 2018, Mr. Christian sold a mixture of heroin, fentanyl, and cocaine to an individual who was found dead in a hotel room in Cleveland, Ohio the following day.  Proceedings are ongoing in this matter.  Mr.

---

[741] MCKPUB00009021.

[742] MCKPUB00009029; MCKPUB00009037; MCKPUB00009043.

[743] CUYAH_000032629; MCKPUB00022733; MCKPUB00022734; MCKPUB00022737.

[744] CUYAH_000021917; MCKPUB00010201; MCKPUB00010202; MCKPUB00010209.

[745] AKRON_000206111; AKRON_000296366; MCKPUB00010426; MCKPUB00010428; MCKPUB00010429; MCKPUB00010430; MCKPUB00010432; MCKPUB00010433.

Christian has two prior drug-related convictions in the Cuyahoga County Court of Common Pleas.[746]

630.     Andre R. Clark pled guilty on October 25, 2016 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to twelve months of community control.[747]

631.     Bernard Clark of Bedford, Ohio pled guilty on January 10, 2007 in the Cuyahoga County Court of Common Pleas to trafficking in heroin.  Mr. Clark was sentenced to five years in prison.[748]  Mr. Clark also pled guilty on April 18, 2018 in the Cuyahoga County Court of Common Pleas to trafficking heroin, fentanyl, and carfentanil.  Mr. Clark was sentenced to six years in prison.[749]

632.     Monique Sharay Clemons of Cleveland, Ohio pled guilty on April 19, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Ms. Clemons was sentenced to one and one half years of community control.[750]

633.     Davonte Clepper pled guilty on January 18, 2018 in the Summit County Court of Common Pleas to aggravated trafficking in drugs, namely carfentanil.  Mr. Clepper was

---

[746] MCKPUB00021886; MCKPUB00021887; MCKPUB00021890; MCKPUB00021892; MCKPUB00021893; MCKPUB00021895.

[747] AKRON_000292867; MCKPUB00006593; MCKPUB00006595; MCKPUB00006596.

[748] CUYAH_000032973; MCKPUB00007614; MCKPUB00007615; MCKPUB00007621; MCKPUB00007624; MCKPUB00007625; MCKPUB00007632.

[749] CUYAH_000020975; CUYAH_000079139; MCKPUB00007634; MCKPUB00007635; MCKPUB00007640.

[750] CUYAH_000032751; MCKPUB00018997; MCKPUB00018998; MCKPUB00019000.

sentenced to two years in prison.[751]  Mr. Clepper had a prior conviction for trafficking in heroin.[752]

634.    Michael Cleveland of Cleveland, Ohio pled guilty on December 21, 2017 in the Northern District of Ohio to distribution of a mixture of heroin and fentanyl, with a death enhancement.[753]  On August 2, 2016, Mr. Cleveland sold a mixture of heroin and fentanyl to a 46-year-old resident of Cleveland Heights, Ohio who fatally overdosed after ingesting the narcotics.[754]  On May 14, 2018, Mr. Cleveland was sentenced to 135 months in prison.[755]  Mr. Cleveland has at least one conviction involving heroin in the Cuyahoga County Court of Common Pleas.[756]

635.    Paul A. Cline, Jr. of Parma Heights, Ohio pled guilty on December 15, 2014 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Cline was sentenced to three years in prison.[757]

636.    Tonio Coffey of Akron, Ohio, pled guilty on January 8, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  On January 15, 2015, Mr. Coffey was sentenced to a mandatory term of four years of incarceration for the charge.[758]

---

[751] AKRON_001128716; AKRON_001221663; MCKPUB00025932; MCKPUB00025933; MCKPUB00025935; MCKPUB00025937.

[752] MCKPUB00025925; MCKPUB00025929; MCKPUB00025926.

[753] MCKPUB00018656; MCKPUB00018652.

[754] MCKPUB00029159.

[755] MCKPUB00018659.

[756] MCKPUB00018666; MCKPUB00018667; MCKPUB00018669; MCKPUB00018671; MCKPUB00018673.

[757] CUYAH_000067870; MCKPUB00019253; MCKPUB00019254; MCKPUB00019259.

[758] AKRON_000205517; MCKPUB00022250; MCKPUB00022252; MCKPUB00022253; MCKPUB00022254; MCKPUB00022257.

637.    Dora L. Colbert (also known as Dora Bingham) of Akron, Ohio pled guilty on April 12, 2010 in the Summit County Court of Common Pleas to trafficking in heroin.  Ms. Colbert was sentenced to one year in prison.[759]

638.    Tyler K. Colbert of Akron, Ohio pled guilty on March 4, 2010 in the Summit County Court of Common Pleas to trafficking in heroin, for conduct that occurred in Akron.  Mr. Colbert was sentenced to fourteen months in prison.[760]

639.    Royce A. Colburne of Akron, Ohio pled guilty on August 13, 2014 in the Summit County Court of Common Pleas to crimes including two counts of aggravated trafficking in drugs, namely hydromorphone.  On September 17, 2014, he was sentenced to two years of community control.[761]

640.    Granville Christopher Collins of Akron, Ohio pled guilty on May 27, 2015 in the Summit County Court of Common Pleas to aggravated trafficking in drugs (fentanyl).  On July 13, 2015, Mr. Collins was sentenced to twelve months of incarceration.[762]

641.    Reginald Collins of Akron, Ohio pled guilty on April 9, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Collins facilitated drug transactions by accepting drug deliveries at his house in Akron and then contacting the intended recipients to come and pick up the drugs.  Mr. Collins was sentenced to two years in prison.[763]

---

[759] AKRON_001157134; MCKPUB00025940; MCKPUB00025941; MCKPUB00025944.

[760] AKRON_001216262; MCKPUB00025947; MCKPUB00025948; MCKPUB00025950.

[761] AKRON_000207131; MCKPUB00020572; MCKPUB00020575.

[762] AKRON_000205596; MCKPUB00013661; MCKPUB00013663; MCKPUB00013664.

[763] AKRON_001230697; MCKPUB00025952; MCKPUB00025953; MCKPUB00025955.

642.     Eric Cook of Cleveland, Ohio pled guilty on December 6, 2017 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Cook was sentenced to four years in prison.[764]

643.     George Cook of Akron, Ohio pled guilty on September 17, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to eight months in prison.[765]

644.     Da'zaun L. Coppinger of Akron, Ohio pled guilty on January 2, 2014 in the Summit County Court of Common Pleas to trafficking in heroin. He was sentenced to one year in prison.[766]

645.     Malik D. Corbin of Cincinnati, Ohio pled guilty on March 9, 2017 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  He was sentenced to four years in prison.[767]

646.     Kristopher Courtney of Cleveland, Ohio was convicted by a jury in the Northern District of Ohio on November 29, 2016 of offenses including possession with intent to distribute a mixture of fentanyl and heroin, possession with intent to distribute heroin, and managing a drug premise.[768]  According to the complaint, Mr. Courtney would buy a house, move his sister in, use the house to facilitate drug trafficking, and then purchase another house to move his drug operation continually.[769]  On September 2, 2016, following an investigation, law enforcement

---

[764] CUYAH_000074939; MCKPUB00012521; MCKPUB00012522; MCKPUB00012527.

[765] AKRON_001144906; MCKPUB00025957; MCKPUB00025958; MCKPUB00025960.

[766] AKRON_000298571; MCKPUB00010343; MCKPUB00010345; MCKPUB00010346.

[767] AKRON_000297011; MCKPUB00017924; MCKPUB00017927; MCKPUB00017928.

[768] MCKPUB00016656; MCKPUB00016652.

[769] MCKPUB00016638.

officers executed a search warrant at one of Mr. Courtney's properties, recovered narcotics, and arrested Mr. Courtney.[770]  In Mr. Cortney's sentencing hearing on March 22, 2017, the judge remarked that Mr. Cortney had set up a an "ongoing" and "major operation" and sentenced Mr. Cortney to 140 months in prison.[771]

647.    Jadonta J. Cousins of Canton, Ohio pled guilty on June 21, 2016 in the Summit County Court of Common Pleas to crimes including trafficking in heroin.  On October 11, 2016, he was sentenced to two years of community control.[772]

648.    Jack D. Couts of Akron, Ohio pled guilty on June 16, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On July 31, 2014, Mr. Couts was sentenced to two years of community control.[773]

649.    Wendell Cox of Bedford, Ohio pled guilty on June 21, 2016 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl.  Mr. Cox was sentenced to one and a half years of community control.[774]

650.    Anfenee J. Crandall of Akron, Ohio pled guilty on August 21, 2017 in the Summit County Court of Common Pleas to aggravated trafficking in drugs (carfentanil).  Mr. Crandall was sentenced to two years of community control.[775]

---

[770] MCKPUB00016662; MCKPUB00016638.

[771] MCKPUB00016662; MCKPUB00016664; MCKPUB00016666; MCKPUB00025976.

[772] AKRON_000220047; MCKPUB00014764; MCKPUB00014767; MCKPUB00014768.

[773] AKRON_000201538; MCKPUB00014493; MCKPUB00014494; MCKPUB00014496; MCKPUB00014497.

[774] CUYAH_000029676; MCKPUB00022721; MCKPUB00022722; MCKPUB00022725.

[775] SUMMIT_000788689; AKRON_000203254; MCKPUB00026014; MCKPUB00026018; MCKPUB00026020.

651.    Erica M. Crawford of Maple Heights, Ohio pled guilty on April 25, 2016 in the Cuyahoga County Court of Common Pleas to conspiracy to traffic heroin.  Ms. Crawford was sentenced to one year of community control.[776]

652.    Amy L. Croft of Akron, Ohio was convicted on October 8, 2013 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs.  At the time of her arrest, the police confiscated drugs including oxycodone and heroin.  Ms. Croft was sentenced to twenty-four months of community control.[777]

653.    Andres Cruz was found guilty on March 28, 2012 in the Cuyahoga County Court of Common Pleas of trafficking heroin, and he was sentenced to 33 years in prison.[778]

654.    Efrain Cruz of Cleveland, Ohio pled guilty on November 14, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Cruz was sentenced to one year of community control.[779]

655.    Melvin Cruz of Cleveland, Ohio pled guilty on January 19, 2017 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Cruz was sentenced to eighteen months of probation.[780]

656.    Vernell Curry of Akron, Ohio pled guilty to first-degree felony involuntary manslaughter and fifth-degree felony drug trafficking in a controlled substance on August 29,

---

[776] CUYAH_000070777; MCKPUB00012777; MCKPUB00012778; MCKPUB00012780.

[777] AKRON_000201101; MCKPUB00006569; MCKPUB00006571; MCKPUB00006572; MCKPUB00006575; MCKPUB00006579.

[778] CUYAH_000043787; MCKPUB00006608; MCKPUB00006609; MCKPUB00006618.

[779] CUYAH_000036390; MCKPUB00012253; MCKPUB00012254; MCKPUB00012256.

[780] CUYAH_000032221; MCKPUB00018569; MCKPUB00018570; MCKPUB00018572.

2017. Mr. Curry was sentenced to ten years in prison for causing the deaths of two women, Abigail Hackett and Sara White, both of whom died of acute fentanyl toxicity.[781]

657. Willie Curry of Cleveland, Ohio pled guilty on March 27, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin. Mr. Curry was sentenced to two years of community control.[782]

658. Daymere Marveeouns Dabney of Akron, Ohio pled guilty on May 22, 2014 in the Summit County Court of Common Pleas to trafficking heroin. On July 8, 2014, Mr. Dabney was sentenced to eighteen months in prison.[783]

659. Michael D. "Mook" Dandridge pled guilty in the Northern District of Ohio on May 16, 2013 to conspiracy to distribute and to possess with the intent to distribute heroin, in violation of 21 U.S.C. § 846, and possession with intent to distribute heroin, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(B). From 2007 and 2012, Mr. Dandridge was involved in a heroin trafficking conspiracy, in which the co-conspirators traveled to Chicago and Detroit to obtain heroin for distribution in Akron, Ohio.[784] On September 17, 2013, Mr. Dandridge was sentenced to 84 months in prison. Mr. Dandridge's prison term was subsequently reduced to 70 months.[785]

660. Gregory Carnell Daniels of Akron, Ohio pled guilty on December 8, 2014 in the Summit County Court of Common Pleas to trafficking in heroin, and he was sentenced to four years in prison.[786]

---

[781] MCKPUB00022444.

[782] CUYAH_000020911; MCKPUB00022764; MCKPUB00022765; MCKPUB00022768.

[783] AKRON_000201609; MCKPUB00010331; MCKPUB00010332; MCKPUB00010334.

[784] MCKPUB00018688; MCKPUB00029160; MCKPUB00029186.

[785] MCKPUB00018711; MCKPUB00018683.

[786] AKRON_000201218; MCKPUB00013670; MCKPUB00013671; MCKPUB00013674.

661.     Steven D. Daniels of Akron, Ohio pled guilty in the Northern District of Ohio on April 6, 2017 to distribution of fentanyl with an enhancement for causing death or serious bodily injury.[787]  Mr. Daniels had obtained the fentanyl over the internet from China and sold it to Timothy Barnett in Akron, who suffered a fatal overdose on April 2, 2016.[788]  When officers executed a search warant at Mr. Daniels' residence on May 26, 2016, they seized fentanyl, which Mr. Daniels had dyed pink to distinguish from his cocaine.  During sentencing, the judge commented that Daniels was "clearly a drug dealer and clearly making [his] living by selling drugs." [789]  On September 24, 2018, the court denied Mr. Daniels' ineffective assistance of counsel claim.[790]  An appeal is now pending before the Sixth Circuit.[791]  Mr. Daniels has two prior convictions for drug-related offenses in the Summit County Court of Common Pleas.[792]

662.     Frederick L. Darling of Cleveland, Ohio pled guilty on October 2, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[793]  Mr. Darling participated in a heroin trafficking enterprise that operated from September 2011 to September 2013,[794] including by selling heroin to a confidential informant in Cleveland, Ohio on January 7, 2013.[795]  During his sentencing hearing, the Government identified Mr. Darling as "one of the more major players" in his heroin ring, distributing heroin

---

[787] MCKPUB00017618; MCKPUB00020865; MCKPUB00021157; MCKPUB00021143.

[788] MCKPUB00021144; MCKPUB00029247.

[789] MCKPUB00026047.

[790] MCKPUB00029240.

[791] MCKPUB00021147; MCKPUB00021155; MCKPUB00029245.

[792] MCKPUB00029212; MCKPUB00029213.

[793] MCKPUB00026107; MCKPUB00029214.

[794] MCKPUB00013472.

[795] MCKPUB00013255.

to other dealers who would then cut it with other substances and sell it on the street.  Mr. Darling used proceeds from his drug sales to buy an additional house and used two other houses he owned as sites to conduct drug trafficking.[796]  On May 8, 2015, Mr. Darling was sentenced to 75 months in prison.[797]

663.    Tevaughn Darling of Cleveland, Ohio pled guilty on April 25, 2016 in the Cuyahoga County Court of Common Pleas to conspiracy to traffic heroin and trafficking heroin. Mr. Darling was sentenced to fourteen years in prison.[798]

664.    Tiree S. Davenport was convicted on September 27, 2016 in the Summit County Court of Common Pleas of involuntary manslaughter and aggravated possession of drugs.  Ms. Davenport sold heroin to an individual who later overdosed and died following ingestion of that drug.  Ms. Davenport was sentenced to seven years in prison.[799]

665.    Cortez L. Davis pled guilty on July 2, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin.  He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Mr. Cortez was sentenced to 57 months in prison.[800]

666.    Da'Quan Davis of Akron, Ohio pled guilty on December 17, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  While out on bond

---

[796] MCKPUB00026073.

[797] MCKPUB00013446; MCKPUB00013452; MCKPUB00013469.

[798] CUYAH_000070777; MCKPUB00021922; MCKPUB00021923; MCKPUB00021930.

[799] SUMMIT_001137532; SUMMIT_001137610; SUMMIT_001137540; SUMMIT_001137541; MCKPUB00022232; MCKPUB00022234; MCKPUB00022235.

[800] MCKPUB00009080; MCKPUB00009197; MCKPUB00009206.

after a prior offense, Mr. Davis attempted to pass a forged prescription for Phenergan with codeine.  Trial for Mr. Davis was set for July 14, 2014, but Mr. Davis did not appear, and a warrant for his arrest was issued.  Akron Police's Street Narcotics Uniform Detail later observed Mr. Davis driving, and a car chase ensued.  Police eventually recovered heroin and cash from Mr. Davis and his vehicle.  Mr. Davis was sentenced to seven years in prison.[801]

667.    Devonte Deshawn Davis of Akron, Ohio pled guilty on November 20, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, and he was sentenced to one year in prison.[802]

668.    Rodney Sterling Davis of Akron, Ohio pled guilty on November 3, 2016, in the Summit County Court of Common Pleas, to aggravated trafficking in drugs, namely heroin.  He was sentenced to two years of community control.[803]

669.    Tamicka R. Davis pled guilty in the Northern District of Ohio on May 13, 2013 to conspiracy to distribute and to possess with the intent to distribute heroin in violation of 21 U.S.C. § 846.  The conduct occurred in Akron, Ohio, among other locations.  On August 26, 2013, Ms. Davis was sentenced to 27 months in prison.[804]

670.    Tedre Davis of Akron, Ohio pled guilty in the Northern District of Ohio on December 21, 2017 to being a felon in possession of a firearm and to possession with intent to

---

[801] AKRON_000334646; MCKPUB00026298; MCKPUB00026299; MCKPUB00026303; MCKPUB00026307.

[802] AKRON_000201812; MCKPUB00010801; MCKPUB00010802; MCKPUB00010804.

[803] AKRON_000223079; MCKPUB00020249; MCKPUB00020251; MCKPUB00020252.

[804] MCKPUB00021451; MCKPUB00021456.

distribute carfentanil, for conduct on May 30, 2017.[805]  On March 30, 2018, Mr. Davis was sentenced to seventy months' imprisonment.[806]

671.    Tyrone Davis of Cleveland, Ohio pled guilty on September 26, 2018 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl and carfentanil.  Mr. Davis was sentenced to 36 months of community control.[807]

672.    Marcos Dejesus of Euclid, Ohio, pled guilty on January 17, 2013 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Dejesus was sentenced to one and one half years of community control.[808]

673.    Darwyn de la Cruz of Brooklyn, Ohio pled guilty on June 19, 2006 in the Cuyahoga County Court of Common Pleas to attempted trafficking of heroin.  Mr. de la Cruz was sentenced to nine months of community control.[809]

674.    Zakiya Z. Delaney of Cleveland, Ohio was convicted by a jury on May 30, 2017, in the Summit County Court of Common Pleas, of crimes including trafficking in heroin.  She was sentenced to two years in prison.[810]

675.    Jacob Derrickson of Euclid, Ohio pled guilty on April 4, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[811]  Mr. Derrickson participated in a heroin trafficking enterprise that operated from September 2011 to

---

[805] MCKPUB00021485; MCKPUB00021487.

[806] MCKPUB00021495; MCKPUB00021488; MCKPUB00021489; MCKPUB00029249.

[807] CUYAH_000081328; MCKPUB00022410; MCKPUB00022411; MCKPUB00022414.

[808] CUYAH_000027860; MCKPUB00017934; MCKPUB00017935; MCKPUB00017938.

[809] CUYAH_000032629; MCKPUB00009911; MCKPUB00009912; MCKPUB00009915.

[810] AKRON_000213174; MCKPUB00022814; MCKPUB00022818.

[811] MCKPUB00014544.

September 2013.[812]  According to the superseding indictment, Mr. Derrickson sent a series of text messages discussing his being present at another's recent heroin overdose.[813]  On July 8, 2014, Mr. Derrickson was sentenced to nine months in prison.[814]

676.  Luis Diaz of Cleveland, Ohio pled guilty on February 12, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Diaz was sentenced to two years of community control.[815]

677.  Reynaldo Diaz-Guzman pled guilty on August 27, 2018 in the Northern District of Ohio to possession with intent to distribute heroin.[816]  Ohio Highway Patrol officers stopped Mr. Diaz-Guzman while he was driving in Summit County, Ohio on November 14, 2017.  When the officers asked him to exit the vehicle, Mr. Diaz-Guzman fled by car, in excess of a hundred miles an hour, and was pursued with aerial surveillance.  When officers eventually arrested Mr. Diaz-Guzman, they searched his vehicle and recovered heroin.[817]  On December 12, 2018, Mr. Diaz-Guzman was sentenced to 120 months in prison.[818]

678.  Randall Keith Dickey of Akron, Ohio was convicted on November 24, 2015 in the Summit County Court of Common Pleas of offenses including corrupting another with drugs and trafficking in heroin.  The convictions stemmed from selling heroin to Sarah Woodward of Akron, who then died of a heroin overdose.  On November 12, 2015, Mr. Dickey was sentenced

---

[812] MCKPUB00014751.

[813] MCKPUB00014544.

[814] MCKPUB00014735; MCKPUB00014737; MCKPUB00014748.

[815] CUYAH_000037639; MCKPUB00017696; MCKPUB00017698; MCKPUB00017702.

[816] MCKPUB00019512; MCKPUB00019529; MCKPUB00019534; MCKPUB00026501.

[817] MCKPUB00019521; MCKPUB00026501.

[818] MCKPUB00019514.

to two years in prison.  Mr. Dickey was also convicted on October 7, 2005, and sentenced to four years in prison, for aggravated drug trafficking, including of heroin.[819]

679.    Danny Digregorio of Cleveland, Ohio pled guilty on December 3, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Digregorio was sentenced to three years of community control.[820]

680.    Dante D. Dixon of Cleveland, Ohio pled guilty on February 27, 2014 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Dixon was sentenced to five years in prison.[821]

681.    Gabriel H. Dixon of Akron, Ohio pled guilty on January 4, 2016 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to thirty months in prison.[822]

682.    Karshif A. Dobson of Akron, Ohio, was convicted on January 30, 2015 in the Summit County Court of Common Pleas of trafficking in heroin.  Mr. Dobson was sentenced to two years of community control.[823]

683.    Antonio V. Dorman pled guilty on August 14, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin.  He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago

---

[819] AKRON_000207384; AKRON_001151503; MCKPUB00019383; MCKPUB00019386; MCKPUB00019388; MCKPUB00019382; MCKPUB00019379; MCKPUB00019389.

[820] CUYAH_000036638; MCKPUB00009524; MCKPUB00009525; MCKPUB00009527.

[821] CUYAH_000056835; MCKPUB00009569; MCKPUB00009570; MCKPUB00009577.

[822] AKRON_000288578; MCKPUB00013482; MCKPUB00013485; MCKPUB00013486.

[823] AKRON_000200975; MCKPUB00016040; MCKPUB00016042; MCKPUB00016041.

and Atlanta, between 2011-2014.[824] Mr. Dorman's own sentencing memorandum concedes that Mr. Dorman is a "career offender."[825] He was sentenced to 54 months in prison.[826]

684. Larry Dorsey of Cleveland, Ohio, pled guilty on April 17, 1998 in the Cuyahoga County Court of Common Pleas to trafficking in heroin.[827]

685. Larry P. Dorsey of Copley, Ohio, was convicted on June 2, 2015 in the Summit County Court of Common Pleas of trafficking in heroin. On July 31, 2014, Mr. Dorsey pled guilty in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin, as well as attempted possession with intent to distribute heroin. He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014. Mr. Dorsey was sentenced to 60 months in prison.[828]

686. Edwin Dortch, Jr. of Akron, Ohio pled guilty on May 29, 2018 in the Northern District of Ohio to possession with intent to distribute a controlled substance, including fentanyl, heroin, and carfentanil. Mr. Dortch was sentenced to 87 months in prison.[829]

---

[824] MCKPUB00026521; MCKPUB00007010.

[825] MCKPUB00026521.

[826] MCKPUB00007010; MCKPUB00006999; MCKPUB000070089.

[827] MCKPUB00017111.

[828] AKRON_000201096; MCKPUB00017127; MCKPUB00017129; MCKPUB00029250; MCKPUB00017122.

[829] SUMMIT_000071039; MCKPUB00012180; MCKPUB00012189; MCKPUB00012196; MCKPUB00012202; MCKPUB00012204.

687.    Gibraun Y. Dowdell of Akron, Ohio pled guilty on July 14, 2015, in the Summit County Court of Common Pleas to aggravated trafficking in heroin.  Mr. Dowdell was sentenced to fifteen months of community control.[830]

688.    Jonathan Madison Dowdell of Akron, Ohio, was convicted on August 7, 2010 and November 30, 2012 in the Summit County Court of Common Pleas of trafficking in heroin.[831]

689.    Robert Dowdell of Cleveland, Ohio pled guilty on April 6, 2009 in the Cuyahoga County Court of Common Pleas to attempted trafficking of opioids, including heroin.  Mr. Dowdell was sentenced to two years of community control.[832]

690.    Nashaun L. Drake of Cleveland, Ohio pled guilty on November 16, 2016 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl.  He was sentenced to eighteen months in prison.[833]

691.    Victor S. Duckworth of Cleveland, Ohio pled guilty on October 24, 2012 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Duckworth was sentenced to two years in prison.[834]

---

[830] AKRON_000205211; AKRON_000281110; MCKPUB00013622; MCKPUB00013625; MCKPUB00013627; MCKPUB00013628.

[831] AKRON_000204332; AKRON_000287518; MCKPUB00015688; MCKPUB00015689; MCKPUB00015696; MCKPUB00015690.

[832] CUYAH_000038772; MCKPUB00019827; MCKPUB00019829; MCKPUB00019834.

[833] CUYAH_000031080; MCKPUB00019027; MCKPUB00019028; MCKPUB00019031.

[834] CUYAH_000050405; MCKPUB00022490; MCKPUB00022491; MCKPUB00022495.

692.    Calvin L. Dudley of Akron, Ohio pled guilty on June 12, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  On July 6, 2015, he was sentenced to one year in prison.[835]

693.    Floyd J. Dunlap, Jr. of Mansfield, Ohio pled no contest on July 19, 2017 in the Summit County Court of Common Pleas to crimes including trafficking in heroin.  He was sentenced to four years in prison.[836]

694.    Leron Dashawn Eady of Akron, Ohio pled guilty on April 8, 2015 in the Summit County Court of Common Pleas to crimes including trafficking in heroin.  On May 20, 2015, he was sentenced to three years in prison.[837]

695.    Antonia D. Easter pled guilty on July 24, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin.  She was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for her role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Ms. Easter was sentenced to three months in prison.[838]

696.    Kevin Ecker of Barberton, Ohio, was convicted of involuntary manslaughter and corrupting another with drugs, and he was sentenced to 21 years in prison.  Mr. Ecker sold fentanyl to 20-year-old Jessica Holmes, who died of a fentanyl overdose.[839]

---

[835] AKRON_000288474; AKRON_000288727; MCKPUB00008250; MCKPUB00008254; MCKPUB00008255.

[836] AKRON_000290464; MCKPUB00013030; MCKPUB00013039; MCKPUB00013041.

[837] AKRON_000220815; MCKPUB00017595; MCKPUB00017597; MCKPUB00017598.

[838] MCKPUB00006984; MCKPUB00029253; MCKPUB00029255.

[839] SUMMIT_000119150; MCKPUB00016358; MCKPUB00016356; MCKPUB00016339; MCKPUB00016354; MCKPUB00016360.

697.    Mario Edmonds of Cleveland, Ohio was convicted on March 30, 2016 in the Cuyahoga County Court of Common Pleas of offenses including involuntary manslaughter, drug trafficking, and corrupting another with drugs.  Mr. Edmonds had sold a mixture of heroin and fentanyl to William Cohen of Cleveland, who then suffered a fatal overdose.  On April 20, 2016, Mr. Edmonds was sentenced to nine years in prison.  The Ohio Court of Appeals affirmed the conviction on March 2, 2017.[840]

698.    Melvin Edwards of Cleveland, Ohio pled guilty on August 6, 2007 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl.  Mr. Edwards was sentenced to three years in prison.[841]

699.    Rayshawn Edwards of Cleveland, Ohio pled guilty on February 22, 2012 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Edwards was sentenced to twelve months of community control.[842]

700.    Dashawn Elder of Cleveland, Ohio pled guilty on June 13, 2017 in the Northern District of Ohio to offenses including possession with intent to distribute a mixture containing carfentanil and possession with intent to distribute a mixture containing fentanyl.[843]  On November 28, 2016, law enforcement officers surveilled Mr. Elder leaving a Cleveland residence, observed him conduct a drug transaction, and found drugs in Mr. Elder's vehicle when he was arrested. [844] Officers then executed a search warrant on the residence and recovered

---

[840] MCKPUB00018183; MCKPUB00029258.

[841] CUYAH_000020887; CUYAH_000034686; MCKPUB00018574; MCKPUB00018575; MCKPUB00018578.

[842] CUYAH_000049465; MCKPUB00019461; MCKPUB00019462; MCKPUB00019466.

[843] MCKPUB00009943.

[844] MCKPUB00009937.

additional narcotics.[845]  Mr. Elder was sentenced on October 11, 2017 to 57 months in prison.[846]

Mr. Elder had previously been convicted in the Cuyahoga County Court of Common Pleas of

heroin trafficking, for conduct on September 13, 2014.[847]

701.    Richard D. Ellis of Akron, Ohio pled guilty on June 24, 2013 in the Summit

County Court of Common Pleas to trafficking in heroin.  On August 14, 2013, he was sentenced

to two years in prison.[848]

702.    Antwain Emory of Cleveland, Ohio pled guilty on June 29, 2009 in the Cuyahoga

County Court of Common Pleas to trafficking heroin.  Mr. Emory was sentenced to two years in

prison.[849]

703.    Dana M. Ervin of Cleveland, Ohio pled guilty on December 4, 2014 in the

Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute

heroin.[850]  Mr. Ervin participated in a heroin trafficking enterprise that operated from September

2011 to September 2013.[851]  On July 8, 2014, Mr. Ervin was sentenced to 24 months in prison.[852]

704.    Antwon Evans of University Heights, Ohio pled guilty on March 4, 2015 in the

Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute

heroin.[853]  Mr. Evans participated in a heroin trafficking enterprise that was operated from

---

[845] *Id.*

[846] MCKPUB00009946; MCKPUB00009964; MCKPUB00009971.

