# EXHIBIT 4

```
  1              UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
  2                    EASTERN DIVISION
  3                        - - -
  4   IN RE:  NATIONAL            )
      PRESCRIPTION                )  MDL No. 2804
  5   OPIATE LITIGATION           )
      _____)  Case No.
  6                               )  1:17-MD-2804
      THIS DOCUMENT RELATES       )
  7   TO ALL CASES                )  Hon. Dan A. Polster
  8                        - - -
  9              Tuesday, August 7, 2018
 10       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                    CONFIDENTIALITY REVIEW
 11
                           - - -
 12
 13        Videotaped deposition of Jennifer R. Norris,
 14   held at the offices of BakerHostetler, 200 Civic Center
 15   Drive, Suite 1200, Columbus, Ohio, commencing at
 16   8:09 a.m., on the above date, before Carol A. Kirk,
 17   Registered Merit Reporter and Notary Public.
 18
 19                        - - -
 20
 21
 22
 23            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
 24                  deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              Did those pills have to come through a
 2    wholesale distributor?
 3              MS. MAINIGI:  Objection; asked and
 4    answered.  Objection; scope.
 5         A.   Cardinal Health distributes to a
 6    licensed pharmacy who dispenses prescriptions from
 7    a licensed physician.
 8         Q.   Again, that's not my question.  I'm
 9    asking you if Cardinal knows whether these pills
10    that are causing overdoses have to come through a
11    licensed wholesale distributor before they get to
12    the person who is overdosing?  That's all I'm
13    asking.
14              I understand that you guys distribute to
15    licensed pharmacies.  You've made that abundantly
16    clear.
17              You would agree with me, would you not,
18    that those pills have to come through a wholesale
19    distributor before they get to the person that is
20    ultimately overdosing on them, correct?
21              MS. MAINIGI:  Objection; form.  Asked
22    and answered multiple times.  Objection; scope.
23              Answer it one more time.
24         Q.   I'll just be happy if you answer my
```

```
 1   question once.
 2       A.   The pharmaceuticals move through the
 3   closed distribution system, from a wholesaler to a
 4   licensed pharmacy, dispensed from a licensed
 5   prescriber.
 6       Q.   So they have to go through a licensed
 7   wholesale distributor before getting to the end
 8   user or the person overdosing, correct?
 9            MS. MAINIGI:  Objection; asked and
10   answered.  Objection; form.
11            Mike, why don't we -- she's answered it
12   multiple times.  You don't like her answer.  Why
13   don't you just move on?
14            MR. FULLER:  I just want her to answer
15   the question I asked.
16            MS. MAINIGI:  She's answered it multiple
17   times.
18            MR. FULLER:  No.
19   BY MR. FULLER:
20       Q.   Go ahead, ma'am.
21       A.   The pharmaceuticals we distribute are
22   distributed to a licensed pharmacy for dispensing
23   pursuant to a licensed prescription --
24   prescription from a licensed physician.  Sorry.
```