# EXHIBIT 6

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3

      IN RE NATIONAL PRESCRIPTION
 4    OPIATE LITIGATION              Hon. Dan A. Polster
                                     MDL No. 2804
 5    THIS DOCUMENT APPLIES TO ALL   No. 17-MD-2804
      CASES
 6    _____/
 7
 8                 HIGHLY CONFIDENTIAL -
         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
 9
                        --  --  --
10
                 THURSDAY, JANUARY 10, 2019
11
                        --  --  --
12
           Videotaped Deposition of DONALD WALKER, held
13    at the Law Offices of COVINGTON & BURLING, One Front
      Street, 35th Floor, San Francisco, California,
14    beginning at 8:57 a.m., before Sandra Bunch
      VanderPol, FAPR, RMR, CRR, CALIFORNIA CSR #3032
15
                        --  --  --
16
17
18
19
20
21
      _____
22
                   GOLKOW LITIGATION SERVICES
23          877.370.3377 ph | 917.591.5672 fax
                      Deps@golkow.com
24
25
```

```
 1   complied with the regulations regarding the
 2   distribution.  We reported to DEA.  We sold only to
 3   licensed pharmacies who had a licensed physician's
 4   prescriptions.  And we managed the security of our
 5   controlled substances in compliance with the
 6   regulations.
 7   BY MR. KENNEDY:
 8        Q.   That wasn't my question.  But you
 9   just said you reported to the DEA.  Am I correct that
10   not one single one, not one single one of these
11   orders that added up to two million hydrocodones in
12   11 days, not one single one of them was reported to
13   the DEA; isn't that the fact?
14        MS. HENN:  Objection to form.
15   BY MR. KENNEDY:
16        Q.   That's the fact?
17        MS. HENN:  Objection to form.
18        THE WITNESS:  I have no knowledge of that
19   either way.
20   BY MR. KENNEDY:
21        Q.   Sir, you sat through the meetings,
22   the negotiations, the pleadings, and all of the legal
23   proceedings with respect to this event; did you not?
24        A.   No, that's not accurate.  I did not
25   sit through all the meetings and negotiations that
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        Please be advised I have read the foregoing
 2   deposition, and I state there are:
 3   (Check one)         _____ NO CORRECTIONS
 4                       ____X_____ CORRECTIONS PER ATTACHED
 5
 6
 7        _____
 8        DONALD WALKER
```

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**  GOVERNMENT CODE § 8202

☒ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_____          _____
Signature of Document Signer No. 1          Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of San Francisco

Subscribed and sworn to (or affirmed) before me on this 17 day of January, 2019,
by
(1) Donald Walker
(and (2) _____ ),
Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
Signature of Notary Public

SANDY FRANCOIS
Notary Public - California
San Francisco County
Commission # 2255705
My Comm. Expires Aug 25, 2022

Seal
Place Notary Seal Above

——— OPTIONAL ———

Though this section is optional, completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _____  Document Date: _____

Number of Pages: _____  Signer(s) Other Than Named Above: _____

©2014 National Notary Association • www.NationalNotary.org • 1-800-US NOTARY (1-800-876-6827)   Item #5910