# EXHIBIT 13

```
                                                              Page 1

 1
              IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
 3
 4     _____
 5     IN RE:  NATIONAL PRESCRIPTION      MDL No. 2804
       OPIATE LITIGATION                  Case No. 17-md-2804
 6
 7     This document relates to:          Judge Dan
                                          Aaron Polster
 8
       The County of Cuyahoga v. Purdue
 9     Pharma, L.P., et al.
       Case No. 17-OP-45005
10
       City of Cleveland, Ohio vs. Purdue
11     Pharma, L.P., et al.
       Case No. 18-OP-45132
12
       The County of Summit, Ohio,
13     et al. v. Purdue Pharma, L.P.,
       et al.
14     Case No. 18-OP-45090
       _____
15
16
17          Videotaped 30(b)(6) Deposition of the
18              Drug Enforcement Administration
19       through the testimony of Stacy Harper-Avilla
20                    Washington, D.C.
21                     April 11, 2019
22                       9:16 a.m.
23
24     Reported by:  Bonnie L. Russo
25     Job No. 3282688
```

Page 35

1  A. In summary, it is the maximum amount
2  that the United States actually needs for its
3  domestic needs, for legitimate, medical,
4  scientific, research needs, exportation needs
5  and inventory allowances.
6  Q. Okay. Does DEA determine what that
7  number is on an annual basis?
8  MR. CHANDLER: Objection. Vague.
9  You can answer.
10  THE WITNESS: I don't understand the
11  question.
12  BY MR. O'CONNOR:
13  Q. Is DEA responsible for determining
14  the aggregate production quota?
15  A. DEA is the agency that publishes it,
16  but we work in concert with other agencies.
17  Q. Okay. What other agencies do you
18  work with?
19  A. FDA.
20  Q. Any other agencies?
21  A. When necessary, yes.
22  Q. What would those other agencies be?
23  A. Those within the bounds of DOJ and
24  HHS.
25  Q. When you work with FDA in connection

Page 111

1  A. Yes.
2  Q. Do any others come to mind after we
3  just reviewed five? Oxymorphone, for example?
4  A. Correct.
5  Q. Oxy -- I will leave it at that.
6  Now, Mr. O'Connor asked you several
7  questions about the information DEA considers
8  in setting the aggregate production quota.
9  Do you remember that testimony
10 today?
11 A. Yes.
12 Q. You testified that DEA sets each of
13 these quotas annually, correct?
14 A. Correct.
15 Q. Now, do wholesale manufacturers such
16 as McKesson, Cardinal and AmerisourceBergen
17 provide any information to DEA that is used to
18 set those quotas?
19 MR. ELSNER: Objection.
20 THE WITNESS: Quotas are not related
21 to distributors, so no.
22 BY MR. EPPICH:
23 Q. And pharmacy chains, such as CVS,
24 Walgreens, Rite Aid, Walmart, Giant Eagle, HBC,
25 they also don't provide any information to DEA

Page 112

1   that is used to set the quotas, correct?
2            MR. ELSNER:  Objection.
3            MR. CHANDLER:  Objection.
4            THE WITNESS:  The list of companies
5   you just provided do not receive quota and
6   therefore, are not considered for aggregate
7   production quotas.
8            BY MR. EPPICH:
9       Q.   DEA does not consult with wholesale
10  distributors, such as McKesson, Cardinal and
11  AmerisourceBergen when DEA sets the quotas for
12  controlled substances, correct?
13      A.   Correct.
14      Q.   And DEA does not consult with
15  pharmacy chains, such as CVS, Walgreens, Rite
16  Aid, Walmart, Giant Eagle, HBC, when DEA sets
17  quotas for controlled substances?
18      A.   Correct.
19           MR. CHANDLER:  Objection.
20           BY MR. EPPICH:
21      Q.   Wholesale distributors, such as
22  McKesson, Cardinal, AmerisourceBergen, they do
23  not apply for DEA -- to DEA for quotas, do
24  they?
25           MR. CHANDLER:  Objection.

Page 113

1           THE WITNESS:  Correct.
2           BY MR. EPPICH:
3       Q.  And pharmacy chains, such as CVS,
4   Walgreens, Rite Aid, Walmart, Giant Eagle, HBC,
5   they also do not apply to DEA for quotas,
6   correct?
7           MR. CHANDLER:  Objection.  Scope.
8           MR. ELSNER:  Objection.
9           THE WITNESS:  Correct.
10          BY MR. EPPICH:
11      Q.  Now, DEA is required by law to
12  establish aggregate production quotas for
13  certain controlled substances, correct?
14      A.  Correct.
15      Q.  There are a number of statutes and
16  regulations that govern the process DEA must
17  follow and the considerations DEA must consider
18  in establishing quotas for controlled
19  substances?
20          MR. CHANDLER:  Objection.
21          THE WITNESS:  Correct.
22          BY MR. EPPICH:
23      Q.  And DEA endeavors to comply with
24  these statutes and regulations governing the
25  establishment of quotas for controlled