# EXHIBIT 15

## AGGREGATE PRODUCTION QUOTA HISTORY FOR SELECTED SUBSTANCES*

(In kilograms of anhydrous acid or base)

| Controlled Substance | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 4-Anilino-N-phenethyl-4-piperidine (1) | N/A | N/A | N/A | N/A | N/A | N/A | N/A | 1,100.000 | 1,800.000 | 1,800.000 | 2,250.000 |
| Alfentanil | 0.700 | 2.000 | 2.800 | 7.200 | 5.200 | 8.000 | 8.000 | 8.000 | 12.800 | 29.002 | 38.250 |
| Amobarbital | 1.000 | 0.003 | 0.002 | 101.000 | 0.003 | 0.003 | 0.003 | 0.003 | 40.007 | 40.007 | 0.009 |
| Amphetamine (conversion) | - | - | - | - | 5,000.000 | 5,000.000 | 7,500.000 | 7,500.000 | 8,500.000 | 13,300.000 | 22,875.000 |
| Amphetamine (sale) | 10,987.000 | 12,700.000 | 14,500.000 | 17,000.000 | 17,000.000 | 17,000.000 | 17,000.000 | 18,600.000 | 25,300.000 | 33,400.000 | 42,625.000 |
| Cocaine | 175.000 | 200.000 | 228.000 | 286.000 | 286.000 | 247.000 | 247.000 | 247.000 | 216.000 | 216.000 | 240.000 |
| Codeine (conversion) | 43,559.000 | 48,252.000 | 55,000.000 | 59,000.000 | 59,000.000 | 71,000.000 | 65,000.000 | 65,000.000 | 65,000.000 | 65,000.000 | 81,250.000 |
| Codeine (sale) | 43,494.000 | 41,341.000 | 39,605.000 | 39,605.000 | 39,605.000 | 39,605.000 | 39,605.000 | 39,605.000 | 39,605.000 | 39,605.000 | 49,506.250 |
| Dextropropoxyphene | 167,365.000 | 167,365.000 | 167,365.000 | 120,000.000 | 120,000.000 | 106,000.000 | 106,000.000 | 92,000.000 | 0.007 | 0.007 | 0.019 |
| Dihydrocodeine | 741.000 | 776.000 | 750.000 | 1,261.000 | 2,435.000 | 1,200.000 | 1,200.000 | 800.000 | 255.000 | 400.000 | 250.000 |
| Diphenoxylate | 641.000 | 836.000 | 833.000 | 828.000 | 828.000 | 761.000 | 947.000 | 827.000 | 730.000 | 900.000 | 750.000 |
| Ecgonine | 33.000 | 38.000 | 73.000 | 83.000 | 83.000 | 83.000 | 83.000 | 83.000 | 83.000 | 83.000 | 127.500 |
| Fentanyl | 858.000 | 1,428.000 | 1,428.000 | 1,428.000 | 1,428.000 | 1,428.000 | 1,428.000 | 1,428.000 | 1,428.000 | 1,428.000 | 2,108.750 |
| Gamma-hydroxybutyric acid | 20,000.000 | 8,000.000 | 8,000.000 | 8,000.000 | 23,600.000 | 21,940.000 | 24,200.000 | 52,156.000 | 5,772.000 | 37,000.000 | 46,250.000 |
| Hydrocodone | 30,622.000 | 34,000.000 | 37,604.000 | 42,000.000 | 46,000.000 | 55,000.000 | 55,500.000 | 55,000.000 | 59,000.000 | 79,700.000 | 99,625.000 |
| Hydromorphone | 1,651.000 | 1,724.000 | 3,300.000 | 2,500.000 | 3,300.000 | 3,300.000 | 3,340.000 | 3,455.000 | 3,455.000 | 4,207.000 | 5,968.750 |
| Levorphanol | 8.600 | 15.000 | 5.000 | 5.000 | 6.000 | 10.000 | 10.000 | 10.000 | 3.600 | 3.600 | 4.500 |
| Lisdexamfetamine (2) | N/A | N/A | N/A | N/A | 6,200.000 | 6,200.000 | 8,200.000 | 9,000.000 | 10,400.000 | 12,000.000 | 21,000.000 |
| Marihuana | 840.000 | 840.020 | 4,500.000 | 4,500.000 | 4,500.000 | 4,500.000 | 4,500.000 | 21.000 | 21.000 | 21.000 | 21.000 |
| Meperidine | 9,753.000 | 9,753.000 | 9,753.000 | 9,753.000 | 9,753.000 | 8,600.000 | 8,600.000 | 6,600.000 | 5,500.000 | 5,500.000 | 6,875.000 |
| Methadone | 14,057.000 | 14,720.000 | 17,940.000 | 25,000.000 | 25,000.000 | 25,000.000 | 25,000.000 | 20,000.000 | 20,000.000 | 23,100.000 | 25,000.000 |
| Methadone Intermediate | 17,393.000 | 18,296.000 | 20,334.000 | 26,000.000 | 26,000.000 | 26,000.000 | 26,000.000 | 26,000.000 | 26,000.000 | 29,970.000 | 32,500.000 |
| Methamphetamine | 2,263.000 | 2,250.000 | 2,360.000 | 3,130.000 | 3,130.000 | 3,130.000 | 3,130.000 | 3,130.000 | 3,130.000 | 3,130.000 | 3,912.500 |
| ..... l-Desoxyephedrine | 825.000 | 675.000 | 700.000 | 680.000 | 680.000 | 680.000 | 680.000 | 750.000 | 750.000 | 750.000 | 987.500 |
