# EXHIBIT 21

Highly Confidential - Subject to Further Confidentiality Review

1                UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
2                       EASTERN DIVISION
3

     IN RE: NATIONAL           )
4    PRESCRIPTION              )   MDL No. 2804
     OPIATE LITIGATION         )
5    _____   )   Case No.
                               )   1:17-MD-2804
6                              )
     THIS DOCUMENT RELATES     )   Hon. Dan A.
7    TO ALL CASES              )   Polster
8
                    TUESDAY, APRIL 23, 2019
9
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                        - - -
12          Videotaped deposition of Mark A.
13   Schumacher, M.D., Ph.D., held at the offices of
14   Morgan, Lewis & Bockius LLP, One Market,
15   Spear Street Tower, San Francisco,
16   California, commencing at 9:35 a.m., on the
17   above date, before Carrie A. Campbell,
18   Registered Diplomate Reporter and Certified
19   Realtime Reporter.
20
21
22                        - - -
23
               GOLKOW LITIGATION SERVICES
24        877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
25

Golkow Litigation Services                              Page 1

Highly Confidential - Subject to Further Confidentiality Review

```
 1    family --
 2         A.    I understand.  That's correct.
 3         Q.    That's correct?
 4         A.    Yes.
 5         Q.    Okay.  So you don't have a
 6    specific opinion about the actions of
 7    McKesson Corporation that you intend to offer
 8    at trial in this litigation?
 9         A.    Yeah, I -- my scope of opinion
10    is restricted to -- or encompasses the list
11    of defendants shown in footnote 1.
12         Q.    Okay.  I'm going to run through
13    the rest of the distributors all at once --
14         A.    Oh, I see.
15         Q.    -- and that way we'll tie it
16    up.
17         A.    Okay.
18         Q.    So AmerisourceBergen Drug
19    Corporation, Prescription Supply,
20    Incorporated, Miami-Luken and Henry Schein,
21    you do not intend to offer an opinion at
22    trial about any of those defendants in
23    connection with this litigation, correct?
24         A.    That is correct.
25         Q.    And exhibit -- Deposition
```

```
 1              ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4           I, Mark A. Schumacher, M.D, Ph.D. , do
     hereby certify that I have read the foregoing
 5   pages and that the same is a correct
     transcription of the answers given by me to
 6   the questions therein propounded, except for
     the corrections or changes in form or
 7   substance, if any, noted in the attached
     Errata Sheet.
 8
 9
10
11
12   _____Mark A. Schumacher_____  5-21-19
     Mark A. Schumacher, M.D., Ph.D.    DATE
13
14
15   Subscribed and sworn to before me this
16   _____ day of _____, 20 ____.
17   My commission expires: _____
18
19   Notary Public
                              SEE ATTACHED
20
21
22
23
24
25
```

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**         **GOVERNMENT CODE § 8202**

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1. _____
2. _____
3. _____
4. _____
5. _____
6. _____

_Signature of Document Signer No. 1_     _Signature of Document Signer No. 2 (if any)_

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___Marin___

ALFREDO J. VASQUEZ
Notary Public – California
Marin County
Commission # 2195463
My Comm. Expires May 4, 2021

_Place Notary Seal and/or Stamp Above_

Subscribed and sworn to (or affirmed) before me
on this __21__ day of __May__, 20_19_,
by   Date      Month      Year

(1) __Mark A. Schumacher__

(and 2) _____ ),
_Name(s) of Signer(s)_

proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____
_Signature of Notary Public_

——————————— **OPTIONAL** ———————————

_Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document._

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association        M1304-08 (09/17)

**ERRATA**
*In re: National Prescription Opiate Litigation*, MDL No. 2804
Deponent: Mark A. Schumacher, M.D., Ph.D.
Deposition date: April 23, 2019

| Page: Line | Current | Change To | Reason |
|---|---|---|---|
| 49:22 | "compliant" | complaint | Spelling error |
| 234:8 | "has not been shown" | has been shown | Transcription error |
| 236:2 | "A nociceptor is only" | A nociceptor that is only | Transcription error |
| 236:13 | "That is one – after" | That is one site – after | Transcription error |
| 281: 17 | "joined this paragraph" | joined this chapter | Transcription error |