# EXHIBIT 22

CONFIDENTIAL

# Expert Report of Professor Meredith Rosenthal

**March 25, 2019**

changes in pain management over time as an alternative theory explaining the growth in opioid sales.  My conclusions appear in Section XI.

**V.     SUMMARY OF OPINIONS**

11.     Based on my expertise in healthcare economics and econometrics, as well as research and data analysis specific to this matter, I reach the following conclusions, all to a reasonable degree of certainty in the areas of healthcare economics and econometrics:

- Promotion of pharmaceuticals increases their sales. Such promotion is particularly important for goods like pharmaceuticals, which require trial for consumers to ascertain their worth. Promotion is also very profitable in this industry due to factors such as third-party coverage, which cause prices to exceed production costs by a large margin.

- The alleged unlawful promotion of opioids, if proven, resulted in increased sales of opioids.  Economic theory and empirical studies in the economics, marketing, and health services research literature find that promotional efforts increase both approved and unapproved uses of pharmaceuticals.  The Defendants' strategic marketing materials corroborate this conclusion.  As a result, I am of the opinion that the combined effect of the Defendant manufacturers' promotion of prescription opioids since 1995 was a substantial contributing factor to the increase in the use of prescription opioids in the Bellwether communities.

- Using econometric models, I demonstrate that I can reasonably identify the extent to which the sale of prescription opioids (measured by the number of milligrams of morphine equivalents, or MMEs) was caused by any quantum of the Defendants'

promotional efforts that counsel can prove was unlawful. Based upon my analyses and assumptions from counsel about the extent of promotion that can be proven to be unlawful, I can reasonably identify approximately 45-67% of MMEs during the period of my analysis as caused by unlawful promotion. I report my estimates in further detail below, by year both nationally and for the Bellwether counties.

- As per my assignment, should the conduct of any manufacturer Defendant be excluded from consideration at the trial of this litigation for any reason, I am able to calculate the number of additional prescriptions caused by the allegedly unlawful promotion of any combination of remaining Defendants.

CONFIDENTIAL

*[signature]*

Prof. Meredith Rosenthal

March 25, 2019