# EXHIBIT 25

Highly Confidential - Subject to Further Confidentiality Review

```
 1          IN THE UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
                         -  -  -
 3    IN RE:  NATIONAL             :   HON. DAN A.
      PRESCRIPTION OPIATE          :   POLSTER
 4    LITIGATION                   :   MDL NO. 2804
                                   :
 5    This document relates to:    :   Case No. 17-MD-2804
                                   :
 6    The County of Summit, Ohio   :
      Ohio et al. v. Purdue Pharma :
 7    L.P., et al., Case No.       :
      17-OP-45004                  :
 8                                 :
      The County of Cuyahoga v.    :
 9    Purdue Pharma Purdue Pharma  :
      L.P., et al., Case No.       :
10    18-OP-45090                  :
11                  -  -  -
12          - HIGHLY CONFIDENTIAL -
      SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
13
                       VOLUME I
14                    -  -  -
                   May 9, 2019
15
16          Videotaped deposition of
      CRAIG J. McCANN, Ph.D., CFA, taken
17    pursuant to notice, was held at the law
      offices of Morgan Lewis & Bockius, LLP,
18    1111 Pennsylvania Avenue, NW, Washington,
      D.C., beginning at 10:03 a.m., on the
19    above date, before Michelle L. Gray, a
      Registered Professional Reporter,
20    Certified Shorthand Reporter, Certified
      Realtime Reporter, and Notary Public.
21
                         -  -  -
22
           GOLKOW LITIGATION SERVICES
23      877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
24
```

```
 1          Q.    Okay.  And you didn't -- you
 2   didn't apply any other criteria?
 3          A.    Not that I can think of.
 4          Q.    Okay.  In that Paragraph 130
 5   that I just read out, you say at the
 6   beginning that you implemented various
 7   approaches.  And is that talking about
 8   the approaches that are discussed later
 9   in that section, Approaches 1, 2, 3, 4
10   and 5?
11          A.    Yes.
12          Q.    You are not talking about
13   anything else than that?
14          A.    Correct.
15          Q.    And then you have five
16   approaches in this report; is that
17   correct?
18          A.    Yes.
19          Q.    And the first one is the
20   maximum monthly trailing six-month
21   threshold, correct?
22          A.    Correct.
23          Q.    And the second is the twice
24   trailing 12-month average pharmacy dosage
```

```
 1   units, correct?
 2        A.    Yes.
 3        Q.    And we can do it slower,
 4   sorry, you're flipping through.
 5             MR. MOUGEY:  Which page are
 6        you referencing?
 7             MS. McENROE:  I'm just going
 8        through a list of them, but --
 9             MR. MOUGEY:  Right.
10             MS. McENROE:  -- that's
11        fine.
12   BY MS. McENROE:
13        Q.    The third one starts on
14   Page 64.  So the third one is the three
15   times trailing 12-month average pharmacy
16   dosage units; is that correct?
17        A.    Yes.
18        Q.    The fourth one starts on
19   Page 68, is the maximum 8,000 dosage
20   units monthly; is that correct?
21        A.    Yes.
22        Q.    And the fifth one, starts on
23   Page 72, is maximum daily dosage units.
24             Do you see that?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1         A.    I do.
 2         Q.    So if I refer to your five
 3   approaches, will you understand that I'm
 4   referring to those five approaches as
 5   I've just read them out?
 6         A.    Yes.
 7         Q.    Did you apply any other
 8   approaches aside from those five in
 9   reaching your conclusions?
10         A.    Not with respect to the
11   conclusions I reached in Section 9 at
12   least.
13         Q.    Okay.  From where did you
14   get the five approaches that you apply in
15   Section 9?
16         A.    From discussions with
17   counsel.
18         Q.    Who?  Is it the same list of
19   people that we discussed earlier today?
20         A.    Yes.  There may be some
21   additional lawyers whose names didn't
22   come to mind when I was giving you the
23   names of people I interacted with
24   earlier.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1          Q.    Okay.  So just so that I can
 2   make sure that I have it all straight.
 3   So you got the five approaches from
 4   plaintiffs' counsel, and you applied them
 5   to the data, and that's it, with respect
 6   to Section 9?
 7          A.    Correct.
 8          Q.    So it's fair to say that any
 9   one of these approaches could be or could
10   not be appropriate for use in this
11   particular setting; you're just not
12   taking an opinion on that one way or the
13   other?
14          A.    Right.  I think other
15   witnesses are going to deal with that
16   issue.
17          Q.    And just to make sure I'm
18   totally clear, you're not opining
19   anywhere that any of these approaches is
20   or is not required by law in any way?
21          A.    Correct.
22          Q.    I think you mentioned
23   earlier that there are certain
24   assumptions that are built into your
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    a year column and there's a percent of
 2    flagged transactions column.  And I see a
 3    year and a percent column in Professor
 4    Cutler's report that was put in front of
 5    me.  That's the extent to which I can
 6    observe that they're similar.
 7         Q.    Okay.  So you didn't provide
 8    the specific numbers that are in Table
 9    J-1 of Professor Cutler's report,
10    correct?
11         A.    Not that I'm aware of.
12               We -- I'll stop there.
13         Q.    Thank you.
14         A.    You're welcome.
15         Q.    One last quick question.
16               Earlier, just a few minutes
17    ago, you were asked, did you do any peer
18    grouping of any of the pharmacy buyers
19    compared to similar pharmacies in the
20    area, and you responded yes.
21               Is your "yes" response based
22    solely on the fact that you did certain
23    analyses that grouped retail chain
24    pharmacies together?
```