# EXHIBIT 26

```
 1              UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3      *************************
     IN RE:  NATIONAL
 4   PRESCRIPTION OPIATE          MDL No. 2804
     LITIGATION
 5                                Case No.
     This document relates to:    17-MD-2804
 6

     The County of Summit,
 7   Ohio, et al v. Purdue        Hon. Dan A. Polster
     Pharma L.P., et al
 8   Case No. 1:18-OP-45090
 9
     The County of Cuyahoga v.
10   Purdue Pharma L.P., et al
     Case No. 17-OP-45004
11
     *************************
12          HIGHLY CONFIDENTIAL - SUBJECT TO
13            FURTHER CONFIDENTIALITY REVIEW
14      VIDEOTAPED DEPOSITION OF DAVID CUTLER, Ph.D.
15
16             Friday, April 26th, 2019
17                    9:00 a.m.
18
19      Held At:
20          Robins Kaplan LLP
            800 Boylston Street
21          Boston, Massachusetts
22
23   REPORTED BY:
24   Maureen O'Connor Pollard, RMR, CLR, CSR
```

1          MR. SOBOL:  Objection.

2   BY MR. KNAPP:

3      Q.   Is there any relationship?

4          MR. SOBOL:  Objection.

5      A.   The percentages in Table J.1 were from
6   Mr. McCann.  I was not involved, obviously, in
7   Mr. McCann's report.  Those numbers were
8   provided to me by counsel.  My purpose in
9   including them here was to let the court know
10  that if it wished, one could take -- if the
11  court wished, I could take estimates of the harm
12  resulting from a particular group of defendants,
13  in this case the distributors, and calculate the
14  harms that would come from that.

15          These numbers, I am not -- I am not
16  testifying -- it is not my opinion that these
17  numbers are the correct numbers.  They were
18  given to me by counsel who asked if these were
19  the correct numbers, what would be the harm that
20  would -- that your model would estimate from
21  that.

22  BY MR. KNAPP:

23      Q.   So, Professor Cutler, I really need
24  you to focus on the question that I'm asking and

Golkow Litigation Services                                Page 80

Highly Confidential - Subject to Further Confidentiality Review

1   strike that.
2           Do you have an opinion on why the
3   distributors should have stopped approximately
4   30 percent more shipments in 1997 than that are
5   attributable to defendants' misconduct?
6           MR. SOBOL:  Objection.  Form.
7       A.  I'm not -- I'm not testifying to the
8   accuracy of Mr. McCann's analysis here.  I'm
9   showing the court how an estimate of the harms
10  associated with a particular class of defendants
11  could -- how the shipments associated with
12  misconduct on the part of any particular class
13  of defendants could be used to estimate the
14  harms from those defendants.
15  BY MR. KNAPP:
16      Q.  Do you know or have any opinion on
17  whether the percentages in Table J.1 are
18  reasonable in any way?
19          MR. SOBOL:  Objection.
20      A.  I'm not -- I do not have an opinion as
21  to whether the estimates in Table J.1 are
22  correct or incorrect.
23  BY MR. KNAPP:
24      Q.  And what about the percent of

1  how including these would affect the coefficient
2  estimate.
3           So that is, like everything, an issue
4  associated with a regression, which is that it
5  has -- it can only tell about the things it has.
6           But I again want to emphasize, just
7  saying that these variables matter is not --
8  would matter is not the issue here.  It's more
9  involved than that.
10 BY MR. KNAPP:
11      Q.   Let's look at Appendix 3.J in your
12 report.  I want to start with Table J.1.  And we
13 talked a bit about this yesterday.  What is your
14 understanding of where these percentages come
15 from in Table J.1?
16      A.   These percentages were given to me by
17 counsel who said that they were the output of
18 Mr. McCann's analysis.
19      Q.   Have you looked at Mr. McCann's
20 report?
21      A.   I have not looked at Mr. McCann's
22 report.
23      Q.   Do you know if any of these
24 percentages are actually in Professor McCann's

```
 1   report?
 2        A.   I have not looked at Mr. McCann's
 3   report, so I can't answer that question.
 4             MR. KO:  I don't know for sure, Tim,
 5   but I think he's not a professor.
 6             MR. KNAPP:  I'm elevating him.
 7        A.   After this, Mr. Knapp, we may choose
 8   to make you a professor.
 9   BY MR. KNAPP:
10        Q.   Depends upon the subject, I don't
11   know.  We'll have to see.
12        A.   I don't know, you seem to have a
13   knowledge of econometrics that is quite
14   impressive.
15        Q.   Oh, well, I appreciate that.  Thank
16   you very much.
17             MR. KO:  So complimentary.
18   BY MR. KNAPP:
19        Q.   I would say the same about you,
20   Professor Cutler.
21        A.   But not about my knowledge of law,
22   that I assure you.
23   BY MR. KNAPP:
24        Q.   Okay.  Well, let me just start with
```

