# EXHIBIT 28

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3   IN RE: NATIONAL              )    MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION                   )    Case No.
                                  )    1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )    Hon. Dan A.
 6   ALL CASES                    )    Polster
                                  )
 7
 8
 9                      — — —
10              Monday, May 13, 2019
                        — — —
11
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12               CONFIDENTIALITY REVIEW
                        — — —
13
14
15
16       Videotaped Deposition of JAMES E.
     RAFALSKI, held at Weitz & Luxenburg PC, 3011
17   West Grand Avenue, Suite 2150, Detroit,
     Michigan, commencing at 9:20 a.m., on the
18   above date, before Michael E. Miller, Fellow
     of the Academy of Professional Reporters,
19   Registered Diplomate Reporter, Certified
     Realtime Reporter and Notary Public.
20
21
22
                        — — —
23
             GOLKOW LITIGATION SERVICES
24       877.370.3377 ph | fax 917.591.5672
                  deps@golkow.com
25
```

Highly Confidential - Subject to Further Confidentiality Review

1  BY MR. NICHOLAS:
2         Q.    Are you able to tell -- well,
3  you wrote on your report on page 46, and we
4  read this already, that you had been asked to
5  identify the number of opioid pills that
6  entered Cuyahoga and Summit Counties
7  unlawfully, and then you went on to say it's
8  an impossible task, right?  Page 46, first
9  full paragraph.
10        A.    Yes.
11        Q.    Okay.  Are you able to tell us
12 the correct number of pills that should have
13 been shipped into Cuyahoga and Summit
14 Counties lawfully?
15        A.    No, sir, I cannot provide that
16 information -- or did I calculate that
17 information or --
18        Q.    Do you have any sense of it at
19 all?
20        A.    Well, I'm supportive of my
21 opinion, and that's the failures by the
22 registrants during the time period was a
23 significant contribution to diversion and the
24 amount of pills.  But to put a calculated
25 number, I can't do that.  My methodology has

Highly Confidential - Subject to Further Confidentiality Review

| | | |
|---|---|---|
| 1 | | ERRATA |
| 2 | PAGE LINE | CHANGE |
| 3 | 564 11 | 1.5 TO .15 |
| 4 | | REASON: CORRECT STATEMENT |
| 5 | 564 12 | 6.5 TO .65 |
| 6 | | REASON: CORRECT STATEMENT |
| 7 | 565 3 | 1.5/.65 TO .15/.65 |
| 8 | | REASON: CORRECT STATEMENT |
| 9 | | |
| 10 | | REASON: |
| 11 | | |
| 12 | | REASON: |
| 13 | | |
| 14 | | REASON: |
| 15 | | |
| 16 | | REASON: |
| 17 | | |
| 18 | | REASON: |
| 19 | | |
| 20 | | REASON: |
| 21 | | |
| 22 | | REASON: |
| 23 | | |
| 24 | | REASON: |
| 25 | | |

Golkow Litigation Services    Page 845

Highly Confidential - Subject to Further Confidentiality Review

1  ACKNOWLEDGMENT OF DEPONENT
2
3
4      I, JAMES E. RAFALSKI, do hereby certify that I have read the foregoing pages
5  and that the same is a correct transcription of the answers given by me to the questions
6  therein propounded, except for the corrections or changes in form or substance,
7  if any, noted in the attached Errata Sheet.
8
9
10
11
12  _____  6/12/19
    JAMES E. RAFALSKI             DATE
13
14
15  Subscribed and sworn to before me this
16  __12th__ day of __June__, 20__19__.
17  My commission expires: __8/7/19__
18
19  _____
20  Notary Public
21
22  [Notary seal: STATE OF MISSISSIPPI NOTARY PUBLIC, ID # 66670, EDNA L. JAMISON, Commission Expires Aug. 7, 2019, LAMAR COUNTY]
23
24
25