# EXHIBIT 29

Page 1

  1
              IN THE UNITED STATES DISTRICT COURT
  2           FOR THE NORTHERN DISTRICT OF OHIO
                       EASTERN DIVISION
  3
  4     _____
  5     IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
        OPIATE LITIGATION                Case No. 17-md-2804
  6
  7     This document relates to:        Judge Dan
                                         Aaron Polster
  8
        The County of Cuyahoga v. Purdue
  9     Pharma, L.P., et al.
        Case No. 17-OP-45005
 10
        City of Cleveland, Ohio vs. Purdue
 11     Pharma, L.P., et al.
        Case No. 18-OP-45132
 12
        The County of Summit, Ohio,
 13     et al. v. Purdue Pharma, L.P.,
        et al.
 14     Case No. 18-OP-45090
        _____
 15
 16
 17                       VOLUME I
 18        Videotaped Deposition of Kyle J. Wright
 19                    Washington, D.C.
 20                    February 28, 2019
 21                       9:33 a.m.
 22
 23
 24     Reported by:  Bonnie L. Russo
 25     Job No. 3244302

Veritext Legal Solutions
www.veritext.com                                      888-391-3376

Page 68

1  manufacturer would have visibility at the
2  doctor-patient level?
3      A.   Under certain circumstances.
4  Because the manufacturers could be ordering
5  particular products and obtain them directly
6  from a manufacturer.
7           There were also programs where they
8  got rebates and other things like this.  And so
9  they also knew.  There were certain limited
10 circumstances in which manufacturer community
11 could -- community could see downstream.  It's
12 limited.
13     Q.   Limited circumstances?
14     A.   Yes, ma'am.
15     Q.   Okay.  And would distributors have
16 visibility or know about the doctor-patient
17 relationships?
18          MR. SHKOLNIK:  Objection to form.
19          MR. MIGLIORI:  Objection to form.
20          THE WITNESS:  Not in totality.
21          BY MS. MAINIGI:
22     Q.   So to be clear, a distributor would
23 not know anything about the doctor-patient
24 relationship, correct?
25          MR. MIGLIORI:  Objection.

Page 69

1  THE WITNESS: On a specific
2  doctor-patient relationship, no.
3  MS. McCLURE: Can we go off the
4  record for a minute. The live feed stopped
5  working a few questions ago.
6  THE VIDEOGRAPHER: We are going off
7  the record.
8  This is the end of Media Unit No. 1.
9  The time is 10:37.
10  (A short recess was taken.)
11  THE VIDEOGRAPHER: We are going back
12  on the record.
13  This is the beginning of Media Unit
14  2.
15  The time is 10:48.
16  You may proceed, Counsel.
17  BY MS. MAINIGI:
18  Q.  Mr. Wright, you recall mentioning
19  earlier that you were transferred to DEA
20  headquarters around 2005, I think April Fool's
21  Day 2005, right?
22  A.  Yes.
23  Q.  Now, at the time that you moved over
24  to DEA headquarters, was there a system in
25  place called the Excessive Purchase Program?