# EXHIBIT 31

Page 1

1  IN THE UNITED STATES COURT
2  NORTHERN DISTRICT OF OHIO
3  EASTERN DIVISION
4
5  ~~~~~~~~~~~~~~~~~~~~
6  IN RE: NATIONAL PRESCRIPTION    MDL NO. 2804
7  OPIATE LITIGATION
8                                  Case No. 17-mdl-284
9                                  Judge Dan Polster
10
11 This document relates to:
12 The County of Summit, Ohio, et al.,
13       V.
14 Purdue Pharma L.P., et al.,
15 Case No. 1:18-OP-45090 (N.D. Ohio)
16
17          ~~~~~~~~~~~~~~~~~~~~
18         Videotaped deposition of
19      DOUGLAS A. SMITH, M.D., DFAPA
20           November 16, 2018
                9:08 a.m.
21
              Taken at:
22        Jackson Kelly PLLC
       50 South Main Street Street
23            Akron, Ohio
24        Wendy L. Klauss, RPR
25

Page 158

1  to another substance.
2      Q.   So if I understand you correctly, a
3  healthcare provider who is looking face-to-face
4  with a patient, trying to render a medical
5  judgment, has the advantage of being able to
6  examine that individual, ask questions of that
7  individual, and better inform their prescribing
8  decision; is that fair?
9           MR. KEARSE:  Object to form.
10     A.   Yeah.  There is a doctor-patient
11 discussion to determine risks.
12     Q.   But that process will not perfectly
13 predict outcomes, correct?
14     A.   Correct.
15     Q.   That's impossible?
16          MR. KEARSE:  Object to form.
17     A.   Yeah.  Medical science doesn't have
18 an exact test yet.
19     Q.   Now, just to go back quickly on the
20 question of addiction science.  You're not
21 board certified in it.  Have you ever received
22 any specific training in addiction medicine?
23     A.   I mean, in residency, I did
24 rotations in addiction.  So certainly I treated
25 many individuals on one particular unit,