# EXHIBIT 32

Highly Confidential - Subject to Further Confidentiality Review

```
 1    UNITED STATES DISTRICT COURT
      FOR THE NORTHERN DISTRICT OF OHIO
 2    EASTERN DIVISION
 3   IN RE: NATIONAL          )   MDL No. 2804
     PRESCRIPTION OPIATE      )
 4   LITIGATION               )   Case No.
                              )   1:17-MD-2804
 5                            )
     THIS DOCUMENT RELATES TO )   Hon. Dan A. Polster
 6   ALL CASES                )
                              )
 7
 8
 9                  __ __ __
10          Friday, January 25, 2019
                    __ __ __
11
12     HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
              CONFIDENTIALITY REVIEW
                    __ __ __
13
14
15
16       Videotaped Deposition of EUGENE G.
     CAVACINI, held at Winstead PC, 2728 North
17   Harwood, Suite 500, Dallas, Texas, commencing
     at 9:01 a.m., on the above date, before
18   Michael E. Miller, Fellow of the Academy of
     Professional Reporters, Registered Diplomate
19   Reporter, Certified Realtime Reporter and
     Notary Public.
20
21
22
                    __ __ __
23
24        GOLKOW LITIGATION SERVICES
       877.370.3377 ph | fax 917.591.5672
25             deps@golkow.com
```

1    they are willing to ship, right?  That's

2    within the company's purview to decide,

3    right?

4                    MS. HENN:  Objection to form,

5          asked and answered.

6          A.    But I think it is a balance

7    between making sure that these products are

8    available to patients who need them when they

9    need them, all the medications that we

10   provide.

11                   You know, we are a distributor

12   and a logistics company that see orders from

13   pharmacies and pharmacists pursuant to

14   prescriptions.  I don't think we should be

15   making clinical decisions.  Under the --

16   BY MR. BOGLE:

17         Q.    Well -- go ahead.  Go ahead.

18   No.

19         A.    Under the Controlled Substances

20   Act, we have a responsibility to make sure

21   that we have an effective program to guard

22   against controls and that we have a system to

23   alert orders that deviate in size, pattern

24   and frequency.

25         Q.    Okay.  And do you dispute that

## ERRATA SHEET

Case Name:      In re: National Prescription Opiate Litigation
No. 1:17-MD-2804

Deposition Date:    January 25, 2019

Deponent:      Gene Cavacini

| | |
|---|---|
| 1. | To clarify the record. |
| 2. | To conform to the facts. |
| 3. | To correct transcription error. |

| Pg. | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 16 | 5 | I described | I've described | 3 |
| 18 | 13 | relationship | relationships | 3 |
| 19 | 4 | so which | so it | 3 |
| 25 | 14 | I do | It does | 1 |
| 27 | 3 | masters | Masters | 3 |
| 28 | 17 | see a | see it as | 1 |
| 32 | 24 | ever day | everyday | 3 |
| 45 | 6 | a regulatory | regulatory | 1 |
| 45 | 23 | is an important | is important | 1 |
| 50 | 11 | answer of what | answer, what | 3 |
| 58 | 19 | that that | that | 3 |
| 62 | 24 | compare | company | 3 |
| 66 | 4 | came | that it came | 1 |
| 73 | 14 | failed | failing | 1 |

| 78 | 22 | at | in | 3 |
|---|---|---|---|---|
| 101 | 8 | was | were | 1 |
| 116 | 6 | about we | about how we | 3 |
| 118 | 10 | have | have them | 3 |
| 157 | 22 | post | past | 3 |
| 161 | 9 | about my | in my | 3 |
| 163 | 25 | compensation | component | 3 |
| 194 | 10 | 20,000s | 20,000 | 3 |
| 236 | 16 | DA | DEA | 3 |
| 254 | 2 | Al-- | Alverson | 1 |
| 267 | 22 | controls | diversion | 2 |
| 311 | 15 | drive | driver | 3 |
| 315 | 6 | vested | invested | 3 |
| 329 | 7 | act | Act | 3 |
| 346 | 10 | allocations | allegations | 3 |
| 360 | 10 | work out | work in | 3 |

2.27.2019
_____
Date

E. S. C—
_____
Gene Cavacini

LAURA MICHELE JACOBS
Notary Public, State of Texas
Comm. Expires 01-05-2022
Notary ID 131398619

Laura Jacobs 2/27/19

Highly Confidential - Subject to Further Confidentiality Review

1              ACKNOWLEDGMENT OF DEPONENT

2

3           I, EUGENE G. CAVACINI, do hereby
certify that I have read the foregoing pages

4  and that the same is a correct transcription
of the answers given by me to the questions

5  therein propounded, except for the
corrections or changes in form or substance,

6  if any, noted in the attached
Errata Sheet.

7

8

9

10

11  _____      2·27·19
    EUGENE G. CAVACINI          DATE

12

13

14  Subscribed and sworn to before me this

15  27 day of February , 20 19 .

16  My commission expires: 1·5·22

17

18  _____

19  Notary Public

20

21

22

23

24

25

LAURA MICHELE JACOBS
Notary Public, State of Texas
Comm. Expires 01-05-2022
Notary ID 131398619