# EXHIBIT 34

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF OHIO
 3                    EASTERN DIVISION
 4
 5   ------------------------------x
 6   IN RE: NATIONAL PRESCRIPTION   ) Case No.
 7   OPIATE LITIGATION              ) 1:17-MD-2804
 8   APPLIES TO ALL CASES           ) Hon. Dan A. Polster
 9   ------------------------------x
10
11
12
          VIDEOTAPED DEPOSITION OF GARY L. BOGGS
13
                     WASHINGTON, D.C.
14
               THURSDAY, JANUARY 17, 2019
15
                        9:07 A.M.
16
17
18
19
20
21
22
23   Pages: 1 - 429
24   Reported by: Leslie A. Todd
```

```
 1   dentist and have a tooth -- tooth extraction, and
 2   the patient needs the medication for maybe a
 3   couple of days, but the doctor writes it for
 4   30 days.  That's overprescribing.
 5        Q    So does the -- does McKesson's
 6   compliance program target overprescribing, as
 7   you've just described it?
 8        A    It -- it can't.
 9        Q    Why not?
10        A    We don't see the prescription.  We're
11   prohibited by law under HIPAA from knowing
12   anything about the patient or any consultation
13   between the patient and the doctor, and we don't
14   have access to prescription -- the prescription
15   itself.
16        Q    You were asked some questions earlier
17   today about towns that received larger volumes of
18   pills relative to their population.  Do you
19   remember some of those questions?
20        A    I do.
21        Q    Do you know if those numbers are the
22   result of diversion or of overprescribing?
23        A    I don't.
24             MR. RAFFERTY:  Objection.
```

```
 1              ACKNOWLEDGMENT OF DEPONENT

 2      I, ____Gary Boggs____, do hereby

 3   certify that I have read the foregoing pages, and

 4   that the same is a correct transcription of the

 5   answers given by me to the questions therein

 6   propounded, except for the corrections or changes

 7   in form or substance, if any, noted in the

 8   attached Errata Sheet.

 9

10   ____[signature]____            ____2/25/19____

11   GARY L. BOGGS                         DATE

12

13

14   Subscribed and sworn to

15   before me this

16   __25th__ day of __February__, 20__19__.

17   My commission expires: __12/09/2020__

18   ____[signature]____    Daniel Stybel

19   Notary Public

20
           DANIEL STYBEL
21   NOTARY PUBLIC - STATE OF MICHIGAN
           COUNTY OF WAYNE
     MY COMMISSION EXPIRES DEC 9, 2020
22   ACTING IN COUNTY OF __Wayne__

23

24
```