# EXHIBIT 35

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF OHIO
 3                      EASTERN DIVISION
 4                          - - -
 5   IN RE:  NATIONAL              :
     PRESCRIPTION                  :  MDL No. 2804
 6   OPIATE LITIGATION             :
     _____ :  Case No.
 7                                 :  1:17-MD-2804
     THIS DOCUMENT RELATES         :
 8   TO ALL CASES                  :  Hon. Dan A. Polster
 9                          - - -
10              Tuesday, January 22, 2019
11      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW
12
                           - - -
13
14        Videotaped deposition of CHRISTOPHER J. FORST,
15   held at the offices of Baker & Hostetler,
16   200 South Civic Drive, Columbus, Ohio  43215,
17   commencing at 9:14 a.m., on the above date, before
18   Carol A. Kirk, Registered Merit Reporter and Notary
19   Public.
20
21                          - - -
22
23            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
24                  deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

 1         A.    Yes.

 2               MS. WICHT:  Thank you.

 3         Q.    And what type of information did

 4    you have?

 5         A.    It was -- ranged from very little

 6    to maybe their -- their dispensing information.

 7    There were some that we possibly had a list of

 8    doctors that we had compiled from somewhere that

 9    they were possibly filling prescriptions for and

10    that could have been a source from them, or just

11    notices that we -- in the area from newspaper

12    notices of questionable physicians.

13               Again, I couldn't look at the

14    prescriptions.  That's a HIPAA violation for me

15    because I'm not in any part of that.  So I would

16    have to ask the pharmacist questions about --

17    and go through the ten things:  Do you do your

18    due diligence?  Are you familiar with your

19    physician's practice?  Do you know what his

20    specialty is?  Do you know of any legal action

21    that may or may not have been taken against him

22    with controlled substances?

23               So there was that list.  And it

24    was very similar to what the investigators used.