# **EXHIBIT 37**

Page 1

IN THE UNITED STATES COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

~~~~~~~~~~~~~~~~~~~~

IN RE: NATIONAL PRESCRIPTION    MDL NO. 2804
OPIATE LITIGATION

                                        Case No. 17-mdl-2804

                                      Judge Dan Aaron Polster

This document relates to:

City of Cleveland, Ohio v. Purdue Pharma L.P.,
et al.,
Case No. 1:18-OP-45132

~~~~~~~~~~~~~~~~~~~~
Videotaped deposition of
MICHAEL CONNELLY
November 7, 2018
9:05 a.m.

Taken at:
Zashin & Rich
950 Main Avenue
Cleveland, Ohio
Wendy L. Klauss, RPR

Veritext Legal Solutions

www.veritext.com                                                                               888-391-3376

Page 58

1    Q.    What are pill cases?
2    A.    So prescription -- we call it
3    diversion, so it would either be illegally
4    obtained prescriptions.
5    Q.    And how do people illegally obtain
6    prescriptions?
7    A.    They can write a fake script, they
8    can steal grandma's prescriptions, they can go
9    to a doctor that is writing prescriptions
10   illegally, they can buy illegal prescriptions
11   from a drug dealer on the corner.  There is a
12   very -- there is a variety of ways to obtain
13   them.
14   Q.    And does the compliance unit look
15   into all of those things?
16   A.    They do, you know, within their
17   limitations, because there is only a couple of
18   them.  So if I can explain really quickly, any
19   one of these units, if they would need help,
20   they can ask for help from the general squad.
21   Q.    How many people are in the
22   compliance unit?
23   A.    Two.
24   Q.    Has that changed over time?
25   A.    It's either been one or two

Page 131

1  will focus on the pills.  If we can make the
2  best case from the heroin, then we will focus
3  on the heroin.
4           If our source can only focus on one
5  of those two, then we have to go in the
6  direction of the source.  So the sources and
7  the cases kind of define themselves.
8           That being said -- it's difficult
9  for me to answer your question.  I'm sorry.
10      Q.   Well, let me ask you this:  In the
11  past five years, how many of your
12  investigations -- in how many of your
13  investigations have the pills been the driver
14  of what you were going after, as opposed to
15  heroin or something else?
16      A.   A small percentage.  A very small
17  percentage.
18      Q.   Where does the fentanyl and the
19  heroin that you are investigating come from?
20      A.   The source for most of the heroin
21  and fentanyl that we see in our Greater
22  Cleveland area is Mexico.
23      Q.   Any other sources?
24      A.   China.
25      Q.   Have you come across any fentanyl

Page 132

1    that was being a diverted prescription fentanyl
2    product, as opposed to the bulk fentanyl coming
3    in from China or Mexico?
4         A.    I have not.
5         Q.    If you would turn to the next page,
6    it is actually page 4 of the application.
7    Again, I want to actually go to the bottom.
8    There is a -- it talks about Cuyahoga County.
9    Do you see that at the very bottom?
10        A.    "Cuyahoga County is a heavily
11   populated county"?
12        Q.    Yes.
13        A.    Okay.
14        Q.    And it says, "We basically have an
15   east side task force and a west side task force
16   that handles issues specific to their areas";
17   do you see that?
18        A.    Yes.
19        Q.    Is that referring to just to
20   Cuyahoga County, is it referring to your task
21   force?
22        A.    There is other task forces that
23   Cleveland does not participate in.  So that's
24   what they are talking about.
25              There is an east side suburban task

Page 304

1      Q.   So do you agree with that sentence?
2      A.   No.
3      Q.   So let's unpack that a little bit,
4 because you certainly agree with the truth of
5 the statement that all of the law enforcement
6 officials responding to the 2017 drug threat
7 survey had that opinion?
8      MS. ZIMMERMANN: Objection to form.
9 Objection. Argumentative. You may answer.
10     A.   My question would be, I would like
11 to see the question specifically that was asked
12 to these law enforcement agencies, because
13 that's not my opinion.
14     Q.   So what is your opinion with
15 respect to what is the greatest
16 threat -- what's the greatest drug threat to
17 the region?
18     A.   Fentanyl.
19     Q.   Fentanyl. So would you consider
20 the heroin provided by the Mexican-based drug
21 trafficking organizations to be the second
22 greatest drug threat in the region?
23     A.   It's right there, yeah, it's right
24 there, just a step behind the fentanyl.
25     Q.   I appreciate that clarification.