# EXHIBIT 41

## CASE INFORMATION

CR-14-588716-A  THE STATE OF OHIO vs. HEATHER R MITCHELL

View Printer Friendly Version

### Case Information

| | |
|---|---|
| Number: | CR-14-588716-A |
| Status: | CASE CLOSED |
| Judge Name: | JOHN D SUTULA |
| Next Event: | N/A |
| Arrested Date: | N/A |
| Arresting Agency: | CLEVELAND POLICE |
| Arresting Agency Report: | N/A |
| Court of Appeals Case: | N/A |

### Defendant Information

| | |
|---|---|
| Number: | 134246 |
| Name: | HEATHER R MITCHELL |
| Status: | DEFN LVJAIL |
| Date of Birth: | 12/05/1974 |
| Race: | WHITE |
| Sex: | FEMALE |
| Other Cases: | CR-15-597514-A, CR-15-597370-A, CR-15-597016-A, CR-15-594663-A, CR-15-594194-A, CR-15-592391-A, CR-14-536603-A, CR-13-576736-A, CR-13-576991-A, CR-13-572342-A, CR-10-534932-A, CR-09-530393-A, CR-09-526013-A, CR-09-521747-B, CR-08-475318-B, CR-08-475192-B, CR-01-410828-ZA, CR-01-410289-A, CR-01-410215-ZA, CR-01-405948-ZA, CR-01-405892-B, CR-01-405510-ZA, CR-99-370817-B, CR-98-368960-A, CR-93-368836-ZA, CR-95-324797-ZA, CR-94-304574-B |
| Co-Defendants: | NOVEL A MITCHELL (B), RUSSY DUNSENN (C), SCOTTY J WYCHAM (D), DANIELLE NEWL (E), ANGELA BOIANI (F), NICHOLE WATT (G), HEATHER KNECHT (H), CHRISTOPHER MIECUX (I), WILLIAM MOORE (J), LUIS HERRNANDEZ (K), JONATHAN HILL (L), ALVIN ROTTFF (M), JAMES CROWELL (N), CRYSTAL M NOLIN (O) |

### Charges

| Type | Statute | Charge Description | Disposition |
|---|---|---|---|
| INDICT | 2923.32.A (1) | ENGAGING IN PATTERN OF CORRUPT ACTIVITY; FORFEITURE | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2923.01.A (1) | CONSPIRACY | NOLLE |
| INDICT | 2925.02.A (2) | CORRUPTING ANOTHER WITH DRUGS | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2913.02.A (3) | THEFT; AGGRAVATED THEFT | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |

MCKPUB00024322

| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
|--------|-----------|-----------------|-------|
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |

MCKPUB00024323

| | | | |
|---|---|---|---|
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | | TRAFFICKING OFFENSE | NOLLE |

MCKPUB00024324

| | 2925.03.A (1) | | |
|---|---|---|---|
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |

| | | | |
|---|---|---|---|
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2923.24.A | POSSESSING CRIMINAL TOOLS | NOLLE |

| | | | |
|---|---|---|---|
| INDICT | 2923.24.A | POSSESSING CRIMINAL TOOLS | NOLLE |
| INDICT | 2923.24.A | POSSESSING CRIMINAL TOOLS | NOLLE |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.23.B (1) | ILLEGAL PROCESSING OF DRUG DOCUMENTS | NOLLE |
| INDICT | 2925.22.A | DECEPTION TO OBTAIN A DANGEROUS DRUG | NOLLE |
| INDICT | 2925.11.A | DRUG POSSESSION | NOLLE |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | PLD GLTY- N/C - IND @ P/T |
| INDICT | 2925.03.A (1) | TRAFFICKING OFFENSE | PLD GLTY- N/C - IND @ P/T |

## Bond Information

| Bond Number | Amount | Type | Date Set | Date Posted | Bondsman/Surety Co. |
|---|---|---|---|---|---|
| 664439 | $500,000.00 | CASH/SURETY/PROP. | 06/30/2015 | | |

## Case Actions

| Event Date | Event Description |
|---|---|
| 04/08/2016 | LEAVING JAIL |
| 03/21/2016 | SENTENCED |
| 03/14/2016 | P.S.I. CPT |
| 02/19/2016 | REFERRED PROBATION - PSI |
| 02/19/2016 | PLEA |
| 12/29/2015 | PRETRIAL HELD |
| 12/10/2015 | PRETRIAL HELD |
| 12/03/2015 | CONTINUANCE |
| 12/03/2015 | PRETRIAL HELD |
| 11/23/2015 | CONTINUANCE |
| 11/23/2015 | PRETRIAL HELD |
| 10/27/2015 | CONTINUANCE |
| 10/27/2015 | PRETRIAL HELD |
| 09/23/2015 | PRETRIAL HELD |
| 09/23/2015 | CONTINUANCE |
| 08/06/2015 | PRETRIAL HELD |
| 08/06/2015 | CONTINUANCE |
| 07/15/2015 | CONTINUANCE |
| 07/15/2015 | PRETRIAL HELD |
| 06/30/2015 | ARRAIGNED |
| 06/27/2015 | JAIL |
| 02/11/2015 | CAPIAS |
| 02/11/2015 | ARRESTED |
| 08/27/2014 | INDICTED SECRET |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments
Copyright © 2011 PROWARE  All Rights Reserved  1.1.2.16

MCKPUB00024327

Case: 1:17-md-02804-DAP  Doc #: 1920-46  Filed: 07/19/19  8 of 107.  PageID #: 93709

MCKPUB00024328

MCKPUB00024329

Case: 1:17-md-02804-DAP   Doc #: 1920-46   Filed:  07/19/19   10 of 107.   PageID #: 93711

MCKPUB00024330

MCKPUB00024331

Case: 1:17-md-02804-DAP   Doc #: 1920-46   Filed:  07/19/19   12 of 107.   PageID #: 93713

MCKPUB00024332

## CASE INFORMATION

CR-14-588716-A   THE STATE OF OHIO vs. HEATHER R MITCHELL

View Printer Friendly Version

### General Information

| | |
|---|---|
| Name: | HEATHER R MITCHELL |
| Defendant ID: | 134246 |
| Def Status: | DEFN LVJAIL |
| Marital Status: | P |
| Birth City: | CLEVELAND |
| Birth State: | OH |
| Citizenship: | N/A |

### Address Information

| | |
|---|---|
| Address: | 1715 CANOVA AVE |
| Line 2: | N/A |
| City, State, Zip: | CLEVELAND, OH 44109-0000 |

### Alias Information

| Name | DOB |
|---|---|
| BETTY JO BLETCH | |
| BETTY JO BLATCH | |
| KELLY MCKNIGHT | |
| VANESSA M VERZEY | |
| VANESSA VEAZEY | |
| HEATHER MITCHELL | 12/05/1974 |
| TERESA ATKINS | |
| HEATHER SHELL | |
| HEATHER BLETCH | |
| SHERRY JONES | |

### Identifying Characteristics

| | |
|---|---|
| Race: | WHITE |
| Height: | 5'7 |
| Sex: | FEMALE |
| Weight: | 250 |
| Age: | 44 |
| Eyes: | GREEN |
| DOB: | 12/05/1974 |
| Hair: | BLOND |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Version Cuyahoga.vr.Courts.Aa55
Copyright © 2015 [illegible]. All Rights Reserved. 1.1.7.18

MCKPUB00024333

## CASE INFORMATION

CR-14-588718-A   THE STATE OF OHIO vs. HEATHER R MITCHELL

View Printer Friendly Version

Docket Information

| From Filing Date | Docket Type 1 | Docket Type 2 | Docket Type 3 | Docket Type 4 | Filter Results |
|---|---|---|---|---|---|
| __/__/__ | | | | | Start Search |



