# EXHIBIT 46

```
                                                       Page 1
 1         IN THE UNITED STATES DISTRICT COURT
 2              NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4
                ~~~~~~~~~~~~~~~~~~~~
 5
    IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
 6  OPIATE LITIGATION
                                     Case No. 17-md-2804
 7
                                     Judge Dan Aaron
 8  This document relates to:        Polster
 9
10  The County of Cuyahoga v. Purdue
    Pharma L.P., et al.
11
    Case No. 18-OP-45004
12
13              ~~~~~~~~~~~~~~~~~~~~
14
               Videotaped deposition of
15             JAMES A. GUTIERREZ, ESQ.
16
                  January 31, 2019
17                   9:48 a.m.
18
19                    Taken at:
20                 Kelley & Ferraro
21           950 Main Avenue, Suite 1300
22                 Cleveland, Ohio
23
24
25        Renee L. Pellegrino, RPR, CLR
```

Page 205

1  learned of any instances in which opioids made
2  their way into the county from foreign
3  countries?
4       A.    From conversations with -- over the
5  years with NDO prosecutors, yeah.
6       Q.    Did those conversations make you
7  aware that Mexican drug organizations are
8  responsible for much of the heroin in the
9  county?
10            MR. SPELLACY:  Objection.
11      A.    I don't recall that.  I recall
12 hearing about China.
13      Q.    And what did you hear about China?
14      A.    That they're a source of illegal
15 drugs that come into the United States.
16      Q.    And specifically did you learn that
17 China drug cartels are responsible for much of
18 the fentanyl and carfentanil?
19      A.    I know that.
20            MR. SPELLACY:  Objection.
21      Q.    You did or did not?
22      A.    I do from going to those seminars
23 that I told you about.
24      Q.    In fact, did you learn at those
25 seminars that the illicit manufacture and

Veritext Legal Solutions
www.veritext.com                                    888-391-3376

Page 206

1  illegal importation of fentanyl comes almost
2  exclusively from China?
3              MR. SPELLACY:  Objection.
4        A.    I just remember that China was a big
5  player in that area.
6        Q.    Are you able to approximate what
7  percent of the opioid problems in your county
8  can be traced to international drug
9  organizations?
10             MR. SPELLACY:  Objection.
11       A.    I can't answer that.
12       Q.    Do you know whether opioids,
13 including prescription opioids, come into your
14 county from other states and other cities --
15             MR. SPELLACY:  Objection.
16       Q.    -- outside your jurisdiction?
17       A.    Yes.
18       Q.    What do you know about that?
19       A.    There has been some cases where we
20 know that the opioids are coming from Detroit.
21       Q.    And how do you know that to be the
22 case?
23       A.    Investigations.
24       Q.    What specific evidence in the
25 investigation has led you to conclude that the