# EXHIBIT 47

Page 1

1              IN THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
2                      EASTERN DIVISION

3

      _____
4

      IN RE:  NATIONAL PRESCRIPTION     MDL No. 2804
5     OPIATE LITIGATION                 Case No. 17-md-2804

6

      This document relates to:        Judge Dan
7                                       Aaron Polster
8     The County of Cuyahoga v. Purdue
      Pharma, L.P., et al.
9     Case No. 17-OP-45005
10    City of Cleveland, Ohio vs. Purdue
      Pharma, L.P., et al.
11    Case No. 18-OP-45132
12    The County of Summit, Ohio,
      et al. v. Purdue Pharma, L.P.,
13    et al.
      Case No. 18-OP-45090
14    _____
15

16

17              Deposition of Matthew Baeppler
18                    Cleveland, Ohio
19                   January 17, 2019
20                      9:05 a.m.
21

22

23

24    Reported by:  Bonnie L. Russo
25    Job No. 3191692

Page 84

1       from.

2            Q.    What are those ideas?

3            A.    Most of the heroin that we encounter

4       in Cleveland comes from Mexico.

5            Q.    Is that the black tar heroin or

6       other forms?

7            A.    We don't secure a lot of black tar

8       anymore.  Most of it is powder heroin.

9            Q.    Okay.  Are you aware of heroin also

10      coming in from China and other foreign

11      countries?

12           A.    I'm sure it comes in.  But the --

13      most of what we see in Cleveland, from what I

14      understand, comes from Mexico and other -- you

15      know, it comes through Mexico.  I'm sure that

16      there's other ways to get it in.  But it's my

17      experience that it's Mexican-cartel based, as

18      are most of the drugs we get.

19           Q.    How about the fentanyl; where does

20      that come from?

21           A.    Most of the fentanyl, that I know

22      of, most of it comes from China.  That's where

23      it's produced I believe.  And -- but we're also

24      seeing it coming in from the Mexican cartels

25      also.