# EXHIBIT 48

Page 1

```
 1           UNITED STATES DISTRICT COURT
 2             NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4            ~~~~~~~~~~~~~~~~~~~~~
 5  IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
    OPIATE LITIGATION
 6                                   Case No.
                                     17-md-2804
 7
                                     Judge Dan Aaron
 8                                   Polster
 9  This document relates to:
10  The County of Cuyahoga v. Purdue Pharma, et
    al., Case No. 17-OP-45004
11
    City of Cleveland, Ohio v. Purdue Pharma L.P.,
12  et al., Case No. 18-OP-45132
13  The County of Summit, Ohio, et al. v. Purdue
    Pharma L.P., et al., Case No. 18-OP-45090
14
                ~~~~~~~~~~~~~~~~~~~~~
15
16
             Videotaped Deposition of
17                 GERALD CRAIG
18              January 11, 2018
                    9:12 a.m.
19
20               Taken at:
21           Jackson Kelley, PLLC
        50 South Main Street, Suite 201
22               Akron, Ohio
23
24
25        Stephen J. DeBacco, RPR
```

Page 324

1  Q. Okay. You understand that in
2 Summit County, as in Ohio, as in the United
3 States, that the fentanyl that's being detected
4 in toxicology reports of overdose victims is
5 almost exclusively illicitly manufactured
6 fentanyl, oftentimes from China and Mexico?
7  MS. KEARSE: Object to form.
8  A. Yes.
9  Q. And here in the next paragraph, if
10 you keep going down the article, this
11 individual says, "I'm seeing people whose first
12 drug was heroin. They did not have a pill
13 problem."
14  A. I'm sorry --
15  Q. It's the next paragraph down.
16  A. From -- which par- -- can you give
17 me a number?
18  Q. It begins, "For the time" -- "For
19 the first time in 14 years."
20  A. Okay.
21  Q. Now, do you see that this person is
22 saying they're seeing people whose first drug
23 was heroin?
24  A. Yes.
25  Q. And they did not have a pill