# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Dan A. Polster |

## DISTRIBUTOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' RICO AND OCPA CLAIMS

Pursuant to Rule 56 of the Federal Rules of Civil Procedure and the Court's Amended Order Regarding Pretrial Motions for "Track One" Trial, ECF No. 1709, Defendants AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation (collectively, "Distributor Defendants") move for summary judgment on the Track One Plaintiffs' RICO and OCPA claims (Counts II and IV) for the reasons given in the accompanying memorandum of law, which is incorporated here.

Dated:	June 28, 2019						Respectfully Submitted,

 */s/ Geoffrey E. Hobart*						 */s/ Robert A. Nicholas*
Geoffrey E. Hobart						Robert A. Nicholas
Mark H. Lynch							Shannon E. McClure
Christian J. Pistilli						**REED SMITH LLP**
**COVINGTON & BURLING LLP**					Three Logan Square
One CityCenter							1717 Arch Street, Suite 3100
850 Tenth Street NW						Philadelphia, PA 19103
Washington, DC 20001						Tel: (215) 851-8100
Tel: (202) 662-5281						Fax: (215) 851-1420
ghobart@cov.com							rnicholas@reedsmith.com
mlynch@cov.com							smcclure@reedsmith.com
cpistilli@cov.com

*Counsel for Defendant McKesson*					*Counsel for Defendant AmerisourceBergen*
*Corporation*							*Drug Corporation*


 */s/ Enu Mainigi*
Enu Mainigi
F. Lane Heard III
George A. Borden
Ashley W. Hardin
**WILLIAMS & CONNOLLY LLP**
725 Twelfth Street NW
Washington, DC  20005
Tel:  (202) 434-5000
Fax:  (202) 434-5029
emainigi@wc.com
lheard @wc.com
gborden@wc.com
ahardin@wc.com

*Counsel for Defendant Cardinal*
*Health, Inc.*

3

## CERTIFICATE OF SERVICE

I, Geoffrey E. Hobart, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

 */s/ Geoffrey E. Hobart*
GEOFFREY E. HOBART