IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>and<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-op-45004 | MDL No. 2804<br><br>Hon. Dan A. Polster |

**[PROPOSED] ORDER GRANTING DISTRIBUTOR DEFENDANTS' MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' RICO AND OCPA CLAIMS**

Upon consideration of Distributor Defendants'[1] Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims and any opposition thereto, it is hereby:

**ORDERED** that Distributor Defendants' Motion for Summary Judgment on Plaintiffs' RICO and OCPA Claims is **GRANTED**.

Plaintiffs' RICO (Count II) and OCPA (Count IV) claims against Distributor Defendants in each of the above-captioned actions are **DISMISSED WITH PREJUDICE**.

_____
Hon. Dan A. Polster
United States District Judge

---

[1] AmerisourceBergen Drug Corporation, Cardinal Health, Inc., and McKesson Corporation.