# EXHIBIT 1

Highly Confidential - Subject to Further Confidentiality Review

1   affiliate member category.

2           Q.    Teva?

3           A.    I believe so.

4           Q.    Endo?

5           A.    I believe so.

6           Q.    Okay.  The HDA doesn't act

7   on it -- on its own, it acts in the

8   interest of its members and on behalf of

9   its members, correct?

10              MR. WEINSTEIN:  Objection.

11          Objection to form.

12              Go ahead.  You've just got

13          to give me a moment to object.

14              THE WITNESS:  Sorry, I'm

15          sorry, I apologize.

16              We act on behalf of our core

17          members which are the distributor

18          members.

19  BY MR. PIFKO:

20          Q.    Okay.  You have a board,

21  correct?

22          A.    We do.

23          Q.    The board membership always

24  includes members from the big three,

Highly Confidential - Subject to Further Confidentiality Review

1    AmerisourceBergen, McKesson, and Cardinal

2    Health, correct?

3          A.     In addition to the 29 other

4    members, yes.

5          Q.     Okay.  But the board always

6    has somebody from those companies on it?

7          A.     That's correct.

8          Q.     And then there's an

9    executive committee as well, correct?

10         A.     That is correct.

11         Q.     And what's the makeup of the

12    executive committee?

13         A.     The --

14                MR. WEINSTEIN:  Objection to

15           form.

16                THE WITNESS:  The executive

17           committee is seven members, three

18           members from the big three,

19           AmerisourceBergen, McKesson, and

20           Cardinal have a standing position

21           on the executive committee.

22                And then there are four

23           other positions that are other

24           member companies that filter

Highly Confidential - Subject to Further Confidentiality Review

1          A.     I believe so, yes.

2          Q.     And can you describe what it

3    means to be an affiliate member?

4          A.     So affiliate members at HDA

5    are manufacturers who our member

6    companies are trading partners with.

7    They are not afforded the same membership

8    status as the core members who are the

9    distributor members.  They are not

10   allowed to participate in committees.

11   They can't be on the board.  They are

12   welcome to participate in HDA meetings

13   and external events if they register for

14   those.  But as far as communication

15   internal, particularly in government

16   affairs, we deal strictly with the HDA

17   core members.

18         Q.     Plaintiff's counsel today

19   often used the term "HDA members."  And I

20   just want to clarify how you understand

21   that term.

22                Unless counsel specifically

23   referred to manufacturers, did you

24   understand the term "members" to mean

Highly Confidential - Subject to Further Confidentiality Review

1   convene interaction.  We just do an

2   update twice a year.

3          Q.    Did Purdue or any other

4   manufacturer ever serve on the regulatory

5   affairs committee?

6          A.    No.

7          Q.    And I believe you testified

8   earlier that the -- the regulatory

9   affairs committee created the -- HDA's

10  industry compliance guidelines; is that

11  correct?

12         A.    That's -- that's correct.

13         Q.    The industry compliance

14  guidelines are guidelines for

15  distributors; is that right?

16         A.    That's correct.

17         Q.    They are not meant to be

18  implemented by manufacturers?

19         A.    That is correct.

20         Q.    You briefly testified about

21  the drug diversion DEA strategy task

22  force.  Do you recall that?

23         A.    I do.

24         Q.    Did manufacturer members

Highly Confidential - Subject to Further Confidentiality Review

```
 1

 2                 ACKNOWLEDGMENT OF DEPONENT

 3

 4            I, PATRICK KELLY        , do

 5     hereby certify that I have read the

 6     foregoing pages, 1 - 448, and that the

 7     same is a correct transcription of the

 8     answers given by me to the questions

 9     therein propounded, except for the

10     corrections or changes in form or

11     substance, if any, noted in the attached

12     Errata Sheet.

13

14

15

16    _____        6/11/19

17    PATRICK KELLY                   DATE

18

19

20    Subscribed and sworn

      to before me this

21    11   day of June        , 20 19 .

22    My commission expires: June 30, 2022

23

      _____

24    Notary Public
```

Heidi Jo Rohrbach
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7775910
My Commission Expires
June 30, 2022