# EXHIBIT 2

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                   EASTERN DIVISION
 4                       - - -
 5

    IN RE:  NATIONAL          :   HON. DAN A.
 6  PRESCRIPTION OPIATE       :   POLSTER
    LITIGATION                :
 7                            :
    APPLIES TO ALL CASES      :   NO.
 8                            :   1:17-MD-2804
                              :
 9
             - HIGHLY CONFIDENTIAL -
10
     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                       - - -
12
                    May 7, 2019
13
                       - - -
14

15            Videotaped deposition of
    PERRY FRI, taken pursuant to notice, was
16  held at the offices of Baron & Budd, 600
    New Hampshire Avenue, NW, Washington,
17  D.C., beginning at 10:01 a.m., on the
    above date, before Michelle L. Gray, a
18  Registered Professional Reporter,
    Certified Shorthand Reporter, Certified
19  Realtime Reporter, and Notary Public.
20                     - - -
21
            GOLKOW LITIGATION SERVICES
22     877.370.3377 ph | 917.591.5672 fax
                deps@golkow.com
23

24
```

```
 1         A.    Yes.
 2               MR. CRAWFORD:  Object to
 3     form.
 4   BY MR. TELLIS:
 5         Q.    The big three, McKesson,
 6   Cardinal, and Amerisource, are all
 7   primary members?
 8         A.    Our publicly held companies
 9   are, yes, members.
10         Q.    And then the associate or
11   second-tiered members are limited to
12   manufacturers?
13         A.    I don't know if I would call
14   them second tier.  It's another tier.
15   Manufacturers, companies that sell
16   products to distributors in the
17   pharmaceutical supply chain are
18   manufacturer members.
19         Q.    So I'll call them equally
20   culpable members --
21               MR. WEINSTEIN:  Objection to
22     form.
23               MR. CRAWFORD:  Objection to
24     form.
```

# Errata Sheet
*In re: National Prescription Opiate Litigation*, N.D. Ohio, 17-md-02804

Deponent: Perry Fri
Date of Deposition: May 7, 2019

| Page:Line | From | To | Reason |
|---|---|---|---|
| 54:20 | written than the distribution I gave you | written than the description I gave you | Transcription error. |
| 55:14 | industry meeting was called by Agustus | industry meeting was called by Augustus | Transcription error. |
| 67:8 | the outside house for wholesale | the behalf of wholesale | Transcription error. |
| 75:9 | work group is not currently active; and | working group is not currently active; and | Transcription error. |
| 75:10 | then the contracts and chargebacks work | then the contracts and chargebacks working | Transcription error. |
| 75:15 | that's a work group, task force, or | that's a working group, task force, or | Transcription error. |
| 82:1 | our focus has been work groups | our focus has been working groups | Transcription error. |
| 95:8 | long-term business relations between | long-term business relationships between | Transcription error. |
| 127:14 | I think your council has a | I think your counsel has a | Transcription error. |

_____
Perry Fri

State of: Virginia
County of: Arlington

Sworn to me this 7 day of
June, 2019.

_____
Notary Public

Heidi Jo Rohrbach
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7775910
My Commission Expires
June 30, 2022

Highly Confidential - Subject to Further Confidentiality Review

1
2  ACKNOWLEDGMENT OF DEPONENT
3
4  I, **Perry L. Fri**, do
5  hereby certify that I have read the
6  foregoing pages, 1 - 230, and that the
7  same is a correct transcription of the
8  answers given by me to the questions
9  therein propounded, except for the
10 corrections or changes in form or
11 substance, if any, noted in the attached
12 Errata Sheet.
13
14
15 _____  6/7/19
16 PERRY FRI                  DATE
17
18
19 Subscribed and sworn
   to before me this
20 7 day of June, 2019.
21 My commission expires: June 30, 2022
22
   Heidi J. Rohrbach
23 Notary Public
24 Notarized in Arlington, VA

Heidi Jo Rohrbach
NOTARY PUBLIC
Commonwealth of Virginia
Reg. #7775910
My Commission Expires
June 30, 2022

Golkow Litigation Services                     Page 229