# EXHIBIT 3

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3

     *************************
 4

     IN RE:  NATIONAL              MDL No. 2804
 5   PRESCRIPTION OPIATE
     LITIGATION                    Case No.
 6                                 1:17-MD-2804
     *************************
 7
     APPLIES TO ALL CASES      Hon. Dan A. Polster
 8
 9   *************************
10
11       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12               CONFIDENTIALITY REVIEW
13         VIDEOTAPED DEPOSITION OF JOSEPH GANLEY
14
15             Friday, July 27th, 2018
16                   9:04 a.m.
17
18       Held At:
19            Liberty Hotel
20            215 Charles Street
21            Boston, Massachusetts
22
23
24   REPORTED BY:
25   Maureen O'Connor Pollard, RMR, CLR, CSR
```

```
 1      BY MR. GADDY:
 2           Q.   Well, from McKesson's perspective,
 3      there certainly are issues or circumstances in
 4      which manufacturers and distributors work
 5      together under the umbrella of the HDA.
 6                MS. CHARLES:  Objection.  Form.
 7      BY MR. GADDY:
 8           Q.   Is that true?
 9                MS. CHARLES:  Beyond the scope.
10           A.   Yes, it's true that there are examples
11      where that happens, yes.
12      BY MR. GADDY:
13           Q.   And why would it be --
14           A.   For example, the Public Policy Council
15      doesn't have any manufacturer members.  Our
16      federal government affairs call, there's never a
17      manufacturer on that call.  So in some cases
18      it's distributors and manufacturers, in other
19      cases it's just distributors.
20           Q.   Why would it be beneficial for
21      McKesson to be a member of a trade association
22      where distributors and manufacturers can work
23      together under the same umbrella?
24                MS. CHARLES:  Objection.  Beyond the
25      scope, form.
```

```
 1     from McKesson's perspective based on your
 2     participation within the HDA, have common goals
 3     when it comes to rules and regulations and DEA
 4     enforcement?
 5              MS. CHARLES:  Objection.  Form, beyond
 6     the scope.
 7         A.   Generally, yes.
 8     BY MR. GADDY:
 9         Q.   Well, let me break it down.
10              You agree that from McKesson's
11     perspective, based on their participation within
12     the HDA, that the members, which include
13     Cardinal Health, AmerisourceBergen, Miami-Luken,
14     Purdue Pharma, Endo, Teva, that they have common
15     goals when it comes to rules and regulations?
16              MS. CHARLES:  Objection.  Form, beyond
17     the scope.
18         A.   I can only speak to the distributors,
19     again, because I have not been part of public
20     policy conversations that include the
21     manufacturers.  So while the manufacturers are
22     members, they don't generally participate in the
23     Public Policy Council or the government affairs
24     committees.
25     BY MR. GADDY:
```

```
 1      its participation within HDA, do the wholesale
 2      distributor members have common goals when it
 3      comes to rules and regulations?
 4              MS. CHARLES:  Objection.  Form.
 5          A.  Yes.
 6      BY MR. GADDY:
 7          Q.  From McKesson's perspective, based on
 8      their participation within the HDA, do the
 9      wholesale distributors have common goals when it
10      comes to DEA enforcement?
11              MS. CHARLES:  Objection.  Form.
12          A.  Yes.
13      BY MR. GADDY:
14          Q.  From the perspective of McKesson,
15      based on its participation within the HDA, do
16      the wholesale distributor members have common
17      goals when it comes to drug annual production
18      quotas?
19              MS. CHARLES:  Objection.  Form.
20          A.  There may be some differing points of
21      view on that.  But I don't know that I could
22      speak to the other companies' perspective on
23      that issue.
24              But I believe HDA has some vaguely
25      worded language that speaks to the need to think
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      thoughtfully about production quotas, or
 2      something like that.  I don't know that they
 3      fully endorsed reducing production quotas, but
 4      maybe they have.  I'd have to look.
 5      BY MR. GADDY:
 6          Q.  I want to kind of shift a little bit
 7      and talk about some of the things that HDA does
 8      for its members.
 9          A.  Sure.
10          Q.  Would one of things that HDA would do
11      be send letters to state or federal lawmakers on
12      behalf of its members?
13              MS. CHARLES:  Objection.  Beyond the
14      scope.
15          A.  Yes.
16      BY MR. GADDY:
17          Q.  And it can send letters on behalf
18      of -- HDA can send letters on behalf of all of
19      its members because all the members, as you
20      said, have a common purpose or common goals?
21              MS. CHARLES:  Objection.  Form, beyond
22      the scope.
23          A.  Well, it would send a letter on behalf
24      of its members with the members' approval.
25      BY MR. GADDY:
```

Highly Confidential - Subject to Further Confidentiality Review

1

2  ACKNOWLEDGMENT OF DEPONENT

3

4  I, Joseph Ganley, do Hereby certify that I have read the foregoing

5  pages, and that the same is a correct transcription of the answers given by me to the

6  questions therein propounded, except for the corrections or changes in form or substance, if

7  any, noted in the attached Errata Sheet.

8

9  _____  9/6/18
   JOSEPH GANLEY          DATE

10

11

12

13

14

15

16  Subscribed and sworn
    To before me this

17  6th day of September, 20 18.

18  My commission expires: 03/31/2021

19

20  _____
    Notary Public

21

22

23

24

25