# EXHIBIT 4

```
                                                             Page 1

  1
                 IN THE UNITED STATES DISTRICT COURT
  2                FOR THE NORTHERN DISTRICT OF OHIO
                            EASTERN DIVISION
  3
  4      _____
  5      IN RE:   NATIONAL PRESCRIPTION           MDL No. 2804
         OPIATE LITIGATION                        Case No. 17-md-2804
  6
  7      This document relates to:               Judge Dan
                                                 Aaron Polster
  8
         The County of Cuyahoga v. Purdue
  9      Pharma, L.P., et al.
         Case No. 17-OP-45005
 10
         City of Cleveland, Ohio vs. Purdue
 11      Pharma, L.P., et al.
         Case No. 18-OP-45132
 12
         The County of Summit, Ohio,
 13      et al. v. Purdue Pharma, L.P.,
         et al.
 14      Case No. 18-OP-45090
         _____
 15
 16
 17           Videotaped 30(b)(6) Deposition of the
 18               Drug Enforcement Administration
 19       through the testimony of Stacy Harper-Avilla
 20                     Washington, D.C.
 21                      April 11, 2019
 22                        9:16 a.m.
 23
 24      Reported by:  Bonnie L. Russo
 25      Job No. 3282688
```

```
                                                    Page 111
 1         A.    Yes.
 2         Q.    Do any others come to mind after we
 3   just reviewed five?  Oxymorphone, for example?
 4         A.    Correct.
 5         Q.    Oxy -- I will leave it at that.
 6               Now, Mr. O'Connor asked you several
 7   questions about the information DEA considers
 8   in setting the aggregate production quota.
 9               Do you remember that testimony
10   today?
11         A.    Yes.
12         Q.    You testified that DEA sets each of
13   these quotas annually, correct?
14         A.    Correct.
15         Q.    Now, do wholesale manufacturers such
16   as McKesson, Cardinal and AmerisourceBergen
17   provide any information to DEA that is used to
18   set those quotas?
19               MR. ELSNER:  Objection.
20               THE WITNESS:  Quotas are not related
21   to distributors, so no.
22               BY MR. EPPICH:
23         Q.    And pharmacy chains, such as CVS,
24   Walgreens, Rite Aid, Walmart, Giant Eagle, HBC,
25   they also don't provide any information to DEA
```

Page 112

1    that is used to set the quotas, correct?
2             MR. ELSNER:  Objection.
3             MR. CHANDLER:  Objection.
4             THE WITNESS:  The list of companies
5    you just provided do not receive quota and
6    therefore, are not considered for aggregate
7    production quotas.
8             BY MR. EPPICH:
9        Q.   DEA does not consult with wholesale
10   distributors, such as McKesson, Cardinal and
11   AmerisourceBergen when DEA sets the quotas for
12   controlled substances, correct?
13       A.   Correct.
14       Q.   And DEA does not consult with
15   pharmacy chains, such as CVS, Walgreens, Rite
16   Aid, Walmart, Giant Eagle, HBC, when DEA sets
17   quotas for controlled substances?
18       A.   Correct.
19            MR. CHANDLER:  Objection.
20            BY MR. EPPICH:
21       Q.   Wholesale distributors, such as
22   McKesson, Cardinal, AmerisourceBergen, they do
23   not apply for DEA -- to DEA for quotas, do
24   they?
25            MR. CHANDLER:  Objection.

Page 113

1           THE WITNESS:  Correct.
2           BY MR. EPPICH:
3     Q.    And pharmacy chains, such as CVS,
4  Walgreens, Rite Aid, Walmart, Giant Eagle, HBC,
5  they also do not apply to DEA for quotas,
6  correct?
7           MR. CHANDLER:  Objection.  Scope.
8           MR. ELSNER:  Objection.
9           THE WITNESS:  Correct.
10          BY MR. EPPICH:
11    Q.    Now, DEA is required by law to
12  establish aggregate production quotas for
13  certain controlled substances, correct?
14    A.    Correct.
15    Q.    There are a number of statutes and
16  regulations that govern the process DEA must
17  follow and the considerations DEA must consider
18  in establishing quotas for controlled
19  substances?
20          MR. CHANDLER:  Objection.
21          THE WITNESS:  Correct.
22          BY MR. EPPICH:
23    Q.    And DEA endeavors to comply with
24  these statutes and regulations governing the
25  establishment of quotas for controlled