# EXHIBIT 5

```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4                          -  -  -
 5

    IN RE:  NATIONAL              :    MDL NO. 2804
 6  PRESCRIPTION OPIATE           :
    LITIGATION                    :
 7                                :
    ---------------------------------------------------
 8  THIS DOCUMENT RELATES TO      :    CASE NO.
    ALL CASES                     :    1:17-MD-2804
 9                                :
                                  :    Hon. Dan A.
10                                :    Polster
11                          -  -  -
12                     February 8, 2019
13                          -  -  -
          HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
14                    CONFIDENTIALITY REVIEW
15
16              Continued videotaped deposition
    of CHRISTOPHER ZIMMERMAN taken pursuant to notice,
17  was held at the law offices of Reed Smith LLP, Three
    Logan Square, 1717 Arch Street, Suite 3100,
18  Philadelphia, Pennsylvania, beginning at 1:44
    p.m., on the above date, before Ann Marie
19  Mitchell, a Federally Approved Certified Realtime
    Reporter, Registered Diplomate Reporter,
20  Registered Merit Reporter and Notary Public.
21
                            -  -  -
22
                 GOLKOW LITIGATION SERVICES
23          877.370.3377 ph | 917.591.5672 fax
                     deps@golkow.com
24
```

 1            form.
 2                     THE WITNESS:  Let me clarify.
 3                     It was a DEA conference in 2007.
 4            It wasn't a HDA conference.  It was a DEA
 5            conference.  Sorry about that.
 6       BY MR. PIFKO:
 7            Q.      So regardless of the type of
 8       conference, you had a discussion with other
 9       distributors at the end of 2007 about diversion
10       control issues, which included whether they were
11       implementing a shipping requirement?
12            A.      I did a presentation on our
13       program that had a requirement to not ship orders
14       that we deemed to be suspicious, and they were
15       present at the meeting.
16            Q.      And they told you that that
17       wasn't a requirement that any of them had?
18            A.      I don't recall that being a
19       specific statement.  I don't remember the
20       word-for-word conversation, but there was
21       conversations about that process and whether it's
22       legal and what the regulations imply, you know.
23       Just general conversation.
24            Q.      As part of this conference or on

Highly Confidential - Subject to Further Confidentiality Review

```
 1           Q.    Have you ever discussed the
 2   quotas with any of your manufacturer clients or
 3   customers?
 4           A.    Not that I -- not that I know of.
 5   We -- you know, as a distributor, we don't deal
 6   with -- I mean, we're not involved in quotas.
 7           Q.    How about, have you ever heard of
 8   getting an allocation of a manufacturer's quota
 9   for distribution?
10           A.    I'm not sure -- I know we get
11   allocated product on short supply items.  I'm not
12   sure if that's what you're referencing.
13           Q.    Have you ever like, for example,
14   applied to get a certain percentage of the
15   distribution of Schedule II controlled substances
16   manufactured by like Purdue?
17           A.    I wouldn't know that.
18           Q.    Who would know that?
19           A.    If it's a purchasing or
20   procurement, then it would be that -- global
21   sourcing is the name of the department that does
22   all the buying for the company.
23           Q.    Item number 2 here says, "DEA
24   issued registrations to pill mills that 'popped
```