# EXHIBIT 6

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
          FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3
    IN RE: NATIONAL          )
 4  PRESCRIPTION             )   MDL No. 2804
    OPIATE LITIGATION        )
 5  _____ )   Case No.
                             )   1:17-MD-2804
 6                           )
    THIS DOCUMENT RELATES    )   Hon. Dan A.
 7  TO ALL CASES             )   Polster
 8
                   THURSDAY, JULY 19, 2018
 9
       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                CONFIDENTIALITY REVIEW
11                         - - -
12            Videotaped deposition of Gary L.
13  Boggs, held at the offices of The Cochran
14  Firm, D.C., 1100 New York Avenue, NW, Suite
15  340, Washington, DC, commencing at 9:05 a.m.,
16  on the above date, before Carrie A. Campbell,
17  Registered Diplomate Reporter and Certified
18  Realtime Reporter.
19
20
21                         - - -
22
              GOLKOW LITIGATION SERVICES
23        877.370.3377 ph | 917.591.5672 fax
                   deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1       Q.    Yes, sir.
 2       A.    Not that I'm aware of, no.
 3       Q.    That discretion is left to
 4  the -- is left to McKesson or was left to
 5  McKesson, true?
 6             MR. STANNER:  Objection to the
 7       form.
 8  QUESTIONS BY MR. HAWAL:
 9       Q.    By the DEA?
10       A.    I believe that's the case, yes.
11       Q.    Have you ever seen any document
12  whereby McKesson communicated to the DEA that
13  it was incapable of identifying suspicious
14  orders or stopping their shipment?
15       A.    Not that I recall, no.
16       Q.    You were also identified as a
17  person most knowledgeable at McKesson about
18  controlled substance quotas, but we were told
19  that McKesson has no documents relating to
20  controlled substance quotas and does not set
21  quotas.
22             Is that familiar to you, sir?
23             MR. STANNER:  Objection --
24             THE WITNESS:  It's familiar to
25       me, yes.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                MR. STANNER:  -- to the form.
 2   QUESTIONS BY MR. HAWAL:
 3        Q.    So is there any role -- does
 4   McKesson play any role in setting quotas or
 5   contributing to the establishment of quotas
 6   for controlled substances?
 7                MR. STANNER:  Objection to the
 8         form.
 9                THE WITNESS:  The Drug
10         Enforcement Administration sets the
11         quotas.
12   QUESTIONS BY MR. HAWAL:
13        Q.    All right.  And McKesson and
14   other distributors do not play a role in
15   that?
16        A.    The only role that we would
17   play is the ARCOS reporting, the data that we
18   report via ARCOS, which is considered as part
19   of the DEA determination when setting the
20   quotas.  That would be the only role that we
21   would play.
22                MR. HAWAL: All right.  I don't
23         have any further questions.  We are
24         going to reserve our right to reopen
25         this deposition once McKesson complies
```

Golkow Litigation Services                                    Page 98

Highly Confidential - Subject to Further Confidentiality Review

```
 1                  ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4         I, ___Gary Boggs___, do
     hereby certify that I have read the foregoing
 5   pages and that the same is a correct
     transcription of the answers given by me to
 6   the questions therein propounded, except for
     the corrections or changes in form or
 7   substance, if any, noted in the attached
     Errata Sheet.
 8
 9
10
11
12   ___[signature]___           ___8/22/2018___
     Gary L. Boggs                    DATE
13
14
15   Subscribed and sworn to before me this
16   __22ND__ day of __August__, 20 __18__.
17   My commission expires: __2-1-2022__
18
19   Notary Public
20   ___[signature]___
21   MARSHA SHAMOUN VENET
22
           Marsha Shamoun Venet
23       NOTARY PUBLIC - STATE OF MICHIGAN
              COUNTY OF OAKLAND
24       MY COMMISSION EXPIRES FEB 01, 2022
25       ACTING IN THE COUNTY OF __Wayne__
```

Golkow Litigation Services

# ERRATA SHEET

Case Name: In re: National Prescription Opiate Litigation
No. 1:17-MD-2804

Deposition Date: July 19, 2018

Deponent: Gary Boggs

1. To clarify the record.
2. To conform to the facts.
3. To correct transcription error.

| Pg. | Line | Now Reads | Should Read | Reason |
|---|---|---|---|---|
| 16 | 23 | pharma | Pharma | 2 |
| 17 | 16 | 2016 | 2006 | 3 |
| 29 | 23 | 2016 | 2006 | 3 |
| 30 | 1 | I was not.  At the Drug | I was not at the Drug | 3 |
| 77 | 19 | Once, I don't | I don't | 1 |
| 77 | 21 | raising a question | raising in the question | 3 |
| 90 | 22 | fill mills | pill mills | 3 |

Date: 8/22/2018

Gary Boggs