# EXHIBIT 8

Highly Confidential - Subject to Further Confidentiality Review

```
 1              THE UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3                          - - -
 4   IN RE:  NATIONAL     :
     PRESCRIPTION OPIATE  :   MDL NO. 2804
 5   LITIGATION           :
     ---------------------------------------------
 6                        :     CASE NO.
     THIS DOCUMENT        :     1:17-MD-2804
 7   RELATES TO ALL CASES:    Hon. Dan A. Polster
 8                          - - -
 9              Thursday, April 25, 2019
10                          - - -
11      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                 CONFIDENTIALITY REVIEW
13                          - - -
14        Videotaped deposition of DAVID A.
15   KESSLER, M.D. (Day 1), taken pursuant to
16   notice, was held at Baron & Budd, 600 New
17   Hampshire Avenue NW, Floor G, Washington, DC
18   20037, beginning at 9:28 a.m., on the above
19   date, before Lisa V. Feissner, RDR, CRR, Notary
20   Public.
21
22                          - - -
23             GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

1 case focused on six manufacturers, did you do
2 anything to investigate the full scope of
3 mistakes or missed opportunities by any number
4 of other entities?
5             MR. RAFFERTY:  Object to the form,
6       vague.
7       A.    It's a broad question.  Can you be
8 a little more specific?
9       Q.    I meant it to be a broad question.
10            MR. RAFFERTY:  Object to the form.
11            You can answer it if you understand
12      what she's asking.
13            THE WITNESS:  Well, I think I
14      understand what she's --
15      A.    I certainly gave a good -- a good
16 deal of thought to FDA's role in this.  We
17 discussed that initially.  So I did that.  I
18 tried to gain an understanding of -- even
19 though I'm not -- if there's any distributor in
20 the room, I'm not -- I have no opinions on
21 distributors.  You can go take the day off.
22            I try to have some understanding of
23 DEA's role.  The database has distributor
24 information.  I certainly looked at -- for