# EXHIBIT 10

```
 1              UNITED STATES DISTRICT COURT

           FOR THE NORTHERN DISTRICT OF OHIO

 2                   EASTERN DIVISION

 3

      IN RE: NATIONAL          )

 4    PRESCRIPTION             )   MDL No. 2804

      OPIATE LITIGATION        )

 5    _____  )   Case No.

                               )   1:17-MD-2804

 6                             )

      THIS DOCUMENT RELATES    )   Hon. Dan A.

 7    TO ALL CASES             )   Polster

 8

                 TUESDAY, APRIL 23, 2019

 9

       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

10              CONFIDENTIALITY REVIEW

11                       - - -

12           Videotaped deposition of Mark A.

13    Schumacher, M.D., Ph.D., held at the offices of

14    Morgan, Lewis & Bockius LLP, One Market,

15    Spear Street Tower, San Francisco,

16    California, commencing at 9:35 a.m., on the

17    above date, before Carrie A. Campbell,

18    Registered Diplomate Reporter and Certified

19    Realtime Reporter.

20

21

22                       - - -

23

              GOLKOW LITIGATION SERVICES

24        877.370.3377 ph | 917.591.5672 fax

                  deps@golkow.com

25
```

Highly Confidential - Subject to Further Confidentiality Review

1      family --

2              A.      I understand.  That's correct.

3              Q.      That's correct?

4              A.      Yes.

5              Q.      Okay.  So you don't have a

6      specific opinion about the actions of

7      McKesson Corporation that you intend to offer

8      at trial in this litigation?

9              A.      Yeah, I -- my scope of opinion

10     is restricted to -- or encompasses the list

11     of defendants shown in footnote 1.

12             Q.      Okay.  I'm going to run through

13     the rest of the distributors all at once --

14             A.      Oh, I see.

15             Q.      -- and that way we'll tie it

16     up.

17             A.      Okay.

18             Q.      So AmerisourceBergen Drug

19     Corporation, Prescription Supply,

20     Incorporated, Miami-Luken and Henry Schein,

21     you do not intend to offer an opinion at

22     trial about any of those defendants in

23     connection with this litigation, correct?

24             A.      That is correct.

25             Q.      And exhibit -- Deposition

Highly Confidential - Subject to Further Confidentiality Review

1              ACKNOWLEDGMENT OF DEPONENT

2

3

4                    I, Mark A. Schumacher, M.D, Ph.D.   , do

   hereby certify that I have read the foregoing

5  pages and that the same is a correct

   transcription of the answers given by me to

6  the questions therein propounded, except for

   the corrections or changes in form or

7  substance, if any, noted in the attached

   Errata Sheet.

8

9

10

11

12  _Mark A. Schumacher_____      5-21-19

   Mark A. Schumacher, M.D., Ph.D.      DATE

13

14

15  Subscribed and sworn to before me this

16  _____ day of _____, 20 _____.

17  My commission expires: _____

18

19  Notary Public

20                          **SEE ATTACHED**

21

22

23

24

25

Golkow Litigation Services                    Page 395

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**                    GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☐ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

1
2
3
4
5
6

_____ Signature of Document Signer No. 1 _____        _____ Signature of Document Signer No. 2 (if any) _____

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California

County of ___Marin___

Subscribed and sworn to (or affirmed) before me

on this __21__ day of __May__, 20_19_,
        Date          Month          Year
by
(1) __Mark A. Schumacher__

(and (2) _____ ),
                  Name(s) of Signer(s)

proved to me on the basis of satisfactory evidence to
be the person(s) who appeared before me.

Signature _____
                  Signature of Notary Public

ALFREDO J. VASQUEZ
Notary Public – California
Marin County
Commission # 2195463
My Comm. Expires May 4, 2021

*Place Notary Seal and/or Stamp Above*

──────────────── **OPTIONAL** ────────────────

*Completing this information can deter alteration of the document or*
*fraudulent reattachment of this form to an unintended document.*

**Description of Attached Document**

Title or Type of Document: _____

Document Date: _____ Number of Pages: _____

Signer(s) Other Than Named Above: _____

©2017 National Notary Association

**ERRATA**

*In re: National Prescription Opiate Litigation*, MDL No. 2804
Deponent: Mark A. Schumacher, M.D., Ph.D.
Deposition date: April 23, 2019

| Page: Line | Current | Change To | Reason |
|---|---|---|---|
| 49:22 | "compliant" | complaint | Spelling error |
| 234:8 | "has not been shown" | has been shown | Transcription error |
| 236:2 | "A nociceptor is only" | A nociceptor that is only | Transcription error |
| 236:13 | "That is one – after" | That is one site – after | Transcription error |
| 281: 17 | "joined this paragraph" | joined this chapter | Transcription error |