# EXHIBIT 12

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION
 3
       IN RE: NATIONAL           )
 4     PRESCRIPTION              )   MDL No. 2804
       OPIATE LITIGATION         )
 5     _____    )   Case No.
                                 )   1:17-MD-2804
 6                               )
       THIS DOCUMENT RELATES     )   Hon. Dan A.
 7     TO ALL CASES              )   Polster
 8
                    WEDNESDAY, APRIL 24, 2019
 9
          HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                   CONFIDENTIALITY REVIEW
11                           - - -
12              Videotaped deposition of Anna
13     Lembke, M.D., held at the offices of Lieff
14     Cabraser Heimann & Bernstein, LLP, 275
15     Battery Street, 29th floor, San Francisco,
16     California, commencing at 8:07 a.m., on the
17     above date, before Carrie A. Campbell,
18     Registered Diplomate Reporter and Certified
19     Realtime Reporter.
20
21
22                           - - -
23
                   GOLKOW LITIGATION SERVICES
24         877.370.3377 ph | 917.591.5672 fax
                       deps@golkow.com
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    Henry Schein, do you know if they're a
 2    defendant in this case?
 3         A.    I don't recall.
 4         Q.    Miami-Luken?
 5         A.    I don't recall.
 6         Q.    Anda?
 7         A.    I don't recall.
 8         Q.    Earlier today you said that you
 9    acknowledged the distributors' contribution
10    to the opioid epidemic; is that right?
11         A.    Yes.
12         Q.    Okay.  Are you prepared to
13    offer an opinion in this litigation
14    concerning the contribution of any
15    distributor to the opioid epidemic?
16         A.    It's my opinion -- it's my
17    understanding that other expert witnesses
18    will be offering testimony on distributors.
19    I've not been asked to offer testimony on
20    that.
21         Q.    Okay.  And so when you
22    referenced the pharmaceutical opioid industry
23    in your report, are distributor defendants
24    included in that insofar as -- strike all
25    that.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                You mentioned the
 2   pharmaceutical opioid industry in your
 3   report, and you told Mr. Lavelle that as you
 4   define that term, it includes manufacturers,
 5   distributors and pharmacies; is that right?
 6        A.    That's right.
 7        Q.    When you reference misleading
 8   or false marketing material and attribute it
 9   to the pharmaceutical opioid industry in your
10   report, are you referring to the distributors
11   that have been named as defendants in this
12   case?
13        A.    No.
14        Q.    And in preparing your report,
15   did you consider any documents that were
16   produced by a distributor that is named as a
17   defendant in this case?
18        A.    No.
19        Q.    Do you have any training or
20   expertise in supply chain management?
21        A.    No.
22        Q.    Do you have any training or
23   expertise in the distribution of controlled
24   substances?
25        A.    No.
```

```
 1                ACKNOWLEDGMENT OF DEPONENT
 2
 3
 4         I, _____Anna Lembke_____, do
           hereby certify that I have read the foregoing
 5         pages and that the same is a correct
           transcription of the answers given by me to
 6         the questions therein propounded, except for
           the corrections or changes in form or
 7         substance, if any, noted in the attached
           Errata Sheet.
 8
 9
10
11         _[signature]_____    __May 22, 2019__
12
           Anna Lembke, M.D.              DATE
13
14
15         Subscribed and sworn to before me this
16         __22__ day of __MAY__, 20 _19_.
17         My commission expires: _MARCH 11, 2023_
18
19         Notary Public [signature]
20         (see attached)
21
22         [Notary stamp: LASHONIE SHEMEK VEALS, Notary Public California, Alameda County, Commission # 2280483, My Comm. Expires Mar 11, 2023]
23
24
25
```

**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**  CIVIL CODE § 1189

---

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

---

State of California
County of _SAN FRANCISCO_ }

On _MAY 22, 2019_ before me, _Lashonie Shemek Veals, Notary Public_,
       Date                                                Here Insert Name and Title of the Officer
personally appeared _ANNA LEMBKE, M.D._ _____
                                                Name(s) of Signer(s)

_____,

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

[Notary Seal: LASHONIE SHEMEK VEALS, Notary Public - California, Alameda County, Commission # 2280483, My Comm. Expires Mar 11, 2023]

Signature _Lashonie Veals_ _____
                                Signature of Notary Public

Place Notary Seal and/or Stamp Above

---OPTIONAL---

Completing this information can deter alteration of the document or fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____  Signer's Name: _____
☐ Corporate Officer – Title(s): _____  ☐ Corporate Officer – Title(s): _____
☐ Partner – ☐ Limited ☐ General         ☐ Partner – ☐ Limited ☐ General
☐ Individual      ☐ Attorney in Fact     ☐ Individual      ☐ Attorney in Fact
☐ Trustee         ☐ Guardian of Conservator ☐ Trustee      ☐ Guardian of Conservator
☐ Other: _____   ☐ Other: _____
Signer is Representing: _____  Signer is Representing: _____

©2017 National Notary Association

**ERRATA**

*In re: National Prescription Opiate Litigation*, MDL No. 2804
Deponent: Dr. Anna Lembke
Deposition date: April 24, 2019

| Page: Line | Current | Change To | Reason |
| --- | --- | --- | --- |
| 11:24 | "Defendants" | Plaintiffs | Misstatement |
| 15:9 | "difficulty" | difficult | Transcription error |
| 39:23 | "be for a teenager" | be a teenager | Transcription error |
| 47:13 | "certain" | recent | Transcription error |
| 73:23 | "opioid withdraw –" | opioid withdrawal -- | Transcription error |
| 73:24 | "opioid withdraw." | opioid withdrawal. | Transcription error |
| 134:10 | "not" | now | Transcription error |
| 160:8 | "decided" | described | Transcription error |
| 180:22 | "scrutinary" | scrutiny | Spelling error |
| 180:24 | "identifying" | promoting | Transcription error |
| 183:20 | "EESG" | PPSG | Transcription error |
| 192:24 | "and" | in | Transcription error |
| 201:20 | "that" | the | Transcription error |
| 288:15 | "Opana ER and Percocet." | Duragesic and Nucynta. | Misstatement |
| 296:2 | "consistent what" | consistent with what | Transcription error |
| 309:4 | "them, as" | them: as | Transcription error |
| 321:16-17 | "counted, and" | counted. And | Transcription error |
| 327:12 | "abhorrent" | aberrant | Transcription error |
| 399:17 | "complaint" | opinion | Misstatement |