# EXHIBIT 14

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
                FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION
 3   IN RE: NATIONAL              )   MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION                   )   Case No.
                                  )   1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )   Hon. Dan A.
 6   ALL CASES                    )   Polster
                                  )
 7
 8
 9                         — — —
10                 Sunday, May 5, 2019
                           — — —
11
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                CONFIDENTIALITY REVIEW
                           — — —
13
14
15
16        Videotaped Deposition of MEREDITH B.
     ROSENTHAL, Ph.D., VOLUME 2, held at Robins
17   Kaplan LLP, 800 Boylston Street, Suite 2500,
     Boston, Massachusetts, commencing at
18   8:04 a.m., on the above date, before
     Michael E. Miller, Fellow of the Academy of
19   Professional Reporters, Registered Diplomate
     Reporter, Certified Realtime Reporter and
20   Notary Public.
21
22
23                         — — —
24            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | fax 917.591.5672
25                  deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

1    misconduct.
2              I think it's a little bit less
3    clear about how that analysis might be used
4    to assess liability for distributors.  I have
5    not been asked to do that, but the indirect
6    analysis, because it's not measuring the
7    conduct of a specific group, could be open to
8    a broader interpretation.
9         Q.   Have you disclosed any opinions
10   that, based upon your indirect model, you
11   draw conclusions about distributor
12   defendants' conduct?
13        A.   I have not.  I have not drawn
14   those conclusions.
15        Q.   And you mentioned the detailing
16   data, but just to be clear, you did not
17   include in your direct model any data series
18   that you understood were measuring the
19   conduct of the distributor defendants; is
20   that correct?
21             MR. SOBOL:  Objection, asked
22        and answered.
23        A.   I have not measured the conduct
24   of the distributors or included that in my
25   model.