# EXHIBIT 16

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF OHIO

 3                      EASTERN DIVISION

 4

 5   ------------------------------) MDL No. 2804

 6   IN RE NATIONAL PRESCRIPTION   )

 7   OPIATE LITIGATION             ) Case No. 17-md-2804

 8                                 )

 9   This document relates to:     ) Hon. Dan A. Polster

10   All Cases                     )

11   ------------------------------) VOLUME I

12

13                    HIGHLY CONFIDENTIAL

14         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

15

16           The videotaped deposition of STEPHEN SEID,

17   called for examination, taken pursuant to the Federal

18   Rules of Civil Procedure of the United States District

19   Courts pertaining to the taking of depositions, taken

20   before JULIANA F. ZAJICEK, a Registered Professional

21   Reporter and a Certified Shorthand Reporter, at the

22   offices of Dechert LLP, Suite 3400, 35 West Wacker

23   Drive, Chicago, Illinois, on December 12, 2018, at

24   1:43 p.m.
```

1  material to McKesson?

2      A.   Or if they put a cover on it, like a cover

3  letter, we'd have to approve that.

4      Q.   And where is that protocol?  How -- was

5  there some sort of an agreement that that would be the

6  way it would work?

7      A.   An agreement with who?

8      Q.   With McKesson.

9      A.   There was no agreement with McKesson,

10 because if they wouldn't agree with it, we wouldn't do

11 it.

12     Q.   So you would ask McKesson to market

13 OxyContin in a particular way?

14     MR. STANNER:  Objection; form, foundation.

15     MR. HOFFMAN:  Object to form.

16 BY THE WITNESS:

17     A.   We -- if -- if for some reason we would do

18 OxyContin, which, again, would be highly unlikely, is

19 they would have -- they couldn't change a comma on

20 what was being sent out.

21 BY MS. CONROY:

22     Q.   And you would pay them for that service?

23     A.   Yes.

24     Q.   And that would be true of Butrans?