# EXHIBIT 18

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF OHIO
 3                 EASTERN DIVISION
 4                     - - -
 5   IN RE:  NATIONAL      :  MDL NO. 2804
     PRESCRIPTION OPIATE   :
 6   LITIGATION            :
     ---------------------------------------------
 7                         :  CASE NO.
     THIS DOCUMENT         :  1:17-MD-2804
 8   RELATES TO ALL CASES:
                           :  Hon. Dan A.
 9                         :  Polster
10                     - - -
             Friday, January 25, 2019
11                     - - -
12    HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
               CONFIDENTIALITY REVIEW
13
                       - - -
14
             Videotaped deposition of
15   CELIA WEBER, taken pursuant to notice,
     was held at the law offices of Reed Smith
16   LLP, Three Logan Square, 1717 Arch
     Street, Suite 3100, Philadelphia,
17   Pennsylvania 19103, beginning at 2:43
     p.m., on the above date, before Amanda
18   Dee Maslynsky-Miller, a Certified
     Realtime Reporter.
19
                       - - -
20
21
22
23         GOLKOW LITIGATION SERVICES
        877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com
```

1   you're still offering these educational
2   services on behalf of suppliers, right?
3              MR. SUDDATH:  Objection.
4        Form.
5              THE WITNESS:  We offer the
6        manufacturers the opportunity to
7        reach our customers, with their
8        educational materials, through
9        these different kind of campaigns,
10       yes.
11  BY MR. SIMMER:
12       Q.    So let me make sure I
13  understand the educational campaign
14  services that AmerisourceBergen offers.
15             Who controls the content
16  that's provided to your customers?
17       A.    The manufacturer.  The
18  supplier.
19       Q.    You answered two different
20  things.  I thought you had corrected me
21  earlier and said that it had to be the
22  supplier.
23             So can you clarify your
24  answer this time?

Highly Confidential - Subject to Further Confidentiality Review

1                    Is it the manufacturer that
2     controls the content or is it the
3     supplier?
4           A.    It's the supplier.
5           Q.    And in some instances, they
6     are the same entity, right?
7           A.    Correct.
8           Q.    Some instances not, because
9     I think you said that there are companies
10    that have the marketing rights that are
11    not necessarily the supplier, right --
12    not necessarily the manufacturer, right?
13          A.    Correct.
14          Q.    So in the second slide of
15    this presentation, I'm talking Bates
16    ending 319757, do you see where you say
17    here, Increase product awareness and
18    engagement through effective marketing
19    programs that leverage our knowledge,
20    reach and partnership?
21                Do you see that?
22          A.    Yes.
23          Q.    I want to make sure I
24    understand what the meaning of this is.

Golkow Litigation Services                              Page 59

```
 1    the goal of the manufacturer was,
 2    clinical, or whatever.
 3         Q.   You're not saying there that
 4    AmerisourceBergen actually is the one --
 5    is the author of that particular piece in
 6    terms of bringing awareness to a product,
 7    right?
 8              MR. SUDDATH:  Objection to
 9         form.
10              THE WITNESS:  The material
11         is authored by the supplier, not
12         by AmerisourceBergen.
13    BY MR. SIMMER:
14         Q.   What do you mean by
15    "engagement"?
16              MR. SUDDATH:  Objection to
17         form.
18              THE WITNESS:  I don't know.
19         I mean -- no, I don't really know
20         what that means.
21              I'd have to think about
22         that.  It's a marketing fluffy
23         word.
24    BY MR. SIMMER:
```