# EXHIBIT 19

| Manufacturer | U1 Abbvie / Vicodin |  |
|---|---|---|
| Date contract received |  |  |
| eConnection Audience | Pharmacists | Physicians |

| Step in Process | Date | Comments |
|---|---|---|
| Added to MMS database | 04/18/13 |  |
| If Physician contacted SK&A for SOW | N/A |  |
| Contacted manufacturer for artwork, etc. |  | waiting to receive contract sign |
| Materials received from manufacturer | 5/17/13 |  |
| Proof created and sent to manufacturer | 5/20/13 |  |
| Approved by manufacturer | 06/03/13 |  |
| Scheduled deployment date | 06/05/13 |  |
| Deployed | 06/05/13 |  |
| Billing Details | Points | Cash |
| Amount |  | ■ |
| Billed/Month-End Reserves |  | ■ |

4200027769

**Other Notes:**

9459
9460

HIGHLY CONFIDENTIAL

CAH_MDL2804_02958682

Dinorah copy 6/3/13

Purchase Order 4300027769

## Exhibit A

This Exhibit is hereby incorporated into the Master Services Agreement, dated September 22, 2006, by and between AbbVie Inc. pursuant to the assignment effective August 1, 2012 ("AbbVie") and **Cardinal Health 110, Inc.** ("Cardinal Health").

**SERVICES:**

Cardinal Health will distribute one (1) e-mail communication to approximately 116,000 pharmacists (retail pharmacists, pharmacy techs and hospital pharmacists) that includes information on the following pharmaceutical product:

| | |
|---|---|
| **Product Brand Name:** | Vicodin® |
| **Generic Name:** | hydrocodone bitartrate / acetaminophen |
| **Manufacturer:** | AbbVie |

The e-mail communication will be prepared by AbbVie in accordance with the specifications set forth below. AbbVie shall be fully responsible for the form and content of such e-mail communication as set forth in the Master Services Agreement. Cardinal Health shall not make changes to the form or content of the email communication without AbbVie's prior written consent.

**MATERIALS SPECIFICATIONS:** AbbVie will provide the e-mail communication content to be distributed by Cardinal Health in the following format:

- File Type: HTML
- Length: Maximum four (4) pages (8 ½" x 11")
- Content: May include product information, benefits, ordering information and website links. Message content subject to review and approval by Cardinal Health prior to delivery. Cardinal Health shall not make changes to the form or content of the email communication without AbbVie's prior written consent.
- AbbVie will need to provide the message to appear in the subject line of the e-mail communication.

**TOTAL COST:** The total cost to distribute such e-mail communication shall be [REDACTED].

**TIME LINE FOR DEVELOPMENT/IMPLEMENTATION:**

- Cardinal Health shall prepare to distribute the e-mail communication for the Product listed above upon the parties' execution of this Exhibit and AbbVie's provision of the HTML email communication to Cardinal Health.
- AbbVie agrees to provide the HTML email communication in a timely manner.
- Upon receipt of the e-mail communication, Cardinal Health shall distribute the e-mail communication by no later than three (3) business days..

**Cardinal Health 110, Inc.**

By: [signature]
Title: Sr Consultant, MMS
Date: 02.25.13

**AbbVie Inc.**

By: [signature] Steven Zylliecman
Title: Trade Marketing + Program Manager
Date: 2/25/13

By: [signature]
Name: Laura Dague (typed or printed)
Title: Sr Specialist Purchasing
Division: PPD
Date: 3-11-2013

## Exhibit A

This Exhibit is hereby incorporated into the Master Services Agreement, dated September 22, 2006, by and between **AbbVie Inc.** pursuant to the assignment effective August 1, 2012 ("AbbVie") and **Cardinal Health 110, Inc.** ("Cardinal Health").

**SERVICES:**

Cardinal Health will distribute one (1) e-mail communication to approximately 116,000 pharmacists (retail pharmacists, pharmacy techs and hospital pharmacists) that includes information on the following pharmaceutical product:

| | |
|---|---|
| **Product Brand Name:** | Vicodin® |
| **Generic Name:** | hydrocodone bitartrate / acetaminophen |
| **Manufacturer:** | AbbVie |

The e-mail communication will be prepared by AbbVie in accordance with the specifications set forth below. AbbVie shall be fully responsible for the form and content of such e-mail communication as set forth in the Master Services Agreement. Cardinal Health shall not make changes to the form or content of the email communication without AbbVie's prior written consent.

**MATERIALS SPECIFICATIONS:** AbbVie will provide the e-mail communication content to be distributed by Cardinal Health in the following format:

• File Type: HTML
• Length: Maximum four (4) pages (8 ½" x 11")
• Content: May include product information, benefits, ordering information and website links. Message content subject to review and approval by Cardinal Health prior to delivery. Cardinal Health shall not make changes to the form or content of the email communication without AbbVie's prior written consent.
• AbbVie will need to provide the message to appear in the subject line of the e-mail communication.

**TOTAL COST:** The total cost to distribute such e-mail communication shall be [REDACTED]

**TIME LINE FOR DEVELOPMENT/IMPLEMENTATION:**

• Cardinal Health shall prepare to distribute the e-mail communication for the Product listed above upon the parties' execution of this Exhibit and AbbVie's provision of the HTML email communication to Cardinal Health.
• AbbVie agrees to provide the HTML email communication in a timely manner.
• Upon receipt of the e-mail communication, Cardinal Health shall distribute the e-mail communication by no later than three (3) business days..

| **Cardinal Health 110, Inc.** | **AbbVie Inc.** |
|---|---|
| By: _[signature]_ | By: _____ |
| Title: _Sr Consultant, MMS_ | Title: _____ |
| Date: _02.25.13_ | Date: _____ |