# EXHIBIT 21

Page 1

```
 1           IN THE UNITED STATES DISTRICT COURT
 2            NORTHEASTERN DISTRICT OF OHIO
 3                   EASTERN DIVISION
 4   IN RE NATIONAL PRESCRIPTION
 5   OPIATE LITIGATION              MDL No. 2804
 6
 7   This document relates to:      Case
                                    No. 17-md-2804
 8   The County of Cuyahoga v.
     Purdue Pharma, L.P., et al.,   Judge Dan Aaron
 9   Case No. 18-OP-45090           Polster
10   City of Cleveland, Ohio vs.
     Purdue Pharma, L.P., et al.
11   Case No. 18-OP-45132
12   The County of Summit, Ohio, et al.,
     v. Purdue Pharma L.P., et al.,
13   Case No. 1:18-OP-45004 (N.D. Ohio)
14
15           The videotaped deposition of DEMETRA
16   ASHLEY, called for examination pursuant to the
17   Rules of Civil Procedure for the United States
18   District Courts pertaining to the taking of
19   depositions, taken at 10 South Wacker Drive,
20   Suite 4000, Chicago, Illinois, on the 15th day of
21   March, 2019, at the hour of 9:16 a.m.
22
23
24   Reported by:  Gina M. Luordo, CSR, RPR, CRR
25   License No.:  084-004143
```

1    in the regulation, to take a look at the order,

2    make a determination if it's deviating from what's

3    usual.  I mean, how you do it, it can be manual or

4    automatic, but it's just that it needs to be done.

5         Q.   And the criteria that determines whether

6    it deviates from pattern or too large or anything

7    else is criteria that is to be set by the

8    distributors?

9         A.   Correct.

10        Q.   And so it's within their discretion; is

11   that correct?

12        A.   That's correct.

13        Q.   And is it correct that the distributors

14   must define their own parameters for a suspicious

15   order?

16        A.   There's some regulation requirement that

17   it be effective.  So other than that, it's their

18   discretion, but it just must be effective.

19        Q.   And whether a system is effective is in

20   itself a subjective determination; isn't that

21   correct?

22        A.   Yes, I would agree with that.

23        Q.   Okay.  Are you aware that the United

24   States Government Accountability Office, the GAO,

25   issued a report in June of 2015 that stated that