# EXHIBIT 25

```
                                                            Page 1

 1          IN THE UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
      _____
 4
      IN RE:  NATIONAL PRESCRIPTION      MDL No. 2804
 5    OPIATE LITIGATION                  Case No. 17-md-2804
 6
      This document relates to:          Judge Dan
 7                                       Aaron Polster
 8    The County of Cuyahoga v. Purdue
      Pharma, L.P., et al.
 9    Case No. 17-OP-45005
10    City of Cleveland, Ohio vs. Purdue
      Pharma, L.P., et al.
11    Case No. 18-OP-45132
12    The County of Summit, Ohio,
      et al. v. Purdue Pharma, L.P.,
13    et al.
      Case No. 18-OP-45090
14    _____
15
16
17
18       Videotaped Deposition of Joseph Rannazzisi
19                  Washington, D.C.
20                  April 26, 2019
21                    8:37 a.m.
22
23
24    Reported by:  Bonnie L. Russo
25    Job No. 3301876
```

Page 24

1  data.
2           BY MR. EPPICH:
3      Q.   And using ARCOS, DEA monitors the
4  flow of DEA-controlled substances from their
5  point of manufacture through commercial
6  distribution channels to point of sale or
7  distribution to the dispensing retail level?
8           MS. SINGER:  Objection.  Foundation.
9           MR. BENNETT:  Objection.  Vague.
10          THE WITNESS:  DEA can use that
11 system to monitor transactions downstream.
12          BY MR. EPPICH:
13     Q.   And that's downstream from the
14 manufacturers all the way to the retail level,
15 correct?
16     A.   Yes.  I believe so.
17          SPECIAL MASTER COHEN:  Just a
18 minute, please.
19          We're still hearing folks on the
20 phone.  If you are on the phone, please mute
21 yourself.
22          BY MR. EPPICH:
23     Q.   So, Mr. Rannazzisi, using ARCOS, DEA
24 can see the number of opioids sold by
25 manufacturers to distributors?

Page 25

```
 1        A.    Yes.
 2        Q.    And using ARCOS, DEA can see the
 3   number of opioids distributed by distributors
 4   to pharmacies, hospitals and doctors?
 5        A.    Yes.
 6        Q.    Registrants did not have access to
 7   ARCOS data during your -- the time you led the
 8   Office of Diversion Control, correct?
 9        A.    They had access to their own data
10   that they submitted to ARCOS.  But no, not
11   other.
12        Q.    So registered --
13        A.    From the ARCOS.
14        Q.    Pardon me.
15              Registrants had no access to the
16   ARCOS database, correct?
17        A.    Except for their own entries, yes.
18        Q.    Their own entries that's they
19   submitted?
20        A.    Yes, that they submitted.
21        Q.    But they couldn't access those
22   entries through the ARCOS database, could they?
23        A.    I'm not sure about that.
24        Q.    There was no portal that you were
25   aware of that a registrant could log into to
```

Veritext Legal Solutions
www.veritext.com                                  888-391-3376

Page 156

1  Q. So if a diversion investigator is
2  going to make it all the way to become a SAC,
3  at some point that diversion investigator is
4  going to need to become a special agent, right?
5  A. Yes.
6  Q. Okay.
7  MS. SINGER: Objection. Compound
8  question.
9  BY MR. STEPHENS:
10  Q. So is it fair to say then that one
11  of your challenges as deputy administrator was
12  trying to get special agents in charge in the
13  various field divisions to prioritize diversion
14  matters on equal footing with enforcement
15  investigation?
16  MS. SINGER: Objection. Compound
17  question. Lack of foundation. And vague.
18  MR. BENNETT: Objection. Vague.
19  Objection. Scope.
20  THE WITNESS: The field divisions
21  are -- they operate autonomously. So the
22  special agent in charge decides what the
23  priorities field divisions are and their field
24  management plans and just what their senior
25  leadership in the division -- they make that

Page 157

1     decision.
2              So -- but I've never really had
3     problems with the field divisions not
4     addressing diversion issues, no.
5         Q.   So the special agent in charge would
6     have some authority as to setting his or her
7     priorities on the investigations that they were
8     going to pursue; is that fair?
9         A.   Yes.
10        Q.   Let me just get the terminology
11    right.
12             A RAC runs a resident office, right?
13        A.   Yes.
14        Q.   Okay.  Would you expect that a RAC
15    who is running a resident office in 2015 would
16    be familiar with a suspicious order report?
17             MR. BENNETT:  Objection.  Scope.
18    Calls for speculation.
19             THE WITNESS:  I would have no idea
20    what each individual RAC knows.  But I do know
21    that it -- most RACs, most special agents in
22    charge, and most, yeah, ASACs, assistant
23    special agents in charge, when they have
24    questions or they want to know the answer to a
25    diversion question, they will go to their --