# EXHIBIT 27

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3                        - - -
 4   IN RE:  NATIONAL             )
     PRESCRIPTION                  )   MDL No. 2804
 5   OPIATE LITIGATION             )
     _____ )   Case No.
 6                                 )   1:17-MD-2804
     THIS DOCUMENT RELATES         )
 7   TO ALL CASES                  )   Hon. Dan A. Polster
 8                        - - -
 9              Tuesday, August 7, 2018
10      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW
11
                          - - -
12
13        Videotaped deposition of Jennifer R. Norris,
14   held at the offices of BakerHostetler, 200 Civic Center
15   Drive, Suite 1200, Columbus, Ohio, commencing at
16   8:09 a.m., on the above date, before Carol A. Kirk,
17   Registered Merit Reporter and Notary Public.
18
19                        - - -
20
21
22
23            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24                 deps@golkow.com
```

Golkow Litigation Services                                    Page: 1

```
 1      Q.   So since 2007 or approximately that time
 2   period, Cardinal has not shipped suspicious
 3   orders, correct?
 4      A.   Since 2007, Cardinal Health has not
 5   shipped an order that it has reported as
 6   suspicious to the DEA.
 7      Q.   And since 2007, Cardinal has not shipped
 8   a suspicious order that it hasn't determined --
 9   that it hasn't done the due diligence on to
10   determine it's not going to be diverted, correct?
11           MS. MAINIGI:  Objection; form.
12      A.   Since approximately 2007, Cardinal
13   Health has not shipped an order it has reported as
14   suspicious to the DEA.
15      Q.   Okay.  So how many orders since 2007 --
16   how many suspicious orders has Cardinal shipped
17   that it failed to report to the DEA --
18           MS. MAINIGI:  Objection; form.
19      Q.   -- since 2007?
20      A.   None to Cardinal Health's knowledge.
21      Q.   Prior to 2007, was Cardinal shipping
22   suspicious orders?
23      A.   Prior to its understanding from the DEA
24   of the obligation, the change, the sea change in
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    CERTIFICATE
 2   STATE OF OHIO         :
                                SS:
 3   COUNTY OF FRANKLIN     :
 4
 5        I, JENNIFER R. NORRIS, do hereby certify that
 6   I have read the foregoing transcript of my
 7   cross-examination given on July 7, 2018; that together
 8   with the correction page attached hereto noting changes
 9   in form or substance, if any, it is true and correct.
10                        _____
                                JENNIFER R. NORRIS
11
12        I do hereby certify that the foregoing
13   transcript of the cross-examination of JENNIFER R.
14   NORRIS was submitted to the witness for reading and
15   signing; that after she had stated to the undersigned
16   Notary Public that she had read and examined her
17   cross-examination, she signed the same in my presence on
18   the  29th  day of  August                    , 2018.
19
                          _____
20                        NOTARY PUBLIC - STATE OF OHIO
21
                          CYNTHIA A. KOZIOL
22   My Commission Expires:   Notary Public, State of Ohio
                              My Commission Expires 02-16-2021
23   _____, _____.
24
```

Golkow Litigation Services                               Page: 314

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    CERTIFICATE
 2    STATE OF OHIO         :
                                SS:
 3    COUNTY OF FRANKLIN    :
 4            I, Carol A. Kirk, a Registered Merit Reporter
      and Notary Public in and for the State of Ohio, duly
 5    commissioned and qualified, do hereby certify that the
      within-named JENNIFER R. NORRIS was by me first duly
 6    sworn to testify to the truth, the whole truth, and
      nothing but the truth in the cause aforesaid; that the
 7    deposition then given by her was by me reduced to
      stenotype in the presence of said witness; that the
 8    foregoing is a true and correct transcript of the
      deposition so given by her; that the deposition was
 9    taken at the time and place in the caption specified and
      was completed without adjournment; and that I am in no
10    way related to or employed by any attorney or party
      hereto or financially interested in the action; and I am
11    not, nor is the court reporting firm with which I am
      affiliated, under a contract as defined in Civil Rule
12    28(D).
13            IN WITNESS WHEREOF, I have hereunto set my
      hand and affixed my seal of office at Columbus, Ohio on
14    this 10th day of July 2018.
15
16
17
18                              _____
                                CAROL A. KIRK, RMR
19                              NOTARY PUBLIC - STATE OF OHIO
20    My Commission Expires:  April 9, 2022.
21                    - - -
22
23
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1                DEPOSITION ERRATA SHEET

 2     Deposition of:  Jennifer R. Norris

 3     Matter of:  National Prescription Opiate Litigation

 4     Page Line   Correction or Change and Reason

 5     119   7     "Danny" should be "Dani"

 6     134   6     "a new rule, size" should be "unusual size"

 7     186   10,17 "John" should be "Jon"

 8     192   12    "John" should be "Jon"

 9     270   13    "Rousch's" should be "Rausch's"

10     301   3,4,6 "Dendright" should be "Dendrite"

11     302   21    "Dendright" should be "Dendrite"

12     303   2,7   "Dendright" should be "Dendrite"

13     ___   ___   _____

14     ___   ___   _____

15     ___   ___   _____

16     ___   ___   _____

17     ___   ___   _____

18     ___   ___   _____

19     ___   ___   _____

20     ___   ___   _____

21     ___   ___   _____

22     ___   ___   _____

23     ___   ___   _____

24     Date  8-29-18   Signature _____
```

Golkow Litigation Services                               Page: 316