# EXHIBIT 31

```
                                                        Page 1
 1              IN THE UNITED STATES COURT
 2              NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4
 5            ~~~~~~~~~~~~~~~~~~~~
 6    IN RE:  NATIONAL PRESCRIPTION   MDL NO. 2804
 7    OPIATE LITIGATION
 8                                    Case no. 7-mdl-284
 9                                    Judge Dan Aaron Polster
10    This document relates to:
11    The County of Summit, Ohio, et al., v. Purdue
12    Pharma L.P., et al.,
13    Case No. 1:18-OP-45090 (N.D. Ohio)
14    Case No. 17-OP-45005
15    Case No. 18-OP-45090
16            ~~~~~~~~~~~~~~~~~~~~
17            Videotaped deposition of
18                  CHAD GARNER
19              November 14, 2018
                    8:35 a.m.
20
                   Taken at:
21        Sheraton Columbus Capital Square
              75 East State Street
22                Columbus, Ohio
23            Wendy L. Klauss, RPR
24
25
```

Page 82

1  A. I'm sorry. Which side are we
2  talking about?
3  Q. This is prescriber side.
4  A. Prescriber side. Again, there are
5  a number of different ways that we do this, you
6  know, looking for overprescribing sometimes of
7  specific drugs or combinations of drugs.
8  It could also be, you know,
9  violations by a patient, different things that
10 would indicate overuse or misuse. Also, you
11 know, dispensing patterns, dispensing
12 combinations of drugs that would be ill
13 advised. A pharmacy that maybe should have
14 seen something and stopped it that did not,
15 would be another. There are many, many
16 different things we could look at.
17 Q. Okay. So on the prescriber side,
18 you've identified some analyses that you and
19 your staff are able to do on the database that
20 indicate potential crime, such as the
21 overprescription of drugs, the prescription of
22 dangerous combinations of drugs, et cetera,
23 right?
24 A. Correct.
25 Q. How long has the OARRS database

Page 83

1  been able to do this type of analysis?
2       A.    Again, the database has always been
3  able to do it.  It was a matter of staff --
4  having the capacity within the staff of doing
5  it.
6       Q.    And at what point did OARRS have
7  the staff capacity to run the types of reports
8  we just discussed that are indicative of
9  potential crime?
10      A.    We've -- we've done, to a certain
11 extent, all along.  It's just it has grown.
12 It's not, you know -- it started small and it
13 has grown over time.
14      Q.    Does OARRS run or perform analyses
15 of the wholesale side of OARRS for the purpose
16 of identifying potential crime?
17      A.    Yes, at times.
18      Q.    And what types of analyses are
19 those that are run on the wholesale side?
20      A.    It could be purchases, especially
21 by prescribers, of more drugs than they are
22 permitted to dispense from their office in a
23 given period of time; purchases that would not
24 make sense for a particular type of prescriber;
25 purchases that are not later reported as being

Page 84

1  dispensed.  It would be a few.
2        Q.   On purchases by prescribers of more
3  drugs than are permitted -- they are permitted
4  to dispense, how do you, at OARRS, know how
5  much a prescriber is permitted to dispense?
6        A.   It is in the statute.
7        Q.   It is an Ohio statute?
8        A.   Yes.
9        Q.   How frequently have you run or
10 performed the analysis on purchases by a
11 prescribers of more drugs than they are
12 permitted to dispense?
13       A.   It's on an ad hoc basis.  I would
14 say a couple times a year.
15       Q.   And how many times have you run
16 analyses of purchasers -- or purchases that do
17 not make sense for the type of prescriber?
18       A.   A handful of times.
19       Q.   You mentioned that you also run
20 analyses on the prescription side of the OARRS
21 database when assisting with investigations; do
22 you recall that?
23       A.   Yes.
24       Q.   We talked earlier about some
25 reports that are run in the context of

Page 96

1  patient is taking, combinations of drugs, you
2  know, historical patterns.
3       Q.   And doctor shopping can be
4  recognized through the use of the OARRS
5  database, correct?
6       A.   Yes.
7       Q.   Can the amount of drugs that a
8  patient is using be revealed through the OARRS
9  database?
10      A.   Yes.
11      Q.   And can the OARRS database reveal
12 combinations of drugs taken by a particular
13 patient?
14      A.   Yes.
15      Q.   Are you responsible for writing the
16 grant proposals?
17      A.   No.
18      Q.   Who does that?
19      A.   Cameron McNamee.
20      Q.   Do you have any input on the grants
21 for which you apply?
22      A.   Yes.
23      Q.   What input do you have into the
24 selection of grants that you will apply for?
25      A.   Typically, I typically have a

Page 134

```
 1    the gender of the patient reported?
 2         A.    Yes.
 3         Q.    And the date of birth and gender of
 4    the patient, the requirement that those be
 5    reported, that's always been the case?
 6         A.    Yes.
 7         Q.    What about the medical history of a
 8    patient, is that reported through OARRS?
 9         A.    No.
10         Q.    Does the system capture overlapping
11    prescriptions from multiple prescribers?
12         A.    So assuming each prescription is a
13    controlled substance, each prescription would
14    be reported.  So if we looked for it, we would
15    be able to tell whether two prescriptions
16    overlapped.
17         Q.    And that's the same data that you
18    would use to identify, for example, a doctor
19    shopper?
20         A.    Correct.
21         Q.    We talked about data that
22    identifies the transaction history of a
23    particular OARRS accountholder.
24               How long does this information that
25    is reported by prescribers and dispensers, how
```

Page 158

1  bottle came from distributor A and this one
2  from distributor B.
3      Q.    Can OARRS collate data, daily
4  dispensing information for a particular
5  terminal distributor over time to detect
6  spikes?
7      A.    Yes.
8      Q.    Can OARRS collate daily dispensing
9  information over time to determine who
10 prescribed an opioid?
11     A.    Yes.
12     Q.    Can OARRS collate daily dispensing
13 information to determine to whom a prescription
14 was dispensed on a specific day where there was
15 a spike?
16     A.    Yes.
17     Q.    When we were talking about reports,
18 and they are made by prescribers and -- let me
19 back up.
20           Individuals who have access to
21 OARRS, and we talked about the fact that
22 pharmacists have accounts but a pharmacy itself
23 does not, right?
24     A.    Correct.
25     Q.    Can a pharmacy, like a corporate