UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE:  NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | **MDL No. 2804** |
| | | **Case No. 1:17-md-2804** |
| **THIS DOCUMENT RELATES TO:** *Track One Cases* | ) ) ) ) | **Judge Dan A. Polster** |

**DEFENDANT HBC SERVICE COMPANY'S
<u>MOTION FOR SUMMARY JUDGMENT ON ALL OF PLAINTIFFS' CLAIMS</u>**

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, as well as the Court's Amended Order Regarding Pretrial Motions for "Track One" Trial, Doc. 1709, and for the reasons set forth in the Brief in Support of HBC Service Company's Motion for Summary Judgment and the Declaration in Support of Defendant HBC Service Company's Motion for Summary Judgment, submitted by Joshua A. Kobrin, both of which are incorporated herein, the undersigned moves for summary judgment on all of Plaintiffs' claims against HBC Service Company.

Dated: June 28, 2019

Respectfully submitted,

*/s/ Robert M. Barnes*
Robert M. Barnes
rbarnes@marcus-shapira.com
Scott D. Livingston
livingston@marcus-shapira.com
Joshua A. Kobrin
kobrin@marcus-shapira.com

MARCUS & SHAPIRA LLP
35th Floor, One Oxford Centre
301 Grant Street
Pittsburgh, PA  15219
Telephone: (412) 471-3490
Facsimile: (412) 391-8758
*Counsel for Defendant HBC Service Company*