# UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) | MDL No. 2804 |
| | ) | Case No. 1:17-md-2804 |
| THIS DOCUMENT RELATES TO: *Track One Cases* | ) ) ) ) | Judge Dan A. Polster |

## [PROPOSED] ORDER GRANTING HBC SERVICE COMPANY'S MOTION FOR SUMMARY JUDGMENT

Upon consideration of Defendant HBC Service Company's Motion for Summary Judgment ("Defendants' Motion"), and the parties' submissions in connection therewith,

**IT IS ORDERED** that Defendants' Motion is **GRANTED** and judgment is hereby entered in favor of Giant Eagle Inc., of which HBC Service Company is an unincorporated division, which is hereby DISMISSED WITH PREJUDICE.

_____, J.
Honorable Dan Aaron Polster
United States District Court Judge

A1379355.1