# EXHIBIT 4

1

1          IN THE UNITED STATES DISTRICT COURT

2             NORTHEASTERN DISTRICT OF OHIO

3                    EASTERN DIVISION

4   IN RE NATIONAL PRESCRIPTION

5   OPIATE LITIGATION              MDL No. 2804

6

7   This document relates to:      Case
                                   No. 17-md-2804
8   The County of Cuyahoga v.
    Purdue Pharma, L.P., et al.,   Judge Dan Aaron
9   Case No. 18-OP-45090           Polster

10  City of Cleveland, Ohio vs.
    Purdue Pharma, L.P., et al.
11  Case No. 18-OP-45132

12  The County of Summit, Ohio, et al.,
    v. Purdue Pharma L.P., et al.,
13  Case No. 1:18-OP-45004 (N.D. Ohio)

14

15         The videotaped deposition of DEMETRA

16  ASHLEY, called for examination pursuant to the

17  Rules of Civil Procedure for the United States

18  District Courts pertaining to the taking of

19  depositions, taken at 10 South Wacker Drive,

20  Suite 4000, Chicago, Illinois, on the 15th day of

21  March, 2019, at the hour of 9:16 a.m.

22

23

24  Reported by:  Gina M. Luordo, CSR, RPR, CRR

25  License No.:  084-004143


         [3/15/2019 8:30 AM] Demetra Ashley - 3-15-19

251

1   controlled substances to the folks who need them,
2   but at the same time, minimizing diversion?
3          MR. SHKOLNIK:  Objection to form.
4          MS. BACCHUS:  Objection.  Form.
5          THE WITNESS:  I would say it would help to
6   accomplish DEA -- yeah, I would, DEA's mission,
7   yes.
8   BY MR. SCHUTTE:
9       Q.   And would you agree with me that
10  communications between the Office of Diversion
11  Control and distributors could help the
12  distributors be more effective in minimizing
13  diversion?
14      A.   It would help them better understand our
15  regulations, which would, in turn, help minimize
16  diversion.
17      Q.   You testified earlier today that it was in
18  the discretion of the distributors to make the
19  decision whether an order was suspicious and
20  whether to ship, correct?
21      A.   Yes.
22      Q.   Are other aspects of a distributor's
23  efforts to comply with the suspicious order
24  monitoring system also discretionary?  For example,
25  the level of recordkeeping done by a distributor,

252

1   is that something that's discretionary?
2       A.   The level of recordkeeping as -- I'm
3   sorry.  Only specific to suspicious orders what
4   records they keep?
5       Q.   Let's start with that.  Is how the records
6   are kept in connection with suspicious order
7   something that's left to the discretion of
8   distributors just as the decision as to whether an
9   order is suspicious or whether an order should be
10  shipped?
11      A.   How the records are kept are left to the
12  discretion of the distributor, yes.
13      Q.   Is the documentation of a distributor
14  suspicious order monitoring system how it's -- how
15  it is set up and how it's implemented also
16  something that is in the discretion of the
17  distributors?
18      A.   Yes.
19      MR. SCHUTTE:  Can we go off the record for like
20  two minutes so I can consult with my cocounsel, and
21  I may be finished.
22      THE VIDEOGRAPHER:  We're off the record at
23  4:56 p.m.
24              (Whereupon, a short break was
25               taken.)

[3/15/2019 8:30 AM] Demetra Ashley - 3-15-19

253

1  THE VIDEOGRAPHER: We're back on the record at
2  5:01 p.m.
3  BY MR. SCHUTTE:
4  Q. Ms. Ashley, thank you for your patience.
5  I just have a couple more questions.
6       I was asking a series of questions a
7  moment ago about whether things like recordkeeping
8  and documentation of suspicious order monitoring
9  are in the discretion of the distributors, and you
10 said yes. I want to ask the same questions about
11 whether -- how a distributor conducts its due
12 diligence to determine whether an order is
13 suspicious.
14      Is that something that's in the discretion
15 of the distributor?
16 A. How they conduct --
17 Q. The due diligence.
18 A. Yeah.
19 Q. And is how they document -- strike that
20 and start over.
21      Is how a distributor documents the due
22 diligence it conducts, is that also something
23 that's in the discretion of the distributor?
24 A. How they document it? Okay. Ask the
25 question again.

[3/15/2019 8:30 AM] Demetra Ashley - 3-15-19

254

1  Q. Yes, ma'am. Is how a distributor
2  documents the due diligence it conducts something
3  that's in the discretion of the distributor?
4  A. How they document it? How they do it, I'd
5  have to say, yes.
6  Q. Okay.
7  MR. SCHUTTE: How much time do we have on the
8  record?
9  THE VIDEOGRAPHER: You've been on for
10 25 minutes.
11 MR. SCHUTTE: Total.
12 THE VIDEOGRAPHER: Total is five hours and 22
13 minutes.
14 MR. SCHUTTE: So I believe that the defendants
15 have used five hours and 22 minutes, so we'll
16 reserve the additional hour and eight minutes for
17 redirect after plaintiff is finished. Thank you
18 for your time.
19 MR. SHKOLNIK: We have to go off. I need to
20 switch and get documents. If you don't mind, we'll
21 just take 10 minutes.
22 THE VIDEOGRAPHER: We're off the record at
23 5:02 p.m.
24            (Whereupon, a short break was
25              taken.)

[3/15/2019 8:30 AM] Demetra Ashley - 3-15-19