# EXHIBIT 20

364

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

_____

IN RE: NATIONAL PRESCRIPTION        MDL No. 2804
OPIATE LITIGATION                   Case No. 17-md-2804

This document relates to:           Judge Dan
                                    Aaron Polster

The County of Cuyahoga v. Purdue
Pharma, L.P., et al.
Case No. 17-OP-45005

City of Cleveland, Ohio vs. Purdue
Pharma, L.P., et al.
Case No. 18-OP-45132

The County of Summit, Ohio,
et al. v. Purdue Pharma, L.P.,
et al.
Case No. 18-OP-45090
_____

VOLUME II

Videotaped Deposition of Joseph Rannazzisi

Washington, D.C.

May 15, 2019

8:43 a.m.

Reported by: Bonnie L. Russo

Job No. 3301884

453

1       law.
2               BY MR. LANIER:
3          Q.   All right.  In the third page, you
4       go on to say, here are some circumstances that
5       might indicate there is diversion going on; is
6       that right?
7          A.   Yes, sir.
8          Q.   And these -- you gave four examples,
9       much like you have told us in here before, were
10      concerns that you had or that people could look
11      at -- strike that.  Let me start that question
12      again.
13              You give four circumstances that
14      might indicate diversion; is that fair to say?
15         A.   Yes, sir.
16         Q.   Ordering excessive quantities of a
17      limited variety of controlled substance while
18      ordering few, if any, other drugs.
19              Why would that perhaps be indicative
20      or perhaps indicate diversion?
21         A.   Well, for the most part, pharmacies
22      generally follow a pattern of ordering for
23      controlled substances and depending on what we
24      have read, it could be anywhere as low as 9
25      percent to up to 12 or 13 percent as the

[5/15/2019 8:30 AM] Joseph Rannazzisi -05-15-19

454

1     average.  So it is a red flag when a pharmacy
2     is ordering, you know, 40, 50 percent of their
3     drugs has controlled substances, you know, and
4     looking at the legend or the noncontrolled
5     drugs, you've got to ask questions.
6              Why are you not ordering?  If you
7     are a full service pharmacy, why are you not
8     ordering noncontrolled legend drugs?
9         Q.   All right.  So we've got a red flag
10    on that.
11             The second one you gave is ordering
12    a limited variety of controlled substances in
13    quantities that are disproportionate, not in
14    proportion, to the quantity of noncontrolled
15    medications ordered.
16             Is that also a red flag?
17        A.   Again, same concept.  No. 1 handles,
18    you know, where we are only ordering large
19    quantities of oxycodone, hydrocodone, nothing
20    else or oxycodone, hydrocodone, alprazolam.
21             The second one is again, you are
22    taking the hydrocodone and the oxycodone and it
23    is far exceeding what you are ordering normal
24    noncontrolled drugs.  So it's disproportional.
25             If the normal pharmacy is ordering

[5/15/2019 8:30 AM] Joseph Rannazzisi -05-15-19

455

1   between 9 and 12 percent of the drugs of
2   controlled substances and this pharmacy is
3   ordering 40 or 50 percent and it is limited, it
4   is limited to oxycodone, hydrocodone --
5   oxycodone, hydrocodone and hydromorphone, that
6   should set up red flags.  It even goes deeper
7   if they were ordering a high dose of those
8   drugs.
9           Q.    All right.  Order excessive
10  quantities of limited varieties in combination
11  with excessive quantities of lifestyle drugs.
12  Another red flag?
13          A.    Yes.  That was tapping into the
14  three drug combination, the panel that we were
15  seeing, things like alprazolam, hydrocodone and
16  carisoprodol or hydrocodone -- or oxycodone,
17  carisoprodol and alprazolam, diazepam,
18  clonazepam, any of those different combinations
19  of drugs that is unusual.
20          Q.    You are throwing out a bunch of
21  words that most of us have never heard of in
22  our life because we just get told, go buy Advil
23  or something like that.
24              You're -- are these those -- these
25  are the chemical names that you are using for