# EXHIBIT 21

1

```
 1        IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                   EASTERN DIVISION

 3   IN RE:  NATIONAL      :  MDL No. 2804
     PRESCRIPTION OPIATE   :
 4   LITIGATION            :  Case No. 17-md-2804
     APPLIES TO ALL CASES  :  Hon. Dan A. Polster
 5                         :
                           :
 6

 7               HIGHLY CONFIDENTIAL

 8     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

 9

10                      - - - -

11               DECEMBER 18, 2018

12                      - - - -

13       VIDEOTAPED DEPOSITION OF EUGENE TOMMASI,

14   taken pursuant to notice, was held at Marcus &

15   Shapira, One Oxford Center, 35th Floor, Pittsburgh,

16   Pennsylvania 15219, by and before Ann Medis,

17   Registered Professional Reporter and Notary Public in

18   and for the Commonwealth of Pennsylvania, on Tuesday,

19   December 18, 2018, commencing at 9:00 a.m.

20                      - - - -

21           GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
22                 deps@golkow.com

23

24

25
```

```
                                                          48
 1    questions.
 2                        EXAMINATION
 3    BY MR. BARNES:
 4         Q.   Mr. Tommasi, you were asked a few
 5    questions just a couple minutes ago about business
 6    meetings, and pharmacy meetings, and pharmacy
 7    profitability, and how it related to the stores
 8    generally.
 9         Do you recall those?
10         A.   Yes.
11         Q.   Do you recall any approach or strategy
12    by Giant Eagle to increase sales of opioids at any
13    time in any part of the company?
14         A.   No.
15         Q.   Were any executives or pharmacists or
16    employees ever bonused or incentivized to increase
17    the sale of opioids in any way, shape, or form?
18         A.   No.
19         Q.   You were asked a few questions about the
20    membership of the so-called pharmacy regulatory
21    review committee.
22         Do you remember those questions?  Who was
23    George Chunderlik, et cetera?
24         Do you remember that?
25         A.   Yeah.  I think a few minutes ago.
```

[12/18/2018] Tommasi121818

49

1    Q.   Right.  Ty Hudson asked you those
2    questions.
3    A.   Yes.
4    Q.   What was the purpose of that committee?
5    A.   Well, you know, I think there were
6    multiple lawyers and business people on there.
7    And it was a legal compliance-type committee.
8    Q.   Was it designed to look at the company's
9    compliance with laws and regulations that affected
10   the business in any way?
11   A.   Yeah.  It was a legal compliance
12   committee.
13   Q.   Was outside counsel also on that
14   committee?
15   A.   Actually, yeah.  I actually got -- you
16   know, I actually know -- sorry.  Steve Zubrow was
17   the outside counsel who has passed away.  That's
18   why I stumbled there a little bit.
19       He led the committee.
20   Q.   And as part of those committee meetings,
21   was legal advice sought and obtained by the
22   company from its internal and outside lawyers?
23   A.   Yeah.  Best of my knowledge, yes.
24   Q.   You were asked some questions about,
25   while you were senior VP of retail operations,