# EXHIBIT 22

Confidential - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : MDL No. 2804<br>: CASE NO. 17-MD-2804<br>: (DAP)<br>: |

EXPERT REPORT OF CRAIG J. MCCANN, PH.D., CFA
March 25, 2019

**Table of Contents**

I. Qualifications and Remuneration ..................................................................... - 1 -
    A. Qualifications ................................................................................... - 1 -
    B. Remuneration .................................................................................. - 2 -
II. Materials Reviewed ........................................................................................ - 2 -
III. Assignment ..................................................................................................... - 4 -
IV. Summary of Opinions ..................................................................................... - 4 -
V. ARCOS Data ................................................................................................... - 7 -
    A. Receipt of ARCOS Data from the DEA ........................................... - 7 -
    B. ARCOS Data Fields Produced by DEA ........................................... - 9 -
        1. Seller DEA Number ............................................................. - 11 -
        2. Seller Business Activity ....................................................... - 12 -
        3. Seller Name and Address ..................................................... - 12 -
        4. Buyer DEA Number ............................................................. - 12 -
        5. Buyer Business Activity ....................................................... - 12 -
        6. Buyer Name and Address ..................................................... - 12 -
        7. Transaction Codes ................................................................. - 13 -
        8. Drug Code and Drug Name .................................................. - 13 -
        9. National Drug Code .............................................................. - 14 -
        10. Quantity ................................................................................ - 15 -
        11. Unit ....................................................................................... - 15 -
        12. Action Indicator .................................................................... - 16 -
        13. Order Form Number ............................................................. - 16 -
        14. Correction Number ............................................................... - 16 -
        15. Strength ................................................................................ - 16 -
        16. Transaction Date ................................................................... - 17 -
        17. Calculated Base Weight in Grams ........................................ - 17 -
        18. Dosage Units ........................................................................ - 17 -
        19. Transaction ID ...................................................................... - 18 -
    C. Exclusions and Corrections to ARCOS Data .................................. - 18 -
    D. Shipments to Dispensers in ARCOS Data ...................................... - 22 -
VI. Comparing ARCOS Data to Retail Drug Summary Reports and to Defendant Transaction Data ............................................................................................ - 26 -
    A. Public ARCOS data ......................................................................... - 26 -
    B. Defendants' Transaction Data .......................................................... - 29 -
        1. Cardinal Health .................................................................... - 33 -
        2. AmerisourceBergen .............................................................. - 36 -
        3. McKesson ............................................................................. - 37 -
        4. Walgreens ............................................................................. - 38 -
        5. CVS ....................................................................................... - 40 -
        6. Anda ...................................................................................... - 41 -

|      |      | 7.   | H. D. Smith ................................................................................ - 42 - |
|      |      | 8.   | Walmart ...................................................................................... - 43 - |
|      |      | 9.   | HBC/Giant Eagle ..................................................................... - 45 - |
|      |      | 10.  | Discount Drug Mart ............................................................... - 46 - |
|      |      | 11.  | Prescription Supply ............................................................... - 47 - |
| VII. | Supplementing the Data ........................................................................... - 48 - |
|      | A.   | Drug Labeler ..................................................................................... - 48 - |
|      | B.   | MME Conversion Factor .................................................................. - 49 - |
|      | C.   | Additional Pharmacy Information .................................................... - 49 - |
| VIII.| Cuyahoga County and Summit County ARCOS Data ......... - 50 - |
|      | A.   | Cuyahoga County ............................................................................. - 50 - |
|      | B.   | Summit County ................................................................................. - 53 - |
| IX.  | Transaction Analysis ................................................................................. - 56 - |
|      | A.   | Maximum Monthly, Trailing Six-month Threshold ............ - 56 - |
|      | B.   | Twice Trailing Twelve-Month Average Pharmacy Dosage Units - 60 - |
|      | C.   | Three Times Trailing Twelve-Month Average Pharmacy Dosage Units - 64 - |
|      | D.   | Maximum 8,000 Dosage Units Monthly .............................. - 68 - |
|      | E.   | Maximum Daily Dosage Units ........................................... - 72 - |
|      | F.   | Additional Identification ..................................................... - 76 - |
|      |      | 1.   | Maximum Monthly, Trailing Six-month Threshold ................. - 77 - |
|      |      | 2.   | Twice Trailing Twelve-Month Average Pharmacy Dosage Units .. - 78 - |
|      |      | 3.   | Three Times Trailing Twelve-Month Average Pharmacy Dosage Units - 79 - |
|      |      | 4.   | Maximum 8,000 Dosage Units Monthly ................................ - 80 - |
|      |      | 5.   | Maximum Daily Dosage Units ............................................... - 81 - |
| X.   | Excessive Shipments ................................................................................. - 82 - |
| XI.  | Charts and Reports ................................................................................... - 89 - |
|      | A.   | State Hydrocodone and Oxycodone MME Per Capita, 1997-2017 - 89 - |
|      | B.   | All Defendants Combined and Individually - 12 Opioid Drug Distribution by Defendant ............................................................ - 89 - |
|      | C.   | All Defendants, Combined and Individually, 12 Opioid Drug Distribution by Drug Code ............................................................ - 90 - |
|      | D.   | All Seller 12 Opioid Drug Distribution in MME, Cuyahoga County and Summit County, by Drug .......................................... - 90 - |
|      | E.   | Individual Defendant Oxycodone Distribution in OH by Total Dosage, Total MME, Total Drug Base Weight ............................ - 91 - |

