# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | MDL No. 2804<br>Case No. 17-md-2804<br>**Judge Dan Aaron Polster** |
| **This document relates to:**<br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.,*<br>Case No. 18-OP-45090 | |

## DEFENDANTS' MOTION TO EXCLUDE
## DAVID EGILMAN'S OPINIONS AND PROPOSED TESTIMONY

Defendants[1] hereby move for an order granting Defendants' Motion to Exclude David Egilman's expert opinions in their entirety under Federal Rule of Evidence 702 and *Daubert v.*

---

[1] In this motion and the accompanying memorandum, Defendants include Purdue Pharma, L.P.; Purdue Pharma, Inc.; The Purdue Frederick Company, Inc.; Endo Health Solutions Inc.; Endo Pharmaceuticals, Inc.; Par Pharmaceutical, Inc.; Par Pharmaceutical Companies, Inc. f/k/a Par Pharmaceutical Holdings, Inc.; Janssen Pharmaceuticals, Inc.; Ortho-McNeil-Janssen Pharmaceuticals, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc.; Johnson & Johnson; Noramco, Inc.; Teva Pharmaceutical Industries, Ltd.; Teva Pharmaceuticals USA, Inc.; Cephalon, Inc.; Allergan plc f/k/a Actavis plc; Allergan Finance, LLC, f/k/a/ Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc.; Allergan Sales, LLC; Allergan USA, Inc.; Watson Laboratories, Inc.; Warner Chilcott Company, LLC; Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.; Actavis South Atlantic LLC; Actavis Elizabeth LLC; Actavis Mid Atlantic LLC; Actavis Totowa LLC; Actavis LLC; Actavis Kadian LLC; Actavis Laboratories UT, Inc., f/k/a Watson Laboratories, Inc. - Salt Lake City; Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc. - Florida; Insys Therapeutics, Inc.; Mallinckrodt plc; Mallinckrodt LLC; SpecGx LLC; Amerisourcebergen Drug Corporation; Anda, Inc.; Cardinal Health, Inc.; CVS Indiana, LLC; CVS Rx Services, Inc.; Discount Drug Mart, Inc.; HBC Service Company; Henry Schein, Inc.; Henry Schein Medical Systems, Inc.; McKesson Corporation; Miami-Luken, Inc.; Prescription Supply, Inc.; Rite Aid Of Maryland, Inc.; d/b/a Rite-Aid Mid-Atlantic Customer Support Center, Inc.; Walgreen Co.; Walgreen Eastern Co.; and Walmart Inc. f/k/a Wal-Mart Stores, Inc. ("Defendants").

Teva Pharmaceutical Industries Ltd., Allergan plc, and Mallinckrodt plc are respectively an Israeli corporation, Irish holding company, and Irish company that are not subject to and contest personal jurisdiction for the reasons explained in their pending motions to dismiss for lack of personal jurisdiction; they are specially appearing to join this motion as a result of the Court's deadline to file dispositive and Daubert motions, and, thus, they do not waive and expressly preserve their pending personal jurisdiction challenges.

On June 10, 2019, Insys Therapeutics, Inc. and its affiliates each filed a voluntary case under chapter 11 of United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, which cases are being

*Merrell Dow Pharmaceuticals, Inc.*, 509 U.S. 579 (1993) and its progeny.  As described more fully in the accompanying memorandum, Egilman's opinions should be excluded as improper and inadmissible because they:  (i) are not based on a reliable or replicable methodology; (ii) are not based on his experience or expertise; (iii) are speculative, conclusory, and unhelpful to the trier of fact; and (iv) are inflammatory and highly prejudicial.  Accordingly, Egilman's opinions should be excluded in their entirety.

Dated:  June 28, 2019

/s/ Carole S. Rendon
Carole S. Rendon
BAKER & HOSTETLER LLP
Key Tower 127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone: (216) 621- 0200
Fax: (216) 696-0740
crendon@bakerlaw.com

*Counsel for Defendants Endo Health Solutions Inc. and Endo Pharmaceuticals Inc.; Par Pharmaceutical, Inc., and Par Pharmaceutical Companies, Inc.*

*Co-Liaison Counsel for the Manufacturer Defendants*

Respectfully Submitted,

/s/ Mark S. Cheffo
Mark S. Cheffo
DECHERT LLP
Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036
Tel: (212) 698-3500
Mark.Cheffo@dechert.com

*Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*

*Co-Liaison Counsel for the Manufacturer Defendants*

---

jointly administered under Case No. 19-11292 (KG).  In light of this bankruptcy proceeding, Insys does not join any of the Daubert motions for summary judgment motions to be filed in the MDL Track One cases.

| | |
|---|---|
| */s/ Shannon E. McClure*<br>Shannon E. McClure<br>REED SMITH LLP<br>Three Logan Square<br>1717 Arch Street, Suite 3100<br>Philadelphia, PA 19103<br>Telephone:  (215) 851-8100<br>Fax: (215) 851-1420<br>smcclure@reedsmith.com<br><br>*Counsel for Distributor Defendant AmerisourceBergen Drug Corporation*<br><br>*Co-Liaison Counsel for the Distributor Defendants* | */s/ Enu Mainigi*<br>Enu Mainigi<br>WILLIAMS & CONNOLLY LLP<br>Enu Mainigi<br>725 Twelfth Street, N.W.<br>Washington, DC 20005<br>Telephone: (202) 434-5000<br>Fax: (202) 434-5029<br>emainigi@wc.com<br><br>*Counsel for Defendant Cardinal Health, Inc.*<br><br>*Co-Liaison Counsel for the Distributor Defendants* |
| */s/ Geoffrey Hobart*<br>Geoffrey Hobart<br>COVINGTON & BURLING LLP<br>One CityCenter<br>850 Tenth Street, NW<br>Washington, DC  20001-4956<br>Telephone: (202) 662-5281<br>ghobart@cov.com<br><br>*Counsel for Distributor Defendant McKesson Corporation*<br><br>*Co-Liaison Counsel for the Distributor Defendants* | */s/ Kaspar Stoffelmayr*<br>Kaspar Stoffelmayr<br>BARTLIT BECK LLP<br>54 West Hubbard Street<br>Chicago, IL 60654<br>Telephone: (312) 494-4434<br>Fax: (312) 494-4440<br>kaspar.stoffelmayr@bartlitbeck.com<br><br>*Counsel for the Walgreens Defendants*<br><br>*Liaison Counsel for the Chain Pharmacy Defendants* |

## CERTIFICATE OF SERVICE

I, Lindsey Cohan, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

*/s/ Lindsey Cohan* _____
Lindsey Cohan
DECHERT LLP
300 West 6th Street
Austin, TX 78701
Tel: (512) 394-3000
Lindsey.Cohan@dechert.com