UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE NATIONAL PRESCRIPTION
OPIATE LITIGATION

MDL No. 2804
Case No. 17-md-2804
Judge Dan Aaron Polster

**This document relates to:**
*The County of Cuyahoga v. Purdue*
*Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v.*
*Purdue Pharma L.P. et al.*,
Case No. 18-OP-45090

---

## DECLARATION OF WILL SACHSE IN SUPPORT OF
## DEFENDANTS' MOTION TO EXCLUDE
## DAVID EGILMAN'S OPINIONS AND PROPOSED TESTIMONY

I, Will Sachse, declare as follows:

1.      I am an attorney at Dechert LLP, counsel for Defendants Purdue Pharma, L.P.,

Purdue Pharma, Inc., and The Purdue Frederick Company, Inc. in the above captioned case.

2.      I submit this declaration in support of the Defendants' Motion to Exclude David

Egilman's Opinions and Proposed Testimony.

3.      Attached as Exhibit 1 is a true and correct copy of the March 25, 2019 Expert

Report of David S. Egilman MD, MPH.

4.      Attached as Exhibit 2 is a true and correct copy of *In re: Zyprexa Prods. Liab.*

*Litig.*, MDL No. 1596, Stipulated Order and Declaration of David Egilman (Sept. 7, 2007).

5.      Attached as Exhibit 3 is a true and correct copy of *Ballinger v. Brush Wellman,*

*Inc.*, No. 96-CV-2532, Findings, Conclusions and Orders Concerning Sanctions (Colo. Dist. Ct.

June 22, 2001).

6.       Attached as Exhibit 4 is a true and correct copy of excerpts from the April 25 and

26, 2019 deposition of David Egilman.


Dated:  June 28, 2019                                Respectfully Submitted,

                                                    */s/ Will Sachse*
                                                    Will Sachse
                                                    DECHERT LLP
                                                    Cira Centre
                                                    2929 Arch Street
                                                    Philadelphia, PA 19104
                                                    Tel: (215) 994-4000
                                                    Will.Sachse@dechert.com

                                                    *Counsel for Defendants Purdue Pharma L.P.,*
                                                    *Purdue Pharma Inc., and The Purdue Frederick*
                                                    *Company*

## CERTIFICATE OF SERVICE

I, Lindsey Cohan, hereby certify that the foregoing document was served via the Court's

ECF system to all counsel of record.

*/s/ Lindsey Cohan* _____
Lindsey Cohan
DECHERT LLP
300 West 6th Street
Austin, TX 78701
Tel: (512) 394-3000
Lindsey.Cohan@dechert.com