IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION** | **MDL No. 2804**<br>**Case No. 17-md-2804**<br>**Judge Dan Aaron Polster** |

**This document relates to:**

*The County of Cuyahoga v. Purdue Pharma L.P., et al.,* Case No. 17-OP-45004

*The County of Summit, Ohio, et al. v. Purdue Pharma L.P. et al.*, Case No. 18-OP-45090

---

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE DAVID EGILMAN'S OPINIONS AND PROPOSED TESTIMONY

Upon consideration of Defendants' Motion to Exclude David Egilman's Opinions and Proposed Testimony and any opposition thereto, it is hereby:

**ORDERED** that Defendants' Motion to Exclude David Egilman's Opinions and Proposed Testimony is **GRANTED**.

All opinions and proposed testimony of David Egilman are **EXCLUDED IN THEIR ENTIRETY.**

                                                                                         _____
                                                                                         Hon. Dan A. Polster
                                                                                         United States District Judge