UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-OP-45090<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 17-OP-45004 | MDL NO. 2804<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### DECLARATION OF WILL SACHSE IN SUPPORT OF DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF <u>DAVID A. KESSLER, M.D. AND MATTHEW PERRI, III BS PHARM, Ph.D., RPh</u>

I, Will Sachse, declare as follows:

1.  I am a partner at Dechert LLP, counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company, in the above captioned case.

2.  I submit this declaration in support of the Defendants' Motion to Exclude the Testimony of David A. Kessler, M.D. and Matthew Perri, III, BS Pharm, Ph.D., RPh.

3.  Attached as Exhibit 1 is a true and correct copy of the March 26, 2019, Expert Report of David A. Kessler, M.D.

4.  Attached as Exhibit 2 is a true and correct copy of excerpts from the April 25 and April 26, 2019, deposition of David Kessler.

5.  Attached as Exhibit 3 is a true and correct copy of the March 25, 2019, Expert Report of Matthew Perri, III, BS Pharm, Ph.D., RPh.

1

6. Attached as Exhibit 4 is a true and correct copy of excerpts from the April 23, 2019, deposition of Matthew Perri, III, BS Pharm, Ph.D., RPh.

7. Attached as Exhibit 5 is a true and correct copy of FDA Briefing Document, *Joint Meeting of the Drug Safety and Risk Management (DSaRM) Advisory Committee and Anesthetic and Analgesic Drug Products Advisory Committee (AADPAC)*, (June 11-12, 2019).

Respectfully Submitted,                          Dated: June 28, 2019

                                                 */s/ Will Sachse*
                                                 Will Sachse
                                                 DECHERT LLP
                                                 Cira Centre
                                                 2929 Arch Street
                                                 Philadelphia, PA 19104
                                                 Tel: (215) 994-2496
                                                 Will.Sachse@dechert.com

                                                 *Attorney for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company*

## CERTIFICATE OF SERVICE

    I, Will Sachse, hereby certify that the foregoing document was served via the email consistent with the Court's order to all counsel of record on June 28, 2019.

                                              */s/ Will Sachse*
                                              Will Sachse
                                              DECHERT LLP
                                              Cira Centre
                                              2929 Arch Street
                                              Philadelphia, PA 19104
                                              Tel: (215) 994-2496
                                              Will.Sachse@dechert.com