# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| **IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>**This document relates to:**<br>*County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 1:18-OP-45090<br><br>*The County of Cuyahoga v. Purdue Pharma L.P., et al.*<br>Case No. 17-OP-45004 | **MDL NO. 2804**<br><br>Case No. 17-md-2804<br><br>Hon. Dan Aaron Polster |

### [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO EXCLUDE THE TESTIMONY OF DAVID A. KESSLER, M.D. AND MATTHEW PERRI, III BS PHARM, Ph.D., RPh

Upon consideration of Defendants' Motion to Exclude the Testimony of David A. Kessler, M.D. and Matthew Perri, III BS Pharm, Ph.D., RPh and any opposition thereto, it is hereby **ORDERED** that Defendants' Motion is **GRANTED**.

The opinions and proposed testimony of Dr. Kessler and Dr. Perri are **EXCLUDED IN THEIR ENTIRETY**.

 

 

_____
Hon. Dan A. Polster
United States District Judge

1

2