# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION  <br><br>This document relates to:  <br>*The County of Summit, Ohio,* et. al. *v. Purdue Pharma L.P.,* et. al., Case No. 18-op-45090  <br><br>*The County of Cuyahoga, Ohio*, et al. *v. Purdue Pharma L.P.,* et al., Case No. 17-op-45004 | MDL No. 2804  <br><br>Case No. 1:17-md-2804  <br><br>Judge Dan Aaron Polster |

## MANUFACTURERS' JOINT MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' RICO, OCPA, AND CONSPIRACY CLAIMS

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, and for the reasons set forth in the accompanying Brief in Support of Manufacturers' Joint Motion for Summary Judgment on Plaintiffs' RICO, OCPA, and Conspiracy Claims, Manufacturers[1] move for summary judgment on all counts.

---

[1] "Manufacturers" refers to Purdue Pharma, L.P., Purdue Pharma, Inc., The Purdue Frederick Company, Inc., Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc., Par Pharmaceutical Companies, Inc. (incorrectly named as "Par Pharmaceutical Companies, Inc. f/k/a Par Pharmaceutical Holdings, Inc.), Janssen Pharmaceuticals, Inc., Janssen Pharmaceutica, Inc. n/k/a Janssen Pharmaceuticals, Inc., Ortho-McNeil-Janssen Pharmaceuticals, Inc., n/k/a Janssen Pharmaceuticals, Inc., Johnson & Johnson, Noramco, Inc., Teva Pharmaceutical Industries Ltd., Teva Pharmaceuticals USA, Inc, Cephalon, Inc., Allergan plc f/k/a Actavis plc, Allergan Finance, LLC, f/k/a Actavis, Inc., f/k/a Watson Pharmaceuticals, Inc., Allergan Sales, LLC, Allergan USA, Inc., Watson Laboratories, Inc., Actavis LLC, Actavis Pharma, Inc. f/k/a Watson Pharma, Inc, Mallinckrodt, plc, Mallinckrodt LLC, SpecGx LLC, Allergan Sales, LLC, Allergan USA, Inc., Warner Chilcott Company, LLC, Actavis South Atlantic LLC, Actavis Elizabeth LLC, Actavis Mid Atlantic LLC, Actavis Totowa LLC, Actavis Kadian LLC, Actavis Laboratories UT, Inc. f/k/a Watson Laboratories, Inc.-Salt Lake City, and Actavis Laboratories FL, Inc., f/k/a Watson Laboratories, Inc.-Florida.

Dated: June 28, 2019　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　By: /s/ *Mark S. Cheffo*
　　　　　　　　　　　　　　　　　　　Mark S. Cheffo
　　　　　　　　　　　　　　　　　　　Sheila L. Birnbaum
　　　　　　　　　　　　　　　　　　　Hayden A. Coleman
　　　　　　　　　　　　　　　　　　　DECHERT LLP
　　　　　　　　　　　　　　　　　　　Three Bryant Park
　　　　　　　　　　　　　　　　　　　1095 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　New York, NY 10036
　　　　　　　　　　　　　　　　　　　Tel: (212) 698-3500
　　　　　　　　　　　　　　　　　　　Mark.Cheffo@dechert.com
　　　　　　　　　　　　　　　　　　　Sheila.Birnbaum@dechert.com
　　　　　　　　　　　　　　　　　　　Hayden.Coleman@dechert.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Purdue Pharma L.P.,*
　　　　　　　　　　　　　　　　　　　*Purdue Pharma Inc., and The Purdue Frederick*
　　　　　　　　　　　　　　　　　　　*Company*

