UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION<br><br>This document relates to:<br><br>*The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 18-op-45090<br><br>*The County of Cuyahoga, et al. v. Purdue Pharma L.P., et al.*<br>Case No. 17-op-45004 | MDL No. 2804<br><br>Hon. Dan Aaron Polster |

**DECLARATION OF WILL SACHSE IN SUPPORT OF MANUFACTURER DEFENDANTS' JOINT MOTION FOR SUMMARY JUDGMENT ON PLAINTIFFS' RICO, OCPA, AND CONSPIRACY CLAIMS**

I, Will Sachse, declare as follows:

1. I am an attorney at Dechert LLP, and counsel for Defendant Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc., in the above-captioned case;

2. I submit this declaration in support of the Manufacturer Defendants' Joint Motion for Summary Judgment;

3. Attached as Exhibit 1 is a true and correct copy of the Food and Drug Administration's ("FDA") Briefing Document re: Joint Meeting of the Drug Safety and Risk Management (DSaRM) Advisory Committee and Anesthetic and Analgesic Drug Products Advisory Committee (AADPAC);

4. Attached as Exhibit 2 is a true and correct copy of a February 14, 2019 letter sent from Plaintiffs' Counsel Sarah S. Burns to Special Master Davis Cohen;

5. Attached as Exhibit 3 is a true and correct copy of an Affidavit of Russell K. Portenoy, M.D.;

6. Attached as Exhibit 4 is a true and correct copy of excerpts from the Deposition of Russell K. Portenoy, M.D.;

7. Attached as Exhibit 5 is a true and correct copy of Actiq's Prescribing Information;

8. Attached as Exhibit 6 is a true and correct copy of Duragesic's Prescribing Information;

9. Attached as Exhibit 7 is a true and correct copy of excerpts from the OxyContin's Prescribing Information;

10. Attached as Exhibit 8 is a true and correct copy of the FDA's September 10, 2013 Response to the Citizen Petition of Physicians for Responsible Opioid Prescribing;

11. Attached as Exhibit 9 is a true and correct copy of documents produced in the matter at bates numbers PPLP003277791-003277805;

12. Attached as Exhibit 10 is a true and correct copy of documents produced in this matter at bates numbers PPLP003276691-003276694;

13. Attached as Exhibit 11 is a true and correct copy of excerpts from the December 19, 2018 Deposition of Stephen Becker;

14. Attached as Exhibit 12 is a true and correct copy of excerpts from the January 15, 2019 Deposition of Andrew Boyer;

15. Attached as Exhibit 13 is a true and correct copy of excerpts from the January 8, 2019 Deposition of Michael Dorsey;

16. Attached as Exhibit 14 is a true and correct copy of excerpts from the January 8, 2019 Deposition of Kate Neely;

17. Attached as Exhibit 15 is a true and correct copy of excerpts from the February 12, 2019 Deposition of Bonnie New;

18. Attached as Exhibit 16 is a true and correct copy of excerpts from the February 15, 2019 Deposition of George Stevenson;

19. Attached as Exhibit 17 is a true and correct copy of excerpts from the March 15, 2019 Scott Tomsky;

20. Attached as Exhibit 18 is a true and correct copy of excerpts from the January 25, 2019 Deposition of Bruce Ritchie;

21. Attached as Exhibit 19 is a true and correct copy of excerpts from the January 10, 2019 Deposition of Larry Romaine;

22. Attached as Exhibit 20 is a true and correct copy of excerpts from the January 11, 2019 Deposition of Joel Saper, M.D.;

23. Attached as Exhibit 21 is a true and correct copy of a Declaration of Russell K. Portenoy, M.D.;

24. Attached as Exhibit 22 is a true and correct copy of the American Medical Association's ("AMA") Opinion 8.061;

25. Attached as Exhibit 23 is a true and correct copy of the AMA's Code of Medical Ethics 9.6.2;

26. Attached as Exhibit 24 is a true and correct copy of the AMA's Opinion 9.0115;

27. Attached as Exhibit 25 is a true and correct copy of the Preamble of the Accreditation Council for Continuing Medical Education's ("ACCME") 2010 Standards for Commercial Support;

