# Exhibit 10



PPLP003277791

# Opioid abuse, misuse, and diversion can impact everyone



PPLP003277792

Abuse, Misuse, and Diversion

*According to the 2013-2014 National Survey on Drug Use and Health (NSDUH):*

# Opioid pain relievers are subject to nonmedical use



Nearly **66%** of nonmedical users got pain relievers from a friend or relative[1][*][†]

**~51%** got them for free

**~15%** bought or stole them

Of the more than **10 million** past-year nonmedical users of pain relievers, **~19%** met the criteria for an abuse or dependence diagnosis[2][*][‡]

[*]**Nonmedical Use (NMU)** of prescription analgesics is determined from the following lead-in question in the NSDUH: "Have you ever, even once, used a prescription pain reliever that wasn't prescribed for you, or just for the feeling or experience it caused?" Respondents who answer affirmatively are considered nonmedical users.[3]

[†]Among persons aged 12 years or older in 2013 to 2014 who used pain relievers nonmedically in the past year, approximately 51% got the pain relievers they most recently used from a friend or relative for free. Another 11% of these nonmedical users bought pain relievers from a friend or relative, and 4.4% took pain relievers from a friend or relative without asking.[1]

[‡]**Individuals classified as dependent on or abusing specific substances** is based on criteria specified in the *Diagnostic and Statistical Manual of Mental Disorders*, 4th edition (DSM-IV) [American Psychiatric Association [APA]. 1994].

- Past-year nonmedical use of pain relievers=10,337,000; past-year substance pain reliever abuse or dependence=1,918,000[1]
- Therefore, 8,419,000 individuals used pain relievers nonmedically but did not meet the criteria for past-year abuse or dependence (~81% of nonmedical users did not meet the criteria for an abuse or dependence diagnosis)[1]

3

PPLP003277793

**WARNING: ADDICTION, ABUSE AND MISUSE; LIFE-THREATENING RESPIRATORY DEPRESSION; ACCIDENTAL INGESTION; NEONATAL OPIOID WITHDRAWAL SYNDROME; and CYTOCHROME P450 3A4 INTERACTION**

<u>Addiction, Abuse, and Misuse</u>
OxyContin® exposes patients and other users to the risks of opioid addiction, abuse and misuse, which can lead to overdose and death. Assess each patient's risk prior to prescribing OxyContin and monitor all patients regularly for the development of these behaviors or conditions *[see Warnings and Precautions (5.1)]*.

<u>Life-Threatening Respiratory Depression</u>
Serious, life-threatening, or fatal respiratory depression may occur with use of OxyContin. Monitor for respiratory depression, especially during initiation of OxyContin or following a dose increase. Instruct patients to swallow OxyContin tablets whole; crushing, chewing, or dissolving OxyContin tablets can cause rapid release and absorption of a potentially fatal dose of oxycodone *[see Warnings and Precautions (5.2)]*.

<u>Accidental Ingestion</u>
Accidental ingestion of even one dose of OxyContin, especially by children, can result in a fatal overdose of oxycodone *[see Warnings and Precautions (5.2)]*.

<u>Neonatal Opioid Withdrawal Syndrome</u>
Prolonged use of OxyContin during pregnancy can result in neonatal opioid withdrawal syndrome, which may be life-threatening if not recognized and treated, and requires management according to protocols developed by neonatology experts. If opioid use is required for a prolonged period in a pregnant woman, advise the patient of the risk of neonatal opioid withdrawal syndrome and ensure that appropriate treatment will be available *[see Warnings and Precautions (5.3)]*.

<u>Cytochrome P450 3A4 Interaction</u>
The concomitant use of OxyContin with all cytochrome P450 3A4 inhibitors may result in an increase in oxycodone plasma concentrations, which could increase or prolong adverse drug effects and may cause potentially fatal respiratory depression. In addition, discontinuation of a concomitantly used cytochrome P450 3A4 inducer may result in an increase in oxycodone plasma concentration. Monitor patients receiving OxyContin and any CYP3A4 inhibitor or inducer *[see Warnings and Precautions (5.14) and Clinical Pharmacology (12.3)]*.

