# EXHIBIT 10

For moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time

# FLEXIBILITY WITH OXYCONTIN® TABLETS



## q12h OxyContin® CII
### (OXYCODONE HCl CONTROLLED-RELEASE) TABLETS

**OxyContin® Tablets offer more options to meet the individual therapeutic needs of your appropriate patients**

- Seven tablet strengths offer greater flexibility to titrate to the appropriate q12h dose
- Helps reduce the number of tablets and prescriptions required when titrating
- Tablet strength options may be closer to targeted conversion dose when switching from other opioids to OxyContin® Tablets

---

**WARNING:**

**OxyContin® is an opioid agonist and a Schedule II controlled substance with an abuse liability similar to morphine.**

Oxycodone can be abused in a manner similar to other opioid agonists, legal or illicit. This should be considered when prescribing or dispensing OxyContin® in situations where the physician or pharmacist is concerned about an increased risk of misuse, abuse, or diversion.

**OxyContin® Tablets are a controlled-release oral formulation of oxycodone hydrochloride indicated for the management of moderate to severe pain when a continuous, around-the-clock analgesic is needed for an extended period of time.**

**OxyContin® Tablets are NOT intended for use as a prn analgesic.**

**OxyContin® 60 mg, 80 mg, and 160 mg Tablets, or a single dose greater than 40 mg, ARE FOR USE IN OPIOID-TOLERANT PATIENTS ONLY. A single dose greater than 40 mg, or total daily doses greater than 80 mg,** may cause fatal respiratory depression when administered to patients who are not tolerant to the respiratory depressant effects of opioids.

**OxyContin® TABLETS ARE TO BE SWALLOWED WHOLE AND ARE NOT TO BE BROKEN, CHEWED, OR CRUSHED. TAKING BROKEN, CHEWED, OR CRUSHED OxyContin® TABLETS LEADS TO RAPID RELEASE AND ABSORPTION OF A POTENTIALLY FATAL DOSE OF OXYCODONE.**

---

As used here, "moderate" and "moderate to severe" pain do not include commonplace and ordinary aches and pains, pulled muscles, cramps, sprains, or similar discomfort.

OxyContin® is not indicated for pain in the immediate postoperative period (the first 12-24 hours following surgery) or if the pain is mild or not expected to persist for an extended period of time.

OxyContin® is only indicated for postoperative use if the patient is already receiving the drug prior to surgery or if the postoperative pain is expected to be moderate to severe and persist for an extended period of time. Physicians should individualize treatment, moving from parenteral to oral analgesics as appropriate (see American Pain Society Guidelines).

**Please read professional prescribing information enclosed**

**For moderate to severe pain when a continuous, around-the-clock (ATC) analgesic is needed for an extended period of time**

## Compare the monthly reduction in tablets of q12h pain management with OxyContin® vs ATC immediate-release opioids



### Q12h dosing with as few as 2 tablets per day

- OxyContin® is dosed less frequently than ATC immediate-release opioids
- OxyContin® is **NOT** intended for use as a prn analgesic, or for pain that is mild, or not expected to persist for an extended period of time

**Important safety information:**
Serious adverse reactions which may be associated with OxyContin® Tablet therapy in clinical use are those observed with other opioid analgesics, including respiratory depression, apnea, respiratory arrest, and (to an even lesser degree) circulatory depression, hypotension, or shock.

The non-serious adverse events seen on initiation of therapy with OxyContin® are typical opioid side effects. These events are dose-dependent, and their frequency depends upon the dose, the clinical setting, the patient's level of opioid tolerance, and host factors specific to the individual. They should be expected and managed as part of opioid analgesia. The most frequent (>5%) include constipation, nausea, somnolence, dizziness, vomiting, pruritus, headache, dry mouth, sweating, and asthenia.

OxyContin® is contraindicated in patients with known hypersensitivity to oxycodone, or in any situation where opioids are contraindicated. This includes patients with significant respiratory depression (in unmonitored settings or the absence of resuscitative equipment), and patients with acute or severe bronchial asthma or hypercarbia. OxyContin® is contraindicated in any patient who has or is suspected of having paralytic ileus.

There is potential for drug addiction to develop following exposure to opioids, including oxycodone.

Please read professional prescribing information enclosed. Please see boxed warning on front cover.

# Use fewer tablets monthly than with immediate-release opioids taken ATC





These examples are based on conversion ratios listed in the prescribing information for OxyContin® Tablets. Treatment should be individualized based on physician discretion.

•No fixed conversion ratio is likely to be satisfactory in all patients, especially patients receiving large opioid doses. The recommended doses shown above are only a starting point, and close observation and frequent titration are indicated until patients are stable on the new opioid therapy.

Please read professional prescribing information enclosed. Please see boxed warning on front cover.

•Supplemental analgesia should be made available in the form of a suitable immediate-release analgesic.

•The non-opioid analgesic may be continued as a separate drug, if needed.

Vicodin is a registered trademark of Abbott Laboratories. Tylenol is a registered trademark of McNeil PPC, Inc. Percocet is a registered trademark of Endo Pharmaceuticals Inc. Norco is a registered trademark of Watson Pharmaceuticals, Inc.



For moderate to severe pain when a continuous, around-the-clock (ATC) analgesic is needed for an extended period of time

# Added FLEXIBILITY when titrating with 10 mg to 40 mg OxyContin® Tablets

Smaller 'steps' between tablet strengths offer greater flexibility to titrate to the appropriate q12h dose



Increase 25% to 50% of the total daily dose as clinical need dictates

- Additional tablet strengths offer greater flexibility to titrate to the appropriate q12h dose
- Potentially fewer tablets and prescriptions required when titrating OxyContin® Tablets

OxyContin® TABLETS ARE TO BE SWALLOWED WHOLE AND ARE NOT TO BE BROKEN, CHEWED, OR CRUSHED. TAKING BROKEN, CHEWED, OR CRUSHED OxyContin® TABLETS LEADS TO RAPID RELEASE AND ABSORPTION OF A POTENTIALLY FATAL DOSE OF OXYCODONE.

OxyContin® 60 mg, 80 mg, and 160 mg Tablets, or a single dose greater than 40 mg, ARE FOR USE IN OPIOID-TOLERANT PATIENTS ONLY. A single dose greater than 40 mg, or total daily doses greater than 80 mg, may cause fatal respiratory depression when administered to patients who are not tolerant to the respiratory depressant effects of opioids.

Please read professional prescribing information enclosed.
Please see boxed warning on first page.

Purdue is firmly committed to maintaining the highest standards of marketing and sales practices in the industry while continuing to advance the proper treatment of pain. If Purdue's marketing and sales practices fail to meet this standard, we urge you to contact us at 1-888-726-7535.

q12h
**OXYCONTIN** ®
(OXYCODONE HCl CONTROLLED-RELEASE) TABLETS

PPLP003276694