# EXHIBIT 11

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
 2               FOR THE NORTHERN DISTRICT OF OHIO
 3                         EASTERN DIVISION
 4       _____
 5       IN RE:                           Case No. 17-MD-2804
                                                  MDL No. 2804
 6       NATIONAL PRESCRIPTION            Hon. Dan A. Polster
         OPIATE LITIGATION
 7
         APPLIES TO ALL CASES
 8       _____
 9
10
                            HIGHLY CONFIDENTIAL
11
            SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
12
                    Wednesday, December 19, 2018
13
14
15
16
17         Video Deposition of STEVEN A. BECKER,
18    held at the JW Marriott, 2141 Lindau Lane,
19    Minneapolis, Minnesota, commencing at 9:16 a.m.,
20    on the above date, before Myrina A. Kleinschmidt,
21    Registered Merit Reporter, Certified Realtime
22    Reporter, and Certified Realtime Captioner.
23
24              GOLKOW LITIGATION SERVICES
              877.370.3377 ph | 917.591.5672 fax
25                    deps@golkow.com
```

1  Q  And then, when you would talk to a
2  potential customer, would you have price
3  negotiations with them or what would you do to
4  encourage them to start purchasing from
5  Mallinckrodt?
6  A  I would investigate the prices of what
7  they were paying for various products, which we
8  had similar products with, do my homework.  And
9  then, if they wanted -- depending on what type of
10 business it was and what type of business they
11 wanted to do with Mallinckrodt, I would pursue the
12 business from that avenue.
13 Q  And would you offer price concessions or
14 anything of the sort in order to entice them to
15 start purchasing from Mallinckrodt?
16 A  Price concessions, no.
17 Q  How did you determine the pricing to
18 offer?
19 A  Depended on the size of the account,
20 who -- what type of account it was, how they
21 wanted -- how they were situated in the
22 marketplace.
23 Q  Okay.  And did you negotiate any discounts
24 or rebates or anything like that?
25 A  You're speaking of initial accounts and

Highly Confidential - Subject to Further Confidentiality Review

```
 1   trying to open up initial accounts, correct?
 2        Q   Yes.
 3        A   No.  No discounts.  Basically, we sell at
 4   one price.  We do contract work, and contract
 5   pricing can be lower than the acquisition cost.
 6   Everyone would be doing contracts.
 7        Q   Okay.  And if it was already -- if you
 8   were talking to a customer, an existing customer,
 9   would you have negotiations with the customer
10   about pricing?
11        A   With an existing customer, did you say?
12        Q   Yes.
13        A   At times, yes.
14        Q   And how would that work?
15            MR. DAVISON:  Objection to form.
16        A   Pricing, basically, if our price was out
17   of line in the marketplace, we're me-too products,
18   we're a generic company.  Other companies had our
19   same line of products, and if you wanted to be on
20   a formulary, you'd hopefully have to have a very
21   strong pricing program to be in the primary
22   position.
23   BY MR. LOESER:
24        Q   So would you say among the different
25   generic manufacturers, when you would talk to a
```

```
 1   customer and try and get a new customer, was there
 2   a competition based on price, between the
 3   different manufacturers?
 4           MR. DAVISON:  Objection to form.
 5        A  It could be.
 6   BY MR. LOESER:
 7        Q  And with existing customers, did that
 8   continue to be the case?
 9           MR. DAVISON:  Objection to form.
10        A  Yes.
11   BY MR. LOESER:
12        Q  And were there factors other than the
13   price that potential or actual customers took into
14   account when choosing to purchase from
15   Mallinckrodt?
16        A  Yes.
17           MR. DAVISON:  Objection to form.
18   BY MR. LOESER:
19        Q  And what were those?
20        A  Service.  Our product line being fully
21   in -- basically fully integrated product line.
22        Q  And pause for a second.  What do you mean
23   by "service"?
24        A  How you service the account, how you take
25   care of it.  If they have issues, you take care of
```

Highly Confidential - Subject to Further Confidentiality Review

1    the issues.  Hopefully, you can out perform
2    somebody, your competition.
3         Q    What do you mean by "issues"?  What would
4    be some examples of issues that a client would
5    have that you could take care of?
6         A    Out of stock, allocated products, things
7    of that nature.
8         Q    Do you recall any issues other than out of
9    stock?
10             MR. DAVISON:  Objection to form.
11        A    There was other issues.  I don't recall
12   them all.
13   BY MR. LOESER:
14        Q    Was that a primary issue that service
15   would take care of, when a customer was out of
16   stock and Mallinckrodt would make sure that it
17   would provide that stock?
18        A    We would work with the customer as best we
19   can and allocate a product and backorders, things
20   of that nature, which was common in the industry.
21        Q    Did you have any interaction with pharmacy
22   benefit managers?
23        A    No.
24        Q    How about retail pharmacies, national
25   retail pharmacies, Walgreens, Rite Aid?