# EXHIBIT 12

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2        FOR THE NORTHERN DISTRICT OF OHIO
 3                 EASTERN DIVISION
 4                    -  -  -
 5   IN RE:  NATIONAL              : HON. DAN A.
     PRESCRIPTION OPIATE           : POLSTER
 6   LITIGATION                    :
                                   : NO.
 7   APPLIES TO ALL CASES          : 1:17-MD-2804
 8
 9           - HIGHLY CONFIDENTIAL -
10     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
12                    -  -  -
13               JANUARY 15, 2019
14                    -  -  -
15              Videotaped deposition of
     ANDREW BOYER, held at the offices of
16   BRESSLER AMERY & ROSS, 325 Columbia
     Turnpike, Florham Park, New Jersey, on
17   Tuesday, January 15, 2019, beginning at
     approximately 9:50 a.m., the proceedings
18   being recorded stenographically by Gail
     Inghram Verbano, Registered Diplomate
19   Reporter, Certified Realtime Reporter,
     Certified Shorthand Reporter (No. 8635),
20   and transcribed under her direction.
21
22
23
24   Videotape technician:  Eric Davidson
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1         A.   I don't remember what his
 2   title was, unless it's in here.  He was --
 3   I don't know exactly what his title was.
 4   He was like a catchall in the organization
 5   to help put presentations together for the
 6   organization.
 7         Q.   Do you know where he was
 8   based?
 9         A.   He was in North Wales,
10   Pennsylvania.
11         Q.   Okay.  He states here in this
12   email, "Hi, Doug.  I hope all is well.  We
13   are currently updating the annual report
14   and I would need your update as to the CA
15   market."
16              Do you see that?
17         A.   Yes.
18         Q.   Does that mean Canadian, "CA"?
19         A.   Yes.
20         Q.   Okay.  Let me ask you a couple
21   of questions about the attached document.
22              Second page of that, which
23   begin -- which has a page number ending in
24   621, just quickly take a look.
```

Highly Confidential - Subject to Further Confidentiality Review

 1          Do you recognize that as a
 2   portion of the material that was being
 3   revised to go into an annual report, at
 4   least according to the cover email?
 5          A.    Assume so.
 6          Q.    Okay.  Just want to ask you
 7   about a couple of statements in there.
 8   Page 625 -- and again, those are the last
 9   three digits in the lower, right-hand
10   corner.  There's a subhead at the bottom of
11   the page that says "United States."
12          Do you see that?
13          A.    Yes.
14          Q.    Okay.  Second paragraph
15   states:  "In the United States, we are
16   subject to intense competition in the
17   generic drug market from domestic and
18   international generic drug manufacturers,
19   brand-name pharmaceutical companies through
20   lifecycle management initiatives,
21   authorized generics, existing brand
22   equivalents and manufacturers of
23   therapeutically similar drugs."
24          Do you see what I just read?

```
 1          A.   Yes.
 2          Q.   Is that a true statement, as
 3   far as you are concerned based upon your
 4   role in the organization at that time?
 5          A.   Yes.
 6          Q.   If you turn to the next page,
 7   which ends in 626, the second paragraph
 8   from the top states, "In the United States,
 9   our wholesale and retail selling efforts
10   are supported by advertising in
11   professional journals and on leading
12   pharmacy websites, as well as participating
13   in key medical and pharmaceutical
14   conferences.  We continue to strengthen
15   customer awareness of the benefits of
16   generics through partnerships and digital
17   marketing programs."
18               Do you see that?
19          A.   Yes.
20          Q.   As far as you were concerned,
21   based upon your position in the company at
22   the time, was that a true statement?
23          A.   It might be a true statement
24   for the brand part of our organization.
```

```
 1          Q.   Okay.
 2          A.   It wouldn't -- it wouldn't be
 3   for the generic part of the organization.
 4          Q.   Not at all?  Would any part of
 5   it be true for the generic part?
 6          A.   I could see the -- some of the
 7   journal advertising -- with our "now
 8   available" ads or "coming soon" ads, there
 9   could have been some of that in the
10   professional journals.
11               And this is only for Teva;
12   correct?
13          Q.   Correct.
14          A.   Okay.  Doubtful, pharmacy
15   websites.
16               Definitely not key medical and
17   pharmaceutical conferences, other than what
18   I would consider to be NACDS or HDA, where
19   we would use the same "coming soon," "now
20   available" or corporate positioning, such
21   as supply chain and R&D capabilities.
22               And I would doubt any kind of
23   consumer awareness through partnerships and
24   digital marketing programs.  That would not
```