# EXHIBIT 13

Highly Confidential - Subject to Further Confidentiality Review

```
 1              IN THE UNITED STATES DISTRICT COURT
               FOR THE NORTHERN DISTRICT OF OHIO
 2                       EASTERN DIVISION
 3

     --------------------------  )
 4   IN RE: NATIONAL             ) MDL No. 2804
     PRESCRIPTION OPIATE         )
 5   LITIGATION                  ) Case No.
     --------------------------  ) 1:17-MD-2804
 6                               )
     THIS DOCUMENT RELATES TO    ) Hon. Dan A. Polster
 7   ALL CASES                   )
     --------------------------  )
 8
 9                     HIGHLY CONFIDENTIAL
10        SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
12
13               VIDEOTAPED DEPOSITION OF
14
15                MICHAEL STEPHEN DORSEY
16
17                     January 8, 2019
18
19                     Chicago, Illinois
20
21
22
23            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
24                   deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

1        So, it's just making -- it's matching up
2   that the patient is getting what the physician
3   thinks is best for them.  So, it's not really
4   selling.  It's just making sure that the store has
5   that product that the physician deems is best for
6   the patient.
7        Q.   And is that the same -- do you see your
8   role in the same way vis-à-vis generics?
9        A.   Generics are -- are different than --
10  their mechanisms are different than brands.
11       Q.   How so?
12       A.   As you've kind of touched upon, brand is
13  a prescription, it's all driven by what the
14  physician is writing and then they feel that there
15  is an FDA-approved product that's appropriate for
16  their patient's needs and the patient goes to the
17  pharmacy to get it filled.  And there could be
18  multiple products for hypertension, but they think
19  this product is, you know, is best.  So, the store
20  maybe has to carry five different hypertension
21  products.
22            When it comes to generics, for the most
23  part, they only carry one -- one manufacturer.  So,
24  if there is one manufacturer or 12 manufacturers

1   and there's an AB-rated product for an item,

2   they'll negotiate the best price and then that's

3   the only one that they will -- for the most part,

4   will stock at their -- at the store.

5       Q.   So, the -- when you are saying "they"

6   would negotiate the best price, you are talking

7   about the pharmacies?

8       A.   Our customers.  So, pharmacy,

9   wholesalers.

10      Q.   So, is -- is it fair to say, then, that

11  Actavis for its generic drugs competed primarily

12  based on price?

13      MR. DIAMANTATOS:  Objection; form.

14  BY THE WITNESS:

15      A.   I wouldn't think that's fair.

16  BY MR. MELAMED:

17      Q.   How did Actavis -- as a -- pertaining to

18  its generic drugs.

19      A.   Okay.

20      Q.   How did Actavis compete against other

21  offerors of AB-rated -- let me withdraw that.

22  That's a very messily stated question.

23      A.   Okay.

24      Q.   So, Actavis manufactured AB-rated

Highly Confidential - Subject to Further Confidentiality Review

```
 1   equivalents for certain brand name drugs,
 2   correctly?  Correct?
 3           MR. DIAMANTATOS:  Objection; form, time frame.
 4   BY THE WITNESS:
 5       A.   They did do manufacture, yes.
 6   BY MR. MELAMED:
 7       Q.   And so did some of Actavis' competitors,
 8   correct?
 9           MR. DIAMANTATOS:  Objection; form, time frame.
10   BY THE WITNESS:
11       A.   Yes.
12   BY MR. MELAMED:
13       Q.   So, if there are two AB-related opioids,
14   how would Actavis compete to get -- to have -- to
15   increase its sales of its opioid?
16           MR. DIAMANTATOS:  Objection; form, foundation.
17   BY THE WITNESS:
18       A.   It would really follow suit for the
19   whole portfolio.  So, it comes down to a lot of the
20   things.  I guess you would have to ask, you know,
21   some of the customers what's most important to them
22   so that they are able to fill these legally written
23   FDA-approved drugs at their stores.  They can't
24   fill their customers unless they have supply.
```

Highly Confidential - Subject to Further Confidentiality Review

1  So, supply would be an item that is key,
2  and I guess at least the customers have told us
3  that's key for them is they have an ample supply.
4  So, price is -- price is nice but without any
5  product, they are not able to fulfill those
6  prescriptions.
7  BY MR. MELAMED:
8      Q.   Okay.  So, there are at least two --
9  you've mentioned at least two elements, to be
10 clear?
11     A.   Yeah.
12     Q.   You would compete on price and
13 availability, supply of the drug, is that correct?
14     A.   Yeah.
15     Q.   Is there anything else?
16     A.   It's really -- well, supply is really
17 the key thing.  I mean, and sometimes it comes down
18 to how -- how -- how the companies are working
19 together.
20     Q.   Kind of the interpersonal relationship?
21     A.   There is that.
22     Q.   You mentioned for brands, it was -- your
23 role was supporting prescriptions that a physician
24 is writing for an FDA-approved product for a

Highly Confidential - Subject to Further Confidentiality Review

 1   patient that they, the physician, sees fit?

 2        A.    Yes.

 3        Q.    What did you do to determine that the

 4   prescriptions the physician is writing were for

 5   legitimate reasons?

 6        MR. DIAMANTATOS:  Objection; form,

 7   mischaracterizes the witness' testimony.

 8   BY THE WITNESS:

 9        A.    You -- you can't govern.  It's not how

10   it works.  It's the physician.  It's not every --

11   that you see every prescription and then there is a

12   government agency.

13              So, I think as a consumer and as a

14   whole, you look at the physician is doing the right

15   thing and they are diagnosing the patient for what

16   they have.  They are seeking a medication or

17   therapy.  Sometimes it's food and diet that

18   patients can cure their ailments.  And if that's --

19   they're not willing and able to do that, then there

20   is other -- there is other options for them.

21              So, it's -- it's something that you get

22   calls from either the field or there is a request

23   from corporate saying, "Hey, we're not -- what's,

24   you know -- we don't have this product.  Can you