# EXHIBIT 14

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF OHIO

 3                       EASTERN DIVISION

 4

 5    ------------------------------) MDL No. 2804

 6    IN RE NATIONAL PRESCRIPTION   )

 7    OPIATE LITIGATION             )

 8                                  ) Case No. 17-md-2804

 9    This document relates to:     )

10    All Cases                     )

11    ------------------------------) Hon. Dan A. Polster

12

13                    HIGHLY CONFIDENTIAL

14         SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

15

16             The videotaped deposition of KATE NEELY,

17    called for examination, taken pursuant to the Federal

18    Rules of Civil Procedure of the United States District

19    Courts pertaining to the taking of depositions, taken

20    before JULIANA F. ZAJICEK, a Registered Professional

21    Reporter and a Certified Shorthand Reporter, at Lieff

22    Cabraser Heimann & Bernstein, 8th Floor, 250 Hudson

23    Street, New York, New York, on January 8, 2019, at

24    9:06 a.m.
```

```
 1                Go ahead.
 2     BY THE WITNESS:
 3         A.     Yeah, and I think -- and I think we talked
 4     about that before the break that we don't have
 5     visibility to what other manufacturers were or weren't
 6     doing or who and weren't selling to, so I don't think
 7     that that's a question I can answer.
 8     BY MR. KAWAMOTO:
 9         Q.     But in terms of the market share assigned
10     to Mallinckrodt and ways to increase that market
11     share, one way to increase Mallinckrodt's market share
12     would be to sell to distributors that other
13     manufacturers weren't willing to sell to, isn't that
14     correct?
15         A.     And, again, I think we've answered this
16     question two times before.  We don't know what other
17     manufacturers were or weren't doing, so I cannot tell
18     you that we picked up business because that customer
19     was unable to purchase the product from another
20     manufacturer.  I don't have that information.
21         Q.     But in -- well, I understand that but --
22         A.     I don't know --
23         Q.     -- as a --
24         A.     -- because you've --
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      Q.    -- as a --
 2      A.    -- asked me that three times.
 3      Q.    As a theoretical matter --
 4      A.    Uh-huh.
 5      Q.    -- if you are willing to supply
 6  distributors in the market that other manufacturers
 7  are not --
 8      A.    Um-hum.
 9      Q.    -- isn't that going to result in an
10  increased market share for you?
11      A.    Again --
12      MR. TSAI:  Object to the form.
13  BY THE WITNESS:
14      A.    Yeah, I -- I can't answer.  I think we are
15  talking about real information here and not
16  theoretical, so I don't think I can answer that
17  question.
18  BY MR. KAWAMOTO:
19      Q.    Okay.
20            So you have no opinion or you have no
21  knowledge about how Mallinckrodt could increase its
22  market share by supplying distributors that others
23  weren't willing to, you just -- you don't know?
24      A.    Again, I don't know if other manufacturers
```

```
 1    were unable or unwilling to supply to certain

 2    customers.  What I can tell you is that Mallinckrodt

 3    had the ability to gain market share through

 4    contracting with different customers.  Why those --

 5         Q.    And how that --

 6         A.    -- why those contracts became available is

 7    not known to us.

 8         Q.    Well, so let's -- let's explore that.

 9               When you say they have the ability to

10    maintain market share through contracting with

11    different customers, what do you mean by that?

12         A.    So what we talked about in the earlier

13    discussion in terms of that's how generic companies go

14    to market.  So you have certain customers that make up

15    certain market shares and you choose to partner or you

16    offer a price point that incentivize them to want to

17    buy your product and at that point you create a

18    contract and you have a -- you contract with them to

19    sell your product to them.

20         Q.    And so you are competing with other

21    generic manufacturers for these customers, are you

22    not?

23         A.    Depending on the market, yes, potentially.

24         Q.    And so what are things you can do to make
```

```
 1   sure that you get the customer and your competitors

 2   don't, other -- other than price, are there other

 3   things?

 4        A.    Price is usually the key driver.

 5        Q.    Okay.

 6        MR. KAWAMOTO:  So I believe we are up to

 7   Exhibit 8.  Okay.  Great.

 8              (WHEREUPON, a certain document was

 9               marked Mallinckrodt - Neely

10               Deposition Exhibit No. 8, for

11               identification, as of 01/07/2019.)

12   BY MR. KAWAMOTO:

13        Q.    Okay.  So, Ms. Neely, I've given you an

14   e-mail chain that's Bates numbered 6320438.

15        A.    Uh-huh.

16        Q.    And I want to start with the e-mail on the

17   very back, which is 6320439.

18        A.    Um-hum.

19        Q.    Okay.  So this is an e-mail that you sent

20   to Jeremy Stamer.

21              Who is Jeremy?

22        A.    Jeremy worked in our market share -- I --

23   I don't know if the name of the department is

24   portfolio market share analytics.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1      Q.    And could you read that first sentence
 2   that I highlighted?
 3      A.    Sure.
 4            "In our meeting the other day, you
 5   mentioned that you could estimate what Florida
 6   oxycodone sales should be based on population,
 7   demographics, et cetera versus where they are actually
 8   tracking at."
 9      Q.    Okay.
10            And what did you mean when you say that
11   you could estimate what Florida oxycodone sales should
12   be based on population, demographics?
13      A.    Yeah, that's a great question.
14            So, this was 2010.  So at this point we
15   had had enough data points coming in for us to start
16   to see that Florida was representing on -- on
17   oxycodone a higher percentage to the total country
18   than Florida sales on non-oxy-related products and we
19   were trying to understand why.  And what I -- because
20   it -- it seemed -- it seemed high, but at the same
21   time, you know, Florida is where older people go to
22   retire.  It's -- you know, so you've got an older
23   population that is aging, that could be more pain, and
24   so we couldn't understand why the sales were -- were
```