# EXHIBIT 15

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3
       IN RE: NATIONAL         )
 4     PRESCRIPTION            )  MDL No. 2804
       OPIATE LITIGATION       )
 5     _____ )  Case No.
                               )  1:17-MD-2804
 6                             )
       THIS DOCUMENT RELATES   )  Hon. Dan A.
 7     TO ALL CASES            )  Polster
 8
                TUESDAY, FEBRUARY 12, 2019
 9
         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                        - - -
12           Videotaped deposition of Bonnie
13     New, held at the offices of BRYAN CAVE
14     LEIGHTON PAISNER LLP, One Metropolitan
15     Square, Suite 3600, St. Louis, Missouri,
16     commencing at 9:18 a.m., on the above date,
17     before Carrie A. Campbell, Registered
18     Diplomate Reporter and Certified Realtime
19     Reporter.
20
21
22                        - - -
             GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
24
25
```

1          products.
2     QUESTIONS BY MR. GOTTO:
3          Q.    So managing customer
4     expectations, what does that entail?
5          A.    Being responsive and accurate
6     in your response to them.  If I didn't know
7     the answer, I had to find the answer for
8     them.
9          Q.    Did you have any principal
10    points of contact with the Kroger
11    organization?
12         A.    My primary contact was the
13    buyer for Kroger.  He was -- I think his
14    title was merchandiser coordinator.  I'm not
15    sure.
16         Q.    Okay.  And relative to the
17    Kroger business, who were Mallinckrodt's
18    competitors?
19              MR. DAVISON:  Objection to
20         form.
21              THE WITNESS:  Every retail
22         chain and every drugstore chain out
23         there.
24    QUESTIONS BY MR. GOTTO:
25         Q.    Maybe I misspoke.

Highly Confidential - Subject to Further Confidentiality Review

```
 1                  Mallinckrodt's competitors to
 2    get Kroger's business.
 3          A.      Oh.
 4          Q.      Who were you competing with as
 5    a Mallinckrodt national account manager in
 6    trying to get Kroger business?
 7                  MR. DAVISON:  Objection.
 8                  THE WITNESS:  Thank you.
 9                  I mean, every pharmaceutical
10          company that was manufacturing
11          products that were like ours.
12    QUESTIONS BY MR. GOTTO:
13          Q.      And who were the principal
14    other manufacturers who were manufacturing
15    competitive product?
16                  MR. DAVISON:  Objection.
17                  THE WITNESS:  I can remember
18          some of the old names.
19    QUESTIONS BY MR. GOTTO:
20          Q.      Okay.
21          A.      Endo and Watson.  Gosh, Endo,
22    Watson, those are the two that come to mind.
23    Qualtest at the time.  That's it.
24          Q.      Okay.  In terms of annual
25    dollar volume with the accounts that you
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1     managed, what was the largest account?
 2               MR. DAVISON:  Objection.
 3     QUESTIONS BY MR. GOTTO:
 4          Q.   I don't need the dollar amount.
 5     I'm just ranking --
 6          A.   Right.
 7          Q.   -- what was the largest --
 8          A.   The largest account that I
 9     managed for any length of time was Walmart.
10          Q.   Okay.  How about after Walmart?
11          A.   Kroger and Walmart were pretty
12     close to each other.  At the end, I had the
13     Cardinal account but lost the Walmart
14     account, so it just varied --
15          Q.   Okay.
16          A.   -- depending on the day and
17     year.
18          Q.   Okay.  And in terms of the
19     products that your accounts were purchasing
20     from Mallinckrodt, were they all generics?
21          A.   Yes.
22          Q.   Okay.  So you never had
23     responsibility for sales of any branded
24     product; is that correct?
25          A.   No, sir.
```