# EXHIBIT 16

Highly Confidential - Subject to Further Confidentiality Review

```
 1         IN THE UNITED STATES DISTRICT COURT
 2          FOR THE NORTHERN DISTRICT OF OHIO
 3                   EASTERN DIVISION
 4                       - - -
 5

   IN RE:  NATIONAL         :   HON. DAN A.
 6 PRESCRIPTION OPIATE      :   POLSTER
   LITIGATION               :
 7                          :
   APPLIES TO ALL CASES     :   NO.
 8                          :   1:17-MD-2804
                            :
 9
            - HIGHLY CONFIDENTIAL -
10
    SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                       - - -
12
                 February 15, 2019
13
                       - - -
14
15           Videotaped deposition of
   GEORGE STEVENSON, taken pursuant to
16 notice, was held at the offices of
   McCarter & English, LLP, 1600 Market
17 Street, Philadelphia, Pennsylvania,
   beginning at 9:11 a.m., on the above
18 date, before Michelle L. Gray, a
   Registered Professional Reporter,
19 Certified Shorthand Reporter, Certified
   Realtime Reporter, and Notary Public.
20
                       - - -
21
22       GOLKOW LITIGATION SERVICES
     877.370.3377 ph | 917.591.5672 fax
23            deps@golkow.com
24
```

1        MS. VANNI:  Object to form.
2        THE WITNESS:  I don't know
3    if I would use the word hedging.
4    It's -- it's participating, it's
5    offsetting.
6  BY MS. SCULLION:
7       Q.    Fair enough.  Okay.  So it
8  wouldn't -- it wouldn't have as much of a
9  decline in its overall sales of an
10 oxycodone APAP product, because some
11 would now be Endocet instead of Percocet?
12      A.    Right.
13      Q.    Okay.  And you explained
14 that there were other generic versions of
15 Percocet on the market at the same time
16 as Endocet.  Was there any advantage to
17 Endo in having the trademarked name
18 Endocet for its generic version?
19      A.    No, none at all.  That was
20 done before I got there.
21      Q.    Okay.  And so in terms of
22 competing with the other generic versions
23 of Percocet that were on the market, how
24 did Endo compete?

