# EXHIBIT 19

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
 2           FOR THE NORTHERN DISTRICT OF OHIO
 3                    EASTERN DIVISION
 4
 5    ------------------------------x
 6    IN RE: NATIONAL PRESCRIPTION   ) Case No.
 7    OPIATE LITIGATION              ) 1:17-MD-2804
 8    APPLIES TO ALL CASES           ) Hon. Dan A. Polster
 9    ------------------------------x
10
11        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                 CONFIDENTIALITY REVIEW
         VIDEOTAPED DEPOSITION OF LARRY W. ROMAINE
13
                    CHARLOTTESVILLE, VIRGINIA
14
                   THURSDAY, JANUARY 10, 2019
15
                          9:06 A.M.
16
17
18
19
20
21
22
23    Pages: 1 - 531
24    Reported by: Leslie A. Todd
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   column --
 2        A    Okay.
 3        Q    -- which is entitled "Opana TRF ER-2."
 4   Do you see that?
 5        A    Yes.
 6        Q    And Opana TRF ER-2, that's referring to
 7   the reformulated version of Opana ER?
 8             MR. MORRIS:  Objection.  Form,
 9   foundation, and continuing objection with respect
10   to the use of the demonstrative.
11   BY MS. SCULLION:
12        Q    Is that correct?
13        A    Opana -- yes.
14        Q    That's how it was referred to internally
15   within Opana TRF ER?
16        A    I don't recall that.  We referred to it
17   as Opana with -- with INTAC technology.
18        Q    Okay.  Do you recall seeing Opana TRF ER
19   being used within Endo?
20        A    You know, I don't -- I don't
21   specifically recall that title, but yeah.
22        Q    Okay.  So then -- so looking at the --
23   the figures, it begins in 2012.
24        A    Yes.
```

1    Q    And you've got 221 million in net sales
2    for 2012, and that's just for the reformulated
3    version, correct?
4    A    Correct.
5    Q    As we said, that reformulated version,
6    it launched sometime in the spring, so it's not
7    even a full year, right?
8    A    Yes.
9    Q    Okay.  And then in 2013, we see some
10   growth in the sales to 222 million, correct?
11          MR. MORRIS:  Objection.  Form and
12   foundation.
13          THE WITNESS:  That's on this paper, yes.
14   BY MS. SCULLION:
15   Q    Okay.  And I think you explained
16   earlier, in 2013 is when a variety of products
17   came off patent.  Opana ER was one of those
18   products that came off patent, correct?
19   A    That's correct.
20   Q    So -- and so in 2013, Opana ER began to
21   face generic competition, correct?
22   A    I probably left by the time that
23   happened, but -- yeah.
24   Q    Okay.  In your experience in

Highly Confidential - Subject to Further Confidentiality Review

```
 1   pharmaceutical sales when a product faces generic

 2   competition, do the branded product sales

 3   generally decline?

 4        A    Yes.

 5             MR. MORRIS:  Objection.  Foundation.

 6   BY MS. SCULLION:

 7        Q    So there wasn't time to make too much of

 8   a -- of a track record with the reformulated

 9   version of Opana ER, but again, that's a

10   respectable showing in terms of the sales efforts

11   and the results, right?

12             MR. MORRIS:  Objection.  Form and

13   foundation.

14             THE WITNESS:  Yes.

15   BY MS. SCULLION:

16        Q    Okay.  And again, these are the results

17   from the sales force out there.  They're calling

18   on healthcare providers, they're delivering

19   approved reprints, they're inviting people to

20   speaker series, and that's helping to generate

21   those sales, correct?

22        A    Yes.

23             MS. SCULLION:  Could we have E1175,

24   please.
```

```
 1                (Romaine Exhibit No. 34 was marked
 2           for identification.)
 3   BY MS. SCULLION:
 4       Q    I hand you what I just marked as
 5   Exhibit 34, and it's Bates-stamped ENDO_OPIOID_
 6   MDL-00869053, and we have Bates -- and we stamped
 7   it in the top right corner E1175.
 8           Mr. Romaine, if you look at the first
 9   page of Exhibit 34, do you see this is an e-mail
10   and attachment from you to Mr. Kerr, Mr. Baglin,
11   Mr. Bingol, and Deanne Melloy in September of 2007
12   entitled -- or subject matter, rather, "Opana Top
13   50 Writers"?
14       A    Yes.
15       Q    Okay.  And if you'd just turn to the
16   attachment, which begins at E1175.5.  Is this a
17   set of data that you received in September of 2007
18   concerning the top 50 Opana ER writers for the
19   period January 7th to July -- sorry, January '07
20   to July '07?
21       A    I don't recall specifically receiving
22   this, but it looks like a document I would have
23   gotten in my position.
24       Q    Okay.  Did you from time to time ask for
```