# EXHIBIT 20

Highly Confidential - Subject to Further Confidentiality Review

0    01

2

                    IN THE UNITED STATES DISTRICT COURT

3                 FOR THE NORTHERN DISTRICT OF OHIO

                        EASTERN DIVISION

4

        IN RE:  NATIONAL PRESCRIPTION   MDL No. 2804

5       OPIATE LITIGATION

                                    Case No. 17-md-2804

6       This document relates to:     Judge Dan Aaron Polster

7

        All Cases

8       _____/

9                      HIGHLY CONFIDENTIAL

10          SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

11

12          The videotaped deposition of JOEL R. SAPER, M.D.,

13          Taken at 3120 Professional Drive,

14          Ann Arbor, Michigan,

15          Commencing at 1:41 p.m.,

16          Friday, January 11, 2019,

17          Before Cheryl McDowell, CSR-2662, RPR.

18

19

20

21

22

23

24

25

Highly Confidential - Subject to Further Confidentiality Review

```
 1              from a medical device or a pharmaceutical company,

 2              correct?

 3     A.       That's correct.

 4     Q.       Great.

 5                        And despite the funding, you're still

 6              able to conduct your research with scientific

 7              integrity, correct?

 8     A.       Well, it's not only conducting research.  I mean,

 9              the research is essentially guided by FDA-approved

10              formats for those research projects.

11                        If you ask the question differently about

12              interpreting research, interpreting research or

13              prescribing those drugs after they've been approved,

14              yes, I do, and I use ethical standards to do it, and

15              so do most doctors I believe.

16     Q.       So you're not saying here today that accepting

17              funding from a pharmaceutical company means someone

18              is unable to be objective?

19     A.       That is correct.

20     Q.       Okay.

21     A.       I'm not.

22     Q.       And you're not saying that accepting funding means

23              someone is unable to act with scientific integrity,

24              are you?

25     A.       That is correct, I'm not saying that.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    Q.   Okay.  And you've also provided consulting services

 2         for medical device and pharmaceutical companies, is

 3         that correct?

 4    A.   Yes, I have.

 5    Q.   Approximately how many companies?

 6    A.   Well, over the years, probably thirty, thirty-five

 7         over the years, maybe even more.

 8    Q.   Okay.  And were you able to be objective in your

 9         opinions?

10    A.   I believe I was.

11    Q.   And were you compensated for your services?

12    A.   Do you mean, like, lectures you're talking about?

13    Q.   Yeah.

14    A.   Yeah, I would always be compensated in one way or

15         the other.  Now, some lectures were not compensated

16         for, but mostly, yes.

17    Q.   So you can be objective even though you're receiving

18         compensation?

19    A.   I believe I can be, and I believe most of my

20         colleagues can be.

21    Q.   Okay.  Do you agree that it's important for

22         pharmaceutical companies to consult with top experts

23         in their particular fields?

24    A.   Yes.

25    Q.   Why is that?
```

Highly Confidential - Subject to Further Confidentiality Review

```
1      A.    Well, because pharmaceutical companies need

2            guidance.  They often need to hear what we feel are

3            appropriate needs in terms of drug development,

4            clinical, clinical drug's development, and I think

5            and I must say I have a good relationship with most

6            of the companies in terms of the advisory boards

7            that I've sat on over the years.  So I think it is

8            an important dialogue back and forth.

9      Q.    Okay.  In fact, it would be a problem or it could be

10           detrimental to patients if pharmaceutical companies

11           did not consult with experts in their fields?

12     A.    I believe that to be true.

13                 (Saper Exhibit No. 5 marked and

14                  attached.)

15   BY MS. HARTMAN:

16     Q.    Okay.  I want to introduce Exhibit 5.  I took this

17           off a website, your website.

18                 Do you recognize this study referenced in

19           the website?

20     A.    Do you mean Allergan?

21     Q.    Yeah.

22     A.    Yes, of course.

23     Q.    So are you running a migraine study sponsored by

24           Allergan?

25     A.    Currently, yes, we are.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    Q.   Okay.  What's involved in that study?

 2    A.   Well, it's a drug.  It's a -- we have a bunch of

 3         studies, and I don't want to misspeak here.  I think

 4         it's a CGRP antagonist that we're studying.  I think

 5         it is.  I don't keep which drug from which study

 6         always or which company, I don't keep it always

 7         straight because we have many, but it's a headache

 8         drug that we give, and we've done several studies

 9         for Allergan over the years.

10    Q.   Okay.  But does Allergan have any ability to

11         influence the outcome of your study?

12    A.   The outcome of the studies.

13    Q.   Uh-huh.

14    A.   Well, the studies are approved by the FDA.

15    Q.   Okay.

16    A.   And the data is collected by the drug company such

17         as Allergan.

18    Q.   Right.

19    A.   And they usually will interpret the data, and then

20         those people who they ask to write abstracts, in

21         other words, people like myself or others or write a

22         paper, we will look, we should look at that data,

23         you know, and if we're principally or primarily if

24         we're first authors, and so, yeah, there's a

25         process.
```