# EXHIBIT 29

Case: 1:17-md-02804-DAP  Doc #: 1930-30  Filed: 07/19/19  2 of 7.  PageID #: 98740

 **(/)**

| Join Now (/membership/join-now) | Member Login (https://membership.americangeriatrics.org/eweb/DynamicPage.aspx?Site=ags17&WebCode=LoginRequired&URL_success=https%3A//myagsonline.americangeriatrics.org/home%3FSite%3Dags17%26ssoToken%3D%7Btoken%7D) |
|---|---|
| About Us (/about-us) | |
| Who We Are (/about-us/who-we-are) | |

Menu

# WHO WE ARE

SHARE

 (/#facebook)   (/#twitter)   (/#linkedin)   (/#email)

Founded in 1942, the American Geriatrics Society (AGS) is a nationwide, not-for-profit society of geriatrics healthcare professionals dedicated to improving the health, independence, and quality of life of older people. Our nearly 6,000 members include geriatricians, geriatric nurses, social workers, family practitioners, physician assistants, pharmacists, and internists who are pioneers in advanced-illness care for older individuals, with a focus on championing interprofessional teams, eliciting personal care goals, and treating older people as whole persons.

The Society provides leadership to healthcare professionals, policymakers, and the public by implementing and advocating for programs in clinical care, research, professional and public education, and public policy that can support us all as we age.



**"AGS, AGS, AGS!"**
from **American Geriatrics Society**

Case: 1:17-md-02804-DAP  Doc #: 1930-30  Filed: 07/19/19  3 of 7.  PageID #: 98741

## "Stronger Than Ever"

In 2017, our member community celebrated 75 years of caring for older adults. What does 75 years of geriatrics expertise look like (and sound like)? Find out, in this one-of-a-kind commemorative song commissioned for our anniversary. Music by John B. Sebastian with words by David B. Reuben, MD, AGSF. Performed by James T Pacala, MD, MS, AGSF, Miguel Paniagua, MD, and our #AGS17 attendees.

## Our Mission

To improve the health, independence, and quality of life of all older people.

## Our Vision for the Future

We are all able to contribute to our communities and maintain our health, safety, and independence as we age; and older people have access to high-quality, person-centered care informed by geriatrics principles.

## Strategies for Achieving Our Vision

1. Expanding the geriatrics knowledge base through disseminating basic, clinical, and health services research focused on the health of older people.

2. Increasing the number of healthcare professionals employing geriatrics principles when caring for culturally diverse older persons by supporting the integration of geriatrics concepts into health professional education.

3. Recruiting healthcare professional trainees into geriatrics by focusing on the rewards and potential of a career caring for older people.

4.

  Advocating for public policy that promotes the health and independence of older Americans, with the goal of improving health, quality of life, and healthcare systems serving us all as we age.

5. Creating awareness about the ways geriatrics can support older people remaining active, independent, and engaged in our communities.



**"The AGS is uniquely positioned because we represent a committed group of healthcare professionals who are actually doing the care. It's imperative that the AGS seize the opportunity to advance its mission—ensuring quality care for all older adults—while Washington works to redesign healthcare."**

*–Cheryl P., MD*

   

Annual Meeting (Https://Meeting.americangeriatrics.org)

Donate To Our Foundation
(Http://Www.healthinagingfoundation.org/Support-Us/Ways-To-Donate/)



**(http://onlinelibrary.wiley.com/journal/10.1111/(ISSN)1532-5415)**



**(https://geriatricscareonline.org/)**

**(https://www.healthinaging.org/health-aging-foundation)**



**(http://capwiz.com/geriatrics/home/)**          **(http://www.healthinaging.org)**



**(http://ortho.agscocare.org)**

## Contact Us

**American Geriatrics Society**
40 Fulton St., 18th Floor
New York, NY 10038

Phone: 212.308.1414
Fax:     212.832.8646
**Email Us (mailto:info.amger@americangeriatrics.org)**

## Quick Links

> Media Center (/media-center)

- AGS State Affiliates (/about-us/state-affiliates)
- Find a Geriatrician (http://www.healthinaging.org/find-a-geriatrics-healthcare-professional/)
- MyAGSOnline (http://myagsonline.americangeriatrics.org/home)

## ABOUT US (/ABOUT-US)

Who We Are (/about-us/who-we-are)

Leadership and Staff (/about-us/leadership-and-staff)

Awards (/about-us/awards-and-who-we-honor)

State Affiliates (/about-us/state-affiliates)

How We Operate (/about-us/how-we-operate)

Working in Coalition (/about-us/working-coalition)

## MEMBERSHIP (/MEMBERSHIP)

MyAGSOnline - Member Login (/membership/myagsonline-member-login)

Benefits (/membership/benefits)

Join Now (/membership/join-now)

Renew Now (/membership/renew-now)

Fellowship in the AGS (/membership/fellowship-ags)

Get Involved (/membership/get-involved)

Refer a Colleague Rewards (/membership/refer-colleague-rewards)

AGS Career Connection (/membership/ags-career-connection)

Membership FAQ (/membership/membership-faq)

## PROGRAMS (/PROGRAMS)

AGS Annual Scientific Meeting (/programs/ags-annual-scientific-meeting)

Geriatrics Emergency Department Collaborative (/programs/geriatrics-emergency-department-collaborative)

AGS CoCare: Ortho™ (/programs/ags-cocare-orthotm)

Geriatrics for Specialists Initiative (/programs/geriatrics-specialists-initiative)

Geriatric Workforce Enhancement Program (/programs/geriatrics-workforce-enhancement-program)

Older Driver Safety (/programs/older-driver-safety)

U13 Conference Series (/programs/u13-conference-series)

Reframing Aging (/programs/reframing-aging)

Tideswell-AGS-ADGAP Emerging Leaders in Aging Program (/programs/tideswell-ags-adgap-emerging-leaders-aging-program)

## PUBLICATIONS & TOOLS (/PUBLICATIONS-TOOLS)

Geriatrics Emoji (/publications-tools/geriatrics-emoji)

AGS Newsletter (/publications-tools/current-ags-newsletter)

Educational & Clinical Tools (/publications-tools)

Patient Education (/publications-tools/patient-education)

Practice Management (/publications-tools/practice-management)

Week In Review (/publications-tools/week-review)

## FOR THE PUBLIC (/PUBLIC)

## GERIATRICS AS A PROFESSION (/GERIATRICS-PROFESSION)

About Geriatrics (/geriatrics-profession/about-geriatrics)

Why Geriatrics (/geriatrics-profession/why-geriatrics)

ADGAP (/geriatrics-profession/adgap)

Careers in Geriatrics (/geriatrics-profession/careers-geriatrics)

Pathways in Geriatrics (/geriatrics-profession/pathways-geriatrics)

Training Requirements (/geriatrics-profession/training-requirements)

Board Certification (/geriatrics-profession/board-certification)

Core Competencies (/geriatrics-profession/core-competencies)

## WHERE WE STAND (/WHERE-WE-STAND)

Geriatrics Research (/where-we-stand/geriatrics-research)

Healthcare Workforce (/where-we-stand/healthcare-workforce)

Quality & Patient Safety (/where-we-stand/quality-patient-safety)

Payment & Services for Older Adult Care (/where-we-stand/payment-services-older-adult-care)

Medicare & Medicaid (/where-we-stand/medicare-medicaid)

Healthcare Reform (/where-we-stand/healthcare-reform)

Position Statements on Other Topics (/where-we-stand/position-statements-other-topics)

## LEGAL & GOVERNANCE (/ABOUT-US/HOW-WE-OPERATE)

AGS By-Laws (/about-us/how-we-operate/ags-laws)

Copyright & Permissions (/about-us/how-we-operate/copyright-permissions)

Privacy Policy (/about-us/how-we-operate/privacy-policy)

Resolving Conflicts of Interest (/about-us/who-we-are/how-we-operate/conflicts-of-interest)

Disclaimer (/about-us/who-we-are/how-we-operate/disclaimer)

©2019 American Geriatrics Society All Rights Reserved.