# **EXHIBIT 30**



## ABOUT FSMB

Overview

FSMB Leadership

Membership Information

FSMB Committees

Become a Leader

Apply for Membership

## RESOURCES

FSMB Bylaws

FSMB Certifications

Contact a State Medical Board

Home   /   About FSMB

# ABOUT FSMB

The Federation of State Medical Boards represents the 70 state medical and osteopathic regulatory boards—commonly referred to as state medical boards—within the United States, its territories and the District of Columbia. It supports its member boards as they fulfill their mandate of protecting the public's health, safety and welfare through the proper licensing, disciplining, and regulation of physicians and, in most jurisdictions, other health care professionals.

Case: 1:17-md-02804-DAP  Doc #: 1930-31  Filed:  07/19/19  3 of 4.  PageID #: 98748





## STRATEGIC GOALS

Serve state medical boards by promoting best practices and providing policies, advocacy, and other resources that add to their effectiveness.

Learn More

Case: 1:17-md-02804-DAP  Doc #: 1930-31  Filed: 07/19/19  4 of 4.  PageID #: 98749



# FSMB HISTORY

### FSMB History: A Century of Service to State Medical Boards

Over the course of a century, the FSMB has grown from a small annual gathering of state board executive officers with no permanent staff or headquarters to a vibrant national organization staffed by nearly 200 employees in Texas and our nation's capital.

Since its inception in 1912, the FSMB has grown in the range of its services to state medical and osteopathic boards charged with protecting the public health and interests in their respective states. From providing assessment tools to policy documents, from credentialing to disciplinary alert services, the FSMB has served the interests of its member boards.

"**Medical Licensing and Discipline in America: A History of the Federation of State Medical Boards**" relates the history of the FSMB and the evolution over several centuries of America's state-based system for medical licensure and discipline.