# EXHIBIT 31





Only *together* can we improve the relief of pain.

## Mission

The American Pain Society is a multidisciplinary community that brings together a diverse group of scientists, clinicians, and other professionals to increase the knowledge of pain and transform public policy and clinical practice to reduce pain-related suffering.

## Vision

APS envisions a world where pain prevention and relief are available to all people.

## Values

*Integrity*: Demonstrated by mission-driven decisions and behaviors based on ethical choices, objective, evidence-based information, good science, and honest assessment of the greater good.

*Dedication*: Demonstrated by enduring commitment to advocacy for research, education, policy, and practice that advances pain prevention and relief.

*Interdisciplinary*: Demonstrated by respect for the value of diverse views and perspectives among professionals and appreciation of the need for teamwork to fulfill our mission.

## Organizational Structure

APS's organizational structure incorporates administrative infrastructure and mission infrastructure with member volunteers assigned to each area.



8735 W. Higgins Road, Suite 300, Chicago, IL 60631

info@americanpainsociety.org

Case: 1:17-md-02804-DAP  Doc #: 1930-32  Filed: 07/19/19  3 of 3.  PageID #: 98752

CAREER CENTER ›
NEWSROOM ›

©2019 American Pain Society  •  Privacy Policy »