# EXHIBIT 32

Case: 1:17-md-02804-DAP  Doc #: 1930-33  Filed: 07/19/19  2 of 3.  PageID #: 98754



# The American Academy of Pain Medicine is the medical specialty society for pain clinicians, surgeons, nurses, and researchers.

For more than 35 years the American Academy of Pain Medicine (AAPM) has been the premier non-profit, professional medical association serving the multidisciplinary pain care team through education, advocacy, and research.

Our members improve function and quality of life for people in pain. As an AAPM member, you'll join a distinguished community of physicians, allied health professionals, and researchers with a sustained interest in pain disorders and pain management.

AAPM members enjoy **benefits** including:

- Subscription to ***Pain Medicine***, a peer-reviewed indexed journal (12 issues per year)
- *e-News*, a bi-weekly e-newsletter with the most current information on pain medicine
- Discounts on attending the **annual meeting**
- Access to the library of **pain medicine resources**, position statements and coding information on AAPM's website

**JOIN NOW**    **RENEW YOUR MEMBERSHIP**

## AAPM's members come from all of the multidisciplinary roles of the pain care team.

**Active members** are physicians who have backgrounds in a variety of disciplines, such as anesthesiology, family medicine, internal medicine, neurology, neurosurgery, orthopedic surgery, physiatry, and psychiatry, and non-physicians who possess a doctoral level degree in psychology or neuroscience.

**Affiliate members** are nonphysician professionals who provide direct patient care as part of a pain care team or whose principal professional responsibilities support the field of pain medicine, and do not otherwise qualify for Active membership as described above.

**Trainee/Fellow and Resident members** are enrolled and in good standing in a residency or fellowship program approved by either the Accreditation Council for Graduate Medical Education or the American Osteopathic Association at an institution within the United States.

**Medical Student members** are enrolled and in good standing in a curriculum approved by either the Accreditation Council for Graduate Medical Education or the American Osteopathic Association at an institution within the United States and Canada.

**Affiliate student members** must be enrolled and in good standing in an accredited graduate-level program (other than medical school) in the United States or Canada, leading to licensure, registration, or certification in a clinical healthcare profession that is involved in direct care of patients in pain.

[**LEARN MORE AND JOIN**]

Do you have a question about membership? Contact us by phone at 847-375-4731 or email us at **info@painmed.org** .