# EXHIBIT 33

Living with Pain Find a Support Group Find a Clinical Trial Resources

(https://uspainfoundation.org)

ABOUT US PROGRAMS ADVOCACY NEWS & EVENTS GET INVOLVED DONATE

# OUR TEAM

U.S. Pain Foundation was created by people with pain, for people with pain. All of our staff are either people with pain or caregivers of people with pain. That means we truly understand the challenges people with pain face and can better identify ways to help.

Our boards are made up of reputable members of the pain community, who we rely on for guidance and support. We thank our board members for generously giving their time, personal expertise, resources, and experience to support people with pain.

Board Members Our Team Medical Advisory

## BOARD MEMBERS

U.S. Pain Foundation Board of Directors is composed of individuals with unique skills and talents. All board members are committed to serving those with pain by addressing the challenges the community faces.

Nicole Hemmenway

*Chairman*

Nicole Hemmenway is a leading voice in chronic pain awareness and an advocate for patient rights. Having lived most of her life with complex regional pain syndrome, she overcame what doctors told her was a hopeless situation and became not just a survivor, but also a thriver. In her memoir *No, It Is NOT In My Head: The Journey of a Chronic Pain Survivor from Wheelchair to Marathon*, Nicole shares her experiences navigating through the medical system.

For many years during her pain journey, Nicole worked with the National Pain Foundation to help raise chronic pain awareness. It was during this period that she realized the power of her voice. She finally saw that her story mattered. She supports various organizations that provide hope and help to those living with pain.

In 2010, Nicole's dream to form a patient-focused organization for those with pain came to fruition when she joined U.S. Pain Foundation. She immediately wanted to become involved in this organization that understood the challenges those with pain regularly endure while working to help those suffering find empowerment, community, hope and information. She is honored to have an

active role in creating programs that are not only needed, but also beneficial, to the entire pain community.

Nicole created the now U.S. Pain-sponsored online site, *Heroes of Healing*, www.heroesofhealing.com (http://www.heroesofhealing.com/), where caregivers and those with pain can share personal stories of struggle and triumph. She is proud to serve as Vice President of U.S. Pain Foundation as well as Director of the *INvisible Project*.

In September 2015, Nicole was featured within the centerfold of USA Today for MediaplanetUSA's "Chronic Pain" campaign. The campaign shed light on new innovations in treatment, readily available therapies and resources in an effort to bring awareness and help people to live fulfilling lives while battling chronic pain.

Nicole lives in the Bay Area with her husband, two sons and three lively animals. After fighting so hard to find treatments that fit her lifestyle and body, every day is a gift. She enjoys being active, eating clean and embracing the little moments in life. It is her continued mission to inspire other pain warriors, while advocating for their rights to proper care.

---

(https://uspainfoundation.org//wp-content/uploads/2015/12/missing.png)Wendy Foster
*Board Member*



Wendy Foster has found a way to turn her pain into something positive. As a leading advocate in the pain community, she focuses her efforts on changing legislation that enable patients' appropriate access to medication.

For over two decades, Wendy has been living with an unidentified condition. Using the vague classification of progressive neuromuscular disorder, her condition increasingly weakens the muscles closest to her torso, including her diaphragm. Additionally, Wendy has had widespread chronic pain in most of the musculature of her limbs as well as in her lower back. She suffers from asthma, constant headaches, and severe migraines.

Despite having to take an early retirement after twenty-six years teaching preschool at the local YMCA, Wendy is not letting pain dictate her life. She has found a new passion educating others about the struggles those with pain and chronic medical conditions endure. She testifies throughout the country on important health issues, using her voice to make a difference in the legislative process. She also supports NEADS, Dogs for Deaf and Disabled Americans. As a board member and Director of State Advocacy for U.S. Pain Foundation, Wendy plays an

instrumental role in showing others living with pain that it is never too late to share your story for the better good.

(https://uspainfoundation.org)

Ellen Lenox Smith
*Secretary*

Ellen Lenox Smith has emerged as a leading voice for patients living with pain in Rhode Island. Featured in local and national press accounts, Ellen brings a reasoned and compassionate perspective to the need for safe patient access to medicine.

Ellen suffers from two rare conditions. One is a degenerative collagen disorder called Ehlers-Danlos Syndrome. This crippling disease allows her joints to become easily dislocated, causing vice-like pain and confining her on and off to a wheelchair. She presently has endured twenty-three surgeries and countless visits to her doctors. Her second condition is called sarcoidosis, which has allowed enlarged lymph nodes and granulomas in her lungs. Both these conditions are presently not curable.

While having a long and distinguished career, predominantly in the field of education, Ellen has devoted much of her recent time to advocacy. She is a Rhode Island ambassador for the U.S. Pain Foundation, and spent a decade working as an

Arthritis Foundation ambassador. She serves on the board for the Rhode Island Patient Advocacy Coalition (RIPAC), is the author of two books, and in 2006, was accepted into the Connective Tissue Research at the National Institute of Health to help search for a cure to Ehlers-Danlos Syndrome.

U.S. PAIN FOUNDATION
(https://uspainfoundation.org)

ABOUT US PROGRAMS ADVOCACY NEWS & EVENTS

GET INVOLVED DONATE

SHARE YOUR STORY

U.S. Pain invites you to share your individual pain experiences with us, and have your voice heard. It is our stories that make a difference in the pain community.

SHARE NOW (HTTPS://USPAINFOUNDATION.ORG/GET-INVOLVED/SHARE-YOUR-STORY/)

ABOUT US

U.S. Pain Foundation is a 501 (c)(3) nonprofit organization dedicated to serving those who live with pain conditions and their care providers. We are here to help individuals find resources and inspiration.

TERMS & CONDITIONS (HTTPS://USPAINFOUNDATION.ORG//TERMS-AND-CONDITIONS/)

(https://uspainfoundation.org)

## HAPPENING ON TWITTER

ABOUT US PROGRAMS ADVOCACY NEWS & EVENTS

My Tweets (https://twitter.com/@US_Pain)

## FOLLOW US

- (https://www.facebook.com/U.S.PainFoundation/) (https://twitter.com/US_Pain/)
- (https://www.instagram.com/us_pain_foundation/)
- (https://www.pinterest.com/uspain/)
- (https://www.linkedin.com/in/paul-gileno-31772b2a/)
- (https://www.youtube.com/channel/UCtAsSeQd5if3BRi0BXn19Ug/)

GET INVOLVED DONATE

## CONTACT US

Our Office Address
U.S. Pain Foundation
670 Newfield Street, Suite B
Middletown, CT 06457

Telephone : 800.910.2462

Email : contact@uspainfoundation.org (mailto:contact@uspainfoundation.org)

TAX ID NUMBER: 26-2703521

VISIT OUR CONTACT PAGE (HTTPS://USPAINFOUNDATION.ORG//CONTACT/)

All content Copyright © 2017 U.S. Pain Foundation, Inc.All rights reserved. U.S. Pain Foundation is a qualified 501(c)(3) tax-exempt organization Design/ Development Sideless Box Design Co. (https://www.sidelessbox.com)

(https://uspainfoundation.org)

(https://twitter.com/US_Pain) (https://www.facebook.com/U.S.PainFoundation/)

(https://www.linkedin.com/in/paul-gileno-31772b2a)

(https://www.pinterest.com/uspain/)

(https://www.youtube.com/channel/UCtAsSeQd5if3BRi0BXn19Ug)

(https://www.instagram.com/us_pain_foundation/)

U.S. PAIN FOUNDATION

ABOUT US PROGRAMS ADVOCACY NEWS & EVENTS

GET INVOLVED DONATE