# EXHIBIT 35

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION | MDL 2804 |
| OPIATE LITIGATION | Case No. 17-md-2804 |
| *This document relates to:* | Hon. Dan Aaron Polster |
| *The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al.*, Case No. 18-OP-45090 | |

Report of David S. Egilman MD, MPH

March 25, 2019

7.21     OPINION – WALGREENS SOLUTION TO RED FLAGGED STORES WAS TO FIND A DISTRIBUTER WHO WOULD SELL TO THEM. ALL 3 WALGREENS DISTRIBUTOR FACILITIES FAILED TO IMPLEMENT SOM PROCEDURES.

See **Exhibit B.21** hereto attached.

7.22     OPINION – THE "VENTURE" EXPANDED THE MARKET BY PROMOTING INAPPROPRIATE USE (LOW BACK SPASM) OF 3 YEARS DURATION WITH "SOME PAIN".

See **Exhibit B.22** hereto attached.

7.23     OPINION – THE "VENTURE" INTRODUCED THE CONCEPT OF THE "5TH VITAL SIGN" IN 1995, BUT LATER ALLOWED AMERICAN PAIN SOCIETY TO PROMOTE IT AS ITS OWN CREATION TO ENHANCE THE SALES OF OPIOIDS.

See **Exhibit B.23** hereto attached.

7.24     OPINION – ABBOTT AND PURDUE TARGETED INAPPROPRIATE PHYSICIANS FOR USE OF OPIOIDS FOR CHRONIC PAIN.

See **Exhibit B.24** hereto attached.

7.25     OPINION – AMERICAN PAIN FOUNDATION ("APF") FRONTED FOR INDUSTRY TO INCREASE SALES.

See **Exhibit B.25** hereto attached.

7.26     OPINION – "VENTURE" MEMBER ENDO FUNDED SEVERAL FRONT ORGANIZATIONS AND FUNDED NIH PUBLICATIONS AND VARIOUS "EDUCATIONAL" EVENTS.

See **Exhibit B.26** hereto attached.

# OPINION – "VENTURE" MEMBER ENDO FUNDED SEVERAL FRONT ORGANIZATIONS AND FUNDED NIH PUBLICATIONS AND VARIOUS "EDUCATIONAL" EVENTS.

---

**From:** Kitlinski, Linda
**To:** Shively, Scott; LaViscount, Joyce; Travers, Debbie
**CC:** Galer, Bradley; McLaughlin, Jerry
**Sent:** 5/13/2004 3:56:10 PM
**Subject:** RE: 3202 Budget

Scott,

Here's where we stand on pan-portfolio (once again, not a lot of wiggle room because if you recall they pulled all the opioid related stuff out of it and put it into the 3202 budget. When the 3202 budget was then reduced severely, there was very little that was put back in since it was so late in the process.....)

Health & Human Services – $275K – completed (enduring materials already submitted to editor; will be published June and Sept)

Rez Courses – $300K – one completed; one in Sept (already locked in and advertised ) $200K paid; rest due upon reconciliation of budgets

SOAPP – $125K – already paid

Nat'l Pain Foundation Ambassadors Program – $25K – already paid

Amer Pain Foundation – Power Over Pain – $25K – already paid

Opioid Rotation Assistant – $85K – already paid

Educational Initiatives at Pain Centers of Excellence – $140K : $90K already paid; $30 K committed

NIH Handbook – already completed – $40K paid; $20K due in 2 months when printing completed

Emerging Leaders in Pain Scholarship Awards – $40K – announced this month at APS Board Meeting; payment due in fall.

Regional Pain Societies – $150K – $100 pd; $50 committed (contracts signed, speakers locked in) for Sept/Oct

California Core Curriculum – $10K due in Sept – can't pull out since our participation has already been announced

AAN – $10K – pd

RSDSA – $10K – pd

Univ of WA – $5K – payment due in June; already signed contract

Beth Israel – $50K – already discussed with Portenoy although no payment made yet

So, what is left is the IMMPACT program (FDA/NIH/industry collaboration). We have paid $20K to date, which leaves us $20K. **Brad – do you know if there's another meeting planned?**

Linda

-----Original Message-----
From: Shively, Scott
Sent: Thursday, May 13, 2004 11:17 AM
To: Kitlinski, Linda; LaViscount, Joyce; Travers, Debbie
Cc: Galer, Bradley; McLaughlin, Jerry
Subject: Re: 3202 Budget

Ok, thanks

Any oportuntiy within the pan-portfolio budget? Since we are delayed on 3202, can some of the programs be defered to 2005?

R. Scott Shively
VP – Marketing
Endo Pharmaceuticals

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER　　　　　ENDO-OPIOID_MDL-02255602