**EXHIBIT 39**



# Letter of Agreement
## Purdue Pharma L. P. Healthcare Grant No: EDP105097

This letter will serve as an Agreement between American Pain Society (hereinafter "Provider") and Purdue Pharma L.P. (hereinafter "Commercial Supporter" or "Purdue"), whereby the Commercial Supporter will provide funding to the Provider in support of the following continuing education program or initiative (hereinafter "Program"):

Title: 2014 Pain Care for Primary Care
Estimated Start Date: Jul 17, 2014 - Estimated End Date: Jul 19, 2014
Location: Walt Disney World Swan Hotel, Orlando, Florida

1. Grant funding made in support of the Program shall be in the amount of $20,000.00 paid directly to the Provider. Grant monies must be used for educational or scientific purposes only, and shall not be used to pay for payment associated with the provision of food, beverages, travel or lodging for meeting attendees.

2. If at any time there is a change to the estimated start and/or end date(s) mentioned within this Letter of Agreement, then the Provider will notify Purdue Pharma L.P. of the new start and end date(s) via email to: healthcaregrants@pharma.com; or via phone 800-889-9035 or fax 203-588-6213.

3. The Provider will adhere to the ACCME Standards for Commercial Support of Continuing Medical Education (hereinafter "Standards") and the Program must be accredited or certified for continuing education by one of the five entities listed below.

    (A) The Accreditation Council for Continuing Medical Education
    (B) The American Academy of Family Physicians
    (C) The American Dental Association's Continuing Education Recognition Program
    (D) The American Medical Association
    (E) The American Osteopathic Association

4. The Provider will follow the provisions set forth in Parts II A 1-10 of the Food and Drug Administration's *Final Guidance on Industry-Supported Scientific and Educational Activities* (Federal Register, Vol. 62, No. 232, December 3, 1997). In the event of a conflict between the Standards and the Final Guidance, the Commercial Supporter and the Provider agree that the provisions of the Final Guidance shall govern.

5. Open Payments (Physician Payment Sunshine Act): Provider acknowledges and agrees that the Program meets the criteria for exemption from reporting under the US Physician Payment Sunshine Act (42 U.S.C. 1320a-7h), and agrees that any payments or transfers of value (including but not limited to compensation and reimbursement for expenses, meals, and travel) to US physicians will be in accordance with the criteria set forth in the Physician Payment Sunshine Act. Documentation concerning payments or transfers of value to a covered recipient must be maintained by Provider.

6. The Provider has the sole responsibility for designing and conducting the activity and for disposition of all payments made to any faculty involved in the program.

7. Within 30 days following the completion of all activities, the Provider agrees to provide the Commercial Supporter with an itemized list of expenditures supported by this grant and a post program communication verifying that the activity occurred. After this budget reconciliation of the program, the Provider will return any excess funds greater than $100.00 to Purdue Pharma L.P.

8. The Provider may also furnish a summary of the program outcome. Outcome information may include program evaluation summation, scientific metrics, outcomes measures or an overall review of the activities accomplished. This may be provided by the following methods:

    a. Log into www.PurduePharmaGrantsandGiving.com and post attachment(s), if at the time of budget reconciliation.
    b. Send electronic document(s) via email to healthcaregrants@pharma.com with the subject "Program Summary".
    c. Send hardcopy document(s) via United States Postal Services to Purdue's address, below (be sure to include the grant tracking number in all communications).

    Mailing address:
    Healthcare Grants Office
    c/o Purdue Pharma L.P.
    One Stamford Forum
    Stamford, CT 06901-3431

9. The Provider agrees to name Purdue Pharma L.P. as a source of funding in any program materials and orally during the program, if applicable, in the form of: "Supported by an educational grant from Purdue Pharma L.P." To accurately recognize Purdue's

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          PPLP003472752

support for this activity, please email healthcaregrants@pharma.com with the subject: "Logo Request". Upon receipt of this request you will be provided with the currently approved Purdue logo for material use.

10. In advance of the Program, the Provider agrees to disclose any relevant financial relationships between any faculty and the Commercial Supporter, including the name(s) of the faculty and the nature of the financial relationship.

11. Purdue Pharma L.P. may publicly disclose the organization names and amount of any or all grants funded, along with the applicable Sunshine Act disclosures.

Accepted by:

_Alyssa N. Engle_
For the Provider

Alyssa Engle, Grant Dev. Manager
Print Name and Title

5/5/2014
Date

_Lisa C Miller_
Lisa C. Miller, PharmD
Chair, Healthcare Grant Review Committee
Executive Director, Healthcare Education and Liaison Programs
For Purdue Pharma L.P.

5/30/14
Date

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER        PPLP003472753