# EXHIBIT 41

Highly Confidential - Subject to Further Confidentiality Review

```
 1         IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                    -   -   -
 5   IN RE:  NATIONAL     :  MDL NO. 2804
     PRESCRIPTION OPIATE :
 6   LITIGATION           :
     -----------------------------------------
 7                        :  CASE NO.
     THIS DOCUMENT        :  1:17-MD-2804
 8   RELATES TO ALL CASES:
                          :  Hon. Dan A.
 9                        :  Polster
10                    -   -   -
             Thursday March 14, 2019
11                    -   -   -
12   HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
             CONFIDENTIALITY REVIEW
13
                      -   -   -
14
             Videotaped deposition of
15   ALAN MUST, taken pursuant to notice, was
     held at Dechert LLP, 1095 Avenue of the
16   Americas, 27th Floor, New York, New York,
     10036, beginning at 8:36 a.m., on the
17   above date, before Amanda Dee
     Maslynsky-Miller, a Certified Realtime
18   Reporter.
19                    -   -   -
20
21
22
             GOLKOW LITIGATION SERVICES
23      877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
24
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    efforts, as we've talked about today,

 2    about putting up promotional materials,

 3    the JCAHO, the American Pain Foundation,

 4    pain care brochure, these different

 5    things --

 6         A.    Right.

 7         Q.    -- that Purdue sponsored.

 8               And those -- I've asked you

 9    before if those were done to expand the

10    market for opioids prescribing.

11         A.    Right.

12         Q.    So apart from branded, did

13    you do any unbranded -- what you call

14    unbranded types of advertising or

15    unbranded types of marketing with Endo,

16    for example, to expand the market for

17    opioids?

18               MR. SNAPP:  Object to the

19          form.

20               MR. SMITH:  Object to form.

21               THE WITNESS:  Again, I

22          don't -- I'm not aware of working

23          with Endo to expand the opioid

24          market, if that's the question.
```

1    Q.   So what else can you tell me

2    about Purdue's work with any of these

3    other defendants that we've been talking

4    about, Endo, Janssen, Mallinckrodt,

5    Cardinal, McKesson, AmerisourceBergen?

6              MR. SNAPP:  Objection.

7    BY MR. CRUEGER:

8    Q.   Did Purdue work with them in

9    any -- to fund any of these groups that

10   we've been talking about today, the

11   American Academy of Pain Medicine, and

12   the other groups that were listed in

13   Topic 11?

14             MR. SNAPP:  Object to the

15        form.

16             MR. SMITH:  Object to form.

17             THE WITNESS:  We did not

18        work with them to provide -- any

19        other organizations to provide

20        financial support for any of those

21        organizations, no.

22   BY MR. CRUEGER:

23   Q.   Did you ever talk with any

24   of these other defendants about providing

Highly Confidential - Subject to Further Confidentiality Review

1    financial support to these organizations?

2              MR. SNAPP:  Object to the

3         form.

4              MR. SMITH:  Object to form.

5              THE WITNESS:  No.  We

6         wouldn't -- that's -- no, that's

7         not something that I recall ever

8         doing.

9    BY MR. CRUEGER:

10        Q.    Were you involved in any

11   decisions to provide financial support to

12   any of these organizations listed in

13   Topic 11?

14        A.    So within Purdue, as it

15   applies to grants to organizations, we

16   had two grant committees; one was

17   healthcare-related grants and one was

18   nonhealthcare-related grants.

19              So anything that dealt with

20   healthcare professionals, patients,

21   organizations that represented them,

22   pharmacists, that all went to a separate

23   organization called the

24   healthcare-related grant committee.

Highly Confidential - Subject to Further Confidentiality Review

1          CERTIFICATE

2

3

4          I HEREBY CERTIFY that the

5    witness was duly sworn by me and that the

6    deposition is a true record of the

7    testimony given by the witness.

8

9

10         *Amanda Miller*

     Amanda Maslynsky-Miller

11   Certified Realtime Reporter

     Dated:   March 18, 2019

12

13

14

15

16

17         (The foregoing certification

18   of this transcript does not apply to any

19   reproduction of the same by any means,

20   unless under the direct control and/or

21   supervision of the certifying reporter.)

22

23

24