# EXHIBIT 42

Highly Confidential - Subject to Further Confidentiality Review

```
 1          IN THE UNITED STATES DISTRICT COURT
 2           FOR THE EASTERN DISTRICT OF OHIO
 3                    EASTERN DIVISION
 4                        -  -  -
 5   IN RE:  NATIONAL      :   MDL NO. 2804
     PRESCRIPTION OPIATE   :
 6   LITIGATION            :
     ---------------------------------------------
 7                         :   CASE NO.
     THIS DOCUMENT         :   1:17-MD-2804
 8   RELATES TO ALL CASES:
                           :   Hon. Dan A.
 9                         :   Polster
10                        -  -  -
             Tuesday, January 15, 2019
11                        -  -  -
12     HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW
13
                          -  -  -
14
                 Videotaped deposition of
15   LINDA KITLINSKI, taken pursuant to
     notice, was held at Golkow Litigation
16   Services, One Liberty Place, 1650 Market
     Street, Suite 5150, Philadelphia,
17   Pennsylvania 19103, beginning at 9:05
     a.m., on the above date, before Amanda
18   Dee Maslynsky-Miller, a Certified
     Realtime Reporter.
19
                          -  -  -
20
21
22
23          GOLKOW LITIGATION SERVICES
        877.370.3377 ph | 917.591.5672 fax
24              deps@golkow.com
```

Golkow Litigation Services                                Page 1

Highly Confidential - Subject to Further Confidentiality Review

```
 1              form.
 2                   THE WITNESS:  Information
 3              about the therapeutic area,
 4              information about the risks,
 5              information about the appropriate
 6              assessment tools.
 7                   As we said, that whole gamut
 8              of information is appropriate.
 9      BY MS. AMINOLROAYA:
10          Q.   Right.  And the output of
11      that, at least based on what I see on
12      Page 5, is one, Competitive advantage for
13      Endo.
14                   Did I read that correctly?
15          A.   Yes.
16          Q.   And two is, Expanded use of
17      current and future products.
18                   Did I read that correctly?
19          A.   Yes.
20                   And I think I've made no --
21      I've been very transparent about the fact
22      that I think Endo is a company that has a
23      competitive edge, advantage, in how they
24      approach their -- their business, as
```

```
 1   opposed to some other companies.
 2              So it's not surprising that
 3   we would want to continue that, in having
 4   a competitive advantage in the pain
 5   management area.
 6              MS. AMINOLROAYA:  Move to
 7        strike after the word "yes."
 8   BY MS. AMINOLROAYA:
 9        Q.    And on Page 8, we see
10   intense -- key issues for Endo in 2000
11   was intense competition for key advocates
12   and influentials, right?
13              So these were the
14   individuals who delivered your pain
15   education, correct?
16              MR. DAVIS:  Objection to
17        form.
18   BY MS. AMINOLROAYA:
19        Q.    The second bullet there
20   states, If we don't utilize, Purdue,
21   Parke-Davis, Abbott, Janssen will.
22              Did I read that correctly?
23        A.    Yes.
24              But if you see in that
```

Highly Confidential - Subject to Further Confidentiality Review

1  bullet point there, where it says,
2  Visiting faculty. Visiting faculty is
3  the promotional speakers bureau, that's
4  not independent education faculty.
5  Publications, again, that's not
6  independent education. Phase IV is
7  always a necessity, product specific.
8  And advisory boards, again, do not fall
9  under the purview of independent
10 education.
11           So when we're talking about
12 advocates, that's the context of that,
13 and influentials, as opposed to
14 therapeutic experts. So just to clarify
15 that.
16      Q.   And if Endo could gain --
17 could win over these -- these therapeutic
18 experts and key opinion leaders, it would
19 give it the competitive advantage, right,
20 that you discussed here on Page 5 of this
21 presentation, and also provide expanded
22 use of current and future products,
23 correct?
24           MR. DAVIS:  Objection to

```
 1            form.
 2                 THE WITNESS:  Certainly, if
 3            we had the -- if we had
 4            therapeutic experts who were
 5            knowledgeable about our data, who
 6            were knowledgeable about our --
 7            the Phase IV studies and the
 8            additional research that we were
 9            planning, that would give us a
10            competitive advantage.
11                 Having them participate on
12            advisory boards and provide
13            unfiltered feedback to us so that
14            we, as a company, could adjust or
15            make any modifications to our plan
16            that they suggested, that would
17            definitely be a competitive
18            advantage, yes.
19      BY MS. AMINOLROAYA:
20            Q.   And on Page 13, CD&E
21      strategy, part of this sowing, planting
22      and watering strategy, was, Leverage
23      strategic alliances and relationships to
24      expand utilization of current product
```