# EXHIBIT 44

Highly Confidential - Subject to Further Confidentiality Review

```
 1                UNITED STATES DISTRICT COURT
 2            FOR THE NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4
 5    ------------------------------x
 6    IN RE: NATIONAL PRESCRIPTION   ) Case No.
 7    OPIATE LITIGATION              ) 1:17-MD-2804
 8    APPLIES TO ALL CASES           ) Hon. Dan A. Polster
 9    ------------------------------x
10         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                   CONFIDENTIALITY REVIEW
12
           VIDEOTAPED DEPOSITION OF BURT E. ROSEN
13
                       WASHINGTON, D.C.
14
                 WEDNESDAY, JANUARY 16, 2019
15
                          9:06 A.M.
16
17
18
19
20
21
22
23    Pages: 1 - 325
24    Reported by: Leslie A. Todd
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   BY MR. CRUEGER:
 2        Q    And the issues that the Pain Care Forum
 3   addressed are really related to opioids in
 4   general, correct?
 5             MR. SNAPP:  Object to the form.
 6             THE WITNESS:  Some of them are related
 7   to opioids.
 8   BY MR. CRUEGER:
 9        Q    And the Pain Care Forum would set up
10   task force or would form task force to -- to
11   address various issues, correct?
12        A    That's correct.
13        Q    And people such as myself, we don't know
14   what was discussed in those meetings because
15   there's no recording or transcript of the
16   discussions, correct?
17             MR. SNAPP:  Object to the form.
18             THE WITNESS:  That's correct.
19   BY MR. CRUEGER:
20        Q    And we don't always know what people
21   even attended, correct?
22        A    We don't.  There was no calling of the
23   roll or record of that.
24        Q    And so really the -- the contents of
```

Highly Confidential - Subject to Further Confidentiality Review

1  those meetings, like what the Pain Care Forum did
2  in detail, it's -- it's secret from the public,
3  correct?
4              MR. SNAPP: Object to the form.
5              THE WITNESS: Well, I -- I think the
6  issues would all be on the agendas that -- that
7  were issued, but it wasn't anything that was
8  published.
9  BY MR. CRUEGER:
10     Q    But it's -- it's -- it's secret from the
11  public. The public doesn't know what goes on in
12  the Pain Care Forum, correct?
13             MR. SNAPP: Object to the form.
14             THE WITNESS: Well, it -- if what you're
15  trying to say is that the Pain Care Forum was
16  somehow a secret, it was anything but a secret.
17  We were a number of organizations that
18  participated. There were sometimes a number of
19  people within an organization that participated.
20  We had no way of knowing or even attempted to know
21  who was on the telephone, or -- anyone from the
22  group was welcome to participate in the meetings.
23             And so from that perspective, there were
24  dozens and dozens of people who were there and

1    knew what was going on, but, no, there was not a

2    published document that was broadcast to the

3    public at large.

4    BY MR. CRUEGER:

5        Q   And so you really consider those

6    meetings to be -- like there was no

7    confidentiality for those meetings?

8            MR. SNAPP:  Object to the form.

9            THE WITNESS:  Well, I don't really know

10   what you're talking about with confidentiality.

11   It's just what I stated.  The meetings were open

12   to the participants.  The phone calls were open

13   lines.  Somebody would have to advise me on

14   confidentiality.

15           But they were -- they were open meetings

16   for the people who participated.  I had no way of

17   knowing who was in a room on a phone across the

18   country really, because people participated were

19   from all over the United States.

20   BY MR. CRUEGER:

21       Q   But it was only -- by the way, it was

22   only members of the Pain Care Forum who were

23   invited to attend the meetings, correct?

24       A   Yes, that's correct.  And outside

1 speakers, of course, as I mentioned to you.

2     Q   And to be a member of the Pain Care
3 Forum, people would have to approve their
4 participation, correct?

5        MR. SNAPP:  Object to the form.

6        THE WITNESS:  Well, it was a very loose
7 process. As I said, when the forum started, I
8 think, or when the idea came up and -- and it got
9 organized and started, I think there were about 20
10 organizations or so that participated from the
11 beginning, and then organizations were added on.
12 But...

13 BY MR. CRUEGER:

14     Q   Well, just to use as an example, if I
15 wanted to become a member of the Pain Care Forum
16 and attend meetings, it probably would be
17 discouraged, correct?

18     A   Well, there was a loose criteria, and
19 the criteria was, as I -- the best that I could
20 state it was that if you represented an
21 organization that had an interest in either the
22 treatment of pain or the -- the -- for that
23 matter, the treatment of addiction or any of the
24 issues surrounding these -- these -- this

1  discussion of balance, if you will, between the
2  appropriate treatment of pain and diversion and
3  misuse and abuse of products.
4          But there were companies involved that
5  made medical devices that treated pain, and there
6  were many other organizations who participated
7  that were what I would call antidrug coalitions.
8  And I think there was even somebody there who
9  represented addiction treatment specialists.
10          And so that was the criteria.  We
11  really I don't think would have accepted an
12  individual who had no real interests.  And -- and
13  that would be my explanation.
14      Q    And if you go back to actually
15  Exhibit 1, so it's probably at the bottom of your
16  stack.  So...
17      A    Yes.  Yes.
18      Q    And so this was -- again, I understand
19  why 1990 -- well, actually -- and this is the
20  career highlights, correct?
21      A    2004 --
22      Q    2004.
23      A    -- highlights, yes.
24      Q    I understand why Purdue was having

```
 1    financial problems with the loss of exclusivity,
 2    so you're looking for a job, correct?  And this is
 3    you explaining your job, right?
 4         A    This was me, yes, I was obviously -- I
 5    don't recall.  I think I mentioned to you earlier
 6    when you presented me with this, I was surprised.
 7    I don't remember the e-mail itself.  I'm not
 8    certain even who Chuck is because of the way this
 9    obviously is sent from me to me.  I don't really
10    remember if it was sent.
11              But I do -- I did it looks like it was
12    at the point in time when we lost the patent, the
13    product had gone generic, and the -- you know,
14    really the future of the company was in question.
15         Q    And -- but you wrote this while you were
16    working at Purdue, correct?
17         A    Yes, correct.
18         Q    And so --
19         A    I worked there in 2004.
20         Q    And so you wrote here that in the first
21    paragraph starting, "I always."  So, "I always
22    work closely with the product teams and legal
23    group to drive products and put SB at a
24    competitive advantage" --
```