# EXHIBIT 45

Highly Confidential - Subject to Further Confidentiality Review

1           IN THE UNITED STATES DISTRICT COURT
2             FOR THE NORTHERN DISTRICT OF OHIO
3                       EASTERN DIVISION
4
5     ------------------------------x
6     IN RE: NATIONAL PRESCRIPTION ) MDL No. 2804
7     LITIGATION                    ) Case No. 17-md-2804
8     This document relates to:     ) Hon. Dan A. Polster
9     All Cases                     )
10    ------------------------------x
11        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
12                  CONFIDENTIALITY REVIEW
13         VIDEOTAPED DEPOSITION OF BRIAN MUNROE
14                    WASHINGTON, D.C.
15                 TUESDAY, MARCH 19, 2019
16                        9:14 A.M.
17
18
19
20
21
22
23
24    Reported by: Leslie A. Todd

```
 1                 MS. AMINOLROAYA:  Objection.
 2     BY MR. DAVIS:
 3          Q     -- whether any of those other
 4     organizations related to nursing?
 5          A     Yes.  Pain nursing in particular.
 6          Q     Okay.  How about cancer treatment?
 7                MS. AMINOLROAYA:  Objection.  This is
 8     plaintiffs' exhibit and -- excuse me.  We need to
 9     go off the record.  This is my exhibit, and if you
10     want to mark up this exhibit, you can, but you
11     need to do it on another copy.
12                MR. DAVIS:  Well, we've already started.
13     This is an exhibit that you created.  I'm just
14     making it actually complete.
15     BY MR. DAVIS:
16          Q     Mr. Munroe, do you recall --
17                MS. AMINOLROAYA:  No.  Objection.
18                MR. DAVIS:  You've got an objection on
19     the record.
20                MS. AMINOLROAYA:  I object.  You are --
21     you are altering my exhibit.
22                MR. DAVIS:  Parvin, you got your -- you
23     got your objection on the record.
24     BY MR. DAVIS:
```

```
 1         Q    Mr. Munroe, do you recall any patient
 2   advocacy organizations related to cancer
 3   treatment?
 4         A    Yes.  In particular, the American Cancer
 5   Society, the renowned American Cancer Society.
 6         Q    How about patient advocacy organizations
 7   or professional societies related to hospice care?
 8         A    Yes.  The Hospice and Palliative Care
 9   both were members of the Pain Care Forum.
10         Q    How about pain advocacy organizations or
11   professional societies related to drug abuse
12   monitoring?
13         A    Yes.  They --
14              MS. AMINOLROAYA:  Objection to the
15   alteration of the exhibit.
16              THE WITNESS:  They were also members of
17   the Pain Care Forum.  It was a very broad
18   coalition.
19   BY MR. DAVIS:
20         Q    How about third-party organizations
21   related to drug abuse prevention?
22         A    Yes, they were also members of the Pain
23   Care Forum.
24         Q    Do you recall counsel for the MDL
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    plaintiffs asking you about companies who were
 2    members of the Pain Care Forum?
 3         A    I do.
 4         Q    Are these all of the companies that were
 5    members of the Pain Care Forum?
 6         A    No, I don't think so.
 7         Q    Can you think of any other companies who
 8    were members of the Pain Care Forum?
 9         A    Well, one of the big companies that was
10    a very active member was Boston Scientific, makers
11    of medical devices.  They were not an opioid
12    company.  But there were other companies that were
13    non-opioid companies that were members of the Pain
14    Care Forum.
15         Q    Okay.  Do you recall any patient
16    advocacy or professional societies related to
17    pharmacists --
18         A    I do --
19         Q    -- that were members of the Pain Care
20    Forum?
21         A    I do, and they were members.
22         Q    Okay.  Do you recall, Mr. Munroe, you --
23    were you a member of the executive committee of
24    the Pain Care Forum?
```

Highly Confidential - Subject to Further Confidentiality Review

1  A   Yes.
2  Q   As a member of the executive committee
3  of the Pain Care Forum, do you recall excluding
4  any organization or company from membership?
5  A   I don't recall excluding any
6  organization.
7  Q   So not exclusive.
8      Mr. Munroe, do you recall whether the
9  Pain Care Forum ever took any policy positions?
10 A   I don't recall them ever taking a policy
11 position.
12 Q   Mr. Munroe, can you tell me anything
13 about the agenda of the Pain Care Forum?
14 A   Well, it is --
15     MS. AMINOLROAYA:  Object to form.
16     THE WITNESS:  -- a completely open
17 agenda, and -- and if you just e-mailed the
18 moderator the topic that you wanted to -- to place
19 on the agenda, it went on the agenda.
20     MR. DAVIS:  Great.  Thank you,
21 Mr. Munroe.
22     THE WITNESS:  You're welcome.
23     THE VIDEOGRAPHER:  Off the record.
24     MS. AMINOLROAYA:  Off the record.