# EXHIBIT 46

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                      - - -
 5

    IN RE:  NATIONAL            :   HON. DAN A.
 6  PRESCRIPTION OPIATE         :   POLSTER
    LITIGATION                  :
 7                              :
    APPLIES TO ALL CASES        :   NO.
 8                              :   1:17-MD-2804
                                :
 9
             - HIGHLY CONFIDENTIAL -
10
     SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                       - - -
12
                  January 30, 2019
13
                       - - -
14
15            Videotaped deposition of
    JOHN ADAMS, taken pursuant to notice,
16  was held at the offices of Carella Byrne,
    P.C., 5 Becker Farm Road, Roseland, New
17  Jersey, beginning at 9:22 a.m., on the
    above date, before Michelle L. Gray, a
18  Registered Professional Reporter,
    Certified Shorthand Reporter, Certified
19  Realtime Reporter, and Notary Public.
20                     - - -
21
           GOLKOW LITIGATION SERVICES
22     877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
23
24
```

Golkow Litigation Services                          Page 1

Highly Confidential - Subject to Further Confidentiality Review

1  to formalize the micro-marketing campaign
2  strategy for hydrocodone with
3  acetaminophen by the end of fiscal year
4  '05?
5         A.    Yes.  And the
6  micro-marketing campaign, as I look
7  through this, AmerisourceBergen has a
8  generic source program, which they have
9  customers that are enrolled in this
10 program.  And so if a pharmacy orders a
11 specific product -- so in this case,
12 let's say -- let's say they order
13 hydrocodone with acetaminophen, the goal
14 was to be the primary dispensed product.
15 So that pharmacist would order a product
16 based on their demand.  And then
17 AmerisourceBergen in this case would ship
18 their primary product that was on that
19 source program.
20              In this case, we were not
21 initially the primary product, but we
22 earned what was called a dual primary.
23 So that meant the pharmacist, in ordering
24 the product, could choose Actavis, or at

1  that time Watson product, or Mallinckrodt
2  product.
3           So our goal was if that
4  pharmacist was to order the product based
5  on their own demand, that the product
6  that was -- that was -- that they chose
7  was ours, instead of Watson.
8           So it was nothing more
9  than -- than if 100 percent of the market
10 is being pulled through this particular
11 wholesaler, we wanted to be the one that
12 the pharmacist chose.
13      Q.   You wanted to increase
14 market share?
15      A.   We wanted to increase our
16 market share of that customer.  But that
17 does not do anything to increase the
18 market itself.  So if AmerisourceBergen
19 has 100 million doses that they sell into
20 the market, our goal was to get six --
21 excuse me, 600,000 -- excuse me, 600 --
22 sorry, what did I say, a hundred million.
23 Sorry.
24           A hundred million doses.

1   Our goal was to get 600 thousand of that.
2              Is that right?  Yeah, of
3   that amount to -- which was again just
4   filling what was already there as the
5   demand that their pharmacist had, but it
6   didn't expand the amount of pills being
7   used.
8        Q.    And what was the
9   micro-marketing campaign strategy for
10  this hydrocodone product?
11       A.    I don't remember specifics,
12  but as I read through this, there is an
13  inside sales team that would call the
14  pharmacies and let the pharmacies -- make
15  them aware that when they ordered from
16  AmerisourceBergen, they had a choice
17  between Mallinckrodt product or Watson
18  product.  And they could work to talk
19  with those pharmacists to make them aware
20  of our access on that contract.
21       Q.    Do you see maybe two pages
22  in, there's a document with an eagle on
23  it that states, "Trust in our strengths"?
24       A.    Yes.