# EXHIBIT 47

**PAIN CARE FORUM**
**Participating Organizations**

| | |
|---|---|
| Abbott Laboratories | Hospice and Palliative Nurses Association |
| Allergan | Inflexxion, Inc. |
| American Academy of Pain Management | International Association for Pain and Chemical Dependency |
| American Academy of Pain Medicine | Interstitial Cystitis Association |
| American Cancer Society Cancer Action Network | Johnson & Johnson |
| American Chronic Pain Association | LiveSTRONG |
| American Pain Society | Medical Pain Management (Clinic) |
| American Pharmacists Association | Medtronic, Inc. |
| American Society for Pain Management Nursing | National Association of Chain Drug Stores |
| American Society of Anesthesiologists | National Association of Directors of Nursing Administration |
| American Society of Health System Pharmacists | National Community Pharmacists Association |
| American Society of Pain Educators | National Fibromyalgia & Chronic Pain Association |
| Amputee Coalition | National Hospice & Palliative Care Organization |
| Boehringer Ingelheim Pharmaceuticals | The Neuropathy Association |
| Boston Scientific | Odyssey HealthCare of Northern California |
| CADCA | Oncology Nursing Society |
| CLAAD | Pain & Policy Studies Group |
| Center for Practical Bioethics | Pain Care Coalition |
| Citizen Advocacy Center | The Pain Community |
| Coalition for Excellence in Medication Monitoring | Pain Treatment Topics |
| Collegium | The Partnership at Drugfree.org |
| Compassion & Choices | Pfizer, Inc. |
| Covidien | Pharmaceutical Research & Manufacturers of America |
| DC Pediatric Palliative Care Collaboration | Purdue Pharma LP |
| Eli Lilly & Company | RADARS System |
| Endo Pharmaceuticals | Reflex Sympathetic Dystrophy Syndrome Association |
| Federation of State Medical Boards | RNRx |
| Grünenthal USA, Inc. | Roxane Laboratories |
| GW Pharmaceuticals | St. Jude Medical |
| Harm Reduction Coalition | Teva |
| Healthcare Distribution Management Association | U.S. Pain Foundation |
| Hematology/Oncology Pharmacy Association | Virginia Cancer Pain Initiative |
| Horizon Pharma | Wisconsin Pain Initiative |

(last updated January 2013)