# EXHIBIT 50

The Summit County Alcohol, Drug Addiction & Mental Illness (ADM) Board Annual Report for 2016 stated that, "[a]ll of us know someone who has been affected by this epidemic, but the impact is disproportionally felt by treatment providers, first responders, hospitals, Children Services, the criminal justice system, the medical examiner, and most of all, families in Summit County."[48]

43. As mentioned above, one major area where the Bellwether governments have applied resources to the opioid epidemic is children and family service departments, as these divisions have seen increases in the number of children in their foster care programs due to the opioid epidemic.[49] The December 2017 *Akron Beacon Journal* reported that a, "tsunami of opioid-affected children is flooding Ohio's children services agencies, exploding county budgets and overwhelming available foster care resources. Compared to 2016, a thousand more Ohio kids will be spending the holidays in foster care…instead of at home with their family."[50]

44. Opioid users who suffer overdoses use the resources of first responders, such as Emergency Medical Services (EMS) and firefighters who are called to help victims. In 2014, EMS

---

[48] County of Summit ADM Board, 2016 Annual Report. Summit County partially funds the ADM Board, just as Cuyahoga County helps to fund the ADAMHS Board in its area. My analysis only estimates opioid-related costs and therefore damages to Cuyahoga County and Summit County based on their contributions and does not estimate opioid-related costs for the ADM or ADAMHS Boards in total.

[49] A Public Children Services Association of Ohio (PCSAO) survey reported in 2017 that about 7,000 children in Ohio (18 and under) were in protective custody due to parental drug addiction and that half of those cases were opioid-related. The survey further found that placement costs had increased by 17 percent both because there are more children needing placement and because they need assistance longer, because opioid addiction recovery takes longer. "Opioids Take a Toll on County Agencies that Assist Families," *The Plain Dealer*, February 17, 2017. See also, for example, Griffin, Justine, "Opioid epidemic is driving thousands of Florida children into foster care, study finds," *Tampa Bay Times*, January 8, 2018.

[50] Sausser, Angela, "Overwhelmed in the Opioid Crisis," *Akron Beacon Journal*, December 24, 2017.

25

in Akron, "reported an average of 1.5 opioid overdose reversals daily."[51] "From July 5 to Aug. 4 [2016], authorities reported 338 emergency calls for overdoses in Akron."[52]

45. Law enforcement officers are also first responders to emergency calls. Opioid overdoses have become so common that police officers in the Bellwether communities carry Naloxone, the drug sometimes capable of reversing opioid overdoses, as officers sometimes arrive at the scene of a potential overdose before EMS.[53] Police officers also investigate incidents of overdoses in an attempt to identify and apprehend the individual who provided the drugs. "The heroin death toll has gotten so high that the [Akron] Police Department has a special unit whose only job is to look into who provided the deadly dose of drugs."[54]

46. In addition to additional police work created by opioid overdoses, some people who abuse opioids commit crimes to support their addiction.[55] As discussed above, crime resulting from opioid abuse diverts police time from other law enforcement activities. This crime also imposes additional costs in other municipal departments. With increases in the number of

---

[51] County of Summit ADM Board, 2014 Report to the Community.

[52] Glunt, Nick, "Survivors Speak Up to Slow Down OD's; While Wave of Overdoses Grips the County, Grass-Roots Efforts to Fight Heroin Addiction Thrive," *Akron Beacon Journal*, August 7, 2016.

[53] Summit County Opiate Task Force, 2017-2018 Strategic Plan; Cuyahoga County Opiate Task Force, 2017; Conn, Jennifer, "Akron Police to Carry Drug Antidote in their Cars," *The Plain Dealer*, August 21, 2016.

[54] Warsmith, Stephanie, "Akron Police Expand Unit Investigating Heroin Deaths," *Beacon Journal*, April 3, 2016.

[55] A 2018 study found that individuals who self-reported opioid abuse were more likely to be involved in the criminal justice system. Winkelman, Tyler NA, Virginia W. Chang, and Ingrid A. Binswanger, "Health, Polysubstance Use, and Criminal Justice Involvement Among Adults with Varying Levels of Opioid Use," *JAMA Network Open*, 2018. Further, researches have posited the opioid epidemic as a contributory factor in recent increases in homicide in the United States. Rosenfeld, Richard, Shytierra Gaston, Howard Spivak, and Seri Irazola, "Assessing and Responding to the Recent Homicide Rise in the United States," National Institute of Justice, November 2017. See also Prof. Gruber's discussion on crime in the Gruber Report and Prof. Cutler's analysis in the Cutler Report on the effect of shipments on crime.

arrests, more people enter the jail and court systems, taking time and other resources of prosecutors, public defenders, and the courts.

47.     Cuyahoga County implemented a Drug Court Program in 2009 and a Recovery Court program in 2015.[56] Together the program serves nearly 300 participants annually.[57] According to Molly Leckler, the coordinator of the program, approximately 85 percent of the Drug court Participants and nearly all of the Recovery Court participants have opiate diagnoses.[58]

48.     New programs to help those suffering from opioid abuse have been implemented by the Bellwether governments.  For example, in January 2017 Summit County started a community outreach program where plainclothes police and fire personnel visit the homes of suspected opioid addicts to try to get them help before a crisis.[59]  In March 2013, Cuyahoga County launched the initiative "Project Dawn", a community-based program that provides free naloxone distribution and education.[60]

49.     Overdose deaths increase demands on county medical examiners.  The Cuyahoga County Medical Examiner's Office (CCMEO) must investigate "violent, suspicious, sudden and

---

[56] Deposition of Molly Leckler, November 19, 2018 (Leckler Deposition) at pp. 19:20-24, 108:15-17.

[57] Deposition of Molly Leckler, November 19, 2018 (Leckler Deposition) at p. 108:8-14.

[58] Deposition of Molly Leckler, November 19, 2018 (Leckler Deposition) at p. 59:20-60:8.

[59] Mace, Gina, "Cuyahoga Falls Combats Addiction; City Leaders Developing Quick-Response Team to Assist to[sic] Opiate Addicts," *Akron Beacon Journal*, January 14, 2017; Schleis, Paula, "Stow is the Latest Community to Form Quick Response Team to Get Help to Opiate Addicts," *Akron Beacon Journal*, February 15, 2017.  The City of Akron started a similar program in February 2017 calling the counselors, police and fire visitors the "Quick Response Team" (*See* Livingston, Doug, "Drug Response Team in Akron; Trio Specializing in Opioids to Visit People Suspected of Recently Overdosing in City," Akron Beacon Journal, February 28, 2017).

[60] http://opiatecollaborative.cuyahogacounty.us/en-US/Project-DAWN.aspx

unexpected deaths" in Cuyahoga County, which includes deaths due to opioid use.[61] The office investigated 237 heroin and fentanyl-related deaths in 2014.[62]

50.     Opioid-rehabilitation services for opioid abusers include detoxification services and/or medically assisted treatment (MAT).  According to a Summit County report, "[t]here were more than four admissions a day for detoxification at the ADM Board's Crisis Center, with nearly nine more drop-in admissions per day.  At least two out of three admissions are opiate-related."[63]

### B. Identification of Bellwether Divisions Most Affected by the Opioid Crisis and Total Costs of these Divisions

51.     To identify affected divisions, I, and my team under my direction, reviewed budget and expenditure information from the Bellwether governments.  I began with divisions representing larger shares of the Bellwether governments' overall expenditures.  I then reviewed the activities undertaken by each of the larger divisions to determine whether these divisions were likely to have been affected in line with my discussion above on the effect the opioid epidemic has had on the demand for certain services provided by the Bellwether governments.  In addition, I and members of my team met with local officials to confirm my understanding of both the activities undertaken by these divisions and whether those activities had been affected by the opioid crisis.  After this review, I identified divisions within each of the Bellwether governments that would be the focus of my cost analyses.  These divisions provide services generally related to (1) criminal activities occurring in the area (e.g. courts and

---

[61] Cuyahoga County Opiate Task Force Report, 2015, p. 5.

[62] Cuyahoga County Opiate Task Force Report, 2015, p. 2.

[63] "An Opiate Epidemic; A Task Force in Summit County Mobilizes Against a Problem that Today is the State's Leading Cause of Accidental Deaths," *Akron Beacon Journal*, April 23, 2014.

28

adjudication, medical examination, and prisons); (2) child services (e.g. Children and Family Services); or (3) public health initiatives (e.g. ADAMHS/ADM boards).

### 1. Cuyahoga County

52. As a result of my review, I identified nine divisions of Cuyahoga County that have been impacted by the opioid crisis. See Table IV.1. Collectively, these divisions accounted for $464 million of costs in 2017, which was approximately 31.5 percent of total county spending. These divisions include:

- The **Alcohol, Drug Addiction and Mental Health Services (ADAMHS) Board** is an independent agency funded, in part, by Cuyahoga county that is responsible for funding and monitoring the administration of services to Cuyahoga County residents that suffer from mental health and substance-addiction problems. Specifically, the board funds and monitors services such as crisis intervention, detoxification, pharmacological management, residential and sober housing, recovery peer support, and employment-related services.[64]

- The **Division of Children and Family Services (DCFS)** is part of the Department of Health and Human Services, and provides protection, adoption, and related services to children at risk of abuse and neglect.[65] When opioid-addicted parents are unable to care for their children, DCFS responds with services to support those children.

- The **Sheriff's Office** enforces the law and provides safety services in Cuyahoga County. The **County Jail**, which is also operated by the Sheriff's office, oversees facilities that include two locations for the Cuyahoga County Corrections Center (CCCC) and the Euclid Jail Annex.[66]

---

[64] County of Cuyahoga 2018-2019 Biennial Budget at p. 58.

[65] County of Cuyahoga 2018-2019 Biennial Budget at p. 50, Cuyahoga County Children and Family Services official website, http://cfs.cuyahogacounty.us/en-US/What-We-Do.aspx.

[66] County of Cuyahoga 2018-2019 Biennial Budget at p. 76.

- The **Office of Medical Examiner** is responsible for the investigation of violent, suspicious, sudden and unexpected deaths and the provision of laboratory services. [67]

- **Judicial Services**
    - The **Office of Prosecutor** prosecutes, on behalf of the State of Ohio, all complaints, suits, and controversies to which the state is a party in the Probate Court, Court of Common Pleas, and Court of Appeals.[68]
    - The **Office of Public Defender** provides legal services to indigent adults and juveniles charged with violations of the criminal code.[69]
    - The **Court of Common Pleas** is the judicial forum for the resolution of civil and criminal cases. The General Division of the court has jurisdiction of civil and felony criminal cases. Specialty dockets outside the General Division include Re-entry Court, Drug Court, Veterans Court, and Mental Health and Developmental Disabilities Court. The court also supervises adult probation.[70]
    - The **Juvenile Court** adjudicates cases involving minors and provides rehabilitative services to juveniles.[71]

53.     Table IV.3 below reports the costs for each of these divisions in 2017 and the share of these costs to Cuyahoga's overall expenses, as identified from publicly available data. In total, these divisions account for 31.5 percent of 2017 costs incurred by Cuyahoga County.

---

[67] County of Cuyahoga 2018-2019 Biennial Budget at p. 71.

[68] County of Cuyahoga 2018-2019 Biennial Budget at p. 73, Cuyahoga County Office of the Prosecutor official website, http://prosecutor.cuyahogacounty.us/en-US/about-the-office.aspx.

[69] Cuyahoga County Office of the Public Defender official website, http://publicdefender.cuyahogacounty.us/.

[70] County of Cuyahoga 2018-2019 Biennial Budget at p. 66.

[71] County of Cuyahoga 2018-2019 Biennial Budget at p. 68.

Table IV.3:  Affected Divisions, Cuyahoga County

|  | Years of Coverage | 2017 Expenditures ($ millions) | Share of 2017 Expenditures |
|---|---|---|---|
| Alcohol, Drug Addiction, and Mental Health Services Board[1] | 2006-2018 | $39.4 | 2.7% |
| Division of Children and Family Services | 2006-2018 | $138.9 | 9.4% |
| Office of Prosecutor | 2006-2018 | $36.4 | 2.5% |
| Office of Public Defender | 2006-2018 | $12.5 | 0.9% |
| Court of Common Pleas | 2006-2018 | $53.8 | 3.7% |
| Juvenile Court | 2006-2018 | $63.3 | 4.3% |
| Office of Medical Examiner | 2006-2018 | $12.3 | 0.8% |
| Sheriff's Office | 2006-2018 | $36.0 | 2.4% |
| County Jail | 2006-2018 | $70.9 | 4.8% |
| **Total Expenditures Included in Analysis** |  | **$463.5** | **31.5%** |
| Other Expenditures[2] |  | $1,007.7 | 68.5% |
| **Total County Expenditures**[3][4] |  | **$1,471.3** | **100.0%** |

**Sources:** County of Cuyahoga 2018 3rd Quarter Budget Update; CUYAH_014627783.

**Notes:**

[1] ADAMHS is not a county division.  The reported spending amount is Cuyahoga's contribution to the ADAMHS budget and does not represent total ADAMHS spending.

[2]  Other divisional spending in Cuyahoga excluded from the analysis includes but is not limited to: Board of Developmental Disabilities ($184.2m, 12.5%); Human Resources ($136.1m, 9.2%); Job and Family Services ($78.5m, 5.3%); Public Works - Facilities Management ($52.5m, 3.6%); and Child Support Enforcement ($41.7m, 2.8%).

[3] "County of Cuyahoga 2018 3rd Quarter Budget Update" shows 2017 actual expenditures of $0 for ADAMHS; however, CUYAH_014627783 indicates a contribution of $39.4 million, which has been included in this schedule.  Total County Expenditures taken from County of Cuyahoga 2018 3rd Quarter Budget Update, as total expenditures reported in CUYAH_014627783 include interdepartment expenses and thus overstates total next expenditures for the county.

**2.   Summit County**

54.    My review identified ten divisions within Summit County as having been affected by the opioid crisis, listed in Table IV.4.  These divisions comprised approximately 28.7 percent of total county spending in 2017.  These ten divisions include:

- The **Alcohol, Drug Addiction, and Mental Health Services Board** (ADM Board) is responsible for planning, funding, monitoring and evaluating treatment and prevention services for people who are at risk for or experience addiction and/or mental illness.[72]

---

[72] Summit County uses the acronym ADM whereas Cuyahoga County uses ADAMHS to refer to the Alcohol, Drug Addiction, and Mental Health Services Board in each county.  I follow local usage and use ADM for Summit and ADAMHS when referring to the Board in Cuyahoga.

31

- The **Children Services Board** provides abuse, neglect and dependency assessments, social work counseling, and case management/service coordination services.[73]

- The **Medical Examiner** provides forensic death investigation services for unexpected, violent or suspicious deaths.[74]

- **Judicial Services**:
    - The **Prosecutor** prosecutes all felony cases in Summit County from arrest or indictment, through plea and sentencing, and appeals through all courts.[75]
    - The **Court of Common Pleas** is a court of general jurisdiction, handling both criminal and civil cases. Cases include felony criminal matters, probation, civil cases, mediation and alternative dispute resolutions, foreclosures and administrative appeals.[76]
    - The **Juvenile Court** oversees the juvenile justice system which includes administering justice, outreach, early intervention, and community education.[77]
    - The **Adult Probation Department**, along with the Common Pleas Court-General Division, supervises probationers that have been placed on community control by the Common Pleas Judges.[78]

- The **Sheriff's Office**'s responsibilities include patrolling and responding to calls for service, processing incoming 911 calls for dispatch, criminal investigations, and providing protection and inmate supervision/transportation at all of the county's courts.[79]

- The **County Jail** division runs a full-service detention center that provides services such as mental health treatment, food services, programming, and medical treatment.[80]  The

---

[73] County of Summit 2018 Operating Budget at p. 610.

[74] County of Summit 2018 Operating Budget at p. 197.

[75] County of Summit 2018 Operating Budget at p. 324.

[76] County of Summit 2018 Operating Budget at p. 369-370.

[77] County of Summit 2018 Operating Budget at p. 401; Summit County Juvenile Court official website, https://juvenilecourt.summitoh.net/index.php/home/departments.

[78] County of Summit 2018 Operating Budget at p. 375.

[79] County of Summit 2018 Operating Budget at p. 270; Summit County Sheriff's Office 2017 Annual Report, pp. 17, 29-30, 37, 39.

[80] County of Summit 2018 Operating Budget at p. 275.

**Alternative Corrections** program is a satellite minimum security facility operated by the Sheriff's Department.[81]

55. Table IV.4 below reports the costs for each of these divisions in 2017 as identified from publicly available data.  In total, these divisions account for 28.7 percent of 2017 costs incurred by Summit County.

**Table IV.4:  Affected Divisions, Summit County**

|  | Years of Coverage | 2017 Expenditures ($ millions) | Share of 2017 Expenditures |
|---|---|---|---|
| Alcohol, Drug Addiction & Mental Health Services Board[1] | 2006-2018 | $33.4 | 6.6% |
| Children Services Board | 2006-2018 | $48.0 | 9.5% |
| Prosecutor | 2006-2018 | $5.8 | 1.1% |
| Court of Common Pleas | 2006-2018 | $6.0 | 1.2% |
| Juvenile Court | 2006-2018 | $9.2 | 1.8% |
| Sheriff's Office | 2006-2018 | $9.7 | 1.9% |
| County Jail | 2006-2018 | $21.5 | 4.2% |
| Alternative Corrections | 2006-2018 | $5.9 | 1.2% |
| Adult Probation | 2006-2018 | $3.7 | 0.7% |
| Medical Examiner[2] | 2006-2018 | $2.2 | 0.4% |
| **Total Expenditures Included in Analysis** |  | **$145.3** | **28.7%** |
| Other Expenditures[3] |  | $361.8 | 71.3% |
| **Total County Expenditures** |  | **$507.1** | **100.0%** |

**Source:**  County of Summit 2018 Operating Budget, p. 63.
**Notes:**
[1] ADAMHS is not a county division.  The reported spending amount is Summit's contribution to the ADAMHS budget and does not represent total ADAMHS spending.
[2] Medical Examiner includes expenditures of both the general office and the lab.
[3]  Other divisional spending in Summit excluded from the analysis includes but is not limited to:  Developmental Disabilities ($71.1m, 14.0%); Department of Sanitary Sewer Services ($46.5m, 9.2%); Internal Serv-Hospitalization ($44.9m, 8.9%); General Oblig Bond Retirement ($10.7m, 2.1%); Job and Family Services - Family Support Services ($17.6m, 3.5%).

---

[81] County of Summit 2018 Operating Budget at p. 128; Summit County Corrections/Jail official website, https://sheriff.summitoh.net/index.php/correctionsjail.

### IV. Identifying Affected Costs Within Impacted Government Divisions

#### A. Overview of General Framework

56. This section presents my identification and estimation method for the second input into the damage method: share of the total costs in relevant divisions that address harms. This includes all costs that were incurred in providing the services that were affected by the community's use and abuse of opioids (although not all such costs are appropriately attributed to opioid use). I refer to these as the "affected costs" and, as mentioned above, these costs are "variable" in the sense that they could move up or down as the composition of services provided by each relevant division changes.

57. For example, with increases in opioid-related overdoses, Summit's Medical Examiner Division would see an increase in the demand for autopsies performed as a result of these opioid-related incidents. This section identifies all Medical Examiner costs incurred in providing autopsies (as opposed to costs, such as building maintenance, utilities, and administrative overhead, that would not be expected to vary in response to changes in the demand for services from the Medical Examiner).

58. As the first step in identifying the costs that would be affected by the opioid epidemic, I reviewed each cost category (e.g., wages and salaries, supply purchases) for the relevant divisions identified earlier in Tables IV.3 and IV.4. The primary source of data from which I derive costs of opioid-related activities is the expenditure data of the Bellwether governments. These data were obtained from the Bellwether governments for 2006 through 2018. Detailed expenditure data for Cuyahoga County were obtained from the Cuyahoga County Budget Office