# IN THE UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | ) ) ) MDL No. 2804 |
| THIS DOCUMENT RELATES TO: | ) ) Case No. 1:17-MD-2804 |
| *Rees, et al. v. McKesson Corporation, et al.* <br> MDL Case #1:18-OP-45252 | ) ) ) Hon. Dan A. Polster |
| *Wood v. Purdue Pharma L.P., et al* <br> MDL Case #1:18-OP-45264 | ) ) ) **NOTICE OF APPEARANCE OF ADDITIONAL COUNSEL** |
| *Salmons, et al. v. Purdue Pharma L.P., et al* <br> MDL Case #1:18-OP-45268 | ) ) ) |
| *Ambrosio v. Purdue Pharma L.P., et al* <br> MDL Case #1:18-OP-45375 | ) ) |
| *Flanagan, et al. v. Purdue Pharma L.P., et al* <br> MDL Case #1:18-OP-45405 | ) ) ) |
| *Whitley, et al. v. Purdue Pharma L.P., et al* <br> MDL Case #1:18-OP-45598 | ) ) |
| *Roach v. McKesson Corporation, et al.* <br> MDL Case #1:18-OP-45662 | ) ) ) |
| *Hunt v. Purdue Pharma L.P., et al* <br> MDL Case No. #1:18-OP-45681 | ) ) ) |
| *Moore v. Purdue Pharma L.P., et al* <br> MDL Case No. #1:18-OP-46305 | ) ) ) |
| *Doyle v. Actavis LLC, et al.* <br> MDL Case No. #1:18-OP-46327 | ) ) ) |

*A.M.H. v. Purdue Pharma LP, et al*
MDL Case No. #1:19-OP-45052

The attorneys listed below enter their appearance as additional counsel for the Plaintiffs listed in the following cases:

*A.M.H. v. Purdue Pharma LP, et al*
MDL Case No. #1:19-OP-45052

*Wood v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45264

*Salmons, et al.  v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45268

*Ambrosio v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45375

*Flanagan, et al. v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45405

*Whitley, et al. v. Purdue Pharma L.P., et al*
MDL Case #1:18-OP-45598

*Roach v. McKesson Corporation, et al.*
MDL Case #1:18-OP-45662

*Hunt v. Purdue Pharma L.P., et al*
MDL Case No. #1:18-OP-45681

*Moore v. Purdue Pharma L.P., et al*
MDL Case No. #1:18-OP-46305

*Doyle v. Actavis LLC, et al.*
MDL Case No. #1:18-OP-46327

*Rees, et al. v. McKesson Corporation, et al.*
MDL Case #1:18-OP-45252

The attorneys listed below respectfully request that their names be added to the docket sheet maintained by the Clerk of Courts and that service of all further pleadings, notices, filings, correspondence, orders, and other documents be made upon the following attorneys at the following address and/or through the Court ECF filing system as registered:

Robert R. Terbrack (00086790)
Theresa A. Richthammer (0068778)
Gallagher Sharp LLP
Sixth Floor – Bulkley Building
1501 Euclid Avenue
Cleveland, OH  44115
(216) 241-5310 (Telephone)
(216) 241-1608 (Facsimile)
E-Mail: rterbrack@gallaghersharp.com
Email: trichthammer@gallaghersharp.com

All filings in the listed member cases should henceforth be served upon counsel.

Respectfully submitted,

*/s/ Theresa A. Richthammer*

**ROBERT R. TERBRACK(0086790)**
**THERESA A. RICHTHAMMER (0068778)**
**Gallagher Sharp LLP**
Sixth Floor – Bulkley Building
1501 Euclid Avenue
Cleveland, OH  44115
(216) 241-5310 (Telephone)
(216) 241-1608 (Facsimile)
E-Mail: rterbrack@gallaghersharp.com
           trichthammer@gallaghersharp.com
***Counsel for Plaintiffs:*** *Rees* (1:18-OP-45252)*,* *Wood* (1:18-OP-45264)*, Salmons* (1:18-OP-45268)*, Ambrosio* (1:18-OP-45375)*, Flanagan* (1:18-OP-45405)*, Whitley* (1:18-OP-45598)*, Roach* (1:18-OP-45662)*, Hunt* (1:18-OP-45681)*, Moore* (1:18-OP-46305)*, Doyle* (1:18-OP-46327)*, and A.M.H.* (1:19-OP-45052)

**CERTIFICATE OF SERVICE**

      I hereby certify that on July 22, 2019, the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's system.

      */s/ Theresa A. Richthammer*
ROBERT R. TERBRACK (0086790)
THERESA A. RICHTHAMMER (0068778)
**Gallagher Sharp LLP**
Sixth Floor – Bulkley Building
1501 Euclid Avenue
Cleveland, OH  44115
(216) 241-5310 (Telephone)
(216) 241-1608 (Facsimile)
E-Mail: rterbrack@gallaghersharp.com
      trichthammer@gallaghersharp.com
**Counsel for Plaintiffs:** *Rees* (1:18-OP-45252), *Wood* (1:18-OP-45264), *Salmons* (1:18-OP-45268)*, Ambrosio* (1:18-OP-45375), *Flanagan* (1:18-OP-45405), *Whitley* (1:18-OP-45598), *Roach* (1:18-OP-45662), *Hunt* (1:18-OP-45681)*, Moore* (1:18-OP-46305), *Doyle* (1:18-OP-46327)*, and A.M.H.* (1:19-OP-45052)

RRT/jmg
3716006