EXHIBIT 3





# 2016
# Annual Report

**ADM**
**BOARD**
County of Summit
**Alcohol, Drug Addiction &**
**Mental Health** Services Board

www.admboard.org

SUMMIT_001084697

# 2016 in review...

The primary role of the ADM Board is to assess community needs, plan, evaluate and fund treatment and prevention services for people who experience alcoholism, drug addiction and / or mental illness.  In 2016, one issue dominated as we saw a significant increase in the opiate epidemic  which resulted in an unprecedented loss of life in our community. Through collaboration with the many community partners that make up the Opiate Task Force, the ADM Board continued to identify ways to address service gaps, increase outreach and education, and improve access to  treatment and recovery supports. All of us know someone who has been affected by this epidemic, but the impact is disproportionly felt by treatment providers, first responders, hospitals, Children Services, the criminal justice system, the medical examiner, and most of all, families in Summit County.

In addition to fighting the opiate epidemic, we renewed our efforts to fight the stigma associated with mental health conditions by collaborating to bring the Campaign to Change Direction to Summit County. The campaign's aim is to encourage everyone to "Know the 5 Signs" that someone may be struggling and to know how to respond to provide hope, support and assistance. The initiative was designed to change the culture in our country about mental health and to cultivate an environment that is favorable to seeking help.

We are so very fortunate in Summit County that individuals and organizations so willingly come together to address community needs. We know that our community is progressive  in understanding that mental illnesses and addictions are treatable diseases and where recovery is celebrated.  This is evidenced by the strong community support we continue to receive.

We encourage each of you to continue to be engaged in the fight against the opiate epidemic, the diseases of addiction and mental illness, and the stigma that keeps people from getting help. We can all take action – whether you properly dispose of old or unused medications, take time to listen and support someone who is struggling, or invite a speaker to talk to your civic group or church.

Recovery is very much worth the fight!

Phil Montgomery, Board Governance Chair

Jerry Craig, Executive Director





SUMMIT_001084698





The County of Summit Alcohol, Drug Addiction and Mental Health Services Board receives funding from a variety of sources, with the majority coming from the local tax levy. This strong community support ensures that citizens who struggle with mental illness and addiction can receive treatment and supports needed for recovery.

SUMMIT_001084699

# Know the Five Signs
## #changementalhealth

**Nearly one in every five people, or 42.5 million American adults, has a diagnosable mental health condition.[1] Half of all lifetime cases of mental disorders begin by age 14.[2]**



Pictured left to right: Jerry Craig, Executive Director ADM Board; Garrett Hart, Creative Content Director at 91.3 The Summit; Victoria Romanda, Senior Program Officer at Margaret Clark Morgan Foundation; Dr. Barbara Van Dahlen, founder of Campaign to Change Direction and GiveAnHour.org; Rick Kellar, President of Margaret Clark Morgan Foundation

## know the five signs

- not feeling like u?
- feeling agitated?
- r u withdrawn?
- caring 4 yourself?
- feeling hopeless?

**changedirection.org**

The Campaign to Change Direction began in Summit County when Congressman Tim Ryan and the late Summit County Executive Russ Pry convened a group of community leaders to discuss the implementation of the Campaign to Change Direction. The goal of the Campaign to Change Direction is to help each of us pay attention to emotional well-being and change the way we respond so that anyone in need receives the care and support they deserve. The campaign materials explain the five signs that indicate someone may be experiencing emotional distress and encourage us to reach out, inspire hope and offer help.

This group planned several events last summer including an educational forum focused on mental health and support for caregivers; a campaign kickoff rally in downtown Akron and appearances at multiple community events throughout the county. Participating agencies promoted the campaign through their staff and Board meetings, website and social media, and having information available for their customers. The faith committee hosted two educational sessions for faith leaders, participated in the Akron Alter Call, and distributed Change Direction materials to 700 local churches. Additional faith committee sponsored events throughout the year included a training on the development of a mental health ministry and a partnership with the Akron Symphony for the Gospel Meets Symphony program.

[1] Substance Abuse and Mental Health Services Administration, Results from the 2013 National Survey on Drug Use and Health: Mental Health Findings, U.S. Department of Health and Human Services (as of 11/24/14).
[2] R. C. Kessler, W. T. Chiu, O. Demler, K.R. Merikangas, E. E. Walters. "Prevalence, Severity, and Comorbidity of Twelve-Month DSM-IV Disorders in the National Comorbidity Survey Replication." Arch. Gen. Psych. June 2005 62(6):617-627.

SUMMIT_001084700

# Dr. Rich Mahogany Makes His Debut

Summit County introduced Dr. Rich Mahogany, a virtual therapist who encourages middle-aged men to "Take the Head Inspection" on his site www.mantherapy.org. More working-age men die by suicide than any other group. Much of the increase in suicide in the United States since 1999 can be attributed to an increase in suicides by men in the 35–64 age group.

The ADM Board partnered with Ohio Suicide Prevention Foundation and the Ohio Department of Mental Health (OhioMAS) to raise awareness with working-age men to reshape the conversation about mental health. ManTherapy.org is a tool that is esily accessible at any time of day and is designed to help men, and their loved ones by providing mental health resources like tips on anger & stress management, apps to download, testimonials, and phone numbers for support in difficult times.

"Take the Head Inspection" at ManTherapy.org

Or call:
24/7 Support
330-434-9144



ADM Employee Eric Hutzell and wife, Ashley at the Akron Rubberducks game



Dr. Rich Mahogany has been on the move in Summit County making appearances at baseball games and hanging out on billboards throughout the area. Above, ADM employee Eric Hutzell and wife Ashley are pictured at the Akron Rubberducks game.

SUMMIT_001084701

# Summit County Opiate Task Force

The Summit County Opiate Task Force meets quarterly to discuss the latest developments in the fight against the opiate epidemic and to bring together the network of community leaders, providers, first responders, businesses, people in recovery, and families to hear updates on each group's work.

These initiatives were rolled out county-wide in 2016 to reduce the number of overdoses and deaths from opiates.
- Harm reduction with the distribution of deterra bags
- Police departments carrying Narcan increased by 89%

Prevention programs aimed at the youth in Summit County were also funded to make an impact through education.
- Sponsored the Teen Institute Retreat on opiates
- Awarded prevention mini-grants for schools and out-of-school programming

The ADM Board expanded system capacity to meet community needs including:
- Residential treatment beds were expanded by ___
- Medication Assisted Treatment (MAT) expanded to include more providers ???
- Start-up of ambulatory detox at Edwin Shaw Rehabilitation Hospital & Oriana House for adults as well as an adolescent program at Community Health Center opened October 2016
- Summit Safe Needle Exchange began operating in July 2016

Working with the state
The Ohio Attorney General's office teamed up with our Opiate Task Force to hold a meeting in February which gave the community a chance to hear about the work being done in Summit County, identify any gaps, and to learn about what has made an impact in other areas accross the state.

Summit County was a key partner in the development of the first ever State Opiate Conference where coalition members shared iseas and learned from each other.

# Preventing Prescription Medicine Abuse



The Summit County Community Partnership received a donation of 40,000 drug deactivation pouches from Mallinckrodt Pharmaceuticals in August 2016. These were made available throughout the Akron area to encourage residents to safely and easily dispose of outdated or unwantedd prescription medications that have the potential for abuse.

A projected outcome for the program is that 1.3 million fewer pills would be available to fall into the wrong hands in our community.  Distribution of the pouches was targeted to senior centers, patients, parents, and families in Akron and Summit County.

SUMMIT_001084702

## FACING ADDICTION IN AMERICA

*The Surgeon General's Report on Alcohol, Drugs, and Health*

U.S. Department of Health & Human Services

The first-ever Surgeon General's Report on Alcohol, Drugs, and Health was published in November 2016 by Surgeon General Vivek H. Murthy, M.D., M.B.A. *Facing Addiction in America: The Surgeon General's Report on Alcohol, Drugs, and Health*, contains the latest scientific information regarding the disease of addiction.

Surgeon General Murthy states *"We also need a cultural shift in how we think about addiction. For far too long, too many in our country have viewed addiction as a moral failing. This unfortunate stigma has created an added burden of shame that has made people with substance use disorders less likely to come forward and seek help. It has also made it more challenging to marshal the necessary investments in prevention and treatment. We must help everyone see that addiction is not a character flaw – it is a chronic illness that we must approach with the same skill and compassion with which we approach heart disease, diabetes, and cancer."* Read more at https://addiction.surgeongeneral.gov/.





## Working with Youth

The Summit County Opiate Task Force teamed up with North High School in their Problem-Based Learning program to challenge student teams to develop innovative approaches to ending the opiate epidemic. The top-rated student groups presented their ideas at the December 2016 Opiate Task Force meeting. (Pictured at right: North HS student presenting at the Opiate Task Force December meeting.)

## Heath Care Conference Grows

The 3rd Annual Current Concepts in Integrated Health Care Conference convened in November with over 160 health care professionals in attendance. Physicians, nurses, social workers, counselors, and other professionals received continuing education credits to learn about topics from treating psychosomatic disorders and the neurology of the addicted brain, to best practices in prescribing medication and the latest programs aimed at reducing harm in the community.

The annual event featured several notable guest speakers including Dr. Todd Ivan, MD, Dr. Rebecca Schlachet, DO, Dr. Nicole Labor, DO, Dr. Michael Carlisle, DO, Dr. Susan Padrino, MD, Dr. Michelle Romero, DO, Dr. Marguerite Erme, DO, and Dr. Brian Bachelder, MD. Conference participants can visit the Summit County Opiate Task Force website www.summitcountyaddictionhelp.org to access the presentations from each of the guest speakers.



SUMMIT_001084703

The ADM Recovery Challenge 5K race continued to grow in 2016 to over 400 runners and it has become much more than a race.

The challenge, with nine obstacles, now represents hope and life-changing triumphs to people in recovery and those who support them. In 2016, participants received a medal at the finish line of the race for the first time since the race's inception. The medal is now a badge celebrating the accomplishment of finishing the 5K and the triumph of recovery.

# The ADM Recovery Challenge 5K:

9 Obstacles

90 Volunteers

400 Runners

The amount of fun...

PRICELESS!







SUMMIT_001084704

# Trailblazers Recognized for Leading the Way

The County of Summit Alcohol, Drug Addiction and Mental Health (ADM) Services Board sponsors an annual luncheon to honor trailblazers and advocates in the mental health and addiction services field. The 2016 Trailblazer awardees below were recognized for their example and service to the community.

**The Maggie Carroll Smith Advocacy Award**
Joel and Paul Testa of Testa Companies were nominated for their work on the Commons at Madeline Park which provides housing for people who are homeless, many of whom have mental health conditions. The Testa's have been advocates for stable housing which promotes recovery and well being in the community.

**The Drs. Fred and Penny Frese Education Award**
Judge Annalisa Williams has presided over the Mental Health Court for the Akron Municipal Court since 2005 and she is passionate about persons suffering from mental illness and their unique circumstances within the criminal justice system. Under her leadership, Akron Municipal Mental Health Court was designated one of five original learning sites by the Bureau of Justice and Assistance and the Council of State Governments. This designation allows other Courts to learn how to operate a Mental Health Court from Akron Municipal Court.

**The Sister Ignatia Hope Award**
Dr. Nicole Labor received the 2016 Sr. Ignatia Award for her compassion and kindness that offers hope to those who seek solace and recovery from the disease of addiction. Dr. Labor treats patients with clinical expertise and
the compassion of someone who knows what it is like to have addiction.

**The Dr. Robert Smith Innovation Award**
Reba McCray has been a trailblazer as the first recvovery coach in Summit County. Her story started young where her struggles with addiction led her on a journey to help others. Reba is described as a role model and advocate with empathy and a big heart for lost souls. She has helped to shape what recovery looks like by offering women guidance and understanding.



2016 Trailblazers:
From left to right:
Dr. Nicole Labor, Paul
Testa, Reba McCray,
Judge Annalisa
Williams

SUMMIT_001084705

## Meet the Board of Directors

(Members have served either full or partial terms during 2016.)

Phillip J. Montgomery, Chair
Joseph P. Saporito, Vice Chair
Deanna Horrigan, Board Secretary
Lucas Blower
Vivianne Duffrin
Elizabeth A. England
Daniel Flowers
Peter A. Goheen
Reneé L. Greene

Russell Ham
Todd M. Ivan, M.D.
Kathlin McCann
Patrick A. McGown
Melissa Mellinger
Kevin D. Strickland
Christopher T. Teodosio
André Thornton, Jr.
John M. Williams



## Service Providers

ADM CRISIS CENTER / Oriana House – DETOX
Akron–Urban Minority Alcoholism & Drug Abuse Outreach Program (UMADAOP), Inc.
Akron General Medical Center Edwin Shaw Rehabilitatition
Asian Services in Action, Inc. (ASIA)
Blick Clinic, Inc.
Catholic Charities Community Services/ Summit County
Child Guidance & Family Solutions
Choices Social Community Center
Coleman Professional Services
Community Health Center
Community Behavioral Health
Greenleaf Family Center

IBH Addiction Recovery Center
International Institute of Akron
Mature Services, Inc.
Minority Behavioral Health Group
Northcoast Community Homes
OhioGuidestone, Inc.
Oriana House, Inc.
Portage Path Behavioral Health
Psycho-Diagnostic Clinic
Shelter Care, Inc.
Summa Health System (Ignatia Hall)
Summit County Community Partnership
Summit County Sheriff's D.A.R.E. Program
Summit County Public Health
Summit Psychological Associates
Tarry House, Inc.

**Alcohol, Drug Addiction & Mental Health** Services Board

www.admboard.org

   

SUMMIT_001084706