EXHIBIT 7

## Opiate Task Force
### Data Dashboard

The Opiate Task Force asked to establish key data indicators to be tracked over time. These data points will be used as a platform for measuring the opiate problem and any efforts to combat it. Initial indicators will include,

1. Neonatal Abstinence Syndrome (NAS) incidence rate
2. # Opiate Doses Dispensed- Summit County vs. Ohio
3. # Opiate Dosed per capita- Summit County vs. Ohio
4. # Overdose Responses by EMS
5. # Overdose reversals by EMS
6. # Overdose Deaths- Total, and Opiate involved
7. Pounds of unused medications turned in to drop Boxes
8. Average Wait Time for residential treatment, by gender

Recovery Starts Here www.admboard.org

## Opiates Dispensed- Summit v. State

| Summit County (pop 541,781) | Year | # doses dispensed | # doses/ patient | # doses/ capita |
|---|---|---|---|---|
| Opiates & Pain Relievers | 2014-Q1 | 9,087,456 | 160.00 | 16.77 |
| | 2014 Q2 | 9,303,221 | 160.71 | 17.17 |
| | 2014 Q3 | 9,399,715 | 160.44 | 17.21 |
| | 2014 Q4 | 8,869,147 | 154.07 | 16.37 |
| | 2014 TOTAL | 36,661,475 | 296.50 | 67.71 |
| | 2015 Q1 | 8,476,332 | 152.55 | 15.65 |

| OHIO (pop 11,536,504) | Year | # doses dispensed | # doses/ patient | # doses/ capita |
|---|---|---|---|---|
| Opiates & Pain Relievers | 2014 | 747,903,855 | 379.94 | 64.83 |
| | 2015 Q1 | 173,932,720 | 145.41 | 15.08 |

Recovery Starts Here www.admboard.org

## Data Dashboard

Opiate Overdoses (Akron) by EMS responses

| Time Period | # Opiate OD's | Avg/Day | #Naloxone reversals |
|---|---|---|---|
| 3/1-10/31/15 | 219 | 1.05 | 174 |
| 3/1-12/31/2015 | 448 | 1.5 | 269 |

Overdose Deaths- Summit County

| Time Period | Drug overdose deaths | Opiate overdose deaths |
|---|---|---|
| 2014 | 139 | 83 |

## Data Dashboard

Neonatal Abstinence Syndrome

| Summit County | 2012 | 2013 | 2014 |
|---|---|---|---|
| Incidence of NAS | 107 | 109 | 130 |

DAWN Clinics

| Time Period | Received Overdose Education | Received DAWN Kit |
|---|---|---|
| 2014 Q1* | 19 | 13 |

* Program Started 2/1/15 at SCPH

# Other trends

Prescription Opiates (Rx) vs. Street Opiates (Heroin) as Primary Drug of persons entering treatment

| Gender # | Rx | | Heroin | |
|---|---|---|---|---|
| | 2013 | 2014 | 2013 | 2014 |
| Men | 46% | 36% | 54% | 64% |
| Women | 51% | 39% | 49% | 61% |
| Total | 48% | 37% | 52% | 63% |

The proportion of persons using Heroin has increased significantly in 2014.

County of Summit
ADM BOARD
Alcohol, Drug Addiction & Mental Health Services Board

For more information go to the Opiate Task Force Online at:

www.summitcountyopiatetaskforce.org

## or call the ADM Board at 330.762.3500

Recovery Starts Here www.admboard.org