# EXHIBIT 8

# Unduplicated Admissions for Opiate Abuse and Dependence
## Ohio MACSIS Data - State Fiscal Year (SFY) 2014



### Legend

- ADAMHS Board
- **Opiate Addicts (%)**
  - 13.1% - 71.6%
  - < 25 cases

**Map Information:**

This map represents the percentage of clients in treatment with an opiate-related diagnosis (heroin and prescription opioid). On average, 37.0 percent of client admissions statewide were associated with a primary diagnosis of opiate abuse or dependence in SFY 2014. The highest concentrations of opiate admissions were in Marion (71.6%), Scioto (68.8%) and Vinton (68.5%) counties. The counties with the lowest concentrations of opiate-related admissions were Tuscarawas (13.1%), Coshocton (14.7%) and Henry (15.8%). Percentages are not displayed for counties with fewer than 25 admissions.

Note: Alcohol, Drug Addiction and Mental Health Services (ADAMHS) Boards have black borders, and counties have white borders. Borders are black in cases where ADAMHS boards and counties have the same borders.

*Data Source:*
Data from Multi Agency Community Information Systems (MACSIS)
Map produced November 2015