# EXHIBIT 9

**County of Summit**
**ADM BOARD**
Alcohol, Drug Addiction & Mental Health Services Board

100 West Cedar Street, Suite 300
Akron, Ohio 44307
330-762-3500
Fax: 330-252-3024
Ohio Relay: 800-750-0750
admboard.org

**Recovery Starts Here.**

February 5, 2014

To:      Key Community Stakeholders

From:    Gerald A. Craig, Executive Director

Re:      **Inaugural Convening of the Summit County Opiate Task Force**

As you know Summit County, like the rest of Ohio, is amidst an opiate epidemic.  Locally, opiates have become the 2nd leading cause of treatment admissions in the ADM network.  Acute drug withdrawal has led to over 1,500 detoxification episodes at the ADM Crisis Center, the majority of which are opiate related.  While heroin is more pure and less expensive (1970-5% pure;  2006- 60% pure) than a generation ago, the problem isn't isolated to heroin.  Forty-five percent of opiate dependent persons being admitted to treatment are addicted to prescription medications.  These addictive pain medications are being diverted to the street economy in alarming proportions.  Add to this the following facts:

- Unintentional Drug Overdoses in Summit County have risen from 12 in 2000, to 66 a decade later.
- Increasing number of inmates experiencing drug withdrawal in Jail.
- Increase in heroin and prescription drug related arrests.
- Increase in diverted prescription medications.
- Increase in hepatitis diagnosis.

We are being impacted in every segment of our community:  healthcare, public health, courts, law enforcement, pharmacy practice, addictions treatment, employment, faith, and family.  The time is right to unite key leaders in a commitment to reduce the tragic consequences of opiate abuse in Summit County.  We believe that through public education, collaboration, and wise use of our available resources, we can make a difference here in our home county.  Heroin and other opiates are tearing families apart, killing our neighbors, and destroying young lives. We will not allow that to continue.  Please plan to attend the Inaugural meeting of the:

**Summit County Opiate Task Force**
Wednesday, February 26, 2014 – 8:15 - 11:00 a.m.
Akron Urban League  President's Hall
440 Vernon Odom Blvd., Akron Ohio 44307
*Continental Breakfast Provided*

This is a targeted invitation to leaders from key segments of our community; please RSVP to Fran Rudell at the ADM Board Office at 330.564.4054, or frudell@admboard.org, by Noon on Monday, February 24th.  For more information on the Task Force, contact John Ellis at 330.564.4082 or jellis@admboard.org.  We look forward to working together in addressing this issue facing the citizens of Summit County.

Thank you.

**ADM Board Contract Provider Agencies**

ADM Crisis Center  •  Akron General Edwin Shaw Rehabilitation Institute  •  Akron-UMADAOP  •  Asian Services in Action  •  Blick Clinic  •  Child Guidance & Family Solutions  •  CHOICES  •  Community Health Center  •  Community Support Services  •  East Akron Community House  •  Greenleaf Family Center  •  International Institute of Akron  •  Interval Brotherhood Home  •  Mature Services  •  Mental Health America of Summit County  •  Minority Behavioral Health Group  •  North Coast Community Homes  •  Oriana House  •  Portage Path Behavioral Health  •  Psycho-Diagnostic Clinic  •  Shelter Care  •  Summit County Community Partnership  •  Summit County Public Health  •  Summit County Suicide Prevention Coalition  •  Summit County Sheriff's D.A.R.E. Program  •  Summit Psychological Associates  •  Tarry House