# EXHIBIT 10

Case: 1:17-md-02804-DAP  Doc #: 1934-9  Filed: 07/22/19  2 of 2.  PageID #: 98954

