# EXHIBIT 14

# ANNUAL REPORT
## For the Year 2016



# COURT OF COMMON PLEAS
## GENERAL DIVISION
# Summit County Ohio

Judge THOMAS A. TEODOSIO
ADMINISTRATIVE JUDGE
Judge AMY CORRIGALL JONES
PRESIDING JUDGE

JUDGE LYNNE S. CALLAHAN     JUDGE TODD M. MCKENNEY
JUDGE CHRISTINE CROCE     JUDGE TAMMY O'BRIEN
JUDGE PAUL J. GALLAGHER     JUDGE JOY MALEK-OLDFIELD
JUDGE ALISON MCCARTY     JUDGE MARY MARGARET ROWLANDS

ROBERT GAINER
COURT EXECUTIVE OFFICER

Visit our Website @ www.summitcpcourt.net

SUMMIT_000004286

# TABLE OF CONTENTS

MISSION STATEMENT ..................................................................................................3

JUDGES OF THE COURT OF COMMON PLEAS, GENERAL DIVISION

    JUDGE LYNNE S. CALLAHAN ...........................................................................4

    JUDGE CHRISTINE CROCE .................................................................................5

    JUDGE PAUL J. GALLAGHER...............................................................................6

    JUDGE AMY CORRIGALL JONES .......................................................................7

    JUDGE ALISON MCCARTY ................................................................................8

    JUDGE TODD M. MCKENNEY .........................................................................10

    JUDGE TAMMY O'BRIEN ...............................................................................11

    JUDGE JOY MALEK OLDFIELD .......................................................................12

    JUDGE MARY MARGARET ROWLANDS .........................................................13

    JUDGE THOMAS A. TEODOSIO .......................................................................14

MAGISTRATE KANDI S. O'CONNOR .......................................................................16

VISITING JUDGES.......................................................................................................17

CIVIL FILINGS/TERMINATIONS - FIVE-YEAR COMPARISON .................................18

CIVIL FILINGS/TERMINATIONS - MONTHLY COMPARISON ...............................18

CIVIL & CRIMINAL CONSOLIDATED CASE ACTIVITY / SUPREME COURT ANNUAL REPORT ....19

CRIMINAL CASE ACTIVITY ......................................................................................20

CRIMINAL FILINGS/ARRAIGNMENTS/TERMINATIONS - FIVE YEAR COMPARISON ..................22

MEDIATION................................................................................................................22

JURY MANAGEMENT .................................................................................................23

PROBATION DEPARTMENT .......................................................................................25

THE TURNING POINT PROGRAM .............................................................................31

PRETRIAL SERVICES ..................................................................................................39

PSYCHO-DIAGNOSTIC CLINIC...................................................................................41

COURTHOUSE SECURITY ..........................................................................................44

FINANCIAL DATA .....................................................................................................46

PERSONNEL ROSTER .................................................................................................48

SUMMIT_000004287

## SUMMIT COUNTY COURT OF COMMON PLEAS
### GENERAL DIVISION

# MISSION STATEMENT

THE MISSION OF THE SUMMIT COUNTY COURT OF COMMON PLEAS GENERAL DIVISION IS TO ENSURE JUSTICE, THEREBY SERVING AND PROTECTING THE PUBLIC BY:

- Providing access to fair, just and understandable forums for the timely resolution of differences and disputes

- Applying and enforcing all laws in a timely and equitable manner

- Taking appropriate corrective, remedial, rehabilitative and preventive actions and using appropriate progressive programs.

THE VISION OF THE SUMMIT COUNTY COURT OF COMMON PLEAS GENERAL DIVISION WILL PROVIDE THE HIGHEST QUALITY OF JUSTICE AND JUSTICE SYSTEM SERVICES TO SUMMIT COUNTY COMMUNITIES BY:

- Promoting cooperation among the courts, justice system and other community agencies and services

- Initiating and implementing programs and policies designed to encourage ethical standards, enhance timely court performance and user accessibility

- Using progressive court management technologies

- Encouraging the use of appropriate dispute resolution mechanisms

- Continuously ascertaining, shaping and responding to the needs and expectations of court users and the community.

HOME

SUMMIT_000004288

# THE HONORABLE JUDGE LYNNE S. CALLAHAN

Judge Lynne Callahan earned her Bachelor of Arts degree from the University of Akron, where she was named "Outstanding Senior Woman" in 1979. She earned her Juris Doctorate Degree from The University of Akron School of Law in 1984 and was thereafter admitted to the Ohio Bar. After law school, Judge Callahan chose a unique career path and joined the Akron Police Department where she served the community as a police officer. In 1989 she joined the Summit County Prosecutor's Office as an Assistant Prosecuting Attorney where she remained until she joined the law firm of Davis & Young in 1994.

Judge Callahan was appointed to the Akron Municipal Court on May 1, 1997, elected to the seat in November 1997 and re-elected to the seat in November 2003. While in the Akron Municipal Court, she was instrumental in the creation of the Akron Municipal Court's Family Violence Court and presided over that court from April 1998 until she was elected to the Common Pleas Court in 2009. Family Violence Court was an innovative domestic violence diversion program, which targeted first time domestic violence offenders. During Judge Callahan's tenure, the Family Violence Court received the Ohio Department of Rehabilitation and Correction Director's Award for Excellence in Community Justice and the American Corrections Association National Exemplary Offender Award.

Judge Callahan was elected to her current position on the Summit County Court of Common Pleas in November 2008 and re-elected in November 2014. She participates in the Summit County Common Pleas Court's Re-Entry Court Program and is a member of the Summit County Re-Entry Network Steering Committee. Judge Callahan serves on the Ohio Supreme Court's Advisory Committee on Domestic Violence and the Ohio Judicial Conference Criminal Law and Procedure Committee. She has also served as a mentor to newly-appointed judges.

Judge Callahan has been active in the community and has been the recipient of several awards recognizing her community involvement, including the 2014 St. Vincent-St. Mary High School Father Thomas Maher Outstanding Alumni Award and the Urban Light Award. Judge Callahan was actively involved with the Ohio Student Mock Trial Program and coached middle school and high school mock trial teams for ten years. She has been a member of the County of Summit Criminal Justice Advisory Board for over fifteen years, and served two terms as president of the Board of Trustees of the Community Health Center Foundation. Judge Callahan has taught at The University of Akron and at the Supreme Court of Ohio Judicial College.

Judge Callahan is a lifelong resident of Summit County. She and her husband Michael have three children and four grandsons.



**JUDGE CALLAHAN AND STAFF**
**From left:** Jenna Bouhall, Brian Scheetz, Shari Hower

SUMMIT_000004289

# THE HONORABLE JUDGE CHRISTINE CROCE

Judge Christine Croce graduated, in 1989, with honors, from the University of Akron with a Bachelor of Arts in Business and Organizational Communications. In 1994 she received her Juris Doctorate from The University of Akron School of Law and was thereafter admitted to practice law in the State of Ohio. While attending law school Judge Croce worked for the City of Akron Law Department handling thousands of traffic cases as well as appellate research and writing.

In 1995, Judge Croce began working for the Summit County Prosecutor's Office as an Assistant Criminal Prosecutor where she handled adult felony cases ranging from illegal possession of drugs to rape and murder.

In 2001, Judge Croce served as Executive Director of the Summit County Sheriff's Office and remained in that position until 2009. Judge Croce served as the legal advisor to the Deputy Sheriffs and the Summit County Drug Unit. Judge Croce also supervised the Fiscal Department, Personnel Department, CCW Unit, and Sex Offender Unit of the Sheriff's Office and drafted inter-agency mutual aid agreements. Judge Croce also drafted county legislation and represented the Sheriff's Office at Summit County Council.

From 2005-2009, Judge Croce served on Green City Council representing the citizens of the 4th Ward. While on council, Judge Croce served as the Chairperson of the Finance Committee, and the Parks and Recreation Committee. She also served as President of Council in 2008 and Vice President in 2009.

In 2009, Judge Croce was elected as the Barberton Municipal Clerk of Courts. During her time as Clerk, Judge Croce implemented time and money saving changes including electronic mailings, and online payments.

In 2011, Judge Croce was elected as Judge in the Barberton Municipal Court and during her tenure she served as Presiding Judge. While serving the Barberton Municipal Court many changes were made at the Court in an effort to make the Court operate effectively and efficiently. The Court started a Community Service program along with a Suspended License Intervention Program and a Mental Health Court. The Court actively sought grant money to make changes and enhancements to the Court without the need to use taxpayer money.

Also previously, she served as Secretary and Treasurer of the Summit County Crimes Stoppers and the advisory board of the Grandparents Against Sexual Predators, as well as serving on the Pink Ribbon Committee of the Summit County Rally for a Cure.

In November of 2013, Judge Croce was appointed to the Summit County Common Pleas Court after the retirement of Judge Judy Hunter. In November of 2014, she was elected to serve as a Judge in the Summit County Court of Common Pleas.

Judge Croce is an active member of our community. She is a member of the Akron Bar Association, the Akron Crime Clinic, the Fraternal Order of Police Associates #6, the Magic City Kiwanis, Barberton Rotary Club and Dapper Dan. She is currently coaching, along with Judge Amy Corrigall Jones, the Trial Team at Saint Vincent/Saint Mary High School.

HOME

SUMMIT_000004290

# THE HONORABLE JUDGE PAUL J. GALLAGHER

Judge Paul J. Gallagher graduated from The University of Notre Dame with a Bachelor of Arts Degree in 1966. He received his Masters Degree from John Hopkins University in 1980. Thereafter, he received a Juris Doctorate Degree from The University of Akron in 1986 and was admitted to the Ohio Bar the same year.

Judge Gallagher served as an Assistant to the County Executive of Anne Arundel County, Maryland, in 1974 and 1975 and as Chief Assistant to the County Manager of Baltimore County, Maryland, from 1976 to 1980. He returned home to Summit County and served as Safety Service Director for the City of Tallmadge until he entered law school. From 1991 through 2006, Judge Gallagher served as Assistant Prosecutor for the Portage County Prosecutor's Office. In 1985, he was elected to serve as an at-large member of Summit County Council where he served for 22 years before being elected to the bench.

In November 2006, Judge Gallagher was elected Summit County Common Pleas Judge with the term beginning January 1, 2007. He was re-elected for a second term beginning January 1, 2013.

Judge Gallagher was elected by the Summit County Common Pleas Judges to serve as Presiding Judge in 2008 and 2009.

In 2011, Judge Gallagher was appointed by the Judges of the General Division to preside over Summit County's new felony Domestic Violence Court,  the first of its kind in the State of Ohio. As a result, all felony cases involving crimes between intimate partners, are now assigned to Judge Gallagher's Domestic Violence Court, instead of being distributed among the ten General Division Judges. Non-domestic violence cases, except murder cases, which were normally assigned to Judge Gallagher are now distributed to the other Judges. In August 2014, the Domestic Violence Court was certified by the Supreme Court of Ohio.



**JUDGE GALLAGHER AND STAFF**
**From left:** Angelina Pallante, Patricia Himelrigh, Michelle Manchester

HOME

SUMMIT_000004291

## THE HONORABLE JUDGE AMY CORRIGALL JONES

In 2012, Judge Amy Corrigall Jones was elected to a full six year term on the Summit County Court of Common Pleas.  Judge Jones was elected be her colleagues to serve as Presiding Judge of the Common Pleas Court in 2016 and currently serves as Administrative Judge of the Common Pleas, General Division.  She also serves as Presiding Judge of the Summit County Valor Court since establishing the court in 2013.

Judge Jones started the Summit County Valor Court, a Veteran's Treatment Court, in collaboration with Judge Jerry K. Larson of the Akron Municipal Court.  Summit County Valor Court was established because Judge Jones and Judge Larson recognized that many of our veterans return to civilian life with serious trauma both physical and mental, which may lead to their involvement with the criminal justice system.  Veterans are provided access to programs, treatment and interaction with mentors in a collaborative initiative to enhance their chances of success.

Judge Amy Corrigall Jones graduated Summa Cum Laude from Kent State University with a Bachelor of Arts in Psychology. She received her Juris Doctorate Degree from The University of Akron School of Law and was thereafter admitted to the Ohio Bar and the United States District Court, Northern District of Ohio. Judge Jones began her legal career in the private sector and her practice involved primarily civil litigation, both at the trial and appellate levels. She handled cases throughout the State of Ohio and across the Country in both State and Federal Courts.

In 2006, Judge Jones entered into private practice and represented clients involving both criminal defense matters and personal injury litigation. She also represented individuals in both Domestic Relations Court and Probate Court. Some of her most rewarding work was spent serving as a Guardian Ad Litem for children, an Advocate for the mentally ill and as a Guardian for incompetent adults.

Judge Jones has been recognized for her community service, being selected as a 30 for the Future award recipient and an award recipient by the Ohio State Bar Foundation.  Over the years she served as a board member of the Portage County Public Defender's Commission, a basketball coach at Archbishop Hoban High School and her alma mater St. Vincent St. Mary High School, and a mock trial team coach at St. Vincent St. Mary High School.  She is also a member of various organizations and charities including Akron's Dapper Dan Charity, the Ohio State Bar Association, the Akron Bar Association and the League of Women Voters.

HOME

SUMMIT_000004292

# THE HONORABLE JUDGE ALISON MCCARTY

Judge Alison McCarty graduated from Wheaton College in Wheaton, Illinois, with a Bachelor of Arts degree in English, studying for a summer at Oxford University, England, in 1982, and obtained her Juris Doctorate Degree from Wake Forest University School of Law in Winston-Salem, North Carolina, in 1987. She began her legal career as a Law Clerk in the Summit County Probate Court for Judge Bill Spicer. She then became a Staff Attorney for Judge William Baird of the Ninth District Court of Appeals. She started as a Summit County Assistant Prosecuting Attorney in 1989. During her ten-year career as an Assistant Prosecutor, Judge McCarty handled thousands of cases, from low-level drug cases to death penalty murder trials.

As a criminal prosecutor, Judge McCarty handled some of the most sensitive and high profile cases in our county. A seasoned trial veteran, Judge McCarty personally tried nearly one hundred jury trials, prosecuting murderers, robbers, rapists and child abusers, and obtained convictions in an overwhelming majority of those cases. She specialized in handling child physical and sexual abuse cases, as well as sexual assault cases. Her most notorious case was *State of Ohio v. Douglas Prade*, in which an Akron Police Captain was charged with the Aggravated Murder of his ex-wife, Dr. Margo Prade. Prade's conviction, in 1998, on all charges and the subsequent appeals have made national news and been the subject of numerous TV shows.

Judge McCarty was appointed Judge of the Akron Municipal Court in May of 1999, where she served for nine years, having been elected in 1999 and re-elected in 2005. As an Akron Municipal Court Judge, she presided over the Akron Municipal Drug Court from 2003 to 2007, and created and presided over the first urban DUI Court in the State of Ohio from 2007 until her election to the Summit County Court of Common Pleas. Judge McCarty was elected Presiding Judge for the Municipal Court in 2005. She was awarded Committee Chair of the Year by the Akron Bar Association in 2002 and 2013, awarded the 2005 Urban Light Award from the Department of Public Administration at The University of Akron, received the 2006 Legacy III Criminal Justice Award for Outstanding Service, and is a MADD Red Ribbon Award Winner for her tough stances and innovative approaches to dealing with repeat drunk-driving offenders. In 2016 Judge McCarty received a Leadership Award from the Akron Bar Association for her 15-year record as Chair of the Mock Trial Committee.

Judge McCarty has long been an advocate for victims, and has worked to protect particularly vulnerable populations, such as battered women, children, and the elderly. She serves on the Summit County Domestic Violence Coalition, the Summit County Child Fatality Review Committee, and is a former Chair of the Summit County Sexual Assault Coalition. She chaired the Akron Bar Association's High School Mock Trial Committee, a position she held for fifteen years. Judge McCarty has twice been recognized by the Akron Bar Association as the "Outstanding Committee Chair of the Year" for her work on that Committee. She was appointed to the Governor's Task Force on the Investigation and Prosecution of Child Abuse, and has served on the Board of the Ohio Coalition on Sexual Assault.

Judge McCarty was elected to a six-year term on the Summit County Common Pleas Court in November 2008 and was re-elected in 2014. She presides over serious felony matters and major civil lawsuits. Judge McCarty presides over a Re-Entry Court Program, which strictly monitors certain offenders after they are released from the prison system, to improve their chances of a successful transition to a law-abiding lifestyle. She is a frequent lecturer, speaking on topics ranging from trial tactics, sexual assault cases, and ethics and professionalism. She is a Bencher with the Scanlon/Bell Inns of Court, a collaborative program that promotes civility and ethical behavior within the profession and mentors young lawyers in the practice of law. Judge McCarty also serves as a Mentor for the Ohio Supreme Court, mentoring new judges and new lawyers.

SUMMIT_000004293

Judge McCarty is married to Thomas McCarty and they have two daughters. The McCarty family has been pleased to host numerous foreign exchange students in their home.

She is on the board of the Summit County Choral Society.  She sings in the choir at her church, and is very active, having previously taught Sunday School and just recently having served as an Elder.



**JUDGE MCCARTY AND STAFF**
**From left:** Shay Christopher, Judge McCarty, Lisa Nemes, Joan Arshinkoff

HOME

SUMMIT_000004294

# THE HONORABLE JUDGE TODD M. MCKENNEY

Judge Todd McKenney was elected to the Summit County Court of Common Pleas in 2014.

A life-long resident of Summit County, Judge McKenney graduated from Manchester High School (1982), Hiram College, BA, Magna Cum Laude (1986) and earned his Juris Doctorate Degree from the Ohio State University College of Law (1989) and was thereafter admitted to the Ohio Bar. Judge McKenney is also licensed to practice in the Northern District of Ohio and the U.S. Sixth Circuit Court of Appeals.

From 1989 to 1991 and again from 2005 to 2007, Judge McKenney served as a Judicial Law Clerk in the United States District Court, for the Northern District of Ohio.

During his more than 25 years of legal experience, Judge McKenney has practiced law with the firms of Black McCuskey, Souers and Arbaugh and most recently with Leiby, Hanna, Rasnick, Towne, Evanchan, Palmisano & Hobson, LLC.

Judge McKenney has served the Summit County residents in the past as a New Franklin City Council member, State Representative for the 43rd District of Ohio, Barberton Municipal Court Judge, and Judge of the Summit County Common Pleas Court Probate Division.

Judge McKenney has been active in the community and formerly served on the Board of The Chapel, the International Institute of Akron, Youth Excellence Performing Arts Workshop (YEPAW) for African-American Teen Leadership, Akron Area YMCA Trustee, Green Family YMCA Advisory Board, Lake Anna YMCA Capital Campaign and Love Akron.

Judge McKenney currently serves as a Trustee for the Akron Bar Association, Akron Bar Foundation Fellow and a Board Member for Faithful Servants, free medical clinic.

Judge McKenney is married to Bethany and they have two children.



### JUDGE MCKENNEY AND STAFF
Lisa Kayes, William Wellemeyer, Kimberly Masich

HOME

SUMMIT_000004295

# THE HONORABLE JUDGE TAMMY O'BRIEN

Judge Tammy O'Brien was appointed to the Summit County Court of Common Pleas in 2011, was then elected in 2012, and then re-elected in 2014. Previously, she was elected to the State Board of Education in 2008 and 2010, where she represented the citizens of Summit, Portage, Trumbull and Ashtabula Counties.

Prior to taking the bench, Judge O'Brien was in the private practice of law in Akron for nineteen years. From 1999-2011, she was a partner in the law firm of Roderick Linton Belfance LLP, practicing primarily in the areas of business and general civil litigation. She also had extensive experience in appellate practice and in tort and employment litigation and argued before the Supreme Court of Ohio and the Federal Courts of Appeals on numerous occasions.

In 1992, she began her career as a Judicial Law Clerk/Staff Attorney for the Honorable William R. Baird of the Court of Appeals of Ohio, Ninth Appellate District. She has also been an Adjunct Professor of Law at The University of Akron and, for many years, has been selected by the Supreme Court of Ohio to serve as a Reader of the State Bar Examination.

She is co-author of a legal treatise involving the introduction of evidence at trial. Ohio Motions in Limine: Evidence Exclusion Guide was published annually by Thompson West for many years.

Judge O'Brien also serves the community as a member of the Board of Trustees of the American Red Cross of Summit and Portage Counties. She is a graduate of Leadership Akron and past president of the Board of Trustees for H.M. Life Opportunity Services.

She graduated from The University of Akron in 1988 with a Bachelor of Arts Degree in Secondary Education and received her Juris Doctorate Degree from Cleveland-Marshall College of Law at Cleveland State University in 1992. Judge O'Brien is the mother of two teenage sons.



### JUDGE O'BRIEN AND STAFF
**From left:** Michelle Dimeff, Dawn Humphrys, Tiffany Morrison

HOME

SUMMIT_000004296

## THE HONORABLE JUDGE JOY MALEK OLDFIELD

In 2016, Judge Oldfield was elected to the General Division of the Summit County Common Pleas Court. She was immediately selected to serve as the Presiding Judge of the Felony Drug Court, the Turning Point Program.

Judge Joy Malek Oldfield holds a Bachelor of Arts in Sociology, with a concentration in Criminology from John Carroll University, and a Juris Doctorate from The University of Akron School of Law.

She started her legal career with Scanlon & Gearinger Co., LPA, and then as a partner at Hill Hardman Oldfield, LLC, where she practiced in the area of complex civil litigation and appeals. Judge Oldfield represented clients in state and federal courts throughout Ohio, as well as before the Supreme Court of Ohio and the Supreme Court of the United States. She also served as a Magistrate to the Honorable Judge Elinore Marsh Stormer in the Summit County Common Pleas Court. Judge Oldfield was elected to the Akron Municipal Court in 2011 where she served as the Administrative/Presiding Judge from 2014-2016; and, served as the Presiding Judge of the Akron Municipal Drug Court, now known as the Akron Municipal Recovery Court, from 2013-2016.

Organizations throughout Ohio have recognized Judge Oldfield for her leadership abilities.  In 2007, she received the Distinguished Service Award from the Ohio Association for Justice, the state's largest victim's rights advocacy group.  In 2008, the Greater Akron Chamber of Commerce recognized her as one of its "30 for the Future," an award honoring young professionals whose stellar contributions impact their industries and the Greater Akron region.  In 2007, 2010 and 2011, she was named an Ohio Super Lawyer Rising Star by Cincinnati Magazine.

Judge Oldfield is an active member of the community and has served the local bar for more than fifteen years.  She is a Fellow of the Akron Bar Foundation, a member of the Summit County Criminal Justice Advisory Board and the Oriana House Advisory Committee, an Advisory Member of the Women's Endowment Fund of the Akron Community Foundation, and an original member of the Summit County Opiate Task Force.  Judge Oldfield also finds time to volunteer for many local organizations, including The Christ Child Society of Akron.

A resident of Akron, Judge Oldfield is married and has three daughters.



**JUDGE MALEK OLFIELD AND STAFF**
**From left:** Julie Ellison, Amanda Brown, Paul Zindle, Gianna Calzola

HOME

SUMMIT_000004297

# THE HONORABLE JUDGE MARY MARGARET ROWLANDS

Judge Rowlands was elected to the Common Pleas Court in 2008, after 19 years in private practice representing clients in a wide variety of civil and criminal matters in both state and federal courts throughout the country. She was elected Presiding Judge of the Court from 2013-2015 by her colleagues in the General, Domestic Relations, Juvenile and Probate Divisions. Judge Rowlands' Re-entry Court Program has been certified by the Ohio Supreme Court; she supervises approximately 60 ex-offenders who are recently released from prison, in addition to her assigned docket of civil and criminal cases.

Judge Rowlands graduated from Youngstown State University and received her law degree from The University of Akron School of Law. She was admitted to the Ohio Bar in 1989. Previously, Judge Rowlands was a partner in the law firm, Whitaker and Rowlands Co., L.P.A., in Akron, Ohio. She became the chief legal counsel in the Summit County Fiscal Office in 2005.

Judge Rowlands is active in the community, serving on the boards of The Civic Theatre, and the Gay Community Endowment Fund Advisory Board. She also enjoys her role as the Ohio Chair of the National Association of Women Judges, always finding tremendous joy in the company of intelligent, dedicated women.

She has served on the Board of Trustees of the Akron Bar Association, and chaired its Common Pleas and Appellate Courts Committee. She was appointed to serve two terms on the Akron Bar Association's highly regarded Commission on Judicial Candidates. She was elected by her peers to the Ohio Bar Association's Council of Delegates. Judge Rowlands also was a charter member of the Charles F. Scanlon Chapter of the American Inns of Court.

Judge Rowlands is dedicated to furthering an understanding of the law and related topics. She frequently speaks at community gatherings, as well as to lawyers, judges, journalists, law enforcement, teachers and students, in an effort to create dialog on these important issues.



### JUDGE ROWLANDS AND STAFF
**From left**: Martha Hom, Dorianne Denard, Kristi Askew

HOME

SUMMIT_000004298

# THE HONORABLE JUDGE THOMAS A. TEODOSIO

Judge Thomas A. Teodosio graduated from The University of Akron with a Bachelor of Arts Degree in 1979. Thereafter, he received a Juris Doctor Degree from The University of Akron School of Law in 1982. That same year Judge Teodosio was admitted to the Ohio bar as well as the bar for the United States District Court, Northern District of Ohio and the United States Court of Appeals, Sixth Circuit. In 1986 he was authorized to practice before the United States Supreme Court.

Prior to beginning his judicial career, Judge Teodosio was in the private practice of law for 25 years. He was a partner in the law firm of Teodosio, Manos & Ward where he started his legal career in 1982. His law practice was general in nature, but focused heavily on trial work, both civil and criminal. While in private practice, he served on the Summit County Trial Lawyers Association Board of Trustees and was a member of the Ohio Academy of Trial Lawyers. As an attorney, Judge Teodosio participated in programs that provided pro bono legal services at the Hospice Care Center and through the Western Reserve Volunteer Legal Services.

In November 2000, Judge Teodosio was elected to serve on Summit County Council and won re-election in 2004. He was elected as President of Council in 2003 and was twice chosen to serve as Vice President. While on Council, he chaired the Finance, Public Works and Public Safety Committees and served as Vice Chairman of the Planning, Buildings and Economic Development Committee. As a Councilman, Judge Teodosio chaired the Summit County Predatory Lending Task Force and sponsored many pieces of legislation, including the creation of the Summit County Office of Consumer Affairs.

In November 2006, Judge Teodosio was elected Summit County Common Pleas Court Judge. For the year 2016, Judge Teodosio served as the Court's Administrative Judge.

He has been elected to serve as the Court's Presiding Judge for the years 2010, 2011, 2012 and 2015 by his colleagues in the General, Domestic Relations, Juvenile and Probate Divisions of the Court. Judge Teodosio also served as the Chairman of the Judicial Advisory Board.

Judge Teodosio presides over serious felony matters and major civil lawsuits. In addition to his regular general division docket, Judge Teodosio presides over Summit County's Felony Drug Court known as The Turning Point Program. The Program is a separate, specialized docket in which nonviolent, drug-dependent offenders plead guilty to their offenses and are then provided intense, court-supervised treatment with random drug testing and substance abuse/mental health programming. Judge Teodosio has been successful in enhancing the programming that is available to the clients of this Program to include employment services, cognitive skills programming, mental health screening, crisis intervention counseling, anger management classes, family education programming and financial management classes. In order to graduate from the program, participants must abstain from the use of alcohol and drugs and demonstrate that they have become rehabilitated and are prepared to serve as a positive influence on our community. Offenders who fail to successfully complete the Program are sentenced on their felony conviction.

Judge Teodosio is a member of the Ohio State and Akron Bar Associations; the National Association of Drug Court Professionals; the American Judges Association; and the Ohio Common Pleas Judges Association. Judge Teodosio serves on the Akron Bar Association's Board of Trustees; the Ohio Judicial Conference's Specialized Dockets Committee and Criminal Law & Procedure Committee; the Supreme Court of Ohio's Advisory Committee on Interpreter Services and the Summit County Criminal Justice Advisory Board and the Summit County Opiate Task Force. He has also served as a faculty member for the Supreme Court of Ohio Judicial College on the seminar topic Ethics and Professionalism and Access to Justice and Fairness in the Courts.

SUMMIT_000004299

Judge Teodosio is deeply involved in our community. He currently serves on the Akron Civic Theater Board of Directors; the Akron Zoo Board of Trustees; the Stow Schools Foundation Board; the Summit County Criminal Justice Advisory Board. He is on the Summit County Fatherhood Initiative, Community Steering and is a member of the Akron Crime Clinic. He is a Silver Life Member of the NAACP. He has served on the Rebuilding Together Advisory Board; the Walsh Jesuit High School Board of Trustees; the Summit County Consumer Affairs Board; the Akron/Summit Convention & Visitors Bureau Board of Trustees; the Summit County Board of Control; the Summit County Audit Committee; the Summit County Investment Advisory Board; and the Board of Directors at Community Support Services.

Judge Teodosio's service to the community has been recognized by the YMCA Western Reserve Paul C. Hutchison Service to Youth Award; the Bishop Cosgrove Justice Award from the Catholic Commission of Summit County; the "Harold K. Stubbs Humanitarian Award" for Distinguished Service in the Field of Government"; the "Urban Light Award" from The University of Akron Department of Public Administration and Urban Studies for "Service to the Akron Community"; the "Achievement Award" from the Council of Italian American Societies of Summit County; the Italian American Heritage Award from the Centro Italiano Heritage Committee of Festa Italiana; the "2008 Veterans Appreciation Award" from the Veteran Service Commission; and the East Akron Community House 40th Year Celebration of Community Organizing "Citizen's Participation Recognition."

Judge Teodosio is a lifelong resident of Summit County. He is married to Summit County Juvenile Court Judge Linda Tucci Teodosio. Their son Christopher is a practicing attorney who makes his home in Summit County with his wife, Katherine. The Judges remember their late daughter, Andrea, through the Andrea Rose Teodosio Foundation.



**JUDGE TEODOSIO AND STAFF**
**From left:** Christopher Piekarski, Jill Coleman, Matthew Rich

HOME

SUMMIT_000004300

# MAGISTRATE KANDI S. O'CONNOR

Kandi S. O'Connor is the Chief Magistrate for the General Division of the Summit County Court of Common Pleas. The Magistrate assists the General Division Judges by handling a variety of civil matters assigned to her via general or limited orders of reference. Under Civil Rule 53, the Magistrate can preside over bench or jury trials (appendix XIV-A), and can handle any matters preliminary to litigation.

Under Criminal Rule 19, the Magistrate can perform criminal tasks. The Magistrate conducts all arraignments for the General Division Judges.  Arraignments are conducted via a closed-circuit television to arraign defendants who are incarcerated in the Summit County Jail.

Under Ohio Revised Code (ORC), 2903.214, persons are authorized to petition the Court for an anti-stalking civil protection order. The Magistrate has a general order of reference and hears all of the filed petitions (appendix XIV-B) to include ex parte* and full hearings.

Below is a recap of the 2016 data for the Magistrate's Office.

| CIVIL CASE ACTIVITIES | |
|---|---|
| **Bench Trials** | **13** |
| **Jury Trials** | **1** |
| **Oral Hearings** *Including Civil Protection Orders, *Ex Parte and Full* | **906** |
| **Status Conferences** | **30** |
| **Total Activities** | **950** |

| CRIMINAL CASE ACTIVITIES | |
|---|---|
| **Jailed Defendants Arraigned** *via* **Closed-Circuit Television** | **2,067** |
| **Defendants Arraigned in Courtroom** | **2,772** |
| **Total Defendants Arraigned** | **4,839** |

\* An *ex parte* decision is one decided by a Judge without requiring all of the parties to the controversy to be present.

HOME

SUMMIT_000004301

# VISITING JUDGES

In 2016, the Summit County Common Pleas Court, General Division, continued its use of Visiting Judges to assist with the caseload.

| JUDGE | RETIRED FROM | DIVISION |
|---|---|---|
| Patricia A. Cosgrove | Summit County | Common Pleas Court |
| John A. Enlow | Portage County | Common Pleas Court |
| Judith L. Hunter | Summit County | Common Pleas Court |
| H. F. Inderlied, Jr. | Geauga County | Common Pleas Court |
| James L. Kimbler | Medina County | Common Pleas Court |
| Richard D. Reinbold, Jr. | Stark County | Common Pleas Court |
| Virgil Lee Sinclair | Stark County | Common Pleas Court |

| COST OF VISITING JUDGES FOR 2016 | |
|---|---|
| Payment by County  * | $14,455.00 |
| Payment by State  ** | $115,332.70 |
| **Total** | $129,787.70 |

\*   The County of Summit's fiscal year is January 1 through December 31.

\*\*  The State of Ohio's fiscal year is July 1 through June 30.

HOME

SUMMIT_000004302

## CIVIL CASE ACTIVITY

### FIVE-YEAR COMPARISON - CIVIL CASES FILED AND TERMINATED

The total number of Civil Cases **Filed** in 2016 was 5,311.  This reflects a five-year decrease of 1,799 cases from the 7,110 cases filed in 2012.  The total number of Civil Cases **Terminated** in 2016 was 6,242, which indicates a five-year decrease of 2,050 cases from the 8,292 cases terminated in 2012.



### MONTH-BY-MONTH ANALYSIS - CIVIL CASES FILED AND TERMINATED

The number of Civil Cases **Filed** in 2016 totaled 5,311.  This reflects a decrease of 499 cases from the 5,810 cases filed in 2015.  The number of Civil Cases **Terminated** in 2016 totaled 6,242, which indicates a decrease of 554 cases from the 6,796 cases terminated in 2015.  The average civil caseload per Judge on December 31, 2016 was 246.9 cases, compared to the average civil caseload per Judge on December 31, 2015 of 251.6 cases.



HOME

SUMMIT_000004303

## CIVIL / CRIMINAL CONSOLIDATED REPORT 2016

| TYPE OF CASE | Professional Tort | Product Liability | Other Torts | Workers Compensation | Foreclosures | Administrative Appeal | Complex Litigation | Other Civil | Criminal | TOTAL | Visiting Judge (Civil & Criminal) |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Pending beginning of period | 79 | 10 | 596 | 171 | 904 | 29 | 1 | 694 | 1,232 | 3,716 | 35 |
| New cases filed | 64 | 7 | 773 | 268 | 2,255 | 46 | X | 1,898 | 4,274 | 9,585 | 0 |
| Cases Transferred in, Reactivated or Redesignated | 20 | 0 | 61 | 50 | 647 | 0 | 0 | 92 | 1,412 | 2,282 | 16 |
| **TOTAL** | **163** | **17** | **1,430** | **489** | **3,806** | **75** | **1** | **2,684** | **6,918** | **15,583** | **51** |
| **TERMINATIONS  BY:** | | | | | | | | | | | |
| Jury trial | 6 | 0 | 4 | 1 | 0 | 0 | 0 | 6 | 74 | 91 | 2 |
| Court trial | 1 | 0 | 2 | 0 | 0 | 0 | 0 | 10 | 11 | 24 | 2 |
| Settled or dismissed prior to trial | 30 | 4 | 521 | 161 | 61 | 3 | 0 | 252 | 132 | 1,164 | 17 |
| Dismissal | 31 | 2 | 175 | 62 | 453 | 10 | 0 | 407 | 9 | 1,149 | 2 |
| Dismissal for lack of speedy trial(criminal) or want of prosecution (civil) | 1 | 0 | 9 | 2 | 94 | 4 | 0 | 91 | 0 | 201 | 0 |
| Magistrate | 0 | 0 | 4 | 0 | 2 | 0 | 0 | 459 | X | 465 | 0 |
| Diversion or Arbitration | 0 | 0 | 1 | 0 | 2 | 0 | 0 | 7 | 311 | 321 | 0 |
| Guilty/no contest plea to orig. charge (criminal) or Default (civil) | 0 | 1 | 18 | 0 | 1,453 | 1 | 0 | 375 | 1,164 | 3,012 | 2 |
| Guilty/no contest plea to reduced charge (criminal) | X | X | X | X | X | X | X | X | 2,307 | 2,307 | 3 |
| Unavailability of accused for trial/sent | 0 | 0 | 0 | 0 | 127 | 0 | 0 | 0 | 1,391 | 1,518 | 0 |
| Transfer to another judge or court | 19 | 0 | 54 | 55 | 457 | 1 | 0 | 91 | 137 | 814 | 0 |
| Referral  to private judge | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | X | 0 | 0 |
| Bankruptcy stay or interlocutory appeal | 0 | 0 | 10 | 1 | 92 | 0 | 0 | 44 | 0 | 147 | 2 |
| Other terminations | 6 | 1 | 38 | 10 | 241 | 34 | 1 | 203 | 0 | 534 | 6 |
| **TOTAL** | **94** | **8** | **836** | **292** | **2,982** | **53** | **1** | **1,945** | **5,536** | **11,747** | **36** |
| Pending end of period | 69 | 9 | 594 | 197 | 824 | 22 | 0 | 739 | 1,382 | 3,836 | 15 |

HOME

SUMMIT_000004304

## CRIMINAL CASE ACTIVITY

| | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| CASES FILED | 4,350 | 4,285 | 4,517 | 4,524 | 4,821 |
| CASES ASSIGNED/ARRAIGNED | 3,823 | 3,800 | 4,219 | 4,062 | 4,274 |
| CASES TERMINATED | 3,721 | 3,625 | 3,821 | 3,975 | 4,013 |
| TRIALS: | | | | | |
|   Jury | 102 | 91 | 78 | 67 | 74 |
|   Court | 16 | 15 | 19 | 21 | 11 |
| FELONY CHARGES: | | | | | |
|   Filed | 6,614 | 6,944 | 7,322 | 7,562 | 7,347 |
|   Convictions | 3,476 | 3,640 | 3,750 | 3,636 | 3,743 |
|   Dismissals | 3,324 | 3,101 | 2,919 | 3,451 | 3,221 |
| MISDEMEANOR CHARGES: | | | | | |
|   Filed | 1,385 | 2,326 | 3,008 | 3,613 | 3,203 |
|   Convictions | 614 | 784 | 921 | 981 | 820 |
|   Dismissals | 1,379 | 1,062 | 1,637 | 2,229 | 2,276 |
| DISPOSITIONS: | | | | | |
|   Ohio Dept. of Rehabilitation | 978 | 1,030 | 1,052 | 1,005 | 1,037 |
|   Ohio State Reform. For Women | 120 | 141 | 146 | 111 | 86 |
|   Community Control | 1,942 | 1,816 | 2,013 | 2,176 | 2,200 |
|   Probation | 174 | 135 | 121 | 137 | 124 |
|   Summit County Jail | 29 | 39 | 54 | 57 | 49 |
|   Glenwood Jail | 5 | 6 | 5 | 0 | 0 |
|   Halfway House | 0 | 0 | 0 | 0 | 1 |
|   Community Service | 0 | 0 | 0 | 0 | 0 |
|   Suspended Sentence | 28 | 11 | 8 | 11 | 12 |
|   Dismissals | 173 | 132 | 124 | 117 | 140 |
|   Fine/Costs | 17 | 19 | 24 | 32 | 31 |
|   Restitution | 3 | 1 | 0 | 0 | 0 |
|   Transfer to Another County | 0 | 0 | 0 | 0 | 0 |
|   IILC Completion | 98 | 119 | 141 | 229 | 258 |
|   PDP Completion | 45 | 65 | 38 | 53 | 38 |
|   Drug Court/Turning Point Completions | 81 | 69 | 55 | 14 | 15 |
|   Not Guilty Verdicts (Jury Trials) | 11 | 16 | 13 | 9 | 7 |
|   Not Guilty Verdicts (Court Trials) | 6 | 4 | 5 | 5 | 2 |
|   NGRI | 5 | 9 | 5 | 5 | 2 |
|   Death Penalty | 0 | 1 | 0 | 1 | 0 |
|   Remanded (back to Muni Court) | n/a | n/a | n/a | n/a | n/a |
|   Other | 6 | 12 | 17 | 13 | 11 |
| MOTIONS FOR JUDICIAL RELEASE | 1,355 | 1,309 | 1,274 | 1,446 | 1,308 |

SUMMIT_000004305

**Criminal Case Activity - 2016 (cont'd)**

| | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| **CHARGE/PLEA STATISTICS** | | | | | |
| *Pled Guilty - Original Charge* | | | | | |
| Felonies | 3,099 | 3,111 | 3,521 | 3,562 | 3,497 |
| Misdemeanors | 550 | 585 | 835 | 1,006 | 807 |
| *Pled Guilty - Amended Charge* | | | | | |
| Felonies | 970 | 789 | 782 | 848 | 811 |
| Misdemeanors | 10 | 7 | 14 | 20 | 8 |
| *Pled No Contest* | | | | | |
| Felonies | 58 | 46 | 34 | 49 | 26 |
| Misdemeanors | 14 | 10 | 8 | 20 | 8 |
| *Merged Counts* | | | | | |
| Felonies | 14 | 16 | 25 | 13 | 17 |
| Misdemeanors | 1 | 1 | 8 | 2 | 12 |
| *Dismissals* | | | | | |
| Felonies | 3,324 | 3,101 | 2,919 | 3,451 | 3,221 |
| Misdemeanors | 1,379 | 1,062 | 1,637 | 2,229 | 2,276 |
| *Jury Verdict - Guilty* | | | | | |
| Felonies | 171 | 171 | 377 | 244 | 171 |
| Misdemeanors | 29 | 19 | 28 | 15 | 17 |
| *Jury Verdict - Guilty (Amended)* | | | | | |
| Felonies | 9 | 4 | 8 | 15 | 3 |
| Misdemeanors | 0 | 0 | 0 | 0 | 0 |
| *Jury Verdict - Not Guilty* | | | | | |
| Felonies | 63 | 36 | 66 | 118 | 55 |
| Misdemeanors | 4 | 5 | 16 | 3 | 3 |
| *Court Verdict - Guilty* | | | | | |
| Felonies | 21 | 10 | 18 | 17 | 24 |
| Misdemeanors | 17 | 10 | 4 | 1 | 5 |
| *Court Verdict - Guilty (Amended)* | | | | | |
| Felonies | 1 | 5 | 2 | 5 | 1 |
| Misdemeanors | 1 | 0 | 0 | 0 | 0 |
| *Court Verdict - Not Guilty* | | | | | |
| Felonies | 24 | 16 | 8 | 14 | 4 |
| Misdemeanors | 5 | 0 | 1 | 2 | 3 |
| *Court Verdict - NGRI* | | | | | |
| Felonies | 16 | 17 | 6 | 14 | 6 |
| Misdemeanors | 1 | 3 | 4 | 2 | 2 |
| *Rule 29* | | | | | |
| Felonies | 4 | 1 | 4 | 1 | 0 |
| Misdemeanors | 2 | 2 | 1 | 0 | 0 |
| *Remanded* | | | | | |
| Felonies | 0 | 0 | 0 | 0 | 0 |
| Misdemeanors | 7 | 9 | 6 | 7 | 3 |

HOME

SUMMIT_000004306

## CRIMINAL DATA



## MEDIATION

The Court offers court-sponsored Mediation to parties who have filed suit in Common Pleas Court, under the direction of Chief Magistrate/Mediation Supervisor, Kandi O'Connor. Cases are mediated as assigned by the General Division Judges. Cases that can be assigned to Mediation include personal injury, business disputes, workers' compensation, foreclosure, quiet title, and non-payment of student loans. Cases can be selected by the assigned judge or can be sent to Mediation because all of the parties have consented.

In 2016, 575 cases were settled after referral to Mediation.

### DATA FOR THE PAST FIVE YEARS

| CASE STATUS | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| Cases Referred | 1,311 | 1,190 | 926 | 897 | 999 |
| Returned to Court | 418 | 364 | 262 | 220 | 260 |
| Cases Settled | 665 | 614 | 588 | 458 | 575 |
| Removed prior to completion | 238 | 224 | 179 | 137 | 161 |
| Cases Pending End of Year | 421 | 407 | 306 | 315 | 348 |

HOME    *In 2015, Foreclosure cases were inadvertently excluded from the statistics.

SUMMIT_000004307

# JURY MANAGEMENT

Each year, on the first working Monday of August, the Summit County Court of Common Pleas Jury Commissioners perform the annual Jury Draw. Potential jurors are selected from the voter registration list as certified by the Board of Elections from the preceding general election. The Annual Draw is performed pursuant to O.R.C. Section 2313.06 et seq. Prior to performing the Draw, the Presiding Judge designates, by order, the number of jurors to be summoned for each court jurisdiction in Summit County, that being Common Pleas Court, and Akron, Barberton and Stow Municipal Courts. Furthermore, the Jury Commissioners also draw jurors for Grand Jury pursuant to O.R.C. Section 2313.06 et seq.

From the annual jury list, jurors are drawn for each of the four-month sessions of court within the jury year, pursuant to O.R.C. Section 2313.07 et seq. The sessions commence on the first working Monday of September, January and May. The Jury Commissioners, in the presence of the Presiding Judge and the Clerk of Courts, draw the number of jurors previously designated for that session by the Presiding Judge. Upon completion and recording of the session jury lists, the jurors are summoned, using a one-step summons and questionnaire.

Jurors who receive summonses are asked to return the questionnaire portion providing a certain amount of information. The questionnaire also provides jurors with an opportunity to notify the court that they are eligible for an exemption pursuant to O.R.C. Section 2313.12. Any person eligible for an exemption may waive that exemption. Depending on information provided by the jurors, they may also be excused for a limited number of reasons pursuant to O.R.C. Section 2313.14. The Jury Commissioners are solely responsible for determining which jurors' exemptions are valid and which jurors may be excused.

Effective December 1, 2009, payment of petit juror fees was suspended for the first ten days of service due to limited funding in the County's operating budget. Parking for jurors reporting for Common Pleas Court and Akron Municipal Court jury service is validated at the parking decks noted on their summons and in the pamphlet they receive. Petit jurors who serve more than ten days are paid $15.00 on the eleventh day and each subsequent day thereafter.

In 2015, a new Jury Service Orientation DVD was produced.

Since June 6, 2006, jurors have had the convenience of using either our call-in system or our website to access the juror reporting information each evening.

As of October 28, 2002, jurors for Common Pleas Court and Akron Municipal Court service receive an informational brochure included with their summons. This brochure helps to answer many of the commonly asked questions by jurors prior to beginning their service, such as how they are chosen, where to park, appropriate attire, etc.

Beginning May 4, 1999, Grand Jury Service was reduced to a two-month session to ease the burden on people called and to get more county residents involved in the Justice System. The process for selecting the Grand Jury from the pool of jurors summoned for each session is governed by Crim. R. 6. Once the Grand Jury is selected, those jurors now serve for two months.

In September 1998, the term of service for Petit Jurors was reduced to one week, or one trial. This was done in order to make jury service less of a hardship and to increase participation, due to the recent changes to legislation governing excuses and exemptions.

SUMMIT_000004308

For the 2015-2016 Jury Year, 40,000 jurors were drawn for Summit County, 10,000 for Akron Municipal Court, 5,000 for Barberton Municipal Court, and 6,000 for Stow Municipal Court. These jurors are then divided equally among the three sessions of court and summoned to one week of service within the four-month session to which they were selected.

## PETIT JURY DATA 2012 THRU 2016

| | Total Paid | Total Jurors | Average Days | Muni Court Days | Reimbursed By Muni Courts |
|---|---|---|---|---|---|
| 2012 | $  5,250 | 8,973 | 1.52 | 951 | $  0 |
| 2013 | $  3,420 | 9,379 | 1.47 | 1,178 | $  0 |
| 2014 | $  7,575 | 9,743 | 1.58 | 1,175 | $  0 |
| 2015 | $  5,580 | 8,612 | 1.50 | 1,532 | $  0 |
| 2016 | $  2,295 | 7,916 | 1.46 | 1,080 | $  0 |

Municipal Court dollars represent the amount actually paid as reimbursements for jury fees.  The difference between billed and paid is the result of state code violations tried in Municipal Court and for which they do not reimburse jury fees pursuant to ORC 1901.25.

HOME

SUMMIT_000004309

## ADULT PROBATION YEARLY REPORT

### MISSION STATEMENT

As a major partner in the justice system and a functional component of the Common Pleas Court, the Summit County Adult Probation Department strives to hold offenders accountable while promoting rehabilitation for positive behavioral change.  Our mission is to reduce recidivism and the impact of crime on victims and the community through the use of services proven effective in Evidence Based Practices.

## SUPERVISION

The number of offenders under supervision at the Adult Probation Department at the end of 2016 was 4,273 compared to 4,281 in 2015.



## NEW PROBATION REFERRALS

The number of new cases in 2016 was 3,580 compared to 3,551 in 2015.

The following chart shows the number of the new cases referred to Probation over the past five years:



SUMMIT_000004310

# DEMOGRAPHICS FOR OFFENDER POPULATION

The demographic information for the new case placements in 2016 follows:

## BY GENDER

In regard to gender, there were 2,605 males placed on supervision in 2016.  By contrast, the Court referred 975 females for supervision.



## BY RACE

Caucasian referrals numbered 2,415 while African-Americans accounted for 1,080 of the offenders placed on supervision. There were 49 placements of various ethnicities, such as Hispanic or Asian descent.



## OFFENDERS BY AGE

The following is a breakdown of offenders by age for 2016:



SUMMIT_000004311

## TERMINATION OF SUPERVISION AND SENTENCING STATISTICS

During 2016, there were 1,365 supervision cases that were closed successfully due to expiration. An additional 396 cases were closed successfully due to early termination, 70 graduated from Re-entry Court and 13 closed for other reasons. Of the 226 administrative closings by the Court, 69 were returned courtesy supervisions, 68 were closed due to death, 58 transferred to the Turning Point Program and 13 were closed for other reasons.

As a result of non-compliance with graduated sanctions, sometimes the end result for some offenders has been incarceration at the Ohio Department of Rehabilitation and Corrections. In 2016, 508 cases were unsuccessfully terminated due to incarceration. Of those, 195 were due to new felonies, 293 for technical violations, and 8 for other reasons. The Department also had an additional 102 supervision cases unsuccessfully terminated that were not incarcerated in prison. Of these 102 cases, 19 were terminated due to new felonies, 65 for technical violations, and 18 due to other reasons.

## INTENSIVE SUPERVISION PROGRAM UNIT (ISP)

The Intensive Supervision Program (ISP) is a state funded program that was provided to the Adult Probation Department in 1990 as an alternative to prison incarceration. In 2016, 227 felony offenders were diverted to ISP. The ISP continues to consist of one (1) supervisor and six (6) probation officers.

During 2016, there were 228 terminations from the ISP Unit. The following table contains the details of those Terminations.



| | |
|---|---|
| Successful Terminations:<br><br>Reduced to Basic Supervision (16)<br><br>Released from Community Control (29) | 48 |
| Unsuccessful Technical Violations | 88 |
| Unsuccessful New Felonies | 16 |
| Unsuccessful New Misdemeanors | 1 |
| Administrative Releases | 5 |
| Terminations designated as Other | 70 |
| **TOTAL** | **228** |

## PRE-SENTENCE INVESTIGATION UNIT (PSI)

The Pre-Sentence Investigation Unit (PSI) writes all Pre-Sentence Investigation Reports for the Court. Currently, there are five (5) PSI Writers in this Unit. These writers do not carry a caseload and concentrate solely on writing Pre-Sentence Investigation Reports. Within this Unit, there is one (1) Sex Offender Report Writer and one (1) Domestic Violence Report Writer. The Domestic Violence Writer's duties were expanded at the end of 2011 due to the addition of a new Court, Domestic Violence Court. Conducting screenings for the new program, as well as supervising some of the offenders placed in the program, are now part of the responsibilities of the Unit.

SUMMIT_000004312

A PSI Report consists of several informational sections, such as, Circumstances of Offense, Prior Criminal History, Social History and Impressions/Recommendations. When required, the report also includes a Victim Impact Statement. The reports are researched and written using collateral sources such as, law enforcement agencies, employment records, medical records and educational records.

In 2016, the PSI Unit completed 489 PSI Reports, with 292 Victim Impact Statements. There were 48 Domestic Violence Pre-Sentence Investigations and 27 Sex Offense Pre-Sentence Investigations included in those completed reports. The Domestic Violence Court screens totaled 66.

## FELONY OVI SUPERVISION (Operating a Vehicle Under the Influence)

In 2016, one (1) probation officer supervised the Felony OVI probationers. The purpose of the Unit is to ensure OVI offenders are complying with all statutory requirements. This Unit also facilitates referrals to outside agencies which provide substance abuse programming to those required to follow through with treatment recommendations. Offenders must maintain weekly contact with their assigned officer, attend a minimum of two (2) 12-step/self-help meetings per week, and successfully complete chemical dependency treatment. They are also subject to random urinalysis testing and alcohol breath testing.

In 2016, the Felony OVI Unit supervised a total of eleven (11) Offenders. Of these offenders, ten (10) were male and one (1) was female. There was one (1) successful release, and one (1) technical violation. In the upcoming year, this Unit will continue to monitor offenders on a weekly basis and monitor compliance with the terms and conditions of their Community Control.

## DOMESTIC VIOLENCE UNIT

The Adult Probation Department provides specialized supervision of domestic violence offenders, which was initiated through grant monies provided by the Summit County Prosecutor's Office and through the Federal Grants to Encourage Arrest Policies and Enforcement of Protection Orders Program. Specialized supervision includes frequent contact with offenders, offender participation in a Batterer's Intervention Program and other need-based counseling and treatment programs, as well as probation officer contact with victims.

In October 2011, the Department began a new initiative under the direction of the Honorable Paul J. Gallagher and in conjunction with the Summit County Prosecutor's Office. Judge Gallagher presides over the first felony-level Domestic Violence Court in the State of Ohio. Under this model, high-risk offenders are screened for placement into an intensive supervision and treatment program. A specialist officer attempts to interview all victims at the time of their Grand Jury appearance, using a domestic violence risk-based questionnaire. A risk tool is subsequently completed on each defendant. Judge Gallagher, the Probation Department, the Prosecutor's Office, and a Victim Advocate review these intimate partner domestic violence cases. Consolation with the defendant's attorney occurs as offenders are considered for placement into the Domestic Violence Court Probation Program. If chosen for this high risk, intensive program, offenders report to Judge Gallagher for weekly status hearings in addition to having weekly contact with Probation Officers David Siko and Kelli Anderson. As offenders progress through the program, these meetings become less frequent. The victim advocate and the probation officers maintain contact with victims during this period of supervision. Summit Psychological Associates conducts a 52-week Domestic Violence Conflict Resolution Program, a mandated component in which all offenders are required to participate.

In 2016, Domestic Violence Unit Specialist Officers Siko and Anderson had contact with offenders at the weekly status hearings as well as 1934 recorded contacts with offenders within the office, via phone, and while in the field. In addition, Officer Anderson completed seventy-nine (79) specialized investigation reports on domestic offenders. Officer Anderson had 150 contacts with victims at Grand Jury proceedings with both officers having an additional 212 contacts with victims during supervision. As of December 31, 2016, Officer Anderson has conducted 542 Domestic Violence Court Probation Program screens with 250 participants accepted into the program.

SUMMIT_000004313

In December 2014, the first group of participants completed their three-year period of supervision. Fifty-two (52) offenders successfully completed the three-year program. Of the 106 offenders who have completed the 52-week treatment group, eight (8) have been arrested on new domestic violence charges with six (6) of those new arrests resulting in convictions. In 2016, the Court assigned thirty-nine (39) new offenders to the program. Seventeen (17) individuals successfully completed three years of supervision. Fourteen (14) individuals received unsuccessful terminations with six (6) offenders terminated for new domestic violence offenses; two (2) for technical violations involving offensive conduct against the victim; one (1) for Program rule violations; and four (4) for new non-domestic violence criminal behavior.

Domestic Violence Court Team members continue to work diligently to make the Domestic Violence Court Probation Program a success. The team consistently reviews the effectiveness of the program and discusses alternatives that might lead to program improvements. Offenders regularly report improvements in their lives and exhibit behavioral changes. The Domestic Violence Court team has also developed good relationships with victims and continues to respond to their needs with available resources. This Department has provided technical and practical assistance to Courts and probation departments in other municipalities as they strive to develop their own programs. The Unit is currently studying the potential to bring all domestic violence offenders under specialty officer supervision.

## KIOSK PROGRAM

In 2011, the Courts and the Probation Department were awarded a technology grant. A portion of this grant allowed for the implementation of a "Kiosk" Reporting System. The Probation Department and the General Division Computer Department embarked on a journey to create the new reporting system in 2012. Kiosks are currently located in five (5) strategic locations throughout the county: the Stow Municipal Court lobby, the Barberton Police Department lobby, the Akron Police Department lobby, the Springfield Township Police Department lobby and the Urban Ounce of Prevention Office on South Hawkins Avenue.

Kiosk Reporting is designed for low risk offenders and the program accommodates approximately 300 probationers. This tool provides a way that serves as a step down and/or incentive for an offender displaying a positive adjustment to supervision and worthy of the considerations associated with being granted the ability to report by using a Kiosk. Some of these considerations are: less frequent reporting, availability of alternative reporting hours, decreased waiting time in a traditional waiting room setting, as well as relieving the offender of the costs of parking.

Moreover, the more significant benefit of Kiosk Reporting is relative to the benefits realized by General Supervision Officers and the Courts. By reassigning approximately 300 offenders to the Kiosk Reporting System, the balance of General Supervision Officers have been afforded the opportunity to spend more quality time with their offenders. This quality time is of ultimate benefit to the County as well as the State, through a decrease in recidivism. The underlying philosophy is: If a General Supervision Officer can dedicate more time to the needs of offenders considered moderate and high risk, these increased efforts, along with the department's utilization of Evidence Based Practices, result in a decrease in recidivism.

During 2016, there were 78 new referrals to the Kiosk.  The average caseload for the year was 283.

## MENTAL HEALTH UNIT

The purpose of this Unit is to supervise individuals diagnosed with a severe mental illness that hinders their ability to function on a daily basis.  Collaborative efforts have continued to be maintained with the Summit County Jail Behavioral Health Unit, C.I.T., and the mental health agencies in the community to meet the needs of this specialized population with the help of the Alcohol, Drug and Mental Health Board of Summit County.

SUMMIT_000004314

The Courts have created a protocol to monitor the severely mentally ill offenders which, in part, may include regular court appearance for additional accountability.  Lastly, said clients are being identified earlier in the court process and tracked throughout in order to better meet the needs of this population.

The Mental Health Unit consists primarily of two probation officers.  This results in a smaller caseload for each officer to deal with those requiring more intense monitoring.  The specialized officers supervised a total of 275 mental health cases with 175 new offenders assigned to this unit in 2016.  Furthermore, this unit had 181 terminations of which 113 cases were successfully released.

## SEX OFFENDER UNIT

In 2016, the Sex Offender Unit consisted of one (1) probation officer. The purpose of this Unit is to supervise individuals convicted of any sexually related offense, while assuring the compliance of the Adam Walsh Act and Megan's Law, as well as ensuring the safety of the victims and the community.

The Sex Offender Specialists work closely with local law enforcement agencies, such as the Adult Parole Authority, the United States Marshals Service, the Akron Police Department, and the Summit County Sheriff's Office, as well as treatment providers such as, Summit Psychological Associates Inc., Portage Path Behavioral Health and the Oriana House, to assure compliance. In 2016, the Sex Offender Unit assisted the Summit County Sheriff's Office in verifying the address of over 100 sex offenders in their county-wide Sex Offender Address Verification Sweeps.

The intensive nature of the Sex Offender Unit requires frequent contacts with the offenders. In 2016, this Unit conducted 61 field visits to offenders' residences to ensure that the offenders were living at their registered addresses and to ensure that they were in compliance with the Probation Conditions. In 2016, over 144 collateral contacts were made, which can include, but are not limited to, contact with the offender's families, employer, or treatment providers.

This Unit also monitors offender compliance via office and telephone contact.  Over 355 office contacts were conducted and over 206 telephone contacts were made with offenders. At the end of 2016, the Unit supervised approximately 100 offenders.

Continuing education is vital to the supervision of sex offenders. Therefore, the Sex Offender Unit also completed numerous hours of sex offender specific training throughout the year and conducted a number of trainings for treatment providers and the public on issues related to sex offender treatment, registration, and supervision.

## COMMUNITY SERVICE

For the 2016 year, a total of 303 new referrals were accepted into the Community Service Program, interviewed by Community Service Coordinator Michelle Kocian, placed in an appropriate agency, and monitored thru completion. Every client's probation officer or caseworker was kept updated throughout the process, and the clerk's office was notified in the instances that court costs and fees were to be credited.

The statistics are as follows:

- Adult Probation Department:  231 referrals
- Re Entry Program:   43 referrals
- Turning Point Program:   0 referrals
- Courtesy Supervision:   18 referrals
- Clients not on probation and supervised by Kocian:  10 referrals
- Valor Court: 1 referral

SUMMIT_000004315

**COURT ORDERED SANCTIONS:**

- Probation Department: 27 referrals / 14 completed successfully
- Re Entry Program: 26 referrals / 19 completed successfully
- Courtesy cases: 10 referrals / 5 completed successfully
- Valor Court: 1 referral / 1 completed successful

**COMMUNITY SERVICE IN LIEU OF PAYING COURT COSTS, FINES, AND/OR PROBATION FEES:**

- Probation Dept: 204 clients / 120 were successful
- Re Entry Program: 17 clients / 12 were successful
- Kocian: 10 clients / all were successful

**Total Number of Community Service Hours Worked (in lieu of paying court costs and fees):** 9,638.

At a rate of $10.00 an hour, this is equivalent to $96,380.00. Sixteen (16) clients that started in 2016 are still in the process of completing their hours. Six (6) clients were terminated due to medical problems. Seventeen (17) clients chose to pay off their costs and fees instead of working community service hours. Clients whose costs were waived by the court, after community service was started totaled three (3).

21 new agencies were recruited and agreed to accept community service workers, for a total of about 200 agencies.

## VALOR COURT

In September 2013, The Summit County Court of Common Pleas, in conjunction with Akron Municipal Court, created Valor Court, with the Honorable Judge Amy Corrigall-Jones presiding. This specialized docket addresses substance abuse and military-related mental illnesses and collaborates with the local Veteran's Administration and other community agencies to provide services for veterans that have been honorably discharged from the military.

Probation Officer Danielle Sampson supervises all Valor Court participants. Potential applicants are identified early in the Court process with the help of the Pretrial Unit and subsequently complete a screening process to assist the Court in determining an offender's appropriateness for participation. Once accepted into Valor Court, all participants report to Probation Officer Sampson on a weekly basis and work towards an individual program plan.

During 2016, 41 screens were completed and 21 offenders were accepted into Valor Court. There were eight (8) successful completions and two (2) unsuccessful terminations. Valor Court is currently in the process of being recertified by the Ohio Supreme Court for 2016.

## THE TURNING POINT PROGRAM

The mission of the Summit County Turning Point Program is to improve the overall quality of life in our community by providing a court-supervised program for substance dependent offenders to enhance public safety, reduce crime, hold offenders accountable reduce cost to the community and provide an opportunity for offenders to transform in to positive, contributing community members.

Track 1 is an Intervention in Lieu of Conviction track in which completing the Turning Point Program is a condition of the participant's Intervention in Lieu of Conviction. Therefore; if a participant successfully completes the program, his or her case is dismissed and sealed.

SUMMIT_000004316

Track 2 is a Probation track in which completing the Turning Point Program is a condition of a participant's Community Control.

In 2016, the Turning Point Program served 439 clients with 103 clients discharged.  There were 63 participants that successfully completed making the Program's successful completion rate 61%.  There were 7,624 drug tests administered with 6,716 of those being negative (88%).  There were 7,544 alcohol tests administered with 7,481of those being negative (99%).

Note: the successful completion and drug and alcohol testing data reported are for discharged clients only.


## RE-ENTRY COURT

The Re-Entry Court Program is a collaborative effort between the Court of Common Pleas, Adult Probation Department, and Oriana House, Inc.  To enter the program, an offender or their attorney submits a letter/motion to the Court expressing a desire to be considered for the Re-Entry Court Program.  The Court then makes a decision to bring the offender back for Judicial Release/Re-Entry Court consideration.  Once the person is ordered to be returned, he or she is screened by a Probation Officer using the Ohio Risk Assessment System-Supplemental Reentry Tool (ORAS-SRT).

If granted Judicial Release into one of the three (3) Re-Entry Courts, the offender is either released from custody or transferred to a residential facility operated by the Oriana House, depending on their ORAS-SRT risk level.  Clients are then assigned a Re-Entry Court caseworker through Oriana House who helps them throughout the program.  They meet with their caseworker on a regular basis and are required to submit random/frequent alcohol sensor tests and urine drug screens.  Their caseworker initiates their programming and monitors compliance while they are in the program.  Clients appear in court on a regular basis for progress reviews, sanctions, or when they graduate the program.  Clients can expect to graduate from the Re-Entry Court Program in one (1) year unless they run into sanctions, which can prolong their placement.

In 2016, there were 86 clients accepted into the program and 46 successful graduations.  The participating Re-Entry Court Judges are the Honorable Alison McCarty, the Honorable Tammy O'Brien and the Honorable Mary Margaret Rowlands.

SUMMIT_000004317



## LAW ENFORCEMENT AUTOMATED DATA SYSTEM (LEADS)

- Per documentation from records compiled in Columbus, LEADS operators using the terminal in room 221 (Probation Department Offices), made 11,057 request inquiries for the department and received 24,762 criminal and BMV records back. This amount is 3,400 less printouts than in 2015, possibly owing to a lack of available operators.

- Pretrial officers at the Jail made 25,474 requests and received 51,806 records back. This amount is 5,000 more printouts than in 2015.

- Adult Probation Officer Michelle Kocian (Terminal Agency Coordinator or TAC), using the main LEADS terminal in room 206 (Probation Department Offices), made 18,221 request inquiries and received 40,506 records back. This amount is 5,700 more printouts than in 2015.

- The above LEADS and BCI/FBI information was requested by and provided to Adult Probation Officers and supervisors, the Pretrial Department, members of the Court of Common Pleas, Re- Entry and Turning Point Courts, Valor Court, Psycho-Diagnostic Department, Probate Court, and the Magistrate's Court (for Certificate of Qualification for Employment applicants).

- Officer Kocian arranged for 2 new operators to have their fingerprints taken and FBI background checks conducted, as required by BCI: Kay Scaffidi and Windy Schaffer.

- Officer Kocian trained 2 employees to be new operators by assisting them in obtaining their certification, instructing them in Security Awareness and Security Policy training, as well as the Administrative Rules, and providing follow up "hands on" training as required: Kay Scaffidi and Windy Schaffer.

- Seven (7) operators took their bi-annual recertification tests: Brian Hawes, Tobin Crenshaw, Martha Beitel, Shiloh Geier, Shannon Cody, Dave Siko, and Helga Keller. Officer Kocian arranged the scheduling of the tests and was on hand to provide direction and answer questions.

SUMMIT_000004318

- Officer Kocian trained 5 new employees to be LEADS Practitioners, and also provided Security and Policy training to probation officers Jillian Zetts, Nick Gerace, Rachel Earich, Luroy Ferguson, and Emily Miller.

- The spring and autumn newsletters were provided to the operators by Officer Kocian, and this training was documented as per LEADS rules.

- Officer Kocian attended the mandatory TAC training at the BCI&I building in Richfield in May. She also recertified as a TAC in February.

- Officer Kocian provided IT Security and LASO (Local Agency Security Officer) training to Jason Vanke.

- Martha Beitel became the department's new Assistant Terminal Agency Coordinator (ATAC) in December, upon Karyn Roger's retirement. She took the necessary certification test and new online security training.

- Chief Adult Probation Officer Michael Rick is the LEADS Administrator for the Agency.

As of the end of 2016, the department had a total of 19 LEADS operators.

## SEALINGS

The Adult Probation Department has two (2) Sealing Specialists who are responsible for the processing of all Sealing Applications filed with the Clerk of Courts. These specialists schedule and conduct all interviews with sealing applicants and perform all the required research before a written report is prepared for the Court. The guidelines and criteria associated with a sealing request are specifically outlined in the Ohio Revised Code. In 2016, there were 238 applications filed with the Clerk. The departmental Sealing Specialists completed 193 reports.

## OPIATE UNIT

In 2014, the Adult Probation Department was awarded the *SMART Grant* through the Ohio Department of Rehabilitation and Correction. This grant allowed for the creation of the Opiate Unit for low and moderate risk offenders.  To combat the growing percentage of opiate addicted individuals that come through the Adult Probation Department, we have developed a specific unit within the department to address the specialized needs of the opiate user.  The Opiate Unit consists of four distinct phases that provides intensive supervision services upfront and provides linkage and coordination to community treatment providers.  As the individual progresses through their term of Community Control and maintains compliance their individual services decrease.

The Opiate Unit has grown to consist of four probation officers due to the growing opiate epidemic.  These officers attend specialized training to work with this population and are members of the Summit County Opiate Task Force.  During 2016, there were 429 cases placed in this specialty unit.   During this same calendar year, 295 cases were closed of which there were 95 successful completions.

SUMMIT_000004319

# INTERVENTION IN LIEU OF CONVICTION (IILC) UNIT

Intervention in Lieu of Conviction (IILC) is a diversionary program that results in the charges being dismissed upon successful completion of the program requirements. Individual are eligible to be placed in the program due to addiction or mental illness as defined by the Ohio Revised Code. While participating in the program, participants are required to undergo treatment, submit twelve consecutive months of negative urine screens, in addition to any other conditions the Court may order. Upon the successful completion of a treatment program, verification of ongoing sobriety by means of regular random urinalysis testing, compliance with any additional conditions ordered by the Court and the commission of no new offenses, the offenders are eligible for the dismissal of their pending charge.

In 2016, there were 576 new cases. At the end of 2016, there were 732 active IILC cases being supervised by this Department. In 2016, the Unit had 245 cases close successfully and 84 close unsuccessfully for technical/ new felony violations.

# RISK ASSESSMENTS

*ORAS Risk Assessment* is completed on all offenders who have a Pre-Sentence Investigation completed or placed on community control as one of steps to implement Evidenced Based Practices. This tool enables the officers to provide the appropriate level of supervision to an offender based on the risk score. At present, there are two full-time assessment officers who complete assessments on those offenders placed on community control. New offenders placed on community control are scheduled to complete an assessment within five working days of being placed on supervision. Once a risk score is determined, cases are assigned to a probation officer according to the risk level. During 2016, the Adult Probation Department completed 2,258 full assessments. This was an increase of approximately 10% from the 2015 calendar year.

# QUALITY AND OUTCOME IMPROVEMENT COMMITTEE

> **Goals of the Committee:**
> To reduce recidivism and increase public safety, as well as improve the overall efficiency and effectiveness of the Adult Probation Department.

The Quality and Outcome Improvement Committee was formed in 2008 for the purpose of integrating the use of Evidence Based Practices to improve the quality of services provided to probationers, the Court and the community. In 2016, the Committee consisted of 11 volunteer members, including two (2) co-chairs, Adult Probation Department officers and supervisors.

The Committee continues its commitment to monitor the importance of Motivational Interviewing and the implementation of Evidence Based Programming. Additionally, an "Officer Morale Subcommittee" was formed to focus on engagement, positive recognition and camaraderie within the Department. Lastly, a subcommittee was created to explore options available for a random urine call-in system.

Members of the Committee at the close of 2016:

Co-chairs:     Officers Katie Caprita and Danielle Sampson

Members:     Officers Michael Rick, David Siko, Laurie Fisher, Ronya Habash, Nick Maurer, Robert Woods, Kerri Defibaugh, Nikki Lambert and Traci Willard

In 2017, the Committee will be exploring additional Evidence Based Practices that enhance the overall effectiveness and efficiency of the Probation Department.

SUMMIT_000004320

## THE BRENDA BURNHAM UNRUH (BBU) EMPLOYMENT READINESS AND LIFE SKILLS PROGRAM



The BBU Program began in 2010 and was named in honor of the Late Judge Brenda Burnham Unruh.

The BBU Program is offered twice a year to individuals being supervised by the Adult Probation Department. Any offender in need of job preparation and life skills are referred by their supervising officer. Classes are gender specific and have a good instructor to student ratio to ensure personalized focus for each student. Classes are held once a week for six to eight weeks. In following Evidence Based Practices, "rewards" are used throughout the program in various degrees to encourage participation. Bus passes are also provided to participants in need of transportation. Upon successful completion of the program, a graduation luncheon is provided, as well as Certificates of Completion and other rewards. In 2016, the class began with 29 participants of which 22 successfully completed the program. The 75% successful completion rate reflects those who complete the program and/or obtain employment during.

The employment readiness portion of the BBU program focuses on individual skill, interests, personal presentation, and work habits as well as step by step guidelines for the hiring process. In the class, participants are assisted with proper job searching, instructions for producing applications and resumes, and appropriate interview techniques. They are also given the opportunity to have several mock interviews to feel comfortable with the process. The program also focuses on "answering the felony question" on applications as well as in interviews.  They are also provided with information about Sealing of their Record and programs such as the Certificate of Qualification for Employment, the Federal Bonding Program, Workforce Investment Act and the Work Opportunity Tax Credit. Local employment assistance agencies provide presentations of their services and other information to classes. Job leads are distributed on a weekly basis.

The Life Skills portion of the Program addresses topics ranging from basic banking and budgeting, educational and training opportunities, child support, paternity testing, family services, substance abuse treatment, domestic violence, sexual health education and screenings, healthy relationship guidelines and parenting skills. Area agencies that provide presentations are the Child Support Enforcement Agency, Planned Parenthood, the Department of Job and Family Services, the Battered Women's Shelter, Fathers and Sons, Truly Reaching You Ministries, the Job Center, as well as many other area agencies.

## SUPPORT STAFF AND DNA COLLECTION

Windy Schaffer, Venita Hylton, Kelly Shearer, and Rose Austin were hired between June 2016 and December 2016 to replace one secretary who left for another position in 2016 and three secretaries retiring between January 1, 2017 and February 1, 2017.  Due to these new hires, some of the secretarial duties were rotated amongst the remaining Support Staff group because of the on-going training process required for the new hires.

The Support Staff group reorganization that went into effect in 2015 at Intake operated very well in 2016. Due to this reorganization, some of the Intake duties such as the assignment of Sealings, Turning Point, Re-Entry, and Valor Court Investigations were distributed to all the secretaries within the department.

Martha Beitel, Staci Board, Pat Marotto, Kay Scaffidi, Sandy Zdelar, and Jackie Shannon functioned as Support Staff LEADS operators.  Karyn Rogers is a LEADS operator as well as the LEADS TAC and Practitioner. From January 1, 2016, through December 31, 2016, LEADS operators using the terminal in Room #221 of the Adult Probation Department Offices made 11,057 request inquires and received 24,762 criminal and BMV records back, which were then distributed to the Adult Probation Officers, Court officials, and Psycho-Diagnostic Clinic employees.

Between January 1, 2016 and December 31, 2016, the Adult Probation Department support staff helped to enter 13,477 urine drug screens onto the "Drug Test" tab in the Summit County Online Record System (SCORS).

SUMMIT_000004321

In 2016, support staff secretaries cleaned and processed 2,005 Adult Probation Department files for microfilming.

Ohio law requires that all persons convicted of a felony and/or a qualifying misdemeanor, submit a sample of their DNA to the Bureau of Criminal Identification (BCI).  Intake personnel perform DNA tests Monday through Friday from all persons reporting to Intake for the first time, who meet this criteria, and have not previously submitted DNA.  In 2016, Intake collected 183 DNA samples.

## SATURDAY REPORTING

During the 2016 year, the number of offenders scheduled for Saturday reporting totaled 322. The actual number that reported on Saturdays totaled 211.  This figure (211) shows that 65% reported as scheduled.  Probationers who reported and were not scheduled totaled 31. The number of those scheduled and did not report totaled 111.

## INTERNS

The Adult Probation Department makes regular use of college interns. Students from the University of Akron, Kent State University, and Stark State College worked as interns with the Department in 2016. The Department supports and encourages these college interns by exposing them to all aspects of offender supervision. The Department has 2-3 students each semester. Five (5) Officers in the Department were interns through this program prior to being hired by the Court of Common Pleas and we have had a number of students who have contacted us when they have gone to work with other local corrections agencies. Officer Renee Cooper is the Intern Coordinator.

## SUMMIT COUNTY ADULT PROBATION PERSONNEL

At the end of 2016, the staff of the Adult Probation Department consisted of the following personnel:

| | |
|---|---|
| ♦  Director/Chief Probation Officer | 1 |
| ♦   Probation Supervisors | 4 |
| ♦  Probation Officers  (ISP, IILC, PSI, General, Re-Entry, Assessment) | 44 |
| ♦  Community Service Coordinator/L.E.A.D.S. | 1 |
| ♦  Pretrial Supervisor | 1 |
| ♦  Pretrial Officers | 7 |
| ♦  Clerical Supervisor | 1 |
| ♦  Clerical Specialists | 8 |

SUMMIT_000004322



SUMMIT_000004323

# PRETRIAL SERVICES 2016 SUMMARY

This year the Summit County Pretrial Services program continued to promote pretrial justice, and reduce jail overcrowding, through the utilization of a validated Risk Assessment that is based on a comprehensive investigation of nine indicators of risk and recommendation guidelines for bond.[1]  In the event a defendant is released to the community, the Summit County Pretrial Risk Assessment Instrument (SCPRAI) accurately predicts the likelihood that a defendant would fail to appear for court and/or be rearrested pending trial.

In 2016, Pretrial Services completed 4,081 Investigations and 120 Bond reviews.





---

[1] Pretrial Justice-The honoring of the presumption of innocence, the right to bail that is not excessive, and all other legal and constitutional rights afforded to accused persons awaiting trial while balancing these individual rights with the need to protect the community, maintain the integrity of the judicial process, and assure court appearance. *VanNostrand, Marie and Gena Keebler. "Our Journey Toward Pretrial Justice" in The Journal of Federal Probation, Volume 71, Number 2, (September 2007) pp. 20-25.*

SUMMIT_000004324





HOME

SUMMIT_000004325

# PSYCHO–DIAGNOSTIC CLINIC REPORT

The Psycho-Diagnostic Clinic has been providing quality forensic evaluations for nearly four decades.  It is one of 10 certified forensic centers funded by the Ohio Department of Mental Health and Addiction Services to serve the Common Pleas Courts of Summit, Stark, Portage, Medina, and Geauga Counties.  The Clinic also provides evaluations to the Summit County Court of Common Pleas and to other courts in Summit County through limited funding by the County of Summit Alcohol, Drug Addiction, and Mental Health Services Board. Evaluations are also provided to other courts in the five-county area on a fee-for-service basis.

A detailed list of all Psycho-Diagnostic Clinic staff, students, and consultants appears in **TABLE 1.**


## COURT ORDERED EVALUATIONS

The Clinic was referred 1,105 court-ordered evaluations in 2016.  Eighty-three percent (83%) of these evaluations were provided for the Summit County Common Pleas Court.  Thirteen percent (13%) were ordered by Stark, Medina, Portage, and Geauga County Common Pleas Courts combined. Two percent (2%) of the Clinic evaluations were completed for Municipal Courts in Summit County.  The remaining two percent (2%) of the evaluations were completed for other courts.  Clinic referrals by Referral Source over the past four years are summarized in **TABLE 2.**

**TABLE 3** contains a breakdown of referrals to the Clinic by Referral Type over the past four years.  These evaluations include Competency to Stand Trial (19%), Sanity at the Time of the Act (11%), Commitment and Non-Secured Status of defendants found Not Guilty by Reason of Insanity or Incompetent-Nonrestorable committed under court jurisdiction (2%), and Mitigation of Penalty or Post-Sentence (Mentally Ill/Developmentally Disabled Probationer) evaluations (3%), during 2016.  In 2016, 717 Intervention in Lieu of Conviction evaluations were referred to the Clinic, representing 65% of the total referrals.


## RESEARCH AND TRAINING

The Clinic continued to collaborate in training activities with Kent State University Department of Psychology, Akron University Department of Psychology, and Northeast Ohio Medical University (NEOMED).   One doctoral student from the American Psychological Association (APA)-approved training program in clinical psychology at Kent State University provided services under supervision in 2016.

Four psychiatry residents from NEOMED completed forensic rotations at the Clinic as part of their medical training.   These future psychologists and psychiatrists provide service to the Clinic and the Courts while receiving valuable professional training.

SUMMIT_000004326

TABLE 1

| PSYCHO-DIAGNOSTIC CLINIC STAFF AND CONSULTANTS | |
|---|---|
| **CLINICAL DIRECTOR** | Arcangela S. Wood, Psy. D., *Illinois School of Professional Psychology* |
| **CHIEF PSYCHOLOGIST** | Lynn Luna Jones, Ph.D., ABPP (Forensic), *Temple University* |
| **CLINICAL STAFF** | Holly Trivett, B.A., *University of Akron* |
| | Randy Vipperman, LISW-S, *Case Western Reserve University* |
| **PSYCHOLOGY ASSISTANTS** | Fawn Walter, M.A., *Kent State University* |
| **SUPPORT STAFF** | Michelle Longoria |
| **CONSULTANTS** | Ashley Holbert, Ph.D., *Kent State University* |
| | Michael Biscaro, Psy.D., ABPP (Forensic), *Xavier University* |
| | Brian O'Reilly, Ph.D., *Kent State University* |
| | Gary Sales, M.D., J.D., *Wright State University* and *Ohio State University* |
| | Sara West, M.D., *University of Virginia* |

SUMMIT_000004327

TABLE 2

| Referral Source | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|
| Summit Common Pleas Court | 912 | 805 | 869 | 698 |
| Stark Common Pleas Court | 78 | 71 | 83 | 75 |
| Medina Common Pleas Court | 44 | 31 | 30 | 37 |
| Portage Common Pleas Court | 20 | 15 | 12 | 12 |
| Geauga Common Pleas Court | 6 | 5 | 8 | 7 |
| Akron Municipal Court | 15 | 31 | 34 | 35 |
| Stow Municipal Court | 9 | 2 | 5 | 2 |
| Barberton Municipal Court | 3 | 4 | 4 | 6 |
| Medina County Municipal Courts | 11 | 23 | 22 | 11 |
| Stark County Municipal Courts | 2 | 0 | 5 | 0 |
| Portage County Municipal Courts | 0 | 1 | 0 | 0 |
| Geauga County Municipal Courts | 0 | 0 | 0 | 2 |
| Other Courts | 5 | 7 | 5 | 5 |
| Total | 1105 | 995 | 1077 | 890 |

TABLE 3

| Referral Type | 2016 | 2015 | 2014 | 2013 |
|---|---|---|---|---|
| Competency to Stand Trial | 206 | 195 | 204 | 194 |
| Not Guilty by Reason of Insanity (NGRI) | 127 | 107 | 122 | 127 |
| Intervention in Lieu of Conviction | 717 | 633 | 684 | 510 |
| Mitigation of Penalty | 32 | 35 | 41 | 26 |
| Non-Secured Status | 10 | 12 | 19 | 12 |
| Commitment-NGRI | 6 | 11 | 4 | 19 |
| Mentally Ill/Developmentally Disabled Probationer (Post-Sentence Evaluations) | 4 | 2 | 3 | 2 |
| Other Forensic Evaluations | 3 | 0 | 0 | 0 |
| Total | 1105 | 995 | 1077 | 890 |

HOME

SUMMIT_000004328

## COUNTY OF SUMMIT COURTHOUSE SECURITY

### SUMMIT COUNTY SHERIFF'S OFFICE

In 2016, the Summit County Sheriff's Court and Special Services Bureau had the responsibility of providing security and prisoner transport for the Summit County Court of Common Pleas. The tables below provide a statistical overview and comparison of the Prisoner Transportation, Incident Reporting, and Security Screening Checkpoints.

| PRISONER TRANSPORTATION BY COURT ORDER | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| Convey To / From Prisons | 1,646 | 1,557 | 1,510 | 1,453 | 1,723 |
| Convey To Juvenile Facility/Prison | 211 | 223 | 201 | 178 | 208 |
| Convey To / From Common Pleas Courts | 9,186 | 9,730 | 9,338 | 9,238 | 10,140 |
| Convey To / From *Local Facilities/Other County Jails | 260 | 399 | 149 | 97 | 297 |
| New Prisoners From Court | 592 | 724 | 699 | 1,087 | 594 |
| Closed Circuit Television (CCTV) | 2,627 | 2,306 | 1,872 | 1,838 | 2,091 |
| TOTAL | 14,522 | 14,949 | 13,769 | 13,891 | 15,053 |

*Local Facilities consist of C.B.C.F., Oriana House, Glenwood Jail, I.B.H., Medical Facilities, Mental Health Facilities, Funerals, Polygraph Exams, or any Court Ordered Transport.

| COURTHOUSE INCIDENT REPORT OVERVIEW | 2012 | 2013 | 2014 | 2015 | 2016 |
|---|---|---|---|---|---|
| Assaults | *5 | *3 | *2 | *21 | *7 |
| Bomb Threat Or Suspicious Package | 0 | **1 | **2 | **2 | 0 |
| Civil Protection Order w/ Weapons | 0 | 0 | 0 | 1 | 1 |
| Property Damaging | 1 | 0 | 0 | 1 | 1 |
| Disorderly / Menacing | ***2 | ***1 | 0 | 3 | 1 |
| Domestic | 1 | 0 | 0 | 3 | 0 |
| Drugs (Confiscated) | 0 | 0 | 3 | 5 | 1 |
| Fire Alarm | 1 | 2 | 0 | 3 | 2 |
| Medical / Illness/ Injury | 12 | 20 | 13 | 21 | 15 |
| Miscellaneous | 18 | 24 | 19 | 10 | 6 |
| Sex Offense | 0 | 0 | 0 | 1 | 1 |
| Theft / Tampering with Records / Forgery | 4 | 2 | 1 | 2 | 0 |
| Counterfeit Money | 0 | 0 | 0 | 1 | 0 |
| Child Abuse | 1 | 0 | 0 | 0 | 0 |
| Arrests | 5 | 0 | 0 | 2 | 6 |
| Alarms | 2 | 0 | 0 | 5 | 2 |
| TOTAL | 53 | 55 | 52 | 81 | 43 |

* Assaults at Juvenile Detention
** Suspicious Package
*** Menacing at Juvenile Detention
****Sex Offense – Dissemination of Matter Harmful to Juveniles - Juvenile Court Security

SUMMIT_000004329

## SECURITY SCREENING CHECKPOINTS - METAL DETECTORS

Beginning in 2008, the security procedures for the screening checkpoints were changed and no unauthorized items were confiscated.  Items must be secured by the owner or thrown away.

### 2016 BUILDING ATTENDANCE

| MONTH | SAFETY BLDG. & PROBATION | COURTHOUSE | DOMESTIC COURT | JUVENILE COURT | TOTAL |
|---|---|---|---|---|---|
| JAN | 9,436 | 20,033 | 11,323 | 4,355 | 45,147 |
| FEB | 1,013 | 21,168 | 11,492 | 5,231 | 38,904 |
| MAR | 1,518 | 23,304 | 12,984 | 10,473 | 48,279 |
| APR | 10,971 | 22,347 | 12,723 | 9,425 | 55,466 |
| MAY | 9,664 | 20,851 | 11,489 | 11,081 | 53,085 |
| JUNE | 10,869 | 22,097 | 12,595 | 10,340 | 55,901 |
| JULY | 10,625 | 22,992 | 11,948 | 13,025 | 58,590 |
| AUG | 10,471 | 22,663 | 12,622 | 14,500 | 60,256 |
| SEPT | 10,877 | 22,946 | 12,138 | 11,900 | 57,861 |
| OCT | 9,272 | 18,568 | 9,682 | 12,200 | 49,722 |
| NOV | 11,052 | 19,896 | 10,562 | 13,500 | 55,010 |
| DEC | 12,254 | 19,014 | 9,963 | 9,067 | 50,298 |
| TOTAL | 108,022 | 255,879 | 139,521 | 114,016 | 628,519 |

SUMMIT_000004330

# COURT OF COMMON PLEAS GENERAL DIVISION
## 2016 FINANCIAL INFORMATION

### GENERAL FUND ACCOUNTS

| Court Administration | | |
|---|---|---|
| Employee Salaries | $ | 3,714,809 |
| Benefits | | 1,552,089 |
| Attorney Fees | | 2,739,237 |
| Operational Expenses | | 584,986 |
| **Total Administration** | **$** | **8,591,121** |

| Adult Probation | | |
|---|---|---|
| Adult Probation Salaries | $ | 2,565,550 |
| Benefits | | 1,074,001 |
| Internal Expenses | | 31,700 |
| **Total Adult Probation** | **$** | **3,671,251** |

### ADULT PROBATION EXPENDITURES



Salaries, $2,565,550
Other, $31,700
Benefits, $1,074,001

### COURT ADMINISTRATION EXPENDITURES



Employee Salaries $3,714,809
*Other $584,986
Employee Benefits $1,552,089
Attorney Fees $2,739,237

| Operational Expenses | | |
|---|---|---|
| Salaries-Officials | $ | 136,863 |
| Transcripts | | 219,447 |
| Visiting Judges | | 15,511 |
| Supplies & Other | | – |
| ContractServices (Jury Expenses) | | 69,410 |
| Internal Expenses | | 143,755 |
| **TOTAL** | **$** | **584,986** |

**TOTAL COMMON PLEAS COURT GENERAL FUND EXPENDITURES    $12,847,358**

SUMMIT_000004331

## REVENUE ACCOUNTS 2016

### Legal Research Fund

| | | |
|---|---|---|
| Revenues | $ | 84,918 |
| Expenditures | | |
| Equipment, Training, Services | $ | 53,958 |

### Probation Service Fees

| | | |
|---|---|---|
| Revenues | $ | 276,783 |
| Expenditures | | |
| Equipment, Training, Services | $ | 219,057 |

### Special Projects Fund

| | | | |
|---|---|---|---|
| Revenues | | $ | 965,844 |
| Expenditures | Salaries | $ | 250,293 |
| | Benefits | | 79,598 |
| | Equipment | | 49,468 |
| | Supplies | | 19,918 |
| | Contracts | | 183,527 |
| | Professional Education | | 40,078 |
| | Professional Services | | 63,477 |
| | Other Expense | | 14,963 |
| | Capital Outlay | | 13,036 |
| | | $ | 714,358 |

| | | |
|---|---|---|
| Revenues | $ | 1,327,545 |
| Expenditures from Revenue | $ | 987,373 |
| Surplus from Revenue | $ | 340,172 |

## GRANT FUND ACCOUNTS 2016

### Adult Probation

| | | | |
|---|---|---|---|
| Intensive Supervision | | | |
| | Salaries | $ | 141,039 |
| | Benefits | | 72,964 |
| Total Grant Adult Probation | | $ | 214,003 |

### Psycho-Diagnostic Clinic

| | | | |
|---|---|---|---|
| ADM Board State Grant | | | |
| | Salaries | $ | 262,615 |
| | Benefits | | 93,459 |
| | Consulting Services | | 25,987 |
| | Supplies | | 1,354 |
| | Travel | | 3,994 |
| | Contract Services | | 697 |
| | Equipment | | 232 |
| Total Grant Psycho-Diagnostic | | $ | 388,338 |

### *P.I.I.G. Grant

| | |
|---|---|
| Revenues | $ 84,952 |
| Expenditures | $ 102,202 |

### Smart Ohio Grant

| | |
|---|---|
| Revenues | $ 161,750 |
| Expenditures | $ 16,989 |

### Specialized Docket

| | |
|---|---|
| Revenues | $106,903 |
| Expenditures (salary and benefits) | $ 22,617 |

*Probation Improvement & Incentives Program

HOME

SUMMIT_000004332

## COURT OF COMMON PLEAS-GENERAL DIVISION
## 2016 ORGANIZATION PERSONNEL ROSTER

| TITLE | NUMBER OF POSITIONS | EMPLOYEE |
|---|---|---|
| **- ADMINISTRATION -** | | |
| Administrative Specialist | 3 | Carolyn Deckert<br>Deborah Smith<br>Denna Steiner |
| Assistant Court Executive Officer | 1 | Susan Sweeney |
| Assistant Director of Department of Operations | 1 | Leann Backer |
| Chief Court Reporter | 1 | Terri Sims |
| Chief Magistrate/Mediation Supervisor | 1 | Kandi O'Connor |
| Civil Division Secretaries | 2 | Cora Dawkins<br>Cora Kary Speaks |
| Client Technologies Technician | 1 | Jason Vanke |
| Court Executive Officer | 1 | Robert Gainer |
| Court Executive Secretary | 1 | Debra Young |
| Court Reporter | 11 | Barbara Day<br>Kristie Gowens<br>Melissa Kaess<br>Cynthia Kline<br>Gary Maharidge<br>LeAnn Orner<br>Maxine Roberts<br>Tracy Rowland<br>Maryann Ruby<br>Eric Smead<br>Kelley Spears |
| Courtroom Bailiff | 10 | Shay Christopher<br>Jill Coleman<br>Dorianne Denard<br>Julie Ellison<br>Tamara Keefer<br>Kenneth Masich<br>Kimberly Masich<br>Tiffany Morrison<br>Michelle Olbrysh<br>Brian Scheetz |

SUMMIT_000004333

| TITLE | NUMBER OF POSITIONS | EMPLOYEE |
|---|---|---|
| Criminal Support Specialist | 12 | Theresa Caprez<br>Christina Claar<br>Marie Donofrio<br>Shaneka Glasper<br>LaTia Hamilton<br>Beverly Kester<br>Melissa Ludwig<br>Polly McEndree-White<br>Joan Mosley<br>Julie Risk<br>Lisa Tabet<br>Theresa Vance |
| Director of Information Technology | 1 | Jay Chapman |
| Director of Department of Operations | 1 | Patricia Carillon |
| Fiscal Specialist | 1 | Bridget Walters |
| Human Resource Specialist | 1 | Monica Siko |
| Judicial Assistant | 11 | Kristi Askew<br>Amanda Bridenstine<br>Amanda Brown<br>Gianna Calzola<br>Michelle Dimeff<br>Debra Glinsek<br>Shari Hower<br>Lisa Kayes<br>Kelly Krol<br>Angelina Pallante<br>Christopher Piekarski |
| Judicial Attorney | 10 | Jason Adams<br>Jennifer Bouhall<br>Patricia Himelrigh<br>Martha Hom<br>Elizabeth Ann Nemes<br>Ann Marie O'Brien<br>Colleen Petrello<br>Matthew Rich<br>William Wellemeyer<br>Paul Zindle |
| Judicial Attorney Float/Assistant Magistrate | 2 | Jennifer Cundiff<br>Diane Dougherty |
| Jury Bailiff Assistant | 1 | Dianne Drummond |
| Jury Commissioner | 2 | Frances Brooks<br>Joyce Stull |
| Jury Department Supervisor/Bailiff | 1 | Paula McAvinew |
| Magistrate Assistant | 1 | Sherri O'Brien |
| Mediation Secretary | 1 | Lynn Covert |
| Mediator | 1 | Alison Pfeister |
| Mediator/Assistant Magistrate | 1 | Dawn Humphrys |

SUMMIT_000004334

| TITLE | NUMBER OF POSITIONS | EMPLOYEE |
|---|---|---|
| Network Administrator II | 1 | Jeffrey Grewell |
| Special Projects Officer | 1 | Ruth Squires |

**- PROBATION DEPARTMENT -**

| TITLE | NUMBER OF POSITIONS | EMPLOYEE |
|---|---|---|
| Chief Probation Officer/Offender Service Director | 1 | Michael Rick |
| Clerk Typist II | 1 | Theresa Miller |
| Drug Court Liaison | 1 | Ronya Habash |
| Pretrial Services Supervisor | 1 | Kerri Defibaugh |
| Pretrial Release Officer | 7 | Sandra Allshouse |
| | | Tobin Crenshaw |
| | | Shiloh Geier |
| | | Brian Hawes |
| | | Helga Keller |
| | | Brandon Myers |
| | | Michael Young |
| Probation Officer | 44 | Jennifer Allen |
| | | Amber Anderson |
| | | Kelli Anderson |
| | | Maria Barnes |
| | | Timothy Barrage |
| | | Laurie Boyd |
| | | Elaine Butler |
| | | Katherine Caprita |
| | | Elaine Cherry |
| | | Marc Coletta |
| | | Renee Cooper |
| | | Stephanie Crooms |
| | | Jeffrey Cutler |
| | | Lorri Dunn |
| | | Rachel Earich |
| | | Douglas Elliott |
| | | Sandra Ferracane |
| | | Luroy Ferguson |
| | | Michelle Fought |
| | | Kiel Freeman |
| | | Brian Freyhauf |
| | | Nicholas Gerace |
| | | Kristen Giles |
| | | Jennifer Haviland |
| | | Antalene Hunter |
| | | Shari Kastor |
| | | Anthony King |
| | | Nicole Lambert |
| | | Marisa Mastrangelo |
| | | Nicholas Maurer |
| | | Emily Miller |

SUMMIT_000004335

| TITLE | NUMBER OF POSITIONS | EMPLOYEE |
|---|---|---|
| Probation Officer (cont'd) | | Michael Mims |
| | | Edward Obryant |
| | | Nickie Pipilakis |
| | | Kendra Polinko |
| | | Rudolph Polovich |
| | | Bobbi Rosetta |
| | | Danielle Sampson |
| | | David Siko |
| | | Gina Stump |
| | | Shannon Vaughn |
| | | Kecia Wallace |
| | | Traci Willard |
| | | Jillian Zetts |
| Probation Secretary Supervisor | 1 | Debbie Rians |
| Probation Supervisor | 4 | Lisa Davis |
| | | Michael Klamut |
| | | Laurie Ruhman |
| | | Robert Woods |
| Secretary I | 4 | Rose Austin |
| | | Venita Hylton |
| | | Windy Schaffer |
| | | Kelly Shearer |
| Secretary II | 6 | Martha Beitel |
| | | Staci Board |
| | | Patricia Marotto |
| | | Karyn Rogers |
| | | Kay Scaffidi |
| | | Jackie Shannon |
| Community Service /L.E.A.D.S. Coordinator | 1 | Michelle Kocian |

**- PSYCHO-DIAGNOSTIC CLINIC -**

| TITLE | NUMBER OF POSITIONS | EMPLOYEE |
|---|---|---|
| Administrative Secretary | 1 | Michelle Longoria |
| Chief Psychologist | 1 | Lynn Luna Jones, Ph.D. |
| Director | 1 | Arcangela S. Wood, Psy.D. |
| Forensic Mental Health Specialist | 1 | Holly Trivett |
| IILC Assessment Officer | 1 | Randy Vipperman |
| Psychology Assistant | 1 | Fawn Walter |

HOME

SUMMIT_000004336



   

HOME

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Page 52 of 52

SUMMIT_000004337