# EXHIBIT 15



# Reducing Opiate Abuse in Summit County

In February of 2014, the County of Summit ADM Board convened the Summit County Opiate Task Force, a group of key individuals and organizations committed to reducing the tragic consequences of opiate abuse in Summit County through education, collaboration, and the wise use of available resources. We believe we can all play a role in helping to end this lethal epidemic and are addressing the issue on multiple fronts.

| Prevention, Education and Community Outreach | |
|---|---|
| **Opiate Task Force Website** | www.summitcountyaddictionhelp.org |
| **Community Education** | *Participated in community forums, sponsored annual trainings for physicians and the general public, and established Opiate Task Force Speaker's Bureau.* |
| **Media** | *Worked with media representatives to help educate the community.* |
| **Teen Outreach** | *Juvenile Court Advisory Team and Youth Led Substance Abuse Prevention: Teen Institute and Project Panda*<br><br>*Youth-Led Prevention: Students developed PSA's for local movie theatres.* |
| **Project DAWN** | *Clinics and community settings - started at Summit County Public Health & Edwin Shaw Rehab. Both agencies also offer clinics in community settings.* |
| **Legislative Advocacy** | *Convening a state-wide meeting of Task Forces to share best practices and collaborate around advocacy issues.* |
| **Deterra Bags** | *Received a donation of 40,000 drug disposal bags through Summit County Community Partnership for residents to dispose of medications. Acme Fresh Market Pharmacies partnered with Opiate Task Force to give bags with each narcotic prescription.* |
| **Drug Take Back events** | *Organized drug take back days and promote safe disposal of unused medications – D.U.M.P.* |
| **In school Evidence Based Substance Abuse Prevention** | *The ADM Board invested approximately $1.5 million in evidence based prevention including school based prevention, youth-led prevention, community education, policy advocacy and out of school time activities that engage youth and build resiliency.*<br><br>*Examples include: LifeSkills, Project Alert, Lead and Seed, and Strengthening Families* |
| **Needle Exchange** | *The Summit County Public Health Department began a free needle exchange program to engage users with information and reduce the risk of HIV and hepatitis C. (every Weds. 4-6pm )* |

Updated August 2017

| Treatment | |
|---|---|
| ADM Addiction Helpline | The <u>ADM Addiction Helpline</u> assists individuals who are looking to recover from an addiction to alcohol, drugs or gambling. Callers are asked a few questions to determine which local treatment providers could meet their needs; they are provided with information about treatment options based on their individual circumstances; then connected directly to the provider they choose to schedule an appointment. |
| Quick Response Teams | Trained first responders in communities throughout Summit County to work on a team consisting of a police officer, paramedic, and a counselor to engage overdose. |
| Police and EMS Naloxone reversals | Several local community first responders use Naloxone to reverse opiate overdoses.<br><br>2016 – 912 reversals from Barberton, Cuyahoga Falls and Akron EMS and Police |
| Residential and Detox access | 1. Start-up of ambulatory detox at ESR & Oriana for adults as well as an adolescent program at CHC-opened Oct. 2015.<br>2. Residential waitlist Management-Meetings held bi- weekly.<br>3. Expansion of Oriana sub-acute detox beds from 16–now 23<br>4. 20 additional residential beds at IBH Addiction Recovery Center |
| Medication Assisted Treatments (MAT) | Medication-assisted treatment combines behavioral therapy and medications to treat substance use disorders. The existing Methadone program has been augmented with Suboxone and Vivitrol programs, expanding treatment from one agency (CHC) to four (ESR, Oriana, Summa), including a program for teens. |
| Interim Crisis services | A treatment readiness group holds daily, open meetings Monday through Friday, allowing individuals to be engaged in the recovery process while they await services in their needed level of care. |

| Recovery Supports | |
|---|---|
| Recovery Coaches | People in recovery trained to serve as personal guides and mentors to others who are seeking or are in recovery. Recovery coaches spend time with individuals they support and are available to help them with all aspects of their recovery. |
| Peer Support Groups | Peer support groups meet regularly at the ADM Crisis Center to help keep people motivated and on track while waiting to begin residential treatment. Led by trained recovery coaches, these groups help people face challenges by being with others who are going through similar situations and providing information and encouragement. |
| Recovery Housing | Recovery housing for individuals recovering from drug addiction that provides an alcohol and drug-free living environment, peer support, assistance with obtaining drug addiction services, and other drug addiction recovery assistance."<br><br><u>Summit County Recovery Housing Providers</u> |

Updated August 2017