# EXHIBIT 20




Thomas P. Gilson, M.D.
11001 Cedar Avenue, Cleveland, Ohio 44106
*A National Association of Medical Examiner's (N.A.M.E.) accredited office*

# CUYAHOGA COUNTY
# MEDICAL EXAMINER'S OFFICE
# Heroin/Fentanyl/Cocaine Related Deaths in Cuyahoga County

**2017 OCTOBER UPDATE**

**NOVEMBER 16, 2017**

Confidential

CUYAH_014362277





Confidential

CUYAH_014362278

# CURRENT PUBLIC HEALTH EMERGENCY – At least 18 fatalities since Nov. 1

## Fatal Cases due to heroin/fentanyl/analogs in OCTOBER–at least 31 (33 cases pending additional testing)

18 - City of Cleveland Residents

13 - Suburban Residents- Bedford, Brook Park, Garfield Hts. (2), Lakewood, North Olmsted, Parma (3), South Euclid, Strongsville and (2) Out of County – Brunswick (Medina), West Salem (Mahoning).

## VICTIMS

Victims' ages range from 23 – 63

23 Male victims; 8 Female victims

6 African American victims; 25 Caucasian victims (3 Hispanic victims)

## TRENDS

At least **454** victims have died from heroin/fentanyl/analog or in combination in 2017. This compares to 412 through end of October 2016. Deaths in 2017 total at least **602** fatalities when including cocaine as well.

*Carfentanil: 56 CONFIRMED FATAL CASES in 2016; 101 CONFIRMED as of 11/15 in 2017*

Rate of African American deaths involving fentanyl is 19.4% of all victims, a significantly higher rate than 2016 (14.5%). At least 33 cocaine related deaths occurred in October (at least 316 for 2017), with at least 12 being mixed with Fentanyl, Heroin or both (at least 171 for the year).

*Source: Cuyahoga County Medical Examiner's Office revised 11-13-17*



Confidential

CUYAH_014362279



**CCMEO Heroin, Fentanyl and Heroin/Fentanyl Combination Deaths**
(*2017 through Oct. 5, 2017)

| Quarter | Heroin only | Fentanyl only | Combined |
|---|---|---|---|
| 3rd Q 2014 | 144 | 7 | 7 |
| 3rd Q 2015 | 100 | 38 | 33 |
| 3rd Q 2016 | 92 | 120 | 116 |
| 3rd Q 2017* | 49 | 179 | 158 |

*Source: Cuyahoga County Medical Examiner's Office revised 10-5-17*



Confidential

CUYAH_014362280



Cuyahoga County Heroin/Fentanyl Related Overdose Deaths 2007-2017*
Projected deaths with DAWN Saves as overdose Deaths
(* 2017 projected based on preliminary data thru November 2)

| Category | Deaths |
|---|---|
| 2013 | 194 |
| 2013 plus Fentanyl | 197 |
| 2013 w/o DAWN | 230 |
| 2014 | 198 |
| 2014 plus fentanyl | 223 |
| 2014 w/o DAWN | 329 |
| 2015 | 184 |
| 2015 w/fentanyl | 228 |
| 2015 proj w/o DAWN | 444 |
| 2016 proj | 320 |
| 2016 w/fentanyl | 506 |
| 2016 proj w/o DAWN | 916 |
| 2017 proj | 269 |
| 2017 proj w/fentanyl | 538 |
| 2017 proj w/o DAWN | 1052 |

Source: Cuyahoga County Medical Examiner's Office revised 11-3-17

DAWN includes all documented naloxone saves through DAWN including police reversals. Does not include EMS administration (nearly 1,000 in 2015, and over 2,000 thru October 2016). No 2017 EMS data yet.





Confidential  CUYAH_014362282



### 2017 CCMEO Overdose Deaths, Most Common Drugs Involved
Combined is heroin and fentanyl in some combination (Fentanyl analogues will be counted under Fentanyl Columns).

Legend: Heroin | Fentanyl | Heroin/Fentanyl Combined | Cocaine | Cocaine/Fentanyl Combined | Opioid ODs (awaiting confirmation tests)

| Month | Heroin | Fentanyl | Heroin/Fentanyl Combined | Cocaine | Cocaine/Fentanyl Combined | Opioid ODs |
|---|---|---|---|---|---|---|
| JAN – 60 total | 4 | 22 | 23 | 11 | 24 | |
| FEB – 72 total | 3 | 26 | 33 | 10 | 27 | |
| MAR – 52 total | 4 | 27 | 9 | 12 | 16 | |
| APR – 68 total | 6 | 26 | 16 | 20 | 14 | |
| MAY – 57 total | 2 | 32 | 14 | 9 | 8 | |
| JUNE – 70 total | 9 | 25 | 18 | 18 | 18 | |
| JULY – 70 total | 10 | 25 | 15 | 20 | 14 | |
| AUG – 50 total | 6 | 11 | 20 | 13 | 24 | |
| SEP – 47 total | 8 | 18 | 10 | 11 | 14 | |
| OCT – 53 total | 4 | 13 | 14 | 22 | 13 | 0 |

*Source: Cuyahoga County Medical Examiner's Office revised 11-3-17*



Confidential     CUYAH_014362283



*Source: Cuyahoga County Medical Examiner's Office revised 11-13-17*



Confidential                                                                                                                                                            CUYAH_014362284



*Source: Cuyahoga County Medical Examiner's Office revised 9-25-17*

Confidential
CUYAH_014362285



**CCMEO Fentanyl-related fatalities among African Americans 2014-2017***
(Blue - Projected for remainder of year, as of November 2, 2017)

| Year | Count |
|---|---|
| 2014 | 7 |
| 2015 | 25 |
| 2016 | 58 |
| 2017 | 82 (with 18 projected) |

*Source: Cuyahoga County Medical Examiner's Office revised 11-3-17*



Confidential                                                                                   CUYAH_014362286





Confidential

CUYAH_014362287





Confidential

CUYAH_014362288





Confidential   CUYAH_014362289