EXHIBIT 21

# Overdose Deaths in Cuyahoga County

Thomas Gilson, M.D.

Cuyahoga County Medical Examiner

# Objectives

- Review current and recent data on extent of opioid mortality

- Discuss the interplay of legal and illegal opioids in mortality

# No conflicts to disclose



# Comparing Opioid Overdose Deaths and
# Heroin Deaths in Cuyahoga County, 2007-2014





*Source: Cuyahoga County Medical Examiner's Office February 11, 2015*





Source: Cuyahoga County Medical Examiner's Office April 22, 2014



# Heroin Epidemic

- 2012 retrospective review of heroin mortality conducted using ME data
- 2013 prospective review of heroin mortality done with ME staff, law enforcement, judicial representatives, medical/treatment physician, toxicologist and pharmacist (Poison Death Review Committee, PDR)

# PDR Findings

- 194 heroin overdose fatalities(2013)

- (161 fatalities 2012)

- 95% of fatal heroin overdose victims known to abuse drugs (62% intravenous)

- 85% white

- 3:1 male to female ratio

- Most common age group 45-60; now followed closely by 30-44

# PDR Findings

▷ Approximately 70% died in proximity to another person
- ▷ 12% using drugs with others
- ▷ 58% of bystanders not using drugs
▷ BUT only 25% received naloxone from EMS (EMS scene response was 98.5%)

Wider access to naloxone saves lives from heroin overdose (Project DAWN)
2013 – 31 documented reversals
2014- 76 reversals



**Cuyahoga County Heroin Related Overdose Deaths 2007-2014; Projected with DAWN Saves**

# PDR Findings

- 73% of heroin overdose victims had a file with the Ohio Automated RX Registry System (OARRS)

- Meaning: within two years of death almost 3 of 4 heroin fatalities received a legal  prescription for a controlled substance- most are narcotics or benzodiazepines

# PDR Findings

- 36% of the heroin overdose victims fulfilled criteria for "doctor-shopping" in 2013
- Defined as 5 or more prescribers in one year
- OARRS look back period is only two years

A high percentage of fatal overdose victims are receiving legal prescriptions for narcotics in spite of a state prescription drug monitoring program