# EXHIBIT 22

# Cuyahoga County Opioid Talking Points

**CCMEO**

- Drug Overdose Fatalities (all drugs)
    - 2014: 353
    - 2015: 370
    - 2016: 666
    - 2017: 806 (projected)

- At least 301 victims have died from heroin, fentanyl, or a combination of the two in 2017. 373 victims if we include cocaine.
- 58 confirmed carfentanil deaths in 2016; 12 in 2017.
- At least 16 fatalities since July 1st (as of 7-8-17).
- Cuyahoga County has seen 496 *more* fentanyl related deaths in the past 20 months than the previous 10 years.

- Shortly after the Memorial Day Weekend, we suffered 43 fatal overdoses in 13 days. Our office reached its practical body storage capacity (86 decedents) – the first time this has ever happened in the building's history.

- In 2016, 58 African Americans suffered fentanyl-related fatalities. In 2017, we are already at 59.

- Rate of African American deaths involving fentanyl is 20.2% of all victims, nearly double the rate of 2016 (14.5%).

- The office recently had an inspection from the National Association of Medical Examiner's (N.A.M.E.) and was cited for violations in Toxicology and Autopsy.

    - Autopsy Violation: This stems from the volume of autopsies, a direct result of the opioid epidemic. In 2015, the average number of autopsies per forensic pathologist was 179. Last year that number to 240.
    - Toxicology Violation: This was given because N.A.M.E. requires that 90% of our toxicology testing be completed within 60 days. 90% of our testing had been completed within *90 days*.

    Part of the reason this occurred is because the number of toxicology <u>cases submitted</u> has increased. In 2015, 3,283 cases were submitted. Last year, that increased to 3,565 cases submitted.

>The other part that involves the increase in the number of <u>tests performed</u> with each case submitted. Due to the combination of drugs being used in fatal overdoses we are seeing; **<u>ONE CASE</u>** could have up to **<u>7 or 8 tests performed</u>** – leading to longer turnaround times.

- The increase in the number of autopsies and toxicology testing have also caused delays in casework, such as the completion of autopsy reports, which impacts families awaiting answers about their deceased loved ones.

**CORRECTIONS**

- The county jail is the largest drug treatment-mental health facility in the city.

- Last year, 69 vivitrol shots were used in our jail to help treat opioid dependence at a cost of $68k for the medicine. This year, we've already administered 65 vivitrol shots – therefore we are on pace to double our 2016 numbers.

- This year, 36% of new intakes have opiate issues, and 18% of those have to be put on detox protocol, costing us additional dollars and resources.

**HHS**

- Approximately 75% of child welfare cases are due in part to drugs.

- We're seeing more drug exposed newborns – a number that has been increasing since 2014. Last year we had 468 cases of drug exposed babies. This year, we had 152 in our first quarter. At this pace, we could see over 600 drug exposed newborns this year.

- 32% of our removals are due to drug/alcohol related reasons.

- We now have nearly 2,000 children and teens in temporary or permanent custody of our county – the highest since 2011.

- We've seen a decline in agency foster homes and in-network foster homes, and we have to rely a lot on extended family members to step in and help children whose parents are battling addiction. Since 2014, we've seen a 12% increase in children placed with relatives.