# EXHIBIT 25

Message

| | |
|---|---|
| **From**: | CHAPMAN-WAGNER, TAMARA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=F1D0D759E10449D4A81E0CD613EB4B09-50010424] |
| **Sent**: | 7/11/2018 3:19:01 PM |
| **To**: | WEISKITTEL, CYNTHIA [cynthia.weiskittel@jfs.ohio.gov] |
| **Subject**: | info for lawyers - opioid |

Attached are the pos tox chart and the workers memo for staff increases as well as the budget ask for the advocates

What else?


Tamara Chapman-Wagner
Deputy Director
Cuyahoga County Division of Children and Family Services
216-432-3508
Tamara.Chapman-Wagner@jfs.ohio.gov

CONFIDENTIAL

CUYAH_002462638