# EXHIBIT 26

## How Many Workers Do We Need?

We know that between 25-30% of our workforce isn't available to service cases each day (vacancies, leaves, training, sick days, vacations….). In order to maintain the appropriate staffing levels we would need to over-staff by 25-30%.

## Extended Services

If we want caseloads of 10 families per EXT worker:

-1889 Cases / 236 Workers = 8 caseload average (if 100% of the staff were working everyday)

-If 25% of our workforce was unavailable = add 59 workers

-If 30% of our workforce was unavailable = add 70 workers

## Short Term Services

If we want caseloads of 10 families per STS worker and 7 new investigations each month:

-2410 Cases / 1400 Investigations / 200 Workers = 12 caseload average and 7 new assignments (the imbalance in new assignments vs. ongoing caseloads indicates they have more clean up to do therefore I wouldn't recommend more than 200 workers at this time)

- If 25% of our workforce was unavailable = add 50 workers

- If 30% of our workforce was unavailable = add 60 workers

## START

If we want caseloads of 10 families per START worker:

-388 Cases/ 39 Workers = 10 caseload average

- If 25% of our workforce was unavailable = add 9.75 workers

- If 30% of our workforce was unavailable = add 11.75 workers

** If we go to 39 workers in START, we will need 35 Family Advocate FTEs (current proposal is to add 26 FTEs)

## Sex Abuse

If we want caseloads of 10 families per Sex Abuse worker and 7 new investigations each month:

-294 Cases/ 123 Investigations / 17 workers = 7.2 new investigations and 17 caseload average (the imbalance in new assignments vs. ongoing caseloads indicates they have more clean up to do therefore I wouldn't recommend more than 17 workers at this time)

- If 25% of our workforce was unavailable = add 4 workers

- If 30% of our workforce was unavailable = add 5 workers

## SIU/MIU

If we want caseloads of 10 families and 7 new investigations each month:

- 135 Cases/ 64 Investigations / 9 workers = 7 new investigations and 15 caseload average (the imbalance in new assignments vs. ongoing caseloads indicates they have more clean up to do therefore I wouldn't recommend more than 9 workers at this time)

- - If 25% of our workforce was unavailable = add 2 workers
- - If 30% of our workforce was unavailable = add 3 workers

**Permanency and Support**

If we want caseloads of 15 families

- 530 Cases / 35 workers = 15 cases per worker

- If 25% of our workforce was unavailable = add 8 workers

- If 30% of our workforce was unavailable = add 10 workers

# Totals:

527 SW3s Workers providing direct case carrying work (not including SW4 positions) – Increase of 153 workers

9 SW4s – Increase of 1

25% over staff = Increase of 38 workers

30% over staff = increase of 46 workers

**How Many Supervisors/Sr. Managers Do We Need?**

There are 31 STS Supervisor FTEs (including all specialty units and SIU/MIU)

There are 30 ES Supervisor FTEs

There are 5 START FTEs

There are 2 Permanency and Support Supervisors

If we want to take the supervisors down to a 1-5 ratio, we need 105 Supervisors (one unit will have 6). This is an increase of 37 Supervisors. If we keep them at 1-6, we need 88 Supervisors; an increase of 20 supervisors.

If we want all Sr. Managers to have 7-8 units, we need 13-15 Chiefs. We currently have 14 (includes STS, ES and Perm. And Supp.). No addition needed here for Direct Services and Permanency and Supports.

*Hotline is not included in any of these counts.

As of 5/30/18 stats