# EXHIBIT 27

Message

**From:** KIRKPATRICK, DEONNA [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=BA3B235D95024D4BAB77FBC7C20AA29F-50037372]
**Sent:** 7/11/2017 12:09:13 PM
**To:** CHAPMAN-WAGNER, TAMARA [tamara.chapman-wagner@jfs.ohio.gov]; WEISKITTEL, CYNTHIA [cynthia.weiskittel@jfs.ohio.gov]; MCCRAY, JACQUELINE [jacqueline.mccray@jfs.ohio.gov]
**Subject:** Re: Opioid Impact on HHS

Yes this helps!

Regards,
Deonna Kirkpatrick

Sent from my phone, not while driving, please excuse typos.

**From:** CHAPMAN-WAGNER, TAMARA
**Sent:** Tuesday, July 11, 2017 1:07:54 PM
**To:** KIRKPATRICK, DEONNA; WEISKITTEL, CYNTHIA; MCCRAY, JACQUELINE
**Subject:** RE: Opioid Impact on HHS

Deonna, we had 483 drug exposed infants in 2016, not 560. The total for type of drug is not unique counts. Children are often born exposed to multiple substances. The numbers for 2017 for Kin placements and drug exposed infants is in the email I sent for the CBS news. 2017 1st quarter drug exposed is 152, as of May kin placements are up to 27.8%.

Hope this helps.

**From:** KIRKPATRICK, DEONNA
**Sent:** Tuesday, July 11, 2017 10:28 AM
**To:** WEISKITTEL, CYNTHIA <Cynthia.Weiskittel@jfs.ohio.gov>; CHAPMAN-WAGNER, TAMARA <Tamara.Chapman-Wagner@jfs.ohio.gov>; MCCRAY, JACQUELINE <Jacqueline.Mccray@jfs.ohio.gov>
**Subject:** FW: Opioid Impact on HHS

Good morning,

Chris Harris at the Medical Examiner's office is pulling together talking points for Armond about the impact of opiates on various departments of the county so I'm providing him with info. Attached was the last set of points I did for media at the end of April. Please take a look and let me know if these still work. Do we have any 2017 numbers we could add to make the data more current? Feel free to edit. I'd like to get this back to Chris today.

Regards,
Deonna Kirkpatrick

**From:** Christopher Harris [mailto:cbharris@cuyahogacounty.us]
**Sent:** Tuesday, July 11, 2017 9:49 AM
**To:** KIRKPATRICK, DEONNA <Deonna.Kirkpatrick@jfs.ohio.gov>
**Subject:** RE: Opioid Impact on HHS

Awesome that would be great. Bullet format would be wonderful. Let me fwd you the release now

Christopher Harris
Communications Specialist, Medical Examiner's Office
Cuyahoga County

11001 Cedar Avenue
Cleveland, Ohio 44106
Office: 216.443.7157
Cell: 216.694.0063
cbharris@cuyahogacounty.us


**From:** Deonna.Kirkpatrick@jfs.ohio.gov [mailto:Deonna.Kirkpatrick@jfs.ohio.gov]
**Sent:** Tuesday, July 11, 2017 9:44 AM
**To:** Christopher Harris <cbharris@cuyahogacounty.us>
**Subject:** RE: Opioid Impact on HHS

This message was sent securely using ZixCorp

Sure. I can get you something today.
It'll be increased number of cases for our START unit which reflects cases where mom and/or baby was drug exposed prenatally or at birth.
We have seen an increase in overall custodies but that's not all attributed to opiates, it's all substance abuse, mental health, domestic violence, usually a combination.

Regards,
Deonna Kirkpatrick

**From:** Christopher Harris [mailto:cbharris@cuyahogacounty.us]
**Sent:** Tuesday, July 11, 2017 9:40 AM
**To:** KIRKPATRICK, DEONNA <Deonna.Kirkpatrick@jfs.ohio.gov>
**Subject:** Opioid Impact on HHS

Hi Deonna,

I'm working on some talking points for Armond on the impact opioids are having on our various agencies, and I was wondering if you have any hard facts, stats, or numbers on how opioids have impacted your agency. Such as an increased number of foster kids or the cost for additional services need as a result of opioids.

Chris

Christopher Harris
Communications Specialist, Medical Examiner's Office
Cuyahoga County
11001 Cedar Avenue
Cleveland, Ohio 44106
Office: 216.443.7157
Cell: 216.694.0063
cbharris@cuyahogacounty.us


This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain private, confidential, and/or privileged information. Any unauthorized review, use, disclosure, or distribution is prohibited. If you are not the intended recipient, employee, or agent responsible for delivering this message, please contact the sender by reply e-mail and destroy all copies of the original e-mail message.

CONFIDENTIAL

CUYAH_002467831

---
This message was secured by ZixCorp(R).

CONFIDENTIAL

CUYAH_002467832