# EXHIBIT 28



Cuyahoga County Division of Children and Family Services
Cynthia Weiskittel, Director

# 2017 Statistical Report
## January - December 2017

Division of Children & Family Services, 3955 Euclid Ave., Cleveland, OH  44115  (216) 431-4500

TDD:  Ohio Relay Service # is 1-800-750-0750 {NOTE:  For questions about this report, you may call (216) 881-4125}

February, 2018
DCFS: Performance Evaluation & Innovation Unit

CONFIDENTIAL
CUYAH_002486141

# DCFS STATISTICAL REPORT
## TABLE OF CONTENTS

| | |
|---|---:|
| REFERRALS BY CATEGORY | 1 |
| REFERRAL SCREENING DECISIONS | 2 |
| POSITIVE TOX REFERRALS | 3 |
| DISPOSED CHILD ABUSE & NEGLECT REFERRALS | 4 |
| OPEN CASES BY CATEGORY | 5 |
| CHILDREN RECEIVING SERVICES ON OPEN CASES | 6 |
| CHILDREN IN OUT-OF-HOME CARE / PLACEMENT / CUSTODY TYPES | 7 |
| IN COUNTY / CONTIGUOUS COUNTY / IN STATE / OUT OF STATE PLACEMENTS | 8 |
| CHILDREN IN OUT-OF-HOME CARE / DEMOGRAPHICS | 9 |
| CHILDREN WAITING FOR ADOPTION | 10 |
| CUSTODY EPISODES / TERMINATIONS | 11 |
| CHILDREN EXITING CARE BY AGE OF MAJORITY | 12 |

**ABOUT THIS REPORT:**
Except where noted the source for all data used in this report is the Ohio Statewide Automated Child Welfare Information System (SACWIS) as of the last day of the reporting period. CCDCFS converted to this system on December 9th of 2008. In SACWIS data is subject to change as it is continually being corrected and updated. This may cause statistics found in previous reports to be inconsistent with statistics found in more recent reports, even when the data pertains to the same time period. The statistical report was converted from a monthly to a quarterly document beginning in 2015.

CONFIDENTIAL
CUYAH_002486142

## REFFERALS BY CATEGORY
## JANUARY - DECEMBER
## 2015/2016/2017



| | Child Abuse & Neglect | Dependency | Family In Need of Services (FINS) | Informational Referral (fyi) |
|---|---|---|---|---|
| 2015 | 20,780 | 1,670 | 1,129 | 15,159 |
| 2016 | 20,438 | 1,442 | 1,070 | 13,104 |
| 2017 | 20,429 | 1,638 | 1,067 | 12,572 |

Year Total 2015 =   38,738        Year Total 2016 =   36,054        Year Total 2017=   35,706

DCFS: Performance Evaluation Innovation Unit
February, 2018

Go to Table of Contents

Data Source: SACWIS
02/21/2018

CONFIDENTIAL

CUYAH_002486143

# REFERRAL SCREENING DECISIONS
## JANUARY - DECEMBER
### 2015 / 2016 / 2017



| | 2015 CHILD ABUSE & NEGLECT | 2016 CHILD ABUSE & NEGLECT | 2017 CHILD ABUSE & NEGLECT | 2015 DEPENDENCY | 2016 DEPENDENCY | 2017 DEPENDENCY | 2015 FINS | 2016 FINS | 2017 FINS |
|---|---|---|---|---|---|---|---|---|---|
| SCREENED IN AR | 1,205 | 1,933 | 4,133 | 0 | 0 | 0 | 0 | 0 | 0 |
| SCREENED OUT | 7,269 | 7,941 | 7,831 | 437 | 451 | 667 | 270 | 348 | 406 |
| SCREENED IN | 12,306 | 10,564 | 8,465 | 1,233 | 991 | 971 | 859 | 722 | 661 |

Bar chart percentages (top to bottom: SCREENED OUT, SCREENED IN AR, SCREENED IN):
- 2015 CHILD ABUSE & NEGLECT: 6%, 35%, 59%
- 2016 CHILD ABUSE & NEGLECT: 9%, 39%, 52%
- 2017 CHILD ABUSE & NEGLECT: 20%, 38%, 41%
- 2015 DEPENDENCY: 26%, 74%
- 2016 DEPENDENCY: 31%, 69%
- 2017 DEPENDENCY: 41%, 59%
- 2015 FINS: 24%, 76%
- 2016 FINS: 33%, 67%
- 2017 FINS: 38%, 62%

\* Count of Families With Screened In / Screened AR Abuse & Neglect Referral

2015 = 10,045
2016 = 9,455
2017 = 9,501

\* Count of Families With Screened In Dependency Referral

2015 = 1,104
2016 = 915
2017 = 906

\* Count of Families With Screened In FINS Referral

2015 = 780
2016 = 665
2017 = 616

Go to Table of Contents

DCFS: Performance Evaluation Innovation Unit
February, 2018

\* Distinct family counts by referral category
\*Percents may not total 100 due to rounding

Data Source: SACWIS
02/21/2018

CONFIDENTIAL

CUYAH_002486144

## POSITIVE TOX REFERRALS BY MONTH
## 2015 THROUGH 2017



| | Jan | Feb | Mar | Apr | May | Jun | Jul | Aug | Sep | Oct | Nov | Dec |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2015 | 37 | 44 | 28 | 31 | 35 | 39 | 37 | 27 | 44 | 35 | 38 | 44 |
| 2016 | 38 | 43 | 46 | 42 | 34 | 38 | 48 | 39 | 40 | 37 | 33 | 45 |
| 2017 | 43 | 42 | 48 | 46 | 47 | 44 | 41 | 39 | 41 | 44 | 38 | 50 |

**YEAR TOTAL 2015 = 439**   **YEAR TOTAL 2016 = 483**   **YEAR TOTAL 2017 = 523**

\* Previous months data is updated quarterly.

DCFS: Performance Evaluation Innovation Unit
February, 2018

Go to Table of Contents

Data Source :SACWIS
02/21/2018

CONFIDENTIAL

CUYAH_002486145

## DISPOSED CHILD ABUSE & NEGLECT REFERRALS
## ABUSE NEGLECT REFERRALS RECEIVED JANUARY - DECEMBER
## 2015 / 2016 / 2017



| | 2015 | 2016 | 2017 |
|---|---|---|---|
| Can't Locate/Family Moved | 908 | 562 | 289 |
| Indicated | 922 | 882 | 865 |
| Substantiated | 1,702 | 1,714 | 1,713 |
| Unsubstantiated | 8,890 | 7,574 | 5,790 |

** Children With Substantiated Abuse & Neglect by Allegation Type (2017)

| | |
|---|---|
| Emotional Maltreatment = | 23 |
| Medical Neglect = | 65 |
| Neglect = | 844 |
| Physical Abuse = | 1,373 |
| Physical Abuse Shaken Baby = | 0 |
| Sexual Abuse = | 124 |

* Families With Substantiated Abuse & Neglect Referral (2017) = 1,465
* Count of Children With Substantiated Abuse & Neglect Referrals (2017) = 2,204

* Percents may not total 100 due to rounding

Go to Table of Contents

DCFS: Performance Evaluation Innovation Unit
February, 2018

* Distinct count of families and children
** Distinct count of children by allegation type

Data Source : SACWIS
02/21/2018

CONFIDENTIAL

CUYAH_002486146

# OPEN CASES
# DECEMBER 31st
# 2015 / 2016 / 2017



| | 2015 | 2016 | 2017 |
|---|---|---|---|
| Ongoing/Ongoing AR | 2,396 | 1,854 | 2,191 |
| Assessment Investigation / AR | 1,639 | 1,444 | 1,384 |
| Adopt / Adopt Only | 444 | 432 | 389 |
| Other | 129 | 138 | 153 |

Total Open Cases 12/31/2015 = 4,608   Total Open Cases 12/31/2016 = 3,868   Total Open Cases 12/31/2017 = 4,117

\* Other includes: ICAMA (Interstate compact on adoption & medical assistance), ICPC (Interstate compact on placement of children) and emancipated youth

Go to Table of Contents

DCFS: Performance Evaluation Innovation Unit
February, 2018

Data Source : SACWIS
02/21/2018

CONFIDENTIAL

CUYAH_002486147



## CHILDREN RECEIVING SERVICES ON OPEN CASES
### DECEMBER 31, 2017

- Cops: 738
- Custody: 2,147
- Minors on Open AI/AR Cases: 2,752
- Inhome Voluntary Services: 2,675

* COPS = children in court ordered protective supervision
* Custody = children in out of home care and legal custody of DCFS
* Minors on open AI/AR cases = child is not in custody or protective supervision. Child is active case participant in open AI/AR case
* Inhome Voluntary Services = children who are active participants in open cases, are listed on case plan and who are not in court ordered protective supervision and are not in custody of DCFS.

DCFS: Performance Evaluation Innovation Unit
February, 2018

Go to Table of Contents

Data Source: SACWIS
02/21/2018

CONFIDENTIAL

CUYAH_002486148

## CHILDREN IN OUT-OF-HOME CARE
## PLACEMENT / CUSTODY TYPES

| Date | Adoptive Home Count | Adoptive Home % Of Total | Relative / Fictive Kin Count | Relative / Fictive Kin % Of Total | DCFS Foster Home Count | DCFS Foster Home % Of Total | Network Foster Home Count | Network Foster Home % Of Total | Group Home Count | Group Home % Of Total | Certified Residential Center Count | Certified Residential Center % Of Total | Independent Living Count | Independent Living % Of Total | Other * Count | Other * % Of Total | Total N Children In Placement |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 31-Dec-16 | 85 | 5% | 500 | 27% | 200 | 11% | 846 | 45% | 54 | 3% | 151 | 8% | 27 | 1% | 17 | 1% | 1,880 |
| 31-Mar-17 | 66 | 4% | 499 | 27% | 197 | 11% | 851 | 46% | 63 | 3% | 143 | 8% | 30 | 2% | 18 | 1% | 1,867 |
| 30-Jun-17 | 59 | 3% | 525 | 27% | 200 | 10% | 886 | 46% | 73 | 4% | 142 | 7% | 35 | 2% | 24 | 1% | 1,944 |
| 30-Sep-17 | 56 | 3% | 565 | 28% | 197 | 10% | 913 | 46% | 66 | 3% | 139 | 7% | 37 | 2% | 30 | 1% | 2,003 |
| 31-Dec-17 | 76 | 4% | 644 | 30% | 207 | 10% | 946 | 44% | 67 | 3% | 140 | 7% | 29 | 1% | 38 | 2% | 2,147 |



Bar chart of Total N Children in Placement: 31-Dec-16: 1,880; 31-Mar-17: 1,867; 30-Jun-17: 1,944; 30-Sep-17: 2,003; 31-Dec-17: 2,147. 14.2% Increase (31-Dec-16 to 31-Dec-17). 10.4% Increase (30-Jun-17 to 31-Dec-17).

| 31-Dec | 2016 | |
|---|---|---|
| Agency Legal Status | N | % |
| Emergency Custody | 443 | 24% |
| Temporary Custody | 803 | 43% |
| Permanent Custody | 557 | 30% |
| PPLA | 47 | 3% |
| Other | 30 | 2% |

| 31-Dec | 2017 | |
|---|---|---|
| Agency Legal Status | N | % |
| Emergency Custody | 603 | 28% |
| Temporary Custody | 918 | 43% |
| Permanent Custody | 527 | 25% |
| PPLA | 53 | 2% |
| Other | 46 | 2% |

\* Percents may not total 100 due to rounding

Go to Table of Contents

\*Other includes Emergency Shelter, Detention Facilities, Own Home.

DCFS: Performance Evaluation Innovation Unit
February, 2018

Data Source : SACWIS
02/21/2017

CONFIDENTIAL

CUYAH_002486149

## IN COUNTY, CONTIGUOUS COUNTY, IN STATE, OUT OF STATE PLACEMENTS
## DECEMBER 31, 2017



**OUT OF COUNTY PLACEMENTS AS OF 12/31/2017**

|  | Adoptive | Relative / Fictive Kin | Residential Center | Emergency Shelter | Foster Home | Group Home | Detention Facility | Independent Living | Licensed Medical Facility | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|
| OUT OF COUNTY / IN OHIO | 26 | 69 | 46 | 0 | 485 | 14 | 1 | 1 | 1 | 643 |
| OUT OF STATE | 9 | 6 | 14 | 0 | 16 | 0 | 1 | 0 | 0 | 46 |

\* Contiguous counties include: Geauga, Lake, Lorain, Medina, Portage, Summit
\* 5 of the out-of-county foster home placements are relative/fictive kin providers

Go to Table of Contents

DCFS: Performance Evaluation Innovation Unit
February, 2018

\* Percents may not total 100 due to rounding

Data Source: SAWCIS
02/21/2018

CONFIDENTIAL

CUYAH_002486150

## DEMOGRAPHICS: CHILDREN IN OUT-OF-HOME CARE
## DECEMBER 31, 2017




| Race | Count | % Of Total |
|---|---|---|
| AFRICAN AMERICAN | 1,354 | 63% |
| CAUCASIAN | 577 | 27% |
| MISSING DATA | 7 | 0% |
| MULTI-RACIAL | 193 | 9% |
| OTHER | 11 | 1% |
| UNDETERMINED | 5 | 0% |
| Total | 2,147 | 100% |

| Gender | Count | % Of Total |
|---|---|---|
| FEMALE | 1,026 | 48% |
| MALE | 1,121 | 52% |
| MISSING DATA | 0 | 0% |
| Total | 2,147 | 100% |

| Age Group | Count | % Of Total |
|---|---|---|
| GROUP A : 0 to 5 | 829 | 39% |
| GROUP B : 6 to 8 | 286 | 13% |
| GROUP C: 9 to 12 | 338 | 16% |
| GROUP D : 13 to 15 | 291 | 14% |
| GROUP E: 16 to 17 | 284 | 13% |
| GROUP F : 18 and Over | 119 | 6% |
| MISSING DATA | 0 | 0% |
| Total | 2,147 | 100% |

| Race / 2016 | % Of Total 2016 |
|---|---|
| AFRICAN AMERICAN | 64% |
| CAUCASIAN | 24% |
| MULTI-RACIAL | 10% |
| OTHER | 1% |
| UNDETERMINED | 0% |

| Gender / 2016 | % Of Total 2016 |
|---|---|
| FEMALE | 49% |
| MALE | 51% |
| MISSING DATA | 0% |

| Age Group / 2016 | % Of Total 2016 |
|---|---|
| GROUP A : 0 to 5 | 38% |
| GROUP B : 6 to 8 | 15% |
| GROUP C: 9 to 12 | 15% |
| GROUP D : 13 to 15 | 13% |
| GROUP E: 16 to 17 | 13% |
| GROUP F : 18 and Over | 6% |
| MISSING DATA | 0% |

\* Race for persons under age 18 / Cuyahoga County
  53% Caucasian / 37% African American / 10% Other - more than 1 race

\* Source: U.S Bureau of the Census, 2010 Census, Summary File 1, PCT12A, PCT12B, PCT12C, PCT12D, PCT12E, PCT12F, PCT12G, and PCT12H.

Go to Table of Contents

\* Percents may not total 100 due to rounding

DCFS: Performance Evaluation Innovation Unit
February, 2018

Data Source: SACWIS
02/21/2018

CONFIDENTIAL

CUYAH_002486151

## CHILDREN WAITING FOR ADOPTION
## DECEMBER 31, 2017



* Count of children in permanent custody status who are not placed in an adoptive home

DCFS: Performance Evaluation Innovation Unit
February, 2018

Go to Table of Contents

Data Source: SACWIS
02/21/2017

CONFIDENTIAL

CUYAH_002486152



CUSTODY EPISODES / TERMINATIONS
JANUARY - DECEMBER
2016 / 2017

|  | Reunification | Custody to Relative / Fictive Kin | Age of Majority | Adoption | Custody To Non-Removal Parent | * Other |
|---|---|---|---|---|---|---|
| 2016 | 513 | 267 | 129 | 119 | 61 | 35 |
| 2017 | 654 | 260 | 103 | 125 | 74 | 40 |

* Other includes, Child AWOL > 30 days, child fatality, and custody to another agency.

DCFS: Performance Evaluation Innovation Unit
February, 2018

* Children may exprence more than 1 epsode in a year
Percents may not total 100 due to rounding

Data Source: SACWIS
02/21/2018

CONFIDENTIAL

CUYAH_002486153

TOTAL # of CHILDREN EXITING CUSTODY BY AGE OF MAJORITY
BY FINAL CUSTODY TYPE / AGE AT EPISODE BEGINNING / LENGTH OF STAY
JANUARY - DECEMBER 2017

| Month | Permanent Commitment | PPLA | Other | Total # Children Exiting by Emancipation For Month |
|---|---|---|---|---|
| January | 8 | 3 | 2 | 13 |
| February | 7 | 1 | 3 | 11 |
| March | 2 | 1 | 2 | 5 |
| April | 3 | 1 | 1 | 5 |
| May | 3 | 1 | 4 | 8 |
| June | 4 | 1 | 3 | 8 |
| July | 5 | 3 | 0 | 8 |
| August | 10 | 3 | 5 | 18 |
| September | 4 | 5 | 1 | 10 |
| October | 3 | 0 | 2 | 5 |
| November | 5 | 2 | 1 | 8 |
| December | 3 | 0 | 1 | 4 |
| YTD Total | 57 | 21 | 25 | 103 |

* Number of children exiting by age of majority in 2016 = 132

Age of Children Who Exited by Emancipation
At the Time Custody Episode Began

| Age at Custody Start | Count | % |
|---|---|---|
| Under Age 12 | 30 | 29% |
| Age 13 to 14 | 19 | 18% |
| Age 15 to 16 | 30 | 29% |
| Age 17 or > | 24 | 24% |
| Total | 103 | |

Number of Custody Months For Children
Exiting By Age of Majority

| Months in Custody | Count | % |
|---|---|---|
| 0-12 | 11 | 11% |
| 13-24 | 17 | 17% |
| 25-36 | 11 | 11% |
| 37 or > | 64 | 61% |
| Total | 103 | |

NOTE: count for past months are updated with each new report as SACWIS historical data may change
causing data to differ from those in previous versions of this report.

Go to Table of Contents

DCFS: Performance Evaluation Innovation Unit
February, 2018

Percents may not total 100 due to rounding

Data Source: SACWIS
02/21/2018

CONFIDENTIAL

CUYAH_002486154