# EXHIBIT 29



Cuyahoga County
**Together We Thrive**

Sheriff's Department,
Office of Corrections

Scott S. Osiecki, Chief Executive Officer
Alcohol, Drug Addiction and Mental Health Services Board of Cuyahoga County
2012 W. 25th Street, 6th Floor
Cleveland, OH 44113

May 23, 2018

Dear Mr. Osiecki,

The Sheriff's Department, Office of Corrections is requesting funding from the Alcohol, Drug Addiction and Mental Health Services Board of Cuyahoga County in the amount of $850,000.00 to provide Medication Assisted Treatment (MAT) to Cuyahoga County Corrections Center (CCCC) inmates, diagnosed with an opioid substance use disorder (SUD), who are leaving the jail.

The goal of our request is to provide a coordinated, multi-system approach that begins SUD treatment and linkage in the institution, flowing seamlessly into the community in order to decrease substance abuse and decrease criminal behavior.

Currently, only inmates that are involved with the MAT Drug Court Specialty Dockets are eligible for MAT services. Funding from the Alcohol, Drug Addiction and Mental Health Services Board will be utilized to provide MAT to those who were not selected to participate in the Trauma & Human Trafficking or the Medication Assisted Treatment Drug Court.

The CCCC currently provides housing and services for 26,000 inmates annually, the majority are inmates under a pre-trial status. Of this population, approximately 75% have a substance use disorder.

According to Cuyahoga County TASC, the primary diagnosis of Common Pleas Court defendants, having an opioid disorder currently numbers 24.7%. TASC conducts court ordered substance use disorder assessments for the following populations: post sentence/jail reduction, pre-sentence investigation, intervention in lieu of conviction, and probation day programming.

| Calendar Year | Total Assessments Completed | Total Assessments with opioid (primary) diagnoses | Percentage |
|---|---|---|---|
| 2016 | 2312 | 685 | 29.6% |
| 2017 | 2392 | 667 | 27.9% |
| 2018 YTD (4.25.2018) | 720 | 178 | 24.7% |

(TASC 2018)



2079 East Ninth Street | Cleveland, Ohio 44115 | 216-443-7178 | www.cuyahogacounty.us

MetroHealth, the CCCC's mental and physical health provider, stated that one third of inmates are diagnosed with Opioid Use Disorder (2016). Currently, MetroHealth offers buprenorphine for pregnant females that are incarcerated in the CCCC.

With additional support from the ADAMHS Board, the Jail estimates that an additional 688 inmates can receive MAT. The cost of Vivitrol treatment in the CCCC per inmate is currently broken out as follows:

**Vivitrol Cost**

|  | Time | # patients | Cost |
|---|---|---|---|
| Provider Assessment/Consent | 1 |  | $ 140.00 |
| Psychiatrist Suicide Assessment | 1 |  | $ 140.00 |
| RN | 1.5 |  | $  65.00 |
| Liver Test | 1 |  | $  12.00 |
| Vivitrol | 1 |  | $ 954.00 |

If you have any questions or concerns, please do not hesitate to contact me.

Thank you for your consideration,

Kenneth V. Mills
Director, Regional Corrections
Cuyahoga County
216-443-7266

CONFIDENTIAL

CUYAH_003505169