# EXHIBIT 30

**Fighting prescription drug abuse**
# Our views





## Prescription drug abuse; an unparalleled epidemic and public health crisis

Cardinal Health recognizes prescription drug abuse as an unparalleled epidemic and a public health crisis. We are committed to helping fight prescription drug abuse. We want to do our part to ensure patients receive critical medications without interruption, while at the same time helping to prevent those medicines from falling in the wrong hands.

## Collaboration is a key to effectively detect and fight prescription drug abuse

The responsibility to address this public health crisis belongs to everyone, and everyone has to do their part and must work together to address the needed results. The healthcare industry as a whole — including regulators, pharmaceutical manufacturers, distributors, pharmacists, doctors and boards of pharmacy, medicine and nursing — must work collaboratively to effectively detect and fight prescription drug abuse.

## A multi-faceted approach will have the strongest impact

The path forward must include a multi-faceted approach. Efforts must be included in four key pillars of action, as originally referenced by the Office of National Drug Control Policy;

1. **The education of parents, youth, patients and physicians;**
2. **The monitoring of prescriptions written and dispensed;**
3. **An enhanced focus on enforcement actions; and**
4. **Options for the safe and secure disposal of unwanted or expired medications.**

The sharing of information throughout the system is essential, and the industry needs appropriate guidance and timely information from regulators to ensure alignment and compliance with expectations.

CONFIDENTIAL

CAH_MDL2804_03347608

# Cardinal Health principles for fighting prescription drug abuse



## Reducing prescription drug abuse of hydrocodone products

Cardinal Health supports efforts to find the least intrusive and most cost-effective path to reduce the abuse of hydrocodone products. While these principles could be achieved through the rescheduling of hydrocodone products, such an approach would likely yield many unintended consequences, resulting in avoidable costs ultimately borne by the patient.

## Drug disposal

Cardinal Health supports the safe and secure disposal of unused, unwanted or expired medications. Implementation of the "Secure and Responsible Drug Act of 2010" is critical to address the scarcity of disposal options and the corresponding presence of excessive medications in household medicine cabinets. Cardinal Health urges the Drug Enforcement Agency (DEA) to finalize appropriate regulations soon, allowing for the much needed identification and implementation of safe and appropriate methods for the disposal of unwanted medications.

## Prescription drug monitoring programs

Cardinal Health supports the implementation of meaningful and comprehensive prescription drug monitoring programs (PDMPs) with adequate funding to monitor the safe and appropriate prescribing and dispensing of controlled substances. Such programs will be most effective when they are interoperable across state lines with a universal format for data that is reported in a timely manner. Stakeholders must acknowledge PDMPs will require financial investments and ample time before a successful implementation or full compliance by all prescribers and dispensers can be expected. In the meantime, healthcare professionals should utilize PDMPs as deemed appropriate by their professional judgment.

## Wholesaler reporting of controlled substance sales and distribution

Cardinal Health supports wholesaler reporting of controlled substance sales at the state-level in a manner that remains consistent with the format and timing of existing federal requirements, where distributors already report controlled substance sales on a monthly basis to the Drug Enforcement Agency (DEA). Cardinal Health believes the timely sharing of this information throughout the system is essential. Furthermore, the industry needs appropriately detailed guidance from regulators on controlled substance sales activity overall to ensure alignment and compliance with expectations.

## Prescriber authority

Cardinal Health supports laws that ensure the integrity of prescribers by placing parameters around prescribing authority. Examples of such parameters may include limitations on prescriber dispensing authority, limitations on oral prescriptions, restrictions on refills, and prescriber education requirements.

## Licensing of pain management clinics

Cardinal Health supports the state licensing of pain management clinics to address the recent emergence of rogue pain management clinics operating as "pill mills" inappropriately prescribing and dispensing drugs that have the highest potential for abuse and diversion with little or no medical examinations. Specific licensure requirements are needed, including the required ownership by a doctor registered with the state, a specified schedule of inspections, defined prescribing parameters, restrictions from dispensing controlled substances from pain management clinics, and significant penalties for violations. When developing such laws, efforts must be made to ensure that legitimate medical clinics can continue to operate and deliver necessary care to patients.

© 2013 Cardinal Health. All rights reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health. All other marks are the property of their respective owners. Lit. No. 5GR10735 (04/2013)