# EXHIBIT 31



INTERNAL USE ONLY

Dear Colleagues –

As you know, America faces a serious and complex public health crisis related to opioid addiction and abuse. It's an epidemic that affects all of us, professionally and personally, and one that our company is deeply committed to helping solve.

As front-line employees, you are an integral part of our ability to deliver on this commitment. I'm incredibly proud of the work you do every day to help us meet our responsibilities as a company and our obligations to society around this national challenge.

The reason I'm writing to you is because that commitment may be called into question this weekend. On Sunday night, the television program *60 Minutes* will air a segment about the national opioid epidemic and an accompanying article will be published by *The Washington Post*. We expect the stories to reference Cardinal Health and potentially raise questions about the steps we have taken to combat opioid misuse and abuse. It may even attack us and our leadership personally. This is not a new story but one that will include previously reported allegations.

No company likes to be the subject of this type of scrutiny, particularly when it is presented unfairly and one-sided. We chose not to appear on-camera because of the editorial choices we saw them making and their treatment of the facts.

However, it is important to be clear about the facts, and to ensure that you, as well as our customers and the pharmacies and medical facilities that you work with on Cardinal Health's behalf, understand those facts.

- We all care about the devastation this crisis has caused American families.

- We lead our industry in anti-diversion strategies with a company-wide, state-of-the-art system that utilizes advanced analytics, technology and on-the-ground investigators to identify, block and report suspicious orders. Every pharmacy who orders from us is subject to our anti-diversion process for every order, every day.

- For more than a decade, Cardinal Health also has funded prevention education programs to ensure school-aged kids, patients, pharmacists and prescribers know about the dangers of prescription drug misuse and abuse. We equip them with tools and training in how to avoid misuse. This work is led by the Cardinal Health Foundation, in partnership with The Ohio State University College of Pharmacy, and executed through Generation Rx, our national prescription drug education and awareness program.

- As a wholesale distributor, we do not manufacture, promote or prescribe prescription medications to the public. Rather, our role – and our obligation to society – is to ensure that prescribers, pharmacists and patients have safe, secure and efficient access to the medications they need, when and where they need them while doing our very best to prevent prescription drug diversion and abuse.

*For internal use only; not to be distributed externally*
© 2017 Cardinal Health. All Rights Reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health. All other marks are the property of their respective owners.

CONFIDENTIAL                                                                                                                            CAH_MDL2804_03389325



- Healthcare Distribution Alliance, the national trade association for pharmaceutical wholesalers, is posting information on its site today with industry responses and again on Monday with specifics around refuting the stories. Here is the link to their site: https://www.hda.org/news/2017-10-13-hda-statement-on-60-minutes-washington-post-coverage-on-distributors-opioid-epidemic

Our commitment and resolve in the face of this crisis will continue to be tested. But I hope through it all you take as much pride in our work as I do and continue to communicate and educate people about the important work we do.

Above all, never lose sight of the fact that Cardinal Health is essential to care.

Sincerely,

George Barrett

*For internal use only; not to be distributed externally*
© 2017 Cardinal Health. All Rights Reserved. CARDINAL HEALTH, the Cardinal Health LOGO and ESSENTIAL TO CARE are trademarks or registered trademarks of Cardinal Health. All other marks are the property of their respective owners.

CONFIDENTIAL CAH_MDL2804_03389326