# EXHIBIT 32

Message

**From**: specdocs@sc.ohio.gov [specdocs@sc.ohio.gov]
**Sent**: 10/31/2017 10:09:55 AM
**To**: Becky Ryba [bryba@cpcourt.summitoh.net]
**Subject**: Cardinal Health Foundation - Request For Proposals - Generation Rx Grant Opportunities

# Generation Rx Grant Opportunities

### Responding to the opioid epidemic

Since 2009, the Cardinal Health Foundation has supported prescription drug misuse prevention through our Generation Rx programs. Our work has grown in complexity, scope and reach, and now includes prescriber education, community support and drug take back programs in addition to prevention education.

We [Cardinal Health Foundation] are pleased to announce **three new Generation Rx requests for proposals,** targeting four of the states that have been especially hard hit by the opioid epidemic. We invite you to review these grant opportunities, and apply for one or more to address the needs in your community.

**Apply by January 12, 2018.**

Click here for more information.