# EXHIBIT 33

Message

| | |
|---|---|
| **From**: | Jackie Pollard [jpollard@schd.org] |
| **Sent**: | 12/21/2017 8:22:55 AM |
| **To**: | dbarrett@schd.org |
| **Subject**: | Fwd: Generation Rx grant |

FYI

Sent from my iPhone

Begin forwarded message:

> **From:** GMB-DUB-CommunityRelations <CommunityRelations@cardinalhealth.com>
> **Date:** December 21, 2017 at 9:01:40 AM EST
> **To:** Jackie Pollard <jpollard@schd.org>
> **Subject: RE: Generation Rx grant**
>
> Hi Jackie,
>
> Updates are below. Please let me know if you have any additional questions.
>
> Thank you for your interest in the Generation Rx grant programs. Historically the Cardinal Health Foundation has funded organizations with a 501c3 nonprofit tax status. But there are many entities who do not have this tax status and are doing incredible work around the opioid epidemic. We're happy to share that we have expanded our eligibility requirements to encompass organizations who have a nonprofit tax status other than 501c3.
>
> We have created special applications for the grants that do not require entering a tax ID number to access the application. The application will request the W9 and Governmental Information Letter for your organization. Learn more about the Governmental Information Letter below.
>
> **Grant applications:**
> - Community-Level Response to the Opioid Crisis
> - Best Practices in Pain Medication Use and Patient Engagement
> - Prevention Education for Youth
>
> **Details on the Governmental Information Letter, per the** IRS website:
> *As a special service to government entities, IRS will issue a "governmental information letter" free of charge. This letter describes government entity exemption from Federal income tax and cites applicable Internal Revenue Code sections pertaining to deductible contributions and income exclusion. Government entities can request a governmental information letter by calling 1-877-829-5500.*
>
> Please reach out with any questions.
>
> Thank you!

SUMMIT_000278683



**Cardinal Health Community Relations**
7000 Cardinal Place, Dublin, OH 43017
Learn more about our commitment to our communities

---

**From:** Jackie Pollard [mailto:jpollard@schd.org]
**Sent:** Tuesday, December 19, 2017 8:06 AM
**To:** GMB-DUB-CommunityRelations <CommunityRelations@cardinalhealth.com>
**Subject:** RE: Generation Rx grant

[ External Email ]
Good Morning

Yes we have both of those documents.

Thank you
Jackie

**Jackie Pollard LPCC-S, LSW, CDCA**
**Assistant Director, Community Health**
Summit County Public Health
1867 West Market Street
Akron, Ohio 44313
330-926-5653
jpollard@schd.org

**My regular working hours are M-F 8am- 4pm**

---

**From:** GMB-DUB-CommunityRelations [mailto:CommunityRelations@cardinalhealth.com]
**Sent:** Monday, December 18, 2017 1:52 PM
**To:** Jackie Pollard
**Subject:** RE: Generation Rx grant

Hello,
Thank you for your interest in the Generation Rx grant programs.

Traditionally, the Cardinal Health Foundation has only funded organizations with a 501c3 nonprofit tax status. There are many entities who do not have this tax status and are doing incredible work in combatting the opioid epidemic. We're interested in funding organizations that will make the greatest impact and have been researching the possibility of funding organizations that are nonprofits but have tax statuses other than 501c3. We have learned that we can move forward with funding these non 501c3 organizations but would need the entity to provide their Governmental Information Letter in addition to their W9. Can you let me know if you have these two documents for your organization?

Thank you,
Emily

SUMMIT_000278684



**Cardinal Health Community Relations**
7000 Cardinal Place, Dublin, OH 43017
Learn more about our commitment to our communities

---

**From:** Jackie Pollard [mailto:jpollard@schd.org]
**Sent:** Monday, December 11, 2017 4:13 PM
**To:** GMB-DUB-CommunityRelations <CommunityRelations@cardinalhealth.com>
**Subject:** Generation Rx grant

[ External Email ]
Good Afternoon

I am writing to determine if county local departments are eligible to apply for your community level grants.

Thank you
Jackie

**Jackie Pollard LPCC-S, LSW, CDCA**
**Assistant Director, Community Health**
Summit County Public Health
1867 West Market Street
Akron, Ohio 44313
330-926-5653
jpollard@schd.org

**My regular working hours are M-F 8am- 4pm**

CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that you are strictly prohibited from printing, storing, disseminating, distributing or copying this communication. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer. Thank You.

---

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese
Svenska: http://www.cardinalhealth.com/en/support/terms-and-conditions-english.html


CONFIDENTIALITY NOTICE: This message is intended only for the use of the individual or entity to which it is addressed and may contain information that is privileged, confidential or exempt from disclosure under applicable law. If the reader of this message is not the intended recipient or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that you are strictly prohibited from printing, storing, disseminating, distributing or copying this communication. If you have received this communication in error, please notify the sender immediately by replying to the message and deleting it from your computer. Thank You.

_____

This message is for the designated recipient only and may contain privileged, proprietary or otherwise private information. If you have received it in error, please notify the sender immediately and delete the original. Any other use of the email by you is prohibited.

Dansk - Deutsch - Espanol - Francais - Italiano - Japanese - Nederlands - Norsk - Portuguese - Chinese
Svenska: http://www.cardinalhealth.com/en/support/terms-and-conditions-english.html

SUMMIT_000278686