EXHIBIT 34



## Requests for proposals

- Prevention education for youth
- Best practices in pain management and patient engagement
- Community-level response

Brought to you by:







### **Presenters**

Molly Culbertson, Manager Community Relations
Dianne Radigan, Vice President Community Relations
Betsy Walker, Director Community Relations

Brought to you by:





# Webinar logistics



- Please put your phone on mute until you are ready to talk.

- If you do not have mute, press * 6 to mute and * 6 to un-mute.

- Please **do not** put your phone on hold.

- If you need assistance during the conference, press # for a list of menu options.



# Agenda



- Overview / goals for the webinar

- Eligibility

- Brief history of Cardinal Health Foundation support to prevent prescription drug misuse

- Grant criteria / scoring

- Resources available

- Important dates

- Questions



# Goals for the webinar



- Help potential applicants send the very best proposals that are responsive and compelling

- Answer any and all questions

- Open the door for additional communication



# Grant eligibility



- Any 501(c)(3) non-profit organization
  - Substance misuse prevention groups and civic/community organizations, schools, higher education institutions, community coalitions, faith-based organizations, after school programs, organizations currently working with schools/youth organizations on other prevention programs, government agencies, primary care organizations, community health centers, federally qualified health centers, hospitals or other healthcare institutions, pharmacies, prescriber or healthcare provider associations.

- Don't have 501(c)(3) status?
  - Collaborations are encouraged



# History of Generation Rx



- Since 2009 the Cardinal Health Foundation has partnered with The Ohio State University College of Pharmacy and many others to address prescription drug abuse

- Areas of focus: prevention education, drug take-back, best practices in pain management and community collaborations

- Visit www.GenerationRx.org to access all of the prevention education resources developed to-date



# History of Generation Rx – three messages



- Take medications exactly as prescribed

- Store medication in secure locations

- Promote safe medication practices and teach others to do the same



# History of Generation Rx – outcomes



90+% of participants say they won't share their medications or take others' medications and that they will store them properly

OSU College of Social Work - 2015



# Expanding Generation Rx –
# 3 new requests for proposals



1. Prevention education for youth

2. Best practices in pain medication use and patient engagement

3. Community-level response to the opioid crisis



# Why 3 areas of focus?



- Chronic pain is very prevalent, affecting one-third of the US population – approx. 100m Americans.[1]

- 259 million prescriptions for opioid pain medications were written by healthcare providers in 2013. [2].

- The US constitutes nearly 5% of the world's population, yet we use 80% of the global opioid supply . [3]

- Since 1999 there have been over 165,000 deaths from overdoses related to prescription opioids. [2]

- Medications are the 3rd most commonly misused substance by Americans age 14 and older, after alcohol and marijuana . [4]





# Three requests for proposals from the Cardinal Health Foundation





# **Prevention education**



# Goals – prevention education



*To help youth and young people understand medication safety and use medicines appropriately*



# Objectives – prevention education



- Provide **interactive** prescription drug misuse **education through multiple experiences** over 12 months
- **Collaborate** with at least one other youth-serving group
- Extend education beyond young people and also **include trusted adults**
- **Measure outcomes** in terms of people and organizations reached and behavior change



# Funding details –
# prevention education



- Requests up to $35,000 will be considered

  - If the work cannot be completed for less than your requested amount, please include the details in the budget narrative.

- Grant amounts will be based on the review committee's scores and the scope of the project

- Funding period is 12 months





# Best practices
# in pain management



# Goals – Best practices in pain management



*To engage patients and their healthcare providers in reducing the number of opioids prescribed for pain management, while producing better pain outcomes and better pain management.*



# Objectives – Best practices in pain management



- With the patient, **develop comprehensive treatment plans** for pain management.

- For patients who are prescribed opioids, **encourage patient engagement**

- **Measure progress** in terms of morphine equivalents, pain management, and patient satisfaction.

- Share **best practices and outcomes**



# Funding details – Best practices in pain management



- Requests of $25,000 will be considered for smaller practices and up to $50,000 for system-level work

    - If the work cannot be completed for less than your requested amount, please include the details in the budget narrative.

- Grant amounts will be based on the review committee's scores and the scope of the project

- Funding period is 12-18 months





# Community-level response to the opioid crisis



# Goals –
# Community-level response



*To reduce addiction, overdose, and related opioid abuse through the work of community-led coalitions and partnerships.*



# Objectives –
# community-level response



- Build or expand an existing community collaborative that affects change in two or more of the following areas:
    - Prevention education
    - Influencing the prescribing of opioids
    - Drug disposal
    - Increased access to medication assisted treatment
    - Drug courts
    - Access to treatment for pregnant women
    - Improved outcomes for babies born addicted to opioids
    - Influencing policy



# Funding details –
# Community-level response



- Requests up to $100,000 will be considered

  - If the work cannot be completed for less than your requested amount, please include the details in the budget narrative.

- Grant amounts will be based on the review committee's scores and the scope of the project

- Funding period is 18 months



# Use of funds



- Funding can be used to support people, education, training, education materials, and relevant technology
    - Salary/hourly funding of program managers or presenters
    - Training expenses
    - Expenses creating education and promotion materials (including design costs, printing and media space)
- Administrative/indirect costs should not exceed 15%
- Funds may NOT be used to fund the following:
    - The purchase of products or services that Cardinal Health manufactures or sells
    - Capital expenditures



# Expertise: Learning together



We will support learning communities via webinars, the sharing of best practices, and a conference

Technical assistance from

- The Ohio State University College of Pharmacy
- Geisinger Healthsystem
- Community collaborative expertise
- Possible VISTA / AmeriCorps support



# Application – what to include



1. Overview and proposal

2. Budget and budget narrative

3. Attachments
   – Overview and proposal
   – Budget template and narrative
   – W9 and IRS Letter of Determination
   – Letters of support from collaborating organizations



# Grant criteria – tips



- Limit the proposal to five pages, not including required attachments

- Be very specific in your responses to all aspects of the RFP, including program description, previous experience, and anticipated outcomes



# Grant criteria – tips



- Include a timeline that addresses all aspects of the work

- Quantify anticipated outcomes

**For the Best Practices in Pain Management RFP:**

- Include a driver diagram or logic model

**For the Community-Level Response RFP:**

- Include a driver diagram or logic model

- Include a dashboard that shows where your community is currently



# Grant criteria – tips



- Please review the references that are listed in each RFP

- Preference will be given to proposals that implement evidence-based practices

- Preferences will be given to proposals that can be piloted, spread, and sustained



# Grant criteria – scoring



- Proposals will be reviewed for completeness and alignment with published criteria for the program

- Applications will be reviewed and scored by subject matter experts in education of youth, prescribing and community collaboratives



# Questions



- Can I apply for more than one grant?

- Is there a match requirement?

- How is community defined for the community collaborative work?

- What if I don't have baseline data?

- Regarding the Prevention Education RFP: Can I apply for this grant to reach fewer than 500 youth?

- Do I have to participate in the learning communities?

- Will there be a physical meeting of the learning communities in 2018?





# Important dates

- January 12, 2018 (11:59 PM)
  - Applications due

- March or April 2018
  - Grants awards announced
  - Funding dispersed



# Contact information



- Questions? Please email [communityrelations@cardinalhealth.com](mailto:communityrelations@cardinalhealth.com)

- Molly Culbertson, Manager Community Relations
- Dianne Radigan, Vice President of Community Relations
- Betsy Walker, Director Community Relations



# References



1 Reuben DB, Alvanzo AAH, Asikaga T, Bogat GA, Callahan CM, Ruffing V, and Steffans, DC. National Institutes of Health Pathways to Prevention workshop; The role of opioids in the treatment of chronic pain.  Ann InternMed 2015; 162:295-300. doi:10.7326/M14-2775)

2 CDC Guidelines for Prescribing Opioids for Chronic Pain – United States 2016

3: *Pain Physician*: 23:401-435

4: The National Institute on Drug Abuse Blog Team. Prescription Drugs.



# Q & A

# Thank you!