EXHIBIT 36

3/10/2015





### U.S. Rx Drug Abuse Epidemic

- U.S. Center for Disease Control (CDC) has labeled Prescription Drug Abuse a "National Epidemic".

- Except for marijuana, the abuse of prescription drugs has surpassed the abuse of illicit drugs, like heroin and cocaine.

- CDC: 43,982 people died of drug overdoses in 2013 - approximately one death every 30 minutes is attributed to prescription drugs. Everyday 120 people die as a result of a drug overdose.

- There are MORE DEATHS from prescription drug overdoses than cocaine and heroin combined.

- There are MORE DEATHS from prescription drug overdoses than motor vehicle accidents.

- Among children under 6 – pharmaceuticals account for 40% of all exposures.

- The United States accounts for approximately 4.6% of the world's population; but consumes 80% of the global opioid supply and 99% of the hydrocodone supply.



### DEA and State Authorities Increase Enforcement Efforts

Both have always monitored prescribing habits.

*DEA* has renewed its focus on Manufacturers, Wholesalers and Pharmacies to ensure that they are conducting Due Diligence.

Through ARCOS *DEA* monitors purchase and sales records looking for excessive amounts of Schedule II and Schedule III Narcotics.

State Authorities and DEA monitor dispensing records through the PMP databases looking for high risk prescribing and dispensing.

All are required to maintain effective controls against diversion.



1

3/10/2015

## Code of Federal Regulations Title 21
21 CFR 1301.74

**Wholesalers and Manufacturers**



DEA may suspend or revoke a Wholesaler's registration when it is determined that such registration is inconsistent with the public interest or it is found that there is no imminent danger to the public health or safety.

## Lawful Prescribing and Dispensing
21 CFR 1306

**Prescriber**



A legal prescription for a controlled substance must be:

- Issued for a legitimate medical purpose (Good Faith)
- Issued by a practitioner in the usual course of their professional practice (Demonstrable Medical Disorders)

*A prescription for a CS may not be issued to treat drug dependence for detox or maintenance.*
*Exception: Suboxone (Legal Criteria)*

## The Tenets of Lawful Prescribing

**Legitimate Medical Purpose**
- Prescribed in good faith
- Demonstrable physical or mental disorders
- Understanding of the disease state

**Usual Course of Professional Practice**
- Valid doctor/patient relationship must exist
- Prescribe within scope of medical practice
- Proper medical evaluation
- Documentation in a medical chart

## Lawful Prescribing and Dispensing
21 CFR 1306.04

**Pharmacist**
*The responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, but a corresponding responsibility rests with the Pharmacist who fills the Rx.*

*An order purporting to be a prescription issued not in the usual course of professional treatment or in legitimate and authorized research is not a legal prescription.*

*The person knowingly filling such a purported prescription, as well as the person issuing it, shall be subject to the penalties provided for violations of the provisions of law relating to controlled substances.*

## Pharmacist's Corresponding Responsibility
Source: D.E.A. Pharmacist's Manual - 21 CFR 1306.04

A pharmacist is required to exercise sound professional judgment when making a determination about the legitimacy of a controlled substance prescription. Such a determination is made before the prescription is dispensed. The law does not require a pharmacist to dispense a prescription of doubtful, questionable, or suspicious origin. To the contrary, the pharmacist who deliberately ignores a questionable prescription when there is reason to believe it was not issued for a legitimate medical purpose may be prosecuted along with the issuing practitioner, for knowingly and intentionally distributing controlled substances. Such action is a felony offense, which may result in the loss of one's business or professional license.

*United States v. Hayes, 595 F.2d 258*
*United States Court of Appeals, Eighth Circuit, 1977*

## What Is DEA Doing About The Problem?

- Addressing the prescription drug epidemic is a balancing act.
- Often the pharmacist will say, "We are not cops - why doesn't DEA go after the doctors - they are the ones causing the problem".

2

HDS_MDL_00408070

3/10/2015













3

HDS_MDL_00408071

3/10/2015













4

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00408072

3/10/2015













CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00408073

3/10/2015

### Popular Drugs for Diversion



Hydrocodone
Oxycodone 30mg
Endocet – 10mg
Methadone 10mg
Hydromorphone (Dilaudid)
Oxymorphone (Opana 40mg)
Suboxone (Buprenorphine)
Alprazolam 2mg
Diazepam 10mg
Adderall
Soma

### Promethazine  w/ Codeine
"Sippin Syrup"

- Schedule V
- Opiate effects - Heroin like high
- Snow cone syrup bottles
- Candy baby bottles, soda cans (Big Red)
- Rave parties
- Illicit dealers soliciting addicts to have Rx filled
- $200 for 8oz bottle



### What is "Sizzurp" Video



### Methadone | Schedule II Narcotic

- Pain Relief Treatment vs. Opioid Addiction Treatment - more risks than other painkillers – levels build up in the body and can cause respiratory depression or cardiac irregularities.

- Half-life is longer than the duration of its analgesic effect - Many patients do not take this med as directed by their prescriber.

- High rate of overdose deaths – accounts for 2 percent of painkiller prescriptions in the United States but is involved in more than 30 percent of prescription painkiller overdose deaths.

- Particularly dangerous when combined with other narcotics (synergistic effects) and/or benzos/alcohol (Red Flag).



West Hartford Doctor Prescribed 1,920 Pills Over 70 Days to Woman Who Overdosed, Warrant States



### Methadone Video



6

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00408074

3/10/2015



**Street" Market Value For Controlled Substances**

**$$$$$**

**NARCOTICS**

Oxycontin = $1 per mg  Fentanyl Patch = $1 per mcg
Methadone = $1 per mg  Suboxone = $20 per Tablet
Oxycodone 30mg = $25 per Tablet  Endocet 10mg = $10 per Tablet
Hydrocodone 10/325mg = $7 per Tablet  Dilaudid 4mg = $30 per Tablet
Hydromorphone 4mg = $4 per Tablet  Soma 350mg = $3 per Tablet
Promethazine w/ Codeine Syrup = $200 per 8oz bottle

**NON – NARCOTICS**

Ativan = $2 per Tablet  Valium = $3 per Tablet  Adderall = $5 per Tablet
Klonopin = $2 per Tablet  Xanax 2mg = $3 per Tablet



## RED FLAG WARNINGS

Red Flags!!!

- CASH FOR CONTROLLED SUBSTANCES
- Patient or Prescriber – far distance from the pharmacy – does it make sense?
- Addition of non-c/S to legitimate narcotic
- Doctor shopping
- Person attempting to obtain C/S in someone else's name



## RED FLAG WARNINGS

Red Flags!!!

**Prescriber**

- Writing prescriptions for excessive quantities of narcotics or other controlled substances.
- Writing for combinations of narcotics that clinically don't make sense (multiple IR together)
- Writing early Rxs (additional Rx written before previous is expired)
- Monotony of prescribing
- Writing same narcotic or same combination of CS for multiple family members



### Do You Know Your Top CS Prescribers?

- Is there relevant discipline on their records?
- Malpractice judgments?
- What are their certifications/specialties?
  - Do they practice outside the scope of their specialty?
- Have you visited them or at least driven by their office?
- Have you conducted Internet searches?
- Do they use "Pain Contracts"?
- Do they use drug screens?
- How many patients do they see in a day?
- Are there long lines to see prescriber?
- Are there security guards at the clinic?
- No signage or non-descript signage at practitioner's office?
- Do they use the State's PMP?
- Are most of the patients young?
- Are there high cash payments for their prescriptions?



### Do You Know Your Patients

- Are most of your customers with CS prescriptions young?
- Do they arrive at your pharmacy in groups?
  - Same practitioner
  - Same prescription
  - Out of state or area
- Do you have family members presenting CS prescriptions?
  - Same practitioner and/or medications
- Do they arrive on weekends or end of day when Practitioner's office is closed?
- Are there others waiting in the parking lot?
- Is there drug activity in parking lot?
- Do they appear to be under the influence of drugs or alcohol?
- Have they travelled a long distance to your pharmacy or to the doctors office from home?
- Do they attempt to get early refills?
- Is the person presenting a prescription for a controlled substance for someone else?

### Dispensing Reports

| | | | | | |
|---|---|---|---|---|---|
| 2013-05-10 | 711386 | 60 | 30 | OxyCODONE HCl Oral Tablet 30 MG LUO,JIN-JUN MD | 91 |
| 2013-05-22 | 714180 | 30 | 07 | Endocet Oral Tablet 10-325 MG KARNIK,ARATI S MD | 91 |
| 2013-05-01 | 709670 | 120 | 30 CASH | Endocet Tablet 10-325 MG NELSON, GREGORY A MD | 125 |
| 2013-05-04 | 709671 | 60 | 30 | CloreePAM Tablet 1 MG NELSON, GREGORY A MD | 125 |
| 2013-05-04 | 709676 | 60 | 30 | ALPRAZolam Tablet 1 MG SHOLEVAR, G PIROOZ MD | 125 |
| 2013-05-04 | 709673 | 30 | 30 CASH | Amphet-Dext Tablet 30 MG SHOLEVAR, G PIROOZ MD | 125 |
| 2013-05-08 | 710602 | 90 | 15 | Endocet Tablet 7-325 MG ABERUZZI, ANTHONY DO | 125 |
| 2013-05-20 | 712923 | 90 | 30 | Amphet-Dex Tablet 10 MG ABERUZZI, ANTHONY DO | 125 |
| 2013-05-21 | 713739 | 90 | 30 | Endocet Tablet 7-325 MG ABERUZZI, ANTHONY DO | 125 |
| 2013-05-01 | 709477 | 60 | 30 | OxyCODONE Tablet 10 MG ANAKWE,ONYEAMA O DO | 245 |
| 2013-05-03 | 710064 | 60 | 30 CASH | Endocet Tablet 5-325 MG TADLEY, GERALD DO | 245 |
| 2013-05-08 | 709737 | 60 | 30 | Endocet Tablet 10-325 MG ERRO, ROGER MD | 295 |
| 2013-05-21 | 713744 | 30 | 30 | ALPRAZolam Tablet 2 MG ERRO, ROGER MD | 295 |
| 2013-05-01 | 712959 | 150 | 15 | Endocet Tablet 5 325 MG BERKOWITZ, ANDREW MD | 399 |
| 2013-05-22 | 713940 | 90 | 30 | Endocet Tablet 10-325 MG BERKOWITZ, ANDREW MD | 399 |
| 2013-05-09 | 705559 | 45 | 30 | ALPRAZolam Tablet 1 MG BALLAS, CHRISTOS A MD | 402 |
| 2013-05-09 | 705590 | 15 | 18 | Zolpidem Tablet 10 MG BALLAS, CHRISTOS A MD | 402 |
| 2013-05-20 | 713404 | 120 | 30 | Methadone Tablet 10 MG MEHROTRA, DEEPAK MD | 402 |
| 2013-05-20 | 713403 | 120 | 30 | Methadone Tablet 5 MG MEHROTRA, DEEPAK MD | 402 |
| 2013-05-20 | 713405 | 120 | 30 | Endocet Tablet 10-325 MG MEHROTRA, DEEPAK MD | 402 |

7

HDS_MDL_00408075

3/10/2015



### Dispensing Reports



### IMS Prescription Data (U.S.)
### % of CS Prescriptions to Non-CS Prescriptions

3.49 Billion Prescriptions Dispensed in the U.S.

**2009: 13.00%**
**2010: 13.06%**
**2011: 13.07%**



### DEA / ARCOS Data

Average purchases for ALL Oxycodone products for ALL Pharmacies in the U.S. in dosage units.

| 2009 | 2010 | 2011 | 2012 |
|---|---|---|---|
| 63,289 | 70,375 | 74,706 | 73,434 |

= 6,120 per month



### Pharmacist Dilemma

**You are presented with a prescription for Oxycodone 30mg 240 tablets**

- The doctor prescribed it…
- I verified it…
- It's not my responsibility to question the doctor…
- Therefore it must be legitimate…
- I'm obligated to fill it, since the patient must have pain, anxiety, etc…

| Does this sound familiar? | Do you use this rationale when filling a prescription written for an excessive amount of narcotics that just does not make sense? |
|---|---|



### Pharmacist's Dilemma

Even if you rationalize that you are doing the right thing…

**Helping the Patient**

By filling suspicious or questionable prescriptions, you as pharmacists put yourselves and your business at risk for regulatory action, civil fines/liability and possible criminal arrest.



### Corresponding Responsibility

- Choosing to ignore a pharmacist's corresponding responsibility has serious consequences. The standard applied by DEA or any other law enforcement authority to establish probable cause for criminal charges against a pharmacist is - the pharmacist *knew or should have known* that the prescriptions prescribed by the physician were excessive and inappropriate, were not written for a legitimate medical use and were likely to be diverted.

8

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

3/10/2015













9

CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER

HDS_MDL_00408077

3/10/2015





Drug Addicted Veterans

### Pharmacists Can Positively Impact This National Epidemic

- **SIMPLE STRATEGY** - TURN AWAY BAD SCRIPTS – IT IS DANGEROUS TO IGNORE RED FLAGS (Attract a criminal element to your pharmacy and endanger you and your staff - draw the attention of DEA)

- Review available resources. Periodically review for outlier prescribers, determine if there are 1 or 2 prescribers driving most of your narcotic prescriptions.

- It can be very rewarding for a Pharmacist to approach a patient about addiction. Before filling another narcotic prescription for someone who may be addicted, ask the patient if they have an addiction problem.

### Valuable Resources

**Safeguards A Pharmacist Can Utilize To Identify And Prevent The Diversion Of Prescription Drugs Are Vital To Addressing This Issue.**

- Prescription Drug Monitoring Programs (PMP) are a valuable resource in assisting a pharmacist to determine whether or not a prescription is legitimate.

- A review of your state's PMP will help you avoid filling prescriptions from people who are doctor shopping and pharmacy hopping for controlled substances.

- There is no need to dispense blind. You may save a life by investing a short amount of time to check the PMP before filling a controlled substance prescription.

### Your Wholesaler as a Resource

SOM programs

Compliance visits and investigations

Prescription history analysis

Customer profiles

- Discipline - criminal
- Pharmacy, employees and practitioners

### Diversion Prevention & Resources

NPI Registry
https://npiregistry.cms.hhs.gov/nppesregistry/npiregistryhome.do

DEA Diversion Website
http://www.deadiversion.usdoj.gov/

DEA # VERIFICATION
https://www.deadiversion.usdoj.gov/webforms/validateLogin.jsp

All States License Verification
http://www.healthguideusa.org/pharmacy_license_lookup.htm

OIG HHS Federal Exclusion
http://exclusions.oig.hhs.gov/



10

HDS_MDL_00408078

3/10/2015











11