# EXHIBIT 37



Opioid Action Program

Opioid Action Program

# Cardinal Health is committed to fighting opioid addiction and misuse



**We care deeply about the devastation opioid misuse has caused American families and communities and are actively demonstrating our commitment to helping solve this complex national public health crisis.**

We operate a state-of-the-art, constantly adaptive system to combat opioid diversion and, for more than a decade, have engaged in a multi-prong approach to ending prescription drug misuse. Our role is to ensure that prescriber, pharmacists, and patients have access to the medications they need when and where they need them, while we work with all stakeholders to fight prescription drug diversion and misuse. Learn more about Board Engagement and Governance »






### Taking action

For nearly a decade, Cardinal Health has engaged in a multi-prong approach to ending prescription drug misuse.

### Anti-diversion program

We are a leader in implementing anti-diversion controls and prevention programs.

### Supply chain

We are part of a complex healthcare system and everyone in that chain, including us, must help stem the crisis.

### Opioid epidemic

Opioid abuse has created an epidemic that is a serious and complex public health issue.

# Cardinal Health Foundation Awards Over $3 Million to More Than 70 Nonprofit Organizations to Fight the Opioid Epidemic across Appalachia

The Cardinal Health Foundation announced that it has awarded over $3 Million in grants to more than 70 nonprofit organizations to support local efforts to combat the opioid epidemic across Ohio, West Virginia, Kentucky and Tennessee.

View release/event

## Recent news and events

### NEWS

- The Associated Press/WRCB: The Cardinal Health Foundation awards Girls Inc. of Chattanooga a $25,000 Generation Rx grant in Prescription Drug Misuse Prevention Education for Youth.
- Record Herald: The Community Action Commission of Fayette County was awarded a $75,000 Generation Rx grant through Cardinal Health's Opioid Action Program.
- Jackson Sun: The West Tennessee Healthcare Foundation received a $50,000 Generation Rx grant from the Cardinal Health Foundation

### EVENTS

- Fox News: The Cardinal Health Foundation and Brown's Warren Alpert Medical School convened faculty to create curricula to teach future doctors to avoid overprescribing of opioids.

# Taking action

## Generation Rx

Generation Rx is a national prescription drug education and awareness program developed by the Cardinal Health



Case: 1:17-md-02804-DAP Doc #: 1934-36 Filed: 07/22/19 4 of 5. PageID #: 99314

Foundation and The Ohio State University College of Pharmacy.

Learn more at GenerationRx.org

To build on Generation Rx efforts, Cardinal Health launched the Opioid Action Program. The program aims at helping communities in four of the nation's hardest-hit states across Appalachia – Ohio, Kentucky, Tennessee and West Virginia – combat the opioid epidemic.



### Drug take-back

Cardinal Health offers robust support for drug take-back and education programs, including sponsoring more than 100 take-back events across 26 states in 2018.

Learn more



### Narcan donation program

Cardinal Health purchased more than 80,000 dosage units of overdose-reversing Narcan® for distribution for first responders and law enforcement.

Learn more

**Learn more about steps to combat opioid epidemic**





## Medical school training

Cardinal Health has partnered with the Warren Alpert Medical School of Brown University to support the development of curriculum that will teach the next generation of physicians core competencies in preventing prescription drug misuse.

Learn more

## Prevention education and better prescribing practices

Cardinal Health invested in a $3 million expansion of grants focused on youth prevention education, prescriber opioid awareness and reduction efforts, and community responses to the epidemic.

Learn more


Taking action


Anti-diversion program


Supply chain


The opioid epidemic

©2018 Cardinal Health. All rights reserved.