# EXHIBIT 41



# Secure Schedule II Management Tools for healthcare providers

Today's medical practices and clinics have to balance treating patients high-grade pain needs with the ever-looming health care crisis of opioid addiction. The Henry Schein Medical Supply Chain Technology Team offers web-based tools to support secure procurement, compliant storage, and eco-friendly disposal of Schedule II pharmaceuticals—which can improve operational efficiency and help avoid risky regulatory scrutiny brought on by this dilemma. We call this offering our Secure Pharma Supply Chain.

## The statistics for opioid addiction are alarming:



## Prescribing Opioids for Chronic Pain Guide

Opioids can provide short-term benefits for moderate to severe pain. Scientific evidence is lacking for the benefits to treat chronic pain. For more information on prescribing opioids download this pocket guide from the CDC

## Compliant purchasing, storage, and disposal of controlled II narcotics for your patients with severe pain

Henry Schein provides resources and solutions for healthcare providers to safely and effectively manage their patients with chronic pain. Henry Schein Medical offers three critical Secure Pharma Supply Chain Pillars: CSOS-Compliant Electronic Purchasing of Schedule II Drugs, Secure Medication Management, Eco-friendly Reverse Pharma

### Electronic Purchasing Class II Drugs

Click here for more information

## Medication Management

 Click here for more information

## Reverse Pharma

 Click here for more information          Click here to order



For more information visit: www.henryschein.com/secure

For consultation on any of the Secure Pharma Supply Chain pillars, visit: www.henryschein.com/SCTHelp

My Order: **0** Items, **$0.**<sup>00</sup>

My Account
LOGIN

Home

**English** | Español

Help

Sitemap

Corporate Site

About Henry Schein

Legal Terms & Conditions

Privacy Statement

For Assistance call 1-800-472-4346
8:00am-8:00pm ET







Back to top ↑