EXHIBIT 42



# **Understanding Addiction**

**The Great Brain Robbery**







# What is this presentation about?



- How is addiction defined?

- Why are certain drugs addictive?

- How do people become addicted?

- What are some important clinical considerations?





# America "Hooked" on Drugs



**Large and growing problems:**

☐ 6.3 million Americans need treatment for *illicit* substance abuse or addiction.

☐ Opioids account for 83% of admissions for injection drug abuse.

☐ 4.4 million adults abuse opioid painkillers.

☐ 83% of patients entering MMT also abuse Rx opioids.



Graphic retouched from *Time* magazine; May 5, 1997



# Better Understandings Essential

- Addiction affects millions of persons.

- Need for science to overcome stigma, prejudice, and misunderstandings.

- Especially important regarding MMT.*

  *Methadone Maintenance Treatment.

Trepanation once used to release "evil spirits."



# Spheres of Exploration



Addiction studied from various perspectives – from actions of molecules in the brain to influences of external environment.

*We know a great deal, yet there is much to learn and understand.*





# A Lab Rat's Life: Food or Drugs?



A laboratory animal will eventually starve to death while seeking only "drug rewards" instead of food.

*Drugs can take on survival value that overrides all other, more basic, needs.*



# People Have Choices *(Initially)*



- Addiction begins as a voluntary act of drug (or alcohol) taking.

- After repeated use, drugs take control; person is transformed.

- Result is a chronic, relapsing brain disorder – "drug addiction."



Drawing courtesy of David Sinclair, PhD; used with permission.



# **Defining Addiction**

**What is the difference between drug abuse and addiction?**

**How does dependence differ from addiction?**

**Are drug tolerance and withdrawal necessary for addiction?**



# Misunderstood Definitions

| Drug Tolerance* | Reduced drug effects. |
|---|---|
| Withdrawal* | Abstinence syndrome. |
| **Drug Abuse** | **Use despite harm.** |
| **Drug Addiction** | **Chronic, relapsing, loss of control.** |
| "Pseudo" Drug Addiction | *Inappropriate* drug seeking. |

\* Components of physical *dependence*.





# DSM-IV-TR\* Criteria – **Drug Abuse**

**One or more of the following related to drug use:**

- ## Major obligations ignored.

- ## Use is physically hazardous.

- ## Substance-related legal problems.

- ## Social or interpersonal problems.



\**Diagnostic and Statistical Manual of Mental Disorders*,
American Psychiatric Association (DSM-IV-TR, 2000)



# DSM-VI-TR* — **Drug Dependence**

## Three or more of the following related to drug use:

- Tolerance.

- Withdrawal.

- Used more than intended.

- Loss of control.

- Much time/effort expended.

- Important obligations ignored.

- Use despite negative consequences.



*Diagnostic and Statistical Manual of Mental Disorders*, American Psychiatric Association (DSM-IV-TR, 2000)



# MMT Admission Criteria

SAMHSA
Substance Abuse and Mental
Health Services Administration

- Federal MMT Regulations require *addiction* to an opioid drug.
  - ☐ One year, with some exceptions.

- Defined using DSM-IV criteria.

**Department of Health and Human Services**

Substance Abuse and Mental Health Services Administration

21 CFR Part 291

42 CFR Part 8

Opioid Drugs in Maintenance and Detoxification Treatment of Opiate Addiction; Final Rule



# **Opioid Addiction** Summary

- Cognitive/behavioral aspects take precedence:

  - ☐ Obsessive thinking.

  - ☐ Compulsive use.

  - ☐ Loss of control.

  - ☐ Activities/obligations neglected.

- Physical dependence need not be present – usually is.

- Amount, frequency, type of opioid not critical in defining addiction severity.







# Is Methadone in MMT Addictive?



- Methadone is a prescribed medication, legally dispensed.

- Addictive behaviors replaced by adaptive coping skills.
  - Mental obsession, opioid-seeking cease.
  - Patients engage in normal life activities.

- Patients still physiologically dependent.
  - Withdrawal occurs.
  - Tolerance blocks illicit opioids.





# Addiction Pathways in the Brain





# It's All About **Dopamine**

- Dopamine regulates mood/emotions.

- Responsible for motivation, "natural rewards."

- Addictive drugs stimulate dopamine in brain pathways associated with "reward."

- In addiction, dopamine system becomes dysfunctional…

  - more drug needed.
  - loss of control over drug use.



# The Dopamine-Reward Pathway

Signals travel from VTA (ventral tegmental area) to accumbens.

Drug effects can be greater than natural rewards.

Dopamine carries the message.



VTA-accumbens pathway "tells" other brain centers how rewarding a drug is.



Graphic adapted from NIDA 2000

# Route of Administration Influences Speed & Potency of Drug Effects





Graphic adapted from NIDA 2000



# "Addiction Switch"



- Abused drugs bypass cognitive (thinking) centers – leads to abnormal brain function.

- As if an "addiction switch" has been turned on – mental world changes, with loss of control unresponsive to individual's will.

- Intellect is intact, but *volition* – the ability to consciously control drug use – is deranged.

- Brains of addicted persons become "different."



# **Some Clinical Considerations**

- **Diagnosis**
- **Genetics**
- **Relapse**
- **Treatment**



# Diagnosing Opioid Abuse

- Vein pigmentation, clotted/thrombosed veins.
- Abscesses.
- Clubbing of fingers.
- Constricted pupils.
- Abnormal nasal mucosa.
- Swollen lymph glands.

- Enlarged liver.
- Abnormal lab tests.
- Multiple physicians, vague pain complaints.
- Prior Rx analgesics.
- Blood/urine toxicology.
- Self-reported drug history.



Adapted from Schuckit 2002



# IDU (Injection Drug Use) Skin Lesions



Recent lesions, forearm –linear skin punctures ("track marks").

New lesions, neck – inflamed puncture wounds.





Cagle et al. 2002

# IDU Skin Lesions (continued)



Left hand – old lesions with scars, pigmentation changes, and atrophy (shiny skin); new lesions show healing with fresh scabs.

Right hand – old lesions show inflammatory changes in pigmentation; new lesions show non-healed, inflamed puncture wounds.





Cagle et al. 2002

# Addiction Genes?

- Genes are involved in addictive processes.

- Some addictions directly influenced by genetics.

- Research still underway.

- Even if genes responsible, they cannot be changed – today.







# Is Drug Relapse Avoidable?

- Relapse is a problem of behavior change.

- Several factors contribute.



- Need to "unlearn" drug-related habits and cues.





# Can Medications Help?

- Few medications are FDA-approved for addiction treatment.

  

  ☐ Methadone

  ☐ Buprenorphine

  ☐ Naltrexone

  ☐ Disulfiram

  ☐ Acamprosate (approved August 2004)

  ☐ Methadone is the most thoroughly studied treatment, and has demonstrated effectiveness during 40+ years in millions of MMT patients.





# Meds + Psychosocial Therapy Best

*Medication Benefits…*

- Reduce drug craving.
- Decrease illicit drug use.
- Suppress withdrawal.
- Stabilize brain chemistry.

*Therapy Benefits…*

- Improve attitudes.
- Reset priorities.
- Therapeutic alliance.
- Develop coping skills.
- Facilitate motivation & compliance.
- Enhance support for sobriety.
- Overcome obstacles to change.
- Create abstinent lifestyle.





# <span style="color:red">Methadose®</span> <span style="color:navy">Brand of Methadone HCl from Mallinckrodt</span>

- Helping to meet the need for flexibility in dosing.

- 5 formulations:
  - □ Liquid…
    - Cherry (10 mg/mL).
    - Sugar-free, dye-free, unflavored (10 mg/mL).
  - □ Solid
    - Tablet - 5 mg or 10 mg
    - Dispersible Tab - 40 mg.









# Conclusions

- **Opioid addiction is a large and growing problem in the U.S.**

- **Addiction is a chronic, relapsing brain disorder – a disease.**

- **A principal feature of addiction is dysregulation of the dopamine neurotransmitter system.**

- **Methadone plus psychosocial therapy are effective treatments for opioid addiction.**