# EXHIBIT 45

## Estimated Drug Overdose Emergency Department Visit Summary, 2016

**Filters:**

Age Category
- a - Under 18
- b - 18-24
- c - 25-34
- d - 35-49
- e - 50-64
- g - Over 65

Gender
- F
- M

Month
- a - Jan
- b - Feb
- c - Mar
- d - Apr
- e - May
- f - Jun
- g - Jul
- h - Aug
- i - Sep
- j - Oct
- k - Nov
- l - Dec

Percent of Overdoses by Age Group

Percent of Overdoses by Gender

Overdoses by Month, Summit County 2016

Overdoses by Zip Code, Summit County 2016

Total Overdoses To Date 2016

**2431**

To preserve confidentiality, totals of fewer than 10 cases will not display on the dashboard.

Overdoses by Zip Code, Summit County 2016

| Zipcode | Count of Zipcode | %GT Zipcode |
|---|---|---|
| 44056 | 19 | 0.79% |
| 44067 | 59 | 2.44% |
| 44087 | 12 | 0.50% |
| 44203 | 290 | 12.04% |
| 44216 | 24 | 1.00% |
| 44221 | 140 | 5.81% |
| 44223 | 48 | 1.99% |
| 44224 | 93 | 3.86% |
| 44236 | 24 | 1.00% |
| 44262 | 22 | 0.91% |
| 44278 | 58 | 2.41% |
| 44301 | 103 | 4.29% |
| 44302 | 34 | 1.41% |
| 44303 | 23 | 0.96% |
| 44304 | 22 | 0.92% |
| 44305 | 145 | 6.03% |
| 44306 | 168 | 6.99% |
| 44307 | 55 | 2.29% |
| 44308 | 14 | 0.58% |
| 44309 | 37 | 1.54% |
| 44310 | 155 | 6.45% |
| 44311 | 60 | 2.50% |
| 44312 | 206 | 8.57% |
| 44313 | 57 | 2.37% |
| 44314 | 190 | 7.91% |
| 44319 | 94 | 3.91% |
| 44320 | 96 | 4.00% |
| 44321 | 34 | 1.42% |
| 44333 | 38 | 1.58% |
| 44685 | 84 | 3.53% |
| **Total** | **2404** | **100.00%** |

| Location | %GT Count of Location |
|---|---|
| Akron | 56.03% |
| Suburb | 43.97% |
| **Total** | **100.00%** |

