P1.1437.1

MCKMDL00448596

P1.1437.2

MCKESSON

  7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448597

P1.1437.3

 7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448598

P1.1437.4

MCKMDL00448599

**P1.1437.5**

MCKMDL00448600

**P1.1437.6**

MCKMDL00448601

P1.1437.7

MCKMDL00448602



MCKMDL00448603

P1.1437.9

 7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448604

P1.1437.10



    7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448605

P1.1437.11

MCKMDL00448606

P1.1437.12



 7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448607

P1.1437.13

MCKESSON

7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448608

P1.1437.14



 7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448609

P1.1437.15

MCKMDL00448610

P1.1437.16

MCKMDL00448611



MCKMDL00448612

P1.1437.18



MCKMDL00448613



7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448614



MCKMDL00448615

7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448616

P1.1437.22



 7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448617

P1.1437.23

MCKESSON



MCKMDL00448618



MCKMDL00448619



MCKMDL00448620



MCKMDL00448621

7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448622

P1.1437.28



7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448623

P1.1437.29

MCKMDL00448624

30

7/25/2018   McKesson Proprietary and Confidential. Draft for Review and Discussion Purposes Only

MCKMDL00448625

**P1.1437.30**

P1.1437.31



MCKMDL00448626

7/25/2018    McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448627

**P1.1437.33**

MCKMDL00448628



7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448629



MCKMDL00448630



MCKMDL00448631



 7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448632

P1.1437.38



MCKMDL00448633

# Agenda



Scope of Problem

Industry Updates

Regulatory Responsibilities

McKesson's CSMP

**Discount Drug Mart Program Overview**

Q & A | Open Discussion

MCKMDL00448634

P1.1437.40

# Controlled Substances | Discount Drug Mart CSMP

**MCKESSON**

## Discussion Topics:

- Overview of Pharmacy Business

- Regulatory/Compliance Structure

- Policies & Procedures

- Training & Education

- Analytics, Monitoring & Follow Up

- Known Outliers

MCKMDL00448635

P1.1437.41



 7/25/2018   McKesson Proprietary and Confidential.  Draft for Review and Discussion Purposes Only

MCKMDL00448636