# EXHIBIT 52

Page 1

```
 1            IN THE UNITED STATES COURT
 2              NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4
 5           ~~~~~~~~~~~~~~~~~~~~
 6   IN RE:  NATIONAL PRESCRIPTION   MDL NO. 2804
 7   OPIATE LITIGATION
 8                              Case no.
 9                              17-mdl-284
10                              Judge Dan Polster
11
12   This document relates to:
13   The County of Summit, Ohio, et al.,
14        V.
15   Purdue Pharma L.P., et al.,
16   Case No. 1:18-OP-45090 (N.D. Ohio)
17
18              ~~~~~~~~~~~~~~~~~~~~
19            Videotaped deposition of
20                 DONNA SKODA
21               August 14, 2018
22                  9:06 a.m.

23                  Taken at:
                Brennan Manna & Diamond
                 75 East Market Street
24                   Akron, Ohio
25            Wendy L. Klauss, RPR
```

Page 362

1  mills dried up and as prescriptions decreased,
2  so most of the cartels, most of the illicit
3  drug solicitors are business people, and they
4  knew when we created a shortage here and we had
5  all these addicted people that they were going
6  to do all kinds of crazy things to stay
7  addicted, because it is a brain disease.
8      And you don't just wake up one day
9  and say, oh, today I'm going to be a bad
10 parent, and today I'm not going to take care of
11 my kids. Today I'm going to stop using heroin.
12 It doesn't work like that. You are addicted.
13 It's a brain disease.
14     And what happens then is, we have
15 seen this over and over and over again, that
16 when the supply dries up and when it decreases,
17 the illicit drugs increase. And now we are
18 seeing dealers who don't make their product as
19 potent, because we are prosecuting them now,
20 and they don't want to go to jail. So we are
21 now seeing polydrug use, mixing other drugs,
22 cocaine, methamphetamine.
23     Yes, they are individuals that
24 engage in awful behavior, but the group of
25 people that are giving them the business are

Page 363

1  there because of an -- often a very legitimate
2  injury or prescription -- a prescription that
3  took them down a road where they became
4  addicted.
5      Q.    And speaking of other drugs, you
6  were asked some questions about drug abuse
7  generally in the community; do you recall that
8  earlier today?
9      A.    Yes.
10     Q.    And you were asked some questions
11 about other illegal drugs, including cocaine
12 and methamphetamine, correct?
13     A.    Correct.
14     Q.    And I jotted down here that there
15 is some question about a long history of
16 substance abuse in this country, going back to
17 the 1800s; do you recall that?
18     A.    Oh, yes.
19     Q.    Why are prescription opioids alone
20 public health crisis in Summit County, if there
21 are other drug issues that exist in the
22 community as well?
23     A.    First, I think it has been very
24 difficult for us to get our hands around the
25 scope of the problem, because we aren't really

Page 364

1  sure how many individuals are functional
2  addicts out there. And that, down the road, is
3  going to create a whole other set of needs,
4  because individuals can maintain an addiction
5  for a long time, many do for years, and then
6  slowly it will start to unravel.
7      And they will be engaging in other
8  behaviors, and their lives will sometimes tank,
9  and often some get treatment at that point,
10 other don't. But this is different in that it
11 began because people were going to providers,
12 getting pills, and being told take this for
13 your headaches, and it will be okay, when, in
14 fact, they ended up addicted.
15     Q.    And does the fact that people can
16 be addicted to substances other than
17 prescription opioids mean that prescription
18 opioids are not a public health issue in Summit
19 County?
20     A.    No.
21     Q.    Why not?
22     A.    All of those other drugs we know
23 are illegal. They are illicit, they are
24 illegal, you shouldn't be fooling around with
25 them. Opioids were a totally different -- they

Page 365

1  have a role in society.
2      I have never taken an opiate, but I
3  can tell you, if I need one and I'm really
4  hurt, I hope I get it. I mean, if you really
5  need pain relief and pain medication, opiates
6  should be available. It was just taken to a
7  whole new level.
8      Q.    And is that what you meant by the
9  oversupply --
10     A.    Yes, because physicians thought it
11 was okay to hand them out to people.
12     Q.    And you were asked a series of
13 questions on a decline in the amount of
14 prescription opioids that are dispensed into
15 Summit County; do you recall that?
16     A.    Yes.
17     Q.    Does the fact that there has been a
18 decline in the amount of prescription opioids
19 dispensed into Summit County mean that
20 prescription opioids are not a public health
21 crisis in Summit County today?
22     A.    No.
23     Q.    And why not?
24     A.    Because I have no idea how many
25 individuals are maintaining an addiction right

Page 366

1  now with still going to a doctor, still getting
2  overprescribed opiates, still getting them
3  and/or sharing them with each other, whatever
4  the case may be.  We have no idea, down the
5  road, how far this goes.
6     Q.   And you had testified that one of
7  the jobs of public health is to engage in
8  prevention, correct?
9     A.   Correct.
10    Q.   Is there any way for public health
11 to identify any particular population or
12 particular subpopulation that is likely to turn
13 up as opioid overdoses or opioid deaths or
14 opioid addictions?
15         MR. NAEEM:  Object to form and
16 foundation.
17    A.   No.  Not unless I had access to
18 data that told me who -- you know, the
19 communities they lived in or wherever.
20         That's why we take -- all of our
21 programs, we try to be as mobile and as spread
22 out in the community as we possibly can.  I
23 mean, we have done education programs with food
24 services workers, we've gone to business
25 leaders.  It's all over.  We don't

Page 367

1  differentiate where we have to go for this,
2  because we don't know.
3     Q.   And do you believe that
4  prescription opioids continue to create a
5  public health crisis in Summit County today?
6     A.   Yes.
7     Q.   And that public health crisis that
8  we are talking about, is that something caused
9  only by the diversions or illegal sales of
10 prescription pills?
11    A.   No.
12         MR. LAVELLE:  Object to the form.
13 Go ahead.
14    Q.   Is that prescription opioid public
15 health crisis, is that something that is an
16 issue only related to criminal conduct?
17    A.   No.
18    Q.   Is the prescription opioid public
19 health crisis in Summit County an issue that's
20 only related to so-called pill mills?
21         MR. LAVELLE:  Object to the form of
22 the question.
23    Q.   Is the prescription opioid public
24 health crisis in Summit County caused only by
25 bad doctors?

Page 368

1     A.   No.
2         MR. LAVELLE:  Objection to form and
3  foundation.
4     Q.   Is it something that is only caused
5  by bad choices made by addicts.
6         MR. LAVELLE:  Object to the form of
7  the question.
8     A.   No.
9     Q.   Has the county -- has your
10 department undertaken any programs to address
11 the opioid crisis within the county?
12    A.   Yes.  Prevention.
13    Q.   And what programs are run through
14 the Summit County Public Health Department?
15    A.   We do alcohol and other drug
16 counseling, but again that came over from the
17 Akron Health Department.  We also do needle
18 exchange programs, Summit Safe, we have Project
19 DAWN, we distribute naloxone, we also train
20 police officers in supplying naloxone, so they
21 can use it if they are first on the scene for
22 an unconscious human.
23         We do quick response teams, where
24 we supply a counselor to go out and visit the
25 homes of those individuals that have overdosed.

Page 369

1  We do fentanyl test strips.  I said MAT,
2  medication-assisted treatment.  Those are the
3  programs that we have developed.
4     Q.   And have those programs, in your
5  opinion, been effective in mitigating some of
6  the prescription opioid public health crisis
7  that exists in your community?
8     A.   I am hopeful that that's part of
9  it.
10    Q.   And those programs are paid for by,
11 I think you testified, a combination of
12 taxpayer dollars and grants; is that correct?
13    A.   Correct.
14    Q.   Okay.  Do you believe that the
15 programs that you have identified alone are
16 enough to address the prescription opioid
17 public health crisis in Summit County?
18    A.   No.
19    Q.   Why not?
20    A.   Because the need.  We need to
21 really have additional -- because addiction is
22 a brain disease, and you don't ever live
23 without it.
24         I had a mother tell me once that
25 when your kid's in recovery and your kid's

Page 370

1 sober, that the addiction is out in the parking
2 lot doing pushups, so it can go back even
3 stronger.
4     So because we know it's a disease
5 that's hard to manage, like many chronic
6 diseases, we are going to need a lot of
7 medication-assisted therapy to help individuals
8 remain sober, we're going to need recovery
9 houses, we really need to have sober housing
10 for individuals, because, quite frankly, I have
11 talked to so many parents whose child was sober
12 for three years, four years, five years after
13 an opioid addiction, and then overdosed a died.
14     So prevention isn't just
15 getting -- starting way early and getting
16 resiliency factors and getting kids. It's
17 going to take years to continue this group of
18 caring for, or we're going to continue to have
19 relapse.
20     Q.  If you could describe the opioid
21 epidemic in Summit County in one word, what
22 would it be?
23     A.  Devastating.
24     MS FITZPATRICK.  That's all.  Thank
25 you very much.

Page 371

1     THE WITNESS:  Thank you.
2     EXAMINATION OF DONNA SKODA
3 BY MR. NAEEM:
4     Q.  Ms. Skoda, you were asked -- you
5 were just asked a lot of questions about public
6 health, public health issues generally, and
7 specifically related to use of prescription
8 opioids.
9     To be clear, you have been health
10 commissioner since 2015, correct?
11     A.  Correct.
12     Q.  All right.  And when you were asked
13 questions by the defense side of the table
14 about what happened prior to 2015, you
15 basically said you had no exposure to the
16 opioids as within the health department, or
17 Summit County Public Health, prior to becoming
18 health commissioner in 2015?
19     A.  Well, I knew about them and
20 certainly probably work might have crossed, but
21 it wasn't my direct responsibility.  I didn't
22 manage the programs.
23     Q.  So you were a concerned citizen
24 certainly, but no responsibility for Summit
25 County Public Health's response to the opioid

Page 372

1 crisis prior to 2015?
2     A.  Well, I hesitate to say no, because
3 if there was a grant that was being written, I
4 may have helped with the grant.  If there were
5 some projects, I may have helped with that.  So
6 I might have helped on something or helped work
7 with it, but I wasn't directly focused on that.
8     Q.  Okay.  You were asked a series of
9 questions about how to assess public health and
10 needing to do it from, this is my word, a macro
11 perspective rather than looking at individual
12 health records?
13     A.  Correct.
14     Q.  Okay.  So, in fact, you don't have
15 the ability to individually assess which of
16 those people who are addicted to illicit drugs
17 like heroin and fentanyl started with a
18 prescription opioid or not?
19     A.  Correct.
20     Q.  And you were asked questions about
21 the socioeconomic demographics of patients who
22 were addicted to opioids.  Have you read
23 articles suggesting that the only reason people
24 care about the opioid crisis currently is
25 because it's now affecting primarily white and

Page 373

1 middle or upper class communities?
2     A.  Yes.
3     MS. FITZPATRICK:  Objection.
4     Q.  You've seen those, haven't you?
5     A.  Yes.
6     Q.  You have talking a lot about or --
7 strike that.  I don't want to ask it that way.
8     You were asked about fentanyl,
9 heroin, and carfentanil and its is increasing
10 prevalence in the community, and you testified
11 that drug cartels were moving in to replace the
12 prescription opioids, because those
13 prescription opioids were becoming harder to
14 get, I'm paraphrasing again, but do you
15 remember that testimony?
16     A.  Yes.
17     MS. FITZPATRICK:  Objection, it
18 misstates testimony.
19     Q.  You certainly don't have any
20 understanding regarding what cartels do or
21 think, do you?
22     MS. FITZPATRICK:  Objection.
23     A.  I have not ever been in a cartel.
24     Q.  Have you ever spoken to any of the
25 Mexican cartels about why they are producing