# EXHIBIT 55

Page 1

1 UNITED STATES DISTRICT COURT
2 NORTHERN DISTRICT OF OHIO
3 EASTERN DIVISION
4 ~~~~~~~~~~~~~~~~~~~~
5 IN RE: NATIONAL PRESCRIPTION    MDL No. 2804
  OPIATE LITIGATION
6                                 Case No.
                                  17-md-2804
7
                                  Judge Dan Aaron
8                                 Polster
9 This document relates to:
10 The County of Cuyahoga v. Purdue Pharma, et
   al., Case No. 17-OP-45004
11
   City of Cleveland, Ohio v. Purdue Pharma L.P.,
12 et al., Case No. 18-OP-45132
13 The County of Summit, Ohio, et al. v. Purdue
   Pharma L.P., et al., Case No. 18-OP-45090
14
              ~~~~~~~~~~~~~~~~~~~~
15
16
           Videotaped Deposition of
17              KIMBERLY PATTON
18             January 22, 2019
                  9:13 a.m.
19
20                Taken at:
21         Brennan Manna & Diamond
             75 East Market Street
22                Akron, Ohio
23
24
25        Stephen J. DeBacco, RPR

Page 266

1  was created.  And then they would run it if an
2  individual came in with substance use as part
3  of the admission data, they would run that
4  report at admission.
5      Q.  So as far as you know, as soon as
6  an OARRS report data was available for use, the
7  psychiatrist at Northcoast Behavioral
8  Healthcare started using it?
9      A.  That's my understanding.
10         MS. KEARSE:  Object to form.
11     Q.  Okay.  You mentioned earlier in
12 your testimony a little bit about dispensing
13 and pharmacies dispensing prescription opioids.
14         Would you agree that it can be
15 appropriate for pharmacists to stock and to
16 fill prescriptions for opioids?
17     A.  Yes.
18         MS. MORRISON:  I may be done.  Let
19 me go off the record for a few minutes to
20 confer with my colleagues.
21         THE WITNESS:  Okay.
22         MS. MORRISON:  Thank you.
23         THE VIDEOGRAPHER:  Off the record,
24 4:10.
25         (A recess was taken.)

Page 267

1          THE VIDEOGRAPHER:  On the record,
2  4:13.
3          MS. MORRISON:  Thank you
4  Mrs. Patton.  I am done with questions.  My
5  colleagues in the room are done.
6          Does anyone on the phone have any
7  questions.
8          MS. McINTYRE:  Jill McIntyre.  I do
9  not.
10         MS. MORRISON:  Anyone else?
11         Hearing none, do you have any
12 redirect?
13         MS. KEARSE:  Yeah, I'm going to
14 actually take a break and look to see that.  I
15 wasn't sure, so let us take our break and we
16 will let you know.
17         THE VIDEOGRAPHER:  Off the record,
18 4:14.
19         (A recess was taken.)
20         THE VIDEOGRAPHER:  On the record
21 4:46.
22         EXAMINATION OF KIMBERLY PATTON
23 BY MS. KEARSE:
24     Q.  Ms. Patton, Anne Kearse.  Thank you
25 for being here today and answering questions

Page 268

1  for Counsel.
2          A couple, just, things I want to
3  clarify.
4          Counsel for Teva asked you
5  questions about prevention programs provided by
6  the ADM specific to opioids.  Do you recall
7  that line of questioning?
8      A.  Yes.
9      Q.  Do ADM programs, do the prevention
10 programs that ADM does provide, do they include
11 components that deal specifically with opioids?
12     A.  Yes.  They do -- the prevention
13 programs that are funded through ADM Board do
14 address opioids, as well as other substances.
15     Q.  And are there ADM-targeted
16 prevention grants, meaning that ADM actually
17 provides grants and pays for prevention
18 programs that are specific to opioids?
19         MS. FEINSTEIN:  Objection.  Form.
20     A.  So we do have targeted prevention
21 grants.  They have been in place since I've
22 been employed at ADM Board.  And to my
23 knowledge, 2015-'16, school year, there --
24 Pastoral Counseling Services did receive a
25 grant as part of that grant funding to

Page 269

1  administer Generation Rx curriculum within the
2  Akron Public Schools that they were in.
3          And in 2017, the '17-'18 school
4  year, Kenmore Garfield High School in Akron
5  implemented an athletic prevention program
6  where they also implemented the Generation Rx
7  curriculum amongst athletes in the high school.
8      Q.  Okay.  And that's -- that's just --
9  fair to say, ADM does provide grant dollars
10 specific to opioid prevention and use within
11 Summit County; is that correct?
12         MS. FEINSTEIN:  Objection.  Form.
13     A.  Yes.
14     Q.  Ms. Patton, do you recall a line of
15 questioning from counsel for Teva about when
16 you first learned about a public health crisis
17 in Summit County?  Do you recall that?
18     A.  Yes.
19     Q.  Okay.  And as to Summit County
20 specifically, when's the first time that you
21 became aware that Summit County was facing a
22 public health crisis as it relates to opioid
23 use?
24     A.  As it relates specific to Summit
25 County, when I became employed with the ADM

Page 270

1  Board in May of 2016, I, soon after that, saw
2  the impact it was having in our community, in
3  those months soon to follow, whereas many of
4  our systems were becoming overloaded, whereas
5  Summit County Children Services was taking in
6  kids beyond capacity, whether it's because
7  children lost their caregivers to overdose, or
8  if they were in the criminal justice system.
9      We also had mobile morgues
10 delivered and set up within our county at that
11 time, and we were getting calls at the ADM
12 Board at that time, in that -- those summer
13 months of 2016, where people were fearful,
14 calling.
15     I had one individual, a family
16 member call, indicating their family member
17 overdosed four times, and how can they just get
18 them into treatment because they don't want
19 them to die.
20     So as far as Summit County
21 specifically, it really wasn't -- it was when I
22 first became employed with the ADM Board and
23 was working with the ADM Board.
24     MS. FEINSTEIN: I'm going to move
25 to strike the non-responsive portion of that

Page 271

1  answer.
2    Q.  And regarding the -- well, let me
3  ask you this.  To when -- when you came to
4  Summit County, after you came to Summit County,
5  did you see a rise in the number of deaths and
6  people dying of opioid-related use?
7        MS. FEINSTEIN:  Objection.  Form.
8    A.  So when I became employed by Summit
9  County ADM Board, that is when I became aware
10 of the numbers of overdoses within the county.
11 As I mentioned before, it really wasn't on my
12 radar prior to that employment.
13   Q.  And as for Summit County, is Summit
14 County still facing an opioid crisis today?
15   A.  I believe so.
16   Q.  Okay.  And do you have a reason
17 to -- what are some examples that you still see
18 today?
19   A.  You know, I believe we have done a
20 good job at expanding capacity at our
21 providers, as well as trying to streamline the
22 process to get individuals into services
23 quicker; however, as late as last week, we had
24 an individual, a female, that we were trying to
25 get into residential treatment.  She was

Page 272

1  assessed on December 27th, cleared for
2  admission into a residential treatment program
3  on the 9th.  We called -- at least scheduled
4  her on the 14th.  When we made that phone call,
5  her grandmother, at the time, told us that she
6  had passed away on that Sunday, on the 13th,
7  prior, of an overdose.
8    Q.  Has the opioid crisis in Summit
9  County impacted people of all ages?
10   A.  I believe so, yes.  You know, we
11 have children that have been impacted by this.
12 We have adults, young adults, adults, as well
13 as older adults that are -- have all been
14 impacted by this within the community.
15   Q.  Has it impacted people of all
16 races?
17   A.  Yes.
18   Q.  Socioeconomic statuses?
19   A.  Yes.
20   Q.  Gender?
21   A.  Yes.
22   Q.  And is it still the goal of the ADM
23 and as your role as -- in a -- with the ADM to
24 attempt to try and get people into service
25 quicker so that they can perhaps be saved?

Page 273

1    A.  Yes.  Our overall goal is to
2  streamline the services as much as possible so
3  that we can get the individuals the services
4  they need as quickly as possible.
5        MS. KEARSE:  Okay.  Thank you,
6  Ms. Patton.  No further questions.
7        MS. FEINSTEIN:  I just have a
8  couple of follow-up for you.
9        THE WITNESS:  Uh-huh.
10       EXAMINATION OF KIMBERLY PATTON
11 BY MS. FEINSTEIN:
12   Q.  The grants that you just testified
13 about in response to the questions from your
14 counsel, do you know the source of the funds
15 for those grants?
16   A.  I know it's ADM funding.  I don't
17 know specifically what part of the ADM funding
18 it is.
19   Q.  Do you know whether Summit County
20 has provided to the ADM any additional funds to
21 fund those grants?
22   A.  Can you clarify -- when you say
23 Summit County, because I know we've talked
24 taxpayer money versus government.
25   Q.  Sure.  So based on your earlier

Page 274

1 testimony --
2    A.  Yes.
3    Q.  -- it's my understanding that you
4 know that the ADM Board is funded by a levy?
5    A.  Correct.
6    Q.  The grants that you just testified
7 about moments ago, do you know whether those
8 grants come from the levy funds?
9    A.  I don't know for sure.
10   Q.  Do you know whether Summit County
11 provides any funds, other than the levy funds
12 that are from the designated grant --
13 designated levy, does Summit County provide any
14 funds specific to the ADM Board for the funding
15 of those grants?
16   A.  Not that I'm aware of.
17   Q.  How much are the grants that you
18 just testified about?
19   A.  The 2015-'16 grant, I don't know
20 that specific dollar amount, because they were
21 already awarded prior to me coming on board,
22 and I was just responsible for the outcomes.
23       The 2017 grant that was issued to
24 Kenmore Garfield High School was in the amount
25 of $2,500.

Page 275

1    Q.  Are you aware of any other grants
2 that fall in the category of those prevention
3 grants?
4    A.  For the targeted prevention grants,
5 there were no other grants, of those grants
6 that were opioid-specific.
7    Q.  The woman that you just told the
8 story about who was placed in the residential
9 facility but unfortunately did not make it into
10 the facility before suffering an overdose, do
11 you know whether she overdosed on prescription
12 opioids?
13   A.  I do not know that specifically;
14 however, I do know that we are following up to
15 get an incident report on the situation.
16   Q.  What information would you need to
17 confirm what she overdosed on?
18   A.  Ultimately, the tox -- a tox screen
19 from the medical examiner would confirm it.
20 Part of the unusual incident reporting process,
21 though, is the treatment -- treatment provider
22 that she was linked with will do a report to
23 us, and if there was anything reported to them,
24 they can indicate it at that time.
25       EXAMINATION OF KIMBERLY PATTON

Page 276

1 BY MR. BOEHM:
2    Q.  Thank you.  Just had to fix the
3 microphone so that I could ask you a few
4 questions, Ms. Patton.  Thank you.
5        You indicated that with respect
6 specifically to Summit County, it was when you
7 became employed in 2016 that you determined
8 that there was an opioid abuse epidemic taking
9 place in Summit County; is that right?
10       MS. KEARSE:  Object to form.
11 Misstates her testimony.
12   A.  So when I was -- began my
13 employment in May of 2016, that is really when
14 I became aware of the opiate crisis within
15 Summit County.
16   Q.  Is it your testimony that the
17 opiate crisis within Summit County was already
18 underway when you joined the ADAMHS Board in
19 2016?
20       MS. KEARSE:  Object to form.
21 Misstates her testimony.
22   A.  I can't speak as far as because
23 I -- as mentioned before, I really did not
24 follow Summit County and their ADM Board prior
25 to my employment, so I don't know what the

Page 277

1 situation was prior to my employment.
2    Q.  But did you determine, when you
3 joined the ADAMHS Board, that the opioid
4 epidemic was already underway when you joined?
5        MS. KEARSE:  Object to form.
6    Q.  Or do you have no idea one way or
7 another?
8    A.  So I believe when I became employed
9 in -- as I had mentioned soon after I became
10 employed, I don't know the specific date, but
11 that was really when we saw a spike in the
12 deaths and the mobile morgue coming, so as far
13 as was it a crisis beforehand, I don't know
14 what state the county was in prior to me
15 becoming employed.
16   Q.  Have you ever undertaken any effort
17 to try and understand when Summit County, the
18 trends of prescription opioid abuse and
19 overdoses, started to go upward?
20       MS. KEARSE:  Object to form.
21   A.  Can you clarify?  When you say have
22 I ever made --
23   Q.  Have you ever undertaken any effort
24 to try and determine when prescription opioid
25 abuse and overdoses started to trend upward in