# EXHIBIT 59

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION
~~~~~~~~~~~~~~~~~~~~

IN RE: NATIONAL PRESCRIPTION   MDL No. 2804
OPIATE LITIGATION
                                Case No.
                                17-md-2804

                                Judge Dan Aaron
                                Polster

This document relates to:
The County of Cuyahoga v. Purdue Pharma, et al., Case No. 17-OP-45004

City of Cleveland, Ohio v. Purdue Pharma L.P., et al., Case No. 18-OP-45132
The County of Summit, Ohio, et al. v. Purdue Pharma L.P., et al., Case No. 18-OP-45090

~~~~~~~~~~~~~~~~~~~~

Videotaped Deposition of
GERALD CRAIG
January 11, 2018
9:12 a.m.

Taken at:
Jackson Kelley, PLLC
50 South Main Street, Suite 201
Akron, Ohio


Stephen J. DeBacco, RPR

Veritext Legal Solutions
www.veritext.com                                      888-391-3376

Page 266

1  prescriptions of opioids share responsibility
2  for the epidemic in the county?
3      A.   To what extent?
4      Q.   I said for which years.
5      A.   For which years?
6      Q.   Uh-huh.
7      A.   Their responsibility, I think,
8  again, is they've always been -- they've always
9  had a responsibility.  I think their
10 responsibility, again, has been heightened as a
11 result of what we've experienced in our
12 community.
13     Q.   Do you believe that the scientists
14 and medical doctors at the Food and Drug
15 Administration have responsibility for the
16 opioid epidemic in Summit County?
17          MS. KEARSE:  Object to form.
18     A.   I -- I don't know.  I don't -- I
19 don't know enough about what their role is in
20 this that -- that I would be able to assign
21 them any level of responsibility.
22     Q.   Do you know what the Food and Drug
23 Administration is?
24     A.   Yes, I do.
25     Q.   Do you know they approve

Page 267

1  medications for indicated uses?
2      A.   Yes, I do.
3      Q.   And do you know that the
4  prescription opioid medications that are at
5  issue in this matter all involved FDA-approved
6  medications?
7      A.   Yes.
8      Q.   Do you know anything about the
9  process by which the FDA reviews and approves
10 medications for use for approved indications?
11     A.   I -- I do not.  I -- I have a very
12 superficial knowledge.
13     Q.   Do you know whether or not the Food
14 and Drug Administration has scientists and
15 medical doctors who have responsibility for
16 reviewing scientific data in reaching their
17 conclusions about whether drugs should be
18 approved and for what indications they should
19 be approved?
20     A.   Yes.
21          MS. KEARSE:  Object to form.
22     A.   I'm sorry.  Yes.
23     Q.   You do know they have those people?
24     A.   I do know they have those people.
25     Q.   Do you have any criticism of the

Page 268

1  Food and Drug Administration in connection with
2  the opioid epidemic insofar as it concerns
3  Summit County or otherwise?
4      A.   No, I don't.
5      Q.   Do you know what the United States
6  Drug Enforcement Agency is?
7      A.   Yes, I do.
8      Q.   What is it?
9      A.   It's the -- it's the agency that
10 looks at -- that enforces the laws around
11 medications and -- and also illicit drugs.
12     Q.   What are the responsibilities of
13 the United States Drug Enforcement Agency in
14 connection with controlled substances?
15     A.   I think they're -- I -- I'm not
16 sure, but I believe that they have an
17 investigative -- investigative role.
18     Q.   Okay.  What do you mean an
19 investig- -- investigative role?  I'm not sure
20 either of us said that quite right.
21     A.   They -- when they're -- when they
22 become aware or it's reported that there are
23 bad things happening with regard to these
24 drugs, that -- that they -- that they are
25 engaged to investigate.

Page 269

1      Q.   Have you ever heard of the
2  aggregate production quota?
3      A.   No.
4      Q.   Are you aware that the United
5  States Drug Enforcement Agency each year sets
6  an aggregate production quota of how -- how
7  many controlled substances pharmaceutical
8  manufacturers can make?
9      A.   No, I'm not familiar with that.
10     Q.   Never heard of that?
11     A.   No.
12     Q.   You don't know what the factors are
13 that inform the DEA's decision-making process
14 in determining what an annual aggregate
15 production quota should be for any particular
16 year?
17          MS. KEARSE:  Object to form.
18     A.   I -- I don't have any -- I'm not
19 familiar with this process.
20     Q.   This is the first time you're
21 hearing about that, as we sit here today?
22     A.   Yes.
23     Q.   Do you know whether or not the DEA
24 sets annual aggregate production quotas in
25 connection with prescription opioids?

Page 270

1  MS. KEARSE: Object to form.
2  A. I don't know -- I didn't know that
3  they exist, therefore, by extension, I don't --
4  I'm not aware of any of their activities.
5  Q. Do you know whether anybody on
6  behalf of Summit County or the ADAMHS Board for
7  Summit County has ever discussed with the DEA
8  or representatives of the DEA the aggregate
9  production quotas for prescription opioid
10  medications for any particular year?
11  MS. KEARSE: Object to form.
12  A. I don't -- I don't know.
13  Q. You're not aware of any such --
14  A. I'm not.
15  Q. -- communications?
16  A. That's correct; I'm not aware.
17  Q. Do you believe that the United
18  States Drug Enforcement Agency has any
19  responsibility for the opioid epidemic in the
20  country or in Summit County?
21  MS. KEARSE: Object to form.
22  A. If you're asking me if they're
23  responsible, they have -- they have a
24  responsibility to address it. I don't know
25  that they're necessarily responsible for the

Page 271

1  epidemic. You could kind of interpret that
2  question in two different ways.
3  Q. That's fair. I'm asking more about
4  the latter, so let me just rephrase it.
5  Do you, based on all that you know
6  and all that you've investigated and all that
7  you've learned about the opioid epidemic
8  insofar as it concerns Summit County, place any
9  blame for the opioid epidemic in the county at
10  the feet of the United States Drug Enforcement
11  Agency?
12  A. No, no.
13  Q. Do you know what the role of
14  wholesale drug distributors are or is in the
15  delivery of health care in the United States?
16  A. Yes.
17  Q. What is your understanding about
18  the role of wholesale drug distributors in the
19  delivery of health care in the United States?
20  A. I think that -- that they receive
21  or -- or are responsible on behalf of the
22  pharmaceutical companies to manage the
23  distribution of those drugs to communities.
24  Q. When you say on behalf of the
25  pharmaceutical companies, number one, where are

Page 272

1  you getting that information? Number two, what
2  is your basis?
3  MS. KEARSE: Object to form.
4  A. So on behalf of -- I don't know if
5  they buy the drugs from the pharmaceutical
6  companies and then distribute them, or if they
7  are contractually -- so I don't understand that
8  aspect of it.
9  So I guess what I was trying to
10  say, I don't know how that happens, but I know
11  that they are responsible for the distribution
12  of those medications across the United States.
13  Q. Do you know how they do that or
14  based on what standards wholesale drug
15  distributors deliver medicines to pharmacies?
16  A. No. I've only -- I only know as
17  much as I've read in -- in news accounts.
18  Q. What news accounts have you read
19  about the role of wholesale drug distributors
20  in the delivery of health care in the United
21  States?
22  A. Just the -- just the various news
23  stories about opiates and, you know, the
24  inclusion of the distributors in that -- in
25  that problem.

Page 273

1  Q. What news reports have you read
2  about that?
3  A. Just general newspaper accounts.
4  Q. Do you recall any particular
5  newspaper reports on the role of wholesale drug
6  distributors?
7  A. No. And -- and the newspaper
8  accounts that I've read have mentioned them.
9  They're not necessarily about them. But
10  I've -- I've read newspaper articles where the
11  distributors were mentioned.
12  Q. Have you seen any other news
13  reports in print or other types of media about
14  the role of wholesale drug distributors in
15  connection with the opioid epidemic?
16  A. In news reports you're asking me?
17  Q. Yes. And I said in print or any
18  other --
19  A. Right.
20  Q. -- form of media reports.
21  A. In lots of -- you know, I do a lot
22  of reading on the Internet and our local
23  newspaper. So, yes, I have.
24  Q. Okay. What is your understanding,
25  based on those news reports, about the role of

Page 274

```
 1  wholesale drug distributors insofar as it does
 2  or does not concern the opioid epidemic in
 3  Summit County?
 4       A.   Well, I guess probably the most --
 5  the most disturbing thing that I've read is
 6  that there have been communities with very low
 7  populations where, you know, they've received
 8  exorbitant -- wildly exorbitant numbers of
 9  prescription pain medications that would lead a
10  reasonable person to believe that nobody could
11  ever use that much medication at one time.
12           And I believe that the account that
13  I'm referring to was a community in West
14  Virginia.
15       Q.   Do you have any firsthand knowledge
16  about the amounts or volumes of prescription
17  opioids that have been delivered to pharmacies
18  by wholesale drug distributors in any
19  particular geographic region?
20       A.   I do not.
21       Q.   You're basing that on some news
22  reports that you saw?
23       A.   I'm basing that on -- on the things
24  that I've read, yes.
25       Q.   And you haven't conducted any
```

Page 275

```
 1  analysis of your own to try and understand the
 2  role of wholesale drug distributors in
 3  connection with the delivery of prescription
 4  opioids to pharmacies.  Is that fair?
 5       A.   That's fair.  That would be
 6  somewhat outside the scope of my realm of --
 7  of -- I mean, in order for me to do something
 8  about it, I might -- that -- if I felt that
 9  there was a role that I could play in that, I
10  might take more of an interest in it, but I
11  didn't feel like it was something I needed to
12  study.
13       Q.   Okay.  Do you have any firsthand
14  knowledge of the systems that wholesale drug
15  distributors use to detect and prevent
16  diversion of controlled substances?
17       A.   Am I aware of systems that they
18  use?  No, I'm not.
19       Q.   Have you ever looked into that?
20       A.   No.  I've never -- I've never
21  sought that information, no.
22       Q.   Okay.  Have you ever heard of
23  Cardinal Health?
24       A.   I have heard of Cardinal Health.
25       Q.   What have you heard?  How do you
```

Page 276

```
 1  know about Cardinal Health?
 2       A.   Cardinal Health has been involved
 3  with a lot of the activities in Ohio in
 4  particular, which is what -- where I'm mostly
 5  familiar with is the work that they've done
 6  with some of our -- our local agencies funding
 7  some of the programs and services.
 8       Q.   What specific services or programs
 9  has Cardinal Health funded in the community?
10       A.   I'm not familiar with all of them,
11  but I do know that they funded a prevention
12  program, for example, in one of the agencies in
13  our community, and they had provided some
14  funding to our -- our board association, and as
15  part of the -- our work that we've done through
16  the opiate conference.
17       Q.   And -- and the prevention program
18  that you had in mind, was that related to
19  opioids?
20       A.   Not sure if it was related to
21  opioids or if it was more of a general
22  prevention program.
23       Q.   Based on your own understanding, do
24  you believe that Cardinal Health is responsible
25  in any way for the opioid epidemic insofar as
```

Page 277

```
 1  it concerns Summit County?
 2           MS. KEARSE:  Object to form.
 3       A.   I would have no way of knowing
 4  that.
 5       Q.   Have you ever heard of McKesson?
 6       A.   Yes, I have.
 7       Q.   What do you know about McKesson?
 8       A.   I -- I know that it's a drug
 9  distribution company.
10       Q.   Beyond that do you know anything --
11       A.   No.
12       Q.   -- about them?
13       A.   No.
14       Q.   The question I asked about whether
15  or not Cardinal, in your view, has
16  responsibility in any way for the opioid
17  epidemic in Summit County, would your answer be
18  the same with respect to McKesson,
19  AmerisourceBergen, and any other wholesale drug
20  distributors?
21       A.   I would have no way of knowing.
22       Q.   You have no way of knowing whether
23  or not --
24       A.   Whether they were responsible.
25       Q.   And why is that?
```