# EXHIBIT 60

Page 1

1     IN THE UNITED STATES DISTRICT COURT
2           NORTHERN DISTRICT OF OHIO
3                 EASTERN DIVISION
4
                ~~~~~~~~~~~~~~~~~~~~
5
6    IN RE:  NATIONAL PRESCRIPTION    MDL No. 2804
     OPIATE LITIGATION
7                                     Case No. 17-md-2804
8                                     Judge Dan Aaron
     This document relates to:        Polster
9
     The County of Summit, Ohio, et al.
10   v. Purdue Pharma L.P., et al.
     Case No. 17-OP-45004
11
     The County of Cuyahoga v. Purdue
12   Pharma L.P., et al.
     Case No. 18-OP-45090
13
     City of Cleveland, Ohio v. Purdue
14   Pharma L.P., et al
     Case No. 18-OP-45132
15
                ~~~~~~~~~~~~~~~~~~~~
16
              Videotaped deposition of
17              CHARLES I. TWIGG, IV
18
                  January 8, 2019
19                   9:06 a.m.
20
21                   Taken at:
         Sheraton Suites - Cuyahoga Falls
22              1989 Front Street
              Cuyahoga Falls, Ohio
23
24
25        Renee L. Pellegrino, RPR, CLR

Page 226

1        16, E-Mail String, Beginning Bates
2        Number AKRON_000236377, was marked
3        for purposes of identification.)
4          - - - - -
5  BY MR. CAREY:
6      Q.   Chief Twigg, welcome back.
7      A.   Thank you.
8      Q.   Handing you Exhibit 16, it's Bates
9  numbered Akron_000236377. Take a second and
10 review the e-mail. Now, you're not actually on
11 this e-mail, but I just wanted to ask a little
12 bit about the e-mail on the first page here from
13 Chief Natko.
14         Do you see where he writes that the
15 cost per call for a four-person AFD ambulance is
16 $155.05 per call?
17     A.   I do.
18     Q.   Do you know how he calculated that
19 number?
20         MS. FLOWERS: Objection. Calls for
21 speculation.
22     A.   I do not.
23     Q.   If somebody asked you to calculate
24 how much it costs AFD for a four-person
25 ambulance to respond to a call, would you know

Page 227

1  how to do that?
2          MS. FLOWERS: Objection. Asked and
3  answered.
4      A.   I would ask our accounting and
5  services bureau manager to develop that number
6  for me.
7      Q.   When you were accounting and
8  services manager and if somebody came to you and
9  asked you to do that, how would you have gone
10 about doing it?
11         MS. FLOWERS: Objection. Asked and
12 answered.
13     A.   At the time I would have worked with
14 the finance division to calculate, to the best
15 of our ability, a cost. What makes that tricky
16 is there's so many different ways to do it. So,
17 you know, the question would be a difficult one,
18 but it's doable.
19     Q.   What makes it tricky?
20     A.   There's several variables to take
21 into consideration, so I think it would be a
22 time-consuming effort, and that's why we don't
23 necessarily spend a lot of time figuring out
24 exactly what it cost us to go on every single
25 call, because at the end of the day, we need to

Page 228

1  go on the calls anyhow. So it's a distinction
2  between us, as a public service, and a private
3  ambulance, where we're not in this to make
4  money, so spending a lot of time figuring out
5  what exactly each call costs us hasn't been a
6  priority to us in the past.
7      Q.   Have you ever attempted to do it?
8          MS. FLOWERS: Objection.
9      A.   I personally have not.
10     Q.   Do you know if anybody else has
11 attempted to calculate how much it costs AFD to
12 go on a call?
13     A.   We've utilized FEMA guidelines for
14 what we would charge should we send a med unit
15 out of town to assist at another community. I
16 know we've done that.
17     Q.   What about specifically to opioids?
18 Has anybody attempted to calculate how much it
19 costs AFD to respond to an opioid call?
20         MS. FLOWERS: Object to the form.
21     A.   To my knowledge, nobody has sat down
22 and crunched all the numbers that would be
23 involved.
24     Q.   Again going back to the time when
25 you were head of the accounting services

Page 229

1  division or bureau, if somebody came to you and
2  asked you to calculate how much it costs AFD to
3  go on an opioid overdose call, what are all the
4  different factors or variables you would include
5  in that calculation?
6          MS. FLOWERS: Objection. Asked and
7  answered.
8      A.   I don't feel qualified to do that
9  kind of -- that kind of work, which is why I
10 wouldn't have tried it back then even. So I'm
11 not an accountant. I'm a firefighter. I work
12 with the accounting -- or the finance division
13 to develop these numbers. We don't develop them
14 ourselves.
15     Q.   So during your time as accounting
16 services -- as head of the accounting services
17 division, if somebody came and asked you that,
18 you would have just said no, we can't do it?
19         MS. FLOWERS: Object to the form of
20 the question. Argumentative.
21     A.   If somebody asked me when I was in
22 that position, I would have responded that I'll
23 need to work with the finance department to come
24 up with the numbers you're asking me for.
25     Q.   And when you say "finance

Page 230

1 department," who is that?
2   A.  Currently it's the audit and budget
3 office as well as the finance office, Steve
4 Fricker, Diane Miller Dawson.  Those are a
5 couple of the names.
6   Q.  That's not part of the fire
7 division, correct?
8   A.  That's correct.
9   Q.  Would you have given them any
10 instructions on how to go about calculating that
11 number?
12       MS. FLOWERS:  Object to the form.
13   A.  No.  It would not be my place to
14 instruct the finance director on how to do their
15 job.
16   Q.  Wouldn't the finance director have
17 questions about stuff like what all goes into
18 the fire department's response to an opioid
19 call?
20       MS. FLOWERS:  Objection.  Calls for
21 speculation.
22   A.  If we try and figure out -- when we
23 try and figure out what a specific call costs
24 us, we would be expected, I'm sure, to help
25 figure out what all things would be figured in.

Page 231

1   Q.  In your mind, what would figure in
2 to calculating such a cost?
3       MS. FLOWERS:  Object to the form.
4 Asked and answered.
5   A.  Well, we would have to take into
6 consideration the number of manpower hours that
7 a specific situation was causing us.  Take the
8 opioids for example.  Identify the number of
9 calls, identify the overtime that would be
10 involved, identify the resources that we expend
11 on each of those runs, and then you would try
12 and start calculating the more obscure impact
13 that it has on the organization with the number
14 of resources that have been redirected away
15 from, let's say, fire inspections or training.
16 You try and work out all those different numbers
17 to figure out the -- you know, the true actual
18 impact of the situation.  It gets complex.
19   Q.  Can you give me an example of
20 diversion of resources that have been caused by
21 the opioid epidemic within the fire division?
22   A.  Well, for example, when we are
23 responding to a lot of overdoses in one day, we
24 start running into a domino effect.  What will
25 happen is since the overdoses are so serious

Page 232

1 usually -- and we discussed earlier about when
2 we need to add an engine to a call instead of
3 just a med unit.  So somebody that's unconscious
4 will always need at least a four-person crew.
5 So if we don't have four people on that rig,
6 we'll send an engine, and then if that engine
7 happens to be combo'd, that's another med unit
8 that will be out of service during that call;
9 and then if that district has a run, another med
10 unit -- hopefully they're in service -- will be
11 coming from one or two districts over.  And then
12 in a short period of time you start running into
13 a domino effect, where we're down to one or two
14 rigs in the whole city.  And when your manpower
15 is swamped like that, no one is out doing
16 training, they're not doing inspections, they're
17 not doing rig maintenance, they're not doing
18 building maintenance, and all that is a indirect
19 result of increased call volume.  That's why we
20 increased the manpower in overtime to help cut
21 down on that to the best that we could.
22   Q.  Let's take rig maintenance.  You
23 mentioned rig maintenance.  How is it decided
24 whether someone is going to perform rig
25 maintenance or not?

Page 233

1   A.  Well, we have two different kinds of
2 rig maintenance.  We -- there's maintenance that
3 we do in the station, which would be us being
4 responsible -- us being the firefighters, being
5 responsible for keeping the rig clean, making
6 sure the fluid levels are appropriate, cleaning
7 out compartments, cleaning the equipment.  We
8 all consider that rig maintenance.
9       What is even more challenging, and
10 has been more of a drain on our system lately,
11 is as the call volume increased secondary to
12 this crisis, we started realizing that -- our
13 quarterly was a very common preventative
14 maintenance rotation that's based on mileage.
15 Instead of having an ambulance come in, let's
16 say, four times a year, they were coming in six
17 times a year.  Just even the amount of gasoline
18 that we used went up.
19       So when you start talking about a,
20 you know, 30 percent increase in the amount of
21 preventative maintenance that you need to do,
22 but you multiply that by 13 apparatus, suddenly
23 now you're running out of mechanics and you're
24 hiring them on overtime on Saturdays to help
25 keep up with the maintenance, so, again, there's

Page 234

1 a bit of a snowball effect there. And then that
2 impacts the long-term life expectancy of the
3 rigs just based on the additional miles we've
4 been experiencing.
5    Q.   Okay. So how does -- this started
6 with you were explaining that there can be a
7 snowball effect with too many calls in one day.
8 So if somebody is performing rig maintenance and
9 there's a call, they have to stop and go on the
10 call? Is that --
11    A.   That would be accurate, yes.
12    Q.   What about building maintenance,
13 same situation?
14    A.   Absolutely. Yard work, windows. I
15 mean, we -- we live in these stations 24/7, 365,
16 so maintaining them at a high level of readiness
17 is important.
18    Q.   And my question was, though, if
19 somebody is performing building maintenance and
20 there's a call, they have to stop what they're
21 doing with the building maintenance and go out
22 on the call?
23    A.   That would be accurate.
24    Q.   And you also mentioned inspections,
25 I believe. Is that the same scenario, where if

Page 235

1 somebody is performing a building inspection and
2 there's a call, they have to stop what they're
3 doing and go out on the call?
4    A.   That's a close to accurate
5 description. We will take our apparatus, go out
6 into the neighborhood that that apparatus is
7 assigned to and inspect businesses. We do that
8 as a preventative measure to hopefully find fire
9 hazards and have them mitigated before a fire
10 should actually occur. We do that, what we call
11 an in-service status, so should a call come in
12 while they're out doing that inspection, they
13 will stop what they're doing, hop on the rig and
14 go to that call.
15    Q.   Returning back to building
16 maintenance for a second, if -- if the AFD
17 employees at a station are too busy because of
18 calls that they -- to the point that they fall
19 behind on the building maintenance, are they
20 then paid overtime to catch up on the building
21 maintenance?
22    A.   The firefighters themselves would
23 not be paid overtime, but what we would end up
24 doing is having to utilize some of our personnel
25 out of fire maintenance to do some of the chores

Page 236

1 that the firefighters themselves could be doing
2 on a regular basis, which then has the ability
3 to impact some overtime issues at our fire
4 maintenance facility.
5    Q.   Same question for rig maintenance.
6 If the firefighters at a station are too busy to
7 perform all of the rig maintenance because of
8 the number of calls they're receiving, are they
9 then paid overtime to perform the required rig
10 maintenance?
11    A.   No. They would not be paid
12 overtime. It would be a matter of eventually
13 the potential for mechanical damage due to
14 inadequate fluid levels and stuff exists, but
15 there would not be a specific additional
16 manpower charged for that.
17    Q.   How do the shifts work for
18 firefighters in AFD? Is it 24 on, 48 off, or --
19    A.   Yes.
20    Q.   Is that the same for EMS, the bureau
21 of EMS, or the paramedics and EMTs? Do they
22 work the same shifts, 24 on, 48 off?
23    A.   In the general sense of all of our
24 operational personnel work the 24/48.
25    Q.   Is there ever -- is there ever down

Page 237

1 time during the 24-hour shifts, time when
2 there's nothing specific that has to be
3 accomplished?
4        MS. FLOWERS: Object to the form.
5    A.   Yes.
6    Q.   Are the AFD employees required to
7 take a certain amount of break time during those
8 24-hour shifts?
9    A.   No.
10    Q.   Do you have an estimate on how much
11 down time on average the AFD employees have
12 during one of these 24-hour shifts?
13    A.   I do not.
14    Q.   Do you know how that number could be
15 calculated?
16        MS. FLOWERS: Object to form.
17    A.   I do not.
18    Q.   Looking back at the exhibit you have
19 in front of you, do you see where Chief Natko
20 wrote -- it says, "Opioid/Drug, 1,279," and then
21 right below that it says, "Mental Health,
22 $2,534." Do you know what he's referencing
23 here?
24    A.   I do not.
25    Q.   Is it consistent with your