# EXHIBIT 67

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
     IN RE: NATIONAL         )
 4   PRESCRIPTION            )   MDL No. 2804
     OPIATE LITIGATION       )
 5   _____  )   Case No.
                             )   1:17-MD-2804
 6                           )
     THIS DOCUMENT RELATES   )   Hon. Dan A.
 7   TO ALL CASES            )   Polster
 8
             WEDNESDAY, AUGUST 1, 2018
 9
       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                        - - -
12           Videotaped deposition of Nathan J.
13   Hartle, held at the offices of Covington &
14   Burlington, LLP, One City Center, 850 Tenth
15   Street Northwest, Washington, DC, commencing
16   at 9:03 a.m., on the above date, before
17   Carrie A. Campbell, Registered Diplomate
18   Reporter, Certified Realtime Reporter,
19   Illinois, California & Texas Certified
20   Shorthand Reporter, Missouri & Kansas
21   Certified Court Reporter.
22                        - - -
             GOLKOW LITIGATION SERVICES
23      877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review



```
11    QUESTIONS BY MR. RAFFERTY:
12         Q.    Okay.  Thank you.
13               All right.  I want to talk for
14    a few minutes about the opioid epidemic in
15    the United States.
16               First of all, you agree that
17    there is, in fact, an opioid epidemic in the
18    United States, true?
19         A.    I do agree.
20         Q.    And that epidemic has been
21    going on for years, correct?
22         A.    Based on what I read and what I
23    know, absolutely.
24
```

Highly Confidential - Subject to Further Confidentiality Review



```
13        Q.      Okay.
14        A.      It's why I do what I do.
15        Q.      All right.  In fact, you would
16   agree that this epidemic has had a
17   devastating effect on public health and
18   welfare throughout the country, true?
19        A.      It has.
20        Q.      And in fact, you have spoken
21   and actually given presentations about the
22   opioid epidemic in the country, correct?
23        A.      I have.
24        Q.      In fact, would you agree that
25   the opioid epidemic in the United States of
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   America is the deadliest drug epidemic on
 2   record in our country's history?
 3        A.    I'm not an epidemiologist, but
 4   I would believe, yes.
 5        Q.    Okay.  Well, let's look at
 6   1437.3, which we will mark as Exhibit 41 --
 7   42.
 8              (McKesson-Hartle Exhibit 42
 9         marked for identification.)
10   QUESTIONS BY MR. RAFFERTY:
11   [redacted]
     [redacted]
     [redacted]
     [redacted]
     [redacted]
16        Q.    Okay.  And it appears, though
17   this one does have a date on it, it's
18   September 29, 2017.  So not really all that
19   long ago, right?
20        A.    Correct.
21        Q.    Okay.  Less than a year ago,
22   right?
23        A.    That is.
24        Q.    And you see down there Nate
25   Hartle, senior director, regulatory affairs,
```

Golkow Litigation Services                          Page 34

Highly Confidential - Subject to Further Confidentiality Review

```
 1    right?
 2         A.     Yeah, it's my document.
 3         Q.     Okay.  Do you recall giving
 4    this presentation?
 5         A.     I do.
 6                MR. RAFFERTY:  If we could,
 7         let's turn to .3, Corey.
 8    QUESTIONS BY MR. RAFFERTY:
 9         Q.     You see that up in the top of
10    one of your slides there on page 3, a
11    headline, "Deadliest Drug Epidemic on Record
12    in Our Nation's History"?
13                Do you see that?
14         A.     Yep.
15         Q.     You wouldn't have put that in
16    your presentation unless you thought it was
17    true, right?
18         A.     No.
19         Q.     So you don't dispute that,
20    right?
21         A.     I do not.
22         Q.     Okay.  It then goes on and
23    says, "The drug problems of past decades pale
24    when compared to the current opioid epidemic
25    which has killed 165,000 Americans from 2000
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   to 2014."
 2                Did I read that right?
 3        A.      You did.
 4        Q.      Okay.  Once again, you agree
 5   with that statement, right?
 6        A.      These are part of the
 7   presentation that I gave.
 8        Q.      Okay.  If we now go to the next
 9   page, page 4, it says over there, "Scope of
10   the problem."  On an average day, an average
11   day in the US, more than 650,000 opioid
12   prescriptions are dispensed.
13                Do you see that?
14        A.      I do.
15        Q.      3,900 people initiate
16   non-medical use of prescription opioids, and
17   then it says 580 people initiate heroin use.
18                You see that?
19        A.      I see those.
20        Q.      And in fact, opioid abuse and
21   addiction is a gateway to heroin use and
22   addiction, correct?
23                MS. HENN:  Objection to form.
24                THE WITNESS:  I'm not a medical
25        expert, but, you know, I've read
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1            things, I use data from different
 2            sources, and they say that.
 3   QUESTIONS BY MR. RAFFERTY:
 4       Q.    I don't -- okay.  As head of
 5   regulatory affairs and the controlled
 6   substance monitoring program for national
 7   chains of McKesson, would you agree that in
 8   fact narcotic painkiller abuse, opioid abuse,
 9   is a gateway to heroin use?
10            MS. HENN:  Objection to form.
11            THE WITNESS:  I would agree
12       that it can be, yeah.
13   QUESTIONS BY MR. RAFFERTY:
14       Q.    Okay.  And in fact, 78 people
15   die from an opioid-related overdose every day
16   according to your slide.
17            Do you see that?
18       A.    I see that.
19       Q.    In fact, if you go on to your
20   presentation, page 16, .16, talking about the
21   heroin use, it says -- or what you say in
22   your presentation, or what you put in your
23   presentation, was people who are addicted
24   to -- and then it says, "Opioid painkillers
25   are 40 times more likely to be addicted to
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    heroin."
 2              Do you see that?
 3       A.     I see that.
 4       Q.     And you agree with that?
 5       A.     I put them in the slides as
 6    part of the information that I keep current
 7    on.
 8       Q.     You agree with that?
 9       A.     Again, I'm not an expert in
10    terms of numbers, but I agree with what
11    they're putting out.
12       Q.     Okay.
13       A.     The concepts --
14       Q.     And you wouldn't have put it
15    out there if you thought it was inaccurate,
16    right?
17       A.     I would not have.
18       Q.     Okay.  Talking about the
19    heroin, the gateway to heroin, if we could,
20    let's have 1580.
21              (McKesson-Hartle Exhibit 43
22         marked for identification.)
23    QUESTIONS BY MR. RAFFERTY:
24       Q.     This is another presentation
25    that you gave, Mr. Hartle.  We'll mark this
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    as Exhibit 43.  This is another presentation
 2    that you gave.  If you look at this --
 3                MR. RAFFERTY:  Corey, if you
 4        could pull it up, please, 1.580 --
 5        1.1580.
 6                All right.  Just give me the
 7        Elmo.  I'll just use the Elmo.
 8    QUESTIONS BY MR. RAFFERTY:
 9        Q.     You see there it says,
10    "Regulatory affairs update, RNA leadership
11    team, Nate Hartle, senior director,
12    regulatory affairs."
13                Do you see that?
14        A.     Yes.
15        Q.     November 20, 2015.
16                You see that?
17        A.     I do.
18        Q.     Okay.  Do you recall giving
19    this presentation?
20        A.     I'm going to scan through it
21    real quick just so I can refresh --
22        Q.     Well, let me -- and feel free
23    to, but I'm just going to -- I'm going to
24    start with the second page, so...
25        A.     I -- I believe it was a
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    conference call, maybe.  I don't remember
 2    exactly all the details from back then, but
 3    this is my work, yeah.
 4         Q.    It doesn't matter.  This is
 5    your work.
 6         A.    Yeah.
 7         Q.    That's all I wanted to get.
```

