EXHIBIT 69

Highly Confidential - Subject to Further Confidentiality Review

1               UNITED STATES DISTRICT COURT

        FOR THE NORTHERN DISTRICT OF OHIO

2                   EASTERN DIVISION

3                       - - -

4   IN RE:  NATIONAL           )

    PRESCRIPTION               )   MDL No. 2804

5   OPIATE LITIGATION          )

    _____)   Case No.

6                              )   1:17-MD-2804

    THIS DOCUMENT RELATES      )

7   TO ALL CASES               )   Hon. Dan A. Polster

8                       - - -

9               Tuesday, August 7, 2018

10      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

                CONFIDENTIALITY REVIEW

11

                        - - -

12

13          Videotaped deposition of Jennifer R. Norris,

14   held at the offices of BakerHostetler, 200 Civic Center

15   Drive, Suite 1200, Columbus, Ohio, commencing at

16   8:09 a.m., on the above date, before Carol A. Kirk,

17   Registered Merit Reporter and Notary Public.

18

19                      - - -

20

21

22

23          GOLKOW LITIGATION SERVICES

        877.370.3377 ph | 917.591.5672 fax

24              deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review

Page 78                                                                        Page 80



Highly Confidential - Subject to Further Confidentiality Review

Page 82　　　　　　　　　　　　Page 84



Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review

Page 94 | Page 96



Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review

Highly Confidential - Subject to Further Confidentiality Review

Page 114

Page 116



Highly Confidential - Subject to Further Confidentiality Review

