EXHIBIT 74

Highly Confidential - Subject to Further Confidentiality Review

```
 1            IN THE UNITED STATES DISTRICT COURT

 2            FOR THE NORTHERN DISTRICT OF OHIO

 3                    EASTERN DIVISION

 4

 5

    IN RE NATIONAL PRESCRIPTION   | Case No. 17-MD-2804

 6                                |

    OPIATE LITIGATION             | Hon. Dan A. Polster

 7                                |

    APPLIES TO ALL CASES          |

 8

 9                     - - -

10            Thursday, November 15, 2018

11                     - - -

12

          HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

13

                  CONFIDENTIALITY REVIEW

14

                       - - -

15

16

17

       Videotaped deposition of JEFF ABERNATHY,

18   held at the offices of Mitchell Williams,
     4206 South J.B. Hunt Drive, Suite 200, Rogers,

19   Arkansas, commencing at 9:37 a.m., on the above
     date, before Susan D. Wasilewski, Registered

20   Professional Reporter, Certified Realtime
     Reporter and Certified Realtime Captioner.

21

22

23                     - - -

24            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax

25                 deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review



Page 26

Page 27

Page 28

Page 29

Highly Confidential - Subject to Further Confidentiality Review



Page 30

Page 31

Page 32

Page 33

16    Q.  Sir, were you aware that in 2007, the nation
17    was undergoing an opioid epidemic?
18    A.  No, sir.
19    Q.  And when did you -- are you -- as you sit
20    here today, are you aware that the nation is
21    undergoing an opioid epidemic?
22    A.  I mean, yes, from what I've seen on TV.
23    Q.  Okay.  When was the first time you became
24    aware of it?
25    A.  I don't -- I don't know a date.  I mean --



Page 34

1  Q.  Approximately?
2  A.  Probably a year or so ago.
3  Q.  Of 2017?
4  A.  2016, like during the campaigns for
5  presidency, you know, it seems like it came up.

Highly Confidential - Subject to Further Confidentiality Review







Page 218

Page 219

Q. At this point, were you aware of the
epidemic, sir?
A. I knew that there was an issue, yes, sir.
Q. What was your understanding of the issue in

Page 220

2016?
A. That there was a -- according to the TV,
that there was an epidemic.

Page 221

Highly Confidential - Subject to Further Confidentiality Review

