# EXHIBIT 75

Highly Confidential - Subject to Further Confidentiality Review

```
                UNITED STATES DISTRICT COURT
              FOR THE NORTHERN DISTRICT OF OHIO
                        EASTERN DIVISION

IN RE: NATIONAL                )    MDL No. 2804
PRESCRIPTION OPIATE            )
LITIGATION,                    )    Case No.
                               )    1:17-MD-2804
                               )
THIS DOCUMENT RELATES TO       )    Hon. Dan A.
ALL CASES                      )    Polster
                               )


                  Wednesday, December 12, 2018


        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW




        Videotaped Deposition of MIRANDA
   JOHNSON, held at 4206 South J.B. Hunt Drive,
   Rogers, Arkansas, commencing at 8:51 a.m., on
   the above date, before Debra A. Dibble,
   Certified Court Reporter, Registered
   Diplomate Reporter, Certified Realtime
   Captioner, Certified Realtime Reporter and
   Notary Public.



              GOLKOW LITIGATION SERVICES
         877.370.3377 ph | fax 917.591.5672
                    deps@golkow.com
```



Page 70

```
 7         MS. TABACCHI:  Michael, when
 8   you get to a good point, can we take a
 9   quick break?
10         MR. INNES:  Sure.  Now is
11   totally fine.
12         VIDEOGRAPHER:  We are going off
13   the record at 10:03 a.m.
14         (Recess taken, 10:03 a.m. to
15   10:29 a.m.)
16         VIDEOGRAPHER:  We are back on
17   the record at 10:29 a.m.
18   Q.    (BY MR. INNES)  We're back, and
19   then I should state for the record, if you
20   need to take a break at any time, let us
21   know.
22   A.    Okay.  Thank you.
```

Page 71

Page 72

Page 73

```
12   Q.    Okay.  So you're aware that
13   during the time period -- well, you were
14   aware that for several decades now, the
15   country has been enduring an opioid epidemic;
16   is that right?
17         MS. TABACCHI:  Object to the
18   form.
19         THE WITNESS:  Can you clarify
20   that.
21   Q.    (BY MR. INNES)  During your
22   time as a controlled substance director, do
23   you agree that the country is enduring an
24   opioid epidemic?
25   A.    Yes.
```



