EXHIBIT 76

Highly Confidential - Subject to Further Confidentiality Review

```
1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
2                    EASTERN DIVISION
3   IN RE: NATIONAL         )   MDL No. 2804
    PRESCRIPTION OPIATE      )
4   LITIGATION,              )   Case No.
                             )   1:17-MD-2804
5                            )
    THIS DOCUMENT RELATES TO )   Hon. Dan A.
6   ALL CASES                )   Polster
                             )
7

8                     __ __ __
9           Thursday, December 13, 2018

                      __ __ __
10

       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11              CONFIDENTIALITY REVIEW

                      __ __ __
12

13

14

15        Videotaped Deposition of JOLYNN
    COLEMAN, held at 4206 South J.B. Hunt Drive,
16  Rogers, Arkansas, commencing at 8:15 a.m., on
    the above date, before Debra A. Dibble,
17  Certified Court Reporter, Registered
    Diplomate Reporter, Certified Realtime
18  Captioner, Certified Realtime Reporter and
    Notary Public.
19

20

21

                      __ __ __
22

            GOLKOW LITIGATION SERVICES
23      877.370.DEPS | fax 917.591.5672
                 deps@golkow.com
24

25
```

Page 70



Page 72

  5        MR. ECKLUND:  Let's take our
  6   first break.
  7        THE VIDEOGRAPHER:  We are going
  8   off the record at 9:25 a.m.
  9        (Recess taken, 9:25 a.m. to
 10   9:44 a.m.)
 11        THE VIDEOGRAPHER:  We are back
 12   on the record at 9:44 a.m.
 13        MR. ECKLUND:  Welcome back,
 14   Ms. Coleman.
 15        THE WITNESS:  Thank you.

Page 71

Page 73



Page 74

Page 76

1  Q.   What's the difference between
2  an opioid epidemic and an opioid crisis?
3      A.   I'm not a -- someone who can
4  define what an epidemic is, but, you know, I
5  will say one way or the other.
6      Q.   When did you become aware of
7  the opioid crisis?
8      A.   Probably in the last five years
9  or so.  Six years.
10     Q.   How did you become aware of the
11 opioid crisis in 2012?  Or 2013?
12     A.   Just what's in the news or what
13 I hear being at the office.
14     Q.   So at the office you have
15 discussions about the opioid crisis between
16 2012 and 2013?
17     A.   I can't recall when.
18     Q.   Do you have a recollection of
19 any of those discussions?
20     A.   I don't recall specific
21 discussions around the opioid crisis.
22     Q.   Would those have been formal
23 meetings or informal watercoolers?
24     A.   Just informal.
25     Q.   Just conversations around the

Page 75

Page 77

1  coffee pot or the watercooler around the
2  office?
3      A.   I really don't recall where
4  they were.
5      Q.   Do you recall having any
6  conversations with anyone in particular?
7      A.   No.
8      Q.   You mentioned news.  Are you
9  talking about written news?  Like a
10 newspaper?  Online internet?  Or television
11 news?
12     A.   Either.
13     Q.   Both?
14     A.   Both.
15     Q.   When you watch television news,
16 what channels do you most often watch?
17     A.   I don't really specifically
18 watch any one over the other.
19     Q.   So local news?
20     A.   Yeah.
21     Q.   CNN?
22     A.   Possibly.
23     Q.   Fox News?
24     A.   Possibly.
25     Q.   CNBC?

12     Q.   Are you familiar generally with
13 the defendants that are named in this case,
14 beyond Walmart?
15     A.   No.
16     Q.   Are you familiar with the
17 plaintiffs?
18     A.   No.
19     Q.   Do you know whether they're
20 individuals or public entities?
21     A.   I do not.
22     Q.   Can we agree that there is an
23 opioid epidemic in the United States today?
24     A.   I believe there's a crisis, an
25 opioid crisis.

Highly Confidential - Subject to Further Confidentiality Review

Page 78

1    A.   Yes.
2    Q.   MSNBC?
3    A.   I'm not --
4    Q.   You're completely open to
5 whatever newscaster is on.  You're open to
6 listening and paying attention --
7    A.   I don't watch a lot of news
8 personally, but yeah.
9    Q.   So television news is not a big
10 part of your life?
11    A.   Correct.
12    Q.   How about reading the
13 newspaper?  Is it a habit?
14    A.   No.
15    Q.   What about reading online news?
16 Is that a habit?
17    A.   Online news?  No.
18 Occasionally.
19    Q.   Once or twice a week?
20    A.   Yes.
21    Q.   But not daily?
22    A.   Not daily.
23    Q.   Okay.  When you say "crisis,"
24 what do you mean by crisis?
25    A.   Just that -- crisis is that

Page 79

1 there's a -- just an opportunity with a
2 product, or -- I don't really know the
3 definition of a crisis, but ...
4    Q.   That's okay.  Let's see if we
5 can reach agreement.
6    So I looked up on
7 Merriam-Webster's Dictionary the word
8 "crisis."
9    And there are a few definitions
10 available.  We've got definition of crisis A:
11 "The turning point for better or worse in an
12 acute disease or fever?"
13    And you can see it on the
14 screen now.  Correct?  Ms. Coleman, you can
15 see the Merriam-Webster's website on the
16 large screen in the room?
17    A.   Yes.
18    Q.   Okay.  And you can see it says
19 "Merriam-Webster since 1828," and you can see
20 I looked up the word "crisis"?
21    A.   Yes.
22    Q.   And I'm going to read it.  If I
23 misread it, just stop me.
24    Definition of crisis.
25    "The turning point for better

Page 80

1 or worse in an acute disease or fever."
2    B: "a paroxysmal attack of
3 pain, distress, or disordered function."
4    C: "an emotionally significant
5 event or radical change of status in a
6 person's life."  And then there's -- midlife
7 crisis is an example.
8    Following below, we have
9 definition 2, "the decisive moment, as in a
10 literary plot."
11    And 3A and 3B:  "An unstable or
12 crucial time or state of affairs in which a
13 decisive change is impending, especially one
14 with the distinct possibility of a highly
15 undesirable outcome."  Examples being a
16 financial crisis, or the nation's energy
17 crisis.
18    And then B: "a situation that
19 has reached a critical phase."  The
20 environmental crisis, and the unemployment
21 crisis being examples.
22    When you used the word
23 "crisis," do any of those definitions fit
24 your understanding of the word "crisis" as
25 you were using it when we talked about the

Page 81

1 opioid crisis?
2    A.   Yes.
3    Q.   Which one?
4    A.   Several of them.
5    Q.   Why don't you identify the ones
6 that do.
7    A.   "A turning point for better or
8 worse."
9    Q.   Okay.  So --
10    A.   "A decisive moment."
11    Q.   1A, 2.  Okay.
12    What about 3A or 3B?
13    A.   I would say both of them.
14    Q.   Okay.  So when you use the word
15 "crisis" today, I'm going to keep your
16 understanding of that word in mind; is that
17 fair?
18    A.   That's fair.
19    Q.   I want to make sure we have an
20 understanding of what each other -- of what
21 I'm saying to you and what you're saying to
22 me.  And if there's a word that I used today
23 and you want me to look it up and you want a
24 dictionary --
25    A.   Okay.

Highly Confidential - Subject to Further Confidentiality Review

Page 82

1    Q.    -- totally fine.  Okay?
2          Can we agree that over the past
3    year the opioid crisis has gained visibility
4    in our society?
5    A.    Yes.
6    Q.    Are you aware that
7    President Trump has identified the opioid
8    epidemic as he referred to it as a "public
9    health emergency"?
10   A.    Yes.
11   Q.    Do you agree with that
12   characterization by President Trump that the
13   opioid crisis or opioid epidemic is a "public
14   health emergency"?
15   A.    I think it's a public health
16   concern, personally, my personal opinion.
17   Q.    Okay.  That's all right.  You
18   don't have to agree or disagree with the
19   President.  I'm just asking your opinion.
20   A.    Yeah.
21   Q.    Are you aware that a national
22   commission and a commission of state
23   governors have issued recommendations for
24   action to address the opioid epidemic?
25   A.    I'm not aware of that.

Page 83

1    Q.    Are you aware that many of the
2    concerns that have been raised by elected
3    officials stem from the fact that in 2016,
4    more than 11 million Americans misused
5    prescription opioids?
6          MR. CARTER:  Object to the
7    form.
8          MR. WATTS:  Object to the form.
9          MR. ECKLUND:  Are you aware?
10         THE WITNESS:  Can you restate
11   that?
12         MR. ECKLUND:  Sure.
13   Q.    (BY MR. ECKLUND)  Are you aware
14   that in 2016, more than 11 million Americans
15   misused prescription opioids?
16         MR. CARTER:  Object to the
17   form.
18         THE WITNESS:  I don't
19   specifically know that number.
20   Q.    (BY MR. ECKLUND)  Are you aware
21   that the number of opioid-related deaths have
22   more than quadrupled since 1999?
23         MR. CARTER:  Object to the
24   form.
25         THE WITNESS:  I don't know the

Page 84

1    details on that.
2    Q.    (BY MR. ECKLUND)  It's not
3    something that you're aware of in your role
4    as a purchaser or buyer of pharmaceutical
5    drugs including prescription opioids for
6    Walmart?
7          MR. CARTER:  Same objection.
8          THE WITNESS:  I'm not aware of
9    the details of that, no.
10         MR. ECKLUND:  Okay.

Page 85

4    Q.    That's okay.  We'll get there.
5          If I wanted to go into a store
6    today and buy 50 pills, prescription pills,
7    but I don't have a prescription, I can't do
8    it.  Is that right?  Without a prescription,
9    I can't purchase prescription drugs?
10   A.    Correct.
11   Q.    But I can go in and buy a dozen
12   eggs from Walmart if they're available for
13   sale?
14   A.    Correct.
15   Q.    And I could buy blue jeans?
16   A.    Correct.
17   Q.    Or a book?
18   A.    Yes.
19   Q.    Anything else in the store that
20   has restrictions that you're aware of?
21   A.    Probably firearms.
22   Q.    Firearms.
23   A.    Alcohol.
24   Q.    Okay.  Does that make sense to
25   you?  Firearms should be --

Highly Confidential - Subject to Further Confidentiality Review

Page 86

1    A.    I don't have one way --
2    Q.    No, I'm saying does it make
3  sense that firearms might be something where
4  there would be additional restrictions on
5  purchase and sales?
6    A.    Yes.
7    Q.    Anything besides firearms and
8  prescription drugs come to mind?
9    A.    Alcohol.
10    Q.    Alcohol.  Does that one make
11  sense to you as well?
12    A.    I don't -- I just know there
13  are restrictions as a purchaser.
14    Q.    Okay.
15    A.    That's really all I have to add
16  there.
17    Q.    And tobacco as well?
18    A.    Yes.
19    Q.    Okay.  Now, you mentioned
20  firearms, alcohol, and I mentioned tobacco to
21  you.
22        So let's talk about those, and
23  then we'll talk about prescription drugs.
24        Most individuals who purchase
25  alcohol purchase alcohol to consume the

Page 87

1  alcohol because they enjoy the alcohol.  Is
2  that basically consistent with your
3  understanding of why people might buy
4  alcohol?
5    A.    I don't know why people buy
6  alcohol.  I don't know.  I mean ...
7        MR. CARTER:  I didn't have the
8    time at the break, but I would object
9    to the form of that question.
10        MR. ECKLUND:  That's fine.
11    Q.    (BY MR. ECKLUND) Tobacco, most
12  people purchase it for personal use.  They
13  enjoy smoking tobacco.  They enjoy chewing
14  tobacco.  Maybe they're addicted, but they
15  use tobacco themselves?
16        MR. CARTER:  Same objection.
17    Q.    (BY MR. ECKLUND) What's your
18  understanding of why people purchase
19  prescription drugs?  You're a pharmacist.
20  Why do people most often buy prescription
21  drugs?  Is it because they like ingesting
22  pills or is it because they're looking for a
23  health benefit?
24    A.    They likely have a diagnosed
25  health condition and are seeking treatment of

Page 88

1  that condition.
2    Q.    Okay.  So they're looking to
3  treat a health condition.  They're looking to
4  improve their quality of life?
5        MR. CARTER:  Object to the
6    form.
7        THE WITNESS:  Possibly.
8    Q.    (BY MR. ECKLUND) Possibly?
9  Perhaps a little longer life?  Maintain or
10  manage a condition so that you can live a
11  full and complete life?
12        MR. CARTER:  Form.
13        THE WITNESS:  Possibly.
14    Q.    (BY MR. ECKLUND) Possibly?
15        So consumers purchase and
16  ingest pharmaceuticals most often because of
17  the role they can play in improving or
18  maintaining their health.  Is that fair?
19    A.    Yes.

Page 89