# EXHIBIT 77

1          UNITED STATES DISTRICT COURT

        FOR THE NORTHERN DISTRICT OF OHIO

2               EASTERN DIVISION

3

    IN RE: NATIONAL          )

4   PRESCRIPTION             )   MDL No. 2804

    OPIATE LITIGATION        )

5   _____   )   Case No.

                             )   1:17-MD-2804

6                            )

    THIS DOCUMENT RELATES     )  Hon. Dan A.

7   TO ALL CASES             )   Polster

8

            FRIDAY, JANUARY 4, 2019

9

     HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

10           CONFIDENTIALITY REVIEW

11                  - - -

12          Videotaped deposition of Ramona

13   Sullins, held at the offices of JONES DAY, 77

14   West Wacker Drive, Chicago, Illinois,

15   commencing at 7:31 a.m., on the above date,

16   before Carrie A. Campbell, Registered

17   Diplomate Reporter, Certified Realtime

18   Reporter, Illinois, California & Texas

19   Certified Shorthand Reporter, Missouri &

20   Kansas Certified Court Reporter.

21                  - - -

        GOLKOW LITIGATION SERVICES

22     877.370.3377 ph | 917.591.5672 fax

             deps@golkow.com

23

24

25

Highly Confidential - Subject to Further Confidentiality Review





Page 96

4    Q.    Do you recall -- strike that.
5         All right.  Are you aware the
6  country is undergoing an opioid epidemic?
7    A.    I am aware of that.
8    Q.    When did you become aware of
9  that?
10   A.    I don't know exactly when.
11 I've seen it in the news.
12   Q.    Did you ever discuss it at
13 work?
14   A.    No.

Highly Confidential - Subject to Further Confidentiality Review

