# EXHIBIT 78

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION, | ) | MDL No. 2804 |
| | ) | Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO ALL CASES | ) | Hon. Dan A. Polster |

__ __ __

Wednesday, January 9, 2019

__ __ __

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

__ __ __

Videotaped Deposition of GEORGE CHAPMAN, held at 4206 South J.B. Hunt Drive, Rogers, Arkansas, commencing at 9:00 a.m., on the above date, before Debra A. Dibble, Certified Court Reporter, Registered Diplomate Reporter, Certified Realtime Captioner, Certified Realtime Reporter and Notary Public.

__ __ __

GOLKOW LITIGATION SERVICES
877.370.3377 ph | fax 917.591.5672
deps@golkow.com

[redacted]

[redacted]

[redacted]

[redacted]

Page 90

[redacted]

Page 91

[redacted]

Page 92

[redacted]

Page 93

[redacted]

Page 94

Q. (BY MR. INNES) And when did that understanding change to your current understanding?
A. I can't remember an exact date, but it would be after conversations began around the opioid crisis.

Page 95

Q. When did the opioid crisis begin?
MR. VARNADO: Object to the form.
THE WITNESS: I first became aware of when everyone was using the term around -- "opioid crisis" -- probably 2014, 2015.
Q. (BY MR. INNES) So is that around the time your understanding changed?
A. My understanding of?
Q. Diversion.
A. I'm sorry?
Q. Diversion.
A. Yes.
Q. End of 2014, beginning of 2015, you came to a different understanding of diversion? Your current understanding of diversion?
A. That a suspicious order could be considered as diversion.

Page 96

Page 97

Page 98

Page 99

MR. INNES: For the record, now

Page 100

I'm getting glare off the computer screen, so we're all on an even playing field.

MR. VARNADO: All in it together now.

MR. INNES: I just want the record to be clear now.

THE WITNESS: The sun is terrible.

(Discussion off the record.)

THE VIDEOGRAPHER: Let's go off the record for one second, if that's okay.

MR. INNES: Sure.

THE VIDEOGRAPHER: 11:08. We are off video record.

(Recess taken, 11:08 a.m. to 11:17 a.m.)

THE VIDEOGRAPHER: 11:17. We are on the video record.

Q. (BY MR. INNES) Mr. Chapman, let me continue on this same vein for a little while.

Page 101

[redacted]

[redacted]

[redacted]

[redacted]

Page 194

[redacted]

Page 195

[redacted]

Page 196

[redacted]

Page 197

[redacted]

Page 198

Q. (BY MR. INNES) At this point in time, you're well aware of the opioid crisis that is going on in October of 2015; is that right?

A. At this time period, the opioid crisis was a topic of conversation around the U.S.

Page 199

Q. Was it a topic of conversation at Walmart?

A. Yes, we would have been having conversations that this was a national issue.

Q. And now your department is taking the mantle on Walmart's efforts to make sure that the opioid crisis can be abated; is that right?

MR. VARNADO: Object to the form.

THE WITNESS: We would have been responsible for -- in 2015, of taking over the suspicious order monitoring.

Page 200

Page 201

Case: 1:17-md-02804-DAP Doc #: 1934-77 Filed: 07/22/19 10 of 10. PageID #: 100085

[redacted]

[redacted]

[redacted]

[redacted]