# EXHIBIT 79

Highly Confidential - Subject to Further Confidentiality Review

```
  1                 UNITED STATES DISTRICT COURT
                  FOR THE NORTHERN DISTRICT OF OHIO
  2                       EASTERN DIVISION

  3    IN RE: NATIONAL              )    MDL No. 2804
       PRESCRIPTION OPIATE          )
  4    LITIGATION,                  )    Case No.
                                    )    1:17-MD-2804
  5                                 )
       THIS DOCUMENT RELATES TO     )    Hon. Dan A.
  6    ALL CASES                    )    Polster
                                    )
  7
  8                          — — —
  9              Thursday, January 10, 2019

                             — — —
 10
          HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
 11                 CONFIDENTIALITY REVIEW

                             — — —
 12
 13
 14
 15         Videotaped Deposition of ROXANNE REED,
       held at 4206 South J.B. Hunt Drive, Rogers,
 16    Arkansas, commencing at 8:08 a.m., on the
       above date, before Debra A. Dibble, Certified
 17    Court Reporter, Registered Diplomate
       Reporter, Certified Realtime Captioner,
 18    Certified Realtime Reporter and Notary
       Public.
 19
 20
 21
                             — — —
 22
                  GOLKOW LITIGATION SERVICES
 23          877.370.DEPS | fax 917.591.5672
                     deps@golkow.com
 24
 25
```

Golkow Litigation Services                              Page 1 (1)



Highly Confidential - Subject to Further Confidentiality Review

Page 82

Page 83

```
16    Q.    Are you aware that our country
17  is in the middle of an opioid crisis?
18    A.    Yes.
19        MS. FUMERTON:  Objection, form.
20    Q.    (BY MR. BOWER)  And when did
21  you first become aware of the opioid crisis?
22        MS. FUMERTON:  Objection, form.
23        THE WITNESS:  I don't know the
24  exact time.
25    Q.    (BY MR. BOWER)  Do you know an
```

Page 84

```
1   approximate time?
2     A.    I would say that those terms I
3   first heard in the media within the last
4   couple of years.
5     Q.    By "those terms," you mean
6   opioid crisis?
7     A.    Yes.
8     Q.    What about a broader issue with
9   respect to abuse of controlled substances?
10        MS. FUMERTON:  Objection, form.
11        THE WITNESS:  What's your
12    question?
13    Q.    (BY MR. BOWER)  I'm just trying
14  to figure out.  You seem to be stuck on my
15  term "opioid crisis."  I'm just trying to
16  figure out if you use different terms, if you
17  define it as abuse of prescription drugs, of
18  drug issues with respect to Schedule II
19  narcotics.  Anything broader than that.  When
20  did you first become aware that our country
21  was having a problem with prescription drug
22  abuse?
23        MS. FUMERTON:  Objection, form.
24        THE WITNESS:  So I've worked in
25    the health and wellness space the
```

Page 85

```
1   majority of my career.  Now, I've
2   worked in an independent pharmacy when
3   I was in high school, in college.  And
4   so I would say that's been something
5   that's been known by me for the
6   majority of my career, that ...
7     Q.    (BY MR. BOWER)  I don't want to
8   cut you off.  Are you --
9     A.    Yeah.
```

