EXHIBIT 81

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                  EASTERN DIVISION
 3   IN RE: NATIONAL          )    MDL No. 2804
     PRESCRIPTION OPIATE      )
 4   LITIGATION,              )    Case No.
                              )    1:17-MD-2804
 5                            )
     THIS DOCUMENT RELATES TO )    Hon. Dan A.
 6   ALL CASES                )    Polster
                              )
 7
 8                     __ __ __
 9             Wednesday, January 23, 2019
                       __ __ __
10
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                CONFIDENTIALITY REVIEW
                       __ __ __
12
13
14
15         Videotaped Deposition of SUSANNE
     HILAND, held at 4206 South J.B. Hunt Drive,
16   Rogers, Arkansas, commencing at 8:25 a.m., on
     the above date, before Debra A. Dibble,
17   Certified Court Reporter, Registered
     Diplomate Reporter, Certified Realtime
18   Captioner, Certified Realtime Reporter and
     Notary Public.
19
20                     __ __ __
21
22
             GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | fax 917.591.5672
                  deps@golkow.com
24
25
```



Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review







Highly Confidential - Subject to Further Confidentiality Review



21          Q.       (BY MR. INNES)   The first

22   paragraph reads -- I can read it in total,

23   "By any measure, opioid abuse in the

24   United States has reached crisis proportions.

25   The number of opioid prescriptions has nearly

Highly Confidential - Subject to Further Confidentiality Review

1    tripled from 76 million in 1991 to

2    approximately 207 million in 2013.

3             "The U.S. accounts for

4    80 percent of the world's consumption of

5    opioid painkillers and 99 percent of the

6    hydrocodone.  This remarkable volume is

7    severely harming consumer health, costing the

8    country more than $78 billion annually in

9    associated costs and taking a tragic toll on

10    countless individuals and society as a

11    whole."

12             Do you agree with the sum and

13    substance of that paragraph?

14             MS. TABACCHI:  Object to the

15        form.

16             THE WITNESS:  I don't have any

17        reason to dispute these as being

18        accurate.

19        Q.    (BY MR. INNES)  Okay.  What's

20    interesting to me is that this paragraph

21    discusses opioid prescriptions.  It doesn't

22    discuss opioid distribution, does it?

23        A.    Not -- no.

Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review



Highly Confidential - Subject to Further Confidentiality Review



6          MR. INNES:  Can we go off the

7     record?

8          THE VIDEOGRAPHER:  4:35.  We

9     are off the video record.

10          (Recess taken, 4:35 p.m. to

11     4:44 p.m.)

12          THE VIDEOGRAPHER:  4:45.  We

13     are on the video record.

14     Q.     (BY MR. INNES)  Okay,

15     Ms. Hiland, we're back.  We'll make one final

16     push.  I think we can be quick about this.