EXHIBIT 83

```
 1               UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3

     IN RE: NATIONAL          )
 4   PRESCRIPTION             )   MDL No. 2804
     OPIATE LITIGATION        )
 5   _____   )   Case No.
                              )   1:17-MD-2804
 6                            )
     THIS DOCUMENT RELATES     )   Hon. Dan A.
 7   TO ALL CASES             )   Polster
 8
                 TUESDAY, JANUARY 15, 2019
 9
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                 CONFIDENTIALITY REVIEW
11                        - - -
12           Videotaped deposition of Karen
13   Harper, held at the offices of STINSON
14   LEONARD STREET LLP, 7700 Forsyth Boulevard,
15   Suite 1000, St. Louis, Missouri, commencing
16   at 9:09 a.m., on the above date, before
17   Carrie A. Campbell, Registered Diplomate
18   Reporter and Certified Realtime Reporter.
19
20
21
22                         - - -
               GOLKOW LITIGATION SERVICES
23        877.370.3377 ph | 917.591.5672 fax
                    deps@golkow.com
24
25
```

|  | Page 30 |
|---|---|
| 1 | Q. Okay. Do you have an 09:23:54 |
| 2 | approximate recollection of how much you 09:23:55 |
| 3 | made? 09:23:57 |
| 4 | A. No, sir. 09:23:57 |
| 5 | Q. Okay. Do you recall if it was 09:23:59 |
| 6 | $75,000 or more or above? 09:24:01 |
| 7 | A. No, sir, I don't recall. 09:24:03 |
| 8 | Q. Okay. Do you know what your 09:24:04 |
| 9 | salary is currently? 09:24:09 |
| 10 | A. Yes. 09:24:10 |
| 11 | Q. Okay. And you're currently 09:24:13 |
| 12 | director of controlled substance compliance, 09:24:15 |
| 13 | correct? 09:24:18 |
| 14 | A. Yes. 09:24:19 |
| 15 | Q. And what is your salary 09:24:19 |
| 16 | currently? 09:24:21 |
| 17 | A. It's -- I'm going to give you 09:24:21 |
| 18 | two numbers because I get that mixed up as 09:24:24 |
| 19 | well, I'm sorry. It's either ▓▓▓ or 09:24:27 |
| 20 | ▓▓▓ per year. 09:24:31 |
| 21 | Q. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 09:24:32 |
| 22 | A. ▓ 09:24:34 |
| 23 | Q. ▓▓▓▓▓▓▓▓▓▓▓ 09:24:35 |
| 24 | ▓▓▓▓▓ 09:24:39 |
| 25 | A. ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 09:24:40 |

|  | Page 31 |
|---|---|
| 1 | ▓▓▓▓. 09:24:42 |
| 2 | Q. And when did you start 09:24:42 |
| 3 | ▓▓▓▓▓▓▓▓▓▓▓▓▓▓▓ 09:24:44 |
| 4 | A. I don't recall the year. 09:24:44 |
| 5 | Q. Okay. And do you have any 09:24:45 |
| 6 | other -- do you have a retirement package at 09:24:49 |
| 7 | all? 09:24:51 |
| 8 | A. Yes. 09:24:52 |
| 9 | Q. Okay. And what does that 09:24:53 |
| 10 | consist of? 09:24:54 |
| 11 | A. It's 401(k). 09:24:55 |
| 12 | Q. Okay. Other than the 401(k) 09:24:56 |
| 13 | and ▓▓▓▓▓▓▓▓▓▓▓▓▓▓, do you 09:24:58 |
| 14 | have any other additional compensation in 09:25:01 |
| 15 | addition to your salary? 09:25:04 |
| 16 | A. Yes. 09:25:05 |
| 17 | Q. And what does that consist of? 09:25:07 |
| 18 | A. A bonus, an annual bonus. 09:25:08 |
| 19 | Q. Okay. And approximately how 09:25:10 |
| 20 | much is that? 09:25:11 |
| 21 | A. It's -- it's a percent of the 09:25:11 |
| 22 | salary based upon the performance of the 09:25:14 |
| 23 | company. 09:25:17 |
| 24 | Q. Okay. And what's the 09:25:17 |
| 25 | approximate percentage that you received last 09:25:18 |

|  | Page 32 |
|---|---|
| 1 | year? 09:25:20 |
| 2 | A. It's ▓ percent. 09:25:20 |
| 3 | Q. Okay. And has that -- over the 09:25:23 |
| 4 | time that you've either been senior manager 09:25:27 |
| 5 | or director of controlled substance 09:25:28 |
| 6 | compliance, has it been that approximate 09:25:30 |
| 7 | percentage? 09:25:32 |
| 8 | A. Yes. 09:25:32 |
| 9 | Q. Okay. Great. 09:25:34 |
| 10 | Ms. Harper, have you reviewed 09:25:35 |
| 11 | any court documents or pleadings in this 09:25:39 |
| 12 | case? 09:25:42 |
| 13 | A. I'm not certain. 09:25:42 |
| 14 | Q. Okay. Are you aware that 09:25:46 |
| 15 | there's a case currently pending in Ohio, 09:25:49 |
| 16 | generally titled the national opioid 09:25:54 |
| 17 | litigation? 09:25:56 |
| 18 | A. Yes. 09:25:56 |
| 19 | Q. And you're aware that there are 09:25:57 |
| 20 | approximately 1500 jurisdictions that have 09:25:58 |
| 21 | filed suit against various manufacturers, 09:26:02 |
| 22 | distributors and retail pharmacies of 09:26:07 |
| 23 | prescription opioids? 09:26:08 |
| 24 | A. Yes. 09:26:08 |
| 25 | Q. Okay. And are you aware that 09:26:08 |

|  | Page 33 |
|---|---|
| 1 | these jurisdictions have alleged that these 09:26:09 |
| 2 | entities are responsible for the opioid 09:26:12 |
| 3 | crisis? 09:26:14 |
| 4 | A. Yes. 09:26:15 |
| 5 | Q. Okay. By the way, are you 09:26:16 |
| 6 | aware -- strike that. 09:26:20 |
| 7 | Are you generally aware that 09:26:20 |
| 8 | these jurisdictions are alleging that these 09:26:25 |
| 9 | entities should be responsible for the costs 09:26:28 |
| 10 | that these entities have incurred as a result 09:26:30 |
| 11 | of responding to the opioid crisis? 09:26:33 |
| 12 | A. Yes, in general. 09:26:35 |
| 13 | Q. Okay. And are you aware of any 09:26:36 |
| 14 | complaints that have actually been filed 09:26:39 |
| 15 | against your company? 09:26:42 |
| 16 | A. No. 09:26:43 |
| 17 | Q. Okay. So you haven't read any 09:26:46 |
| 18 | of the complaints that have been filed 09:26:47 |
| 19 | against Mallinckrodt? 09:26:50 |
| 20 | A. I've read pieces of the MDL, 09:26:51 |
| 21 | but nothing specific to Mallinckrodt. 09:26:55 |
| 22 | Q. Okay. When you say "pieces of 09:26:56 |
| 23 | the MDL," what do you mean? 09:26:59 |
| 24 | A. The multi-district litigation. 09:27:01 |
| 25 | Q. And particularly when you say 09:27:03 |

Page 34

1  "pieces," I'm just trying to get an                09:27:04
2  understanding of what you've reviewed.             09:27:06
3      A.   So we receive a pharma news              09:27:07
4  brief every single day, and so there will be      09:27:10
5  excerpts from the various matters related to      09:27:13
6  the MDL, Judge Polster's rulings, et cetera.      09:27:16
7      Q.   I see.                                    09:27:20
8           So in other words, you're                 09:27:20
9  getting and receiving and reviewing these         09:27:22
10 news updates about the MDL?                       09:27:26
11     A.   Correct.                                  09:27:28
12     Q.   Okay.  Great.                             09:27:29
13          Ms. Harper, do you agree that            09:27:30
14 there's an opioid epidemic in this country?       09:27:35
15          MR. O'CONNOR:  Object to form.           09:27:37
16          THE WITNESS:  Yes, I do.                 09:27:38
17 QUESTIONS BY MR. KO:                              09:27:39
18     Q.   Okay.  And are you aware that            09:27:41
19 there's been an opioid epidemic in this           09:27:43
20 country for quite some time?                      09:27:45
21          MR. O'CONNOR:  Object to form.           09:27:47
22          THE WITNESS:  I don't know,              09:27:47
23     sir, what you mean by "quite some             09:27:50
24     time."                                        09:27:51
25          Can you -- I don't know.                 09:27:52

Page 35

1  QUESTIONS BY MR. KO:                              09:27:53
2      Q.   When did you first start                 09:27:54
3  believing that there was an opioid epidemic       09:27:57
4  in this country?                                  09:28:02
5           MR. O'CONNOR:  Object to form.           09:28:03
6           THE WITNESS:  Approximately              09:28:04
7      mid-2000s.                                    09:28:05
8  QUESTIONS BY MR. KO:                              09:28:06
9      Q.   Mid-2000s?                               09:28:07
10     A.   Yes, sir.                                09:28:08
11     Q.   Okay.  Are you familiar with             09:28:08
12 Mallinckrodt's market share of prescription       09:28:10
13 opioids?                                          09:28:13
14     A.   On some products, yes.                   09:28:13
15     Q.   Okay.  With respect to the               09:28:18
16 generic product line of Mallinckrodt, are you     09:28:20
17 aware of Mallinckrodt's market share in the       09:28:24
18 generic line of business?                         09:28:27
19     A.   Not overall, no, sir.                    09:28:29
20     Q.   Okay.  Are you aware that                09:28:31
21 Mallinckrodt has been either the number one       09:28:34
22 or number two in terms of market share            09:28:36
23 generic manufacturer of prescription opioids      09:28:40
24 for the last 20 or so years?                      09:28:42
25          MR. O'CONNOR:  Object to form.           09:28:43

Page 36

1           THE WITNESS:  That is not                09:28:44
2      the sta -- pardon me, the statistic I        09:28:46
3      have heard.                                   09:28:48
4  QUESTIONS BY MR. KO:                              09:28:48
5      Q.   Okay.  What is the statistic             09:28:49
6  that you have heard?                              09:28:50
7      A.   That we're in the top five --            09:28:50
8      Q.   Okay.                                    09:28:50
9      A.   -- of the share of generic               09:28:53
10 suppliers.                                        09:28:55
11     Q.   Okay.  And generic suppliers of          09:28:55
12 prescription opioids in particular, correct?      09:28:58
13     A.   Yes.                                     09:28:59
14     Q.   Okay.  And currently, do you             09:29:00
15 understand that Mallinckrodt has the number       09:29:05
16 one market share of generic prescription          09:29:07
17 opioids?                                          09:29:10
18          MR. O'CONNOR:  Object to form.           09:29:10
19          THE WITNESS:  I don't -- I'm             09:29:11
20     sorry.  I don't know.  I don't know          09:29:12
21     our current market position.                  09:29:13
22 QUESTIONS BY MR. KO:                              09:29:14
23     Q.   Okay.  During your time as               09:29:14
24 director or senior manager of controlled          09:29:18
25 substance compliance, have you ever inquired      09:29:21

Page 37

1  as to the market share of Mallinckrodt with       09:29:23
2  respect to prescription opioids?                  09:29:26
3      A.   On certain specific drug                 09:29:28
4  substances, yes.                                  09:29:31
5      Q.   And which specific drug                  09:29:32
6  substances?                                       09:29:34
7      A.   So I'll use the example                  09:29:34
8  methylphenidate.  When we're applying for         09:29:40
9  quota, if there is an intent or if we have a     09:29:43
10 belief that we will grow our market share, I      09:29:46
11 need to learn the existing market share that      09:29:48
12 Mallinckrodt holds.                               09:29:51
13     Q.   Okay.  And when over the last            09:29:52
14 20 or so years have you inquired into that?       09:29:57
15          Has that been inquiries that             09:30:03
16 you've made on a fairly regular basis?            09:30:04
17          MR. O'CONNOR:  Object to form.           09:30:07
18          THE WITNESS:  Yes, in                    09:30:07
19     coordination with quota requests to          09:30:08
20     DEA, yes.                                     09:30:09
21 QUESTIONS BY MR. KO:                              09:30:10
22     Q.   And those quota requests on an           09:30:10
23 annual basis, correct?                            09:30:13
24     A.   Quota is granted on an annual            09:30:13
25 basis, but the requests are an iterative          09:30:16

Page 38

```
 1  process throughout a calendar year.           09:30:19
 2      Q.   Okay.  And so you would say          09:30:20
 3  that you have regularly -- I just want to     09:30:22
 4  make sure I understand when you -- when you   09:30:25
 5  have inquired into understanding              09:30:28
 6  Mallinckrodt's market share, and you've said  09:30:30
 7  on a fairly consistent basis, correct?        09:30:32
 8      A.   Yes.                                 09:30:34
 9      Q.   Okay.  And consistent means          09:30:36
10  throughout the year, as you've described, in  09:30:40
11  connection with issues when dealing with      09:30:42
12  quota requests to the DEA?                    09:30:45
13          MR. O'CONNOR:  Object to form.        09:30:47
14          THE WITNESS:  Yes, throughout         09:30:47
15      the year, but on certain drug             09:30:49
16      substances at different times, sir.       09:30:51
17  QUESTIONS BY MR. KO:                          09:30:52
18      Q.   Okay.  Going back to your            09:30:53
19  current position as director of controlled    09:30:57
20  substance compliance --                       09:31:01
21      A.   Sorry.                               09:31:02
22      Q.   That's okay.                         09:31:03
23          -- when did you become                09:31:05
24  director?                                     09:31:07
25      A.   Within the last six months.          09:31:08
```

Page 39

```
 1      Q.   Okay.  So fairly recently?           09:31:11
 2      A.   Yes, sir.                            09:31:12
 3      Q.   And before that, you were            09:31:13
 4  senior manager of controlled substance        09:31:15
 5  compliance, correct?                          09:31:17
 6      A.   Yes.                                 09:31:18
 7      Q.   Okay.  And so was this               09:31:18
 8  considered a promotion?                       09:31:20
 9      A.   Yes.                                 09:31:21
10      Q.   Okay.  And who did you replace,      09:31:22
11  if at all?  If anyone?                        09:31:25
12      A.   No one.                              09:31:27
13      Q.   So was this position created         09:31:28
14  for you?                                      09:31:30
15      A.   Yes.                                 09:31:30
16      Q.   Okay.  And what were the             09:31:31
17  circumstances of creating this position?      09:31:34
18      A.   It was an evolution, if you          09:31:36
19  will, of my -- my existing job                09:31:39
20  responsibilities that merited a different     09:31:43
21  title.                                        09:31:46
22      Q.   Okay.  And now that you're           09:31:46
23  director, do you have people that report to   09:31:55
24  you?                                          09:31:56
25      A.   Yes.                                 09:31:56
```

Page 40

```
 1      Q.   And who reports to you?              09:31:57
 2      A.   I have two direct reports.           09:31:58
 3  They are managers of controlled substances    09:32:01
 4  compliance.                                   09:32:04
 5      Q.   And who are they?                    09:32:07
 6      A.   There's a gentleman named --         09:32:07
 7  his name is Dave Hunter.                      09:32:10
 8      Q.   And who is the other person?         09:32:14
 9  You said there were two?                      09:32:17
10      A.   Eileen Spaulding.                    09:32:17
11      Q.   Okay.  And you have worked with      09:32:19
12  Mr. Hunter and Ms. Spaulding before, correct? 09:32:21
13      A.   Correct.                             09:32:24
14      Q.   And you worked with them in          09:32:25
15  connection with the controlled substance      09:32:26
16  compliance team throughout the time you were  09:32:30
17  senior manager, correct?                      09:32:31
18      A.   Correct.                             09:32:32
19          (Mallinckrodt-Harper Exhibit 1        09:32:40
20      marked for identification.)               09:32:40
21  QUESTIONS BY MR. KO:                          09:32:40
22      Q.   I'd like to hand you an              09:32:41
23  exhibit.  Go ahead and mark this as Harper    09:32:42
24  Exhibit 1.                                    09:32:56
25          And there's no Bates on this,         09:33:09
```

Page 41

```
 1  but this -- this appears to be a printout of  09:33:12
 2  your LinkedIn profile; is that correct?       09:33:14
 3      A.   Yes.                                 09:33:16
 4      Q.   And does that appear to be an        09:33:16
 5  accurate reflection or copy of your LinkedIn  09:33:19
 6  profile?                                      09:33:23
 7      A.   Yes.                                 09:33:23
 8      Q.   And I don't want to spend too        09:33:23
 9  much time on it, but I do want to ask you a   09:33:25
10  question about your involvement in the        09:33:27
11  National Association of Drug Diversion        09:33:33
12  Investigators.                                09:33:36
13          Do you see that reference?  I         09:33:37
14  believe that's on the next page.              09:33:38
15      A.   Yes, I see it.  Yes.                 09:33:43
16      Q.   And it indicates that you've         09:33:44
17  been a member of the NADDI since 2013?        09:33:46
18      A.   Yes.                                 09:33:50
19      Q.   What is the NADDI?                   09:33:51
20      A.   It's a group -- it's a               09:33:54
21  consortium of industry, law enforcement       09:34:00
22  leaders that assemble to discuss the issues   09:34:05
23  around diversion.                             09:34:10
24      Q.   Okay.  And diversion of              09:34:12
25  controlled substances?                        09:34:14
```