# EXHIBIT 87

Highly Confidential - Subject to Further Confidentiality Review

```
 1                 UNITED STATES DISTRICT COURT

 2              FOR THE NORTHERN DISTRICT OF OHIO

 3                       EASTERN DIVISION

 4   IN RE: NATIONAL            *

 5   PRESCRIPTION               *     MDL No. 2804

 6   OPIATE LITIGATION          *        Case No.

 7   _____     *      1:17-MD-2804

 8   THIS DOCUMENT RELATES      *       Hon. Dan A.

 9   TO ALL CASES               *         Polster

10

11              THURSDAY, DECEMBER 13, 2018

12

13       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

14                CONFIDENTIALITY REVIEW

15                       - - -

16       Videotaped deposition of DEANNA STACY AYERS

17       CHICK, held at the Law Offices of Robbins

18       Geller Rudman & Dowd, 3424 Peachtree Road, NE,

19       Suite 1650, Atlanta, Georgia, commencing

20       at 9:11 a.m., on the above date, before

21       Lois A. Robinson, Registered Diplomate

22       Reporter and Certified Realtime Reporter.

23

24

25
```

Page 38

1 called Avapro and Avalide.
2 Q Which is --
3 A So these are angiotensin inhibitors;
4 Avapro and Avalide in particular.
5 Q Those were -- so were all the drugs
6 cardiovascular-related?
7 A Yes. And also -- I beg your
8 pardon -- in the metabolism side of the business,
9 I had responsibility for Lantus.
10 Q What was that?
11 A A basal insulin.
12 MR. CHALOS:
13     These are American problems, Peter.
14 Peter's Dutch. We are in America.
15 Q Okay. And, then, what else -- what did
16 you do after that?
17 A So I returned to the market access team
18 as vice president of account management.
19 Q Was that for the entire portfolio?
20 A Yes.
21 Q And then what?
22 A And then I was recruited to Archimedes.
23 And, so, I left Sanofi and joined Archimedes.
24 Q Did Sanofi make an opioid product while
25 you were with the company?

Page 39

1 A I don't believe so.
2 Q Okay. So what did -- when you joined
3 Archimedes, you were involved in the market
4 access function? Is that right?
5 A Yes.
6 Q Was that nasal fentanyl, was that their
7 sole product at that point?
8 A Yes.
9 Q That was your first experience with
10 opioids?
11 A Yes.
12 Q Did you receive any training when you
13 joined Archimedes specific to opioids?
14 A Not specific to opioids. I recall
15 being educated around the product itself.
16 Q Did you learn about the risks
17 associated with fentanyl at that point?
18 A So I learned about the risks associated
19 with the product in particular that we were
20 marketing. Yes.
21 Q What were the risks associated with the
22 Archimedes product that you recall?
23 A So I would have to go back and look at
24 the package insert to recall all of the risks.
25 Q Okay. Do you recall any of them?

Page 40

1 A Well, the product delivery system had
2 a -- a measured dosage approach which was in
3 place really to allow for a metered dose, to --
4 Q Uh-huh.
5 A -- not allow, you know, more product to
6 be dispensed than intended, to prevent any -- any
7 type of -- or at least to deter any type of
8 attempted abuse or --
9     And the way in which the product was
10 distributed, not only through the mechanism but
11 also through the -- a gel formulation that was
12 administered to the nasal cavity, also inhibited
13 absorption and metered that approach.
14 Q Do you recall any of the risks
15 associated with the Archimedes product?
16 MR. DAVISON:
17     Objection.
18 A Risks to -- with the Archimedes
19 product?
20 MR. CHALOS:
21 Q Yes, ma'am.
22 A Certainly, it, as a fentanyl product,
23 there were certain risks that would -- would
24 travel with the product. So because the product
25 could be abused in other forms, Archimedes took

Page 41

1 special attention to the mechanism by which the
2 product was dispensed to -- to deter that kind of
3 abuse.
4 Q Was there a risk of addiction with that
5 product?
6 A Yes.
7 Q Did you, when you worked for
8 Archimedes, discuss the risks of the product with
9 the customers that you dealt with?
10 MR. DAVISON:
11     Objection to form.
12 A So I did not personally -- was not
13 personally responsible for customers. But in
14 engaging with account executives in their
15 customer interactions, yes, there were -- the
16 risks of the product were discussed, yes.
17 MR. CHALOS:
18 Q You, in your capacity at Archimedes,
19 dealt with -- did you deal with -- directly with
20 people from other entities, or were you solely
21 focused internally?
22 A So I dealt with people in other
23 entities.
24 Q Okay. And those -- and these other
25 entities were third-party payers, such as

Highly Confidential - Subject to Further Confidentiality Review

| Page 42 | Page 44 |
|---|---|
| 1 insurance companies and people at CMS? | 1  A    Yes. |
| 2  A    Yes. | 2  Q    And then you received an MBA from |
| 3  Q    Right? | 3 Rutgers in Newark, New Jersey?  Sorry.  In |
| 4  A    Yes. | 4 Newark, New Jersey? |
| 5  Q    I'm sorry.  I cut you off, I feel like. | 5  A    Yes. |
| 6  A    I wanted to mention that while I was | 6  Q    Did you -- do you have any education |
| 7 hired to lead the market access function, in the | 7 specific to any medical field? |
| 8 course of my first year of employment there, I | 8  A    No. |
| 9 was also asked to take on the sales | 9  Q    Did you take any courses regarding |
| 10 responsibility as well. | 10 pharmacology when you were in college or in |
| 11  Q    Okay.  And to whom did you sell? | 11 business school? |
| 12  A    So the sales representatives based in | 12  A    No. |
| 13 the field sold to medical oncologists, radiation | 13  Q    Was there a focus of your MBA? |
| 14 oncologists, and -- and those practices, and -- | 14  A    Yes. |
| 15 and hospital systems. | 15  Q    What was that? |
| 16  Q    What was your job?  Were you the | 16  A    Finance. |
| 17 manager of the sales representatives? | 17  Q    Since you finished your formal |
| 18  A    Vice president of sales and market | 18 schooling, have you taken any courses related to |
| 19 access, yes. | 19 any medical subject? |
| 20  Q    Did the sales representatives report | 20  A    No, outside of professional training |
| 21 directly to you? | 21 provided by the companies I was employed by. |
| 22  A    They reported to region managers, who | 22  Q    And that professional training relates |
| 23 reported in to me. | 23 to the company's products?  Is that right? |
| 24  Q    Is there a problem in the United States | 24  A    Yes. |
| 25 today with opioid abuse? | 25  Q    What professional training have you had |

| Page 43 | Page 45 |
|---|---|
| 1 MR. DAVISON: | 1 related to opioids?  We -- we already talked |
| 2       Objection to form. | 2 about the Archimedes training that you had |
| 3  A    So I'm aware of issues associated with | 3 specific to their product.  Is that -- |
| 4 opioid abuse in the US through the news. | 4       Let me back up. |
| 5 MR. CHALOS: | 5       What professional training have you had |
| 6  Q    What type of issues are you aware of? | 6 related to opioids specifically? |
| 7  A    I'm aware of addiction issues. | 7  A    Product-specific training provided by |
| 8  Q    Any others? | 8 my employer. |
| 9  A    No. | 9  Q    One example of that is the Archimedes |
|  | 10 nasal fentanyl product? |
|  | 11  A    Yes. |
|  | 12  Q    Did you receive, when you worked at |
|  | 13 Mallinckrodt, any training related to opioids? |
|  | 14  A    Yes.  Product training specifically. |
|  | 15  Q    Okay.  On which product? |
|  | 16  A    Xartemis XR in particular. |
|  | 17  Q    We're gonna talk about that one a lot. |
|  | 18 It's X-A-R-T-E-M-I-S. |
|  | 19       Oh.  You already had it. |
| 20 MR. CHALOS: | 20       XR. |
| 21  Q    Do you have any -- | 21       Any other products, opioid products, |
| 22       Well, let's go back to your education. | 22 that you received training in connection with? |
| 23 You were -- you received a bachelor of business | 23  A    I did have some training on Exalgo as |
| 24 administration from the University of Georgia; is | 24 well. |
| 25 that right? | 25  Q    Any others? |

Highly Confidential - Subject to Further Confidentiality Review

Page 46

1 A    Not that I recall.
2 Q    Since you left Mallinckrodt, have you
3 had any professional responsibility for any
4 opioids products?
5 A    No.
6 Q    So how did you come to leave
7 Archimedes?
8 A    So the company single asset was
9 acquired by another company. At that same time,
10 I was being recruited by Mallinckrodt. So when
11 the company, Archimedes, dissolved its US
12 operation, I joined Mallinckrodt.
13 Q    Where was Archimedes based?
14 A    Bedminster, New Jersey.
15 Q    Was it affiliated with an international
16 company?
17 A    Yes.
18 Q    Where was that?
19 A    Company was based in Reading, England.
20 Q    Were you recruited by Mallinckrodt for
21 a specific position?
22 A    I was.
23 Q    What is that position?
24 A    I was recruited for the vice president
25 of market access and interviewed for that role

Page 47

1 throughout. When I was interviewed by the CEO,
2 he asked me to consider the vice president of
3 specialty sales role. And that's the position I
4 assumed with Mallinckrodt.
5 Q    Who was the CEO at that point?
6 A    Mark Trudeau.
7 Q    Where did you interview with him?
8 A    In the company's headquarters in
9 Hazelwood, Missouri.
10 Q    Did you ever learn why they thought you
11 were appropriate for specialty sales rather than
12 market access?
13 A    In my discussion -- discussions with
14 executives, there was an appreciation for the
15 breadth of my experience in both market access
16 and in sales. It was at the time a bit unusual
17 to have someone who had the depth and breadth of
18 market access experience as well as sales
19 experience in -- at that level.
20 Q    Did your job with Mallinckrodt as vice
21 president of specialty sales, did that include a
22 market access component?
23 A    It did not.
24 Q    When did you interview with
25 Mr. Trudeau?

Page 48

1 A    That would have been in the summer of
2 2013. I joined the company in August of 2013, so
3 it would have been sometime in the preceding
4 months, June, July, in that time frame.
5 Q    Did you, during the course of the
6 discussion with Mr. Trudeau or at any point
7 before you actually began working for
8 Mallinckrodt, did you learn that there was
9 somebody already in the position of vice
10 president of specialty sales?
11 A    I didn't learn that until I arrived at
12 the company.
13 Q    That was Mr. Wickline?
14 A    Yes.
15 Q    Are you in touch with anyone with
16 Mallinckrodt -- I mean, other than the lawyers --
17 have you been in touch with anyone at
18 Mallinckrodt since you left?
19 A    Since I left the company, I may have
20 had conversations. I don't recall specifically.
21 Q    Do you -- do you keep up with anyone
22 that you -- that works for Mallinckrodt?
23 A    Currently, no.
24 Q    What conversations do you think you had
25 after you left?

Page 49

1 MR. DAVISON:
2      Objection to form.
3 A    So the division that I was part of was
4 dissolved, and, so, I was asked for things like
5 recommendations, job leads. So I engaged in some
6 of that -- that type of discussion.
7 MR. CHALOS:
8 Q    Did you have any friend- --
9 friendship-type relationships with anyone at
10 Mallinckrodt?
11 MR. DAVISON:
12      Objection to form.
13 A    Yes.
14 MR. CHALOS:
15 Q    And -- and none of them continued after
16 you left?
17 A    They did, though I -- I have not been
18 engaged recently with -- with anyone who's
19 currently employed by the company.
20 Q    Do you keep up with anyone who is a
21 former Mallinckrodt employee?
22 A    Yes.
23 Q    Who -- who do you keep up with?
24 A    Mark Sabella.
25 Q    How do you spell that one?