# EXHIBIT 88

Highly Confidential - Subject to Further Confidentiality Review

```
 1            IN THE UNITED STATES DISTRICT COURT
 2             FOR THE NORTHERN DISTRICT OF OHIO
 3                       EASTERN DIVISION
 4       _____
 5       IN RE:                      Case No. 17-MD-2804
                                           MDL No. 2804
 6       NATIONAL PRESCRIPTION       Hon. Dan A. Polster
         OPIATE LITIGATION
 7
         APPLIES TO ALL CASES
 8       _____
 9
10
                           HIGHLY CONFIDENTIAL
11
              SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
12
                    Wednesday, December 19, 2018
13
14
15
16
17          Video Deposition of STEVEN A. BECKER,
18      held at the JW Marriott, 2141 Lindau Lane,
19      Minneapolis, Minnesota, commencing at 9:16 a.m.,
20      on the above date, before Myrina A. Kleinschmidt,
21      Registered Merit Reporter, Certified Realtime
22      Reporter, and Certified Realtime Captioner.
23
24              GOLKOW LITIGATION SERVICES
             877.370.3377 ph | 917.591.5672 fax
25                   deps@golkow.com
```

Page 86

1 suspicious, the order should not be shipped by
2 Mallinckrodt, right?
3     MR. DAVISON: Objection to form.
4   A Our customer service people and product
5 monitoring people handled that.
6 BY MR. LOESER:
7   Q But do you have an understanding of
8 whether suspicious orders should be shipped?
9     MR. DAVISON: Objection to form.
10  A Again, the product managers and customer
11 service handle when and if orders would be
12 shipped.
13 BY MR. LOESER:
14  Q Right, but I'm trying to understand your
15 understanding of this. If an order is identified
16 as suspicious, and it is a suspicious order, is it
17 your understanding that that order should not be
18 shipped?
19     MR. DAVISON: Objection to form.
20  A It should be reviewed before it's shipped.
21 BY MR. LOESER:
22  Q And if the review determines that the
23 order is suspicious, then what happens?
24     MR. DAVISON: Objection to form.
25  A It shouldn't be shipped.

Page 87

1 BY MR. LOESER:
2   Q Does shipping a suspicious order violate
3 the Controlled Substances Act?
4     MR. DAVISON: Objection to form.
5   A I'm not certain. I don't know what the
6 act reads.
7 BY MR. LOESER:
8   Q That was not a -- something on which you
9 were given training when you were at Mallinckrodt?
10    MR. DAVISON: Objection to form.
11  A I didn't do anything with the ordering.
12 BY MR. LOESER:
13  Q Was it your understanding that
14 Mallinckrodt was required to report, to the DEA,
15 suspicious orders?
16  A Yes.
17     MR. DAVISON: Objection to form.
18 BY MR. LOESER:
19  Q And did Mallinckrodt also have a duty to
20 identify suspicious orders by the downstream
21 customers of your distributor clients?
22     MR. DAVISON: Objection to form.
23  A You'd have to define "downstream
24 customers."
25 BY MR. LOESER:

Page 88

1   Q Is that a term that you used, at all,
2 "downstream customers"?
3   A No.
4   Q Did you use the term "indirect customers"?
5   A Yes.
6   Q And what was that?
7   A Indirect customer is somebody that
8 purchases your product through a wholesaler or
9 distributor.
10  Q Okay. So if your wholesale distributor
11 customer -- your wholesale distributor customer is
12 referred to as your direct customers, right?
13  A That's correct.
14  Q And the pharmacies and dispensing
15 physicians and pain clinics, the entities that
16 purchased from your wholesale distributor
17 customers, those are referred to as the indirect
18 customers, correct?
19  A I believe so.
20  Q And you never used the term "downstream
21 customer" for those indirect customers?
22  A No.
23  Q Are you familiar with the term "customers
24 of your customers"?
25  A No.

Page 89

1   Q So when you're referring to the entities
2 that purchased from your wholesale customers, you
3 refer to them as your indirect customers?
4   A Correct.
5   Q And is it your understanding that you had
6 a duty to report, to the DEA, suspicious orders by
7 your indirect customers, from your wholesale
8 distributor customers?
9     MR. DAVISON: Objection to form.
10  A You'd have to ask Karen Harper that, but I
11 believe so.
12     MR. DAVISON: Ready for a break?
13     MR. LOESER: Yes.
14     THE VIDEOGRAPHER: We are going off the
15 record. The time is 10:27 a.m.
16     (A recess was taken from 10:27 a.m. to
17 10:45 a.m.)
18     THE VIDEOGRAPHER: We are back on the
19 record. The time is 10:46 a.m.
20 BY MR. LOESER:
21  Q Earlier, I was asking you about national
22 account managers, and that's how you referred to
23 yourself, as a national account manager?
24  A Correct.
25  Q And there were several other national

Page 90

1 account managers at the same time --
2   A  Correct.
3   Q  -- as you?  And did you all get together
4 occasionally?
5   A  It varies.  We're going to have sales
6 meetings or if we worked a trade show together.
7   Q  And how often did that occur?
8   A  It varied from year to year, but usually,
9 once a quarter.
10   Q  And would you also communicate by e-mail,
11 frequently?
12   A  Certainly.
13   Q  And in your conversations with the other
14 national account managers, did you talk about any
15 difficulties or issues you were having with
16 clients or customers?
17   A  Could have.
18   Q  And what are the other kinds of things
19 that you would talk about with your national
20 account manager colleagues?
21   A  Just basically business.  You know, what
22 account's doing what, what your account -- how
23 would you handle this, you know, comparison of
24 accounts.
25   Q  And did you have a good relationship with

Page 91

1 your co-national account managers?
2   A  I believe so.
3   Q  And did you have a better relationship
4 with some than others?
5   A  I'm sure I did.
6   Q  Do you recall, who among the group were
7 you closest to?
8   A  Bonnie New, Dave Irwin, probably.
9   Q  And do you recall why those two in
10 particular?
11   A  No.  Personalities probably just matched
12 up proper.
13   Q  And did you not get along with any of your
14 co --
15   A  No.
16   Q  -- account managers?
17      Okay.  Where we left off, I was asking
18 about suspicious -- suspicious orders, and are you
19 familiar with the characteristics of a suspicious
20 order?
21      MR. DAVISON:  Objection to form.
22   A  Well, define "characteristics," please.
23 BY MR. LOESER:
24   Q  Well, can you define the characteristics
25 of a suspicious order?

Page 92

1      MR. DAVISON:  Objection to form.
2   A  That wasn't my job.  You would have to ask
3 Karen Harper what the characteristics are.
4 BY MR. LOESER:
5   Q  Did you have any sense at all, that you
6 recall, of what the characteristics were of a
7 suspicious order?
8      MR. DAVISON:  Objection to form.
9   A  On a wholesale level, if the order was
10 over their normal averages, that would most likely
11 by a department, by a suspicious product
12 monitoring people be tagged as a suspicious order.
13 BY MR. LOESER:
14   Q  And that would be considered a red flag?
15      MR. DAVISON:  Objection to form.
16 BY MR. LOESER:
17   Q  Is that how that term was used?
18      MR. DAVISON:  Objection to form.
19   A  I don't know if we used that term, but
20 that's -- it would -- if the volumes were such and
21 the average -- or the order was over a certain
22 parameter, which I did not set, that was set by
23 the product monitoring people, it would be tagged
24 as a suspicious order.
25 BY MR. LOESER:

Page 93

1   Q  And can you think of other circumstances
2 that would get an order tagged as suspicious?
3      MR. DAVISON:  Objection to form.
4   A  New product that they hadn't ordered
5 before.
6 BY MR. LOESER:
7   Q  Anything else?
8      MR. DAVISON:  Objection.
9   A  That's just -- that's all I can think of
10 at this point.
11 BY MR. LOESER:
12   Q  And were you involved, at all, in helping
13 Mallinckrodt identify suspicious orders?
14   A  No, I didn't see the orders.  The orders
15 all came in in computerized orders, so I didn't
16 see the orders, so that was left up to our product
17 monitoring people.
18   Q  And you've mentioned Karen Harper a number
19 of times.  Is she -- does she fall under the
20 product monitoring people category?
21   A  I believe so.
22   Q  And do you recall what her position was?
23   A  I'm not certain what her title was.
24   Q  And did the product monitoring people
25 consult with you about orders that they thought

Page 94

1 might be suspicious?
2   A  I would get an e-mail if they had a
3 suspicious order.
4   Q  And then what would you do?
5   A  I'd have to follow up with the account to
6 find out why an order may be higher than the norm.
7 Clarify.
8   Q  And prior to 2011, did you -- did you ever
9 recommend that an order be cancelled because you
10 believed it was suspicious?
11  A  Not that I recall.
12  Q  And after 2011, do you recall that?
13  A  Not that I recall.
14  Q  Were there any incentives offered to you
15 to report suspicious orders?
16  A  No.
17  Q  When you were evaluated, was there any
18 consideration of whether you had identified
19 suspicious orders?
20     MR. DAVISON:  Objection to form.
21  A  I don't recall.
22 BY MR. LOESER:
23  Q  Would it have been appropriate for you, as
24 a national account manager from Mallinckrodt, to
25 ask a distributor client to ship opioids to a

Page 95

1 pharmacy as a favor for a family member of a
2 customer?
3   A  No.
4      MR. DAVISON:  Objection to form.
5   A  No.
6 BY MR. LOESER:
7   Q  Why not?
8      MR. DAVISON:  Objection to form.
9   A  Why would I do that?  It's -- no.
10 BY MR. LOESER:
11  Q  No, because it would be illegal?
12     MR. DAVISON:  Objection to form.
13  A  I would never do it.  It's not -- anything
14 to do with our products and family members was
15 prohibited.
16 BY MR. LOESER:
17  Q  Prohibited by Mallinckrodt?
18  A  Most likely, yes.
19     MR. DAVISON:  Objection to form.
20 BY MR. LOESER:
21  Q  And prohibited by the DEA as well?
22  A  I would imagine so.
23     MR. DAVISON:  Objection to form.
24 BY MR. LOESER:
25  Q  Mr. Becker, do you agree that there's an

Page 96

1 opioid crisis in this country?
2   A  I believe you asked me that before, and I
3 said yes.
4   Q  And in what year did you realize that
5 there was an opioid crisis in this country?
6   A  I don't recall what year I realized it.
7   Q  Was it after the time you started working
8 for Mallinckrodt?
9      MR. DAVISON:  Objection to form.
10  A  After I first started working there?  Yes.
11 BY MR. LOESER:
12  Q  Early in your time there?
13  A  I wouldn't say early.
14  Q  And how did you become aware that there
15 was an opioid crisis in this country?
16  A  Various news articles and things I would
17 read, periodicals, business periodicals.
18  Q  And did you ever investigate the extent to
19 which pills manufactured by Mallinckrodt
20 contributed to the problem?
21     MR. DAVISON:  Objection to form.
22  A  Could you repeat the question?
23 BY MR. LOESER:
24  Q  Did you ever investigate the extent to
25 which pills manufactured by Mallinckrodt

Page 97

1 contributed to the opioid crisis?
2   A  No.
3      MR. DAVISON:  Objection to form.
4 BY MR. LOESER:
5   Q  Did you evaluate whether particular types
6 of pills manufactured by Mallinckrodt were prone
7 to abuse or diversion?
8      MR. DAVISON:  Objection to form.
9   A  Repeat that, please.
10 BY MR. LOESER:
11  Q  Did you evaluate whether particular types
12 of pills manufactured by Mallinckrodt were prone
13 to abuse or diversion?
14     MR. DAVISON:  Objection to form.
15  A  I did not evaluate, no.
16 BY MR. LOESER:
17  Q  I think there was a cough while you
18 were --
19     MR. LOESER:  Did you get the answer?
20     (Reporter clarification.)
21 BY MR. LOESER:
22  Q  Are you aware that oxycodone 15 milligram
23 and 30 milligram were the most widely abused and
24 diverted Mallinckrodt products?
25     MR. DAVISON:  Objection to form.

Page 98

1    A   No.
2   BY MR. LOESER:
3    Q   Are you aware that your distributor
4   clients purchased millions of these pills from
5   Mallinckrodt?
6        MR. DAVISON:  Objection to form.
7    A   I'm not certain how many they purchased.
8   BY MR. LOESER:
9    Q   But you were aware, when you worked there,
10  of the number of pills that your customers
11  purchased --
12       MR. DAVISON:  Objection to form.
13   A   I had no idea on the number of pills.  I
14  didn't use a tablet count on purchases.
15  BY MR. LOESER:
16   Q   What did you use?
17   A   Bottles.
18   Q   How many --
19   A   Cases.  I never saw the orders.  All the
20  orders were done electronically.
21   Q   So if the metric you used was bottles, how
22  many pills are in a bottle?
23   A   It would vary on the type of bottle that
24  was used.
25   Q   And was there no standard measure when you

Page 99

1   referred to a bottle?
2    A   There was hundreds and 500s, then there's
3   unit of use, unit dose.
4    Q   But when you used -- when you looked at
5   the number of bottles of pills, there was no
6   particular number of pills that you knew were in
7   any bottle?
8    A   I didn't review that.
9    Q   And cases, how many bottles are in a case?
10   A   I couldn't recall.
11   Q   Is it a uniform measure or does it --
12   A   It is.  I don't recall what was in our
13  case packs.
14   Q   You mentioned that you learned of the
15  opioid crisis through news articles.  Are those
16  articles that you found on your own or articles
17  that were sent to you by colleagues or both?
18       MR. DAVISON:  Objection to form.
19   A   Both.
20       (Whereupon, Exhibit Mallinckrodt-Becker-
21  006 was marked for identification by the
22  reporter.)
23       THE REPORTER:  Number 6.
24  BY MR. LOESER:
25   Q   You've been handed what's marked

Page 100

1   Exhibit 6, which is a news report from the
2   Florida -- South Florida Sun-Sentinel, dated
3   December 3rd, 2006.  On December -- by December
4   3rd, 2006, you were working for Mallinckrodt,
5   correct?
6    A   Yes.
7    Q   And you were selling controlled substances
8   for Mallinckrodt?
9    A   Yes.
10   Q   This article headline is "ALARM OVER
11  PRESCRIPTION DRUG TRADE," "DEATHS SKYROCKET AS
12  DEALERS AND ADDICTS FLOCK TO SOUTH FLORIDA."  I'm
13  going to read a few sentences in this article and
14  ask you about your knowledge of these
15  circumstances.
16       The first sentence is "Out-of-state drug
17  dealers and addicts are traveling long distance to
18  visit Florida pain clinics, targeting the state
19  because of its lax oversight of prescription
20  drugs" -- "because of its lax oversight of
21  prescription drugs makes scoring pills easier."
22       Do you recall reading about people coming
23  from out of state to purchase pills in Florida?
24       MR. DAVISON:  Objection to form.
25   A   Yes, I read articles about it.

Page 101

1   BY MR. LOESER:
2    Q   And the next sentence of the article, next
3   paragraph, states, "The unwanted tourism alarms
4   state officials who have watched deaths from
5   prescription pain medications skyrocket in recent
6   years.  In 2005, such prescription drugs as
7   hydrocodone, methadone and oxycodone contributed
8   to more overdose deaths than all other narcotics
9   combined, according to Florida medical examiners."
10       Now, as of 2006, you were selling
11  hydrocodone, methadone, and oxycodone to your
12  distributor customers; is that correct?
13       MR. DAVISON:  Objection to form.
14   A   Correct.
15  BY MR. LOESER:
16   Q   And were you aware that those pills were
17  being sold en masse to pain clinics and doctors in
18  Florida?
19       MR. DAVISON:  Objection to form.
20   A   I don't know at the time.
21  BY MR. LOESER:
22   Q   But you read articles that described --
23   A   I had read articles.
24   Q   Okay.  And do you recall when you became
25  aware of the supply, the problem of hydrocodone,

Page 102

1 methadone, oxycodone, in Florida and people coming
2 from out of state?
3   A  I don't recall the date.
4   Q  Did you become aware of skyrocketing
5 overdose deaths in Florida at some point?
6       MR. DAVISON:  Objection to form.
7   A  Just in periodical readings, newscasts,
8 media.
9 BY MR. LOESER:
10   Q  I'm passing to you what's previously been
11 marked as Borelli Exhibit 24.  This is an article
12 from the Miami Herald, with the title "Inside
13 Broward County pill mills."  The date of the
14 article is April 5th, 2009.  You were working at
15 Mallinckrodt, selling controlled substances on
16 that date, correct?
17   A  Yes.
18   Q  And I'll read the first paragraph of the
19 article.  "Broward County has become the
20 painkiller capital of the United States, the
21 notorious home to a cottage industry of storefront
22 pain clinics selling alarming numbers of narcotics
23 and feeding a brazen black market sprawling
24 through the South and New England."
25       And again, that description, that's

Page 103

1 something that you had become familiar with
2 because of the articles and information you had
3 seen?
4       MR. DAVISON:  Objection to form.
5   A  Yes.
6 BY MR. LOESER:
7   Q  Yes.  You were aware that Broward County
8 had become the painkiller capital of the United
9 States?
10      MR. DAVISON:  Objection to form.
11   A  Not specifically Broward County.  I knew
12 that there was issues in Florida.
13 BY MR. LOESER:
14   Q  And were you aware that, as of this time,
15 a number of your wholesale distributor customers
16 were selling a significant portion of the pills
17 they purchased from Mallinckrodt to indirect
18 customers in Florida?
19      MR. DAVISON:  Objection to form.
20   A  I didn't know who they were selling all
21 their products to.
22 BY MR. LOESER:
23   Q  Had you examined, at all, whether your
24 wholesale distributor clients were selling
25 significant portions of the controlled substances

Page 104

1 they bought from you to locations in Florida?
2      MR. DAVISON:  Objection to form.
3   A  That would have been product monitoring.
4 BY MR. LOESER:
5   Q  That's not something that you looked into?
6      MR. DAVISON:  Same objection.
7   A  Product monitoring was responsible for
8 that.
9 BY MR. LOESER:
10   Q  Okay.  But that's not something that you
11 looked into?
12   A  No.
13   Q  If you turn to the next page of this
14 article, there's a paragraph, second from the top,
15 that states, "And the travelers come -- by the
16 thousands, narcotics investigators say, from
17 Kentucky, Ohio, West Virginia, Massachusetts and
18 other states.  Prospective pill buyers sometimes
19 camp outside clinics overnight, waiting for the
20 doors to open, said Hollywood police Capt. Allen
21 Siegel, director of a South Broward narcotics task
22 force."
23      Now, is this circumstance of people coming
24 from out of state to get pills at Florida pain
25 clinics something that you had heard about?

Page 105

1      MR. DAVISON:  Objection to form.
2   A  Yes.
3 BY MR. LOESER:
4   Q  And if you turn to the next page, there's
5 a paragraph, "Experts blame these clinics for a
6 startling rise in prescription-drug overdose
7 deaths in Florida, including a 107 percent jump in
8 oxycodone deaths in two years."
9      And you were aware, from the articles that
10 you read, about spiking overdose deaths in
11 Florida?
12      MR. DAVISON:  Objection to form.
13   A  Yes.
14 BY MR. LOESER:
15   Q  And were you also familiar with the fact
16 that many of those deaths were due to oxycodone
17 overdoses?
18      MR. DAVISON:  Objection to form.
19   A  Yes.
20 BY MR. LOESER:
21   Q  And, of course, you knew that a number of
22 your wholesale distributor clients were purchasing
23 large volumes of oxycodone, manufactured by
24 Mallinckrodt, correct?
25      MR. DAVISON:  Objection to form.