# EXHIBIT 90

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3
      IN RE: NATIONAL         )
 4    PRESCRIPTION            )  MDL No. 2804
      OPIATE LITIGATION       )
 5    _____  )  Case No.
                              )  1:17-MD-2804
 6                            )
      THIS DOCUMENT RELATES    )  Hon. Dan A.
 7    TO ALL CASES            )  Polster
 8
              WEDNESDAY, JANUARY 9, 2019
 9
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
10                CONFIDENTIALITY REVIEW
11                         - - -
12           Videotaped deposition of Michael
13    Wessler, held at the offices of STINSON
14    LEONARD STREET LLP, 7700 Forsyth Boulevard,
15    Suite 1000, St. Louis, Missouri, commencing
16    at 9:02 a.m., on the above date, before
17    Carrie A. Campbell, Registered Diplomate
18    Reporter and Certified Realtime Reporter.
19
20
21
22                         - - -
             GOLKOW LITIGATION SERVICES
23       877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
24
25
```

Page 138

1  Q. Okay. What is a Fingertip  11:40:07
2  Formulary?  11:40:10
3  A. Fingertip Formulary is a tool  11:40:10
4  where you can see for a specific managed care  11:40:14
5  plan how Exalgo is covered, what tier it is,  11:40:22
6  tier 1, 2, 3, et cetera.  11:40:25
7  Q. Did the company prepare a  11:40:28
8  Fingertip Formulary for Exalgo?  11:40:31
9  A. I believe they partnered with  11:40:32
10 Fingertip Formulary for that, yes.  11:40:34
11 Q. Oh, okay.  11:40:36
12    How about a product monograph?  11:40:38
13 A. I believe so.  11:40:39
14 Q. Okay. And Mallinckrodt used  11:40:40
15 speaker programs for -- to promote Exalgo?  11:40:43
16 A. Yes.  11:40:45
17 Q. Used advisory boards as well to  11:40:46
18 promote Exalgo?  11:40:48
19 A. An advisory board is used to  11:40:49
20 generate feedback from physicians, but it's  11:40:54
21 not necessarily used as a promotional tool.  11:40:56
22 But I can't remember. I believe we did an  11:40:59
23 advisory board for Exalgo.  11:41:01
24 Q. Okay. What is a product  11:41:03
25 theature?  11:41:07

Page 139

1  A. A product theatre, I honestly  11:41:08
2  don't know because I don't believe we did  11:41:11
3  those.  11:41:13
4  Q. Okay. Did Mallinckrodt use a  11:41:13
5  PR campaign in association with Exalgo?  11:41:18
6  A. We had a PR -- we had a PR  11:41:22
7  group that we used, though I don't know  11:41:25
8  that -- I don't recall what tactics we used.  11:41:28
9  That was -- usually fell under the auspices  11:41:31
10 of our communications group.  11:41:34
11 Q. Okay. Was there a publication  11:41:35
12 strategy for Exalgo?  11:41:36
13 A. I believe our medical affairs  11:41:37
14 group developed one.  11:41:39
15 Q. Okay. And how about a product  11:41:40
16 website?  11:41:42
17 A. We did have a product website.  11:41:42
18 Q. Was there a direct mail  11:41:44
19 program?  11:41:47
20 A. I can't recall specifically.  11:41:47
21 Q. Okay. How about an MD alert?  11:41:48
22 A. I can't recall on that.  11:41:51
23 Q. Okay. Were there journal ads  11:41:53
24 associated with Exalgo?  11:41:54
25 A. Yes, I believe so.  11:41:55

Page 140

1  Q. Okay. Direct mail campaign?  11:41:57
2  A. I can't recall.  11:42:00
3  Q. Okay. With respect to  11:42:01
4  wholesalers, retail pharmacy and MCO, what is  11:42:04
5  MCO?  11:42:07
6  A. I believe it stands for managed  11:42:08
7  care organizations.  11:42:10
8  Q. Okay. Were there pharmacy  11:42:11
9  sales aids produced in -- associated with  11:42:13
10 Exalgo?  11:42:17
11 A. I believe so. I don't know if  11:42:17
12 it was separate from the physician sales aid  11:42:18
13 or not. I can't recall.  11:42:21
14 Q. Okay. Were there leave-behinds  11:42:22
15 for wholesalers, retailer pharmacy and MCOs?  11:42:24
16 A. I believe so.  11:42:28
17 Q. What about lunch and learn  11:42:29
18 programs?  11:42:30
19 A. I can't recall specifically.  11:42:31
20 Q. Were there clinical preprints  11:42:32
21 for that group?  11:42:38
22 A. I can't recall for that group.  11:42:38
23 Q. How about Fingertip  11:42:40
24 Formularies?  11:42:42
25 A. Yeah, as I mentioned, I believe  11:42:42

Page 141

1  that was a tactic that was developed.  11:42:44
2  Q. Stocking request forms, were  11:42:45
3  those done?  11:42:50
4  A. I believe so.  11:42:50
5  Q. How about trade -- well, let me  11:42:51
6  go back. What are stocking request forms?  11:42:53
7  A. It would be a piece of paper  11:42:56
8  that a physician would sign indicating their  11:42:58
9  desire to prescribe Exalgo. That would then  11:43:05
10 go to the pharmacy as sort of a testament for  11:43:09
11 them to stock the product because they had a  11:43:12
12 physician that wanted to prescribe the  11:43:14
13 product.  11:43:15
14 Q. How would those stocking  11:43:15
15 request forms get to the pharmacy?  11:43:17
16    MR. DAVISON: Objection.  11:43:19
17    THE WITNESS: I don't know  11:43:19
18    specifically.  11:43:21
19 QUESTIONS BY MR. CHALOS:  11:43:21
20 Q. Is that something that the  11:43:22
21 sales reps would bring to the pharmacy?  11:43:23
22    MR. DAVISON: Objection.  11:43:25
23    THE WITNESS: I believe they  11:43:25
24    could, but I don't know specifically.  11:43:26
25

|  | Page 142 |  | Page 144 |
|---|---|---|---|
| 1 | QUESTIONS BY MR. CHALOS:     11:43:27 | 1 | Q. And the MOD video you don't --    11:45:06 |
| 2 | Q. Okay. What are trade    11:43:29 | 2 | A. I can't remember.    11:45:09 |
| 3 | communications?    11:43:31 | 3 | Q. Okay. How about a transition    11:45:10 |
| 4 | A. I don't know.    11:43:31 | 4 | tool?    11:45:12 |
| 5 | Q. How about product monographs?    11:43:32 | 5 | A. I can't remember that    11:45:12 |
| 6 | A. Yeah, that -- that was    11:43:34 | 6 | specifically.    11:45:13 |
| 7 | developed.    11:43:36 | 7 | Q. Okay. Was there a product    11:45:14 |
| 8 | Q. Okay. Did you have any role in    11:43:36 | 8 | website developed that had a section intended    11:45:15 |
| 9 | determining whether wholesalers would get    11:43:39 | 9 | to target patients?    11:45:20 |
| 10 | rebates on any of the Mallinckrodt products?    11:43:43 | 10 | A. I believe there was a section    11:45:22 |
| 11 | A. I did not.    11:43:44 | 11 | for patients that is written in a language    11:45:24 |
| 12 | Q. Were there speaker programs for    11:43:45 | 12 | that patients can understand their    11:45:29 |
| 13 | the wholesalers, retail pharmacies or MCOs?    11:43:48 | 13 | requirements about, you know, the education    11:45:31 |
| 14 | A. Generally not.    11:43:51 | 14 | level that you have to target for that    11:45:33 |
| 15 | Q. How about an advisory board?    11:43:53 | 15 | language.    11:45:35 |
| 16 | A. Not that I can recall.    11:43:55 | 16 | Q. Okay. And if you flip to the    11:45:36 |
| 17 | Q. Okay. Did you have any role in    11:43:56 | 17 | next page, page 18, yeah, budget allocation,    11:45:40 |
| 18 | discussions with third-party payers about    11:44:02 | 18 | I haven't added all these up, but do you    11:45:51 |
| 19 | getting Exalgo on formularies?    11:44:05 | 19 | recall whether the final budget allocation    11:45:56 |
| 20 | A. No.    11:44:07 | 20 | for fiscal year 2010 ended up breaking down    11:45:59 |
| 21 | Q. Okay. What is a pharmacy    11:44:07 | 21 | the way it's depicted on page 18 of    11:46:06 |
| 22 | Pharm/alert?    11:44:11 | 22 | Exhibit 13?    11:46:12 |
| 23 | A. I think it's like a -- an    11:44:12 | 23 | A. I can't recall.    11:46:12 |
| 24 | e-mail blast.    11:44:16 | 24 | Q. Okay. You can put that aside    11:46:13 |
| 25 | Q. Okay. And did -- were there    11:44:17 | 25 | for now.    11:46:15 |

|  | Page 143 |  | Page 145 |
|---|---|---|---|
| 1 | any pharmacy Pharm/alerts associated with    11:44:19 | 1 | (Mallinckrodt-Wessler Exhibit    11:46:41 |
| 2 | Exalgo?    11:44:23 | 2 | 14 marked for identification.)    11:46:41 |
| 3 | A. I can't recall specifically.    11:44:23 | 3 | QUESTIONS BY MR. CHALOS:    11:46:42 |
| 4 | Q. Okay.    11:44:25 | 4 | Q. Let's mark as Exhibit 14 a    11:46:42 |
| 5 | A. I believe so.    11:44:25 | 5 | document, Bates MNK-T1_0001188838. And it is    11:46:44 |
| 6 | Q. But you believe so, you said?    11:44:26 | 6 | a presentation that says, "Specialty    11:46:53 |
| 7 | A. Yes.    11:44:27 | 7 | pharmaceuticals, medical affairs team    11:46:56 |
| 8 | Q. Okay. How about an MCO    11:44:28 | 8 | meeting, February 18, 2010."    11:46:59 |
| 9 | contracting?    11:44:30 | 9 | Hand you that. And it's a    11:47:02 |
| 10 | A. I'm sure we contracted with    11:44:30 | 10 | relatively long document here. I'm going to    11:47:08 |
| 11 | managed care organizations.    11:44:32 | 11 | focus you on the Exalgo section. You can    11:47:11 |
| 12 | Q. Okay. And then with respect to    11:44:33 | 12 | feel free to review as much of this as you    11:47:17 |
| 13 | tactics and tools associated with patients,    11:44:35 | 13 | want, but the Exalgo plan which starts, it    11:47:21 |
| 14 | was there a patient welcome kit developed?    11:44:38 | 14 | looks like, page 21 and goes through page 36.    11:47:25 |
| 15 | A. I believe so.    11:44:42 | 15 | But you can look through the whole document    11:47:43 |
| 16 | Q. Okay. What does patient    11:44:42 | 16 | if you'd like.    11:47:45 |
| 17 | education mean there?    11:44:44 | 17 | Tell me when you've had a    11:47:46 |
| 18 | A. I believe it was a brochure    11:44:44 | 18 | chance to review all of that.    11:49:32 |
| 19 | that -- that talked about how to safely use    11:44:47 | 19 | A. Certainly.    11:49:33 |
| 20 | the product, so it reinforced the medication    11:44:53 | 20 | Q. My first question is going to    11:49:37 |
| 21 | guide developed by the FDA for the product in    11:44:56 | 21 | be -- if you look at the second page, it    11:49:41 |
| 22 | association with the package insert.    11:44:58 | 22 | says, "Exalgo plan, Mike."    11:49:42 |
| 23 | Q. Okay. Was there a co-pay    11:45:02 | 23 | My question is going to be, is    11:49:43 |
| 24 | discount program for Exalgo?    11:45:04 | 24 | that you?    11:49:48 |
| 25 | A. I believe so.    11:45:05 | 25 | A. I can't recall this    11:49:48 |

Highly Confidential - Subject to Further Confidentiality Review

|  | Page 146 |
|---|---|
| 1 | specifically, but I would presume that "Mike"  11:50:04 |
| 2 | is me.  11:50:07 |
| 3 | Q.  Okay. So let's start at --  11:50:08 |
| 4 | let's see here. We'll look at the Exalgo  11:50:13 |
| 5 | section here starting on page 21. It's not  11:50:15 |
| 6 | numbered, but it comes --  11:50:21 |
| 7 | A.  Oh, I thought it was numbered.  11:50:23 |
| 8 | Q.  It is. I'm saying but that  11:50:25 |
| 9 | page is not numbered.  11:50:28 |
| 10 | A.  Oh, okay.  11:50:28 |
| 11 | Q.  It says, "Exalgo plan." It's  11:50:32 |
| 12 | on the cover page.  11:50:32 |
| 13 | A.  Yes.  11:50:32 |
| 14 | Q.  It's between 21 and -- I'm  11:50:34 |
| 15 | sorry, it's between 20 and 22, so we'll call  11:50:34 |
| 16 | it 21.  11:50:36 |
| 17 | A.  Okay.  11:50:36 |
| 18 | Q.  So do you know whether you  11:50:39 |
| 19 | prepared this section of the presentation?  11:50:44 |
| 20 | A.  I do not.  11:50:46 |
| 21 | Q.  Okay. Do you recall presenting  11:50:46 |
| 22 | this section at a medical affairs team  11:50:49 |
| 23 | meeting in 2010?  11:50:51 |
| 24 | MR. DAVISON: Objection.  11:50:53 |
| 25 | THE WITNESS: I do not.  11:50:53 |

|  | Page 147 |
|---|---|
| 1 | QUESTIONS BY MR. CHALOS:  11:50:54 |
| 2 | Q.  Okay. Let's look at then  11:50:57 |
| 3 | page 24 --  11:51:09 |
| 4 | A.  Okay.  11:51:10 |
| 5 | Q.  -- "Exalgo brand strategy."  11:51:11 |
| 6 | Is the brand strategy something  11:51:17 |
| 7 | that you had a role in developing?  11:51:19 |
| 8 | A.  I believe so.  11:51:20 |
| 9 | Q.  Okay. First, on the left-hand  11:51:21 |
| 10 | side, the top bullet point there says,  11:51:26 |
| 11 | "Barriers, negative perceptions of  11:51:28 |
| 12 | hydromorphone: Old, too potent and street  11:51:31 |
| 13 | value, and in parentheses, abuse."  11:51:35 |
| 14 | Do you see that?  11:51:37 |
| 15 | A.  Yes.  11:51:38 |
| 16 | Q.  Okay. Do you have any idea  11:51:38 |
| 17 | what that means as you sit here today?  11:51:39 |
| 18 | A.  I think that that was a  11:51:41 |
| 19 | perception that was common for Dilaudid,  11:51:44 |
| 20 | which was the immediate release hydromorphone  11:51:47 |
| 21 | product.  11:51:51 |
| 22 | Q.  How did you know that at the  11:51:51 |
| 23 | time?  11:51:53 |
| 24 | MR. DAVISON: Objection.  11:51:53 |
| 25 | THE WITNESS: I can't remember.  11:51:54 |

|  | Page 148 |
|---|---|
| 1 | I can't recall.  11:51:55 |
| 2 | QUESTIONS BY MR. CHALOS:  11:51:55 |
| 3 | Q.  Is there an opioid problem in  11:52:07 |
| 4 | the US today?  11:52:09 |
| 5 | MR. DAVISON: Objection.  11:52:10 |
| 6 | THE WITNESS: That's a very  11:52:10 |
| 7 | broad question.  11:52:15 |
| 8 | QUESTIONS BY MR. CHALOS:  11:52:17 |
| 9 | Q.  Yeah.  11:52:17 |
| 10 | A.  Can you be more specific?  11:52:17 |
| 11 | Q.  Yeah. Have you heard anything  11:52:18 |
| 12 | about the issue of opioids in the United  11:52:20 |
| 13 | States today?  11:52:23 |
| 14 | MR. DAVISON: Objection. Form.  11:52:23 |
| 15 | THE WITNESS: Sure, it's on the  11:52:24 |
| 16 | news.  11:52:25 |
| 17 | QUESTIONS BY MR. CHALOS:  11:52:26 |
| 18 | Q.  Yeah.  11:52:26 |
| 19 | What have you heard about it?  11:52:26 |
| 20 | A.  Just what you mentioned, that  11:52:27 |
| 21 | there's an opioid problem.  11:52:30 |
| 22 | Q.  Do you think that  11:52:31 |
| 23 | Mallinckrodt's marketing of opioids had any  11:52:40 |
| 24 | role in causing or contributing to the opioid  11:52:44 |
| 25 | problem that we have today?  11:52:47 |

|  | Page 149 |
|---|---|
| 1 | MR. DAVISON: Objection.  11:52:48 |
| 2 | THE WITNESS: No.  11:52:48 |
| 3 | QUESTIONS BY MR. CHALOS:  11:52:48 |
| 4 | Q.  Why do you say that?  11:52:50 |
| 5 | A.  I believe our materials were  11:52:51 |
| 6 | compliant with FDA regulations, and I believe  11:52:53 |
| 7 | we marketed the products responsibly. And  11:52:56 |
| 8 | ultimately it was physicians who made  11:53:00 |
| 9 | decisions on to whom to prescribe products.  11:53:02 |
| 10 | Q.  Do you think physicians ever  11:53:05 |
| 11 | prescribed Mallinckrodt products  11:53:09 |
| 12 | inappropriately?  11:53:10 |
| 13 | MR. DAVISON: Objection.  11:53:11 |
| 14 | THE WITNESS: I can't  11:53:11 |
| 15 | speculate.  11:53:12 |
| 16 | QUESTIONS BY MR. CHALOS:  11:53:12 |
| 17 | Q.  If you'd look at page 27 --  11:53:16 |
| 18 | sorry, 25, "Exalgo brand strategy." Look at  11:53:20 |
| 19 | the left side of strategy, bottom bullet  11:53:40 |
| 20 | point: "Disrupt and gradient prescribing  11:53:44 |
| 21 | habits through the value proposition for  11:53:46 |
| 22 | Exalgo."  11:53:49 |
| 23 | Do you see that?  11:53:49 |
| 24 | A.  Yes.  11:53:49 |
| 25 | Q.  What does that mean?  11:53:49 |

Page 150

```
 1        MR. DAVISON:  Objection.        11:53:51
 2        THE WITNESS:  Differentiate      11:53:52
 3    Exalgo from competitive products.    11:53:54
 4  QUESTIONS BY MR. CHALOS:               11:53:56
 5    Q.   Okay.  Let's go back one page   11:53:58
 6  to page 24, under Barriers.  The last bullet  11:53:59
 7  said, "One of the barriers is engrained  11:54:06
 8  prescribing habits that reserve use."  11:54:08
 9        Do you see that?                11:54:11
10    A.   No.                            11:54:11
11    Q.   Bottom left under "Reposition  11:54:12
12  Hydromorphone Barriers."              11:54:16
13    A.   Oh, okay.                      11:54:17
14    Q.   "Engrained prescribing habits  11:54:18
15  that reserve use."                    11:54:19
16        Do you see that?                11:54:20
17    A.   Yes.                           11:54:21
18    Q.   What does that mean?           11:54:22
19        MR. DAVISON:  Objection.        11:54:23
20        THE WITNESS:  I can't recall.   11:54:24
21  QUESTIONS BY MR. CHALOS:              11:54:24
22    Q.   Okay.  Is one of the goals of  11:54:27
23  Mallinckrodt's marketing of Exalgo to change  11:54:30
24  the physician's prescribing habits to include  11:54:33
25  Mallinckrodt's product?               11:54:37
```

Page 151

```
 1        MR. DAVISON:  Objection.        11:54:38
 2        THE WITNESS:  I would say the   11:54:39
 3    goal of our product promotion is to  11:54:40
 4    educate physicians on the safe and  11:54:45
 5    appropriate use of Exalgo and       11:54:49
 6    differentiate it from the competition  11:54:51
 7    so that they could make a decision on  11:54:53
 8    to whom to prescribe the product.   11:54:55
 9  QUESTIONS BY MR. CHALOS:              11:54:57
10    Q.   Was the hope of -- or I'm      11:55:00
11  sorry.  Was the goal of the marketing effort  11:55:01
12  to have physicians prescribe competitors'  11:55:03
13  products?                             11:55:08
14        MR. DAVISON:  Objection.        11:55:08
15        THE WITNESS:  I don't believe   11:55:09
16    that was a goal unless it was for -- I  11:55:10
17    mean, it's all about prescribing it  11:55:14
18    for the appropriate patients, so if  11:55:15
19    competitive product made more sense  11:55:19
20    for that particular physician.  But  11:55:20
21    that's all within the purview of the  11:55:22
22    physician and their decision,       11:55:24
23    ultimately.                         11:55:28
24  QUESTIONS BY MR. CHALOS:              11:55:28
25    Q.   So it didn't matter to         11:55:28
```

Page 152

```
 1  Mallinckrodt whether physicians prescribed  11:55:30
 2  competitors' products or their own products?  11:55:31
 3        MR. DAVISON:  Objection.        11:55:35
 4        THE WITNESS:  Does it matter    11:55:35
 5    whether -- well, it was -- we were  11:55:39
 6    most concerned with making sure that  11:55:40
 7    physicians wrote the product for    11:55:42
 8    patients for whom they felt made the  11:55:44
 9    most sense for Exalgo and they were  11:55:47
10    the appropriate patients.           11:55:49
11  QUESTIONS BY MR. CHALOS:              11:55:51
12    Q.   Right.                         11:55:51
13        At the end of the day, though,  11:55:51
14  the bottom line was, your goal as a marketing  11:55:52
15  man was to get physicians to prescribe  11:55:54
16  Mallinckrodt products, right?         11:55:56
17        MR. DAVISON:  Objection.        11:55:57
18        THE WITNESS:  For the           11:55:57
19    appropriate patients.               11:55:57
20  QUESTIONS BY MR. CHALOS:              11:55:59
21    Q.   Yes, for the appropriate       11:55:59
22  patients?                             11:56:00
23    A.   Yes, for the appropriate       11:56:00
24  patients.                             11:56:01
25    Q.   Okay.  If you look at page 27  11:56:02
```

Page 153

```
 1  of Exhibit 14, "Exalgo positioning."  11:56:06
 2        Do you see that?                11:56:17
 3    A.   Yes.                           11:56:17
 4    Q.   It says, "For opioid-tolerant  11:56:17
 5  patients with moderate to severe chronic  11:56:24
 6  pain, Exalgo provides smooth, steady  11:56:26
 7  hydromorphone blood levels that eliminate the  11:56:29
 8  peaks and troughs resulting in 24-hour,  11:56:31
 9  continuous chronic pain relief."      11:56:34
10        Do you see that?                11:56:36
11    A.   Yes.                           11:56:37
12    Q.   That is an accurate statement  11:56:38
13  of the positioning of Exalgo in the market?  11:56:39
14        MR. DAVISON:  Objection.        11:56:42
15        THE WITNESS:  As I recall.      11:56:43
16  QUESTIONS BY MR. CHALOS:              11:56:44
17    Q.   Yeah.  Okay.                   11:56:44
18        And the marketing messages that  11:56:49
19  were associated with Exalgo were in support  11:56:51
20  of this positioning?                  11:56:54
21        MR. DAVISON:  Objection.        11:56:56
22        THE WITNESS:  Assuming this is  11:56:57
23    the final positioning statement.  I  11:56:57
24    think this might have been a document  11:56:59
25    that was developed prior to the     11:57:01
```