# EXHIBIT 112

Case: 1:17-md-02804-DAP Doc #: 1934-111 Filed: 07/22/19 2 of 4. PageID #: 101400

Highly Confidential - Subject to Further Confidentiality Review



Golkow Litigation Services     Page 1

Highly Confidential - Subject to Further Confidentiality Review

```
 1    this distribution.
 2              Did anyone ever tell you about this
 3    quarterly report that was being given when you first
 4    got onto the team?
 5         A.   Not that I can recall.
 6         Q.   Now, this slide was included in the
 7    presentation, and it refers to -- and the heading is,
 8    and it's under a Walgreens PowerPoint background,
 9    troubling trend in the United States, leading cause of
10    death is prescription drugs.
11              Were you aware that by 2011 prescription
12    drugs was the leading cause of accidental death in the
13    United States?
14         A.   Just aware of what I heard in the media
15    around that time.
16         Q.   Did you hear anything in the company about
17    that when you were joining RX Integrity?
18         A.   Not that I can recall.
19         Q.   Was anyone talking about the fact that DEA
20    and governmental entities were beginning to look at the
21    fact that prescription drugs were now passing illegal
22    drugs, poisons, and car accidents as a number one cause
23    of death in the United States?
24         A.   Not that I can recall.
```

Highly Confidential - Subject to Further Confidentiality Review

1    Q.    From a pharmacy perspective, that's a
2  significant fact, isn't it, to all of a sudden for the
3  first time in history prescription drugs are the
4  leading cause of death in the United States, surpassing
5  things like car accidents and illegal drugs and
6  poisonings?  Would you agree with that?
7    A.    It's a health care effect, yes.
8    Q.    And this was an early sign of an epidemic
9  developing in the United States related to prescription
10  drugs and death; correct?
11    A.    To my personal understanding, yes, that
12  would be kind of the start of it, yes.
13    MR. SHKOLNIK:  And if we go to the next
14  slide, 614, please.
15    Q.    (By Mr. Shkolnik)  Now, here the teams
16  were given an outline, which was the evolution of
17  suspicious order monitoring, with a timeline of events.
18  And there was testimony by Mr. Bleser that this was
19  actually prepared by the Pharmacy Integrity group to be
20  included in the quarterly presentation.
21    Did anyone ask you for any input into
22  the -- into a PowerPoint on the timeline of events
23  regarding suspicious order monitoring?
24    A.    I have may have reviewed or edited, but I