# EXHIBIT 113



# The Opioid Crisis

## A Policy Discussion on PDMPs, E-Prescribing and Strategy

Member of Walgreens Boots Alliance
©2017 Walgreen Co. All rights reserved.
Confidential and proprietary information.



HIGHLY CONFIDENTIAL

WAGMDL00334472

# Agenda

Introduction (Sally West)

Background (Steven Gregory)

PDMP (Tomson George)

E-Prescribing (Michele Davidson)

Walgreen Strategy (Charley John)

Closing Remarks (Casey Cesnovar)

©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

 Trusted since 1901"     **2**

HIGHLY CONFIDENTIAL

WAGMDL00334473



# Background

HIGHLY CONFIDENTIAL

WAGMDL00334474

# Background

Drug overdose deaths have reached epidemic proportions in the U.S. and require a complex, multi-faceted approach.

- According to HHS, 175 people die daily from the drug crisis
- Since 1999, the number of American overdose deaths involving opioids quadrupled.
- Approximately, six in 10 drug overdose deaths involved opioids.
  - Prescription or synthetic opioid pain relievers were implicated in more than two-thirds of opioid-related overdose death

Providers wrote more than 66 prescriptions for every 100 people in the United States in 2016.

Currently, U.S. pharmacies dispense more than 650,000 opioid prescriptions on an average day.

©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

*Walgreens* Trusted since 1901" 	4

WAGMDL00334475

HIGHLY CONFIDENTIAL

# Americans consume more opioids than any other country



*Standard daily opioid dose for every 1 million people*

Source: United Nations International Narcotics Control Board
Credit: Sarah Frostenson



©2017 Walgreen Co. All rights reserved. Confidential and proprietary information.

 Trusted since 1901°    5

WAGMDL00334476

HIGHLY CONFIDENTIAL



# Prescription Drug Monitoring Programs (PDMPs)

HIGHLY CONFIDENTIAL

# Landscape

- 49 states plus Washington DC have state-wide programs
- Missouri does not have a state-wide system, but their inter-county system covers 77% of pharmacies within the state
- Intrastate Data Sharing is active in 44 states through PMPi



©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

 Trusted since 1901™  **7**

HIGHLY CONFIDENTIAL

# Corresponding Responsibility and Good Faith Dispensing

DEA:

A responsibility for the proper prescribing and dispensing of controlled substances is upon the prescribing practitioner, but a corresponding responsibility rests with the pharmacist who fills the prescription

Walgreens Policy

- The pharmacist must use the elements of Good Faith Dispensing in conjunction with state and federal controlled substance laws when filling all prescriptions
- Controlled substances may only be dispensed to patients who have a prescription for a valid medical purpose issued by a practitioner acting in the usual course of professional practice
- Prescription validation procedures

©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

*Walgreens* Trusted since 1901™   **8**

WAGMDL00334479

HIGHLY CONFIDENTIAL

# Voluntary vs Mandated Use

When Should A Pharmacist use the PMP?
- When a pharmacist has a reasonable belief that a patient may be seeking a controlled substance drug for any purpose other than the treatment of an existing medical condition, or if a pharmacist has doubts or concerns about the validity of a prescription

Best Practices
- Out of State Prescriptions
- Early Refills
- Cash Prescriptions

State Regulations
- Prescriber Mandates (26 states)
- Pharmacist Mandates (8 states)

©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

 Trusted since 1901™    **9**

HIGHLY CONFIDENTIAL

WAGMDL00334480

# Key Issues

Reporting Frequency:
- Daily Reporting vs Real-Time

Data Requirements
- Controlled Drugs vs Drugs of Concern or Non-Controlled Drugs
- ASAP 4.2 and ASAP 4.2a

Access and Usage:
- Mandatory or Automated Registration
- Delegate Access
- System Integration (PMP Gateway; Patient Safety Network)
- NarxCare
- Mandatory Use

©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

*Walgreens* Trusted since 1901˙   **10**

WAGMDL00334481

HIGHLY CONFIDENTIAL

# Questions



©2017 Walgreen Co. All rights reserved.   Confidential and proprietary information.

 Trusted since 1901™   **11**

HIGHLY CONFIDENTIAL

WAGMDL00334482



# E-Prescribing

HIGHLY CONFIDENTIAL

WAGMDL00334483

# What is e-Prescribing?

Secure transmission of an electronically prepared prescription that is transmitted from the prescriber to the pharmacy

--------------------------------------NOT a fax---------------------------------------------

Supports appropriate prescribing of all medications including opioids by improving clinical decision making process

Widely adopted

- Included in the Medicare Modernization Act (MMA) of 2003 (except controlled substances)
- Institute of Medicine reported in 2006 on the role of e-prescribing in reducing medication errors Named in Federal Legislation
- June 1, 2010 the DEA issued a rule allowing prescriptions for controlled substances transmitted electronically

Every state in the U.S. now allows e-prescribing, including e-prescribing of controlled substances (EPCS)

©2017 Walgreen Co. All rights reserved. Confidential and proprietary information.

*Walgreens* Trusted since 1901™  13

WAGMDL00334484

HIGHLY CONFIDENTIAL

# Benefits of e-Prescribing

Enhances security and curbs FWA

- Cannot be altered or copied
- Are trackable
- Prevents doctor shopping
- Ensures only those authorized to prescribe do so

Eliminates handwriting errors

- Improves patient safety

Enables clinical decision making at point of prescribing

- Improves patient outcomes
- Review patient history (previous overdose/interactions)

Improved patient adherence

- Surescripts study indicated increases in first fill adherence by 10%

Widely adopted

©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

*Walgreens* Trusted since 1901˙   **14**

HIGHLY CONFIDENTIAL

WAGMDL00334485

# Legislation

Nationally, over 70% of prescribers are enabled for e-Prescribing

Only 14% are enabled for EPCS

86% of controlled substance Rxs are still hand-written

- Prone to inaccuracy
- Quality issues
- Vulnerable to theft and forgery

Need to use the technology we have available

- Increase EPCS utilization
- Perfect solution to Opioid Crisis

Federal Bill Every Prescription Conveyed Securely (EPCS) Act

- Would require all EPCS under Part D by 2020

©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

 Trusted since 1901"  **15**

HIGHLY CONFIDENTIAL

WAGMDL00334486

# States with e-Prescribing Laws

| State | Prescriber % | Pharmacy % | Laws | Penalties |
|-------|--------------|------------|------|-----------|
| NY | 72.1 | 98.1 | Mandatory for all controlled substances, March 27, 2016 | Y |
| ME | 3.1 | 97.6 | Mandatory for opiates, July1, 2017 | |
| MN | 14.3 | 93.8 | Mandatory for all controlled substances, January 1, 2011 | N |
| CT | 3.7 | 96.2 | Mandatory for all controlled substances, January 1, 2018 | N |
| VA | 3.1 | 90.3 | Mandatory for all opiates, July 1, 202 | |
| NC | 12.1 | 94.1 | Mandatory for all opiates, January 1, 2020 | |
| RI | 19.6 | 98.9 | Mandatory for all controlled substances, January 1 2020 | |

States with e-Prescribing Laws

©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

 Trusted since 1901™   **16**

WAGMDL00334487

HIGHLY CONFIDENTIAL

# Legislative Language

Walgreens recommends mandating e-prescribing as part of Opioid solution

Mandate should include specific principles to ensure effectiveness, including:

- Apply to all prescriptions including controlled substances (not just opioids)
- Use enforcement provision(s) to ensure compliance
- Allow for appropriate exceptions (e.g. practitioner waivers, veterinarians, etc.)
- Provide immunity to pharmacists for good faith handling of exceptions

EPCS can help in reducing the number of opioid prescriptions prescribed

©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

*Walgreens* Trusted since 1901™   **17**

WAGMDL00334488

HIGHLY CONFIDENTIAL

# Results

Mandates work!

- NY enacted legislation in March 2016 (with penalties)
  - Prescriber enablement increased by 45.5% (now at 72%)
  - Pharmacy enablement increased by 7% (now at 98%)

MN (no enforcement provision) has  only19.8% of prescribers enabled for EPCS

Check out your state:

- http://surescripts.com/products-and-services/e-prescribing-of-controlled-substances
- (scroll to bottom of the page for interactive map)

NY and ME have penalties
Other states (RI, CT, MN, NJ and VA) do not
It makes a difference!

©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

*Walgreens* Trusted since 1901™   **18**

WAGMDL00334489

# Questions



©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

Walgreens Trusted since 1901"  **19**

HIGHLY CONFIDENTIAL

WAGMDL00334490

# Walgreens strategy to combatting the opioid epidemic

**Charley John, Director, U. S. Public Policy**

HIGHLY CONFIDENTIAL

WAGMDL00334491

# Walgreens has been at the forefront of corporate America's efforts to fight the epidemic

- Safe medication disposal receptacles available in **600+ stores in 45 states.**

- Opioid antidote naloxone available without a prescription in **5,800+ stores in 45 states.**

- Participation in DEA-sponsored **Drug Take-Back Days.**

- **Partnerships** with government officials and community organizations.

- As of September, more than **155 tons of unused medication** collected.





©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

*Walgreens* Trusted since 1901™   **21**

HIGHLY CONFIDENTIAL

WAGMDL00334492

# Innovative Solutions

















22

HIGHLY CONFIDENTIAL

WAGMDL00334493

# Policy Focus

- E-rx

- National PDMP

- Prescribing and dispensing best practices

- Co-prescribing

- MAT

- Opioid education/adherence

- ADF

- Non-addictive therapy innovation

©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

 Trusted since 1901™    23

HIGHLY CONFIDENTIAL

WAGMDL00334494

# Questions



©2017 Walgreen Co. All rights reserved.  Confidential and proprietary information.

*Walgreens* Trusted since 1901™   **24**

HIGHLY CONFIDENTIAL

WAGMDL00334495