# EXHIBIT 115



# Silence the Stigma
## Opioid Use Disorder and Addressing Stigma

Alex Mills, PharmD
PGY1 Community Pharmacy Resident
Walgreen Co./Purdue University College of Pharmacy
Stevan Mizimakoski
Area 57 HCS



Member of Walgreens Boots Alliance
©2017 Walgreen Co. All rights reserved.

WAGMDL00035671

CONFIDENTIAL

## Stigma and Substance Abuse Disorder

- Merriam-Webster defines stigma as a mark of shame or discredit.

Stigma was described as a "pervasive and damaging influence on the quality of services, treatment outcomes, and therapeutic, professional, and personal relationships" (The Anti-Stigma Project, 2012).

- Healthcare providers can posses the same stigma (van Boekel et al., 2013)
  - Lower regard for treating patients with SUD
  - Nurses poorly motivated to provide care – concerns of violence, manipulation, unsafe
  - Group of healthcare professionals "feel unable or unwilling" to emphasize with patients with active SUD (McLaughlin et al., 2006)
  - Rehabilitation providers viewed persons with cocaine addition "more responsible" for their illness than patients with HIV/AIDS or depression

Barry CL, Mcginty EE, Pescosolido BA, Goldman HH. Stigma, discrimination, treatment effectiveness, and policy: public views about drug addiction and mental illness. *Psychiatr Serv*. 2014;65(10):1269-72.



©2017 Walgreen Co. All rights reserved.

2

WAGMDL00035672

CONFIDENTIAL

# Stigma

Types of Stigma:

- Social Stigma:  extreme disapproval of person/group that are perceived from other members of society  i.e. stereotyping
- Self Stigma:  the internalizing by the individual of their perceptions of discrimination towards themselves. Shame in seeking assistance and help

Stigma results in:

- Prejudice and discrimination
- Fear and shame
- Distrust and disgrace
- Stereotyping and rejection
- Anger and frustration
- Avoidance of treatment and inadequate coverage
- Ostracism and denial of rights

©2017 Walgreen Co. All rights reserved.



3

WAGMDL00035673

CONFIDENTIAL

## Stigma and Clinical Consequences

- Patients with SUD facing stigma and discrimination from HCPs less likely to complete treatment (Brener et al., 2010)
    - Clinical consequence: lower treatment completion = *shorter time to relapse*
- "Self-stigma" discourages patients to seek help and treatment (Keyes et al., 2010)
    - 4th most common reason patients with SUD avoid/delay treatment (Clement et al., 2015)
    - (2014 US Nat Survey) 25 million Americans aged 12+ met criteria for SUD, <u>only 2.5 million sought treatment</u>
    - Clinical consequence: less patients in treatment = *increased overdoses per 100,000 persons*
    - **In-patient hospitalizations have increased 64% and ED visits increased 99% since 2009 (AHRQ, 2016)**



©2017 Walgreen Co. All rights reserved.

*Walgreens* Trusted since 1901™

4

WAGMDL00035674

CONFIDENTIAL

## Stigma and Clinical Consequences

- Majority of patients with SUD also suffer from co-morbid conditions:
    - Lung Disease
    - Cirrhosis
    - Cardiovascular Disease
    - Diabetes
- Less likely to seek *any treatment* due to fear of discrimination, resulting in...(Vaughn et al., 2017)
    - 9x greater risk of congestive heart failure
    - 12x greater risk of severe cirrhosis
    - 12x greater risk of developing pneumonia
    - 25% less adherent to diabetes treatment

©2017 Walgreen Co. All rights reserved.



5

WAGMDL00035675

CONFIDENTIAL

# Opioid Statistics

- Prescription Opioids and Heroin
    - Nearly 80% of Americans using Heroin reported misusing opioids first
    - Individuals who misuse prescription opioid pain pills are forty times more likely to abuse heroin

- Prescription Opioid Misuse
    - $55.7 billion nationally
    - $25 billion in healthcare costs
    - $25.6 billion in lost workplace productivity
    - $5.1 billion in criminal justice costs

©2017 Walgreen Co. All rights reserved.



6

WAGMDL00035676

CONFIDENTIAL

# Changing our "Talking Points"

## Pharmacist Next Steps to Reduce Opioid/SUD Stigma

©2017 Walgreen Co. All rights reserved.

CONFIDENTIAL

WAGMDL00035677

# Watch Your Language

- "Person-First" Language
    - Showcases that <u>a person</u> has a problem <u>that can be addressed</u>, rather than the person being the problem
        - *Avoid:* "Drug Abuser/User", "Heroin Junkie"
        - *Use: "Person with substance/opioid use disorder",*
- Minimize fear-based or "sensationalizing" phrases
    - These phrases perpetuate self-stigma and shame related to the condition
        - *Avoid:* "suffers from/victim of opioid use disorder", "War on opioids", "opioid crisis"
        - *Use: "he/she has opioid use disorder", "they are dependent on opioids", "opioid epidemic" (stick to the facts)*
- Role-model and educate on stigma-less thoughts/behaviors
    - Coach staff members/colleagues on minimizing stigmatizing language



8

# Harm Reduction, not Abuse Prevention

- Needle-purchases – Risky "behavior" becomes touchpoint with healthcare professional
    - Talking points: being approachable and asking *every time* if patient has questions, Consider providing *every* patient resources/handouts
- Naloxone recommendations – "promoting behavior" becomes increased chances to seek treatment
    - Talking points: patients filling > 50 Morphine Milligram Equivalents (MMEs) recommended with "just in case" approach
    - Example: "I recommend to all my patients with similar medications having a reversal agent just in case of an accidental overdose, as I want you to be safe. What are your thoughts on me filling [naloxone] along with the [opioid]?"

©2017 Walgreen Co. All rights reserved.

*walgreens* Trusted since 1901

9

WAGMDL00035679

CONFIDENTIAL

# Start the Conversation

- Assess current pain status
    - "How well has your pain been controlled on this medication?"
- Evaluate current use
    - "It can difficult to remember multiple doses of your medication. How often have you missed/forgot a dose of your pain meds?"
- Make the recommendation as a "just in case"
    - "I recommend to all my patients with similar medications having a reversal agent just in case of an accidental overdose, as I want you to be safe. What are your thoughts on me filling [naloxone] along with the [opioid]?"
- Identify/engage a caregiver

©2017 Walgreen Co. All rights reserved.

*Walgreens* Trusted since 1901

10

WAGMDL00035680

CONFIDENTIAL

# Take-Home Points

- Stigma takes shape in numerous forms, with it's impact on opioid and substance use disorder all too prevalent
- Stigma's effects on SUD not only harm the patient, but negatively affect the public and those who care for these patients
- First steps to addressing the stigma is a change in language, followed by education/empowerment of a healthcare team
- Education plays an important tool to combating the effect of stigma on SUD

©2017 Walgreen Co. All rights reserved.

*Walgreens* Trusted since 1901™

11

WAGMDL00035681

CONFIDENTIAL

# Thank You!

## Questions?

CONFIDENTIAL

WAGMDL00035682

# References

1. Barry CL, Mcginty EE, Pescosolido BA, Goldman HH. Stigma, discrimination, treatment effectiveness, and policy: public views about drug addiction and mental illness. *Psychiatr Serv*. 2014;65(10):1269-72.
2. Van Boekel, L. C., Brouwers, E. P., Van Weeghel, J., & Garretsen, H. F. (2013). Stigma among health professionals towards patients with substance use disorders and its consequences for healthcare delivery: systematic review. Drug and alcohol dependence, 131(1), 23-35
3. R. Ford, G. Bammer, N. Becker. The determinants of nurses' therapeutic attitude to patients who use illicit drugs and implications for workforce development. *J. Clin. Nurs.*, 17 (2008), pp. 2452-2462
4. L. Brener, W. Von Hippel, S. Kippax, K.J.Preacher. The role of physician and nurse attitudes in the health care of injecting drug users. *Subst. Use Misuse*, 45 (2010), pp. 1007-1018
5. Kelly JF, Westerhoff CM. Does it matter how we refer to individuals with substance-related conditions? A randomized study of two commonly used terms. *Int J Drug Policy*. 2010;21(3):202-7.
6. Keyes KM, Hatzenbuehler ML, Mclaughlin KA, et al. Stigma and treatment for alcohol disorders in the United States. *Am J Epidemiol*. 2010;172(12):1364-72.
7. Clement S, Schauman O, Graham T, Maggioni F, Evans-Lacko S, Bezborodovs N, Morgan C, Rüsch N, Brown J, Thornicroft G. What is the impact of mental health-related stigma on help-seeking? A systematic review of quantitative and qualitative studies. *Psychological Medicine*. 2015;45(1):11–27
8. SAMHSA. Words Matter: How Language Choice Can Reduce Stigma. 2017.
9. Committee on the Science of Changing Behavioral Health Social Norms; Board on Behavioral, Cognitive, and Sensory Sciences; Division of Behavioral and Social Sciences and Education; National Academies of Sciences, Engineering, and Medicine. Ending Discrimination Against People with Mental and Substance Use Disorders: The Evidence for Stigma Change. Washington (DC): *National Academies Press*. Available from: https://www.ncbi.nlm.nih.gov/books/NBK384923/



13

WAGMDL00035683

CONFIDENTIAL