# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF OHIO
### EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,                          MDL NO. 2804
OPIATE LITIGATION

                                                       Case No. 17-MD-2804

                                                       Judge Dan Aaron Polster

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.* MDL Case #1:18-OP-45252 | *Ellis v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45479 |
| *Wood v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45264 | *DeMaro v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45480 |
| *Salmons v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45268; | *Cruz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45481 |
| *Ambrosio v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45375 | *Paul v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45482 |
| *Flanagan v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45405 | *Lechuga v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.* MDL Case No. #1:19-op-45483 |
| *Whitley v. Purdue Pharma LP., et al.* MDL Case #1:18-OP-45598 | *Brumbarger v. Purdue Pharma, LP., et al.* MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45484 |
| *Roach v. McKesson Corporation, et al.* MDL Case No. #1:18-OP-45662 | *Means v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45470 | *Warren v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45486 |
| *Hunt v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-OP-45681 | *Peterson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45472 | *Carlson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.* MDL Case No. #1:19-op-45052 | *Hampel v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45473 | *Flach v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45488 |
| *Doyle v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46327 | *Whittaker v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45475 | *Ivie v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45489 |
| *Moore v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46305 | *Tuttle v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45476 | *Cherry v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45490 |
| *Artz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45459 | *Hamawi v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45477 | *Ortiz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45492 |
| *Rodriquez v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45478 | *Meinecke v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45493 |

1

*Brant v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45494

*Williams, v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45485

**MOTION FOR LEAVE TO FILE PLAINTIFFS' MOTION FOR EXPEDITED CASE
MANAGEMENT CONFERENCE FOR GOOD CAUSE SHOWN**

Plaintiffs, and all similarly situated, through undersigned counsel, respectfully move for leave to file the attached Motion for Expedited Case Management Conference for Good Cause Shown for the following reasons:

These Plaintiffs "Baby Plaintiffs," who have filed class action complaints, seek an expedited case management conference to address scheduling of discovery *inter alia*:

a) to meet this Court's obligations under *Doe v. City of Memphis*, No. 18-5565, 2019 WL 2637637 (6th Cir. June 27, 2019) prior to the Court's consideration of the Baby Plaintiffs' motions to certify class actions;

b) to correct this Court's mistaken presumption in its July 11, 2019 order [Rec Doc 1829] that the Baby Plaintiffs had access to discovery prior to July 11, 2019.

For these reasons, leave to file the motion should be granted.

Respectfully submitted,

/s/ Scott R. Bickford
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford (La. 1165)
Spencer R. Doody (La. 27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone: 504-581-9065
Email:  srb@mbfirm.com; srd@mbfirm.com

/s/ Donald Creadore
THE CREADORE LAW FIRM, P.C.
Donald Creadore (NY Reg. No. 2090702)
450 Seventh Avenue – 1408
New York, NY 10123
Telephone: 212-355-7200
Facsimile: 212-583-0412
Email: Donald@creadorelawfirm.com

/s/ Celeste Brustowicz
COOPER LAW FIRM, LLC
Celeste Brustowicz (pro hac vice)
Barry J. Cooper, Jr. (pro hac vice)
Stephen H. Wussow (pro hac vice)
Victor Cobb (pro hac vice)
1525 Religious Street
New Orleans, LA 70130
Telephone: 504-399-0009
Email: cbrustowicz@sch-llc.com

/s/ Kevin W. Thompson
THOMPSON BARNEY LAW FIRM
Kevin W. Thompson (pro hac vice)
David R. Barney, Jr. (pro hac vice)
2030 Kanawha Boulevard
East Charleston, WV 25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompsonwv@gmail.com

/s/ Kent Harrison Robbins
THE LAW OFFICES OF KENT
HARRISON ROBBINS, P.A.
Kent Harrison Robbins (pro hac vice)
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com

## <u>CERTIFICATE OF SERVICE</u>

A copy of the foregoing was filed via the Court's electronic filing system on July 22, 2019.  Notice of this filing will be sent by e-mail through the Court's electronic case-filing system to all counsel of record.

*/s/Celeste Brustowicz*
Celeste Brustowicz
