| | |
|---|---|
| **From:** | Kevin Thompson |
| **To:** | Ernesto Reyes - KHR Law Offices |
| **Subject:** | Fwd: Welcome to OpioidAnalytics |
| **Date:** | Saturday, July 13, 2019 2:08:42 PM |

---------- Forwarded message ---------
From: Kevin Thompson <kwthompsonwv@gmail.com>
Date: Sat, Jul 13, 2019 at 2:04 PM
Subject: Fwd: Welcome to OpioidAnalytics
To: Kent Harrison Robbins - KHR Law Offices <khr@khrlawoffices.com>


This email represents our first availability to access ARCOS.

---------- Forwarded message ---------
From: Opioid Analytics <info@opioidanalytics.com>
Date: Fri, Jul 12, 2019 at 3:06 PM
Subject: Welcome to OpioidAnalytics
To: kwthompsonwv@gmail.com <kwthompsonwv@gmail.com>


Dear Kevin Thompson,

The ARCOS data that you have requested is now available via our secure website – OpioidAnalytics.com

To access the website, you will need to use the following username and password:

User Name: kwthompsonwv@gmail.com
Password: 4F8Hat5lCKn6

Upon logging in to the site, you will be asked to read and affirm that you agree to comply with the protective order. You must scroll through and read the "OPINION AND CONSOLIDATED ARCOS PROTECTIVE ORDER" and check both boxes stating that you agree to the terms of the protective order.

Once you agree to the terms of the protective order, you will be able to download encrypted files containing the county-level ARCOS data you are eligible to receive. If you feel that you are missing any data, please email arcos-support-2804_plaintiffs@ankura.com.

You may download the national "raw" ARCOS data by using BOTH the decoder and date file links at the bottom of the page.

These reports are designated as CONFIDENTIAL – SUBJECT TO PROTECTIVE ORDER.

While you are able to download the data, you will need a password to decrypt the files, which will be sent in a separate email.

Please note that some files, particularly the national "raw" ARCOS data, are very large and

**EXHIBIT A**

may be subject to long download times, which can be affected by network congestion during normal business hours. Please download only the files you need and if you experience slow download speeds, please try outside of normal business hours.

If you have any questions or issues, please do NOT respond to this email, instead, please direct any inquiries to: arcos-support-2804_plaintiffs@ankura.com.

OpioidAnalytics.com

--

Kevin Thompson, Esq.

Thompson Barney Law Firm

2030 Kanawha Boulevard, East

Charleston, West Virginia 25311

(304) 343-4401

THE INFORMATION CONTAINED IN THIS EMAIL IS ATTORNEY PRIVILEGED AND CONFIDENTIAL, INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED AS THE RECIPIENT ABOVE. IF YOU, AS THE READER OF THIS MESSAGE ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY EMAIL AND DELETE THE MESSAGE AND ALL OF ITS CONTENTS

--

Kevin Thompson, Esq.

Thompson Barney Law Firm

2030 Kanawha Boulevard, East

Charleston, West Virginia 25311

(304) 343-4401

THE INFORMATION CONTAINED IN THIS EMAIL IS ATTORNEY PRIVILEGED AND CONFIDENTIAL, INTENDED ONLY FOR THE USE OF THE INDIVIDUAL OR ENTITY NAMED AS THE RECIPIENT ABOVE. IF YOU, AS THE READER OF THIS MESSAGE ARE NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY DISSEMINATION, DISTRIBUTION, OR COPYING OF THIS COMMUNICATION IS STRICTLY PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE IMMEDIATELY NOTIFY THE SENDER BY EMAIL AND DELETE THE MESSAGE AND ALL OF ITS CONTENTS