| | |
|---|---|
| **From:** | Kevin Thompson |
| **To:** | Kent Harrison Robbins - KHR Law Offices; Ernesto Reyes - KHR Law Offices |
| **Subject:** | Fwd: Relativity Access |
| **Date:** | Saturday, July 13, 2019 2:08:27 PM |
| **Attachments:** | Core_Reviewer_Interface_Quick_Reference.pdf |

This email provided our first access to the Relativity Database containing the discovery documents and the transcripts.

---------- Forwarded message ---------
From: **Rachel Klink** <rachel.klink@ricoh-usa.com>
Date: Fri, Jul 12, 2019 at 4:05 PM
Subject: Relativity Access
To:
Cc: Rachel Klink <rachel.klink@ricoh-usa.com>


Hello,

You have been granted access to the following Ricoh Relativity workspace relating to the Opiates MDL:

35032_Opiates_MDL

The URL for Ricoh Relativity is https://relativity.ricohdiscovery.com/Relativity/Login.aspx?

User name is your email address, all lower case.
Your temporary password will be **Ricoh_2019!**
You will be prompted to change it the first time you log in.

Please add this URL as a trusted site.

Below are some links to KCura's quick reference guides and short tutorials to help get you started.
https://help.relativity.com/9.5/Content/Solutions/Reviewing_documents_in_Relativity.htm
https://help.relativity.com/9.5/Content/Site_Resources/User_quick_reference.htm

I'm including a quick reference guide which will help with understanding some of the icons in various screens you will see

Please do not hesitate to reach out to opiatesMDLPMrequest@ricohlegal.com if you have any questions.



**Rachel Klink**
Senior Project Manager
Ricoh Legal

**RICOH USA, INC.**
412-999-5038
rachel.klink@ricoh-usa.com
www.ricoh-usa.com/legal/

**EXHIBIT B**





Ricoh Forensics holds the distinction of operating the NATION'S FIRST Private Computer Forensics lab accredited (digital forensics) by the American Society of Crime Laboratory Directors/Laboratory Accreditation Board (ASCLD/LAB). Ricoh Forensics is accredited in Digital Multimedia Evidence under the International Testing Program guidelines.



