# EXHIBIT 2

## PROPOSED CLASS REPRESENTATIVE COMPLAINTS
## DEFENDANTS SUED AND CLAIMS ASSERTED

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| Alabama, Jefferson County (18-op-45558, Dkt. Nos. 14, 29) | <ul><li>Manufacturers</li><li>National Distributors[2]</li><li>Other Distributors (Associated Pharmacies, Inc. Miami-Luken)</li><li>National Retail Pharmacies[3]</li><li>Doctors</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Alabama Deceptive Trade Practices Act</li><li>Public Nuisance</li><li>Drug-Related Nuisance (Ala. Code § 6-5-155)</li><li>Intentional or Reckless Fraud</li><li>Innocent Fraud</li><li>Unjust Enrichment</li><li>Negligence/Wantonness, Alabama Common Law</li><li>Negligent/Wanton Marketing</li><li>Civil Conspiracy - Alabama Common Law</li><li>RICO</li></ul> | <ul><li>Byron Perkins</li><li>Napoli Shkolnik</li><li>Riley & Jackson</li></ul> |
| Arizona, City of Phoenix (18-op-45510, Dkt. Nos. 1, 21) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Arizona Consumer Fraud Act</li><li>Public Nuisance</li><li>Negligence</li><li>Negligent Misrepresentation</li><li>Unjust Enrichment</li><li>RICO</li></ul> | <ul><li>**Robbins Geller Rudman & Dowd**</li></ul> |
| Arizona, Maricopa County (19-op-45020, Dkt. Nos. 1, 10) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Arizona Consumer Fraud Act</li><li>Public Nuisance</li><li>Negligence</li><li>Wanton Negligence</li><li>Unjust Enrichment</li><li>RICO</li></ul> | <ul><li>Keller Rohrback</li></ul> |

---

[1] Firms that appear in bold also appear to represent one or more states, according to publicly available pleadings and docket information.  Docket information reflecting each firm's state representation is included in the "Source List" at the end of this document.

[2] "National Distributors" refers to McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Drug Corporation, and corporate family members of those entities.

[3] National Retail Pharmacies are defined to include National Retail Pharmacies sued in the MDL Track One cases: CVS, Rite Aid, Walgreens, and Walmart.

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| California, City of Los Angeles (18-op-45601, Dkt. Nos. 1, 24) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith)</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Statutory Public Nuisance</li><li>Negligence</li><li>Negligent Misrepresentation</li><li>RICO</li></ul> | <ul><li>**Robbins Geller Rudman & Dowd**</li></ul> |
| California, Monterey County (18-op-45615, Dkt. Nos. 1, 14) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Albertson's, Kroger)</li></ul> | <ul><li>False Advertising, California Business and Professions Code</li><li>Fraud and Fraudulent Misrepresentation</li><li>Public Nuisance</li><li>Negligent Misrepresentation</li><li>Unjust Enrichment</li><li>RICO</li></ul> | <ul><li>**Baron & Budd**</li><li>Greene, Ketchum, Farrell, Bailey & Tweel</li><li>Hill, Peterson, Carper, Bee & Deitzler</li><li>**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor**</li><li>McHugh Fuller Law Group</li><li>Powell & Majestro</li></ul> |
| California, Riverside County (18-op-45878, Dkt. Nos. 1, 9) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith, Miami-Luken)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>False Record of Statement to Avoid Obligation</li><li>False Advertising, California Business and Professions Code</li><li>Fraud and Fraudulent Misrepresentation</li><li>Public Nuisance</li><li>Unjust Enrichment</li><li>RICO</li></ul> | <ul><li>Crueger Dickinson</li><li>Simmons Hanly Conroy</li></ul> |
| California, City and County of San Francisco (19-op-45022, Dkt. Nos. 1, 33) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>California Unfair Competition Law</li><li>False Advertising</li><li>Fraudulent Concealment</li><li>Public Nuisance</li><li>Negligence</li><li>Negligent Misrepresentation</li><li>RICO</li></ul> | <ul><li>Andrus Anderson</li><li>Casey Gerry Schenk Francavilla Blatt & Penfield LLP</li><li>**Lieff, Cabraser, Heimann & Bernstein**</li><li>Renne Public Law Group</li><li>**Robbins Geller Rudman & Dowd**</li><li>Sanford Heisler Sharp</li><li>Weitz & Luxenberg</li></ul> |

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| Colorado, Denver (19-op-45036, Dkt. Nos. 1, 15) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (J.M. Smith)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Public Nuisance</li><li>Colorado Consumer Protection Act</li><li>Negligence</li><li>Gross Negligence</li><li>Unjust Enrichment</li><li>RICO</li><li>Fraud and Deceit</li><li>Civil Conspiracy</li></ul> | <ul><li>Hoffman, Parker, Wilson & Carberry</li><li>Keller Rohrback</li><li>Overton & Associates</li><li>Reilly Pozner</li><li>Sparks Willson Borges Brandt & Johnson</li></ul> |
| Connecticut, City of Norwalk (Conn. Super. Ct., HHD-CV18-6098036-S) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Connecticut Unfair Trade Practices Act</li><li>Public Nuisance</li><li>Common Law Fraud</li><li>Negligent Misrepresentation</li><li>Negligence</li><li>Innocent Misrepresentation</li><li>Unjust Enrichment</li><li>Connecticut Health Insurance Fraud Act</li><li>Treble damages for theft (Conn. Gen. Stat. § 52-564)</li></ul> | <ul><li>Branstetter, Stranch & Jennings</li><li>Ventura Law</li></ul> |
| Florida, Broward County (18-op-45332, Dkt. No. 32) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith)</li><li>National Retail Pharmacies</li></ul> | <ul><li>RICO</li><li>Florida Corrupt Practices Act</li><li>Civil Remedies for Criminal Practices Act ("Florida RICO")</li><li>Florida Deceptive and Unfair Trade Practices Act</li><li>Public Nuisance</li><li>Negligence</li><li>Gross Negligence</li><li>Unjust Enrichment</li><li>Fraud</li><li>Civil Conspiracy</li></ul> | <ul><li>Haliczer Pettis & Schwamm</li><li>Kopelowitz Ostrow Ferguson Weiselberg Gilbert</li><li>**Lieff, Cabraser, Heimann & Bernstein**</li><li>Morgan & Morgan Complex Litigation Group</li><li>**Robbins Geller Rudman & Dowd**</li><li>Spangenberg Shibley & Liber</li></ul> |

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| Florida, City of Delray Beach (18-op-45051, Dkt. Nos. 1, 34) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith)</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Florida Deceptive and Unfair Trade Practices Act</li><li>Public Nuisance</li><li>Negligence</li><li>Unjust Enrichment</li><li>RICO</li></ul> | <ul><li>**Robbins Geller Rudman & Dowd**</li><li>Seeger Weiss</li><li>Carella, Byrne, Cecchi, Olstein, Brody & Agnello</li><li>Spangenberg Shibley & Liber</li></ul> |
| Florida, Escambia County (18-op-45729, Dkt. Nos. 1, 5) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (J.M. Smith)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Albertson's, Kroger, Publix Super Markets, Winn-Dixie Stores)</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Fraud and Fraudulent Misrepresentation</li><li>Negligence and Negligent Misrepresentation</li><li>Negligence Per Se</li><li>Civil Conspiracy</li><li>Unjust Enrichment</li></ul> | <ul><li>**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor**</li><li>McHugh Fuller Law Group</li><li>Powell & Majestro</li><li>**Baron & Budd**</li><li>Greene, Ketchum, Farrell, Bailey & Tweel</li><li>Hill, Peterson, Carper, Bee & Deitzler</li></ul> |
| Florida, Palm Beach County (18-op-46121, Dkt. Nos. 1-2, 18) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith, Miami-Luken)</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Public Nuisance</li><li>Medicaid/Social Welfare Law</li><li>Florida Deceptive and Unfair Trade Practices Act</li><li>Fraud</li><li>Unjust Enrichment</li><li>Fraudulent Practices - Misleading Advertising, Fl. Stat. Title XLVI, Crimes § 817.41</li><li>Negligence Per Se</li><li>Negligent Marketing</li><li>Negligence</li><li>RICO</li></ul> | <ul><li>The Ferraro Law Firm</li><li>Napoli Shkolnik</li><li>Stull, Stull, & Brody</li></ul> |

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| Georgia, City of Atlanta (18-op-46308, Dkt. Nos. 1-2, 25) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Attain Med, Bloodworth Wholesale Drugs, J.M. Smith, Miami-Luken)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger, Medicine Center Pharmacy)</li><li>Local Clinic</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Public Nuisance</li><li>Medicaid/Department of Community Health Law</li><li>Fraud</li><li>Unjust Enrichment</li><li>Negligence Per Se</li><li>Negligent Marketing</li><li>Negligence</li><li>RICO</li></ul> | <ul><li>Edmond, Lindsay & Hoffler</li><li>Daniel R. Meachum & Associates</li></ul> |
| Georgia, Cobb County (18-op-45817, Dkt. Nos. 1, 6) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith, J.M. Smith, Miami-Luken)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger, Publix Super Markets)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>RICO</li><li>Georgia Deceptive Trade Practices Act</li><li>Public Nuisance</li><li>Negligence</li><li>Unjust Enrichment</li><li>Fraud</li><li>Civil Conspiracy</li></ul> | <ul><li>Crueger Dickinson</li><li>Simmons Hanly Conroy</li></ul> |
| Georgia, Fannin County (19-op-45269, Dkt. No. 1-1) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Attain Med, Just in Time Meds)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Medicine Center Pharmacy)</li><li>Local Clinic</li><li>Manufacturers' Sales Representatives</li></ul> | <ul><li>Georgia Uniform Deceptive Trade Practices Act</li><li>Fraud</li><li>Unjust Enrichment</li><li>Negligence</li><li>Negligent Misrepresentation</li><li>Public Nuisance (Common Law and O.C.G.A. § 41-1-1)</li><li>Negligence Per Se</li></ul> | <ul><li>Harrison White</li><li>L. David Wolfe</li><li>Marc J. Bern & Partners</li></ul> |

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| Idaho, Gooding County (19-op-45404, Dkt. No. 1) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Miami-Luken)</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Idaho Consumer Protection Act</li><li>Idaho Uniform Controlled Substances Act</li><li>Public Nuisance</li><li>Fraud</li><li>Unjust Enrichment</li><li>Negligence</li><li>RICO</li></ul> | <ul><li>Napoli Shklonik</li></ul> |
| Illinois, City of Chicago (17-op-45169 Dkt No. 672 and 18-op-45281, Dkt. No. 10) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li></ul> | <ul><li>Consumer Fraud</li><li>Misrepresentation in Connection with Sale or Advertisement of Merchandise</li><li>False Statements to the City</li><li>False Claims (MCC § 1-22-020)</li><li>Conspiracy to Defraud by Getting False or Fraudulent Claims Paid or Approved by the City</li><li>Recovery of City Costs of Providing Services</li><li>Insurance Fraud</li><li>Civil Conspiracy</li><li>Unjust Enrichment</li><li>Public Nuisance - Common Law</li><li>Negligence / Negligence Per Se / Gross Negligence</li><li>Drug Dealer Liability Act</li></ul> | <ul><li>Spangenberg Shibley & Liber</li><li>**Motley Rice**</li><li>Wexler Wallace</li></ul> |
| Indiana, City of Indianapolis (17-op-45091, Dkt. Nos. 1, 55) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>City-County Ordinances Forbidding Public Nuisances</li><li>Negligence</li><li>Unjust Enrichment</li><li>Damages Resulting from Civil Conspiracy</li></ul> | <ul><li>Cohen & Malad</li></ul> |

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| Kentucky, Louisville-Jefferson County (17-op-45013, Dkt. Nos. 24, 37) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger, Meijer)</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Negligence & Negligent Misrepresentation</li><li>Statutory Negligence Per Se - Ky. Rev. Stat. § 446.070</li><li>Civil Conspiracy</li><li>Fraud & Fraudulent Misrepresentation</li></ul> | <ul><li>**Baron & Budd**</li><li>Bowling & Johnson</li><li>Gray & White</li><li>Greene, Ketchum, Farrell, Bailey & Tweel</li><li>Hill, Peterson, Carper, Bee & Deitzler</li><li>**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor**</li><li>McHugh Fuller Law Group</li></ul> |
| Louisiana, City of Baton Rouge (18-op-45160, Dkt. Nos. 1, 7) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Louisiana Wholesale Drug, Morris & Dickson)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Albertson's, Winn-Dixie Stores)</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Louisiana Racketeering Act</li><li>Louisiana Products Liability Act</li><li>Redhibition</li><li>Louisiana Unfair Trade Practices & Consumer Protection Law</li><li>Negligence & Negligent Misrepresentation</li><li>Fraud & Fraudulent Misrepresentation</li></ul> | <ul><li>**Baron & Budd**</li><li>Greene, Ketchum, Farrell, Bailey & Tweel</li><li>Hill, Peterson, Carper, Bee & Deitzler</li><li>Jackson, Vance, Morrison</li><li>James Law Office</li><li>**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor**</li><li>McHugh Fuller Law Group</li><li>Murray & Murray</li><li>Powell & Majestro</li></ul> |
| Maine, Cumberland County (19-op-45259, Dkt. No. 1-2) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Doctors</li></ul> | <ul><li>Maine Unfair Trade Practices Act</li><li>Public Nuisance</li><li>Fraud</li><li>Unjust Enrichment</li><li>Negligence</li><li>Negligent Marketing</li></ul> | <ul><li>Trafton, Matzen, Belleau & Frenette</li></ul> |
| Maryland, Prince George's County (18-op-45501, Dkt. Nos. 2, 36) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (American Sales Company, Miami-Luken)</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Maryland Consumer Protection Act</li><li>Public Nuisance</li><li>Fraud</li><li>Unjust Enrichment</li><li>Negligence</li><li>Negligent Marketing</li><li>RICO</li></ul> | <ul><li>Jackson Edwards</li><li>Napoli Shkolnik</li><li>Shadoan, Michael & Wells</li><li>Shipley & Horne</li></ul> |

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| Massachusetts, City of Lowell (18-op-45514, Dkt. Nos. 1, 9) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Negligence & Negligent Misrepresentation</li><li>Negligence Per Se</li><li>Deceptive Trade Practices (Mass. General Laws Ch. 93A, §§ 2, 11)</li><li>Civil Conspiracy</li><li>Fraud & Fraudulent Misrepresentation</li><li>Unjust Enrichment</li><li>Aiding & Abetting (Tortious & Statutory)</li></ul> | <ul><li>**Baron & Budd**</li><li>Greene, Ketchum, Farrell, Bailey & Tweel</li><li>Hill, Peterson, Carper, Bee & Deitzler</li><li>KP Law</li><li>**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor**</li><li>McHugh Fuller Law Group</li><li>Powell & Majestro</li><li>Rodman, Rodman & Sandman</li><li>Sweeney Merrigan Law</li></ul> |
| Michigan, Wayne County (17-op-45102, Dkt. Nos. 1, 42) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Michigan Consumer Protection Act</li><li>Public Nuisance</li><li>Negligence</li><li>Unjust Enrichment</li><li>RICO</li></ul> | <ul><li>The Miller Law Firm</li><li>**Robbins Geller Rudman & Dowd**</li></ul> |
| Minnesota, City of St. Paul (19-op-45424, Dkt. No. 1) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Miami-Luken)</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Minnesota RICO Act</li><li>Minnesota Uniform Controlled Substances Law</li><li>Public Nuisance</li><li>Fraud</li><li>Unjust Enrichment</li><li>Negligence</li><li>RICO</li></ul> | <ul><li>Napoli Shkolnik</li></ul> |

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| Minnesota, Hennepin County (18-op-45232, Dkt. Nos. 1-1, 14) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacy</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Public Nuisance</li><li>Minnesota False Claims Act</li><li>Minnesota Prevention of Consumer Fraud Act</li><li>False Statement in Advertisement</li><li>Unlawful Trade Practices Act</li><li>Deceptive Trade Practices Act</li><li>Fraudulent and Intentional Misrepresentation</li><li>Negligence</li><li>Gross Negligence</li><li>Unjust Enrichment</li><li>RICO</li></ul> | <ul><li>Briol & Benson</li><li>**Motley Rice**</li></ul> |
| New Hampshire, City of Concord (18-op-45573, Dkt. Nos. 1, 18) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith)</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>New Hampshire Consumer Protection Act</li><li>Public Nuisance</li><li>Negligence or Fraudulent or Negligent Misrepresentation</li><li>Unjust Enrichment</li><li>RICO</li></ul> | <ul><li>Law Office of David N. Cole</li><li>**Robbins Geller Rudman & Dowd**</li></ul> |
| New Hampshire, City of Manchester (17-op-45163, Dkt. Nos. 1-1, 53) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith, Miami-Luken)</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>New Hampshire Regulation of Business Practices for Consumer Protection</li><li>Public Nuisance</li><li>Fraud</li><li>Unjust Enrichment</li><li>Negligence</li><li>RICO</li></ul> | <ul><li>Napoli Shkolnik</li><li>Nixon, Vogelman, Barry, Slawsky & Simoneau</li></ul> |
| New Jersey, Bergen County (18-op-45616, Dkt. No. 1) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Costco)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>RICO</li><li>Public Nuisance</li><li>Negligence</li><li>Civil Conspiracy</li></ul> | <ul><li>Carella, Byrne, Cecchi, Olstein, Brody & Agnello</li><li>**Robbins Geller, Rudman & Dowd**</li><li>Seeger Weiss</li></ul> |

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| New Jersey, Camden County (18-op-46306, Dkt. No. 1-1) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Costco)</li><li>Founders/Owners of Manufacturers s</li></ul> | <ul><li>NJ RICO</li><li>Public Nuisance</li><li>Negligence</li><li>Civil Conspiracy</li></ul> | <ul><li>Carella, Byrne, Cecchi, Olstein, Brody & Agnello</li><li>**Robbins Geller, Rudman & Dowd**</li><li>Seeger Weiss</li></ul> |
| New Jersey, Essex County (18-op-45989, Dkt. No. 1) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Costco)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>RICO</li><li>Public Nuisance</li><li>Negligence</li><li>Civil Conspiracy</li></ul> | <ul><li>Carella, Byrne, Cecchi, Olstein, Brody & Agnello</li><li>Critchley, Kinum, Denoia</li><li>Seeger Weiss</li></ul> |
| New Jersey, Jersey City (18-op-45948, Dkt. No. 1) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Costco)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>RICO</li><li>Public Nuisance</li><li>Negligence</li><li>Civil Conspiracy</li></ul> | <ul><li>Carella, Byrne, Cecchi, Olstein, Brody & Agnello</li><li>Seeger Weiss</li><li>Simmons Hanly Conroy</li></ul> |
| New Jersey, Paterson City (18-op-45371, Dkt. Nos. 1-1, 45) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith)</li><li>National Retail Pharmacies</li><li>Pharmacy Benefit Managers</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Public Nuisance</li><li>NJ RICO</li><li>NJ Consumer Fraud Act</li><li>Common Law Fraud</li><li>Negligent Misrepresentation</li><li>Negligence</li><li>Unjust Enrichment</li><li>RICO</li></ul> | <ul><li>Goldsmith & Goldsmith</li><li>Scott+Scott</li></ul> |
| New York, Albany County (18-op-45096, Dkt. Nos. 1, 19 and 19-op-45159, Dkt. Nos. 1, 9) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Rochester Drug Cooperative)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Deceptive Acts & Practices, NY General Business Law</li><li>False Advertising, NY General Business Law</li><li>Public Nuisance</li><li>RICO</li><li>NY Social Services Law</li><li>Fraud</li><li>Unjust Enrichment</li><li>Negligence</li></ul> | <ul><li>**Motley Rice**</li></ul> |

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| New York, Rockland County (S.D.N.Y., 7:19-cv-05588, Dkt. No. 4) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Rochester Drug Cooperative)</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Negligence</li></ul> | <ul><li>**Bleakley Platt & Schmidt**</li><li>Branstetter, Stranch & Jennings</li></ul> |
| North Carolina, Mecklenburg County (18-op-45221, Dkt. Nos. 6, 9) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Associated Pharmacies, H.D. Smith, J.M Smith, North Carolina Mutual Wholesale Drug)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>RICO</li><li>North Carolina Unfair and Deceptive Trade Practices Act</li><li>Public Nuisance</li><li>Negligence</li><li>Unjust Enrichment</li><li>Fraud</li><li>Civil Conspiracy</li></ul> | <ul><li>**Crueger Dickinson**</li><li>Simmons Hanly Conroy</li><li>Ward Black Law</li></ul> |
| North Dakota, Cass County and City of Grand Forks[4] (19-op-45276, Dkt. No. 1) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Unlawful Practices (deceptive act or practice in connection with sales or advertisements, N.D. Cent. Code § 51-15 *et seq.*)</li><li>Deceit (N.D. Cent. Code § 9-10, *et seq.*)</li><li>Negligence and Gross Negligence</li><li>Negligence Per Se</li><li>Unjust Enrichment</li><li>Civil Conspiracy</li><li>Fraudulent Concealment</li></ul> | <ul><li>**Robbins Geller Rudman & Dowd**</li><li>Serkland Law Firm</li></ul> |

[1] ... their claims are presented in the same complaint.

[4] Cass County, North Dakota and City of Grand Forks, North Dakota are listed as separate proposed class representatives, but their claims are presented in the same complaint.

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| Ohio, City of Lakewood (18-op-45240, Dkt. Nos. 4, 44) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Discount Drug Mart, Giant Eagle, Marc's Pharmacy)</li><li>Doctors</li></ul> | <ul><li>Public Nuisance (Common Law)</li><li>Public Nuisance (O.R.C. § 715.44)</li><li>Injury Through Criminal Acts</li><li>Fraud</li><li>Ohio Corrupt Practices Act</li><li>Conspiracy, Ohio Corrupt Practices Act</li><li>RICO</li><li>Negligence</li><li>Negligence Per Se</li><li>Deceptive Trade Practices Act</li></ul> | <ul><li>Cooney & Conway</li><li>Lowe Eklund Wakefield</li><li>Philips & Paolicelli</li><li>Waters Kraus & Paul</li><li>Watts Guerra</li></ul> |
| Ohio, Cuyahoga County (17-md-02804, Dkt. No. 1631) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (HBC Service Company, H.D. Smith)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Discount Drug Mart)</li></ul> | <ul><li>RICO</li><li>Ohio Corrupt Practices Act</li><li>Statutory Public Nuisance</li><li>Common Law Absolute Public Nuisance</li><li>Negligence</li><li>Common Law Fraud</li><li>Injury Through Criminal Acts</li><li>Unjust Enrichment</li><li>Civil Conspiracy</li></ul> | <ul><li>Napoli Shkolnik</li><li>Plevin & Gallucci Company</li><li>Scott Elliot Smith</li><li>Trasher Dinsmore & Dolan</li></ul> |
| Ohio, Franklin County Board of Commissioners (18-op-45162, Dkt. Nos. 1, 23) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Discount Drug Mart, Kroger, Meijer)</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Ohio Corrupt Practices Act</li><li>Injury Through Criminal Acts</li><li>Negligence & Negligent Misrepresentation</li><li>Negligence Per Se</li><li>Deceptive Trade Practices (Common Law and Ohio Rev. Code Ch. 4165)</li><li>Civil Conspiracy</li><li>Fraud and Fraudulent Misrepresentation</li></ul> | <ul><li>**Baron & Budd**</li><li>Greene, Ketchum, Farrell, Bailey & Tweel</li><li>Hill, Peterson, Carper, Bee & Deitzler</li><li>**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor**</li><li>McHugh Fuller Law Group</li><li>Powell & Majestro</li><li>Taft Strettinius & Hollister</li></ul> |

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| Ohio, Summit County (18-op-45090, Dkt. No. 157) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (HBC Service Company, Henry Schein, Miami-Luken, Prescription Supply)</li><li>National Retail Pharmacies</li></ul> | <ul><li>RICO</li><li>Ohio Corrupt Practices Act</li><li>Statutory Public Nuisance</li><li>Common Law Absolute Public Nuisance</li><li>Negligence</li><li>Common Law Fraud</li><li>Injury Through Criminal Acts</li><li>Unjust Enrichment</li><li>Civil Conspiracy</li></ul> | <ul><li>Brennan, Manna & Diamond</li><li>**Motley Rice**</li></ul> |
| Oklahoma, Tulsa County (19-op-45352, Dkt. No. 2-2) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Doctors</li></ul> | <ul><li>Oklahoma Consumer Protection Act</li><li>Public Nuisance</li><li>Fraud</li><li>Unjust Enrichment</li><li>Negligence</li><li>Negligent Marketing</li><li>Oklahoma RICO</li></ul> | <ul><li>Gibbs Armstrong Borochoff</li><li>Napoli Shkolnik</li></ul> |
| Tennessee, Nashville and Davidson County (18-op-45088, Dkt. Nos. 1, 36) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (J.M. Smith)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>RICO</li><li>Common Law Public Nuisance</li><li>Statutory Public Nuisance</li><li>Tennessee Drug Dealer Liability Act</li><li>Negligence</li><li>Unjust Enrichment</li><li>Tennessee Consumer Protection Act</li><li>Civil Conspiracy</li></ul> | <ul><li>**Lieff Cabraser Heimann & Bernstein**</li><li>Manson Johnson Conner</li></ul> |
| Texas, Galveston County (18-op-45358, Dkt. No. 1 and 19-op-45239, Dkt. No. 1-2) | <ul><li>Manufacturers</li><li>National Distributors</li></ul> | <ul><li>Public Nuisance</li><li>Texas Food & Drug Act, False Advertising</li><li>Negligence</li><li>Gross Negligence</li><li>RICO</li><li>Common Law Fraud</li><li>Texas Controlled Substances Act</li><li>Unjust Enrichment</li><li>Civil Conspiracy</li></ul> | <ul><li>Fibich, Leebron, Copeland & Briggs</li><li>O'Neill Law Firm</li><li>The Gallagher Law Firm</li><li>Watts Guerra</li></ul> |

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| Texas, Smith County (18-op-45081, Dkt. Nos. 1, 41) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Morris & Dickson)</li><li>National Retail Pharmacies</li></ul> | <ul><li>Public Nuisance</li><li>Common Law Fraud</li><li>Negligence</li><li>Gross Negligence</li><li>Texas Controlled Substances Act</li><li>RICO</li><li>Unjust Enrichment</li><li>Civil Conspiracy</li></ul> | <ul><li>Martin Walker</li><li>Simon Greenstone Panatier Barlett</li></ul> |
| Virginia, City of Roanoke (W.D. Va., 7:19-cv-00272, Dkt. No. 1-2) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Henry Schein)</li><li>National Retail Pharmacies</li><li>Pharmacy Benefit Managers</li></ul> | <ul><li>Public Nuisance (Va. Code Ann. § 15.2-900)</li><li>Common Law Public Nuisance</li><li>Virginia Consumer Protection Act</li><li>Fraud</li><li>Common Law Civil Conspiracy</li><li>Negligence Per Se</li><li>Negligence</li><li>Gross Negligence</li><li>Willful and Wanton Negligence</li><li>Unjust Enrichment</li></ul> | <ul><li>Kaufman Canoles</li><li>Sanford Heisler Sharp</li><li>The Cicala Law Firm</li></ul> |
| Washington, King County (18-op-45231, Dkt. Nos. 11, 26) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Washington Consumer Protection Act</li><li>Public Nuisance</li><li>Negligence</li><li>Gross Negligence</li><li>Unjust Enrichment</li><li>RICO</li></ul> | <ul><li>Keller Rohrback</li></ul> |
| West Virginia, Kanawha County Commission (17-op-45063, Dkt. Nos. 146, 147) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Miami-Luken)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger)</li></ul> | <ul><li>RICO</li><li>Common Law Public Nuisance</li><li>Negligence</li><li>Common Law Fraud</li><li>Unjust Enrichment</li><li>Civil Conspiracy</li></ul> | <ul><li>**Baron & Budd**</li><li>Greene, Ketchum, Farrell, Bailey & Tweel</li><li>**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor**</li><li>McHugh Fuller Law Group</li><li>Powell & Majestro</li></ul> |

| Proposed Class Rep. | Categories of Defendants Sued | Claims | Firms Representing Plaintiff[1] |
|---|---|---|---|
| Wisconsin, Milwaukee County (18-op-45402, Dkt. Nos. 1, 4) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Wisconsin Deceptive Trade Practices Act</li><li>Negligence & Negligent Misrepresentation</li><li>Negligence Per Se</li><li>Fraud & Fraudulent Misrepresentation</li><li>Unjust Enrichment</li></ul> | <ul><li>Aiken & Scoptur</li><li>**Baron & Budd**</li><li>Greene, Ketchum, Farrell, Bailey & Tweel</li><li>Hill, Peterson, Caper, Bee & Deitzler</li><li>Kerkman, Wagner & Dunn</li><li>**Levin, Papantonio, Thomas, Mitchell, Rafferty & Proctor**</li><li>McHugh Fuller Law Group</li><li>MWH Law Group</li><li>Powell & Majestro</li></ul> |

**Source List: Firms Also Representing States**

- Alaska: *State of Alaska v. McKesson Corporation, et al.*, Case No. 3AN-19-10023 CI (Sup. Ct. Alaska) (filed Feb. 20, 2019)
  - Motley Rice
- Arkansas: *State of Arkansas, ex rel. Leslie Rutledge v. Cardinal Health, Inc., et al.*, No. 60CV-19-2795 (Cir. Ct. Pulaski Cty. Ark.) (filed Apr. 25, 2019)
  - Baron & Budd
- Hawaii: *State of Hawai'i, ex rel. Clare E. Connors v. Mallinckrodt plc*, Civil No. 19-1-0863-06 (Cir. Ct. of 1st Cir. Haw.) (filed June 3, 2019)
  - Baron & Budd
- Kentucky: *Commonwealth of Kentucky, ex rel. Any Beshear v. Cardinal Health 5, LLC, et al.*, Civil Case No. 18-CI-001013 (Jefferson Cir. Ct. Ky.) (filed February 19, 2018)
  - Motley Rice
  - Morgan & Morgan
  - The Lanier Law Firm
- Maryland: *Consumer Protection Division of the Office of the Attorney General v. Purdue Pharma, L.P., et al.*, CPD Case No. 311366 (Office of the Attorney General) (filed May 16, 2019)
  - Robbins Geller Rudman & Dowd LLP
  - Lieff, Cabraser, Heimann & Bernstein, LLP
- Montana: *State of Montana v. Purdue Pharma L.P., et al.*, Cause No. ADV-2017-949 (Mont. 1st Jud. Dist. Ct. Lewis & Clark Cty.) (filed Nov. 30, 2017)
  - Motley Rice
- Nevada: *State of Nevada v. McKesson Corporation, et al.*, Case NO. A-19-796755-B (Dist. Ct. Clark Cty. Nev.) (filed June 17, 2019)
  - Levin Papantonio Law Firm
  - Baron & Budd
- New Hampshire: *State of New Hampshire v. Cardinal Health, Inc.*, Docket No. 217-2019-CV-00220 (Merrimack Cty. Sup. Ct. N.H.) (filed Apr. 3, 2019)
  - Motley Rice
- New Mexico: *State of New Mexico, ex rel. Hector Balderas v. Purdue Pharma L.P.*, No. D-101-CV-2017-02541 (1st Jud. Dist. Ct. Cty. of Santa Fe, N.M.) (filed September 7, 2017)
  - Baron & Budd
- Puerto Rico: *Commonwealth of Puerto Rico v. Cardinal Health, Inc., et al.*, Case No. SJ2018CV03958 (Puerto Rico Ct. of First Instance, Sup Ct., San Juan Part) (filed June 6, 2018)
  - Motley Rice

- Rhode Island: *State of Rhode Island, ex rel. Peter F. Kilmartin v. Purdue Pharma L.P.*, Civil Action No. PC-18-4555 (Providence Sup. Ct.) (filed June. 25, 2018)
    o Motley Rice
- South Carolina: *State of South Carolina, ex rel. Alan Wilson v. Purdue Pharma L.P.*, No. 2017-CP-40-04872 (Ct. Common Pleas, 5th Jud. Cir., Cty. of Richland) (filed Aug. 15, 2017)
    o Motley Rice
- Washington: *State of Washington v. Purdue Pharma, et al.*, Case No. 17-2-25505-0 (Wash. King Cty. Sup. Ct.) (filed Sept. 28, 2017)
    o Motley Rice