# EXHIBIT 3

**RANDOMLY SELECTED CLASS MEMBERS' COMPLAINTS**
**DEFENDANTS SUED AND CLAIMS ASSERTED[1]**

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Alabama, Town of Munford (18-op-45785, Dkt. Nos. 1, 26) | <ul><li>Manufacturers</li><li>National Distributors[2]</li><li>National Retail Pharmacies[3]</li></ul> | <ul><li>Negligence</li><li>Drug-Related Nuisance Alabama Code § 6-5-155, et seq.</li><li>Fraud and Misrepresentation</li><li>Public Nuisance</li><li>Civil Conspiracy</li><li>Wanton-Intentional Conduct & Punitive Damages</li><li>RICO</li></ul> |
| Alabama, Weaver (18-op-45565, Dkt. No. 1) | <ul><li>Manufacturers</li><li>National Distributors</li></ul> | <ul><li>Public Nuisance</li><li>Drug-Related Nuisance Alabama Code § 6-5-155, et seq.</li><li>RICO</li><li>Negligence and Negligent Misrepresentation</li><li>Civil Conspiracy</li><li>Fraud and Fraudulent Misrepresentation</li><li>Wantonness</li></ul> |
| Arizona, Cochise County (18-op-45855, Dkt. Nos. 7, 29) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Arizona Consumer Fraud Act</li><li>Public Nuisance</li><li>Negligence</li><li>Unjust Enrichment</li><li>RICO</li></ul> |
| California, San Benito County (18-op-45653, Dkt. Nos. 1, 8) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Albertson's, Thrifty Payless)</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>California False Advertising Act</li><li>Negligent Misrepresentation</li><li>Fraud and Fraudulent Misrepresentation</li><li>Unjust Enrichment</li></ul> |

---

[1] The cases listed in this Exhibit are drawn from the list of "Randomly Selected Class Members' Complaints" in the chart included in plaintiffs' memorandum in support of renewed and amended motion for class certification (Dkt. No. 1820-1) at page 81.

[2] "National Distributors" refers to McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Drug Corporation, and corporate family members of those entities.

[3] National Retail Pharmacies are defined to include National Retail Pharmacies sued in the MDL Track One cases: CVS, Rite Aid, Walgreens, and Walmart.

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| California, Shasta County (18-op-45651, Dkt. Nos. 1, 10) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger, Thrifty Payless)</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>California False Advertising Act</li><li>Negligent Misrepresentation</li><li>Fraud and Fraudulent Misrepresentation</li><li>Unjust Enrichment</li></ul> |
| Florida, Bradenton (18-op-46331, Dkt. Nos. 1, 8) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Albertson's, Publix Super Markets, Winn-Dixie Stores)</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Negligence and Negligent Misrepresentation</li><li>Negligence Per Se</li><li>Civil Conspiracy</li><li>Fraud and Fraudulent Misrepresentation (FL Stat. § 817.41 and Common Law)</li><li>Unjust Enrichment</li></ul> |
| Florida, Sarasota (18-op-45513, Dkt. No. 9) | <ul><li>Manufacturers</li><li>National Distributors</li></ul> | <ul><li>Florida Deceptive and Unfair Trade Practices Act</li><li>Public Nuisance</li><li>Negligence</li><li>Unjust Enrichment</li><li>RICO</li></ul> |
| Georgia, Columbia County (18-op-45607, Dkt. Nos. 1, 23) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith, J.M. Smith)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Negligence</li><li>Negligence Per Se</li><li>Georgia Deceptive Trade Practices Act</li><li>False Statement in Advertising</li><li>Violation of Legal Duty Owed to Plaintiff, O.C.G.A. § 51-1-6</li><li>Fraud</li></ul> |
| Georgia, Polk County (19-op-45046, Dkt. Nos. 1, 5) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (J.M. Smith)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger)</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Georgia RICO</li><li>Negligence and Negligent Misrepresentation</li><li>Negligence Per Se</li><li>Fraud and Fraudulent Misrepresentation</li></ul> |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Georgia, Toombs County (18-op-45576, Dkt. Nos. 1, 23) | • Manufacturers<br>• National Distributors<br>• Other Distributors (J.M. Smith)<br>• National Retail Pharmacies<br>• Other Pharmacies (Kroger)<br>• Founders/Owners of Manufacturers | • Public Nuisance<br>• RICO<br>• Negligence<br>• Negligence Per Se<br>• Georgia Deceptive Trade Practices Act<br>• False Statement in Advertising<br>• Claim for Damages for Violation of Legal Duty, O.C.G.A, § 51-1-6<br>• Fraud |
| Idaho, Boise (18-op-46289, Dkt. No. 1) | • Manufacturers<br>• National Distributors<br>• Other Distributors (Masters Pharmaceutical) | • Public Nuisance<br>• Negligence Per Se<br>• Negligence<br>• RICO |
| Illinois, Jefferson County (18-op-45539, Dkt. Nos. 1, 2) | • Manufacturers<br>• National Distributors<br>• Other Distributors (H.D. Smith)<br>• National Retail Pharmacies<br>• Other Pharmacies (Kroger) | • Public Nuisance Illinois Common Law<br>• RICO<br>• Illinois Narcotics Profit Forfeiture Act<br>• Illinois Consumer Fraud and Deceptive Business Practices Act<br>• Uniform Deceptive Trade Practices Act<br>• Negligence and Negligent Misrepresentation<br>• Negligence Per Se<br>• Civil Conspiracy<br>• Fraud and Fraudulent Misrepresentation |
| Illinois, Marion County (18-op-45532, Dkt. Nos. 1, 2) | • Manufacturers<br>• National Distributors<br>• Other Distributors (H.D. Smith)<br>• National Retail Pharmacies | • Public Nuisance Illinois Common Law<br>• RICO<br>• Illinois Narcotics Profit Forfeiture Act<br>• Illinois Consumer Fraud and Deceptive Business Practices Act<br>• Uniform Deceptive Trade Practices Act<br>• Negligence and Negligent Misrepresentation<br>• Negligence Per Se<br>• Civil Conspiracy<br>• Fraud and Fraudulent Misrepresentation |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Illinois, Washington County (17-op-45151, Dkt. Nos. 1, 17) | • Manufacturers<br>• National Distributors<br>• Other Distributors (H.D. Smith) | • Public Nuisance Illinois Common Law<br>• RICO<br>• Illinois Narcotics Profit Forfeiture Act<br>• Illinois Consumer Fraud and Deceptive Business Practices Act<br>• Uniform Deceptive Trade Practices Act<br>• Negligence and Negligent Misrepresentation<br>• Negligence Per Se<br>• Civil Conspiracy<br>• Fraud and Fraudulent Misrepresentation<br>• Insurance Fraud, 720 ILCS 5/17-10.5<br>• Unjust Enrichment/Violations of the Common Law Prohibition of Unjust Enrichment |
| Indiana, Blackford County (18-op-46336, Dkt. Nos. 1, 27) | • Manufacturers<br>• National Distributors<br>• National Retail Pharmacies | • Public Nuisance<br>• RICO<br>• Indiana Corrupt Business Influence Act<br>• Indiana Crime Victim Relief Act<br>• Negligence and Negligence Misrepresentation<br>• Negligence Per Se<br>• Deceptive Trade Practices (Common Law and Indiana Code)<br>• Civil Conspiracy<br>• Drug Dealer Liability Indiana Code<br>• Fraud and Fraudulent Misrepresentation |
| Indiana, Huntington (18-op-46357, Dkt. Nos. 1, 23) | • Manufacturers<br>• National Distributors<br>• Other Distributors (Miami-Luken)<br>• National Retail Pharmacies<br>• Other Pharmacies (Kroger) | • Public Nuisance<br>• RICO<br>• Indiana Corrupt Business Influence Act<br>• Indiana Crime Victim Relief Act<br>• Negligence and Negligent Misrepresentation<br>• Negligence Per Se<br>• Deceptive Trade Practices (Common Law and Indiana Code)<br>• Civil Conspiracy<br>• Drug Dealer Liability Indiana Code<br>• Fraud and Fraudulent Misrepresentation |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Indiana, Vanderburgh County (18-op-45498 Dkt. Nos. 1, 33) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (J.M. Smith)</li><li>National Retail Pharmacies</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Negligence</li><li>Unjust Enrichment</li><li>Damages Resulting from Civil Conspiracy</li></ul> |
| Kansas, Montgomery County (18-op-45780, Dkt. Nos. 1, 21) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Lanham Act</li><li>Negligence and Negligent Misrepresentation</li><li>Negligence Per Se</li><li>Civil Conspiracy</li><li>Fraud and Fraudulent Misrepresentation</li></ul> |
| Kentucky, Pike County (18-op-45368, Dkt. Nos. 1-1, 40) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Miami-Luken, Richie Pharmacal)</li><li>National Retail Pharmacies</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Continuing Public Nuisance</li><li>Kentucky False Advertising Statute</li><li>Fraud</li><li>Unjust Enrichment</li><li>Negligence Per Se</li><li>Negligent Marketing</li><li>Negligence</li><li>RICO</li></ul> |
| Kentucky, Union County (17-op-45015, Dkt. Nos. 12, 25) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Negligence and Negligent Misrepresentation</li><li>Negligence Per Se</li><li>Civil Conspiracy</li><li>Fraud and Fraudulent Misrepresentation</li></ul> |
| Louisiana, Franklin (18-op-46226, Dkt. Nos. 1, 6) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li></ul> | <ul><li>RICO</li><li>Public Nuisance</li><li>Louisiana Racketeering Act</li><li>Fraud</li><li>Negligent Misrepresentation</li><li>Redhibition</li><li>Unjust Enrichment</li><li>Louisiana Unfair Trade Practices Act</li></ul> |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Louisiana, St. John the Baptist Parish (18-op-45987, Dkt. Nos. 1, 8) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Louisiana Wholesale Drug, Morris & Dickson)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Winn-Dixie Stores)</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Louisiana Racketeering Act</li><li>Louisiana Products Liability Act</li><li>Redhibition</li><li>Louisiana Unfair Trade Practices Act</li><li>Negligence and Negligent Misrepresentation</li><li>Fraud and Fraudulent Misrepresentation</li></ul> |
| Louisiana, St. Mary Parish (18-op-46219, Dkt. Nos. 1, 6) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li></ul> | <ul><li>RICO</li><li>Public Nuisance</li><li>Louisiana Racketeering Act</li><li>Fraud</li><li>Negligent Misrepresentation</li><li>Redhibition</li><li>Unjust Enrichment</li><li>Louisiana Unfair Trade Practices Act</li></ul> |
| Louisiana, Vermillion Parish Police Jury (18-op-46224, Dkt. Nos. 1, 6) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li></ul> | <ul><li>RICO</li><li>Public Nuisance</li><li>Louisiana Racketeering Act</li><li>Fraud</li><li>Negligent Misrepresentation</li><li>Redhibition</li><li>Unjust Enrichment</li><li>Louisiana Unfair Trade Practices Act</li></ul> |
| Louisiana, West Monroe (18-op-46133, Dkt. Nos. 1, 9) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith, Louisiana Wholesale Drug, Morris & Dickson)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Albertson's)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>RICO</li><li>Louisiana Racketeering Act</li><li>Public Nuisance</li><li>Negligence and Negligent Misrepresentation</li><li>Products Liability, Creation of an Unreasonably Dangerous Product</li><li>Redhibition</li><li>Fraud</li><li>False Advertising</li><li>Misbranding Drugs or Devices</li><li>Louisiana Unfair Trade Practices Act</li><li>Civil Conspiracy</li><li>Enrichment Without Cause</li></ul> |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Massachusetts, Acushnet (18-op-45679, Dkt. Nos. 1, 9) | <ul><li>Manufacturers</li><li>National Distributors</li><li>National Retail Pharmacies</li></ul> | <ul><li>Public Nuisance</li><li>RICO</li><li>Negligence and Negligent Misrepresentation</li><li>Negligence Per Se</li><li>Deceptive Trade Practices (Mass. General Laws Ch. 93A, §§ 2, 11)</li><li>Civil Conspiracy</li><li>Fraud and Fraudulent Misrepresentation</li><li>Aiding and Abetting (Tortious and Statutory)</li></ul> |
| Massachusetts, Brockton (18-op-46089, Dkt. Nos. 1, 11) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith)</li><li>National Retail Pharmacies</li></ul> | <ul><li>RICO</li><li>Common Law Public Nuisance</li><li>Negligence</li><li>Common Law Fraud</li><li>Unjust Enrichment</li><li>Civil Conspiracy</li><li>Deceptive Trade Practices (Mass. General Laws Ch. 93A, §§ 2, 11)</li><li>Aiding and Abetting (Tortious and Statutory)</li></ul> |
| Massachusetts, Chelmsford (18-op-45952, Dkt. Nos. 1, 16) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith)</li><li>National Retail Pharmacies</li></ul> | <ul><li>RICO</li><li>Common Law Public Nuisance</li><li>Negligence</li><li>Common Law Fraud</li><li>Unjust Enrichment</li><li>Civil Conspiracy</li><li>Deceptive Trade Practices (Mass. General Laws Ch. 93A, §§ 2, 11)</li><li>Aiding and Abetting (Tortious and Statutory)</li></ul> |
| Massachusetts, Rehoboth (19-op-45059, Dkt. Nos. 1, 9) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith)</li><li>National Retail Pharmacies</li></ul> | <ul><li>RICO</li><li>Common Law Public Nuisance</li><li>Negligence</li><li>Common Law Fraud</li><li>Unjust Enrichment</li><li>Civil Conspiracy</li><li>Deceptive Trade Practices (Mass. General Laws Ch. 93A, §§ 2, 11)</li><li>Aiding and Abetting (Tortious and Statutory)</li></ul> |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Massachusetts, Swampscott (18-op-45911, Dkt. Nos. 1, 12) | • Manufacturers<br>• National Distributors<br>• Other Distributors (H.D. Smith)<br>• National Retail Pharmacies | • RICO<br>• Public Nuisance<br>• Negligence<br>• Fraud<br>• Unjust Enrichment<br>• Civil Conspiracy<br>• Deceptive Trade Practices (Mass. General Laws Ch. 93A, §§ 2, 11)<br>• Aiding and Abetting (Tortious and Statutory) |
| Michigan, Branch County (18-op-46096, Dkt. Nos. 1, 8) | • Manufacturers<br>• National Distributors<br>• National Retail Pharmacies<br>• Other Pharmacies (Kroger, Meijer) | • RICO<br>• Michigan Consumer Protection Act<br>• Public Nuisance<br>• Negligence<br>• Unjust Enrichment<br>• Fraud and Fraudulent Concealment<br>• Civil Conspiracy |
| Michigan, Presque Isle County (18-op-45894, Dkt. Nos. 1, 22) | • Manufacturers<br>• National Distributors<br>• Other Distributors (Masters Pharmaceutical)<br>• National Retail Pharmacies<br>• Other Pharmacies (Costco)<br>• Founders/Owners of Manufacturers | • Public Nuisance<br>• Negligence Per Se<br>• Negligence<br>• RICO |
| Missouri, Buchanan County (18-op-45028, Dkt. Nos. 1, 25) | • Manufacturers<br>• National Distributors<br>• National Retail Pharmacies<br>• Founders/Owners of Manufacturers | • Public Nuisance<br>• RICO<br>• Negligence and Negligent Misrepresentation<br>• Negligence Per Se<br>• Civil Conspiracy<br>• Fraud and Fraudulent Misrepresentation |
| Missouri, Ripley County (18-op-46262, Dkt. Nos. 1, 2) | • Manufacturers<br>• National Distributors<br>• Other Distributors (H.D. Smith, Quest Pharmaceuticals)<br>• National Retail Pharmacies | • RICO<br>• Common Law Public Nuisance<br>• Negligence and Negligent Misrepresentation<br>• Negligence Per Se<br>• Common Law Fraud<br>• Unjust Enrichment<br>• Civil Conspiracy |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| North Carolina, Winston-Salem (18-op-45658, Dkt. Nos. 1, 6) | - Manufacturers<br>- National Distributors<br>- Other Distributors (J.M. Smith, North Carolina Mutual Wholesale Drug)<br>- National Retail Pharmacies | - Public Nuisance<br>- RICO<br>- Negligence and Negligent Misrepresentation<br>- Negligence Per Se<br>- Deceptive Trade Practices - Common Law and North Carolina General Statute<br>- Civil Conspiracy<br>- Fraud and Fraudulent Misrepresentation |
| Ohio, Gallia County (17-op-45043, Dkt. Nos. 44, 75) | - Manufacturers<br>- National Distributors<br>- National Retail Pharmacies | - Public Nuisance<br>- RICO<br>- Ohio Corrupt Practices Act<br>- Injury Through Criminal Acts<br>- Negligence and Negligent Misrepresentation<br>- Negligence Per Se<br>- Deceptive Trade Practices (Common Law and Ohio Revised Code Chapter 4165)<br>- Civil Conspiracy<br>- Fraud and Fraudulent Misrepresentation |
| Ohio, Parma (17-op-45001, Dkt. Nos. 1-2, 54) | - Manufacturers<br>- National Distributors<br>- Other Distributors (Miami-Luken)<br>- National Retail Pharmacies<br>- Founders/Owners of Manufacturers | - Ohio Consumer Sales Practices<br>- Ohio Deceptive Trade Practices Act<br>- Public Nuisance (Ohio Product Liability Act and Common Law)<br>- Fraud<br>- Unjust Enrichment<br>- Negligence<br>- RICO |
| Ohio, St. Mary's (18-op-45638, Dkt. Nos. 1, 22) | - Manufacturers<br>- National Distributors<br>- National Retail Pharmacies<br>- Other Pharmacies (Kroger) | - Public Nuisance<br>- RICO<br>- Ohio Corrupt Practices Act<br>- Injury Through Criminal Acts<br>- Negligence and Negligent Misrepresentation<br>- Negligence Per Se<br>- Deceptive Trade Practices<br>- Civil Conspiracy<br>- Fraud and Fraudulent Misrepresentation |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Ohio, Warren (18-op-45434, Dkt. Nos. 1-3, 8) | • Manufacturers<br>• National Distributors<br>• Other Distributors (HBC Service Company, Miami-Luken, Value Drug Company)<br>• National Retail Pharmacies<br>• Founders/Owners of Manufacturers | • RICO<br>• Ohio Consumer Sales Practices Act<br>• Ohio Deceptive Trade Practices Act<br>• Public Nuisance (Ohio Product Liability Act and Common Law)<br>• Fraud<br>• Unjust Enrichment<br>• Negligence<br>• Negligence Per Se<br>• Negligent Marketing<br>• Ohio Corrupt Practices Act<br>• Injury Through Criminal Acts |
| Ohio, Wyandot County (18-op-46078, Dkt. Nos. 1, 21) | • Manufacturers<br>• National Distributors<br>• Other Distributors (Prescription Supply)<br>• National Retail Pharmacies<br>• Other Pharmacies (Discount Drug Mart) | • Public Nuisance<br>• RICO<br>• Ohio Corrupt Practices Act<br>• Injury Through Criminal Acts<br>• Negligence and Negligent Misrepresentation<br>• Negligence Per Se<br>• Deceptive Trade Practices (Common Law and Ohio Rev. Code Ch. 4165)<br>• Civil Conspiracy<br>• Fraud and Fraudulent Misrepresentation |
| Pennsylvania, Plains Township (18-op-46215, Dkt. Nos. 1, 7) | • Manufacturers<br>• National Distributors<br>• Other Distributors (Value Drug Company)<br>• National Retail Pharmacies | • Public Nuisance<br>• RICO<br>• Fraud and Fraudulent Misrepresentation |
| Pennsylvania, Wilkes Barre (18-op-45545, Dkt. Nos. 1, 6) | • Manufacturers<br>• National Distributors<br>• Other Distributors (Value Drug Company)<br>• National Retail Pharmacies | • Public Nuisance<br>• RICO<br>• Fraud and Fraudulent Misrepresentation |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Rhode Island, Barrington (18-op-45469, Dkt. Nos. 1, 17) | • Manufacturers<br>• National Distributors<br>• National Retail Pharmacies | • Public Nuisance<br>• RICO<br>• Negligence and Negligent Misrepresentation<br>• Civil Conspiracy<br>• Fraud and Fraudulent Misrepresentation<br>• Unjust Enrichment<br>• Rhode Island RICO<br>• Civil Liability for Crimes and Offenses (R.I. Gen. Laws § 9-1-2) |
| Rhode Island, Burrillville (18-op-45470, Dkt. Nos. 1, 17) | • Manufacturers<br>• National Distributors<br>• National Retail Pharmacies | • Public Nuisance<br>• RICO<br>• Negligence and Negligent Misrepresentation<br>• Civil Conspiracy<br>• Fraud and Fraudulent Misrepresentation<br>• Unjust Enrichment<br>• Rhode Island RICO<br>• Civil Liability for Crimes and Offenses (R.I. Gen. Laws § 9-1-2) |
| Rhode Island, Middletown (18-op-45818, Dkt. Nos. 1, 7) | • Manufacturers<br>• National Distributors<br>• National Retail Pharmacies | • Public Nuisance<br>• RICO<br>• Negligence and Negligent Misrepresentation<br>• Civil Conspiracy<br>• Fraud and Fraudulent Misrepresentation<br>• Unjust Enrichment<br>• Rhode Island RICO<br>• Civil Liability for Crimes and Offenses (R.I. Gen. Laws § 9-1-2) |
| Tennessee, Smith County (18-op-45029, Dkt. Nos. 1, 34) | • Manufacturers<br>• National Distributors<br>• Other Distributors (H.D. Smith, J.M. Smith, Keysource Medical, Morris Dickson)<br>• National Retail Pharmacies<br>• Founders/Owners of Manufacturers | • RICO<br>• Public Nuisance (Tennessee Common Law and Tenn. Code. Ann. § 29-3-101 et seq.)<br>• Negligence<br>• Unjust Enrichment<br>• Civil Conspiracy |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| West Virginia, Wayne County Commission (17-op-45052, Dkt. Nos. 103, 104) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (SAJ Distributors)</li><li>National Retail Pharmacies</li></ul> | <ul><li>RICO</li><li>Common Law Public Nuisance</li><li>Negligence</li><li>Common Law Fraud</li><li>Unjust Enrichment</li><li>Civil Conspiracy</li></ul> |
| West Virginia, Williamson (17-op-45057, Dkt. No. 42) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (H.D. Smith, Miami-Luken)</li><li>National Retail Pharmacies</li><li>W. Va. Board of Pharmacy</li><li>Manufacturers' Sales Representatives</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>Negligence & Negligent Marketing</li><li>West Virginia Uniform Controlled Substances Act (§§ 60A-8-1 and 55-7-9)</li><li>Unjust Enrichment</li><li>Public Nuisance</li><li>Intentional Acts and Omissions (West Virginia Uniform Controlled Substances Act §§ 60A-3-308, §§ 60A-4-401 through 403, 60A-8-1 et seq.)</li></ul> |
| Wisconsin, Kenosha County (17-op-45144, Dkt. Nos. 5, 9) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Dakota Drug, H.D. Smith, Top RX)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>RICO</li><li>Wisconsin Deceptive Trade Practices Act</li><li>Public Nuisance</li><li>Negligence</li><li>Unjust Enrichment</li><li>Fraud</li><li>Civil Conspiracy</li></ul> |
| Wisconsin, Oneida County (17-op-45129, Dkt. Nos. 6, 8) | <ul><li>Manufacturers</li><li>National Distributors</li><li>Other Distributors (Dakota Drug, H.D. Smith, Top RX)</li><li>National Retail Pharmacies</li><li>Other Pharmacies (Kroger)</li><li>Founders/Owners of Manufacturers</li></ul> | <ul><li>RICO</li><li>Wisconsin Deceptive Trade Practices Act</li><li>Public Nuisance</li><li>Negligence</li><li>Unjust Enrichment</li><li>Fraud</li><li>Civil Conspiracy</li></ul> |