# EXHIBIT 4

**TEXAS OPIOID MDL CASES**
**DEFENDANTS SUED AND CLAIMS ASSERTED[1]**

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Angelina County<br>Original Petition<br>(Case No. 2018-87846) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Bee County<br>Original Petition<br>(Case No. 2018-76897) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Bexar County<br>Original Petition<br>(Case No. 2018-77066) | • Manufacturers<br>• National Distributors[2]<br>• Other Distributors (Advanced Pharma, Inc. d/b/a Avella of Houston) | • Public Nuisance<br>• Common Law Negligence<br>• Gross Negligence<br>• Negligence Per Se<br>• Common Law Fraud<br>• Misrepresentation<br>• [Texas] Deceptive Trade Practices-Consumer Protection Act<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |

[1] The cases listed in this Exhibit have been consolidated in a multi-district litigation in the District Court for the 152nd Judicial District, Harris County, Texas (Master File No. 2018-63587). The individual case numbers listed here correspond to the Harris County docket for each case. Case filings are available either online or through the respective District Clerks.

[2] "National Distributors" refers to McKesson Corporation, Cardinal Health, Inc., and AmerisourceBergen Drug Corporation, and corporate family members of those entities.

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Burleson County<br>Original Petition<br>(Case No. 2018-77087) | • Manufacturers<br>• National Distributors | • Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Burnet County<br>Original Petition<br>(Case No. 2018-77090) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Cameron County<br>Original Petition<br>(Case No. 2018-77093) | • Manufacturers<br>• National Distributors | • Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Cass County<br>Original Petition<br>(Case No. 2018-76905) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Cooke County<br>Original Petition<br>(Case No. 2018-76907) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |

| Plaintiff | Categories of Defendants Sued | Claims |
| --- | --- | --- |
| Coryell County<br>Original Petition<br>(Case No. 2018-77097) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Dallas County<br>Third Amended Petition<br>(Case No. 2018-77098) | • Manufacturers<br>• National Distributors<br>• Doctors | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Delta County<br>Second Amended Petition<br>(Case No. 2018-77104) | • Manufacturers<br>• National Distributors | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Dimmit County<br>Second Amended Petition<br>(Case No. 2018-76933) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Ector County<br>Original Petition<br>(Case No. 2018-76934) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud[3]<br>• Unjust Enrichment |

[3] The Ector County Petition is missing pages 84-85, and skips from the Second Cause of Action (for common law fraud) to the Fifth (for unjust enrichment).

| Plaintiff | Categories of Defendants Sued | Claims |
| --- | --- | --- |
| El Paso County<br>Original Petition<br>(Case No. 2018-76970) | • Manufacturers<br>• National Distributors | • Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Falls County<br>Second Amended Petition<br>(Case No. 2018-77106) | • Manufacturers<br>• National Distributors | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Fannin County<br>Original Petition<br>(Case No. 2018-76974) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Freestone County<br>Original Petition<br>(Case No. 2018-76981) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Grayson County<br>Original Petition<br>(Case No. 2018-76994) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |

| Plaintiff | Categories of Defendants Sued | Claims |
| --- | --- | --- |
| Harrison County<br>Original Petition<br>(Case No. 2018-77108) | • Manufacturers<br>• National Distributors | • Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Hidalgo County<br>Original Petition<br>(Case No. 2018-77109) | • Manufacturers<br>• National Distributors | • Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Hopkins County<br>Fifth Amended Petition<br>(Case No. 2018-77111) | • Manufacturers<br>• National Distributors<br>• Doctors | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Houston County<br>First Amended Petition<br>(Case No. 2018-77021) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Kendall County<br>Original Petition<br>(Case No. 2018-77023) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Kerr County<br>Original Petition<br>(Case No. 2018-77114) | • Manufacturers<br>• National Distributors | • Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Liberty County<br>Original Petition<br>(Case No. 2018-77116) | • Manufacturers<br>• National Distributors | • Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Limestone County<br>Original Petition<br>(Case No. 2018-77025) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Marion County<br>Original Petition<br>(Case No. 2018-77026) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| McMullen County<br>Original Petition<br>(Case No. 2018-77067) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Milam County<br>Original Petition<br>(Case No. 2018-77141) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Nacogdoches County<br>Original Petition<br>(Case No. 2018-77027) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Nueces County<br>Original Petition<br>(Case No. 2018-77083) | • Manufacturers<br>• National Distributors<br>• Other Distributors (Advanced Pharma, Inc. d/b/a Avella of Houston) | • Public Nuisance<br>• Common Law Negligence<br>• Gross Negligence<br>• Negligence Per Se<br>• Common Law Fraud<br>• Negligent Misrepresentation<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Orange County<br>Original Petition<br>(Case No. 2018-77036) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Panola County<br>Original Petition<br>(Case No. 2018-77037) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Parker County<br>Original Petition<br>(Case No. 2018-77143) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Potter County<br>Original Petition<br>(Case No. 2018-77039) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Robertson County<br>Original Petition<br>(Case No. 2018-77043) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| San Patricio County<br>Original Petition<br>(Case No. 2018-77075) | • Manufacturers<br>• National Distributors<br>• Other Distributors (Advanced Pharma, Inc. d/b/a Avella of Houston) | • Public Nuisance<br>• Common Law Negligence<br>• Gross Negligence<br>• Negligence Per Se<br>• Common Law Fraud<br>• Misrepresentation<br>• [Texas] Deceptive Trade Practices-Consumer Protection Act<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Shelby County<br>Original Petition<br>(Case No. 2018-77062) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |

| Plaintiff | Categories of Defendants Sued | Claims |
|---|---|---|
| Travis County<br>Second Amended Petition<br>(Case No. 2018-77144) | • Manufacturers<br>• National Distributors | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Trinity County<br>Original Petition<br>(Case No. 2018-77080) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |
| Van Zandt County<br>Original Petition<br>(Case No. 2018-77150) | • Manufacturers<br>• National Distributors | • Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment |
| Waller County<br>Original Petition<br>(Case No. 2018-77153) | • Manufacturers<br>• National Distributors | • Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Texas Controlled Substances Act<br>• Unjust Enrichment<br>• Civil Conspiracy |
| Wood County<br>Original Petition<br>(Case No. 2018-77081) | • Manufacturers | • Negligent and/or Intentional Creation of a Public Nuisance<br>• Common Law Fraud<br>• Negligence<br>• Gross Negligence<br>• Unjust Enrichment |