UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,      MDL NO. 2804
OPIATE LITIGATION

Case No. 17-MD-2804

Judge Dan Aaron Polster

THIS DOCUMENT RELATES TO:

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.* <br> MDL Case #1:18-OP-45252 | *Rodriquez v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45478 |
| *Wood v. Purdue Pharma L.P., et al.* <br> MDL Case #1:18-OP-45264 | *Ellis v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45479 |
| *Salmons v. Purdue Pharma L.P., et al.* <br> MDL Case #1:18-OP-45268; | *DeMaro v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45480 |
| *Ambrosio v. Purdue Pharma L.P., et al.* <br> MDL Case #1:18-OP-45375 | *Cruz v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45481 |
| *Flanagan v. Purdue Pharma L.P., et al.* <br> MDL Case #1:18-OP-45405 | *Paul v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45482 |
| *Whitley v. Purdue Pharma LP., et al.* <br> MDL Case #1:18-OP-45598 | *Lechuga v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.* <br> MDL Case No. #1:19-op-45483 |
| *Roach v. McKesson Corporation, et al.* <br> MDL Case No. #1:18-OP-45662 | *Brumbarger v. Purdue Pharma, LP., et al.* <br> MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45484 |
| *Hunt v. Purdue Pharma L.P., et al.* <br> MDL Case No. #1:18-OP-45681 | *Means v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45470 | *Williams, v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45485 |
| *Moore v. Purdue Pharma L.P., et al.* <br> MDL Case No. #1:18-op-46305 | *Peterson v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45472 | *Warren v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45486 |
| *Doyle v. Purdue Pharma L.P., et al.* <br> MDL Case No. #1:18-op-46327 | *Hampel v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45473 | *Carlson v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.* <br> MDL Case No. #1:19-op-45052 | *Whittaker v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45475 | *Flach v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45488 |
| *Artz v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45459 | *Tuttle v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45476 | *Ivie v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45489 |
| *Gilson v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45461 | *Hamawi v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45477 | *Cherry v. Purdue Pharma, L.P., et al.* <br> MDL Case No. #1:19-op-45490 |

*Ortiz v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45492

*Meinecke v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45493

*Brant v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45494

*Alexander v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45502

*Berzinski v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45503

*Johnson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45504

*Hutchins v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45505

*Collier v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45506

*Muffley v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45507

*Martin v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45508

*Kirk v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45509

*Martin v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45510

*Dixon v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45511

*Gauthier v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45514

*Gibson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45515

*Goldman v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45516

*Goss v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45518

*Herring v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45519

*Howell v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45520

*Johnson v. Purdue, Pharma, L.P., et al.*
MDL Case No. #1:19-op-45521

*Kommer v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45522

*Lively v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45523

*Lyle v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45524

*Massey v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45525

*McAnany v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45526

*Shockley v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45527

*Taylor v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45528

*Taylor v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45529

*Tindall v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45530

*Atkinson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45531

*Goforth v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45532

*Chancey v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45533

*Patterson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45534

*Perkins v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45535

*Shepard v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45536

*Underwood v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45537

*Richardson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45538

*Puckett v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45539

*VonCannon v. Purdue Pharma, L.P., et al*
MDL Case No. #1:19-op-45540

*Whittington v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45541

*Thomas v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45542

*Wright v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45543

*Scully v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45544

*Watson v. Purdue Pharma, L.P., et al.*
MDL Case No. #1:19-op-45545

## MOTION FOR LEAVE TO FILE MOTION TO APPOINT
## SCOTT BICKFORD, ESQ.  AS NAS BABY LIAISON

Plaintiffs move the Court for leave to file a motion to appoint Scott Bickford, Esq as NAS Baby Liaison counsel. Recent events have demonstrated that the NAS Babies have an acute need for a "seat at the table" as set forth in their proposed memorandum.

WHEREFORE, Plaintiffs pray that their motion is granted.

Respectfully submitted,

**/s/Scott R. Bickford**
MARTZELL, BICKFORD & CENTOLA
**Scott R. Bickford (La. Bar No. 1165)**
**Spencer R. Doody (La. Bar No. 27795)**
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:    504-581-9065
Facsimile:      504-581-7635
Email:    srb@mbfirm.com; srd@mbfirm.com

COOPER LAW FIRM
Celeste Brustowicz
Stephen Wussow
1525 Religious Street
New Orleans, Louisiana  70130
Telephone: 504-399-0009
Facsimile: 504-309-6989
Email: cbrustowicz@sch-llc.com

THOMPSON BARNEY LAW FIRM
Kevin W. Thompson
David R. Barney, Jr.
2030 Kanawha Boulevard, East
Charleston, WV  25311
Telephone: 304-343-4401
Facsimile: 304-343-4405
Email: kwthompson@gmail.com

4837-0311-2602, v. 2

CREADORE LAW FIRM
Donald E. Creadore
450 Seventh Avenue, Suite 1408
New York, New York 10123
Telephone: 212-355-7200
Email: donald@creadorelawfirm.com

THE LAW OFFICES OF KENT
HARRISON ROBBINS, P.A.
Kent Harrison Robbins
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com
Secondary: ereyes@khrlawoffices.com
Tertiary: assistant@khrlawoffices.com

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 23rd day of July, 2019, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which provides an electronic service notification to all counsel of record registered as CM/ECF users.

**_/s/Scott R. Bickford_**

4837-0311-2602, v. 2