# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION, OPIATE LITIGATION

**MDL NO. 2804**

**Case No. 17-MD-2804**

**Judge Dan Aaron Polster**

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.* MDL Case #1:18-OP-45252 | *Rodriquez v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45478 |
| *Wood v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45264 | *Ellis v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45479 |
| *Salmons v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45268; | *DeMaro v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45480 |
| *Ambrosio v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45375 | *Cruz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45481 |
| *Flanagan v. Purdue Pharma L.P., et al.* MDL Case #1:18-OP-45405 | *Paul v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45482 |
| *Whitley v. Purdue Pharma LP., et al.* MDL Case #1:18-OP-45598 | *Lechuga v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.* MDL Case No. #1:19-op-45483 |
| *Roach v. McKesson Corporation, et al.* MDL Case No. #1:18-OP-45662 | *Brumbarger v. Purdue Pharma, LP., et al.* MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45484 |
| *Hunt v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-OP-45681 | *Means v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45470 | *Williams, v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45485 |
| *Moore v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46305 | *Peterson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45472 | *Warren v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45486 |
| *Doyle v. Purdue Pharma L.P., et al.* MDL Case No. #1:18-op-46327 | *Hampel v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45473 | *Carlson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.* MDL Case No. #1:19-op-45052 | *Whittaker v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45475 | *Flach v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45488 |
| *Artz v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45459 | *Tuttle v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45476 | *Ivie v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45489 |
| *Gilson v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45461 | *Hamawi v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45477 | *Cherry v. Purdue Pharma, L.P., et al.* MDL Case No. #1:19-op-45490 |

| | | |
|---|---|---|
| *Ortiz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45492 | *Goss v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45518 | *Patterson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45534 |
| *Meinecke v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45493 | *Herring v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45519 | *Perkins v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45535 |
| *Brant v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45494 | *Howell v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45520 | *Shepard v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45536 |
| *Alexander v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45502 | *Johnson v. Purdue, Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45521 | *Underwood v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45537 |
| *Berzinski v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45503 | *Kommer v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45522 | *Richardson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45538 |
| *Johnson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45504 | *Lively v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45523 | *Puckett v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45539 |
| *Hutchins v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45505 | *Lyle v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45524 | *VonCannon v. Purdue Pharma, L.P., et al*<br>MDL Case No. #1:19-op-45540 |
| *Collier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45506 | *Massey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45525 | *Whittington v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45541 |
| *Muffley v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45507 | *McAnany v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45526 | *Thomas v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45542 |
| *Martin v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45508 | *Shockley v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45527 | *Wright v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45543 |
| *Kirk v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45509 | *Taylor v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45528 | *Scully v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45544 |
| *Martin v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45510 | *Taylor v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45529 | *Watson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45545 |
| *Dixon v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45511 | *Tindall v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45530 | |
| *Gauthier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45514 | *Atkinson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45531 | |
| *Gibson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45515 | *Goforth v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45532 | |
| *Goldman v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45516 | *Chancey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45533 | |

## **ORDER**

Considering the foregoing;

**IT IS HEREBY ORDERED** that Plaintiffs' Motion for Leave to File a Motion to Appoint Scott Bickford, Esq. as NAS Baby Liaison counsel is granted.

_____
JUDGE