# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

IN RE: NATIONAL PRESCRIPTION,　　　　　　MDL NO. 2804
OPIATE LITIGATION

　　　　　　　　　　　　　　　　　　　　　　　　Case No. 17-MD-2804

　　　　　　　　　　　　　　　　　　　　　　　　Judge Dan Aaron Polster

**THIS DOCUMENT RELATES TO:**

| | | |
|---|---|---|
| *Rees v. McKesson Corporation, et al.*<br>MDL Case #1:18-OP-45252 | *Rodriquez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45463 | *Gauthier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45478 |
| *Wood v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45264 | *Ellis v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45464 | *Simonson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45479 |
| *Salmons v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45268; | *DeMaro v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45465 | *Delancey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45480 |
| *Ambrosio v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45375 | *Cruz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45466 | *Stewart v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45481 |
| *Flanagan v. Purdue Pharma L.P., et al.*<br>MDL Case #1:18-OP-45405 | *Paul v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45467 | *Shewmake v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45482 |
| *Whitley v. Purdue Pharma LP., et al.*<br>MDL Case #1:18-OP-45598 | *Lechuga v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45468 | *Weatherwax v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45483 |
| *Roach v. McKesson Corporation, et al.*<br>MDL Case No. #1:18-OP-45662 | *Brumbarger v. Purdue Pharma, LP., et al.*<br>MDL Case No. #1:19-op-45469 | *Martinez v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45484 |
| *Hunt v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-OP-45681 | *Means v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45470 | *Williams, v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45485 |
| *Moore v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46305 | *Peterson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45472 | *Warren v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45486 |
| *Doyle v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:18-op-46327 | *Hampel v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45473 | *Carlson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45487 |
| *Hanlon v. Purdue Pharma L.P., et al.*<br>MDL Case No. #1:19-op-45052 | *Whittaker v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45475 | *Flach v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45488 |
| *Artz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45459 | *Tuttle v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45476 | *Ivie v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45489 |
| *Gilson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45461 | *Hamawi v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45477 | *Cherry v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45490 |

| | | |
|---|---|---|
| *Ortiz v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45492 | *Goss v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45518 | *Patterson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45534 |
| *Meinecke v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45493 | *Herring v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45519 | *Perkins v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45535 |
| *Brant v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45494 | *Howell v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45520 | *Shepard v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45536 |
| *Alexander v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45502 | *Johnson v. Purdue, Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45521 | *Underwood v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45537 |
| *Berzinski v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45503 | *Kommer v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45522 | *Richardson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45538 |
| *Johnson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45504 | *Lively v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45523 | *Puckett v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45539 |
| *Hutchins v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45505 | *Lyle v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45524 | *VonCannon v. Purdue Pharma, L.P., et al*<br>MDL Case No. #1:19-op-45540 |
| *Collier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45506 | *Massey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45525 | *Whittington v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45541 |
| *Muffley v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45507 | *McAnany v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45526 | *Thomas v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45542 |
| *Martin v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45508 | *Shockley v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45527 | *Wright v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45543 |
| *Kirk v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45509 | *Taylor v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45528 | *Scully v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45544 |
| *Martin v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45510 | *Taylor v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45529 | *Watson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45545 |
| *Dixon v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45511 | *Tindall v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45530 | |
| *Gauthier v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45514 | *Atkinson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45531 | |
| *Gibson v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45515 | *Goforth v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45532 | |
| *Goldman v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45516 | *Chancey v. Purdue Pharma, L.P., et al.*<br>MDL Case No. #1:19-op-45533 | |

## MOTION TO APPOINT SCOTT BICKFORD, ESQ. AS NAS BABY LIAISON

Plaintiffs through undersigned counsel respectfully move this Court for an order appointing Scott Bickford, Esq. as NAS Baby Liaison for the reasons set forth in the attached memorandum.

WHEREFORE, Plaintiffs pray that their motion is granted.

Respectfully submitted,

*/s/Scott R. Bickford*
MARTZELL, BICKFORD & CENTOLA
Scott R. Bickford (La. Bar No. 1165)
Spencer R. Doody (La. Bar No. 27795)
338 Lafayette Street
New Orleans, Louisiana 70130
Telephone:   504-581-9065
Facsimile:      504-581-7635
Email:   srb@mbfirm.com;
srd@mbfirm.com

COOPER LAW FIRM
Celeste Brustowicz
Stephen Wussow
1525 Religious Street
New Orleans, Louisiana  70130
Telephone:  504-399-0009
Facsimile:  504-309-6989
Email:  cbrustowicz@sch-llc.com

THOMPSON BARNEY LAW FIRM
Kevin W. Thompson
David R. Barney, Jr.
2030 Kanawha Boulevard, East
Charleston, WV  25311
Telephone:  304-343-4401
Facsimile:  304-343-4405
Email:  kwthompson@gmail.com

CREADORE LAW FIRM
Donald E. Creadore
450 Seventh Avenue, Suite 1408
New York, New York 10123
Telephone:  212-355-7200
Email:  donald@creadorelawfirm.com

THE LAW OFFICES OF KENT
HARRISON ROBBINS, P.A.
Kent Harrison Robbins
242 Northeast 27th Street
Miami, Florida 33137
Telephone: (305) 532-0500
Facsimile: (305) 531-0150
Email: khr@khrlawoffices.com
Secondary: ereyes@khrlawoffices.com
Tertiary: assistant@khrlawoffices.com

## CERTIFICATE OF SERVICE

I hereby certify that on this 23rd day of July, 2019, a copy of the above and foregoing has been electronically filed with the Clerk of Court using the CM/ECF system, which provides an electronic service notification to all counsel of record registered as CM/ECF users.

*/s/Scott R. Bickford*

4837-0311-2602, v. 2