**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION**

| | |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION**<br><br>This document relates to:<br><br>*ALL CASES* | ) ) ) ) ) ) ) ) MDL No. 2804 ) ) ) Hon. Judge Dan A. Polster ) ) ) ) ) ) ) |

## **MANUFACTURER DEFENDANTS' PROPOSED PARAGRAPH 14 FOR ANY ORDER CERTIFYING A NEGOTIATION CLASS AND/OR DIRECTING NOTICE**

14. The certification of a Negotiation Class will have no substantive impact on the claims of any Class Members. It does not toll any limitations period applicable to any Class Member's claims. In addition, the Order does not certify the Negotiation Class for any purpose other than as set out in the Renewed and Amended Notice of Motion, Motion, and Supporting Memorandum, and hereby limits its scope, purpose and effect as set forth therein. This Order makes no finding that Plaintiffs have satisfied or could satisfy any Rule 23 requirement with respect to any other type of class.