# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

|  |  |
|---|---|
| **IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION** <br><br> This document relates to: <br><br> *ALL CASES* | ) ) ) ) MDL No. 2804 ) ) Case No. 1:17-MD-2804-DAP ) ) Judge Dan Aaron Polster ) ) ) ) |

### DEFENDANT WEST-WARD PHARMACEUTICALS CORP. N/K/A HIKMA PHARMACEUTICALS USA INC.'S JOINDER IN THE MANUFACTURER DEFENDANTS' RESPONSE TO PLAINTIFFS' RENEWED AND AMENDED MOTION FOR CERTIFICATION OF RULE 23(B)(3) CITIES/COUNTIES NEGOTIATION CLASS

Defendant West-Ward Pharmaceuticals Corp. n/k/a Hikma Pharmaceuticals USA Inc. ("Hikma"), by and through undersigned counsel, hereby submits the following Joinder in the Manufacturer Defendants' Response to Plaintiffs' Renewed and Amended Motion for Certification of Rule 23(B)(3) Cities/Counties Negotiation Class (ECF No. 1952). Defendant Hikma incorporates and adopts herein by reference the entirety of the Manufacturer Defendants' Memorandum.

Dated: July 23, 2019

Respectfully submitted,

*/s/ Christopher B. Essig*_____
Christopher B. Essig (IL Bar No. 6272189)
Scott M. Ahmad (IL Bar No. 6298958)
WINSTON & STRAWN LLP
35 W. Wacker Drive
Chicago, IL 60601
Tel: (312) 558-5600
Fax: (312) 558-5700
CEssig@winston.com
SAhmad@winston.com

*Counsel for Defendant West-Ward*
*Pharmaceuticals Corp. n/k/a Hikma*
*Pharmaceuticals USA Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2019, I electronically filed the foregoing motion with the Clerk's Office using the CM/ECF system, which sent notification of the filing to all attorneys of record.

Dated: July 23, 2019

>*/s/ Christopher B. Essig*
>Christopher B. Essig
>WINSTON & STRAWN LLP
>35 W. Wacker Drive
>Chicago, IL 60611
>Tel: (312) 558-5600
>Fax: (312) 558-5700
>CEssig@winston.com
>
>*Counsel for Defendant West-Ward*
>*Pharmaceuticals Corp. n/k/a Hikma*
>*Pharmaceuticals USA Inc.*