AARON D. FORD
*Attorney General*

KYLE E.N. GEORGE
*First Assistant Attorney General*

CHRISTINE JONES BRADY
*Second Assistant Attorney General*



JESSICA L. ADAIR
*Chief of Staff*

RACHEL J. ANDERSON
*General Counsel*

HEIDI PARRY STERN
*Solicitor General*

STATE OF NEVADA

OFFICE OF THE ATTORNEY GENERAL

100 North Carson Street
Carson City, Nevada 89701

July 23, 2019

Honorable Dan Aaron Polster
Carl B. Stokes United States Courthouse
801 West Superior Avenue, Courtroom 18B
Cleveland, Ohio 44113-1837
dan_polster@ohnd.uscourts.gov

cc:
Helen Norton, Judicial Assistant
Helen_Norton@ohnd.uscourts.gov
and
Katherine King, Deputy Clerk
Katherine_King@ohnd.uscourts.gov

*Via Electronic Mail*

Re:  Plaintiffs' Renewed and Amended Notice of Motion for Certification of Rule 23(b)(3) Cities / Counties Negotiation Class, *In Re: National Prescription Opiate Litigation*, MDL No. 2804

Dear Judge Polster:

    Please accept this letter as notice that the State of Nevada joins with the state Attorneys' General letter dated July 23, 2019, Doc #1951, in opposition to the establishment of a negotiation class for the reasons outlined in the letter with the exception of Section 1 beginning on page 3 of the letter.

Respectfully Submitted,

AARON D. FORD
Attorney General of Nevada

Telephone: 775-684-1100 • Fax: 775-684-1108 • Web: ag.nv.gov • E-mail: aginfo@ag.nv.gov
Twitter: @NevadaAG • Facebook: /NVAttorneyGeneral • YouTube: /NevadaAG