UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION *This document relates to:* Track One Cases | MDL 2804 Case No. 17-md-2804 Hon. Dan Aaron Polster |

# EXHIBIT LIST

## (Corrected)

| Exhibit Number | Description | Date |
|---|---|---|
| 1. | Rafalski, James E., Expert Report: *Analysis of Distributor and Manufacturer Regulatory Compliance to Maintain Effective Controls for the Prevention of Diversion of Controlled Substances* | 04/15/2019 |
| 2. | McCann, Craig J., PH.D., CFA, Supplemental Expert Report | 04/03/2019 |
| 3. | Keller, Lacey R., Expert Analysis Report | 04/15/2019 |
| 4. | Rannazzisi, Joseph T., Deputy Assistant Administrator, Office of Diversion Control, U.S. DOJ, DEA Letter re: registrants | 09/27/2006 |
| 5. | Gitchel, G. Thomas, Acting Chief, Diversion Operations Section, Letter re: registrants | 05/16/1984 |
| 6. | Rannazzisi, Joseph T., Deputy Assistant Administrator, Office of Diversion Control, U.S. DOJ, DEA Letter re: registrants | 12/27/2007 |
| 7. | Transcript of the Deposition of Colleen McGinn | 12/24/2018 |

| 8. | Transcript of the Deposition of Joseph Tomkiewicz | 11/28/2018 |
|---|---|---|
| 9. | DEA Diversion Investigators Manual | |
| 10. | Transcript of the Deposition of Thomas Prevoznik (Vol. II) | 04/18/2019 |
| 11. | Transcript of the Deposition of Jennifer R. Norris | 08/07/2018 |
| 12. | Transcript of the Deposition of Nathan J. Hartle | 07/31/2018 |
| 13. | DEA's Office of Diversion Control's 13th Pharmaceutical Industry Conference Presentation and Attendance List | 09/2007 |
| 14. | DEA's Office of Diversion Control's 13th Pharmaceutical Industry Conference Agenda | 09/2007 |
| 15. | DEA's Office of Diversion Control's 13th Pharmaceutical Industry Conference Agenda and Presentation by Michael Mapes regarding Suspicious Orders | 09/2007 |
| 16. | Email from Tracey Hernandez to Diane Miranda, et al. regarding DEA/Industry Conference Report | 09/26/2007 |
| 17. | Settlement and Memorandum of Agreement between the Department of Justice, DEA, and Walgreens Co. | 06/10/2013 |
| 18. | Appendix A to the Settlement and Memorandum of Agreement between the Department of Justice, DEA, and Walgreens Co. | |
| 19. | Appendix B to the Settlement and Memorandum of Agreement between the Department of Justice, DEA, and Walgreens Co. | |
| 20. | Transcript of the Deposition of Thomas G. Schoen | 09/05/2018 |
| 21. | Whitelaw, Dr. Seth B., Expert Report, Examination of Compliance Standards for Opioid Manufacturers and Distributors | 04/15/2019 |
| 22. | Kinsey, R.Ph, MBA, Sandra K.B., Amended Expert Report | 06/03/2019 |
| 23. | Verdict Form, United States of America v. Gurry, et al. | 05/02/2019 |

| 24. | First Superseding Indictment, United States of America v. Babich, et. Al. | 10/24/2017 |
|---|---|---|
| 25. | McCann, Ph.D., CFA, Craig J., Second Supplemental Expert Report | 04/15/2019 |
| 26. | Exhibit 33 of S. Becker's Deposition: DEA Press Release re Harvard's suspension | 06/15/2010 |
| 27. | Exhibit 36 of S. Becker's Deposition: DEA Notice of Decision & Order regarding Masters | 09/15/2015 |
| 28. | Exhibit 38 of S. Becker's Deposition: Press Release regarding KeySource license suspension | 06/10/2011 |
| 29. | Exhibit 37 of S. Becker's Deposition: DOJ Press Release regarding civil penalty levied against Cardinal | 12/23/2016 |
| 30. | Exhibit 35 of S. Becker's Deposition: DOJ Press Release re Value Drug settlement | 06/25/2014 |
| 31. | Administrative Memorandum of Agreement between U.S. Department of Justice, Drug Enforcement Administration, Mallinckrodt plc and Mallinckrodt LLC | 07/20/2017 |
| 32. | Transcript of the Deposition of John Gillies | 02/07/2019 |
| 33. | Exhibit 33 of K. Harper's Deposition: Email from Karen Harper to Michael J. Santowski regarding Controlled Substance Suspicious Order Monitoring Program Training for Executive Committee Presentation | 04/12/2011 |
| 34. | Transcript of the Deposition of Karen Harper | 01/15/2019 |
| 35. | Buzzeo, R.Ph., Ronald W. Expert Report | 05/31/2019 |
| 36. | Transcript of the Deposition of James Rausch | 11/15/2018 |
| 37. | Mallinckrodt DEA Compliance Procedure, Controlled Substance Suspicious Order Monitoring Draft 2 | 05/13/2008 |
| 38. | Suspicious Order Monitoring Program No. C/S Comp 3.0 | 10/29/2010 |

| 39. | Rannazzisi, Joseph T., Deputy Assistant Administrator, Office of Diversion Control, U.S. DOJ, DEA Letter to Mallinckrodt, Inc. re: registrants | 12/27/2007 |
|---|---|---|
| 40. | SOM Team Activity Log | |
| 41. | Memorandum from Howard Davis to Karen Harper, Suspicious Order Monitoring Program No. C/S Comp 3.0 | 11/02/2010 |
| 42. | Email from Karen Harper to Jim H. Rausch, cc: George R. Saffold regarding SOM Program | 06/09/2010 |
| 43. | Email from Karen Harper to John Adams *et al.* regarding Suspicious Order Monitoring Training Notes from Bulk Narcotic Sales Meeting Presentation | 06/06/2008 |
| 44. | Transcript of the Deposition of William Ratliff | 12/19/2018 |
| 45. | Excel Spreadsheet showing National Account Manager bonus payments | 2006-2011 |
| 46. | Transcript of the Deposition of Kate Neely | 01/08/2019 |
| 47. | Meeting Notes from Buzzeo DEA Conference | 10/27-30/2008 |
| 48. | Email from Karen Harper to Eileen Spaulding regarding SOM | 09/24/2010 |
| 49. | Email from Gail Tetzlaff to Jennifer Buist and Eileen Spaulding regarding NAMs clearing orders | 03/02/2012 |
| 50. | Email from Victor Borelli to Brenda Rehkop, cc: Karen Harper, et al. regarding NAMs clearing orders | 07/15/2011 |
| 51. | Email from Bill Ratliff to James Rausch *et al.* regarding Propoxyphene Napsylate orders for Sovereign | 09/03/2008 |
| 52. | Email from Steven Becker to Karen Harper *et al.* regarding Old Bridge account | 10/28/2008 |
| 53. | Email from Victor Borelli to Kate Muhlenkamp regarding customer sale expansion | 11/14/2008 |

| 54. | Email from Victor Borelli to James Rausch regarding Peculiar order report | 04/23/2010 |
| 55. | Emails from Steven Becker to Penny Myers and James Rausch regarding HD Smith | 05/05/2010 |
| 56. | Email from Victor Borelli to Brenda Rehkop *et al.* regarding customer high demand for oxycodone | 06/23/2010 |
| 57. | Email from Bill Ratliff to Kate Muhlenkamp *et al.* regarding Oxycodone orders | 06/04/2008 |
| 58. | Email Chain Between Victor Borelli and Steve Cochran regarding Oxy 30 | 01/27/2009 |
| 59. | Email from Cathy Stewart to Bill Ratliff and Karen Harper regarding Sunrise Wholesale | 05/30/2008 |
| 60. | Email from Victor Borelli to Steve Cochrane regarding things | 05/20/2008 |
| 61. | Transcript of the Deposition of Victor Borelli | 11/29/2018 |
| 62. | Transcript of the Deposition of Ginger Collier | 01/08/2019 |
| 63. | Exhibit 15 of G. Collier's Deposition: Email from Ginger Collier to Steven. Becker and Victor Borelli regarding Oxy Sales by retailer | 11/19/2010 |
| 64. | Exhibit 16 of G. Collier's Deposition: Summary of customers sourcing more than 2 distributors for Oxy 30 | 09/2010 |
| 65. | Email from Wayne Corona to Karen Harper regarding cut-off pharmacies | 10/20/2011 |
| 66. | Brooks Pharmacy Monthly Total 15mg & 30mg Oxy "Sales Qty Govt UOM" 2010-2011 Chart | 2010/2011 |
| 67. | Transcript of the Deposition of Steven A. Becker | 12/19/2018 |
| 68. | Chargeback Data | 1998-2018 |
| 69. | Email from Karen Harper to self regarding adding chargeback data analysis to the SOM program | 11/18/2010 |

| 70. | Exhibit 21 to K. Harper's Deposition: Email from Jeff Burd to Vince Kaiman, cc: Robert Lesnak et al. regarding Methadone | 04/17/2007 |
|---|---|---|
| 71. | Exhibit 15 to S. Becker's Deposition: Harvard (MI) Summary of orders | |
| 72. | Email from G. R. Green to James Lang regarding SOP | 02/03/2000 |
| 73. | Audit Committee Meeting Presentation: Controlled Substance Orders Responsibility for Knowing Our Customers | 06/20/2007 |
| 74. | Transcript of the Fact Deposition of Stephen Seid (Vol I) | 12/12/2018 |
| 75. | Transcript of the Fact Deposition of Stephen Seid (Vol II) | 12/13/2018 |
| 76. | SOP – System to Disclose Suspicious Orders of Controlled Substances | 03/12/2003 |
| 77. | Email from Dan Colucci to Howard Udel, et al. regarding SOP 7.7 System to Disclose Suspicious Orders of Controlled Substances | 06/06/2007 |
| 78. | Email from Stephen Seidto ValueTrak regarding Approval of Item Exceeding Average | 07/13/2009 |
| 79. | Email from Stephen Seidto ValueTrak regarding Approval of Item Exceeding Average | 07/13/2009 |
| 80. | Email from Stephen Seid to Dawn Wargo regarding Approval of Item Exceeding Average | 07/20/2009 |
| 81. | Email from Stephen Seid to FFSOrderMngt regarding Approval of Item on Order Exceeding Average | 09/09/2009 |
| 82. | Email from Stephen Seid to FFSOrderMngt regarding Approval of Item on Order Exceeding Average | 09/24/2009 |
| 83. | Email from Stephen Seid to FFSOrderMngt regarding Approval of Item on Order Exceeding Average | 10/27/2009 |
| 84. | Email from Stephen Seid to FFSOrderMngt regarding Approval of Item on Order Exceeding Average | 10/01/2009 |

| 85. | PPLPC004000344802 | |
|---|---|---|
| 86. | Purdue Distribution Service Agreements | 03/23/2009 |
| 87. | Abrams, Robin, VP, Assoc. Gen. Counsel, Purdue, Order Monitoring System HDMA Presentation | 03/13/2012 |
| 88. | SOP 7.7 System to Disclose Suspicious Orders [PPLPC004000119321] | 06/06/2007 |
| 89. | Email from Gregory Bogdan to Steven Projansky regarding Fee for Service SOP | 01/14/2013 |
| 90. | Inventory Data License Agreement between Walgreen Co. and Purdue Pharma, L.P. | 2010 |
| 91. | Inventory Data License Agreement between Walgreen Co. and Purdue Pharma, L.P. | 2012 |
| 92. | Transcript of the Deposition of Jack Crowley | 01/10/2019 |
| 93. | Transcript of the 30(b)(6) Deposition of Stephen Seid | 12/12/2018 |
| 94. | Report to OMS Team | |
| 95. | PPLP004035073-7 | |
| 96. | Purdue Distribution Service Agreements | 10/15/2002 |
| 97. | Transcript of the Deposition of Mark Geraci | 04/04/2019 |
| 98. | Buzzeo Cegedim PDMA Compliance Solutions Report | 09/25/2012 |
| 99. | McGinn, Colleen Suspiciosu Order Monitoring Presentation | |
| 100. | Transcript of the Deposition of Kevin Kreutzer | 11/27/2018 |
| 101. | Suspicious Order Monitoring, DEA Order Holds | 08/01/2014 |
| 102. | Suspicious Order Monitoring, Customer Due Diligence | |
| 103. | Suspicious Order Monitoring, Customer Site Visits | 08/01/2014 |
| 104. | Suspicious Order Monitoring, DEA Order Holds | 08/01/2014 |

| 105. | Suspicious Order Monitoring, Do Not Ship List | 08/01/2014 |
| 106. | Suspicious Order Monitoring, DEA Order Holds, Locations Other than Britain, PA and North Wales, PA | 10/01/2015 |
| 107. | TEVA Suspicious Order Monitoring, DEA Order Hold Policy SOP-8277 | 06/18/2018 |
| 108. | TEVA Suspicious Order Monitoring, Do Not Ship List, SOP-8278 | 06/18/2018 |
| 109. | TEVA Suspicious Order Monitoring, Customer Due Diligence, SOP-8279 | 06/18/2018 |
| 110. | TEVA Suspicious Order Monitoring, Customer Site Visits, SOP-8280 | 06/18/2018 |
| 111. | Tomkiewicz, Joseph, DEA Compliance Manager, SOM and Current Cases Presentation | 2017 |
| 112. | DEA and SOM Internal Audit Report | 08/19/2015 |
| 113. | Kevin Kreutzer, Manager, SOM Letter to DEA regarding Suspicious Order Report | 02/13/2013 |
| 114. | Teva Suspicious Order Report Analysis | 01/16/2019 |
| 115. | TEVA SO Reports to DEA | |
| 116. | Responses And Objections of Defendants Cephalon, Inc., Teva Pharmaceuticals USA, Inc., Teva Pharmaceutical Industries, LTD., Actavis, LLC, Actavis Pharma, Inc., and Watson Laboratories, Inc. to Plaintiffs' Third Set of Interrogatories | 01/07/2019 |
| 117. | Transcript of the Deposition of Paul Campanelli | 03/21/2019 |
| 118. | Chart regarding Total Pills/Units Shipped by Endo | 1999-2017 |
| 119. | Transcript of the Deposition of Stephen C. MacRides | 03/15/2019 |
| 120. | Transcript of the Deposition of Lisa Walker | 12/04/2018 |

| 121. | Email from Tara Chapman to Maryann Holovac regarding Request to move Opana ER NDA 21-610 to the Orange Book Discontinued List | 05/31/2012 |
|---|---|---|
| 122. | FDA News Release, FDA Requests Removal of Opana ER for Risks Related to Abuse | 06/08/2017 |
| 123. | Email from John Bullock to Lisa Walker and Sal Grausso regarding Opana ER – Cardinal Refuses to Order | 06/12/2017 |
| 124. | Email from MaryJo Magrone to Sal Grausso, et al. regarding Pricing Proposal Submission – OPANA ER Wholesaler Promotion approval | 08/30/2017 |
| 125. | Email from JMPage to Lisa Walker, et al. regarding Opana Transition | 08/31/2017 |
| 126. | Endo Sales Data Chart | |
| 127. | Email from Paul Evans to Jeremy Tatum regarding 100507 Qualitest Overview Presentation | 05/2010 |
| 128. | Par's Sales Profit Chart | 2008-2015 |
| 129. | Transcript of the Deposition of Tracey L. Norton | 01/16/2019 |
| 130. | Risk Management Plan for Opioid Analgesics Focus on : Oxycodone ER | 02/19/2004 |
| 131. | Risk Minimization Action Plan for Opana ER | 06/2007 |
| 132. | Endo Pharmaceuticals Meeting with DEA Presentation | 09/30/2003 |
| 133. | Email from Bob Barto to Sue Tolen regarding Revised DEA Meeting Minutes [ENDO-OPIOID_MDL-01706006-011} | 10/02/2003 |
| 134. | Par's and Endo's Responses concerning SOM Program [PAR_OPIOID_MDL_0001596408] | |
| 135. | Email from Lisa Walker to Michael Kalady regarding Endo (Branded) Products Renewal Applications and SOM Policy | 05/13/2018 |

| 136. | Email from Neil Shusterman to Mark Collins regarding Opana ER Risk Management – SOM Program | 10/29/2013 |
|------|---------------------------------------------------------------------------------------------|------------|
| 137. | Email from Neil Shusterman to Harris Rotman, et al. regarding SOM White Paper | 02/01/2017 |
| 138. | SOMS Program Update Presentation | 11/07/2013 |
| 139. | Summary of Teleconference with UPS regarding SOMS | 02/13/2013 |
| 140. | Correspondence from Tracey Hernandez, Larry Shaffer, DEA Compliance to Kim Liddel, RA Supervisor, UPS Supply Chain regarding Review of UPS SOM Activities | 11/06/2013 |
| 141. | UPS SCS Suspicious Order Monitoring Program Summary | 11/12/2009 |
| 142. | Email from Kim Lindell to Lisa Walker regarding getting to you your customers | 04/11/2014 |
| 143. | ENDO-OPIOID_MDL-0000369517 | |
| 144. | ENDO-OPIOID_MDL-01334119-124 | |
| 145. | Summary of SOM Program, Process Flow | |
| 146. | Annual Training Curriculum Review and Approval for Required Training | 2012 |
| 147. | Qualitest Audit Report | 09/04/2008 |
| 148. | Qualitest Report regarding Review of Order Monitoring Program | 06/18/2009 |
| 149. | Email from Tracey Hernandez to Sanjay Patel enclosing Action Items from Tablets DEA Deficiency Letter | 01/04/2013 |
| 150. | Email from Larry Shaffer to Eric Brantley enclosing SOMS Violations and Presentations | 10/07/2013 |
| 151. | Email from Tracey Hernandez to Sanjay Patel enclosing Action Items from Tablets DEA Deficiency Letter | 01/04/2013 |

| 152. | Email from Aimee Cooper to Heather Jones enclosing Memorandum regarding Manufacturers Briefing with Qualitest | 03/27/2013 |
|------|------|------|
| 153. | Email from Tracey Hernandez to Jill Cornell regarding DEA Compliance Initiative Presentation | 02/09/2013 |
| 154. | Email from Denise Hudson to Tracey Hernandez, et al. regarding DEA Inspection Wrap-Up in Charlotte | 11/16/2011 |
| 155. | Email from Keith Margolis to William Price and Carol Sherman regarding Bellco – Qualitest SOMS Letter and Questionnaire | 02/27/2014 |
| 156. | Email from Eric Brantley to Heather Jones regarding SOPs for SOM | 04/21/2015 |
| 157. | Email from Tracey Hernandez to Jill Connell regarding DEA Compliance Initiatives Program Presentation | 02/09/2013 |
| 158. | Email from Eric Brantley to Jill Miller regarding SOM | |
| 159. | PAR_OPIOID_MDL_0000020898 | |
| 160. | Par Pharmaceutical, Inc. and Par Pharmaceutical Companies, Inc.'s Supplemental Objections and Responses to Plaintiff's Interrogatories | 03/04/2019 |
| 161. | ENDO-HSGAC_0010368 | |
| 162. | Email from Eric Brantley to Tracey Hernandez enclosing Qualitest SOM Update Presentation | 04/17/2014 |
| 163. | Email from Eric Brantley to Tracey Hernandez enclosing Revised SOM Advisory Board Charter | 02/25/2014 |
| 164. | Email from Jason Ehrlinspiel to Tracey Hernandez regarding Notice of Civil Violations | 09/30/2014 |
| 165. | PAR_OPIOID_MDL_0000399716 | |
| 166. | PAR_OPIOID_MDL_0001615738 | |
| 167. | PAR_OPIOID_MDL_0002102288 | |

| 168. | Email from Jason Ehrlinspiel to Tracey Hernandez regarding Notice of Civil Violations | 09/30/2014 |
|------|------------------------------------------------------------------------------------------|------------|
| 169. | Email from Joseph Barbarite to Angela Feniger et al enclosing Par Pharmaceutical Audit Report from DEA Consultants | 05/13/2010 |
| 170. | Email from Angela Feniger to Patricia Lipari regarding SOM and enclosing Par Pharmaceutical, Inc. Standard Operating Procedure | 06/21/2012 |
| 171. | Email from Angela Feniger to Joseph Barbarite et al enclosing DEA Audit Report | 07/15/2015 |
| 172. | Email from Angela Feniger to Heather Jones et al regarding Cedegim for all Par Orders SOM) | 03/22/2016 |
| 173. | Par Pharmaceutical, Inc. Standard Operating Procedure Form | |
| 174. | Transcript of the Deposition of Michele R. Dempsey (Vol. I) | 01/22/2019 |
| 175. | Email from Mike Bulone to Michael Szwarc et al regarding CSOS Update and presentation | 03/17/2013 |
| 176. | Bacco, Guy, Janssen Overview Presentation | |
| 177. | Optimizing Chronic Pain Management with Duragesic | |
| 178. | JAN-MS-04199587 | |
| 179. | Email from Michele Dempsey to Terrance Woodworth regarding SOM Questionnaire for JOM Distributors | 12/04/2017 |
| 180. | JOM Customer Service Suspicious Order or Excessive Narcotic Orders Work Instruction | |
| 181. | JOM Customer Service Order Processing of Controlled Substance Work Instruction | |
| 182. | JOM Customer Service Schedule II-V Order Processing and Investigating Suspicious or Excessive Narcotic Orders Standard Operating Procedure | |

| 183. | JOM Customer Service Suspicious or Excessive Orders Work Instruction | 07/24/2013 |
|---|---|---|
| 184. | Email from Luis Valcarcel to Ron Kuntz and Paul Lowman regarding NUCYNTA Trade Plans, enclosing High level overview of JOM CII and SOM Process | 06/25/2012 |
| 185. | Suspicious Order Monitoring Workshop | 12/13/2017 |
| 186. | Transcript of the Deposition of Michele R. Dempsey (Vol. II) | 03/08/2019 |
| 187. | Controlled Substances Suspicious Order Monitoring Program Questionnaire | |
| 188. | Email from Michele Dempsey to Debbie Sniscak regarding Recommendations | 01/23/2018 |
| 189. | Email from Valerie Chikwendu to Michele Dempsey regarding Controlled Substances Project | |
| 190. | Email from Michele Dempsey to Marc Larkins regarding Draft change to SOM Report for JOM | |
| 191. | Managed Market Summit, Trade Analytics Presentation | 10/18/2012 |
| 192. | Email from Michele Dempsey to Robert Martin regarding DEA Serves a Suspension Order on Walgreens Distribution Center in Jupiter, FL  - JOm Review of Data | 09/24/2012 |
| 193. | Evaluation of the SOM System for Johnson & Johnson Presentation | |
| 194. | Email from Ron Kuntz to Patricia Yap regarding SOM Contact and Meeting Notes | 06/17/2013 |
| 195. | SOM Benchmarking with Purdue Meeting Notes | 03/20/2012 |
| 196. | Email from Jack Crowley to Michele Dempsey enclosing notes regarding Janssen Abuse and Diversion Detection | 07/26/2013 |
| 197. | Janssen Pharmaceuticals Inc Abuse and Diversion Detection Program, Prescribers of Concerns Notes | 07/23/2013 |

| 198. | Email from Terrance Woodworth to Brian Strehlke enclosing draft SOM Report for JOM | 02/06/2018 |
|------|-----------------------------------------------------------------------------------|------------|
| 199. | Excel spreadsheet regarding ordering pattern | |
| 200. | Email from Michael Levitt to Theresa Hoffman regarding 6 Order on the SOM Report | 03/26/2015 |
| 201. | Email from Michael Levitt to Kristina Bezares regarding 1 Order on the SOM Report for Oct. 3, 2014 | 10/03/2014 |
| 202. | Email from Michael Levitt to Theresa Hoffman regarding 2 Orders on SOM Report for Nov. 26, 2014 | 11/26/2014 |
| 203. | Email from Michael Levitt to Raffaela Figliano regarding 1 Suspicious & Excessive Order for Apr. 14, 2016 | 04/15/2016 |
| 204. | Email from Michael Levitt to Raffaela Figliano regarding 1 Suspicious & Excessive Order for Apr. 20, 2016 | 04/20/2016 |
| 205. | Email from Michael Levitt to Raffaela Figliano regarding 1 Suspicious & Excessive Order for Apr. 27, 2016 | 04/27/2016 |
| 206. | Email from Belinda Corum to Denise Moran regarding 2 suspicious/excessive for Dec. 8, 2016 | 12/08/2016 |
| 207. | Email from Belinda Corum to Roxanne Covino regarding 1 suspicious and excessive order for Aug. 26, 2016 | 08/29/2016 |
| 208. | Email from Michele Dempsey to SeWha Park and Phil West regarding McKesson agreement to pay $150m settlement | 01/18/2017 |
| 209. | Administrative Memorandum of Agreement between the U.S. DOJ, DEA and Cardinal Health, Inc. | 2012 |
| 210. | Email from Mike Kaufmann to Gary Dolch, et al. regarding In the Penalty Box | 01/21/2008 |
| 211. | Operation One Cardinal Health Quality Management Meeting: Opportunity Team Presentations | 01/13-14/2005 |
| 212. | Drug Distribution Compliance Budget Review | 2007 |

| 213. | CAH_MDL_PRIORPROD_DEA07_00884713 | |
|---|---|---|
| 214. | Email from Mark Hartman to Steve Reardon regarding Threshold system and customer issues | 01/28/2008 |
| 215. | Settlement and Release Agreement and Administrative Memorandum of Agreement between U.S. DOJ, DEA and Cardinal Health, Inc. | 2008 |
| 216. | Email from Mark S. Mitchell to Cassi Baker and Steve Reardon regarding Drug Wholesale Advisory Council | 05/12/2005 |
| 217. | Email from Michael Mone to Mark Hartman regarding Possible Suspect Pharmacy | 01/07/2008 |
| 218. | Transcript of the Deposition of Steve Reardon | 11/30/2018 |
| 219. | Cegedim's Findings and Recommendations on Cardinal Healthcare's SOM System | 01/23/2008 |
| 220. | Investigation Report of the Special Demand Committee, BOD of Cardinal Health, Inc. | 04/12/2013 |
| 221. | Email from Carolyn McPherson to Nicholas Rausch regarding revised instructions for Deloitte enclosing Procedure for Threshold Limit Determination for Drug Family – Phase 2 | 01/08/2008 |
| 222. | Transcript of the Deposition of Mark Hartman | 11/15/2018 |
| 223. | Hartman, Mark, Supply Chain Integrity Presentation | 11/06/2008 |
| 224. | Email from Scott Sopher to Michael Deloso regarding the situation at CAH remains chaotic | 10/17/2012 |
| 225. | Morford, Craig, 2012 Annual Quality and Regulatory Report to the Audit Committee of the BOD | 11/02/2012 |
| 226. | ValueCentric Webpage | |
| 227. | DEA Baltimore District Office Presentation on Cardinal Health Swedesboro Distribution Center | |

| 228. | Cardinal Health, Inc.'s FOIL Appeal Letter to Steve Krantz, Esq., Assistant Attorney General for the State of New York | 09/27/2006 |
|---|---|---|
| 229. | Transcript of the Deposition of Todd Cameron | 09/26/2018 |
| 230. | Transcript of the Deposition of Donald Steven Morse | 12/13/2018 |
| 231. | Expert Report of Brian Reise | 05/31/2019 |
| 232. | Cardinal Health's Responses to Plaintiffs' Second Notice of Deposition Pursuant to Rule 30(b)(6) | 10/25/2018 |
| 233. | Cardinal Health's Second Supplemental Responses to Plaintiffs' Second Notice of Deposition Pursuant to Rule 30(b)(6) | 04/16/2019 |
| 234. | Purdue SOP [PPLPC004000344799] | 01/14/2013 |
| 235. | Email re McKesson Contracts [ENDO-OPIOID_MDL-01056072] | 03/18/2013 |
| 236. | Administrative Memorandum of Agreement between U.S. DOJ, DEA and McKesson Corp. | 2017 |
| 237. | McKesson Drug Operations Manual | |
| 238. | Transcript of the Deposition of Gary Hilliard | 01/10/2019 |
| 239. | McKesson Corp.'s Second Supplemental Objections and Responses to Plaintiffs' Combined Discovery Requests | 03/04/2019 |
| 240. | Email from Dave Gustin to Tyra Williams regarding Variance and Suspicious Reports | 02/04/2011 |
| 241. | Transcript of the Deposition of Blaine M. Snider | 11/08/2018 |
| 242. | Memorandum regarding Meeting Between the Office of Diversion Control and McKesson Corp. on January 3, 2006 | 01/23/2006 |
| 243. | McKesson Operations Manual for Pharma Distribution, Lifestyle Drug Monitoring Program | |

| 244. | Boggs, Gary, State of Prescription Drug Abuse Presentation | |
|------|-----------------------------------------------------------|------------|
| 245. | Letter from McKesson Corp.'s Counsel to Linden Barber, Esq., Associate Chief Counsel of DEA regarding Order to Show Cause | 04/25/2007 |
| 246. | Transcript of the Deposition of William de Gutierrez-Mahoney | 11/28/2018 |
| 247. | Email from Alexandra Feigel to Diane Martin regarding November LDMO | 12/10/2007 |
| 248. | McKesson U.S. Pharma – DEA Licensure Audit, Lifestyle Drug Program | 07/27/2007 |
| 249. | Settlement and Release Agreement and Administrative Memorandum of Agreement between U.S. DOJ, DEA and McKesson Corp. | 05/02/2008 |
| 250. | Email from Cathy Scofield to Tracy Jonas et al enclosing CSMP Sales Training Presentation | 03/10/2008 |
| 251. | Email from Gregory Carlson to Pharmacy Team Leader regarding 440 Met its max of Oxycondone APAP for the month | 06/24/2010 |
| 252. | RNA – Threshold Change/Level 1 Firm | 2009 |
| 253. | Step II, Consent Agreement between Gary Evan Sivak, M.D. and The State Medical Board of Ohio | |
| 254. | Email from Donald Walker to Bill de Gutierrez-Mahoney regarding New DEA Ordering Standards | 04/17/2008 |
| 255. | U.S. DOJ, DEA Letter regarding Registration Consequences for McKesson Corp. for Violations of the Controlled Substances Act | 11/04/2014 |
| 256. | Email from Dave Gustin to Dave Fagerskog et al regarding gaps between the amount of Oxy or Hydro allowed to be purchase and amount needed | 08/31/2011 |

| 257. | Email from Nate Hartle to Krista Peck regarding threshold reduction initiative report | 05/01/2015 |
| 258. | McKesson's CSMP Oxycodone Threshold Reduction Report | 02/09/2015 |
| 259. | Email from Micheal Bishop to Jenna Smith regarding DEA Threshold Warning Report | 04/03/2013 |
| 260. | Email from Michael Oriente to Dave Gustin et al regarding CSMP contribution, DCM call, and tightening up our increase process | 04/15/2011 |
| 261. | Email from Tom Mcdonald re Threshold Change Requests | 07/27/2012 |
| 262. | Email from Jennifer Melvin re: South CSMP Distribution Contacts and Level 1 calls | 08/02/2011 |
| 263. | Email sent on behalf of Don Walker re implementing an enhanced SOM Program with attachments and webex invite | 10/24/2013 |
| 264. | Letter from DOJ to McKesson Re: Possible Civil Action Against McKesson Corporation for Violations of the Controlled Substances Act | 08/13/2014 |
| 265. | Transcript of the Deposition of Donald Walker | 01/10/2019 |
| 266. | RNA- Threshold Change/Level 1 Forms for CVS | 04/08/2010 |
| 267. | Threshold Change Forms for various Accounts and Emails from Dave Gustin to Micheal Bishop asking him to increase thresholds | 11/28/2008 |
| 268. | CVS CSMP: Threshold Review | 01/09/2009 |
| 269. | Threshold Change request for Giant Eagle approval | 10/29/2010 |
| 270. | Threshold Change Request for Giant Eagle, Threshold was increased 30% every 2w sicne 01/14/2009 | 02/23/2009 |
| 271. | Threshold Change Form for Giant Eagle approval | 12/17/2008 |

| 272. | Threshold Change Form Approvals for Giant Eagle | 12/19/2008 |
| 273. | Threshold Change Form Approval for Giant Eagle | 11/21/2008 |
| 274. | Threshold Change Form Approvals for Giant Eagle | 07/31/2008 |
| 275. | Threshold Change Form Approvals for Giant Eagle | 10/22/2008 |
| 276. | Threshold Change Form Approvals for Giant Eagle and an Email form Dave Gustin noting they need to know why the stores are purchasing well past historic trends | 05/28/2008 |
| 277. | Email from Gary Hilliard to Sharon Mackarness Re: Hydrocodone Reports | 10/23/2006 |
| 278. | Email from Timothy Foster to Joe Lumpkin, et al, Re: CSCP Tracker | 11/01/2013 |
| 279. | Email from David Graziano to Melenie Petropoulos and Stephen Schmidt re: CSCP Trackers Marc's 2WA and 39MA | 12/23/2013 |
| 280. | Email from Stephen Schmidt to Melenie Petropoulos and others re: Marc's CSCP Threshold Report | 01/27/2014 |
| 281. | MCKMDL00478912 | |
| 282. | MCKMDL00478913 | |
| 283. | McKesson Corporation Board of Directors' Response to International Brotherhood of Teamsters | |
| 284. | Controlled Substance Monitoring Program | 06/24/2008 |
| 285. | Email from Dan Jefferies to Nate Hartle and others RE: Opioid Reductions | 01/30/2017 |
| 286. | Email from Donald Walker re: List 1 Chemicals and Clarifying the "partial" Issue in CSMP | 06/03/2010 |
| 287. | SOMs Process Flow[ENDO-OPIOID_MDL-01334119] | 04/00/2014 |
| 288. | Abuse and Diversion Detection [PPLP004035073] | 09/00/2015 |
| 289. | ABC Diversion Control Program effective June 25, 2007 | 06/25/2007 |

| 290. | Carlos Aquino Expert Report | 06/06/2019 |
| 291. | Transcript of the Deposition of Chris Zimmerman | 08/03/2018 |
| 292. | Chemical Handler's Manual, A Guide to Chemical Control Regulations | |
| 293. | Deposition Transcript of Eric Cherveny | 11/09/2018 |
| 294. | Deposition Transcript of Stephen Mays (Vol. I) | 10/24/2018 |
| 295. | Deposition Transcript of Stephen Mays (Vol. II) | 02/08/2019 |
| 296. | ABC's Diversion Control Program | 08/07/2017 |
| 297. | Order to Show Cause and Immediate Suspension of Registration sent to Amerisource Bergen | 04/19/2007 |
| 298. | Settlement and Release Agreement | 06/22/2007 |
| 299. | Reported to DEA Report for Opioid Items for all OHIO Summit County Customers from 2007-2013 | |
| 300. | ABDCMDL00308070 | |
| 301. | Email from Eric Cherveny to Stephen Hendrickson and others re: CSRA 590 Validation Project | 08/05/2016 |
| 302. | Transcript of the Deposition of David May | 08/04/2018 |
| 303. | Transcript of the Deposition of Candace Harbauer | 02/19/2019 |
| 304. | Mary Woods Deposition Transcript | 01/10/2019 |
| 305. | Prescription Supply, Inc. Controlled Substances Policy/Procedure | 01/21/2015 |
| 306. | Transcript of the Deposition of James Schoen | 02/27/2019 |
| 307. | Transcript of the Deposition of Kirk Harbauer | 02/27/2019 |
| 308. | Letter to Cardinal Health from DEA to reiterate the responsibilities of controlled substance manufacturers and distributors to inform DEA of suspicious orders | 12/27/2007 |

| 309. | State of Ohio Board of Pharmacy Written Response to Prescription Supply, Inc | 10/25/2017 |
|------|------------------------------------------------------------------------------|------------|
| 310. | Transcript of the Deposition of Jeff Abernathy | 11/15/2018 |
| 311. | Transcript of the Deposition of Susanne Hiland | 01/23/2019 |
| 312. | SOM Reddwerks Upgrade - US Compliance | |
| 313. | Portfolio Scoring Worksheet – Suspicious Order Monitoring | |
| 314. | Plaintiffs' Responses to the Amended and Clarified Discovery Ruling 12 Supplemental Interrogatory Issued to Plaintiffs | 01/25/2019 |
| 315. | Transcript of the 30(b)(6) Deposition of Walmart, through the testimony of Susanne Hiland | 01/22/2019 |
| 316. | Transcript of the Deposition of Ramona Sullins | 01/04/2019 |
| 317. | Emails re: WalMart Drug Tracking | 06/17/2015 |
| 318. | Walmart Inc.'s Responses to Plaintiffs (First) Combined Discovery Requests to National Retail Pharmacies Defendants | 11/30/2018 |
| 319. | Emails re: DEA agents at store DC 6028 | 09/15/2014 |
| 320. | Walmart Pharmacy Manual, Evaluating Orders of Interest and Suspicious Order Reporting | 09/30/2014 |
| 321. | Controlled Substance Risk Assessment: Executive Summary | |
| 322. | WMT_MDL_000048100 - WMT_MDL_000048101 | |
| 323. | Suspicious Order Monitoring Program Policy and Procedures for the Pharmaceutical Integrity Team | |
| 324. | Settlement and Memorandum of Agreement | 06/10/2013 |
| 325. | Transcript of the Deposition of Edward Bratton | 12/16/2018 |
| 326. | Handling Suspicious Drug Orders | 02/15/2005 |

| 327. | DEA Letter re: a proposed system of detecting and reporting excessive orders | 12/27/1988 |
|---|---|---|
| 328. | Letter from DEA re: a regulatory investigation of Walgreens | 05/17/2006 |
| 329. | Emails regarding Suspicious Transactions and the DEA | 03/02/2006 |
| 330. | DEA Suspicious Controlled Drug Report | 04/03/2007 |
| 331. | Walgreens Second Supplemental Responses to Plaintiffs' (First) Combined Discovery Requests | 02/19/2019 |
| 332. | Transcript of the Deposition of Eric Stahmann | 10/16/2018 |
| 333. | Deposition Errata for E. Bratton | 03/05/2019 |
| 334. | Settlement and MOA | 06/10/2013 |
| 335. | Walgreens Order to Show Cause and Immediate Suspension of Registration | 09/13/2012 |
| 336. | DOJ Subpoena | 02/04/2013 |
| 337. | Emails re: Weekly PMO Status – Thursday Update | 02/15/2013 |
| 338. | Perrysburg CIII-CV – meeting notes Email | 03/01/2013 |
| 339. | Letter to DEA re Subpoena | 02/20/2013 |
| 340. | CII orders to be shipped from Amerisource Bergen | 03/2014 |
| 341. | CII orders to be shipped from Amerisource Bergen | 03/2014 |
| 342. | Emails re Suspicious Controlled Drug Orders | 08/03/2010 |
| 343. | Shipment contents from Walgreens Perrysburg DC and DEA Audit | 02/28/2013 |
| 344. | Shipment contents from Walgreens Perrysburg DC and DEA Audit | 02/28/2103 |
| 345. | Email RE: Suspicious Orders | 06/27/2007 |

| 346. | Chemical Hanlder's Manual, A Guide to Chemical Control Regulations | 01/31/2004 |
|---|---|---|
| 347. | Walgreens Distribution Center follow up letter to March 2006 regulatory investigation | 07/28/2006 |
| 348. | Suspicious Order Reporting | 03/26/2008 |
| 349. | Office of Diversion Control – Knowing your Customer/Suspicious Orders Reporting | 03/28/2013 |
| 350. | DEA Compliance – Perrysburg Distribution Center | 12/22/2008 |
| 351. | Withheld Due to Privilege | |
| 352. | RX Questionable Order Qty | 12/11/2006 |
| 353. | Transcript of the Deposition of Douglas Peterson | 12/20/2018 |
| 354. | Transcript of the Deposition of Christopher Domzalski | 01/17/2019 |
| 355. | Authentication of Prescription Order Policy | 10/07/2013 |
| 356. | Transcript of the Deposition of Deb Bish | 02/01/2019 |
| 357. | Transcript of the Deposition of Jennifer Diebert | 01/24/2019 |
| 358. | Update on Rx Supply Chain Contingency Plan for Jupiter | 04/06/2012 |
| 359. | DEA Suspicious Order Reporting | 06/23/2008 |
| 360. | Emails re: CSR Version Summary | 10/08/2012 |
| 361. | Controlled Substance Order Review | |
| 362. | Transcript of the Deposition of Tasha Polster | 01/23/2019 |
| 363. | WAGMDL00245768 | |
| 364. | WAGMDL00325129 | |
| 365. | Email re: Suspicious Order | 02/05/2013 |
| 366. | Email re: Transferring Controlled Substances | 04/11/2013 |

| 367. | Email re: Oxycodone no longer being ordered via PDQ | 09/28/2012 |
|------|------------------------------------------------------|------------|
| 368. | DEA Suspicious Order Item Limits – Phase II | 08/26/2009 |
| 369. | July 2011 DEA Statistics | 07/2011 |
| 370. | Transcript of the Deposition of Barbara Martin | 01/25/2019 |
| 371. | Walgreens's Second Amended Objections and Responses to Plaintiffs' First Set of Interrogatories | 03/04/2019 |
| 372. | Emails re: High Quantity Stores | 01/10/2011 |
| 373. | WAGFLDEA00000846 | |
| 374. | WAGMDL00436802 | |
| 375. | Emails re: High Quantity Stores | 01/10/2011 |
| 376. | Emails re: Proposed org chart | 12/16/2012 |
| 377. | Transcript of the Deposition of Steven Mills | 11/08/2018 |
| 378. | Emails re: Controlled Substance Order Quantity Override Form | 08/19/2013 |
| 379. | Emails re: Ceiling Update | 01/03/2103 |
| 380. | Emails re: Shrink Set | 04/16/2013 |
| 381. | Email re: VAWD Question - Inventory Controls Questionable Regular RX Orders | 05/11/2011 |
| 382. | CVS-MDLT1-000060805 | |
| 383. | Expert Report of Craig J. McCann | 03/25/2019 |
| 384. | CVS-MDLT1-000060798 | |
| 385. | Transcript of the Deposition of Mark Vernazza | 11/20/2018 |
| 386. | Exhibit 30 to the Deposition of Mary Woods | |
| 387. | Transcript of the Deposition of Amy Propatier | 11/29/2018 |

| 388. | Opti- Source Oxy Orders [Acquired_Actavis_00665233] | 03/24/2011 |
|---|---|---|
| 389. | Deposition Transcript Excerpts of Ellen Wilson | 01/24/2019 |
| 390. | Order on SOM Report [JAN-MS-03739793] | 07/21/2015 |
| 391. | Order Management System [PPLP003430436] | 03/23/2009 |
| 392. | Transcript of the Deposition of Sherri Hinkle | 01/25/2019 |
| 393. | DEA Comments [CAH_MDL2804_02489191] | 06/04/2008 |
| 394. | Transcript of the Deposition of Aaron Burtner | 01/17/2019 |
| 395. | Transcript of the Deposition of Terrence Dugger | 01/23/2019 |
| 396. | Draft Summary of DEA-HDMA Meeting [CAH_MDL2804_02489188] | 04/15/2008 |
| 397. | Draft HDMA Best Practices for Controlled Substances [HDA_MDL_000148607] | 01/31/2008 |
| 398. | Chronology of HDMA DEA Involvement [HDA_MDL_000081364] | 10/31/2016 |
| 399. | Chronology of HDMA DEA Involvement [HDA_MDL_000081363] | 10/31/2016 |
| 400. | Transcript of the Deposition of Gary Millikan | 01/11/2019 |
| 401. | Industry Compliance Guidelines [HDA_MDL_000145918] | 11/14/2008 |
| 402. | DEA Suspicious Orders [HDA_MDL_000213078] | 05/07/2008 |
| 403. | HDMA DEA Suspicious Order Best Practices [HDA_MDL_000213058] | 02/12/2008 |
| 404. | HDMA Report [HDA_MDL_000213229] | 01/31/2008 |
| 405. | Transcript of the Deposition of Shauna Helfrich | 01/10/2019 |
| 406. | HDMA Report [HDA_MDL_000213212] | 01/31/2008 |
| 407. | Emails re: SOM Presentation | 01/15/2014 |

| 408. | Member Questionnaire [HDA_MDL_000139414] | 01/17/2008 |
|---|---|---|
| 409. | Customer Verification Procedure [HDA_MDL_000150198] | 01/10/2008 |
| 410. | DEA Org Chart and SO Check [HDA_MDL_000151104] | 01/02/2008 |
| 411. | Business Idea Description – Control Drug IRR update | |
| 412. | Rite Aid Distribution Center DEA Regulatory Guidelines | |
| 413. | Controlled Drug Above Average Order Monitoring Program | 02/28/2010 |
| 414. | Rite Aid's Objections and Responses to Plaintiffs' First Set of Combined Discovery Requests | 11/30/2018 |
| 415. | Transcript of the Deposition of Janet Getzey Hart | 01/30/2019 |
| 416. | Transcript of the Deposition of Marian Wood | 01/24/2019 |
| 417. | Transcript of the Deposition of Christopher Belli | 12/20/2018 |
| 418. | Transcript of the Deposition of Janet Getzey Hart | 01/31/2019 |
| 419. | Emails re: Rite Aid CSMP | 09/12/2011 |
| 420. | Transcript of the Deposition of Debra Chase | 01/04/2019 |
| 421. | Threshold Exception List | 04/18/2011 |
| 422. | Above Threshold July 2012 | 08/06/2012 |
| 423. | Project Initiation for 5046 Suspicious Order Monitoring | 10/02/2013 |
| 424. | HBC Service Company's Amended Responses to Plaintiffs' First Set of Combined Discovery Requests | |
| 425. | Emails re: DSCSA Documents with attachments | 12/04/2014 |
| 426. | Transcript of the Deposition of Matthew Rogos | 02/22/2019 |
| 427. | HBC Service Company's Supplemental Answers to Plaintiffs' First Set of Interrogatories | |

| 428. | Deposition Transcript Excerpts of James Tsipakis | 12/13/2018 |
|------|---------------------------------------------------|------------|
| 429. | Deposition Transcript Excerpts of James Tsipakis | 12/13/2018 |
| 430. | Deposition Transcript Excerpts of James Tsipakis | 12/13/2018 |
| 431. | Deposition Transcript Excerpts of James Tsipakis | 12/13/2018 |
| 432. | Inventory Control – Suspicious Order Policy | 02/26/2016 |
| 433. | Deposition Transcript Excerpts of James Tsipakis | 12/13/2018 |
| 434. | Deposition Transcript Excerpts of Anthony Mollica | 01/04/2019 |
| 435. | Deposition Transcript Excerpts of Joseph Edward Miller | 12/20/2018 |
| 436. | Deposition Transcript Excerpts of Joseph Edward Miller | 12/20/2018 |
| 437. | Email Re: Daily HBC Suspicious Purchasing Report | 01/10/2014 |
| 438. | Email Re: Daily HBC Suspicious Purchasing Report | 09/23/2015 |
| 439. | Email re: Norco volume for store RX4031 | 07/08/204 |
| 440. | Deposition Transcript Excerpts of James Tsipakis | 12/13/2018 |
| 441. | Emails re: Gian Eagle / Buzzeo PDMA: SOM Services Proposal | 10/01/2015 |
| 442. | Deposition Transcript Excerpts of James Tsipakis | 12/13/2018 |
| 443. | Matthew Greimel Expert Report | 05/10/2019 |
| 444. | Deposition Transcript Excerpts of Jason Briscoe | 12/06/2018 |
| 445. | Deposition Transcript Excerpts of Jason Briscoe | 12/06/2018 |
| 446. | Deposition Transcript Excerpts of Jason Briscoe | 12/06/2018 |
| 447. | Report of Craig McCann, Appendix 9 at pp 151, 193 | 03/25/2019 |
| 448. | Report of Craig McCann, Appendix 9 at 3783, 3852 | 03/25/2019 |
| 449. | Deposition Transcript Excerpts of Tom Nameth | 01/07/2019 |

| 450. | Deposition Transcript Excerpts of Tom Nameth and Jason Briscoe | 01/07/2019 |
|---|---|---|
| 451. | Deposition Transcript Excerpts of Jill Strang, Tom Nameth, and Jason Briscoe | 01/03/2019 |
| 452. | Deposition Transcript Excerpts of Jason Briscoe | 12/06/2018 |
| 453. | Deposition Transcript Excerpts of Jason Briscoe, Tom Nameth, and Jill Strang | 12/06/2018 |
| 454. | Deposition Transcript Excerpts of Jill Strang | 01/03/2019 |
| 455. | Deposition Transcript Excerpts of Jill Strang | 01/03/2019 |
| 456. | Deposition Transcript Excerpts of Jill Strang | 01/03/2019 |
| 457. | 21 C.F.R. § 1301.74 | |
| 458. | Deposition Transcript Excerpts of Jill Strang | 01/03/2019 |
| 459. | Deposition Transcript Excerpts of Jill Strang | 01/03/2019 |
| 460. | Deposition Transcript Excerpts of Jill Strang | 01/03/2019 |
| 461. | Deposition Transcript Excerpts of Peter Ratycz, Jill Strang, and Tom Nameth | 12/21/2018 |
| 462. | Deposition Transcript Excerpts of Jason Briscoe | 12/06/2018 |
| 463. | Deposition Transcript Excerpts of Jill Strang and Jason Briscoe | 01/03/2019 |
| 464. | Deposition Transcript Excerpts of Jill Strang | 01/03/2019 |
| 465. | Shipments Greater than .99% of AVG. Movement and Deposition Transcript Excerpts of Tom Nameth | |
| 466. | Deposition Transcript Excerpts of Tom Nameth | 01/07/2019 |
| 467. | Deposition Transcript Excerpts of Tom Nameth | 01/07/2019 |
| 468. | Deposition Transcript Excerpts of Tom Nameth | 01/07/2019 |
| 469. | Deposition Transcript Excerpts of Jason Briscoe | 12/06/2018 |

| 470. | Deposition Transcript Excerpts of Tom Nameth | 01/07/2019 |
|---|---|---|
| 471. | Deposition Transcript Excerpts of Tom Nameth | 01/07/2019 |
| 472. | Deposition Transcript Excerpts of Tom Nameth | 01/07/2019 |
| 473. | Deposition Transcript Excerpts of Tom Nameth, Jill Strang, and Jason Briscoe | 01/07/2019 |
| 474. | Deposition Transcript Excerpts of Tom Nameth and Jason Briscoe | 01/07/2019 |
| 475. | Email re: Controlled Substance Monitoring | 10/23/2013 |
| 476. | Deposition Transcript Excerpts of Tom Nameth | 01/07/2019 |
| 477. | Email about article: DEA Fines Coscto $11.75M over lax US Pharmacy Controls and what it means for DDM | 01/20/2017 |
| 478. | Deposition Transcript Excerpts of Jill Strang and Tom Nameth | 01/03/2019 |
| 479. | Deposition Transcript Excerpts of Tom Nameth | 01/07/2019 |
| 480. | Press Release | 01/24/2013 |
| 481. | Press Release | 06/15/2015 |
| 482. | Press Release | 10/01/2013 |
| 483. | Kaufhold Deposition Exhibit 3 | 10/26/2018 |
| 484. | Woods Deposition Exhibit 12 [Allergan_MDL_ 02081243] | 08/18/2009 |
| 485. | Woods Deposition Exhibit 13; [Allergan_MDL_02128514] | 01/09/2019 |
| 486. | Woods Deposition Exhibit 12 [Allergan_MDL_ 02081243] | 01/09/2019 |
| 487. | Omnicare Finasteride [Allergan_MDL_02128035] | 02/11/2009 |
| 488. | Email re Suspicious Orders [Allergan_MDL_043233370] | 08/24/2009 |
| 489. | Baran Deposition Excerpts | 12/11/2018 |
| 490. | Woods Depostiion Exhibit 14 [Allergan_MDL_00490306] | 01/09/2019 |

| 491. | Email re Opt-source Oxy IR Orders [Allergan_MDL_00665233] | 03/24/2011 |
|---|---|---|
| 492. | Woods Deposition Exhibit 15 | 01/09/2019 |
| 493. | Incident Report | 10/4/2012 |
| 494. | Woods Deposition Exhibit 16 | 01/09/2019 |
| 495. | Woods Deposition Excerpts | 07/31/2012 |
| 496. | DEA Memo Distributor Briefing [US-DEA 00000001] | 11/05/2012 |
| 497. | Clark Deposition Excerpts | 12/07/2018 |
| 498. | Clark Deposition Excerpts | 12/07/2018 |
| 499. | Woods Ex. 1 [Allergan_MDL_01844864] | 01/09/2019 |
| 500. | Woods Depo Ex, 3 [Allergan_MDL_01839001] | 01/09/2019 |
| 501. | 2016 YTD Report [Allergan_MDL_02181123] | 3/22/2016 |
| 502. | Woods Exh. 33 [Allergan_MDL_02187056] | 01/09/2019 |
| 503. | Email re SOP Training [Allergan_MDL_01838989] | 09/22/2004 |
| 504. | SOM Policy [Allergan_MDL_02146521] | 07/19/2011 |
| 505. | SOM Policy [Allergan_MDL_1839002] | 05/03/2004 |
| 506. | Call Center Operations Master Data Proc. [Allergan_MDL_01175574] | 05/03/2004 |
| 507. | SOM Project Status review 11.8.2011 [Allergan_MDL_03368470] | 11/08/2011 |
| 508. | Woods depo excerpts | 01/09/2019 |
| 509. | Woods Ex. 35 [Allergan_MDL_03802654] | 01/09/2019 |
| 510. | Woods Ex. 33 [Allergan_MDL_02187056] | 01/09/2019 |
| 511. | Napoli Depo Ex. 1 [Allergan_MDL_0353513] | 06/09/2011 |

30

| 512. | SOM Cloud Services Proposal [Allergan_MDL_02467540] | 02/19/2015 |
| 513. | 4.5.12 SOMS Presentation [Allergan_MDL_02468983] | 04/05/2012 |
| 514. | Napoli Deposition Excerpts | 01/17/2019 |
| 515. | Oxy Release Notification Alert [Allergan_MDL_01843335] | 03/04/2011 |
| 516. | Buskey Expert Report | 05/31/2019 |
| 517. | Call re DEA Next Steps [HSI-MDL-00620224] | 05/30/2007 |
| 518. | Summary of DEA Meeting – Next Steps [CAH_MDL2804_02489199] | 09/07/2007 |
| 519. | Email re CS Review Chart [HDA_MDL_000148603] | 02/06/2008 |
| 520. | HDMA Best Practices [HDA_MDL_000148607] | 01/31/2008 |

Dated: July 2, 2019                            Respectfully submitted,

/s/ *Paul J. Hanly, Jr.*
Paul J. Hanly, Jr.
SIMMONS HANLY CONROY
112 Madison Avenue, 7th Floor
New York, NY 10016
(212) 784-6400
(212) 213-5949 (fax)
phanly@simmonsfirm.com

Joseph F. Rice
MOTLEY RICE
28 Bridgeside Blvd.
Mt. Pleasant, SC  29464
(843) 216-9000
(843) 216-9290 (Fax)
jrice@motleyrice.com

Paul T. Farrell, Jr., Esq.
GREENE KETCHUM, LLP
419 Eleventh Street
Huntington, WV 25701

(304) 525-9115
(800) 479-0053
(304) 529-3284 (Fax)
paul@greeneketchum.com

*Plaintiffs' Co-Lead Counsel*

Peter H. Weinberger (0022076)
SPANGENBERG SHIBLEY & LIBER
1001 Lakeside Avenue East, Suite 1700
Cleveland, OH  44114
(216) 696-3232
(216) 696-3924 (Fax)
pweinberger@spanglaw.com

*Plaintiffs' Liaison Counsel*

Hunter J. Shkolnik
NAPOLI SHKOLNIK
360 Lexington Ave., 11th Floor
New York, NY  10017
(212) 397-1000
(646) 843-7603 (Fax)
hunter@napolilaw.com

*Counsel for Plaintiff Cuyahoga County, Ohio*

Linda Singer
MOTLEY RICE LLC
401 9th St. NW, Suite 1001
Washington, DC 20004
(202) 386-9626 x5626
(202) 386-9622 (Fax)
lsinger@motleyrice.com

*Counsel for Plaintiff Summit County, Ohio*