# EXHIBIT 5

Ronald J. Streck
Vice President
Government Affairs
National Wholesale Druggists Association
P. O. Box 238
Alexandria, Virginia 22313

MAY 18 1984

Dear Mr. Streck:

I want to take this opportunity to follow up on my April 27, 1984 letter and the recent NWDA Government Affairs Committee meeting that was attended in part by Mr. David Walkup of my staff. In order to clarify any misinterpretations, I want to assure you that DEA fully supports the NWDA effort to introduce a uniform reporting system among its members. This system, as proposed, will meet the reporting requirements of 21 CFR 1301.74(b). However, I want to make it clear that the submission of a monthly printout of after-the-fact sales will not relieve a registrant from the responsibility of reporting excessive or suspicious orders. DEA has interpreted "orders" to mean prior to shipment.

It is my understanding that Mr. Walkup will be attending the two NWDA regional meetings scheduled later this month and in early June. He will be discussing DEA reporting requirements under 21 CFR 1301.74(b) and will be available for a question and answer session.

If you have any further questions, please give me a call.

Sincerely,

G. Thomas Gitchel, Acting Chief
Diversion Operations Section

11

CONFIDENTIAL
CAH_MDL_PRIORPROD_DEA07_00869974