# EXHIBIT 13

# Drug Enforcement Administration's
# Office of Diversion Control

## 13th Pharmaceutical Industry Conference
### Houston, Texas
September 11 - 12, 2007

---

**3M**

Mr. John Sever
Manufacturing Manager
42 West Water St
3M Drug Delivery System Division
St. Paul, Minnesota  55107
Phone:  (651) 778-5757
Fax:     (651) 778-4348
E-mail:  jmsever@mmm.com

Mr. James Weldon
Compliance Engineer
42 West Water St.
3M DDSD
St. Paul, Minnesota  55107
Phone:  (651) 778-5475
Fax:     (651) 778-4348
E-mail:  jaweldon1@mmm.com

---

**AAIPharma, Inc.**

Ms. Marty Ellis
Corporate Quality Assurance Specialist
2320 Scientific Park Drive
Wilmington, North Carolina  28405
Phone:  (910) 254-7235
Fax:     (910) 815-2381
E-mail:  marty.ellis@aaipharma.com

Ms. Paula Molnar
Assoc. Manager, Quality Sterile Manufacturing
4221 Faber Place Drive
Charleston, South Carolina  29405
Phone:  (843) 746-2527
Fax:     (843) 746-2550
E-mail:  paula.molnar@aaipharma.com

---

**Abbott Laboratories**

Ms. Marieta Niess
Director, Controlled Drugs
D-3QA, Building AP-6C
100 Abbott Park Road
Abbott Park, Illinois  60064
Phone:  (847) 937-5378
Fax:     (847) 938-4422
E-mail:  marieta.niess@abbott.com

---

Thursday, August 30, 2007

**FOIA Confidential
Treatment Requested By
Cardinal**

CAH 019076

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185382

## Abbott Laboratories

Ms. Kim Shaw
Manager, Regulatory Compliance
D-3QA, Building AP-6C-1
100 Abbott Park Road
Abbott Park, Illinois 60064-6091
Phone: (847) 938-3471
Fax:    (847) 938-4422
E-mail: kim.shaw@abbott.com

## Actavis

Ms. Noemi Rebeco
DEA Sr. Manager and PPIC
200 Elmora Avenue
Elizabeth, New Jersey 07207
Phone: (908) 659-2365
Fax:    (908) 659-2490
E-mail: nrebeco@actavis.com

## Actavis Mid Atlantic LLC

Mr. Earl Jones, Jr.
DEA Control Supervisor
7205 Windsor Blvd
Baltimore, Maryland 21244
Phone: (410) 277-1494
Fax:    (410) 277-1265
E-mail: ejones@actavis.com

## Alpharma Pharmaceuticals LLC

Mr. Wayne Nice
Sr. Manager Supply Chain
1 New England Ave.
Piscataway, New Jersey 08854
Phone: (732) 465-3664
Fax:    (732) 465-3605
E-mail: wayne.nice@alpharma.com

## Alza Corporation

Mr. Robert (Bob) Hammond
Associate III, DEA Compliance
700 Eubanks Drive
Vacaville, California 95688
Phone: (707) 453-6568
Fax:    (707) 453-6706
E-mail: rhammon2@gpsus.jnj.com

---

Thursday, August 30, 2007

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019077

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185383

## Alza Corporation

Ms. Mary R. Hole
Manager, DEA Compliance
1950 Charleston Road
Mountain View, California 94043
Phone: (650) 564-2233
Fax:    (650) 564-4281
E-mail: mhole@gpsus.jnj.com

Mr. Brian H. Strehlke
Director, DEA Compliance
1900 Charleston Road
Mountain View, California 94043
Phone: (650) 564-2302
Fax:    (650) 564-4281
E-mail: bstrehlk@gpsus.jnj.com

## Amerifit Brands

Ms. Bridgette Bayliss
Lead Analyst Quality Assurance
551 Marshall Phelps Rd.
Windsor, Connecticut 06095
Phone: (860) 688-5976
Fax:    (860) 688-5382
E-mail: bbayliss@amerifit.com

## AmerisourceBergen Corporation

Mr. Eric Cherveny
Regional Director, Corporate Security & Regulatory Affairs
P.O. Box 959
Valley Forge, Pennsylvania 19482
Phone: (610) 727-7362
Fax:    (610) 727-3650
E-mail: echerveny@amerisourcebergen.com

Mr. Bruce Gundy
Director, Corporate Security
PO Box 959
Valley Forge, Pennsylvania 19482
Phone: (610) 727-7123
Fax:    (610) 727-3650
E-mail: bgundy@amerisourcebergen.com

Mr. Steve Mays
Sr. Director, Corporate Security & Regulatory Affairs
PO Box 959
Valley Forge, Pennsylvania 19482
Phone: 610-727-7467
Fax:    610-727-3650
E-mail: smays@amerisourcebergen.com

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019078

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185384

## AmerisourceBergen Corporation

Mr. Chris Zimmerman
Vice President, Corporate Security & Regulatory Affairs
1300 Morris Drive
Chesterbrook, Pennsylvania 19087
Phone: 610-727-7444
Fax:    610-727-3650
E-mail: czimmerman@amerisourcebergen.com

## AmerisourceBergen, Specialty Group

Mr. Greg Denney
Vice President, Operations
3101 Gaylord Parkway
Frisco, Texas 75034
Phone: (469) 365-7040
Fax:    (469) 365-7135
E-mail: greg.denney@abgs.com

## Archimica, Inc

Ms. Kathy Edgeman
QA Specialist
2460 W. Bennett
P.O. Box 1246
Springfield, Missouri 65807
Phone: (417) 868-3347
Fax:    (417) 868-3353
E-mail: kathy.edgeman@archimica.com

Lacey Flood
Senior QA Specialist
2460 Bennett
P.O. Box 1246
Springfield, Missouri 65807
Phone: (417) 868-3434
Fax:    (417) 868-3453
E-mail: lacey.flood@archimica.com

## Austin Pharma LLC/Cerilliant Corporation

Mr. Richard Trammell
Vice President
811 Paloma Dr
Round Rock, Texas 78665
Phone: (512) 310-5132
Fax:    (512) 238-9849
E-mail: richard_trammell@cerilliant.com

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019079

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01185385

## Banner Pharmacaps Inc

Mr. Sam Chewning
Environmental Health and Safety Manager
4125 Premier Drive
High Point, North Carolina 27265
Phone: (336) 812-8700
Fax:    (336) 812-8798
E-mail: skchewning@banpharm.com

Mr. Melvin McLean
Regulatory Affairs Coordinator
4125 Premier Drive
High Point, North Carolina 27265
Phone: (336) 812-8700
Fax:    (336) 812-9091
E-mail: mtmclean@banpharm.com

## Barr Pharmaceuticals, Inc.

Mr. Chuck Spruill
Associate Director, DEA Affairs
2150 Perrowville Rd.
Forest, Virginia 24551
Phone: (434) 534-6367
Fax:    (434) 534-6475
E-mail: cspruill@barrlabs.com

## Baxter Healthcare Corporation

Ms. Linda DiPatri
Manager, Controlled Substances
2 Esterbrook Lane
Cherry Hill, New Jersey 08053
Phone: (856) 489-2286
Fax:    (856) 751-1473
E-mail: linda_dipatri@baxter.com

Mr. Peaches R. Larro
Director, Controlled Substance Compliance
2 Esterbrook Lane
Cherry Lane, New Jersey 08053
Phone: (856) 489-2359
Fax:    (856) 424-1461
E-mail: peaches_larro@baxter.com

## Ben Venue Laboratories, Inc.

Ms. Lisa Gossett
Assistant Supervisor, Import/Export, Controlled Substances
P O Box 46568
Bedford, Ohio 44146
Phone: (440) 201-3560
Fax:    (440) 201-3560
E-mail: lgossett@cle.boehringer-ingelheim.com

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 019080**

CONFIDENTIAL                                                    CAH_MDL_PRIORPROD_DEA07_01185386

**BI Roxane Laboratories, Inc.**

Mr. James Winslow
Manager, Controlled Substances Affairs
P.O. Box 16532
1809 Wilson Road
Columbus, Ohio 43216-6532
Phone: (614) 276-4000
Fax:    (614) 274-2260
E-mail: jwinslow@col.boehringer-ingelheim.com

**Boehringer Ingelheim Chemicals, Inc.**

Mr. Allyn Carnam
Senior Division Counsel & Assistant Secretary
P.O. Box 1658
2820 N. Normandy Drive
Petersburgh, Virginia 23805
Phone: (804) 504-8810
Fax:    (804) 504-8869
E-mail: acarnam@bichemicals.com

Dana Perry Gallahan
Compliance Chemist, Compliance & Regulatory Affairs
P.O. Box 1658
2820 N. Normandy Drive
Petersburgh, Virginia 23805
Phone: (804) 504-8843
Fax:    (804) 504-8637
E-mail: dgallahan@bichemicals.com

**Cardinal Health**

Mr. Stephen Reardon
Vice President Quality & Regulatory Affairs
7000 Cardinal Place
Dublin, Ohio 43017
Phone: 614-757-7101
Fax:    614-652-4264
E-mail: steve.reardon@cardinal.com

**Cardinal Health Solutions**

Ms. Elaine Jones
Director of Regulatory Compliance
1330 Enclave Parkway
Houston, Texas 77077
Phone: (281) 749-4193
Fax:    (281) 749-2056
E-mail: elaine.jones@cardinal.com

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019081

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185387

## Catalent Pharma Solutions

Ms. Margaret Donnelly
Regulatory Analyst, Regulatory Compliance
3001 Red Lion Road
Philadelphia, Pennsylvania 19114
Phone: (215) 613-3470
Fax: (215) 613-3268
E-mail: peg.donnelly@cardinal.com

Mr. Wes Graham
DEA Compliance Supervisor
1100 Enterprise Drive
Winchester, Kentucky 40391
Phone: (859) 745-2200
Fax: (859) 745-6636
E-mail: wes.graham@cardinal.com

## Centers for Disease Control & Prevention

Ms. Deborah Allen-Sherrod
Emergency Response Specialist
1600 Clifton Road, MD D-08
Atlanta, Georgia 30033
Phone: (404) 639-2527
Fax: (404) 639-2847
E-mail: dka9@cdc.gov

## Cephalon, Inc.

Mr. Charles (Mike) Barr
Vice President & General Manager
4745 Wiley Post Way
Salt Lake City, Utah 84116
Phone: (801) 401-7483
Fax: (801) 595-1406
E-mail: mbarr@cephalon.com

Ms. Kathy Callison
Director, Quality Assurance
145 Brandywine Parkway
West Chester, Pennsylvania 19380
Phone: (610) 738-6131
Fax: (610) 738-6750
E-mail: kcallison@cephalon.com

Ms. Colleen Gant
Sr. Manager, Controlled Substances
145 Brandywine Parkway
West Chester, Pennsylvania 19380
Phone: (610) 738-6826
Fax: (610) 738-6750
E-mail: cgant@cephalon.com

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 019082**

CONFIDENTIAL                                             CAH_MDL_PRIORPROD_DEA07_01185388

## Cephalon, Inc.

Mr. R. Brian Swites
Director, Technical Services
502 Brandywine Parkway
West Chester, Pennsylvania 19380
Phone: (610) 738-6473
Fax:    (610) 738-6129
E-mail: rswites@cephalon.com

## Cephalon, Inc. DBA Anesta Corp.

Ms. Kathleen Alleman
Associate Director, Controlled Substances and EHS
4745 Wiley Post Way
Salt Lake City, Utah 84116
Phone: (801) 401-7481
Fax:    (801) 321-7491
E-mail: kalleman@cephalon.com

## CIMA Labs Inc

Ms. Sara Chastain
SR R&D
7325 Aspen Lane North
Brooklyn Park, Minnesota 55428
Phone: (763) 488-4735
Fax:    (763) 488-4800
E-mail: sara.chastain@cimalabs.com

Mr. Jason Gardner
DEA Compliance Manager
7325 Aspen Lane North
Brooklyn Park, Minnesota 55428
Phone: (763) 488-4745
Fax:    (763) 488-4800
E-mail: jason.gardner@cimalabs.com

## Cody Laboratories

Ms. Tish Ringel
DEA Manager
601 Yellowstone Avenue
Cody, Wyoming 82414
Phone: (307) 587-7099
Fax:    (307) 587-8939
E-mail: ringel@codylabs.com

## Cody Laboratories, Inc.

Ms. Mary Catherine Racicot
HR Manager/DEA Associate
601 Yellowstone Avenue
Cody, Wyoming 82414
Phone: (307) 587-7099
Fax:    (307) 587-8939
E-mail: ringel@codylabs.com

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019083

CONFIDENTIAL                    CAH_MDL_PRIORPROD_DEA07_01185389

## CPL, Inc.

Ms. Tera Singletary
Director, Regulatory Affairs
9801 Washingtonian Blvd.
Gaithersburg, Maryland  20878
Phone:  (301) 208-0069
Fax:      (301) 208-6784
E-mail:  TSingletary@cplinc.net

## Drug & Laboratory Disposal, Inc.

Mr. Brent Walter
President
331 Broad St.
Plainwell, Michigan  49080
Phone:  (269) 685-9824
Fax:      (269) 685-1130
E-mail:  bwalter@dld-inc.com

## Elan Holdings, Inc.

Mr. Peter Jarrett
Director, Materials Management
1300 Gould Drive
Gainesville, Georgia  30504
Phone:  (770) 538-6309
Fax:      (770) 531-0835
E-mail:  Peter.Jarrett@Elan.com

Ms. Linda Millwood
Supply Manager
1300 Gould Drive
Gainesville, Georgia  30504
Phone:  (770) 538-6487
Fax:      (770) 531-0835
E-mail:  linda.millwood@elan.com

## Eli Lilly and Company

Ms. Kim S. Huber
Quality Project Associate
1555 S. Harding Street Lilly Corporate Center
Indianapolis, Indiana  46285
Phone:  (317) 276-3566
Fax:      (317) 277-3150
E-mail:  huber_kimberly_s@lilly.com

Ms. Charlene Mathias
Associate Quality Assurance Associate
Lilly Corporate Center
Indianapolis, Indiana  46285
Phone:  (317) 276-4186
Fax:      (317) 277-0787
E-mail:  ck_mathias@lilly.com

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019084

CONFIDENTIAL                                                      CAH_MDL_PRIORPROD_DEA07_01185390

## Elite Laboratories

Ms. Gail Rocklin
Senior Manager, Quality Assurance
165 Ludlow Avenue
Northvale, New Jersey 07647
Phone: (201) 750-2646
Fax:    (201) 750-2755
E-mail: mpark@elitepharma.com

## FedEx Custom Critical

Ms. Tammy Robertson
Senior Manager White Glove Services/Air Expedite
1475 Boettler Road
Uniontown, Ohio 44685
Phone: (234) 310-4077
Fax:    (234) 310-4122
E-mail: tammy.robertson@fedex.com

## FedEx Freight

Mr. Keith Majors
Regional Security Manager
7012 FM 3009
Schertz, Texas 78154
Phone: (210) 843-4485
Fax:    (870) 414-9819
E-mail: keith.majors@fedex.com

## General Injectables & Vaccines, Inc.

Mr. Terry W. Gwyn
Supervisor, Controlled Drug Department
80 Summit View Lane
P.O. Box 9
Bastian, Virginia 24314
Phone: (276) 688-4121
Fax:    (276) 688-2024
E-mail: tgwyn@giv.com

Mr. Wendell Parker
Director, Distribution
P.O. Box 9
Bastian, Virginia 24314
Phone: (276) 688-4121
Fax:    (276) 688-2024
E-mail: wparker@giv.com

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 019085**

CONFIDENTIAL                                                    CAH_MDL_PRIORPROD_DEA07_01185391

## Genetco Inc.

Mr. William Carney
Vice President of Operations
711 Union Parkway
Ronkonkoma, New York 11706
Phone: (800) 969-8007
Fax:    (631) 614-4700
E-mail: w.carney@genetcoinc.com

Ms. Carol Reinbold
Vice President of Operations
711 Union Parkway
Ronkonkoma, New York 11706
Phone: (631) 585-1000
Fax:    (631) 614-4700
E-mail: c_reinbold@genetcoinc.com

## GlaxoSmithKline

Ms. Crystal Baker
Counsel
PO Box 13398
Five Moore Drive, C3256
Research Triangle Park, North Carolina 27709
Phone: (919) 483-9904
Fax:    (919) 549-9074
E-mail: crystal.b.baker@gsk.com

Mr. John Mace
Manager - Regulatory Compliance & Log Services
UP6000
1250 S Collegeville Rd.
Collegeville, Pennsylvania 19426
Phone: (610) 917-7276
Fax:    (704) 625-9196
E-mail: john.h.mace@gsk.com

Ms. Corey McGeehan
Supervisor of US R&D DEA Compliance
1.149.1A
5 Moore Drive
Durham, North Carolina 27709
Phone: (919) 483-9363
Fax:    (704) 625-9196
E-mail: csm39501@gsk.com

## H.D. Smith

Mr. George L. Euson
Director of Security & Compliance
3063 Fiat Ave.
Springfield, Illinois 62703
Phone: (217) 467-8206
Fax:    (217) 467-8282
E-mail: geuson@hdsmith.com

**FOIA Confidential
Treatment Requested By
    Cardinal**

**CAH 019086**

CONFIDENTIAL                                        CAH_MDL_PRIORPROD_DEA07_01185392

**Healthcare Distribution Management Association**

Mr. Brian Cherico
Manager, Regulatory Affairs
901 North Glebe Road
Arlington, Virginia 22203
Phone: (703) 885-0257
Fax:    (703) 935-3200
E-mail: bcherico@hdmanet.org

## Healthcare Distribution Management Association (HDMA)

Anita Ducca
Sr. Director, Regulatory Affairs & Healthcare Policy
901 North Glebe Road
Arlington, Virginia 22203
Phone: (703) 885-0240
Fax:    (703) 935-3200
E-mail: aducca@hdmanet.org

## Henry Schein, Inc.

Mr. Craig Schiavo
Regulatory Affairs Specialist
135 Duryea Rd.
Melville, New York 11747
Phone: (631) 390-8000
Fax:    (631) 843-5557
E-mail: Craig.schiavo@henryschein.com

Mr. Sergio Tejeda
Regulatory Affairs Manager
135 Duryea Road
Melville, New York 11747
Phone: (631) 843-5546
Fax:    (631) 843-5557
E-mail: sergio.tejeda@henryschein.com

## Hospira, Inc.

Mr. Miguel Gesmundo
Regulatroy Affairs Specialist
275 North Field Drive - Dept. 97F, Bldg. H2
Lake Forest, Illinois 60045
Phone: (224) 212-4525
Fax:    (224) 212-5205
E-mail: miguel.gesmundo@hospira.com

Mr. Stephen Lukas
Director,  Controlled Drug Regulatory Operations
275 North Field Drive
D-97F, Bldg. H2,
Lake Forest, Illinois 60045
Phone: 224-212-4731
Fax:    224-212-5205
E-mail: stephen.lukas@hospira.com

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 019087**

CONFIDENTIAL                                          CAH_MDL_PRIORPROD_DEA07_01185393

## ICS - Reckitt Benckiser Pharmaceuticals

Ms. Vickie Seeger
Medication Utilization Manager
10710 Midlothian Turnpike
Richmond, Virginia 23235
Phone: (804) 423-8909
Fax:     (804) 379-1215
E-mail: vickie.seeger@reckittbenckiser.com

## Indace, Inc.

Ms. Joan Harwell
Operations Manager
4865 Castaway Lane
Barrington, Illinois 60010
Phone: (847) 991-0648
Fax:     (847) 991-0649
E-mail: jharwell@usaindace.com

Shyam Zalani
President
4865 Castaway Lane
Barrington, Illinois 60010
Phone: (847) 991-0648
Fax:     (847) 991-0649
E-mail: szalani@usaindace.com

## InSource, Inc

Mr. Brian Loiacono
Regulatory Affairs Specialist
P.O. Box 9
Bastian, Virginia 24314
Phone: (631) 390-8000
Fax:     (631) 843-5557
E-mail: brian.loiacono@henryschein.com

Ms. Andrea Tiller
Regulatory Affairs
P.O. Box 9
Bastian, Virginia 24314
Phone: (276) 688-2075
Fax:     (276) 688-2565
E-mail: atiller@giv.com

## Johnson Matthey Inc.

Ms. Rene' Baker
Director, Finance & Administration
2003 Nolte Drive
West Deptford, New Jersey 08066-1742
Phone: (856) 384-4581
Fax:     (856) 384-7276
E-mail: bakerrm@jmusa.com

**FOIA Confidential
Treatment Requested By
Cardinal**

CAH 019088

CONFIDENTIAL                                      CAH_MDL_PRIORPROD_DEA07_01185394

**Johnson Matthey Pharmaceutical Materials**

Mr. James Mencel
Chief Scientist
2003 Nolte Drive
West Deptford, New Jersey 08066
Phone: (856) 384-4599
Fax:    (856) 384-7276
E-mail: mencejj@jmusa.com

Mr. William C. Miller
DEA Materials Control Manager
2003 Nolte Drive
West Deptford, New Jersey 08066
Phone: (856) 384-7249
Fax:    (856) 384-7276
E-mail: millewc@jmusa.com

**JOM Pharmaceutical Services**

Mr. Michael Levitt
DEA Compliance Manager
1 Cottontail Lane
Somerset, New Jersey 08873
Phone: (908) 927-7696
Fax:    (732) 805-9782
E-mail: mlevitt@gpsus.jnj.com

**JOM Pharmaceutical Svs.**

Mr. Art Dysart
Senior Compliance Specialist
1 Cottontail Lane
Somerset, New Jersey 08873
Phone: (908) 218-7711
Fax:    (732) 805-9782
E-mail: adysart@psgus.jnj.com

**KV Pharmaceutical Company**

Sandy Hatten
Vice President, Quality Assurance
2303 Schuetz Road
St. Louis, Missouri 63146
Phone: (314) 645-6600
Fax:    (314) 991-4215
E-mail: shatten@kvpharmaceutical.com

Mr. Patrick Shields
DEA Compliance Inspector/Coordinator
2303 Schuetz Road
St. Louis, Missouri 63146
Phone: (314) 645-6600
Fax:    (314) 991-4215
E-mail: pshields@kvph.com

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH 019089

CAH_MDL_PRIORPROD_DEA07_01185395

## Lannett Company Inc.

Mr. Stephen Churchill
Manager of Controlled Substances and Security
9000 State Road
Philadelphia, Pennsylvania 19136
Phone: (215) 333-9000
Fax:    (215) 624-2864
E-mail: schurchill@lannett.com

## Legacy Pharmaceutical Packaging

Ms. Brenda Bailey
Quality Assurance Manager
13480 Lakefront Drive
Earth City, Missouri 63045
Phone: (314) 549-8047
Fax:    (314) 813-0051
E-mail: bbailey@legacypackaging.com

Ms. Linda Herzog
Sr. Quality Systems Manager
13480 Lakefront Drive
Earth City, Missouri 63045
Phone: (314) 549-8047
Fax:    (314) 813-0051
E-mail: lherzog@legacypackaging.com

## Mallinckrodt, Inc – Covidien

Mr. Richard Nikolaus
Security Manager
172 Railroad Ave.
Hobart, New Jersey 13788
Phone: (607) 538-2196
Fax:    (607) 538-2500
E-mail: richard.nikolaus@covidien.com

Ms. Eileen Spaulding
Compliance Investigator
172 Railroad Ave.
Hobart, New Jersey 13788
Phone: (607) 538-2196
Fax:    (607) 538-2500
E-mail: eileen.spaulding@covidien.com

## McKesson

Mr. Gary Hilliard
Director, Regulatory Affairs
900 Dylan Ct.
Burleson, Texas 76028
Phone: (817) 447-0649
Fax:    (817) 447-2812
E-mail: gary.hilliard@mckesson.com

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH 019090

CAH_MDL_PRIORPROD_DEA07_01185396

**McKesson Medical Surgical Inc.**

Mr. Tom McDonald
Director, Regulatory Affairs
8741 Landmark Rd.
Richmond, Virginia 23228
Phone: (562) 746-1582
Fax:     (804) 264-7524
E-mail: tom.mcdonald@mckesson.com

**Medisca Inc.**

Mr. John Balouzakis
Manager, Regulatory Affairs
661 Route 3, Unit C
Plattsburgh, New York 12901
Phone: (800) 932-1039
Fax:     (518) 563-7331
E-mail: jbalouzakis@medisca.com

Mr. Yigang Song
Manager, Quality Systems
661 Route 3, Unit C
Plattsburgh, New York 12901
Phone: (800) 932-1039
Fax:     (518) 563-7331
E-mail: jbalouzakis@medisca.com

**MedTurn**

Mr. Rodney Bias
Vice President Regulatory Compliance
2601 Pilgrim Court
Winston-Salem, North Carolina 27106
Phone: (336) 770-1917
Fax:     (336) 499-8602
E-mail: rodney.bias@inmar.com

Mr. Jeff Johnson
Manager, Regulatory Compliance
2601 Pilgrim Court
Winston-Salem, North Carolina 27106
Phone: (336) 770-1917
Fax:     (336) 499-8602
E-mail: rodney.bias@inmar.com

**Meridian Medial Technologies**

Ms. Cindy Buescher
Manager, DEA, Security, Export Compliance
1945 Craig Road
St. Louis, Missouri 63146
Phone: (314) 682-3152
Fax:
E-mail: cindy.tourville@meridianmt.com

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 019091**

CONFIDENTIAL                                                          CAH_MDL_PRIORPROD_DEA07_01185397

## Mylan Laboratories, Inc.

Mr. John Uncapher
Director DEA Regulatory Affairs
3711 Collins Ferry Road
P.O. Box 4310
Morgantown, West Virginia 26505
Phone: (304) 554-6709
Fax:     (304) 285-6407
E-mail: john.uncapher@mylanlabs.com

## National Assoc. of Chain Drug Stores

Mr. Kevin Nicholson
Vice President,  Pharmacy Regulatory Affairs
413 North Lee Street
Alexandria, Virginia 22314
Phone: (703) 837-4183
Fax:     703-549-0771
E-mail: knicholson@nacds.org

## Noramco, Inc.

Mr. Michael Kindergan
Vice President, Global Sales & Business Development
409 Silverside Road
Wilmington, Delaware 19809-1731
Phone: (302) 792-3162
Fax:     (302) 792-3103
E-mail: mkinder@norus.jnj.com

## Novartis Consumer Health, Inc.

Ms. Gay Martin
QA Senior Specialist
PO Box 83288
Lincoln, Nebraska 68366
Phone: (402) 467-8627
Fax:     (402) 467-8833
E-mail: gay.martin@novartis.com

## Novartis Pharmaceuticals Corporation

Ms. Lisa Ann Butler
DEA/PDMA Sr. Compliance Specialist
59 Route 10 - Building 430/343A
East Hanover, New Jersey 07936
Phone: (862) 778-6826
Fax:     (973) 781-2486
E-mail: lisa.butler@novartis.com

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 019092**

CONFIDENTIAL                                          CAH_MDL_PRIORPROD_DEA07_01185398

**Novartis Pharmaceuticals Corporation**

Mr. William Heine
Supervisor-Distribution
59 route 10, Bldg 415/1044E
East Hanover, New Jersey 07936
Phone: (862) 778-7799
Fax:     (973) 781-6531
E-mail: william.heine@novartis.com

Ms. Ernestine Vignali
International Trade Management
Building 415
59 Route 10
East Hanover, New Jersey 07936
Phone: (862) 778-6698
Fax:     (973) 781-6531
E-mail: ernestine.vignali@novartis.com

**Pain Therapeutics, Inc.**

Mr. Stephen Johnson
Executive Director, Commercial Planning
416 Browning Way
San Francisco, California 94080
Phone: (650) 825-3331
Fax:     (650) 624-8222
E-mail: sjohnson@paintrials.com

**ParMed Pharmaceuticals, Inc.**

Ms. Kathleen Hillman
Director of Operations
4220 Hyde Park Blvd
Niagra Falls, New York 14305
Phone: (716) 284-5666
Fax:     (716) 284-2990
E-mail: khillman@parmedpharm.com

Ms. Diane Linza
Supervisor, Regulatory
4220 Hyde Park Blvd
Niagra Falls, New York 14305
Phone: (716) 284-5666
Fax:     (716) 284-2990
E-mail: dlinza@parmedpharm.com

**Pfizer**

Ms. Ada Nunez
Regulatory Team Leader
99 Jardines
Cagus, Puerto Rico 00725
Phone: (787) 286-4214
Fax:     (787) 286-4301
E-mail: ada.l.nunez@pfizer.com

Thursday, August 30, 2007

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019093

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185399

## Pfizer

Janesse I. Rodriquez
Regulatory Specialist
99 Jardines
Cagus, Puerto Rico 00725
Phone: (787) 286-4336
Fax: (787) 286-4301
E-mail: janesse.i.rodriguez@pfizer.com

## Pfizer Inc.

Ms. Jane Murphy
Associate Director
2800 Plymouth Road
Ann Arbor, Michigan 48187
Phone: (734) 622-2742
Fax: (734) 622-4912
E-mail: jane.murphy@pfizer.com

Mr. Darren Nathan
Sr Compliance Specialist
1855 Shelby Oaks Drive North
Memphis, Tennessee 38134
Phone: (901) 380-6368
Fax: (800) 310-4437
E-mail: darren.nathan@pfizer.com

## Pfizer Pharmaceuticals LLC

Ms. Luz Estrella Hernandez
Import Export Specialist
PO Box 363826
San Juan, Puerto Rico 00936-3826
Phone: (787) 286-4097
Fax: (787) 286-4298
E-mail: estrella.hernandez@pfizer.com

Mr. Edwin M. Ortiz
Warehouse Manager
PO Box 363826
San Juan, Puerto Rico 00936-3826
Phone: (787) 286-4016
Fax: (787) 286-4298
E-mail: edwin.martinez.ortiz@pfizer.com

## PharMerica

Mr. Paul Ross
Vice President, Corporate Compliance Officer
3625 Queen Palm Dr
Tampa, Florida 33619
Phone: (813) 318-6152
Fax: (813) 318-6734
E-mail: pross@pharmerica.com

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019094

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185400

## Purdue Pharma, L.P.

Mr. Jack Crowley
Executive Director, CSA Compliance
One Stamford Forum
4701 Purdue Dr.
Stamford, Connecticut 06901-3431
Phone: (252) 265-1964
Fax:     (252) 265-1972
E-mail: jack.crowley@pharma.com

## Qualitest Pharmaceuticals, Inc.

Mr. Trey Propst
Contract Administration Director
130 Vintage Dr.
Huntsville, Alabama 35811
Phone: (256) 859-4011
Fax:     (256) 859-2903
E-mail: tpropst@qualitestrx.com

Mr. Doug Ross
Director of IT
130 Vintage Dr.
Huntsville, Alabama 35811
Phone: (256) 859-4011
Fax:     (256) 859-4021
E-mail: dross@qualitestrx.com

## Rhodes Technologies

Mr. Robert Loewenstein
Director, Regulatory Compliance
498 Washington Street
Coventry, Rhode Island 02816
Phone: (401) 823-2018
Fax:     (401) 823-2070
E-mail: robert.loewenstein@pharma.com

Mr. Randy Shamblen
Vice President - Plant Operations
498 Washington St
Coventry, Rhode Island 02816
Phone: (401) 823-2019
Fax:     (401) 823-2070
E-mail: randy.shamblen@pharma.com

## Sharp Corp.

Mr. Marc Feinberg
Vice President of Quality
7451 Keebler Way
Allentown, Pennsylvania 18106
Phone: (484) 201-5130
Fax:     (610) 397-2149
E-mail: marc.feinberg@sharpcorporation.com

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH 019095**

CAH_MDL_PRIORPROD_DEA07_01185401

## Sharp Corp.

Ms. Zorrilla Jjasmin
Corporate QA/Compliance Manager
7451 Keebler Way
Allentown, Pennsylvania  18106
Phone:  (484) 201-5130
Fax:      (610) 397-2149
E-mail:  jjasmin.zorrilla@sharpcorporation.com

## Sharp Corporation

Ms. Theresa Cannon
Quality Systems Documentation Manager
23 Carland Rd.
Conshohocken, Pennsylvania  19428
Phone:  (610) 239-1570
Fax:      (610) 397-2154
E-mail:  theresa.cannon@sharpcorporation.com

## Shire Pharmacueticals, Inc.

Mr. Scotty Bowman
Sr. Director, Government Reimbursement & Policy
725 Chesterbrook Blvd
Wayne, Pennsylvania  19087
Phone:  (484) 595-8902
Fax:      (484) 595-8668
E-mail:  sbowman@shire.com

Ms. Sandra Williams
Compliance Manager
11200 Gundry Lane
Owings Mills, Maryland  21117
Phone:  (443) 471-2319
Fax:      (410) 410-2033
E-mail:  sawilliams@shire.com

## Siegfried (USA), Inc.

Mr. Milton Boyer
Director of Sales & Marketing
33 Industrial Park Road
Pennsville, New Jersey  08070
Phone:  (706) 280-7104
Fax:      (856) 678-8570
E-mail:  milton.boyer@siegfried-usa.com

Mr. Timothy Goodman
Vice President - Operations Pennesville
33 Industrial Park Rd
Pennsville, New Jersey  08070
Phone:  (856) 540-6356
Fax:      (856) 678-4008
E-mail:  tim.goodman@siegfried-usa.com

---

Thursday, August 30, 2007                                                        Page 21 of 24

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 019096**

CONFIDENTIAL                                                        CAH_MDL_PRIORPROD_DEA07_01185402

## Specialty Pharma Services

Mr. Alan Smith
Quality/Regulatory Director
15 Ingram Boulevard
LaVergne, Tennessee 37086
Phone: (615) 213-0316
Fax:    (615) 213-1316
E-mail: alan.smith@cordlogistics.com

## Specialty Pharma. Services

Ms. Elaine Trautman
 Regulatory Compliance Specialist
15 Ingram Blvd
LaVerge, Tennessee 37086
Phone: (615) 287-0482
Fax:    (615) 287-2482
E-mail: e.trautman@sbcglobal.net

## Spectrum Laboratory Products, Inc.

Mr. Martin LaBenz
Director of Regulatory Affairs
14422 South San Pedro Street
Gardena, California 90248
Phone: (310) 516-8000
Fax:    (310) 327-9145
E-mail: mlabenz@spectrumchemical.com

## Strong Pharmaceutical Services

Mr. Scott Danner
Vice President, Sales
6264 Crooked Creek Road
Norcross, Georgia 30092
Phone: (770) 409-1500
Fax:    (770) 409-1449
E-mail: registration@strongservices.com

Mr. Richard F. Verch
President
6264 Crooked Creek Road
Norcross, Georgia 30092
Phone: (770) 409-1500
Fax:    (770) 409-1449
E-mail: registration@strongservices.com

## The P.F. Laboratories, Inc.

Mr. Jeffrey Zerillo
Sr. Executive Director, Supply Chain Management
700 Union Blvd.
Totowa, New Jersey 07512
Phone: (973) 837-5066
Fax:    (973) 247-9902
E-mail: jeffrey.zerillo@pharma.com

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019097

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01185403

## Victory Pharma

Ms. Deborah Wild
Vice President, Manufacturing and Supply Chain
11682 El Camino Real
San Diego, California 92130
Phone: (858) 720-4513
Fax: (858) 720-4553
E-mail: dwild@victorypharma.com

## Vintage Pharmaceuticals, LLC

Mr. John Schultz
Plant Manager - Liquids Division
120 Vintage Dr.
Huntsville, Alabama 35811
Phone: (256) 859-2222
Fax: (256) 858-0025
E-mail: jschultz@vintagerx.com

Mr. Tom Young
CEO
130 Vintage Dr.
Huntsville, Alabama 35811
Phone: (256) 859-4011
Fax: (256) 859-2903
E-mail: tyoung@qualitestrx.com

## VistaPharm Inc.

Mr. Bob Rice
Vice President
7265 Ulmerton Road
Largo, Florida 33771
Phone: (727) 530-1633
Fax: (727) 531-5427
E-mail: brice@vistapharm.com

## VWR International, Inc.

Mr. William Blessing
Senior Regulatory Affairs Analyst
1310 Goshen Parkway
West Chester, Pennsylvania 19380
Phone: (610) 429-2789
Fax: (484) 881-5984
E-mail: bill_blessing@vwr.com

## Walgreen Co,

Mr. James VanOverbake
Auditor
1417 Lake Cook Road
Deerfield, Illinois 60015
Phone: (847) 964-4130
Fax: (847) 964-4966
E-mail: james.vanoverbake@walgreens.com

Thursday, August 30, 2007

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019098

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185404

## Walgreen Co.

Ms. Irene Lerin
Audit Manager
1417 Lake Cook Rd. MS#:L164
Deerfield, Illinois 60015
Phone: (847) 964-4395
Fax:    (847) 964-4966
E-mail: Irene.Lerin@walgreens.com

Mr. Dwayne Pinon
Senior Attorney
MS#1447
104 Wilmot Road
Deerfield, Illinois 60015
Phone: (847) 964-4902
Fax:    (847) 964-4966
E-mail: Ed.Choroski@walgreens.com

## Watson Laboratories, Inc.

Ms. Ione Graziosi
Manager
360 Mt. Kemble Avenue
Morristown, New Jersey 07960
Phone: (973) 355-8393
Fax:    (973) 355-8184
E-mail: igraziosi@watsonpharm.com

## Watson Pharmaceuticals, Inc.

Ms. Tracey Hernandez
Director, Controlled Substance Compliance
360 Mt. Kemble Avenue
Morristown, New Jersey 07962
Phone: (973) 355-8479
Fax:    (973) 355-8184
E-mail: tracey.hernandez@watsonpharm.com

## Wyeth Pharmaceuticals

Ms. Beth Crews
Director, Recall and Controlled Substance Compliance
P.O. Box 26609
Richmond, Virginia 23261-6609
Phone: (804) 257-2305
Fax:    (804) 257-2168
E-mail: crewsb@wyeth.com

*Total Number of Attendees = 137*
*Total Number of Companies = 72*

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019099

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185405



COMBAT
METHAMPHETAMINE
EPIDEMIC ACT



## Combat Methamphetamine Epidemic Act

- Title VII of USA Patriot Improvement and Reauthorization Act of 2005, March 2006 (Public Law 109-177)

- Purpose:
  - To provide greater controls of OTC products containing ephedrine, pseudoephedrine, and phenylpropanolamine.

- Retail Provisions became fully effective on September 30, 2006

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL



**CMEA: Key Definitions**

- **Scheduled Listed Chemical Product** –
  - Non-prescription drug containing ephedrine, pseudoephedrine, or phenylpropanolamine.
- **Regulated Seller** –
  - Retail distributor (including pharmacy, or mobile retail vendor)
    - Does not include employee or agent.
- **Mobile Retail Vendor** –
  - A person who makes retail sales from a temporary stand (kiosk) / cart –
    - Located in a shopping center / mall, or
    - Can be moved to different locations (i.e., an unimproved lot, or a field during an outdoor event).

**CMEA: Retail Provisions**

- **Who May Sell "Scheduled Listed Chemical Products":**
  - Regulated Sellers
  - Mobile Retail Vendors
  - Mail Order Sellers

**Requirements for Regulated Sellers**

- Self-Certification
- Employee Training
- Maintain Records of Training
- Product Packaging (blister-packs)
- Product Placement
- Logbook (Manual or Electronic option)
  - Logbook information disclosed only as permitted
- Daily and 30-Day Sales/Purchase Limits

2

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019101

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185407

### Self-Certification Regulated Sellers

- **Must self-certify.**
  - May **not** sell any Scheduled Listed Chemical Product at retail unless their self-certification has been submitted to DEA.
- **Self-certification is location specific, not employee specific.**
- **Individual application is available online only on DEA Diversion website at www.DEAdiversion.usdoj.gov**

### Availability of Self-Certification Information

- **CMEA database containing self-certification records is available to state and local law enforcement agencies.**
- **This database is currently available only through FBI's Law Enforcement Online (LEO).**

### Employee Training

- **Regulated sellers must train employees who:**
  - Deliver scheduled listed chemical product to custody of purchasers, or
  - Who obtain payment for scheduled listed chemical product purchases.
- **Record of training must be maintained by the regulated seller.**
  - Record not required to be sent to Attorney General.

3

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

CAH 019102

CAH_MDL_PRIORPROD_DEA07_01185408

## Product Packaging and Placement

- Non-liquid Scheduled Listed Chemical Products must be packaged in blister packs, each blister containing not more than 2 dosage units
- All Scheduled Listed Chemical Products (liquid, non-liquid, pediatric, gel caps, etc.) must be stored behind the counter, or in a locked cabinet.

## Logbook Information

- Contains a written or electronic list of sales of Scheduled Listed Chemical Products.
- Seller must write, or enter in the logbook the name of the drug product and the quantity sold.
- Purchaser must write, or enter in the logbook their name and address, and the date and time of the sale.
- Purchaser must sign the logbook.
- Seller must maintain logbook two years from date of sale.

## Identification and Verification

- Purchasers must provide regulated seller photo identification issued by a State or the Federal government.
- If this identification not available, alternate forms of identification are permissible.
- Regulated sellers must verify that the purchaser's name on the ID corresponds to the name s/he wrote in logbook.
- Regulated sellers must verify that date and time of the sale that the purchaser entered in logbook are correct.

4

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH 019103

CAH_MDL_PRIORPROD_DEA07_01185409

## Display of Warning Notice

- The "logbook" **must** contain a notice to purchasers that false statements or misrepresentations in the logbook is a criminal offense.
  - If not feasible to display notice within the logbook, the "notice" must be prominently displayed where purchasers will see it when purchasing Scheduled Listed Chemical Products.
    - Prominently displayed sign on the counter or wall, near the logbook.

## Warning Notice Text

- WARNING: Section 1001 of Title 18, United States Code, states that whoever, with respect to the logbook, knowingly and willfully falsifies, conceals, or covers up by any trick, scheme, or device a material fact, or makes any materially false, fictitious, or fraudulent statement or representation, or makes or uses any false writing or document knowing the same to contain any materially false, fictitious, or fraudulent statement or entry, shall be fined not more than $250,000 if an individual or $500,000 if an organization, imprisoned not more than five years, or both.

## Exemption for 60-mg PSE Products

- Individual sales transactions in which purchaser purchases a single package containing not more than 60 mgs of pseudoephedrine* (i.e., 1 x 60 mg tablet, or 2 x 30 mg tablets) are exempt from:
  - Logbook requirements.
  - Verification of identification.
    - NOTE: This does not apply to either ephedrine, or phenylpropanolamine drug products.

5

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH 019104**

CAH_MDL_PRIORPROD_DEA07_01185410

## Disclosure of Logbook Information

- Logbook information shall be provided as appropriate to Attorney General and to State and local law enforcement.
- Law prohibits accessing, using or sharing information for any purpose other than to ensure compliance with Title 21, U.S. Code, or to facilitate product recall to protect public health and safety.

## Daily Sales Limit

- Regulated sellers **cannot** sell more than 3.6 grams per day to each purchaser of Scheduled Listed Chemical Products, regardless of number of transactions.
- Daily sales limit per chemical.
- Refer to the charts on the next two slides for the amount of tablets or liquids that equals 3.6 grams.

## CMEA Point-of-Sale Requirements

- **Effective April 8, 2006:**
  - Daily sales limit 3.6 grams per day per customer.
  - Non-liquids packaged in blister pack only – 2 dosage units / blister pack.

| Ingredient | # of Tablets (base) |
|---|---|
| 25 mg Ephedrine HCl | 175 |
| 25 mg Ephedrine Sulfate | 186 |
| 30 mg Pseudoephedrine HCl | 146 |
| 60 mg Pseudoephedrine HCl | 73 |
| 120 mg Pseudoephedrine HCl | 36 |
| 30 mg Pseudoephedrine Sulfate | 155 |
| 60 mg Pseudoephedrine Sulfate | 77 |
| 120 mg Pseudoephedrine Sulfate | 38 |
| Phenylpropanolamine | FDA issued a voluntary recall on this ingredient. Veterinary use is by Rx only. |

6

**FOIA Confidential Treatment Requested By Cardinal**

CAH 019105

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185411



## CMEA: Point-of-Sale Requirements

- **Effective April 8, 2006:**
  - Daily sales limit 3.6 grams per day per customer.
  - Liquid quantities.

| Ingredient | # of Milliliters (base) |
|---|---|
| 6.25 mg / 5 ml Ephedrine HCl | 3,515 |
| 15 mg / 1.6 ml Pseudoephedrine HCl | 468 |
| 7.5 mg / 5 ml Pseudoephedrine HCl | 2,929 |
| 15 mg / 5 ml Pseudoephedrine HCl | 1,464 |
| 15 mg / 2.5 ml Pseudoephedrine HCl | 732 |
| 30 mg / 5 ml Pseudoephedrine HCl | 732 |
| 30 mg / 2.5 ml Pseudoephedrine HCl | 366 |
| 60 mg / 5 ml Pseudoephedrine HCl | 366 |
| Phenylpropanolamine | FDA issued a voluntary recall on this ingredient. Veterinary use is by Rx only. |

## Mail Order Distributors

- **Requirements:**
  - Verify identification prior to shipping product,
  - Monthly mail order reports,
  - Daily sales limit of 3.6 grams, and
  - 30-day sales limit of 7.5 grams.
- **Not Required:**
  - Self-certification,
  - Employee training, and
  - Maintain a logbook.

## Verification of Identities

- Mail order distributors **must** verify identity of purchasers and recipients (*if different than purchaser*), prior to shipping product.
- Identity verified by purchaser providing copy of ID to mail order distributor prior to shipment of product.
  - Law / regulations do not stipulate how ID must be provided.  Some examples include:
    - Mailing,
    - Faxing, and
    - Scanning and e-mailing.

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 019106**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185412



### Monthly Mail Order Report

- Mail order distributors must file **monthly mail order reports** regarding their sales of Scheduled Listed Chemical Products.
  - Reporting requirement same as before, **except** must now specify method used to verify identity of purchaser and, where applicable, recipient.



### Mail Order Sales Limits

- **Daily Limit:**
  - 3.6 gram per purchaser regardless of the number of transactions.
- **30-Day Limit:**
  - 7.5 grams per purchaser regardless of the number of transactions.
  - 30-day sales limit per chemical product.
- Refer to the charts on the next two slides for the amount of tablets or liquids that equals 3.6 and 7.5 grams.

### CMEA: Mail-Order Sales (tablets)

- Daily sales limit 3.6 grams per day per customer.
- 30-day sales limit 7.5 grams per customer.
- Confirm identity of purchaser prior to shipping.

| Ingredient | Tablets (3.6 gm/base) | Tablets (7.5 gm/base) |
|---|---|---|
| 25 mg Ephedrine HCl | 175 | 366 |
| 25 mg Ephedrine Sulfate | 186 | 389 |
| 30 mg Pseudoephedrine HCl | 146 | 305 |
| 60 mg Pseudoephedrine HCl | 73 | 152 |
| 120 mg Pseudoephedrine HCl | 36 | 76 |
| 30 mg Pseudoephedrine Sulfate | 155 | 324 |
| 60 mg Pseudoephedrine Sulfate | 77 | 162 |
| 120 mg Pseudoephedrine Sulfate | 38 | 81 |
| Phenylpropanolamine | FDA issued a voluntary recall on this ingredient. Veterinary use is by Rx only. | |

8

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH 019107**

CAH_MDL_PRIORPROD_DEA07_01185413

## CMEA
### Mail-Order Sales (cont'd)

- Daily sales limit 3.6 grams per day per customer.
- 30-day sales limit 7.5 grams per customer.
- Confirm identity of purchaser prior to shipping.

| Ingredient | # of Milliliters (3.6 gm/base) | # of Milliliters (7.5 gm/base) |
|---|---|---|
| 6.25 mg / 5 ml Ephedrine HCl | 3,515 | 7,323 |
| 15 mg / 1.6 ml Pseudoephedrine HCl | 468 | 976 |
| 7.5 mg / 5 ml Pseudoephedrine HCl | 2,929 | 6,103 |
| 15 mg / 5 ml Pseudoephedrine HCl | 1,464 | 3,051 |
| 15 mg / 2.5 ml Pseudoephedrine HCl | 732 | 1,525 |
| 30 mg / 5 ml Pseudoephedrine HCl | 732 | 1,525 |
| 30 mg / 2.5 ml Pseudoephedrine HCl | 366 | 762 |
| 60 mg / 5 ml Pseudoephedrine HCl | 366 | 762 |
| Phenylpropanolamine | FDA issued a voluntary recall on this ingredient. Veterinary use is by Rx only. | |

## Penalties for Sellers

- First time offense subject to imprisonment **not more than one year**, a fine under Title 18, or both.
- Repeat violation (one or more prior convictions), subject to imprisonment **not more than two years**, a fine under Title 18, or both.
- A person who sells a scheduled listed chemical product at retail without being self-certified is subject to civil penalties **up to $10,000 per count**.
- Prohibition of sales of product.

## Penalties for Purchasers

- Offenders are subject to imprisonment **not more than one year** and fines in accordance with Title 18.

9

**FOIA Confidential
Treatment Requested By
Cardinal**

CAH 019108

CONFIDENTIAL                    CAH_MDL_PRIORPROD_DEA07_01185414

## Additional CMEA Rules

- **Assessment of Annual Need**
  - First time assessment of eph, pseudo, and ppa needed for legitimate use
    - IMS hired to conduct study
  - Initial publication in Federal Register on 10/19/06, comment period ended 12/04/06
  - Proposed quotas (kgs)
    - Ephedrine (for sale)            7,100 kg
    - Ephedrine (for conversion)      128,760 kg
    - Pseudoephedrine (for sale)      511,100 kg
    - Phenylpropanolamine (for sale)  5,545 kg
    - Phenylpropanolamine (for conversion)  6,240 kg
  - Final Rule circulating for review and signature

## Additional CMEA Rules

- **Import and Production Quotas for Certain List I Chemicals**
  - Requires that eph, pseudo, and ppa be subject to production quota provisions for schedules I and II controlled substances
  - Establishes new requirements for import quotas for these three list I chemicals
  - Published and effective 7/10/07
  - Currently accepting quota applications for 2008
    - Must be registered with DEA to apply for quota

## Additional CMEA Rules

- **Record Requirements for Chemical Distributors**
  - Proposes to require that manufacturers, importers, and distributors who distribute scheduled listed chemical products to regulated sellers maintain, as part of their records, the self-certification number of the regulated seller.
  - Current Status:  Cleared to publish, 8/10/2007. Circulating within DEA for signature.

10

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH 019109**

CAH_MDL_PRIORPROD_DEA07_01185415

### Additional CMEA Rules

- Notice of Transfer following Importation or Exportation

  - Implements the "spot market" provisions of CMEA.

  - Importers, exporters, required to provide DEA with information on "down stream" customer and the amount to be transferred

  - Return declaration required once the importation, exportation, or international transaction has occurred.

  - Published on 4/9/2007.  Rule became effective on 6/9/2007.

---

### Additional CMEA Rules

- Self-Certification Fee for Regulated Sellers

  - This rulemaking proposes to impose a fee for self-certification of regulated sellers of scheduled listed chemical products, based on DEA's costs for operation of this aspect of the Diversion Control Program.

  - Current Status:  Cleared to publish on 8/7/2007.  Circulating within DEA for signature

---



*Questions?*

---

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 019110**

CAH_MDL_PRIORPROD_DEA07_01185416



## Regulatory Update

Mark W. Caverly, Chief
Liaison and Policy Section
Office of Diversion Control

---

## Combat Methamphetamine Epidemic Act of 2005

- Title VII of USA Patriot Improvement and Reauthorization Act of 2005, March 2006 (Public Law 109-177)

- **Purpose:**
  - To provide greater controls of OTC products containing ephedrine, pseudoephedrine, and phenylpropanolamine.

- Retail Provisions became fully effective on September 30, 2006

---

## CMEA Retail Rule

- Self-Certification
- Employee Training
- Maintain Records of Training
- Product Packaging (blister-packs)
- Product Placement
- Logbook (Manual or Electronic option)
  - Logbook information disclosed only as permitted
- Daily and 30-Day Sales/Purchase Limits

---

**FOIA Confidential Treatment Requested By Cardinal**

CAH 019111

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185417

## CMEA "Spot Market" Rule

- Applies to All List I and List II chemicals
- Interim Final Rule – April 9, 2007
- Effective June 8, 2007
- New DEA-486
  - Transferee and quantity of chemical to be transferred
  - Return declaration

## Additional CMEA Rules

- Assessment of Annual Need
  - Circulating within DEA for signature
- Import and Production Quotas for Certain List I Chemicals
  - Published and effective 7/10/07
- Elimination of Exemption for Chemical Mixtures containing Ephedrine and/or Pseudoephedrine
  - Published 7/25/07, effective 8/24/07

## Additional CMEA Rules

- Record Requirements for Chemical Distributors
  - Cleared to publish, circulating for signature
- Foreign Chain of Distribution
  - Accepted by OMB 8/1/07

2

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019112

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185418

## Multiple CII Prescription Rule

- Permit practitioners to issue multiple prescriptions for C II substances to allow patients up to a 90-day supply.

- Provide greater control to physicians for prescribing Schedule II medications.

- Rule finalized within DEA, sent to OMB in June 2007

## Controlled Substances Reexport Rule

- Controlled Substances Export Reform Act of 2005 authorizes export of controlled substances from US to another country for subsequent export to one or more other countries

- Schedules I, II, narcotic controlled substances in Schedules III, IV

- Final Rule sent to OMB in August 2007

## Single Sheet DEA Form 222

- Rule proposes a new format for Official Order Form, DEA 222

- Single, pre-printed form

- Special paper, security features

- Rule sent to OMB for review on April 6, 2007

3

**FOIA Confidential Treatment Requested By Cardinal**

**CAH 019113**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185419

## Multi-State Practice Clarification

- Amended registration regulations to clarify requirement that when an individual practitioner practices in more than one State, a separate DEA registration for each State (21 CFR 1301.12)

- Final Rule published December 1, 2006, became effective January 2, 2007

## Iodine and Chemical Mixtures

- Moves Iodine from a List II chemical to List I
- Controls chemical mixtures over 2.2%
- Reduces thresholds for regulated transactions to zero
- Adds import/export regulatory controls
- Final Rule published on 7/2/07, Effective on 8/1/07

## Pending Regulations/Policies

- Policy Working Group
  - Locum Tenens
  - Reverse Distributors
  - Agent of a Practitioner
  - Telepharmacy, Telemedicine, and Remote Dispensing Sites
  - "Medical Bag" Supply
  - Emergency Kits in LTCFs

4

**FOIA Confidential Treatment Requested By Cardinal**

CAH 019114

CONFIDENTIAL                                                 CAH_MDL_PRIORPROD_DEA07_01185420

*Questions?*

5

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH 019115**

CAH_MDL_PRIORPROD_DEA07_01185421



FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

## REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

- Date of Theft or Loss
- Notifying Police
- Number of Thefts
- Type of Theft or Loss
- Purchase Value of the Controlled Substances
- Pharmaceuticals or Merchandise Taken

## REPORT OF THEFT OR LOSS OF CONTROLLED SUBSTANCES

- Lost in Transit
- Order Forms
- What Security Measures

2

**FOIA Confidential Treatment Requested By Cardinal**

**CAH 019117**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185423

### Back of Second Page of DEA-106

- Trade Name of Substance or Preparation
- Name of Controlled Substance in Preparation
- Dosage Strength and Form
- Quantity

3

FOIA Confidential
Treatment Requested By
Cardinal

CAH 019118

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185424

I certify that the foregoing information, is written in the best of my knowledge and belief.

Signature _____ Title _____ Date _____

## Lower Portion of Second Page

- Signature
- Title
- Date of Form

## TITLE 21 CODE OF FEDERAL REGULATIONS PART 1301.74(c)

- The registrant shall notify the DEA within one business day *of discovery* of the theft or loss.
- All in-transit losses of controlled must be reported.
- The registrant shall complete and submit a DEA Form 106.

4

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

## WHAT CONSTITUTES A SIGNIFICANT LOSS

- The actual quantity of controlled substance lost in relation to the type of business.
- The specific controlled substances lost.
- Whether the loss of the controlled substances can be associated with access to those controlled substances by specific individuals, or whether the loss can be attributed to unique activities that may take place involving the controlled substances.

## WHAT CONSTITUTES A SIGNIFICANT LOSS

- A pattern of losses over a specific time period, whether the losses appear to be random, and the results of efforts taken to resolve the losses; and if known;
- Whether the specific controlled substances are likely candidates for diversion;
- Local trends and other indicators of the diversion potential of the missing controlled substances.

## Questions?

5

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 019120**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01185426