# EXHIBIT 16

| | |
|---|---|
| **From:** | Tracey_Hernandez/Morristown/Watson |
| **To:** | <Diane_Miranda/Morristown/Watson%Watson>;<Ed_Grover/Gurnee/Watson%Watson>;<Gary_Johannsen/Gurnee/Watson%Watson>;<Brian_Berliner/Gurnee/Watson%Watson>;<John_Motta/Brewster/Watson%Watson>;<Nicholas_Tran/Brewster/Watson%Watson>;<Steve_Shaw/Gurnee/Watson%Watson>;<Mary_Woods/Corona/Watson%Watson>;<Laura_Pinti/Morristown/Watson%Watson>;<Michael_Cochrane/Anda/Anda/Andrx%Andrx>;<Al_Paonessa_III/Anda/Andrx%Andrx>;<Miguel_Gomez/Corona/Watson%Watson>;<Pedro_Fernandez_Aviles/Corona/Watson%Watson>;<Ed_Smith/Corona/Watson%Watson>;<Mark_Domanski/Corona/Watson%Watson>;<John_Spigiel/Salt_Lake_City/Watson%Watson>;<Amber_Khatkhate/Salt_Lake_City/Watson%Watson>;<Ron_Christensen/Corona/Watson%Watson>;<Philip_DeNeve/AndrxPharm/Andrx%Andrx>;<Phillip_Brancazio/AndrxPharm/Andrx%Andrx>;<Alex_ElBeleidi/AndrxPharm/Andrx%Andrx>;<Rey_Lopez/AndrxPharm/Andrx>;<Eric_Niebergall/Corona/Watson%Watson>;<Sherry_Porterfield/Corona/Watson%Watson>;<Jeff_Sieranski/Corona/Watson%Watson> |
| **CC:** | <Jeff_Nornhold/Corona/Watson%Watson>;<Gordon_Munro/Morristown/Watson%Watson> |
| **Sent:** | 9/26/2007 6:52:32 PM |
| **Subject:** | DEA/Industry Conference Report |
| **Attachments:** | DEA & Industry Seminar Sept 2007.doc |

All-
The attached trip report highlights some of the pertinent topics/comments discussed at a recent DEA/Industry Seminar that I attended (held 9/11 and 9/12). This seminar is offered about every two years and allows industry to see some of the challenges DEA is facing, to understand their thinking on certain issues and to hear about potential changes to the regulations. Since the speakers are primarily from the DEA HQ Office, it is also an opportunity for industry to voice our concerns.

You are being sent the report because some portion of it pertains to your area of expertise and either requires action on your part or is being sent to you for informational purposes. If action is required, it is noted. Copies of some of the presentations are available, others were not provided. If you would like more information on any particular topic, please don't hesitate to contact me.

*(See attached file: DEA & Industry Seminar Sept 2007.doc)*


*Tracey L. Hernandez*
Director, Corporate CS Compliance
360 Mt. Kemble Avenue
Morristown, NJ  07963
973-355-8479 (office)
973-953-6294 (cell)
973-355-8184 (fax)

Confidential                                                                                                                              Acquired_Actavis_00441354