# EXHIBIT 26

# U.S. Drug Enforcement Administration

HOME | USDOJ.GOV | PRIVACY POLICY | CONTACT US | SITE MAP

Search dea.gov

**Press Room**
News Releases
E-mail updates
Speeches & Testimony
Multi-Media Library

**About Us**
Mission
Leadership
History
Organizational Chart
Programs & Operations
Wall of Honor
DEA Museum
Office Locations

**Careers at DEA**

**DEA Drug Information**
Drug Information Resources

**Law Enforcement**
Most Wanted
Major Operations
Threat Assessment
Training Programs
Stats & Facts
Additional Resources

**Drug Prevention**
For Young Adults
For Parents
Additional Drug Resources

**Diversion Control & Prescription Drugs**
Registration
Cases Against Doctors

**Drug Policy**
Controlled Substances Act
Federal Trafficking Penalties
Drug Scheduling

**Legislative Resources**

**Publications**

**Acquisitions & Contracts**

News Release [print friendly page]
FOR IMMEDIATE RELEASE
Date: June 15, 2010
Contact: Rich Isaacson
Number: (313) 234-4310

## Michigan Pharmaceutical Supplier'S Dea License Suspended
-Harvard Drug Group, LLC distributed 13 million doses of Oxy from 2008-2010

**JUN 15** -- (Detroit, MI) – Robert L. Corso, Special Agent in Charge of the Detroit Field Division, Drug Enforcement Administration (DEA) announced today the Immediate Suspension of the Federal Controlled Substance Registration of Harvard Drug Group, LLC.

Harvard Drug Group, LLC, based in Livonia, Michigan, has been the subject of a DEA investigation that alleges the company was selling large quantities of controlled substances to pharmacies, primarily in Florida. The investigation has revealed that several of Harvard's largest purchasers of oxycodone were engaged in schemes to dispense controlled substances based on prescriptions that were written for other than legitimate medical purposes. The investigation revealed that Harvard Drug Group, LLC, distributed over 13 million dosage units of oxycodone products to customers in the two year time frame between March 2008 and March 2010.

Robert L. Corso, stated, "Pharmaceutical companies have a responsibility to ensure that the drugs they sell don't end up in the hands of drug traffickers or businesses that are conducting their business illegally. Harvard Drug Group, LLC, should have known, based on the large, frequent quantities, that their customers were diverting oxycodone into arenas that were not legitimate. Today's action sends the message that the DEA is working hard to hold accountable those companies that are operating in a manner outside of federal law.

DEA's action suspends Harvard Drug Group, LLC's DEA Certificate of Registration in accordance with an Immediate Suspension Order and pursuant to Sections 303 and 304 of the Controlled Substances Act, Title 21, Sections 823 and 824. The DEA's investigation of Harvard Drug Group, LLC, has determined that the continued registration of this company constitutes an imminent danger to public health and safety.

Harvard Drug Group, LLC, received written notice of the factual and legal basis for this action. In addition, Harvard Drug Group, LLC will be given an opportunity for an administrative hearing within the next 60 days. After the hearing, the DEA Deputy Administrator will make a final decision on whether Harvard Drug Group, LLC registration should be permanently revoked. This decision will be published in the Federal Register.

Oxycodone is the generic name of an addictive prescription painkiller that is classified under federal narcotics laws as a Schedule II controlled substance. Oxycodone is typically legally prescribed to combat acute, severe pain for legitimate medical purposes. Accordingly, these prescriptions are usually for a modest number of pills to be taken over a short period of time.

This is an ongoing investigation. Please forward any questions to DEA Detroit Public Information Officer Rich Isaacson at (313) 234-4310.

Mallinckrodt-
Becker-
2/19/18

Ex. 033

3/28/2011