# EXHIBIT 28

Message

| | |
|---|---|
| From: | Chrissy madden [cmadden@mastersrx.com] |
| Sent: | 6/10/2011 3:47:37 PM |
| To: | Becker, Steven A [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=STEVEN.BECKER] |
| Subject: | fyi |
| Attachments: | image001.gif; image002.jpg |

**Local Drug Supplier's Controlled Drug License Suspended**

POSTED: 8:57 am EDT June 10, 2011
UPDATED: 9:04 am EDT June 10, 2011

 SHARE

**CINCINNATI** -- A local drug distributor is being accused of supplying controlled substances to purchasers who intended to sell them illegally.

The Drug Enforcement Administration announced Friday the immediate suspension of the Federal Controlled Substance Registration of KeySource Medical, a wholesale supplier of pharmaceuticals in Cincinnati.

The agency said KeySource Medical has been the subject of a DEA investigation that alleges the company was selling large quantities of controlled substances to pharmacies, primarily in Florida.

The DEA said the investigation revealed that several of KeySource Medical's largest purchasers of oxycodone were engaged in schemes to dispense controlled substances based on prescriptions that were written for other than legitimate medical purposes. The investigation revealed that KeyStone Medical distributed approximately 48 million dosage units of oxycodone products to customers in Florida between November 2008 and November 2010.

"Pharmaceutical companies have a responsibility to ensure that the drugs they sell don't end up in the hands of drug traffickers or businesses that are conducting their business illegally. Prescription drug abuse in Florida, southern Ohio and northern Kentucky has risen to epidemic proportions, and KeySource Medical should have known based on the large, frequent quantities, that their customers were diverting oxycodone into arenas that were not legitimate," Special Agent-In-Charge Robert L. Corso said in a news release. "This action is another reminder that the DEA is working hard to hold accountable those companies who choose to operate outside the law."

The DEA's investigation of KeySource Medical has determined that the continued registration of this company constitutes an imminent danger to public health and safety.

Oxycodone is typically legally prescribed to combat acute, severe pain, but is also one of the most abused prescription drugs.

KeySource Medical's website indicates the company is celebrating its 15th year in business.

Read more: http://www.wlwt.com/money/28194674/detail.html#ixzz1Ot9Dgxxz

Chrissy Madden
Masters Pharmaceutical
Senior Purchasing Manager
Phone (800) 982-7922 Ext. 2238
Fax (513) 874-1600
cmadden@mastersrx.com

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER  MNK-T1_0000561015



CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000561016