# EXHIBIT 37

| DEA Compliance Procedure | No: |
|---|---|
| Subject:<br><br>Controlled Substance Suspicious Order Monitoring | Revision No.:<br>**Draft 2 published 05/13/08** |
| | Effective Date: |
| | Supersedes Date:<br>**NEW** |
| | Page No.:<br>**1 of 3** |

| Originator:<br>**Karen Harper** | Security: |
|---|---|
| Corporate Logistics: | Documentation Coordinator: |

**PURPOSE:**

Establish a procedure to identify and report controlled substance suspicious orders to the Drug Enforcement Administration

**SCOPE:**

Applies to establishing a new controlled substance customer account and subsequent shipment of all controlled substance orders to new or established customers.

**REFERENCES:**

Title 21 CFR 1301.74(b)

The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances. The registrant shall inform the Field Division Office of the Administration in his area of suspicious orders when discovered by the registrant. Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency..

**DEFINITIONS:**

| | |
|---|---|
| Peculiar Order | A controlled substance order that meets an internal, established criteria that will be placed on hold pending further review by DEA Compliance. |
| Suspicious Order | A Peculiar Order that has been reviewed by DEA Compliance and Security that will not be shipped and will be reported to the Drug Enforcement Administration. |

Confidential

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000010036

MNK-T1_0000268911


| QSP 00.00 | Rev 1 | TITLE | 2 of 3 |
|---|---|---|---|

## RESPONSIBILITIES:

<u>Credit Department or Customer Data Integrity Group</u>

Performs Dun & Bradstreet and/or other information checks on new controlled substance customers to determine credit worthiness.

Refers the new customer account to Security Director or DEA Compliance if the new account has no historical or financial information available or if the data shows liens, lawsuits, or other information which might raise suspicions as to the legitimacy of the new account company.

Conducts periodic checks for existing accounts. Notifies Security Director or DEA Compliance of any customer credit concerns.

<u>Field Sales</u>

Completes Site Survey Checklist for New Controlled Substance Customers (Attachment A)

<u>Customer Service Representatives</u>

Bulk Narcotics Customer Service Representatives will perform the following activities for each order entered:

Verify that the customer has a valid DEA Registration certificate
Assure that the customer has provided a DEA 222 form for CI and CII substances
Obtain a "Certificate of Available Procurement Quota" from customers using a Manufacturing Registration DEA 222 Form
Obtain a "Statement of Intended Use" from customers using a Research or Analytical Lab Registration DEA 222 Form
Forward the "Statement of Intended Use" to DEA Compliance for review
Designate an order as "Peculiar" if the customer fails to provide the appropriate documentation above.
Forward Peculiar Order information to Customer Service Manager and Security Director

Dosage Customer Service Representatives will _____

[handwritten: redundant / Regulated]

<u>Customer Service Manager</u>

Obtains a Peculiar Order Daily Report [handwritten: daily report] from the order entry system that highlights orders that are unusually large, unusually frequent, and/or deviating in quantity from an established order pattern.
Annotate the Peculiar Order Report if there is a valid business reason for an order of unusually large, unusually frequent, and/or deviating in quantity from an established order pattern.
Forward the Peculiar Order Report to Security Manager/DEA Compliance. [handwritten: Director]

Confidential
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000010037
MNK-T1_0000268912

Case: 1:17-md-02804-DAP  Doc #: 1957-37  Filed: 07/23/19  4 of 4.  PageID #: 128068



| QSP 00.00 | Rev 1 | TITLE | 3 of 3 |
|---|---|---|---|

For Bulk Narcotics, an order will be deemed to be Peculiar if the order quantity is double the amount of product ordered during the previous fiscal year and YTD average by sku, by customer.

For Dosage Narcotics, an order will be deemed to be Peculiar if the order quantity is

_____

_____


### Security Director and DEA Compliance

Provides blank Site Survey Checklist forms for New Controlled Substance Customers to be completed by Field Sales

Reviews results of Site Survey Checklist for New Controlled Substance Customers and provides authorization to proceed with new customer account set-up

Determines if Peculiar Orders are to be shipped or designated as Suspicious Orders and not shipped based upon information received from the Credit Department, Customer Service, Field Sales, and DEA Webpage "Drugs of Concern Listing".

Maintains a file for record retention of Suspicious Order Monitoring documents and reports.

Conducts training on the Controlled Substance Suspicious Order Monitoring Procedure for Credit Department, Field Sales, and Customer Service.

Confidential

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000010038

MNK-T1_0000268913