# EXHIBIT 42

| | |
|---|---|
| **From:** | Harper, Karen |
| **To:** | Rausch, Jim H |
| **CC:** | Saffold, George R |
| **Sent:** | 6/9/2010 3:16:45 PM |
| **Subject:** | RE: Suspicious Order Monitoring Program |

Jim,
We absolutely did have the discussion previously and there is no disagreement now -- I merely wanted to confirm that we have not shipped any suspicious orders (even if we do the investigation after the shipment).
The information is being gathered for JoAnne and ultimate presentation to Tim Wright about regulatory vulnerabilities.
Thank you and have a great day.

Karen Harper
Mallinckrodt/Covidien Pharmaceuticals
Senior Manager, Controlled Substance Compliance
Global Logistics Group
office phone (314) 654-1868
cellular (314) 401-1573

---

**From:** Rausch, Jim H
**Sent:** Wednesday, June 09, 2010 10:01 AM
**To:** Harper, Karen
**Cc:** Saffold, George R
**Subject:** RE: Suspicious Order Monitoring Program

I have not had any orders in the classification of peculiar that has not been cleared and explainable thus far. As we have discussed it takes time to get the information back from Marketing and sales, sometimes all day. Since I don't hold the orders up during my due diligence it's possible that the order could ship. I thought we discussed this and alerting the DEA about a suspicious order/customer for further investigation would be our process going forward.
Jim

---

**From:** Harper, Karen
**Sent:** Wednesday, June 09, 2010 9:40 AM
**To:** Rausch, Jim H
**Subject:** RE: Suspicious Order Monitoring Program

Is it safe to say that we have not had any orders that move from the classification of peculiar up to suspicious, and, if we had such an order it would not ship?

Karen Harper
Mallinckrodt/Covidien Pharmaceuticals
Senior Manager, Controlled Substance Compliance
Global Logistics Group
office phone (314) 654-1868
cellular (314) 401-1573

---

**From:** Rausch, Jim H
**Sent:** Wednesday, June 09, 2010 9:34 AM
**To:** Harper, Karen
**Cc:** Saffold, George R
**Subject:** RE: Suspicious Order Monitoring Program

Karen,

Yes I run the checks everyday as I showed you. As we discussed I do not hold any orders while I do my research due to the time constraints.
Jim

---

**From:** Harper, Karen
**Sent:** Wednesday, June 09, 2010 9:25 AM
**To:** Rausch, Jim H
**Cc:** Saffold, George R
**Subject:** Suspicious Order Monitoring Program

Jim
Since we last talked (pre-strike), have you continued to run checks on Peculiar Orders by using the JDE sources we discussed -- wherein you researched customer order history for patterns by sku, etc?

Karen Harper
Mallinckrodt/Covidien Pharmaceuticals
Senior Manager, Controlled Substance Compliance
Global Logistics Group
office phone (314) 654-1868
cellular (314) 401-1573

Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000020279
MNK-T1_0000279154