# EXHIBIT 43

| | |
|---|---|
| From: | Harper, Karen |
| To: | Adams, John G; Burd, Jeff W MKG; France, Kimberly P; Jones, Jason D; Kaiman, Vince J; Lesnak, Robert A; Levy, JoAnne; Marlatt, Susan B; Moss, Jerry L; Pheney, Michael; Ratliff, Bill; Rausch, Jim H; Spaulding, Eileen L.; Stewart, Cathy; Werder, Sue A |
| CC: | Moss, Jerry L; Litzsinger, Nick K |
| Sent: | 6/6/2008 1:17:49 PM |
| Subject: | Suspicious Order Monitoring Training Notes from Bulk Narcotic Sales Meeting Presentation |
| Attachments: | Customer Checklist.doc; Suspicous Order Monitoring Training Presentation.ppt |

An Introductory Controlled Substance Suspicious Order Monitoring Training for Field Sales Presentation was delivered by Bill Ratliff and I yesterday at the Domestic Sales Meeting for Bulk Narcotics.
Attached is the powerpoint presentation and draft Customer Checklist that were discussed.

Feedback was very positive and there were good suggestions about which type of bulk customers might be considered for automatic exemption such as universities and customers who have an existing registered product, having filed an NDA or ANDA petition with FDA.
Further, a request that bulk narcotics CSRs be given some type of substantive guidance in terms of acceptance of orders on Research or Analytical Lab DEA 222 forms.

The group found it significant and noteworthy that confirmation of a customer's current DEA registration status and receipt of a DEA 222 Form are not alone adequate in determining whether an order is suspicious.

We encouraged additional comments and feedback on the draft Customer Checklist and list of triggers, there was no opposition to the concept that Field Sales is key in knowing our customers and that Customer Checklist would be an integral part of the revised Suspicious Order Monitoring Program.

<u>Training Attendees</u>
Jerry Moss
Nick Litzsinger
Jake Longenecker
Stephanie Bucalo
Eric Davis
Estela Falla
Jim MacDonald
Tim Missey
Brian Potter
Tom Palmer



============

Karen Harper
Manager, DEA Compliance
Covidien
Mallinckrodt Pharmaceutical Products
3600 North Second Street
St. Louis, MO 63147
USA

Telephone (office) (314) 654-1868
Telephone (24/7 access) (314) 654-1600
Fax (314) 654-5648

karen.harper@covidien.com

Confidential MAL-MI 000161082
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER MNK-T1_0000419956

*This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.*

Confidential

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000161083

MNK-T1_0000419957