# EXHIBIT 45

**This document produced natively**

CONFIDENTIAL  
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000057121  
MNK-T1_0000315995

| Retail Generic Incentive Plan Earnings by Sales Rep | | |
|---|---|---|
| Calendar year 2006 through calendar year 2011 | | |
| | | |
| **2006** | | SICP paid |
| | David Irwin | 0 |
| | Thomas Bane | 1,500 |
| | Tim Berry | 2,000 |
| | Bonnie New | 29,386 |
| | Victor Borelli | 26,442 |
| | Steve Becker | 7,500 |
| | | |
| **2007** | | SICP paid |
| | David Irwin | 33,500 |
| | Thomas Bane | 12,500 |
| | Tim Berry | 28,000 |
| | Bonnie New | 21,375 |
| | Victor Borelli | 35,904 |
| | Steve Becker | 0 |
| | | |
| **2008** | | SICP paid |
| | David Irwin | 61,549 |
| | Thomas Bane | 68,103 |
| | Tim Berry | 124,049 |
| | Bonnie New | 108,293 |
| | Victor Borelli | 119,096 |
| | Steve Becker | 53,270 |
| | | |
| **2009** | | SICP paid |
| | David Irwin | 86,500 |
| | Tim Berry | 60,720 |
| | Bonnie New | 31,245 |
| | Victor Borelli | 101,283 |
| | Steve Becker | 97,253 |
| | | |
| **2010** | | SICP paid |
| | Tim Berry | 23,000 |
| | Bonnie New | 22,670 |
| | Victor Borelli | 110,335 |
| | Steve Becker | 116,657 |
| | | |
| **2011** | | SICP paid |
| | Tim Berry | 31,250 |
| | Bonnie New | 93,295 |
| | Victor Borelli | 98,295 |
| | Steve Becker | 93,900 |

**Retail Generic Incentive Plan Earnings by Sales Rep**
**Fiscal Year 2007 through Fiscal Year 2011**

| | | | |
|---|---|---|---|
| **F07** | | SICP paid | |
| | David Irwin | | 30,000 |
| | Thomas Bane | | 14,000 |
| | Tim Berry | | 30,000 |
| | Bonnie New | | 15,000 |
| | Victor Borelli | | 30,000 |
| | Steve Becker | | 0 |
| | | | |
| **F08** | | SICP paid | |
| | David Irwin | | 37,549 |
| | Thomas Bane | | 68,103 |
| | Tim Berry | | 100,000 |
| | Bonnie New | | 96,463 |
| | Victor Borelli | | 100,000 |
| | Steve Becker | | 26,863 |
| | | | |
| **F09** | | SICP paid | |
| | David Irwin | | 110,000 |
| | Thomas Bane | | |
| | Tim Berry | | 60,519 |
| | Bonnie New | | 42,000 |
| | Victor Borelli | | 100,000 |
| | Steve Becker | | 110,000 |
| | | | |
| **F10** | | SICP paid | |
| | David Irwin | | 0 |
| | Tim Berry | | 16,000 |
| | Bonnie New | | 9,000 |
| | Victor Borelli | | 102,868 |
| | Steve Becker | | 110,000 |
| | | | |
| **F11 through Q3** | | SICP paid | |
| | Tim Berry | | 18,000 |
| | Bonnie New | | 23,250 |
| | Victor Borelli | | 30,000 |
| | Steve Becker | | 11,250 |