# EXHIBIT 49

Message

**From:** Tetzlaff, Gail S [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=GAIL.TETZLAFF]
**Sent:** 3/2/2012 5:59:57 PM
**To:** Buist, Jennifer M [/O=THCG/OU=Hazelwood01/cn=Recipients/cn=jennifer.walz]; Spaulding, Eileen L. [/O=THCG/OU=Hazelwood01/cn=Recipients/cn=eileen.spaulding]
**Subject:** RE: Drogueria Bentances

Approved—I have updated the UOR spreadsheet.

**Gail Tetzlaff**
Director of Government Reporting Compliance
Covidien
Pharmaceuticals
675 McDonnell Blvd.
Hazelwood, MO  63042
phone (314) 654-8263
fax (314) 654-5364
gail.tetzlaff@covidien.com

www.covidien.com

*****This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you received this in error, please inform the sender and remove any record of this message.*****

---

**From:** Buist, Jennifer M
**Sent:** Friday, March 02, 2012 11:49 AM
**To:** Tetzlaff, Gail S; Spaulding, Eileen L.
**Subject:** FW: Drogueria Bentances

I am recommending we release the order.  I have included this email in the UOR file for reference.

---

**From:** Bullerdick, Jennifer M
**Sent:** Friday, March 02, 2012 11:44 AM
**To:** Buist, Jennifer M
**Cc:** Vorderstrasse, Kevin
**Subject:** FW: Drogueria Bentances

FYI – Here is a response from the Account Manager regarding these orders.

Please let us know if you need anything further in order to proceed.

*Thanks,*

*Jennifer Bullerdick*
Product Manager, Specialty Generics
Office:  (314) 654-3735
Mobile:  (314) 258-0106

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

**From:** Becker, Steven A
**Sent:** Friday, March 02, 2012 9:46 AM
**To:** Bullerdick, Jennifer M
**Cc:** Williams, Jane L
**Subject:** RE: Drogueria Bentances

Dear Jennifer,

This is a valid order for Drogueria is because they are now servicing the 2 retail buying groups in Puerto Rico.

They are Coopharma & Aliadas pharmacies who were serviced by Cardinal. Methylphenidate is on the Puerto Rico Common Wealth Formulary and will have spikes in demand.

Please honor and ship the orders.

Sincerely,

Sincerely,

Steven Becker
Director, National Accounts
Specialty Generics
Covidien Mallinckrodt
Tel 651 454 2736
Cell 651 260 4668
Fax 651 405 1885
steven.becker@covidien.com

> **From:** Bullerdick, Jennifer M
> **Sent:** Thursday, March 01, 2012 6:17 PM
> **To:** Becker, Steven A
> **Cc:** Vorderstrasse, Kevin
> **Subject:** Drogueria Bentances
>
> The following two orders that were placed are significantly higher than their previous demand.

| Order Number | Item Number | Item Description | Quantity Ordered |
|---|---|---|---|
| 70221268 | 114601 | METHYLPHENIDATE 20 MG TABS | 432 |
| 70221268 | 051205 | OXY/APAP 5/325 TABLETS USP | 432 |

> We have two questions that need answered before we can proceed:
> - Need confirmation this is a valid location for Drogueria: "DROGUERIA BETANCES INC,CAGUAS,PR" (Do you have anything to confirm the location of Caguas, PR for them.)
> - Need explanation for the increase in volume being ordered.
>
> Please note that these orders are being held until we receive the necessary feedback.
>
> Thanks,
>
> *Jennifer Bullerdick*
> Product Manager, Specialty Generics
> Covidien
> 675 McDonnell Blvd.

Hazelwood, MO 63042
Office: (314) 654-3735
Mobile: (314) 258-0106
Fax: (314) 654-8611
www.covidien.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

HIGHLY  CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                                                          MNK-T1_0001521992