# EXHIBIT 50

| | |
|---|---|
| **From:** | Borelli, Victor <Victor.Borelli@Covidien.com> |
| **Sent:** | Friday, July 15, 2011 7:24 PM |
| **To:** | Rehkop, Brenda D <Brenda.Rehkop@Covidien.com> |
| **Cc:** | Harper, Karen <Karen.Harper@Covidien.com>; Rausch, Jim H <Jim.Rausch@Covidien.com>; Steiner, Sally A <Sally.Steiner@Covidien.com>; Meyer, Jennifer A <Jennifer.Meyer@covidien.com>; Cahill, Lois L <Lois.Cahill@Covidien.com>; Keeven, Charity A (Aranda) <Charity.Keeven@Covidien.com>; Cardetti, Lisa M (Lundergan) <lisa.cardetti@covidien.com>; Kayich, Natalie (Tretter) <Natalie.Kayich@Covidien.com>; Bullerdick, Jennifer M <Jennifer.Bullerdick@covidien.com>; Williams, Jane L <Jane.Williams@covidien.com> |
| **Subject:** | RE: CVS CAREMARK Transitioning Generic Pharma |

Brenda,

While it will raise orders at both McKesson and Cardinal, orders thru ABC will be reduced. Let's not let Suspicious order monitoring limit or restrict shipments because this is only a swapping of business between wholesalers.

Thanks,

Victor M Borelli

Director of National Accounts

Mallinckrodt / Covidien Specialty Generics

Office: 410.308.0633

Fax: 410.308.0634

Cell: 443.204.7914

---

**From:** Rehkop, Brenda D
**Sent:** Friday, July 15, 2011 3:13 PM
**To:** Keeven, Charity A (Aranda); Cardetti, Lisa M (Lundergan); Kayich, Natalie (Tretter); Bullerdick, Jennifer M
**Cc:** Harper, Karen; Rausch, Jim H; Borelli, Victor; Steiner, Sally A; Meyer, Jennifer A; Cahill, Lois L
**Subject:** FW: CVS CAREMARK Transitioning Generic Pharma

<< File: 4073_001.pdf >>

CS has contacted ▓▓▓▓▓▓▓ at the CVS - Patterson, CA location to get the necessary information for a new ship to acct set up. Once the properly completed paperwork is received back, we will forward to CDIG for the set up. If the Bill to acct is already established, the pricing contract should already be in effect. If a new Bill To acct needs to be set up, the new acct #s will need to be forwarded to Sally Steiner.

Please review the attachment as I believe it indicates an increase in ordering for several of our existing wholesaler/distributors. This might raise a red flag in the suspicious order monitoring reports.

Lois Cahill will be the main contact as she handles CA customers.

CONFIDENTIAL
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000032060
MNK-T1_0000290934

Thank you,

Brenda Rehkop

Customer Service Representative

Covidien / Mallinckrodt Dosage Pharmaceuticals

675 McDonnell Blvd.

Hazelwood, Mo 63042

USA

800-325-8888 - phone

800-323-5039 - fax

DPharma@Covidien.com

CONFIDENTIAL                                                                                                                      MAL-MI 000032061
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                          MNK-T1_0000290935