# EXHIBIT 51

| | |
|---|---|
| **From:** | Ratliff, Bill <Bill.Ratliff@Covidien.com> |
| **Sent:** | Wednesday, September 3, 2008 11:36 AM |
| **To:** | Rausch, Jim H <Jim.Rausch@Covidien.com> |
| **Cc:** | Montano, Allyne <Allyne.Montano@Covidien.com>; Palmer, Tom <Tom.Palmer@Covidien.com>; Harper, Karen <Karen.Harper@Covidien.com> |
| **Subject:** | RE: Propoxyphene Napsylate (1283) orders for Sovereign |

Jim, thanks for the opportunity to review the information. Since they are an established customer there should be no issue. Thanks again.

Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

---

| | |
|---|---|
| **From:** | Rausch, Jim H |
| **Sent:** | September 02, 2008 3:37 PM |
| **To:** | Ratliff, Bill |
| **Cc:** | Montano, Allyne; Palmer, Tom |
| **Subject:** | FW: Propoxyphene Napsylate (1283) orders for Sovereign |

Bill,
See the information below. Sovereign is a established customer that we have dealt with for years. They are a contract mfg. that may have gotten some new business. Let me know if we need to do anything else.

    Thanks,
      Jim

---

| | |
|---|---|
| **From:** | Palmer, Tom |
| **Sent:** | Tuesday, September 02, 2008 3:16 PM |
| **To:** | Rausch, Jim H |
| **Cc:** | Montano, Allyne |
| **Subject:** | RE: Propoxyphene Napsylate (1283) orders for Sovereign |

Jim, all I know is that is for new business, Sovereign does not yet have quota and once they do it should not be a problem (I wouldn't think).  Just last week I received requests to "super size" their orders to 50 kilos, then the note from you re: DEA monitoring.

I believe that both Marilyn and Camille are aware of the situation.
If I learn any more I'll let you know.

Tom

Covidien
Sales Executive
Mallinckrodt Active Pharmaceutical Ingredients
818-324-2535 (cell)
760-345-0705 (office)

CONFIDENTIAL
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000031646
MNK-T1_0000290520

The information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you have received this in error, please inform the sender and remove any record of this message.

---

**From:** Rausch, Jim H
**Sent:** Tuesday, September 02, 2008 12:36 PM
**To:** Palmer, Tom
**Cc:** Montano, Allyne
**Subject:** FW: Propoxyphene Napsylate (1283) orders for Sovereign

Tom,
Do you know anything about these orders?
        Thanks,
         Jim

---

**From:** Rausch, Jim H
**Sent:** Friday, August 29, 2008 9:40 AM
**To:** Palmer, Tom
**Cc:** Montano, Allyne
**Subject:** Propoxyphene Napsylate (1283) orders for Sovereign

Jim,
We received 2 orders from Sovereign, 1 for 50 kgs. to ship 10/14/08 and 1 for 150kgs. to ship 1/14/09. They showed on a report I now get for DEA monitoring that shows unusual order amounts based upon previous order patterns. From what I see they have not ordered this material before. I checked with Allyne and she was not aware of any communication on why they would be ordering propoxyphene. She suggested I contact you to see if you know anything about their need for this material.

        Thanks,
         Jim

CONFIDENTIAL
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000031647
MNK-T1_0000290521