# EXHIBIT 52

| | |
|---|---|
| **From:** | Adams, John G |
| **To:** | Muhlenkamp, Kate M (Neely) |
| **Sent:** | 10/28/2008 2:23:42 PM |
| **Subject:** | Fw: Old Bridge acc# 3448 |

FYI

----- Original Message -----
From: Harper, Karen
To: Ratliff, Bill; Stewart, Cathy
Cc: Becker, Steven A; Adams, John G
Sent: Tue Oct 28 09:20:15 2008
Subject: Fw: Old Bridge acc# 3448

Heads up from the Suspicious Order Monitoring perspective

----- Original Message -----
From: Becker, Steven A
To: Harper, Karen
Cc: Adams, John G
Sent: Tue Oct 28 09:14:40 2008
Subject: FW: Old Bridge acc# 3448


Dear Karen,

Please be informed that Rochester Wholesale Drug has secured a new account, Old Bridge Drugs DEA # BO9471830 who will be using Mallinckrodt's Oxycodone 30mg. The accounts monthly use is approximately 380 bottles monthly.

This will increase the ordering on the product for the product with Rochester Drug.

Please contact me should you have any questions.

Sincerely,

Steven Becker
Covidien Mallinckrodt National Account Manager
e-mail steven.becker@covidien.com
Tel. 651-454-2736
Fax 651-405-1885
Cell 651-260-4668

-----Original Message-----
From: Tracy Plouffe [mailto:source1@rdcdrug.com]
Sent: Tuesday, October 28, 2008 9:07 AM
To: Becker, Steven A
Subject: RE: Old Bridge acc# 3448


Steve,
Yes, their DEA# is BO9471830.

Thanks!
Tracy



-----Original Message-----
From: Becker, Steven A [mailto:Steven.Becker@Covidien.com]
Sent: Tuesday, October 28, 2008 9:56 AM
To: Tracy Plouffe
Subject: RE: Old Bridge acc# 3448

Dear Tracy,

Could you provide me the DEA number for the account and I will forward the information to our compliance team.

Thanks,


Steven Becker
Covidien Mallinckrodt National Account Manager e-mail steven.becker@covidien.com Tel. 651-454-2736 Fax 651-405-1885 Cell 651-260-4668


-----Original Message-----
From: Tracy Plouffe [mailto:source1@rdcdrug.com]
Sent: Tuesday, October 28, 2008 8:51 AM
To: Becker, Steven A
Cc: 'Bill Pietruszewski'
Subject: FW: Old Bridge acc# 3448
Importance: High


Steve,
It was great seeing you last week! While we were away, we had a request for new business on the Oxycodone 30mg 100's. This account is a fairly new account for RDC, I am not sure where this Oxy business will be coming from but I can find out if necessary. They have requested 380 bottles of 100 per month. I will be increasing my purchases a bit when including this new usage. Please let me know if there is any other information you need.

Thanks!!
Tracy

-----Original Message-----
From: Bill Pietruszewski [mailto:bpietruszewski@rdcdrug.com]
Sent: Tuesday, October 28, 2008 9:42 AM
To: Tracy Plouffe
Subject: RE: Old Bridge acc# 3448

Yes, it is.

Bill

-----Original Message-----
From: Tracy Plouffe [mailto:source1@rdcdrug.com]
Sent: Tuesday, October 28, 2008 9:17 AM
To: 'Bill Pietruszewski'
Subject: RE: Old Bridge acc# 3448


I'll see what I can do, I assume the 38,000 per month is pills??

-----Original Message-----
From: Bill Pietruszewski [mailto:bpietruszewski@rdcdrug.com]
Sent: Tuesday, October 28, 2008 8:03 AM
To: Tracy Plouffe
Cc: Pam Mercendetti
Subject: Old Bridge acc# 3448
Importance: High


Tracy,

Welcome back. We have a customer Old Bridge Drugs acc# 3448 that has been ordering a high usage of the Oxycodone 30mg. from Mallinckrodt. I was given there usage from Pete Rose last week, which is around 38,000 units a month.
I told Pete on last Thursday that I could not sell them anymore of the Oxycodone until I spoke to you. I was trying to explain to him that we are only allocated so much and that you would need to speak to the manufacture.
I also explained to him that this item is on back order as of now. If you have any questions please let me know.

Confidential                                                                                                                     MAL-MI 000190015
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                              MNK-T1_0000448889

Thanks,

Bill Pietruszewski
Operations Manager
RDC

Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000190016
MNK-T1_0000448890