# EXHIBIT 53

| | |
|---|---|
| **From:** | Stewart, Cathy <Cathy.Stewart@Covidien.com> |
| **Sent:** | Friday, November 14, 2008 7:43 PM |
| **To:** | Adams, John G <John.Adams@Covidien.com> |
| **Cc:** | Harper, Karen <Karen.Harper@Covidien.com>; Borelli, Victor <Victor.Borelli@Covidien.com> |
| **Subject:** | RE: Oxy 15 mg & 30 mg @ Sunrise |

**Thanks for the heads up John.........**

Best Regards,
Cathy Stewart, CPIM
Manager, Dosage Customer Service
Covidien / Mallinckrodt Pharmaceuticals
675 McDonnell Blvd, 10-4-S
Hazelwood, Mo.  63042
Phone:  314-654-1921
Fax:  314-654-6511
Cell:  314-578-2403
Cathy.Stewart@Covidien.Com

*This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.*

**From:** Adams, John G
**Sent:** Friday, November 14, 2008 1:42 PM
**To:** Stewart, Cathy
**Cc:** Harper, Karen; Borelli, Victor
**Subject:** FW: Oxy 15 mg & 30 mg @ Sunrise

For the Suspicious Order Monitoring, this is a potential increase on the horizon.

**From:** Borelli, Victor

**Sent:** Friday, November 14, 2008 1:15 PM

**To:** Muhlenkamp, Kate M (Neely)

**Cc:** Adams, John G

**Subject:** Oxy 15 mg & 30 mg @ Sunrise

Hi Kate,

Just a quick FYI regarding Sunrise.   As you know, they have been growing in sales each and every month and when I was visiting with them this week, they introduced me to their new sales manager.  He was Anda's # 1 salesman and brings a wealth of knowledge and systems to Sunrise.   This salesman is extremely tied into the Florida market and has been the cause of most of the growth (new customers, contacts, etc…).  In addition to the recently hired sales manager, they are adding 5 additional salespeople, as well as additional states to distribute product to.   To make a long story short, I wanted you to be aware of their growth and to supply you with some new monthly sales projections for this account.

Beginning in January, can we raise our projections for Sunrise to:

Oxy 15 mg monthly sales:       3,000 bottles

Oxy 30 mg. monthly sales:      12,000 bottles

Hope this information helps and as always, if you have any questions, please feel free to call.

Thanks,


Victor M. Borelli

National Account Manager, Retail

Covidien

Mallinckrodt Pharmaceutical Generics

O:410.308.0633

F:410.308.0634

C:443.204.7914

email: victor.borelli@covidien.com

www.covidien.com


This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

CONFIDENTIAL

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000031629

MNK-T1_0000290503