# EXHIBIT 54

| | |
|---|---|
| **From:** | Borelli, Victor |
| **To:** | Rausch, Jim H |
| **Sent:** | 3/23/2010 8:41:18 PM |
| **Subject:** | RE: Peculiar order report |

Jim,

One more thing that I forgot to mention was our supply / demand situation. We had no supply for smaller customers and I guess KMI is still considered small in marketing's eyes.

On another note, I was able to talk to them about that 3rd party logistics program and they are gathering information on it as we speak. I'll send it to you once they send it to me. Sorry I have had so many requests on this but they are rolling and I don't want to lose the momentum with them.

Thanks again for everything.

Victor M Borelli
Director of National Accounts
Mallinckrodt / Covidien Specialty Generics
Office: 410.308.0633
Fax:    410.308.0634
Cell:   443.204.7914

---
**From:** Rausch, Jim H
**Sent:** Tuesday, March 23, 2010 4:05 PM
**To:** Borelli, Victor
**Subject:** RE: Peculiar order report

Thanks Victor, this helps.
Jim

---
**From:** Borelli, Victor
**Sent:** Tuesday, March 23, 2010 2:57 PM
**To:** Rausch, Jim H
**Subject:** RE: Peculiar order report

Hi Jim,

Keysource has been driving their companies sales via their newly implemented CSOS program with their customers. They have also been expanding their reach to more and more customers who have been putting KMI into their formularies as a Secondary slot supplier and sometimes even as a Primary supplier.

KMI also has an all or nothing policy with their vendors in that they do not use a secondary supplier on any drugs. Fortunately, on all of our products at this account, we are their sole supplier. The good thing is that we garner 100% of their business and the bad thing is that there is no room for error.

I have attached the 1st 6 months sales history for us @ KMI. These results are driven directly from the things I mentioned above. Please understand that the March 2010 volume is only 3 weeks sales so we should see another $100,000.00 gain in march vs. Feb.

Hope this helps,


<< File: 3-22-10.xlsx >>


Victor M Borelli
Director of National Accounts
Mallinckrodt / Covidien Specialty Generics

CONFIDENTIAL                                                                                           MAL-MI 000038497
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                               MNK-T1_0000297371

Office: 410.308.0633
Fax: 410.308.0634
Cell: 443.204.7914

---

**From:** Rausch, Jim H
**Sent:** Tuesday, March 23, 2010 3:34 PM
**To:** Borelli, Victor
**Subject:** Peculiar order report
**Importance:** High

Victor,
I get a daily peculiar order report that sometimes shows customers that have a irregular order pattern. That would mean that the customer is ordering a product more often in recent weeks than their historical order pattern. This occurred with a order from Keysource in Cincinnati. They have placed 5 orders in March for code 324901 which is hydromorphone 8mg tabs. Before that they had 1 order in February, 2 in January, 2 in December. Do you know why they have increased their volume so much in March?

Jim Rausch
Customer Service Manager of Finished Goods
Covidien
Pharmaceuticals
675 McDonnell Boulevard
Hazelwood, Missouri 63042
314-654-6290
www.covidien.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

CONFIDENTIAL                                                                                                          MAL-MI 000038498
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                              MNK-T1_0000297372