# EXHIBIT 55

| | |
|---|---|
| **From:** | Myers, Penny |
| **To:** | Rausch, Jim H |
| **Sent:** | 5/5/2010 6:37:46 PM |
| **Subject:** | RE: HD Smith |

No problem.

When we offer a price, we ask for the estimated quantity that they will purchase.  If they don't purchase close to the amount they estimated, we encourage them to do that, or their price may not remain the same, or their VIP provision may change.

Regards,

Penny Myers
Product Manager
Specialty Generics
Covidien Mallinckrodt
675 McDonnell Blvd
Hazelwood, MO 63042
314.654.3335(T)
314.654.8611(F)

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

**From:** Rausch, Jim H
**Sent:** Wednesday, May 05, 2010 1:32 PM
**To:** Myers, Penny
**Subject:** RE: HD Smith

Penny, sorry for my ignorance but what is increased compliance?
  Thanks,
    Jim

**From:** Myers, Penny
**Sent:** Wednesday, May 05, 2010 1:08 PM
**To:** Rausch, Jim H
**Subject:** FW: HD Smith

FYI

Regards,

Penny Myers
Product Manager
Specialty Generics
Covidien Mallinckrodt
675 McDonnell Blvd
Hazelwood, MO 63042
314.654.3335(T)
314.654.8611(F)

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

CONFIDENTIAL
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000040032
MNK-T1_0000298906

**From:** Becker, Steven A
**Sent:** Wednesday, May 05, 2010 12:40 PM
**To:** Myers, Penny
**Subject:** RE: HD Smith

Penny,

The increase in orders is due to increased compliance and new pharmacies being added to their source program.

Let me know if you need anything else.

Steven Becker
Director, National Accounts
Specialty Generics
Covidien Mallinckrodt
Tel 651 454 2736
Cell 651 260 4668
Fax 651 605 1885
steven.becker@covidien.com

---

**From:** Myers, Penny
**Sent:** Wednesday, May 05, 2010 11:21 AM
**To:** Becker, Steven A
**Subject:** HD Smith

Steve,

HD Smith placed an order for more than 3 times their normal 10mg methadone. It's only 700+ bottles, but we have to give a reason for the increase. Do you know if they have picked up new business, or are we driving compliance, or……? Thanks for your help.

Regards,

Penny Myers
Product Manager
Specialty Generics
Covidien Mallinckrodt
675 McDonnell Blvd
Hazelwood, MO 63042
314.654.3335(T)
314.654.8611(F)

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

CONFIDENTIAL
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000040033
MNK-T1_0000298907