# EXHIBIT 56

Message

| | |
|---|---|
| **From:** | Borelli, Victor [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=VICTOR.BORELLI] |
| **Sent:** | 6/23/2010 3:37:06 PM |
| **To:** | Rehkop, Brenda D [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=BRENDA.REHKOP] |
| **CC:** | Montgomery, Marc [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MARC.MONTGOMERY] |
| **Subject:** | RE: Item # 853001 |

Brenda,

Oxy's movements through the wholesaler and distributor accounts historically moves much faster in the beginning of the month due to monthly quota allocations set by these customers, to their customers (i.e. pharmacies).  As the month moves along, the volumes, orders and movements should taper off quite a bit.

I am in a sales seminar for the next few days so if you could pull up Cognos on this sku for KMI, you will see extremely large growth at KMI on all items, especially this one.  I believe that they sold approximately 40,000 bottles last month and 36,000 bottles the month prior.

Hope this helps,

Victor M Borelli
Director of National Accounts
Mallinckrodt / Covidien Specialty Generics
Office: 410.308.0633
Fax:    410.308.0634
Cell:    443.204.7914

---

**From:** Rehkop, Brenda D
**Sent:** Wednesday, June 23, 2010 11:10 AM
**To:** Coffey, Tracey R; Muhlenkamp, Kate M (Neely); Borelli, Victor; Montgomery, Marc
**Cc:** Rausch, Jim H; Adams, Rose H
**Subject:** RE: Item # 853001

Victor and Marc,

Kate is out of the office and this will undoubtedly show up as a peculiar order.

Do you know why they are ordering so much oxy ? We need an answer that will satisfy the DEA, in they have questions in the future.


Thank you,
Brenda Rehkop
Customer Service Representative
Covidien / Mallinckrodt Dosage Pharmaceuticals
675 McDonnell Blvd.
Hazelwood, Mo 63042
USA
800-325-8888 - phone
800-323-5039 - fax
DPharma@Covidien.com

---

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                              MNK-T1_0000560555

**From:** Coffey, Tracey R
**Sent:** Wednesday, June 23, 2010 10:04 AM
**To:** Muhlenkamp, Kate M (Neely)
**Cc:** Rausch, Jim H; Rehkop, Brenda D; Adams, Rose H
**Subject:** Item # 853001

Hi Kate,

I have

KEYSOURCE MEDICAL INC
7820 PALACE DRIVE
CINCINNATI OH 45249

Asking if they will be able to get 12720 bottle of 853001 on July 1st and 12720 bottles of 853001 on July 2nd?  Do you see any issues in filling these orders?

Jim/Brenda -  FYI this may show up on the PS hold screen.
Thank you,

Tracey Coffey
Customer Service Representative
Mallinckrodt Dosage Pharmaceuticals
Covidien
675 McDonnell Blvd. – H2E
Hazelwood, MO 63042
Phone: 800-325-8888
Fax: 800-323-5039
U.S.A.
www.covidien.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.