# EXHIBIT 57

Message

| | |
|---|---|
| From: | Gunning, Michael L [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=MICHAEL.GUNNING] |
| Sent: | 6/4/2008 8:24:14 PM |
| To: | Kaiman, Vince J [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=VINCE.KAIMAN] |
| Subject: | FW: Oxycodone orders |

Looks like everyone is ok with Masters

| | |
|---|---|
| From: | Muhlenkamp, Kate M (Neely) |
| Sent: | Wednesday, June 04, 2008 2:23 PM |
| To: | Gunning, Michael L |
| Subject: | FW: Oxycodone orders |

Mike -

FYI - Vic and I had a discussion with Bill Ratliff and Karen Harper this afternoon.  Please see below regarding Bill's thoughts and then advise future action.

Thank you,

Kate Muhlenkamp
Associate Product Manager
Covidien
Mallinckrodt
675 McDonnell Blvd
Saint Louis, MO   63134

(314) 654-3735 - Office
(314) 654-7128 - Fax

www.covidien.com


| | |
|---|---|
| From: | Ratliff, Bill |
| Sent: | Wednesday, June 04, 2008 2:20 PM |
| To: | Muhlenkamp, Kate M (Neely); Borelli, Victor; Stewart, Cathy; Harper, Karen |
| Cc: | Aranda, Charity A; Pheney, Michael |
| Subject: | RE: Oxycodone orders |

By way of information, Kate, Vic, Karen and I discussed the large increase in volume being generated by Masters Pharmaceutical, Cincinnati, Ohio as a result an interrupted supply by another vendor. It was determined that Masters has been a customer for approximately one and one half years with no issues. They order approximately 91 skus from Covidien at any given time. Currently, they are ordering approximately 2000 bottles of Oxycodone from us, with a recent order increasing substantially to 24,000 bottles.

Both Kate and Vic have visited the customer in the last 60 days and were able to determine Masters was ordering a large amount from another vendor, much larger than our current level of supply. It was determined that Activas cannot supply customers with Oxycodone at this time in the 15 and 30 mg product because of a recall. Supposition would indicate that the other supplier is Activas based on their market share.

Since there have been no issues with the customer and it is known that Activas is having a recall, both Security and DEA Compliance do not opine that this is a suspicious order.

Bill Ratliff
Director of Security
Covidien
314-654-8112
24 hours 314-654-1600
bill.ratliff@covidien.com

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                          MNK-T1_0000562682

| | |
|---|---|
| **From:** | Harper, Karen |
| **Sent:** | June 04, 2008 1:52 PM |
| **To:** | Ratliff, Bill |
| **Subject:** | FW: Oxycodone orders |

Karen Harper
Manager, DEA Compliance
Covidien
Mallinckrodt Pharmaceutical Products
3600 North Second Street
St. Louis, MO 63147
USA

Telephone (office) (314) 654-1868
Telephone (24/7 access) (314) 654-1600
Fax (314) 654-5648

karen.harper@covidien.com

*This information may be confidential and/or privileged.   Use of this information by anyone other than the intended recipient is prohibited.   If you receive this in error, please inform the sender and remove any record of this message.*

| | |
|---|---|
| **From:** | Stewart, Cathy |
| **Sent:** | June 03, 2008 4:22 PM |
| **To:** | Harper, Karen |
| **Subject:** | FW: Oxycodone orders |

FYI..............
Best Regards,
Cathy Stewart, CPIM
Manager, Dosage Customer Service
Covidien / Mallinckrodt Pharmaceuticals
675 McDonnell Blvd, 10-4-S
Hazelwood, Mo.  63042
Phone:  314-654-1921
Fax:  314-654-6511
Cell:  314-578-2403
Cathy.Stewart@Covidien.Com

*This information may be confidential and/or privileged.   Use of this information by anyone other than the intended recipient is prohibited.   If you receive this in error, please inform the sender and remove any record of this message.*

**From:** Muhlenkamp, Kate M (Neely)
**Sent:** Tuesday, June 03, 2008 4:16 PM
**To:** Stewart, Cathy
**Cc:** Aranda, Charity A; Pheney, Michael
**Subject:** RE: Oxycodone orders

Cathy,

Understood and we are working through that.   They insist that they have the demand and that this was a true shift from Actavis to us as a result of Actavis supply issues.

In the meantime, we are going to parcel their order over a period of time and notify them as such.

Thanks,

Kate Muhlenkamp
Associate Product Manager
Covidien
Mallinckrodt
675 McDonnell Blvd
Saint Louis, MO   63134

(314) 654-3735 - Office
(314) 654-7128 - Fax

www.covidien.com

---
**From:** Stewart, Cathy
**Sent:** Tuesday, June 03, 2008 4:10 PM
**To:** Muhlenkamp, Kate M (Neely)
**Cc:** Aranda, Charity A; Pheney, Michael
**Subject:** RE: Oxycodone orders

**My biggest concern at this point is the sheer increase in volumes that they're ordering now.**

Best Regards,
Cathy Stewart, CPIM
Manager, Dosage Customer Service
Covidien / Mallinckrodt Pharmaceuticals
675 McDonnell Blvd, 10-4-S
Hazelwood, Mo.  63042
Phone:  314-654-1921
Fax:  314-654-6511
Cell:  314-578-2403
Cathy.Stewart@Covidien.Com

*This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.*

---
**From:** Muhlenkamp, Kate M (Neely)
**Sent:** Tuesday, June 03, 2008 4:00 PM
**To:** Stewart, Cathy
**Cc:** Aranda, Charity A; Pheney, Michael
**Subject:** RE: Oxycodone orders

Cathy,

I am working with the NAM and the account to develop a ship schedule for them.   As it stands, we do not have the current inventory available to come close to meeting their needs.

Let me know if you have any questions.

Thanks,

Kate

Kate Muhlenkamp

Associate Product Manager
Covidien
Mallinckrodt
675 McDonnell Blvd
Saint Louis, MO   63134

(314) 654-3735 - Office
(314) 654-7128 - Fax

www.covidien.com

---

| | |
|---|---|
| **From:** | Harper, Karen |
| **Sent:** | Tuesday, June 03, 2008 1:13 PM |
| **To:** | Stewart, Cathy |
| **Cc:** | Muhlenkamp, Kate M (Neely); Aranda, Charity A; Pheney, Michael |
| **Subject:** | RE: Oxycodone orders |

Cathy,
If Masters Pharmacy is an existing established account in good standing, and, given the valid business reason that the other supplier cannot fulfill orders, there is no opposition from the DEA Compliance Suspicious Order Monitoring perspective to servicing the customer.

Karen Harper
Manager, DEA Compliance
Covidien
Mallinckrodt Pharmaceutical Products
3600 North Second Street
St. Louis, MO 63147
USA

Telephone (office) (314) 654-1868
Telephone (24/7 access) (314) 654-1600
Fax (314) 654-5648

karen.harper@covidien.com

*This information may be confidential and/or privileged.   Use of this information by anyone other than the intended recipient is prohibited.   If you receive this in error, please inform the sender and remove any record of this message.*

---

| | |
|---|---|
| **From:** | Stewart, Cathy |
| **Sent:** | June 03, 2008 11:32 AM |
| **To:** | Harper, Karen |
| **Cc:** | Muhlenkamp, Kate M (Neely); Aranda, Charity A; Pheney, Michael |
| **Subject:** | FW: Oxycodone orders |

Karen, this is a significant increase in volumes (10 times).   Apparently their other supplier is unable to get product to them.   We've contacted the business manager (Kate) and their group is meeting today to determine if we will service this customer.

---

**From:** Aranda, Charity A
**Sent:** Tuesday, June 03, 2008 11:29 AM
**To:** Stewart, Cathy
**Subject:** Oxycodone orders

Here are the last three orders for Masters on item 853001:

| | | |
|---|---:|---|
| 70100295 SO MASTERS PHARMACEUT OXYCODONE HCL 30MG | 24048.000 | 06/03/08 |
| 70099788 SZ MASTERS PHARMACEUT OXYCODONE HCL 30MG | 9072.000 | 05/29/08 |
| 70099788 SZ MASTERS PHARMACEUT OXYCODONE HCL 30MG | 3024.000 | 05/29/08 |
| 70099700 SO MASTERS PHARMACEUT OXYCODONE HCL 30MG | 3000.000 | 05/28/08 |
| 70099700 SO MASTERS PHARMACEUT OXYCODONE HCL 30MG | 3000.000 | 05/28/08 |

Item 851501:

| | | |
|---|---:|---|
| 70100295 SO MASTERS PHARMACEUT OXYCODONE HCL 15MG | 4320.000 | 06/03/08 |
| 70099788 SZ MASTERS PHARMACEUT OXYCODONE HCL 15MG | 2016.000 | 05/29/08 |
| 70099603 SO MASTERS PHARMACEUT OXYCODONE HCL 15MG | 3000.000 | 05/27/08 |
| 70099511 SO MASTERS PHARMACEUT OXYCODONE HCL 15MG | 360.000 | 05/23/08 |

Thanks,

Charity Aranda
Supply Chain Analyst
Covidien/Mallinckrodt
675 McDonnell Blvd
Hazelwood, MO 63042
314-654-3738
314-654-6511 fax

HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                    MNK-T1_0000562686