# EXHIBIT 58

Message

| | |
|---|---|
| **From**: | Borelli, Victor [/O=THCG/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=VICTOR.BORELLI] |
| **Sent**: | 1/27/2009 4:12:07 PM |
| **To**: | Steven J. Cochrane [steve@keysourcemedical.com] |
| **Subject**: | RE: Oxy 30 |

Just like Doritos

keep eating, we'll make more.


*Victor M. Borelli*

National Account Manager, Retail
Covidien
Mallinckrodt Pharmaceutical Generics
O:410.308.0633
F:410.308.0634
C:443.204.7914
email: victor.borelli@covidien.com
www.covidien.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

---

**From:** Steven J. Cochrane [mailto:steve@keysourcemedical.com]
**Sent:** Tuesday, January 27, 2009 11:08 AM
**To:** Borelli, Victor
**Subject:** Re: Oxy 30

Keep 'em comin'! Flyin' out of here. Its like people are addicted to these things or something. Oh, wait, people are...

Thank you,
Steve



**Steven J. Cochrane**
*VP, Purchasing*
**KeySource** Medical, Inc.
*An* **Inc. 5**̇ ̇**0** *Company*

e-mail Steve@KeySourceMedical.com
*direct tel* 1-866-371-0408
*cell* 1-516-510-6582

---

**From:** "Borelli, Victor" <Victor.Borelli@Covidien.com>
**To:** Steven J. Cochrane <steve@keysourcemedical.com>
**Sent:** Tuesday, January 27, 2009 10:31:51 AM
**Subject:** Oxy 30

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000559532

Just got a release today.   You will receive 1200 bottles on Thursday morning.

Thanks,

*Victor M. Borelli*

National Account Manager, Retail
Covidien
Mallinckrodt Pharmaceutical Generics
O:410.308.0633
F:410.308.0634
C:443.204.7914
email: victor.borelli@covidien.com
www.covidien.com

This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MNK-T1_0000559533