# EXHIBIT 59

| | |
|---|---|
| **From:** | Stewart, Cathy <Cathy.Stewart@Covidien.com> |
| **Sent:** | Tuesday, May 20, 2008 7:55 PM |
| **To:** | Ratliff, Bill <Bill.Ratliff@Covidien.com>; Harper, Karen <Karen.Harper@Covidien.com> |
| **Subject:** | FW: Sunrise Wholesale |

FYI – the customer service reps all state that Victor will tell them anything they want to hear just so he can get the sale...........

---

**From:** Stewart, Cathy
**Sent:** Tuesday, May 20, 2008 12:15 PM
**To:** Ratliff, Bill; Harper, Karen
**Cc:** Rehkop, Brenda D
**Subject:** FW: Sunrise Wholesale
**Importance:** High

FYI.............. This is a new customer.

---

**From:** Rehkop, Brenda D
**Sent:** Tuesday, May 20, 2008 11:56 AM
**To:** Borelli, Victor
**Cc:** Stewart, Cathy; Gregory, Connie J
**Subject:** RE: Sunrise Wholesale
**Importance:** High

Victor,

Sunrise has sent in three 222 forms this week for CII products. They are not including a PO with the 222 forms and this can become confusing. We must have a hard copy PO with the NDC #s specified. This will eliminate any need for CS to guess which product is being ordered. Please let them know and they can call me if further explanation is needed.

The 222 forms total $195,000. I have put the latest and largest order on hold (it is also waiting to be allocated) till I hear from you. Were you expecting Sunrise to place such a large order?? And do they really want 2520 bottles of OXYCODONE HCL 30MG TABS USP, 100 count each ??

Please advise ASAP.

Thank you,

Brenda Rehkop

Customer Service Representative

Covidien / Mallinckrodt Dosage Pharmaceuticals

675 McDonnell Blvd.

Hazelwood, Mo 63042

CONFIDENTIAL
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000031737
MNK-T1_0000290611

800-325-8888 - phone

800-323-5039 - fax

_____

**From:**   Borelli, Victor

**Sent:**   Tuesday, May 20, 2008 7:57 AM

**To:**   Rehkop, Brenda D

**Subject:**   Sunrise Wholesale

Who is going to be the customer service manager for this new account and can I have that persons phone, fax e mail etc…   I am traveling down to the account and want to supply them with all the proper information.

Also, they will be buying CII's as well, what address to they send that in to?

Thanks,


Victor M. Borelli

National Account Manager, Retail

Covidien

Mallinckrodt Pharmaceutical Generics

O:410.308.0633

F:410.308.0634

C:443.204.7914

email: victor.borelli@covidien.com

www.covidien.com


This information may be confidential and/or privileged. Use of this information by anyone other than the intended recipient is prohibited. If you receive this in error, please inform the sender and remove any record of this message.

CONFIDENTIAL                                                                                                                                                                                    MAL-MI 000031738
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER                                                                                                             MNK-T1_0000290612