# EXHIBIT 63

| | |
|---|---|
| From: | Collier, Ginger L |
| To: | Becker, Steven A; Borelli, Victor |
| CC: | Williams, Jane L |
| Sent: | 11/19/2010 2:51:44 PM |
| Subject: | Oxy Sales by retailer |
| Attachments: | Customer Sourcing More than 2 Dist_Oxy 30 only_Sept 2010 with city county.xlsx |

Here is the data we pulled to determine high volume pharmacies buying from multiple distributors.

Ginger Collier
Sr Director of Marketing
Specialty Generics
Covidien
675 McDonnell Blvd
Hazelwood, MO 63042
314-654-6229 Office
314-651-5132 Cell



Confidential
CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

MAL-MI 000160011
MNK-T1_0000418885