# EXHIBIT 64

# SUMMARY WORKSHEET

From "Customer Sourcing More than 2 Dist_Oxy 30 only_Sept 2010 with city county.xlsx" (MNK-T1_0000418886)

| Sold to Customer Nbr | Customer Name | City | State | Postal Code | County | Gross Sales | Disp Units | Unit % to Total | # of Distributors | % to Average |
|---|---|---|---|---|---|---|---|---|---|---|
| 52088056 | WEST COAST PHARMACY | TAMPA | FL | 33604 | Hillsborough | $ 39,191 | 173,900 | 2.7% | 3 | 499.7% |
| 52026498 | TRU VALU DRUGS | LAKE WORTH | FL | 33460 | Palm Beach | $ 36,555 | 148,000 | 2.3% | 6 | 425.3% |
| 52055776 | MAITLAND PRESCRIPTION SHOPPE | MAITLAND | FL | 32751 | Orange | $ 36,335 | 141,900 | 2.2% | 3 | 407.8% |
| 52012172 | MEDICAL PLAZA PHARMACY | NORTH CHARLESTON | SC | 29406 | | $ 28,169 | 113,000 | 1.7% | 3 | 324.7% |
| 585164 | PHARMCO LLC | NORTH MIAMI BEACH | FL | 33162 | Dade | $ 25,837 | 99,400 | 1.5% | 4 | 285.6% |
| 647513 | A CHEM RX LLC | BROOKSVILLE | FL | 34613 | Hernando | $ 23,994 | 97,600 | 1.5% | 4 | 280.5% |
| 555137 | CAPE CORAL EXPRESS PHARMACY | CAPE CORAL | FL | 33909 | Lee | $ 23,050 | 91,200 | 1.4% | 4 | 262.1% |
| 618408 | GENERIC RX LLC | DEERFIELD BEACH | FL | 33441 | Broward | $ 19,369 | 87,300 | 1.3% | 3 | 250.9% |
| 527799 | UNIVERSITY PHARMACY INC | JUPITER | FL | 33458 | Palm Beach | $ 22,272 | 86,500 | 1.3% | 4 | 248.6% |
| 585436 | HILLS PHARMACY LLC | TAMPA | FL | 33615 | Hillsborough | $ 20,182 | 85,900 | 1.3% | 4 | 246.8% |
| 521400 | TRINITY PHARMACY | SEMINOLE | FL | 33778 | Pinellas | $ 19,349 | 85,800 | 1.3% | 3 | 246.6% |
| 601836 | PREMIER PHARMA SERVICES | TAMPA | FL | 33615 | Hillsborough | $ 19,611 | 83,600 | 1.3% | 3 | 240.2% |
| 52093398 | PHARMACY ONE INC | MIAMI | FL | 33142 | Dade | $ 23,544 | 80,600 | 1.2% | 4 | 231.6% |
| 52063885 | PHARMCORE INC | HALLANDALE | FL | 33009 | Broward | $ 18,748 | 78,600 | 1.2% | 4 | 225.9% |
| 585626 | DAYTONA DISCOUNT PHARMACY | S DAYTONA BCH | FL | 32119 | Volusia | $ 17,175 | 74,900 | 1.2% | 3 | 215.2% |
| 565353 | TRINITY PHARMACY II INC | CLEARWATER | FL | 33764 | Pinellas | $ 17,250 | 74,500 | 1.2% | 3 | 214.1% |
| 50030213 | HABANA HOSPITAL PHARMACY INC | TAMPA | FL | 33614 | Hillsborough | $ 17,333 | 73,000 | 1.1% | 3 | 209.8% |
| 568398 | SIMFAROSE PHARMACY | COOPER CITY | FL | 33024 | Broward | $ 17,310 | 72,600 | 1.1% | 4 | 208.6% |
| 52077987 | THE DRUG SHOPPE | TAMPA | FL | 33607 | Hillsborough | $ 15,655 | 72,000 | 1.1% | 4 | 206.9% |
| 580357 | LAMBRIGHT PHARMACY HM | TAMPA | FL | 33614 | Hillsborough | $ 15,941 | 71,500 | 1.1% | 3 | 205.5% |
| 643009 | EDR GROUP INC | PORT RICHEY | FL | 34668 | Pasco | $ 16,382 | 64,400 | 1.0% | 3 | 185.1% |
| 52049494 | ROBERTS DRUG STORE | MIAMI | FL | 33130 | Dade | $ 18,177 | 62,600 | 1.0% | 3 | 179.9% |
| 564598 | CHAAND INC DISCOUNT | TAMPA | FL | 33613 | Hillsborough | $ 17,894 | 62,100 | 1.0% | 4 | 178.4% |
| 524668 | TREASURE COAST PHARMACY | JENSEN BEACH | FL | 34957 | Martin | $ 11,671 | 61,400 | 0.9% | 4 | 176.4% |
| 571845 | SUNCOAST VITAL CARE | SPRING HILL | FL | 34606 | Hernando | $ 12,976 | 61,200 | 0.9% | 3 | 175.9% |
| 585163 | IRAS DISCOUNT PHARMACY | DELRAY BEACH | FL | 33445 | Palm Beach | $ 13,797 | 57,400 | 0.9% | 5 | 164.9% |
| 52030165 | ALPHA DRUGS | TAMPA | FL | 33619 | Hillsborough | $ 15,043 | 57,200 | 0.9% | 3 | 164.4% |
| 611904 | HARBOUR ISLAND PHARMACY | TAMPA | FL | 33602 | Hillsborough | $ 13,847 | 57,200 | 0.9% | 3 | 164.4% |
| 471524 | ASAP PHARMACY | PINELLAS PARK | FL | 33782 | Pinellas | $ 11,208 | 56,700 | 0.9% | 4 | 162.9% |
| 570590 | BAY LIFE PHARMACY | CLEARWATER | FL | 33756 | Pinellas | $ 12,785 | 56,000 | 0.9% | 3 | 160.9% |

EXHIBIT 16
WIT: Mulinhut T. Cellier
DATE: 1-8-19
C. Campbell, RDR CRR CSR #13921

Page 1 of 7

# SUMMARY WORKSHEET
From "Customer Sourcing More than 2 Dist_Oxy 30 only_Sept 2010 with city county.xlsx" (MNK-T1_0000418886)

| Sold to Customer Nbr | Customer Name | City | State | Postal Code | County | Gross Sales | Disp Units | Unit % to Total | # of Distributors | % to Average |
|---|---|---|---|---|---|---|---|---|---|---|
| 52063248 | PROSCRIPT PHARMACY SERVICES INC. | DAVIE | FL | 33314 | Broward | $ 11,575 | 55,800 | 0.9% | 4 | 160.3% |
| 564597 | DYL LLC | ORLANDO | FL | 32806 | Orange | $ 12,143 | 55,600 | 0.9% | 4 | 159.8% |
| 52022968 | TOWN DRUG OF HOLLYWOOD INC | HOLLYWOOD | FL | 33020 | Broward | $ 14,582 | 55,500 | 0.9% | 4 | 159.5% |
| 609184 | MNR GROUP LLC | NEW PORT RICHEY | FL | 34653 | Pasco | $ 13,637 | 55,100 | 0.9% | 3 | 158.3% |
| 564186 | EXPERT CARE PHARMACY | FORT MYERS | FL | 33905 | Lee | $ 12,056 | 55,000 | 0.8% | 3 | 158.0% |
| 625264 | J M WARD ENTERPRISES LLC | BONITA SPRINGS | FL | 34135 | Lee | $ 14,446 | 53,200 | 0.8% | 3 | 152.9% |
| 52072394 | SHAYONA PHARMACY | PERTH AMBOY | NJ | 08861 | | $ 12,527 | 52,800 | 0.8% | 3 | 151.7% |
| 614494 | AARNA INC PARK DRUGS | PINELLAS PARK | FL | 33781 | Pinellas | $ 10,767 | 51,600 | 0.8% | 3 | 148.3% |
| 570186 | UNIVERSITY DRUGS LLC | TAMPA | FL | 33613 | Hillsborough | $ 11,003 | 51,600 | 0.8% | 3 | 148.3% |
| 609705 | JSK RX LLC | PINELLAS PARK | FL | 33781 | Pinellas | $ 11,913 | 51,100 | 0.8% | 3 | 146.8% |
| 589974 | JS PHARMACY | PORT RICHEY | FL | 34668 | Pasco | $ 10,453 | 49,400 | 0.8% | 3 | 142.0% |
| 572057 | SANDLAKE PHARMACY | ORLANDO | FL | 32819 | Orange | $ 12,502 | 49,400 | 0.8% | 3 | 142.0% |
| 52031200 | BAPTIST MEDICAL ARTS | MIAMI | FL | 33176 | Dade | $ 12,847 | 48,200 | 0.7% | 3 | 138.5% |
| 474488 | G H PHARMACY INC | PINELLAS PARK | FL | 33781 | Pinellas | $ 11,091 | 48,200 | 0.7% | 4 | 138.5% |
| 618854 | HEALTHCARE CORPORATION | BRADENTON | FL | 34207 | Manatee | $ 9,855 | 47,500 | 0.7% | 3 | 136.5% |
| 52092880 | IZZ AND SONS INC | MIAMI | FL | 33127 | Dade | $ 14,257 | 47,400 | 0.7% | 3 | 136.2% |
| 476690 | KINGS DRUGS INC. | TAMPA | FL | 33607 | Hillsborough | $ 11,192 | 47,200 | 0.7% | 3 | 135.6% |
| 614324 | NORTHSIDE PHARMACY | ELKTON | MD | 21921 | | $ 13,840 | 46,800 | 0.7% | 3 | 134.5% |
| 640929 | PINELLAS SPECIALTY PHARMACY | SAINT PETERSBURG | FL | 33713 | Pinellas | $ 9,584 | 46,600 | 0.7% | 3 | 133.9% |
| 52015772 | MEDI DRUG INC | NEW PORT RICHEY | FL | 34652 | | $ 11,229 | 45,400 | 0.7% | 3 | 130.5% |
| 599444 | HUDSON DRUGS LLC | TAMPA | FL | 33618 | | $ 9,069 | 44,400 | 0.7% | 3 | 127.6% |
| 52063944 | PRESCRIPTION SHOPPES | DAYTONA BEACH | FL | 32114 | | $ 11,933 | 44,200 | 0.7% | 3 | 127.0% |
| 616743 | BISK VENTURES INC | KISSIMMEE | FL | 34741 | | $ 9,598 | 43,300 | 0.7% | 3 | 124.4% |
| 553416 | F AND B DRUGS | SAINT PETERSBURG | FL | 33712 | | $ 9,343 | 42,400 | 0.7% | 5 | 121.8% |
| 539990 | FUTURE PHARMACY II LLC | OLD BRIDGE | NJ | 08857 | | $ 7,891 | 41,600 | 0.6% | 3 | 119.5% |
| 52063857 | PRESCRIPTION SHOPPES LLC | KISSIMMEE | FL | 34741 | | $ 11,593 | 41,500 | 0.6% | 3 | 119.3% |
| 616038 | UNITED PHARMACY LLC | WEST PALM BEACH | FL | 33417 | | $ 11,149 | 40,900 | 0.6% | 4 | 117.5% |
| 562506 | EAST COAST PHARMACY | TITUSVILLE | FL | 32796 | | $ 11,149 | 40,800 | 0.6% | 3 | 117.2% |
| 50069581 | PHARMACY CARE INC | FT. LAUDERDALE | FL | 33311 | | $ 11,387 | 40,600 | 0.6% | 4 | 116.7% |
| 52027192 | VICTORY DRUGS | STATEN ISLAND | NY | 10314 | | $ 8,018 | 40,500 | 0.6% | 3 | 116.4% |

# SUMMARY WORKSHEET
From "Customer Sourcing More than 2 Dist_Oxy 30 only_Sept 2010 with city county.xlsx" (MNK-T1_0000418886)

| Sold to Customer Nbr | Customer Name | City | State | Postal Code | County | Gross Sales | Disp Units | Unit % to Total | # of Distributors | % to Average |
|---|---|---|---|---|---|---|---|---|---|---|
| 52058662 | MODERN PHARMACY | MIAMI BEACH | FL | 33139 | | $ 12,587 | 39,900 | 0.6% | 3 | 114.7% |
| 508775 | RIYASH CHEMISTS INC FAIRWAY OAKS PHARMA | HUDSON | FL | 34667 | | $ 10,407 | 39,800 | 0.6% | 3 | 114.4% |
| 585400 | FELKY RX | TAMPA | FL | 33613 | | $ 8,454 | 38,800 | 0.6% | 3 | 111.5% |
| 52054248 | LATO DRUG COMPANY INC | HOLLYWOOD | FL | 33021 | | $ 11,331 | 38,800 | 0.6% | 3 | 111.5% |
| 52081033 | WOOLLEYS PHARMACY | NAPLES | FL | 34112 | | $ 11,207 | 37,100 | 0.6% | 3 | 106.6% |
| 611611 | SUN RX LLC | SUN CITY CENTER | FL | 33573 | | $ 6,975 | 36,500 | 0.6% | 3 | 104.9% |
| 486472 | ACOLOGY PRESCRIPTION COMPOUND | CAPE CORAL | FL | 33990 | | $ 8,148 | 36,000 | 0.6% | 3 | 103.4% |
| 52005845 | DAVIDS PHARMACY AND SURG | POMPANO BEACH | FL | 33064 | | $ 7,174 | 34,800 | 0.5% | 3 | Average |
| 508776 | VANDANA INC DBA DISCOUNT RX | SANFORD | FL | 32771 | | $ 7,352 | 34,500 | 0.5% | 3 | 99.1% |
| 52061711 | PRESCRIPTION CARE PHARMACY | HOLLYWOOD | FL | 33021 | | $ 7,474 | 34,200 | 0.5% | 4 | 98.3% |
| 614036 | UMBRA INC | SAINT PETERSBURG | FL | 33704 | | $ 7,661 | 33,600 | 0.5% | 3 | 96.6% |
| 640931 | ROCK 3 INC | MIMS | FL | 32754 | | $ 9,459 | 33,300 | 0.5% | 4 | 95.7% |
| 583644 | HOLIDAY PHARMACY | TAMPA | FL | 33604 | | $ 7,609 | 33,100 | 0.5% | 3 | 95.1% |
| 614564 | SAINT MARY PHARMACY | LARGO | FL | 33770 | | $ 8,253 | 32,300 | 0.5% | 4 | 92.8% |
| 498175 | SUPERIOR PHCY | TAMPA | FL | 33609 | | $ 6,952 | 32,200 | 0.5% | 3 | 92.5% |
| 52044509 | FUTURE PHARMACY | HOWELL | NJ | 07731 | | $ 6,401 | 32,000 | 0.5% | 3 | 92.0% |
| 579475 | POPE SHENOUDA LLC | HOLIDAY | FL | 34691 | | $ 7,807 | 31,700 | 0.5% | 4 | 91.1% |
| 602002 | ALLEN INVESTOR AND PHARMACY FIRST CO | TAMPA | FL | 33614 | | $ 7,826 | 31,600 | 0.5% | 3 | 90.8% |
| 524624 | THE MEDICINE SHOPPE | LONGBOAT KEY | FL | 34228 | | $ 6,572 | 31,200 | 0.5% | 5 | 89.7% |
| 582847 | ACCESS AMERICARE HEALTH SVC | BOYNTON BEACH | FL | 33436 | | $ 6,243 | 30,800 | 0.5% | 3 | 88.5% |
| 479102 | HEART MED PHARMACY | MIAMI | FL | 33172 | | $ 6,158 | 30,700 | 0.5% | 3 | 88.2% |
| 564038 | GOOD RXV LLC | TRINITY | FL | 34655 | | $ 8,710 | 30,100 | 0.5% | 5 | 86.5% |
| 52057560 | MEDICINE CENTER | ATLANTA | GA | 30315 | | $ 7,127 | 30,000 | 0.5% | 3 | 86.2% |
| 637088 | HMVN LLC | RIVERVIEW | FL | 33578 | | $ 6,708 | 29,800 | 0.5% | 4 | 85.6% |
| 622931 | STOBIDEK INC | BUSHNELL | FL | 33513 | | $ 5,885 | 29,100 | 0.4% | 4 | 83.6% |
| 636530 | KRISHNA PHARMACY LLC | FORT MYERS | FL | 33905 | | $ 6,804 | 29,000 | 0.4% | 3 | 83.3% |
| 497993 | RX PERT 1 | ORANGE PARK | FL | 32073 | | $ 8,247 | 28,900 | 0.4% | 3 | 83.0% |
| 639372 | JEH-NISSI INC | SEFFNER | FL | 33584 | | $ 8,055 | 28,600 | 0.4% | 3 | 82.2% |
| 609120 | NDBP LLC | POMPANO BEACH | FL | 33064 | | $ 6,225 | 28,500 | 0.4% | 3 | 81.9% |
| 602123 | MR RX LLC | TAMPA | FL | 33612 | | $ 7,040 | 28,000 | 0.4% | 4 | 80.5% |

# SUMMARY WORKSHEET
From "Customer Sourcing More than 2 Dist_Oxy 30 only_Sept 2010 with city county.xlsx" (MNK-T1_0000418886)

| Sold to Customer Nbr | Customer Name | City | State | Postal Code | County | Gross Sales | Disp Units | Unit % to Total | # of Distributors | % to Average |
|---|---|---|---|---|---|---|---|---|---|---|
| 52046301 | G & C HEALTHCARE | PORT ORANGE | FL | 32127 | | $ 5,379 | 27,900 | 0.4% | 3 | 80.2% |
| 612371 | MEDEX PHARMACY AND MEDIC | FORT LAUDERDALE | FL | 33316 | | $ 6,309 | 27,700 | 0.4% | 4 | 79.6% |
| 600985 | GATUS PHARMACY | APOPKA | FL | 32703 | | $ 6,336 | 27,600 | 0.4% | 3 | Median |
| 575749 | AB SPECIALTY PHARMACY INC | NEW PORT RICHEY | FL | 34655 | | $ 6,025 | 27,300 | 0.4% | 4 | 78.4% |
| 557579 | CHOICE PHARMACY | TAMPA | FL | 33603 | | $ 6,073 | 27,300 | 0.4% | 3 | 78.4% |
| 483468 | OLD TOWN PHARMACY INC | STATEN ISLAND | NY | 10305 | | $ 6,095 | 26,800 | 0.4% | 3 | 77.0% |
| 621552 | SHAAN BUSINESS INC | LEHIGH ACRES | FL | 33936 | | $ 6,597 | 26,800 | 0.4% | 3 | 77.0% |
| 643816 | DAVE PHARMACY LLC | BOYNTON BEACH | FL | 33426 | | $ 5,997 | 26,700 | 0.4% | 3 | 76.7% |
| 581666 | MEDEX PHARMACY INC | SUNRISE | FL | 33322 | | $ 5,600 | 26,700 | 0.4% | 3 | 76.7% |
| 520653 | PROMISE PHARMACY LLC | PALM HARBOR | FL | 34684 | | $ 6,500 | 26,400 | 0.4% | 4 | 75.9% |
| 550035 | SEVEN HILLS PHARMACY HM | SPRING HILL | FL | 34609 | | $ 7,391 | 26,300 | 0.4% | 3 | 75.6% |
| 604034 | LAKELAND CITY PHARMACY INC | LAKELAND | FL | 33804 | | $ 5,680 | 26,000 | 0.4% | 3 | 74.7% |
| 623530 | JPPD INC | BOCA RATON | FL | 33431 | | $ 5,592 | 25,600 | 0.4% | 3 | 73.6% |
| 644633 | HUDSON PHARMACY INC | HUDSON | FL | 34667 | | $ 5,282 | 25,500 | 0.4% | 3 | 73.3% |
| 642748 | WECARE PHARMACY LLC | TAMPA | FL | 33618 | | $ 5,892 | 25,500 | 0.4% | 3 | 73.3% |
| 571583 | GOODLIFE PHARMACY IN | BOCA RATON | FL | 33432 | | $ 5,555 | 25,400 | 0.4% | 3 | 73.0% |
| 604287 | RISE N SHINE PHARMACY | PEMBROKE PINES | FL | 33029 | | $ 6,749 | 25,300 | 0.4% | 4 | 72.7% |
| 562321 | FARMACIA DEL PUEBLO | NORTH LAS VEGAS | NV | 89030 | | $ 6,425 | 24,100 | 0.4% | 3 | 69.3% |
| 484271 | WOODMONT PHARMACY CORP | TAMARAC | FL | 33321 | | $ 5,611 | 24,000 | 0.4% | 3 | 69.0% |
| 616266 | BLAKE PHARMACY LLC | NEW PORT RICHEY | FL | 34652 | | $ 7,089 | 23,900 | 0.4% | 3 | 68.7% |
| 52056795 | MIDLAND PHARMACY | STATEN ISLAND | NY | 10307 | | $ 6,206 | 23,900 | 0.4% | 3 | 68.7% |
| 586387 | NORTHEAST PHARMACY | PHILADELPHIA | PA | 19149 | | $ 5,025 | 23,700 | 0.4% | 3 | 68.1% |
| 52010521 | GARON PHARMACY | SAINT PETERSBURG | FL | 33702 | | $ 6,622 | 23,400 | 0.4% | 4 | 67.2% |
| 621993 | MMRX HEALTHSOLUTIONS | DADE CITY | FL | 33525 | | $ 6,714 | 22,800 | 0.4% | 3 | 65.5% |
| 52060101 | NUTRI PHARMACY | MIAMI | FL | 33160 | | $ 6,402 | 22,800 | 0.4% | 3 | 65.5% |
| 643814 | WESTSIDE PHARMACY LLC | PLANTATION | FL | 33324 | | $ 4,959 | 22,800 | 0.4% | 3 | 65.5% |
| 641606 | LAMBRIGHT PHARMACY LLC | TAMPA | FL | 33614 | | $ 5,580 | 22,300 | 0.3% | 3 | 64.1% |
| 510784 | TARPON DISCOUNT DRUG | TARPON SPRINGS | FL | 34689 | | $ 5,509 | 21,900 | 0.3% | 4 | 62.9% |
| 555851 | LURDS INC | HUDSON | FL | 34667 | | $ 5,757 | 21,100 | 0.3% | 3 | 60.6% |
| 647019 | EDWARDS PHARMACY | LARGO | FL | 33774 | | $ 5,754 | 21,000 | 0.3% | 3 | 60.3% |

# SUMMARY WORKSHEET
From "Customer Sourcing More than 2 Dist_Oxy 30 only_Sept 2010 with city county.xlsx" (MNK-T1_0000418886)

| Sold to Customer Nbr | Customer Name | City | State | Postal Code | County | Gross Sales | Disp Units | Unit % to Total | # of Distributors | % to Average |
|---|---|---|---|---|---|---|---|---|---|---|
| 572129 | OVIEDO DISCOUNT PHCY | OVIEDO | FL | 32765 | | $ 4,708 | 19,500 | 0.3% | 4 | 56.0% |
| 52015625 | MB DRUGS | BROOKLYN | NY | 11215 | | $ 4,510 | 19,200 | 0.3% | 3 | 55.2% |
| 52072900 | SANTA ROSA PHARMACY | SANTA ROSA BEACH | FL | 32459 | | $ 5,611 | 19,100 | 0.3% | 3 | 54.9% |
| 561939 | TORI INC | TAMPA | FL | 33614 | | $ 4,194 | 19,000 | 0.3% | 3 | 54.6% |
| 593944 | ST MARK'S PHARMACY | PALM HARBOR | FL | 34685 | | $ 4,256 | 18,200 | 0.3% | 3 | 52.3% |
| 500076 | HEALTH PLUS PHARMACY | MIRAMAR | FL | 33025 | | $ 4,846 | 18,100 | 0.3% | 3 | 52.0% |
| 540901 | SUPERIOR PHARMACY LLC | TAMPA | FL | 33615 | | $ 4,458 | 18,100 | 0.3% | 3 | 52.0% |
| 624162 | EDGE PHARMACY | LAKELAND | FL | 33803 | | $ 4,897 | 18,000 | 0.3% | 3 | 51.7% |
| 646850 | HUNTING CREEK POINTE PHARMACY | NEW PORT RICHEY | FL | 34655 | | $ 4,790 | 18,000 | 0.3% | 3 | 51.7% |
| 52054766 | LINTON SQUARE PHARMACY | DELRAY BEACH | FL | 33445 | | $ 4,171 | 17,900 | 0.3% | 3 | 51.4% |
| 578998 | GREY DOG II INC | MIAMI | FL | 33143 | | $ 3,622 | 17,400 | 0.3% | 3 | 50.0% |
| 483479 | MORON DRUG & DISCOUNT CORP | MIAMI | FL | 33144 | | $ 5,498 | 17,400 | 0.3% | 3 | 50.0% |
| 624177 | SCRIPTS "R" US PHARMACY LLC | TITUSVILLE | FL | 32780 | | $ 4,238 | 17,400 | 0.3% | 3 | 50.0% |
| 52055019 | LAKESIDE PHARMACY | CUMMING | GA | 30041 | | $ 3,313 | 17,100 | 0.3% | 3 | 49.1% |
| 623870 | PRIME RX PHARMACY | SAINT PETERSBURG | FL | 33709 | | $ 4,235 | 16,800 | 0.3% | 3 | 48.3% |
| 520710 | SENIORCARE COMM PHCY | TAMPA | FL | 33615 | | $ 3,858 | 16,600 | 0.3% | 3 | 47.7% |
| 591352 | ANV GROUP LLC | CLEARWATER | FL | 33761 | | $ 4,890 | 16,500 | 0.3% | 3 | 47.4% |
| 643896 | GOODLIFE PHARMACY GLADES | BOCA RATON | FL | 33434 | | $ 3,681 | 16,300 | 0.3% | 3 | 46.8% |
| 478657 | RADHIKA CORPORATION | GROVELAND | FL | 34736 | | $ 3,837 | 16,300 | 0.3% | 3 | 46.8% |
| 646545 | SHREE AARNA | BRADENTON | FL | 34207 | | $ 3,295 | 16,300 | 0.3% | 3 | 46.8% |
| 620080 | MEDICINE CABINET PHARMACY 3 | OLIVE HILL | KY | 41164 | | $ 4,157 | 15,800 | 0.2% | 3 | 45.4% |
| 622933 | PHILLY PHARMACY | PHILADELPHIA | PA | 19106 | | $ 3,458 | 15,800 | 0.2% | 3 | 45.4% |
| 642784 | MEDROCK INC | BRANDON | FL | 33511 | | $ 4,101 | 15,600 | 0.2% | 3 | 44.8% |
| 589303 | BUSCH PHARMACY LLC | TAMPA | FL | 33618 | | $ 3,071 | 15,200 | 0.2% | 3 | 43.7% |
| 544697 | CAREPLUS PHARMACY | LAKELAND | FL | 33803 | | $ 4,288 | 14,900 | 0.2% | 4 | 42.8% |
| 597924 | HEPZIBAH INC | THONOTOSASSA | FL | 33592 | | $ 3,781 | 14,800 | 0.2% | 3 | 42.5% |
| 495494 | OLD BRIDGE DRUG & SURGICAL | OLD BRIDGE | NJ | 08857 | | $ 3,167 | 14,500 | 0.2% | 3 | 41.7% |
| 52044413 | FARMACIA SAN ANTONIO | CAMDEN | NJ | 08105 | | $ 3,157 | 14,400 | 0.2% | 3 | 41.4% |
| 52058766 | MOTTO PHARMACY | RIVIERA BEACH | FL | 33404 | | $ 3,591 | 14,400 | 0.2% | 3 | 41.4% |
| 52068175 | ROYAL RX PHARMACY INC | TAMPA | FL | 33617 | | $ 3,878 | 14,400 | 0.2% | 3 | 41.4% |

| Sold to Customer Nbr | Customer Name | City | State | Postal Code | County | Gross Sales | Disp Units | Unit % to Total | # of Distributors | % to Average |
|---|---|---|---|---|---|---|---|---|---|---|
| 604037 | APAA LLC | HOLIDAY | FL | 34691 | | $ 3,010 | 14,300 | 0.2% | 3 | 41.1% |
| 624663 | SHIVAM INC | WEST PALM BEACH | FL | 33409 | | $ 4,078 | 14,200 | 0.2% | 3 | 40.8% |
| 547849 | TRICOUNTY PHARMACY | LAKELAND | FL | 33801 | | $ 3,440 | 14,000 | 0.2% | 3 | 40.2% |
| 572534 | ALPHAMED LLC | PALATKA | FL | 32177 | | $ 3,804 | 13,800 | 0.2% | 3 | 39.7% |
| 616818 | JAI BOHLE INC | LAND O LAKES | FL | 34638 | | $ 2,869 | 13,300 | 0.2% | 3 | 38.2% |
| 603893 | MOUNT HERMON DISCOUNT PHARMACY | SALISBURY | MD | 21804 | | $ 3,833 | 12,900 | 0.2% | 4 | 37.1% |
| 582897 | AC NATIONAL PHARMACY | POMPANO BEACH | FL | 33062 | | $ 3,089 | 12,800 | 0.2% | 3 | 36.8% |
| 619465 | ROCKVILLE PHARMACY INC | ROCKVILLE | MD | 20852 | | $ 3,986 | 12,300 | 0.2% | 3 | 35.3% |
| 636783 | GLOUCESTER CITY PHARMACY | GLOUCESTER CITY | NJ | 08030 | | $ 2,277 | 12,000 | 0.2% | 3 | 34.5% |
| 52032389 | BENAK INC | TAMPA | FL | 33612 | | $ 2,866 | 11,900 | 0.2% | 3 | 34.2% |
| 633765 | CND3 INC | LAKE PARK | FL | 33403 | | $ 2,835 | 11,900 | 0.2% | 3 | 34.2% |
| 586723 | LANE AVE PHARMACY | JACKSONVILLE | FL | 32205 | | $ 2,779 | 11,600 | 0.2% | 3 | 33.3% |
| 591788 | WOODS NATURAL PHARMACY | MARGATE | FL | 33065 | | $ 2,501 | 11,300 | 0.2% | 3 | 32.5% |
| 506658 | SAINT MARY AND JESSIE LLC | PERTH AMBOY | NJ | 08861 | | $ 3,089 | 11,100 | 0.2% | 4 | 31.9% |
| 600584 | SOUTH PACIFIC MEDICAL EQUIP | MIAMI | FL | 33135 | | $ 3,965 | 11,100 | 0.2% | 3 | 31.9% |
| 579699 | ATA PHARMACY | PHILADELPHIA | PA | 19140 | | $ 2,190 | 10,800 | 0.2% | 3 | 31.0% |
| 618112 | HVVP RX LLC | SEMINOLE | FL | 33772 | | $ 2,826 | 10,800 | 0.2% | 3 | 31.0% |
| 52073140 | STANIFER DRUGS | NEW TAZEWELL | TN | 37825 | | $ 3,145 | 10,000 | 0.2% | 3 | 28.7% |
| 644297 | TIMES PHARMACY | TAMPA | FL | 33610 | | $ 2,215 | 9,300 | 0.1% | 3 | 26.7% |
| 635514 | USIPN LLC | MACCLENNY | FL | 32063 | | $ 2,230 | 9,200 | 0.1% | 3 | 26.4% |
| 624308 | RADHIKA CORP | BUSHNELL | FL | 33513 | | $ 2,120 | 9,000 | 0.1% | 3 | 25.9% |
| 52048820 | HUNTINGTON DRUGS | HUNTINGTON STATION | NY | 11746 | | $ 2,518 | 7,200 | 0.1% | 3 | 20.7% |
| 527031 | OSBORNE PHARMACY INC | PLANTATION | FL | 33317 | | $ 2,161 | 7,100 | 0.1% | 3 | 20.4% |
| 616122 | PHARMACY OF AMERICA | PHILADELPHIA | PA | 19124 | | $ 1,630 | 7,100 | 0.1% | 3 | 20.4% |
| 52063426 | PHARMAQUICK, LLC | MIAMI BEACH | FL | 33140 | | $ 2,156 | 6,300 | 0.1% | 3 | 18.1% |
| 474700 | WESTFIELD FAMILY PHARMACY | CAMDEN | NJ | 08105 | | $ 1,468 | 6,100 | 0.1% | 3 | 17.5% |
| 52090950 | FRANWIN PHARMACY | MINEOLA | NY | 11501 | | $ 1,694 | 6,000 | 0.1% | 3 | 17.2% |
| 599440 | E GLAM PHARMACY | PHILADELPHIA | PA | 19144 | | $ 1,203 | 5,900 | 0.1% | 3 | 17.0% |
| 580060 | BROAD STREET PHARMACY | FALLS CHURCH | VA | 22046 | | $ 1,568 | 5,600 | 0.1% | 3 | 16.1% |
| 52024726 | VILLAGE PHARMACIST, INC. | MONTGOMERY VILLAGE | MD | 20886 | | $ 1,568 | 5,600 | 0.1% | 3 | 16.1% |

# SUMMARY WORKSHEET

From "Customer Sourcing More than 2 Dist_Oxy 30 only_Sept 2010 with city county.xlsx" (MNK-T1_0000418886)

| Sold to Customer Nbr | Customer Name | City | State | Postal Code | County | Gross Sales | Disp Units | Unit % to Total | # of Distributors | % to Average |
|---|---|---|---|---|---|---|---|---|---|---|
| 52058251 | MEDPARK PHARMACY, INC. | ANNAPOLIS | MD | 21401 | | $ 1,251 | 4,100 | 0.1% | 3 | 11.8% |
| 506409 | LOCATEL SUNNY ISLES LLC | MIRAMAR | FL | 33029 | | $ 908 | 3,000 | 0.0% | 4 | 8.6% |
| 604198 | CRESSKILL PHARMACY | CRESSKILL | NJ | 07626 | | $ 539 | 2,000 | 0.0% | 3 | 5.7% |
| 52023691 | TORRINGTON PHARMACY | TORRINGTON | CT | 06790 | | $ 491 | 1,600 | 0.0% | 3 | 4.6% |
| 52004306 | ANNAPOLIS PROF PHCY | ANNAPOLIS | MD | 21401 | | $ 416 | 1,400 | 0.0% | 3 | 4.0% |
| | Grand Total | | | | 185 | $ 1,567,106 | 6,474,600 | | | |
| | Average | | | | | $ 8,471 | 34,998 | | | |
| | Median | | | | | $ 6,425 | 27,600 | | | |