# EXHIBIT 66

Brooks Pharmacy Monthly Total 15mg & 30mg Oxy "Sales Qty Govt UOM" 2010-2011
(from MNK-T1_0001519959 & MNK-T1_0001810303)
Masters Termination
Oct. 4, 2010
(MNK-T1_0000291258)
Covidien Termination
Oct. 17, 2011
(MNK-T1_0000289368)
125,000
100,000
75,000
50,000
25,000
0
Jan 2010
Feb 2010
Mar 2010
Apr 2010
May 2010
Jun 2010
Jul 2010
Aug 2010
Sep 2010
Oct 2010
Nov 2010
Dec 2010
Jan 2011
Feb 2011
Mar 2011
Apr 2011
May 2011
Jun 2011
Jul 2011
Aug 2011
Sep 2011
Oct 2011
Masters
Cardinal
EXHIBIT 30
DATE: 1-15-19
C. Campbell, RDR CRR CSR #13921

