EXHIBIT 69

| From: | Harper, Karen |
|---|---|
| To: | Harper, Karen |
| Sent: | 11/18/2010 9:36:10 PM |
| Subject: | FW: Notes to File, Howard Davis |

3rd lengthy conversations about internal memo which called out algorithms in the order entry system as being insufficient
    explained that the internal memo did not give Mallinckrodt credit for other facets (layers) of the program
    Howard again indicated that he didn't know about other parts of the procedure, I showed Howard that the other facets of the program are on the same page of
    the procedure as the algorithm paragraph
    Howard then said that he must have just been focused on the algorithm section

When asked to rewrite the procedure with current enhancements, Howard indicated he wanted to remove the algorithm paragraph.
    Again, I told Howard that the algorithm component would stay in the procedure because it continues to be one part of our multi-part program
    Howard said algorithms are the kiss of death in the eyes of DEA, I told Howard that a Company placing their entire SOM on algorithms would probably be in
    trouble but Mallinckrodt's program has many facets and we are currently adding another improvement with chargeback data analysis

Karen Harper
Mallinckrodt/Covidien Pharmaceuticals
Senior Manager, Controlled Substance Compliance
Global Logistics Group
office phone (314) 654-1868
cellular (314) 401-1573

*This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.*

---

**From:** Harper, Karen
**Sent:** Wednesday, November 17, 2010 3:54 PM
**To:** Harper, Karen
**Subject:** Notes to File, Howard Davis

Quota Discussion
confused St. Louis improvement initiatives around quota tracking for bulk API with Hobart PQ even after several explanations
confused Frank Sapienze consulting advice and continued to reference Frank's role within DEA

Internal Memo Re SOM
Memo focused on deficiencies in algorithms and did not acknowledge other program attributes, even though he had been given both SOM procedures (verified)
Howard came back several days later and indicated that another procedure had been since been put on his desk and now he understood our program better

Mallinckrodt "firing" Howard "quitting"
3 minutes later asking about Karen and Bill's retirement and Howard's future at Mallinckrodt

Failure to have even very most basic pc skills in word and e-mail

possible talking points --
we are going in a different direction with the program

Confidential
HIGHLY CONFIDENTIAL—SUBJECT TO PROTECTIVE ORDER

have to do more with less resources

Karen Harper
Mallinckrodt/Covidien Pharmaceuticals
Senior Manager, Controlled Substance Compliance
Global Logistics Group
office phone (314) 654-1868
cellular (314) 401-1573

*This information may be confidential and/or privileged.  Use of this information by anyone other than the intended recipient is prohibited.  If you receive this in error, please inform the sender and remove any record of this message.*

MAL-MI 000021961

MNK-T1_0000280836