# EXHIBIT 71

## MNK-T1_0000264292 HARVARD (MI) SUMMARY

| Sold Via Child Customer Name | Sold Via Child State |
|---|---|
| THE HARVARD DRUG GROUP MI | MI |
| **Sold Via Child Address Line 1** | |
| DBA FIRST VETERINARY SUPPLY | |

| | | | Customer PO Nbrs | | | OXYCODONE HCL 15MG & 30MG TABS USP | | | |
|---|---|---|---|---|---|---|---|---|---|
| Process Date Quarter | Earliest Process Date | Latest Process Date | Total POs | FL POs | FL % POs | Total Net Sales | Total Sales Qty Govt UOM | FL Sales Qty Govt UOM | FL % Sales Qty Govt UOM |
| 2008 4th Qtr | 9/30/08 | 12/31/08 | 423 | 339 | 80.1% | $64,727 | 232,500 | 195,300 | 84.0% |
| 2009 1st Qtr | 1/1/09 | 3/31/09 | 463 | 371 | 80.1% | $57,208 | 186,400 | 153,900 | 82.6% |
| 2009 2nd Qtr | 4/1/09 | 6/30/09 | 426 | 348 | 81.7% | $67,517 | 172,300 | 145,200 | 84.3% |
| 2009 3rd Qtr | 7/1/09 | 9/30/09 | 1,119 | 1,046 | 93.5% | $212,806 | 543,600 | 513,000 | 94.4% |
| 2009 4th Qtr | 10/1/09 | 12/31/09 | 2,988 | 2,890 | 96.7% | $742,829 | 2,219,400 | 2,167,500 | 97.7% |
| 2010 1st Qtr | 1/1/10 | 3/31/10 | 3,591 | 3,324 | 92.6% | $908,894 | 3,112,800 | 2,704,800 | 86.9% |
| 2010 2nd Qtr | 4/1/10 | 6/30/10 | 3,477 | 3,215 | 92.5% | $1,004,549 | 3,439,300 | 2,880,000 | 83.7% |
| **TOTAL:** | 9/30/08 | 6/30/10 | 12,487 | 11,533 | 92.4% | $3,058,530 | 9,906,300 | 8,759,700 | 88.4% |

Mallinckrodt-Becker-2/19/18
Ex. 615

Page 1 of 2

## MNK-T1_0000264292 HARVARD (MI) SUMMARY

| Sold Via Child Customer Name | Sold Via Child State |
|---|---|
| THE HARVARD DRUG GROUP MI | MI |

| Sold Via Child Address Line 1 |
|---|
| DBA FIRST VETERINARY SUPPLY |

| | | Customer PO Nbrs | | | OXYCODONE HCL 15MG TABS USP | | | | | OXYCODONE HCL 30MG TABS USP | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Process Date Quarter | Earliest Process Date | Latest Process Date | Total POs | FL POs | FL % POs | Total POs | Total Net Sales | Total Sales Qty Govt UOM | FL Sales Qty Govt UOM | FL % Sales Qty Govt UOM | Total POs | Total Net Sales | Total Sales Qty Govt UOM | FL Sales Qty Govt UOM | FL % Sales Qty Govt UOM |
| 2008 4th Qtr | 9/30/08 | 12/31/08 | 423 | 339 | 80.1% | 167 | $14,613 | 75,400 | 56,300 | 74.7% | 256 | $50,115 | 157,100 | 139,000 | 88.5% |
| 2009 1st Qtr | 1/1/09 | 3/31/09 | 463 | 371 | 80.1% | 33 | $3,488 | 18,000 | 16,600 | 92.2% | 430 | $53,720 | 168,400 | 137,300 | 81.5% |
| 2009 2nd Qtr | 4/1/09 | 6/30/09 | 426 | 348 | 81.7% | 66 | $6,046 | 24,000 | 18,800 | 78.3% | 360 | $61,471 | 148,300 | 126,400 | 85.2% |
| 2009 3rd Qtr | 7/1/09 | 9/30/09 | 1,119 | 1,046 | 93.5% | 149 | $17,306 | 68,700 | 59,300 | 86.3% | 970 | $195,500 | 474,900 | 453,700 | 95.5% |
| 2009 4th Qtr | 10/1/09 | 12/31/09 | 2,988 | 2,890 | 96.7% | 545 | $94,311 | 374,400 | 356,200 | 95.1% | 2,443 | $648,518 | 1,845,000 | 1,811,300 | 98.2% |
| 2010 1st Qtr | 1/1/10 | 3/31/10 | 3,591 | 3,324 | 92.6% | 715 | $140,636 | 558,300 | 519,600 | 93.1% | 2,876 | $768,258 | 2,554,500 | 2,185,200 | 85.5% |
| 2010 2nd Qtr | 4/1/10 | 6/30/10 | 3,477 | 3,215 | 92.5% | 565 | $125,723 | 499,100 | 436,700 | 87.5% | 2,912 | $878,826 | 2,940,200 | 2,443,300 | 83.1% |
| TOTAL: | 9/30/08 | 6/30/10 | 12,487 | 11,533 | 92.4% | 2,240 | $402,122 | 1,617,900 | 1,463,500 | 90.5% | 10,247 | $2,656,407 | 8,288,400 | 7,296,200 | 88.0% |