# EXHIBIT 73

PPLPC030000397963

# Audit Committee Meeting
## Controlled Substance Orders Responsibility for Knowing Our Customers

## June 20, 2007

**Presented by: Steve Seid**

1

# DEA Letter to Distributors

- This letter was mailed to "every commercial entity authorized to distribute controlled substances", but it is really aimed at those distributors who supply internet pharmacies or pharmacies that have relationships with suspicious internet operations.

- DEA wants to strongly remind distributors to report suspicious pharmacy related Internet activity  - particularly rogue prescribing sites, using patient questionnaires and fee-based cyberspace consultations, as well as sites that sell prescription medications and controlled substances without requiring a "consult," etc. Essentially, distributors are reminded to "know their customers."

2

# DEA Letter to Distributors

- Pat McGrath and Dan Colucci provided an overview of key controls at the November 7th, 2006 EAC Meeting.

- Russ Gasdia offered to come back to the EAC to confirm what responsibility Purdue has for knowing its end customer.

3

# Purdue Distributes only through Authorized Distributors



## Authorized Purdue Distributors
### as of October 2006

| Company | Address | City | State | Zip | Main Phone |
|---|---|---|---|---|---|
| AmerisourceBergen | 1300 Morris Drive | Chesterbrook | PA | 19087-5594 | 610-727-7000 |
| Anda | 2915 Weston Road | Weston | FL | 33331 | 800-331-2632 |
| Bellco Drug Corp. | 5500 New Horizons Blvd. | N. Amityville | NY | 11701 | 631-789-6300 |
| Borschow Hospital & Medical Supplies, Inc. | Lote 10, Carr 869 Km 4.2 | Guaynabo | PR | 00962 | 787-625-4100 |
| Burlington Drug Company | 92 Catamount Drive | Burlington | VT | 05468-1001 | 802-893-5105 |
| Capital Wholesale Drug Company | 873 Williams Avenue | Columbus | OH | 43212 | 614-297-8221 |
| Cardinal Health | 7000 Cardinal Place | Dublin | OH | 43017 | 514-757-5000 |
| Cesar Castillo | 49A Buonomo Street | Hato Rey | PR | 00919 | 787-999-1616 |
| Dakota Drug, Inc. | 28-32 North Main Street | Minot | ND | 58702-5009 | 701-852-2141 |
| Dik Drug Co. | 160 Tower Drive | Burr Ridge | IL | 60521 | 630-655-4000 |
| DMS Pharmaceutical | 810 Busse Highway | Park Ridge | IL | 60068 | 847-518-1100 |
| Drogueria Betances, Inc | P.O. Box 368 | Caguas | PR | 00726 | 787-653-0951 |
| Drogueria Central | P.O. Box 1366 | Dorado | PR | 00646 | 787-251-2323 |
| The F. Dohmen Co. | W194 N11381 McCormick Drive | Germantown | WI | 53022 | 262-255-0022 |
| Frank W. Kerr Company | 43155 West Nine Mile Road | Novi | MI | 48376 | 248-349-5000 |
| Goodwin Drug Company | 1410 Main Street | Wheeling | WV | 26003 | 304-233-0260 |
| H.D. Smith Wholesale Drug Co. | 4650 Industrial Drive | Springfield | IL | 62703 | 217-753-1688 |
| Harvard Drug Company | 31778 Enterprise Drive | Livonia | MI | 48150 | 734-743-6300 |
| J.M. Blanco | P.O. Box 71480 | San Juan | PR | 00936-8580 | 787-793-6262 |
| Smith Drug Company | 9098 Fairforest Road | Spartanburg | SC | 29301 | 864-582-1216 |
| King Drug Company of Florence | 605 West Lucas Street | Florence | SC | 29501 | 800-922-9597 |
| Kinray Inc. | 152-35 10th Avenue | Whitestone | NY | 11357 | 718-767-1234 |
| Louisiana Wholesale Drug Company, Inc. | 301 Hwy 167 N. | Sunset | LA | 70584 | 337-612-1040 |
| McKesson Corporation | One Post Street | San Francisco | CA | 94104 | 415-983-8300 |
| Miami-Luken | 265 Pioneer Boulevard | Springboro | OH | 45066 | 937-743-7775 |
| Morris & Dickson Co., Ltd. | 410 Kay Lane | Shreveport | LA | 71115 | 318-797-7900 |
| NC Mutual Wholesale Drug Co. | 816 Ellis Road | Durham | NC | 27703-9979 | 919-596-2151 |
| Prescription Supply, Inc. | 2233 Tracy Road | Northwood | OH | 43619 | 419-661-6600 |
| Rochester Drug Cooperative | 50 Jet Drive | Rochester | NY | 14624 | 800-333-0538 |
| Valley Drug Company | 209 Green Ridge Road | New Castle | PA | 16105 | 724-856-7235 |
| Valley Wholesale Drug Company | 1401 West Fremont Street | Stockton | CA | 95203-2697 | 209-466-0131 |
| Value Drug Company | One Golf View Drive | Altoona | PA | 16601 | 814-944-9316 |

# Purdue Conditions of Sale

Purdue's published Conditions of Sale with our Authorized Distributors provided guidance for their responsibilities around "knowing their customers":

- An Authorized Distributor of Record (ADR) for Purdue is required to purchase all Purdue products that the authorized distributor of record distributes from Purdue.  Purchase of any Purdue products for distribution from other than Purdue will be considered a compromise of product integrity.
- An ADR is authorized to distribute Purdue products to appropriate retail pharmacies, online pharmacies, institutions, and healthcare professionals, who meet state licensure in the state(s) in which a wholesaler operates. Appropriate online pharmacies that dispense Purdue products must meet all state and federal guidelines for dispensing prescription drugs on a valid prescription that meets all legal requirements.
- An ADR cannot make improper product claims or misrepresentations of Purdue products.  This includes, but is not limited to, the dissemination of false information about a Purdue product and the dissemination of product mislabeled or altered from the approved labeling.

6

# Knowing our Customers

- For 13 of the Authorized Distributors we have a system in place in SAP that alerts Steve Seid in the event orders are out of normal parameters, requiring Steve's review. ALL sales orders for controlled substances are subject to SOP 7.7 – System to disclose suspicious orders of Controlled Substance

- Only two retailers have bought directly from Purdue, Walgreen and Wal-Mart, but do not do so now.

- If we are concerned about their customer base we have the right to stop selling the account. Recently a division of AmerisourceBergen was shut down by the DEA for selling to certain internet pharmacies. ABC contends they had they valid DEA licenses on file. They have since ceased shipping the accounts in question.

7

# Knowing our Customers

- When get a request for an account to purchase directly it is vetted through Sales, Credit (Dan Colucci), and Corporate Security. It has been a couple of years since we authorized a distributor.

8