# EXHIBIT 74

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2               NORTHERN DISTRICT OF OHIO

 3                    EASTERN DIVISION

 4

 5   ---------------------------) MDL No. 2804

 6   IN RE NATIONAL PRESCRIPTION  )

 7   OPIATE LITIGATION           ) Case No. 17-md-2804

 8                               )

 9   This document relates to:   ) Hon. Dan A. Polster

10   All Cases                   )

11   ---------------------------) VOLUME I

12

13                  HIGHLY CONFIDENTIAL

14       SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

15

16            The videotaped deposition of STEPHEN SEID,

17   called for examination, taken pursuant to the Federal

18   Rules of Civil Procedure of the United States District

19   Courts pertaining to the taking of depositions, taken

20   before JULIANA F. ZAJICEK, a Registered Professional

21   Reporter and a Certified Shorthand Reporter, at the

22   offices of Dechert LLP, Suite 3400, 35 West Wacker

23   Drive, Chicago, Illinois, on December 12, 2018, at

24   1:43 p.m.
```

1    Q.    And what kind of experience did you have

2  going into the job with wholesalers and chains?

3    A.    I had had some experience as a sales rep

4  and district manager and to some degree as a regional

5  manager calling on those accounts, dealing with those

6  accounts, actually supporting the national accounts

7  groups -- group with a couple of accounts.

8    Q.    And why would you have been calling on

9  wholesalers as a -- when you were in the regional

10 manager position?

11   A.    Because the national accounts group at

12 that time was heavily focused, although they had

13 responsibility for the products going into wholesalers

14 and chains, that they didn't have as much day-to-day

15 responsibilities for prescription products.  So to

16 support them to a -- to some degree we would call on

17 some of those accounts.

18   Q.    And did that change over time that the

19 wholesalers began to have more responsibility for

20 prescription products or to increase their

21 responsibility with respect to prescription products?

22   A.    The department had more responsibility,

23 not the wholesalers.

24   Q.    I see.  The -- the department at Purdue?

1     A.    Yes.

2     Q.    So initially the department at Purdue was

3     involved with wholesalers and chains with respect to

4     over-the-counter products?

5     A.    With over-the-counters primarily they had

6     responsibility for the Rx products, but they just

7     didn't spend a lot of time with them.

8     Q.    And was that beginning to change before

9     you became --

10    A.    It was beginning to change some, but it

11    changed dramatically when I took the position.

12    Q.    And -- and why did it change dramatically,

13    apart from you taking it over, but what did -- what

14    did you do to change it?

15    A.    I felt that -- the first thing I did was I

16    upped the education of my team on both business and --

17    and products and marketplace to make them more of

18    business and marketplace experts so that they could be

19    a greater resource for their accounts.  I got them

20    engaged with the products from product knowledge-wise

21    even though they didn't have to spend as much time,

22    they didn't call on healthcare professionals, because

23    I felt that it was important that they knew it better

24    than they did, and I upped their level of engagement.

Highly Confidential - Subject to Further Confidentiality Review

1    Q.    Would it be fair to say that you had

2  your -- your people undergo some of the same types of

3  training about the products that the sales

4  representatives would have?

5    A.    Yes.

6    Q.    And how did you do that?  Did they take

7  the sales training modules?

8    A.    Yes, they did.

9    Q.    And who was it that you had do that on

10  your team?  What -- what -- how many were on your team

11  when you -- when you went in as the senior director of

12  national accounts?

13    A.    There were four national account reps.

14    Q.    And those national account reps had not

15  had that training previously?

16    A.    They had some of it.  They just didn't

17  have it to the frequency and depth they did

18  afterwards.

19    Q.    Okay.  And did you have those four

20  national account representatives undergo the sales

21  representative training with respect to the products

22  that they would be responsible for?

23    A.    They went to similar training, not

24  necessarily the exact training, but similar training.

1      Q.    And how did you do that?

2      A.    Either by formal training through the

3  training department or online training modules or

4  training we would do at meetings.

5      Q.    Did they have to take any quizzes or

6  become certified?

7      A.    Yeah, they had to take quizzes.

8      Q.    And did you -- did you grade them?

9      A.    No.

10      Q.    Did you know what they got on them?

11      A.    Yes.

12      Q.    Did everybody do okay?

13      A.    Yeah, some better than others as in any

14  group, but they did -- they did fine.

15      Q.    And MS Contin and OxyContin, both

16  continual release as well as immediate release were

17  part of that training?

18      MR. HOFFMAN:  Object to form.

19  BY THE WITNESS:

20      A.    Any product that Purdue was distributing

21  was part of the training, and if there was a new

22  product, when Butrans came out or whatever product

23  came out, Intermezzo, they were trained on it.

24  BY MS. CONROY:

1    Q.    Okay.  And you believe that prepared them

2    to have better interaction with their customers who

3    were the wholesalers?

4    A.    Yes, I did.

5    Q.    And did you have any metrics on that?

6    Could you -- could you tell whether it work -- whether

7    your idea worked?

8    A.    Certainly by observation of the frequency

9    and the levels of the organizations they dealt with,

10   it looked to have impact.

11   Q.    And it -- it looked to have impact because

12   they sold a lot more product to the wholesalers,

13   correct?

14   A.    No, they weren't -- it wasn't about

15   selling more product, it was to be -- have a better

16   understanding of why the wholesaler carried what

17   inventory they -- they carried and how they

18   distributed it.  And particularly as it related to the

19   issues related to the safe, secure distribution of the

20   product, it enabled them to get into different and

21   higher levels of the organization to the point where

22   they were a useful resource to the people in the

23   supply chain and customer service.  They did things

24   that -- it was great exposure for them also.  They

1    didn't just go to an office.  They went to -- into

2    vaults and saw how the product was stored and how it

3    was received.

4        Q.    Having them do that didn't decrease sales

5    for Purdue, did it?

6        MR. HOFFMAN:  Object to form.

7    BY THE WITNESS:

8        A.    No.

9    BY MS. CONROY:

10       Q.    And was management supportive of this?

11       A.    Yeah, yes, they were.

12       Q.    And how did they -- how did management

13   learn about that?  Did you -- were you reporting to

14   somebody at that time?

15       A.    Yeah.  Jim Lang, Russ Gasdia, Mark

16   Alphonso at various times.

17       Q.    And were they supportive of you increasing

18   the training of -- of your national account

19   representatives and having them out in the field?

20       A.    Yes.

21       Q.    And at this time are you also taking a

22   look at what data is available to you?

23       A.    I looked at -- my responsibility at that

24   time when I first came in was a commercial

Highly Confidential - Subject to Further Confidentiality Review

1   responsibility.  So sales numbers, inventory numbers,

2   inventory levels, returns, out-of-date goods, that --

3   those type of things.  So the data I looked at related

4   to the business.

5        Q.    Had you had any familiarity with inventory

6   numbers and levels as a regional manager?

7        A.    Not much.

8        Q.    So this was new for you?

9        A.    Yeah, to a great degree it was new.

10       Q.    And how did you acquaint yourself with

11  what was available and what you would need in order

12  to -- in order to know what the inventory numbers were

13  and to understand what the returns were, how did --

14  how did you familiarize yourself with that?

15       A.    I did something that my predecessor failed

16  to do and that was to reach out to every department

17  that my folks touched and that touched my department.

18  And I spent time with -- with logistics and customer

19  service and finance and medical and regulatory and

20  anybody who touched the product and to help it get out

21  into the marketplace.

22            And the other thing I did was pack my bag

23  and go out and see my customers, because the best way

24  to find out what a customer needs and who they are is

1      to look them in the eye.

2          Q.    Okay.  Let's start first with reaching out

3      to the departments at Purdue.

4                And you mentioned that you went to

5      logistics.  That's at Purdue?

6          A.    Yes.

7          Q.    That's an internal department?

8          A.    Yes.

9          Q.    And what could logistics tell you?

10         A.    Logistics, we talked about how the product

11     was shipped, how inventory levels were developed, what

12     quotas looked like, what issues may be affected by

13     quota.  Certainly as we got towards the end of the

14     year, which helped me manage inventory, how we could

15     interface with logistics and help them be more

16     efficient in shipping the product so that it was more

17     efficiently and securely received, how to help avoid

18     anything from damages to returns.  So that was big

19     with logistics.

20         Q.    Did logistics have a -- data or a

21     database?

22         A.    I'm sure they did.

23         Q.    Is that something that you were interested

24     in to -- or were you -- or did you already have that

Highly Confidential -- Subject to Further Confidentiality Review

```
 1    data at national accounts?

 2         A.    I had, yeah, pretty much the data I

 3    needed.

 4         Q.    So you didn't need to build your data, you

 5    just needed to understand what was behind the data

 6    that you already had access to?

 7         A.    Yes.

 8         Q.    And one way you did that was by -- by

 9    going and learning about all of the items you just

10    told me about --

11         A.    Yes, correct.

12         Q.    -- with the logistics department?

13         A.    Um-hum.

14         Q.    Okay.  You mentioned customer service.

15               What did you want to talk to them about?

16         A.    I wanted customer service to realize that

17    national accounts wasn't their enemy and that they

18    actually could talk to us and talk to my people and

19    they could do so in a normal tone of voice.  So that

20    was step one.  And then how they could more

21    efficiently service our customers and how we could

22    help them do so.

23         Q.    Who was -- give me the dynamic, who is

24    usually angry on this --
```

```
1        A.    I didn't -- I -- well, to be honest with

2   you, I couldn't understand why anybody was angry with

3   anybody.  It was -- it was literally open warfare.

4        Q.    Okay.

5        A.    Which I couldn't understand from the

6   minute I walked in.

7        Q.    And what was -- what were they fighting

8   about?

9        A.    Customer service didn't want national

10  accounts to tell them what to do and customer

11  service -- and national accounts didn't want customer

12  service to tell them what to do, and they were

13  communicating mostly in writing because they couldn't

14  be in the same room.

15       Q.    Were they in the same physical building?

16       A.    Yes.

17       Q.    And what was customer service responsible

18  for?

19       A.    They were responsible for getting orders

20  and making sure they get out and dealing with customer

21  issues, dealing with returns to a -- a great degree.

22       Q.    And were they dealing with -- was customer

23  service dealing with opioids at that point?

24       A.    They were dealing with all products.
```

```
 1        Q.    Okay.  And so customer service would

 2   receive an order for OxyContin from a particular

 3   wholesaler, is that a possibility?

 4        A.    Yes.

 5        Q.    And you were trying to communicate with --

 6   your national account representatives wanted to be --

 7   you wanted them to be able to communicate with

 8   customer service so they would understand if there

 9   were issues with either the orders or the returns or

10   any other kind of issues that might come up?

11        A.    Yeah, up until about 2010, 2009,

12   because in an electronic ordering world, Class 2s were

13   paper driven on NCR paper, probably the only place

14   left in the country that still used the NCR paper.

15   And since it was all -- everything traveled by mail,

16   efficiency in getting it done could mean out of stock

17   or in stock, so working together we facilitated making

18   that a more smooth running operation.

19        Q.    Okay.  And -- and you -- that was

20   something that you facilitated?

21        A.    I -- I had a good partner in the director

22   of customer service.

23        Q.    And who was that?

24        A.    Laura Watson.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        Q.    I'm sorry?

 2        A.    Laura Watson.

 3        Q.    Oh, when we saw her name, she was one of

 4   the names that you mentioned in your list that you

 5   showed me this morning, correct?

 6        A.    Right.

 7        Q.    And who headed up logistics, if you

 8   recall?

 9        A.    Jeff Zerillo, Z-e-r-i-l-l-o.

10        Q.    When you were talking earlier, and we'll

11   get into this in more detail, but when you were

12   talking earlier today about red flags or alerts with

13   respect to particular shipments of opioids or whether

14   a shipment was larger than the -- than the month or

15   six months prior to that, would that data be flagged

16   by customer service or --

17        A.    The system would flag it.

18        Q.    And whose -- whose system was it?

19        A.    It was the -- you mentioned ValueCentric

20   early on.

21        Q.    Um-hum.

22        A.    It was the data feed that we were getting

23   from them that was put through our order system.

24        Q.    And would that be available to both
```

```
 1    the retailer.  So it would just look -- it would get

 2    rid of this arrow here?

 3         A.    Yeah.

 4         Q.    Okay.

 5         A.    Yes.

 6         Q.    Now, let's talk about in this chart where

 7    the money is going.

 8               The Walgreens Corp. -- corporate orders

 9    directly to Purdue corporate.  Who gets billed for

10    that order?  Who pays for that?

11         A.    If that was the case, Walgreens would get

12    billed.

13         Q.    And would it be Walgreens corporate that

14    would be billed?

15         A.    Correct.

16         Q.    And so this -- the -- the money would go

17    this way?

18               Oh, you can't see it at all.  So the -- so

19    Walgreens -- so the bill would go from Purdue

20    corporate to Walgreens corporate, Walgreens corporate

21    would then pay the bill back to Purdue corporate?

22         A.    Yes.

23         Q.    Okay.  When the order comes from McKesson,

24    who do you send the bill to?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        A.    McKesson.

 2        Q.    And then McKesson sends the money back to

 3   corporate?

 4        A.    Correct.

 5        Q.    Is that correct?

 6              Now, the data issues that we spoke about

 7   this morning and a little bit this afternoon, you, in

 8   national accounts, you are receiving daily -- I know

 9   sometimes it's weekly, but you had -- you would like

10   daily information with respect to the product that

11   goes out as well as -- the product that's left the

12   wholesaler or the distribution center, as well as how

13   much product went in, that's coming to you at national

14   accounts?

15        A.    Yes.

16        Q.    And where is that coming from?

17              Are you getting that data from Walgreens

18   corporate or do you get the data from the Walgreens

19   distribution center?

20        A.    In this scenario we would not be getting

21   data from Walgreens.  The data only comes from the

22   wholesaler.

23        Q.    I didn't hear the last thing.

24              Only from the wholesaler, so only from --
```

1    you would not get any data from Walgreens?

2          A.    Right.

3          Q.    And that's because of what you told me

4    they had the -- the blinded policy or blocked policy?

5          A.    No, we would not be getting it at the

6    store level in this case because Walgreens ordered

7    direct.  They stopped ordering direct altogether

8    after -- shortly after this slide was produced.

9          Q.    Okay.  If they -- when they stopped

10   ordering direct, were they then going through a

11   wholesaler --

12         A.    Yes.

13         Q.    -- like McKesson?

14         A.    Yes.

15         Q.    Which -- which wholesaler did they use?

16         MR. STANNER:  Objection to form.

17   BY THE WITNESS:

18         A.    AmerisourceBergen.

19   BY MS. CONROY:

20         Q.    And would that mean that after -- after

21   they stopped ordering directly to corporate and they

22   were using AmerisourceBergen, would you in national

23   accounts be receiving that daily data from Ameri --

24   about the Wal -- about Walgreens from

1    AmerisourceBergen?

2        A.    This was 20-- -- 2006.  I don't believe we

3    were getting the data at that time.

4        Q.    When do you think it started that you got

5    the data?

6              Let -- let me ask it this way.  We talked

7    earlier about the suspicious order monitoring and that

8    seemed to be at the very beginning of 2007.

9              Were you getting it by 2007?

10       A.    I believe it was later than that, but I

11   don't have the exact date off the top of my head.  It

12   was later than that.  I don't have the exact date.

13       Q.    Did you have any other way of getting

14   individual store data in 2007 other than from a

15   wholesaler?

16       A.    The only way we got sell out data was

17   through a wholesaler if we had an agreement in place.

18       Q.    What about from IMS, did you ever use IMS

19   for this -- for some ability to see what was happening

20   at the retail level?

21       A.    I did not use IMS for that.

22       Q.    Up until the wholesalers were involved and

23   that data was available, did you not have -- did you

24   not have data with respect to what was being held and

1    sold out of the distribution centers?

2        MR. HOFFMAN:  Object to form.

3    BY THE WITNESS:

4        A.    Could you rephrase that?  I'm not sure.

5    BY MS. CONROY:

6        Q.    Sure.

7        A.    You --

8        Q.    I -- you -- when you first spoke to me

9    about this, we talked -- you talked about there being

10   paper forms back and forth and a lot of difficulty in

11   evaluating what -- what inventories were with the

12   wholesalers.

13           Do you recall that testimony?

14       A.    I believe I indicated that it was

15   difficult to know what was sold out.  We always knew

16   what was sold in.

17       Q.    Okay.  So you -- you always knew what you

18   sent to the wholesaler?

19       A.    Correct.

20       Q.    Is that correct?

21           And you always knew what you sent to

22   Walgreens or anyone else that had a direct contract,

23   correct?

24       A.    Correct.

1    Q.    What it was then difficult to determine

2  was how much went out from the wholesaler?

3    A.    How much was sold.

4    Q.    Okay.  And at some point you had some

5  ability to collect that data?

6    A.    Yes, once we had agreements in place.

7    Q.    And those were the fee-for-service

8  agreements?

9    A.    That is correct.

10    Q.    And you did not have that data until you

11  entered into the fee-for-service agreements?

12    A.    That is correct.

13    Q.    And you did not use IMS for that purpose?

14    A.    No.

15    Q.    And once you had the fee-for-service

16  agreements in place, were you using -- were you using

17  ValueCentric at that point or was there some other

18  data company that you were using?

19    A.    We were using a -- a different vendor who

20  was -- I will -- I don't remember.

21    Q.    Did it have "Edge" in the name?

22    A.    Oh, Edge Dynamics, thank you for that.

23    Q.    Edge.  Okay.  So it was -- it was -- how

24  long was it Edge Dynamics?

```
 1        A.    I'm thinking about three years.

 2        Q.    Okay.  And then it went to ValueCentric?

 3        A.    ValueCentric.

 4        Q.    Is there a difference between ValueCentric

 5   and ValueTrak, or is one of them the name of the

 6   product?

 7        A.    ValueTrak is the product.

 8        Q.    Do you recall when you started to use

 9   ValueCentric or when you started to use Edge Dynamics,

10   so can you put any kind of a -- any kind of years on

11   it?

12        A.    It is just an estimate, I think Edge was

13   2003 to 2006 and after that it was ValueCentric would

14   be my estimate.

15        Q.    And it was ValueCentric until May of 2014

16   at least?

17        A.    At least.

18        Q.    Do you know if -- if Purdue still uses

19   ValueCentric?

20        A.    I don't know.

21        Q.    Let's just -- don't put that too far away

22   because I'll probably have some more questions about

23   it, but -- so, do you want a Post-It note to keep that

24   page?
```

```
 1        MS. PORTER:  Thank you.

 2   BY MS. CONROY:

 3        Q.    Did you have any fee-for-service

 4   agreements in place during the time that you were

 5   using Edge Dynamics?

 6        A.    Yes.

 7        Q.    Do you recall who you had those in place

 8   with?

 9        A.    I don't recall all of the accounts, but

10   certainly the may -- three major wholesalers.

11                  (WHEREUPON, a certain document was

12                   marked Purdue-Seid Deposition Exhibit

13                   No. 007, for identification, as of

14                   12/12/2018.)

15   BY MS. CONROY:

16        Q.    I'll show you what I'm marking as

17   Exhibit 7.  PPLPC004000247116 and 118 is the native

18   production of a "2010 National Accounts," this says

19   "Level 150."

20              Is that also a training --

21        A.    Yes.

22        Q.    -- training deck?

23              What's Level 150?

24        A.    I think it's the second phase of new
```

1    hires, they were probably out in the field for a while

2    and come back.

3         Q.    And this is a -- you've sent this to Janet

4    Koch on Friday, August 20th, 2010.

5              Do you see that?  And then you have

6    attached the slide deck?

7         A.    Um-hum.  Yes.

8         Q.    Okay.  And this looks pretty familiar from

9    what we looked at before, we got a little bit

10   better -- the New Jersey guys are a little bit better

11   dressed this time around.

12             Then if you would turn to, there is

13   another diagram in here -- or let's -- before we do

14   that, let's look.  These are numbered.  Let's go to

15   Page 16.  And this is 2010.

16             Is Ms. Reuss -- has she moved or is she

17   just not on this chart?

18        A.    She got remarried.

19        Q.    Oh, okay.  So what's her last name?

20        A.    Sicillano.

21        Q.    Got it.  Okay.

22             And now you have one analyst, is that

23   correct, instead of two?

24        A.    Yes.

```
 1        Q.    Okay.  And then here are your four

 2   national account managers?

 3        A.    Yes.

 4        Q.    And the -- and their responsibilities?

 5        A.    That's correct.

 6        Q.    And then if you turn to the first diagram,

 7   which is:  "The Purdue chain drug supply chain

 8   warehousing (with vault)."

 9              Do you see that?

10        A.    Yes.

11        Q.    So this is a picture of, here in the

12   center, this is Purdue in Stanford, Connecticut,

13   correct?

14        A.    Yes.

15        Q.    That's the company headquarters?

16        A.    Yes.

17        Q.    And then take a look at the orange arrows.

18   There is an orange arrow out that says "Walgreen 222."

19              What does that mean?

20        A.    That if there is a Walgreen-specific order

21   that is designated not for their warehouse but to be

22   distributed through Cardinal, it would be -- well,

23   that's really not the case.

24              What this is showing is that -- an account
```

1  like Walgreens that has a vault can order direct or

2  they can get product through the wholesaler.

3       Q.    I -- oh, I see.  Okay.

4             So on the left-hand side we have Walgreens

5  and the green arrow is a -- is a direct order?

6       A.    Right.

7       Q.    And on the right-hand side it's a

8  wholesaler order?

9       A.    Correct.

10      Q.    And then when it's a direct order, Purdue

11  is sending that order down to Purdue Pharmaceuticals

12  in Wilson, North Carolina, we've got a picture of that

13  manufacturing plant, and then the product goes out to

14  the Walgreens distribution center that has the vault,

15  correct?

16      A.    Correct.

17      Q.    And then it goes out to the individual

18  stores.

19            And in a direct order, would Purdue

20  national accounts in 2010 see any of the data with

21  respect to Walgreens if they had a fee-for-service

22  with Walgreens?

23      A.    We would not have a fee-for-service with

24  Walgreens.

```
 1        Q.     And so you would not see -- you would not

 2   see the data?

 3        A.     They would not see the store-level data.

 4        Q.     And then if we take a look on the

 5   right-hand side, Cardinal Health places an order on

 6   behalf of Walgreens, is that correct?

 7        A.     Correct.

 8        Q.     And then Purdue sends that order to

 9   Wilson, North Carolina, the product is then sent back

10   to Cardinal Health, the distribution center that has a

11   vault, correct?

12        A.     Correct.

13        Q.     And then that is delivered in this big

14   arrow to the Walgreens distribution center with a

15   vault or can it go to the individual Walgreens?

16        A.     Either they had -- they would do on

17   occasion overlapping.

18        Q.     So --

19        A.     Ultimately it was Cardinal to the stores.

20        Q.     Okay.  So -- so at some point you would --

21   it would go directly to the stores from Cardinal and

22   that sort of data you could see, correct?

23        A.     Probably not until a couple of years after

24   this.
```