# EXHIBIT 78

| | |
|---|---|
| **To:** | valueTrak@valuecentric.com[valueTrak@valuecentric.com] |
| **From:** | Seid, Stephen |
| **Sent:** | Mon 7/13/2009 4:47:13 PM |
| **Subject:** | RE: Item Exceeds Average |

Approved

*Steve Seid*
*National Accounts*
*& Trade Relations*

**From:** valueTrak@valuecentric.com [mailto:valueTrak@valuecentric.com]
**Sent:** Monday, July 13, 2009 1:42 PM
**To:** Seid, Stephen
**Subject:** Item Exceeds Average

DATE CREATED:  07/13/2009 1:41 PM

The following exception was generated based on the Order # 0000371303:

| | |
|---|---|
| EXCEPTION: | Order Management Exceptions & Alerts<br><br>Item On Order Exceeds Average Order Size |
| TRIGGER: | Item Total of **$166,374.00** (162 Units) on Order #0000371303 exceeded it's **6-Week** Average (**$135,564.00** / 132.00 units) by **22.73%**. |
| TRANSACTION DATE: | MON JULY 13, 2009 |
| TRADING PARTNER: | SMITH DRUG |
| LOCATION: | SMITH DRUG COMPANY - VALDOSTA |
| PRODUCT: | 59011010710 - OXC180<br><br>OXYCONTIN 80 MG CR TABLETS 100'S |

The Exception was generated based on the Parameters & Settings defined at the

CONFIDENTIAL
PPLPC004000207529

following level:

| | |
|---|---|
| LEVEL: | Product Master Record |
| PARAMETER SETTING: | Create Exception if Item On Order Exceeds Average Order Size.<br>NUMBER OF WEEKS' ORDERS TO USE IN AVERAGE: **6 Weeks**<br>AVERAGE EXCEEDED BY XX%: **20.00%**<br>ORDER HANDLING: **Hold order** |

CONFIDENTIAL
PPLPC004000207530