EXHIBIT 79

**To:** valueTrak@valuecentric.com[valueTrak@valuecentric.com]
**From:** Seid, Stephen
**Sent:** Mon 7/13/2009 12:19:16 PM
**Subject:** RE: Item Exceeds Average

Approved

*Steve Seid*
*National Accounts*
*& Trade Relations*

---

**From:** valueTrak@valuecentric.com [mailto:valueTrak@valuecentric.com]
**Sent:** Monday, July 13, 2009 11:36 AM
**To:** Seid, Stephen
**Subject:** Item Exceeds Average

DATE CREATED:  07/13/2009 11:35 AM

The following exception was generated based on the Order # 0000371465:

| | |
|---|---|
| EXCEPTION: | Order Management Exceptions & Alerts |
| | Item On Order Exceeds Average Order Size |
| TRIGGER: | Item Total of **$5,227.68** (12 Units) on Order #0000371465 exceeded it's **6-Week** Average (**$3,194.69** / 7.33 units) by **63.64%**. |
| TRANSACTION DATE: | MON JULY 13, 2009 |
| TRADING PARTNER: | HD SMITH WHOLESALE DRUG CO |
| LOCATION: | HD SMITH WHOLESALE DRUG - CARSON |
| PRODUCT: | 59011083010 - OXC130 |
| | OXYCONTIN 30 MG CR TABLETS 100'S |

The Exception was generated based on the Parameters & Settings defined at the

CONFIDENTIAL

following level:

| | |
|---|---|
| LEVEL: | Product Master Record |
| PARAMETER SETTING: | Create Exception if Item On Order Exceeds Average Order Size.<br>NUMBER OF WEEKS' ORDERS TO USE IN AVERAGE: **6 Weeks**<br>AVERAGE EXCEEDED BY XX%: **20.00%**<br>ORDER HANDLING: **Hold order** |

CONFIDENTIAL

PPLPC004000207524