# EXHIBIT 80

| | |
|---|---|
| **To:** | Wargo, Dawn[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=WARGOD]; Mattison-Vega, Marcy[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=MATTISOM]; Siciliano, Cheryl[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=73A3A648] |
| **Cc:** | Watson, Laura[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=WATSONL] |
| **From:** | Seid, Stephen |
| **Sent:** | Mon 7/20/2009 2:53:47 PM |
| **Subject:** | FW: Item Exceeds Average |

Approved

*Steve Seid*
*National Accounts*
*& Trade Relations*

---

**From:** valueTrak@valuecentric.com [mailto:valueTrak@valuecentric.com]
**Sent:** Monday, July 20, 2009 1:35 PM
**To:** Seid, Stephen
**Subject:** Item Exceeds Average

DATE CREATED: 07/20/2009 1:35 PM

The following exception was generated based on the Order # 0000372218:

| | |
|---|---|
| EXCEPTION: | Order Management Exceptions & Alerts |
| | Item On Order Exceeds Average Order Size |
| TRIGGER: | Item Total of **$5,227.68** (12 Units) on Order #0000372218 exceeded it's **6-Week** Average (**$3,920.76** / 9.00 units) by **33.33%**. |
| TRANSACTION DATE: | MON JULY 20, 2009 |
| TRADING PARTNER: | DIK DRUG |
| LOCATION: | DIK DRUG CO. |
| PRODUCT: | 59011083010 - OXC130 |
| | OXYCONTIN 30 MG CR TABLETS 100'S |

CONFIDENTIAL                                                                                                                    PPLPC004000208240

The Exception was generated based on the Parameters & Settings defined at the following level:

| | |
|---|---|
| LEVEL: | Product Master Record |
| PARAMETER SETTING: | Create Exception if Item On Order Exceeds Average Order Size.<br>NUMBER OF WEEKS' ORDERS TO USE IN AVERAGE: **6 Weeks**<br>AVERAGE EXCEEDED BY XX%: **20.00%**<br>ORDER HANDLING: **Hold order** |

CONFIDENTIAL