# EXHIBIT 81

**To:** FFSOrderMngt[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=FFSORDERMNGT]
**From:** Seid, Stephen
**Sent:** Wed 9/9/2009 4:03:21 PM
**Subject:** RE: Item On Order Exceeds Average Exception

Approved

*Steve Seid*
*National Accounts*
*& Trade Relations*

**From:** valueTrak@valuecentric.com [mailto:valueTrak@valuecentric.com]
**Sent:** Wednesday, September 09, 2009 3:30 PM
**To:** FFSOrderMngt
**Subject:** Item On Order Exceeds Average Exception

DATE CREATED: 09/09/2009 3:30 PM

The following exception was generated based on the Order # 0000378646:

| | |
|---|---|
| EXCEPTION: | Order Management Exceptions & Alerts |
| | Item On Order Exceeds Average Order Size |
| TRIGGER: | Item Total of **$442,063.92** (408 Units) on Order #0000378646 exceeded it's **12-Week** Average (**$179,508.70** / 170.40 units) by **146.26%**. |
| TRANSACTION DATE: | WED SEPTEMBER 9, 2009 |
| TRADING PARTNER: | SMITH DRUG |
| LOCATION: | SMITH DRUG COMPANY - VALDOSTA |
| PRODUCT: | 59011010710 - OXC180 |
| | OXYCONTIN 80 MG CR TABLETS 100'S |

The Exception was generated based on the Parameters & Settings defined at the

CONFIDENTIAL
PPLPC004000213649

following level:

| | |
|---|---|
| LEVEL: | Product Master Record |
| PARAMETER SETTING: | Create Exception if Item On Order Exceeds Average Order Size.<br>NUMBER OF WEEKS' ORDERS TO USE IN AVERAGE: **12 Weeks**<br>AVERAGE EXCEEDED BY XX%: **75.00%**<br>ORDER HANDLING: **Hold order** |

CONFIDENTIAL
PPLPC004000213650