# EXHIBIT 82

**To:** FFSOrderMngt[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=FFSORDERMNGT]
**From:** Seid, Stephen
**Sent:** Thur 9/24/2009 11:20:57 AM
**Subject:** RE: Item On Order Exceeds Average Exception

Approved

*Steve Seid*
*National Accounts*
*& Trade Relations*

**From:** valueTrak@valuecentric.com [mailto:valueTrak@valuecentric.com]
**Sent:** Thursday, September 24, 2009 11:10 AM
**To:** FFSOrderMngt
**Subject:** Item On Order Exceeds Average Exception

DATE CREATED: 09/24/2009 11:10 AM

The following exception was generated based on the Order # 0000380331:

| | |
|---|---|
| EXCEPTION: | Order Management Exceptions & Alerts<br><br>Item On Order Exceeds Average Order Size |
| TRIGGER: | Item Total of **$156,022.56** (144 Units) on Order #0000380331 exceeded it's **12-Week** Average (**$66,844.23** / 62.67 units) by **133.41%**. |
| TRANSACTION DATE: | THU SEPTEMBER 24, 2009 |
| TRADING PARTNER: | HD SMITH WHOLESALE DRUG CO |
| LOCATION: | HD SMITH WHOLESALE DRUG - LOUISVILLE |
| PRODUCT: | 59011010710 - OXC180<br><br>OXYCONTIN 80 MG CR TABLETS 100'S |

The Exception was generated based on the Parameters & Settings defined at the

CONFIDENTIAL
PPLPC004000214875

following level:

| | |
|---|---|
| LEVEL: | Product Master Record |
| PARAMETER SETTING: | Create Exception if Item On Order Exceeds Average Order Size.<br>NUMBER OF WEEKS' ORDERS TO USE IN AVERAGE: **12 Weeks**<br>AVERAGE EXCEEDED BY XX%: **75.00%**<br>ORDER HANDLING: **Hold order** |

CONFIDENTIAL