# EXHIBIT 83

| | |
|---|---|
| **To:** | FFSOrderMngt[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=FFSORDERMNGT] |
| **From:** | Seid, Stephen |
| **Sent:** | Tue 10/27/2009 4:16:42 PM |
| **Subject:** | FW: Item On Order Exceeds Average Exception |

Approved

*Steve Seid*
*National Accounts*
*& Trade Relations*

**From:** valueTrak@noreply.valuecentric.com [mailto:valueTrak@noreply.valuecentric.com]
**Sent:** Tuesday, October 27, 2009 4:15 PM
**To:** FFSOrderMngt
**Subject:** Item On Order Exceeds Average Exception

DATE CREATED: 10/27/2009 4:15 PM

The following exception was generated based on the Order # 0000384543:

| | |
|---|---|
| EXCEPTION: | Order Management Exceptions & Alerts<br><br>Item On Order Exceeds Average Order Size |
| TRIGGER: | Item Total of **$292,757.76** (1,152 Units) on Order #0000384543 exceeded it's **12-Week** Average (**$150,444.96** / 592.00 units) by **94.59%**. |
| TRANSACTION DATE: | TUE OCTOBER 27, 2009 |
| TRADING PARTNER: | CARDINAL HEALTH - NLC |
| LOCATION: | CARDINAL HEALTH NLC |
| PRODUCT: | 59011081510 - OXC115<br><br>OXYCONTIN 15 MG CR TABLETS 100'S |

The Exception was generated based on the Parameters & Settings defined at the

following level:

| | |
|---|---|
| LEVEL: | Product Master Record |
| PARAMETER SETTING: | Create Exception if Item On Order Exceeds Average Order Size.<br>NUMBER OF WEEKS' ORDERS TO USE IN AVERAGE: **12 Weeks**<br>AVERAGE EXCEEDED BY XX%: **75.00%**<br>ORDER HANDLING: **Hold order** |

CONFIDENTIAL