# EXHIBIT 84

**To:** FFSOrderMngt[/O=PURDUE/OU=PURDUE US/CN=RECIPIENTS/CN=FFSORDERMNGT]
**From:** Seid, Stephen
**Sent:** Thur 10/1/2009 1:53:31 PM
**Subject:** FW: Item On Order Exceeds Average Exception

Approved

*Steve Seid*
*National Accounts*
*& Trade Relations*

**From:** valueTrak@valuecentric.com [mailto:valueTrak@valuecentric.com]
**Sent:** Thursday, October 01, 2009 1:10 PM
**To:** FFSOrderMngt
**Subject:** Item On Order Exceeds Average Exception

DATE CREATED: 10/01/2009 1:10 PM

The following exception was generated based on the Order # 0000381403:

| | |
|---|---|
| EXCEPTION: | Order Management Exceptions & Alerts |
| | Item On Order Exceeds Average Order Size |
| TRIGGER: | Item Total of **$4,629,208.32** (14,256 Units) on Order #0000381403 exceeded it's **12-Week** Average (**$2,628,685.81** / 8133.33 units) by **76.10%**. |
| TRANSACTION DATE: | THU OCTOBER 1, 2009 |
| TRADING PARTNER: | MCKESSON CORP - RDC |
| LOCATION: | MCKESSON CORP 8194 - MEMPHIS |
| PRODUCT: | 59011010310 - OXC120 |
| | OXYCONTIN 20 MG CR TABLETS 100'S |

The Exception was generated based on the Parameters & Settings defined at the

following level:

| | |
|---|---|
| LEVEL: | Product Master Record |
| PARAMETER SETTING: | Create Exception if Item On Order Exceeds Average Order Size.<br>NUMBER OF WEEKS' ORDERS TO USE IN AVERAGE: **12 Weeks**<br>AVERAGE EXCEEDED BY XX%: **75.00%**<br>ORDER HANDLING: **Hold order** |

CONFIDENTIAL