# EXHIBIT 89

**To:** Projansky, Steven[Steven.Projansky@pharma.com]; Seid, Stephen[Stephen.Seid@pharma.com]
**From:** Bogdan, Gregory
**Sent:** Mon 1/14/2013 5:09:56 PM
**Subject:** Fee For Service SOP
FFS SOP - DRAFT 1.14.doc

Hi Steve and Steve,
Can you take a look at our Fee For Service SOP, add any additional information you deem necessary and/or provide feedback?

Thank you
Greg

CONFIDENTIAL                                                                                                                                                  PPLPC004000344799