# EXHIBIT 99

**File Provided Natively**



Confidential

EXHIBIT McGinn-13 12/14/18 mR

TEVA_MDL_A_02336504

# Suspicious Order Monitoring (SOM)

Colleen McGinn



002

# Model Program
## First Line Customer Vetting

- Customer Responsibility Agreement
- Self-Assessment Questionnaire
- Site Visit
  - Photos, compliance review, dispensing records
- D&B Check
- Copies of Licenses and Registrations

- Corporate Structure and identity of employees
- Customer base
- Customer's SOM procedure
- New Customer Approval
  - Scoring system
- Initial purchase parameters
- Close monitoring of purchases for 6 mos. – 1 yr.
- Assign risk score

003

# Model Program
## Analysis of Customer Orders

- SORDS
  - Compare by:
    - Order history for 24 months (rolling)
    - Frequency of orders
    - Type of registrant
    - Customer location
    - % controlled vs. non-controlled products ordered
    - States without active Prescription Monitoring Programs (PMPs)
    - RADARS Data
    - Risk Map/REMS data

- "Orders of Interest"
  - Create SOP for handling orders outside of normal parameters
  - Document review
  - Create Oversight Committee
    - Review history of all "Orders of Interest" quarterly

- Suspicious Orders
  - Create SOP for identification and reporting of Suspicious Orders to DEA
  - Review by Oversight Committee
  - Notification to customer

004

# Model Program
## Downstream Customer Monitoring

- ValueCentric Data
  - First-time purchases
  - Above average sales
  - Multiple wholesaler activity
  - Disproportionate sales
- Chargeback Data
  - Reimbursed difference between the Wholesalers Actual Cost (WAC) and the contracted price paid by the indirect customer purchased from a wholesaler.
  - May also include: negative charge backs for product returns, administrative and service fees, and chargeback adjustments.
  - Data can be used to follow product through supply chain
- NOT AVAILABLE FOR ALL PRODUCTS
  - Actiq, Fentora (Checking with Chris Heckler)

005

# Gap Assessment

| Activity | Current SOM Program | Model SOM Program |
|---|---|---|
| First-Line Customer Vetting | • Bank References<br>• Dunn and Bradstreet Report | Current measures PLUS:<br>• On-site customer visit for:<br>   • Level of DEA Compliance<br>   • Thorough understanding of customer's operation<br>   • Pictures, if permitted<br>• Customer Responsibility Agreement<br>• Customer Self-Assessment Questionnaire<br>• Risk Score Assignment<br>• Create method for reporting unusual transactions |
| | Frequency:  Once | Frequency:  Initial Setup<br>                       Risk Based |

006

# Gap Assessment

| Activity | Current SOM Program | Model SOM Program |
|---|---|---|
| SORDS | • Validation of customer's DEA registration<br>• Verify normal ordering pattern based on historical data (24 mos.) by product class | • Orders of unusual size, frequency or deviating from normal pattern<br>• Comparison of order with registrants of same type<br>• Customer location<br>• Risk Map/REMS data<br>• Breadth and type of products ordered.<br>• Orders of Interest Investigations<br>    • Proceduralize process<br>    • Review by Oversight Committee |
| | Frequency:<br>With every CS order<br>Review of upper control limits every 6 mos. | Frequency:<br>With every order<br>Review of upper control limits every 6 mos.<br>Oversight review every quarter |

007

## Gap Assessment

| Activity | Current SOM Program | Model SOM Program |
|---|---|---|
| Know Your Customer's Customer | N/A | • Use Value Centric and chargeback data to evaluate risk. |
| | Frequency: N/A | Frequency: Quarterly |

008

# Project Setup Costs

| Contracted Costs | | In-House Costs | |
|---|---|---|---|
| One Time Setup: | $ 5,000 | Program Setup by Consultant: | |
| Site Visits: | | One Time Charge | $ 5,000 |
| (222 sites x $3795/ea.) | $ 842,490 | 40 Site Visits ($3795/ea) | $ 151,800 |
| Travel: | | Hire 2 FTEs | $ 150,000 (?) |
| (222 sites x $1,000/ea.) | $ 222,000 | Travel: | |
| | $ 1,069,490 | (222 sites x $1,000/ea.) | $ 222,000 |
| | | | $ 528,800 |

| | |
|---|---|
| Contracted Costs | $1,069,490 |
| In-House Costs | $ 528,800 |
| Potential Savings | $ 540,690 (?) |

009

# Next Steps

1. Develop SOM Implementation Task Force
   - Include representatives from:
     - Diversion Operations
     - Legal
     - Commercial Sales
     - IT
     - Customer Service

   - Goal:  To identify key contacts for timely implementation of the program

010

# Next Steps

2. Program Launch by 3rd Party

    - Mobilize SOM Task Force and 3rd Party to develop program architecture
    - Create SOPs for customer approval, risk assessment, handling "Orders of Interest" and Suspicious Orders
    - Conduct 40 customer visits accompanied by Diversion Operations

    – Goal: To develop robust SOM program.

011

# Next Steps

3. Hire 2 Diversion Investigators
   - Analyze customer order data
   - Review "Orders of Interest"
   - Conduct customer site visits
   - Review SORDS upper control limits

   - Goal: To maintain a robust, in-house SOM program.

012

# Next Steps

4. Conduct Periodic audits of SOM system
    - Internal audit of suspicious orders, compliance procedures and results
    - Reviews/Revision of SOPs and employee training
    - Review of SORDS design and thresholds

    - Goal:  To adapt the SOM process with changing needs.

013

# SOM Development Process

