# EXHIBIT 113



**Administrative Offices:**
TEVA PHARMACEUTICALS USA
1090 Horsham Road, PO Box 1090
North Wales, PA 19454-1090

February 13, 2013

Drug Enforcement Administration
Attn: Donetta Spears
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

RE: Suspicious Order Report

Dear Ms. Spears,

This report is submitted to you in accordance with the requirements of 21C.F.R. § 1301.74(b). The following Controlled Substance order(s) has been cancelled by Teva Pharmaceuticals. The order quantity is not within the customer's normal purchasing pattern.

| Date | Company | Address | DEA Registration | Product | Quantity |
| --- | --- | --- | --- | --- | --- |
| 2/5/13 | Capital Wholesale Drug | 873 Williams Avenue Grandview Heights, OH 43212 | | Buprenorphine HCl Sublingual Tab 2MG 30 | 36 bottles |

If you have any questions, please feel free to contact me via telephone at 267-468-4346 or via email at Kevin.kreutzer@tevapharm.com.

Sincerely,
Teva Pharmaceuticals


Kevin Kreutzer
Manager, Suspicious Order Monitoring

Confidential                                                                                                                                            TEVA_MDL_A_02331377