# EXHIBIT 114

**Teva Suspicious Order Report Analysis**
**Prepared By: Uzair Saleem**
**Version: Jan 16, 2019**

Summary of Findings: Below is an analysis of the suspicious orders reported by Teva to the DEA through 2018. The information is taken from documents and testimony by Joe Tomkiewicz, Teva's current SOM Manager. The analysis shows that Teva reported very few suspicious order even after they put their updated SOM program in place after 2012, and that the reports they did make were for smaller pharmacies that were not their larger established customers and many of which were already in the DEA crosshairs.

## Suspicious Orders by Year

| Year | No. Rpts | No. Orders | Customer Reported/No. of Reports Identified from Relativity | Tomko Testimony; Exhibit number; Comments |
|---|---|---|---|---|
| 2012 and earlier | 0 | 120,000 | None | Tomko Depo, Pg 351 |
| 2013 | 1 | 120,000 | 1 Report identified:<br>• Capital Wholesale Drug (1) | Tomko Depo, Pg 351; DOC 1301 |
| 2014 | 1 | 120,000 | 1 Report identified:<br>• Richie Pharmacal (1) | Tomko Depo, Pg 350; Tomko Exhibit 15 |
| 2015 | 4 | 120,000 | 5 Reports Identified:<br>• Richie Pharmacal (1)<br>• Osborn Drugs (3)<br>• Bloodworth Wholesale (1) | Tomko Depo, Pg 350; Tomko Exhibit 15; Tomko's ppts indicate 4, but we found 5 |
| 2016 | 0 | 120,000 | None | Tomko Depo, Pg 350; Tomko Exhibit 15 |
| 2017 | 18+ | 120,000 | 5 Reports Identified:<br>• EMED Medical Company (2)<br>• D-V Medical Supply (1)<br>• Ava Kerolos-Dixon (1)<br>• Redacted report (1) | Tomko Depo, Pg 352; we identified approx. 5 for 2017 |
| 2018 | "close to 50" per Tomko depo | 120,000 | 15 Reports Identified:<br>• Dixon-Shane LLC (2)<br>• Rochester Drug Co (12) | Tomko Depo, Pg 375; we identified approx. 15 out of the 50 |

1

|  |  |  | • Redacted |  |
|---|---|---|---|---|

## Suspicious Order Report Analysis by Customer

> Only customers with CII Opioids Reported: Ava Kerolos-Dixon (1); Rochester Drug Co (12); EMED Medical Company (2); Dixon-Shane LLC (2)

| Customer Rptd | No. Rpts | Dates Rptd | Products Rptd (total dosage) | Comments: Investigation, Prior Sales, etc. | Key Docs |
|---|---|---|---|---|---|
| Ava Kerolos-Dixon | 1 | 12/13/17 | Oxycodone 30 MG<br>14 orders from 8/17 – 11/17 before being reported on 12/13/17 | • No website, and almost nothing on the web about them.<br>• No orders pending from 2015-2018 | DOC 713 |
| Bloodworth Wholesale | 1 | 8/19/15 | Acetaminophen & Codeine 300 (192000) | • Located in Tifton, Georgia, Bloodworth is an independent wholesale distributor of generic pharmaceuticals. The company was founded in 1978 by Dennis Bloodworth, current president and owner, and primarily marketed early generic products to South Georgia independent drug stores. | DOC 726 |
| Capital Wholesale Drug | 1 | 2/5/13 | Buprenorphine HCl Sublingual Tab 2MG 30 | • Family owned pharmaceutical distribution company in Columbus, Ohio. Capital was founded in 1950 by George D. Richards, R.Ph.<br>• 11-50 employees<br>• Headquarters: Columbus, Ohio | DOC 1301 |

2

| Customer Rptd | No. Rpts | Dates Rptd | Products Rptd (total dosage) | Comments: Investigation, Prior Sales, etc. | Key Docs |
|---|---|---|---|---|---|
| | | | | • Privately Held | |
| Customer Redacted | 2 | 8/22/17 2/21/18 | Redacted | | DOC 721 DOC 1749 |
| Dixon-Shane LLC | 2 | 1/16/18 4/18/18 | Bupren/Nalox Acetaminophen & Codeine Hydrocodone 325MG (6000) x 2 | • R&S Northeast, LLC, formerly Dixon-Shane Drug Company, has operated as a national pharmaceutical wholesaler since 1973.<br>• R&S Northeast's Corporate Headquarters is located in Fountain Run, Kentucky and a Service and Distribution Center in Philadelphia, Pennsylvania. | DOC 714 DOC 715 DOC 716 |
| D-V Medical Supply | 1 | 4/19/17 | Buprenorphine 8 MG Carisoprodol 350MG (36000) x2 | • Family-owned business, DV Medical distributes wholesale pharmaceutical and surgical supplies to the veterinary and health care sectors | DOC 724 |
| EMED Medical Company | 2 | 4/19/17 6/8/17 | Carisoprodol 350MG (24000) Hydrocodone 325MG (135000) x 2 | • Established in 1999<br>• 11-50 employees<br>• Privately held | DOC 723 DOC 722 |

3

| Customer Rptd | No. Rpts | Dates Rptd | Products Rptd (total dosage) | Comments: Investigation, Prior Sales, etc. | Key Docs |
|---|---|---|---|---|---|
| Osborn Drugs | 3 | 4/18/15<br>7/31/15<br>12/21/15 | Bupren/Naloxone 8MG (1440)<br>Acetaminophen/Codeine<br>Carisoprodol 350MG (36000) x2 | • Established in 1971, Osborn Drugs partners with 24 pharmacies in Oklahoma, Kansas, Arkansas and Missouri today. | DOC 712<br>DOC 727<br>DOC 725 |
| Richie Pharmacal | 2 | 12/1/14<br>6/25/15 | Acetaminophen/Codein 30MG<br>Estazolam 2MG (3600)<br>Buprenorphine 2MG (360)<br>Buprenorphine 2MG (8640) | • Addressed by Tennesse lawyer in Tomko depo (See Ex. 27)<br>• Richie Pharmacal is a privately owned generic distributor located in Glasgow, Kentucky<br>• The company was founded in 1972. Richie is an Authorized Distributor for over 95 generic manufacturers of FDA-approved drugs. The company delivers pharmaceuticals to independent pharmacies, hospitals, physician offices, clinics and re-packagers. | DOC 1193<br>DOC 711<br>DOC 728 |
| Rochester Drug Co | 12 | 1/16/18<br>1/17/18<br>1/17/18<br>1/18/18<br>1/23/18<br>2/6/18<br>2/6/18<br>2/7/18<br>2/15/18<br>2/13/18<br>2/18/18<br>3/30/18 | Oxycodone 15MG (4800)<br>Oxy 30MG (36000)<br>Oxy 15MG (9600)<br>Oxy 30MG (40800)<br>Acetaminophen & Codein<br>Actiq 200MCG<br>Clonazepam<br>Gabapentin<br>Zaleplon<br>Zolpidem<br>Hydrocodone/Ibuprofen<br>Methylphenidate<br>Oxycodone | • Paid $360k fine in 2015 when following an audit of various pharmacies in the New York City area, the DEA discovered that the pharmacies had reported thousands of purchase orders from RDC that RDC did not correspondingly report to the DEA through ARCOS.  In response, in 2013, the DEA's New York Field Division Tactical Diversion Squad conducted an on-site investigation and audit at RDC's headquarters in Rochester, New York.  The | DOC 1302<br>DOC 739<br>DOC 737<br>DOC 738<br>DOC 736<br>DOC 717<br>DOC 734<br>DOC 735<br>DOC 733<br>DOC 731<br>DOC 732<br>DOC 730<br>DOC 729 |

4

| Customer Rptd | No. Rpts | Dates Rptd | Products Rptd (total dosage) | Comments: Investigation, Prior Sales, etc. | Key Docs |
|---|---|---|---|---|---|
| | | | | DEA's audit confirmed that RDC's ARCOS reporting system was underreporting many thousands of drug sales to pharmacies throughout the northeast region.<br>• An independently owned Drug Wholesale Cooperative. Founded in 1905, independent pharmacists have owned and directed the company. Has over 144 stockholding pharmacies<br>• 51-200 employees | |

5