EXHIBIT 115



April 18, 2015

Drug Enforcement Administration
Attn: Donetta Spears
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Ms. Spears,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we
have deemed to be suspicious.  The orders were placed by the following registrant:

> Osborn Drugs
> 103 S Main
> Miami, OK 74354
> RO0470601

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 4/8/2016 | BUPREN/NALOXONE SL TAB 8MG/2MG 30 | 00093-5721-56 | 30 | 48 | 1,440 |

# Redaction - Other Teva Product

If you have any questions or concerns, or need any further information, feel free to contact me.  My
office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals



February 21, 2018

Drug Enforcement Administration
Attn: Luke Braxton
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Mr. Braxton,

# Redaction - Other Teva Product

Sincerely,


Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals

Confidential



**Administrative Offices:**
TEVA PHARMACEUTICALS USA
1090 Horsham Road, PO Box 1090
North Wales, PA 19454-1090

February 13, 2013

Drug Enforcement Administration
Attn:  Donetta Spears
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

RE:  <u>Suspicious Order Report</u>

Dear Ms. Spears,

This report is submitted to you in accordance with the requirements of 21C.F.R. § 1301.74(b). The following Controlled Substance order(s) has been cancelled by Teva Pharmaceuticals. The order quantity is not within the customer's normal purchasing pattern.

| Date | Company | Address | DEA Registration | Product | Quantity |
|------|---------|---------|------------------|---------|----------|
| 2/5/13 | Capital Wholesale Drug | 873 Williams Avenue Grandview Heights, OH 43212 | | Buprenorphine HCl Sublingual Tab 2MG 30 | 36 bottles |

If you have any questions, please feel free to contact me via telephone at 267-468-4346 or via email at Kevin.kreutzer@tevapharm.com.

Sincerely,
Teva Pharmaceuticals

Kevin Kreutzer
Manager, Suspicious Order Monitoring

**Confidential**



January 17, 2018

Drug Enforcement Administration
Attn: Luke Braxton
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Mr. Braxton,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we have deemed to be suspicious.  The orders were placed by the following registrant:

ROCHESTER DRUG CO-OPERATIVE INC NJ
116 LEHIGH DRIVE
FAIRFIELD, NJ 07004
RR0480676

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|-------------------|
| 1/16/2018 | ACETAMINOPHEN & CODEINE TB 300/15MG | 00093-0050-01 | 100 | 20 | 2,000 |
| 1/16/2018 | ACETAMINOPHEN & CODEINE TB 300/30MG | 00093-0150-01 | 100 | 10 | 1,000 |
| 1/16/2018 | ACETAMINOPHEN & CODEINE TB 300/60MG | 00093-0350-01 | 100 | 70 | 7,000 |
| | Redaction - Other Teva Product | | | | |
| 1/16/2018 | BUTAL/ASA/CAF/COD 50/325/40/30MG CAP | 00591-3546-01 | 100 | 11 | 1,100 |

# Redaction - Other Teva Product



Additionally, pursuant to our investigation, we have suspended all sales of controlled substances to this registrant, pending any further investigation, if it shall become warranted.  If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.


Sincerely,


Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals

**Confidential**



January 17, 2018

Drug Enforcement Administration
Attn: Luke Braxton
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Mr. Braxton,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we have deemed to be suspicious.  The orders were placed by the following registrant:

ROCHESTER DRUG CO-OPERATIVE INC
50 JETVIEW DRIVE
ROCHESTER, NY 14624
PR0003032

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 1/17/2018 | GABAPENTIN 300MG CAPSULES | 45963-0556-11 | 100 | 75 | 7,200 |
| 1/17/2018 | GABAPENTIN 100MG CAPSULES | 45963-0555-50 | 500 | 48 | 24,000 |

Additionally, pursuant to our investigation, we have suspended all sales of controlled substances to this registrant, pending any further investigation, if it shall become warranted.  If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals

TEVA_MDL_A_02248788



January 18, 2018

Drug Enforcement Administration
Attn: Luke Braxton
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Mr. Braxton,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we have deemed to be suspicious.  The orders were placed by the following registrant:

> ROCHESTER DRUG CO-OPERATIVE INC
> 50 JETVIEW DRIVE
> ROCHESTER, NY 14624
> PR0003032

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|---|---|---|---|---|---|
| 1/18/2018 | LORAZEPAM 1MG TABLETS | 00591-0241-01 | 100 | 48 | 4,800 |
| 1/18/2018 | BUPREN/NALOX 2/0.5MG TABLETS 30 BL | 00228-3154-73 | 30 | 24 | 720 |
| 1/18/2018 | LORAZEPAM 2MG TABLETS 100 | 00591-0242-01 | 100 | 12 | 1,200 |
| 1/18/2018 | MODAFINIL 100MG TABLETS 30 | 00591-3499-30 | 30 | 18 | 540 |
| 1/18/2018 | OXAZEPAM 15MG CAPSULES 100 | 00228-2069-10 | 100 | 36 | 3,600 |
| 1/18/2018 | TEMAZEPAM 15MG CAPSULES 100 | 00228-2076-10 | 100 | 24 | 2,400 |
| 1/18/2018 | BUTAL/APAP/CAF/COD 50/325/40/30MG CAP100 | 00591-3220-01 | 100 | 1 | 100 |
| 1/18/2018 | CARISOPRODOL 350MG TABLETS 100 | 00591-5513-01 | 100 | 11 | 1,100 |
| 1/18/2018 | ESTAZOLAM 2MG TABLETS 100 | 00591-0745-01 | 100 | 1 | 100 |
| 1/18/2018 | LORAZEPAM 0.5MG TABLETS 500 | 00591-0240-05 | 500 | 36 | 18,000 |
| 1/18/2018 | LORAZEPAM 0.5MG TABLETS 1000 | 00591-0240-10 | 1000 | 54 | 54,000 |
| 1/18/2018 | LORAZEPAM 1MG TABLETS 1000 | 00591-0241-10 | 1000 | 18 | 18,000 |
| 1/18/2018 | LORAZEPAM 1MG TABLETS 500 | 00591-0241-05 | 500 | 12 | 6,000 |

Additionally, pursuant to our investigation, we have suspended all sales of controlled substances to this registrant, pending any further investigation, if it shall become warranted.  If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.



Sincerely,


Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals

**Confidential**



February 6, 2018

Drug Enforcement Administration
Attn: Luke Braxton
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Mr. Braxton,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we have deemed to be suspicious.  The orders were placed by the following registrant:

ROCHESTER DRUG CO-OPERATIVE INC NJ
116 LEHIGH DRIVE
FAIRFIELD, NJ 07004
RR0480676

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 1/30/2018 | GABAPENTIN 400MG CAPSULES | 45963-0557-50 | 500 | 12 | 6,000 |
| 1/30/2018 | GABAPENTIN 300MG CAPSULES | 45963-0556-50 | 500 | 24 | 12,000 |
| 1/30/2018 | GABAPENTIN 100MG CAPSULES | 45963-0555-50 | 500 | 24 | 12,000 |
| 1/30/2018 | GABAPENTIN TABLETS 600MG | 00093-4443-05 | 500 | 1 | 500 |
| 1/30/2018 | GABAPENTIN TABLETS 600MG | 00093-4443-10 | 1000 | 6 | 6,000 |
| 2/5/2018 | ADIPEX-P TABLETS | 57844-0009-01 | 100 | 12 | 1,200 |

Additionally, pursuant to our investigation, we have suspended all sales of controlled substances to this registrant, pending any further investigation, if it shall become warranted.  If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals



February 6, 2018

Drug Enforcement Administration
Attn: Luke Braxton
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Mr. Braxton,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we
have deemed to be suspicious.  The orders were placed by the following registrant:

> ROCHESTER DRUG CO-OPERATIVE INC
> 50 JETVIEW DRIVE
> ROCHESTER, NY 14624
> PR0003032

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|---|---|---|---|---|---|
| 2/5/2018 | NUVIGIL TAB 250MG | 63459-0225-30 | 30 | 12 | 360 |

Additionally, pursuant to our investigation, we have suspended all sales of controlled substances to this
registrant, pending any further investigation, if it shall become warranted.  If you have any questions or
concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals



February 7, 2018

Drug Enforcement Administration
Attn: Luke Braxton
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Mr. Braxton,

In accordance with 21 C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we have deemed to be suspicious.  The orders were placed by the following registrant:

ROCHESTER DRUG CO-OPERATIVE INC
50 JETVIEW DRIVE
ROCHESTER, NY 14624
PR0003032

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 2/6/2018 | CHLORDIAZEPOXIDE HCL CAPSULES 25MG | 00555-0159-04 | 500 | 6 | 3,000 |

Additionally, pursuant to previous investigation, we have suspended all sales of controlled substances to this registrant.  If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals

Confidential



March 30, 2018

Drug Enforcement Administration
Attn: Luke Braxton
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Mr. Braxton,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we have deemed to be suspicious.  The orders were placed by the following registrant:

ROCHESTER DRUG CO-OPERATIVE INC NJ
116 LEHIGH DRIVE
FAIRFIELD, NJ 07004
RR0480676

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| **Redaction - Other Teva Product** | | | | | |
| 3/27/2018 | FENTORA TB 800MCG | 63459-0548-28 | 28 | 12 | 336 |

We have previously suspended all sales of controlled substances to this registrant.  If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals



June 25, 2015

Drug Enforcement Administration
Attn: Donetta Spears
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Ms. Spears,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we have deemed to be suspicious.  The orders were placed by the following registrant:

Richie Pharmacal LLC
119 State Avenue
Glasgow, KY 42141
RR0355683

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|---|---|---|---|---|---|
| 6/23/2015 | ESTAZOLAM TABLETS 2MG | 00093-0130-01 | 100 | 36 | 3,600 |
| 6/24/2015 | BUPRENORPHINE/NALOXONE 2MG/0.5MG | 00093-5720-56 | 30 | 12 | 360 |
| 6/24/2015 | BUPRENORPHINE/NALOXONE 8MG/2MG | 00093-5721-56 | 30 | 288 | 8,640 |

If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
Diversion Operations Manager
Teva Pharmaceuticals

Highly Confidential

TEVA_MDL_A_02063701



July 31, 2015

Drug Enforcement Administration
Attn: Donetta Spears
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Ms. Spears,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we have deemed to be suspicious.  The orders were placed by the following registrant:

Osborn Drugs
103 S Main
Miami, OK 74354
RO0470601

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 5/4/2015 | ACETAMINOPHEN & CODEINE TB 300/60MG 100 | 00093-0350-01 | 100 | 60 | 6,000 |
| **Redaction - Other Teva Product** | | | **Redaction - Other Teva Product** | | |

If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals



August 19, 2015

Drug Enforcement Administration
Attn: Donetta Spears
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report


Dear Ms. Spears,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we
have deemed to be suspicious.  The orders were placed by the following registrant:

> BLOODWORTH WHOLESALE DRUGS
>
> 2128 Yank Lamb Drive
>
> Tifton, GA 31794
>
> PB0167127

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 7/24/2015 | ACETAMINOPHEN & CODEINE TB 300/30MG | 00093-0150-01 | 100 | 50 | 5,000 |
| 6/11/2015 | ACETAMINOPHEN & CODEINE TB 300/30MG | 00093-0150-10 | 1000 | 192 | 192,000 |

If you have any questions or concerns, or need any further information, feel free to contact me.  My
office number is 215.293.6378.



Sincerely,



Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals



April 19, 2017

Drug Enforcement Administration
Attn: Donetta Spears
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Ms. Spears,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we have deemed to be suspicious.  The orders were placed by the following registrant:

> D-V Medical Supply
> 2000 W. 135th Street
> Gardena, CA 90249
> RD0233938

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 4/5/2017 | BUPRENORPHINE 8MG SL TABLETS 30 | 00228-3153-03 | 30 | 24 | 720 |
| 4/5/2017 | CARISOPRODOL 350MG TABLETS 500 | 00591-5513-05 | 500 | 72 | 36,000 |
| 4/5/2017 | CARISOPRODOL 350MG TABLETS 500 | 00591-5513-05 | 500 | 72 | 36,000 |

Additionally, pursuant to our investigation, we have suspended all sales of controlled substances to this registrant, pending any further investigation, if it shall become warranted.  If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals

**Highly Confidential**



April 19, 2017

Drug Enforcement Administration
Attn: Donetta Spears
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Ms. Spears,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we
have deemed to be suspicious.  The orders were placed by the following registrant:

> D-V Medical Supply
> 2000 W. 135th Street
> Gardena, CA 90249
> RD0233938

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 4/5/2017 | BUPRENORPHINE 8MG SL TABLETS 30 | 00228-3153-03 | 30 | 24 | 720 |
| 4/5/2017 | CARISOPRODOL 350MG TABLETS 500 | 00591-5513-05 | 500 | 72 | 36,000 |
| 4/5/2017 | CARISOPRODOL 350MG TABLETS 500 | 00591-5513-05 | 500 | 72 | 36,000 |

Additionally, pursuant to our investigation, we have suspended all sales of controlled substances to this
registrant, pending any further investigation, if it shall become warranted.  If you have any questions or
concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals

TEVA_MDL_A_02345905



April 19, 2017

Drug Enforcement Administration
Attn: Donetta Spears
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report


Dear Ms. Spears,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we
have deemed to be suspicious.  The orders were placed by the following registrant:

> EMED Medical Company
> 11551 Adie Rd
> Maryland Heights, MO 63043-6304
> RE0357271

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 4/11/2017 | HYDROCODONE/APAP 10/325MG TAB 500 | 00591-2612-05 | 500 | 270 | 135,000 |
| 4/14/2017 | HYDROCODONE/APAP 10/325MG TAB 500 | 00591-2612-05 | 500 | 270 | 135,000 |

Additionally, pursuant to our investigation, we have suspended all sales of controlled substances to this
registrant, pending any further investigation, if it shall become warranted.  If you have any questions or
concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.



Sincerely,



Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals



June 8, 2017

Drug Enforcement Administration
Attn: Donetta Spears
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Ms. Spears,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we have deemed to be suspicious.  The orders were placed by the following registrant:

> EMED Medical Company
> 11551 Adie Rd
> Maryland Heights, MO 63043-6304
> RE0357271

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 4/28/2017 | CARISOPRODOL 350MG TAB 500 | 00591-5513-05 | 500 | 48 | 24,000 |

Additionally, pursuant to our investigation, we have suspended all sales of controlled substances to this registrant, pending any further investigation, if it shall become warranted.  If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals

Confidential



August 22, 2017

Drug Enforcement Administration
Attn: Donetta Spears
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

# Redaction-Other Teva Product

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| Redaction-Other Teva Product | | | | | |

If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals



April 18, 2018

Drug Enforcement Administration
Attn: Luke Braxton
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Mr. Braxton,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we have deemed to be suspicious.  The orders were placed by the following registrant:

> DIXON-SHANE LLC
> D/B/A R & S NORTHEAST LLC
> 10049 SANDMEYER LANE
> PHILADELPHIA, PA 19116
> RD0289656

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 1/17/2018 | BUPREN/NALOX 8/2MG SL TABLETS | 00228-3155-73 | 30 | 24 | 720 |
| 1/17/2018 | ACETAMINOPHEN & CODEINE TB 300/30MG | 00093-0150-01 | 100 | 10 | 1,000 |

# Redaction - Other Teva Product

| | | | | | |
|------|---------|-----|------|----------|--------------------|
| 2/2/2018 | HYDROCODONE/APAP 10/325MG TAB | 00591-2612-05 | 500 | 12 | 6,000 |

# Redaction - Other Teva Product

| | | | | | |
|------|---------|-----|------|----------|--------------------|
| 2/9/2018 | HYDROCODONE/APAP 10/325MG TAB | 00591-2612-05 | 500 | 12 | 6,000 |

# Redaction - Other Teva Product

| | | | | | |
|------|---------|-----|------|----------|--------------------|
| 3/15/2018 | BUPREN/NALOX 8/2MG SL TABLETS | 00228-3155-73 | 30 | 24 | 720 |
| 3/21/2018 | ACETAMINOPHEN & CODEINE TB 300/30MG | 00093-0150-01 | 100 | 10 | 1,000 |
| 3/29/2018 | ACETAMINOPHEN & CODEINE TB 300/60MG | 00093-0350-01 | 100 | 10 | 1,000 |

# Redaction - Other Teva Product



Additionally, pursuant to our investigation, we have suspended all sales of controlled substances to this registrant.  If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.


Sincerely,


Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals

**Confidential**



April 18, 2018

Drug Enforcement Administration
Attn: Luke Braxton
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Mr. Braxton,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we
have deemed to be suspicious.  The orders were placed by the following registrant:

> DIXON-SHANE LLC
> D/B/A R & S NORTHEAST LLC
> 10049 SANDMEYER LANE
> PHILADELPHIA, PA 19116
> RD0289656

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 1/17/2018 | BUPREN/NALOX 8/2MG SL TABLETS | 00228-3155-73 | 30 | 24 | 720 |
| 1/17/2018 | ACETAMINOPHEN & CODEINE TB 300/30MG | 00093-0150-01 | 100 | 10 | 1,000 |

# Redaction - Other Teva Product

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 2/2/2018 | HYDROCODONE/APAP 10/325MG TAB | 00591-2612-05 | 500 | 12 | 6,000 |

# Redaction - Other Teva Product

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 2/9/2018 | HYDROCODONE/APAP 10/325MG TAB | 00591-2612-05 | 500 | 12 | 6,000 |

# Redaction - Other Teva Product

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 3/15/2018 | BUPREN/NALOX 8/2MG SL TABLETS | 00228-3155-73 | 30 | 24 | 720 |
| 3/21/2018 | ACETAMINOPHEN & CODEINE TB 300/30MG | 00093-0150-01 | 100 | 10 | 1,000 |
| 3/29/2018 | ACETAMINOPHEN & CODEINE TB 300/60MG | 00093-0350-01 | 100 | 10 | 1,000 |

# Redaction - Other Teva Product



Additionally, pursuant to our investigation, we have suspended all sales of controlled substances to this registrant.  If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.


Sincerely,


Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals

**TEVA_MDL_A_01061045**



January 16, 2018

Drug Enforcement Administration
Attn: Luke Braxton
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report

Dear Mr. Braxton,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of controlled substance orders we have deemed to be suspicious.  The orders were placed by the following registrant:

> DIXON-SHANE LLC
> D/B/A R & S NORTHEAST LLC
> 10049 SANDMEYER LANE
> PHILADELPHIA, PA 19116
> RD0289656

| Date | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|-----|------|----------|--------------------|
| 1/10/2018 | OXYCODONE HCL 30MG TABLETS | 00228-2879-11 | 100 | 48 | 4,800 |

If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.

Sincerely,

Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals

TEVA_MDL_A_01057277



December 13, 2017

Drug Enforcement Administration
Attn: Luke Braxton
Diversion Program Manager
William J. Green Federal Building
600 Arch Street, Room 10224
Philadelphia, PA 19106

Re: Suspicious Order Report


Dear Mr. Braxton,

In accordance with 21C.F.R. § 1301.74(b), I am submitting this report of orders we have deemed to be suspicious.  The orders were placed *by* the following company:

> AVA KEROLOS
> GOOD SAMARITAN PHARMACY
> 33130 US HIGHWAY 19N
> PALM HARBOR, FL 34683
> FA5044691

*From* the following company:

> DIXON-SHANE LLC
> D/B/A R & S NORTHEAST LLC
> 10049 SANDMEYER LANE
> PHILADELPHIA, PA 19116
> RD0289656

| Date | Invoice | Product | NDC | Size | Quantity | Total Dosage Units |
|------|---------|---------|-----|------|----------|--------------------|
| 8/22/2017 | 140839 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 6 | 600 |
| 8/22/2017 | 140840 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 6 | 600 |
| 8/23/2017 | 140884 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 6 | 600 |
| 8/30/2017 | 141599 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 6 | 600 |
| 9/7/2017 | 142238 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 6 | 600 |
| 9/14/2017 | 142886 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 6 | 600 |
| 9/20/2017 | 143484 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 6 | 600 |
| 9/27/2017 | 144187 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 6 | 600 |
| 10/5/2017 | 144882 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 6 | 600 |
| 10/11/2017 | 145267 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 6 | 600 |
| 10/18/2017 | 145843 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 1 | 100 |
| 10/27/2017 | 146595 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 6 | 600 |
| 10/27/2017 | 146598 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 5 | 500 |
| 11/1/2017 | 147170 | OXYCODONE HCL 30MG TAB | 00228-2879-11 | 100 | 6 | 600 |

**TEVA_MDL_A_01057274**

EXHIBIT <u>11</u>5



Accordingly, Teva has suspended DIXON-SHANE, LLC's ability to purchase all oxycodone products pending the results of our investigation. If you have any questions or concerns, or need any further information, feel free to contact me.  My office number is 215.293.6378.


Sincerely,


Joseph Tomkiewicz
DEA Compliance Manager
Teva Pharmaceuticals