EXHIBIT 117

Highly Confidential - Subject to Further Confidentiality Review

1    UNITED STATES DISTRICT COURT

2    FOR THE NORTHERN DISTRICT OF OHIO

3    EASTERN DIVISION

4    - - -

5    IN RE: NATIONAL PRESCRIPTION

6    OPIATE LITIGATION                Case No.

7                                     1:17-MD-2804

8    APPLIES TO ALL CASES             Hon. Dan A.

9                                     Polster

10   Case No. 1:17-MD-2804

11   - - -

12   March 21, 2019

13   - - -

14   HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

15   CONFIDENTIALITY REVIEW

16   Videotaped deposition of PAUL

17   CAMPANELLI, held at 250 West 55th Street,

18   New York, New York, commencing at 9:10 a.m.,

19   on the above date, before Marie Foley, a

20   Registered Merit Reporter, Certified

21   Realtime Reporter and Notary Public.

22   GOLKOW LITIGATION SERVICES

23   877.370.3377 ph | 917.591.5672 fax

24   Deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

1    PAUL CAMPANELLI, the Witness herein,

2        having been first duly sworn by a

3        Notary Public in and of the State of

4        New York, was examined and testified as

5        follows:

6    EXAMINATION BY

7    MR. BUCHANAN:

8        Q.    Good morning, Mr. Campanelli.

9    My name is Dave Buchanan.

10            Could you please state your name

11   for the record, sir?

12       A.    It's Paul Campanelli.

13       Q.    And, are you the current chief

14   executive officer of Endo?

15       A.    Yes.

16       Q.    You're also a board member of

17   Endo.

18            Is that right?

19       A.    Yes.

20       Q.    Okay.  Just so you understand

21   where I come from on this, I and others

22   working with us represent cities,

23   municipalities, counties who've been

24   impacted by the opioid epidemic.  They've

1    brought claims against you and other

2    entities.

3              Do you have some general sense

4    of that litigation, the opioid litigation

5    by municipalities, counties, cities?

6         A.    Yes.

7              MR. BUCHANAN:  Okay.  Can we go

8         off the record for a moment?

9              THE VIDEOGRAPHER:  The time is

10        9:11 a.m.

11             Off the record.

12             (Discussion held off the record.)

13             THE VIDEOGRAPHER:  We are back

14        on the record.

15             The time is 9:12 a.m.

16   BY MR. BUCHANAN:

17        Q.    I apologize for that

18   interruption, sir.

19             Just to restate where we were,

20   you are the current CEO of Endo.

21             Is that right?

22        A.    Correct.

23        Q.    You're board member of Endo?

24        A.    Correct.

Highly Confidential - Subject to Further Confidentiality Review

1    Q.    I take it you're a shareholder

2    of Endo?

3    A.    Yes.

4    Q.    Okay.  As the CEO, that means

5    chief executive officer?

6    A.    Yes.

7    Q.    You are the senior-most officer

8    of the company?

9    A.    Yes.

10   Q.    As a board member, you're on the

11   board of directors of the company?

12   A.    Correct.

13   Q.    Board of directors is the group

14   that's appointed by the shareholders to

15   oversee the operations of the company,

16   correct?

17   A.    To govern the company, yes.

18   Q.    To govern the company, thank

19   you.

20         The board and its senior

21   officers are charged with returning value

22   and profits to shareholders, right?

23   A.    Yes.

24   Q.    Shareholders owner the company,

Highly Confidential - Subject to Further Confidentiality Review

1    right?

2        A.    Yes.

3        Q.    And you work for the

4    shareholders to make money for the

5    shareholders?

6        A.    Yes.

7        Q.    Thank you.

8             What I'd like to do, because

9    there's been some different acquisitions

10   and some different names, I want to see if

11   we can orient ourselves from the various

12   entities and get some common knowledge and

13   dates down.  We have a slide that

14   hopefully will simplify this.

15            MR. BUCHANAN:  Could we get

16        slide 2 over to counsel?

17            And what's that going to be

18        marked as an exhibit?

19            This is Exhibit 201.

20            (Campanelli Exhibit 201,

21        document, was marked for

22        identification, as of this date.)

23            MR. BUCHANAN:  My intent,

24        counsel, is to mark demonstratives

Highly Confidential - Subject to Further Confidentiality Review

1     from 200 up.  With regard to

2     substantive exhibits, they'll be in

3     the first range of 100.  We may not

4     mark them all.

5  BY MR. BUCHANAN:

6     Q.    Showing you what's marked as

7  201, sir, it's a timeline of the Endo

8  corporate history.

9            You see off in the left, Endo

10 Pharmaceuticals actually goes back, well,

11 a long time, right?  Back to the 1920s?

12            MR. STERN:  Objection; lack of

13     foundation.

14     A.    This is back in the DuPont Merck

15 days.

16     Q.    This actually even precedes the

17 DuPont Merck days, correct, sir?

18     A.    Yes, correct.

19     Q.    You see the far left column Endo

20 Pharmaceuticals formed in 1920?

21     A.    Yes.

22     Q.    And that's a history that you've

23 referenced in annual reports and

24 shareholder reports over the years, that

1    this is a company that goes back to the

2    1920s.

3             Correct, sir?

4             MR. STERN:  Objection; lack of

5        foundation.

6        A.    To the best of my knowledge,

7    that -- that is part of the original

8    predating DuPont Merck.

9             So, while in name, yes.  I don't

10   believe the company actually started until

11   about 1997.

12       Q.    Okay.  And, what you're alluding

13   to, sir, is that at some point in time,

14   the timeline indicates 1970, but without

15   regard to whether it was 1970 or '71 or

16   '69, DuPont acquired Endo, correct?

17       A.    That's what it says here.

18       Q.    Okay.  And then ultimately there

19   was a join venture between DuPont and

20   Merck to focus on pharmaceuticals,

21   correct?

22       A.    I -- I'm not sure of the case

23   there.

24       Q.    Okay.  Then in the late '90s,

Highly Confidential - Subject to Further Confidentiality Review

1    1997 or so, some executives of what was

2    then operating as the DuPont Merck joint

3    venture essentially spun off the Endo

4    portfolio and established a new company

5    called Endo Pharmaceuticals.

6              Correct, sir?

7    A.    I think what happened was a

8    group of individuals were given an

9    opportunity to acquire a series of

10   products and acquired the name Endo back

11   in 1970.

12   Q.    Understood.

13             So whatever the corporate

14   transactional structure were, some

15   products that were currently being

16   promoted, manufactured, et cetera, by the

17   Merck DuPont joint venture were sold by

18   the DuPont Merck joint venture together

19   with the name Endo and a new company was

20   formed, correct?

21             MR. STERN:  I apologize,

22        Mr. Buchanan.  You're talking about

23        1970 now?

24             MR. BUCHANAN:  I was, yes.

1    A.    I think that's right.  That

2    three individuals bought a handful of

3    products and bought the name Endo back in

4    1997.

5    Q.    Okay.  And the CEO for that

6    reformed Endo Pharmaceuticals in 1997 was

7    whom?

8    A.    I believe it was Carol Ammons.

9    I believe that's her name.

10    Q.    Okay.  And then the company

11    operated for a number of years privately

12    and then ultimately went public and gained

13    public shareholders in 2000, right?

14    A.    I -- I'm not sure of the date.

15        I see it here on the sheet.  So

16    I have no reason not to believe it.

17    Q.    And I don't think that's going

18    to be a material point for us today.  I

19    just wanted to make sure we were oriented

20    here.

21        In 2010, we see an acquisition

22    of a then large generic pharmaceutical

23    company, correct?

24    A.    They acquired Qualitest, yes, a

1    generics company.

2        Q.    And 2010 is consistent with your

3    recollection, sir, of when that occurred?

4        A.    Yes.

5        Q.    Then we could probably skip over

6    2014 which references an Irish inversion.

7              Something I assume done for tax

8    returns and other reasons, right?

9        A.    Yes.

10       Q.    Okay.  And Endo is the U.S.

11   subsidiary going forward from that point

12   in time.

13             And then Endo acquired Par,

14   correct?

15       A.    Endo acquired Par in 2015.

16       Q.    Okay.  And so we have,

17   essentially, three pharmaceutical

18   companies that had their own portfolios.

19             If we look in the post-1997 era,

20   we've got Endo with a portfolio of

21   products it brought from DuPont Merck,

22   correct?

23       A.    Yes.

24       Q.    We've got Qualitest

Highly Confidential - Subject to Further Confidentiality Review

1    Pharmaceuticals with its portfolio of

2    generics products, correct?

3        A.    Yes.

4        Q.    And we have Par with its

5    portfolio of products that were acquired

6    by Endo in 2015, correct?

7        A.    Correct.

8        Q.    And it looks like as a business

9    matter, after that merger or acquisition

10    in 2015, generic products, meaning

11    non-branded pharmaceutical products, were

12    consolidated in the Par brand, right?

13           MR. STERN:  Objection to the

14        form.

15        A.    In 2015 when Endo acquired Par,

16    the Qualitest portfolio fell under to the

17    Par portfolio in name and then was

18    governed under Endo.

19        Q.    And just to make sure we have

20    context in how you come to this, sir, you

21    came into the Endo entities through the

22    acquisition of Par in 2015?

23        A.    Correct.

24        Q.    Okay.  And, so, let's dial back

1    the clock and make sure we understand kind

2    of your role and involvement in the

3    pharmaceutical industry.

4            You were with Par from, what,

5    roughly 2000, 2001?

6        A.    2001.

7        Q.    Okay.  And moved through various

8    positions though.

9            Ultimately, you reached the CEO

10   position at Par, correct?

11       A.    Started in business development

12   and concluded as the CEO.

13       Q.    And you were the CEO from, what,

14   2010 or so?

15       A.    No.  I was the CEO from 2012 to

16   2015.

17       Q.    And, during your time at Par,

18   Par was also in the opioid business,

19   right?

20       A.    We had a small portfolio, yes.

21       Q.    And, at the time when Endo

22   acquired Par it was in the opioid business

23   still at that point, correct?

24            MR. STERN:  Objection to form.

Highly Confidential - Subject to Further Confidentiality Review

1     A.     I'm sorry.  Could you repeat

2     that?

3         Q.     In 2015 when Endo acquired Par,

4     it was making opioid products for sale,

5     correct?

6         A.     Par?

7         Q.     Par.

8         A.     Yes.

9         Q.     I see the confusion with my

10    question.

11            In 2015 when Endo acquired Par,

12    Par was still in the business of making

13    opioid products, correct, sir?

14            MR. STERN:  Object to the form.

15        A.     Par was manufacturing and either

16    would have acquired and distributed

17    opioids from third parties.

18        Q.     Okay.  At the point in time in

19    2010 when Endo acquired Qualitest,

20    Qualitest, which you indicated was a

21    generic manufacturer of drugs, they also

22    had a portfolio of opioid products they

23    were manufacturing and distributing,

24    correct?

1    A.    That's my general understanding.

2    Q.    As of the time you became CEO of

3  Endo, the Endo company prior to the merger

4  was substantially invested in the pain

5  segment.

6         Fair?

7    A.    I'm a little confused with your

8  question.  I'm sorry.  Could you just

9  re --

10    Q.    No, no, that's fine.  And please

11  do that throughout the day if, for

12  whatever reason, we're not communicating

13  clearly or my questions aren't clear.

14         Prior to the acquisition of the

15  Par assets in 2015, I mean, you were a

16  part of that discussion and negotiation

17  back and forth with Endo?

18    A.    For the acquisition of Par, yes.

19    Q.    Yes.

20         And Endo ultimately paid, what,

21  8 billion dollars to acquire the Par

22  assets?

23    A.    Correct.

24    Q.    And if I understand correctly,

Highly Confidential - Subject to Further Confidentiality Review

1    sir, the Par assets had sold for 2 billion

2    dollars just a few years before that,

3    right?

4        A.    2.2 billion dollars.

5        Q.    So roughly a fourfold return for

6    the company, its shareholders, when it

7    sold in 2015?

8        A.    Generally, yes.

9             MR. STERN:  Objection to the

10       form.

11   BY MR. BUCHANAN:

12       Q.    Okay.  At the point in time when

13   you were having this discussion with Endo

14   in 2015 about selling Par, becoming

15   involved in Endo, Endo was in the pain

16   business at that point in time, right?

17       A.    It had a portfolio of products

18   that were detailed into pain, yes, amongst

19   others.

20       Q.    Endo was essentially known as a

21   pain management company, correct?

22       A.    In 2015?

23             2015 I think it was

24   transitioning to a specialty company.

Highly Confidential - Subject to Further Confidentiality Review

1   Q.   You recognize historically, sir,

2   that Endo was a pain management company,

3   if we go back to the '90s, early 2000s,

4   2010.

5        Fair?

6   A.   Yes.

7   Q.   Okay.  And its portfolio of

8   products in pain management significantly

9   included opioid products, true?

10       MR. STERN:  Objection to the

11       form.

12   A.   My understanding was there was a

13   couple of opioid products in the

14   portfolio.

15   Q.   Okay.  Well, let's see if we can

16   orient ourselves more specifically.  We're

17   talking about opioid products today.

18   That's, essentially, the subject of the

19   case, for reasons we'll get into.

20       You have an understanding of

21   really in some sense what opioid products

22   do?

23   A.   Generally, yes.

24   Q.   Okay.  They bind to receptors in

1      the brain, among other things, right?

2              MR. STERN:  Objection to the

3          form.

4          A.    Sounds reasonable.

5          Q.    Okay.  They can trigger a series

6      of reactions in the body that can release

7      feelings of pleasure, euphoria, suppress

8      anxiety.

9              Fair?

10              MR. STERN:  Objection to the

11          form.

12          A.    These areas I really don't know.

13          Q.    Okay.  Do you have some general

14      sense, sir, that they can lead to a

15      subjective feeling of pleasure and

16      euphoria?

17          A.    Generally.

18          Q.    Okay.  And that's not something

19      that's really new or unique in the

20      portfolio of products that Endo brought

21      out in 1997, right?

22              MR. STERN:  Objection to the

23          form.

24          A.    I'm not sure I follow your

Highly Confidential - Subject to Further Confidentiality Review

1    question.

2       Q.    I mean, I guess where I was

3    going is that's just the characteristic of

4    opioids, right?

5           MR. STERN:  Objection to the

6       form.

7       A.    I really don't know the -- the

8    specificity of the characteristics.  I

9    just don't, really.

10      Q.    Do you have some understanding,

11   sir, more broadly that, I mean, opioids go

12   back thousands of years.

13          Fair?

14      A.    Fair.

15      Q.    Obviously not in tablet form.

16   In different forms, but derived from the

17   opium poppy?

18      A.    Understood.

19      Q.    Over time, scientists figured

20   out how to synthesize those into either

21   drugs for pleasure or drugs for treatment?

22          MR. STERN:  Objection to the

23      form.

24

```
 1    BY MR. BUCHANAN:

 2        Q.    Right?

 3        A.    I don't know about drugs for

 4    pleasure.

 5              I know that drugs were focused

 6    on for pain.

 7        Q.    Well, I mean, you've heard of

 8    opium dens, sir?

 9        A.    Yes.

10        Q.    And I just want to orient

11    ourselves.

12              I mean, this class of drugs that

13    kind of brings us in this room today had

14    predecessor compounds going back thousands

15    of years that had been the subject of

16    abuse and use, right?

17        A.    I understand abuse and misuse of

18    opioids, generally speaking, yes.

19        Q.    Okay.  And really this isn't the

20    first time we've had to deal with issues

21    of opioid abuse, even opioid epidemics?

22              MR. STERN:  Objection to the

23        form.

24        A.    Again, I'm not -- I'm not sure
```

Highly Confidential - Subject to Further Confidentiality Review

1    specifically.

2        Q.    I just want to have an

3    understanding, even generally, sir.  I

4    mean, as the CEO of a company that still

5    has a portfolio of opioid products, I

6    mean, you do have some understanding that

7    there is a history with opioid products

8    and abuse and addiction, being diverted.

9            Fair?

10           MR. STERN:  Objection to the

11       form.

12       A.    As a CEO, I am aware of abuse

13   and misuse of opioids over time.

14       Q.    But that's something that you

15   didn't have to wait until 2010 to find

16   out, right?

17       A.    Me personally?

18       Q.    Yeah.

19       A.    Generally -- general

20   understanding, it would have been in -- in

21   probably the 2015 time frame that it

22   really became an awareness for me.

23       Q.    Okay.  We'll see if we can pin

24   that down as we move throughout the day,

1      sir.

2              I mean, just as a person growing

3      up over the last 50 or so years, you have

4      an awareness that drugs, whether it's

5      Morphine, whether it's OxyContin, whether

6      it's heroin, are highly sought and highly

7      abused.

8              Fair?

9              MR. STERN:  Objection to the

10         form.

11         A.    I am aware that these type of

12     drugs can be abused and misused, yes.

13         Q.    And that awareness, sir, you had

14     that prior to 2015?

15         A.    Fair, yes.

16         Q.    Okay.  Well, let's see if we can

17     maybe using this chart as a reference

18     point, see if we can see where the

19     company's various products fit in, if we

20     could.

21             MR. BUCHANAN:  Corey, could I

22         have slide 20 up on the screen?

23             I'll pass one over to counsel.

24             What exhibit number will this

Highly Confidential - Subject to Further Confidentiality Review

1      be?

2           I'm going to pass you Exhibit

3      202, a copy for the witness and

4      counsel.

5           MR. STERN:  Thank you.

6           (Campanelli Exhibit 202,

7      document, was marked for

8      identification, as of this date.)

9  BY MR. BUCHANAN:

10     Q.    Sir, I'll represent to you that

11  in the course of litigation, what happens

12  is we exchange information with each

13  other.  You'll give us a bunch of

14  documents.  We'll give you documents and

15  both sides will try and sift through that

16  and see what the state of play is.

17          From records produced through

18  Endo over the years, we have an

19  understanding that Endo made various

20  oxycodone products.

21          Do you have that awareness, sir?

22     A.    Yes.

23     Q.    Okay.  And on the left-hand

24  column we see several different, if you

1    will, formulations of those products

2    together with brand names that were used

3    from time to time.

4              Do you see those?

5        A.    Yes.

6        Q.    Percocet, that's your brand,

7    right?

8        A.    Correct.

9        Q.    Percocet's been a brand of the

10   company since the '70s, correct?

11       A.    I know it's been approved for

12   many years.  I'm not sure about the

13   specific date.

14       Q.    Okay.  And Percocet contains

15   oxycodone as its active pharmaceutical

16   ingredient, correct?

17       A.    I believe that's one of them.

18       Q.    What is the active

19   pharmaceutical ingredient, sir, in

20   OxyContin?

21       A.    Oxycodone.

22       Q.    Okay.  And, so, we see that the

23   company here, Endo, is a manufacturer of

24   Percocet, an oxycodone product, as well as

Highly Confidential - Subject to Further Confidentiality Review

1    another product called Endocet.

2             Do you see that?

3        A.    Yes.

4        Q.    Do you recognize that, sir, as

5    the generic formulation of the company's

6    Percocet product?

7        A.    Yes.

8        Q.    And for years, sir, the company

9    made, marketed and sold Endocet, correct?

10       A.    Yes.

11            MR. STERN:  Objection to the

12       form; lack of foundation.

13   BY MR. BUCHANAN:

14       Q.    Endocet and Percocet.  There's

15   also a reference to Percodan and Endodan.

16            Percodan is also your brand,

17   right?

18            MR. STERN:  Object to the form.

19       A.    I'm not familiar with it.  I see

20   it on the sheet here.

21       Q.    Okay.  Do you recognize that,

22   sir, as the combination of oxycodone and

23   aspirin?

24       A.    I'm not familiar with the drugs.

Highly Confidential - Subject to Further Confidentiality Review

1    Q.    Okay.  I take it you wouldn't

2    dispute if we had records from -- from

3    your company that said you sold a bunch of

4    Percodan and Endodan that you actually did

5    so?

6            MR. STERN:  Objection to the

7        form.

8    A.    I -- I don't know, but I

9    wouldn't have any reason to dispute it.

10   Q.    Fair enough.

11           There's a reference to oxycodone

12   ER.

13           Do you see that?

14   A.    Yes.

15   Q.    That's the generic formulation

16   of a brand product, right, sir?

17   A.    Yes.

18   Q.    And please tell the jury what

19   the brand name of that product is.

20   A.    OxyContin extended-release.

21   Q.    And you sold a bunch of those

22   pills?

23           MR. STERN:  Objection to the

24       form.

Highly Confidential - Subject to Further Confidentiality Review

1    BY MR. BUCHANAN:

2        Q.    Right?

3        A.    We sold -- we sold the product.

4        Q.    And we're going to talk about

5    volume at some point today.

6              I mean, at what point is it a

7    lot of product, sir?  I mean, are billions

8    of pills a lot of product?

9              MR. STERN:  Objection to the

10        form.

11       A.    I never thought about it in

12   terms of what a lot is.  It's usually

13   based upon what the wholesalers' purchase

14   orders are.

15       Q.    Right.

16             Would you be surprised to learn,

17   sir, that you sold billions of

18   oxycodone-containing products?

19             MR. STERN:  Objection to the

20        form.

21       A.    Again, if that was based upon a

22   purchase order, it would not surprise me.

23       Q.    Okay.  We'll have a chance,

24   hopefully, to look at that today.

Highly Confidential - Subject to Further Confidentiality Review

1        And then we see Percolone and

2    Endocodone as two additional formulations

3    of oxycodone-containing products.

4        Do you see those?

5    A.    I see the names.

6    Q.    You're aware, sir, that

7    oxycodone products were target of abuse

8    and diversion in the market.

9        Fair?

10        MR. STERN:  Objection to the

11    form.

12    A.    I'm sorry.  Could you say that

13    again?

14    Q.    You're aware that

15    oxycodone-containing products were a

16    target of abuse and diversion in the

17    market?

18        MR. STERN:  Objection to the

19    form.

20    A.    I'm aware that it's -- it's

21    abused and misused.

22    Q.    Okay.  Let's look at the next

23    column, sir.  And I didn't go into each of

24    the -- staying in the left column for a

Highly Confidential - Subject to Further Confidentiality Review

1    moment, the oxycodone column.

2             You made a number of different

3    formulations in each of those products.

4    Well, not for all of them, but for some of

5    them.

6             Fair?

7             MR. STERN:  Objection to the

8        form.

9        A.    Again, I'm personally

10   familiar -- familiar with about three of

11   these products.  I -- I'm not familiar

12   with every product on this sheet here in

13   the left column.

14       Q.    I take it some of these products

15   were more popular than others?

16            MR. STERN:  Objection to the

17       form.

18       A.    I don't know if they were

19   popular or not.  I'm just not familiar

20   with their names.

21       Q.    Okay.  Well, some of these were

22   bigger sellers than others?

23       A.    I'm familiar with Endocet.  I'm

24   familiar with oxycodone ER and I'm

Highly Confidential - Subject to Further Confidentiality Review

1    familiar with Percocet.

2        Q.    Okay.  Let's move forward now to

3    hydrocodone.

4            Company made a number of

5    hydrocodone-containing products, correct?

6        A.    I'm familiar with one product in

7    this column here, the Hydro/APAP.

8        Q.    And hydrocodone/APAP if we were

9    trying to link that with a brand name,

10    that would be Vicodin, right?

11        A.    That's my understanding.

12        Q.    So in the oxycodone column we

13    have you all making Percocet and the

14    generic form of OxyContin as kind of

15    common trade names, right?

16            MR. STERN:  Objection to the

17        form.

18        A.    I'm sorry.  Could you say that

19    one more time?

20        Q.    Yeah.

21            In the oxycodone column, just so

22    we can kind of link this up with some

23    branded names to the extent that they're

24    not branded names, we have you making

Highly Confidential - Subject to Further Confidentiality Review

1    disagree, sir, that Endo actually made

2    morphine sulphate over the years, ER?

3         A.    I can't dispute that.

4         Q.    Okay.  Let's go one further

5    notch to the right.  Oxymorphone.

6               These were some big products for

7    the company, right?

8         A.    These were products which were

9    distributed by Endo, yes.

10        Q.    Marketed, promoted, distributed,

11   sold.

12              Fair?

13        A.    Correct.

14        Q.    We've got Opana, Opana ER and

15   Opana ER reformulated, correct?

16        A.    Yes.

17        Q.    And then we have another product

18   off to the right hydromorphone.

19              Do you see that?

20        A.    Yes.

21        Q.    And, are you familiar, sir, with

22   the concept of MMEs, Morphine equivalents?

23        A.    Yes.

24        Q.    There's different potencies of

Highly Confidential - Subject to Further Confidentiality Review

1    the various opioids with regard to the

2    effects on the various receptors in the

3    brain.

4              Fair?

5    A.    I don't know that.

6    Q.    You're familiar, sir, that

7    certain products --

8              MR. BUCHANAN:  Withdrawn.

9    Q.    Within your business, sir,

10   certainly within the way these products

11   are promoted, a consideration that's to be

12   given with regard to dosing is how much

13   stronger in terms of potency the drug is

14   gram-for-gram relevant to Morphine.

15             Correct?

16             MR. STERN:  Objection to the

17        form.

18   A.    I know that MMEs are based on

19   the milligram equivalents.

20   Q.    Okay.  So, for example, one

21   milligram of Morphine -- excuse me.

22   Probably easier to go this direction.

23             MR. BUCHANAN:  Withdrawn.

24   Q.    One milligram of oxymorphone,

1    your Opana products, is equivalent to

2    three milligrams of Morphine, right?

3         A.    That -- that appears correct.

4         Q.    Okay.  Three-to-one --

5         A.    Correct.

6         Q.    -- is the MME conversion, right?

7               And with regard to your

8    oxycodone products and Morphine, that's,

9    what, one-and-a-half-to-one?

10              MR. STERN:  Objection to the

11         form.

12         A.   Yes.

13         Q.   And, so, essentially what that

14   means, sir, is that if we're looking at a

15   30 milligram Opana tablet, 30 milligram

16   Opana tablet --

17              MR. BUCHANAN:  Withdrawn.

18              MR. STERN:  Here comes the math.

19              MR. BUCHANAN:  Thank you.

20         That's why I went to law school.

21              Withdrawn.

22         Q.   If we look at a 30 milligram

23   Opana tablet or any of the oxymorphone

24   tablets there, that translates into

1   roughly 90 milligrams of Morphine, right?

2       A.     Three-to-one.

3       Q.     Three times 30, I think I can do

4   that without my calculator.  That's 90

5   milligrams.  All right.

6              Okay.  So, these are the Endo

7   products, sir.

8              Let me pass you over Qualitest's

9   products.

10             (Campanelli Exhibit 203,

11        document, was marked for

12        identification, as of this date.)

13  BY MR. BUCHANAN:

14      Q.     We talked a moment ago, sir,

15  about Qualitest's role and involvement

16  with regard to opioids and its

17  relationship with Endo.

18             Passing you what we're marking

19  as Exhibit 203.  Just let me know when you

20  have that, sir.

21             (Pause.)

22      Q.     Sir, I'll represent to you that

23  this is just a graphic reflecting the

24  various products that have been identified

Highly Confidential - Subject to Further Confidentiality Review

1    in the order records from Qualitest over

2    the years.

3              We see, again, three columns.

4    And we're having some difficulty, I think,

5    showing the heading on the screen.  It's

6    kind of blacked out right now.

7              But on your printout, you can

8    see the headings, correct, sir?

9        A.    Yes.

10             MR. STERN:  I'm sorry,

11       Mr. Buchanan.  By headings do you mean

12       hydrocodone, oxycodone and

13       oxymorphone?

14             MR. BUCHANAN:  I did.  Thanks

15       for the clarification, counsel.

16   BY MR. BUCHANAN:

17       Q.    So, the heading at the top of

18   Exhibit 203 says "Qualitest opioid drugs,"

19   correct?

20       A.    Yes.

21       Q.    On the left-hand side we have

22   hydrocodone.

23             Do you see that?

24       A.    Yes.

1    Q.    In the middle we have oxycodone,

2    right?

3    A.    Yes.

4    Q.    And to the far right we have

5    oxymorphone?

6    A.    Yes.

7    Q.    Okay.  And do you have the

8    knowledge, sir, that in fact Qualitest was

9    in the business of making, selling and

10   distributing hydrocodone opioid products?

11         MR. STERN:  Objection; lack of

12     foundation.  Objection to the form.

13   BY MR. BUCHANAN:

14   Q.    You can answer.

15   A.    I'm aware that Qualitest

16   manufactured hydrocodone.

17   Q.    Okay.  And we talk hydrocodone

18   products, we're talking about

19   hydrocodone/APAP, that's that Vicodin

20   tablet, right?  Or the brand?

21   A.    That's my understanding.  Okay.

22   Q.    And we go to the middle column

23   here and we see oxycodone again and we

24   have oxycodone APAP at the bottom.

Highly Confidential - Subject to Further Confidentiality Review

1          I think you told us a few

2     minutes ago oxycodone APAP would be the

3     Endo-branded product Percocet, right?

4          A.     Correct.

5          Q.     And then we have other oxycodone

6     tablets which if they were ER would be

7     OxyContins, right?

8          A.     If they were ER.

9          Q.     And if you just sold them plain,

10     it would just be OxyContin, right?

11          MR. STERN:  Objection to the

12          form.

13     BY MR. BUCHANAN:

14          Q.     IR?

15          A.     IR here is an immediate release

16     product.

17          Q.     Thank you.

18          Then on the right we have

19     oxymorphone, that's the active ingredient

20     in that drug that you marketed under the

21     brand name Opana, correct?

22          MR. STERN:  Objection to the

23          form.

24          A.     Oxymorphone here is a generic

Highly Confidential - Subject to Further Confidentiality Review

1    version of Opana IR.

2         Q.    And we're already using terms

3    that may not be clear.  I guess IR is

4    immediate release?

5         A.    Correct.

6         Q.    ER is extended-release?

7         A.    Correct.

8         Q.    Okay.  So when we talk about

9    oxycodone ER, which I think you said was

10   OxyContin, that's oxycodone

11   extended-release, right?

12        A.    Yes.

13        Q.    If you're talking oxycodone IR,

14   that's the active ingredient in OxyContin

15   but for immediate-release?

16        A.    Yes.

17        Q.    Thank you.  All right.

18             Let's go forward to the next

19   one.  Some Par products.

20             Can we pass over, please,

21   Exhibit 204?

22             (Campanelli Exhibit 204,

23        document, was marked for

24        identification, as of this date.)

Highly Confidential - Subject to Further Confidentiality Review

1    BY MR. BUCHANAN:

2        Q.     I think you told us, sir, that

3    you were the CEO of Par from 2012 to 2015,

4    correct?

5        A.     Correct.

6        Q.     And you worked there, I think,

7    from, what, 2000 to 2012 in various roles

8    as you escalated through the management

9    ranks, right?

10       A.     Yes, from 2001 through 2015.

11       Q.     Okay.  Let's just kind of get in

12   context, if you will, where Par was in the

13   mix, okay.

14              Par made fentanyl products,

15   right?

16       A.     No.

17       Q.     No, sir?

18       A.     No.

19       Q.     We have shipping records that

20   reflect that you were selling fentanyl.

21       A.     Par sold fentanyl.

22       Q.     Fair enough.

23              So the fuss or the disagreement

24   was "make" versus "sold"?

1           MR. STERN:  Objection to the

2      form.

3      A.    Correct.

4      Q.    And help me out, sir.

5            You didn't make, but you

6  acquired it?

7      A.    Correct.

8      Q.    And then sold it?

9      A.    Yes.

10     Q.    Does that mean you had a

11  contract manufacturer?

12     A.    Yes.

13     Q.    For each of these columns here

14  in the chart, and I probably should have

15  oriented us a little bit, these are Par

16  opioid drugs as we've identified from, if

17  you will, the order records that Par has

18  provided to us.

19           Fair?

20           MR. STERN:  Objection to the

21      form.

22  BY MR. BUCHANAN:

23     Q.    I'll tell you that.  That's my

24  representation.

```
1              Do you recollect, sir, selling
2    fentanyl-containing products while at Par?
3              MR. STERN:  Objection to the
4         form.
5         A.    Par sold two forms of fentanyl
6    products.
7         Q.    Okay.  They sold fentanyl
8    citrate?
9         A.    Yes.
10        Q.    And that's the lozenge or
11   lollipop?
12        A.    Correct.
13        Q.    You also sold fentanyl patch?
14        A.    We sold fentanyl patch for a
15   period of time.
16        Q.    Okay.  You also sold Morphine,
17   right?
18             MR. STERN:  Objection to the
19        form.
20        A.    We sold Morphine.
21        Q.    Okay.  Same qualification that
22   you provided with regard to fentanyl, sir.
23   That you sold it but didn't make it?
24             MR. STERN:  Objection to the
```

1    And they're a little off, I guess.

2         There we go.

3    BY MR. BUCHANAN:

4    Q.    So, you can see, sir, Endocet

5    total sales of this Percocet generic

6    formulation over the years roughly 4.2

7    billion pills.

8         You see that, sir?

9         MR. STERN:  Objection to the

10   form.

11   A.    No.  No, I don't see that.

12   Q.    If you go to the far right

13   column total pills sold over the course of

14   the period of time?

15   A.    You -- your question flipped on

16   me, just so you know.

17   Q.    Fair enough.  Sorry about that.

18        Do you understand my question

19   now to be referring to total sales of

20   Endocet between the period of time they

21   started selling it until they stopped

22   would be about 4.2 billion Endocets?

23   A.    I think you need to clarify your

24   question, sir.

1    Q.    And, what's confusing about it,

2    or what's tripping us up?

3    A.    Are you saying sales or units,

4    sir?

5    Q.    I'm sorry.  Sales of those

6    units.

7          These are, in fact, the units

8    that have been represented as sold to us.

9    A.    Okay.

10          MR. STERN:  Not dollars, is the

11    point.

12          MR. BUCHANAN:  Fair.

13          MR. STERN:  Right.

14          MR. BUCHANAN:  Fair.

15    BY MR. BUCHANAN:

16    Q.    And I'm -- you sold this volume

17    of pills, sir?

18    A.    This sheet indicates that we've

19    sold these unit -- extended units of these

20    pills.

21    Q.    Fair enough.  Thank you.

22          Yeah, I did not mean to suggest

23    that these are dollars.  There's a legend

24    at the top that I think reflects extended

1    units.  That's what we're talking about

2    with these numbers.

3        A.    Okay.

4        Q.    Okay.  And we're looking at just

5    the Endo numbers in this chart, I'll

6    represent to you, sir.  Okay.

7            MR. STERN:  Objection to the

8        form.

9    BY MR. BUCHANAN:

10       Q.    So, we see roughly 4.2 billion

11   Endocet units, that's pills, over the time

12   that Endo provided us data from '99 to

13   present, right?

14       A.    4.2 billion extended units.

15       Q.    For Percocet we see, as the

16   brand, Endo's brand, we see some 1.6

17   billion extended units, correct?

18       A.    Correct.

19       Q.    All right.  So, those two

20   oxycodone acetaminophen combinations

21   represent almost, what, 6 billion pills

22   sold by Endo for that controlled

23   substance.

24            Is that right?

1          A.    About 5.6, 5.7 billion units,

2     yes.

3          Q.    Yeah, 5.8 even?

4          A.    Okay.

5          Q.    There's another line in there

6     oxycodone APAP, I guess they sold a

7     different formulation of Percocet there,

8     right?  Or another -- another formulation?

9          A.     It's a formulation of oxycodone,

10    yes.

11         Q.    Okay.  And there's some

12    additional sales off to the right.

13    Doesn't look like too much, I guess,

14    right?  Just a million pills, or 845,000?

15              MR. STERN:  Objection to the

16         form.

17         A.    845,000 extended units.

18         Q.    Okay.  And, so, we also see that

19    branded product that you all sold

20    Opana ER --

21              MR. STERN:  Objection.

22         Q.     -- close to 500 million units

23    sold in that product, right?

24              MR. STERN:  Objection to the

1     form.

2     A.    Almost 500 million unit --

3     extended units of Opana ER.

4     Q.    Okay.  And then Morphine, we

5     talked about that on the -- the product

6     chart earlier today, some 1.1 billion

7     units of Morphine, right?

8     A.    1.1 billion extended units, yes.

9     Q.    Okay.  So, look, we don't have

10    to go through each of these line items to

11    get them into the record, but it's some

12    8.2 billion extended units over the period

13    of time that we received data from Endo

14    for, correct?

15    A.    Yes, that's what it says.

16          MR. BUCHANAN:  Okay.  Could I

17    have the chart, please, for Qualitest?

18    BY MR. BUCHANAN:

19    Q.    We looked at that kind of

20    corporate history chart earlier today,

21    sir, and saw that in 2010, Endo acquired

22    either Qualitest, or the assets of

23    Qualitest.

24          Do you recall that?

Highly Confidential - Subject to Further Confidentiality Review

1        A.     Yes.

2        Q.     Okay.  That was roughly 2010, I

3   believe, when that happened.

4               (Campanelli Exhibit 208,

5        document, was marked for

6        identification, as of this date.)

7   BY MR. BUCHANAN:

8        Q.     I'm going to pass you Exhibit

9   208.

10       A.     Are we done with this document?

11       Q.     For the moment, yes.  You can

12  keep them close, but we don't know when

13  we'll need to refer to them.

14              A similar chart, sir, in Exhibit

15  208 to what we looked at for Endo just a

16  moment ago.

17              As we talked about, Qualitest

18  was in the business of making opioid

19  products, right?

20              MR. STERN:  Objection; lack of

21       foundation.

22       A.     Qualitest manufactured opioids,

23  yes.

24       Q.     Okay.  Manufactured a lot of

1    them, right?

2         A.    It shows 24 billion unit --

3    extended units.

4         Q.    Let's pause on that.

5               24 billion?

6         A.    Yes.

7         Q.    So, if we look at this chart,

8    sir, we see, boy, making a lot of Vicodin,

9    right?

10              MR. STERN:  Object to the form.

11        A.    Could you show me what product

12   you're referring to?

13        Q.    I'm referring to hydrocodone

14   APAP.

15              Do you see that?

16        A.    Yes.

17        Q.    18 billion pills.

18              You see that, sir?

19        A.    I see it.

20        Q.    That's a lot of Vicodin.

21              MR. STERN:  Object to the form.

22        A.    It's -- it's -- it's significant

23   volume.

24        Q.    Market leader in Vicodin?

1          MR. STERN:  Object to the form.

2     A.    That, I don't know.

3     Q.    Okay.  Let's look down to -- and

4  there's other hydrocodone products there,

5  sir, and the jury will obviously have this

6  evidence.  But I -- I would like to call a

7  few things out.

8          If we could, go down to it looks

9  like Qualitest was also making Endocet,

10  correct?

11     A.    Correct.

12     Q.    Do you recall, sir, that after

13  Par -- excuse me.  Qualitest was acquired

14  by Endo, the generic operations of Endo

15  kind of moved into Qualitest operations?

16          MR. STERN:  Object to the form.

17     A.    I'm sorry.  Could you say that

18  one more time?

19     Q.    Yeah.

20          Do you recall, sir, that after

21  Endo acquired Qualitest in 2010, some of

22  the generic portfolio of Endo moved into

23  the operating business of Qualitest?  Do

24  you recall that?

Highly Confidential - Subject to Further Confidentiality Review

1    A.    I -- I don't know if that

2  happened in 2010.

3    Q.    Okay.

4        MR. BUCHANAN:  Can we scroll,

5    Corey, to just see the years from 2010

6    to -- no, actually, if you could kind

7    of just pull the right one over so we

8    could see 2010.

9    Q.    So, okay.  These are the -- this

10  is product mix.  We see Endocets start to

11  be made by Qualitest in 2011.

12        You see that?

13    A.    I see that.

14    Q.    Okay.  Hundred million pills

15  that year, 358 million the next year, 170

16  million the year after that, and it

17  continues.

18        MR. BUCHANAN:  Could you go to

19    the right, Corey?

20    Q.    For a total of some 880 million

21  Endocets, right?

22    A.    I see that, yes.

23    Q.    And we've also got Qualitest

24  making Percocet, right?

1    A.    Yes.

2    Q.    87 million Percocets made?

3    A.    Yes.  Qualitest is manufacturing

4    on behalf of Endo at this time.

5    Q.    Okay.  So, yeah, after -- after

6    the time of the merger, some of the pills

7    that used to be made or contracted for by

8    Endo are now being made or contracted for

9    by Qualitest, right?

10    A.    Yes.

11          I'm sorry.  You said 2010.  I

12    just think it's more like 2011, but yes.

13    Q.    And that's just a matter of when

14    the operations get formally integrated,

15    right?

16    A.    Seems reasonable.

17    Q.    Okay.  And, so, let's total this

18    up.  So -- actually, before we do that,

19    there's also this other line item for

20    oxycodone APAP.

21          Do you see that?

22    A.    Yes.

23    Q.    Oxycodone APAP, that would be

24    another way of referring to Percocet,

Highly Confidential - Subject to Further Confidentiality Review

1    right?

2         A.    Yes.

3         Q.    Okay.  You got Percocet in,

4    essentially, three different buckets at

5    least, right?

6         A.    There's a generic form in here.

7         Q.    And that would be the oxycodone

8    APAP?

9         A.    Correct.

10        Q.    Okay.  And, so, what we see

11   here, sir, is Qualitest, prior to the time

12   of its acquisition and after the time of

13   its acquisition, pushing out a lot of

14   opioid pills, right?

15             MR. STERN:  Object to the form.

16        A.    I see the volume here on the

17   paper.

18        Q.    25 billion, right?

19        A.    25 billion extended units, yes.

20        Q.    And we can agree that's a lot,

21   right?

22        A.    It's a high volume of -- of

23   opioids, or controlled substances.

24        Q.    I mean, that's -- that's enough

Highly Confidential - Subject to Further Confidentiality Review

1   for a hundred count bottle for every adult

2   in the United States, right?

3       A.    This is over a 15-year period.

4       Q.    The answer to my question

5   though, sir, would be yes, that is enough

6   for a hundred count bottle hydrocodone,

7   oxycodone, oxymorphone, collection of

8   opioid pills manufactured by Qualitest for

9   every adult in the United States, correct?

10          MR. STERN:  Objection to the

11      form.

12      A.    I don't -- I don't know the

13  answer to that.

14      Q.    The answer is you just don't

15  know the population of adults in the

16  United States?

17      A.    That's correct.

18      Q.    Okay.  Does it surprise you that

19  Qualitest made that many opioids?

20          MR. STERN:  Object to the form.

21  BY MR. BUCHANAN:

22      Q.    I just want to -- are you -- are

23  you learning this sitting here today, or

24  did you have that awareness before you

Highly Confidential - Subject to Further Confidentiality Review

1    came in today?

2        A.    I did not have the specific

3    volume, but it's not surprising that

4    Qualitest had historically been known as

5    an opioid producer.  So that -- that --

6    that's -- that's factual.  That's known in

7    the industry.

8        Q.    Let's look at the bottom, if we

9    could, sir.

10            MR. STERN:  I'm sorry, the

11        bottom -- are we still on?

12            MR. BUCHANAN:  We're still on

13        this exhibit.

14            MR. STERN:  208.

15            MR. BUCHANAN:  Thank you.

16        Exhibit 208.

17    BY MR. BUCHANAN:

18        Q.    The screen may or may not be

19    easier.  I think probably your -- you can

20    probably read it just fine if you look on

21    the exhibit itself.

22            But, we see, I mean, Qualitest

23    volume of opioids grew quite dramatically.

24            MR. STERN:  Objection to the

Highly Confidential - Subject to Further Confidentiality Review

1    form.

2    BY MR. BUCHANAN:

3        Q.    True?

4        A.    The generic versions of what

5    they were producing increased.

6        Q.    And, so, we look at the counts

7    and we go back to 2001.  In fairness, sir,

8    I don't know if that's a full 2001 year's

9    worth of data.  This is everything that we

10   were given.

11           2001 reports 162, 162 million

12   pills.  I'd suggest probably the better

13   reference point would be 2002.

14           Would you agree with me?

15       A.    I would agree with that.

16       Q.    Okay.  Probably didn't multiply

17   it by five time in one year, right?

18       A.    Unlikely.

19       Q.    So, in 2002, we see Qualitest

20   made some 721 million opioid pills, right,

21   or other extended units?

22       A.    Yes, I see that.

23       Q.    2003 it's grown 846 million,

24   right?

Highly Confidential - Subject to Further Confidentiality Review

1     A.    Yes.

2     Q.    Growing in 2004 984 million,

3  right?

4     A.    Yes.

5     Q.    Growing in 2005 1.2 billion

6  pills, right?

7     A.    Yes.

8     Q.    Had a little dip in 2006 it

9  looks like, right?

10     A.    Agreed.

11     Q.    997 million.  A little flat

12  there in 2007 at 1.03 billion.

13           You see that?

14     A.    I see it.

15     Q.    A billion in 2008.  And then

16  2009 growing again.

17           Right?

18     A.    I see it.

19     Q.    Okay.  1.3 billion pills in

20  2009?

21     A.    Correct.

22     Q.    One year, right?

23     A.    Yes.

24     Q.    1.6 billion in 2010.

Highly Confidential - Subject to Further Confidentiality Review

1          True?

2     A.    Yes.

3     Q.    2.4 billion in 2011, right?

4     A.    Yes.

5     Q.    2011 is the year we saw that CDC

6     report about there being an epidemic,

7     right?

8     A.    Yes.

9     Q.    3.3 billion, still rising, in

10    2012, right?

11    A.    Yes.

12    Q.    2013 we're up to 2.9 billion,

13    correct?

14    A.    Correct.

15    Q.    And then 3.7 billion in 2014,

16    right?

17    A.    Yes.

18    Q.    And then in 2015 it's down to

19    2.5 billion, I see, right?

20    A.    Right.

21          MR. STERN:  Mr. Buchanan, if I

22    may.  Ultimately this exhibit will

23    speak for itself.

24          I'd just like to note that we're

Highly Confidential - Subject to Further Confidentiality Review

1          not being entirely precise with these

2          numbers.

3                    MR. BUCHANAN:  I appreciate

4          that.

5    BY MR. BUCHANAN:

6          Q.    And you can agree, sir, you and

7    I have both been doing a little rounding

8    in our dialogue.

9                    Fair?

10         A.    Agreed.

11                   MR. BUCHANAN:  The numbers are

12         on the sheet, and I don't think either

13         side is going to fuss with whatever

14         the data shows is the data.

15                   Correct, counsel?

16                   MR. STERN:  Yes.

17                   MR. BUCHANAN:  And I'd be to

18         happy to get a stipulation from

19         counsel and put the precise numbers on

20         so we don't have any fuss about that,

21         but that's not an issue for today.

22   BY MR. BUCHANAN:

23         Q.    All right.  Sir, let's look at

24   the next one.

Highly Confidential - Subject to Further Confidentiality Review

1          All right.  I should indicate in

2     2015, is that the year when Par and

3     Endo/Qualitest came together?

4          A.    Yes.

5          Q.    And there was some realignment

6     of products among the various portfolio

7     companies beginning in 2015?

8          A.    The portfolio were evaluated and

9     we started to synergize products.

10          Q.    Okay.  And would it be fair to

11     say, sir, that some of the loss in volume

12     between 2014 and 2015 is accounted for by

13     the reallocation of products between Endo,

14     Qualitest and Par as part of that merger

15     process?

16          MR. STERN:  Objection; lack of

17          foundation.

18          A.    Could you say that one more time

19     for me, sir?

20          Q.    Sure.

21          Would it be fair to say, sir,

22     that some of the loss in volume between

23     2014 and 2015 as reflected on the sales

24     for Qualitest, in terms of extended units,

1    is accounted for by the reallocation of

2    products between Qualitest and Endo or

3    Par, or don't you know?

4        A.    I don't believe there was a

5    reallocation of products between the

6    portfolios, no.  There was not.

7        Q.    When did that begin?

8        A.    Maybe you can just help me.

9    What do you mean by reallocation?

10       Q.    Certain products were deemed to

11   be Qualitest products versus Par products

12   or vice versa, or Endo or Qualitest

13   products or Par products or vice versa, as

14   part of the integration of the companies

15   that began in 2015.

16            Correct?

17       A.    I just want to make sure that

18   I'm understanding your question.  Is

19   that -- is that your rationale for the

20   decline in -- in volume?

21       Q.    I'm just asking you whether that

22   happened.

23       A.    Fair enough.

24            The portfolios were combined.

Highly Confidential - Subject to Further Confidentiality Review

1    The Par and the -- the Par and the

2    Qualitest portfolios were combined.

3        Q.    Okay.  Well, let's take a look

4    now at the Par sheet.  You can set that

5    one aside.

6            MR. BUCHANAN:  Could I have,

7        please, Exhibit 207?

8            (Campanelli Exhibit 207,

9        document, was marked for

10       identification, as of this date.)

11   BY MR. BUCHANAN:

12       Q.    I saw kind of a smile in

13   recognition when you looked at 207, sir.

14           Do you see that's what happened

15   by looking at the Par data?  That, in

16   fact, some products that were not Par

17   products were now kind of on the Par side

18   of the ledger?

19       A.    Agreed.

20       Q.    Okay.

21           MR. BUCHANAN:  Let's pull up,

22       please, E1809, Corey.

23   BY MR. BUCHANAN:

24       Q.    All right.  We have it on the

1    screen here.  This is a spreadsheet that's

2    been generated by us in response to

3    information provided to us by your

4    company, or at least by counsel for the

5    company.  And on the left-hand side, like

6    the other charts, it lists the various

7    products that had been kind of on Par's

8    ledger over the years as orders shipped or

9    manufactured by the company.

10           Do you recognize those products,

11   sir?  Let's look prior to 2015.  Do you

12   recognize those products for which there

13   is shipment data as products that Par was

14   selling during that period of time?

15        A.    Yes.

16        Q.    Okay.  And, so, we see that the

17   company is selling, just for simplicity,

18   sir, we'll look at the pre-2015 period of

19   time just to get a sense of really what

20   the company was doing, okay.

21           Would that be fair?

22        A.    Yes.

23        Q.    Okay.  So, if we look at 2014,

24   for example, this would be some two, three

1    years after the CDC had stated there's an

2    epidemic of prescription dug --

3    prescription drug overdose in this

4    country.

5              Do you see the products that Par

6    was selling that year?

7         A.    Yes.

8         Q.    What products was Par selling?

9         A.    Chlorpheniramine, hydrocodone,

10   which is Tussionex.  It sold the -- the

11   fentanyl patch.  It sold -- I apologize.

12   I went out of order here.  It sold the

13   fentanyl lozenge, again the fentanyl

14   patch.  It sold Morphine extended-release

15   tablets.  It sold an authorized generic

16   version of oxycodone and it sold oxycodone

17   in combination with acetaminophen.

18        Q.    Okay.  And, so, just to drill

19   down on that a little.  I mean, those

20   are -- the names you just read correlate

21   with the pictures we were looking at on

22   that demonstrative earlier today, on that

23   slide?

24        A.    The Par portfolio?

Highly Confidential - Subject to Further Confidentiality Review

1    Q.    Yes.

2    A.    Correct.

3    Q.    Okay.  I just want to make sure

4    that we fairly characterize the Par

5    portfolio.

6              So, in 2014, sir, Par, for the

7    first year in its history, enters the

8    opioid market with Percocet, right?

9    A.    With the oxycodone APAP generic

10   product you're referring to?

11   Q.    That's what I was referring to.

12   And Corey was kind enough to highlight the

13   actual word I spoke, which is fair.

14   A.    Okay.

15   Q.    But I was looking at the

16   oxycodone APAP, that would be the generic

17   equivalent of Percocet, correct?

18   A.    Correct.

19   Q.    You all sold 270 million

20   Percocets that year?

21   A.    Correct.

22   Q.    One for every person in the

23   United States, or close to it?

24   A.    Approximately.

1    Q.    So about 400 million units that

2    year of opioid-containing products, right?

3    A.    Correct.

4    Q.    And as we look forward, sir, we

5    see some 7.7 billion products before and

6    after the merger with Endo attributable to

7    Par, correct?

8    A.    Yes.  With a decrease in the out

9    years, correct.

10    Q.    I think I said products, but

11    more correctly would have said extended

12    units, pills, dosing units, et cetera.

13         Is that fair?

14    A.    Thank you.  Yes.

15    Q.    Okay.  These products that we're

16    talking about, sir, oxycodone APAP

17    hydrocodone, Morphine, these are products

18    that were called out as in the CDC's note

19    from 2011, as part of the prescription

20    drug epidemic.

21         Fair?

22    A.    That's what the documents refer

23    to, yes.

24    Q.    Okay.  What I'd like to do, sir,

Highly Confidential - Subject to Further Confidentiality Review

1  is just kind of, so we can visualize this

2  a little bit.

3          (Pause.)

4          We're going to have one for you

5  as well.

6          MR. BUCHANAN:  This is going to

7     be Exhibit 210.

8          (Campanelli Exhibit 210,

9     document, was marked for

10     identification, as of this date.)

11  BY MR. BUCHANAN:

12     Q.    All right.  So, I'll represent

13  to you, sir, that what we've done, and you

14  can see the source is listed on the

15  bottom, is we've plotted the -- the sales

16  of pills in pills, not dollars, okay.

17  This is the pill volume shipped by the

18  three current Endo entities, Endo,

19  Qualitest and Par.

20          Do you see that?

21          MR. STERN:  Objection; lack of

22     foundation.

23     A.    Yes.

24     Q.    Okay.  We can see, sir, that

1    in -- the merger, obviously, with

2    Qualitest happens in 2010, correct?

3        A.    Endo and Qualitest occurred in

4    2010, yes.

5        Q.    And the merger with Par occurred

6    in 2015, correct?

7        A.    Correct.

8        Q.    What we've included, sir, so

9    this chart is reflective of the sales of

10   these entities for whatever you've given

11   us data for, is the sales that even

12   preceded those mergers, okay.

13            MR. STERN:  Objection to the

14       form.

15   BY MR. BUCHANAN:

16       Q.    Just so we're communicating,

17   okay?

18       A.    These represent the extended

19   units, correct.

20       Q.    Okay.  So, what we see, sir,

21   over time in the left-hand column is

22   extended units.  There's a legend there,

23   just so we're communicating with each

24   other, and a legend on the bottom that

1    says extended units are pills or dosage

2    units, et cetera, okay.

3           Is that the way you report

4    things in terms of shipments in your

5    business, sir?

6       A.    I'm sorry?

7       Q.    Do you report extended units in

8    the pharmaceutical business?

9       A.    Probably units.

10      Q.    Units would be bottles?

11      A.    Correct.

12      Q.    Have you seen the reports that

13   also calculate the extended units?

14      A.    Yes.

15      Q.    Okay.  So it's a fair way to

16   report, if you will, the volume for a

17   product.  Fair?

18      A.    It's my understanding.

19      Q.    Okay.  So, we have here extended

20   units over the years, and we can see that,

21   you know, Endo, not -- we don't have data

22   prior to '99 and maybe not even a full

23   year for '99, but Endo at its early stage

24   is less than a billion pills, half a

Highly Confidential - Subject to Further Confidentiality Review

1  billion it looks like while it's getting

2  started.  You know, the yellow lines grow

3  and I guess kind of approach a billion in

4  maybe 700, 800 million in 2009.

5          You see that?

6      A.    Yes.

7      Q.    And then after 2010 there's some

8  reallocation of products between Endo and

9  Qualitest in terms of their relative,

10  which company's responsible for that.

11          Do you understand that, sir?

12      A.    In 2010 it appears that

13  there's -- Qualitest is producing generic

14  versions of Endo's products and that's

15  why, I assume, it's increasing from

16  Qualitest.

17      Q.    You see that Endo's attribution

18  declines over time while Qualitest's go

19  up, right?

20      A.    Correct.

21      Q.    And, is that something like what

22  happened with Par and Qualitest in 2015, a

23  reallocation of products between the two

24  companies?

1    A.    That's what appears to be

2    happening, yes.

3         Q.    We see, obviously, the sales for

4    Par in 2014, 2015, and they shift fairly

5    dramatically between Par and Qualitest,

6    right?

7         A.    Yes.

8         Q.    Okay.  So, reorienting us.

9              In 2011, we looked at that CDC

10   note talking about the epidemic

11   prescription drugs and overdoses.

12             We can see that the Endo,

13   Qualitest and Par entities are growing

14   business, right?

15             MR. STERN:  Mr. Buchanan, just

16        for the record, object to this

17        demonstrative to the extent it makes

18        it appear as though certain entities

19        were unified at times when they were

20        not.  The earlier testimony elaborated

21        the corporate history and we'd

22        respectfully submit that this

23        demonstrative is potentially

24        misleading on that point.

1      identified?

2            MS. SCULLION:  They e-mail in.

3            MR. BUCHANAN:  We can get names

4      at the break.

5            MR. STERN:  I wasn't aware of

6      that.  That answers my question.

7      BY MR. BUCHANAN:

8      Q.     You have it before you again,

9      sir?

10     A.     I do.

11     Q.     I think if you go to the second

12     page you'll see the DEA release:  Drugs of

13     chemical concern.  Action plan to prevent

14     the diversion and abuse of OxyContin.

15            You see that?

16     A.     I see it.

17     Q.     There was also a GAO report in

18     2003.

19            You know that?

20     A.     I see it.

21     Q.     A GAO report.

22            Are you aware of that?

23     A.     I'm not aware of the report.

24     Q.     Okay.  If you go to Exhibit 44

1    in your other binder, if we can keep them

2    both --

3         A.    Sure.

4         Q.    -- reasonably handy.

5              MR. STERN:  Mine only goes up to

6         40.

7              New binder.  New binder, Paul.

8         No, it's not in there.

9              THE WITNESS:  Okay.  44, you

10        said?

11             MR. BUCHANAN:  Exhibit 44.

12             (Campanelli Exhibit 44,

13        document, was marked for

14        identification, as of this date.)

15   BY MR. BUCHANAN:

16        Q.    Do you know what the GAO is,

17   first of all?

18        A.    Government -- government

19   accounting -- accountability --

20   government -- I -- no, I -- general

21   accounting office.  I don't know.

22        Q.    Okay.  You know it's a -- it's

23   an office within the government that

24   periodically conducts investigations and

1   reports to Congress and others, correct?

2   A.    Correct.

3   Q.    So, in December of 2003, sir,

4   they issue a report:  Prescription drugs

5   OxyContin abuse and diversion and efforts

6   to address the problem.

7        Do you see that, sir?

8   A.    I see it.

9   Q.    Okay.  And you all, Endo to be

10  clear, decide, at this point in time,

11  after a market that is built on

12  overaggressive promotion, that has

13  embedded within it diversion and abuse,

14  that this is a market you want to be in,

15  right?

16       MR. STERN:  Objection to the

17       form of the question; lack of

18       foundation.

19  A.    Endo is -- is -- is -- is -- is

20  marketing and promoting opioids into --

21  into this category -- into the U.S. at

22  this point in time.

23  Q.    Well, no.  I mean even more

24  specifically, sir.

Highly Confidential - Subject to Further Confidentiality Review

1          I mean you wanted to start

2    selling OxyContin, generic OxyContin, at

3    this point in time in the end of 2003,

4    after allegations of fraud and

5    manipulative marketing, that's the market

6    you wanted to get into and the product you

7    wanted sell, correct?

8          MR. STERN:  Objection to form

9      and foundation.

10     A.    Endo was looking to get into the

11   market.

12     Q.    Right.  And Endo did get into

13   the market, right?

14     A.    Over time.

15     Q.    It got into the market and made

16   generic oxycodone -- excuse me.  Generic

17   OxyContin, correct, sir?

18         MR. STERN:  Objection to form

19     and foundation for 2004.

20     A.    Endo produced the product.

21     Q.    Let's look.  Can we pull out,

22   please, the Endo sales chart that we had

23   this morning?

24         MR. BUCHANAN:  Corey, maybe just

Highly Confidential - Subject to Further Confidentiality Review

1    for the witness and all of us, we

2    could pull it up on the screen, it's

3    E1811.

4    BY MR. BUCHANAN:

5    Q.    We see oxycodone ER 2005.

6         Do you see that?

7         MR. BUCHANAN:  I'm sorry.  Can

8    you blow it up for us, please, Corey?

9    It's kind of hard to see.

10        Maybe just cut it off at 2006.

11        There we go.  Can you see it

12   all?

13        That's good.  Can you scroll a

14   little more over so we can have 2004,

15   2005, 2006?

16        Great.

17   Q.    So, just to reframe this, sir.

18   The DEA issues an alert on OxyContin in

19   2003 about concerns about abuse and

20   diversion, right?

21   A.    I see it.

22   Q.    The GAO issues a report on

23   OxyContin abuse and the concerns how it

24   was marketed and the representations that

Highly Confidential - Subject to Further Confidentiality Review

1  were made and what doctors and patients

2  believe, right?

3      A.    I don't know what's in this

4  document.

5      Q.    Okay.  You can see it in the

6  summary on the left.

7      A.    I see the title.

8      Q.    Okay.  And we see little over a

9  year later, Endo's bringing generic oxy to

10  the market, right?

11          MR. STERN:  Objection; form and

12      foundation.  Other than what's on the

13      face of the document.

14      A.    It eventually enters the market.

15      Q.    Okay.  The eventually is in

16  2005, Endo sells -- brings generic

17  OxyContin to the market, sir, correct?

18          MR. STERN:  Objection; form and

19      foundation.

20      A.    I see the units in 2005.

21      Q.    And you see the units in 2006,

22  right?

23      A.    Correct.

24      Q.    Some 270 million pills in some

1    period within those two years, right?

2           MR. STERN:  Objection; form and

3       foundation.

4       A.    Show me where you're looking.

5       Q.    I'm looking oxycodone ER.

6           MR. BUCHANAN:  Corey, could you

7       line them up a little bit, please?

8           THE WITNESS:  You're a little

9       off.

10          MR. BUCHANAN:  Yeah, they're a

11      little staggered, but I think you can

12      tell where.

13      A.    I see it.

14      Q.    So you see for 2005 130 million

15   pills?

16      A.    Yes.

17      Q.    You see for 2006 148 million

18   pills?

19      A.    Yes.

20      Q.    Into this market built on

21   fraudulent representations, marketing

22   problems, and diversion and abuse, right?

23          MR. STERN:  Objection; form and

24      foundation.

1    A.    I see the report that talks

2    about abuse and diversion.  And I see that

3    Endo launched the product in 2005 and had

4    sales as well into 2006 and a little bit

5    in 2007.

6    Q.    Right.  And you know the story a

7    little bit there, sir.  That the company

8    got approval from the FDA, the AB generic,

9    to bring it to the market.  Then there was

10   a litigation that followed with Purdue.

11         Is that right?

12         MR. STERN:  Objection; form and

13      foundation.

14         MS. PARK:  Objection.

15    A.    I'm actually not familiar with

16   that.

17    Q.    You know Purdue litigated with

18   Endo over this.  You don't know that?

19    A.    No.

20    Q.    And shut it down?

21         MR. STERN:  Objection.

22   BY MR. BUCHANAN:

23    Q.    So they could keep the sales for

24   themselves?

Highly Confidential - Subject to Further Confidentiality Review

1          MR. STERN:  Objection; form and

2     foundation.

3     A.    I didn't know the history.

4     Q.    Okay.  So, 270 million pills by

5     Endo generic oxy in 2005 and 2006.  That's

6     what the data shows, right?

7     A.    I see it.

8     Q.    Okay.  Please look at Exhibit 9,

9     sir.

10          (Campanelli Exhibit 9, document,

11     was marked for identification, as of

12     this date.)

13     A.    Am I keeping this other binder

14     in front of me, or not?

15     Q.    You might need to.  I apologize

16     for that, sir.  It shouldn't happen too

17     often.

18          This is an article and I guess a

19     financial report.  Market Watch.

20          You see that?

21     A.    Yes, I see it.

22          MR. BUCHANAN:  Can you pull it

23     up, please, Corey?  It's E242.

24          And you can take down the

 1          numbers.

 2     Q.     This is from March 24 of 2004.

 3            You see that?

 4     A.     I see it.

 5     Q.     That's three months after the

 6   GAO issues their report about all this

 7   problem with OxyContin, right?

 8            MR. STERN:  Objection; form and

 9     foundation.

10   BY MR. BUCHANAN:

11     Q.     Do I have the dates right, sir?

12     A.     Correct.

13            MR. STERN:  Exhibit 9?

14            MR. BUCHANAN:  Exhibit 9.

15            MR. STERN:  It's missing from my

16     book.

17            It's behind Tab 8.  Okay.

18   BY MR. BUCHANAN:

19     Q.     It says:  Endo wins OxyContin

20   generics bid.

21            Right?

22     A.     I see it.

23     Q.     Endo wins?

24     A.     I see the headline.

1      Q.    It says:  Endo OxyContin, which

2   was nicknamed hillbilly heroin after

3   rampant abuse was seen in certain rural

4   areas had U.S. sales of about 1.9 billion

5   in 2003.

6           Right?

7      A.    I see it.

8      Q.    (Reading) We are extremely

9   pleased by the FDA's approval of our

10  oxycodone extended-release product which

11  represents a substantial market

12  opportunity for Endo.

13     A.    I see it.

14     Q.    Do you see that?

15          (Reading) And reinforces our

16  leadership position in pain management,

17  said the CEO Carol Ammon.

18          Right?

19     A.    I see it.

20     Q.    Three months after the GAO

21  reports about all these problems with

22  OxyContin.

23          You agree with that, right?

24     A.    The timing is understood.

Highly Confidential - Subject to Further Confidentiality Review

1      Q.     After the DEA reported about the

2    problems of abuse and diversion of

3    OxyContin, as well as your other two

4    products, Percocet and Percodan, right?

5      A.     Yes.

6      Q.     And after Congress held hearings

7    on the way in which OxyContin had been

8    promoted, correct?

9           MR. STERN:  Objection; form and

10        foundation.

11     A.     Yes.

12     Q.     And we saw, sir, later in time

13    as well, that Qualitest also made generic

14    OxyContin, right?

15     A.     Yes.

16     Q.     And Par made generic OxyContin,

17    right?

18     A.     No.

19     Q.     Par sold generic OxyContin?

20     A.     Yes.

21     Q.     Into the market that was built

22    on those representations as described in

23    these reports, right, sir?

24           MR. STERN:  Objection to the

1          form and foundation.

2          A.     Could you repeat the question?

3                 MR. BUCHANAN:  Withdrawn.

4          Q.     Opana, that's one you sold for

5     longer than a couple years, right?

6                 MR. STERN:  Objection; form and

7          foundation.

8          A.     Opana was sold for a number of

9     years.

10         Q.     Okay.  Opana, real potent,

11    right?

12                MR. STERN:  Objection to form

13         and foundation.

14    BY MR. BUCHANAN:

15         Q.     You can answer.

16         A.     It's a potent opioid.

17         Q.     Three times more potent than

18    Morphine, right?

19         A.     On an MME basis.

20         Q.     Two times more potent than the

21    drug we were just talking about that had

22    all the concerns about addiction and

23    abuse, OxyContin, right?

24                MR. STERN:  Objection to the