# EXHIBIT 118

**1999 - 2017 (June) Endo Total Pills/Units Shipped**
Source: ENDO_DATA-OPIOID_MDL-00000025 - 41

| Year/Drug | 1999 | 2000 | 2001 | 2002 | 2003 | 2004 | 2005 | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 (June) | TOTAL |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Endocet | 163,658,200 | 165,952,400 | 221,554,800 | 300,818,900 | 370,657,940 | 443,705,000 | 298,248,600 | 353,227,000 | 327,846,700 | 338,201,400 | 474,415,700 | 459,788,800 | 319,465,400 | | | | | | | 4,237,540,840 |
| Endocodone | 206,800 | 381,700 | 1,074,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,662,800 |
| Endodan | 10,986,700 | 19,320,600 | 20,555,900 | 22,242,700 | 15,340,100 | 11,318,500 | 1,951,300 | 14,150 | 13,647 | 22,535 | 29,395 | 26,931 | 16,565 | 0 | 0 | 0 | 0 | 0 | 0 | 101,839,023 |
| Ilycodan | 29,301,100 | 2,907,400 | 2,516,500 | 2,027,808 | 2,165,400 | 569,100 | 374,200 | 342,700 | 913,900 | 900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 41,119,008 |
| Ilycodan Syrup (Pint) | 1,886,035 | 1,940,850 | 1,161,280 | 1,499,385 | 1,182,275 | 792,015 | 558,695 | 588,145 | 491,625 | 284,145 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 10,384,450 |
| Ilycomine | 724,000 | 1,140,800 | 766,000 | 691,600 | 905,400 | 563,700 | 53,300 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,844,800 |
| Ilycomine PED Syrup (Pint) | 783,085 | 450,205 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,233,290 |
| Ilycomine Syrup (Pint) | 961,495 | 520,790 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,482,285 |
| Ilycotuss Syrup (Pint) | 1,660,030 | 1,608,255 | 827,925 | 1,007,190 | 768,645 | 793,155 | 542,925 | 589,380 | 624,815 | 855 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,423,175 |
| Hydro/APAP | 8,591,700 | 4,832,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 13,423,700 |
| Hydromorphone | 3,664,100 | 3,767,600 | 3,847,900 | 5,326,400 | 0 | 5,203,600 | 714,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 22,323,700 |
| Morphine Sulfate ER | 16,499,100 | 36,505,100 | 54,135,100 | 101,734,600 | 128,756,522 | 100,468,000 | 87,002,600 | 88,172,300 | 94,104,900 | 90,641,800 | 143,111,900 | 124,437,900 | 103,992,200 | 0 | 0 | 0 | 0 | 0 | 0 | 1,169,562,022 |
| Numorphan AMP (x10) | 181,490 | 197,080 | 30 | 24,300 | 46,200 | 106,840 | 107,650 | 150,750 | 53,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 867,440 |
| Numorphan Suppositories Pkg of 6 | 43,158 | 29,112 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 72,270 |
| Numorphan (Vial) | 25,587 | 36,021 | 2,041 | 8,400 | 15,582 | 5,562 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 93,193 |
| Opana | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 2,097,100 | 7,667,000 | 13,226,900 | 17,795,300 | 17,069,700 | 5,648,600 | 156,900 | 512,800 | 180,000 | 0 | 0 | 0 | 64,354,300 |
| Opana ER | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 4,477,900 | 18,196,800 | 34,239,500 | 43,540,700 | 59,451,400 | 85,358,300 | 63,450,820 | 50,959,900 | 44,151,360 | 40,720,380 | 34,092,120 | 14,058,240 | 492,697,420 |
| Opana Injection (x10) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,48,080 | 180,180 | 139,350 | 163,370 | 182,280 | 144,880 | 128,820 | 127,000 | 156,870 | 128,690 | 22,110 | 1,521,630 |
| Opana IR | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 635,300 | 465,800 | 205,900 | 0 | 1,307,000 |
| Oxycodone APAP | 0 | 149,400 | 510,100 | 186,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 845,500 |
| Oxycodone ER | 0 | 0 | 0 | 0 | 0 | 0 | 131,804,400 | 148,128,000 | 13,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 279,945,400 |
| Oxymorphone Hydrochloride | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 16,847 | 70,958 | 0 | 0 | 0 | 0 | 0 | 0 | 87,805 |
| Percocet | 101,736,700 | 180,526,900 | 182,231,400 | 212,112,500 | 266,352,000 | 132,543,300 | 99,294,700 | 84,809,600 | 70,800,600 | 64,037,900 | 57,993,200 | 42,774,200 | 36,011,100 | 21,884,300 | 17,769,100 | 5,454,900 | 13,787,700 | 10,737,600 | 4,543,200 | 1,605,480,900 |
| Percodan | 8,803,000 | 9,683,700 | 5,555,300 | 5,457,500 | 4,938,600 | 3,663,700 | 2,828,700 | 1,796,929 | 21,672 | 18,423 | 14,246 | 11,420 | 8,830 | 6,353 | 0 | 0 | 0 | 0 | 0 | 42,808,373 |
| Percolone | 1,463,600 | 2,628,900 | 3,393,500 | 122,900 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 7,608,900 |
| Zydone | 6,017,200 | 19,549,800 | 18,460,500 | 9,384,400 | 11,138,800 | 8,347,800 | 6,230,800 | 5,801,900 | 4,718,900 | 4,293,800 | 2,846,100 | 2,591,600 | 2,084,000 | 1,321,600 | 212,900 | 0 | 0 | 0 | 0 | 103,000,100 |
| **TOTAL** | 357,193,080 | 452,128,613 | 516,592,576 | 662,444,583 | 802,267,464 | 708,080,272 | 629,711,970 | 690,275,854 | 525,614,739 | 545,148,338 | 739,885,891 | 706,332,168 | 552,838,233 | 86,964,853 | 69,583,520 | 49,913,260 | 55,300,250 | 45,424,210 | 18,829,450 | 8,214,529,324 |

Data produced does not provide size of units shipped for certain years and products. The numbers shaded in yellow represent units shipped.



End 6
**EXHIBIT 4**
Marcudes
Date: 3-15-19
MLG, CSR, RPR, CRR