# EXHIBIT 123

**From:** Bullock, John
**To:** Walker, Lisa; Grausso, Sal
**CC:** Glennon, Casey
**Sent:** 6/12/2017 11:42:15 PM
**Subject:** RE: [EXTERNAL] REGARDING OPANA ER - CARDINAL REFUSES TO ORDER

McKesson is shipping and business as usual.

---

**From:** Walker, Lisa
**Sent:** Monday, June 12, 2017 6:23 PM
**To:** Grausso, Sal
**Cc:** Glennon, Casey; Bullock, John
**Subject:** Re: [EXTERNAL] REGARDING OPANA ER - CARDINAL REFUSES TO ORDER

We talked to ABC and it is business as usual until they hear direction from Endo.

Will let you know about McKesson.

Lisa Walker
Endo Pharmaceuticals

Walker.Lisa@Endo.com
Sent from my iPhone

On Jun 12, 2017, at 3:02 PM, Grausso, Sal <Grausso.Sal@endo.com> wrote:

Thank you Lisa there is not FDA Mandate...it is an FDA approved medication....our stakeholders have to do the best thing for the patients in this situation. It is disheartening that patients are showing up at pharmacy counters and are not able to get their therapy.

Sal Grausso
Vice President, Patient Access
Endo Pharmaceuticals 1400 Atwater Drive. Malvern, PA 19355

grausso.sal@endo.com

---

**From:** Walker, Lisa
**Sent:** Monday, June 12, 2017 4:59 PM
**To:** Grausso, Sal; Glennon, Casey; Bullock, John
**Subject:** Fwd: [EXTERNAL] REGARDING OPANA ER - CARDINAL REFUSES TO ORDER

FYI... John and I have cardinal and they are looking into this.. do we baby direction on what we are doing????

Lisa

Lisa Walker
Endo Pharmaceuticals

Walker.Lisa@Endo.com
Sent from my iPhone

Begin forwarded message:

**From:** <lcichocki@ups.com>

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ENDO-OPIOID_MDL-02062332

Date: June 12, 2017 at 1:38:37 PM MST
To: <Walker.Lisa@Endo.com>
Cc: <JMPage@ups.com>
Subject: [EXTERNAL] REGARDING OPANA ER - CARDINAL REFUSES TO ORDER

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails. Click the "Report Phishing" button in Outlook if it is suspicious.

Hi Lisa,

I had a call from Robin Ellifore of Sunset Pharmacy who stated her wholesaler, Cardinal – the Greensboro Division – has refused to let them order OPANA ER 40 MG citing "PER FDA MANDATE" to her.
She says she has customers who desperately need the OPANA ER and her other wholesaler won't sell it to her because she hasn't been using them regularly – has only been using Cardinal Health for OPANA ER.

Robin can be reached at (803) 794-6440.

I promised her I would forward to my Corporate Management and get back to her as soon as possible.

Thank you for your help in advance!

Linda

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ENDO-OPIOID_MDL-02062333