# EXHIBIT 125

| | |
|---|---|
| From: | JMPage@ups.com |
| To: | Walker, Lisa; carolynphillips@ups.com; CDNelson@ups.com; BJohnston@ups.com; csep@ups.com; dahnienebrady@ups.com; kdslaughter@ups.com; lcichocki@ups.com; sarastevens@ups.com; tinawilliams@ups.com |
| CC: | fboyer@ups.com; Brackins, Jeanne |
| Sent: | 8/31/2017 12:05:12 PM |
| Subject: | [EXTERNAL] RE: Opana Transition |

ATTENTION: This email came from an external source. Do not open attachments or click on links from unknown senders or unexpected emails. Click the "Report Phishing" button in Outlook if it is suspicious.

Lisa,

We will make this a priority.

**From:** Walker, Lisa [mailto:Walker.Lisa@Endo.com]
**Sent:** Thursday, August 31, 2017 7:18 AM
**To:** Phillips Carolyn (XJR1DFQ) ; Nelson Chiquita (AOI1QFF) ; Johnston Babbette (EEU1CJJ) ; SCS US HC CSEP (BSS7FTF) ; Brady Dahniene (WLD3RVX) ; Slaughter Kirk (VBB7KDS) ; Cichocki Linda (VTT1LPC) ; Stevens Sara (VXJ9ZDS) ; Williams Tina (PKR3MQX)
**Cc:** Boyer Fern (VTT1FHB) ; Page Joanie (EEU1MFF) ; Brackins, Jeanne
**Subject:** [EXTERNAL] RE: Opana Transition

Team –

Reminder, this is the last day we can ship Opana. Right now, we have open orders for HD Smith and Cardinal. I am not expecting any additional orders, but if they are received, we need to get them released and sent to Memphis ASAP.

Thanks,

Lisa

**Lisa Walker**
Director, Distribution and Customer Service
1400 Atwater Drive Malvern PA 19355

Walker.lisa@endo.com



endo pharmaceuticals
an endo international company

**From:** Walker, Lisa
**Sent:** Tuesday, August 22, 2017 5:07 PM
**To:** carolynphillips@ups.com; cdnelson@ups.com; bjohnston@ups.com; Customer Service mail box ; Dahniene Brady ; Kirk Slaughter ; Linda (lcichocki@ups.com); Sara Stevens ; Tina Williams
**Cc:** fboyer@ups.com; JMPage@ups.com; Brackins, Jeanne
**Subject:** Opana Transition

All-

There is a ton of moving parts around the Opana transition. I have outlined different areas to help guide us through this transition.

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-01681499

Carolyn/Chiquita – there is a ton of information in the email, you will only need the Orders information

### Orders:

- Some wholesalers are participating in the transition program in which they can purchase certain inventory to ensure patients have enough during this period.
- I have alerted the UPS SOM team about this program as the orders will be larger than normal
- There is a promotion set up in SAP that will need to be applied to the orders that are part of the program. The pricing date will be 8/20/17
- The wholesalers that are participating, should be alerting me as to when they will be placing their orders. I will communicate this to the team so we can ensure the promotion is applied to the orders.
  - I updated the NC Mutual order and released it
- Please put the following notes in the orders that are part of this program
  - Opana Transition order
  - When you release the SOM hold in ESAP – use the reason code as one time order
- I will work with Chiquita on orders for MCK/ABC/Card that need certain lots. All other orders we can ship with the current lots

### Wholesalers that will participating in the transition program

- NC Mutual
- Morris/Dickson
- Value Drug
- Smith Drug
- PBA

### Wholesalers not participating in the transition program

- Anda
- Rochester Drug
- Dakota
- Louisiana Drug
- Miami Luken

### Wholesalers still reviewing program

- McKesson
- ABC
- Cardinal – but we believe they will be a no
- HD Smith

### Retailers update as of 8/22

- Walgreens – they will continue to dispense product as long as there is demand. No change and they will let ABC know their position
- Albertson – they will continue to dispense product as long as there is demand.
- Wal-Mart – they are instructing their stores to stop dispensing Opana ER September 1st.
- Rite Aid – they will continue to dispense Opana ER until inventory runs out at the wholesale level.
- CVS –
  - CVS will instruct all stores to stop ordering Opana ER September 1st
  - CVS has sent letters to MD alerting them that they will work with patients to transition over to alternative opioids over the next few months.
  - CVS has a banner add which POPS up when a patient receives Opana ER at the store level. This add alerts the patient to work with their MD on alternative therapies. CVS will still fill Opana ER until the store runs out.
  - CVS will not have a designated stop date for stores to stop dispensing product.. They will continue to dispense if they have inventory. They will work with local stores to find product available, if they can.

As a reminder, Endo will stop shipping on August 31st, but wholesalers and pharmacies can continue to disperse until there is no inventory in the market.  This is going to be difficult period as patient will be call if their store is out of product.   And once the wholesalers run out, there is nothing we can do, except to tell the patient to work with the HCP on alternative therapies.

Please let me know if you have any questions.

Thanks,

Lisa


**Lisa Walker**
Director, Distribution and Customer Service
1400 Atwater Drive Malvern PA 19355

Walker.lisa@endo.com



---

This e-mail transmission, including any attachments, is intended only for the individual(s) or entity(ies) named in the e-mail address and may contain confidential or proprietary information that may be subject to protections afforded to certain types of confidential and/or proprietary information, including attorney-client privilege. If you have any reason to believe that you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any review, use, disclosure, copying, distribution, or reliance upon the contents of this e-mail transmission, and any attachments thereto, is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately, so that Endo can arrange for proper delivery, and then please permanently delete the original and any copy of this e-mail transmission from your system and any printout thereof. Thank you.

(Virus Scanned by Mimecast)