# EXHIBIT 126

E0651.1

Produced in Native Format



ENDO_DATA-OPIOID_MDL-00000019

Highly Confidential
Subject to Protective Order

**E0651.2**

E0651.3


E0651.4



E0651.5