EXHIBIT 127

**From:**        Paul Evans
**Sent:**        Thursday, May 27, 2010 10:22 PM
**To:**          Jeremy Tatum
**Attachments:** 100507 Qualitest overview for BusDev.pdf

**PAUL EVANS**
**VP of Business Development**

**Qualitest** Pharmaceuticals
CHARACTER. COMMITMENT. COMMUNITY.

**QUALITEST/VINTAGE PHARMACEUTICALS**
120, 130, 150 VINTAGE DRIVE
HUNTSVILLE, AL 35811, USA
Tel: +1 856-424-6200 x27

pevans@qualitestrx.com

1



May, 2010

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Company overview

Qualitest is a US-based pharmaceutical company focused on the development, manufacture, sale and distribution of high quality, low cost generic pharmaceutical products



2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Company overview

- Leading developer, manufacturer and marketer of prescription generic pharmaceutical products
  - Development and manufacturing capabilities including solid dose, liquids and various semi-solids
  - Broad product line of commercial products: over 540 Rx SKUs
  - 425 solid dose and 115 liquid dose prescription drug products
  - Focused on controlled substances and developing a broad line of OCs
  - Continuing to increase product offering through an active R&D program
- 5th largest generic pharmaceutical company in US, based on number of generic prescriptions filled
  - 110mm total prescriptions in 2009
  - 2009 revenue of $306mm (revenue up 28.3% since 2008)
- Headquarters located in Huntsville, AL, 72 acres and 995 employees
  - Huntsville - state of the art solid dose facility, liquid facility and warehouse/distribution center
  - Additional solid dose facility located in Charlotte, NC
  - All facilities capable of manufacturing controlled substances
- Focusing on first in class compliance record and low cost manufacturing



3

PAR_OPIOID_MDL_0001593261

# History of the 5th largest US generics company



**Company is named Qualitest and moved to Huntsville, AL**

**Liquid plant built in Huntsville, rolled into Vintage, Inc.**

**Acquisition by Apax Funds (7th largest generic company in the US)**

**Extensive investment in facities and cGMP enhancement**

**5th largest generic company in the US**

1983 | 1986 – 1989 | 1992 | 1996 | 2001 | 2007 | 2008 | 2009 | Today

**Charlotte, NC facility purchased from Medico Pharma; Manufacturing company named Vintage, Inc.**

**Exited DESIs**

**Acquired OC products from Teva**

**No 483s in 2 most recent FDA inspections**

**Founded as a generic product distribution JV with Kmart**

**Tablet plant, HQ & Distribution buildings built in Huntsville. Vintage LLC formed to hold Huntsville manufacturing assets**

**Revenue exceeds $300M**



Qualitest®
Pharmaceuticals

4

# Apax Partners
## Leading Global Private Equity Firm

**Industry leader:**

$15 billion fund

**Pioneer in private equity:**

Established in 1969 in the US and 1981 in Europe

**Significant global reach:**

9 offices in 9 countries

**Deep bench of industry specialists:**

100+ investment professionals

**Growth industry focus:**
Healthcare
Financial & Business Services
Retail & Consumer
Tech & Telecom
Media

SECTOR FOCUSED | LOCAL PRESENCE | GLOBAL REACH



**UK**
Established:     1981
IP:              43
Invested ($m):   11,484

**Sweden**
Established:     2003
IP:              2
Invested ($m):   690

**Germany**
Established:     1990
IP:              14
Invested ($m):   3,488

**Italy**
Established:     2000
IP:              6
Invested ($m):   1,772

**US**
Established:     1969
IP:              29
Invested ($m):   7,351

**Spain**
Established:     1989
IP:              6
Invested ($m):   922

**Israel**
Established:     1994
IP:              4
Invested ($m):   773

**India**
Established:     2006
IP:              5
Invested ($m):   145

**Hong Kong / China**
Established:     2005-2008
IP:              6
Invested ($m):   N/A



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001593263

# Highly talented and motivated management team



**Chairman & CEO**
Marvin Samson
(ESI, Niche, Teva etc.)
Years in industry – 30

| | | | | |
|---|---|---|---|---|
| **VP - National Accounts**<br>Charles (Trey) Propst<br>Years in industry – 20 | **VP – Sales**<br>Michael Reiney<br>Years in industry – 16 | **VP – Operations**<br>Tom Strohl<br>(Watson)<br>Years in industry – 30 | **VP – Quality**<br>Godfrey Baker<br>(Reliant, Mylan)<br>Years in industry – 20 | **SVP Corporate Strategy**<br>Carole Ben-Maimon<br>(Alita, Barr, Teva)<br>Years in industry – 20 |
| **VP – Finance**<br>Phil Cupero<br>(KV, Rhodia)<br>Years in industry – 20 | **General Counsel**<br>Blake Cullen<br>(Paddock, Frasco)<br>Years in industry – 15 | **VP – HR**<br>Don Morford<br>(Kmart)<br>Years in industry – 5 | **VP – R&D**<br>Mark Fletcher<br>(Purdue, Ligand)<br>Years in industry – 30 | **VP – Business Development**<br>Paul Evans<br>(Alita, STADA)<br>Years in industry – 15 |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001593264

# Leading, high growth generic pharmaceutical business



Source: IMS data & Cowen and Company



7

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Diversified portfolio of specialty generics positioned in attractive product categories



**Qualitest**

**Controlled substances**
- Leading manufacturer of controlled substances in the U.S.
- ~43% of total revenues in 2009
- Top 3 products by revenue:
  - Hydrocodone
  - Oxycodone
  - Propoxyphene

**Liquids**
- Broad portfolio of liquid products
- ~17% of total revenues in 2009
- Top 3 products by revenue:
  - Promethazine
  - Cheratussin
  - Nystatin

**OCs***
- Product acquired from Teva as part of the Teva/Barr combination
- ~2% of total revenues in 2009
- Top 3 products by revenue:
  - Previfem
  - Triprevifem
  - Gildess FE 1/20

**Non-CS products**
- Mature products with continuing medical need and sustainable life cycle
- ~45% of total revenues in 2009
- Top 3 products by revenue:
  - Carisoprodol
  - Spironolactone
  - Methocarbamol

**2009 Segment overview ($ revenue)****

- CS (tablet) 36%
- CS (liquid) 7%
- Other liquids 10%
- Non-CS 45%
- OC* 2%

2009 revenue = $306mm

**2009 Dosage form overview ($ revenue)****

- Liquids 17%
- Tablets 83%

* OCs were acquired in 2009
** Splits based on actual 2009 SKU level data



8

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Qualitest has a strong presence and broad product line in the controlled substances market

| Barriers to entry | Strategy |
|---|---|
| <ul><li>Highly regulated by multiple governmental authorities</li><li>Import restrictions limit overseas sources and competition from ex-US manufacturers</li><li>API quotas reward market performance and limit new market entrance</li><li>Multiple dosage forms require broad manufacturing capabilities</li><li>Complex distribution channels create synergy for suppliers with broad portfolios</li><li>Innovation & technology not always linked to NCE discovery</li></ul> | <ul><li>Continue to expand portfolio and broaden offerings in this category</li><li>Consider brand opportunities that leverage core competencies in development and manufacturing</li><li>Leverage development and manufacturing competencies targeting:<ul><li>– Paragraph IVs</li><li>– Extended release products</li><li>– Difficult to develop liquid opportunities</li></ul></li><li>Continue to strengthen strategic relationships with API suppliers</li><li>Patent strategy to increase entry barriers</li><li>Supplement internal development with external partners & increased access to other dosage forms</li></ul> |



9

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001593267

# Qualitest has a strong market position in liquid products

| Barriers to entry | Strategy |
|---|---|
| • Limited number of liquid product manufacturers supplying US market<br><br>• Imports are expensive (weight) and therefore limit competition of non-US suppliers<br><br>• Qualitest has unique scale in this market<br><br>• Market consists of broad range of small to mid-sized product opportunities<br>    – Paragraph IVs<br><br>• Several highly valuable brand products with limited competition<br><br>• Sophisticated technology for unique products present development and manufacturing challenges | • Expand low cost, high quality manufacturing capability<br><br>• Expand broad product line to increase value<br><br>• Target controlled substances to build on core competencies<br><br>• Consider unique packaging opportunities to increase value and market share<br><br>• Consider further expansion into semi-solid products |



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# OC Overview

- Portfolio of OC products acquired in December 2008 from Teva as a result of the Teva/Barr combination

- Qualitest launched 2 products in early 2009 (Previfem and Triprevifem) and 2 products in 2Q 2009 (Gildess and Gildess FE)

- Products are contract manufactured and developed

- Qualitest expects to launch 4 additional OC products in 2010



11

# Increasing portfolio of products in OC market

| Barriers to entry | Strategy |
|---|---|
| • Broad product line will drive market penetration<br>• Manufacturing requires high-containment capabilities<br>• Limited number of API suppliers<br>• Blister packaging capabilities required | • Continue to broaden product portfolio in OCs by developing additional products<br><br>• Establish strategic joint ventures or complete acquisitions to expand product line and ensure cost-competitive sourcing<br>   – API supply<br>   – development/manufacturing capabilities<br>   – product positioning/expanded line<br><br>• Consider expanding portfolio into other hormonal categories  (e.g., HRT, male hormone supplementation) |



12

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

# Facilities overview

| | Facility | Sq. Footage | No. of shifts | Max. capacity | Comments |
|---|---|---|---|---|---|
| **Tablets** | Huntsville, AL | 309,000± | 2 shifts/5 day for manufacturing; 3 shifts/5 day for packaging operating plan | ~10 billion doses ** | • Solid dose generic pharma manufacturing<br>  – Tablets<br>  – Hard shell gelatine capsules<br>• Predominantly immediate release formulations<br>  – Aqueous and solvent granulation capable<br>  – Aqueous film coating capable<br>• DEA Class II to V capable |
| **Liquid** | Huntsville, AL | 180,000± | 3 shifts/5 day for mixing; 2 shifts/5 day for packaging operating plan | ~2.4 billion doses * | • Liquid generic and OTC pharma manufacturing<br>  – Solutions<br>  – Syrups<br>  – Suspensions<br>• Immediate release formulations<br>  • DEA class II to V capable |
| **Distribution** | Huntsville, AL | 226,000± | 1 shift/5 day operating plan (modified for seasonal demands) | | • Large volume DEA Class II – IV capable<br>• Automated pick system<br>• Partial case through full pallet shipping capable |
| **Tablets** | Charlotte, NC | 60,000± on site<br><br>20,000± satellite warehouse | 2 shifts/5 day operating plan | ~4 billion doses ** | • Solid dose generic pharma manufacturing<br>  – Tablets<br>  – Hard shell gelatine capsules<br>• Predominantly immediate release formulations<br>  – Aqueous granulation capable<br>  – Aqueous film coating capable<br>• DEA Class II to V capable |

\* Represents maximum theoretical capacity and excludes capacity from incremental Capex
˚ One dose = 5mL
\*\* One dose = one tablet or capsule



13

PAR_OPIOID_MDL_0001593271

# Overview of R&D Operations

- New revitalized R&D team with a focus on science-based development and driving corporate growth
  - New VP of R&D joined in March 2009
  - New directors of formulation, development, analytical R&D, clinical trials and regulatory affairs
  - Restructured R&D for more efficient and aggressive development strategies
  - Enhanced coordination between departments; R&D, sourcing, and operations
- Senior management team identifies strategic new product opportunities to feed pipeline
- Science-based development strategy focused on effective and efficient development of wide range of manufacturable products
  - Expand product lines in controlled substances, liquids, OCs and extended release products
  - Supplement current product line with new strengths and follow-on products
  - 2nd source APIs to ensure cost competitive sourcing
- Combined staff of 77, 13 of whom have Ph.D.s
- Focus business development strategy to expand current product portfolio, add new dosage form capabilities, and expand into specialty pharma



14

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001593272

# Qualitest has a strong product pipeline with 31 ANDAs on file at the FDA



| Cumulative Launches | Highlights |
| --- | --- |

**Cumulative Launches** (chart legend: 2010 launches, 2011 launches, 2012 launches, 2013 launches, 2014 launches)

Chart values by year:
- 2010P: 15
- 2011P: 37
- 2012P: 47 (10 / 22 / 15)
- 2013P: 64 (10 / 22 / 15)
- 2014P: 75 (11 / 10 / 22 / 15)

- 31 ANDAs on file with FDA as of March 31, 2010
- 1 ANDA filed to date in 2010
- 9 ANDAs to be filed in the remainder of 2010
- 36 products in development

**Highlights**

- R&D team is focused on aggressively and efficiently pursuing the development of products
- Selection of products is based on our core competencies and long term profitability
- Products for development are reviewed and approved by an integrated senior management team
- Go/no go decisions are made at key times during the development process
- R&D organization has expertise in all areas of development: solids, liquids, controlled substances and extended release products
- Strict attention is paid to the quality of regulatory filings in order to expedite review
- Integration with operations occurs throughout the development process to insure manufacturability



15

PAR_OPIOID_MDL_0001593273

# Vision and strategy

- Continue to grow the business by expanding the development, manufacture, sale and distribution of high quality, low cost generic pharmaceutical products
- Exploit expertise in high volume/low cost/high quality manufacturing
- Focus growth and product selection on core competencies
  - Controlled substances
  - Liquids
  - OCs/hormones
- Focus on "best in class" sourcing, quality and customer service
  - Build on new quality/compliance record and FDA relationships
  - Continue to focus on the customer
  - Work strategically with suppliers to increase market share



16

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



PAR_OPIOID_MDL_0001593275



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER