EXHIBIT 128

EXHIBIT B
PAR PHARMACEUTICAL, INC. AND PAR PHARMACEUTICAL COMPANIES, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' INTERROGATORY NO. 35

E1847.1



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

E1847.2

EXHIBIT B

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT B
PAR PHARMACEUTICAL, INC. AND PAR PHARMACEUTICAL COMPANIES, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' INTERROGATORY NO. 33

E1847.3



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT B
PAR PHARMACEUTICAL, INC. AND PAR PHARMACEUTICAL COMPANIES, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' INTERROGATORY NO. 33

E1847.4



HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT B
PAR PHARMACEUTICAL, INC. AND PAR PHARMACEUTICAL COMPANIES, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' INTERROGATORY NO. 33

**E1847.5**

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

EXHIBIT B
PAR PHARMACEUTICAL, INC. AND PAR PHARMACEUTICAL COMPANIES, INC.'S SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' INTERROGATORY NO. 33

E1847.6

HIGHLY CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER