EXHIBIT 134

## Attachment

With regard to Ranking Member McCaskill's July 26, 2017 letter, Endo provides the following responses:

**1. Please describe any suspicious order monitoring program Endo and its subsidiaries have implemented, including efforts to monitor, investigate, or report suspicious transactions between its distributors and pharmacies and efforts to analyze information related to "chargeback" requests;**

As a manufacturer of controlled substances, including both branded and generic opioid products, Endo's (the "Company") operating companies, Par Pharmaceutical ("Par") and Endo Pharmaceuticals ("Endo"), maintain robust, highly specialized suspicious order monitoring ("SOM") programs, staffed by the Par DEA Compliance and Endo Customer Service teams.

### Par's SOM Program

**Efforts to Monitor for Suspicious Opioid Orders**

Par, which manufactures the Company's generic opioid product, uses a cloud-based, third party algorithm tool to evaluate ████████████████████████████ To meet the applicable Controlled Substances Act ("CSA") and Drug Enforcement Administration ("DEA") requirements, Par's SOM program is designed to identify orders of unusual size, frequency or pattern. This process includes two main elements:



Par conducts customer due diligence, requiring customers to complete ████████ questionnaires regarding their SOM programs, and provide certain accompanying documentation. ████████████████████████

CONFIDENTIAL TREATMENT REQUESTED BY ENDO

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

To further supplement Par's SOM compliance efforts, Par's DEA Compliance team reviews available "chargeback" data ████████████ Chargebacks provide transactional data of Par NDC numbers at the pharmacy level.



### Efforts to Investigate and Report Suspicious Orders

When an order is identified by the algorithm as an order of interest, or reaches the ████████ ████████████████████████████████ the order is placed on hold pending review by a member of the Par DEA Compliance team. In investigating held/pended orders, the Par DEA Compliance team will ██████████████████████████████████████████████████████████████, and ████████████████████████████████████████████████████████████ he ██████████████████████████████████████████████████████████ tion ██████████████████ If an order is rejected and deemed suspicious, based on the Par DEA Compliance team's review, the order is not shipped and it is reported to the DEA Field Office in accordance with the regulatory requirements.

### Endo's SOM Program

Endo, which manufactures the Company's two branded opioid products, utilizes a customized suspicious order management validation software tool to evaluate individual orders, based on quantity, size, and frequency ("QSF"). Customers' ███████████████ is used to calculate ████████████████████████████████████████████████████ it will be placed on hold, pending further investigation by the Endo Customer Service team.

Cleared orders are communicated to Endo's highly-regarded third-party logistics provider (the "3PL""), that assists Endo with the warehousing and distribution of its Schedule II opioid products. Pursuant to contractual agreements, the 3PL maintains an active and valid registration with the Drug Enforcement Administration ("DEA") to engage in the distribution of Endo-directed orders of controlled substances, to DEA-registered entities – predominantly, wholesalers. As a DEA-registered distributor, the 3PL is required under DEA's regulations (21 CFR 1301.74(b)) to have a system in place to identify and subsequently report suspicious orders of controlled substances. The 3PL has developed and implemented a proprietary and

CONFIDENTIAL TREATMENT REQUESTED BY ENDO

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

confidential, highly-customized Suspicious Order Monitoring ("SOM") program, which evaluates orders for controlled substances received by the 3PL.

The 3PL's SOM tool uses a sophisticated algorithm to evaluate orders. The metrics used in the algorithm include the criteria listed in DEA's regulations (volume, pattern, frequency). Moreover, the algorithm also utilizes additional data points and ▓▓▓▓▓▓▓▓▓ to detect orders that require additional evaluation prior to distribution. These "orders of interest" are scrutinized and investigated by the 3PL's regulatory affairs department. ▓▓▓▓▓▓

▓▓▓▓▓▓ If an order of interest is ultimately not determined to be a suspicious order, the order is released and shipped to the customer. If, however, the investigation reveals that the order of interest is a suspicious order, the order is not shipped and DEA and Endo are immediately notified. All decisions made as part of the 3PL's SOM are documented by the 3PL.

**2. Please provide any questionnaires Endo and its subsidiaries have sent to distributors regarding their anti-diversion and compliance efforts, and any responses to these questionnaires Endo and its subsidiaries have received, since January 2012.**

In response to Item 2, the Company is producing SOM questionnaire forms sent to distributor customers and customers' questionnaire responses, including accompanying documentation. These documents bear the BATES range ENDO_HSGAC_0000001 through ENDO_HSGAC_0002754.



**3. Please provide any other formal correspondence Endo and its subsidiaries have sent to or received from distributors concerning their obligations to monitor, investigate, and report suspicious orders since January 2012.**

In response to Item 3, the Company is producing responsive email communications with its distributor customers at ENDO_HSGAC_0002755 through ENDO_HSGAC_0017945.

**4. Using the template in Attachment A or a similar format, please provide a list of all suspicious order notifications Endo and its subsidiaries have provided to DEA regarding opioid orders originating from Missouri since January 2012, including**

CONFIDENTIAL TREATMENT REQUESTED BY ENDO

**the date of the notification, the name and address of the ordering pharmacy, distributor, or other customer, the substances ordered, and the strength and quantity of each substance in terms of number of pills, metric measurement of liquids, or the strength and number of doses for pre-packaged single-use items, if available.**

The Company, upon current information and belief, did not identify any schedule CII or CIII opioid product orders, originating in Missouri, that required DEA suspicious order notification during this time period.

**5.     Using the template in Attachment A or a similar format, please provide a list of all Missouri-based pharmacies, distributors, or other customers for which Endo and its subsidiaries have conducted an audit or investigation since January 2012 following indications of suspicious orders, including the date of the audit or investigation, the outcome, and any subsequent actions by Endo and its subsidiaries concerning the customer at issue.**

In response to Item 5, the Company is producing the enclosed charts listing Par's (at Exhibit A) and Endo's (at Exhibit B) Missouri-based CII or CIII opioid product orders that were held pending internal review. Similar in format to the Committee-provided template, the charts include the date, customer name, DEA-registered facility address, investigative results, and subsequent action taken. A significant number of the pending order investigations resulted in one of the enclosed outcomes described below and referenced in the charts.



CONFIDENTIAL TREATMENT REQUESTED BY ENDO

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    PAR_OPIOID_MDL_0001596411



CONFIDENTIAL TREATMENT REQUESTED BY ENDO

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| Order Date | | Outcome/Subsequent Action |
|---|---|---|
| 2016-09-07 11:33:02 | | Cleared After Review |
| 2016-09-21 10:43:02 | | Cleared After Review |
| 2016-10-26 11:38:03 | | Cleared After Review |
| 2016-11-30 10:48:03 | | Cleared After Review |
| 2016-12-14 14:13:03 | | Cleared After Review |
| 2017-01-25 00:00:00 | | Cleared After Review |
| 2017-01-25 00:00:00 | | Cleared After Review |
| 2017-02-20 00:00:00 | | Cleared After Review |
| 2017-04-12 00:00:00 | | Cleared After Review |
| 2017-06-28 00:00:00 | | Cleared After Review |

**Confidential Treatment Requested by Endo**

**ENDO_HSGAC_0017946**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596413



| | |
|---|---|
| 2013-12-03 09:43:09 | Cleared After Review |
| 2013-12-11 13:22:13 | Cleared After Review |
| 2013-12-11 13:23:13 | Cleared After Review |
| 2014-06-11 10:05:10 | Cleared After Review |
| 2014-06-18 10:06:10 | Cleared After Review |
| 2014-07-02 09:57:09 | Cleared After Review |
| 2014-07-09 13:49:13 | Cleared After Review |
| 2014-10-15 12:15:12 | Cleared After Review |
| 2014-11-04 10:15:10 | Cleared After Review |
| 2014-11-11 09:15:09 | Cleared After Review |
| 2014-11-18 13:15:13 | Cleared After Review |
| 2014-12-02 14:16:14 | Cleared After Review |
| 2014-12-02 14:16:14 | Cleared After Review |
| 2014-12-09 13:15:13 | Cleared After Review |
| 2015-01-06 09:15:09 | Cleared After Review |
| 2015-01-06 09:15:09 | Cleared After Review |
| 2015-05-13 09:16:09 | Cleared After Review |
| 2015-07-28 12:15:12 | Cleared After Review |

**Confidential Treatment Requested by Endo**

**ENDO_HSGAC_0017947**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596414

| 2015-08-04 09:15:09 | | Cleared After Review |
| 2015-08-11 10:25:10 | | Cleared After Review |
| 2015-08-12 09:16:09 | | Cleared After Review |
| 2015-08-18 09:15:09 | | Cleared After Review |
| 2015-08-25 12:16:12 | | Cleared After Review |
| 2015-09-02 09:16:09 | | Cleared After Review |
| 2015-09-16 09:16:09 | | Cleared After Review |
| 2015-09-21 14:16:14 | | Cleared After Review |
| 2015-12-15 09:15:09 | | Cleared After Review |
| 2015-12-16 09:15:09 | | Cleared After Review |

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    PAR_OPIOID_MDL_0001596415

| Date | Status |
|---|---|
| 2016-02-03 09:16:09 | Cleared After Review |
| 2016-02-03 09:16:09 | Cleared After Review |
| 2014-09-29 13:05:13 | Cleared After Review |
| 2014-09-29 13:05:13 | Cleared After Review |
| 2014-10-08 15:15:15 | Cleared After Review |
| 2014-09-29 13:05:13 | Cleared After Review |
| 2014-09-29 13:05:13 | Cleared After Review |
| 2014-10-08 15:15:15 | Cleared After Review |
| 2015-02-23 17:15:17 | Cleared After Review |
| 2017-07-07 00:00:00 | Cleared After Review |
| 2017-07-31 00:00:00 | Cleared After Review |
| 2014-06-10 09:34:09 | Cleared After Review |
| 2014-06-17 10:04:10 | Cleared After Review |
| 2014-06-24 09:35:09 | Cleared After Review |
| 2016-02-02 15:16:15 | Cleared After Review |
| 2017-02-01 00:00:00 | Cleared After Review |
| 2017-05-24 00:00:00 | Cleared After Review |
| 2013-12-20 09:45:09 | Cleared After Review |
| 2014-04-16 16:25:16 | Cleared After Review |
| 2014-04-23 14:14:14 | Cleared After Review |
| 2014-04-30 13:16:13 | Cleared After Review |
| 2014-04-30 13:16:13 | Cleared After Review |
| 2014-05-07 12:45:12 | Cleared After Review |
| 2014-05-07 12:45:12 | Cleared After Review |
| 2014-05-14 13:09:13 | Cleared After Review |
| 2014-05-14 13:09:13 | Cleared After Review |
| 2014-05-21 13:27:13 | Cleared After Review |
| 2014-05-21 13:27:13 | Cleared After Review |
| 2014-05-28 10:54:10 | Cleared After Review |
| 2014-05-28 10:54:10 | Cleared After Review |

SGAC_0017949

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    PAR_OPIOID_MDL_0001596416



| | |
|---|---|
| 2014-08-19 15:57:15 | Cleared After Review |
| 2014-09-29 09:36:09 | Cleared After Review |
| 2014-09-29 09:36:09 | Cleared After Review |
| 2015-01-19 12:46:12 | Cleared After Review |
| 2015-01-23 16:13:16 | Cleared After Review |
| 2015-09-09 15:13:15 | Cleared After Review |
| 2014-02-05 16:58:16 | Cleared After Review |
| 2014-10-14 13:15:13 | Cleared After Review |
| 2014-10-16 15:15:15 | Cleared After Review |
| 2014-11-14 12:15:12 | Cleared After Review |
| 2015-04-01 16:15:16 | Cleared After Review |
| 2015-06-03 17:15:17 | Cleared After Review |
| 2015-07-01 17:15:17 | Cleared After Review |
| 2015-10-01 14:15:14 | Cleared After Review |
| 2015-10-15 17:16:17 | Cleared After Review |
| 2015-12-11 14:15:14 | Cleared After Review |
| 2016-02-17 16:16:16 | Cleared After Review |
| 2016-03-09 13:15:13 | Cleared After Review |

Confidential Treatment Requested by Endo

ENDO_MSGAC_0017950

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596417

| | |
|---|---|
| 2016-06-09 11:15:11 | Cleared After Review |
| 2014-04-15 19:17:19 | Cleared After Review |
| 2014-04-22 19:21:19 | Cleared After Review |
| 2014-06-10 17:47:17 | Cleared After Review |
| 2014-06-11 15:22:15 | Cleared After Review |
| 2014-06-27 16:12:16 | Cleared After Review |
| 2014-07-15 09:39:09 | Cleared After Review |
| 2014-07-16 17:46:17 | Cleared After Review |
| 2014-07-22 19:25:19 | Cleared After Review |
| 2014-08-01 12:50:12 | Cleared After Review |
| 2014-08-08 19:14:19 | Cleared After Review |
| 2014-09-23 12:15:12 | Cleared After Review |
| 2014-09-23 12:15:12 | Cleared After Review |
| 2014-09-24 14:02:14 | Cleared After Review |
| 2014-10-06 09:15:09 | Cleared After Review |
| 2014-10-09 17:15:17 | Cleared After Review |

**Confid**

**ISGAC_0017951**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| | |
|---|---|
| 2014-10-10 14:15:14 | Cleared After Review |
| 2014-10-15 10:16:10 | Cleared After Review |
| 2014-10-17 16:15:16 | Cleared After Review |
| 2014-10-27 09:15:09 | Cleared After Review |
| 2014-11-03 09:15:09 | Cleared After Review |
| 2014-11-05 15:15:15 | Cleared After Review |
| 2014-11-12 15:15:15 | Cleared After Review |
| 2014-11-20 17:15:17 | Cleared After Review |
| 2014-11-25 16:15:16 | Cleared After Review |

**Confidential Treatment Requested by Endo**

ENDO_HSGAC_0017952

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596419

| | |
|---|---|
| 2014-12-02 18:15:18 | Cleared After Review |

| | |
|---|---|
| 2014-12-05 17:15:17 | Cleared After Review |
| 2014-12-11 09:15:09 | Cleared After Review |
| 2015-03-24 11:15:11 | Cleared After Review |

| | |
|---|---|
| 2015-04-01 15:15:15 | Cleared After Review |
| 2015-04-20 17:15:17 | Cleared After Review |
| 2015-07-14 17:15:17 | Cleared After Review |
| 2016-02-03 17:16:17 | Cleared After Review |
| 2016-04-05 14:15:14 | Cleared After Review |
| 2016-05-17 14:15:14 | Cleared After Review |
| 2016-05-24 15:15:15 | Cleared After Review |

**Confidential Treatment Requested by Endo**

**ENDO_HSGAC_0017953**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596420

| Ship Date | Outcome/Subsequent Action |
|---|---|
| 5/6/2014 | Cleared After Review |
| 5/6/2014 | Cleared After Review |
| 5/9/2014 | Cleared After Review |
| 5/9/2014 | Cleared After Review |
| 5/9/2014 | Cleared After Review |
| 5/9/2014 | Cleared After Review |
| 5/9/2014 | Cleared After Review |
| 5/14/2014 | Cleared After Review |
| 5/16/2014 | Cleared After Review |
| 5/16/2014 | Cleared After Review |
| 5/22/2014 | Cleared After Review |
| 5/22/2014 | Cleared After Review |
| 5/22/2014 | Cleared After Review |
| 5/22/2014 | Cleared After Review |
| 5/22/2014 | Cleared After Review |
| 5/29/2014 | Cleared After Review |
| 5/29/2014 | Cleared After Review |
| 5/29/2014 | Cleared After Review |
| 5/29/2014 | Cleared After Review |
| 5/29/2014 | Cleared After Review |
| 5/29/2014 | Cleared After Review |
| 6/2/2014 | Cleared After Review |
| 6/4/2014 | Cleared After Review |
| 6/4/2014 | Cleared After Review |
| 6/6/2014 | Cleared After Review |
| 6/6/2014 | Cleared After Review |
| 6/6/2014 | Cleared After Review |
| 6/6/2014 | Cleared After Review |
| 6/13/2014 | Cleared After Review |
| 6/13/2014 | Cleared After Review |
| 6/13/2014 | Cleared After Review |
| 6/13/2014 | Cleared After Review |
| 6/13/2014 | Cleared After Review |
| 6/13/2014 | Cleared After Review |
| 6/20/2014 | Cleared After Review |
| 6/20/2014 | Cleared After Review |
| 6/20/2014 | Cleared After Review |
| 6/20/2014 | Cleared After Review |
| 6/20/2014 | Cleared After Review |
| 6/25/2014 | Cleared After Review |
| 6/27/2014 | Cleared After Review |

Confidential Treatment Requested by Endo

ENDO_HSGAC_0017954

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596421

| Ship Date | Outcome/Subsequent Action |
|---|---|
| 6/27/2014 | Cleared After Review |
| 6/27/2014 | Cleared After Review |
| 6/27/2014 | Cleared After Review |
| 6/27/2014 | Cleared After Review |
| 7/7/2014 | Cleared After Review |
| 7/7/2014 | Cleared After Review |
| 7/7/2014 | Cleared After Review |
| 7/7/2014 | Cleared After Review |
| 7/7/2014 | Cleared After Review |
| 7/7/2014 | Cleared After Review |
| 7/7/2014 | Cleared After Review |
| 7/7/2014 | Cleared After Review |
| 7/11/2014 | Cleared After Review |
| 7/11/2014 | Cleared After Review |
| 7/11/2014 | Cleared After Review |
| 7/18/2014 | Cleared After Review |
| 7/18/2014 | Cleared After Review |
| 7/18/2014 | Cleared After Review |
| 7/18/2014 | Cleared After Review |
| 7/18/2014 | Cleared After Review |
| 7/25/2014 | Cleared After Review |
| 7/25/2014 | Cleared After Review |
| 7/25/2014 | Cleared After Review |
| 7/25/2014 | Cleared After Review |
| 7/25/2014 | Cleared After Review |
| 7/25/2014 | Cleared After Review |
| 7/25/2014 | Cleared After Review |
| 8/1/2014 | Cleared After Review |
| 8/1/2014 | Cleared After Review |
| 8/1/2014 | Cleared After Review |
| 8/1/2014 | Cleared After Review |
| 8/1/2014 | Cleared After Review |
| 8/1/2014 | Cleared After Review |
| 8/1/2014 | Cleared After Review |
| 8/1/2014 | Cleared After Review |
| 8/1/2014 | Cleared After Review |
| 8/6/2014 | Cleared After Review |
| 8/6/2014 | Cleared After Review |
| 8/6/2014 | Cleared After Review |
| 8/8/2014 | Cleared After Review |

**Confidential Treatment Requested by Endo**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

| Ship Date | Outcome/Subsequent Action |
|---|---|
| 8/8/2014 | Cleared After Review |
| 8/8/2014 | Cleared After Review |
| 8/8/2014 | Cleared After Review |
| 8/8/2014 | Cleared After Review |
| 8/8/2014 | Cleared After Review |
| 8/8/2014 | Cleared After Review |
| 8/14/2014 | Cleared After Review |
| 8/15/2014 | Cleared After Review |
| 8/15/2014 | Cleared After Review |
| 8/23/2014 | Cleared After Review |
| 8/23/2014 | Cleared After Review |
| 8/23/2014 | Cleared After Review |
| 8/23/2014 | Cleared After Review |
| 8/23/2014 | Cleared After Review |
| 8/23/2014 | Cleared After Review |
| 8/28/2014 | Cleared After Review |
| 8/28/2014 | Cleared After Review |
| 8/28/2014 | Cleared After Review |
| 8/28/2014 | Cleared After Review |
| 8/28/2014 | Cleared After Review |
| 9/5/2014 | Cleared After Review |
| 9/5/2014 | Cleared After Review |
| 9/5/2014 | Cleared After Review |
| 9/5/2014 | Cleared After Review |
| 9/5/2014 | Cleared After Review |
| 9/5/2014 | Cleared After Review |
| 9/5/2014 | Cleared After Review |
| 9/5/2014 | Cleared After Review |
| 9/11/2014 | Cleared After Review |
| 9/11/2014 | Cleared After Review |
| 9/11/2014 | Cleared After Review |
| 9/11/2014 | Cleared After Review |
| 9/11/2014 | Cleared After Review |
| 9/11/2014 | Cleared After Review |
| 9/19/2014 | Cleared After Review |
| 9/19/2014 | Cleared After Review |
| 9/19/2014 | Cleared After Review |
| 9/19/2014 | Cleared After Review |
| 9/19/2014 | Cleared After Review |
| 9/26/2014 | Cleared After Review |
| 9/26/2014 | Cleared After Review |
| 9/26/2014 | Cleared After Review |
| 9/26/2014 | Cleared After Review |
| 10/3/2014 | Cleared After Review |
| 10/3/2014 | Cleared After Review |
| 10/3/2014 | Cleared After Review |
| 10/3/2014 | Cleared After Review |
| 10/3/2014 | Cleared After Review |
| 10/3/2014 | Cleared After Review |

Con

ENDO_HSGAC_0017956

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596423

| Ship Date | Outcome/Subsequent Action |
|---|---|
| 10/3/2014 | Cleared After Review |
| 10/14/2014 | Cleared After Review |
| 10/14/2014 | Cleared After Review |
| 10/14/2014 | Cleared After Review |
| 10/14/2014 | Cleared After Review |
| 10/14/2014 | Cleared After Review |
| 10/14/2014 | Cleared After Review |
| 10/17/2014 | Cleared After Review |
| 10/17/2014 | Cleared After Review |
| 10/17/2014 | Cleared After Review |
| 10/17/2014 | Cleared After Review |
| 10/17/2014 | Cleared After Review |
| 10/17/2014 | Cleared After Review |
| 10/24/2014 | Cleared After Review |
| 10/24/2014 | Cleared After Review |
| 10/24/2014 | Cleared After Review |
| 10/24/2014 | Cleared After Review |
| 10/24/2014 | Cleared After Review |
| 10/24/2014 | Cleared After Review |
| 10/27/2014 | Cleared After Review |
| 10/30/2014 | Cleared After Review |
| 10/30/2014 | Cleared After Review |
| 10/30/2014 | Cleared After Review |
| 10/30/2014 | Cleared After Review |
| 11/6/2014 | Cleared After Review |
| 11/6/2014 | Cleared After Review |
| 11/6/2014 | Cleared After Review |
| 11/7/2014 | Cleared After Review |
| 11/7/2014 | Cleared After Review |
| 11/7/2014 | Cleared After Review |
| 11/7/2014 | Cleared After Review |
| 11/7/2014 | Cleared After Review |
| 11/7/2014 | Cleared After Review |
| 11/7/2014 | Cleared After Review |
| 11/14/2014 | Cleared After Review |
| 11/14/2014 | Cleared After Review |
| 11/14/2014 | Cleared After Review |
| 11/14/2014 | Cleared After Review |
| 11/14/2014 | Cleared After Review |
| 11/14/2014 | Cleared After Review |
| 11/14/2014 | Cleared After Review |

Con

ENDO_HSGAC_0017957

PAR_OPIOID_MDL_0001596424

| Ship Date | Outcome/Subsequent Action |
|---|---|
| 11/14/2014 | Cleared After Review |
| 11/20/2014 | Cleared After Review |
| 11/22/2014 | Cleared After Review |
| 11/22/2014 | Cleared After Review |
| 11/22/2014 | Cleared After Review |
| 11/22/2014 | Cleared After Review |
| 11/22/2014 | Cleared After Review |
| 11/22/2014 | Cleared After Review |
| 11/22/2014 | Cleared After Review |
| 11/22/2014 | Cleared After Review |
| 11/22/2014 | Cleared After Review |
| 11/22/2014 | Cleared After Review |
| 11/22/2014 | Cleared After Review |
| 11/22/2014 | Cleared After Review |
| 12/5/2014 | Cleared After Review |
| 12/5/2014 | Cleared After Review |
| 12/5/2014 | Cleared After Review |
| 12/5/2014 | Cleared After Review |
| 12/5/2014 | Cleared After Review |
| 12/5/2014 | Cleared After Review |
| 12/5/2014 | Cleared After Review |
| 12/5/2014 | Cleared After Review |
| 12/8/2014 | Cleared After Review |
| 12/12/2014 | Cleared After Review |
| 12/12/2014 | Cleared After Review |
| 12/12/2014 | Cleared After Review |
| 12/12/2014 | Cleared After Review |
| 12/12/2014 | Cleared After Review |
| 12/12/2014 | Cleared After Review |
| 12/12/2014 | Cleared After Review |
| 12/19/2014 | Cleared After Review |
| 12/19/2014 | Cleared After Review |
| 12/19/2014 | Cleared After Review |
| 12/19/2014 | Cleared After Review |
| 12/19/2014 | Cleared After Review |
| 12/19/2014 | Cleared After Review |
| 12/19/2014 | Cleared After Review |
| 12/19/2014 | Cleared After Review |
| 12/19/2014 | Cleared After Review |
| 12/19/2014 | Cleared After Review |
| 12/19/2014 | Cleared After Review |
| 12/19/2014 | Cleared After Review |
| 1/2/2015 | Cleared After Review |

**Confidential Treatment Requested by Endo**

**ENDO_HSGAC_0017958**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596425



| Ship Date | Outcome/Subsequent Action |
|---|---|
| 1/2/2015 | Cleared After Review |
| 1/2/2015 | Cleared After Review |
| 1/2/2015 | Cleared After Review |
| 1/2/2015 | Cleared After Review |
| 1/2/2015 | Cleared After Review |
| 1/2/2015 | Cleared After Review |

**Confidential Treatment Requested by Endo**

**ENDO_HSGAC_0017959**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596426



HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596427

| Ship Date | | Outcome/ Subsequent Action |
|---|---|---|
| 1/16/2015 |  | Cleared After Review |
| 1/16/2015 | | Cleared After Review |
| 1/23/2015 | | Cleared After Review |
| 1/23/2015 | | Cleared After Review |
| 1/23/2015 | | Cleared After Review |
| 1/23/2015 | | Cleared After Review |
| 1/23/2015 | | Cleared After Review |
| 1/23/2015 | | Cleared After Review |
| 1/23/2015 | | Cleared After Review |
| 1/23/2015 | | Cleared After Review |
| 1/23/2015 | | Cleared After Review |
| 1/23/2015 | | Cleared After Review |
| 1/29/2015 | | Cleared After Review |

**Confidential Treatment Requested by Endo**

**ENDO_HSGAC_0017961**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596428



| Ship Date | Outcome/Subsequent Action |
|---|---|
| 1/29/2015 | Cleared After Review |
| 1/29/2015 | Cleared After Review |
| 1/29/2015 | Cleared After Review |
| 1/29/2015 | Cleared After Review |
| 1/29/2015 | Cleared After Review |
| 2/5/2015 | Cleared After Review |
| 2/5/2015 | Cleared After Review |
| 2/5/2015 | Cleared After Review |
| 2/5/2015 | Cleared After Review |
| 2/5/2015 | Cleared After Review |
| 2/13/2015 | Cleared After Review |
| 2/13/2015 | Cleared After Review |
| 2/13/2015 | Cleared After Review |

Con

ENDO_HSGAC_0017962

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596429



| Ship Date | Outcome/Subsequent Action |
|---|---|
| 2/13/2015 | Cleared After Review |
| 2/13/2015 | Cleared After Review |
| 2/20/2015 | Cleared After Review |
| 2/20/2015 | Cleared After Review |
| 2/20/2015 | Cleared After Review |
| 2/20/2015 | Cleared After Review |
| 2/26/2015 | Cleared After Review |
| 2/26/2015 | Cleared After Review |
| 2/26/2015 | Cleared After Review |
| 2/26/2015 | Cleared After Review |
| 2/26/2015 | Cleared After Review |
| 3/6/2015 | Cleared After Review |
| 3/6/2015 | Cleared After Review |

**Confidential Treatment Requested by Endo**          ENDO_HSGAC_0017963

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          PAR_OPIOID_MDL_0001596430

| Ship Date | Outcome/Subsequent Action |
|---|---|
| 3/6/2015 | Cleared After Review |
| 3/6/2015 | Cleared After Review |
| 3/6/2015 | Cleared After Review |
| 3/6/2015 | Cleared After Review |
| 3/10/2015 | Cleared After Review |
| 3/10/2015 | Cleared After Review |
| 3/13/2015 | Cleared After Review |
| 3/13/2015 | Cleared After Review |
| 3/13/2015 | Cleared After Review |
| 3/13/2015 | Cleared After Review |
| 3/13/2015 | Cleared After Review |
| 3/13/2015 | Cleared After Review |

Confidential Treatment Requested by Endo

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



| Ship Date | Outcome/Subsequent Action |
|---|---|
| 3/13/2015 | Cleared After Review |
| 3/19/2015 | Cleared After Review |
| 3/24/2015 | Cleared After Review |
| 3/24/2015 | Cleared After Review |
| 3/24/2015 | Cleared After Review |
| 3/24/2015 | Cleared After Review |
| 3/26/2015 | Cleared After Review |
| 3/26/2015 | Cleared After Review |
| 3/27/2015 | Cleared After Review |
| 3/27/2015 | Cleared After Review |
| 3/27/2015 | Cleared After Review |
| 3/27/2015 | Cleared After Review |
| 4/2/2015 | Cleared After Review |

Con

ENDO_HSGAC_0017965

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596432



| Ship Date | Outcome/Subsequent Action |
|---|---|
| 4/3/2015 | Cleared After Review |
| 4/3/2015 | Cleared After Review |
| 4/3/2015 | Cleared After Review |
| 4/3/2015 | Cleared After Review |
| 4/3/2015 | Cleared After Review |
| 4/3/2015 | Cleared After Review |
| 4/3/2015 | Cleared After Review |
| 4/10/2015 | Cleared After Review |
| 4/24/2015 | Cleared After Review |
| 4/24/2015 | Cleared After Review |
| 5/5/2015 | Cleared After Review |

**Confidential Treatment Requested by Endo**

ENDO_HSGAC_0017966

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596433

| Ship Date | Outcome/Subsequent Action |
|-----------|---------------------------|
| 5/5/2015 | Cleared After Review |
| 5/14/2015 | Cleared After Review |
| 6/3/2015 | Cleared After Review |
| 6/11/2015 | Cleared After Review |
| 7/6/2015 | Cleared After Review |
| 7/9/2015 | Cleared After Review |
| 7/30/2015 | Cleared After Review |
| 8/6/2015 | Cleared After Review |
| 8/21/2015 | Cleared After Review |
| 8/28/2015 | Cleared After Review |
| 8/28/2015 | Cleared After Review |

**Confidential Treatment Requested by Endo**

**ENDO_HSGAC_0017967**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596434



| Ship Date | Outcome/Subsequent Action |
|-----------|---------------------------|
| 9/3/2015 | Cleared After Review |
| 10/14/2015 | Cleared After Review |
| 10/22/2015 | Cleared After Review |
| 10/29/2015 | Cleared After Review |
| 11/4/2015 | Cleared After Review |
| 11/19/2015 | Cleared After Review |
| 11/20/2015 | Cleared After Review |
| 12/1/2015 | Cleared After Review |

Confidential Treatment Requested by Endo

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



| Ship Date | | Outcome/Subsequent Action |
|---|---|---|
| 12/28/2015 | | Cleared After Review |
| 1/5/2016 | | Cleared After Review |
| 1/5/2016 | | Cleared After Review |
| 1/7/2016 | | Cleared After Review |
| 1/14/2016 | | Cleared After Review |
| 2/11/2016 | | Cleared After Review |
| 3/17/2016 | | Cleared After Review |
| 3/24/2016 | | Cleared After Review |
| 3/24/2016 | | Cleared After Review |

**Confidential Treatment Requested by Endo**

**ENDO_HSGAC_0017969**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596436



| Ship Date | Outcome/Subsequent Action |
|---|---|
| 4/28/2016 | Cleared After Review |
| 4/28/2016 | Cleared After Review |
| 5/12/2016 | Cleared After Review |
| 6/29/2016 | Cleared After Review |
| 7/7/2016 | Cleared After Review |
| 7/28/2016 | Cleared After Review |
| 8/11/2016 | Cleared After Review |
| 8/11/2016 | Cleared After Review |
| 8/25/2016 | Cleared After Review |
| 9/1/2016 | Cleared After Review |
| 9/6/2016 | Cleared After Review |
| 9/15/2016 | Cleared After Review |
| 9/22/2016 | Cleared After Review |

**Confidential Treatment Requested by Endo**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER



| Ship Date | | Outcome/Subsequent Action |
|-----------|---|---------------------------|
| 9/29/2016 | | Cleared After Review |
| 10/7/2016 | | Cleared After Review |
| 10/20/2016 | | Cleared After Review |
| 10/20/2016 | | Cleared After Review |
| 10/20/2016 | | Cleared After Review |
| 11/2/2016 | | Cleared After Review |
| 11/18/2016 | | Cleared After Review |
| 11/18/2016 | | Cleared After Review |
| 11/18/2016 | | Cleared After Review |

**Confidential Treatment Requested by Endo**

ENDO_HSGAC_0017971

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596438



| Ship Date | Outcome/Subsequent Action |
|-----------|---------------------------|
| 12/7/2016 | Cleared After Review |
| 12/8/2016 | Cleared After Review |
| 12/15/2016 | Cleared After Review |
| 12/15/2016 | Cleared After Review |
| 12/15/2016 | Cleared After Review |
| 12/22/2016 | Cleared After Review |

Confidential Treatment Requested by Endo

ENDO_HSGAC_0017972

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596439



| Ship Date | | Outcome/Subsequent Action |
|-----------|---|---------------------------|
| 12/22/2016 | | Cleared After Review |
| 12/22/2016 | | Cleared After Review |
| 12/22/2016 | | Cleared After Review |
| 1/12/2017 | | Cleared After Review |
| 1/19/2017 | | Cleared After Review |
| 1/19/2017 | | Cleared After Review |
| 2/3/2017 | | Cleared After Review |
| 2/9/2017 | | Cleared After Review |
| 2/9/2017 | | Cleared After Review |
| 2/20/2017 | | Cleared After Review |

**Co**                                                    **ENDO_HSGAC_0017973**

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596440



| Ship Date | Outcome/Subsequent Action |
|-----------|---------------------------|
| 2/20/2017 | Cleared After Review |
| 2/23/2017 | Cleared After Review |
| 2/23/2017 | Cleared After Review |
| 3/9/2017 | Cleared After Review |
| 3/9/2017 | Cleared After Review |
| 3/9/2017 | Cleared After Review |
| 3/24/2017 | Cleared After Review |
| 3/24/2017 | Cleared After Review |
| 3/29/2017 | Cleared After Review |
| 4/6/2017 | Cleared After Review |
| 4/13/2017 | Cleared After Review |
| 4/13/2017 | Cleared After Review |
| 4/20/2017 | Cleared After Review |

Con

ENDO_HSGAC_0017974

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596441



| Ship Date | | Outcome/Subsequent Action |
|---|---|---|
| 5/12/2017 | | Cleared After Review |
| 5/19/2017 | | Cleared After Review |
| 5/25/2017 | | Cleared After Review |
| 6/1/2017 | | Cleared After Review |
| 6/1/2017 | | Cleared After Review |
| 6/15/2017 | | Cleared After Review |
| 6/15/2017 | | Cleared After Review |
| 6/15/2017 | | Cleared After Review |
| 7/6/2017 | | Cleared After Review |

Confidential Treatment Requested by Endo

ENDO_HSGAC_0017975

HIGHLY CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001596442