# EXHIBIT 136

| | |
|---|---|
| From: | Shusterman, Neil |
| To: | Collins, Mark |
| Sent: | 10/29/2013 3:54:18 PM |
| Subject: | RE: Opana ER Risk Management -- Suspicious Order Monitoring (SOM) program |
| Attachments: | [Unnamed Image] |

Very interesting! Keep me "in the loop". Thanx, N

Neil H. Shusterman, MD FACP

Vice President, Pharmacovigilance and Risk Management & Senior Clinical Advisor

1400 Atwater Dr, Malvern, PA 19355

+1.484.216.7294  +1.484.216.3011 fax

Shusterman.Neil@endo.com

<<...>>

endo | AMS   Endo Pharmaceuticals   HealthTronics   Qualitest

---

**From:** Collins, Mark
**Sent:** Tuesday, October 29, 2013 9:42 AM
**To:** Shusterman, Neil
**Subject:** Opana ER Risk Management -- Suspicious Order Monitoring (SOM) program

FYI

Regards, Mark.

Office: 484.216.6746

Fax: 610-968-7135

---

**From:** Walker, Lisa
**Sent:** Tuesday, October 29, 2013 8:57 AM
**To:** Collins, Mark
**Subject:** RE: Opana ER Risk Management

Hi Mark – << File: SOM White Paper.pdf >>

To give you some background around the suspicious ordering activities (SOM) at Endo, I have outlined below our current process.

In Endo's SAP system, we have a limited SOM Program that looks at our buying (wholesalers) customers' 3 month and 12 month history and if any order is above the 3 or 12 month it goes on hold until it is reviewed by Customer Service. Once the orders are released in our system, they are sent to warehouse for processing, however, before they are release to ship, they are reviewed by UPS Supply Chain Solutions. UPS SCS is Endo's 3rd party

CONFIDENTIAL                                                                                                    EPI000620553

distribution/warehouse partner. All of Endo's orders are shipped under UPS's DEA License, so UPS also performs their own SOM program. I have attached a document that outlines UPS's SOM program. Endo is auditing UPS SOM program next week.

Also, Endo is in the process of upgrading our SAP system next year. and as part of this upgrade, we developing a new robust SOM program for SAP. We can talk in detail about this upgrade when we meeting on Wednesday.

I hope this help in providing you with some background before our meeting.

Thanks,

Lisa

-----Original Appointment-----
**From:** Collins, Mark
**Sent:** Monday, October 28, 2013 10:06 AM
**To:** Collins, Mark; Walker, Lisa
**Subject:** Opana ER Risk Management
**When:** Wednesday, October 30, 2013 8:30 AM-9:00 AM (UTC-05:00) Eastern Time (US & Canada).
**Where:** Your Office

Hi Lisa:

As an action item from an OPANA ER Risk Management Team meeting, I'd like to meet with you to discuss what access we (Endo) have into any data streams that could provide insight into suspicious ordering activities.

Regards, Mark.

Office: 484.216.6746

Fax: 610-968-7135