EXHIBIT 138

E0588.1

| | |
|---|---|
| **Subject:** | SOMS Update |
| **Location:** | Call In Number:  866-203-0920;  Conference ID: 2864248660 |
| | |
| **Start:** | Thu 11/7/2013 4:00 PM |
| **End:** | Thu 11/7/2013 5:00 PM |
| **Show Time As:** | Tentative |
| | |
| **Recurrence:** | (none) |
| | |
| **Meeting Status:** | Not yet responded |
| | |
| **Organizer:** | Hernandez, Tracey |

All-

Please see the presentation for today's call below.

<<...>>


All-

I wanted to put some time on our calendars for a monthly call to update you on the progress being made on our Suspicious Order Monitoring System.  This seemed to be a time that works for most.

Witness: Par-Norton
Exhibit: 14
Date: 1/16/19
Margaret Reihl, CCR, CRR, RPR

1

E0588.2

Produced In Native Format

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                  PAR_OPIOID_MDL_0000376973

E0588.3



E0588.4



E0588.5

*Phase I*

---

Implementation of a basic SOMS program for all customers, all CS & Pseudoephedrine products; based on statistical algorithm

- Cegedim and Qualitest IT personnel continue to work through data outliers (backorders, credits showing as orders, quantity ordered vs. shipped discrepancies, initial order quantity remains after adjustment, days missing from transmittal)
- Go-live is now estimated at November 18th.



*Phase II*

**E0588.6**

Hire individuals to support the program

- All individuals on-board and actively working on other aspects of the program:
  - Department shared folder
  - SOP implementation
  - Personnel training
  - Receipt & review of questionnaires & customer SOMs data
  - Using data to establish individual customer "boundaries"
  - Due diligence visits



E0588.7

# *Phase III*

— Develop capability to easily access, trend and sort chargeback data

- A demo of IQ2020 was given to Stewart and Phil
- Agreement reached to pursue this dashboard tool
- Contractual documents moving through the process
- IT resources to set-up routine feed may be a challenge
- Plan to also demo to Mike/Trey to see if the data is helpful to them – contract based on 10 seats



E0588.8

# Phase IV

## Customer Due Diligence Visits

17 direct customer DEA numbers noted in binder
- 6 McKesson, 5 CVS, 2 HD Smith, 4 Other
  - One of the "other" direct customers has already been visited by EB

12 customers (retail) identified by DEA as secondary, were also direct customers; all have now been visited by our 3rd party vendor

Additional visits are being scheduled based on ████████████
████████████████████████

Notification of direct customers regarding their customers of interest (identified by DEA), has been sent
- Asked to reply with information on their own due diligence efforts
- Negative responses or insufficient data will lead to a due diligence visit
  - 176 secondary customers identified by DEA – 12 already reviewed



Qualitest
an endo health solution

E0588.9

# SOMs Brand Business Analysis

— Visit to UPS Offices in Delaware conducted 11/5/13

  — Gaps identified include:

    — No due diligence visits

    — Initial customer set-up is financial based only

    — License expiration date is checked but no mechanism to check for license suspension/revocation



E0588.10

# SOMS Advisory Board

- Suggested Members
  - Margaret Richardson
  - Sandra Parker
  - Sales Team Representative (TBD)
  - DEA Compliance

- Meeting Frequency
  - Monthly
  - Immediate response to emails/calls as needed

- Activities
  - Team to review/approve SOPs
  - Key policy decisions
  - Continual review of program



©2012 Qualitest Pharmaceuticals, Inc. All rights reserved.

**E0588.11**



endo | AMS   Endo Pharmaceuticals   HealthTronics   Qualitest