# EXHIBIT 143

| | |
|---|---|
| **From:** | Connell, Jill |
| **Sent:** | Thursday, May 23, 2013 6:30 AM |
| **To:** | Walker, Lisa |
| **Cc:** | Hernandez, Tracey |
| **Subject:** | Re: DEA in Memphis |

Lisa,

Please obtain a copy of UPS summary document of the DEA visit.

Thank you
Jill

**From**: Walker, Lisa
**Sent**: Tuesday, May 21, 2013 04:18 PM Eastern Standard Time
**To**: Hernandez, Tracey; Connell, Jill
**Subject**: RE: DEA in Memphis - Possible call with the DEA

I have confirmed with UPS the DEA investigators are from the Nashville office and they believe they have enough information on our customers to supply to the DEA.

Thanks,

Lisa

**From:** Hernandez, Tracey
**Sent:** Tuesday, May 21, 2013 3:12 PM
**To:** Walker, Lisa; Connell, Jill
**Subject:** RE: DEA in Memphis - Possible call with the DEA

Got it.  Lisa, do you know who the investigators are and what office they are from?

**From:** Walker, Lisa
**Sent:** Tuesday, May 21, 2013 2:12 PM
**To:** Hernandez, Tracey; Connell, Jill
**Subject:** RE: DEA in Memphis - Possible call with the DEA

Tracey – I will pop down when I get a break but UPS was kicking off their know your customer program when the DEA advise them that 3PL should not be part of the know you customer that it is up to manufacture.  This sis no excuse, but UPS had a chance in personnel and this information was not communicated to the clients.

Again, UPS believes the DEA asking towards Mom and Pop customer, which Endo does not have, we are a wholesaler only for the brands.

Lisa

**From:** Hernandez, Tracey
**Sent:** Tuesday, May 21, 2013 3:02 PM

1

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                                      PAR_OPIOID_MDL_0000369517

**To:** Walker, Lisa; Connell, Jill
**Subject:** RE: DEA in Memphis - Possible call with the DEA

Lisa-
Why is UPS saying they will no longer provide know your customer (suspicious order monitoring) for their clients?  They can't just turn the service off on the same day they notify us!!  They need to provide notice so that companies can implement their own program or modify an existing program.

**From:** Walker, Lisa
**Sent:** Tuesday, May 21, 2013 1:59 PM
**To:** Connell, Jill
**Cc:** Hernandez, Tracey
**Subject:** RE: DEA in Memphis - Possible call with the DEA

Jill/Tracey

The DEA is asking UPS for know your customer information on Endo customers. I just got off the phone with UPS and I was told that UPS will no longer perform know your customer capability for their clients– this is new information that UPS provided to me today and they apologize for the lack of communication around this process.

I suggested to UPS for them to tell the DEA that Endo only ships to wholesalers and we have not added any new wholesaler accounts in many years ( I am trying to find out the last wholesaler we added).   Endo does not ship to any of the retail chains as well (Walgreens, Wal-Mart, CVS – they all buy through the wholesalers) .  UPS believes the DEA was looking for mom and pop retail shipping information.

UPS believes this will satisfied DEA requests but if the DEA wants to talk to Endo, I will need both of you to join a call with me, please.   I am not comfortable talking to the DEA by myself.

I will keep you posted.

Thanks,

Lisa

**From:** Walker, Lisa
**Sent:** Monday, May 20, 2013 7:27 PM
**To:** Connell, Jill
**Cc:** Hernandez, Tracey
**Subject:** DEA in Memphis

Jill,

The DEA arrived in Memphis today for an audit.  This is the first audit in 3 years.  UPS does not foresee any issues.  I will keep you posted and we should receive an summary of the visit.

The DEA told UPS they will be completed by tomorrow.

Tracey – FYI for you

Thanks,

Lisa

2

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0000369518

Lisa Walker
Associate Director, Customer Service and Distribution
1400 Atwater Drive Malvern PA 19355
484.216.4130 -- **PLEASE NOTE NEW NUMBER**
███████ mobile
Walker.lisa@endo.com



3

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER　　　　　　　　　　　　　　PAR_OPIOID_MDL_0000369519