# EXHIBIT 144

# SOMs – Process Flow

## Suspicious Order Monitoring Summary (SOM)

**Current Process:**

- Limited SOM program in the current SAP system
- Robust SOM program at UPS
- UPS is required to have an SOM program because they are the holder of the DEA license
- UPS Customer Service team reviews and releases SOM orders in SAP
- UPS SOM team reviews and releases orders once they hit the UPS warehouse system
- 

**New Process:**

- Robust SOM program in the new SAP system will be implemented on May 5th for the Branded Business Unit.
    - The same SOM program will be implemented for Qtest in July 2014
- Branded orders will go through SOM checks in SAP and then again at UPS under UPS's SOM program

**Summary of new SOM process:**

Check: Suspicious order management (SOMs) validations are part of the sales order validations which would occur while saving the sales order. Past ▮▮▮▮▮▮▮▮▮ data is required to be processed to get the averages by customer, by COT and by NDC so that the current sales order is validated for 3 order dimensions – Quantity (Q), Size (S) and Frequency (F). Also user shall be able to maintain the allowable percentages for QSF by ▮▮▮▮▮▮▮▮▮

Calculations based on ▮▮▮▮▮▮▮

1. ▮▮▮▮▮▮▮
2. ▮▮▮▮▮▮▮
3. ▮▮▮▮▮▮▮

**Quantity (Q)**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Size (S)**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

**Frequency (F)**

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

# SOMs – Process Flow

Release Code – Every time a user releases the delivery block at the sales order header for the SOMs, a release code is assigned mandatorily and if not assigned the system does not let the user save the order without the delivery block.

| Reason Code | Description | Release Code | Description |
|---|---|---|---|
| 01 | New Business | 08 | Recall Replacement |
| 02 | Seasonal Increase | 09 | **Backorder Fill** |
| 03 | Change In Order Schedule | 10 | **Dropship** |
| 04 | Acquicsition | 11 | Cancelled |
| 05 | New Facility | 12 | Reduced |
| 06 | Facility Consolidation | 13 | **OP Data Entry Error** |
| 07 | Product Luanch | 14 | Cusomer Data Entry Error |

SOM Tablets:

ZSOMSBLK – Maintain reasons codes

ZSOMSLIMITS – used to increase any limits of any customers based on (Q), (S) or (F)

## SOMs – Process Flow



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ENDO-OPIOID_MDL-01334121

# SOMs – Process Flow

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ENDO-OPIOID_MDL-01334122

# Walker, Lisa

**From:** Lortie, Brian
**Sent:** Monday, April 21, 2014 3:58 PM
**To:** Walker, Lisa; Kocks, Patrick
**Cc:** OBrien, Kevin; McCaughan, Kevin
**Subject:** Re: SOM Program - Branded Pharma

Providing legal is OK, I approve the proposal.
Thanks,
Brian


**Brian Lortie**

Senior Vice-President and GM, Branded Pharmaceuticals

Endo Pharmaceuticals

1400 Atwater Drive - Malvern, PA 19355

484.216.7411

lortie.brian@endo.com


executive coordinator: Carol Moran

   **610.884.6381** efax

moran.carol@endo.com




endo  |  AMS   Endo Pharmaceuticals   Qualitest

This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately so that Endo can arrange for proper delivery, and then please delete the message from your system. Thank you.

1

**Walker, Lisa**

| | |
|---|---|
| **From:** | Kocks, Patrick |
| **Sent:** | Friday, April 25, 2014 11:43 AM |
| **To:** | Walker, Lisa; Lortie, Brian |
| **Cc:** | OBrien, Kevin; McCaughan, Kevin |
| **Subject:** | RE: SOM Program - Branded Pharma |

# Redacted: Privileged

**From:** Walker, Lisa
**Sent:** Sunday, April 20, 2014 5:34 PM
**To:** Kocks, Patrick; Lortie, Brian
**Cc:** OBrien, Kevin; McCaughan, Kevin
**Subject:** SOM Program - Branded Pharma

Patrick/Brian

Per our meeting a few weeks ago, I have attached a summary of the new SOM program that will be implemented in SAP on May 5th.

As a reminder, the branded orders are shipped under UPS DEA License, which is why UPS is required to have a SOM program.

I have included the following:
- Summary of current process
- Summary of new process
- Summary of the validations checks and reason codes
- Process flow diagram

The current open questions are as follows:
- Approval from the branded business unit
- Will we continue to allow UPS (Customer Service team for Endo) to release any SOM in SAP, with guidelines from Endo (they would be capture in an work instructions) - my recommendation will continue to allow to UPS to release the SOM orders from SAP.

Please let me know if you need any additional information or if you need another meeting for the team to review.

**Kevin** - please add any information, I may have missed.

Thanks,

Lisa


**Lisa Walker**
Associate Director, Customer Service and Distribution
1400 Atwater Drive Malvern PA 19355
**484.216.4130 office**

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER　　　　ENDO-OPIOID_MDL-01334124