# EXHIBIT 146

To: Koumou, Janis[Koumou.Janis@Endo.com]; Connell, Jill[Connell.Jill@Endo.com]
From: Walker, Lisa
Sent: Tue 3/20/2012 12:18:52 AM
Subject: FW: Annual Training Curriculum Review and Approval for Required Training
Customer Service 2012 Curriculum.xlsx
Master Effective Procedural Documents as of 2-8-2012.xlsx

E0674.1

No changes are required, I will sign and scan to you tomorrow.

Thanks,

Lisa

**From:** Koumou, Janis
**Sent:** Monday, March 19, 2012 11:23 AM
**To:** Connell, Jill; Walker, Lisa
**Subject:** FW: Annual Training Curriculum Review and Approval for Required Training

Hi Jill and Lisa,

Just another reminder. These should be finalized by the end of this month.

Thanks,

Janis D. Koumou
516-247-5701 x5735
Koumou.janis@endo.com



**From:** Koumou, Janis
**Sent:** Tuesday, March 06, 2012 2:35 PM
**To:** Connell, Jill; Walker, Lisa
**Subject:** FW: Annual Training Curriculum Review and Approval for Required Training

Reminder – Due Date 3/15/2012

Janis D. Koumou
516-247-5701 x5735
Koumou.janis@endo.com



**From:** Koumou, Janis
**Sent:** Thursday, February 09, 2012 8:35 AM
**To:** Connell, Jill; Walker, Lisa
**Subject:** Annual Training Curriculum Review and Approval for Required Training



Hi Jill and Lisa,

It is time to conduct the annual review of the Training Curricula for your employees. An Excel spreadsheet is attached with ***separate worksheets for each job title*** within your functional area.
Please review each curricula for additions or deletions of procedures as you feel are ***appropriate and required for each job function***. A Master List of current Procedural Documents (as of 2/8/2012) is included for your convenience, however you may want to check the EDGAR system to ensure that you have identified all procedures for required training. Mandatory training is noted in green highlighting.

**Actions Required By You:**
If no changes are required, please print, sign, and date each worksheet and send the *hard copy signature back* to me via interoffice mail to the address indicated below.
If changes are required, please **clearly** indicate what you wish added or removed and return the file back to me via email. I will update them accordingly and send you a new copy for your signature.
Due Date: March 15, 2012

**Background:**
To paraphrase 21 CFR 211.25 Personnel Qualifications, each person must have sufficient education, experience, and training, or a combination of these, to perform their job functions. To meet these criteria, training curricula have been developed for each job title/function so that all employees are periodically trained on those procedures that govern their specific job functions and have the knowledge required to be qualified to execute the tasks involved. A curriculum also ensures that employees receive training on revisions made to these procedures during the year (excluding grammatical, formatting, etc.) so that they remain in compliance with the current process.

If you have any questions, please do not hesitate to ask.

Regards,

*Janis Koumou*
*QA Compliance Specialist*
*865 Merrick Ave.*
*Westbury, NY  11590*
*Koumou.janis@endo.com*
*516-247-5735*
*Fax 516-247-5748*

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-05950069

E0674.3

## 2012 Annual Curriculum Review
### Customer Service - Associate Director

| Authorized Distributor of Record | Tech-Ops-SOP-00004 |
|---|---|
| Internal Procedural Document Processing Process | QA-SOP-00057 |
| Lidoderm Lifetime Supply Program | MI-BP-903 |
| Processing Internal Procedural Documents Using EDGAR | QA-SOP-WI-00003 |
| Vantas Lifetime Supply Program | MI-BP-904 |

| Mandatory training for all on-site employees. | |
|---|---|
| Adverse Event Reporting | EndoAE01 |
| Procedure for Food and Drug administration (FDA) Inspections | QA-SOP-00012 |
| Record Management Policy | Legal-Policy-00007 |

Approved By             Date

ENDO-OPIOID_MDL-05950070

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

E0674.4

## 2012 Annual Curriculum Review
## Customer Service - Specialist

| Authorized Distributor of Record | Tech-Ops-SOP-00004 |
|---|---|
| Lidoderm Lifetime Supply Program | MI-BP-903 |
| Vantas Lifetime Supply Program | MI-BP-904 |

| Mandatory training for all on-site employees. | |
|---|---|
| Adverse Event Reporting | EndoAE01 |
| Procedure for Food and Drug administration (FDA) Inspections | QA-SOP-00012 |
| Record Management Policy | Legal-Policy-00007 |

Approved By                      Date

ENDO-OPIOID_MDL-05950071

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

E0674.5

**Produced In Native Format**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ENDO-OPIOID_MDL-05950072

E0674.6

E0674.7

| object_name | title | department | r_version_label | a_effective_date |
|---|---|---|---|---|
| IM-SOP-WI-00004 | Electronic Systems General Reporting | Information Management | Effective, CURRENT, 1.0 | 11/3/2009 16:10 |
| IM-SOP-WI-00005 | Conducting a Root Cause Analysis | Information Management | Effective, CURRENT, 1.0 | 11/3/2009 16:10 |
| IM-SOP-WI-00006 | SAP Problem Reporting | Information Management | Effective, CURRENT, 1.0 | 11/3/2009 16:10 |
| IM-SOP-WI-00007 | CSV Test Script Execution and Documentation | Information Management | CURRENT, Effective, 2.0 | 11/22/2011 10:04 |
| IM-SOP-WI-00008 | IM GxP Compliance Assessments | Information Management | CURRENT, Effective, 2.0 | 7/21/2010 11:51 |
| IM-SOP-WI-00009 | Create Validation Deliverables | Information Management | CURRENT, Effective, 2.0 | 11/22/2011 10:06 |
| IM-SOP-WI-00011 | Window Server Patch Management | Information Management | Effective, CURRENT, 1.0 | 2/4/2010 15:55 |
| IM-SOP-WI-00014 | Changes to GxP Validated Systems | Information Management | CURRENT, Effective, 2.0 | 10/11/2010 7:42 |
| Med-BP-WI-00006 | Development of Recruitment and Retention Plan-In House | Clinical | Effective, CURRENT, 1.0 | 7/13/2009 11:15 |
| Nonclinical-SOP-WI-00001 | Considerations for Impurity Safety Evaluation in Clinical Trials Material | Nonclinical | Effective, CURRENT, 1.0 | 1/13/2011 9:59 |
| PD-BP-WI-00001 | Manufacturing, Analytical, and Clinical Supplies Processes in Pharmaceutical Development | Pharmaceutical Development | Effective, CURRENT, 1.0 | 8/12/2010 16:01 |
| PD-BP-WI-00002 | Drug Development Process | Pharmaceutical Development | Effective, CURRENT, 1.0 | 8/12/2010 16:01 |
| PD-BP-WI-00004 | Sourcing of Materials | Pharmaceutical Development | Effective, CURRENT, 1.0 | 8/12/2010 16:01 |
| QA-SOP-WI-00001 | Processing External Documents Generated by Endo Contractors through EDGAR | Quality Assurance | CURRENT, Effective, 8.0 | 11/8/2011 10:17 |
| QA-SOP-WI-00003 | Processing Internal Procedural Documents Using EDGAR | Quality Assurance | CURRENT, Effective, 11.0 | 10/14/2011 9:18 |
| QA-SOP-WI-00004 | Processing Internal CMC Documents in EDGAR | Quality Assurance | CURRENT, Effective, 7.0 | 11/8/2011 10:17 |
| QA-SOP-WI-00005 | Entering Approved Documents into EDGAR | Quality Assurance | CURRENT, Effective, 11.0 | 8/9/2011 14:35 |
| QA-SOP-WI-00006 | Product Disposition Work Instructions | Quality Assurance | CURRENT, Effective, 7.0 | 9/21/2011 14:42 |
| QA-SOP-WI-00009 | Labeling Control Work Instructions | Quality Assurance | CURRENT, Effective, 3.0 | 10/27/2010 12:04 |
| QA-SOP-WI-00010 | Processing External Documents Generated by Endo Contractors in the Manual System | Quality Assurance | CURRENT, Effective, 4.0 | 4/19/2011 16:29 |
| QA-SOP-WI-00011 | Processing Product Complaints | Quality Assurance | CURRENT, Effective, 8.0 | 7/7/2011 9:08 |
| QA-SOP-WI-00013 | Product Inspection and Release from DC | Quality Assurance | CURRENT, Effective, 4.0 | 10/27/2010 12:04 |
| QA-SOP-WI-00014 | ComplianceWire Work Instructions for Adminsitrators | Quality Assurance | CURRENT, Effective, 2.0 | 8/15/2011 13:41 |
| RA-BP-WI-00004 | WI - Brief Summaries | Regulatory Affairs | Effective, CURRENT, 1.0 | 9/15/2008 11:31 |

E0674.8

| object_name | title | department | r_version_label | a_effective_date |
|---|---|---|---|---|
| IM-SOP-Form-00001 | Electronic System Evaluation Checklist For 21 CFR Part 211 Compliance | Information Management | CURRENT, Effective, 2.0 | 11/20/2008 17:09 |
| IM-SOP-Form-00002 | Electronic System Evaluation Checklist For 21 CFR Part 11 Compliance | Information Management | CURRENT, Effective, 2.0 | 11/20/2008 17:09 |
| IM-SOP-Form-00004 | Electronic System Request Form | Information Management | CURRENT, Effective, 12.0 | 11/7/2011 9:25 |
| IM-SOP-Form-00006 | Electronic Systems User Account Authorization | Information Management | CURRENT, Effective, 4.0 | 8/2/2010 12:54 |
| IM-SOP-Form-00008 | Data Archive Request Form | Information Management | CURRENT, Effective, 2.0 | 11/20/2008 17:09 |
| IM-SOP-Form-00010 | SAP Account Authorization Form | Information Management | CURRENT, Effective, 2.0 | 5/8/2008 9:01 |
| IM-SOP-Form-00011 | SAP Change Request Form | Information Management | CURRENT, Effective, 2.0 | 5/8/2008 9:01 |
| IM-SOP-Form-00012 | SAP Transport Request Form | Information Management | CURRENT, Effective, 3.0 | 3/22/2011 13:35 |
| IM-SOP-Form-00013 | Endo SAP Job Scheduling Request | Information Management | CURRENT, Effective, 4.0 | 12/21/2010 9:36 |
| IM-SOP-Form-00016 | IM Vendor Qualification Form | Information Management | Effective, CURRENT, 1.0 | 5/28/2009 10:58 |
| IM-SOP-Form-00020 | Form-fishbone template | Information Management | Effective, CURRENT, 1.0 | 11/3/2009 16:10 |
| IM-SOP-Form-00021 | Endo GxP Electronic Systems List | Information Management | CURRENT, Effective, 5.0 | 7/15/2011 11:51 |
| IM-SOP-Form-00022 | Compliance Assessment Form | Information Management | CURRENT, Effective, 7.0 | 11/7/2011 8:49 |
| IM-SOP-Form-00023 | Validation Deliverables Worksheet | Information Management | CURRENT, Effective, 5.0 | 11/7/2011 8:48 |
| Med-BP-Form-00001 | Presentation Request Form | Clinical | Effective, CURRENT, 1.0 | 5/19/2008 17:32 |
| Med-BP-Form-00002 | Presentation Request Form Checklist | Clinical | Effective, CURRENT, 1.0 | 5/19/2008 17:32 |
| Med-BP-Form-00006 | PVRM Notification of Premature Unblinding | Clinical | Effective, CURRENT, 1.0 | 4/27/2009 18:32 |
| Med-BP-Form-00011 | Vantas Lifetime Supply - Confirmation Letter Template | Clinical | Effective, CURRENT, 1.0 | 10/29/2009 13:52 |
| Med-SOP-Form-00044 | Phase I Monitoring Plan Template | Clinical | Effective, CURRENT, 1.0 | 10/24/2008 15:56 |
| PD-SOP-Form-00001 | Equipment Calibration Form | Generic Development | CURRENT, Effective, 2.0 | 4/5/2010 13:17 |
| PD-SOP-Form-00003 | Analytical Request Form | Generic Development | CURRENT, Effective, 3.0 | 8/4/2010 11:19 |
| PD-SOP-Form-00005 | Checklist For Laboratory Related Errors | Generic Development | CURRENT, Effective, 2.0 | 6/16/2010 15:54 |
| PD-SOP-Form-00006 | Peripheral Equipment Performance Verification Form | Generic Development | CURRENT, Effective, 2.0 | 4/5/2010 13:24 |
| PD-SOP-Form-00007 | Balance Daily Weight Check Form | Generic Development | CURRENT, Effective, 2.0 | 4/5/2010 13:18 |
| PD-SOP-Form-00008 | pH Meter Daily Log Book Form | Pharmaceutical Development | Effective, CURRENT, 1.0 | 11/6/2006 0:00 |
| PD-SOP-Form-00009 | Performance Verification/Calibration Form | Generic Development | CURRENT, Effective, 2.0 | 4/5/2010 13:20 |
| PD-SOP-Form-00010 | Controlled Substance Laboratory Use Record | Pharmaceutical Development | Effective, CURRENT, 1.0 | 7/2/1998 0:00 |
| PD-SOP-Form-00011 | Employee Acknowledgment of Understanding and Compliance-Controlled Substances | Pharmaceutical Development | Effective, CURRENT, 1.0 | 3/22/2004 0:00 |
| PD-SOP-Form-00012 | Request for ECSTA Number | Pharmaceutical Development | CURRENT, Effective, 2.0 | 6/20/2009 16:35 |
| PD-SOP-Form-00013 | Controlled Substance Transfer Voucher | Pharmaceutical Development | Effective, CURRENT, 1.0 | 7/12/2004 0:00 |
| PD-SOP-Form-00014 | Transfer of License Form for CII-V Material Only | Pharmaceutical Development | Effective, CURRENT, 1.0 | 3/23/2004 0:00 |
| PD-SOP-Form-00015 | Controlled Substance Laboratory Request Record | Pharmaceutical Development | Effective, CURRENT, 1.0 | 3/23/2004 0:00 |
| PD-SOP-Form-00016 | Controlled Substance Material Use Record | Pharmaceutical Development | Effective, CURRENT, 1.0 | 3/23/2004 0:00 |
| PD-SOP-Form-00017 | Controlled Substance Seal Form | Pharmaceutical Development | Effective, CURRENT, 1.0 | 10/8/2003 0:00 |
| PD-SOP-Form-00023 | Incident Investigation Report Environmental Health and Safety | Pharmaceutical Development | Effective, CURRENT, 1.0 | 5/10/2000 0:00 |
| PD-SOP-Form-00024 | Cancellation of Stability Study Notices | Generic Development | CURRENT, Effective, 3.0 | 4/5/2010 13:20 |
| PD-SOP-Form-00025 | Out of Alert Notice | Generic Development | CURRENT, Effective, 2.0 | 4/5/2010 13:22 |
| PD-SOP-Form-00026 | Stability Sample Information | Generic Development | CURRENT, Effective, 2.0 | 3/12/2010 7:51 |
| PD-SOP-Form-00028 | Stability Study Waiver Form | Pharmaceutical Development | Effective, CURRENT, 1.0 | 4/3/2007 0:00 |
| PD-SOP-Form-00029 | Out of Specification Notice | Generic Development | CURRENT, Effective, 2.0 | 3/12/2010 7:51 |
| PD-SOP-Form-00030 | Stability Study Assessment Form | Pharmaceutical Development | Effective, CURRENT, 1.0 | 1/24/2002 0:00 |
| PD-SOP-Form-00034 | ANALYTICAL DEVELOPMENT ELECTRONIC SYSTEM USER ACCOUNT AUTHORIZATION FORM | Generic Development | Effective, CURRENT, 1.0 | 7/27/2010 12:38 |

E0674.9

| | | | | |
|---|---|---|---|---|
| PD-SOP-Form-00035 | GMP Sample Usage Accountability Form | Generic Development | Effective, CURRENT, 1.0 | 8/26/2010 11:45 |
| PD-SOP-Form-00036 | Failed Run Tracking Form | Generic Development | Effective, CURRENT, 1.0 | 11/18/2010 8:48 |
| PD-SOP-Form-00037 | Verification of Compendial Methods - Assessment of Requirements | Generic Development | Effective, CURRENT, 2.0 | 3/11/2011 14:27 |
| PM-SOP-Form-00015 | Quality Complaint | Pharmaceutical Development | CURRENT, Effective, 2.0 | 5/30/2008 9:07 |
| QA-SOP-Form-00004 | Record of Training | Quality Assurance | Effective, CURRENT, 2.0 | 9/7/2007 8:34 |
| QA-SOP-Form-00006 | Products Complaint Summary Form | Quality Assurance | Effective, CURRENT, 1.0 | 11/7/2003 0:00 |
| QA-SOP-Form-00007 | Document Review Notice | Quality Assurance | CURRENT, Effective, 2.0 | 4/19/2011 16:29 |
| QA-SOP-Form-00009 | Official Copy Distribution Record | Quality Assurance | Effective, CURRENT, 1.0 | 1/16/2001 0:00 |
| QA-SOP-Form-00011 | Investigation Report Approval Form | Quality Assurance | CURRENT, Effective, 5.0 | 7/5/2011 15:44 |
| QA-SOP-Form-00015 | Investigation/ Deviation Close-Out Report Form | Quality Assurance | CURRENT, Effective, 3.0 | 7/5/2011 15:47 |
| QA-SOP-Form-00017 | Product Disposition Notification for Physician Samples | Quality Assurance | CURRENT, Effective, 4.0 | 6/3/2011 8:37 |
| QA-SOP-Form-00018 | Annual Product Report Review Form | Quality Assurance | CURRENT, Effective, 2.0 | 11/12/2009 9:41 |
| QA-SOP-Form-00019 | Finished Goods Inspection Report For Tablets and Capsules | Quality Assurance | CURRENT, Effective, 5.0 | 10/27/2010 12:04 |
| QA-SOP-Form-00021 | Internal Product Disposition Notification to Endo Distribution | Quality Assurance | CURRENT, Effective, 3.0 | 6/3/2011 8:38 |
| QA-SOP-Form-00022 | Request for Inspection | Quality Assurance | CURRENT, Effective, 2.0 | 9/30/2008 9:18 |
| QA-SOP-Form-00023 | 100% Inspection Report | Quality Assurance | CURRENT, Effective, 2.0 | 10/15/2008 10:19 |
| QA-SOP-Form-00024 | Returned Goods Request for Inspection Form | Quality Assurance | Effective, CURRENT, 1.0 | 2/19/2007 0:00 |
| QA-SOP-Form-00025 | Deviation Report Form | Quality Assurance | CURRENT, Effective, 3.0 | 7/5/2011 15:50 |
| QA-SOP-Form-00026 | QA Batch Record Review Form | Quality Assurance | CURRENT, Effective, 5.0 | 3/31/2011 10:11 |
| QA-SOP-Form-00028 | QA Release Of Clinical Supplies To Clinical Supplies Manager | Quality Assurance | CURRENT, Effective, 3.0 | 3/31/2011 10:12 |
| QA-SOP-Form-00030 | Notice Of Product Reject | Quality Assurance | Effective, CURRENT, 1.0 | 3/16/2007 0:00 |
| QA-SOP-Form-00032 | Approval Form | Quality Assurance | CURRENT, Effective, 4.0 | 11/8/2011 10:17 |
| QA-SOP-Form-00034 | Full Service Employee signature Record | Quality Assurance | CURRENT, Effective, 3.0 | 3/5/2010 17:14 |
| QA-SOP-Form-00038 | Document Obsoletion Checklist | Quality Assurance | CURRENT, Effective, 4.0 | 10/14/2011 9:18 |
| QA-SOP-Form-00039 | Aborted Document Checklist | Quality Assurance | CURRENT, Effective, 3.0 | 5/11/2010 10:49 |
| QA-SOP-Form-00042 | Document Processing Checklist for Internal Documents Processed by Manual System | Quality Assurance | CURRENT, Effective, 4.0 | 10/1/2010 14:56 |
| QA-SOP-Form-00043 | Document Distribution and Reconciliation Notice | Quality Assurance | CURRENT, Effective, 2.0 | 8/8/2008 13:43 |
| QA-SOP-Form-00052 | Products Complaint Contact Notes | Quality Assurance | CURRENT, Effective, 2.0 | 6/29/2007 15:04 |
| QA-SOP-Form-00053 | Release Product with Superseded Labeling | Quality Assurance | Effective, CURRENT, 1.0 | 6/21/2004 0:00 |
| QA-SOP-Form-00054 | Quality Quarantine Form | Quality Assurance | CURRENT, Effective, 2.0 | 6/8/2009 17:02 |
| QA-SOP-Form-00056 | Retain Sample Inspection for Annual Product Review | Quality Assurance | CURRENT, Effective, 2.0 | 5/15/2009 16:55 |
| QA-SOP-Form-00057 | Finished Goods Inspection Report for Topical Products (Patch, Ointment, Cream, and Gel) | Quality Assurance | CURRENT, Effective, 8.0 | 10/27/2010 12:04 |
| QA-SOP-Form-00058 | Finished Goods Inspection Report for Syrup Products | Quality Assurance | CURRENT, Effective, 5.0 | 10/27/2010 12:04 |
| QA-SOP-Form-00059 | Finished Goods Inspection Report for Vial and Ampul Products | Quality Assurance | CURRENT, Effective, 6.0 | 10/27/2010 12:04 |
| QA-SOP-Form-00061 | Packaging Batch Record Review Checklist | Quality Assurance | CURRENT, Effective, 2.0 | 1/10/2008 16:44 |
| QA-SOP-Form-00062 | Manufacturing Batch Record Review Checklist | Quality Assurance | CURRENT, Effective, 2.0 | 1/10/2008 16:42 |
| QA-SOP-Form-00063 | Expiration Date Change Notification | Quality Assurance | Effective, CURRENT, 1.0 | 11/14/2005 0:00 |
| QA-SOP-Form-00064 | Product Release Authorization to Endo Distributor | Quality Assurance | CURRENT, Effective, 3.0 | 1/6/2010 11:56 |
| QA-SOP-Form-00065 | Contractor Screening Questionnaire & Follow Up | Quality Assurance | CURRENT, Effective, 3.0 | 5/20/2011 13:42 |
| QA-SOP-Form-00066 | API Supplier Screening Questionnaire & Follow Up | Quality Assurance | CURRENT, Effective, 2.0 | 1/29/2010 8:31 |
| QA-SOP-Form-00067 | Contract Manufacturer Quality Performance Report Card | Quality Assurance | CURRENT, Effective, 3.0 | 4/27/2009 17:18 |
| QA-SOP-Form-00070 | Independent Contractor Signature Record | Quality Assurance | CURRENT, Effective, 2.0 | 3/5/2010 17:13 |
| QA-SOP-Form-00071 | Stability Sample Information for Clinical Supply Release | Quality Assurance | CURRENT, Effective, 3.0 | 4/4/2011 16:28 |

E0674.10

| | | | | |
|---|---|---|---|---|
| QA-SOP-Form-00074 | Endo Quality Compliance Checklist for Product Complaints | Quality Assurance | CURRENT, Effective, 7.0 | 2/4/2011 10:51 |
| QA-SOP-Form-00077 | Label Activation Request Form | Quality Assurance | CURRENT, Effective, 2.0 | 1/13/2010 13:51 |
| QA-SOP-Form-00078 | Quarantine Shipment Form, Clinical Trial Materials | Quality Assurance | Effective, CURRENT, 1.0 | 7/29/2008 16:56 |
| QA-SOP-Form-00079 | USP Update Product Impact Assessment | Quality Assurance | Effective, CURRENT, 1.0 | 8/7/2009 9:11 |
| QA-SOP-Form-00080 | Request for a New, Revision or Addendum Document | Quality Assurance | CURRENT, Effective, 2.0 | 1/26/2011 14:09 |
| QA-SOP-Form-00081 | Request to Abort or Obsolete Document | Quality Assurance | CURRENT, Effective, 2.0 | 10/14/2011 9:18 |
| QA-SOP-Form-00082 | Endo Clinical QA Document Audit/Review Form | Quality Assurance | Effective, CURRENT, 1.0 | 9/13/2010 10:15 |
| QA-SOP-Form-00083 | Finished Goods inspection Report for Product Kit | Quality Assurance | CURRENT, Effective, 2.0 | 10/27/2010 12:05 |
| QA-SOP-Form-00084 | Product Transportation Requirement Form | Quality Assurance | CURRENT, Effective, 2.0 | 10/13/2010 9:45 |
| QA-SOP-Form-00087 | Release Notification for Products from ENDO Facility | Quality Assurance | Effective, CURRENT, 1.0 | 5/5/2010 16:29 |
| QA-SOP-Form-00088 | Expiration Date Assignment | Quality Assurance | Effective, CURRENT, 1.0 | 7/12/2010 15:50 |
| QA-SOP-Form-00089 | Audit Waiver Form | Quality Assurance | Effective, CURRENT, 1.0 | 1/29/2010 8:31 |
| QA-SOP-Form-00090 | Reduced Sampling Notification Form | Quality Assurance | Effective, CURRENT, 1.0 | 9/27/2010 14:58 |
| QA-SOP-Form-00091 | Master List of Product Expiration Indexes | Quality Assurance | CURRENT, Effective, 7.0 | 2/1/2012 14:38 |
| QA-SOP-Form-00092 | Method Transfer Waiver Form | Quality Assurance | Effective, CURRENT, 1.0 | 11/29/2010 14:18 |
| QA-SOP-Form-00093 | Release Notification For Placebo Samples | Quality Assurance | Effective, CURRENT, 1.0 | 2/17/2011 14:30 |
| QA-SOP-Form-00094 | Material Disposition Form | Quality Assurance | Effective, CURRENT, 1.0 | 3/9/2011 8:53 |
| QA-SOP-Form-00095 | QA Release of ANDA Clinical Supplies and Approval of batches for In Vitro Bioequivalence Studies | Quality Assurance | Effective, CURRENT, 1.0 | 3/30/2011 10:17 |
| QA-SOP-Form-00096 | Medical Device Reporting Decision Tree | Quality Assurance | Effective, CURRENT, 1.0 | 2/4/2011 10:51 |
| QA-SOP-Form-00104 | Discontinuation of Stability Study | Quality Assurance | Effective, CURRENT, 1.0 | 8/3/2011 9:58 |
| RA-SOP-Form-00006 | Submissions Sign Out Sheet | Regulatory Affairs | Effective, CURRENT, 1.0 | 9/25/2000 0:00 |
| RA-SOP-Form-00009 | Clinical Study Site Approved by Regulatory Affairs | Regulatory Affairs | Effective, CURRENT, 1.0 | 2/20/2001 0:00 |
| RA-SOP-Form-00010 | Central Files Document Request | Regulatory Affairs | Effective, CURRENT, 1.0 | 3/20/2001 0:00 |
| RA-SOP-Form-00011 | Central Files Document Request of Original Records | Regulatory Affairs | Effective, CURRENT, 1.0 | 3/20/2001 0:00 |
| RA-SOP-Form-00015 | Regulatory Agency Contact Report Form | Regulatory Affairs | Effective, CURRENT, 1.0 | 9/10/2001 0:00 |
| RA-SOP-Form-00024 | Notification to Implement Change | Regulatory Affairs | Effective, CURRENT, 1.0 | 12/16/2005 0:00 |

E0674.11

| object_name | title | department | r_version_label | a_effective_date |
|---|---|---|---|---|
| CD-BP-100 | Protocol Development and Protocol Review Committee | Research and Development (R&D) | CURRENT, Effective, 2.0 | 6/21/2011 20:22 |
| CD-SOP-100 | Protocol Development, Review and Approval | Research and Development (R&D) | CURRENT, Effective, 2.0 | 6/21/2011 20:26 |
| Clinical Affairs Manager Guidance Document December 2011 | Clinical Affairs Manager Guidance Document December 2011 | Research and Development (R&D) | Effective, CURRENT, 1.0 | 12/13/2011 9:48 |
| Clinical Affairs Manager Guidance Document Jan 2011 | Clinical Affairs Manager Guidance Document Jan 2011 | Research and Development (R&D) | Effective, CURRENT, 1.0 | 4/4/2011 9:43 |
| DM-BP-500 | Excel to SAS Data Set Conversion | Research and Development (R&D) | Effective, CURRENT, 1.0 | 4/5/2011 15:28 |
| DM-BP-501 | Reformatting of Data | Research and Development (R&D) | Effective, CURRENT, 1.0 | 4/5/2011 15:29 |
| DM-BP-502 | Development of an Output From Raw Data | Research and Development (R&D) | Effective, CURRENT, 1.0 | 4/5/2011 15:30 |
| Legal-BP-00003 | BP for Record Archiving and Retrieval | Legal | CURRENT, Effective, 2.0 | 1/4/2011 9:39 |
| Legal-BP-00005 | BP for Records Cleanout | Legal | Effective, CURRENT, 1.0 | 1/4/2011 9:40 |
| LM-BP-800 | External Scientific Presentations: Preparation and Execution of Solicited, Unsolicited or Non-Customer Presentations | Research and Development (R&D) | Effective, CURRENT, 1.0 | 12/16/2010 14:02 |
| LM-BP-801 | Creation, Review and Approval of External Scientific Presentations in Response to an Unsolicited Request from an External Individual or Organization | Research and Development (R&D) | Effective, CURRENT, 1.0 | 1/6/2011 13:51 |
| LM-BP-802 | Review and Handling of Investigator Initiated Research Requests | Research and Development (R&D) | Effective, CURRENT, 1.0 | 1/6/2011 13:51 |
| LM-BP-803 | Document Data Room | Research and Development (R&D) | Effective, CURRENT, 1.0 | 2/15/2011 14:06 |
| Med-BP-00006 | Acquisition of New Product Safety Data by Endo PVRM | Clinical | CURRENT, Effective, 3.0 | 9/24/2009 13:26 |
| Med-BP-00010 | Development of Publications | Clinical | Effective, CURRENT, 1.0 | 5/15/2009 8:56 |
| Med-BP-00011 | Development of a Clinical Development Plan | Clinical | Effective, CURRENT, 1.0 | 5/1/2009 11:37 |
| Med-BP-00015 | Development of a Recruitment and Retention Plan | Clinical | Effective, CURRENT, 1.0 | 4/27/2009 18:19 |
| Med-BP-00027 | Educational Grants Administration Process | Clinical | Effective, CURRENT, 1.0 | 8/31/2010 16:52 |
| Med-BP-00044 | Processing of Adverse Event and Product Complaint Reports | Clinical | Effective, CURRENT, 1.0 | 9/21/2009 16:31 |
| Med-BP-00045 | Process for Paper Submission of Adverse Event Reports to FDA | Clinical | CURRENT, Effective, 2.0 | 1/23/2012 9:57 |
| Med-BP-00046 | Triage Process for Adverse Event Reports | Clinical | Effective, CURRENT, 1.0 | 9/21/2009 16:31 |
| Med-BP-00047 | Reconciliation Process for Adverse Event Reports | Clinical | Effective, CURRENT, 1.0 | 9/21/2009 16:32 |
| Med-BP-00049 | Processing of Solicited Adverse Event Reports | Clinical | Effective, CURRENT, 1.0 | 9/21/2009 16:32 |
| Med-BP-00050 | Enhanced Follow-up Process for Adverse Event Reports | Clinical | CURRENT, Effective, 2.0 | 1/15/2010 15:39 |
| Med-BP-00051 | Obtaining Follow-up Information on Safety Reports for Endo Marketed Products | Clinical | Effective, CURRENT, 1.0 | 9/21/2009 16:33 |
| Med-BP-00052 | Manufacturer Notification of Non-Serious and Serious Adverse Event Reports for Non-Endo Products | Clinical | Effective, CURRENT, 1.0 | 9/21/2009 16:33 |
| Med-BP-00053 | Submission Process for IND Safety Reports and NDA Alert Reports for Endo Products | Clinical | Effective, CURRENT, 1.0 | 9/21/2009 16:33 |
| Med-BP-00055 | Clinical Trial Registration | Clinical | Effective, CURRENT, 1.0 | 12/7/2009 11:51 |
| Med-BP-00056 | Processing of a Package Insert Complaint | Clinical | CURRENT, Effective, 2.0 | 1/13/2010 17:39 |
| MI-BP-900 | Referring MI or PVRM Matters to Endo Corporate Compliance.doc | Research and Development (R&D) | Effective, CURRENT, 1.0 | 10/21/2010 15:51 |
| MI-BP-901 | Field Sales Requests for Medical Information/AMCP Dossiers | Research and Development (R&D) | Effective, CURRENT, 1.0 | 8/8/2011 11:06 |
| MI-BP-902 | EMI Document Development and Maintenance | Research and Development (R&D) | Effective, CURRENT, 1.0 | 10/21/2010 15:52 |
| MI-BP-903 | Lidoderm Lifetime Supply Program | Research and Development (R&D) | Effective, CURRENT, 1.0 | 8/11/2011 20:52 |
| MI-BP-904 | Vantas Lifetime Supply Program | Research and Development (R&D) | Effective, CURRENT, 1.0 | 8/8/2011 11:06 |
| MI-BP-905 | Fulfilling Unsolicited Requests for AMCP Dossiers | Research and Development (R&D) | Effective, CURRENT, 1.0 | 8/8/2011 11:06 |
| MI-BP-906 | Receipt of and Response to Inquiries Received by R&D Field Personnel | Research and Development (R&D) | Effective, CURRENT, 1.0 | 8/11/2011 20:53 |
| Nonclinical-BP-00001 | Assignment of Nonclinical Study Numbers | Nonclinical | Effective, CURRENT, 1.0 | 11/30/2007 8:39 |
| PM-BP-00001 | Clinical Supplies Planning | Pharmaceutical Development | CURRENT, Effective, 2.0 | 12/12/2011 16:12 |
| PV-BP-300 | Evaluating Safety Information from Literature Searches | Research and Development (R&D) | Effective, CURRENT, 1.0 | 2/15/2011 14:07 |

E0674.12

| | | | | |
|---|---|---|---|---|
| PV-BP-301 | Recalls, Market Withdrawal or Stock Recovery Activities Involving Marketed Products | Research and Development (R&D) | Effective, CURRENT, 1.0 | 1/23/2012 16:34 |
| QA-BP-00001 | Logging and Filing of Executed Batch Records in QD Central Files | Quality Assurance | Effective, CURRENT, 1.0 | 1/4/2010 11:58 |
| QA-BP-00003 | Periodic Monitoring of EDGAR for Compliance | Quality Assurance | Effective, CURRENT, 1.0 | 6/17/2010 8:23 |
| RA-BP-00014 | Brief Summaries | Regulatory Affairs | Effective, CURRENT, 1.0 | 9/15/2008 11:28 |
| RA-BP-600 | Development and Distribution of Changes/Revisions for Approved Product Labeling | Research and Development (R&D) | CURRENT, Effective, 2.0 | 6/10/2011 9:36 |
| RA-BP-601 | Review of Labeling Complaints Unrelated to Product Complaints or Adverse Events | Research and Development (R&D) | Effective, CURRENT, 1.0 | 11/18/2011 9:12 |

E0674.13

| object_name | title | department | r_version_label | a_effective_date |
|---|---|---|---|---|
| IM-Policy-00002 | IM Security | Information Management | Effective, CURRENT, 1.0 | 2/4/2010 14:25 |
| Legal-Policy-00003 | Orphaned Files Policy | Legal | CURRENT, Effective, 3.0 | 1/11/2011 14:15 |
| Legal-Policy-00005 | Hold Order Policy | Legal | CURRENT, Effective, 2.0 | 8/31/2009 8:05 |
| Legal-Policy-00006 | Backup/Recovery Data Retention Policy | Legal | CURRENT, Effective, 3.0 | 8/31/2009 8:05 |
| Legal-Policy-00007 | Record Management Policy | Legal | CURRENT, Effective, 4.0 | 1/28/2011 11:13 |
| Legal-Policy-00009 | Records Retention Schedule | Legal | CURRENT, Effective, 3.0 | 8/9/2011 15:30 |
| Med-Policy-00001 | Educational Grant Policy | Research and Development (R&D) | CURRENT, Effective, 2.0 | 2/15/2011 14:08 |
| Med-Policy-00004 | Credentialing Policy and Procedure | Research and Development (R&D) | CURRENT, Effective, 2.0 | 8/11/2011 14:04 |
| Med-Policy-00005 | Non-Promotional Review Committee Policy | Research and Development (R&D) | Effective, CURRENT, 1.0 | 12/15/2011 16:33 |
| QA-Policy-00002 | Quality Manual | Quality Assurance | CURRENT, Effective, 10.0 | 10/18/2011 9:37 |
| QA-Policy-00003 | Documentation Management Policy | Quality Assurance | CURRENT, Effective, 3.0 | 2/23/2010 9:34 |
| QA-Policy-00004 | Complaint and Adverse Experience Handling and Reporting Policy | Quality Assurance | CURRENT, Effective, 2.0 | 11/13/2009 14:08 |
| QA-Policy-00005 | Compliance Training Policy | Quality Assurance | CURRENT, Effective, 3.0 | 12/6/2011 8:53 |
| QA-Policy-00006 | Audit Program Policy | Quality Assurance | CURRENT, Effective, 2.0 | 11/11/2011 9:37 |
| QA-Policy-00008 | Confirmatory Testing | Quality Assurance | Effective, CURRENT, 1.0 | 10/10/2011 9:30 |
| QA-Policy-00010 | Communication and Information Sharing Process for Quality & Compliance | Quality Assurance | Effective, CURRENT, 1.0 | 11/2/2011 14:43 |

E0674.14

| object_name | title | department | a_effective_date | r_version_label |
|---|---|---|---|---|
| QA-Guideline-00004 | Document Naming and Handling Conventions | Quality Assurance | 11/2/2011 14:44 | Effective, CURRENT, 1.0 |

E0674.15

| object_name | title | department | r_version_label | a_effective_date |
|---|---|---|---|---|
| QA-Index-00001 | Expiration Dating List Voltaren Gel | Quality Assurance | CURRENT, Effective, 3.0 | 6/10/2010 16:17 |
| QA-Index-00004 | Expiration Dating List for Endocet/Percocet | Quality Assurance | CURRENT, Effective, 2.0 | 3/1/2011 13:54 |
| QA-Index-00005 | Expiration Dating List for Endodan/Percodan | Quality Assurance | Effective, CURRENT, 1.0 | 2/1/2008 0:00 |
| QA-Index-00006 | Expiration Dating List for Frova | Quality Assurance | Effective, CURRENT, 1.0 | 1/28/2008 0:00 |
| QA-Index-00009 | Expiration Dating List for Lidoderm | Quality Assurance | CURRENT, Effective, 2.0 | 6/10/2010 16:17 |
| QA-Index-00010 | Expiration Dating List for Moban | Quality Assurance | CURRENT, Effective, 2.0 | 8/23/2011 14:41 |
| QA-Index-00011 | Expiration Dating List for Morphine Sulfate ER | Quality Assurance | Effective, CURRENT, 1.0 | 9/20/2007 0:00 |
| QA-Index-00014 | Expiration Dating List for Zydone Tablets | Quality Assurance | CURRENT, Effective, 2.0 | 3/1/2011 13:54 |
| QA-Index-00016 | Expiration Dating List for Opana Tablets | Quality Assurance | CURRENT, Effective, 2.0 | 5/15/2009 10:32 |
| QA-Index-00017 | Expiration Dating List for Opana ER Tablets | Quality Assurance | CURRENT, Effective, 3.0 | 6/11/2010 10:06 |
| QA-Index-00018 | Expiration Dating List for Opana Injection | Quality Assurance | Effective, CURRENT, 1.0 | 5/8/2007 0:00 |
| QA-Index-00019 | Expiration Dating List Valstar | Quality Assurance | CURRENT, Effective, 2.0 | 5/26/2011 13:39 |
| QA-Index-00020 | Expiration Dating List for Delatestryl | Quality Assurance | Effective, CURRENT, 1.0 | 9/3/2009 10:08 |
| QA-Index-00023 | Expiration Dating List Vantas | Quality Assurance | Effective, CURRENT, 1.0 | 9/3/2009 10:08 |
| QA-Index-00024 | Expiration Dating List for Supprelin LA | Quality Assurance | Effective, CURRENT, 1.0 | 9/3/2009 10:08 |
| QA-Index-00025 | Michophenolate Mofetil Capsules | Quality Assurance | Effective, CURRENT, 1.0 | 1/22/2010 15:52 |
| QA-Index-00026 | Mycophenolate Tablets | Quality Assurance | Effective, CURRENT, 1.0 | 7/19/2010 11:17 |
| QA-Index-00027 | Suppprelin LA Kit | Quality Assurance | Effective, CURRENT, 1.0 | 6/15/2010 10:20 |
| QA-Index-00028 | Expiration dating List for Valstar Kit | Quality Assurance | Effective, CURRENT, 1.0 | 6/11/2010 10:48 |
| QA-Index-00029 | Expiration dating List for Vantas Kit | Quality Assurance | CURRENT, Effective, 2.0 | 8/31/2011 8:14 |
| QA-Index-00030 | Expiration Dating List Losartan Potassium Tablets | Quality Assurance | Effective, CURRENT, 1.0 | 10/26/2010 14:10 |
| QA-Index-00031 | Expiration Dating List Pramipexole Tablets | Quality Assurance | Effective, CURRENT, 1.0 | 10/27/2010 9:21 |
| QA-Index-00033 | Expiration Dating List Fortesta | Quality Assurance | Effective, CURRENT, 1.0 | 1/4/2011 10:36 |
| QA-Index-00035 | Material Index | Quality Assurance | Effective, CURRENT, 1.0 | 3/9/2011 8:53 |
| QA-Index-00036 | Expiration Dating List for Letrozole | Quality Assurance | Effective, CURRENT, 1.0 | 6/3/2011 11:46 |
| QA-Index-00037 | Expiration Dating List for Previfem | Quality Assurance | Effective, CURRENT, 1.0 | 8/12/2011 16:48 |
| QA-Index-00038 | Expiration Dating List for Gildess FE | Quality Assurance | Effective, CURRENT, 1.0 | 8/22/2011 16:25 |
| QA-Index-00039 | Expiration Dating List for Triprevifem | Quality Assurance | Effective, CURRENT, 1.0 | 8/22/2011 16:25 |
| QA-Index-00040 | Expiration Dating List for Cyclafem | Quality Assurance | Effective, CURRENT, 1.0 | 8/22/2011 16:25 |

E0674.16

| QA-Index-00041 | Expiration Dating List for Emoquette | Quality Assurance | Effective, CURRENT, 1.0 | 8/22/2011 16:25 |
| --- | --- | --- | --- | --- |
| QA-Index-00042 | Expiration Dating List for Orsythia | Quality Assurance | Effective, CURRENT, 1.0 | 8/22/2011 16:25 |
| QA-Index-00043 | Expiration Dating List for Methylprednisolone | Quality Assurance | Effective, CURRENT, 1.0 | 9/20/2011 11:07 |
| QA-Index-00044 | Expiration Dating List for Prednisone | Quality Assurance | Effective, CURRENT, 1.0 | 9/20/2011 11:07 |
| QA-Index-00045 | Expiration Dating List Felodipine ER | Quality Assurance | Effective, CURRENT, 1.0 | 1/17/2012 13:49 |