# EXHIBIT 155

E0594.1

**From:** Keith Margolis<IMCEAEX-_O=BELLCO+20DRUG+20CORP+2E_OU=AMITYVILLE-2C+20NY_CN=RECIPIENTS_CN=KMARGOLIS@namprd06.prod.outlook.com>
**Sent:** Thu, 27 Feb 2014 10:43:42 -0500 (EST)
**To:** William Price <bprice@bellcohealth.com>; Carol Sherman - Hynes <cshermanhynes@bellcohealth.com>
**Subject:** FW: Bellco - Qualitest SOMS letter and Questionnaire 12/3, 1/20, 2/21
**Attachments:** Qualitest SOM Letter 10-18-13.pdf; Wholesale Distributor Questionnaire 10-18-12.docx

Have we submitted this in yet?

**Keith Margolis**
Supply Chain Manager
Bellco Drug Corp., an AmerisourceBergen Co.
5500 New Horizons Blvd
N.Amityville, NY 11701
Phone/Fax: 631-789-6932
email: **kmargolis@bellcohealth.com**

**From:** Bayer, Sandra [mailto:sbayer@qualitestrx.com]
**Sent:** Friday, February 21, 2014 4:11 PM
**To:** Keith Margolis
**Cc:** Carol Sherman - Hynes; Rhone, Regina - ABSC; Vietri, David - ABSC; McGaha, Bambi; Brantley, Eric; William Price
**Subject:** RE: Bellco - Qualitest SOMS letter and Questionnaire 12/3, 1/20, 2/21

Dear Keith -

Have you been able to get this Questionnaire completed for Bellco? We initially sent out our inquiries in October, 2013 and subsequently every month since then. As stated below, we did receive ABC's documentation, but have yet to receive any information for Bellco. It is imperative that Bellco responds immediately.

Thank you for your prompt attention to this very importance DEA/SOMS Compliance matter.
Best regards,

Sandra Bayer
Senior National Sales Executive
Qualitest 130 Vintage Drive, Huntsville, AL 35811
mobile 973.831.6988 fax
sbayer@qualitestrx.com



endo | AMS  Endo Pharmaceuticals  Qualitest

This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately so that Qualitest can arrange for proper delivery, and then please delete the message from your system. Thank you.

---

**From:** Bayer, Sandra
**Sent:** Monday, January 20, 2014 7:44 PM
**To:** Keith Margolis
**Cc:** Carol Sherman - Hynes; Rhone, Regina - ABSC; Vietri, David; Franklin Harris (fharris@bellcohealth.com); McGaha, Bambi; Brantley, Eric
**Subject:** Bellco - Qualitest SOMS letter and Questionnaire 12/3, 1/20

Dear Keith –

We have not yet heard back from Bellco (or anyone at ABC corporate on your behalf) regarding the required SOMS Questionnaire. ABC Corporate had filled out their documents in early December, but unfortunately, Bellco's information was not included.
Please send back the completed SOMS Questionnaire as soon as possible to the best of your abilities, so that shipments are not affected. Even if you'd be able to indicate the amount of accounts serviced from your locations, that would be helpful to set some initial parameters.

Also, please don't hesitate to reach out to me or Eric Brantley, Manager, Customer Due Diligence (SOMS and DEA Compliance) at 256-799-7848 if you have any questions what so ever.

Thank you,

Sandra Bayer
Senior National Sales Executive
Qualitest 130 Vintage Drive, Huntsville, AL 35811
mobile 973.831.6988 fax
sbayer@qualitestrx.com



Witness: Par-Norton
Exhibit: 5
Date: 1/16/19
Margaret Reihl, CCR, CRR, RPR

endo | AMS  Endo Pharmaceuticals  HealthTronics  Qualitest

This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient or an agent

E0594.2

responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately so that Qualitest can arrange for proper delivery, and then please delete the message from your system. Thank you.

**From:** Keith Margolis [mailto:kmargolis@bellcohealth.com]
**Sent:** Tuesday, December 03, 2013 9:49 AM
**To:** Bayer, Sandra
**Cc:** Carol Sherman - Hynes; Rhone, Regina - ABSC; RTremonte@amerisourcebergen.com; William Price
**Subject:** EXTERNAL: RE: Bellco - Qualitest SOMS letter and Questionnaire

Sandra,

Our Regulatory and Compliance Manager has sent this off to Corporate when you initially sent this to us. We will follow up with Corporate to see where we are with this.

**Keith Margolis**
Supply Chain Manager
Bellco Drug Corp., an AmerisourceBergen Co.
5500 New Horizons Blvd
N.Amityville, NY 11701
Phone/Fax: 631-789-6932
email: **kmargolis@bellcohealth.com**

**From:** Bayer, Sandra [mailto:sbayer@qualitestrx.com]
**Sent:** Monday, December 02, 2013 6:23 PM
**To:** Keith Margolis
**Cc:** Carol Sherman - Hynes; Rhone, Regina - ABSC; RTremonte@amerisourcebergen.com; William Price; Bayer, Sandra
**Subject:** Bellco - Qualitest SOMS letter and Questionnaire

Dear Keith –

I need your help, please. Qualitest sent the attached documents at the end of October and again in November, explaining our development of a DEA Compliance Dept. and our SOMS program to Carol Sherman-Hynes and Bill Price. To date, I don't believe we've received back the completed questionnaire.

We really need the information completed ASAP, so there are no interruptions to orders that are placed. Can you please check with Carol and Bill on this?
Thanks in advance for your help and please let me know if you need anything else.

Best regards,

**Sandra Bayer**
Senior National Sales Executive
Qualitest  130 Vintage Drive, Huntsville, AL 35811
▆▆▆▆▆▆▆▆ mobile   973.831.6988 fax
sbayer@qualitestrx.com



endo | AMS   Endo Pharmaceuticals   HealthTronics   Qualitest

This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately so that Qualitest can arrange for proper delivery, and then please delete the message from your system. Thank you.

This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately, so that Endo can arrange for proper delivery, and then please delete the message from your system. Thank you.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00337068

E0594.3 Qualitest
130 Vintage Drive
Huntsville, AL 358
256.859.4011

qualitestrx.com



October 18th, 2013

Dear Valued Customer:

As you may be aware, a large percentage of Qualitest products are categorized as controlled substances or listed chemicals that are regulated by the Drug Enforcement Administration (DEA). These products, while necessary for patients, can be targets for abuse and diversion. As a result, certain Qualitest products have become highly desirable to those seeking to abuse or divert for profit.

When our products leave the legitimate channels they have been manufactured to support, heart-wrenching consequences often occur. As responsible corporate citizens -- individuals, parents, friends, caregivers, relatives and acquaintances -- we need to do as much as we can to prevent drug abuse and diversion in our communities. Each company and individual in the supply chain has that responsibility: to put adequate controls in place to discourage and prevent the diversion of prescription products for uses other than those for which they were originally intended.

As a result of this changing environment and the increased regulatory expectations associated with it, Qualitest would like to make you aware of some changes we are making that may impact you when placing orders with us in the future. Qualitest is enhancing its due diligence efforts when fulfilling orders to provide greater assurance that our products are purchased by appropriate patients for prescribed uses. As a result of this enhanced process, you may receive more frequent inquiries from Qualitest regarding your own suspicious order monitoring efforts, the quantity of product you are ordering from us or the customers you service. If we are not able to verify through inquiries and research that our products are being used for legitimate purposes, we may request an additional step of an on-site visit of either your company or your customer(s). As you may be aware, these due diligence visits have now become a necessary part of an effective suspicious order monitoring program. In addition, the current regulatory environment requires us to monitor, and potentially limit, the amount of product we supply to our customers. With this is mind, orders may be held for review or even not shipped when the applicable order is of unusual size, frequency or deviates from the customer's normal pattern.

| AMS   Lydo Pharmaceuticals   Healthtronics   Qualitest

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                   ABDCMDL00337069




E0594.4 *Qualitest*
130 Vintage Drive
Huntsville, AL 358
256.859.4011

qualitestrx.com

Of course there are legitimate reasons customers may need additional product, and all factors will be taken into consideration when reviewing orders. You can assist us by providing as much information as rapidly possible, both at the time of your initial order and later in the event we are reviewing a held order.

Suspicious order inquiries will typically be made by members of our DEA Compliance Department, whose contact information is noted below for your reference. If you should have any questions about these changes, please do not hesitate to contact those noted below, your Qualitest Sales Team Representative or the Qualitest Customer Service Department.

We thank you in advance for partnering with us in our efforts to prevent abuse and diversion. We look forward to working with you in this important effort.

Thank you,

*[signature]*

Tracey Hernandez, Director DEA Compliance

CC: Charles (Trey) V. Propst, VP National Accounts

Mike Reiney, VP Sales Management

<u>DEA Compliance Department Contacts:</u>

Tracey Hernandez, Director DEA Compliance – 256-799-7178

Eric Brantley, Manager SOMS – 256-799-7848

Aimee Cooper, Analyst SOMS – 256-799-7120

| AMS  Endo Pharmaceuticals  HealthTronics  Qualitest

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                                                    ABDCMDL00337070

E0594.5





| Title: **WHOLESALE DISTRIBUTOR/ CHAIN DISTRIBUTION CENTER QUESTIONNAIRE** | | |
|---|---|---|
| Form No.: | Version: | Effective: |
| Department: | | |

E0594.6





CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER  ABDCMDL00337072

E0594.7



Signature

_____
Printed Name

_____
Date

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00337073