# EXHIBIT 158

| | |
|---|---|
| **From:** | Brantley, Eric |
| **Sent:** | Monday, October 27, 2014 11:14 AM |
| **To:** | Jim Miller |
| **Cc:** | Hall, Darren |
| **Subject:** | RE: EXTERNAL: RE: SOM |

Jim,

No this is not a Qualitest form, it is a form used by PCG. Any information that you feel is confidential of course you are not obligated to provide. PCG is prohibited from sharing any information obtained with any other party. You completed a Qualitest questionnaire last November, so some information may be repetitive. PCG has been contracted to assist us with conducting site visits to fulfill our "know your customer" efforts. PCG is very thorough, and their checklist is very detailed. The goal is to provide due diligence to satisfy any potential inquiries from DEA. Any part of the planned agenda you are not comfortable with, please let me know so I can discuss with PCG. I will let them know that part of the checklist will be incomplete due to confidentiality. Thank you for allowing them into your facility, and I will work with you to make sure there is a mutually acceptable comfort level during the visit. Please let me know if you have specific concerns or questions.

Thanks,

Eric

**From:** Jim Miller [mailto:JMiller@clipperdist.net]
**Sent:** Monday, October 27, 2014 10:40 AM
**To:** Brantley, Eric
**Cc:** Hall, Darren
**Subject:** EXTERNAL: RE: SOM

Hi.

The attached is what Tony Sheller sent me.  Is this your form?   Some of the info on here I've already provided to Qualitest and some of it is confidential and I will not answer.   I just didn't feel comfortable with some of this since it's not Qualitest doing it.   I just had a DEA inspection in August and don't feel a lot of these needs to be provided.

Your thoughts?

My phone is you want is:   816-.364.5777 x102

*Thank you,*
*Jim*

**From:** Brantley, Eric [mailto:EBrantley@QualiTestRx.com]
**Sent:** Monday, October 27, 2014 10:34 AM
**To:** Jim Miller
**Subject:** SOM

Jim,

1

Darren informed me that you may have questions regarding Suspicious Order Monitoring and the third party site visit. I do not have a phone number for you, but feel free to give me a call at the number below or we can communicate via email if you prefer. I will do my best to answer your questions.

Thank you,


Eric Brantley
Manager, Customer Due Diligence & SOM
130 Vintage Dr. Huntsville, Al 35811
256-799-7848 direct
256-799-7126 fax
ebrantley@qualitestrx.com



………………………………………………………
endo | AMS   Endo Pharmaceuticals   Qualitest

This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately so that Qualitest can arrange for proper delivery, and then please delete the message from your system. Thank you.

This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please notify the sender immediately, so that Endo can arrange for proper delivery, and then please delete the message from your system. Thank you.

---

Our Vision: Clipper will be the preferred product, marketing, information resource partner and employer in the animal health industry.

Confidential Treatment Requested by Endo

ENDO_HSGAC_0010595