# EXHIBIT 170

E1839.1

| | |
|---|---|
| **From:** | Feniger, Angela |
| **Sent:** | Thursday, June 21, 2012 8:39 PM |
| **To:** | Lipari, Patricia |
| **Cc:** | Poshni, Faiza; Cosentino, Lisa |
| **Subject:** | Suspicous Order Monitoring (SOM) |
| **Attachments:** | SO002.pdf |

Hi Patricia,

Can you please review question number of one of this SOP. There is no mention of "Par ships control substances on Friday", therefore can you please revaluated it and submit the appropriate update to Lisa.

Thank you.

**Angela Feniger** | Associate Director, Tech Writing & Documentation
Par Pharmaceutical Companies, Inc. | 2 Ram Ridge Road | Spring Valley, NY 10977
Phone: ▓▓▓▓▓▓▓▓ | angela.feniger@parpharm.com
www.parpharm.com

1



CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     PAR_OPIOID_MDL_0001058273

E1839.2

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title: **SUSPICIOUS ORDER MONITORING (SOM)** | |
|---|---|
| Department: **SALES OPERATIONS** | S.O.P. No: SO002.0 |
| Supersedes: NA | Effective Date: APR 17 2012 — Page: 1 of 4 |
| Written by: | Signature: *Patricia Lipari* <br> Print Name & Title: PATRICIA G. LIPARI DIRECTOR SALES OPS <br> Date: 04-17-2012 |
| Checked by: | Signature: *Angela Tozzi* <br> Print Name & Title: Angela Tozzi, Associate Dir Tech Writing/Documentation <br> Date: 04/17/2012 |
| Approved by: | Signature: *Dino Tairaban* <br> Print Name & Title: Dino Tairaban, Sr Director Qlt Compliance <br> Date: 04/17/2012 |

### I. PURPOSE

Define process of Suspicious Order Monitoring (SOM) for all controlled substances ordered directly by Par Trade Customers via a Purchase Order.

### II. POLICY

As determined by Sales Operations with guidance from Quality Compliance ensuring we are in line with DEA requirements.

### III. RESPONSIBILITY

Sales Operations/Account Services to monitor applicable Par Trade Customer Purchase Orders for any notable variations in ordering patterns.

**THIS DOCUMENT EXPIRES ON MIDNIGHT 5/29/2012**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    PAR_OPIOID_MDL_0001058274

E1839.3

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title: **SUSPICIOUS ORDER MONITORING (SOM)** | |
|---|---|
| Department: **SALES OPERATIONS** | S.O.P. No: **SO002.0** |
| Supersedes: NA | Effective Date: TW APR 17 2012 | Page: 2 of 4 |

### IV. PROCEDURE

**Par's Trade customers transmit Controlled Purchase Orders via EDI and minimal Purchase Orders come in via fax/scan-email.**

Weekly replenishment Purchase Orders are analyzed by Account Service Executives verses Customer provided usages.
If quantities are higher than the average transmission it is questioned.

The Buyer is contacted to review, a written request is asked as to the reason for the increase.
It is reviewed to ensure it is correct and warranted.

Seasonal changes are monitored if applicable to the product.

Monthly reports are generated by Account Services and sent to Quality Compliance for submission to the DEA on a quarterly basis; only for CII and CIII Narcotic products.

Par's top Trade Customers were asked to sign a document stating usages.

Customer Usage grids are created for each controlled drug distributed as a benchmark to monitor Customer Purchase Orders.

Customers may have a change in usage when reported or uncovered grid would then get updated to reflect accordingly.

**Controlled Substance product launch**

100% audit conducted for all customers purchasing product before it ships for the first time.

https://www.deadiversion.usdoj.gov/webforms/validateLogin.jsp

100% audit conducted on a quarterly basis post launch by use of above DEA site is completed for all Trade Customers DEA registrations that purchase controlled

**THIS DOCUMENT EXPIRES ON MIDNIGHT 5/29/2012**

E1839.4

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title: SUSPICIOUS ORDER MONITORING (SOM) | |
|---|---|
| Department: SALES OPERATIONS | S.O.P. No: SO002.0 |
| Supersedes: NA | Effective Date: TW APR 17 2012 | Page: 3 of 4 |

substances from Par. This is to ensure we are not shipping to Trade Customers who may have a suspended license and not have communicated to PAR in a timely manner.

V. **RELATED SOPs**

There are no related SOPs.

VI. **ATTACHMENTS**

Sample of a Customer Usage Letter at Product Launch

**THIS DOCUMENT EXPIRES ON MIDNIGHT  5/29/2012**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001058276

E1839.5

## PAR PHARMACEUTICAL, INC.

### Standard Operating Procedure
### Revision Tracking Sheet

**Title:** **SUSPICIOUS ORDER MONITORING (SOM)**

**SOP:** SO002.0

**Dept.:** SALES OPERATIONS

| Version | Supersedes | Reason for Change |
|---|---|---|
| SO002.0 | NA | NA |

SOP QA026                 Form No. QA065.1

**THIS DOCUMENT EXPIRES ON MIDNIGHT 5/29/2012**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER      PAR_OPIOID_MDL_0001058277

E1839.6

Sample of Customer Usage Letter at product Launch    Attachment for SOP SO002

October 1, 2010

Ms. Renee Kenney
Vice President Sales
Par Pharmaceutical Companies, Inc.
One Ram Ridge Road
Spring Valley, NY 10977

Re: Letter of Intent to purchase

Dear Ms. Kenney:

Medco Health Solutions, Inc. intends to purchase Hydrocodone Polistirex & Chlorpheniramine Polistirex ER Oral Suspension 473 mL C-III (generic version of Tussionex Oral Suspension) from Par Pharmaceutical Companies, Inc. We understand this product is launching with limited supply and therefore would like to express our intent to purchase based on the quantities listed below.

This data represents our annual usage broken out by month to reflect the seasonality of this product and is intended to cover the purchase period October 1, 2010 through September 30, 2011.

| Month | Extended Unit Bottle Count |
|---|---|
| Oct 2010 | 280 |
| Nov 2010 | 280 |
| Dec 2010 | 280 |
| Jan 2011 | 250 |
| Feb 2011 | 275 |
| Mar 2011 | 350 |
| Apr 2011 | 225 |
| May 2011 | 250 |
| Jun 2011 | 310 |
| Jul 2011 | 200 |
| Aug 2011 | 225 |
| Sep 2011 | 275 |
| Total | 3200 |

POs for our initial purchase will follow shortly. Please update me on your ability to deliver as soon as possible. Thank you for your assistance.

Sincerely,

Patricia Herzberg
Sr Director Generic Drug Purchasing
Medco Health Solutions, Inc.

**THIS DOCUMENT EXPIRES ON MIDNIGHT 5/29/2012**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                    PAR_OPIOID_MDL_0001058278

E1839.7

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title: SUSPICIOUS ORDER MONITORING (SOM) | |
|---|---|
| Department: SALES OPERATIONS | S.O.P. No: SO002.0 |
| Supersedes: NA | Effective Date: TW APR 17 2012 | Page: 4 of 4 |

KNOWLEDGE SKILL ASSESSMENT

PLEASE CIRCLE THE CORRECT ANSWER

1. Par ships controlled substances on Fridays.

   TRUE or **FALSE**

2. 50% audit of Par's Trade Customers is conducted at launch.

   TRUE or **FALSE**

3. Weekly replenishment PO's are analyzed verses customer usages provided.

   **TRUE** or FALSE

4. Usage numbers may change through the life of the product.

   **TRUE** or FALSE

PLEASE SIGN YOUR NAME:_____  DATE:_____
                                              MONTH/DAY/YEAR

REVIEWED BY:_____              DATE:_____
                                              MONTH/DAY/YEAR

**THIS DOCUMENT EXPIRES ON MIDNIGHT  5/29/2012**

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER            PAR_OPIOID_MDL_0001058279