EXHIBIT 173

E1845.1

SOP-SO-0002

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title: **SUSPICIOUS ORDER MONITORING (SOM)** | | |
|---|---|---|
| Department: **SALES OPERATIONS** | | S.O.P. No: SO002.1 |
| Supersedes: SO002.0 | Effective Date: TW  OCT 05 2012 | Page: 1 of 4 |
| Written by: | Signature: *Patricia G Ru* | |
| | Print Name & Title: PATRICIA A. LIPARI  DIRECTOR SALES OPERATIONS | |
| | Date: 10-03-2012 | |
| Checked by: | Signature: CHH | |
| | Print Name & Title: CHIRAG Y. SHETH - ACCOUNT SERVICES EXECUTIVE | |
| | Date: 10.04.2012 | |
| Approved by: | Signature: | |
| | Print Name & Title: Dino Kavedan  Sr Director QA/Compliance | |
| | Date: 10/05/2012 | |

## I.  PURPOSE

Define process of Suspicious Order Monitoring (SOM) for all controlled substances ordered directly by Par Trade Customers via a Purchase Order.

## II.  POLICY

As determined by Sales Operations with guidance from Quality Compliance ensuring we are in line with DEA requirements.

## III.  RESPONSIBILITY

Sales Operations/Account Services to monitor applicable Par Trade Customer Purchase Orders for any notable variations in ordering patterns.


End o macrides
**EXHIBIT** 13
Date: 3-15-19
MLG, CSR, RPR, CRR

CONTROLLED COPY PRINTED BY Cosentino, Lisa ON Thu Jan 14 2016 09:00:31 GMT-0500 (Eastern Standard Time)

E1845.2

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title: **SUSPICIOUS ORDER MONITORING (SOM)** | | |
|---|---|---|
| Department: **SALES OPERATIONS** | | S.O.P. No: SO002.1 |
| Supersedes: SO002.0 | Effective Date: **TW** OCT 0 5 2012 | Page: 2 of 4 |

## IV.  PROCEDURE

**Par's Trade customers transmit Controlled Purchase Orders via EDI and minimal Purchase Orders come in via fax/scan-email.**

Weekly replenishment Purchase Orders are analyzed by Account Service Executives verses Customer provided usages.
If quantities are higher than the average transmission it is questioned.

The Buyer is contacted to review, a written request is asked as to the reason for the increase.
It is reviewed to ensure it is correct and warranted.

Seasonal changes are monitored if applicable to the product.

Monthly reports are generated by Account Services and sent to Quality Compliance for submission to the DEA on a quarterly basis; only for CII and CIII Narcotic products.

Par's top Trade Customers were asked to sign a document stating usages.

Customer Usage grids are created for each controlled drug distributed as a benchmark to monitor Customer Purchase Orders.

Customers may have a change in usage when reported or uncovered grid would then get updated to reflect accordingly.

**Controlled Substance product launch**

100% audit conducted for all customers purchasing product before it ships for the first time.

https://www.deadiversion.usdoj.gov/webforms/validateLogin.jsp

100% audit conducted on a quarterly basis post launch by use of above DEA site is completed for all Trade Customers DEA registrations that purchase controlled

CONTROLLED COPY PRINTED BY Cosentino, Lisa ON Thu Jan 14 2016 09:00:32 GMT-0500 (Eastern Standard Time)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER     PAR_OPIOID_MDL_0001410509

E1845.3

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title: **SUSPICIOUS ORDER MONITORING (SOM)** | | |
|---|---|---|
| Department: **SALES OPERATIONS** | | S.O.P. No: SO002.1 |
| Supersedes: SO002.0 | Effective Date: TW  OCT 0 5 2012 | Page: 3 of 4 |

substances from Par.   This is to ensure we are not shipping to Trade Customers who may have a suspended license and not have communicated to PAR in a timely manner.

**Reporting Suspicious Criminal Activities**

**If criminal activity is suspected, report the following to the state agencies that licensed the facility (e.g. board of pharmacy) and Food and Drug Administration (FDA), as well as Drug Enforcement Administration (DEA) for controlled substances within three days of suspecting criminal activity.**

**V.**    <u>**RELATED SOPs**</u>

There are no related SOPs.

**VI.**    <u>**ATTACHMENTS**</u>

Sample of a Customer Usage Letter at Product Launch

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    PAR_OPIOID_MDL_0001410510

E1845.4

PAR PHARMACEUTICAL INC.
STANDARD OPERATING PROCEDURE

| Title: **SUSPICIOUS ORDER MONITORING (SOM)** | |
|---|---|
| Department: **SALES OPERATIONS** | S.O.P. No: SO002.1 |
| Supersedes: SO002.0 | Effective Date: **TW** OCT 0 5 2012 | Page: 4 of 4 |

**KNOWLEDGE SKILL ASSESSMENT**

PLEASE CIRCLE THE CORRECT ANSWER

1.    50% audit of Par's Trade Customers is conducted at launch.

**TRUE or FALSE**

2.    Weekly replenishment PO's are analyzed verses customer usages provided.

**TRUE or FALSE**

3.    Usage numbers may change through the life of the product.

**TRUE or FALSE**

PLEASE SIGN YOUR NAME:_____DATE:_____
                                                                        MONTH/DAY/YEAR

REVIEWED BY:_____DATE:_____
                                                                        MONTH/DAY/YEAR

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER          PAR_OPIOID_MDL_0001410511

E1845.5

PAR PHARMACEUTICAL, INC.

Standard Operating Procedure
Revision Tracking Sheet

Title:   **SUSPICIOUS ORDER MONITORING (SOM)**

SOP:    SO002.1

Dept.:   SALES OPERATIONS

| Version | Supersedes | Reason for Change |
|---------|-----------|-------------------|
| SO002.1 | SO002.0 | Add a section under IV, Procedure  A for reporting suspicious criminal activities. Remove question 1 on the KSA. |
| SO002.0 | NA | NA |

SOP QA026                                                    Form No. QA065.1

CONTROLLED COPY PRINTED BY Cosentino, Lisa ON Thu Jan 14 2016 09:00:32 GMT-0500 (Eastern Standard Time)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                    PAR_OPIOID_MDL_0001410512

E1845.6

Sample of Customer Usage Letter at product Launch     Attachment for SOP SO002

October 1, 2010

Ms. Renee Kenney
Vice President Sales
Par Pharmaceutical Companies, Inc.
One Ram Ridge Road
Spring Valley, NY 10977

Re: Letter of intent to purchase

Dear Ms. Kenney:

Medco Health Solutions, Inc. intends to purchase Hydrocodone Polistirex & Chlorpheniramine Polistirex ER Oral Suspension 473 mL C-III (generic version of Tussionex Oral Suspension) from Par Pharmaceutical Companies, Inc. We understand this product is launching with limited supply and therefore would like to express our intent to purchase based on the quantities listed below.

This data represents our annual usage broken out by month to reflect the seasonality of this product and is intended to cover the purchase period October 1, 2010 through September 30, 2011.

| Month | Extended Unit Bottle Count |
|---|---|
| Oct 2010 | 280 |
| Nov 2010 | 280 |
| Dec 2010 | 280 |
| Jan 2011 | 250 |
| Feb 2011 | 275 |
| Mar 2011 | 350 |
| Apr 2011 | 225 |
| May 2011 | 250 |
| Jun 2011 | 310 |
| Jul 2011 | 200 |
| Aug 2011 | 225 |
| Sep 2011 | 275 |
| Total | 3200 |

POs for our initial purchase will follow shortly.  Please update me on your ability to deliver as soon as possible.  Thank you for your assistance.

Sincerely,

Patricia Herzberg
Sr Director Generic Drug Purchasing
Medco Health Solutions, Inc.

CONTROLLED COPY PRINTED BY Cosentino, Lisa ON Thu Jan 14 2016 09:00:32 GMT-0500 (Eastern Standard Time)

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

PAR_OPIOID_MDL_0001410513