[847] MCKPUB00009953; MCKPUB00009960; MCKPUB00009962.

[848] AKRON_000281294; MCKPUB00019546; MCKPUB00019548; MCKPUB00019549.

[849] CUYAH_000040245; MCKPUB00007014; MCKPUB00007015; MCKPUB00007020.

[850] MCKPUB00009295.

[851] MCKPUB00009502.

[852] MCKPUB00009486; MCKPUB00009488; MCKPUB00009500.

[853] MCKPUB00007031.

September 2011 to September 2013.[854]  On July 14, 2015, Mr. Evans was sentenced to 35 months in prison.[855]

705.    Aaron S. Farrey pled guilty on August 12, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin.  He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Mr. Farrey was sentenced to 51 months in prison.[856]

706.    Frederick Ferrell of Cleveland Heights, Ohio pled guilty on March 24, 2015 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[857]  Mr. Ferrell participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[858]  On July 1, 2015, Mr. Ferrell was sentenced to time served.[859]

707.    Deante R. Finney of Akron, Ohio pled guilty on February 6, 2018 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs.  On August 8, 2017, the Akron Police Department's Narcotics Unit executed a search warrant at Mr. Finney's residence, recovering fentanyl packaged for sale, a loaded pistol, and digital scales. According to the police report, the materials recovered "indicate a steady distribution of Fentanyl

---

[854] MCKPUB00007237-07240.

[855] MCKPUB00007224; MCKPUB00007235; MCKPUB00007237; MCKPUB00029264.

[856] MCKPUB00006222; MCKPUB00029266; MCKPUB00029268.

[857] MCKPUB00013047.

[858] MCKPUB00013251.

[859] MCKPUB00013238; MCKPUB00013240.

from the residence." Mr. Finney conducted his drug sales in close proximity to three schools in Akron. He was sentenced to two years of community control.[860]

708. Harlen T. Finney of Akron, Ohio pled guilty on September 25, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin. He prepared and sold heroin from his apartment, cutting his heroin with powdered sugar. Mr. Finney was sentenced to three years in prison.[861]

709. Darelle D. Fischer of Akron, Ohio was convicted on March 10, 2014 in the Summit County Court of Common Pleas of offenses including trafficking in heroin. Mr. Fischer was sentenced to four years in prison. Mr. Fischer's motion for judicial release was granted on December 18, 2014, and he was placed on a two-year term of community control.[862]

710. William Fitzer of Middleburg Heights, Ohio pled guilty on January 24, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin. Mr. Fitzer was sentenced to four years in prison.[863]

711. Terrance L. Fletcher of Cleveland, Ohio pled guilty on February 24, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin. [864] Mr. Fletcher participated in a heroin trafficking enterprise that operated from

---

[860] AKRON_001221650; MCKPUB00026523; MCKPUB00026526; MCKPUB00026527.
[861] AKRON_001218583; MCKPUB00026529; MCKPUB00026530; MCKPUB00026532.
[862] AKRON_000205051; MCKPUB00009603; MCKPUB00009606; MCKPUB00009607.
[863] CUYAH_000034468; MCKPUB00022753; MCKPUB00022754; MCKPUB00022757.
[864] MCKPUB00021607; MCKPUB00029271.

September 2011 to September 2013.[865]  On May 28, 2014, Mr. Fletcher was sentenced to 38 months in prison.[866]

712.    Tammi Vontella Flint of Akron, Ohio pled guilty on October 1, 2013 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  She was sentenced to two years of community control.[867]

713.    Dierre D. Folk of Akron, Ohio pled guilty on April 15, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  He was sentenced to two years in prison.[868]

714.    Terrance L. Ford of Akron, Ohio pled guilty on December 27, 2016 in the Northern District of Ohio to possession with intent to distribute fentanyl.[869]  During Mr. Ford's sentencing hearing, Akron Detective Michael Gilbride testified that Mr. Ford was selling drugs from his residence in a "large-scale trafficking operation."  Law enforcement officers executed a search warrant at Mr. Ford's residence, and they recovered fentanyl, heroin, plastic baggies, digital scales, grinders, and cutting agents.  As Detective Gilbride testified, grinders and cutting agents are necessary to crush heroin, purchased in bulk, into powder and process it for further distribution.  The sentencing judge observed that Mr. Ford resided in a "drug house."  In April 2017, Mr. Ford was sentenced to 120 months in prison.[870]

---

[865] MCKPUB00021814.

[866] MCKPUB00021798; MCKPUB00021800; MCKPUB00029271.

[867] AKRON_000216595; MCKPUB00021458-21459; MCKPUB00021460.

[868] AKRON_000220545; MCKPUB00010820; MCKPUB00010822; MCKPUB00010823.

[869] MCKPUB00021818; MCKPUB00029273.

[870] MCKPUB00021820; MCKPUB00021823; MCKPUB00021822; MCKPUB00021819; MCKPUB00026535; MCKPUB00029273.

715.    James Foreman of Akron, Ohio pled guilty on July 20, 2015 in the Summit County Court of Common Pleas to involuntary manslaughter and trafficking in heroin, for causing the death of Krista Barker.  Mr. Foreman was sentenced on September 22, 2015 to four years of imprisonment.[871]

716.    Miranda B. Forsyth of Akron, Ohio pled guilty on December 1, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron.  Ms. Forsyth was sentenced to four years and eleven months in prison.[872]

717.    Tierra Fort of Lakewood, Ohio pled guilty on February 21, 2018 in the Cuyahoga County Court of Common Pleas to trafficking in heroin and fentanyl.  Ms. Fort was sentenced to two years of community service for each offense.[873]

718.    Tommie Lee Fortson of Akron, Ohio pled guilty on May 21, 2012 in the Summit County Court of Common Pleas to offenses including trafficking heroin.  Mr. Fortson was sentenced to two years of community control.[874]

719.    Romando Foster of Akron, Ohio pled guilty on January 24, 2018 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.[875]  Mr. Foster was sentenced to fifteen months of community control.

720.    Robert L. Fowlkes, Jr., of Cleveland, Ohio pled guilty on May 2, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute

---

[871] SUMMIT_000064877; MCKPUB00015120; MCKPUB00015121; MCKPUB00015124.

[872] AKRON_001125725; MCKPUB00026625; MCKPUB00026629; MCKPUB00026630.

[873] MCKPUB00022161; MCKPUB00022162; MCKPUB00022169.

[874] AKRON_00200617; MCKPUB00022243; MCKPUB00022246; MCKPUB00022249.

[875] AKRON_000208566; MCKPUB00020513; MCKPUB00020516; MCKPUB00020517.

heroin.[876]  Mr. Fowlkes participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[877]  On August 11, 2014, Mr. Fowlkes was sentenced to time served.[878]

721.    Lafayette M. Frazier of Akron, Ohio pled guilty on May 30, 2018 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely carfentanil.  He was sentenced to four years and six months in prison.[879]

722.    Jermaine D. Freeman pled guilty on July 29, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin.  He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Mr. Freeman was sentenced to 27 months in prison.[880]

723.    Cory W. Frogge of Akron, Ohio pled guilty on February 4, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On February 9, 2016, he was sentenced to four years and eleven months in prison.[881]

724.    Nathan Fryberger of Coventry Township, Ohio pled guilty on January 14, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On February 25, 2015, Mr. Fryberger was sentenced to two years of community control.[882]

---

[876] MCKPUB00019965; MCKPUB00020162; MCKPUB00020176.

[877] MCKPUB00020178.

[878] MCKPUB00020156.

[879] AKRON_000206247; MCKPUB00016883; MCKPUB00016889; MCKPUB00016891; MCKPUB00016884; MCKPUB00016880.

[880] MCKPUB00015371; MCKPUB00029363; MCKPUB00029365.

[881] AKRON_000289693; MCKPUB00009223; MCKPUB00009225; MCKPUB00009226.

[882] MCKPUB00026632; MCKPUB00026633; MCKPUB00026636.

725.    Brenda Frye of Akron, Ohio pled guilty on September 8, 2016 in the Summit County Court of Common Pleas to involuntary manslaughter and trafficking heroin.  Ms. Frye was sentenced to nine years in prison.  Ms. Frye sold her daughter heroin while her grandson, 16-year-old Andrew Frye, was present.  Andrew Frye was found dead in a Green, Ohio hotel room after overdosing on the drug.[883]

726.    Heather Frye of Akron, Ohio, pled guilty on September 8, 2016 in the Summit County Court of Common Pleas to involuntary manslaughter, endangering children, and tampering with evidence.  Ms. Frye was sentenced to nine years in prison.  Ms. Frye provided her son, sixteen-year-old Andrew Frye, with heroin.  Andrew Frye was found dead in a Green, Ohio hotel room after overdosing on the drug.[884]

727.    Aaron D. Fuqua of Akron, Ohio pled guilty on June 15, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On July 13, 2016, he was sentenced to five years in prison.[885]

728.    Ernest Gaines of Akron, Ohio, was indicted on February 6, 2013 in the Northern District of Ohio for offenses including using and maintaining a premise for the purpose of manufacturing and distributing heroin and conspiracy to distribute and to possess with the intent to distribute heroin.[886]  Law enforcement officials searched Mr. Gaines's car and home, recovering heroin, loaded weapons, and equipment associated with drug trafficking.[887]  On July

---

[883] SUMMIT_000119174; MCKPUB00007958.

[884] SUMMIT_000119174; MCKPUB00014171.

[885] AKRON_000213383; MCKPUB00006218; MCKPUB00006220; MCKPUB00006221.

[886] AKRON_000204400; MCKPUB00012801; MCKPUB00012789.

[887] MCKPUB00012794; MCKPUB00029368.

29, 2013, Mr. Gaines pled guilty to possession with the intent to distribute heroin.  He was sentenced to 135 months in prison, which was eventually reduced to 120 months.[888]

729.    Terrell D. Gaiter of Akron, Ohio pled guilty on August 8, 2016 in the Summit County Court of Common Pleas to aggravated trafficking in drugs, namely heroin.[889]  Mr. Gaiter was arrested on February 10, 2016, after the Akron Police Department's Street Narcotics Unit Detail executed a search warrant at his girlfriend's apartment in the course of a narcotics investigation.  In the apartment, officers discovered heroin, fentanyl, drug paraphernalia, and a gun.[890]  Mr. Gaiter was sentenced to seventeen months in prison, with his sentence suspended upon the condition that Mr. Gaiter complete two years of community control.[891]

730.    Josean Garcia-Rivera of Cleveland, Ohio pled guilty on January 19, 2017 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Garcia-Rivera was sentenced to eighteen months of probation.[892]

731.    Thomas Lanerr Garrett, Jr. of Akron, Ohio pled guilty on September 12, 2013 in the Summit County Court of Common Pleas to trafficking in heroin, for conduct that occurred in Akron.  Mr. Garrett was sentenced to of two years of community control.[893]

---

[888] AKRON_000204400; MCKPUB00012801; MCKPUB00012793; MCKPUB00026638; MCKPUB00012782.

[889] MCKPUB00026668; MCKPUB00026669.

[890] AKRON_001140139.

[891] MCKPUB00026668; MCKPUB00026669.

[892] CUYAH_000032221; MCKPUB00015921; MCKPUB00015922; MCKPUB00015924.

[893] AKRON_000201071; MCKPUB00022151; MCKPUB00022152; MCKPUB00022153; MCKPUB00022155; MCKPUB00022157.

732.    Tammie Garver of Cleveland, Ohio pled guilty on February 20, 2009 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Ms. Garver was sentenced to one year of community control.[894]

733.    Ryan Gaston of Euclid, Ohio pled guilty on August 16, 2016 in the Northern District of Ohio to offenses including possession with intent to distribute fentanyl.[895]  On February 3, 2016, law enforcement officials stopped Mr. Gaston's vehicle in Euclid, a K-9 unit on the scene signaled the presence of illegal narcotics.  A search of the vehicle recovered narcotics, scales, and loaded handguns.  Officers then executed a search warrant at Mr. Gaston's residence and recovered additional narcotics, including fentanyl that was mismarked as oxycodone.[896]  On November 21, 2016, Mr. Gaston was sentenced to 120 months in prison.[897]

734.    Da'Nico D. "Dupree" Geter of Akron, Ohio has multiple convictions for trafficking illegal opioids.  Mr. Geter pled guilty on August 12, 2014 in the Summit County Court of Common Pleas to trafficking in heroin, and he was sentenced to six months in prison.  On April 7, 2016, Mr. Geter was convicted of trafficking in heroin, and he was sentenced to eighteen months in prison.  On October 6, 2017, Mr. Geter was indicted in the Summit County Court of Common Pleas on multiple charges, including aggravated trafficking in drugs and possession of drugs, including fentanyl.  The indictment was dismissed because Mr. Geter was indicted in the Northern District of Ohio on January 10, 2018.  On March 23, 2018, Mr. Geter pled guilty to possession with intent to distribute carfentanil and possession of a firearm in

---

[894] CUYAH_000040397; MCKPUB00021461; MCKPUB00021462; MCKPUB00021467.
[895] MCKPUB00020602.
[896] MCKPUB00026674; MCKPUB00020593.
[897] MCKPUB00020604; MCKPUB00020611; MCKPUB00020618.

furtherance of drug trafficking. [898]  During sentencing, the judge noted that Mr. Geter was a

"career offender," and the "organizer, leader, manager, or supervisor" of his drug trafficking

operations.  Moreover, the sentencing judge observed that Mr. Geter's criminal history showed

that "each time [he's] been incarcerated, [he's] turned back to the same type of dealing."[899]

Upon learning that Mr. Geter was pleading guilty, Akron Chief of Police Kenneth Ball said that

"310 people have died as a result of drug overdoses in Akron since the start of 2016.  Drug

dealers like Da'Nico Geter are largely responsible."[900]  Mr. Geter was sentenced on June 7, 2018

to 300 months in prison, including 240 months for the carfentanil offense. [901]

     735.     Anthony Wayne Gibbons of Akron, Ohio pled guilty on September 26, 2013 in

the Summit County Court of Pleas to offenses including trafficking in heroin.  He was sentenced

to prison for ten months.[902]

     736.     Audrey Gibson of Akron, Ohio pled guilty on September 25, 2018 in the Northern

District of Ohio to offenses including conspiracy to possess and distribute fentanyl and

carfentanil, for conduct between May 2016 and February 2018.[903]  Ms. Gibson bought fentanyl

and carfentanil over the internet from China, had it delivered to Akron through the U.S. Postal

---

[898] AKRON_000201619; MCKPUB00009238; MCKPUB00009240; MCKPUB00009241;
MCKPUB00009242; MCKPUB00009244; MCKPUB00009245; MCKPUB00009246;
MCKPUB00009248; MCKPUB00009249; MCKPUB00009250; MCKPUB00009252;
MCKPUB00009254; MCKPUB00009235.

[899] MCKPUB00029398.

[900] AKRON_000325481.

[901] MCKPUB00026700; MCKPUB00009255; MCKPUB00009257; MCKPUB00009262;
MCKPUB00009263.

[902] AKRON_001177332; MCKPUB00026711; MCKPUB00026712; MCKPUB00026714.

[903] MCKPUB00007510.

Service, and distributed the narcotics to others to sell in Akron.[904]  Ms. Gibson's young daughter overdosed on fentanyl that she found at home.[905]  Ms. Gibson is awaiting sentencing.[906]

737.    Dontaysha Gibson of Akron, Ohio pled guilty on October 3, 2018 in the Northern District of Ohio to offenses including conspiracy to possess and distribute fentanyl and carfentanil, for conduct between May 2016 and February 2018.[907]  Ms. Gibson distributed the drugs in Akron.[908]  Ms. Gibson is awaiting sentencing.[909]

738.    Donte Gibson of Akron, Ohio pled guilty on September 24, 2018 in the Northern District of Ohio to offenses including conspiracy to possess and distribute fentanyl and carfentanil, for conduct between May 2016 and February 2018.[910]  Mr. Gibson bought fentanyl and carfentanil over the internet from China, had it delivered to Akron through the U.S. Postal Service, and distributed the narcotics to others to sell in Akron.[911]  Mr. Gibson's young daughter overdosed on fentanyl that she found at home.[912]  Mr. Gibson is awaiting sentencing.[913]

---

[904] MCKPUB00007510; MCKPUB00007542

[905] MCKPUB00007542.

[906] MCKPUB00007545; MCKPUB00007554.

[907] MCKPUB00011520.

[908] MCKPUB00011552.

[909] MCKPUB00011556; MCKPUB00011564.

[910] MCKPUB00011579; MCKPUB00029410.

[911] MCKPUB00011579; MCKPUB00011611.

[912] MCKPUB00011611.

[913] MCKPUB00011615; MCKPUB00011624; MCKPUB00029410.

739.     Tyrone Gilbert of Cleveland Heights, Ohio pled guilty on November 14, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Gilbert was sentenced to five years in prison.[914]

740.     Chaz M. Gilchrist pled guilty on January 23, 2013 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On February 4, 2014, he was sentenced to two years of community control.[915]

741.     Matthew G.F. Gisentaner of Akron, Ohio pled guilty on March 29, 2012 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On March 30, 2012, he was sentenced to three years in prison.[916]

742.     Christopher Glatzer of Brecksville, Ohio pled guilty on June 20, 2018 in the Summit County Court of Common Pleas to trafficking in drugs (namely buprenorphine).  Mr. Glatzer was sentenced to twelve months incarceration, but the sentence was suspended upon the condition that Glatzer complete two years of community control.[917]

743.     Maurice Golston of Cleveland, Ohio pled guilty on April 7, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[918]  Mr. Golston participated in a heroin trafficking enterprise that operated between September 2011 to September 2013,[919] including by pooling his money with others to ship heroin from Atlanta,

---

[914] CUYAH_000034353; MCKPUB00022416; MCKPUB00022417; MCKPUB00022420.

[915] AKRON_000200590; MCKPUB00008915; MCKPUB00008918; MCKPUB00008922.

[916] AKRON_000330911; MCKPUB00018310; MCKPUB00018313; MCKPUB00018314.

[917] MCKPUB00008973; MCKPUB00008975; MCKPUB00008977.

[918] MCKPUB00018342.

[919] MCKPUB00018556.

Georgia to Cleveland, Ohio and selling heroin to a confidential informant in Euclid, Ohio on February 22, 2013.[920]  On July 6, 2014, Mr. Golston was sentenced to 176 months in prison.[921]

744.    Barbra Gonzales of Cleveland, Ohio pled guilty on April 24, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Ms. Gonzales was sentenced to two years of community control.[922]

745.    Jeronimo Gonzalez of Cleveland, Ohio, pled guilty on January 23, 2008 in the Cuyahoga Court of Common Pleas to trafficking heroin.  Mr. Gonzalez was sentenced to one year in prison.[923]

746.    D'Angelo A. Gordon of Cleveland, Ohio pled guilty on March 8, 2018 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Gordon was sentenced to nineteen months in prison.[924]

747.    Leonard Graceffo of Garreld Heights, Ohio pled guilty on March 30, 2009 in the Cuyahoga Court of Common Pleas to trafficking heroin.  Mr. Graceffo was sentenced to one year in prison.[925]

748.    Christopher Graham, Jr. pled guilty on November 7, 2017 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl, heroin, and acrylfentanyl.  Mr. Graham was sentenced to six years in prison.[926]

---

[920] MCKPUB00018342.

[921] MCKPUB00018533; MCKPUB00018539; MCKPUB00018553.

[922] CUYAH_000035145; MCKPUB00007571; MCKPUB00007572; MCKPUB00007574.

[923] CUYAH_000036277; MCKPUB00015594; MCKPUB00015595; MCKPUB00015597.

[924] CUYAH_000077963; MCKPUB00009506; MCKPUB00009507; MCKPUB00009509.

[925] CUYAH_000040609; MCKPUB00017590; MCKPUB00017591; MCKPUB00017593.

[926] CUYAH_000074377; MCKPUB00008978; MCKPUB00008980; MCKPUB00008991.

749.    Bryant Grant was convicted on August 9, 2016 in the Cuyahoga County Court of Common Pleas of trafficking in heroin and conspiracy to commit corrupting another with drugs. Mr. Grant was charged with selling heroin to Alan Gisewhite of Akron, Ohio, who died of an overdose on September 27, 2014, and also trying to deliver heroin to Mr. Gisewhite's home about five hours after the overdose death.[927]

750.    Dyshawn D. Gray of Akron, Ohio pled guilty on December 4, 2015 in the Summit County Court of Common Pleas to involuntary manslaughter.  On January 27, 2016, he was sentenced to six years in prison.  He sold heroin to Harry Martin, who died of a heroin overdose.[928]

751.    Jermaine D. Grayson of Cleveland, Ohio pled guilty on August 27, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[929]  Mr. Grayson participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[930]  On December 3, 2014, Mr. Grayson was sentenced to 42 months in prison.[931]

752.    Hamilton Greathouse of Cleveland, Ohio was indicted on April 11, 2018 for possession with intent to distribute fentanyl.[932]  The proceedings are ongoing in the Northern

---

[927] AKRON_001151503; MCKPUB00008246; MCKPUB00008245; MCKPUB00008249; MCKPUB00008242.

[928] AKRON_000286843; MCKPUB00011883; MCKPUB00011885; MCKPUB00011886; MCKPUB00011882; MCKPUB00022267; MCKPUB00022269; MCKPUB00022270.

[929] MCKPUB00015375; MCKPUB00029454.

[930] MCKPUB00012560; MCKPUB00015583.

[931] MCKPUB00015566; MCKPUB00015568; MCKPUB00015580.

[932] MCKPUB00014113.

District of Ohio.  Mr. Greathouse has a number of prior drug-related convictions in the Cuyahoga County Court of Common Pleas.[933]

753.    Brian Gregory of Cleveland, Ohio pled guilty on December 1, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Gregory was sentenced to two years of community control.[934]

754.    Brian Keith Griffin of Akron, Ohio pled guilty on August 18, 2017 in the Summit County Court of Common Pleas to offenses including involuntary manslaughter, corrupting another with drugs, and aggravating trafficking in heroin.[935]  Mr. Griffin was sentenced to eight years in prison.

755.    Duane E. Griffin of Akron, Ohio pled guilty on February 8, 2016 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Griffin was sentenced to one year of incarceration, suspended upon completion of two years of community control.[936]

756.    Pierce S. Griffin of Akron, Ohio pled guilty on August 6, 2013 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron.  Mr. Griffin was sentenced to one year and eleven months of incarceration.[937]

757.    David L. Grogan of Barberton, Ohio pled guilty on November 4, 2013 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Grogan was sentenced to

---

[933] MCKPUB00014147; MCKPUB00014149; MCKPUB00014150;  MCKPUB00014137; MCKPUB00014136; MCKPUB00014141; MCKPUB00014134; MCKPUB00014130; MCKPUB00014131; MCKPUB00014128; MCKPUB00014125; MCKPUB00014126; MCKPUB00014123; MCKPUB00014120; MCKPUB00014121; MCKPUB00014118; MCKPUB00014115; MCKPUB00014116; MCKPUB00014155.

[934] CUYAH_000038436; MCKPUB00008177; MCKPUB00008178; MCKPUB00008180.

[935] MCKPUB00008182; MCKPUB00008184; MCKPUB00008185; MCKPUB00008186.

[936] AKRON_001154747; MCKPUB00026717; MCKPUB00026718; MCKPUB00026720.

[937] AKRON_001353715; MCKPUB00026722; MCKPUB00026723; MCKPUB00026725.

sixteen months in prison, a sentence that was suspended on the condition that he complete two years of community control.[938]

758.    Eric D. Grundy pled guilty on June 12, 2013 in the Northern District of Ohio to conspiracy to distribute and to possess with the intent to distribute heroin, in violation of 21 U.S.C. § 846.  He participated in a conspiracy to transport heroin from Chicago and Detroit toAkron, Ohio, among other locations.  On September 16, 2013, Mr. Grundy was sentenced to 77 months in prison.  Mr. Grundy's prison term was subsequently reduced to 55 months.[939]

759.    Nathaniel D. Grundy pled guilty in the Northern District of Ohio on May 16, 2013 to conspiracy to distribute and to possess with the intent to distribute heroin, in violation of 21 U.S.C. § 846.  He participated in a conspiracy to transport heroin from Chicago and Detroit to Akron, Ohio, among other locations.  On August 22, 2013, Mr. Grundy was sentenced to 151 months in prison.[940]

760.    Antonio L. Guice of Akron, Ohio pled guilty on June 21, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  He was sentenced to twelve months in prison.[941]

761.    Tremayne Guin of Cleveland, Ohio pled guilty on January 20, 2009 in the Cuyahoga County Court of Common Pleas to trafficking heroin, and he was sentenced to two years community control.[942]

---

[938] AKRON_000201238; MCKPUB00010197; MCKPUB00010198; MCKPUB00010200.

[939] MCKPUB00026728; MCKPUB00012552; MCKPUB00012558.

[940] MCKPUB00018688; MCKPUB00018704; MCKPUB00026732; MCKPUB00019033; MCKPUB00019040.

[941] AKRON_000294758; MCKPUB00006988; MCKPUB00006990; MCKPUB00006991.

[942] CUYAH_000039813; MCKPUB00022328; MCKPUB00022329; MCKPUB00022332.

762.    Anthony S. Guthrie of Akron, Ohio pled guilty on October 10, 2012 in the Summit County Court of Common Pleas to offenses including attempted trafficking of heroin, for conduct that occurred in Akron.  He was sentenced to prison for thirty months.[943]

763.    Christopher E. Hale of Akron, Ohio, was convicted in the Summit County Court of Common Pleas on August 15, 2014 of aggravated drug trafficking.  Mr. Hale was arrested on a warrant for heroin trafficking after the Summit County Drug Unit had raided his home.[944]

764.    Charles Hall of Cleveland, Ohio pled guilty on April 3, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Hall was sentenced to one and a half years in prison.[945]

765.    Lachelle T. Hall of Euclid, Ohio pled guilty on April 17, 2014 in the Northern District of Ohio to traveling in interstate commerce with the intent to carry on a business enterprise involving the distribution of heroin.[946]  Ms. Hall participated in a heroin trafficking enterprise that operated from September 2011 to September 2013,[947] including by transporting heroin by car from Atlanta, Georgia to Cleveland, Ohio on May 25, 2013.[948]  On August 6, 2014, Ms. Hall was sentenced to three years of probation.[949]

766.    Bassem Hamed of Akron, Ohio pled guilty on October 25, 2018 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On June 26, 2018

---

[943] AKRON_001277621; MCKPUB00026764; MCKPUB00026765; MCKPUB00026767.

[944] AKRON_000201153; MCKPUB00008967; MCKPUB00008968; MCKPUB00008971; MCKPUB00008972.

[945]MCKPUB00008868; MCKPUB00008869; MCKPUB00008872.

[946] MCKPUB00016667.

[947] MCKPUB00016876.

[948] MCKPUB00016667.

[949] MCKPUB00016858; MCKPUB00016863; MCKPUB00016874.

officers arrested Mr. Hamed and recovered heroin, Percocet, and Suboxone.  Officers procured a search warrant for his apartment and further recovered heroin packaged for sale, multiple firearms, digital scales, oxycodone, and tramadol.  Mr. Hamed was sentenced to two years of community control.[950]

767.     Derek Hamilton of Cleveland, Ohio was indicted on September 13, 2017 on counts including distribution of furanyl fentanyl with an enhancement for causing death; distribution of furanyl fentanyl; and possession with intent to distribute heroin, a mixture of cocaine and fentanyl, heroin, and fentanyl.  The conduct allegedly took place in Cleveland from August 2, 2017 to August 9, 2017.[951]  Proceedings are ongoing in the Northern District of Ohio.[952]

768.     Gregory Hamilton of Cleveland, Ohio pled guilty on May 27, 2015 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[953]  Mr. Hamilton participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[954]  During sentencing, the judge noted Mr. Hamilton's lengthy criminal history of drug offenses and found that Mr. Hamilton was "deservedly a career offender."  On October 14, 2015, Mr. Hamilton was sentenced to 120 months in prison.[955]

769.     Desean R. Harbin of Akron, Ohio, pled guilty on June 9, 2014 in the Northern District of Ohio, to possession with the intent to distribute and distribution of heroin, for conduct

---

[950]AKRON_001276324; MCKPUB00026769; MCKPUB00026770; MCKPUB00026772.

[951] MCKPUB00010446.

[952] MCKPUB00010451; MCKPUB00010458.

[953] MCKPUB00013675.

[954] MCKPUB00013886.

[955] MCKPUB00026778; MCKPUB00013866; MCKPUB00013868; MCKPUB00013884.

on October 31, November 12, December 16, and December 19, 2013.  Mr. Harbin was sentenced to 110 months' imprisonment.  After an appeal, Mr. Harbin's sentence was reduced to 27 months.[956]

770.    Keith Hardy of Cleveland, Ohio, pled guilty on June 30, 2009 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  He was sentenced to three years in prison.[957]

771.    Charles Harris of Cleveland, Ohio pled guilty on December 14, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Harris was sentenced to eight months in prison.[958]

772.    Kenneth Harris of Cleveland, Ohio pled guilty on December 29, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[959]  Mr. Harris participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[960]  On March 30, 2015, Mr. Harris was sentenced to 60 months in prison.[961]

773.    Lamar D. Harris of Akron, Ohio was indicted on May 1, 2018 in the Northern District of Ohio on charges including possession with intent to distribute a mixture containing carfentanil.  The case is pending.[962]

---

[956] AKRON_000205083; MCKPUB00010501; MCKPUB00010518; MCKPUB00010494; MCKPUB00010515; MCKPUB00029456; MCKPUB00029458.

[957] CUYAH_000040168; MCKPUB00016060; MCKPUB00016061; MCKPUB00016064.

[958] CUYAH_000033971; MCKPUB00008875; MCKPUB00008877; MCKPUB00008891.

[959] MCKPUB00016072.

[960] MCKPUB00016278.

[961] MCKPUB00016263; MCKPUB00016265; MCKPUB00016276.

[962] MCKPUB00014163; MCKPUB00014157; MCKPUB00014167; MCKPUB00014168.

774.     Robert E. Harris of Cuyahoga Falls, Ohio pled guilty on August 16, 2010 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to one year of incarceration, a sentence that was suspended on the condition that he complete one year of community control.[963]

775.     Ryland L. Harris, Jr. of Cleveland, Ohio pled guilty on December 1, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[964]  Mr. Harris participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[965]  In furtherance of the conspiracy, Mr. Harris communicated regularly over phone with several suppliers, commenting repeatedly that the heroin they supplied was not potent enough.[966]  On March 11, 2015, Mr. Harris was sentenced to time served.[967]

776.     Dante D. Harrison was convicted on January 22, 2016 in the Northern District of Ohio of possession with the intent to distribute heroin.[968]  He was sentenced to 24 months in prison.

777.     David Harsley of Cleveland, Ohio pled guilty on June 12, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[969]  Mr. Harsley participated in a heroin trafficking enterprise that operated from September 2011 to

---

[963] AKRON_000204364; MCKPUB00019836; MCKPUB00019838; MCKPUB00019839.
[964] MCKPUB00026801; MCKPUB00020635.
[965] MCKPUB00020833.
[966] MCKPUB00026801; MCKPUB00020830; MCKPUB00026870.
[967] MCKPUB00020826; MCKPUB00020828.
[968] MCKPUB00009539; MCKPUB00009546; MCKPUB00009548; MCKPUB00009567.
[969] MCKPUB00009987.

September 2013.[970]  On September 24, 2014, Mr. Harsley was sentenced to 110 months in prison.[971]

778.     Erian Harwell of Cleveland, Ohio pled guilty on October 1, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[972]  Mr. Harwell participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[973]  In his sentencing memorandum, Mr. Harwell admitted, "[h]eroin is killing people in the neighborhood I live in, [it's] poison I'm sick that I was involved in spreading it."[974]  On January 6, 2015, Mr. Harwell was sentenced to 27 months in prison.[975]

779.     Alyssa Hatfield of Akron, Ohio, pled guilty in the Summit County Court of Common Pleas to corrupting another with drugs.  Ms. Hatfield provided Otto Christopher Jarvis with heroin, on which Mr. Jarvis later overdosed and died.  Ms. Hatfield was sentenced to three years in prison.[976]

780.     Ricardo Hawkins of Cleveland, Ohio pled guilty on November 11, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin, and he was sentenced to one year in prison.[977]

---

[970] MCKPUB00010193.

[971] MCKPUB00010178; MCKPUB00010180; MCKPUB00010191; MCKPUB00010193.

[972] MCKPUB00012310; MCKPUB00012503; MCKPUB00012514.

[973] MCKPUB00012517.

[974] MCKPUB00026876.

[975] MCKPUB00012501.

[976] SUMMIT_000662148; MCKPUB00006545.

[977] CUYAH_000036142; MCKPUB00019540; MCKPUB00019541; MCKPUB00019544.

781.     Rodney A. Haynes of Maple Heights, Ohio pled guilty on May 24, 2016 in the Northern District of Ohio to distribution of heroin, for conduct on September 28, 2015, October 14, 2015, and November 2, 2015.[978]  Mr. Haynes was sentenced on September 8, 2016 to 60 months in prison.[979]  He had at least six previous drug-related convictions.[980]

782.     Ronald Lamont Haynes of Akron, Ohio pled guilty on March 20, 2017 in the Summit County Court of Common Pleas to aggravated trafficking in drugs, namely fentanyl.  He was sentenced to eighteen months of community control.[981]

783.     Deadonte Haywood of Akron, Ohio was indicted on November 10, 2016 in the Summit County Court of Common Pleas for offenses including trafficking in heroin.  The case is pending.[982]

784.     Jerry Lee Henderson of Akron, Ohio pled guilty on January 30, 2013 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to eighteen months of community control.[983]

785.     Kareem Hennings of Cleveland, Ohio, pled guilty on August 16, 2018 in the Cuyahoga County Court of Common Pleas to trafficking heroin and fentanyl.  He was sentenced to nine years in prison.[984]

---

[978] MCKPUB00020227; MCKPUB00020224.

[979] MCKPUB00020229.

[980] MCKPUB00020231-20232; MCKPUB00020233; MCKPUB00029461.

[981] AKRON_000210513; MCKPUB00020525-20526; MCKPUB00020527.

[982] MCKPUB00026879; MCKPUB00026883; MCKPUB00026884.

[983] AKRON_000204531; MCKPUB00015599; MCKPUB00015601; MCKPUB00015602.

[984] CUYAH_000078275; MCKPUB00016025; MCKPUB00016027; MCKPUB00016030; MCKPUB00016032; MCKPUB00016034; MCKPUB00016038.

786.     John Hernandez of Cleveland, Ohio, pled guilty on June 27, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  He was sentenced to four years in prison.[985]

787.     Jose Hernandez pled guilty on December 4, 2017 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute drugs including heroin and fentanyl.  Mr. Hernandez participated in a conspiracy that spanned from January 1, 2010 to September 28, 2016, including by attempting to transport two kilograms of heroin from Chicago, Illinois to Cleveland, Ohio via a commercial bus on December 12, 2014.[986]  On March 15, 2018, Mr. Hernandez was sentenced to 57 months in prison.[987]

788.     Dewitt Herring of Akron, Ohio pled guilty on March 24, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On March 24, 2016, he was sentenced to one year in prison.[988]

789.     Nickolas Hershbach of Euclid, Ohio pled guilty on June 5, 2018 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Hershbach was sentenced to one year of community control.  Upon violation of the terms of his sentence, Mr. Hershbach was sentenced to one year in prison.[989]

790.     Carlton Higdon of Cleveland, Ohio pled guilty on August 20, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute

---

[985] CUYAH_000035494; MCKPUB00015666; MCKPUB00015668; MCKPUB00015672.

[986] MCKPUB00015820.

[987] MCKPUB00015903; MCKPUB00015910; MCKPUB00015919.

[988] AKRON_001151503; MCKPUB00010816; MCKPUB00010818; MCKPUB00010819.

[989] CUYAH_000078008; MCKPUB00019051; MCKPUB00019052; MCKPUB00019056.

heroin.[990]  Mr. Higdon participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[991]  On November 26, 2014, Mr. Higdon was sentenced to 120 months in prison.[992]

791.    Alonzo Hill of Cleveland, Ohio pled guilty on March 15, 2018 to offenses including possession with intent to distribute heroin and carfentanil, for conduct on June 27, 2017.[993]  After a confrontation with police, Mr. Hill was detained and his car was searched. Officers found items including heroin, carfentanil, a cutting agent, a Smith & Wesson magazine with 15 rounds of ammunition, and a scale with carfentanil and cocaine residue.[994]  On June 19, 2018, Mr. Hill was sentenced to 66 months' imprisonment.[995]  Mr. Hill had three prior drug-related convictions in the Cuyahoga County Court of Common Pleas.[996]

792.    April N. Hill of Akron, Ohio, was indicted guilty on April 4, 2018 in the Summit County Court of Common Pleas for offenses including trafficking heroin.  Ms. Hill was placed in the intervention in lieu of conviction program on November 5, 2018.[997]

793.    Gene A. Hill of Akron, Ohio pled guilty on October 21, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.  On July 3, 2014, the Akron Police SWAT team executed a search warrant on Mr. Hill's residence.  Officers recovered heroin,

---

[990] MCKPUB00008508.

[991] MCKPUB00008721.

[992] MCKPUB00008699; MCKPUB00008705; MCKPUB00008718.

[993] MCKPUB00006507;  MCKPUB00006504.

[994] MCKPUB00006508; MCKPUB00026886.

[995] MCKPUB00006528; MCKPUB00006533; MCKPUB00029462.

[996] MCKPUB00006520; MCKPUB00006522; MCKPUB00006518; MCKPUB00006516; MCKPUB00006524; MCKPUB00006526.

[997] MCKPUB00007449; MCKPUB00007450; MCKPUB00007452.

empty gel cap pills, and drug paraphernalia. According to the police report, Mr. Hill was preparing and packaging heroin for sale. Mr. Hill was sentenced to twelve months of community control.[998]

794. Lamarr D. Hill pled guilty on July 17, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin. On August 17, 2015, he was sentenced to thirty months in prison.[999]

795. Sean Hinkle of Parma, Ohio pled guilty on September 20, 2012 in the Cuyahoga County Court of Common Pleas to offenses including aggravated theft of fentanyl and Dilaudid. Mr. Hinkle was sentenced to one year of intervention in lieu of conviction.[1000]

796. Raymond B. Hinton of Cleveland, Ohio pled guilty on July 1, 2008 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl. Mr. Hinton was sentenced to one and one half years in prison.[1001] Mr. Hinton also pled guilty on May 3, 2011 in the Cuyahoga County Court of Common Pleas to trafficking heroin. Mr. Hinton was sentenced to two years of community control.[1002]

797. Christopher J. Hitchcock of Akron, Ohio pled guilty on September 7, 2016, in the Summit County Court of Common Pleas, to aggravated trafficking in drugs, namely fentanyl. He was sentenced to three years in prison.[1003]

---

[998] AKRON_000207262; MCKPUB00026893; MCKPUB00026894; MCKPUB00026896.

[999] AKRON_000220740; MCKPUB00017098; MCKPUB00017102; MCKPUB00017103.

[1000] CUYAH_000026640; MCKPUB00020884; MCKPUB00020887; MCKPUB00020888.

[1001] CUYAH_000038219; CUYAH_000046483; MCKPUB00019419; MCKPUB00019421; MCKPUB00019424.

[1002] MCKPUB00029470; MCKPUB00029472; MCKPUB00029475.

[1003] AKRON_000293336; MCKPUB00009227; MCKPUB00009229; MCKPUB00009231.

798.     Nicolette Hite of Cleveland, Ohio pled guilty on February 9, 2009 in the Cuyahoga County Court of Common Pleas to drug trafficking (morphine).  Ms. Hite was sentenced to three years of community control.[1004]

799.     Robert Lewis Hoard of Akron, Ohio pled guilty on January 7, 2016 in the Summit County Court of Common Pleas to trafficking heroin.  On January 19, 2017, he was sentenced to nine months in prison.[1005]

800.     Willie Hodge of Euclid, Ohio pled guilty on February 27, 2018 in the Cuyahoga County Court of Common Pleas to trafficking heroin and carfentanil.  Mr. Hodge was sentenced to time served.[1006]

801.     Victor Hohlakis of Parma, Ohio pled guilty on May 9, 2012 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Hohlakis was sentenced to ten months in prison.[1007]

802.     Marvin J. Holmes, Jr. of Akron, Ohio pled guilty on March 28, 2013 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron.  He was sentenced to two and a half years of imprisonment.[1008]

803.     Zenock H. Hood of Akron, Ohio pled guilty on October 2, 2014 in the Summit County Court of Commons Pleas to aggravated trafficking in drugs, including fentanyl and

---

[1004] CUYAH_000037028; MCKPUB00019058; MCKPUB00019059; MCKPUB00019063.
[1005] AKRON_000280650; MCKPUB00020182; MCKPUB00020184.
[1006] CUYAH_000074939; MCKPUB00022771; MCKPUB00022772; MCKPUB00022775.
[1007] CUYAH_000052783; MCKPUB00022459; MCKPUB00022460; MCKPUB00022462.
[1008] AKRON_001279352; MCKPUB00026898; MCKPUB00026899; MCKPUB00026901.

buprenophine.  Mr. Hood was sentenced on November 12, 2014 to 30 months in prison and three years' post-release control.[1009]

804.    Rico M. Hooks of Barberton, Ohio pled guilty on November 7, 2017 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron, Ohio.  Mr. Hooks was sentenced to thirty-six months of community control.[1010]

805.    Danielle M. Hoover of Akron, Ohio, pled guilty on October 15, 2013 in the Summit County Court of Common Pleas to involuntary manslaughter.  On two separate occasions, men using heroin with Ms. Hoover died of overdoses:  Richard Davis in 2009, and Roland Harmon in December 2012.  Ms. Hoover fled the scene of these incidents instead of calling 911.[1011]

806.    Torrod C. Hopson of Akron, Ohio pled guilty on June 12, 2012 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to one year in prison.[1012]

807.    Carlos Horton of Cleveland, Ohio pled guilty on January 31, 2017 in the Cuyahoga County Court of Common Pleas to trafficking heroin and fentanyl.   Mr. Horton was sentenced to three and a half years in prison.[1013]

---

[1009] AKRON_000201729; MCKPUB00022819; MCKPUB00022822; MCKPUB00022823; MCKPUB00022826.

[1010] AKRON_001274716; MCKPUB00026903; MCKPUB00026906; MCKPUB00026907.

[1011] SUMMIT_001144919; MCKPUB00009521.

[1012] AKRON_000219698; MCKPUB00022260; MCKPUB00022263; MCKPUB00022264.

[1013] CUYAH_000031349; MCKPUB00008502; MCKPUB00008503; MCKPUB00008506.

808.     Christopher Howze of Cleveland, Ohio was convicted on March 30, 2018 in the Cuyahoga County Court of Common Pleas of involuntary manslaughter as a proximate result of attempting to corrupt another with drugs, as well as trafficking fentanyl, heroin, acrylfentanyl, carfentanil, furanylfentanyl, 4-ANPP, and 4-Fluoroisobutyryfentanyl. Mr. Howze was sentenced to sixteen years in prison.[1014]

809.     Michael W. Hudson of Bedford, Ohio pled guilty on June 26, 2013 in the Cuyahoga County Court of Common Pleas to trafficking heroin. Mr. Hudson was sentenced to one and one half years of community control.[1015]

810.     Hollis A. Huff of Akron, Ohio pled guilty on February 20, 2013 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron. Mr. Huff was sentenced to three years community control.[1016]

811.     Imari James Hughes of Akron, Ohio pled guilty on June 16, 2010 in the Summit County Court of Common Pleas to trafficking in heroin, for conducted that occurred in Akron. He was sentenced to one year of incarceration, suspended provided that he complete two years of community control.[1017]

812.     Eric L. Humphrey of Akron, Ohio pled guilty on January 20, 2010 in the Summit County Court of Common Pleas to offenses including trafficking in heroin. On November 4, 2009, the Akron Police Department's Street Narcotics Uniform Detail Unit executed a search

---

[1014] CUYAH_000076070; MCKPUB00008993; MCKPUB00008994; MCKPUB00008998.
[1015] CUYAH_000055327; MCKPUB00018955; MCKPUB00018957.
[1016] AKRON_001274277; MCKPUB00026909; MCKPUB00026910; MCKPUB00026913.
[1017] AKRON_001272640; MCKPUB00026916; MCKPUB00026917; MCKPUB00026920.

warrant on Mr. Humphrey's residence and recovered heroin, a digital scale, and packaging equipment used for the sale of heroin. He was sentenced to one year in prison.[1018]

813. Carl Hundley, Jr. of Akron, Ohio was indicted on August 14, 2018 (with a superseding indictment filed on October 11, 2018) in the Northern District of Ohio for offenses including possession with intent to distribute fentanyl and heroin, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C). [1019] Beginning in April 2018, members of the Akron Police Department began using a confidential source to conduct controlled purchases of narcotics, including fentanyl, from Mr. Hundley. Law enforcement officers obtained and executed a search warrant on Mr. Hundley's home in Akron on April 10, 2018, at which time they recovered a substance that field tested positive for heroin. Proceedings are ongoing in this case. Mr. Hundley was previously convicted, on March 16, 2011 in the Summit County Court of Common Pleas of crimes including trafficking in heroin.[1020]

814. Norman Hunter of Bedford Heights, Ohio pled guilty on October 18, 2016 in the Northern District of Ohio to offenses including conspiracy to possess with intent to distribute fentanyl.[1021] Mr. Hunter conducted a drug transaction at a McDonald's parking lot in Maple Heights, Ohio in May 2016. During sentencing, the judge stated, "[w]hat we're faced with here is someone who is trafficking in extraordinary amounts of the drugs that are killing people in our community."[1022] On January 25, 2017, Mr. Hunter was sentenced to 200 months in prison.[1023]

---

[1018]AKRON_001216210; MCKPUB00026922; MCKPUB00026923; MCKPUB00026925.

[1019] MCKPUB00008480; MCKPUB00008491; MCKPUB00008492; MCKPUB00008484.

[1020] AKRON_001151503; MCKPUB00008486; MCKPUB00008489; MCKPUB00008490.

[1021] MCKPUB00019065.

[1022] MCKPUB00026927.

[1023] MCKPUB00019068; MCKPUB00019078; MCKPUB00019080.

815.    Tedario Hunter of Cleveland, Ohio pled guilty on July 19, 2017 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Hunter was sentenced to two years and six months in prison.[1024]

816.    Jessica Irons of Stow, Ohio, pled guilty to involuntary manslaughter and tampering with evidence in August 2016.  Ms. Irons was sentenced to four years in prison.  Ms. Irons was present in a hotel room in which her friend's son, 16-year-old Andrew Frye, overdosed and died from a heroin overdose.[1025]

817.    Dominique Ivory of Euclid, Ohio pled guilty on May 5, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1026]  Mr. Ivory participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1027]  On August 8, 2014, Mr. Ivory was sentenced to 36 months in prison.[1028]

818.    Andrew Jackson was convicted by a jury on May 30, 2017 in the Summit County Court of Common Pleas of offenses including trafficking in heroin.  He was sentenced to six years in prison.[1029]

819.    Darcell Jackson of Cleveland, Ohio pled guilty on July 21, 2009 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Ross was sentenced to nine months in prison.[1030]

---

[1024] CUYAH_000073102; MCKPUB00021476; MCKPUB00021477; MCKPUB00021482.

[1025] SUMMIT_001137100; MCKPUB00015604.

[1026] MCKPUB00011260.

[1027] MCKPUB00011469.

[1028] MCKPUB00011451; MCKPUB00011453; MCKPUB00011466.

[1029] AKRON_000213174; MCKPUB00006828; MCKPUB00006829; MCKPUB00006834; MCKPUB00006835.

[1030] CUYAH_000038875; MCKPUB00009588; MCKPUB00009589; MCKPUB00009594.

820.     Marcus T. Jackson of Akron, Ohio pled guilty on June 13, 2016 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely heroin.  He was sentenced to eighteen months in prison.[1031]

821.     Sundy Jackson of Garfield Heights, Ohio, pled guilty on October 21, 2008 in the Cuyahoga County Court of Common Pleas to trafficking a controlled substance, heroin.  Ms. Jackson was sentenced to twelve months of community control.[1032]

822.     Terrell L. Jarvis of Akron, Ohio pled guilty on March 18, 2015 in the Summit County Court of Common Pleas to trafficking in heroin on February 17, 2014.  On April 21, 2015, Mr. Jarvis was sentenced to one year in prison.[1033]

823.     Arthur Lee Jefferson of Barberton, Ohio pled guilty on October 17, 2014 in the Summit County Court of Common Pleas, in two separate criminal cases, to trafficking in heroin. The substance confiscated from Mr. Jefferson at the time of his arrest on or about March 11, 2014 tested positive for heroin and fentanyl.  Mr. Jefferson was sentenced to two years in prison for each case, to be served concurrently.[1034]

---

[1031] AKRON_000213986; MCKPUB00018180; MCKPUB00018182.

[1032] CUYAH_000039107; MCKPUB00021435; MCKPUB00021436; MCKPUB00021439.

[1033] AKRON_000205017; MCKPUB00021855; MCKPUB00021856; MCKPUB00021859; MCKPUB00021861.

[1034] AKRON_000201488; MCKPUB00007479; MCKPUB00007474; MCKPUB00007478; MCKPUB00007476; MCKPUB00007480; MCKPUB00007482; MCKPUB00007483; MCKPUB00007484; MCKPUB00007486; MCKPUB00007488; MCKPUB00007489; MCKPUB00007491; MCKPUB00007496; MCKPUB00007498; MCKPUB00007499; MCKPUB00007501.

824.     Brandon M. Jefferson of Akron, Ohio pled guilty on November 2, 2009 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron.  He was sentenced to three years of incarceration.[1035]

825.     Jurmaine A. Jeffries of Akron, Ohio, was convicted by a jury on April 5, 2018 in the Northern District of Ohio of distribution of fentanyl and possession with intent to distribute fentanyl, in violation of 21 U.S.C. § 841(a)(1), (b)(1)(C), though the court granted Mr. Jeffries's motion for a new trial due to a faulty jury instruction.[1036]  Mr. Jeffries sold fentanyl that caused the overdose death of an Akron woman, Jamie Huffer.[1037]

826.     Edward Jewell (also known as Rayshawn Williams) of Cleveland, Ohio pled guilty on June 14, 2017 in the Northern District of Ohio to possession with intent to distribute a mixture containing fentanyl.[1038]  On or before January 10, 2017, Mr. Jewell traveled from Cleveland, Ohio to Las Vegas, Nevada to procure heroin.  He acquired a mixture containing fentanyl, and he arranged delivery of the substances to Cleveland by U.S. Postal Service for the purpose of street-level sale.  On November 1, 2017, Mr. Jewell was sentenced to 188 months in prison.[1039]  Mr. Jewell had a prior conviction in the Cuyahoga County Court of Common Pleas for trafficking heroin.[1040]

---

[1035] AKRON_001216068; MCKPUB00026972; MCKPUB00026973; MCKPUB00026975.
[1036] MCKPUB00015978-15999; MCKPUB00016000-16001; MCKPUB00016002-16004
[1037] MCKPUB00015965; MCKPUB00015967; MCKPUB00015975; MCKPUB00029477; MCKPUB00029479.
[1038] MCKPUB00012151; MCKPUB00012165; MCKPUB00012142.
[1039] MCKPUB00027016.
[1040] MCKPUB00026978.

827.     Anthony D. Johnson of Cleveland, Ohio pled guilty on November 1, 2017 in the Cuyahoga Court of Common Pleas to trafficking fentanyl.[1041]  Mr. Johnson was sentenced to pay a fine.

828.     Darrell R. Johnson of Cleveland Heights, Ohio pled guilty on June 30, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Johnson was sentenced to one year of community control.[1042]

829.     Douglas T. Johnson of Cleveland, Ohio pled guilty on March 20, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1043]  Mr. Johnson participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1044]  Mr. Johnson was sentenced to eighteen months in prison.[1045]

830.     Dwayne A. Johnson of Akron, Ohio pled guilty on August 13, 2008 in the Summit County Court of Common Pleas to trafficking heroin.  On September 5, 2008, Mr. Johnson was sentenced to eighteen months' imprisonment and two years of community control.[1046]

---

[1041] CUYAH_000074721; MCKPUB00006916; MCKPUB00006917; MCKPUB00006920.

[1042] CUYAH_000032821; MCKPUB00009887; MCKPUB00009888; MCKPUB00009891.

[1043] MCKPUB00011642.

[1044] MCKPUB00011835.

[1045] MCKPUB00011833; MCKPUB00011838; MCKPUB00011840.

[1046] AKRON_000200740; MCKPUB00011866; MCKPUB00011868; MCKPUB00011869; MCKPUB00011871.

831.    Jarmarcus M. Johnson of Akron, Ohio pled guilty on December 29, 2014 in the Summit County Court of Common Pleas to trafficking in heroin. On January 5, 2015, he was sentenced to twelve months in prison.[1047]

832.    Joe Johnson of Cleveland, Ohio pled guilty on December 5, 2016 in the Cuyahoga Court of Common Pleas to attempted involuntary manslaughter, corrupting another with drugs, and trafficking in drugs (heroin). Mr. Johnson sold heroin to a person who fatally overdosed on the drug. On December 6, 2016, Mr. Johnson was sentenced to four years in prison.[1048]

833.    Kevin D. Johnson of Akron, Ohio pled guilty on October 13, 2016 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, for conduct involving opioids. He was sentenced to three years and six months in prison.[1049]

834.    Lamont Johnson of Cleveland, Ohio pled guilty on May 11, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin. Mr. Johnson was sentenced to six months in prison.[1050]

835.    Luther B. Johnson of Cleveland, Ohio pled guilty on February 25, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1051] Mr. Johnson participated in a heroin trafficking enterprise that operated from

---

[1047] AKRON_000220638; MCKPUB00015351; MCKPUB00015354.

[1048] CUYAH_000028411; CUYAH_014632182; MCKPUB00015631; MCKPUB00015633; MCKPUB00015638; MCKPUB00029483.

[1049] AKRON_000294846; MCKPUB00016333; MCKPUB00016334; MCKPUB00016336; MCKPUB00016338.

[1050] CUYAH_000033188; MCKPUB00017104; MCKPUB00017105; MCKPUB00017106.

[1051] MCKPUB00017704.

September 2011 to September 2013.[1052]  On May 28, 2014, Mr. Johnson was sentenced to 21 months in prison.[1053]

836.    Paul Jewel Johnson of Akron, Ohio pled guilty on October 14, 2009 in the Summit County Court of Commons Pleas to trafficking in heroin.  Mr. Johnson was sentenced to one year of incarceration, suspended provided that he complete two years of community control.[1054]

837.    Robert J. Johnson of Cleveland, Ohio pled guilty on February 22, 2017 in the Northern District of Ohio to distribution of fentanyl and distribution of fentanyl resulting in death or serious bodily injury.[1055]  On August 25, 2015, Mr. Johnson sold fentanyl to Kimberly Ferline and Carl Laucher in Cleveland, and later that day, Ms. Ferline suffered a fatal overdose. At trial, the Government presented evidence that, when Mr. Johnson was arrested and brought to the police station, he said, "Yeah, I deal drugs.  I'm a drug dealer, and I dealt to Carl Laucher." In addition, the Government identified a text message sent by Mr. Johnson referring to one of his drug sales, saying, "I've decided that's def[initely] fent[anyl] cut." [1056]  On June 8, 2017, Mr. Johnson was sentenced to 72 months in prison.[1057]

---

[1052] MCKPUB00017911.

[1053] MCKPUB00017895; MCKPUB00017897; MCKPUB00017909.

[1054] MCKPUB00027106; MCKPUB00027107; MCKPUB00027110.

[1055] MCKPUB00019843; MCKPUB00019840.

[1056] MCKPUB00027113.

[1057] MCKPUB00019946; MCKPUB00019953; MCKPUB00019963.

838.    Ronnie L. Johnson, Jr. of Cleveland Heights, Ohio pled guilty on May 8, 2006 in the Cuyahoga County Court of Common Pleas to trafficking opioids, including heroin.  Mr. Johnson was sentenced to four years in prison.[1058]

839.    William Johnson of Euclid, Ohio pled guilty on October 30, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Johnson was sentenced to two years of community control.[1059]

840.    Willie Jerome Johnson of Akron, Ohio pled guilty on January 2, 2018 in the Summit County Court of Common Pleas to offenses including aggravated trafficking of heroin and fentanyl.  After an investigation by the Akron Police Narcotics Unit, officers detained Mr. Johnson at a traffic stop on July 27, 2017.  They recovered a scale and four cellular phones.  The officers then brought Mr. Johnson to his residence, where they recovered heroin, fentanyl, and a loaded handgun.  Mr. Johnson was sentenced twelve months in prison.[1060]

841.    Darnell A. Jones of Akron, Ohio pled guilty on January 29, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On September 14, 2013, officers detained Mr. Jones in a traffic stop in Akron, recovering packaged bags of heroin, a loaded semi-automatic pistol, and electronic digital scales.  Mr. Jones was sentenced to two years of incarceration, suspended provided that he complete two years of community control.[1061]

---

[1058] CUYAH_000032762; MCKPUB00020558; MCKPUB00020560; MCKPUB00020563.
[1059] CUYAH_000033757; MCKPUB00022759; MCKPUB00022760; MCKPUB00022762.
[1060] AKRON_000206610; MCKPUB00027316; MCKPUB00027317; MCKPUB00027319.
[1061] AKRON_001217598; MCKPUB00027322; MCKPUB00027323; MCKPUB00027325.

842. Darrone D. Jones of Akron, Ohio pled guilty on August 31, 2009 in the Summit County Court of Common Pleas to trafficking in heroin. Mr. Jones was sentenced to one year of incarceration.[1062]

843. Jerry D. Jones of Akron, Ohio pled guilty on September 19, 2012 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron. Mr. Jones was sentenced to three years in prison.[1063]

844. Laurie D. Jones of Cleveland, Ohio pled guilty on April 20, 2016 in the Cuyahoga County Court of Common Pleas to conspiracy to traffic heroin. Ms. Jones was sentenced to one and a half years of community control.[1064]

845. Michael L. Jones of Cleveland, Ohio pled guilty on January 27, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1065] Mr. Jones participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1066] On April 29, 2014, Mr. Jones was sentenced to eighteen months in prison.[1067]

846. Rafael Jones of Cleveland, Ohio pled guilty on August 10, 2018 in the Northern District of Ohio to distribution of fentanyl with a death enhancement.[1068] On May 13, 2017, Mr. Jones sold fentanyl to a man who died after ingesting it. On October 25, 2018, Mr. Jones was

---

[1062] AKRON_001157235; SUMMIT_000405599; MCKPUB00027327; MCKPUB00027329; MCKPUB00027330.

[1063] AKRON_001175708; MCKPUB00027333; MCKPUB00027334; MCKPUB00027336.

[1064] CUYAH_000070777; MCKPUB00017347; MCKPUB00017348; MCKPUB00017350.

[1065] MCKPUB00018733.

[1066] MCKPUB00018939.

[1067] MCKPUB00018924; MCKPUB00018926; MCKPUB00018937.

[1068] MCKPUB00019352.

sentenced to twelve years' imprisonment.[1069]  Mr. Jones had a number of prior drug-related convictions in the Cuyahoga County Court of Common Pleas, including for trafficking in heroin.[1070]

847.    Reginald L. Jones of Akron, Ohio pled guilty on April 12, 2011 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron.  Mr. Jones was sentenced to five years in prison.[1071]

848.    Shatosha Ugaunda Jones of Akron, Ohio pled guilty on July 28, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  Ms. Jones was sentenced to eighteen months in the Ohio Department of Rehabilitation and Correction.[1072]  Ms. Jones had a prior conviction for deception to obtain hydrocodone with a forged prescription.[1073]

849.    Tion D. Jones of Akron, Ohio, pled guilty on November 2, 2009 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Jones was sentenced to one year of incarceration.[1074]

850.    William Jones of Cleveland, Ohio pled guilty on May 22, 2008 in the Cuyahoga County Court of Common Pleas to attempted trafficking of fentanyl.  Mr. Jones was sentenced to two years of community control.[1075]

---

[1069] MCKPUB00019353; MCKPUB00019360; MCKPUB00019369.

[1070] MCKPUB00019355; MCKPUB00019358.

[1071] AKRON_001216398; MCKPUB00027339; MCKPUB00027340; MCKPUB00027344.

[1072] MCKPUB00027348; MCKPUB00027349; MCKPUB00027351.

[1073] AKRON_001157034; MCKPUB00027353; MCKPUB00027354; MCKPUB00027357.

[1074] MCKPUB00027360; MCKPUB00027361; MCKPUB00027363.

[1075] CUYAH_000037739; MCKPUB00022728; MCKPUB00022729; MCKPUB00022731.

851.     Gerardo Juarez of Columbus, Ohio pled guilty on February 27, 2012 in the Cuyahoga County Court of Common Pleas to trafficking heroin, and he was sentenced to three years in prison.[1076]

852.     Carter A. Juhard of Akron, Ohio pled guilty on April 21, 2009 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Juhard was sentenced to fourteen months of incarceration, suspended upon the condition that he complete two years of community control.[1077]

853.     David M. Justice of Akron, Ohio pled guilty on May 19, 2016 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely fentanyl.  On June 22, 2016, he was sentenced to two years of community control.[1078]

854.     Valerie Karosy of North Royalton, Ohio pled guilty on May 28, 2013 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Ms. Karosy was sentenced to one year of community control.[1079]

855.     Brandon L. Kelly of Akron, Ohio, pled guilty on November 13, 2017 to involuntary manslaughter.  Mr. Kelly provided his friend with carfentanil in July 2016, which resulted in his friend's death.  Mr. Kelly was sentenced to four years in prison.[1080]

---

[1076] CUYAH_000043787; MCKPUB00013586; MCKPUB00013587; MCKPUB00013590.
[1077] AKRON_001157288; MCKPUB00027365; MCKPUB00027366; MCKPUB00027368.
[1078] AKRON_000212940; MCKPUB00010211; MCKPUB00010214; MCKPUB00010215.
[1079] CUYAH_000028012; MCKPUB00022428; MCKPUB00022429; MCKPUB00022431.
[1080] SUMMIT_001136501; MCKPUB00007664; MCKPUB00027371.

856.    Richard Kessler of Cleveland, Ohio pled guilty August 10, 2007 in the Cuyahoga County of Common Pleas to trafficking opioids, including heroin. Mr. Kessler was sentenced to six months of community control.[1081]

857.    Jesse Kinder of pled guilty on July 10, 2013 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Kinder was sentenced to fifteen months in prison.[1082]

858.    Angela L. King of Akron, Ohio pled guilty on January 17, 2018 in the Summit County Court of Common Pleas to involuntary manslaughter.  Ms. King sold or supplied heroin/fentanyl to Dennis Bakeman, who then died of an overdose.  On January 31, 2018, Ms. King was sentenced to three years in prison.[1083]

859.    Earl King of Cleveland, Ohio pled guilty on July 20, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. King was sentenced to one year and six months in prison.[1084]

860.    Kashrail Mark King of Akron, Ohio pled guilty on August 30, 2017 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to seven years in prison.[1085]  He had previously pled guilty on April 26, 2016 in the Summit County of

---

[1081] CUYAH_000033669; MCKPUB00019550; MCKPUB00019551; MCKPUB00019556.

[1082] MCKPUB00027381; MCKPUB00027382; MCKPUB00027384.

[1083] AKRON_000214143; SUMMIT_000064886; SUMMIT_000704436; SUMMIT_000704475; SUMMIT_000704477; SUMMIT_001517361; MCKPUB00006860; MCKPUB00006863; MCKPUB00006864; MCKPUB00006867.

[1084] CUYAH_000035688; MCKPUB00011887; MCKPUB00011888; MCKPUB00011890.

[1085] AKRON_000210996; MCKPUB00016046; MCKPUB00016049.

Common Pleas to offenses including aggravated trafficking in drugs, namely fentanyl, and was sentenced to two years of community control.[1086]

861.    Michaelas F. King pled guilty on August 14, 2014 in the Northern District of Ohio to possession with intent to distribute and distribute heroin.  He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Mr. King was sentenced to 57 months in prison.[1087]

862.    Henry Knight III of Akron, Ohio was convicted on March 3, 2015 in the Summit County Court of Common Pleas of offenses including trafficking in heroin.  Mr. Knight was sentenced to eighteen months of community control.[1088]

863.    Barry Kobzowicz of Cleveland, Ohio pled guilty on February 14, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin and hydrocodone.  Mr. Kobzowicz was sentenced to twelve months in prison.[1089]

864.    Arthur Lee Kubalek of Stow, Ohio was convicted on July 12, 2013 in the Summit County Court of Common Pleas of offenses including trafficking in heroin.[1090]

---

[1086] AKRON_000214324; MCKPUB00016043; MCKPUB00016045.

[1087] MCKPUB00018971; MCKPUB00029486; MCKPUB00029488.

[1088] AKRON_000204842; MCKPUB00014172; MCKPUB00014175; MCKPUB00014177; MCKPUB00014178.

[1089] CUYAH_000037224; MCKPUB00007576; MCKPUB00007577; MCKPUB00007579.

[1090] AKRON_000200965; MCKPUB00007469; MCKPUB00007472; MCKPUB00007473.

865.    Bonnie L. Lambert pled guilty on April 21, 2015 in the Summit County Court of Common Pleas to trafficking in heroin on or about February 17, 2014.  On April 21, 2015, Ms. Lambert was sentenced to two years of community control.[1091]

866.    Scott Layne of Akron, Ohio pled guilty on May 1, 2018 in the Summit County Court of Common Pleas to involuntary manslaughter.  Mr. Layne supplied his mother, Deborah Layne, with carfentanil, and she subsequently died of carfentanil toxicity.[1092]  Mr. Layne was sentenced to three years in prison.

867.    Lorenzo Leatherwood of Akron, Ohio pled guilty on March 29, 2018 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.[1093]  Mr. Leatherwood was sentenced to 24 months of community control.

868.    Cy L. Lee pled guilty on July 23, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On September 2, 2015, he was sentenced to five years in prison.[1094]

869.    Kenneth M. Leland of Akron, Ohio pled guilty on May 27, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On July 27, 2015, he was sentenced to two years of community control.[1095]

---

[1091] AKRON_000205017; MCKPUB00007654; MCKPUB00007656; MCKPUB00007657; MCKPUB00007649; MCKPUB00007652; MCKPUB00007653; MCKPUB00007658; MCKPUB00007660; MCKPUB00007661.

[1092] AKRON_0002086666; MCKPUB00020878; MCKPUB00020880.

[1093] AKRON_000208683, AKRON_000208702; MCKPUB00017682; MCKPUB00017684; MCKPUB00017685; MCKPUB00017686.

[1094] AKRON_000280536; AKRON_001289269; MCKPUB00009231; MCKPUB00009233; MCKPUB00009234.

[1095] AKRON_000220862; MCKPUB00016282; MCKPUB00016285; MCKPUB00016286.

870.    Darrell Lempeck of Cleveland, Ohio pled guilty on October 20, 2011 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Lempeck was sentenced to 42 months in prison.[1096]

871.    Ben Lenoir, Jr. of Cleveland, Ohio pled guilty on June 13, 2013 in the Cuyahoga County Court of Common Pleas to attempted trafficking of heroin.  Mr. Lenoir was sentenced to six months in prison.[1097]

872.    Michael D. Lenoir of Akron, Ohio pled guilty on December 19, 2017 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Lenoir was sentenced to one year in prison.[1098]

873.    Justin P. Lewis pled guilty on July 16, 2018 in the Cuyahoga County Court of Common Pleas to offenses including trafficking heroin.  Mr. Lewis was sentenced to twelve years in prison.[1099]

874.    Robert Lee Lewis of Cleveland, Ohio pled guilty on February 28, 2007 in the Cuyahoga County Court of Common Pleas to trafficking opioids, including heroin.  Mr. Lewis was sentenced to two years and six months in prison.[1100]

---

[1096] CUYAH_000048640; MCKPUB00009835; MCKPUB00009836; MCKPUB00009841.

[1097] CUYAH_000054223; MCKPUB00007581; MCKPUB00007582; MCKPUB00007586.

[1098] AKRON_001125497; MCKPUB00027386; MCKPUB00027389; MCKPUB00027390.

[1099] CUYAH_000078572; MCKPUB00003296; MCKPUB00003297; MCKPUB00003304.

[1100] CUYAH_000033806; CUYAH_000034553; MCKPUB00020192; MCKPUB00020193; MCKPUB00020195; MCKPUB00020197; MCKPUB00020198; MCKPUB00020201.

875.    Maurice D. Lightner of Bedford Heights, Ohio pled guilty on June 12, 2017 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Lightner was sentenced to twenty months in prison.[1101]

876.    John E. Little of Akron, Ohio pled guilty on July 20, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to two years of community control.[1102]

877.    William A. Little of Akron, Ohio pled guilty on June 12, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  On July 6, 2015, he was sentenced to one year in prison.[1103]

878.    Armando Lopez-Diaz pled guilty on January 16, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Lopez-Diaz was sentenced to twelve months of community control.[1104]

879.    Michael Jackson Love of Akron, Ohio pled guilty on October 26, 2016 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to one year in prison.[1105]

880.    Andrew Loving of Cleveland, Ohio pled guilty on July 30, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1106]  Mr.

---

[1101] CUYAH_000072865; MCKPUB00018328; MCKPUB00018329; MCKPUB00018331.

[1102] AKRON_000288460; MCKPUB00015655; MCKPUB00015658; MCKPUB00015659.

[1103] AKRON_000288474; AKRON_000288727; MCKPUB00022739; MCKPUB00022741; MCKPUB00022742.

[1104] CUYAH_000034648; MCKPUB00007462; MCKPUB00007464; MCKPUB00007467.

[1105] AKRON_000206089; MCKPUB00018725; MCKPUB00018727; MCKPUB00018728; MCKPUB00018730; MCKPUB00018732.

[1106] MCKPUB00006620; MCKPUB00029491.

Loving participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1107]  Mr. Loving typically referred customers to a who sold heroin.[1108]  On May 6, 2015, Mr. Loving was sentenced to two months in prison.[1109]

881.    Richard Lowe of Bedford Heights, Ohio pled guilty on October 11, 2007 in the Cuyahoga County Court of Common Pleas to trafficking opioids, including heroin. Mr. Lowe was sentenced to eight months in prison.[1110]

882.    Alfonso D. Lujan of Cuyahoga Falls, Ohio pled guilty on January 27, 2015 in the Summit County Court of Common Pleas to involuntary manslaughter and trafficking in heroin. Mr. Lujan sold fentanyl to Lawrence Lay of Akron, Ohio, who died of a fentanyl overdose and alcohol poisoning on June 13, 2014.  When interviewed by police, Mr. Lujan said that he sold heroin every day from his house, and that he used to cut his heroin with acetaminophen. Investigators from Akron Police's Narcotics Unit executed a search of Mr. Lujan's residence and uncovered heroin, fentanyl patches, powdered fentanyl, and packaging materials.  Mr. Lujan was sentenced to seven years in prison.[1111]

883.    Marchello D. Lumbus of Cleveland, Ohio pled guilty on July 10, 2013 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Lumbus was sentenced to two years in prison.[1112]

---

[1107] MCKPUB00006824.

[1108] MCKPUB00027392.

[1109] MCKPUB00006811; MCKPUB00006813.

[1110] CUYAH_000035982; MCKPUB00019559; MCKPUB00019560; MCKPUB00019565.

[1111] AKRON_000207295; AKRON_001151503; MCKPUB00006302; MCKPUB00006303; MCKPUB00006305; MCKPUB00006306; MCKPUB00006307; MCKPUB00006309; MCKPUB00006312; MCKPUB00006313; MCKPUB00006314; MCKPUB00006316.

[1112] CUYAH_000028012; MCKPUB00017929; MCKPUB00017930; MCKPUB00017932.

884.    Jeffery W. Lusher of Cuyahoga Falls, Ohio pled guilty on November 1, 2017 in the Summit County Court of Common Pleas to offenses including trafficking in heroin and aggravated drug trafficking.  According to a police report, Mr. Lusher had a prior arrest for drug dealing in January 2017.  He was sentenced to five years of prison.[1113]

885.    Anthony Mack of Cleveland, Ohio pled guilty on February 20, 2009 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Mack was sentenced to one year of community control.[1114]

886.    Reginald Madgett of Cleveland, Ohio pled guilty on September 25, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin, and he was sentenced to two years of community control.[1115]

887.    Don A. Maigari of Munroe Falls, Ohio pled guilty in the Northern District of Ohio to possession with intent to distribute a mixture or substance containing methoxyacetylfentanyl, which he purchased and received from a manufacturer in China.  Mr. Miagari was sentenced on November 8, 2018 to nine years and eight months in federal prison.[1116]

---

[1113] AKRON_001151032; MCKPUB00027429; MCKPUB00027432; MCKPUB00027433.

[1114] CUYAH_000040397; MCKPUB00006926; MCKPUB00006928; MCKPUB00006932.

[1115] CUYAH_000033073; MCKPUB00019473; MCKPUB00019474; MCKPUB00019477.

[1116] AKRON_000206429; MCKPUB00011498; MCKPUB00011499; MCKPUB00011506; MCKPUB00011509; MCKPUB00011511; MCKPUB00011514; MCKPUB00011515; MCKPUB00011473; MCKPUB00011474; MCKPUB00011483; MCKPUB00011490; MCKPUB00011491 ; MCKPUB00011516; MCKPUB00011518.

888.    Aris Lamont Mann of Akron, Ohio pled guilty on January 17, 2017 in the Summit County Court of Commons Pleas to aggravated trafficking in drugs (fentanyl).  Mr. Mann was sentenced to twelve months of incarceration.[1117]

889.    Charles Marotto of Silver Lake, Ohio, pled guilty on January 20, 2016 to involuntary manslaughter and trafficking in heroin.  Mr. Marotto sold heroin to a 23-year-old Cuyahoga Falls man who was found dead after overdosing on the heroin.  Mr. Marotto was sentenced to five years in prison.[1118]

890.    Rafael Matos Marrero, Jr. of Rocky River, Ohio pled guilty on May 15, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Marrero was sentenced to six months in prison.[1119]

891.    Jameire A. Marrow of Akron, Ohio pled guilty on January 26, 2017 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Mr. Marrow was sentenced to three years and six months in prison.[1120]

892.    Audrey J. Martin of Akron, Ohio pled guilty on June 29, 2010 in the Summit County Court of Common Pleas to trafficking in heroin.  Ms. Martin was sentenced to one year of incarceration, but the sentence was suspended upon the condition that Ms. Martin successfully complete two years of community control.[1121]

---

[1117] AKRON_000206007; AKRON_000294658; MCKPUB00007453; MCKPUB00007457; MCKPUB00007460; MCKPUB00007461.

[1118] SUMMIT_001439258; MCKPUB00008887.

[1119] CUYAH_000037120; MCKPUB00019371; MCKPUB00019373; MCKPUB00019376.

[1120] AKRON_000205533; AKRON_000222486; AKRON_000292910; MCKPUB00014981; MCKPUB00014984; MCKPUB00014985.

[1121] AKRON_000205362; MCKPUB00007556; MCKPUB00007561; MCKPUB00007562; MCKPUB00007563.

893.    Gino Martin of Cleveland, Ohio pled guilty on January 30, 2017 in the Northern District of Ohio to possession with intent to distribute a mixture of heroin and fentanyl and possession with intent to distribute fentanyl.[1122]  On May 16, 2017, he was sentenced to 120 months in prison.[1123]   At the time of his arrest in this matter, Mr. Martin had at least one prior conviction involving heroin in the Cuyahoga County Court of Common Pleas.[1124]

894.    Matthew Martin pled guilty on October 5, 2016 in the Northern District of Ohio to conspiracy to possess with intent to distribute fentanyl and possession with intent to distribute fentanyl.[1125]  Mr. Martin conducted a drug transaction in Maple Heights, Ohio in May 2016.[1126]  On February 27, 2017, Mr. Martin was sentenced to 87 months in prison.[1127]

895.    Angel Martinez of Cleveland, Ohio pled guilty on October 7, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Martinez was sentenced to twelve months in prison.[1128]

896.    Pedro Martinez of Cleveland, Ohio pled guilty on September 4, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Martinez was sentenced to twelve months in prison.[1129]

---

[1122] MCKPUB00013641; MCKPUB00013638.

[1123] MCKPUB00013643.

[1124] MCKPUB00013653; MCKPUB00013655; MCKPUB00013659; MCKPUB00013645; MCKPUB00013649; MCKPUB00013651.

[1125] MCKPUB00018315.

[1126] MCKPUB00018325.

[1127] MCKPUB00018318; MCKPUB00018319; MCKPUB00018325.

[1128] CUYAH_000039086; MCKPUB00006846; MCKPUB00006847; MCKPUB00006850.

[1129] CUYAH_000036231; MCKPUB00019261; MCKPUB00019263; MCKPUB00019265.

897.    Darrell Massingille of Cleveland, Ohio pled guilty on March 15, 2017 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin and fentanyl.[1130]   The conspiracy took place from July 2015 to March 2016.  Mr. Massingille obtained heroin from his co-defendant, whom he helped find customers.[1131]  Mr. Massingille made multiple sales of heroin to an undercover law enforcement officer.[1132]  On July 14, 2017, Mr. Massingille was sentenced to 60 months in prison.[1133]

898.    Gary J. Mathews of Cleveland, Ohio, pled guilty on April 26, 2016 to trafficking in heroin and involuntary manslaughter, and he was sentenced to seven years in prison.  On August 2, 2015, Mr. Mathews sold heroin to Jordan Gerycz, who died of an overdose.[1134]

899.    Mario Mattox of Euclid, Ohio pled guilty on June 20, 2017 in the Northern District of Ohio to possession with intent to distribute heroin.[1135]  On October 3, 2017, Mr. Mattox was sentenced to 51 months in prison.[1136]

900.    Devonta Maxwell of Euclid, Ohio pled guilty on January 1, 2015 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1137]  Mr.

---

[1130] MCKPUB00009843.

[1131] MCKPUB00009877; MCKPUB00009869.

[1132] MCKPUB00027435.

[1133] MCKPUB00009861; MCKPUB00009881.

[1134] SUMMIT_001142917; AKRON_000337585; MCKPUB00013529; MCKPUB00013532; MCKPUB00013533; MCKPUB00029493.

[1135] MCKPUB00018187; MCKPUB00018185.

[1136] MCKPUB00018189; MCKPUB00018197; MCKPUB00018202.

[1137] MCKPUB00010590.

Maxwell participated in a heroin enterprise that operated from September 2011 to September 2013.  On April 22, 2015, Mr. Maxwell was sentenced to 110 months in prison.[1138]

901.    Darryl Mayes of Cleveland, Ohio pled guilty on April 12, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Mayes was sentenced to one year of community control.[1139]

902.    Michael A. McCalister of Akron, Ohio pled guilty on June 19, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct occurring in Akron.  He was sentenced to two and a half years of incarceration, suspended provided that he complete two years of intensive community control.[1140]

903.    Dave McCall of Cleveland, Ohio pled guilty on February 22, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. McCall was sentenced to one year in prison.[1141]

904.    Terrance Norman-Devin McCormick of Akron, Ohio pled guilty on August 13, 2018 in the Summit County Court of Common Pleas to aggravated trafficking in drugs, namely fentanyl.  He was sentenced to eighteen months of community control.[1142]

---

[1138] MCKPUB00010795; MCKPUB00010797; MCKPUB00010781; MCKPUB00010783; MCKPUB00027468.

[1139] CUYAH_000032902; MCKPUB00009893; MCKPUB00009894; MCKPUB00009897.

[1140] AKRON_001281013; MCKPUB00027506; MCKPUB00027507; MCKPUB00027509.

[1141] CUYAH_000032673; MCKPUB00009973; MCKPUB00009974; MCKPUB00009976.

[1142] AKRON_000204706; MCKPUB00021828; MCKPUB00021830; MCKPUB00021831; MCKPUB00021836; MCKPUB00021838.

905.    Shawn Christopher McCoy of Akron, Ohio was convicted by a jury on August 10, 2010 in the Summit County Court of Common Pleas of trafficking in heroin.  Mr. McCoy was sentenced to eighteen months in prison.[1143]

906.    Dejuan B. McCraney pled guilty on April 14, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On March 13, 2016, officers conducted a traffic stop of Mr. McCraney and his vehicle in Akron and recovered heroin, a loaded handgun, and a digital scale.  Mr. McCraney was sentenced to eighteen months of community control.[1144]

907.    Thomas McCully of Cleveland, Ohio pled guilty on August 5, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1145]  Mr. McCully participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1146]  As part of the conspiracy, Mr. McCully met with his co-conspirators customers when his co-conspirators were unavailable, and he participated in numerous conversations about the quality of heroin he was selling and how to cut the heroin to improve its quality.  In one conversation about a dissatisfied heroin customer, Mr. McCully stated, "I know how to play this game.  He will be back this way."[1147]  On April 9, 2015, Mr. McCully was sentenced to time served.[1148]

---

[1143] AKRON_001216104; MCKPUB00027511; MCKPUB00027512; MCKPUB00027515.

[1144] AKRON_001279435; MCKPUB00027519; MCKPUB00027520; MCKPUB00027523.

[1145] MCKPUB00027527; MCKPUB00021937.

[1146] MCKPUB00022147.

[1147] MCKPUB00021937; MCKPUB00027527.

[1148] MCKPUB00022128; MCKPUB00022134; MCKPUB00022145.

908.     Otis J. McDay of Akron, Ohio pled guilty on May 9, 2016, in the Summit County Court of Common Pleas to crimes including aggravated trafficking in drugs, namely fentanyl, for conduct that occurred in Akron.  On May 16, 2016, he was sentenced to two years in prison.[1149]

909.     Anthony Ray McGowan of Akron, Ohio pled guilty on October 27, 2016 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely fentanyl.  On December 1, 2016, he was sentenced to one year and eleven months in prison.[1150]

910.     Jonathan E. McGrady of Akron, Ohio pled guilty on February 25, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  He was sentenced to six months in prison.[1151]

911.     Tavares Jarod McIntosh of Akron, Ohio pled guilty on September 7, 2016 in the Summit County Court of Common Pleas to trafficking in heroin.  On September 28, 2016, he was sentenced to three years in prison.[1152]

912.     Thessalonians McMillan, Jr. of Akron, Ohio pled guilty on September 24, 2015 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely fentanyl.  He was sentenced to seven years in prison.[1153]

913.     Tramontay D. McWain pled guilty on July 25, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin.  He was one of

---

[1149] AKRON_001289828; AKRON_000213404; MCKPUB00019244; MCKPUB00019245; MCKPUB00019248.

[1150] AKRON_000296482; MCKPUB00006935; MCKPUB00006938; MCKPUB00006939.

[1151] AKRON_000291078; MCKPUB00015684; MCKPUB00015686; MCKPUB00015687.

[1152] MCKPUB00021470; MCKPUB00021472.

[1153] AKRON_001287618; AKRON_000286863; MCKPUB00021912; MCKPUB00021914; MCKPUB00021915.

twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014. Mr. McWain was sentenced to 37 months in prison.[1154]

914. Cedric Means of Cleveland, Ohio pled guilty on April 24, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin. Mr. Means was sentenced to three years in prison.[1155]

915. Alyssa N. Mears of Akron, Ohio pled guilty on January 27, 2016 in the Summit County Court of Common Pleas to aggravated trafficking in drugs, namely heroin. She was sentenced to nine months in prison for this offense.[1156]

916. Terron Lamar Melton of Akron, Ohio pled guilty on March 2, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin. He was sentenced to two years of community control.[1157]

917. Edison Mercado of Cleveland, Ohio pled guilty on October 5, 2011 in the Cuyahoga County Court of Common Pleas to trafficking in heroin. Mr. Mercado was sentenced to six months in prison.[1158]

918. Kenneth Lamar Merritt of Akron, Ohio pled guilty on October 9, 2012 in the Summit County Court of Common Pleas to offenses including trafficking in heroin. He was sentenced to one year in prison. On December 10, 2018, Mr. Merritt pled guilty in the Summit

---

[1154] MCKPUB00022271; MCKPUB00022282; MCKPUB00022284.

[1155] CUYAH_000036934; MCKPUB00008750; MCKPUB00008751; MCKPUB00008754.

[1156] SUMMIT_000672205; SUMMIT_000672222; SUMMIT_000672225; AKRON_000218494; MCKPUB00006548; MCKPUB00006550; MCKPUB00006551.

[1157] AKRON_001153878; MCKPUB00025831; MCKPUB00025832; MCKPUB00025834.

[1158] CUYAH_000047308; MCKPUB00011915; MCKPUB00011916; MCKPUB00011920.

County Court of Common Pleas to trafficking in heroin, involuntary manslaughter, and aggravated trafficking in drugs.  He sold drugs to Jessica Wiseman, who died of a drug overdose as a result.   In a separate and subsequent case, Mr. Merritt pled guilty on December 10, 2018 in the Summit County Court of Common Pleas to trafficking in heroin.  On January 17, 2019, Mr. Merritt was sentenced to six years' incarceration.[1159]

919.   Jimmy L. Michaels of Akron, Ohio pled guilty on October 10, 2018 in the Summit County Court of Common Pleas to offenses including involuntary manslaughter and aggravated trafficking in carfentanil.[1160]  Mr. Michaels was sentenced to four years in prison.

920.   Robvedo J. Middlebrook of Warrensville Heights, Ohio pled guilty on July 11, 2016 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl.  Mr. Middlebook was sentenced to eighteen months in prison.[1161]

921.   Lamar Middleton of Cleveland, Ohio pled guilty on February 19, 2015 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1162]  Mr. Middleton participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1163]  On May 20, 2015, Mr. Middleton was sentenced to 151 months in prison.[1164]

---

[1159] AKRON_000200558; MCKPUB00018581; MCKPUB00018582; MCKPUB00018585; MCKPUB00018587; MCKPUB00018588; MCKPUB00018590; MCKPUB00018593; MCKPUB00018594; MCKPUB00018595; MCKPUB00018597; MCKPUB00018599; MCKPUB00018601; MCKPUB00018603; MCKPUB00018607; MCKPUB00018608; MCKPUB00018609.

[1160] AKRON_000208532; MCKPUB00015610; MCKPUB00015613; MCKPUB00015614.

[1161] CUYAH_000029247; MCKPUB00020212; MCKPUB00020213; MCKPUB00020216.

[1162] MCKPUB00016898.

[1163] MCKPUB00017094; MCKPUB00029494.

[1164] MCKPUB00017089; MCKPUB00017091.

922.     Eugene Miller of Cleveland, Ohio pled guilty on June 13, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1165]  Mr. Miller participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1166]  Mr. Miller facilitated the distribution of heroin, including to an undercover officer in Cleveland, Ohio on September 22, 2011.[1167]  On July 14, 2015, Mr. Miller was sentenced to 36 months in prison.[1168]

923.     Edward Mitchell of Cleveland, Ohio pled guilty on July 31, 2017 in the Cuyahoga County Court of Common Pleas to trafficking in heroin and trafficking in U-47700 ("Pink"). Mr. Mitchell was sentenced to one year and nine months in prison.[1169]

924.     Gabrielle M. Moneypenny of Akron, Ohio pled guilty on July 9, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Ms. Moneypenny was sentenced to eighteen months of community control.[1170]

925.     Rayshawn A. Montgomery of Akron, Ohio pled guilty on February 19, 2014 in the Summit County Court of Common Pleas to trafficking in heroin, and he was sentenced to twelve months in prison.[1171]

---

[1165] MCKPUB00012807.

[1166] MCKPUB00013018.

[1167] MCKPUB00012807.

[1168] MCKPUB00012998; MCKPUB00013004; MCKPUB00013016.

[1169] CUYAH_000074070; MCKPUB00012168; MCKPUB00012170; MCKPUB00012173.

[1170] AKRON_000201579; MCKPUB00013487; MCKPUB00013488; MCKPUB00013491; MCKPUB00013493; MCKPUB00013496; MCKPUB00013497; MCKPUB00013498; MCKPUB00013501; MCKPUB00013503; MCKPUB00013505.

[1171] AKRON_000201807; MCKPUB00019456; MCKPUB00019459; MCKPUB00019460.

926.    Christopher Moore of Cleveland, Ohio pled guilty on November 1, 2017 in the Cuyahoga Court of Common Pleas to trafficking fentanyl.[1172]  Mr. Moore was sentenced to two years of community control.

927.    Ernest W. Moore of Akron, Ohio pled guilty on March 24, 2016 in the Summit County Court of Common Pleas of trafficking in heroin.  On April 21, 2016, he was sentenced to two years of community control.[1173]

928.    Kevin D. Moore of Akron, Ohio, pled guilty on June 17, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Moore was sentenced to 30 months of community control and to enter into and successfully complete the Community Based Correctional Facility Program operated by Oriana House.[1174]

929.    Larry L. Moore, III of Akron, Ohio pled guilty on May 10, 2016 to offenses including involuntary manslaughter, aggravated drug trafficking, and trafficking in heroin.  He was sentenced to five years and six months in prison.  Mr. Moore sold a fentanyl-heroin mix to his uncle, Robert Mullens, who died of an overdose.  Even after he was charged with this offense, Mr. Moore continued to sell drugs out of the house where his uncle had died.[1175]

930.    Maceo Moore of Cleveland, Ohio pled guilty in February 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute heroin, for his role in a major heroin trafficking conspiracy.  Mr. Moore was sentenced to 210 months in federal prison.  Mr.

---

[1172] CUYAH_000074721; MCKPUB00009008; MCKPUB00009009; MCKPUB00009012.

[1173] AKRON_000218427; MCKPUB00012803; MCKPUB00012805; MCKPUB00012806.

[1174] AKRON_000205310; MCKPUB00016326; MCKPUB00016328; MCKPUB00016329; MCKPUB00016330.

[1175] AKRON_000287003; SUMMIT_001144901; MCKPUB00017114; MCKPUB00017117; MCKPUB00017118; MCKPUB00017113; MCKPUB00029541; MCKPUB00029542; MCKPUB00029998.

Moore obtained heroin that was originally shipped from Atlanta to Northeast Ohio, which he, in turn, sold to others.  Prosecutors characterized the conspiracy as the largest-ever heroin bust in Northeast Ohio.[1176]

931.    Shatora Moore of Akron, Ohio, pled guilty on May 11, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  Ms. Moore was sentenced to three years imprisonment.[1177]

932.    Timothy DJ Moore of Akron, Ohio was indicted on July 31, 2018 in the Northern District of Ohio for conspiracy to possess with the intent to distribute 40 grams of fentanyl from April 20, 2018 to July 11, 2018.[1178]

933.    Rashawn Moorer of Canton, Ohio pled guilty on September 3, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  On October 8, 2015, Mr. Moorer was sentenced to eighteen months of incarceration, but the sentence was suspended upon the condition that he complete two years of community control.[1179]

934.    Victor Morales-Garcia, a Mexican national, pled guilty on October 21, 2015 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1180]  The conspiracy took place in Cuyahoga County and other counties in Northern Ohio from April 2012 through April 2015.  Mr. Morales-Garcia used couriers, some of whom he and his co-conspirators had illegally brought to the United States from Mexico, to deliver heroin to

---

[1176] MCKPUB00017915; MCKPUB00017918.

[1177] AKRON_000205355; MCKPUB00020908; MCKPUB00020911; MCKPUB00020912.

[1178] AKRON_000205355; MCKPUB00022186; MCKPUB00022192; MCKPUB00022194; MCKPUB00022200; MCKPUB00022208.

[1179] AKRON_000205747; AKRON_000286790; MCKPUB00019407; MCKPUB00019409; MCKPUB00019410.

[1180] MCKPUB00022464; MCKPUB00029544.

their customers in Northern Ohio, including the far west suburbs of Cuyahoga County.[1181]  On

February 2, 2017, Mr. Morales-Garcia was sentenced to 41 months in prison.[1182]

935.    Ricky Moreland of University Heights, Ohio pled guilty on February 17, 2009 in

the Cuyahoga County Court of Common Pleas to trafficking opioids, including heroin.  Mr.

Moreland was sentenced to three years in prison.[1183]

936.    Dontez L. Morgan of Cleveland, Ohio pled guilty on February 21, 2018 in the

Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Morgan was sentenced to

eight months in prison.[1184]

937.    Eddie Morgan III of Akron, Ohio pled guilty on January 12, 2015 in the Summit

County Court of Common Pleas to trafficking in heroin.  Mr. Morgan was sentenced to eighteen

months of community control.[1185]

938.    Jack Morgan of Cleveland, Ohio pled guilty on April 7, 2017 in the Northern

District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin and

fentanyl.[1186]  The conspiracy took place from July 2015 to March 2016.  Mr. Morgan obtained

heroin from his co-defendant, and he sold it to others.[1187]  On July 14, 2017, Mr. Morgan was

sentenced to 33 months in prison.[1188]

---

[1181] MCKPUB00019275; MCKPUB00019288; MCKPUB00022487.

[1182] MCKPUB00022472; MCKPUB00022479; MCKPUB00022480.

[1183] CUYAH_000038718; MCKPUB00019593; MCKPUB00019594; MCKPUB00019597.

[1184] CUYAH_000077258; MCKPUB00011626; MCKPUB00011627; MCKPUB00011631.

[1185] AKRON_000205421; MCKPUB00011892; MCKPUB00011894; MCKPUB00011895; MCKPUB00011896.

[1186] MCKPUB00014516; MCKPUB00014498.

[1187] MCKPUB00014525; MCKPUB00014527; MCKPUB00014529.

[1188] MCKPUB00014517.

939.    Marcus Morgan of Cleveland, Ohio, pled guilty on September 28, 2011 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Morgan was sentenced to one year of community control.[1189]

940.    Vince Morgan of North Olmsted, Ohio pled guilty on June 16, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1190]  Mr. Morgan participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1191]  On September 11, 2014, Mr. Morgan was sentenced to thirteen months in prison.[1192]

941.    Marcus Labrone Morris of University Heights, Ohio pled guilty on August 22, 2017 in the Northern District of Ohio to attempted possession with intent to distribute heroin and other charges.[1193]  Mr. Morris was sentenced on November 29, 2017 to 63 months in prison.[1194]

942.    Jordan Motley of Akron, Ohio pled guilty on July 3, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On April 1, 2014, officers arrested Mr. Motley in a McDonalds parking lot in Akron and recovered heroin, two pistols, and boxes of ammunition.  Mr. Motley was sentenced to four years and eleven months in prison.[1195]

---

[1189] CUYAH_000048180; CUYAH_000051048; MCKPUB00018174; MCKPUB00018175; MCKPUB00018178.

[1190] MCKPUB00022497.

[1191] MCKPUB00022707.

[1192] MCKPUB00022688; MCKPUB00022694; MCKPUB00022710.

[1193] MCKPUB00018153.

[1194] MCKPUB00018156; MCKPUB00018163; MCKPUB00018172; MCKPUB00018170.

[1195] AKRON_001218169; MCKPUB00027570; MCKPUB00027571; MCKPUB00027574.

943.    Homer Moton of Cleveland, Ohio pled guilty on October 19, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Moton was sentenced to three years in prison.[1196]

944.    Tazae Rasheed Muhammad of Barberton, Ohio pled guilty on July 22, 2015 in the Summit County Court of Common Pleas to permitting drug abuse, for conduct related to opioids. On July 22, 2015, he was sentenced to two years of community control.[1197]

945.    Edward Munoz of Parma, Ohio pled guilty on April 12, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Munoz was sentenced to one year in prison.[1198]

946.    Sherman C. Murdock of Akron, Ohio, pled guilty on August 5, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  On August 19, 2015, Mr. Murdock was sentenced a total of four years of incarceration.[1199]

947.    Jerome L. Murphy, Jr. of Akron, Ohio pled guilty on June 16, 2010 in the Summit County Court of Common Pleas to trafficking in heroin, for conduct that occurred in Akron.  He was sentenced to one year of incarceration, suspended provided that he complete two years of community control.[1200]

---

[1196] CUYAH_000033602; MCKPUB00014179; MCKPUB00014180; MCKPUB00014183.
[1197] AKRON_000280536; MCKPUB00021473; MCKPUB00021475.
[1198] CUYAH_000032859; MCKPUB00012175; MCKPUB00012176; MCKPUB00012178.
[1199] AKRON_000205576; MCKPUB00021125; MCKPUB00021128; MCKPUB00021129.
[1200] AKRON_001272640; MCKPUB00027576; MCKPUB00027577; MCKPUB00027580.

948.    Mohanad Y. Najjar of Westlake, Ohio pled guilty on January 25, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Najjar was sentenced to ten months in prison.[1201]

949.    Fred Nakagawa pled guilty on May 1, 2006 in the Cuyahoga County Court of Common Pleas to trafficking in heroin.  Mr. Nakagawa was sentenced to three years in prison.[1202]

950.    Benjamin T. Napier of Akron, Ohio pled guilty on March 13, 2012 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, and he was sentenced to 24 months of community control.[1203]

951.    Van Dyke Neal of Richmond Heights, Ohio pled guilty on June 26, 2009 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Neal was sentenced to one year in prison.[1204]

952.    Charles W. Nelson of Brooklyn, Ohio pled guilty on March 26, 2018 in the Cuyahoga County Court of Common Pleas to involuntary manslaughter, corrupting another with drugs (fentanyl), trafficking fentanyl, and trafficking heroin.  Mr. Nelson was sentenced to five years in prison.[1205]

953.    Emmett Nelson of Akron, Ohio pled guilty on August 22, 2018 in the Northern District of Ohio to conspiracy to possess with intent to distribute fentanyl.[1206]  On April 17,

---

[1201] CUYAH_000034507; MCKPUB00018992; MCKPUB00018993; MCKPUB00018995.
[1202] CUYAH_000032780; MCKPUB00013042; MCKPUB00013043; MCKPUB00013045.
[1203] AKRON_000204238; MCKPUB00007610; MCKPUB00007612; MCKPUB00007613.
[1204] CUYAH_000040218; MCKPUB00022438; MCKPUB00022439; MCKPUB00022442.
[1205] CUYAH_000077080; MCKPUB00008890; MCKPUB00008891; MCKPUB00008899.
[1206] MCKPUB00012295; MCKPUB00029546.

2018, law enforcement officers surveilled Mr. Nelson coming and going from an Akron, Ohio residence.  They executed a search warrant at the residence later that day and recovered pills on the kitchen counter.  Mr. Nelson told officers that he had been in the process of counting the pills.  The pills were stamped to look like oxycodone, but were fentanyl and cutting agents.  In announcing the indictment, U.S. Attorney Justin E. Herdman stated, "These arrests helped save at least 1,500 lives."  At the same time, Akron Police Chief Kenneth Ball described the defendants as "criminal predators [who] were willing to put so many at great risk by poisoning prescription drugs with fentanyl."[1207]  Mr. Nelson is awaiting sentencing.[1208]

954.    Calvin Nettles of Cleveland, Ohio pled guilty on October 13, 2016 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Nettles was sentenced to four years in prison.[1209]

955.    Brian K. Newell of Akron, Ohio pled guilty on June 10, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Mr. Newell sold drugs that ultimately led to the death by overdose of Julia Robbins.  Mr. Newell was sentenced to a total of three years in prison.[1210]

956.    Angel Nieves of Cleveland, Ohio pled guilty on March 27, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Nieves was sentenced to six months in prison.[1211]

---

[1207] MCKPUB00012306.

[1208] MCKPUB00012297; MCKPUB00012299; MCKPUB00012308.

[1209] CUYAH_000030470; MCKPUB00008256; MCKPUB00008258; MCKPUB00008262.

[1210] AKRON_001151503; AKRON_000220615; AKRON_000220617; MCKPUB00008212; MCKPUB00008215; MCKPUB00008216; MCKPUB00008217; MCKPUB00008222; MCKPUB00008223.

[1211] CUYAH_000034094, MCKPUB00006852; MCKPUB00006853; MCKPUB00006858.

957.     Edward F. Nix of Euclid, Ohio pled guilty on April 6, 2015 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1212]  Mr. Nix participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1213]  On June 30, 2015, Mr. Nix was sentenced to six months in prison.[1214]

958.     Brenda H. Norman of Cleveland, Ohio pled guilty on August 6, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1215]  Ms. Norman participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1216]  On November 13, 2014, Ms. Norman was sentenced to twelve months in prison.[1217]

959.     Antwone Nowden of Cleveland, Ohio pled guilty on November 21, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1218]  Mr. Nowden participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1219]  Mr. Nowden was sentenced to time served.[1220]

960.     Octavious Odom of Garfield Heights, Ohio pled guilty on June 26, 2017 in the Cuyahoga County Court of Common Pleas to attempted corrupting another with drugs (fentanyl), trafficking fentanyl, and trafficking opioids, including heroin.  He knowingly

---

[1212] MCKPUB00011922; MCKPUB00029562.

[1213] MCKPUB00012130.

[1214] MCKPUB00012113; MCKPUB00012115; MCKPUB00012133.

[1215] MCKPUB00007959; MCKPUB00029573.

[1216] MCKPUB00007947.

[1217] MCKPUB00008150; MCKPUB00008156; MCKPUB00008169.

[1218] MCKPUB00007241; MCKPUB00029606.

[1219] MCKPUB00007237.

[1220] MCKPUB00007432; MCKPUB00007434; MCKPUB00007447.

administered, furnished, induced, or cause another to use fentanyl.  He also distributed and sold or offered to sell fentanyl on school premises, in a school building, or within 1,000 feet of the boundaries of a school.  Mr. Odom was sentenced to one year of community control.[1221]

961.    Dalvyn R. Oliver of Akron, Ohio pled guilty on October 25, 2016 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to twelve months of community control.[1222]

962.    Deshawn Leon Oliver of Akron, Ohio pled guilty on April 29, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Oliver was sentenced to twelve months in prison.  Mr. Oliver was subsequently indicted in the Summit County Court of Common Pleas, first on December 20, 2017, for trafficking in heroin, and then on June 14, 2018, for aggravated trafficking in drugs (fentanyl); these cases are pending.[1223]

963.    Emilia Orengo of Cleveland, Ohio pled guilty on November 14, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Ms. Orengo was sentenced to twelve months of community control.[1224]

964.    Catherine Orges of Parma, Ohio, pled guilty on April 26, 2006 to trafficking heroin.  Ms. Orges was sentenced to six months in prison.[1225]

---

[1221] CUYAH_000029454; MCKPUB00019212; MCKPUB00019213; MCKPUB00019218.

[1222] AKRON_000292867; MCKPUB00009270; MCKPUB00009272; MCKPUB00009273.

[1223] AKRON_000201422; AKRON_000220451; MCKPUB00010525; MCKPUB00010526; MCKPUB00010528; MCKPUB00010529; MCKPUB00010531; MCKPUB00010532; MCKPUB00010533; MCKPUB00010535; MCKPUB00010536.

[1224] CUYAH_000036390; MCKPUB00012289; MCKPUB00012291; MCKPUB00012293.

[1225] CUYAH_000032679; MCKPUB00008745; MCKPUB00008746; MCKPUB00008748; MCKPUB00008739; MCKPUB00008740; MCKPUB00008742.

965.    David Orges of Parma, Ohio pled guilty on April 26, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Orges was sentenced to ten months in prison.[1226]

966.    Pedro Ortega-Gomez, a Mexican national, pled guilty on October 21, 2015 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1227]  The conspiracy took place in Cuyahoga County and other counties in Northern Ohio from April 2012 through April 2015.  Mr. Ortega-Gomez used couriers, some of whom he and his co-conspirators had illegally brought to the United States from Mexico, to deliver heroin to their customers in Northern Ohio, including the far west suburbs of Cuyahoga County.[1228]  On December 7, 2016, Mr. Ortega-Gomez was sentenced to time served.[1229]

967.    Raphael Ortiz of Cleveland, Ohio pled guilty on October 29, 2007 in the Cuyahoga Court of Common Pleas to trafficking heroin.  Mr. Ortiz was sentenced to five years in prison.[1230]

968.    Charles K. Osei of Akron, Ohio pled guilty on February 15, 2017 in the Summit County Court of Common Pleas to trafficking in drugs, for conduct involving opioids.  He was sentenced to three years in prison.[1231]

---

[1226] CUYAH_000032679; MCKPUB00010223; MCKPUB00010224; MCKPUB00010226; MCKPUB00010216; MCKPUB00010217; MCKPUB00010220.

[1227] MCKPUB00019267.

[1228] MCKPUB00019289.

[1229] MCKPUB00019277; MCKPUB00019286.

[1230] CUYAH_000036277; MCKPUB00019396; MCKPUB00019397; MCKPUB00019401.

[1231] AKRON_000211552; MCKPUB00008883; MCKPUB00008885; MCKPUB00008886.

969.    Juan A. Otero pled guilty on August 22, 2017 in the Summit County of Common Pleas to offenses including aggravated trafficking in drugs (fentanyl), for conduct that occurred in Akron, Ohio.  He was sentenced to three years in prison.[1232]

970.    Frederick Thomas Owens of Akron, Ohio pled guilty on May 12, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Owens was sentenced to prison for one year, suspended provided that he complete two years of community control.[1233]

971.    Kamilah Owens of Cleveland, Ohio pled guilty on July 31, 2017 in the Cuyahoga County Court of Common Pleas to trafficking heroin and U-47700 ("Pink").  Ms. Owens was sentenced to two years of community control.[1234]

972.    Renardo Owens, Jr. of Akron, Ohio pled guilty on February 10, 2016 in the Summit County Court of Common Pleas to involuntary manslaughter and aggravated trafficking in drugs.  Mr. Owens sold fentanyl to Georgia Speck on September 3, 2015, who then died of an overdose.  On February 23, 2016, Mr. Owens was sentenced to eight years in prison.[1235]  Mr. Owens was also convicted of trafficking in heroin on June 20, 2014.[1236]

973.    Alicia Paradise of Cleveland, Ohio pled guilty on March 26, 2009 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin, and he was sentenced to two years in prison.[1237]

---

[1232] AKRON_001281635; MCKPUB00027582; MCKPUB00027586; MCKPUB00027587.

[1233] MCKPUB00027589; MCKPUB00027590; MCKPUB00027592.

[1234] CUYAH_000074070; MCKPUB00016019; MCKPUB00016020; MCKPUB00016023.

[1235] AKRON_001151503; MCKPUB00019507; MCKPUB00019510; MCKPUB00019511; MCKPUB00019500.

[1236] MCKPUB00019503; MCKPUB00019506.

[1237] CUYAH_000038326; MCKPUB00006461; MCKPUB00006462; MCKPUB00006466.

974.    Robert K. Parham pled guilty on June 26, 2018 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely fentanyl, for conduct that occurred in Akron.  On July 11, 2017, officers arrested Mr. Parham and discovered three individuals in his residence who had overdosed.  Mr. Parham was sentenced to four years of prison.[1238]

975.    Darryl D. Pariseau of Broadview Heights, Ohio pled guilty on April 20, 2018 in the Cuyahoga County Court of Common Pleas to involuntary manslaughter as the proximate result of attempting to corrupt another with drugs, trafficking fentanyl, and trafficking heroin. Mr. Pariseau was sentenced to four years in prison.[1239]

976.    Alan S. Parker of Cleveland, Ohio pled guilty on April 2, 2014 in the Cuyahoga County Court of Common Pleas to offenses including trafficking oxycodone.  Mr. Parker was sentenced to seventeen months in prison and ordered to pay a $1,000 fine.[1240]

977.    Brandon Parker of Cleveland, Ohio pled guilty on January 8, 2018 to counts including possession with intent to distribute heroin and fentanyl for conduct on November 29, 2016 and July 15, 2017.[1241]  On April 20, 2018, Mr. Parker was sentenced to 92 months imprisonment.[1242]  Mr. Parker had a number of prior drug-related convictions in the Cuyahoga County Court of Common Pleas, at least one of which involved heroin.[1243]

---

[1238] AKRON_001279098; MCKPUB00027594; MCKPUB00027595; MCKPUB00027600.

[1239] CUYAH_000075602; MCKPUB00009900; MCKPUB00009901; MCKPUB00009904.

[1240] CUYAH_000067017; MCKPUB00006277; MCKPUB00006279; MCKPUB00006282.

[1241] MCKPUB00007675.

[1242] MCKPUB00007678.

[1243] MCKPUB00007686; MCKPUB00007687; MCKPUB00007690; MCKPUB00007692; MCKPUB00007699.

978.    Demetrius L. Parker II of Akron, Ohio pled guilty on July 13, 2018 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs.  The Akron Police Department's Street Narcotics Unit Detail and SWAT team executed a search warrant on a site of suspected drug activity in Akron, arresting Mr. Parker and recovering heroin, scales, two handguns, and two rifles.  Mr. Parker was sentenced to nineteen months of incarceration.[1244]  Mr. Parker also pled guilty on July 9, 2014 in the Summit County Court of Common Pleas to deception to obtain a dangerous drug and for using fraudulent prescriptions for promethazine with codeine.  Mr. Parker was sentenced to one year of incarceration for those offenses.[1245]

979.    Brandon M. Payne of Akron, Ohio pled guilty on September 1, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On September 29, 2015, Payne was sentenced to three years in prison.[1246]

980.    Dominic J. Pelle of Akron, Ohio, pled guilty to involuntary manslaughter, and he was sentenced to four years in prison.  Mr. Pelle provided heroin to Deobrah Catalano, who died of an overdose on February 27, 2015.[1247]

981.    Ivan Percy of Cleveland, Ohio pled guilty on July 16, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1248]  Mr.

---

[1244] AKRON_001237583; MCKPUB00027611; MCKPUB00027612.

[1245] SUMMIT_000575887; MCKPUB00027605; MCKPUB00027607; MCKPUB00027608.

[1246] AKRON_000280791; MCKPUB00007665; MCKPUB00007667; MCKPUB00007668.

[1247] SUMMIT_001140603; MCKPUB00011049.

[1248] MCKPUB00014280; MCKPUB00029638.

Percy participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1249]  Mr. Percy was sentenced to 125 months in prison.[1250]

982.    Edwin Perez pled guilty on November 2, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Perez was sentenced to three years in prison.[1251]

983.    Andre Person of Cleveland, Ohio pled guilty on August 2, 2018 in the Cuyahoga Country Court of Common Pleas to trafficking heroin, and he was sentenced to four years in prison.[1252]

984.    Antoine Petty pled guilty on May 29, 2018 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs (carfentanil), for conduct that occurred in Akron, Ohio.  Officers executed a search on Mr. Petty's residence and recovered carfentanil, oxycodone, loaded guns, and digital scales.  Mr. Petty was sentenced to two years in prison.[1253]

985.    Antoine Phelps of Akron, Ohio pled guilty on August 21, 2013 in the Summit County Court of Common Pleas to trafficking in heroin, for conduct that occurred in Akron.  Mr. Phelps was sentenced to one year in prison.[1254]

986.    Garland V. Phelps, Jr. pled guilty on July 28, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin, as well possession with intent to distribute and distribute drugs including heroin.  He was one of twenty people

---

[1249] MCKPUB00014487.

[1250] MCKPUB00014471; MCKPUB00014473 MCKPUB00014490.

[1251] CUYAH_000034067; MCKPUB00012211; MCKPUB00012213; MCKPUB00012217.

[1252] CUYAH_000079198; MCKPUB00006580; MCKPUB00006581; MCKPUB00006585.

[1253] AKRON_000203447; MCKPUB00027615; MCKPUB00027620; MCKPUB00027621.

[1254] AKRON_001211268; MCKPUB00027623; MCKPUB00027624; MCKPUB00027627.

indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Mr. Phelps was sentenced to 200 months in prison.[1255]

987.    Ronald L. Phelps of Akron, Ohio was convicted on September 18, 2012 in the Summit County Court of Common Pleas of aggravated trafficking in drugs, including oxycodone.  Mr. Phelps was sentenced to one year of imprisonment and two years of community control.[1256]

988.    Rodrick Phillips of Ohio pled guilty on April 16, 2018 in the Cuyahoga County Court of Common Pleas to trafficking in heroin, and he was sentenced to three years in prison.[1257]

989.    Anton R. Picket of Akron, Ohio pled guilty to offenses including involuntary manslaughter and aggravated drug trafficking, and he was sentenced to four years in prison.  Mr. Picket sold fentanyl to a man whose body was later dumped in a vacant lot in Coventry Township.[1258]

990.    Richard Pinson of Cleveland, Ohio pled guilty on July 5, 2006 in the Cuyahoga County Court of Common Pleas to trafficking opioids, including heroin.  Mr. Pinson unlawfully and knowingly sold or offered to sell heroin on school premises, in a school building, or within

---

[1255] MCKPUB00013521; MCKPUB00029664; MCKPUB00029666.

[1256] AKRON_00200682; MCKPUB00020544; MCKPUB00020546; MCKPUB00020547.

[1257] CUYAH_000079198; MCKPUB00020258; MCKPUB00020259; MCKPUB00020262; MCKPUB00029669; MCKPUB00029671; MCKPUB00029676.

[1258] AKRON_000336714; MCKPUB00006983.

1,000 feet of the boundaries of a school.  Mr. Pinson was sentenced to one year of community control.[1259]

991.    Jason L. Pitts of Akron, pled guilty on July 9, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  The offenses occurred on May 9, 2014 and June 12, 2014.  Mr. Pitts was sentenced to 36 months in prison.[1260]

992.    Corey Pope of Cleveland, Ohio pled guilty on July 8, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Pope was sentenced to one and one half years in prison.   Also on July 8, 2008 in the Cuyahoga County Court of Common Pleas, Mr. Pope pled guilty to trafficking heroin, for which he was sentenced to one year in prison.[1261]

993.    James M. Porter pled guilty on July 31, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin.  He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Mr. Porter was sentenced to 46 months in prison.[1262]

994.    Deangelo R. Portis of Akron, Ohio pled guilty on January 31, 2017 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that

---

[1259] CUYAH_000033149.

[1260] AKRON_000201686; MCKPUB00015355; MCKPUB00015357; MCKPUB00015358; MCKPUB00015359; MCKPUB00015361; MCKPUB00015363; MCKPUB00015364; MCKPUB00015365.

[1261] CUYAH_000036102; MCKPUB00009064; MCKPUB00009066; MCKPUB00009071; MCKPUB00009073; MCKPUB00009075; MCKPUB00009078; MCKPUB00019568; MCKPUB00019569; MCKPUB00019572.

[1262] MCKPUB00013521; MCKPUB00029678; MCKPUB00029680.

occurred in Akron.  Mr. Portis was sentenced to two years in prison, suspended provided that he complete two years of community control.[1263]

995.    Lakisha L. Portis of Akron, Ohio pled guilty on November 26, 2013 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Ms. Portis was sentenced to 24 months of community control.[1264]

996.    Eric Powell of Cleveland, Ohio pled guilty on December 4, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1265]  Mr. Powell participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1266]  Mr. Powell was sentenced to 130 months in prison.[1267]

997.    Kevin K. Preston of Copley Township, Ohio pled guilty on October 1, 2015 in the Summit County Court of Common Pleas to crimes including trafficking in heroin.  He was sentenced to four years and six months in prison.[1268]

998.    Mark Price of Cleveland, Ohio was convicted by a jury on March 2, 2008 in the Cuyahoga County Court of Common Pleas of corrupting another with drugs, heroin; corrupting another with drugs, fentanyl; trafficking heroin; and trafficking fentanyl.[1269]

---

[1263] AKRON_001215997; MCKPUB00027629; MCKPUB00027633; MCKPUB00027634.

[1264] AKRON_000201322; MCKPUB00016892; MCKPUB00016894; MCKPUB00016895; MCKPUB00016897.

[1265] MCKPUB00012560; MCKPUB00029683.

[1266] MCKPUB00012771.

[1267] MCKPUB00012751; MCKPUB00012754; MCKPUB00012774.

[1268] AKRON_000200803; AKRON_000280929; MCKPUB00016362; MCKPUB00016363; MCKPUB00016365; MCKPUB00016581; MCKPUB00016584.

[1269] CUYAH_000031402; MCKPUB00018242; MCKPUB00018243; MCKPUB00018256.

999.    Allen J. Quarterman of Akron, Ohio pled guilty on February 7, 2017 in the Summit County Court of Common pleas to offenses including trafficking in heroin and aggravated trafficking in drugs, namely fentanyl.  On March 10, 2017, he was sentenced to five years in prison.[1270]

1000.   Edgar R. Quiles of Cleveland, Ohio pled guilty on August 2, 2013 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Quiles was sentenced to nine months in prison.[1271]

1001.   Ruben Lopez Quiroz pled guilty on February 27, 2012 in the Cuyahoga County Court of Common Pleas of trafficking heroin, and he was sentenced to three years in prison.[1272]

1002.   Rolando Ramos pled guilty on April 17, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Ramos was sentenced to four years in prison.[1273]

1003.   Romell Ramsey of Cleveland, Ohio pled guilty on October 4, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Jackson was sentenced to one year of community control.[1274]

1004.   Gary Ray, Jr. of Cleveland, Ohio, pled guilty on December 13, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Ray was sentenced to one year of probation.[1275]  On July 25, 2018, in the Cuyahoga Court of Common Pleas, Mr. Ray pled

---

[1270] AKRON_000218157; AKRON_000283208; MCKPUB00006468; MCKPUB00006471; MCKPUB00006472; MCKPUB00006473; MCKPUB00006475; MCKPUB00006476.

[1271] CUYAH_000052764; MCKPUB00011899; MCKPUB00011901; MCKPUB00011906.

[1272] CUYAH_000043787; MCKPUB00020576; MCKPUB00020577; MCKPUB00020579; MCKPUB00029709; MCKPUB00029711; MCKPUB00029714.

[1273] CUYAH_000036131, MCKPUB00020504; MCKPUB00020505; MCKPUB00020510.

[1274] CUYAH_000033573, MCKPUB00020518; MCKPUB00020519; MCKPUB00020522.

[1275] CUYAH_000034307; MCKPUB00013534; MCKPUB00013535; MCKPUB00013538.

guilty to offenses including trafficking heroin and fentanyl.  He was sentenced to four years in prison.[1276]

1005.   Matthew M. Ray of Akron, Ohio pled guilty on May 6, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron.  He was sentenced to two years of community control.[1277]

1006.   Rolando J. Reed of Cleveland, Ohio pled guilty on June 3, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1278]  Mr. Reed participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1279]  Mr. Reed was sentenced to four months in prison.[1280]

1007.   Charles J. Rendino, Jr. of Akron, Ohio pled guilty on September 6, 2011 in the Summit County Court of Common Pleas to aggravated trafficking in drugs (heroin), for conduct that occurred in Akron.  He was sentenced to three years of community control.[1281]

1008.   Shaquille D. Reynolds of Akron, Ohio pled guilty on August 20, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  He was sentenced to eighteen months in prison.[1282]

1009.   Brock A. Richardson of Akron, Ohio pled guilty on March 8, 2017 in the Summit County Court of Common Pleas to involuntary manslaughter and corrupting another with drugs.

---

[1276] CUYAH_000081451; MCKPUB00013541; MCKPUB00013542; MCKPUB00013547.

[1277] AKRON_001217963; MCKPUB00027636; MCKPUB00027637; MCKPUB00027640.

[1278] MCKPUB00020264; MCKPUB00029716.

[1279] MCKPUB00020475.

[1280] MCKPUB00020455; MCKPUB00020461; MCKPUB00020478.

[1281] AKRON_001175760; MCKPUB00027643; MCKPUB00027644; MCKPUB00027646.

[1282] AKRON_000286625; MCKPUB00020900; MCKPUB00020902; MCKPUB00020903.

Mr. Richardson gave fentanyl to Jacob Dolfi of Akron, Ohio, who then died from an overdose. On March 20, 2017, Mr. Richardson was sentenced to five years in prison.[1283]

1010.   Darshawn Antonio Richardson of Akron, Ohio pled guilty on March 24, 2016 in the Summit County Court of Common Pleas to trafficking in heroin.  On April 21, 2016, he was sentenced to two years of community control.[1284]

1011.   Lisa A. Richardson of Akron, Ohio pled guilty on October 4, 2018 in the Northern District of Ohio to offenses including conspiracy to possess with intent to distribute fentanyl and carfentanil, for actions between May 2016 and February 2018.[1285]  Ms. Richardson set up post office boxes for the purpose of receiving the narcotic shipments, and she delivered the narcotics to others for distribution in Akron.[1286]  Ms. Richardson is awaiting sentencing.[1287]

1012.   Marquise D. Richardson of Akron, Ohio pled guilty on April 20, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Mr. Richardson was sentenced to three years of community control.[1288]

1013.   Keith "K-Mack" Ricks of Cleveland, Ohio was convicted on June 8, 2015 in the Northern District of Ohio of conspiracy to possess with intent to distribute heroin.  Mr. Ricks was part of a conspiracy to bring heroin from Chicago and Atlanta and sell it throughout Greater

---

[1283] AKRON_000209946; SUMMIT_000064884; SUMMIT_001135899; AKRON_001151503; MCKPUB00008230; MCKPUB00008233; MCKPUB00008235; MCKPUB00008236; MCKPUB00008228.

[1284] AKRON_000218427; MCKPUB00009907; MCKPUB00009909; MCKPUB00009910.

[1285] MCKPUB00017638.

[1286] MCKPUB00017677.

[1287] MCKPUB00017670; MCKPUB00017680.

[1288] AKRON_000288527; MCKPUB00018269; MCKPUB00018271; MCKPUB00018272; MCKPUB00018675; MCKPUB00018677; MCKPUB00018678.

Cleveland between 2011 and 2013.  Prosecutors characterized the conspiracy as the largest-ever heroin bust in northeast Ohio.  Mr. Ricks obtained heroin from suppliers in Atlanta and then distributed the heroin to other traffickers in Cleveland.[1289]

1014.   Steven Riddle of Cleveland, Ohio pled guilty in the Northern District of Ohio on July 10, 2017 to offenses including possession with intent to distribute fentanyl.[1290]  On December 5, 2017, officers arrested Mr. Riddle on two outstanding warrants and found fentanyl.[1291]  On October 16, 2018, Mr. Riddle was sentenced to 240 months' imprisonment.[1292] He has filed a notice of appeal.[1293]

1015.   Sean Rieves of Maple Heights, Ohio was convicted on December 13, 2016 in the Cuyahoga County Court of Common Pleas of trafficking fentanyl and heroin.  Mr. Rieves was sentenced to twelve years in prison.[1294]

1016.   Desmond El Riley of Akron, Ohio, pled guilty on March 17, 2011, in the Summit County Court of Common Pleas, to trafficking in heroin and sentenced to 13 months in prison. Subsequently, on September 8, 2014, Mr. Riley pled guilty in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Riley was sentenced to one year of incarceration, suspended upon the condition that he completes a two-year term of community control.[1295]

---

[1289] MCKPUB00016070; MCKPUB00016066.

[1290] MCKPUB00021171; MCKPUB00021180.

[1291] MCKPUB00021178; MCKPUB00021159.

[1292] MCKPUB00021163.

[1293] MCKPUB00021170.

[1294] CUYAH_000030719; MCKPUB00020891; MCKPUB00020892; MCKPUB00020897.

[1295] AKRON_000205362; MCKPUB00010562; MCKPUB00010564; MCKPUB00010565; MCKPUB00010566; MCKPUB00010568; MCKPUB00010570; MCKPUB00010571; MCKPUB00010572.

1017.    Sovathana E. Rim of Cleveland, Ohio pled guilty on February 1, 2002 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Rim was sentenced to six years in prison.[1296]

1018.    Anthony D.M. Risten of Akron, Ohio pled guilty on June 9, 2016, in the Summit County Court of Common Pleas, to offenses including trafficking in heroin.  On June 9, 2016, he was sentenced to two years of community control.[1297]

1019.    Juan Rivera of Cleveland, Ohio, pled guilty on July 31, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Rivera was sentenced to two years of community control.[1298]

1020.    Jerome Rivers of Youngstown, Ohio pled guilty on July 31, 2017 in the Cuyahoga County Court of Common Pleas to trafficking heroin and U-47700 ("Pink").  Mr. Rivers was sentenced to 36 months in prison.[1299]

1021.    Calvin Roberts of Akron, Ohio pled guilty on May 9, 2013 in the Summit County Court of Common Pleas to trafficking heroin.  Mr. Roberts was sentenced to two years imprisonment.[1300]

1022.    Deshawn L. Roberts of Akron, Ohio pled guilty on August 7, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On August 10, 2015, he was sentenced to two years in prison.[1301]

---

[1296] CUYAH_006947578; MCKPUB00021138; MCKPUB00021139; MCKPUB00021141.

[1297] AKRON_000291595; MCKPUB00006922; MCKPUB00006924; MCKPUB00006925.

[1298] CUYAH_000033577; MCKPUB00015952; MCKPUB00015953; MCKPUB00015956.

[1299] CUYAH_000074070; MCKPUB00015587; MCKPUB00015589; MCKPUB00015592.

[1300] MCKPUB00008264; MCKPUB00008265; MCKPUB00008267.

[1301] AKRON_000286230; MCKPUB00010537; MCKPUB00010539; MCKPUB00010540.

1023.   Andre L. Robinson of Cleveland, Ohio pled guilty on March 26, 2009 in the Cuyahoga County Court of Common Pleas to trafficking OxyContin, and he was sentenced to two years in prison.[1302]

1024.   Darious Robinson (also known as Darius Robinson) of Akron, Ohio pled guilty on August 21, 2015 in the Northern District of Ohio to possession with the intent to distribute heroin.[1303]  He was sentenced on November 18, 2015 to 27 months in prison.[1304]

1025.   Jay J. Robinson of Akron, Ohio pled guilty on September 3, 2013 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron.  Mr. Robinson was sentenced to ten months in prison.[1305]

1026.   Oscar Curtis Robinson of Tallmadge, Ohio pled guilty on May 30, 2017 in the Northern District of Ohio to possession with intent to distribute fentanyl.[1306]  On October 27, 2016, Federal Bureau of Investigation ("FBI") agents were notified by the Medway Drug Task Force that a drug trafficker was on his way to Akron, Ohio.  Officers surveilled the van, and they observed Mr. Robinson exhibiting behavior consistent with hand-to-hand drug trafficking.  On February 2, 2017, officers arrested Mr. Robinson and searched his apartment, where they recovered drugs including fentanyl.  During sentencing, the judge remarked upon Mr. Ronbinson's "extraordinarily lengthy criminal history," and said, "[t]his is a defendant who is

---

[1302] CUYAH_000038326; MCKPUB00006587; MCKPUB00006588; MCKPUB00006591.
[1303] MCKPUB00009611.
[1304] MCKPUB00009612; MCKPUB00009618; MCKPUB00009623.
[1305] AKRON_000204406; MCKPUB00027649; MCKPUB00027650; MCKPUB00027652.
[1306] MCKPUB00029742; MCKPUB00029785.

putting the drugs in our community that are killing people, literally killing people in our community." On September 5, 2017, Mr. Robinson was sentenced to 118 months in prison.[1307]

1027.   Sabrina M. Robinson pled guilty on January 18, 2017 in the Northern District of Ohio to conspiracy to distribute and possess with intent to distribute fentanyl and acetyl fentanyl. Ms. Robinson conspired with others to obtain fentanyl from suppliers in China and distribute the drug people in Akron, Fairlawn, and elsewhere.  On May 3, 2017, Ms. Robinson was sentenced to ten years in federal prison.[1308]

1028.   Stanley L. Robinson of Akron, Ohio pled guilty on February 24, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Robinson and was sentenced to twelve months in prison for this offense.[1309]

1029.   Travon D. Robinson of Akron, Ohio pled guilty on April 12, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On August 3, 2016, he was sentenced to six years in prison.[1310]

1030.   William D. Robinson pled guilty on August 8, 2014 in the Northern District of Ohio to possession with intent to distribute and distribute heroin.  He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Mr. Robinson was sentenced to six months in prison.[1311]

---

[1307] MCKPUB00029742.

[1308] MCKPUB00020837; MCKPUB00020846; MCKPUB00020849; MCKPUB00020853; MCKPUB00020867; MCKPUB00020861; MCKPUB00020869.

[1309] MCKPUB00027694; MCKPUB00027695; MCKPUB00027698.

[1310] AKRON_000218157; MCKPUB00022300; MCKPUB00022304; MCKPUB00022305; MCKPUB00022308; MCKPUB00022364; MCKPUB00022295; MCKPUB00022299.

[1311] MCKPUB00022788.

1031.   Robert Lash Rodgers of Cuyahoga Falls, Ohio, was convicted on June 26, 2016 in the Summit County Court of Common Pleas of involuntary manslaughter and aggravated trafficking in drugs.  Mr. Rodgers had sold fentanyl to Kevin Snyder that led to Mr. Snyder's fatal overdose in August 2015.  Mr. Rodgers was sentenced to twelve years' imprisonment.[1312]

1032.   Alfonso Rodrigo of Warrensville Heights, Ohio pled guilty on February 26, 2018 in the Northern District of Ohio to conspiracy to possess with intent to distribute drugs, including conspiracy to possess with intent to distribute fentanyl.[1313]  Mr. Rodrigo participated in a conspiracy that spanned from January 1, 2010 to September 28, 2016, including by using vehicles to transport narcotics, distributing narcotics from a residence in Maple Heights, Ohio, and arranging for others to transport fentanyl from Yonkers, New York to Maple Heights, Ohio in March 2016.[1314]  On June 5, 2018, Mr. Rodrigo was sentenced to 200 months in prison.[1315]  Mr. Rodrigo had previously been convicted in the Cuyahoga County Court of Common Pleas of trafficking in heroin.[1316]

1033.   Octavio Rodrigo of Maple Heights, Ohio pled guilty on February 13, 2018 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute drugs including heroin and fentanyl.[1317]  Mr. Rodrigo participated in a conspiracy that spanned from January 1, 2010 to September 28, 2016.  Mr. Rodrigo used a residence in Maple Heights, Ohio to

---

[1312] AKRON_000200889; MCKPUB00020186; MCKPUB00020190; MCKPUB00020191; MCKPUB00020185.

[1313] MCKPUB00027706; MCKPUB00006320; MCKPUB00029786.

[1314] MCKPUB00006320.

[1315] MCKPUB00006403.

[1316] MCKPUB00006410; MCKPUB00006411; MCKPUB00006415; MCKPUB00006417; MCKPUB00006430.

[1317] MCKPUB00019199; MCKPUB00019116.

store and distribute narcotics, and he arranged for others to transport fentanyl from Yonkers, New York to Maple Heights, Ohio in March 2016.[1318]  On June 11, 2018, Mr. Rodrigo was sentenced to ten years in prison.[1319]

1034.   Rafael A. Rodriguez of Cleveland, Ohio pled guilty on September 24, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Rodriguez was sentenced to ten months in prison.[1320]

1035.   Roberto Thomas Rodriguez pled guilty on September 8, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Rodriguez was sentenced to eighteen months of community control.[1321]

1036.   Dayviaire Michael Rogers of Akron, Ohio pled guilty on December 5, 2013 in the Summit County Court of Common Pleas to trafficking in heroin.  On May 23, 2014, he was sentenced to eighteen months of community control.  Mr. Rogers was arrested during a drug transaction in a parking lot.[1322]  On August 24, 2016 in the Summit County Court of Common Pleas, he pled guilty again to trafficking in heroin.  On October 5, 2016, he was sentenced to one year in prison.[1323]

---

[1318] MCKPUB00019116.

[1319] MCKPUB00019201; MCKPUB00019208; MCKPUB00019210.

[1320] CUYAH_000039201; MCKPUB00019346; MCKPUB00019348; MCKPUB00019350.

[1321] AKRON_000201688; MCKPUB00020208; MCKPUB00020210; MCKPUB00020211.

[1322] AKRON_000298571; MCKPUB00010335; MCKPUB00010337; MCKPUB00010338.

[1323] AKRON_000223415; MCKPUB00010339; MCKPUB00010341; MCKPUB00010342.

1037.   Reginald Rogers of Akron, Ohio pled guilty on May 16, 2017 in the Summit County Court of Common Pleas to aggravated trafficking in drugs, namely fentanyl, for conduct that occurred in Akron.  Mr. Rogers was sentenced to one year of community control.[1324]

1038.   Rosalyn Rollins of Cleveland, Ohio pled guilty on January 5, 2007 in the Cuyahoga County Court of Common Pleas to offenses including deception to obtain a dangerous drug.  Specifically, during February and April  2006, she knowingly possessed a false prescription for, deceptively procured the administration of, a prescription for, or the dispensing of, fentanyl.  Ms. Rollins was sentenced to one year of community control.[1325]

1039.   Steven Ross of Cleveland, Ohio pled guilty on July 21, 2009 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Ross was sentenced to one year of community control.[1326]

1040.   Leonte Roulette of Cleveland, Ohio, pled guilty on May 24, 2017 in the Cuyahoga County Court of Common Pleas to trafficking acrylfentanyl.  He was sentenced to one year in prison.[1327]

1041.   Rasean Lamont Rush of Akron, Ohio was indicted on June 21, 2018 in the Summit County Court of Common Pleas on charges including aggravated trafficking in drugs.  On June 3, 2018, the Akron Police Department's Street Narcotics Units Detail executed a search warrant upon Mr. Rush's residence and recovered fentanyl, loaded handguns, a loaded rifle, and a digital scale.  The case against Mr. Rush is pending.[1328]

---

[1324] AKRON_001281583; MCKPUB00027700; MCKPUB00027703; MCKPUB00027704.
[1325] CUYAH_000034160; MCKPUB00020565; MCKPUB00020567; MCKPUB00020570.
[1326] CUYAH_000038875; MCKPUB00021182; MCKPUB00021183; MCKPUB00021190.
[1327] CUYAH_000073011; MCKPUB00003944; MCKPUB00003945; MCKPUB00003948.
[1328] AKRON_001276204; MCKPUB00027719; MCKPUB00027720; MCKPUB00027722.

1042.   Colen W. Rushin of Akron, Ohio was convicted on September 3, 2013 in the Summit County Court of Common Pleas of trafficking in heroin.  He was sentenced to two years of community control.[1329]

1043.   Tyshawn Russell of Cleveland, Ohio pled guilty on June 7, 2018 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Russell was sentenced to two years and six months in prison.[1330]

1044.   Derrick Sales pled guilty to involuntary manslaughter and aggravated drug trafficking, and he was sentenced to eight years in prison.  Mr. Sales distributed fentanyl to Sheena Marie Moore, who died of fentanyl toxicity in June 2016.[1331]

1045.   Muhammad Salett of Cleveland, Ohio pled guilty on April 4, 2017 in the Northern District of Ohio to possession with the intent to distribute fentanyl.[1332]  On July 13, 2017, Mr. Salett was sentenced to 78 months in prison.[1333]

1046.   DeWayne L. Sammons of Akron, Ohio pled guilty on January 25, 2013 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Mr. Sammons was sentenced to eighteen months of community control.[1334]

1047.   Mario Perez Sanchez, a Mexican national, pled guilty on October 27, 2015 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute

---

[1329] AKRON_000201045; MCKPUB00009060; MCKPUB00009061; MCKPUB00009063.
[1330] CUYAH_000079731; MCKPUB00022422; MCKPUB00022423; MCKPUB00022426.
[1331] SUMMIT_000070954; MCKPUB00010488.
[1332] MCKPUB00019008.
[1333] MCKPUB00019010.
[1334] AKRON_00200775; MCKPUB00019017; MCKPUB00019025.

heroin.[1335]  The conspiracy took place in Cuyahoga County and other counties in Northern Ohio from April 2012 through April 2015.  Mr. Sanchez used couriers, some of whom he and his co-conspirators had illegally brought to the United States from Mexico, to deliver heroin to their customers in Northern Ohio, including the far west suburbs of Cuyahoga County.[1336]  On August 2, 2016, Mr. Sanchez was sentenced to 78 months in prison.[1337]

1048.   William A. Sanders of Akron, Ohio pled guilty on June 23, 2011 in the Summit County Court of Common Pleas to trafficking in heroin.  On August 12, 2010, the Akron Police Department's Street Narcotics Uniform Detail executed a search warrant at Mr. Sanders's residence and recovered heroin packaged for sale, a rifle, a handgun, and digital scales.  Mr. Sanders was sentenced to four years in prison.[1338]

1049.   Willie L. Sanders, Jr. pled guilty on July 29, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin.  He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Mr. Sanders was sentenced to 188 months in prison.[1339]  Mr. Sanders had a prior conviction for trafficking in heroin.[1340]

1050.   Richard Sandy of Akron, Ohio pled guilty on May 18, 2015 in the Summit County Court of Common Pleas to involuntary manslaughter and aggravated trafficking in drugs.

---

[1335] MCKPUB00018204.

[1336] MCKPUB00018225.

[1337] MCKPUB00018212; MCKPUB00018218; MCKPUB00018227.

[1338] AKRON_001216574; MCKPUB00027725; MCKPUB00027726; MCKPUB00027728.

[1339] MCKPUB00022777; MCKPUB00022791; MCKPUB00022788.

[1340] AKRON_000204406; MCKPUB00027731; MCKPUB00027732; MCKPUB00027734.

Mr. Sandy sold heroin laced with fentanyl to Alicia Dice of Akron, Ohio, who died from fentanyl toxicity.  Mr. Sandy bragged to a neighbor that his drugs killed fifteen people, according to police reports.[1341]

1051.   Angel M. Santiago of Cleveland, Ohio pled guilty on October 6, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Santiago was sentenced to three years in prison.[1342]

1052.   Gregory T. Savage, Sr. of Cleveland, Ohio pled guilty on June 20, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1343]  Mr. Savage participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1344]  Mr. Savage was sentenced to 156 months in prison.[1345]

1053.   Kevin M. Scott of Cleveland, Ohio pled guilty on August 6, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1346]  Mr. Scott participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1347]  Mr. Scott was sentenced to three years of probation.[1348]

1054.   Ocey Scott of Cleveland, Ohio pled guilty on August 12, 2008 in the Cuyahoga County Court of Common Pleas to trafficking opioids, including heroin. Specifically, he

---

[1341] AKRON_001151503; MCKPUB00019574; MCKPUB00019577; MCKPUB00019581; MCKPUB00019578.

[1342] CUYAH_000039503: MCKPUB00006841; MCKPUB00006842; MCKPUB00006844.

[1343] MCKPUB00013896; MCKPUB00029809.

[1344] MCKPUB00014102.

[1345] MCKPUB00014087; MCKPUB00014089; MCKPUB00014105.

[1346] MCKPUB00016366; MCKPUB00029845; MCKPUB00029878.

[1347] MCKPUB00016573.

[1348] MCKPUB00016557; MCKPUB00016559; MCKPUB00016576.

unlawfully and knowingly sold or offered to sell heroin on school premises, in a school building, or within 1,000 feet of the boundaries of a school.  Mr. Scott was sentenced to one year of community control.[1349]

1055.   Jamesha A. Scurry of Akron, Ohio pled guilty on January 30, 2018 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely fentanyl.  She was given intervention in lieu of conviction.[1350]

1056.   Charles R. Seeley of Akron, Ohio pled guilty on May 13, 2010 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron.  He was sentenced to two years of incarceration, suspended provided that he complete three years of community control.[1351]

1057.   Danny M. Senter of Tallmadge, Ohio pled guilty on May 19, 2014 in the Summit County Court of Common Pleas to trafficking in heroin, and he was sentenced to one year in prison.[1352]

1058.   Jack C. Shaffer of Akron, Ohio pled guilty on December 11, 2014 in the Summit County Court of Common Pleas to involuntary manslaughter and corrupting another with drugs.  Mr. Shaffer gave Julia Robbins of Akron, Ohio a fatal overdose of heroin.  On January 28, 2015, Mr. Shaffer was sentenced to three years in prison.[1353]

---

[1349] CUYAH_000038584; MCKPUB00019086; MCKPUB00019087; MCKPUB00019090.

[1350] MCKPUB00027736; MCKPUB00027740; MCKPUB00027742; MCKPUB00027743.

[1351]AKRON_001216354; AKRON_001272421; MCKPUB00027745; MCKPUB00027746; MCKPUB00027749.

[1352] AKRON_000201417; MCKPUB00009529; MCKPUB00009530; MCKPUB00009532.

[1353] AKRON_001151503; MCKPUB00014534; MCKPUB00014542; MCKPUB00014543; MCKPUB00014539.

1059.   Marquis D. Shamell of Akron, Ohio pled guilty on July 20, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Mr. Shamell was sentenced to two years of incarceration.[1354]

1060.   Amanda M. Shaw of Akron, Ohio was convicted in the Summit County Court of Common Pleas on November 13, 2013 and April 10, 2014 of trafficking in heroin.[1355]

1061.   Antwoine D. Sheffield of Akron, Ohio pled guilty on May 1, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.  On September 12, 2013, the Akron Police Department's Street Narcotics Units Detail and SWAT team executed a search warrant at his father's apartment in Akron and recovered heroin, three firearms, syringes, and digital scales. Mr. Sheffield's father said that he regularly accepted drugs from Mr. Sheffield and held drugs inside of the apartment for Mr. Sheffield.  Mr. Sheffield was sentenced to one year of incarceration, suspended provided that he complete two years of community control.[1356]

1062.   Marquess Shepard of Akron, Ohio pled guilty on February 22, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin and prohibition of conveyance of drugs of abuse onto grounds of a detention facility, for conduct that occurred in Akron.  He was sentenced to thirty months in prison.[1357]

1063.   Leamon Shephard of Cleveland, Ohio pled guilty on February 27, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute one

---

[1354] MCKPUB00027752; MCKPUB00027753; MCKPUB00027756.

[1355] AKRON_000201153; MCKPUB00006552; MCKPUB00006554; MCKPUB00006555; MCKPUB00006556; MCKPUB00006558; MCKPUB00006559.

[1356] AKRON_001217583; MCKPUB00027759; MCKPUB00027760; MCKPUB00027763.

[1357] AKRON_001290062; MCKPUB00027765; MCKPUB00027766; MCKPUB00027769.

kilogram or more of heroin.[1358]  Mr. Shephard participated in a heroin trafficking conspiracy that operated from September 2011 to September 2013,[1359] including by pooling money with others to bring heroin from Atlanta, Georgia to Cleveland, Ohio and by selling heroin to other distributors.  On February 22, 2013, Mr. Shephard distributed heroin to a confidential informant in Euclid, Ohio.[1360]  On July 22, 2015, Mr. Shephard was sentenced to 76 months in prison.[1361]

1064.   Juan D. Sheppard of Akron, Ohio pled guilty on September 11, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On September 4, 2014, Akron police officers received a tip that described an individual driving a vehicle and trying to sell large amounts of heroin.  Officers located Mr. Sheppard in a vehicle matching the description and stopped the vehicle.  Mr. Sheppard tried to conceal evidence by forcing a female passenger to place a bag of heroin in her vagina.  Mr. Sheppard was sentenced to two years in prison.[1362]

1065.   James A. Shipman of Fairview Park, Ohio pled guilty on June 23, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Shipman was sentenced to two years of community control.[1363]

1066.   Leroy Shuarod Steele of Akron, Ohio pled guilty in 2017 to conspiracy to possess with intent to distribute fentanyl and distribution of fentanyl.  Mr. Steele obtained fentanyl from

---

[1358] MCKPUB00017369; MCKPUB00029880; MCKPUB00029916.

[1359] MCKPUB00017586.

[1360] MCKPUB00017369.

[1361] MCKPUB00017560; MCKPUB00017566; MCKPUB00017569.

[1362] AKRON_001145139; AKRON_000201818; MCKPUB00015938; MCKPUB00015940; MCKPUB00015941; MCKPUB00015942; MCKPUB00015944; MCKPUB00015945; MCKPUB00015946; MCKPUB00015949; MCKPUB00015950; MCKPUB00015951.

[1363] CUYAH_000033120; MCKPUB00014986; MCKPUB00014987; MCKPUB00014989.

suppliers in China and distributed them to people in Akron, Fairlawn, and elsewhere in Ohio, including to a person who suffered a fatal overdose on March 21, 2016.[1364] On April 26, 2017, Mr. Steele was sentenced to twenty years in prison.[1365]

1067. Matt E. Shocklee pled guilty on July 24, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin. He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014. Mr. Shocklee was sentenced to four years of probation.[1366]

1068. Damon D. Sibley of Akron, Ohio, was indicted on April 4, 2018, in the Summit County Court of Common Pleas, of offenses including aggravated trafficking in drugs (fentanyl) and trafficking in heroin. His case is pending.[1367]

1069. Gary Simpson of Cleveland Heights, Ohio, pled guilty on January 10, 2018 in the Cuyahoga County Court of Common Pleas to offenses including trafficking heroin and fentanyl. Mr. Simpson was sentenced to six years in prison.[1368]

1070. Dustin Sinkovic of Cleveland, Ohio pled guilty on January 22, 2007 in the Cuyahoga County Court of Common Pleas to possession or trafficking of counterfeit controlled

---

[1364] MCKPUB00017599; MCKPUB00017606; MCKPUB00017609; MCKPUB00017613; MCKPUB00017618.

[1365] MCKPUB00017620.

[1366] MCKPUB00017599; MCKPUB00017606; MCKPUB00017609; MCKPUB00017613; MCKPUB00018304.

[1367] AKRON_0003254145; MCKPUB00009280; MCKPUB00009282; MCKPUB00009290; MCKPUB00009292; MCKPUB00009293; MCKPUB00009294.

[1368] CUYAH_000077157; MCKPUB00013549; MCKPUB00013550; MCKPUB00013555.

substances (counterfeit heroin).  Mr. Sinkovic was sentenced to two years of community control.[1369]

1071.  Jeffrey Howard Sires of Akron, Ohio pled guilty on July 20, 2011 in the Summit County Court of Common Pleas to trafficking in heroin, for conduct that occurred in Akron.  Mr. Sires was sentenced to prison for 23 months.[1370]

1072.  Christopher James Small of Akron, Ohio pled guilty on March 24, 2016 in the Summit County Court of Common Pleas to trafficking in heroin.  On April 21, 2016, he was sentenced to two years of community control.[1371]

1073.  Anthony Armani Smith of Akron, Ohio pled guilty on October 1, 2018 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On October 31, 2018, he was sentenced to two years of community control.[1372]

1074.  Daryl R. Smith of Akron, Ohio pled guilty on December 9, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.  On January 6, 2015, he was sentenced to one year of incarceration, although the sentence was suspended upon the condition that Mr. Smith complete two years of community control.[1373]

---

[1369] CUYAH_000034495; MCKPUB00011857; MCKPUB00011858; MCKPUB00011861.

[1370] AKRON_001157975; MCKPUB00027772; MCKPUB00027773; MCKPUB00027775.

[1371] AKRON_000218427; AKRON_001287228; MCKPUB00009001; MCKPUB00009004; MCKPUB00009006; MCKPUB00009007.

[1372] AKRON_001142801; MCKPUB00006888; MCKPUB00006890; MCKPUB00006891.

[1373] AKRON_000297289; MCKPUB00009917; MCKPUB00009919; MCKPUB00009920.

1075.   Julio J. Smith, Sr. of Maple Heights, Ohio pled guilty on March 31, 2006 in the Cuyahoga Court of Common Pleas to trafficking heroin.  On May 4, 2006, Mr. Smith was sentenced to eighteen months of community control.[1374]

1076.   Kevin Smith of Akron, Ohio pled guilty on July 13, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to eighteen months of community control.[1375]

1077.   Mario D. Smith of Cleveland, Ohio pled guilty on October 27, 2016 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Smith was sentenced to three years in prison.[1376]

1078.   Roland Smith of Cleveland, Ohio pled guilty on August 11, 2016 in the Northern District of Ohio to conspiracy to possess with intent to distribute fentanyl and heroin.[1377]  Mr. Smith maintained premises for the purposes of distributing drugs.  During sentencing, the Government noted Mr. Smith's prior conviction for drug trafficking and said that "the moment he got out of jail. . . . he was being investigated," and "he came out a much, much better criminal this time."[1378]  Mr. Smith was sentenced on November 16, 2016 to 78 months in prison.[1379]

1079.   Shane Smith of Akron, Ohio pled guilty on March 11, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Smith was given intervention in lieu of

---

[1374] CUYAH_000021000; MCKPUB00015958; MCKPUB00015959; MCKPUB00015962.

[1375] AKRON_000220016; MCKPUB00016586-16587; MCKPUB00016588; MCKPUB00016589.

[1376] CUYAH_000031231; MCKPUB00018228; MCKPUB00018229-18231; MCKPUB00018232.

[1377] MCKPUB00020480; MCKPUB00029940.

[1378] MCKPUB00029940.

[1379] MCKPUB00020483; MCKPUB00020490; MCKPUB00020495.

conviction and placed in the Turning Point Program, but he was terminated from the program on January 7, 2019 due to numerous violations during the program.[1380]

1080.   Timothy L. Smith of Cleveland, Ohio pled guilty on January 12, 2017 in the Northern District of Ohio to possession with intent to distribute heroin.[1381]  Mr. Smith was arrested in the course of an FBI investigation into a ring of drug dealers on the east side of Cleveland.  On May 3, 2017, Mr. Smith was sentenced to 31 months in prison.[1382]

1081.   Dean R. Snider, Jr. of Cleveland, Ohio pled guilty on February 12, 2008 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Snider was sentenced to two years of community control.[1383]

1082.   Dustin W. Somerville pled guilty on March 23, 2018 in the Northern District of Ohio to possession with intent to distribute a substance containing carfentanil.  Mr. Somerville was sentenced on June 8, 2018 to 38 months in prison.[1384]

1083.   Angelo Isaiah Sommerville of Akron, Ohio pled guilty on August 29, 2011 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to two years of community control.  On June 20, 2018, he pled guilty in the Summit County Court of

---

[1380] MCKPUB00027814; MCKPUB00027817; MCKPUB00027818.

[1381] MCKPUB00022214.

[1382] MCKPUB00027821; MCKPUB00022223; MCKPUB00022230.

[1383] CUYAH_000037639; MCKPUB00010355; MCKPUB00010357; MCKPUB00010359.

[1384] MCKPUB00009250; MCKPUB00009252; MCKPUB00009254; MCKPUB00009255; MCKPUB00009257.

Common Pleas to offenses including aggravated trafficking in drugs, namely oxycodone.  On August 22, 2018, he was sentenced to two years of community control.[1385]

1084.   Alfonso C. Soto pled guilty on June 14, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Soto was sentenced to one year of community control.[1386]

1085.   Phillip Southall of Warrensville Heights, Ohio pled guilty on January 23, 2007 in the Cuyahoga County Court of Common Pleas to trafficking opioids, including heroin.  Mr. Southall was sentenced to three years in prison.[1387]

1086.   Arvis D. Spears of Akron, Ohio pled guilty on April 10, 2017 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely carfentanil.  He was sentenced to two years in prison.[1388]

1087.   Maurice Edwards Speaight, Jr. of Akron, Ohio pled guilty on January 16, 2013 in the Summit County Court of Common Pleas to trafficking in heroin, and he was sentenced to eighteen months of community control.  In addition, Mr. Speaight pled guilty on March 16, 2016 in the Summit County Court of Common Pleas to trafficking of heroin, and he was sentenced to two years imprisonment.[1389]

---

[1385] AKRON_000206159; SUMMIT_000458276; SUMMIT_000721680; MCKPUB00006873; MCKPUB00006875; MCKPUB00006876; MCKPUB00006878; MCKPUB00006881; MCKPUB00006883.

[1386] CUYAH_000033120; MCKPUB00006297; MCKPUB00006298; MCKPUB00006300.

[1387] CUYAH_000034312, MCKPUB00019292; MCKPUB00019293; MCKPUB00019296.

[1388] AKRON_000292611; MCKPUB00007506; MCKPUB00007508; MCKPUB00007509.

[1389] AKRON_001145786; AKRON_000204267; AKRON_000286152; MCKPUB00018333; MCKPUB00018335; MCKPUB00018336; MCKPUB00018337; MCKPUB00018340; MCKPUB00018341.

1088.   Michael Steele, Jr. of Cleveland, Ohio pled guilty on March 7, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Steele was sentenced to two years in prison.[1390]

1089.   Alec Steinberger of Highland Heights, Ohio pled guilty in the Northern District of Ohio on August 1, 2017 to offenses including distribution of furanyl fentanyl with a death enhancement and possession with intent to distribute furanyl fentanyl.[1391]  On January 30, 2016, Mr. Steinberger received by mail furanyl fentanyl that originated in China.  On February 25, 2016, Mr. Steinberger's customer, Laith Hudson, suffered a fatal overdose after ingesting furanyl fentanyl that he bought from Mr. Steinberger.  On November 1, 2017, Mr. Steinberger was sentenced to twelve years' imprisonment.[1392]

1090.   Jonathan Stepp of Cleveland, Ohio pled guilty on March 22, 2017 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute drugs including heroin and fentanyl, as well as distribution of heroin.[1393]  Mr. Stepp participated in a conspiracy that spanned from January 1, 2010 to September 28, 2016, including by purchasing heroin for redistribution in Northeast Ohio.  On January 30, 2015 and March 19, 2015, Mr. Stepp sold heroin to a confidential source.[1394]   On June 28, 2017, Mr. Stepp was sentenced to 108 months in prison.[1395]

---

[1390] CUYAH_000034259; MCKPUB00029976; MCKPUB00029978; MCKPUB00029981.

[1391] MCKPUB00006284; MCKPUB00006292.

[1392] MCKPUB00006290; MCKPUB00011864.

[1393] MCKPUB00015697; MCKPUB00029983.

[1394] MCKPUB00015697.

[1395] MCKPUB00015780; MCKPUB00015782.

1091.  Raamses Coleus Stevens of Akron, Ohio pled guilty on October 17, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin and corrupting another with drugs.  He was sentenced to one year in prison.[1396]

1092.  Mario R. Stewart of Maple Heights, Ohio pled guilty on August 7, 2018 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl, carfentanil, and heroin.  Mr. Stewart was sentenced to 36 months in prison.[1397]

1093.  Derek Scott Stiggers of Akron, Ohio, pled guilty on May 22, 2018 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  He was sentenced to five years in prison.[1398]

1094.  Tremayne R. Stone of Akron, Ohio pled guilty on January 6, 2010 in the Summit County Court of Common Pleas to trafficking in heroin, for conduct that occurred in Akron.  He was sentenced to five years of incarceration, suspended provided that he complete two years of community control.[1399]

1095.  Richard Stormer of Brooklyn, Ohio pled guilty on January 22, 2007 in the Cuyahoga County Court of Common Pleas to distributing counterfeit opioids, including counterfeit heroin.  Mr. Stormer was sentenced to six months in the Cuyahoga County Jail.[1400]

---

[1396] AKRON_000212335; SUMMIT_001138100; SUMMIT_001138183; SUMMIT_000064880; MCKPUB00019342; MCKPUB00019345.

[1397] CUYAH_000080248; MCKPUB00018235; MCKPUB00018236; MCKPUB00018239.

[1398] AKRON_000206457; MCKPUB00010460; MCKPUB00010463; MCKPUB00010469; MCKPUB00010471.

[1399] AKRON_001157391; MCKPUB00027845; MCKPUB00027846; MCKPUB00027849.

[1400] CUYAH_000034495; MCKPUB00019582; MCKPUB00019583; MCKPUB00019586.

1096.   Tramonte Lamar Stroud of Akron, Ohio, pled guilty on December 1, 2016 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely fentanyl.  He was sentenced to two years of community control.[1401]

1097.   Justin Sudimak pled guilty in the Northern District of Ohio on May 10, 2013 to conspiracy to distribute and to possess with the intent to distribute heroin, in violation of 21 U.S.C. § 846.  The conduct occurred in locations including Akron, Ohio.  On August 9, 2013, Mr. Sudimak was sentenced to eight months in prison (time served).[1402]

1098.   Anthony L. Suggs of Akron, Ohio, pled guilty on July 9, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.  On April 10, 2015, Mr. Suggs was sentenced to three years in prison.[1403]

1099.   Larry L. Sullivan, Jr. pled guilty on July 25, 2014 in the Northern District of Ohio to possession with intent to distribute and distribute heroin.  He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Mr. Sullivan was sentenced to 63 months in prison.[1404]

1100.   Justin Sulzmann of Fairview Park, Ohio pled guilty on April 7, 2009 in the Cuyahoga Court of Common Pleas to attempted trafficking of heroin.  Mr. Sulzmann was sentenced to six months in jail.[1405]

---

[1401] AKRON_000206233; MCKPUB00022288; MCKPUB00022289; MCKPUB00022291; MCKPUB00022292.

[1402] MCKPUB00016005; MCKPUB00016011.

[1403] AKRON_000205256; MCKPUB00027851; MCKPUB00006940; MCKPUB00006946; MCKPUB00006950; MCKPUB00006953; MCKPUB00006954; MCKPUB00006955.

[1404] MCKPUB00017119.

[1405] CUYAH_000039846; MCKPUB00003307; MCKPUB00003308; MCKPUB00003311.

1101.   Ryan "TJ" Sumlin was convicted by a jury in 2018 on charges of distribution of fentanyl and heroin that resulted in death, possession with intent to distribute fentanyl, and possession with intent to distribute heroin.  Mr. Sumlin sold a mix of fentanyl and heroin to Carrie Dobbins of Akron, Ohio on March 28, 2015, without telling her he had mixed in fentanyl.  Ms. Dobbins then died from an overdose.  Mr. Sumlin continued to sell fentanyl after hearing of Ms. Dobbins's death, and even after his arrest.  On August 23, 2018, Mr. Sumlin was sentenced to life in prison and was ordered to pay restitution of $4,639.85 to cover the cost of the Ms. Dobbins's funeral.[1406]

1102.   Alonzo B. Sykes pled guilty on July 23, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin, as well as possession with intent to distribute and distribute heroin.  He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Mr. Sykes was sentenced to 135 months in prison.[1407]

1103.   Allen Taborn of Cleveland, Ohio pled guilty on October 22, 2007 in the Cuyahoga County Court of Common Pleas to knowingly selling or offering to sell, and trafficking in heroin.   Mr. Taborn was sentenced to two years of community control on November 26, 2007.[1408]

1104.   Dangelo Tapley of Akron, Ohio pled guilty in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs (fentanyl), attempted

---

[1406] MCKPUB00020631; MCKPUB00020633.

[1407] MCKPUB00006482; MCKPUB00006501; MCKPUB00006498.

[1408] MCKPUB00006477; MCKPUB00006478; MCKPUB00006480.

participation in a criminal gang, and carrying a concealed weapon.[1409]  On February 20, 2018, Mr. Tapley was arrested in the course of police investigation of suspected gang activity, including at Mr. Tapley's house.  In their arrest of Mr. Tapley and others in a vehicle that had just departed the house, detectives from the Akron Police Department's Gang Unit and Gun Violence Reduction Team recovered a bulletproof vest and two loaded pistols.  In their subsequent search of the house, officers recovered fentanyl, two loaded pistols, and digital scales.  Mr. Tapley and two others were identified as members of the "Grimey 90's gang."[1410] Mr. Tapley was sentenced to a prison for three years, with the sentence suspended upon the condition that Mr. Tapley complete three years of community control.[1411]

1105.   Michael S. Tatum of Akron, Ohio pled guilty on December 5, 2013 in the Summit County Court of Common Pleas to trafficking in heroin, for conduct that occurred in Akron.  He was sentenced to eighteen months of incarceration for this offense, suspended provided that he complete two years of community control.[1412]

1106.   James M. Taylor of Akron, Ohio pled guilty on February 7, 2013 in the Summit County Court of Common Pleas to trafficking in heroin.  On March 18, 2013, he was sentenced to two years in prison.[1413]

---

[1409]MCKPUB00027853; MCKPUB00027854; MCKPUB00027856; MCKPUB00027865.

[1410] AKRON_001132227.

[1411] MCKPUB00027853; MCKPUB00027854; MCKPUB00027856; MCKPUB00027865.

[1412] AKRON_001217676; MCKPUB00027870; MCKPUB00027871; MCKPUB00027873.

[1413] AKRON_000204616; MCKPUB00015133; MCKPUB00015135; MCKPUB00015136; MCKPUB00015137.

1107.   Lavell Taylor of Cleveland, Ohio, pled guilty on November 29, 2016 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl and heroin.  Mr. Taylor was sentenced to one year in prison.[1414]

1108.   Willie Taylor of Cleveland, Ohio pled guilty on November 9, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Taylor was sentenced to one year of community control.[1415]

1109.   Gus C. Tell, Jr. pled guilty on January 15, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.  According an email report of an Akron police officer, Mr. Tell was "once again" selling heroin in Akron.  Mr. Tell was sentenced to 12 months of incarceration.[1416]

1110.   Robert Tepper of Akron, Ohio pled guilty on April 5, 2017 in the Summit County Court of Common Pleas to involuntary manslaughter.  Mr. Tepper had administered a fatal dose of fentanyl to his wife, Karen Tepper.  On April 12, 2017, Mr. Tepper was sentenced to three years in prison.[1417]

1111.   Trevez M. Terrell of Mansfield, Ohio pled guilty on July 13, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On July 20, 2015, he was sentenced to twelve months in prison.[1418]

---

[1414] CUYAH_000031627; MCKPUB00017352; MCKPUB00017353; MCKPUB00017355.

[1415] CUYAH_000036745; MCKPUB00022794; MCKPUB00022795; MCKPUB00022798.

[1416] AKRON_000374687; MCKPUB00027876; MCKPUB00027877; MCKPUB00027880.

[1417] SUMMIT_000119179; SUMMIT_001138729; MCKPUB00019599; MCKPUB00019602; MCKPUB00019604; MCKPUB00019605.

[1418] AKRON_000286477; MCKPUB00022334; MCKPUB00022336; MCKPUB00022337.

1112.   David Thomas, Jr. of Akron, Ohio pled guilty on February 3, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  On November 12, 2014, police officers spotted Mr. Thomas making a hand-to-hand transaction, and, in a search incident to arrest, officers recovered several bags of heroin.  The court sentenced Mr. Thomas to eighteen months in prison.[1419]

1113.   David Leroy Thomas pled guilty on November 27, 2012 in the Summit County Court of Commons Pleas to offenses including trafficking in heroin.  Mr. Thomas was sentenced to three years of community control.[1420]

1114.   Kenneth M. Thomas of Akron, Ohio pled guilty on April 29, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.[1421]  Mr. Thomas was sentenced to eleven months in prison.

1115.   Raffael D. Thomas of Akron, Ohio, pled guilty to offenses including involuntary manslaughter and corrupting another with drugs, and he was sentenced to five years in prison.  Mr. Thomas had sold fentanyl to a Barberton woman who overdosed on the drug in April 2015.[1422]

1116.   Rashaad Maurice Thomas of Akron, Ohio, was convicted on August 26, 2014 in the Summit County Court of Common Pleas of trafficking in heroin.[1423]

1117.   Stephen A. Thomas of Maple Heights, Ohio, a corrections officers at Cuyahoga County Jail, was indicted on May 16, 2019 in the Cuyahoga County Court of Common Pleas on

---

[1419] AKRON_001145255; MCKPUB00027883; MCKPUB00027884; MCKPUB00027886.

[1420] MCKPUB00027888; MCKPUB00027889; MCKPUB00027892.

[1421] AKRON_000207995; AKRON_000211947; MCKPUB00016287; MCKPUB00016289.

[1422] SUMMIT_001141093; MCKPUB00019378.

[1423] AKRON_000201181; MCKPUB00019403; MCKPUB00019405; MCKPUB00019406.

counts including illegal conveyance of drugs of abuse onto grounds of a governmental facility, trafficking in a fentanyl-related compound, trafficking in heroin, and corrupting another with drugs.[1424]  Mr. Thomas is accused of smuggling heroin and a fentanyl-related compound into Cuyahoga County Jail for the purpose of selling it to inmates, and selling it to inmates including to Kelly Angle on January 18, 2019, who overdosed but lived, and David Sowell on May 8, 2019.[1425]  On May 8, 2019, Mr. Thomas was seen on surveillance video going into Mr. Sowell's cell and selling him the opioids; Mr. Thomas was arrested later that day.[1426]  Cuyahoga County Assistant Prosecutor Matthew Meyer said in a court hearing that investigators have evidence that Mr. Thomas was part of a larger drug- and contraband-smuggling ring.[1427]  The case against Mr. Thomas is pending.[1428]

1118.  Tamartus Thomas of Cleveland, Ohio pled guilty on October 29, 2018 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Thomas was sentenced to eighteen months in prison.[1429]

1119.  Trevon Thomas of Akron, Ohio pled guilty on January 29, 2016 in the Summit County Court of Common Pleas to involuntary manslaughter and aggravated trafficking in drugs.  Mr. Thomas sold heroin and fentanyl to Carissa Ewing, who died of an overdose.  Mr. Thomas was sentenced to seven years in prison.[1430]

---

[1424] CUYAH_002399328; MCKPUB00029992.

[1425] MCKPUB00029986; MCKPUB00029992.

[1426] MCKPUB00029988.

[1427] *Id.*

[1428] MCKPUB00029985.

[1429] CUYAH_000080731; MCKPUB00021442; MCKPUB00021443; MCKPUB00021448.

[1430] SUMMIT_000064880; MCKPUB00022338; MCKPUB00022343; MCKPUB00022344; MCKPUB00029998.

1120.    Reginald C. Thomas-Robinson of Cleveland, Ohio pled guilty on April 10, 2013 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Thomas-Robinson was sentenced to fourteen months in prison.[1431]

1121.    Dionte Thompson of Cleveland, Ohio pled guilty on December 30, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1432]  Mr. Thompson participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1433]  Mr. Thompson was sentenced to 151 months in prison.[1434]

1122.    Garland J. "Chill" Thompson pled guilty on July 3, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin.  He was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for his role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Mr. Thompson was sentenced to 130 months in prison.[1435]

1123.    Gary Blaine Thompson pled guilty on January 4, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron, Ohio.  He was sentenced to five years in prison.[1436]

1124.    Terrick Thompson of Akron, Ohio pled guilty on May 29, 2018 in the Northern District of Ohio to possession with intent to distribute a controlled substance, including mixtures

---

[1431] CUYAH_000054398; MCKPUB00019468; MCKPUB00019469; MCKPUB00019471.

[1432] MCKPUB00010830; MCKPUB00030000; MCKPUB00030038.

[1433] MCKPUB00011039.

[1434] MCKPUB00011021; MCKPUB00011023; MCKPUB00011042.

[1435] MCKPUB00013506; MCKPUB00013518; MCKPUB00013521.

[1436] AKRON_001218215; MCKPUB00027895; MCKPUB00027896; MCKPUB00027899.

containing detectable amounts of fentanyl, heroin, and carfentanil.  Mr. Thompson was sentenced to 152 months in prison.  Mr. Thompson had a prior conviction for aggravated trafficking in drugs, namely fentanyl.[1437]

1125.   Tymaine Tedall Thompson of Akron, Ohio, was convicted in the Summit County Court of Common Pleas on March 1, 2017 of trafficking in heroin and aggravated trafficking in drugs.  On May 1, 2017, Mr. Thompson was sentenced to one year in prison.[1438]

1126.   Paris D. Timmons of Akron, Ohio pled guilty on December 1, 2016 in the Summit County Court of Common Pleas of offenses including aggravated trafficking in drugs, for conduct involving opioids.  On January 26, 2017, Ms. Timmons was sentenced to two years of community control.[1439]

1127.   Anthony L. Townsend of Akron, Ohio pled guilty on May 20, 2013 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Townsend was sentenced on June 3, 2013 to one year in prison, to run concurrently with prior convictions, for a total sentence of three years.[1440]

1128.   Tremaine L. "Juice" Townsend of Akron, Ohio pled guilty on May 16, 2013 in the Northern District of Ohio to conspiracy to distribute and to possess with the intent to distribute heroin, in violation of 21 U.S.C. § 846.  The conduct occurred in locations including

---

[1437] SUMMIT_000071039; SUMMIT_001505077; MCKPUB00021867; MCKPUB00021875.

[1438] AKRON_000200981; AKRON_000202961; MCKPUB00022364; MCKPUB00022368; MCKPUB00022369; MCKPUB00030071; MCKPUB00030072; MCKPUB00030074; MCKPUB00030075.

[1439] AKRON_000212461, MCKPUB00019249; MCKPUB00019252.

[1440] AKRON_000204739; MCKPUB00023754; MCKPUB00023756; MCKPUB00023757.

Akron.  On September 13, 2013, Mr. Townsend was sentenced to 60 months in prison.  Mr. Townsend's prison term was subsequently reduced to 49 months.[1441]

1129.   Chauncy A. Travis of Akron, Ohio pled guilty on April 5, 2013 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to eighteen months of community control.[1442]

1130.   Amonte L. Trice of Akron, Ohio pled guilty on June 18, 2015 in the Summit County Court of Common Pleas to trafficking in heroin, for conduct that occurred in Akron.  Mr. Trice was sentenced to six months in prison for this offense.[1443]

1131.   Preston Tucker of Maple Heights, Ohio pled guilty on December 19, 2006 in the Cuyahoga County Court of Common Pleas to trafficking opioids, including heroin.  Mr. Tucker was sentenced to five years of community control.[1444]

1132.   Tevaris Tucker of Bedford, Ohio pled guilty on June 26, 2013 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Tucker was sentenced to one and one half years of community control.[1445]

1133.   Willie S. Tullis of Akron, Ohio pled guilty on August 8, 2016 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in heroin, fentanyl, and oxycodone.  Mr. Tullis was sentenced to three years of incarceration, which was suspended on the condition that he complete three years of community control.  On August 29, 2017, Mr.

---

[1441] MCKPUB00022309; MCKPUB00022310; MCKPUB00022321; MCKPUB00022327.
[1442] AKRON_000204629; MCKPUB00008908; MCKPUB00008911; MCKPUB00008912.
[1443] AKRON_001218931; MCKPUB00027903; MCKPUB00027904; MCKPUB00027906.
[1444] CUYAH_000034090, MCKPUB00019333; MCKPUB00019334; MCKPUB00019339.
[1445] CUYAH_000055327; MCKPUB00021916; MCKPUB00021917; MCKPUB00021920.

Tullis pled guilty in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Mr. Tullis was sentenced to four years of incarceration.[1446]

1134.   Devonte Rueben Turner was convicted on September 30, 2016 in the Summit County Court of Common Pleas of involuntary manslaughter, corrupting another with drugs, and trafficking in heroin, and he was sentenced to ten years in prison.  Mr. Turner provided carfentanil to David Chapman of Akron, Ohio, who died of an overdose on July 6, 2016, as well as to Misty McGraw of Akron, Ohio, who died of an overdose on July 11, 2016.[1447]

1135.   Joe Louis Turner II was convicted on September 14, 2017 in the Summit County Court of Common Pleas of involuntary manslaughter and corrupting another with drugs.  Mr. Turner sold carfentanil to Belinda Godfrey of Akron, Ohio, who died of an overdose on September 22, 2016, as well as to an Akron man who non-fatally overdosed.  Mr. Turner was sentenced to seven years in prison.[1448]

1136.   Marshay L. Turner of Maple Heights, Ohio pled guilty on June 12, 2018 in the Cuyahoga County Court of Common Pleas to trafficking heroin, fentanyl, and carfentanil.  Ms. Turner was placed in intervention in lieu of conviction.[1449]

---

[1446] AKRON_000205918; MCKPUB00022801; MCKPUB00022804; MCKPUB00022806; MCKPUB00030076; MCKPUB00030078; MCKPUB00030079.

[1447] AKRON_000294908; AKRON_001151503; MCKPUB00010805; MCKPUB00010807; MCKPUB00010808; MCKPUB00010811; MCKPUB00010812.

[1448] AKRON_001220880; MCKPUB00015641; MCKPUB00015645; MCKPUB00015648; MCKPUB00015650; MCKPUB00015651.

[1449] CUYAH_000079139; MCKPUB00018273; MCKPUB00018274; MCKPUB00018277.

1137.  Michael D. Tyler of Akron, Ohio pled guilty on March 23, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  He was sentenced to seven years in prison.[1450]

1138.  Elizabeth Ulrey of Akron, Ohio, pled guilty in April 2016 to involuntary manslaughter and corrupting another with drugs.  Ms. Ulrey sold fentanyl to a Cuyahoga Falls man who died after injecting what he believed to be heroin.  She was sentenced to four years in prison.[1451]

1139.  Ambray Underwood of Cleveland, Ohio pled guilty on July 19, 2018 in the Cuyahoga Court of Common Pleas to trafficking fentanyl.  He was sentenced to four years of community control.[1452]

1140.  David Urrabazo-Maldonado, Jr. pled guilty on April 17, 2018 in the Northern District of Ohio to offenses including conspiracy with intent to distribute and to distribute drugs including heroin and fentanyl, distribution of heroin, and possession with intent to distribute fentanyl.[1453]  Mr. Urrabazo-Maldonado participated in a conspiracy that spanned from January 1, 2010 to September 28, 2016, including by distributing heroin on September 23, 2015.  According to the indictment, on or about February 20, 2016, Mr. Urrabazo-Maldonado attempted to transport cash from either Washington, D.C. or New York City to Cleveland, Ohio.  On March

---

[1450] AKRON_000288850; MCKPUB00018675; MCKPUB00018677; MCKPUB00018678.

[1451] AKRON_000212087; SUMMIT_001138006; SUMMIT_001138009; MCKPUB00012271; MCKPUB00012273; MCKPUB00012274; MCKPUB00012275.

[1452] CUYAH_000032047; MCKPUB00006560; MCKPUB00006563; MCKPUB00006564.

[1453] MCKPUB00010228.

21, 2016, Mr. Urrabazo-Maldonado received a delivery containing approximately fentanyl.[1454]
On April 19, 2018, Mr. Urrabazo-Maldonado was sentenced to ten years in prison.[1455]

1141.   Michael Vaden of Cleveland, Ohio pled guilty on September 9, 2010 in the
Cuyahoga Court of Common Pleas to trafficking offenses involving heroin.  On October 4, 2010,
he was sentenced to one year in prison.[1456]

1142.   Tracy L. Vanhorn pled guilty on August 5, 2015 in the Summit County Court of
Common Pleas to involuntary manslaughter.  Ms. Van Horn helped facilitate a heroin deal for a
man she met at a support group who later overdosed on the drug in February 2015.  On August
12, 2015, she was sentenced to three years in prison.[1457]

1143.   Richard Vargas of Cleveland, Ohio pled guilty on June 9, 2010 in the Cuyahoga
County Court of Common Pleas to trafficking heroin.  Mr. Vargas was sentenced to one year of
community control.[1458]

1144.   LeTroy P. Vaughn of Akron, Ohio pled guilty on August 20, 2015 in the Summit
County Court of Common Pleas to trafficking in heroin. On September 29, 2015, he was
sentenced to three years in prison.[1459]

---

[1454] MCKPUB00010228.

[1455] MCKPUB00010311; MCKPUB00010318; MCKPUB00010329.

[1456] CUYAH_014631520; MCKPUB00018949; MCKPUB00018950; MCKPUB00018953.

[1457] AKRON_000286843; MCKPUB00022265; MCKPUB00022266; MCKPUB00022267;
MCKPUB00022269; MCKPUB00022270.

[1458] MCKPUB00024475; MCKPUB00024478; MCKPUB00024479.

[1459] AKRON_000288578; MCKPUB00017624; MCKPUB00017626; MCKPUB00017627.

1145.   Neidalyz Vazquez of Lorain, Ohio pled guilty on January 22, 2008 in the Cuyahoga Court of Common Pleas to trafficking heroin.  Mr. Vazquez was sentenced to two years of community control.[1460]

1146.   Abimelec Vega of Cleveland, Ohio pled guilty in the Northern District of Ohio on January 3, 2017 to conspiracy to possess with intent to distribute and to distribute heroin and acetylfentanyl, distribution of a substance containing heroin and acetylfentanyl, distribution of a substance containing acetylfentanyl, and distribution of a substance containing fentanyl.  Mr. Vega carried out these offenses in and around Cleveland from August 3, 2016 to September 15, 2016.[1461]  Mr. Vega told a source that someone had died from heroin or fentanyl he had sold. Mr. Vega was sentenced to 74 months' imprisonment on May 1, 2017.[1462]

1147.   Mizraim Vega of South Euclid, Ohio pled guilty in the Northern District of Ohio on January 3, 2017 to conspiracy to possess with intent to distribute and to distribute heroin and acetylfentanyl, distribution of a substance containing acetylfentanyl, distribution of a substance containing fentanyl, possession with intent to distribute a substance containing heroin, and crossing state lines in furtherance of drug trafficking.  Mr. Vega carried out these offenses in and around Cleveland from August 3, 2016 to September 15, 2016.[1463]  Mr. Vega advised a customer to dilute the heroin he sold because "[t]hat stuff could kill someone."  Mr. Vega was sentenced to 72 months' imprisonment on May 1, 2017.[1464]

---

[1460] CUYAH_000036277; MCKPUB00004771; MCKPUB00004772; MCKPUB00004775.

[1461] MCKPUB00006226; MCKPUB00006231.

[1462] MCKPUB00006239; MCKPUB00006233; MCKPUB00006241.

[1463] MCKPUB00018975; MCKPUB00006226; MCKPUB00030080.

[1464] MCKPUB00018988; MCKPUB00018982; MCKPUB00018990.

1148.   Lavester E. Vickers of Akron, Ohio pled guilty on September 9, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On November 18, 2015, he was sentenced to eighteen months of community control.[1465]

1149.   Brandon Wagner of Berea, Ohio pled guilty on November 17, 2016 in the Northern District of Ohio to distribution of heroin resulting in death or serious bodily injury.[1466] In March 2016, Mr. Wagner sold heroin that later caused the fatal overdose of a Lakewood, Ohio man.[1467]  On March 22, 2017, Mr. Wagner was sentenced to 150 months in prison.[1468]  Prior to his arrest in the case, Mr. Wagner was convicted in the Cuyahoga County Court of Common Pleas of trafficking in heroin.[1469]

1150.   Eric Walker of Akron, Ohio pled guilty on October 24, 2014 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Walker was sentenced to thirty months of community control.[1470]

1151.   Roland Walker of Cleveland, Ohio pled guilty on October 16, 2012 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Walker was sentenced to twelve months community control.[1471]

---

[1465] AKRON_000280183; MCKPUB00017357; MCKPUB00017359.

[1466] MCKPUB00007701.

[1467] MCKPUB00007731.

[1468] MCKPUB00007704.

[1469] MCKPUB00007711; MCKPUB00007714; MCKPUB00007715; MCKPUB00007719; MCKPUB00007722; MCKPUB00007725.

[1470] MCKPUB00027992; MCKPUB00027993; MCKPUB00027996.

[1471] CUYAH_000053185; MCKPUB00020497; MCKPUB00020498; MCKPUB00020501.

1152.   Jodarryel Wallace of Cleveland, Ohio, pled guilty on May 7, 2018 in the Cuyahoga Court of Common Please to offenses including trafficking heroin and fentanyl.  Mr. Wallace was sentenced to two years of probation.[1472]

1153.   Bin Wang pled guilty on August 7, 2018 to offenses including drug conspiracy, conspiracy to import a controlled substance, and drug distribution.  Mr. Wang, a Chinese national, operated Cambridge Chemicals, Wonda Science, and other companies from a warehouse in Woburn, Massachusetts.  He purchased opioids and other drugs from a Chinese drug trafficking organization and distributed them to locations in Northeast Ohio and throughout the United States.[1473]  On November 19, 2018, Mr. Wang was sentence to 71 months in prison.[1474]

1154.   Antonio M. Washington pled guilty on August 10, 2016 in the Cuyahoga County Court of Common Pleas to trafficking heroin and fentanyl.  Mr. Washington was sentenced to two years of community control.[1475]

1155.   Duane Washington of Cleveland, Ohio pled guilty on April 1, 2016 in the Cuyahoga County Court of Common Pleas to conspiracy to traffic heroin and attempted trafficking of heroin.  Mr. Washington was sentenced to seven years in prison.[1476]

---

[1472] CUYAH_000030209; MCKPUB00015624; MCKPUB00015625; MCKPUB00015628.
[1473] MCKPUB00007643; MCKPUB00007645.
[1474] MCKPUB00007643.
[1475] CUYAH_000029994; MCKPUB00006992; MCKPUB00006993; MCKPUB00006996.
[1476] CUYAH_000070777; MCKPUB00011851; MCKPUB00011852; MCKPUB00011855.

1156.    Jerome A. Watkins of Cleveland, Ohio, pled guilty on December 5, 2017 in the Cuyahoga County Court of Common Pleas to offenses including trafficking heroin.  On February 28, 2018, Mr. Watkins was sentenced to two years of community control.[1477]

1157.    William G. Watkins of Mogadore, Ohio pled guilty on July 26, 2012 in the Summit County Court of Common Pleas to trafficking in heroin, and he was sentenced to two years of community control.  Mr. Watkins also pled guilty on May 2, 2013 in the same court to trafficking in heroin, and he was sentenced to two years of community control.[1478]

1158.    Antwan Devonta Watson of Akron, Ohio pled guilty on January 17, 2017 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to three years in prison.  Mr. Watson had previously pled guilty to trafficking in heroin on July 24, 2014, and he sentenced to one year in prison.[1479]

1159.    Clentonio Watson of Maple Heights, Ohio pled guilty on July 10, 2013 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Watson was sentenced to one year of community control.[1480]

1160.    Michael O. Watson of Cleveland, Ohio pled guilty on January 8, 2013 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Watson was sentenced to one year of community control.[1481]

---

[1477] MCKPUB00024434; MCKPUB00024437; MCKPUB00024444; MCKPUB00024448.

[1478] AKRON_000204358; MCKPUB00022743; MCKPUB00022746; MCKPUB00022747; MCKPUB00022748; MCKPUB00022751; MCKPUB00022752.

[1479] MCKPUB00007023; MCKPUB00007025; MCKPUB00007026; MCKPUB00007027; MCKPUB00007029; MCKPUB00007030.

[1480] CUYAH_000055469; MCKPUB00009045; MCKPUB00009046; MCKPUB00009049.

[1481] CUYAH_000027734; CUYAH_000039916; MCKPUB00018943; MCKPUB00018944; MCKPUB00018947.

1161.   Sergio D. Watson of Akron, Ohio pled guilty on April 17, 2017 in the Summit County Court of Common Pleas to aggravated trafficking in drugs (fentanyl), for conduct that occurred in Akron.  Mr. Watson was sentenced to twenty-four months of community control.[1482]

1162.   Denay M. Webb pled guilty on July 23, 2014 in the Northern District of Ohio to conspiracy to distribute and to possess with intent to distribute heroin.  She was one of twenty people indicted in a case brought by the U.S. Attorney's Office for the Northern District of Ohio for her role in a conspiracy to bring heroin to Akron, Ohio from cities, including Chicago and Atlanta, between 2011-2014.  Mr. Webb was sentenced to fifteen months in prison.[1483]

1163.   Jamez Jamel Webb II of Cleveland, Ohio pled guilty on October 1, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1484]  Mr. Webb participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1485]  Mr. Webb was sentenced to fourteen months in prison.[1486]

1164.   Danny Weber of Akron, Ohio pled guilty on July 30, 2013 in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs.  On January 21, 2013, officers responded to a complaint about illegal activity at an Akron residence and arrested Mr. Weber, recovering items including heroin packaged for sale and drug paraphernalia.[1487]

---

[1482] AKRON_001284245; MCKPUB00027998; MCKPUB00028003; MCKPUB00028004.

[1483] MCKPUB00010408; MCKPUB00010423.

[1484] MCKPUB00015140.

[1485] MCKPUB00015346.

[1486] MCKPUB00010420; MCKPUB00015331; MCKPUB00015333; MCKPUB00015349.

[1487] AKRON_001279226; MCKPUB00028006; MCKPUB00028007; MCKPUB00028010.

1165.   Scott T. Weisner pled guilty on May 2, 2017 in the Summit County Court of Common Pleas to involuntary manslaughter.  On or about August 31, 2016, Mr. Weisner sold heroin to an individual who died after overdosing on that heroin.  Mr. Weisner was sentenced to three years in prison.[1488]

1166.   Joshua M. Whethers of Cleveland, Ohio was indicted on March 26, 2019 in the Cuyahoga Court of Common Pleas for offenses including trafficking in fentanyl and heroin.  The proceedings are ongoing.[1489]  Mr. Whethers has prior convictions for trafficking in fentanyl and heroin.[1490]

1167.   Jacob White of Parma, Ohio pled guilty on August 29, 2007 in the Cuyahoga County Court of Common pleas to trafficking heroin.  Mr. White was sentenced to eight months in prison.[1491]

1168.   Dashawn D'Anthony Whitlow of Copley, Ohio pled guilty on June 26, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Mr. Whitlow was sentenced to eighteen months in prison.  On November 2, 2018, Mr. Whitlow pled guilty in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs and trafficking in heroin.  Mr. Whitlow was sentenced to eight years in prison.[1492]

---

[1488] SUMMIT_001138953; SUMMIT_001138965; MCKPUB00020881; MCKPUB00020883.

[1489] MCKPUB00028035; MCKPUB00028036; MCKPUB00028038.

[1490] MCKPUB00028012; MCKPUB00028017; MCKPUB00028019; MCKPUB00028028; MCKPUB00028031; MCKPUB00028033.

[1491] CUYAH_000034430; MCKPUB00014755; MCKPUB00014756; MCKPUB00014761.

[1492] AKRON_000201450; MCKPUB00009921; MCKPUB00009923; MCKPUB00009924; MCKPUB00009925; MCKPUB00009927; MCKPUB00009930; MCKPUB00009935; MCKPUB00009936.

1169.   John W. Whitmore of Cleveland, Ohio pled guilty on August 16, 2016 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl and heroin, corrupting another with drugs, and other related offenses.  He was sentenced to six years in prison.[1493]

1170.   Brian L. Williams of Akron, Ohio pled guilty on December 30, 2016 in the Northern District of Ohio to possession with intent to distribute fentanyl.  During the sentencing hearing for Mr. Williams' co-defendant, Akron Detective Michael Gilbride testified that Mr. Williams and his co-defendant sold drugs from their residence in a "large-scale trafficking operation," and the court found that Mr. Williams may have been "the primary leader" of the operation.  In a search of the residence, law enforcement officers had recovered fentanyl, heroin, plastic baggies, digital scales, grinders, and cutting agents.  As Detective Gilbride testified, grinders and cutting agents are necessary to crush heroin, purchased in bulk, into powder and process it for further distribution.  The sentencing judge observed that Mr. Williams resided in a "drug house."[1494]  On  April 17, 2017, Mr. Williams was sentenced to 180 months in prison.[1495] Mr. Williams had previously been convicted in the Summit County Court of Common Pleas of trafficking in heroin.[1496]

1171.   Carmen Christine Williams of Akron, Ohio, pled guilty on December 5, 2012 in the Summit County Court of Common Pleas of offenses including trafficking in heroin.  She was sentenced to two years of community control.  On September 4, 2018, Ms. Williams was

---

[1493] CUYAH_000029834; MCKPUB00015674; MCKPUB00015675; MCKPUB00015678.

[1494] MCKPUB00030082; MCKPUB00030091.

[1495] MCKPUB00008191.

[1496] MCKPUB00008192; MCKPUB00008194; MCKPUB00008195; MCKPUB00008196; MCKPUB00008203; MCKPUB00008205; MCKPUB00008206.

indicted in the Summit County Court of Commons Pleas for crimes including trafficking in heroin and aggravated trafficking in drugs, namely fentanyl.[1497]  That case is pending.

1172.   Cortney Williams of Cuyahoga Falls, Ohio pled guilty on August 10, 2018 in the Northern District of Ohio to conspiracy to possess with intent to distribute fentanyl.[1498]  On April 17, 2018, law enforcement officers surveilled Ms. Williams coming and going from an Akron, Ohio residence.  They executed a search warrant at the residence later that day and recovered pills on the kitchen counter.  When officers detained Ms. Williams later that day, she had pills and a drug ledger documenting her sales and deliveries.  The pills were stamped to look like oxycodone, but were fentanyl and cutting agents.  In announcing the indictment, U.S. Attorney Justin E. Herdman stated, "These arrests helped save at least 1,500 lives."  At the same time, Akron Police Chief Kenneth Ball described the defendants as "criminal predators [who] were willing to put so many at great risk by poisoning prescription drugs with fentanyl."[1499]  Ms. Williams is awaiting sentencing.[1500]

1173.   Dazmon R. Williams of Akron, Ohio, was convicted on November 6, 2015 in the Summit County Court of Common Pleas of involuntary manslaughter and trafficking in heroin.  Mr. Williams had sold Tammy McMasters heroin on which she fatally overdosed in Akron on October 22, 2014.  Mr. Williams was sentenced to six years' incarceration.[1501]

---

[1497] AKRON_000204584; MCKPUB00008725; MCKPUB00008727; MCKPUB00008728; MCKPUB00008731; MCKPUB00008733; MCKPUB00008736; MCKPUB00008737.

[1498] MCKPUB00030103.

[1499] MCKPUB00009219.

[1500] MCKPUB00009212; MCKPUB00009221.

[1501] AKRON_000220700; SUMMIT_000625447; MCKPUB00010347; MCKPUB00010350; MCKPUB00010353; MCKPUB00010354.

1174.   Delamar D. Williams of Garfield Heights, Ohio pled guilty on March 7, 2018 in the Northern District of Ohio to offenses including possession with intent to distribute heroin for conduct on October 19, 2017.[1502]  According to the complaint, investigators oversaw two controlled purchases of heroin from Mr. Williams.  On October 19, 2017, law enforcement officers executed a search warrant at Mr. Williams's home and recovered heroin, carfentanil, and a firearm.[1503]  Mr. Williams had a number of prior drug-related convictions in the Cuyahoga County Court of Common Pleas, including at least two convictions involving heroin.[1504]

1175.   Derrien A. Williams pled guilty on August 4, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On August 28, 2015, he was sentenced to four years in prison.[1505]

1176.   Dominic D. Williams of Akron, Ohio pled guilty on October 23, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Mr. Williams was sentenced to three years of incarceration.[1506]

1177.   Ejiro Williams of South Euclid, Ohio pled guilty on August 20, 2013 in the Cuyahoga County Court of Common Pleas to trafficking counterfeit heroin.  Mr. Williams was sentenced to ten months in prison.[1507]

---

[1502] MCKPUB00010366.

[1503] MCKPUB00030105; MCKPUB00030112; MCKPUB00030115.

[1504] MCKPUB00010369; MCKPUB00010370; MCKPUB00010373; MCKPUB00010375; MCKPUB00010376; MCKPUB00010380.

[1505] AKRON_000220960; MCKPUB00010490; MCKPUB00010491; MCKPUB00010493.

[1506] AKRON_000205625; AKRON_000288343; MCKPUB00011045; MCKPUB00011047; MCKPUB00011048.

[1507] CUYAH_000055866; MCKPUB00012264; MCKPUB00012266; MCKPUB00012269.

1178.   Gregory Lee Williams of Akron, Ohio pled guilty on April 29, 2015 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron, Ohio.  He was sentenced to two years of community control.[1508]

1179.   Jamal H. Williams of Cleveland, Ohio pled guilty on February 13, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1509]  Mr. Williams participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1510]  Mr. Williams was sentenced to 30 months in prison.[1511]

1180.   John W. Williams IV of Akron, Ohio pled guilty on January 11, 2010 in the Summit County Court of Common Pleas to trafficking in heroin.  Mr. Williams was sentenced to one year of incarceration.[1512]

1181.   Kevin Williams of Richmond Heights, Ohio pled guilty on December 19, 2017 in the Northern District of Ohio to possession with intent to distribute heroin.[1513]  On September 11, 2017, a K-9 unit alerted federal authorities to the presence of narcotics in Mr. Williams's vehicle, from which they recovered heroin.[1514]  During sentencing, U.S. Postal Inspector Myrick Dennis testified that law enforcement officials found various photographs saved on Mr. Williams's phone that depicted him participating in drug trafficking.  The photographs depicted assault rifles, drugs including heroin and oxycodone hydrochloride pills, and Mr. Williams holding large

---

[1508] AKRON_001218609; MCKPUB00028063; MCKPUB00028064; MCKPUB00028067.

[1509] MCKPUB00014769; MCKPUB00030125.

[1510] MCKPUB00014975.

[1511] MCKPUB00014960; MCKPUB00014978; MCKPUB00030125.

[1512] MCKPUB00028070; MCKPUB00028071; MCKPUB00028073.

[1513] MCKPUB00016590; MCKPUB00030127.

[1514] MCKPUB00016593.

sums of cash.  The sentencing judge observed that Mr. Williams "is a heroin distributor, distributing the very drugs that are killing our people in the community in Cuyahoga County and throughout the state.  They're dying in the streets.  They're dying in the hospitals because of drug traffickers like this defendant."  Mr. Williams was sentenced to six years' imprisonment. Mr. Williams had at least one prior heroin-related conviction.[1515]

1182.   Latierra T. Williams of Cleveland, Ohio, pled guilty on January 22, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  She was sentenced to two years of probation.[1516]

1183.   Lavon Devon Williams pled guilty in the Northern District of Ohio on June 24, 2013 to knowingly and intentionally using and maintaining a place in Akron, Ohio for the purposes of manufacturing, distributing, and using heroin, in violation of 21 U.S.C. § 856.  On September 24, 2013, Mr. Williams was sentenced to two years' probation.[1517]

1184.   Rashon Anthony Williams of Akron, Ohio pled guilty on February 8, 2017 in the Summit County Court of Common Pleas to involuntary manslaughter and trafficking in heroin. Mr. Williams provided carfentanil to a pregnant woman, Megan V. Carlson of Cuyahoga Falls, who died of an overdose on August 4, 2016.  On February 8, 2017, Mr. Williams was sentenced to eight years of prison.[1518]  Mr. Williams had a prior conviction in the Summit County Court of Common Pleas for trafficking in heroin.[1519]

---

[1515] MCKPUB00016618; MCKPUB00016625; MCKPUB00030127.

[1516] CUYAH_000034002; MCKPUB00017130; MCKPUB00017132; MCKPUB00017135.

[1517] MCKPUB00017360; MCKPUB00017367.

[1518] SUMMIT_001142529; SUMMIT_001142601; SUMMIT_000064884; MCKPUB00019411; MCKPUB00019417; MCKPUB00019418; MCKPUB00030188.

[1519] MCKPUB00030185; MCKPUB00030187; MCKPUB00030190.

1185.   Raymond L. Williams of Cleveland, Ohio pled guilty on June 23, 2009 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Williams was sentenced to three years in prison.[1520]

1186.   Rodney Williams of Cleveland, Ohio pled guilty on August 12, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Williams was sentenced to ten months in prison.[1521]

1187.   Shaun D. Williams of Cleveland, Ohio pled guilty on May 15, 2014 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.[1522]  Mr. Williams participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1523]  Mr. Williams was sentenced to eighteen months in prison.[1524]

1188.   Terrance Williams of Akron, Ohio pled guilty on December 21, 2016 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to two years of community control.  On August 16, 2017, he pled guilty in the Summit County Court of Common Pleas to offenses including aggravated trafficking in drugs, namely fentanyl.  He was sentenced eight years in prison.[1525]

---

[1520] CUYAH_000041788; MCKPUB00019431; MCKPUB00019432; MCKPUB00019434.

[1521] CUYAH_000036147; MCKPUB00020253; MCKPUB00020254; MCKPUB00020256.

[1522] MCKPUB00020914; MCKPUB00030191.

[1523] MCKPUB00021120.

[1524] MCKPUB00021105; MCKPUB00021107; MCKPUB00021123.

[1525] AKRON_000206491; MCKPUB00021839; MCKPUB00021841; MCKPUB00021842; MCKPUB00021845; MCKPUB00021847; MCKPUB00021850; MCKPUB00021851.

1189.   Randy Willis of Parma, Ohio pled guilty on March 4, 2009 in the Cuyahoga Court of Common Pleas to trafficking heroin.  Mr. Willis was sentenced to two years in prison.[1526]

1190.   Rodney D. Willis of Cleveland, Ohio pled guilty on April 25, 2016 in the Cuyahoga County Court of Common Pleas to conspiracy to traffic heroin and trafficking heroin.  Mr. Willis was sentenced to two years of community control.[1527]

1191.   Damon E. Wilson of Akron, Ohio pled guilty on March 28, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  On October 13, 2016, he was sentenced to eighteen months in prison.[1528]

1192.   Dereece D. Wilson of Akron, Ohio, pled guilty on July 14, 2017 to charges of aggravated possession of drugs and involuntary manslaughter.  Mr. Wilson sold fentanyl to an individual who died from an overdose.  Mr. Wilson was sentenced to nine years in prison.[1529]

1193.   Nathaniel Wilson of Cleveland, Ohio pled guilty on January 24, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Wilson was sentenced to three years in prison.[1530]

1194.   Teon R. Wilson of Tallmadge, Ohio pled guilty on October 14, 2009 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  Mr. Wilson was sentenced to two years in prison and fined $10,000.[1531]

---

[1526] CUYAH_000040609; MCKPUB00019390; MCKPUB00019391; MCKPUB00019394.

[1527] CUYAH_000070777; MCKPUB00020243; MCKPUB00020244; MCKPUB00020247.

[1528] AKRON_001154747; MCKPUB00009274; MCKPUB00009278; MCKPUB00009279.

[1529] SUMMIT_001138605; AKRON_000228041; MCKPUB00010438; MCKPUB00010444; MCKPUB00010445.

[1530] CUYAH_000033108; MCKPUB00019042; MCKPUB00019043; MCKPUB00019048.

[1531] AKRON_000201470; MCKPUB00021597; MCKPUB00021599; MCKPUB00021601; MCKPUB00021602.

1195.   Terry Lee Wilson was convicted by a jury on October 4, 2009 in the Summit County Court of Common Pleas of offenses including trafficking in heroin.  On October 14, 2009, he was sentenced to life imprisonment without the possibility of parole.[1532]

1196.   Gregory L. Winfield of Cleveland, Ohio pled guilty on July 2, 2012 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Winfield was sentenced to two years in prison.[1533]

1197.   Shirleen Winfield of Cleveland, Ohio pled guilty on July 2, 2012 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Ms. Winfield was sentenced to two years in prison.[1534]

1198.   Ryan J. Winston of Akron, Ohio, pled guilty on March 25, 2015 in the Summit County Court of Common Pleas to trafficking in heroin.  He was sentenced to one year in prison.[1535]

1199.   Terry C. Winters of Cleveland, Ohio pled guilty on January 17, 2017 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl.  Mr. Winters was sentenced to six months in jail.[1536]

1200.   Tia Marie Wise of Akron, Ohio pled guilty on June 23, 2016 in the Summit County Court of Common Pleas to offenses including prohibition of conveyance of drugs of abuse onto grounds of specified governmental facility.  According to the complaint, she

---

[1532] AKRON_000326304; MCKPUB00021897; MCKPUB00021901; MCKPUB00021910; MCKPUB00021911.
[1533] CUYAH_000052488; MCKPUB00013890; MCKPUB00013891; MCKPUB00013894.
[1534] CUYAH_000052488; MCKPUB00021132; MCKPUB00021133; MCKPUB00021136.
[1535] AKRON_000207494; MCKPUB00020626; MCKPUB00020628; MCKPUB00020629.
[1536] CUYAH_000030523; MCKPUB00021877; MCKPUB00021879; MCKPUB00021883.

knowingly conveyed, or attempted to convey, fentanyl onto a detention facility or mental institution.  She was sentenced to two years of community control.[1537]

1201.  Kevin Witt pled guilty on June 24, 2009 in the Cuyahoga Court of Common Pleas to trafficking heroin.  Mr. Witt was sentenced to three years in prison.[1538]

1202.  Kevin J. Wolverton of Akron, Ohio pled guilty on November 13, 2018 in the Summit County Court of Common Pleas to aggravated trafficking in drugs and involuntary manslaughter.  Mr. Wolverton sold heroin on May 25, 2016 to Steven Oakes, who subsequently died of an overdose.[1539]  Mr. Wolverton was sentenced to four years and eleven months in prison.

1203.  Angelo D. Wood of Akron, Ohio pled guilty on March 25, 2016 in the Summit County Court of Common Pleas to offenses including trafficking in heroin.  He was sentenced to four years in prison.[1540]

1204.  Breanna Woods of Cleveland, Ohio pled guilty on February 28, 2014 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Ms. Woods was sentenced to one year of community control.[1541]

1205.  Deonte L. Woods of Akron, Ohio was convicted on February 16, 2017 in the Summit County Court of Common Pleas of aggravated trafficking and corrupting another with

---

[1537] AKRON_000294507; MCKPUB00022158; MCKPUB00022160.

[1538] CUYAH_000039947; MCKPUB00016627; MCKPUB00016628; MCKPUB00016632.

[1539] AKRON_001289227; MCKPUB00016634; MCKPUB00016636; MCKPUB00016637.

[1540] SUMMIT_000678768; AKRON_000290891; MCKPUB00006868; MCKPUB00006871; MCKPUB00006872.

[1541] CUYAH_000056835; MCKPUB00007951; MCKPUB00007952; MCKPUB00007955.

drugs.  Mr. Woods sold fentanyl to Andrew Muelheim within 1,000 feet of a school, which caused his death on March 10, 2016.  Mr. Woods was sentenced to four years in prison.[1542]

1206.   Robert Worthy of Cleveland, Ohio pled guilty on July 26, 2006 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Worthy was sentenced to two years of community control.[1543]

1207.   Raymundo Wren of Cleveland, Ohio pled guilty on January 1, 2015 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute heroin.  Mr. Wren participated in a heroin trafficking enterprise that operated from September 2011 to September 2013.[1544]  Mr. Wren was sentenced to time served.[1545]

1208.   Darius M. Wright of Cleveland, Ohio pled guilty on July 26, 2010 in the Cuyahoga County of Common Pleas to offenses including trafficking heroin.  On August 25, 2010, Mr. Wright was sentenced to two years in prison.[1546]

1209.   Marquel Diamond Wright of Akron, Ohio pled guilty on February 12, 2014 in the Summit County Court of Common Pleas to offenses including trafficking in heroin, for conduct that occurred in Akron.  Mr. Wright was sentenced to two years in prison.[1547]

---

[1542] AKRON_000208074; AKRON_000223002; MCKPUB00010434; MCKPUB00010436; MCKPUB00010437.

[1543] CUYAH_000020902; MCKPUB00020203; MCKPUB00020204; MCKPUB00020206.

[1544] MCKPUB00019451.

[1545] MCKPUB00019436; MCKPUB00019438; MCKPUB00019454.

[1546] CUYAH_014630960; MCKPUB00024216; MCKPUB00024220; MCKPUB00024221.

[1547] AKRON_000200925; AKRON_001217017; MCKPUB00018267; MCKPUB00018268.

1210.   Ramon Wright of Akron, Ohio was indicted on October 9, 2018 in the Summit County Court of Common Pleas for offenses including aggravated trafficking in drugs, namely fentanyl.  The case is pending.[1548]

1211.   Zaire M. Wright of University Heights, Ohio pled guilty on February 14, 2018 in the Cuyahoga County Court of Common Pleas to trafficking fentanyl.  Mr. Wright was sentenced to two years of community control.[1549]

1212.   Dontez Yeager of Akron was indicted on March 7, 2018 in the Northern District of Ohio for crimes including possession with intent to distribute heroin for conduct on January 15, 2018.[1550]  The proceedings are currently pending.  Mr. Yeager has prior drug-related convictions in the Summit County Court of Common Pleas.[1551]

1213.   David W. Yoak of Akron, Ohio pled guilty on October 9, 2012 in the Summit County Court of Commons Pleas to offenses including complicity to commit trafficking in heroin and trafficking in heroin.  Mr. Yoak was sentenced to four years in prison.[1552]

1214.   Charles Yonkings of Lakewood, Ohio pled guilty on January 24, 2011 in the Cuyahoga County Court of Common Pleas to offenses including trafficking heroin.  Mr. Yonkings was sentenced to two years in prison.[1553]

---

[1548] MCKPUB00030193; MCKPUB00030194; MCKPUB00030195.

[1549] CUYAH_000078549; MCKPUB00022808; MCKPUB00022809; MCKPUB00022812.

[1550] MCKPUB00030196.

[1551] MCKPUB00011638; MCKPUB00011640; MCKPUB00011641; MCKPUB00011633; MCKPUB00011636; MCKPUB00011637.

[1552] MCKPUB00028075; MCKPUB00028076; MCKPUB00028078.

[1553] CUYAH_000044641; MCKPUB00008901; MCKPUB00008902; MCKPUB00008905.

1215.   Alfonso Yunis of Seven Hills, Ohio pled guilty on May 31, 2016 in the Northern District of Ohio to offenses including conspiracy to possess with intent to distribute and to distribute oxycodone, as well as distribution of oxycodone.[1554]  On March 15, 2017, Mr. Yunis was sentenced to nineteen months in prison.[1555]

1216.   Danny Zahand of Cleveland, Ohio pled guilty on January 29, 2007 in the Cuyahoga County Court of Common Pleas to trafficking heroin.  Mr. Zahand was sentenced to three and a half years in prison.[1556]

1217.   Cesar Zambrano-Espinal of Cleveland, Ohio pled guilty on April 17, 2017 in the Northern District of Ohio to conspiracy to possess with intent to distribute and to distribute drugs including heroin and fentanyl.[1557]  Mr. Zambrano-Espinal participated in a conspiracy that spanned from January 1, 2010 to September 28, 2016, including by distributing heroin from a residence in Cleveland, Ohio to others who redistributed it around Northern Ohio.  On July 26, 2017, Mr. Zambrano-Espinal was sentenced to 33 months in prison.[1558]

1218.   Fujing Zheng, also known as Gordon Jin, of Shanghai, China was charged on August 22, 2018 with crimes including conspiracy to manufacture and distribute controlled substances, conspiracy to import controlled substances into the United States, operating a continued criminal enterprise, and money laundering.  Mr. Zheng co-leads a Chinese drug organization that has sold fentanyl analogues such as carfentanil, acetyl fentanyl, and furanyl

---

[1554] MCKPUB00006443; MCKPUB00006438.

[1555] MCKPUB00006445; MCKPUB00006451; MCKPUB00006459.

[1556] CUYAH_000034468; MCKPUB00009533; MCKPUB00009534; MCKPUB00009537.

[1557] ; MCKPUB00008840; MCKPUB00008757.

[1558] MCKPUB00008842; MCKPUB00008849; MCKPUB00008852.

fentanyl into the United States since 2008.  The drugs that Mr. Zheng's organization shipped led directly to the fatal overdoses of two people in Akron, Ohio.[1559]

1219.   Guanghua Zheng of Shanghai, China was charged on August 22, 2018 with crimes including conspiracy to manufacture and distribute controlled substances, conspiracy to import controlled substances into the United States, operating a continued criminal enterprise, and money laundering.  Mr. Zheng co-leads a Chinese drug organization that has sold fentanyl analogues such as carfentanil, acetyl fentanyl, and furanyl fentanyl into the United States since 2008.  The drugs that Mr. Zheng's organization shipped led directly to the fatal overdoses of two people in Akron, Ohio.[1560]

---

[1559] MCKPUB00013478; MCKPUB00013476.
[1560] MCKPUB00013478; MCKPUB00013476.