| ..... Methamphetamine (conversion) | 1,420.000 | 1,525.000 | 1,615.000 | 2,405.000 | 2,405.000 | 2,405.000 | 2,405.000 | 2,331.000 | 2,331.000 | 2,331.000 | 2,863.750 |
| ..... Methamphetamine (sale) | 18.000 | 50.000 | 45.000 | 45.000 | 45.000 | 45.000 | 45.000 | 49.000 | 49.000 | 49.000 | 61.250 |
| Methylphenidate | 23,726.000 | 28,693.000 | 35,000.000 | 35,000.000 | 50,000.000 | 50,000.000 | 50,000.000 | 50,000.000 | 56,000.000 | 64,600.000 | 80,750.000 |
| Morphine (conversion) | 110,774.000 | 110,774.000 | 110,774.000 | 100,000.000 | 110,774.000 | 110,000.000 | 100,000.000 | 83,000.000 | 70,000.000 | 83,000.000 | 103,750.000 |
| Morphine (sale) | 20,762.000 | 35,021.000 | 35,000.000 | 35,000.000 | 35,000.000 | 35,000.000 | 36,300.000 | 39,000.000 | 39,000.000 | 48,200.000 | 60,250.000 |
| Noroxymorphone (conversion) | 4,400.000 | 3,800.000 | 4,000.000 | 5,600.000 | 11,000.000 | 9,000.000 | 9,000.000 | 9,000.000 | 7,200.000 | 7,200.000 | 9,000.000 |
| Noroxymorphone (sale) | 99.000 | 99.000 | 1.002 | 1,002.000 | 1.002 | 10.000 | 10.000 | 41.000 | 401.000 | 1,981.000 | 508.750 |
| Opium (3) | 1,000.000 | 1,300.000 | 1,280.000 | 1,360.000 | 1,400.000 | 1,400.000 | N/A | N/A | N/A | N/A | N/A |
| Opium (powdered) | N/A | N/A | N/A | N/A | N/A | N/A | 230.000 | 230.000 | 63.000 | 73.000 | 91.250 |
| Opium (tincture) | N/A | N/A | N/A | N/A | N/A | N/A | 1,250.000 | 1,500.000 | 1,000.000 | 1,000.000 | 1,287.500 |
| Oripavine (4) | N/A | N/A | N/A | N/A | N/A | 15,000.000 | 15,000.000 | 15,000.000 | 8,000.000 | 15,300.000 | 22,750.000 |
| Oxycodone (conversion) | 700.000 | 920.000 | 920.000 | 4,610.000 | 3,100.000 | 4,820.000 | 4,500.000 | 5,600.000 | 5,600.000 | 7,600.000 | 10,250.000 |
| Oxycodone (sale) | 41,182.000 | 49,200.000 | 50,490.000 | 56,000.000 | 70,000.000 | 70,000.000 | 94,000.000 | 105,500.000 | 98,000.000 | 105,200.000 | 131,500.000 |
| Oxymorphone (conversion) | - | - | - | 2,400.000 | 15,300.000 | 12,000.000 | 12,000.000 | 12,800.000 | 12,800.000 | 12,800.000 | 18,375.000 |
| Oxymorphone (sale) | 454.000 | 534.000 | 534.000 | 806.000 | 1,800.000 | 2,000.000 | 2,570.000 | 3,070.000 | 3,070.000 | 5,500.000 | 6,875.000 |
| Pentobarbital | 27,728.000 | 18,251.000 | 20,335.000 | 28,000.000 | 35,200.000 | 28,000.000 | 28,000.000 | 28,000.000 | 34,000.000 | 34,000.000 | 42,500.000 |
| Phenylacetone | 21,975.000 | 11,000.000 | - | - | - | 0.001 | 250.001 | 12,500.001 | 8,000.000 | 16,000.000 | 20,000.000 |
| Secobarbital | 1.100 | 0.002 | 0.002 | 0.002 | 0.002 | 0.002 | 67.000 | 67.000 | 336.002 | 336.002 | 215.003 |
| Sufentanil | 3.000 | 4.000 | 4.500 | 6.500 | 10.300 | 10.300 | 10.300 | 7.000 | 5.000 | 6.732 | 6.255 |
| Tapentadol (5) | N/A | N/A | N/A | N/A | N/A | N/A | 1,000.000 | 403.000 | 5,400.000 | 5,400.000 | 13,750.000 |
| Tetrahydrocannabinols | 135.000 | 180.000 | 312.500 | 338.000 | 312.500 | 312.500 | 312.500 | 264.000 | 393.000 | 393.000 | 491.000 |
| Thebaine | 58,832.000 | 72,453.000 | 72,453.000 | 78,000.000 | 126,000.000 | 126,000.000 | 126,000.000 | 126,000.000 | 116,000.000 | 116,000.000 | 145,000.000 |

\* DEA publishes a complete list of Schedule I and II controlled Substance Aggregate Production Quotas in the Federal Register

(1) 4-Anilino-N-phenethyl-4-piperidine became a schedule II controlled substance August 30, 2010 (75 FR 37296)
(2) Lisdexamfetamine became a schedule II controlled substance June 4, 2007 (85 FR 24532)
(3) Opium was split into separate categories beginning in 2009
(4) Oripavine became a separate basic drug class code September 24, 2007 (184 FR 54208)
(5) Tapentadol became a schedule II controlled substance June 22, 2009 (74 FR 23790)

Updated October 2, 2012

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0000386240