Highly Confidential - Subject to Further Confidentiality Review

1
2                ACKNOWLEDGMENT OF DEPONENT
3
4           I, ____David Cutler_____, do
    Hereby certify that I have read the foregoing
5   pages, and that the same is a correct
    transcription of the answers given by me to the
6   questions therein propounded, except for the
    corrections or changes in form or substance, if
7   any, noted in the attached Errata Sheet.
8
9   ____David M Cut_____  5/21/19
    DAVID CUTLER, Ph.D.                    DATE
10
11
12
13
14
15
16  Subscribed and sworn
    To before me this
17   21   day of  May          , 2019 .
18  My commission expires:  10/29/21
19
    _____
20  Notary Public
21
                        TONY PUNJABI
22                      Notary Public
                   Commonwealth of Massachusetts
23                      Suffolk County
                My Commission Expires October 29, 2021
24

Golkow Litigation Services                         Page 370

```
 1                    - - - - - -

                       E R R A T A
 2                    - - - - - -

 3    PAGE    LINE    CHANGE

 4    25      5       "Why is There No Cure For Health?"

 5    REASON:         Title has question mark.

 6    47      20      experiencing

 7    REASON:         tense of word incorrect.

 8    147     15      "far more"

 9    REASON:         far misspelled as for

10    152     4       effects

11    REASON:         misspelled

12    178     4       marginal utility

13    REASON:         al left of marginal

14    184     10      insurer

15    REASON:         insurer mis-spelled

16    189     3       translate an input

17    REASON:         an is mis-spelled

18    309     17      advantages of that method

19    REASON:         I meant to say method

20    313     1       Professor Deaton uses

21    REASON:         I meant to say uses

22    324     13      the study of
23                    not plural

24
```

```
 1                    - - - - -

                      E R R A T A

 2                    - - - - -

 3      PAGE   LINE   CHANGE

 4      315    19     using the NSDUH data

 5         REASON:    mis-spelled

 6      315    5-6    the ~~ASA~~ Add Health survey

 7         REASON:    fix survey name

 8      ____   ____   _____

 9         REASON:    _____

10      ____   ____   _____

11         REASON:    _____

12      ____   ____   _____

13         REASON:    _____

14      ____   ____   _____

15         REASON:    _____

16      ____   ____   _____

17         REASON:    _____

18      ____   ____   _____

19         REASON:    _____

20      ____   ____   _____

21         REASON:    _____

22      ____   ____   _____

23

24
```

Highly Confidential - Subject to Further Confidentiaity Review

```
 1
 2            ACKNOWLEDGMENT OF DEPONENT
 3
 4           I, _____David Cutler_____, do
     Hereby certify that I have read the foregoing
 5   pages, and that the same is a correct
     transcription of the answers given by me to the
 6   questions therein propounded, except for the
     corrections or changes in form or substance, if
 7   any, noted in the attached Errata Sheet.
 8
 9   _____[signature]_____      __5/21/19__
     DAVID CUTLER, Ph.D.           DATE
10
11
12
13
14
15
16   Subscribed and sworn
     To before me this
17    21   day of   May       , 20 19 .
18   My commission expires:  10/29/21
19
     _____[signature]_____
20   Notary Public
21
                         TONY PUNJABI
22                       Notary Public
                  Commonwealth of Massachusetts
23                       Suffolk County
                 My Commission Expires October 29, 2021
24
```

Highly Confidential - Subject to Further Confidentiaity Review

```
 1                    - - - - - -
                       E R R A T A
 2                    - - - - - -
 3     PAGE   LINE    CHANGE
 4     382    8       guidelines from medical
 5     REASON:        preposition wrong
 6     382    23      excessive use by individuals
 7     REASON:        missing preposition
 8     395    16      former was whether
 9     REASON:        mistake in transcript
10     395    18      per capita
11     REASON:        extra l in "cupita"
12     414    20      I wish I had that data
13     REASON:        missing that
14     416    4       mortality rate difference
15     REASON:        mistake in transcript.
16     426    5       small N's
17     REASON:        misunderstand of state language.
18     456    20      suggests
19     REASON:        omitted s
20     470    18      it would bias it
21     REASON:        clarify meaning
22     477    17 & 22  Emile
23                    Fix name
24
```

Highly Confidential - Subject to Further Confidentiaity Review

```
 1                    - - - - - -
                       E R R A T A
 2                    - - - - - -
 3      PAGE   LINE   CHANGE
 4      479    12     area I am expert in
 5             REASON: Clarify meaning
 6      495    8      one digit industries:
 7             REASON: Clarify meaning
 8      512    22     Professor Autor
 9             REASON: spelling
10      531    23     not so far off
11             REASON: Clarify meaning
12      560    10     the number of pain
13             REASON: misrecording
14      560    15     individuals are diagnosed with
15             REASON: make meaning clear.
16      ___    ___    _____
17             REASON: _____
18      ___    ___    _____
19             REASON: _____
20      ___    ___    _____
21             REASON: _____
22      ___    ___    _____
23
24
```