| Proceeding Date | Filing Date | Docket Party | Docket Type | Docket Description | View Image |
|---|---|---|---|---|---|
| 10/10/2018 | 10/10/2018 | D1 | MO | MOTION FOR JAIL TIME CREDIT, FILED. | |
| 05/17/2016 | 05/23/2016 | N/A | JE | IT IS HEREBY ORDERED THAT RUSSELL W TYE, ESQ., HERETOFORE ASSIGNED AS COUNSEL FOR THE DEFENDANT IN THIS CAUSE, BE ALLOWED $3,000.00 FOR SERVICES SO RENDERED. IT IS ORDERED THAT THE COURT CERTIFY SAID AMOUNT TO THE FISCAL OFFICER AND THE COUNTY EXECUTIVE FOR ALLOWANCE AND PAYMENT. 1603302 05/17/2016 CPMKE 05/17/2016 15:37:03 | |
| 05/03/2016 | 05/17/2016 | N/A | JE | DEFENSE COUNSEL'S MOTION FOR EXTRAORDINARY FEES IS HEREBY GRANTED IN THE AMOUNT OF $1,500.00. THE TOTAL AMOUNT OF $3,000.00 IS HEREBY APPROVED. _____ ADMINISTRATIVE JUDGE JOHN J. RUSSO _____ JUDGE 05/03/2016 CPMKE 05/03/2016 10:20:57 | |
| 04/29/2016 | 04/29/2016 | D | RE | ATTORNEY FEE BILL SUBMITTED RUSSELL TYE | |
| 04/14/2016 | 04/14/2016 | N/A | OT | STATEMENT OF COURT COST SENT TO CORRECTIONAL INSTITUTION FOR COLLECTION | |
| 04/14/2016 | 04/14/2016 | N/A | CS | COURT COST ASSESSED HEATHER R MITCHELL BILL AMOUNT 69885 PAID AMOUNT 0 AMOUNT DUE 69885 | |
| 04/14/2016 | 04/14/2016 | D1 | CS | MANDATORY DRUG FINE (PROSECUTOR'S 20%) | |
| 04/14/2016 | 04/14/2016 | D1 | CS | 80% OF MANDATORY DRUG FINE TO CLEVELAND POLICE DEPT. | |
| 04/14/2016 | 04/14/2016 | D1 | DR | COURT REPORTER FEE | |
| 04/14/2016 | 04/14/2016 | D1 | DR | SHERIFF FEES | |
| 03/28/2016 | 03/28/2016 | N/A | CS | REPARATION FEE RC 2743.70 ; 2937.22 ; 2949.091 | |
| 03/22/2016 | 03/22/2016 | N/A | CS | COURT REPORTER FEE | |
| 03/21/2016 | 03/28/2016 | N/A | JE | DEFENDANT IN COURT. COUNSEL RUSSELL W TYE PRESENT. COURT REPORTER PRESENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO ENGAGING IN PATTERN OF CORRUPT ACTIVITY; FORFEITURE 2923.32 A(1) F1 AS CHARGED IN COUNT(S) 1 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO CORRUPTING ANOTHER WITH DRUGS 2925.02 A(2) F2 AS CHARGED IN COUNT(S) 3 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO THEFT, AGGRAVATED THEFT 2913.02 A(3) F5 AS CHARGED IN COUNT(S) 4 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO DECEPTION TO OBTAIN A DANGEROUS DRUG 2925.22 A F2 AS CHARGED IN COUNT(S) 8, 40, 109, 121, 139, 177, 187, 198 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO TRAFFICKING OFFENSE 2925.03 A(1) F2 AS CHARGED IN COUNT(S) 10, 111, 123, 179, 189, 200, 204, 205 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO DECEPTION TO OBTAIN A DANGEROUS DRUG 2925.22 A AS CHARGED IN COUNT(S) 97 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO TRAFFICKING OFFENSE 2925.03 A(1) F3 AS CHARGED IN COUNT(S) 99 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO DECEPTION TO OBTAIN A DANGEROUS DRUG 2925.22 A F4 AS CHARGED IN COUNT(S) 142, 165 OF THE INDICTMENT. ON A FORMER DAY OF COURT THE DEFENDANT PLEAD GUILTY TO TRAFFICKING OFFENSE 2925.03 A(1) F4 AS CHARGED IN COUNT(S) 144, 167 OF THE INDICTMENT. REMAINING COUNTS WERE NOLLED. DEFENDANT ADDRESSES THE COURT, PROSECUTOR ADDRESSES THE COURT. THE COURT CONSIDERED ALL REQUIRED FACTORS OF THE LAW. THE COURT FINDS THAT PRISON IS CONSISTENT WITH THE PURPOSE OF R. C. 2929.11. THE COURT IMPOSES A PRISON SENTENCE AT THE OHIO REFORMATORY FOR WOMEN OF 9 YEAR(S). COURT FINDS THAT THE AGREED SENTENCE OF 11 YEARS OF THE PARTIES IS REASONABLE UNDER THE CIRCUMSTANCES OF THE VARIOUS CASES AND THE DEFENDANT'S PRIOR CRIMINAL HISTORY. COUNT 1: 9 YEARS MANDATORY TIME, WITH 5 YEARS MANDATORY PRC; COUNT 3: 5 YEARS MANDATORY TIME, WITH 3 YEARS DISCRETIONARY PRC; COUNT 4: 12 MONTHS WITH 3 YEARS DISCRETIONARY PRC; COUNTS 8, 40, 109, 121, 139, 177, 187, 198: 5 YEARS ON EACH COUNT, CONCURRENT WITH EACH OTHER - 3 YEARS PRC; COUNT 97: 36 MONTHS, WITH 3 YEARS PRC; COUNTS 10, 111, 123, 179, 189, 200, 204, 205: 5 YEARS MANDATORY TIME ON EACH COUNT, WITH 3 YEARS PRC; COUNT 99: 36 MONTHS, WITH 3 YEARS PRC; COUNTS 144, 167: 12 MONTHS ON EACH COUNT, WITH 3 YEARS PRC; ALL FEL-2'S TO RUN CONCURRENT WITH COUNT 1. ALL FEL-3'S, FEL-4'S AND FEL-5'S TO RUN CONCURRENT WITH COUNT 1. AGGREGATE AGREED SENTENCE OF 9 YEARS IMPOSED. COURT FINDS IT NECESSARY TO PROTECT/PUNISH, NOT DISPROPORTIONATE AND FIND HARM SO GREAT OR UNUSUAL THAT A SINGLE TERM DOES NOT ADEQUATELY REFLECT THE SERIOUSNESS OF THE CONDUCT OR OFFENDER'S CRIMINAL HISTORY SHOWS THAT CONSECUTIVE TERMS ARE NEEDED TO PROTECT THE PUBLIC. NO JUDICIAL RELEASE OR EARNED DAYS OF CREDIT ON ALL COUNTS. POST RELEASE CONTROL IS PART OF THIS PRISON SENTENCE FOR 5 YEARS MANDATORY FOR THE ABOVE FELONY(S) UNDER R.C.2967.28. DEFENDANT ADVISED THAT /IF/WHEN POST RELEASE CONTROL SUPERVISION IS IMPOSED FOLLOWING HIS/HER RELEASE FROM PRISON AND IF HE/SHE VIOLATES THAT SUPERVISION OR CONDITION OF POST RELEASE CONTROL UNDER RC 2967.131(B), PAROLE BOARD MAY IMPOSE A PRISON TERM AS PART OF THE SENTENCE OF UP TO ONE-HALF OF THE STATED PRISON TERM ORIGINALLY IMPOSED UPON THE OFFENDER. DEFENDANT WAIVES | |

MCKPUB00024334

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  |  |  |  | RIGHT TO APPEAL AS A RESULT OF PLEA AGREEMENT AS TO AGREED SENTENCE. DRIVER'S LICENSE SUSPENSION UNTIL 03/21/2021. THE DEFENDANT IS ORDERED TO PAY A FINE IN THE SUM OF $ 69,500.00. (COUNTS 3, 10, 111, 123, 179, 189, 200, 204, 205 EACH HAVE A MANDATORY FINE OF $7,500.00 FOR A TOTAL FINE OF $69,500.00) THE COURT HEREBY ENTERS JUDGMENT AGAINST THE DEFENDANT IN AN AMOUNT EQUAL TO THE COSTS OF THIS PROSECUTION. DEFENDANT REMANDED. SHERIFF ORDERED TO TRANSPORT DEFENDANT HEATHER R MITCHELL, DOB: 12/05/1974, GENDER: FEMALE, RACE: WHITE. 03/21/2016 CPEDB 03/24/2016 15:32:37 |  |
| 03/20/2016 | 03/20/2016 | D1 | MO | MOTION FILED BY D1 HEATHER R MITCHELL ATTORNEY RUSSELL W TYE 0067238 MOTION TO WAIVE AND OR SUSPEND PAYMENT OF FINES, COURT COSTS, FEES, AND RESTITUTION |  |
| 02/22/2016 | 02/22/2016 | N/A | CS | COURT REPORTER FEE |  |
| 02/19/2016 | 02/24/2016 | N/A | JE | DEFENDANT IN COURT WITH COUNSEL RUSSELL W TYE. PROSECUTING ATTORNEY(S) JENNIFER L. O'MALLEY PRESENT. COURT REPORTER PRESENT. DEFENDANT FULLY ADVISED IN OPEN COURT OF HIS/HER CONSTITUTIONAL RIGHTS AND PENALTIES. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO ENGAGING IN PATTERN OF CORRUPT ACTIVITY; FORFEITURE 2923.32 A(1) F1 AS CHARGED IN COUNT(S) 1 OF THE INDICTMENT. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO CORRUPTING ANOTHER WITH DRUGS 2925.02 A(2) F2 AS CHARGED IN COUNT(S) 3 OF THE INDICTMENT. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO THEFT; AGGRAVATED THEFT 2913.02 A(3) F5 AS CHARGED IN COUNT(S) 4 OF THE INDICTMENT. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO DECEPTION TO OBTAIN A DANGEROUS DRUG 2925.22 A F2 AS CHARGED IN COUNT(S) 8, 40, 109, 121, 139, 177, 187, 198 OF THE INDICTMENT. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO TRAFFICKING OFFENSE 2925.03 A(1) F2 AS CHARGED IN COUNT(S) 10, 111, 123, 179, 189, 200, 204, 205 OF THE INDICTMENT. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO DECEPTION TO OBTAIN A DANGEROUS DRUG 2925.22 A F3 AS CHARGED IN COUNT(S) 97 OF THE INDICTMENT. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO TRAFFICKING OFFENSE 2925.03 A(1) F3 AS CHARGED IN COUNT(S) 59 OF THE INDICTMENT. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO DECEPTION TO OBTAIN A DANGEROUS DRUG 2925.22 A F4 AS CHARGED IN COUNT(S) 142, 165 OF THE INDICTMENT. DEFENDANT RETRACTS FORMER PLEA OF NOT GUILTY AND ENTERS A PLEA OF GUILTY TO TRAFFICKING OFFENSE 2925.03 A(1) F4 AS CHARGED IN COUNT(S) 144, 167 OF THE INDICTMENT. REMAINING COUNTS ARE NOLLED. COURT ACCEPTS DEFENDANT'S GUILTY PLEA. THE DEFENDANT IS REFERRED TO THE COUNTY PROBATION DEPARTMENT FOR A PRE-SENTENCE INVESTIGATION AND REPORT. ORIGINAL BOND CONTINUED. SENTENCING SET FOR 03/11/2016 AT 09:00 AM. 02/19/2016 CPKAO 02/22/2016 13:07:17 |  |
| 02/11/2016 | 02/11/2016 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 1076812, IN THE AMOUNT OF $6.00. |  |
| 02/10/2016 | 02/10/2016 | N/A | SB | STATE SUBPOENA ISSUED |  |
| 02/10/2016 | 02/10/2016 | N/A | SB | SHERIFF SERVICE FEES FOR SUBPOENA NUMBER 1076812, IN THE AMOUNT OF $6.00. |  |
| 12/29/2015 | 12/31/2015 | N/A | JE | PRETRIAL HELD 12/29/2015. PRETRIAL CONTINUED TO 01/14/2016 AT 09:00 AM REASON FOR CONTINUANCE: PLEA NEGOTIATIONS ONGOING. 12/29/2015 CPKAO 12/29/2015 15:28:55 |  |
| 12/10/2015 | 12/18/2015 | N/A | JE | PRETRIAL HELD 12/10/2015. PRETRIAL SET FOR 12/29/2015 AT 09:00 AM. AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: PLEA NEGOTIATIONS. TRIAL SET FOR 03/01/2016. 12/10/2015 CPAJZ 12/10/2015 12:43:25 |  |
| 12/03/2015 | 12/08/2015 | N/A | JE | PRETRIAL HELD 12/03/2015. PRETRIAL CONTINUED TO 12/10/2015 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: ONGOING DISCOVERY. 12/03/2015 CPBXC 12/03/2015 11:52:38 |  |
| 11/23/2015 | 11/30/2015 | N/A | JE | PRETRIAL HELD 11/23/2015. PRETRIAL CONTINUED TO 12/03/2015 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: PLEA NEGOTIATIONS ONGOING. 11/23/2015 CPAJZ 11/23/2015 12:45:07 |  |
| 11/13/2015 | 11/13/2015 | P1 | MO | STATE'S SUPPLEMENTAL RESPONSE TO REQUEST FOR DISCOVERY UNDER RULE 16, FILED. |  |
| 10/27/2015 | 11/02/2015 | N/A | JE | PRETRIAL HELD 10/27/2015. PRETRIAL CONTINUED TO 11/10/2015 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: PLEA NEGOTIATIONS ONGOING. 10/27/2015 CPAJZ 10/28/2015 09:24:30 |  |
| 09/23/2015 | 09/29/2015 | N/A | JE | PRETRIAL HELD 09/23/2015. PRETRIAL CONTINUED TO 10/07/2015 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: PLEA NEGOTIATIONS ONGOING. 09/23/2015 CPAJZ 09/24/2015 11:39:57 |  |
| 08/06/2015 | 08/11/2015 | N/A | JE | PRETRIAL HELD 08/06/2015. PRETRIAL CONTINUED TO 08/19/2015 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: DISCOVERY ONGOING. 08/06/2015 CPAJZ 08/06/2015 15:46:46 |  |
| 07/27/2015 | 07/27/2015 | P1 | NT | STATE'S NOTICE OF RECEIPT OF DEMAND FOR DISCOVERY FILED |  |
| 07/15/2015 | 07/17/2015 | N/A | JE | PRETRIAL HELD 07/15/2015. PRETRIAL CONTINUED TO 08/06/2015 AT 09:00 AM AT THE REQUEST OF DEFENDANT. REASON FOR CONTINUANCE: DISCOVERY ONGOING. 07/15/2015 CPAJZ 07/16/2015 10:22:55 |  |
| 07/09/2015 | 07/09/2015 | P1 | MO | STATE'S RESPONSE TO DEFENDANT'S REQUEST FOR DISCOVERY AND BILL OF PARTICULARS UNDER RULE 16, FILED. |  |
| 07/09/2015 | 07/09/2015 | P1 | MO | STATE'S DEMAND FOR DISCOVERY, FILED. |  |
| 07/09/2015 | 07/09/2015 | P1 | MO | STATE'S DEMAND FOR DISCOVERY, FILED. |  |
| 07/01/2015 | 07/01/2015 | D1 | MO | MOTION FILED BY D1 HEATHER R MITCHELL ATTORNEY RUSSELL W TYE 0067238 MOTION FOR EXCULPATORY, MITIGATORY AND BRADY MATERIAL |  |
| 07/01/2015 | 07/01/2015 | D1 | MO | MOTION FOR THE PROSECUTING ATTORNEY TO DISCLOSE THE STATE'S INTENTION TO USE EVIDENCE IN CHIEF AT TRIAL, FILED . REQUEST UNDER CRIMINAL RULE 12 |  |
| 07/01/2015 | 07/01/2015 | D1 | MO | MOTION FOR BILL OF PARTICULARS, FILED. |  |
| 07/01/2015 | 07/01/2015 | D1 | NT | REQUEST FOR EVIDENCE NOTICE, FILED. |  |
| 06/30/2015 | 06/30/2015 | N/A | CS | PRISONER IN COURT |  |
| 06/30/2015 | 06/30/2015 | N/A | JE | DEFENDANT DECLARED INDIGENT. COURT ASSIGNED TYE, RUSSELL W AS COUNSEL. READING OF INDICTMENT WAIVED. TWENTY-FOUR HOUR SERVICE WAIVED. DEFENDANT PLEAD NOT GUILTY TO INDICTMENT. BOND SET AT 500,000.00 DOLLARS. BOND TYPE: CASH/SURETY/PROP.. BOND CONDITIONS: NO CONTACT WITH VICTIM. JUDGE SUTULA, JOHN D (333) ASSIGNED (MANUALLY). FIRST PRETRIAL SET FOR 07/02/2015 AT 09:00 AM IN COURT ROOM JC23B JUDGE SUTULA, JOHN D. |  |

MCKPUB00024335

| | | | | |
|---|---|---|---|---|
| 06/29/2015 | 06/29/2015 | N/A | SC | ARRAIGNMENT PREVIOUSLY SCHEDULED FOR 05/04/2015 AT 08:30 AM IS RESCHEDULED FOR 06/30/2015 AT 08:30 AM.. |
| 06/29/2015 | 06/29/2015 | N/A | SC | ARRAIGNMENT SCHEDULED FOR 05/04/2015 AT 08:30 AM IS CANCELLED. JUDGE: ARRAIGNMENT ROOM (ARRAIGN) REASON: UNKNOWN . |
| 06/27/2015 | 06/29/2015 | N/A | CS | DEFENDANT'S BOOKING COST |
| 06/27/2015 | 06/29/2015 | N/A | CR | DEFENDANT IN CUSTODY |
| 06/23/2015 | 06/23/2015 | P1 | NT | STATE'S NOTICE OF RECEIPT OF DEMAND FOR DISCOVERY FILED |
| 05/04/2015 | 05/04/2015 | N/A | JE | ORIGINAL CAPIAS REMAINS FROM 02/11/2015. |
| 05/01/2015 | 05/01/2015 | N/A | SC | ARRAIGNMENT PREVIOUSLY SCHEDULED FOR 04/09/2016 AT Saturday IS RESCHEDULED FOR 05/04/2015 AT 08:30 AM.. |
| 05/01/2015 | 05/01/2015 | N/A | SC | ARRAIGNMENT SCHEDULED FOR 04/09/2015 AT 08:30 AM IS CANCELLED. JUDGE: ARRAIGNMENT ROOM (ARRAIGN) REASON: UNKNOWN . |
| 04/09/2015 | 04/09/2015 | N/A | JE | ORIGINAL CAPIAS REMAINS FROM 02/11/2015. |
| 04/07/2015 | 04/07/2015 | N/A | SC | ARRAIGNMENT SET FOR 04/09/2015 AT 08:30 AM |
| 04/03/2015 | 04/03/2015 | P1 | NT | STATE'S NOTICE OF RECEIPT OF DEMAND FOR DISCOVERY FILED |
| 03/13/2015 | 03/13/2015 | P1 | NT | STATE'S NOTICE OF RECEIPT OF DEMAND FOR DISCOVERY FILED |
| 03/09/2015 | 03/09/2015 | P1 | NT | STATE'S NOTICE OF RECEIPT OF DEMAND FOR DISCOVERY FILED |
| 02/26/2015 | 02/26/2015 | P1 | NT | STATE'S NOTICE OF RECEIPT OF DEMAND FOR DISCOVERY FILED |
| 02/17/2015 | 02/17/2015 | P1 | NT | STATE'S NOTICE OF RECEIPT OF DEMAND FOR DISCOVERY FILED |
| 02/12/2015 | 02/12/2015 | N/A | CL | CAPIAS PRINTED AND SENT TO SHERIFF |
| 02/11/2015 | 02/11/2015 | D | JE | ORP - WARRANT ON INDICTMENT ISSUED. OSJ |
| 02/11/2015 | 02/11/2015 | N/A | SC | ARRAIGNMENT SCHEDULED FOR 02/12/2015 AT 08:30 AM IS CANCELLED. JUDGE: ARRAIGNMENT ROOM (ARRAIGN) REASON: UNKNOWN . |
| 02/11/2015 | 02/11/2015 | D1 | CR | CIF ENTERED |
| 02/11/2015 | 02/11/2015 | N/A | CR | ARRESTED 09/30/2013 |
| 02/11/2015 | 02/11/2015 | N/A | CR | DATE OF OFFENSE 12/01/2012 |
| 08/27/2014 | 02/11/2015 | N/A | GP | ARRAIGNMENT SCHEDULED FOR 02/12/2015. |
| 08/27/2014 | 08/27/2014 | N/A | CS | WRIT FEE |
| 08/27/2014 | 08/27/2014 | N/A | CR | INDICTED SECRET ON 08/27/2014 |
| 08/27/2014 | 02/11/2015 | N/A | SF | LEGAL RESEARCH |
| 08/27/2014 | 02/11/2015 | N/A | SF | COURT SPECIAL PROJECTS FUND |
| 08/27/2014 | 02/11/2015 | N/A | SF | CRIME STOPPERS |
| 08/27/2014 | 02/11/2015 | N/A | SF | COMPUTER FEE |
| 08/27/2014 | 02/11/2015 | N/A | SF | CLERK FEE |

Only the official court records available from the Cuyahoga County Clerk of Courts, available in person, should be relied upon as accurate and current.
Website Questions or Comments.
Copyright © 2019 PROWARE  All Rights Reserved. 1.1.2%

MCKPUB00024336

Case: 1:17-md-02804-DAP  Doc #: 1920-46  Filed:  07/19/19  17 of 107.  PageID #: 93718

MCKPUB00024337

MCKPUB00024338

Contact Us | Criminal Justice Links | Case Information | Camera Registration | 👥 Twitter | ▦ Facebook          Search

Cuyahoga County
Office of the Prosecutor



Michael C. O'Malley
Cuyahoga County Prosecutor

HOME          ABOUT THE OFFICE          INITIATIVES & PARTNERSHIPS          COMMUNITY RESOURCES          NEWSROOM

CAREERS          CONTACT US

## Fifteen Indicted for Fraudulent Prescription Ring

2/12/2015

Cleveland – Fifteen people have been indicted for running an organized fraudulent prescription ring that spanned six counties in Northeast Ohio, Cuyahoga County Prosecutor Timothy J. McGinty announced today.

The criminal activity spanned December 2012 through October 2014 in Cuyahoga, Ashland, Lake, Lorain, Medina and Wayne counties, and culminated in a 206-count indictment that included charges of Engaging in a Pattern of Corrupt Activity, Conspiracy, Corrupting Another with Drugs, Theft, Illegal Processing of Drug Documents, Deception to Obtain a Dangerous Drug, Drug Possession, Trafficking and Possessing Criminal Tools.

Nine of the 15 defendants have been indicted on racketeering charges: Heather Mitchell, 40, of Cleveland; Bobby Dickens, 34, of Parma; Danielle New, 30, of Berea; William Moore Jr., 37, of Cleveland; Alvin Ratliff, 34, of Cleveland; Scott Joachim, 30, of Cleveland; Heather Kaput, 37, of Valley View; Christopher Mihalek, 25, of Akron; and James Decore, 32, of Cleveland.

The remaining defendants are: Novella Mitchell, 22, of Cleveland; Angela Boiani, 32, of Parma, Nichole Watt, 32, of Parma; Luis Hernandez, 28, of Cleveland; Jonathan Hill, 39, of Cleveland; and Crystal Nolin, 31, of Cleveland.

Mitchell, who has a criminal history in forging prescriptions going back to 1998, led the ring along with Moore, who served as a recruiter, handler and enforcer for Mitchell.

The ring obtained blank prescription pads or created counterfeit prescriptions for narcotics. Mitchell herself created false prescriptions or had one of her co-defendants steal prescription pads from a doctor's office. She also posed as a law enforcement officer calling doctor's offices or pharmacies under the premise she was investigating fraudulent prescriptions, and would obtain a physician's DEA number. Mitchell would then fill out prescriptions for narcotics and send "mules" to fill them at various pharmacies. Mitchell paid drivers and mules in cash or in narcotics.

Through the activities of this ring, at least 5,000 narcotics pills were illegally distributed in Cuyahoga County and surrounding counties.

Download a copy of the indictment here.

Contact: Joseph Frolik, Director of Communications and Public Policy. Phone: 216.443.7488 or Email: jfrolik@prosecutor.cuyahogacounty.us

MCKPUB00024339

 

1200 Ontario Street, 9th Floor
Cleveland, Ohio 44113

Hours: 8:30 a.m. to 4:30 p.m. Monday through Friday (except legal holidays)

| Home | The Office | Initiatives and Partnerships | Benchmarks and Data | Protecting the Community | Newsroom |
|---|---|---|---|---|---|
| Contact Us | Meet Michael C. O'Malley | Battling Heroin | Performance Dashboards | Internet Crimes Against | Calendar |
| Request a Speaker | Vision and Goals | Culture of Collaboration | | Children (ICAC) | Press Release Archive |
| Careers | Units and Divisions | DNA Cold Case Task Force | | Victim and Witness Advocacy | Earned Media Archive |
| Criminal Justice Links | Meet the Prosecutor's Team | Justice System Reform | | Conviction Integrity Unit | Weekly Media Cases |

| Privacy Policy | Social Media Policy | Disclaimer | Site Map |
|---|---|---|---|

MCKPUB00024340

## Cuyahoga County Court of Common Pleas
### Criminal Court Division

| State of Ohio,<br><br>Plaintiff<br><br>VS.<br><br>15 Defendants | A True Bill Indictment For<br><br>**Engaging In A Pattern Of Corrupt Activity – F1**<br>§2923.32(A)(1)<br><br>205 Additional Count(s) |
|---|---|

**Defendants**
Heather R. Mitchell, Novella Mitchell, Bobby Dickens, Scotty Joachim, Alvin Ratliff, Danielle New, Angela Boiani, Nicole Watt, Heather Kaput, Christopher Mihalek, William Moore Jr., Luis Hernandez, Jonathan Hill, James Decore, Crystal M. Nolin

| Dates of Offense (on or about)<br>12/01/2012 to 10/31/2014 | The Term Of<br>January of 2015 | Case Number<br>588716-14-CR |
|---|---|---|

The State of Ohio,  } SS.
Cuyahoga County

CR14588716-A          87881798



| **Count 1** | **Engaging In A Pattern Of Corrupt Activity – F1**<br>§2923.32(A)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Bobby Dickens, Danielle New, Angela Boiani, Nicole Watt, Heather Kaput, Christopher Mihalek, William Moore Jr., James Decore |
| **Date of Offense** | On or about  December 1, 2012 to October 31, 2014 |

*The Jurors of the Grand Jury of the State of Ohio, within and for the body of the County aforesaid, on their oaths, IN THE NAME AND BY THE AUTHORITY OF THE STATE OF OHIO, do find and present, that the above named Defendant(s), on or about the date of the offense set forth above, in the County of Cuyahoga, unlawfully*

through a pattern of corrupt activity or the collection of an unlawful debt, did acquire or maintain, directly or indirectly, any interest in, or control of, any enterprise or real property and at least one of the incidents of corrupt activity was a felony of the first, second, or third degree, aggravated murder, or murder, or at least one of the incidents was a felony under the law of this state that was committed prior to July 1, 1996, and constituted a felony of the first, second, or third degree, aggravated murder, or murder or was committed on or after July 1, 1996, or one of the incidents of corrupt activity was a felony under the law of the United States or of another state that, if committed in the state on or after July 1, 1996, would have constitute a felony of the first, second, or third degree, aggravated murder, or murder under the law of this state.

On or between December 2012 to October 2014 in the County of Cuyahoga, as well as Ashland, Lake, Lorain, Medina and Wayne Counties, State of Ohio, or by some manner enumerated in Section 2901.12 of the Revised Code, whereby proper venue is placed in Cuyahoga County, DEFENDANTS, as part of a continuing course of conduct were associated with an Enterprise, as

RECEIVED FOR FILING

AUG 27 2014

CUYAHOGA COUNTY CLERK OF
THE COURT OF COMMON PLEAS

By _____ Deputy

Foreperson of the Grand Jury

Prosecuting Attorney

MCKPUB00024341

defined in Section 2923.31(C) of the Revised Code.

The Enterprise existed separate and apart from the pattern of corrupt activity in which it engaged. In the alternative, the Enterprise is an "illicit enterprise" under O.R.C. 2932.22, whether or not this Enterprise existed separate and apart from the pattern of corrupt activity described in this Indictment. This Enterprise functioned as a continuing unit by engaging in the diverse forms of illegal activities, as stated in this Indictment. In so doing, the DEFENDANTS NAMED BELOW are persons associated with the Enterprise who participated in and/or managed the affairs of the Enterprise, as explained in the Indictment. As such, these persons provided continuity and structure to the Enterprise in order to accomplish its illegal purposes-the pattern of corrupt activity, to wit:

An organized drug ring whose purpose was to obtain prescription drugs by false pretense and then to sell these prescription pills on the street, or trade them for heroin. This Enterprise and the Persons associated with the Enterprise were joined in purpose over a period of time, although their various roles were different in order to accomplish the main purposes of the Enterprise. These activities occurred with the knowledge and/or support of and/or were aided and abetted by each of the persons associated with the Enterprise.

An association-in-fact enterprise must have a structure, but it does not need to have an ascertainable structure beyond that inherent in the pattern of racketeering activity in which it engaged. To constitute and association-in-fact enterprise under O.R.C.2923.31, a group need not have a hierarchal structure, chain of command, or other business-like attributes; decisions may be made on an ad hoc basis and by any number of methods. Members of the group need not have fixed roles; different members may perform different roles at different times. An enterprise is proven by evidence that the various association function as a continuing unit. Proof of a pattern of corrupt activity may be sufficient under O.R.C. 2923.31 to create an inference that an association-in-fact does exist.

The enterprise is an association and/or an organization and/or a group of persons associated-in-fact although not a legal entity, including but not limited to Heather Mitchell, Chris Mihalek, Nicole Watt, Angela Boiani, Danielle New, Heather Kaput, William Moore Jr, Bobby Dickens, James W. Decore, and others yet unknown.

Each of them did conduct and/or participate in, directly in the affairs of said enterprise, to unite a group of persons "associated-in-fact" for the purpose of illegal possession of drug documents, illegal possession of narcotics, illegal processing of drug documents, theft by deception, drug trafficking and deception in obtaining dangerous drugs through a pattern of corrupt activity defined in Section 2923.31 (I) (2) (A) or (I) (2) (C) of the Revised Code.

The Enterprise consists of all of the above named and unnamed individuals who are involved in an organized fraudulent prescription ring managed and directed by Heather Mitchell and William

_____                                    _____
Foreperson of the Grand Jury                                 Prosecuting Attorney

Moore Jr.  The ring's purpose was to obtain blank prescription pads and/or create fictious prescriptions, utilize fictious names to be used on the prescriptions to send people (mules) to cash (bust) the prescription and then to traffic the drugs obtained by the mules by distributing among themselves said drugs or trade the drugs for Heroin and to sell the pills on the street. The Enterprise operated under the direction, control and management of Heather Mitchell who is an expert of obtaining prescription drugs by deception, based upon her past behavior and her specialized knowledge of the process of obtaining narcotics by a prescription.

Heather Mitchell created, orchestrated, controlled, recruited, and monitored the fraudulent operation of the ring.

William Moore Jr. was a recruiter, a "handler" as well as the enforcer to make sure the members abided by the rules of the ring created by Heather Mitchell.

Alvin Ratliff and Scott Joachim contributed to the function of the enterprise by stealing blank prescriptions from a doctor's office in order for the ring to utilize the blank prescription in obtaining prescription narcotics. Scott Joachim and Heather Kaput acted as a "driver" who transported various mules to various pharmacies to effectuate the goals of the enterprise. The drivers were paid a set fee (40 dollars) for their service as a driver and both individuals shared in the drugs illegally obtained by getting the pills themselves or trading the ill-gotten pills for Heroin.

Christopher Mihalek is a close confident of Heather Mitchell and acted as one of her main mules to effectuated the purpose of the enterprise.

James Decore AKA the "Italian guy" acted on occasions as a driver but his main role was to purchase the prescription pills the ring had obtained from Heather Mitchell. He was the conduit for the pills to actually hit the streets.

As stated the enterprise to succeed needed mules who were recruited either by Heather Mitchell or William Moore to travel to the various pharmacies in the six mentioned counties to cash/bust the fraudulent prescription. The following individuals acted as mules for the enterprise, Nicole Watt, Angela Boiani(D'more), Danielle New, Heather Kaput, and Bobby Dickens.

Novella Mitchell, the daughter of Heather Mitchell, with knowledge of the enterprise, provided her phone to be utilized as a criminal tool to contact the various pharmacies and to communicate among themselves information by the use of her phone.

The enterprise operated as follows. Based upon her exclusive knowledge of how to obtain prescription narcotics illegally Heather Mitchell organized the ring by first getting the "paper"

Foreperson of the Grand Jury                                      Prosecuting Attorney

necessary to obtain the pills. "Paper" refers to the actual paper prescription. Heather Mitchell would either create a fictious paper prescription or would direct individuals such as Scott Joachim and Alvin Ratliff to steal blank prescription pads from various doctor's offices.

Next a doctor's DEA number was needed to be placed on the fraudulent prescription in order to get it filled. Heather Mitchell would pose as a law enforcement officer and by phone call either a doctor's office or a pharmacy claiming to be investigating fraudulent prescriptions. During that call Mitchell was able through deception to obtain doctor's DEA numbers which she utilized to carry out the purposes of the enterprise.

Once Mitchell had both the "paper" and the DEA number she would actually make out the script like a doctor would with the kind, strength, quantity, and usage on the script. William Moore Jr. would also from time to time write the script out as part of his role within the enterprise.

As stated individual people who are called mules are persons who actually go to the pharmacies to fill (cash/bust) the prescriptions. Heather Mitchell would pick which pharmacies to go, the time they would go and assign a mule and a driver to go the particular pharmacy. There was a specific pay scale for each members role, a driver would be paid $40 and the mule $200 for obtaining the drugs. Heather Mitchell would monitor and control the transactions through the use of a cell phone and William Moore Jr. would make sure nobody skimmed the illegally gotten pills. If needed Heather Mitchell would call the target pharmacy to gather information on the status of the prescription by pretending to be someone from the doctor's office, a law enforcement officer or as a patient. Personnel from the various pharmacies remember her charming demeanor.

Once the prescription was filled they would be delivered to Heather Mitchell immediately as she would then pay the driver ($200) and the mule ($40) or give them pills. Heather Mitchell would then sell the pills to former James Decore "the Italian guy" who would then sell them on the streets. The ring operated for almost two and half years and at least 5000 pills hit the streets of Cuyahoga and surrounding counties.

Affairs of the Enterprise
1) Did knowingly sell or offer to sell a controlled substance, to wit schedules II and III; under the bulk amount, 1 to 5 times the bulk amount, or 5 to 50 times the bulk amount.
2) Did knowingly by deception procured the administration of, a prescription for a dangerous drug and passed an uncompleted preprinted prescription blank used for writing a prescription for a dangerous drug.
3) Did knowingly obtain, pass, or use a controlled drug in either; under the bulk amount, 1 to 5 times the bulk amount, or 5 to 50 times the bulk amount.
4) Did intentionally make, utter, or sell or knowingly possess a false or forged prescription.

_____                           _____
Foreperson of the Grand Jury                            Prosecuting Attorney

MCKPUB00024344

Cuyahoga County Court of Common Pleas                                      A True Bill Indictment

5) Did with purpose to deprive the owner of property by deception and control over blank
prescription cards.

The Pattern of Corrupt Activity
1) Trafficking- Ohio Revised Code Section 2925.03(1)- No person shall knowingly do any of the
following: sell or offer to sell a controlled substance or a controlled substance analog, to wit; under
the bulk amount, 1 to 5 times the bulk amount, or 5 to 50 times the bulk amount.
2) Theft- Ohio Revised Code Section 2913.02(3)- No person, with purpose to deprive the owner of
property or services, shall knowingly obtain or exert control over either the property or services in
any of the following ways: by deception.

Incidents of Corrupt Activity
The enterprise in this mater consisted of Heather Mitchell, Chris Mihalek, William Moore Jr., Bobby
Dickens, Nicole Watt, Angela Boiani, Danielle New, Heather Kaput, and numerous others yet to be
named, each of who did conduct or participate in, directly or indirectly, the affairs of said enterprise,
to-wit: a group of persons "associated in fact" for the purpose of engaging in theft, and trafficking
in drugs (by deception) through a pattern of corrupt activity as defined in Section 2923.31(I)(2)(A) or
(I)(2)(c) of the Revised Code. The predicate also that constitute the pattern of corrupt activity as
defined in Section 2923.31(e) of said enterprise which include criminal violations of the Ohio
Revised Code Title 29 as alleged in felony counts, 4, 10, 14, 18, 22, 26, 30, 34, 38, 42, 46, 67, 99,
101, 103, 111, 123, 127, 144, 148, 152, 159, 163, 171, 175, 189, 204, 205 of the indictment which
are incorporated herein as if fully restated.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of
Ohio.*

| Count 2 | Conspiracy – F2 |
| --- | --- |
| | §2923.01(A)(1) |
| Defendants | Heather R. Mitchell, Bobby Dickens, Danielle New, Angela Boiani, Nicole Watt, Heather Kaput, Christopher Mihalek, William Moore Jr., James Decore |
| Date of Offense | On or about  December 1, 2012 to October 31, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did with purpose to commit or promote or facilitate the commission of the specified offense with
another person or persons, including but limited to an organized drug ring whose purpose was to
obtain prescription drugs by false pretenses and then to traffic those narcotics on the street.

_____                    _____
Foreperson of the Grand Jury                          Prosecuting Attorney

MCKPUB00024345

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

The enterprise in this matter consisted of Heather Mitchell, Chris Mihalek, William Moore Jr., Bobby Dickens, Nicole Watt, Angela Boiani, Danielle New, Heather Kaput, and numerous other yet to be named parties, each of whom did conduct or participate in, directly or indirectly, the affairs of said enterprise, to wit: a group of persons "associates in fact for the purposes of engaging in Trafficking and Theft (by deception), through a pattern of corrupt activity as defined in Sections 2923.31 (I)(2)(a) or (I)(2)(c) of the Ohio Revised Code. The predicate acts that constitute a pattern of corrupt activity as defined in O.R.C. 2923.31(E) of said enterprise, which include criminal violations of the Revised Code Title 29 as alleged in the following counts 4, 10, 14, 18, 22, 26, 30, 34, 38, 42, 46, 67, 99, 101, 103, 111, 123, 127, 144, 148, 152, 159, 163, 171, 175, 189, 204, 205 of the indictment which are incorporated herein as if fully restated.

FURTHERMORE, and the object of the conspiracy was a felony of the first degree.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 3 | **Corrupting Another With Drugs – F2** §2925.02(A)(2) |
|---|---|
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about December 1, 2012 to April 1, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly by any means, administer or furnish to another or induce or cause another to use a controlled substance, to wit: heroin, a Schedule II drug, with purpose to cause serious physical harm to the other person, or with purpose to cause the other person to become drug dependent and the drug involved is any compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana, to wit: heroin, a Schedule II drug.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 4 | **Theft – F5** §2913.02(A)(3) |
|---|---|
| **Defendants** | Heather R. Mitchell, Scotty Joachim, Alvin Ratliff |
| **Date of Offense** | On or about February 5, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

(Foreperson of the Grand Jury)                                    (Prosecuting Attorney)

MCKPUB00024346

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

did with purpose to deprive the owner, Dr. John Kavlich M.D., of prescription pad or services, knowingly obtain or exert control over either the property or services by deception and the property stolen is any of the property listed in section 2913.71 of the Revised Code, to wit: prescription pad..

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 5 | **Illegal Processing Of Drug Documents - F5** §2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 29, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 6 | **Illegal Processing Of Drug Documents - F5** §2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 29, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 7 | **Illegal Processing Of Drug Documents - F4** §2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 10, 2013 |

_____                                    _____
Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024347

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 8 | **Deception To Obtain A Dangerous Drug - F2** §2925.22(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 10, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 9 | **Drug Possession - F2** §2925.11(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 10, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30mg, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024348

Cuyahoga County Court of Common Pleas                                          A True Bill Indictment

| Count 10 | **Trafficking - F2**<br>§2925.03(A)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 10, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30mg, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 11 | **Illegal Processing Of Drug Documents - F5**<br>§2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 27, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 12 | **Deception To Obtain A Dangerous Drug - F4**<br>§2925.22(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 27, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

_____                    _____
Foreperson of the Grand Jury                                  Prosecuting Attorney

MCKPUB00024349

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| **Count 13** | **Drug Possession – F4** |
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 27, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| **Count 14** | **Trafficking – F4** |
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 27, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule III, IV, or IV, to wit: Vicodin ES, a Schedule III drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

Page 10 of 87

MCKPUB00024350

Cuyahoga County Court of Common Pleas            A True Bill Indictment

| | |
|---|---|
| **Count 15** | **Illegal Processing Of Drug Documents - F5**<br>§2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 27, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 16** | **Deception To Obtain A Dangerous Drug - F4**<br>§2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 27, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, V or is marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 17** | **Drug Possession - F4**<br>§2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 27, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024351

| Cuyahoga County Court of Common Pleas | A True Bill Indictment |

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 18** | **Trafficking - F4** |
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about May 27, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 19** | **Illegal Processing Of Drug Documents - F4** |
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 31, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024352

Cuyahoga County Court of Common Pleas                          A True Bill Indictment

| Count 20 | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 31, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 21 | **Drug Possession - F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 31, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 22 | **Trafficking - F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 31, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30 ER, a Schedule II drug and the amount of the drug

_____                          _____
Foreperson of the Grand Jury                      Prosecuting Attorney

MCKPUB00024353

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 23 | **Illegal Processing Of Drug Documents - F5** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Nicole Watt, Christopher Mihalek |
| **Date of Offense** | On or about  May 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 24 | **Deception To Obtain A Dangerous Drug - F3** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Nicole Watt, Christopher Mihalek |
| **Date of Offense** | On or about  May 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, V or is marihuana the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____                                    _____
Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024354

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 25 | **Drug Possession - F3** |
|---|---|
| | §2925.11(A) |
| Defendants | Heather R. Mitchell, Nicole Watt, Christopher Mihalek |
| Date of Offense | On or about  May 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 26 | **Trafficking - F3** |
|---|---|
| | §2925.03(A)(1) |
| Defendants | Heather R. Mitchell, Nicole Watt, Christopher Mihalek |
| Date of Offense | On or about May 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 27 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| Defendants | Heather R. Mitchell, Nicole Watt, Christopher Mihalek |
| Date of Offense | On or about  May 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 10 mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

_____                                    _____
Foreperson of the Grand Jury                                   Prosecuting Attorney

MCKPUB00024355

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 28 | **Deception To Obtain A Dangerous Drug - F3** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Nicole Watt, Christopher Mihalek |
| **Date of Offense** | On or about  May 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 29 | **Drug Possession - F3** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Nicole Watt, Christopher Mihalek |
| **Date of Offense** | On or about  May 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 10mg, a Schedule II drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____                    _____
Foreperson of the Grand Jury                                    Prosecuting Attorney

Page 16 of 87

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 30 | **Trafficking - F3** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Nicole Watt, Christopher Mihalek |
| **Date of Offense** | On or about May 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 10mg, a Schedule II drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 31 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Nicole Watt, Christopher Mihalek |
| **Date of Offense** | On or about  May 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 32 | **Deception To Obtain A Dangerous Drug - F3** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Nicole Watt, Christopher Mihalek |
| **Date of Offense** | On or about  May 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

_____                                    _____
Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024357

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| Count 33 | **Drug Possession – F3** |
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Nicole Watt, Christopher Mihalek |
| **Date of Offense** | On or about  May 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| Count 34 | **Trafficking – F3** |
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Nicole Watt, Christopher Mihalek |
| **Date of Offense** | On or about  May 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30 ER, a Schedule II drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024358

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 35 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| Defendants | Heather R. Mitchell, Christopher Mihalek |
| Date of Offense | On or about July 16, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 36 | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| Defendants | Heather R. Mitchell, Christopher Mihalek |
| Date of Offense | On or about July 16, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 37 | **Drug Possession - F2** |
|---|---|
| | §2925.11(A) |
| Defendants | Heather R. Mitchell, Christopher Mihalek |
| Date of Offense | On or about July 16, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

_____                    _____
Foreperson of the Grand Jury                              Prosecuting Attorney

MCKPUB00024359

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| | |
|---|---|
| *The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.* | |

| | |
|---|---|
| **Count 38** | **Trafficking - F2** |
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about July 16, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II; to wit: oxycodone 30 ER, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 39** | **Illegal Processing Of Drug Documents - F4** |
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about May 23, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024360

Cuyahoga County Court of Common Pleas          A True Bill Indictment

| **Count 40** | **Deception To Obtain A Dangerous Drug - F2**<br>§2925.22(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 23, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 41** | **Drug Possession - F2**<br>§2925.11(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 23, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 42** | **Trafficking - F2**<br>§2925.03(A)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about May 23, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30 ER, a Schedule II drug and the amount of the drug

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024361

Cuyahoga County Court of Common Pleas ·            A True Bill Indictment

involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 43 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 3, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 44 | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 3, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury            Prosecuting Attorney

MCKPUB00024362

Cuyahoga County Court of Common Pleas                                        A True Bill Indictment

| Count 45 | **Drug Possession – F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 3, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30mg, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 46 | **Trafficking – F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about July 3, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30mg, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 47 | **Illegal Processing Of Drug Documents – F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 26, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

_____                    _____
Foreperson of the Grand Jury                              Prosecuting Attorney

MCKPUB00024363

Cuyahoga County Court of Common Pleas                                      A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 48** | **Deception To Obtain A Dangerous Drug – F2** |
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 26, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 49** | **Drug Possession – F2** |
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 26, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30mg, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_Foreperson of the Grand Jury_                                           _Prosecuting Attorney_

MCKPUB00024364

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 50 | **Trafficking - F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 26, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30mg, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 51 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 52 | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

_Foreperson of the Grand Jury_                     _Prosecuting Attorney_

MCKPUB00024365

Cuyahoga County Court of Common Pleas         A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 53 | **Drug Possession – F2**<br>§2925.11(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 54 | **Trafficking – F2**<br>§2925.03(A)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about July 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30 ER, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024366

Cuyahoga County Court of Common Pleas                                          A True Bill Indictment

| Count 55 | **Illegal Processing Of Drug Documents - F4**<br>§2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 15, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 56 | **Illegal Processing Of Drug Documents - F4**<br>§2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  June 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 57 | **Deception To Obtain A Dangerous Drug – F2**<br>§2925.22(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  June 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of*

_____                    _____
Foreperson of the Grand Jury                                     Prosecuting Attorney

Page 27 of 87

MCKPUB00024367

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

*Ohio.*

| Count 58 | **Drug Possession - F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  June 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30mg, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 59 | **Trafficking - F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about June 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30mg, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____          _____
Foreperson of the Grand Jury                        Prosecuting Attorney

MCKPUB00024368

Cuyahoga County Court of Common Pleas | A True Bill Indictment

---

| Count 60 | **Illegal Processing Of Drug Documents - F4** |
| | §2925.23(B)(1) |
| Defendants | Heather R. Mitchell, Christopher Mihalek |
| Date of Offense | On or about  August 22, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, such case made and provided, and against the peace and dignity of the State of Ohio.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| Count 61 | **Deception To Obtain A Dangerous Drug - F2** |
| | §2925.22(A) |
| Defendants | Heather R. Mitchell, Christopher Mihalek |
| Date of Offense | On or about  August 22, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| Count 62 | **Drug Possession - F2** |
| | §2925.11(A) |
| Defendants | Heather R. Mitchell, Christopher Mihalek |
| Date of Offense | On or about  August 22, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30mg, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

---

Foreperson of the Grand Jury                     Prosecuting Attorney

MCKPUB00024369

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| **Count 63** | **Trafficking - F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 22, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30mg, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| **Count 64** | **Illegal Processing Of Drug Documents - F5** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Heather Kaput, Christopher Mihalek |
| **Date of Offense** | On or about  June 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

Foreperson of the Grand Jury                                    Prosecuting Attorney

Page 30 of 87

Cuyahoga County Court of Common Pleas                                      A True Bill Indictment

| Count 65 | **Deception To Obtain A Dangerous Drug - F3** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Heather Kaput, Christopher Mihalek |
| **Date of Offense** | On or about June 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, V or is marihuana the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 66 | **Drug Possession - F3** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Heather Kaput, Christopher Mihalek |
| **Date of Offense** | On or about June 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug, and and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 67 | **Trafficking - F3** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Heather Kaput, Christopher Mihalek |
| **Date of Offense** | On or about June 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug and the amount of the drug involved

Foreperson of the Grand Jury                Prosecuting Attorney

MCKPUB00024371

| Cuyahoga County Court of Common Pleas | A True Bill Indictment |
|---|---|

equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 68** | **Illegal Processing Of Drug Documents - F5** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  June 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 69** | **Deception To Obtain A Dangerous Drug - F3** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  June 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury

Prosecuting Attorney

MCKPUB00024372

Cuyahoga County Court of Common Pleas                                                    A True Bill Indictment

| **Count 70** | **Drug Possession – F3** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  June 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 71** | **Trafficking – F3** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  June 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 72** | **Illegal Processing Of Drug Documents – F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 1, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024373

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 73 | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about July 1, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 74 | **Drug Possession - F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about July 1, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30mg, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024374

Cuyahoga County Court of Common Pleas                          A True Bill Indictment

| Count 75 | **Trafficking - F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  July 1, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30mg, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 76 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 5, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 77 | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 5, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024375

| Cuyahoga County Court of Common Pleas | A True Bill Indictment |
|---|---|

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 78** | **Drug Possession - F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 5, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30mg, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 79** | **Trafficking - F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 5, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30mg, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____
/Foreperson of the Grand Jury

_____
/Prosecuting Attorney

MCKPUB00024376

Cuyahoga County Court of Common Pleas                                          A True Bill Indictment

| Count 80 | **Illegal Processing Of Drug Documents - F4**<br>§2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 16, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 81 | **Deception To Obtain A Dangerous Drug - F2**<br>§2925.22(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 16, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 82 | **Drug Possession - F2**<br>§2925.11(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 16, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30mg, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

_____
Foreperson of the Grand Jury

_____
*Prosecuting Attorney

MCKPUB00024377

Cuyahoga County Court of Common Pleas

A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 83 | **Trafficking - F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 16, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30mg, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 84 | **Illegal Processing Of Drug Documents - F5** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024378

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 85 | **Deception To Obtain A Dangerous Drug - F4** |
|---|---|
|  | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about May 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 86 | **Drug Possession - F4** |
|---|---|
|  | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about May 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 87 | **Trafficking - F4** |
|---|---|
|  | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about May 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug and the amount of the drug involved

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024379

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 88** | **Illegal Processing Of Drug Documents - F5** |
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 89** | **Deception To Obtain A Dangerous Drug - F4** |
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024380

Cuyahoga County Court of Common Pleas

A True Bill Indictment

| **Count 90** | **Drug Possession - F4** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about May 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 91** | **Trafficking - F4** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about May 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 92** | **Illegal Processing Of Drug Documents - F5** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about May 29, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

Foreperson of the Grand Jury

Prosecuting Attorney

MCKPUB00024381

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 93 | **Deception To Obtain A Dangerous Drug - F4**<br>§2925.22(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 29, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 94 | **Drug Possession – F4**<br>§2925.11(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  May 29, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024382

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 95 | **Trafficking - F4**<br>§2925.03(A)(1) |
|---|---|
| Defendants | Heather R. Mitchell, Christopher Mihalek |
| Date of Offense | On or about May 29, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 96 | **Illegal Processing Of Drug Documents - F5**<br>§2925.23(B)(1) |
|---|---|
| Defendants | Heather R. Mitchell, Nicole Watt |
| Date of Offense | On or about May 20, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 97 | **Deception To Obtain A Dangerous Drug - F3**<br>§2925.22(A) |
|---|---|
| Defendants | Heather R. Mitchell, Nicole Watt |
| Date of Offense | On or about May 20, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024383

Cuyahoga County Court of Common Pleas                         A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 98 | **Drug Possession - F3** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Nicole Watt |
| **Date of Offense** | On or about  May 20, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 99 | **Trafficking - F3** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Nicole Watt |
| **Date of Offense** | On or about  May 20, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024384

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| | |
|---|---|
| **Count 100** | **Illegal Processing Of Drug Documents - F4** |
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Nicole Watt |
| **Date of Offense** | On or about  May 21, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 20mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 101** | **Deception To Obtain A Dangerous Drug – F3** |
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Nicole Watt |
| **Date of Offense** | On or about  May 21, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 102** | **Drug Possession - F3** |
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Nicole Watt |
| **Date of Offense** | On or about  May 21, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 20mg, a Schedule II drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024385

Cuyahoga County Court of Common Pleas                                A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 103** | **Trafficking - F3** |
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Nicole Watt |
| **Date of Offense** | On or about  May 21, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 20mg, a Schedule II drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 104** | **Illegal Processing Of Drug Documents - F4** |
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Nicole Watt |
| **Date of Offense** | On or about  May 21, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 15mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury                                      Prosecuting Attorney

MCKPUB00024386

Cuyahoga County Court of Common Pleas                                      A True Bill Indictment

| Count 105 | **Deception To Obtain A Dangerous Drug - F3** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Nicole Watt |
| **Date of Offense** | On or about  May 21, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 106 | **Drug Possession - F3** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Nicole Watt |
| **Date of Offense** | On or about  May 21, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 15mg, a Schedule II drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 107 | **Trafficking - F3** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Nicole Watt |
| **Date of Offense** | On or about  May 21, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 15mg, a Schedule II drug and the amount of the drug

_Foreperson of the Grand Jury_                    _Prosecuting Attorney_

MCKPUB00024387

| Cuyahoga County Court of Common Pleas | A True Bill Indictment |
|---|---|

involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| **Count 108** | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Angela Boiani |
| **Date of Offense** | On or about  September 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| **Count 109** | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Angela Boiani |
| **Date of Offense** | On or about  September 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury

Prosecuting Attorney

MCKPUB00024388

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 110 | **Drug Possession – F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Angela Boiani |
| **Date of Offense** | On or about  September 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 111 | **Trafficking - F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Angela Boiani |
| **Date of Offense** | On or about  September 17, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30 ER, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 112 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 26, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

Foreperson of the Grand Jury                          Prosecuting Attorney

MCKPUB00024389

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 113** | **Deception To Obtain A Dangerous Drug - F2** |
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 26, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 114** | **Drug Possession - F2** |
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 26, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury                          Prosecuting Attorney

MCKPUB00024390

Cuyahoga County Court of Common Pleas                                           A True Bill Indictment

| Count 115 | **Trafficking - F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 26, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30 ER, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 116 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 30, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 117 | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 30, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

_____                    _____
Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024391

Cuyahoga County Court of Common Pleas | A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| **Count 118** | **Drug Possession – F2** |
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 30, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| **Count 119** | **Trafficking - F2** |
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  August 30, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30 ER, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024392

Cuyahoga County Court of Common Pleas

A True Bill Indictment

| Count 120 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Danielle New |
| **Date of Offense** | On or about  September 27, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 121 | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Danielle New |
| **Date of Offense** | On or about  September 27, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 122 | **Drug Possession - F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Danielle New |
| **Date of Offense** | On or about  September 27, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

Foreperson of the Grand Jury

Prosecuting Attorney

MCKPUB00024393

Cuyahoga County Court of Common Pleas                                      A True Bill Indictment

---

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| **Count 123** | **Trafficking - F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Danielle New |
| **Date of Offense** | On or about  September 27, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30 ER, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| **Count 124** | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Heather Kaput, Christopher Mihalek |
| **Date of Offense** | On or about  September 3, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

Foreperson of the Grand Jury                              Prosecuting Attorney

MCKPUB00024394

Cuyahoga County Court of Common Pleas                                        A True Bill Indictment

| **Count 125** | **Deception To Obtain A Dangerous Drug - F2** |
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Heather Kaput, Christopher Mihalek |
| **Date of Offense** | On or about  September 3, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 126** | **Drug Possession - F2** |
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Heather Kaput, Christopher Mihalek |
| **Date of Offense** | On or about  September 3, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 127** | **Trafficking - F2** |
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Heather Kaput, Christopher Mihalek |
| **Date of Offense** | On or about  September 3, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30 ER, a Schedule II drug and the amount of the drug

_____                                    _____
Foreperson of the Grand Jury                                     Prosecuting Attorney

MCKPUB00024395

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 128 | **Illegal Processing Of Drug Documents - F5** |
|---|---|
|  | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  April 23, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 129 | **Deception To Obtain A Dangerous Drug - F4** |
|---|---|
|  | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  April 23, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____                                    _____
Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024396

Cuyahoga County Court of Common Pleas

A True Bill Indictment

| Count 130 | **Drug Possession - F4** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  April 23, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 131 | **Trafficking - F4** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Christopher Mihalek |
| **Date of Offense** | On or about  April 23, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 132 | **Illegal Processing Of Drug Documents - F5** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about  April 24, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Vicodin ES, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024397

Cuyahoga County Court of Common Pleas

A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 133 | **Deception To Obtain A Dangerous Drug - F4**<br>§2925.22(A) |
|---|---|
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about  April 24, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 134 | **Drug Possession - F4**<br>§2925.11(A) |
|---|---|
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about  April 24, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Vicodin ES, a Schedule III drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury

Prosecuting Attorney

Page 58 of 87

MCKPUB00024398

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 135 | **Illegal Processing Of Drug Documents - F5** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about April 24, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Alprazolam 2mg, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 136 | **Deception To Obtain A Dangerous Drug - F5** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about April 24, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved is less than the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 137 | **Drug Possession - M1** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about April 24, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Alprazolam 2mg, a Schedule IV drug, and in an amount less than the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of*

Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024399

| Cuyahoga County Court of Common Pleas | A True Bill Indictment |
|---|---|

*Ohio.*

| Count 138 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about  July 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 139 | **Deception To Obtain A Dangerous Drug – F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about  July 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024400

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 140 | **Drug Possession – F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about  July 25, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 141 | **Illegal Processing Of Drug Documents – F5** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 14, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Norco 10/325mg, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 142 | **Deception To Obtain A Dangerous Drug – F4** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 14, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

_Foreperson of the Grand Jury_                                    _Prosecuting Attorney_

MCKPUB00024401

Cuyahoga County Court of Common Pleas

A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 143** | **Drug Possession – F4** |
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about June 14, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Norco 10/325mg, and and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 144** | **Trafficking – F4** |
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about June 14, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Norco 10/325mg, a Schedule III drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024402

Cuyahoga County Court of Common Pleas                                      A True Bill Indictment

| **Count 145** | **Illegal Processing Of Drug Documents - F5**<br>§2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 14, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Alprazolam 2mg, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 146** | **Deception To Obtain A Dangerous Drug - F5**<br>§2925.22(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 14, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 147** | **Drug Possession – M1**<br>§2925.11(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 14, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Alprazolam 2mg, a Schedule IV drug, and in an amount less than the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____          _____
Foreperson of the Grand Jury                          Prosecuting Attorney

MCKPUB00024403

Cuyahoga County Court of Common Pleas

A True Bill Indictment

| Count 148 | **Trafficking - F5** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about June 14, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Alprazolam 2mg, a Schedule IV drug in an amount less than the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 149 | **Illegal Processing Of Drug Documents - F5** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about June 14, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Norco 7.5/325mg, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_Foreperson of the Grand Jury_

_Prosecuting Attorney_

MCKPUB00024404

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 150 | **Deception To Obtain A Dangerous Drug - F4** §2925.22(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 14, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 151 | **Drug Possession - F4** §2925.11(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 14, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Norco 7.5/325mg, a Schedule III drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 152 | **Trafficking - F4** §2925.03(A)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 14, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Norco 7.5/325mg, a Schedule III drug and the amount of the drug

_____                    _____
Foreperson of the Grand Jury                                  Prosecuting Attorney

MCKPUB00024405

involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 153 | **Illegal Processing Of Drug Documents – F5**<br>§2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 9, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Norco 10/325mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 154 | **Illegal Processing Of Drug Documents - F5**<br>§2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 9, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Alprazolam 2mg, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 155 | **Illegal Processing Of Drug Documents - F5**<br>§2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 9, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024406

Cuyahoga County Court of Common Pleas                                          A True Bill Indictment

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Norco 7.5/325mg, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 156** | **Illegal Processing Of Drug Documents - F5**<br>§2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 9, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Norco 10/325mg, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 157** | **Deception To Obtain A Dangerous Drug - F4**<br>§2925.22(A) |
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 9, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____                    _____
Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024407

Cuyahoga County Court of Common Pleas

A True Bill Indictment

| Count 158 | Drug Possession - F4 |
|---|---|
| | §2925.11(A) |
| Defendants | Heather R. Mitchell, William Moore Jr. |
| Date of Offense | On or about June 9, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Norco 10/325mg, a Schedule III drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 159 | Trafficking - F4 |
|---|---|
| | §2925.03(A)(1) |
| Defendants | Heather R. Mitchell, William Moore Jr. |
| Date of Offense | On or about June 9, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Norco 10/325mg, a Schedule III drug and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 160 | Illegal Processing Of Drug Documents - F5 |
|---|---|
| | §2925.23(B)(1) |
| Defendants | Heather R. Mitchell, William Moore Jr. |
| Date of Offense | On or about June 9, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Alprazolam 2mg, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

Foreperson of the Grand Jury

Prosecuting Attorney

MCKPUB00024408

Cuyahoga County Court of Common Pleas                    A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| Count 161 | **Deception To Obtain A Dangerous Drug - F5** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 9, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved is less than the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

| Count 162 | **Drug Possession - M1** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 9, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Alprazolam 2mg, a Schedule IV drug, and in an amount less than the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

---

Foreperson of the Grand Jury                    Prosecuting Attorney

MCKPUB00024409

Cuyahoga County Court of Common Pleas        A True Bill Indictment

| **Count 163** | **Trafficking - F5**<br>§2925.03(A)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, William Moore Jr. |
| **Date of Offense** | On or about  June 9, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Alprazolam 2mg, a Schedule IV drug in an amount less than the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 164** | **Illegal Processing Of Drug Documents - F5**<br>§2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about  June 17, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Norco 10/325mg, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 165** | **Deception To Obtain A Dangerous Drug - F4**<br>§2925.22(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about  June 17, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

_Foreperson of the Grand Jury_            _Prosecuting Attorney_

MCKPUB00024410

Cuyahoga County Court of Common Pleas        A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 166** | **Drug Possession – F4** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about June 17, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Norco 10/325mg, a Schedule III drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 167** | **Trafficking – F4** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about June 17, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Norco 10/325mg, a Schedule III drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____         _____
Foreperson of the Grand Jury        Prosecuting Attorney

MCKPUB00024411

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 168 | **Illegal Processing Of Drug Documents - F5**<br>§2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about June 17, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Alprazolam 2mg, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 169 | **Deception To Obtain A Dangerous Drug - F5**<br>§2925.22(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about June 17, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved is less than the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 170 | **Drug Possession - M1**<br>§2925.11(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about June 17, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Alprazolam 2mg, a Schedule IV drug, and in an amount less than the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of*

Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024412

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

Ohio.

| Count 171 | **Trafficking - F5** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about  June 17, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Alprazolam 2mg, a Schedule IV drug in an amount less than the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 172 | **Illegal Processing Of Drug Documents - F5** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about  June 17, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Norco 7.5/325mg, a dangerous drug and the drug involved is a dangerous drug or a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024413

Cuyahoga County Court of Common Pleas                                                  A True Bill Indictment

| Count 173 | **Deception To Obtain A Dangerous Drug - F4** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about  June 17, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule III, IV, or V or is marihuana and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 174 | **Drug Possession - F4** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about  June 17, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Norco 7.5/325mg, a Schedule III drug, and the amount of the drug involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 175 | **Trafficking - F4** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about  June 17, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in Schedule III, IV, or V, to wit: Norco 7.5/325mg, a Schedule III drug and the amount of the drug

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024414

Cuyahoga County Court of Common Pleas                                     A True Bill Indictment

involved equals or exceeds the bulk amount but is less than five times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 176 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Jonathan Hill |
| **Date of Offense** | On or about  June 28, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 177 | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Jonathan Hill |
| **Date of Offense** | On or about  June 28, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury                                     Prosecuting Attorney

MCKPUB00024415

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 178 | **Drug Possession – F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Jonathan Hill |
| **Date of Offense** | On or about  June 28, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 179 | **Trafficking – F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Jonathan Hill |
| **Date of Offense** | On or about  June 28, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30 ER, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 180 | **Illegal Processing Of Drug Documents – F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Crystal Nolin |
| **Date of Offense** | On or about  July 2, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024416

| Cuyahoga County Court of Common Pleas | A True Bill Indictment |
|---|---|

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 181 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Crystal Nolin |
| **Date of Offense** | On or about  July 2, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 15mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 182 | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Crystal Nolin |
| **Date of Offense** | On or about  July 2, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury                    Prosecuting Attorney

MCKPUB00024417

Cuyahoga County Court of Common Pleas                                      A True Bill Indictment

| Count 183 | **Drug Possession - F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Crystal Nolin |
| **Date of Offense** | On or about July 2, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 15mg, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 184 | **Trafficking - F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Crystal Nolin |
| **Date of Offense** | On or about July 2, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 15mg, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 185 | **Illegal Processing Of Drug Documents - F4** |
|---|---|
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about  September 4, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

_____                         _____
Foreperson of the Grand Jury                                     Prosecuting Attorney

MCKPUB00024418

Cuyahoga County Court of Common Pleas                                A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 186** | **Illegal Processing Of Drug Documents - F4** |
| --- | --- |
| | §2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about  August 19, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| **Count 187** | **Deception To Obtain A Dangerous Drug - F2** |
| --- | --- |
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about  August 19, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury                          Prosecuting Attorney

MCKPUB00024419

Cuyahoga County Court of Common Pleas      A True Bill Indictment

| Count 188 | **Drug Possession - F2**<br>§2925.11(A) |
|---|---|
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about August 19, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30mg, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 189 | **Trafficking - F2**<br>§2925.03(A)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about August 19, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30mg, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 190 | **Illegal Processing Of Drug Documents - F4**<br>§2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about October 15, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024420

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 191 | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about  October 15, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 192 | **Drug Possession – F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens |
| **Date of Offense** | On or about  October 15, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30mg, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____
Foreperson of the Grand Jury

_____
Prosecuting Attorney

MCKPUB00024421

Cuyahoga County Court of Common Pleas                                A True Bill Indictment

| Count 193 | **Illegal Processing Of Drug Documents - F4** §2925.23(B)(1) |
|---|---|
| **Defendants** | Heather R. Mitchell, Luis Hernandez, Jonathan Hill |
| **Date of Offense** | On or about  August 8, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30mg, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 194 | **Possessing Criminal Tools - F5** §2923.24(A) |
|---|---|
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about  September 30, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did possess or have under the person's control any substance, device, instrument, or article, to wit: 15 blank prescription forms for Dr. Bradley Blackurn with purpose to use it criminally.

FURTHERMORE, the 15 blank prescription forms for Dr. Bradley Blackurn involved in the offense were intended for use in the commission of a felony, to wit: 2925.03.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 195 | **Possessing Criminal Tools - F5** §2923.24(A) |
|---|---|
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about  September 30, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did possess or have under the person's control any substance, device, instrument, or article, to wit: 19 blank prescription forms for Dr. Perry Williams with purpose to use it criminally.

FURTHERMORE, the 19 blank prescription forms for Dr. Perry Williams involved in the offense

_____                            _____
Foreperson of the Grand Jury                         Prosecuting Attorney

MCKPUB00024422

Cuyahoga County Court of Common Pleas                                      A True Bill Indictment

were intended for use in the commission of a felony, to wit: 2925.03.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 196** | **Possessing Criminal Tools - F5**<br>§2923.24(A) |
| **Defendants** | Heather R. Mitchell |
| **Date of Offense** | On or about  September 30, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did possess or have under the person's control any substance, device, instrument, or article, to wit: 9 blank prescription forms for Dr. Ronald Strauss with purpose to use it criminally.

FURTHERMORE, the 9 blank prescription forms for Dr. Ronald Strauss involved in the offense were intended for use in the commission of a felony, to wit: 2925.03.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 197** | **Illegal Processing Of Drug Documents - F4**<br>§2925.23(B)(1) |
| **Defendants** | Heather R. Mitchell, Angela Boiani |
| **Date of Offense** | On or about  September 10, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

_____          _____
Foreperson of the Grand Jury                        Prosecuting Attorney

MCKPUB00024423

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 198 | **Deception To Obtain A Dangerous Drug - F2** |
|---|---|
| | §2925.22(A) |
| **Defendants** | Heather R. Mitchell, Angela Boiani |
| **Date of Offense** | On or about  September 10, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 199 | **Drug Possession - F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Angela Boiani |
| **Date of Offense** | On or about  September 10, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 200 | **Trafficking – F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Angela Boiani |
| **Date of Offense** | On or about  September 10, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30 ER, a Schedule II drug and the amount of the drug

_____                                    _____
Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024424

Cuyahoga County Court of Common Pleas                              A True Bill Indictment

involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 201 | Illegal Processing Of Drug Documents - F4 |
|---|---|
| | §2925.23(B)(1) |
| Defendants | Heather R. Mitchell, Danielle New |
| Date of Offense | On or about  September 27, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did intentionally make, utter, or sell, or knowingly possess a false or forged prescription, to wit: Oxycodone 30 ER, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 202 | Deception To Obtain A Dangerous Drug - F2 |
|---|---|
| | §2925.22(A) |
| Defendants | Heather R. Mitchell, Danielle New |
| Date of Offense | On or about  September 27, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did by deception, procure the administration of, a prescription for, or the dispensing of, a dangerous drug and the drug involved is a compound, mixture, preparation, or substance included in Schedule I or II, with the exception of marihuana and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury                                    Prosecuting Attorney

MCKPUB00024425

Cuyahoga County Court of Common Pleas                                    A True Bill Indictment

| Count 203 | **Drug Possession – F2** |
|---|---|
| | §2925.11(A) |
| **Defendants** | Heather R. Mitchell, Danielle New |
| **Date of Offense** | On or about  September 27, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly obtain, possess, or use a controlled substance or a controlled substance analog and the drug involved in the violation is a compound, mixture, preparation, or substance included in Schedule I or II, to wit: Oxycodone 30 ER, a Schedule II drug, and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 204 | **Trafficking – F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Danielle New, James Decore |
| **Date of Offense** | On or about  September 27, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: Oxycodone 30 ER, a Schedule II drug and the amount of the drug involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| Count 205 | **Trafficking – F2** |
|---|---|
| | §2925.03(A)(1) |
| **Defendants** | Heather R. Mitchell, Bobby Dickens, James Decore |
| **Date of Offense** | On or about  October 15, 2014 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did knowingly sell or offer to sell a controlled substance or a controlled substance analog and the drug involved in the violation is any compound, mixture, preparation, or substance included in schedule I or Schedule II, to wit: oxycodone 30 mg, a Schedule II drug and the amount of the drug

_____                    _____
Foreperson of the Grand Jury                                    Prosecuting Attorney

Page 86 of 87

MCKPUB00024426

Cuyahoga County Court of Common Pleas                              A True Bill Indictment

involved equals or exceeds five times the bulk amount but is less than fifty times the bulk amount.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

| | |
|---|---|
| **Count 206** | **Possessing Criminal Tools - F5**<br>§2923.24(A) |
| **Defendants** | Novella Mitchell |
| **Date of Offense** | On or about  July 25, 2013 to September 28, 2013 |

*The grand jurors, on their oaths, further find that the Defendant(s) unlawfully*

did possess or have under the person's control any substance, device, instrument, or article, to wit: cell phone with purpose to use it criminally.

FURTHERMORE, the cell phone involved in the offense was intended for use in the commission of a felony, to wit: 2925.03.

*The offense is contrary to the form of the statute in such case made and provided, and against the peace and dignity of the State of Ohio.*

Foreperson of the Grand Jury                              Prosecuting Attorney

MCKPUB00024427