F. Individual Defendant Hydrocodone Distribution by Total Dosage, Total MME, Total Drug Base Weight .............................- 91 -
G. Oxycodone and Hydrocodone Distribution to Individual Pharmacies by Defendant ...............................................................- 92 -
H. Pharmacy Reports ................................................................- 92 -
I. Distributor Reports ..............................................................- 92 -
XII. Conclusion ....................................................................................- 93 -
Appendix 1 Craig McCann Resume .......................................................- 95 -
Appendix 2 Corrections to the ARCOS Data ........................................- 113 -
    A. Duplicate Transactions ......................................................- 114 -
        1. Cardinal Health ..................................................- 114 -
        2. Walmart...............................................................- 114 -
        3. Discount Drug Mart ...........................................- 114 -
    B. NDC Dictionary .................................................................- 115 -
    C. Erroneous Transactions......................................................- 117 -
        1. Transactions where ACTION_INDICATOR and CORRECTION_NO are both populated. .......................................................................- 117 -
        2. Adjustments to previously reported transactions....................- 117 -
        3. Deletions of previously reported transactions.........................- 118 -
        4. Corrections of previously reported transactions. .....................- 118 -
    D. Transactions Involving Reverse Distributors, Analytical Labs, Importers, Exporters or Researchers ............................................- 119 -
    E. Transactions between ARCOS Registrants .......................- 120 -
    F. Transactions with Obvious Errors in Quantity ..................- 120 -
    G. Transaction Code "X" .......................................................- 120 -
Appendix 3: Frequency and definition of transaction codes ..................- 123 -
Appendix 4: Corrections to DEA's NDC Dictionary .............................- 124 -
Appendix 5: List of Labeler Company Families ....................................- 125 -
Appendix 6: List of Reporter Company Families ..................................- 137 -
Appendix 7: Description of Fields in Defendant Transaction Data .......- 142 -
Appendix 8: MME Conversion Factors (from CDC).............................- 144 -
Appendix 9: Additional Expert Report Figures and Charts ...................- 146 -
Appendix 10: Distributor Flagged Transaction Reports ........................- 146 -
Appendix 11: Chain Distributor Flagged Transaction Reports..............- 146 -

## Table of Figures

Figure 1 ARCOS Data Fields Produced by DEA ........................................................... - 10 -
Figure 2 MME Reported in the ARCOS Data or Cardinal Health Transactions, January 2006 through December 2014 .................................................................................... - 33 -
Figure 3 ARCOS Data and AmerisourceBergen Data, by Month ................................ - 36 -
Figure 4 ARCOS Data and AmerisourceBergen Data, by Drug Code ......................... - 37 -
Figure 5 ARCOS Data and Walgreens Data .................................................................. - 39 -
Figure 6 ARCOS Data and Walgreens Data, by Month ............................................... - 40 -
Figure 7 ARCOS Data and CVS Data ............................................................................ - 40 -
Figure 8 ARCOS Data and Walmart Data .................................................................... - 44 -
Figure 9 ARCOS Data and Discount Drug Mart Data ................................................. - 47 -
Figure 10 ARCOS Data and Prescription Supply Data ................................................ - 47 -
Figure 11 Trailing Six-Month Maximum Threshold Flagged Transactions, Cuyahoga County, OH 1996-2018 ................................................................................................. - 57 -
Figure 12 Trailing Six-Month Maximum Threshold Flagged Transactions, Summit County, OH, 1996-2018 ................................................................................................ - 58 -
Figure 13 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Flagged Transactions, Cuyahoga County, OH 1996-2018 ....................................................... - 61 -
Figure 14 Twice Trailing Twelve-Month Average Pharmacy Dosage Units, Flagged Transactions, Summit County, OH 1996-2018 ........................................................... - 62 -
Figure 15 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Flagged Transactions, Cuyahoga County, OH 1996-2018 ....................................................... - 65 -
Figure 16 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Flagged Transactions, Summit County, OH 1996-2018 ........................................................... - 66 -
Figure 17 Maximum 8,000 Dosage Units Monthly Flagged Transactions, Cuyahoga County, OH 1996-2018 ................................................................................................. - 69 -
Figure 18 Maximum 8,000 Dosage Units Monthly Flagged Transactions, Summit County, OH 1996-2018 ................................................................................................. - 70 -
Figure 19 Maximum Daily Dosage Units, Any Order Subsequent to an Flagged Order, Cuyahoga County ......................................................................................................... - 73 -
Figure 20 Maximum Daily Dosage Units, Any Order Subsequent to an Flagged Transactions, Summit County ..................................................................................... - 74 -
Figure 21 Per Capita Opioid MME in Ohio, 1997-2017 .............................................. - 82 -
Figure 22 Per Capita Opioid MME in Cuyahoga County, OH 1997-2017 .................. - 83 -
Figure 23 Per Capita Opioid MME in Summit County, OH 1997-2017 ...................... - 83 -
Figure 24 Per Capita Opioid Actual and Baseline MME to Ohio, 1997-2018 ............. - 85 -

## Table of Tables

Table 1 ARCOS Opioid Transaction Data Produced by DEA ....................................... - 9 -
Table 2 Drug Codes and Drug Names in the ARCOS Data ......................................... - 14 -
Table 3 Unit of Measurement Codes ............................................................................ - 15 -
Table 4 ARCOS Transactions, Grouped by Transaction Participant .......................... - 19 -
Table 5 Corrected ARCOS Transactions, Grouped by Receiver .................................. - 22 -
Table 6 Dispenser Transactions in the ARCOS Data, by Drug Name ......................... - 23 -
Table 7 Transactions in the ARCOS Data by Seller's Business Activity..................... - 23 -
Table 8 Transactions in the ARCOS Data by Buyer's Business Activity .................... - 24 -
Table 9 Transactions by Buyer's State ......................................................................... - 25 -
Table 10 Transactions by Year ..................................................................................... - 26 -
Table 11 Comparison Corrected ARCOS Data and RDSR. ......................................... - 28 -
Table 12 Ratios of Retail Drug Summary Report and ARCOS Drug Weights ............ - 29 -
Table 13 Overlap between ARCOS Data and Defendant Data .................................... - 31 -
Table 14 Overlap between ARCOS data and Defendant Data, allowing expanded matching and excluding known non-overlaps in the datasets........................................ - 32 -
Table 15 Comparison of Transactions Reported in ARCOS Data vs. Cardinal Health data, Excluding March 2008 and Allowing Expanded Matching ......................................... - 35 -
Table 16 Transactions in Cuyahoga County, OH by Drug........................................... - 51 -
Table 17 Transactions in Cuyahoga County, by Seller's Business Activity ................ - 51 -
Table 18 Transactions in Cuyahoga County, by Buyer's Business Activity................ - 52 -
Table 19 Transactions in Cuyahoga County, by Year .................................................. - 53 -
Table 20 Transactions in Summit County, by Drug ..................................................... - 54 -
Table 21 Transactions in Summit County, by Seller's Business Activity.................... - 54 -
Table 22 Transactions in Summit County, by Buyer's Business Activity ................... - 55 -
Table 23 Transactions in Summit County, by Year...................................................... - 55 -
Table 24 Trailing Six-Month Maximum Threshold Flagged Transactions, Cuyahoga County, OH 1996-2018.................................................................................................. - 59 -
Table 25 Trailing Six-Month Maximum Threshold Flagged Transactions, Summit County, OH 1996-2018.................................................................................................. - 60 -
Table 26 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cuyahoga County, 1996-2018 ................................................. - 63 -
Table 27 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Summit County, OH 1996-2018.............................................. - 64 -
Table 28 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cuyahoga County, OH 1996-2018 .......................... - 67 -
Table 29 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Summit County, OH 1996-2018 ............................. - 68 -
Table 30 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cuyahoga County, OH 1996-2018 ................................................................................ - 71 -
Table 31 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Summit County, OH 1996-2018 .................................................................................... - 72 -
Table 32 Maximum Daily Dosage Units Threshold Flagged Transactions in Cuyahoga County, 1996-2018 ........................................................................................................ - 75 -

Table 33 Maximum Daily Dosage Units Threshold Flagged Transactions in Summit County, 1996-2018 ...................................................................................................- 76 -
Table 34 Trailing Six-Month Maximum Threshold Flagged Transactions, Cuyahoga County, OH 2006-2014 ..................................................................................................- 77 -
Table 35 Trailing Six-Month Maximum Threshold Flagged Transactions, Summit County, OH 2006-2014 ..................................................................................................- 77 -
Table 36 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, 2006-2014 ...................................................................................- 78 -
Table 37 Twice Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Summit County, OH 2006-2014 ................................................- 78 -
Table 38 Three Times Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Cuyahoga County, OH 2006-2014 ...........................- 79 -
Table 39 Three Trailing Twelve-Month Average Pharmacy Dosage Units Threshold Flagged Transactions, Summit County, OH 2006-2014 ................................................- 79 -
Table 40 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Cuyahoga County, OH 2006-2014 .................................................................................- 80 -
Table 41 Maximum 8,000 Dosage Units Monthly Threshold Flagged Transactions, Summit County, OH 2006-2014 .....................................................................................- 80 -
Table 42 Maximum Daily Dosage Units Threshold Flagged Transactions in Cuyahoga County, 2006-2014 ...........................................................................................- 81 -
Table 43 Maximum Daily Dosage Units Threshold Flagged Transactions in Summit County, 2006-2014 ...........................................................................................- 81 -
Table 44 Excessive Opioid MME in Ohio...................................................................- 86 -
Table 45 Excessive MME in Ohio and MME by % Increase From 1997 Per Capita MME That was Legitimate.............................................................................................- 87 -
Table 46 Exclusions and Corrections to the ARCOS Data.........................................- 121 -

### B. MME Conversion Factor

117. Because each drug can be prescribed in more than one dosage strength (e.g., 5 mg or 10 mg), compiling only the number of pills shipped provides a parital picture of the amount of drugs shipped. Also, since different drugs can have different potencies, compiling only the total weight of active ingredient shipped also provides a parital picture of the amount of drugs shipped.

118. The CDC has published "MME conversion factors" that allow opioids to be directly comparable to one another by converting different drugs and dosage strengths into morphine milligram equivalents.[49] I added the MME conversion factor to the ARCOS Data, matching the NDC in the CDC table to the NDC in the ARCOS Data.

### C. Additional Pharmacy Information

119. I supplemented the Buyer Business Activity field with data from the Centers for Medicare and Medicaid Services, which assigns National Provider Identifiers ("NPIs") to most covered health care providers in the United States. In addition to assigning and tracking NPIs, the Centers for Medicare and Medicaid Services provides a classification of Buyers' Business Activities that is more detailed than the classification in the ARCOS Data,

---

[49] National Center for Injury Prevention and Control. CDC compilation of benzodiazepines, muscle relaxants, stimulants, zolpidem, and opioid analgesics with oral morphine milligram equivalent conversion factors, 2018 version. Atlanta, GA: Centers for Disease Control and Prevention; 2018. Available at www.cdc.gov/drugoverdose/resources/data.html.

## State and County Opioid Total Dosage Units Market Share

| Company Name | OH Market Share | OH Total Dosage Units | Cuyahoga County Market Share | Cuyahoga County Total Dosage Units |
|---|---|---|---|---|
| Cardinal Health | | | | |
| McKesson Corporation | | | | |
| AmerisourceBergen Drug | | | | |
| Walgreen Co | | | | |
| CVS | | | | |
| Wal-Mart | | | | |
| Kroger | | | | |
| Rite Aid | | | | |
| Omnicare Distribution Center LLC | | | | |
| Miami-Luken | | | | |
| HBC Service Company | | | | |
| Discount Drug Mart | | | | |
| H. D. Smith | | | | |
| Anda, Inc | | | | |
| Prescription Supply Inc | | | | |
| Eckerd Corporation | | | | |
| Frank W Kerr Inc | | | | |
| Value Drug Co | | | | |
| Meijer Distribution Inc #90 | | | | |
| Quest Pharmaceuticals Inc | | | | |
| KeySource Medical | | | | |
| The Harvard Drug Group | | | | |
| Rochester Drug Co-Operative Inc | | | | |
| River City Pharma | | | | |
| Top Rx, Inc. | | | | |
| Capital Wholesale Drug & Co | | | | |
| Auburn Pharmaceutical | | | | |
| Advantage Logistics | | | | |
| Heartland Repack Services | | | | |
| Associated Pharmacies Inc | | | | |
| Henry Schein Inc | | | | |
| Safecor Health, LLC | | | | |
| Genetco Inc | | | | |
| Qualitest Pharmaceuticals | | | | |
| Amneal Pharmaceuticals LLC | | | | |
| Dispensing Solutions | | | | |
| Expert-Med | | | | |
| Smith Drug Company | | | | |
| Pharmacy Service Ctr Distr | | | | |
| DRx Pharmaceutical Consultants, Inc. | | | | |
| American Sales Company | | | | |
| Pharmacy Buying Association | | | | |
| Morris & Dickson Co | | | | |
| Richie Pharmacal | | | | |
| Physicians Pharmaceutical Corp | | | | |
| D & K Healthcare Resources | | | | |
| Actavis Pharma, Inc. | | | | |
| Prescript Pharmaceuticals | | | | |
| MWI Veterinary Supply | | | | |
| General Injectables & Vaccines, Inc | | | | |



## Opioid Total MME by Company in Cuyahoga County, OH

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|
| County Population | 1,312,816 | 1,301,540 | 1,291,479 | 1,285,082 | 1,278,200 | 1,270,461 | 1,266,210 | 1,264,622 | 1,262,459 |
| Total MME | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |

| Company Name | Market Share | MME | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Cardinal Health | [redacted] | | | | | | | | | | |
| AmerisourceBergen Drug | | | | | | | | | | | |
| Walgreen Co | | | | | | | | | | | |
| McKesson Corporation | | | | | | | | | | | |
| CVS | | | | | | | | | | | |
| Wal-Mart | | | | | | | | | | | |
| H. D. Smith | | | | | | | | | | | |
| Prescription Supply Inc | | | | | | | | | | | |
| Anda, Inc | | | | | | | | | | | |
| Discount Drug Mart | | | | | | | | | | | |
| Rite Aid | | | | | | | | | | | |
| HBC Service Company | | | | | | | | | | | |
| Eckerd Corporation | | | | | | | | | | | |
| KeySource Medical | | | | | | | | | | | |
| West-Ward Pharmaceutical Corp. | | | | | | | | | | | |
| Fagron Inc | | | | | | | | | | | |
| Hospira Worldwide LLC | | | | | | | | | | | |
| The Harvard Drug Group | | | | | | | | | | | |
| River City Pharma | | | | | | | | | | | |
| Henry Schein Inc | | | | | | | | | | | |
| Akorn, Inc. | | | | | | | | | | | |
| Smith Drug Company | | | | | | | | | | | |
| Amneal Pharmaceuticals LLC | | | | | | | | | | | |
| Safecor Health, LLC | | | | | | | | | | | |
| PSS World Medical Inc | | | | | | | | | | | |
| MWI Veterinary Supply | | | | | | | | | | | |
| American Sales Company | | | | | | | | | | | |
| Fisher Clinical Services Inc | | | | | | | | | | | |
| Baxter Healthcare Corp | | | | | | | | | | | |
| Value Drug Co | | | | | | | | | | | |
| Miami-Luken | | | | | | | | | | | |
| Dispensing Solutions | | | | | | | | | | | |
| Priority Healthcare | | | | | | | | | | | |
| Quest Pharmaceuticals Inc | | | | | | | | | | | |
| ACE Surgical Supply Co Inc | | | | | | | | | | | |
| Patterson Logistics Services | | | | | | | | | | | |
| Professional Vet Products | | | | | | | | | | | |
| Pharmacy Service Ctr Distr | | | | | | | | | | | |
| Almac Clinical Services, Inc. | | | | | | | | | | | |
| Darby Dental Supply, LLC | | | | | | | | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER CONFIDENTIAL

## State and County Opioid Total Dosage Units Market Share

| Company Name | OH Market Share | OH Total Dosage Units | Summit County Market Share | Summit County Total Dosage Units |
|---|---|---|---|---|
| Cardinal Health | | | | |
| McKesson Corporation | | | | |
| AmerisourceBergen Drug | | | | |
| Walgreen Co | | | | |
| CVS | | | | |
| Wal-Mart | | | | |
| Kroger | | | | |
| Rite Aid | | | | |
| Omnicare Distribution Center LLC | | | | |
| Miami-Luken | | | | |
| HBC Service Company | | | | |
| Discount Drug Mart | | | | |
| H. D. Smith | | | | |
| Anda, Inc | | | | |
| Prescription Supply Inc | | | | |
| Eckerd Corporation | | | | |
| Frank W Kerr Inc | | | | |
| Value Drug Co | | | | |
| Meijer Distribution Inc #90 | | | | |
| Quest Pharmaceuticals Inc | | | | |
| KeySource Medical | | | | |
| The Harvard Drug Group | | | | |
| Rochester Drug Co-Operative Inc | | | | |
| River City Pharma | | | | |
| Top Rx, Inc. | | | | |
| Capital Wholesale Drug & Co | | | | |
| Auburn Pharmaceutical | | | | |
| Advantage Logistics | | | | |
| Heartland Repack Services | | | | |
| Associated Pharmacies Inc | | | | |
| Henry Schein Inc | | | | |
| Safecor Health, LLC | | | | |
| Genetco Inc | | | | |
| Qualitest Pharmaceuticals | | | | |
| Amneal Pharmaceuticals LLC | | | | |
| Dispensing Solutions | | | | |
| Expert-Med | | | | |
| Smith Drug Company | | | | |
| Pharmacy Service Ctr Distr | | | | |
| DRx Pharmaceutical Consultants, Inc. | | | | |
| American Sales Company | | | | |
| Pharmacy Buying Association | | | | |
| Morris & Dickson Co | | | | |
| Richie Pharmacal | | | | |
| Physicians Pharmaceutical Corp | | | | |
| D & K Healthcare Resources | | | | |
| Actavis Pharma, Inc. | | | | |
| Prescript Pharmaceuticals | | | | |
| MWI Veterinary Supply | | | | |
| General Injectables & Vaccines,Inc | | | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Opioid Total MME by Company in Summit County, OH

| Company Name | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 |
|---|---|---|---|---|---|---|---|---|---|
| County Population Total MME | 544,660 | 544,275 | 543,116 | 542,135 | 541,648 | 541,293 | 540,716 | 541,601 | 542,095 |
| Market Share MME | | | | | | | | | |
| Cardinal Health | | | | | | | | | |
| AmerisourceBergen Drug | | | | | | | | | |
| McKesson Corporation | | | | | | | | | |
| Walgreen Co | | | | | | | | | |
| CVS | | | | | | | | | |
| Anda, Inc | | | | | | | | | |
| Miami-Luken | | | | | | | | | |
| Wal-Mart | | | | | | | | | |
| HBC Service Company | | | | | | | | | |
| Rite Aid | | | | | | | | | |
| Discount Drug Mart | | | | | | | | | |
| Eckerd Corporation | | | | | | | | | |
| KeySource Medical | | | | | | | | | |
| Amatheon Inc | | | | | | | | | |
| Auburn Pharmaceutical | | | | | | | | | |
| PSS World Medical Inc | | | | | | | | | |
| Henry Schein Inc | | | | | | | | | |
| Almac Clinical Services, Inc. | | | | | | | | | |
| The Harvard Drug Group | | | | | | | | | |
| H. D. Smith | | | | | | | | | |
| River City Pharma | | | | | | | | | |
| MWI Veterinary Supply | | | | | | | | | |
| Southern Anesthesia & Surgical, Inc. | | | | | | | | | |
| Priority Healthcare | | | | | | | | | |
| American Sales Company | | | | | | | | | |
| Butler Animal Health Supply | | | | | | | | | |
| Rochester Drug Co-Operative Inc | | | | | | | | | |
| Prescription Supply Inc | | | | | | | | | |
| PD-Rx Pharmaceuticals Inc | | | | | | | | | |
| Fisher Clinical Services Inc | | | | | | | | | |
| Patterson Logistics Services | | | | | | | | | |
| Expert-Med | | | | | | | | | |
| JOM Pharmaceutical Services, Inc. | | | | | | | | | |
| Midwest Veterinary Supply Inc | | | | | | | | | |
| Associated Pharmacies Inc | | | | | | | | | |
| Pharmacy Service Ctr Distr | | | | | | | | | |
| Independent Pharmacy Cooperative | | | | | | | | | |
| Fagron Inc | | | | | | | | | |
| Watson Pharma Inc | | | | | | | | | |
| Medisca Inc. | | | | | | | | | |
| DRx Pharmaceutical Consultants, Inc. | | | | | | | | | |
| Smith Medical Partners LLC | | | | | | | | | |
| Darby Dental Supply, LLC | | | | | | | | | |