　　　　　　　　　　　　　　　　　　　By: */s/ Brien T. O'Connor* (consent)
　　　　　　　　　　　　　　　　　　　Brien T. O'Connor
　　　　　　　　　　　　　　　　　　　Andrew J. O'Connor
　　　　　　　　　　　　　　　　　　　ROPES & GRAY LLP
　　　　　　　　　　　　　　　　　　　Prudential Tower
　　　　　　　　　　　　　　　　　　　800 Boylston St.
　　　　　　　　　　　　　　　　　　　Boston, MA 02199-3600
　　　　　　　　　　　　　　　　　　　Tel: (617) 235-4650
　　　　　　　　　　　　　　　　　　　Brien.O'Connor@ropesgray.com
　　　　　　　　　　　　　　　　　　　Andrew.O'Connor@ropesgray.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Defendants Mallinckrodt LLC and*
　　　　　　　　　　　　　　　　　　　*SpecGx LLC and specially appearing for*
　　　　　　　　　　　　　　　　　　　*Mallinckrodt plc*

---

Teva Pharmaceutical Industries Ltd., Allergan plc, and Mallinckrodt plc are respectively an Israeli corporation, Irish holding company, and Irish company that are not subject to and contest personal jurisdiction for the reasons explained in their pending motions to dismiss for lack of personal jurisdiction; they are specially appearing to join this motion as a result of the Court's deadline to file dispositive and Daubert motions, and, thus, they do not waive and expressly preserve their pending personal jurisdiction challenges.

On June 10, 2019, Insys Therapeutics, Inc. and its affiliates each filed a voluntary case under chapter 11 of United States Bankruptcy Code in the United States Bankruptcy Court for the District of Delaware, which cases are being jointly administered under Case No. 19-11292 (KG).  In light of this bankruptcy proceeding, Insys does not join any of the Daubert motions for summary judgment motions to be filed in the MDL Track One cases.

By: */s/ Carole S. Rendon* (consent)
Carole S. Rendon
BAKER HOSTETLER
127 Public Square, Suite 2000
Cleveland, Ohio 44114
Tel: (216) 621-0200
crendon@bakerlaw.com

Jonathan L. Stern
ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave. NW
Washington, DC 20001
Tel: (202) 942-5000
jonathan.stern@arnoldporter.com

Sean O. Morris
ARNOLD & PORTER KAYE SCHOLER LLP
777 S. Figueroa St., Suite 4400
Los Angeles, CA 90017
Tel: (213) 243-4000
sean.morris@arnoldporter.com

*Attorneys for Endo Health Solutions Inc., Endo Pharmaceuticals Inc., Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.*


By: */s/ Donna M. Welch* (consent)
Donna M. Welch, P.C.
KIRKLAND & ELLIS LLP
300 North LaSalle, Chicago, IL 60654
Tel: (312) 862-2000
donna.welch@kirkland.com

*Attorney for Allergan Finance, LLC f/k/a/ Actavis, Inc. f/k/a Watson Pharmaceuticals, Inc.*

By: */s/ Steven A. Reed* (consent)
Steven A. Reed
Eric W. Sitarchuk
Rebecca J. Hillyer
MORGAN, LEWIS & BOCKIUS LLP
1701 Market St.
Philadelphia, PA 19103-2921
Tel: (215) 963-5603
steven.reed@morganlewis.com
eric.sitarchuk@morganlewis.com
rebecca.hillyer@morganlewis.com

Brian M. Ercole
MORGAN, LEWIS & BOCKIUS LLP
200 S. Biscayne Blvd., Suite 5300
Miami, FL 33131-2339
Tel: (305) 415-3000
brian.ercole@morganlewis.com

*Attorneys for Teva Pharmaceuticals, USA, Inc., Cephalon, Inc., Watson Laboratories, Inc., Actavis LLC, and Actavis Pharma, Inc. f/k/a Watson Pharma, Inc.*

**CERTIFICATE OF SERVICE**

      I, Lindsey Cohan, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

                                        */s/ Lindsey Cohan*
                                        Lindsey Cohan
                                        DECHERT LLP
                                        300 West 6th Street
                                        Austin, TX 78701
                                        Tel: (512) 394-3000
                                        Lindsey.Cohan@dechert.com