28. Attached as Exhibit 26 is a true and correct copy of the ACCME's 2004 Standards for Commercial Support;

29. Attached as Exhibit 27 is a true and correct copy of the Pharmaceutical Research and Manufacturers of America's ("PhRMA") 2009 Code on Interactions with Healthcare Professionals;

30. Attached as Exhibit 28 is a true and correct copy of the AMA's Brochure, Sunshine Act:  Physician Financial Transparency Reports;

31. Attached as Exhibit 29 is a "screen printout" showing a true and correct representation of the "Who We Are" page of the American Geriatrics Society's webpage as of June 28, 2019, located at https://www.americangeriatrics.org/about-us/who-we-are;

32. Attached as Exhibit 30 is a "screen printout" showing a true and correct representation of the "About FSMB" page of the Federation of State Medical Boards' ("FSMB") webpage as of June 28, 2019, located at https://www.fsmb.org/about-fsmb/;

33. Attached as Exhibit 31 is a "screen printout" showing a true and correct representation of the "About Us" page of the American Pain Society's ("APS") webpage as of June 28, 2019, located at http://americanpainsociety.org/about-us/overview;

34. Attached as Exhibit 32 is a "screen printout" showing a true and correct representation of the "Membership" page of the American Academy of Pain Medicine's ("AAPM") webpage as of June 28, 2019, located at https://painmed.org/membership-in-aapm;

35. Attached as Exhibit 33 is a "screen printout" showing a true and correct representation of the "Our Team" page of the United States Pain Foundation's ("USPF") webpage as of June 28, 2019, located at https://uspainfoundation.org/about-us/our-team/;

36. Attached as Exhibit 34 is a true and correct copy of Appendix II of the Report of Anna Lembke, M.D.;

37. Attached as Exhibit 35 is a true and correct copy of excerpts from the Report of David S. Egilman, Opinion 7.26;

38. Attached as Exhibit 36 is a true and correct copy of excerpts from the Report of Matthew Perri III;

39. Attached as Exhibit 37 is a true and correct copy of excerpts from the Report of David Kessler, M.D.;

40. Attached as Exhibit 38 is a true and correct copy of Teva Pharmaceuticals' 2012 Policy—205, Independent Medical Education Grants;

41. Attached as Exhibit 39 is a true and correct copy of a Letter of Agreement regarding Purdue Pharma L.P.'s Healthcare Grant No: EDP105097;

42. Attached as Exhibit 40 is a true and correct copy of excerpts from the January 22 and 23, 2019 Deposition of Brian Lortie;

43. Attached as Exhibit 41 is a true and correct copy of excerpts from the March 14, 2019 Deposition of Alan Must;

44. Attached as Exhibit 42 is a true and correct copy of excerpts from the Deposition of Linda Kirlinski;

45. Attached as Exhibit 43 is a true and correct copy of excerpts from the November 13, 2018 Deposition of Bruch Moskovitz;

46. Attached as Exhibit 44 is a true and correct copy of excerpts from the January 16, 2019 Deposition of Burt Rosen;

47. Attached as Exhibit 45 is a true and correct copy of excerpts from the March 14, 2019 Deposition of Brian Munroe;

48. Attached as Exhibit 46 is a true and correct copy of excerpts from the January 30, 2019 Deposition of John Adams;

49. Attached as Exhibit 47 is a true and correct copy of a document produced in the matter at bates number JAN-MS-00992093;

50. Attached as Exhibit 48 is a true and correct copy of excerpts from the Deposition of Lynn Webster;

51. Attached as Exhibit 49 is a true and correct copy of excerpts from the Deposition of Scott Fishman; and

52. Attached as Exhibit 50 is a true and correct copy of excerpts from the Report of Professor Thomas McGuire.

Dated:  June 28, 2019                               Respectfully submitted,

*/s/ Will Sachse*
DECHERT LLP
2929 Arch Street
Philadelphia, Pennsylvania 19104-2808
Telephone: (215) 994-2000
Fax: (215) 994-2222
will.sachse.@dechert.com

*Counsel for Defendants Purdue Pharma L.P., Purdue Pharma Inc., and The Purdue Frederick Company Inc.*

## CERTIFICATE OF SERVICE

      I, Will Sachse, hereby certify that the foregoing document was served via the Court's ECF system to all counsel of record.

                                               */s/ Will Sachse*_____
                                               Will Sachse