## Indications and Usage

OxyContin is indicated for the management of pain severe enough to require daily, around-the-clock, long-term opioid treatment and for which alternative treatment options are inadequate in adults.

<u>Limitations of Use</u>
- Because of the risks of addiction, abuse, and misuse with opioids, even at recommended doses, and because of the greater risks of overdose and death with extended-release opioid formulations, reserve OxyContin for use in patients for whom alternative treatment options (e.g., non-opioid analgesics or immediate-release opioids) are ineffective, not tolerated, or would be otherwise inadequate to provide sufficient management of pain
- OxyContin is not indicated as an as-needed (prn) analgesic

## Contraindications

OxyContin is contraindicated in patients with:
- Significant respiratory depression
- Acute or severe bronchial asthma in an unmonitored setting or in the absence of resuscitative equipment
- Known or suspected paralytic ileus and gastrointestinal obstruction
- Hypersensitivity (e.g., anaphylaxis) to oxycodone

*Please read accompanying Full Prescribing Information, including Boxed Warning above.*

PPLP003277794

**Considerations may include:**

**An appropriate patient?**
**Opioid analgesic need?**
**Formulary access?**
and
**Abuse-deterrent properties?**

*Let experience be your guide*

- Proven efficacy with 20 years of clinical experience[2]
- The first extended-release (ER) opioid with FDA-approved labeling describing abuse-deterrent characteristics and claims[4]
  - **However, abuse of OxyContin by injection and intranasal routes, as well as by the oral route, is still possible**
- Broad formulary coverage* with preferred branded tier status may enable patients to obtain OxyContin at the lowest available branded co-pay[†]
  - **Inclusion on formulary does not imply superior clinical efficacy or safety**

*†Covered* represents on formulary (on any tier, with or without restrictions) and may include quantity limits, prior authorizations and/or step edit restrictions.
‡Source: Managed Markets Insight & Technology, LLC, database as of December 2015. Please note that formularies are subject to change. Please check with the health plan directly to confirm coverage for individual patients. Patient costs may vary among plans.

**Please see Additional Warnings and Precautions on pages 10-11.**

**OxyContin**
(OXYCODONE HCl) EXTENDED-RELEASE TABLETS
**Write from experience**

PPLP003277795

OxyContin (oxycodone HCl) extended-release tablets—for the management of pain severe enough to require daily, around-the-clock (ATC), long-term opioid treatment and for which alternative treatment options are inadequate in adults

# Addiction, abuse, misuse, and diversion

The risks of addiction, abuse, misuse, and diversion should be considered when prescribing or dispensing OxyContin. However, concerns about addiction, abuse, and misuse should not prevent the proper management of pain

## Assess each patient's risk for opioid addiction, abuse, or misuse prior to prescribing OxyContin

- All patients treated with opioids require careful monitoring for signs of abuse and addiction, since use of opioid analgesic products carries the risk of addiction even under appropriate medical use
- OxyContin, like other opioids, can be diverted for non-medical use into illicit channels of distribution. Careful recordkeeping of prescribing information, including quantity, frequency, and renewal requests as required by state law, is strongly advised
- Proper assessment of the patient, proper prescribing practices, periodic reevaluation of therapy, and proper dispensing and storage are appropriate measures that help to reduce abuse of opioid drugs

## Important Safety Information Regarding Addiction, Abuse, and Misuse

- OxyContin contains oxycodone, a Schedule II controlled substance. OxyContin exposes users to the risks of opioid addiction, abuse and misuse. As modified-release products such as OxyContin deliver the opioid over an extended period of time, there is a greater risk for overdose and death due to the larger amount of oxycodone present



- Although the risk of addiction in any individual is unknown, it can occur in patients appropriately prescribed OxyContin. Addiction can occur at recommended doses and if the drug is misused or abused
- Assess each patient's risk for opioid addiction, abuse or misuse prior to prescribing OxyContin, and monitor all patients receiving OxyContin for the development of these behaviors or conditions. Risks are increased in patients with a personal or family history of substance abuse (including drug or alcohol abuse or addiction) or mental illness (e.g., major depression). The potential for these risks should not, however, prevent the proper management of pain in any given patient. Patients at increased risk may be prescribed modified-release opioid formulations such as OxyContin, but use in such patients necessitates intensive counseling about the risks and proper use of OxyContin along with intensive monitoring for signs of addiction, abuse, and misuse
- Abuse or misuse of OxyContin by crushing, chewing, snorting, or injecting the dissolved product will result in the uncontrolled delivery of oxycodone and can result in overdose and death
- Opioid agonists are sought by drug abusers and people with addiction disorders and are subject to criminal diversion. Consider these risks when prescribing or dispensing OxyContin. Strategies to reduce these risks include prescribing the drug in the smallest appropriate quantity and advising the patient on the proper disposal of unused drug
- Contact local state professional licensing board or state controlled substances authority for information on how to prevent and detect abuse or diversion of this product

*Please read accompanying Full Prescribing Information, including Boxed Warning on page 4.*

PPLP003277796

# OxyContin was reformulated and in 2013 became the first opioid with FDA-approved labeling describing abuse-deterrent characteristics[5]

- *In vitro* data demonstrate that OxyContin has physicochemical properties expected to make abuse via injection difficult
- Data from a clinical study, along with support from the *in vitro* data indicate that OxyContin has physicochemical properties that are expected to reduce abuse via the intranasal route

> However, abuse of OxyContin by injection and intranasal routes, as well as by the oral route, is still possible.
>
> Additional data, including epidemiological data, when available, may provide further information on the impact of the current formulation of OxyContin on the abuse liability of the drug. Accordingly, section 9.2 (titled *Abuse*) of the Full Prescribing Information may be updated in the future as appropriate.

## Important Safety Information Regarding Life-Threatening Respiratory Depression

- Serious, life-threatening, or fatal respiratory depression has been reported with the use of modified-release opioids, even when used as recommended, and if not immediately recognized and treated, may lead to respiratory arrest and death
- While serious, life-threatening, or fatal respiratory depression can occur at any time during the use of OxyContin, the risk is greatest during the initiation of therapy or following a dose increase. Closely monitor patients for respiratory depression when initiating therapy with OxyContin and following dose increases
- To reduce the risk of respiratory depression, proper dosing and titration of OxyContin are essential. Overestimating the OxyContin dose when converting patients from another opioid product can result in a fatal overdose with the first dose
- Accidental ingestion of even one dose of OxyContin, especially by children, can result in respiratory depression and death due to an overdose of oxycodone

## Adverse Reaction Information

- OxyContin may increase the risk of serious adverse reactions such as those observed with other opioid analgesics, including respiratory depression, apnea, respiratory arrest, circulatory depression, hypotension, or shock
- The most common adverse reactions (>5%) reported by adult patients in clinical trials comparing OxyContin with placebo were constipation, nausea, somnolence, dizziness, pruritus, vomiting, headache, dry mouth, asthenia, and sweating
Abuse-Deterrent Characteristics

Please see Additional Warnings and Precautions on pages 10-11.



OxyContin® (OXYCODONE HCl) EXTENDED-RELEASE TABLETS
Write from experience

PPLP003277797

OxyContin (oxycodone HCl) extended-release tablets—for the management of pain severe enough to require daily, around-the-clock (ATC), long-term opioid treatment and for which alternative treatment options are inadequate in adults

## Intranasal Abuse Potential Study

- A randomized, double-blind, placebo-controlled, 5-period crossover pharmacodynamic study
- The 5 treatment arms used intranasally administered finely crushed OxyContin 30 mg tablets, coarsely crushed OxyContin 30 mg tablets, finely crushed original OxyContin 30 mg tablets, powdered oxycodone HCl 30 mg, and placebo (data for 3 treatment arms shown)
- 30 subjects dosed, 27 subjects completed the study
  — Subjects were recreational opioid users with a history of intranasal drug abuse
- Incomplete dosing due to granules falling from the subjects' nostrils occurred in 34% (n=10) of subjects with finely crushed OxyContin, compared with 7% (n=2) of subjects with finely crushed original OxyContin and no subjects with powdered oxycodone HCl, which may have impacted the results

# Recreational opioid users reported less *Drug Liking* with finely crushed OxyContin



*Drug Liking* bipolar VAS (100 mm) scores in recreational opioid users (N=27)

OxyContin (Finely Crushed): 80.4 (3.9)
Oxycodone HCl (Powdered): 89.3 (3.1)
Original OxyContin (Finely Crushed): 94.0 (2.7)

Mean (SE)

Maximum Disliking 0 ← 50 → 100 Maximum Liking
Neutral Response

Median scores (range): OxyContin, 88 (36-100); oxycodone HCl, 100 (50-100); and original OxyContin, 100 (51-100).

*Drug Liking* was measured on a bipolar VAS scale of 0 to 100: 0=negative response/maximum disliking; 50=neutral response of neither liking nor disliking; and 100=positive response/maximum liking.

> However, abuse of OxyContin by injection and intranasal routes, as well as by the oral route, is still possible.

*Please read accompanying Full Prescribing Information, including Boxed Warning on page 4.*

8

# Recreational opioid users reported less desire to *Take Drug Again* with finely crushed OxyContin



Desire to *Take Drug Again* was measured on a bipolar VAS scale of 0 to 100; 0=maximum negative response "definitely would not take drug again"; 50=neutral response; and 100=maximum positive response "definitely would take drug again."

## In an analysis with...

### Finely crushed OxyContin vs oxycodone HCl powder

- ~56% (n=15) reported some reduction in *Drug Liking*
- ~44% (n=12) had no reduction in *Drug Liking*
- 33% (n=9) reported reductions of at least 30% in *Drug Liking*
- ~22% (n=6) reported reductions of at least 50% in *Drug Liking*

### Finely crushed OxyContin vs finely crushed original OxyContin

- ~57% (n=16) reported some reduction in *Drug Liking*
- ~43% (n=12) had no reduction in *Drug Liking*
- 36% (n=10) reported reductions of at least 30% in *Drug Liking*
- ~29% (n=8) reported reductions of at least 50% in *Drug Liking*

## Additional Important Safety Information

Abuse of OxyContin poses a risk of overdose and death. The risk is increased with concurrent use of OxyContin with alcohol and other central nervous system depressants. Taking cut, broken, chewed, crushed, or dissolved OxyContin enhances drug release and increases the risk of overdose and death. All patients treated with opioids require careful monitoring for signs of abuse and addiction, since use of opioid analgesic products carries the risk of addiction even under appropriate medical use.

**Please see Additional Warnings and Precautions on pages 10-11.**



9

PPLP003277799

**OxyContin (oxycodone HCl) extended-release tablets—for the management of pain severe enough to require daily, around-the-clock (ATC), long-term opioid treatment and for which alternative treatment options are inadequate in adults**

# Additional Warnings and Precautions

### Neonatal Opioid Withdrawal Syndrome

- Prolonged use of OxyContin during pregnancy can result in withdrawal signs in the neonate. Neonatal opioid withdrawal syndrome, unlike opioid withdrawal syndrome in adults, may be life-threatening if not recognized and treated, and requires management according to protocols developed by neonatology experts. If opioid use is required for a prolonged period in a pregnant woman, advise the patient of the risk of neonatal opioid withdrawal syndrome and ensure that appropriate treatment will be available

### Interactions with CNS Depressants

- Hypotension and profound sedation, coma, or respiratory depression may result if OxyContin is used concomitantly with other central nervous system (CNS) depressants (e.g., sedatives, anxiolytics, hypnotics, neuroleptics, other opioids)
- When considering the use of OxyContin in a patient taking a CNS depressant, assess the duration of use of the CNS depressant and the patient's response, including the degree of tolerance that has developed to CNS depression. Additionally, evaluate the patient's use of alcohol or illicit drugs that can cause CNS depression. If the decision to begin OxyContin therapy is made, start with 1/3 to 1/2 the usual dose of OxyContin, monitor patients for signs of sedation and respiratory depression and consider using a lower dose of the concomitant CNS depressant

### Elderly, Cachectic, and Debilitated Patients

- Life-threatening respiratory depression is more likely to occur in elderly, cachectic, or debilitated patients as they may have altered pharmacokinetics or altered clearance compared to younger, healthier patients. Monitor such patients closely, particularly when initiating and titrating OxyContin and when OxyContin is given concomitantly with other drugs that depress respiration

### Use in Patients with Chronic Pulmonary Disease

- Monitor patients with significant chronic obstructive pulmonary disease or cor pulmonale, and patients having a substantially decreased respiratory reserve, hypoxia, hypercapnia, or pre-existing respiratory depression for respiratory depression, particularly when initiating therapy and titrating with OxyContin, as in these patients, even usual therapeutic doses of OxyContin may decrease respiratory drive to the point of apnea. Consider the use of alternative non-opioid analgesics in these patients if possible

### Hypotensive Effects

- OxyContin may cause severe hypotension, including orthostatic hypotension and syncope in ambulatory patients. There is an increased risk in patients whose ability to maintain blood pressure has already been compromised by a reduced blood volume or concurrent administration of certain CNS depressant drugs (e.g., phenothiazines or general anesthetics). Monitor these patients for signs of hypotension after initiating or titrating the dose of OxyContin. In patients with circulatory shock, OxyContin may cause vasodilation that can further reduce cardiac output and blood pressure. Avoid the use of OxyContin in patients with circulatory shock

### Head Injury or Increased Intracranial Pressure

- Monitor patients taking OxyContin who may be susceptible to the intracranial effects of $CO_2$ retention (e.g., those with evidence of increased intracranial pressure or brain tumors) for signs of sedation and respiratory depression, particularly when initiating therapy with OxyContin. OxyContin may reduce respiratory drive, and the resultant $CO_2$ retention can further increase intracranial pressure. Opioids may also obscure the clinical course in a patient with a head injury. Avoid the use of OxyContin in patients with impaired consciousness or coma

*Please read accompanying Full Prescribing Information, including Boxed Warning on page 4.*

PPLP003277800

# Additional Warnings and Precautions (cont.)

## Gastrointestinal Effects

- There have been post-marketing reports of difficulty in swallowing OxyContin tablets. These reports included choking, gagging, regurgitation, and tablets stuck in the throat. Instruct patients not to pre-soak, lick or otherwise wet OxyContin tablets prior to placing in the mouth, and to take one tablet at a time with enough water to ensure complete swallowing immediately after placing in the mouth
- There have been rare post-marketing reports of cases of intestinal obstruction, and exacerbations of diverticulitis, some of which have required medical intervention to remove the tablet. Patients with underlying GI disorders such as esophageal cancer or colon cancer with a small gastrointestinal lumen are at greater risk of developing these complications. Consider use of an alternative analgesic in patients who have difficulty swallowing and patients at risk for underlying GI disorders resulting in a small gastrointestinal lumen
- OxyContin is contraindicated in patients with GI obstruction, including paralytic ileus. OxyContin may cause spasm of the sphincter of Oddi. Monitor patients with biliary tract disease, including acute pancreatitis, for worsening symptoms. Opioids may cause increases in the serum amylase

## Convulsive or Seizure Disorders

- OxyContin may aggravate convulsions in patients with convulsive disorders, and may induce or aggravate seizures in some clinical settings. Monitor patients with a history of seizure disorders for worsened seizure control during OxyContin therapy

## Avoidance of Withdrawal

- Avoid the use of mixed agonist/antagonist (i.e., pentazocine, nalbuphine, and butorphanol) or partial agonist (buprenorphine) analgesics in patients who have received or are receiving a course of therapy with a full opioid agonist analgesic, including OxyContin. In these patients, mixed agonists/antagonists and partial agonist analgesics may reduce the analgesic effect and/or may precipitate withdrawal symptoms. When discontinuing OxyContin, gradually taper the dose. Do not abruptly discontinue OxyContin

## Driving and Operating Machinery

- OxyContin may impair the mental or physical abilities needed to perform potentially hazardous activities such as driving a car or operating machinery. Warn patients not to drive or operate dangerous machinery unless they are tolerant to the effects of OxyContin and know how they will react to the medication

## Cytochrome P450 3A4 Inhibitors and Inducers

- Inhibition of CYP3A4 activity by its inhibitors, such as macrolide antibiotics (e.g., erythromycin), azole-antifungal agents (e.g., ketoconazole), and protease inhibitors (e.g., ritonavir), may increase concentrations of oxycodone and prolong opioid effects. CYP450 inducers, such as rifampin, carbamazepine, and phenytoin, may induce the metabolism of oxycodone and, therefore, may cause increased clearance of the drug which could lead to a decrease in oxycodone plasma concentrations, lack of efficacy or, possibly, development of an abstinence syndrome in a patient who had developed physical dependence to oxycodone
  - If co-administration is necessary, caution is advised when initiating therapy with, currently taking, or discontinuing CYP3A4 inhibitors or inducers. Evaluate these patients at frequent intervals and consider dose adjustments until stable drug effects are achieved

## Laboratory Monitoring

- Not every urine drug test for "opioids" or "opiates" detects oxycodone reliably, especially those designed for in-office use. Further, many laboratories will report urine drug concentrations below a specified "cut-off" value as "negative." Therefore, if urine testing for oxycodone is considered in the clinical management of an individual patient, ensure that the sensitivity and specificity of the assay is appropriate, and consider the limitations of the testing used when interpreting results

Warnings and Precautions

11

**OxyContin** ℂ Ⅱ
(OXYCODONE HCl) EXTENDED-RELEASE TABLETS
Write from experience

PPLP003277801

**OxyContin (oxycodone HCl) extended-release tablets—for the management of pain severe enough to require daily, around-the-clock (ATC), long-term opioid treatment and for which alternative treatment options are inadequate in adults**



There's a lot to consider when prescribing an extended-release opioid...

Let experience be your guide

- Proven efficacy with 20 years of clinical experience[§]
- The first ER opioid with FDA-approved labeling describing abuse-deterrent characteristics and claims[¶]
  — **However, abuse of OxyContin by injection and intranasal routes, as well as by the oral route, is still possible**
- Broad formulary coverage* with preferred branded tier status may enable patients to obtain OxyContin at the lowest available branded co-pay[†]
  — **Inclusion on formulary does not imply superior clinical efficacy or safety**

*Covered* represents on formulary (on any tier, with or without restrictions) and may include quantity limits, prior authorizations and/or step edit restrictions.

[†]Source: Managed Markets Insight & Technology, LLC, database as of December 2015. Please note that formularies are subject to change. Please check with the health plan directly to confirm coverage for individual patients. Patient costs may vary among plans.

*Please read accompanying Full Prescribing Information, including Boxed Warning on page 4.*

PPLP003277802

# Appropriate patients for OxyContin may include those with

- Low back pain
- Osteoarthritis pain
- Cancer pain

who are experiencing pain severe enough to require daily, ATC, long-term opioid treatment and for which alternative treatment options are inadequate

## For these patients

| Who are on immediate-release (IR) oxycodone | With an increasing opioid analgesic need |
|---|---|
| Prescribe OxyContin and evaluate the need for IR oxycodone for breakthrough pain | Prescribe OxyContin as the first ER opioid |

## Prior to initiating therapy, perform an individualized risk assessment of each patient

- OxyContin contains oxycodone, a Schedule II controlled substance. OxyContin exposes users to the risks of opioid addiction, abuse, and misuse. As modified-release products such as OxyContin deliver the opioid over an extended period of time, there is a greater risk for overdose and death due to the larger amount of oxycodone present
- Although the risk of addiction in any individual is unknown, it can occur in patients appropriately prescribed OxyContin. Addiction can occur at recommended doses and if the drug is misused or abused
- Assess each patient's risk for opioid addiction, abuse or misuse prior to prescribing OxyContin, and monitor all patients receiving OxyContin for the development of these behaviors or conditions. Risks are increased in patients with a personal or family history of substance abuse (including drug or alcohol abuse or addiction) or mental illness (e.g., major depression). The potential for these risks should not, however, prevent the proper management of pain in any given patient. Patients at increased risk may be prescribed modified-release opioid formulations such as OxyContin, but use in such patients necessitates intensive counseling about the risks and proper use of OxyContin along with intensive monitoring for signs of addiction, abuse, and misuse

Please see Additional Warnings and Precautions on pages 10–11.

**Appropriate Patients**

13

**OxyContin** (OXYCODONE HCl) EXTENDED-RELEASE TABLETS
**Write from experience**

PPLP003277803

OxyContin (oxycodone HCl) extended-release tablets—for the management of pain severe enough to require daily, around-the-clock (ATC), long-term opioid treatment and for which alternative treatment options are inadequate in adults

# Let experience be your guide

**20 years of clinical experience and #1 prescribed branded ER opioid**[2,6]
- OxyContin contains oxycodone, an opioid agonist and Schedule II controlled substance with an abuse liability similar to other opioid agonists

**FDA-approved labeling describing abuse-deterrent characteristics and claims**[4]
- **However, abuse of OxyContin by injection and intranasal routes, as well as by the oral route, is still possible**

**Broad formulary coverage**[*†]
- **Inclusion on formulary does not imply superior clinical efficacy or safety**

**No significant food effects on extent of absorption**

**7 tablet strengths**
For dosage flexibility and to help achieve a balance between analgesia and adverse reactions
- OxyContin is dosed orally every 12 hours
- Cutting, breaking, crushing, chewing or dissolving the tablet will result in uncontrolled delivery of oxycodone and can lead to overdose or death

**Single-entity opioid that contains oxycodone HCl as the only active pharmaceutical ingredient**

*Covered represents on formulary (on any tier, with or without restrictions) and may include quantity limits, prior authorizations and/or step edit restrictions.

†Source: Managed Markets Insight & Technology, LLC, database as of December 2015. Please note that formularies are subject to change. Please check with the health plan directly to confirm coverage for individual patients. Patient costs may vary among plans.

*Please read accompanying Full Prescribing Information, including Boxed Warning on adjacent page.*

PPLP003277804

**WARNING: ADDICTION, ABUSE AND MISUSE; LIFE-THREATENING RESPIRATORY DEPRESSION; ACCIDENTAL INGESTION; NEONATAL OPIOID WITHDRAWAL SYNDROME; and CYTOCHROME P450 3A4 INTERACTION**

**Addiction, Abuse, and Misuse**
OxyContin® exposes patients and other users to the risks of opioid addiction, abuse and misuse, which can lead to overdose and death. Assess each patient's risk prior to prescribing OxyContin and monitor all patients regularly for the development of these behaviors or conditions *[see Warnings and Precautions (5.1)]*.

**Life-Threatening Respiratory Depression**
Serious, life-threatening, or fatal respiratory depression may occur with use of OxyContin. Monitor for respiratory depression, especially during initiation of OxyContin or following a dose increase. Instruct patients to swallow OxyContin tablets whole; crushing, chewing, or dissolving OxyContin tablets can cause rapid release and absorption of a potentially fatal dose of oxycodone *[see Warnings and Precautions (5.2)]*.

**Accidental Ingestion**
Accidental ingestion of even one dose of OxyContin, especially by children, can result in a fatal overdose of oxycodone *[see Warnings and Precautions (5.2)]*.

**Neonatal Opioid Withdrawal Syndrome**
Prolonged use of OxyContin during pregnancy can result in neonatal opioid withdrawal syndrome, which may be life-threatening if not recognized and treated, and requires management according to protocols developed by neonatology experts. If opioid use is required for a prolonged period in a pregnant woman, advise the patient of the risk of neonatal opioid withdrawal syndrome and ensure that appropriate treatment will be available *[see Warnings and Precautions (5.3)]*.

**Cytochrome P450 3A4 Interaction**
The concomitant use of OxyContin with all cytochrome P450 3A4 inhibitors may result in an increase in oxycodone plasma concentrations, which could increase or prolong adverse drug effects and may cause potentially fatal respiratory depression. In addition, discontinuation of a concomitantly used cytochrome P450 3A4 inducer may result in an increase in oxycodone plasma concentration. Monitor patients receiving OxyContin and any CYP3A4 inhibitor or inducer *[see Warnings and Precautions (5.14) and Clinical Pharmacology (12.3)]*.

**Risks Specific to Abuse of OxyContin**

- OxyContin is for oral use only. Abuse of OxyContin poses a risk of overdose and death. The risk is increased with concurrent use of OxyContin with alcohol and other central nervous system depressants. Taking cut, broken, chewed, crushed, or dissolved OxyContin enhances drug release and increases the risk of overdose and death
- With parenteral abuse, the inactive ingredients in OxyContin can be expected to result in local tissue necrosis, infection, pulmonary granulomas, and increased risk of endocarditis and valvular heart injury. Parenteral drug abuse is commonly associated with transmission of infectious diseases, such as hepatitis and HIV
- OxyContin contains oxycodone, a Schedule II controlled substance with a high potential for abuse similar to other opioids including fentanyl, hydromorphone, methadone, morphine, and oxymorphone. OxyContin can be abused and is subject to misuse, addiction, and criminal diversion

Please see Additional Warnings and Precautions on pages 10-11.

**OxyContin®**
(OXYCODONE HCl) EXTENDED-RELEASE TABLETS
Write from experience

15



**References:**
1. Substance Abuse and Mental Health Services Administration Center for Behavioral Health Statistics and Quality, U.S. Department of Health and Human Services. Results from the 2014 National Survey on Drug Use and Health: Summary of National Findings. Rockville, MD: Substance Abuse and Mental Health Services Administration Center for Behavioral Health Statistics and Quality; 2014. http://www.samhsa.gov/data/sites/default/files/NSDUH-DetTabs2014/NSDUH-DetTabs2014.pdf. Accessed October 26, 2015. 2. Data on file, Purdue Pharma L.P. 3. Substance Abuse and Mental Health Services Administration Center for Behavioral Health Statistics and Quality, U.S. Department of Health and Human Services. Results from the 2013 National Survey on Drug Use and Health: Detailed Tables. Rockville, MD: Substance Abuse and Mental Health Services Administration Center for Behavioral Health Statistics and Quality; 2014. http://www.samhsa.gov/data/sites/default/files/NSDUH-DetTabs2013/NSDUH-DetTabs2013.htm#glossary. Accessed October 18, 2015. 4. U.S. Department of Health and Human Services, FDA Supplemental Approval Letter. April 2013. http://www.accessdata.fda.gov/drugsatfda_docs/appletter/2013/022272Orig1s014Ltr.pdf. Accessed October 18, 2015. 5. FDA approves new formulation for OxyContin [press release]. U.S. Food and Drug Administration; April 5, 2010. http://www.fda.gov/NewsEvents/Newsroom/PressAnnouncements/ucm207480.htm. Accessed October 18, 2015. 6. IMS Health, Inc. National Prescription Audit data [Database report of total opioid prescriptions by brand over 12 months]. Danbury, CT: IMS Health, Inc. September 2014-September 2015.

Product Attributes

PURDUE

GLUE   GLUE   GLUE   GLUE   GLUE   GLUE   GLUE

PPLP003277806