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    MS. VANNI:  Object to form.
 2                    THE WITNESS:  How --
 3      BY MS. SCULLION:
 4             Q.    Sorry.  How did Endocet --
 5      how did Endocet compete with the other
 6      generic versions on the market?
 7                    MS. VANNI:  Object to the
 8             form.
 9                    THE WITNESS:  What do you
10             mean by how -- compete?  How do
11             you mean?  I'm sorry, I don't
12             understand.
13      BY MS. SCULLION:
14             Q.    Sure.  That's okay.  I think
15      you explained earlier that there -- the
16      national account executives interacted
17      with the wholesalers or the trade to get
18      the product stocked.  Did Endo -- did
19      Endo's national account executives
20      effectively compete with national account
21      executives from other manufacturers to
22      get Endocet stocked as the generic
23      version of Percocet instead of one of the
24      others?
```

Highly Confidential - Subject to Further Confidentiality Review

1      A.    I think we're mixing the
2   brand business and the generic business.
3   The brand business focused on stocking.
4   That's all they do.
5      Q.    Got it.
6      A.    They have nothing to do with
7   price.  They have nothing to do with
8   anything but stocking, period.  That's
9   why 9 -- maybe that's 5, 8 percent of
10  their time is involved with the brand on
11  stocking.
12            Once the brand is stocked,
13  basically it's just maintenance.  Okay.
14  On the generic side it's more
15  complicated.  So I think to answer your
16  question, how we competed was we had to
17  have a competitive price.  We had to
18  supply, do all the -- you know, the -- do
19  all the necessary customer service things
20  from supply, interaction with the
21  account.  And that's what the national
22  account executives would do.
23            Normally in the big
24  accounts, it also took -- I was involved

Highly Confidential - Subject to Further Confidentiality Review

1   more in the generic side because I had in
2   many cases, if not all cases, a personal
3   relationship with these folks going back
4   from my, already by that time, many years
5   of experience in the generic business.
6   Now, most of them had -- hadn't changed.
7   And so Endo was perceived when I got
8   there as a smaller generic company,
9   basically a little niche player focused
10  in at that time in -- mostly in control
11  drugs.  Over time we tried to change that
12  before I left where we tried to expand
13  the vision for Endo and get involved in
14  other non-opioid drugs.  But at the time,
15  that was how Endo was perceived, and we
16  were able to compete because we supplied
17  product.  We had good customer service.
18  We interacted well with -- with the
19  customer.  We were responsive.  All those
20  things that you need to do to get
21  business in the generic market.
22          Q.    Okay.
23          A.    We were open and
24  transparent.  We didn't play games.

1   These things may not sound important.
2   But to a large account, they are very
3   important.
4           Q.   And I'm trying to ask the
5   question I was asking a little more
6   clearly I hope.
7                A wholesaler like McKesson,
8   would it be distributing more than one
9   generic version of Percocet or it would
10  just choose one?
11          A.   Well, McKesson -- any
12  wholesaler is going to carry multiple
13  labels.  What's in -- what they are
14  carrying in -- in their DCs is normally
15  in response to the contracts that are
16  loaded for that product for a respective
17  account.
18               So there's -- you know,
19  we -- on the opioid market, you had -- we
20  had customers who we shipped to,
21  DA-approved facilities --
22          Q.   DEA?
23          A.   Yeah, they're all -- you
24  can't --

1  Q.  I just --

2  A.  I'm sorry, DEA-approved

3  facilities, licensed facilities.  And

4  then we also went to the customer's

5  customer, which were the chains and

6  customers that did not have a vault.

7  So in the case -- in the

8  case of McKesson, they -- I have no idea

9  how many labels they carried of the same

10  product, but we were not the only label

11  they carried in the warehouse.  Might

12  have been great if they had been, but

13  that's not the way they work.  Not -- or

14  in fairness, for the record, neither does

15  Cardinal or AmerisourceBergen.

16  Q.  Okay.  What determined

17  ultimately whether a prescription for

18  oxycodone APAP got filled with -- if it

19  got filled with a generic, whether it got

20  filled with Endocet versus another

21  generic version?  That's what I'm trying

22  to understand.

23  How -- how is it determined

24  what pill actually went to the patient?

1   vault, they then have a designated,

2   what's called -- the official name is

3   prime vendor or wholesaler that they have

4   a contract loaded with to supply that

5   particular pharmacy.

6         So, then that wholesaler has

7   those products in the DC, and they ship

8   the product to the chain or to the

9   pharmacy direct.

10      Q.   Can we -- let's -- let's

11  stick with CVS, okay.  So if CVS, if a

12  CVS pharmacy was going to fill a

13  prescription with a generic version of

14  Percocet.

15      A.   Yes.

16      Q.   Would that -- would the CVS

17  pharmacy have only one generic version of

18  Percocet on hand to -- to fill that

19  prescription?

20         MS. VANNI:  Object to form.

21         THE WITNESS:  Yes.

22  BY MS. SCULLION:

23      Q.   Okay.  How -- how was it

24  determined which of the various generic

Highly Confidential - Subject to Further Confidentiality Review

1  versions CVS was using?
2           Did Endo have a relationship
3  with CVS that said you're going to use
4  Endocet, for example?
5       A.   Well, we never say we're
6  going to use it.  We are honored to have
7  their business if we were fortunate to
8  get their business.
9       Q.   Understood. Okay.  Fine.
10 But would there be exclusive -- you'd be
11 the exclusive supplier?
12      A.   At the time.  Now they're --
13 they don't do exclusive anymore, because
14 they are so big.  But at the time you
15 were exclusive, yes.
16      Q.   Okay.  And did Endo compete
17 with other generic manufacturers of these
18 oxycodone APAP drugs, compete to get the
19 exclusives with different chains?
20           MS. VANNI:  Object to form.
21           THE WITNESS:  Yes.
22 BY MS. SCULLION:
23      Q.   How, and what was the
24 competing based on for that contract?

Highly Confidential - Subject to Further Confidentiality Review

```
 1            A.    What I testified a moment
 2   ago, it was based on, you have to have a
 3   competitive price, how you did business,
 4   all the customer service, all that, okay.
 5            Q.    Okay.  And so the price that
 6   CVS was paying was determined based on
 7   the contract between Endo and CVS; is
 8   that right?
 9            A.    Yeah, I don't know that I
10   would call it a contract.  But yes, it
11   was -- it was an agreement on the price.
12            Q.    Okay.  A price agreement.
13   Fair enough?
14            A.    Yeah, among other things.
15   There might have been also involved --
16   well, in the case of opioids it wouldn't
17   be effective because they didn't buy
18   direct.  But under a non-opioid, it would
19   also involve cash terms or prompt payment
20   terms and things like that.  So there
21   might have been other, you know, things
22   like that that might have been involved.
23                  If there was a rebate
24   associated with it, what was the rebate
```

Highly Confidential - Subject to Further Confidentiality Review

1    at the time.  Things like that.  It
2    wasn't just about price.  You don't want
3    to just compete on price.
4           Q.    Okay.  Understood.  Okay.
5                 MS. SCULLION:  I apologize.
6           Can I have Tab 49?
7    BY MS. SCULLION:
8           Q.    So we were talking about
9    the -- sorry about that -- the opioid
10   products that Endo was selling when you
11   joined.  We talked about Percocet,
12   Endocet --
13          A.    You know, what -- oh, in
14   Endo as a whole or the generic division?
15          Q.    Endo as a whole.  Endo as a
16   whole.  I mean, you were familiar with
17   Endo was selling Percocet at the time
18   that it was selling Endocet, right?
19          A.    Yes.  I was familiar with
20   it.
21                (Document marked for
22          identification as Exhibit
23          Endo-Stevenson-7.)
24   BY MS. SCULLION: