# EXHIBIT 175

| | |
|---|---|
| From: | Bulone, Mike [HCSUS] |
| To: | Szwarc, Michael [GPSUS]; Wetzel, Susan [HCSUS]; Keele, Bruce [JANUS]; Gribbin, Tim [OMP]; Mashett, Frank [SCGUS]; Noetzel, Steve [SCGUS]; Parks, Bill [SCGUS]; Valcarcel, Luis [OMP]; West, Phil [SCGUS]; Kuntz, Ron [OMP]; Williams, Chris [JSGUS]; Levitt, Michael [NORUS]; Merritt, Elaine [GPSUS]; Wolski, Gregory [GPSUS]; Magallanes, Bud [GPSUS]; Khotinsky, Gabrielle [GPSUS]; Gribbin, Maryann [GPSUS]; Dempsey, Michele [GPSUS]; House, Ursula [JSGUS]; Wilkins, Susan [JANUS]; DegrootVelez, Catherine [JSGUS]; Ritchie, Michael [JSGUS]; Garcia, Zeuxis [GPSUS]; Griffith, Mike [GPSUS]; Pflederer, Christine [GPSUS]; Palmer, Regina [OMPUS]; Lazorik, William [OMP]; Williams-Dunn, Leslie [SLCUS]; Jewett, Tameyka M. [GPSUS]; De Souza, Alkidamia [GPSUS]; Lopez, Andres [GPSUS]; Huah, Sarah [GPSUS]; Carey, Louann [GPSUS]; Lin, David [OMPUS]; Lowman, Paul [OMPUS]; Yoder, Melissa [GPSUS]; Tabacco, Samantha [JSGUS]; Myers, Melissa [COBIUS]; Carpenter, Steve [JANUS]; Bilker, Kelly [OMPUS]; Gottshall, Aaron [GPSUS]; Peterson, Greg [GPSUS]; Mincarelli, Alfred [GPSUS]; Garboski, James [GPSUS]; Wick, Martha [GPSUS]; Lucarelli, Joe [HCSUS]; Turso, Mary [HCS]; Winchock, Susan [HCS]; Calogero Jr., Anthony [HCSUS]; Vandergriff, Justin [GPSUS]; McGurk, Daniel [SLCUS] |
| CC: | Brown, Nurit [GPSUS]; Padilla, Joan [GPSUS]; Sniscak, Debbie [GPSUS]; Gudugunti, Sreedhar [GPSUS Non-J&J]; Tacuri, Gabriela [GPSUS]; Dysart, Art [GPSUS]; Iwanski, Yvonne [OMPUS]; Riepl, Timothy [HCS] |
| Sent: | 3/17/2013 8:19:30 PM |
| Subject: | RE: CSOS Update |
| Attachments: | CSOS Overview B.PPTX |

To all those on the team thanks for the great progress and success in these initial key wins. This project is clearly delivering great value.

Thanks,

*Michael Bulone*
Regional Director, Health Care Customer Logistics
**Customer & Logistics Services**
**Johnson & Johnson Health Care Systems Inc.**
**1 Centennial Avenue**
**Piscataway, NJ ,08855 USA**
**T: +1-732-562-7221**
**M: +1-908-307-8768**
**F: +1-732-562-7052**
**mbulone1@its.jnj.com**

This e-mail transmission may contain information that is confidential and is intended only for the individual or entity named in the e-mail address. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to sender, so that Johnson & Johnson Health Care Systems Inc. can arrange for proper delivery, and then please delete the message from your system.

---

**From:** Szwarc, Michael [GPSUS]
**Sent:** Monday, March 11, 2013 10:18 PM
**To:** Keele, Bruce [JANUS]; Gribbin, Tim [OMP]; Mashett, Frank [SCGUS]; Noetzel, Steve [SCGUS]; Parks, Bill [SCGUS]; Valcarcel, Luis [OMP]; West, Phil [SCGUS]; Kuntz, Ron [OMP]; Williams, Chris [JSGUS]; Levitt, Michael [NORUS]; Merritt, Elaine [GPSUS]; Wolski, Gregory [GPSUS]; Magallanes, Bud [GPSUS]; Khotinsky, Gabrielle [GPSUS]; Gribbin, Maryann [GPSUS]; Dempsey, Michele [GPSUS]; House, Ursula [JSGUS]; Wilkins, Susan [JANUS]; DegrootVelez, Catherine [JSGUS]; Ritchie, Michael [JSGUS]; Garcia, Zeuxis [GPSUS]; Griffith, Mike [GPSUS]; Pflederer, Christine [GPSUS]; Palmer, Regina [OMPUS]; Lazorik, William [OMP]; Williams-Dunn, Leslie [SLCUS]; Jewett, Tameyka M. [GPSUS]; De Souza, Alkidamia [GPSUS]; Lopez, Andres [GPSUS]; Huah, Sarah [GPSUS]; Carey, Louann [GPSUS]; Lin, David [OMPUS]; Lowman, Paul [OMPUS]; Yoder, Melissa [GPSUS]; Tabacco, Samantha [JSGUS]; Myers, Melissa [COBIUS]; Carpenter, Steve [JANUS]; Bilker, Kelly [OMPUS]; Gottshall, Aaron [GPSUS]; Peterson, Greg [GPSUS]; Mincarelli, Alfred [GPSUS]; Garboski, James [GPSUS];

Wick, Martha [GPSUS]; Lucarelli, Joe [HCSUS]; Bulone, Mike [HCSUS]; Turso, Mary [HCS]; Winchock, Susan [HCS]; Calogero Jr., Anthony [HCSUS]; Vandergriff, Justin [GPSUS]; McGurk, Daniel [SLCUS]
**Cc:** Brown, Nurit [GPSUS]; Padilla, Joan [GPSUS]; Sniscak, Debbie [GPSUS]; Gudugunti, Sreedhar [GPSUS Non-J&J]; Tacuri, Gabriela [GPSUS]; Dysart, Art [GPSUS]; Iwanski, Yvonne [OMPUS]; Szwarc, Michael [GPSUS]; Riepl, Timothy [HCS]
**Subject:** CSOS Update

Hello all – FYI,

We have some exciting updates on the CSOS initiative to share (Controlled Substance Ordering System). The project team has been diligently working on the implementation for the past several months, and we are happy to report that we recently went LIVE! Some key updates:

- JOM Customer Service completed User Acceptance Testing successfully on Feb 14 and the results were approved by IT on Feb 21. Technical go live took place on Feb 22. Since then, we have been working with McKesson Drug to switch their ordering system from 222 forms to CSOS. We are expecting to receive our first CSOS order from them tomorrow.
- A new JOM Customer Service Work Instruction for CSOS was created and approved in Doc Space on March 1.
- The JOM Customer Service team is working with IT to begin on-boarding Cardinal next, scheduled for the end of March. ABC is slated to be on-boarded end of April / beginning of May.
- A schedule for the remaining CII customers & CSOS readiness status with planned on-boarding dates is being developed for a roll-out plan after we complete the Big 3. We will share more details in the near future and work with our Trade Relations group to reach out to the customers.

Congratulations to the project team and extended support team members on reaching these important milestones. Thank you for all the hard work. I know that countless hours have been spent getting us to this point and appreciate your efforts to enable us to move forward with this important strategic initiative, that will pay dividends from a customer service, compliance, and revenue enhancement perspective. Since we have some new CLS business partners, and as a refresher, I attached the overview slides from our project stakeholder review presentation last year, for your reference.

Any questions please let me know and I will work with the project team to answer (copied above). We will keep you posted as we continue to rollout CSOS.

Thanks,

**MICHAEL J. SZWARC**, MBA
Channel Operations Manager, Customer & Logistics Services
JOM Pharmaceutical Services, Inc.
PH: 908-927-7634
FX: 908-218-7148
MSzwarc@its.jnj.com

# JOM CSOS- Business Background



- JOM is the Pharma Customer Service & Distribution Center for North America with around 14 billion worth of sales shipped every year.

- Last year **JOM shipped $ 1.6 billion worth of class II narcotic shipments**. Class II are drugs with high potential for abuse with severe psychological or physical dependencies (codeine, opium, etc.). In order to comply with the DEA regulation for class II shipment, the JOM team **manually entered 22,000 lines on paper based DEA 222 forms.**

- The DEA Form 222 is a familiar document for any company involved in the manufacturing, ordering and order fulfilment of Class II controlled substances. The decades-old (1970) DEA manual ordering process was designed to verify that all parties involved in the transport and receipt of Class II controlled substances are who they claim to be, thus securing the supply chain.

- Unfortunately, using manual 222 form also meant an order cycle time of anywhere from 6 to 7 days for JOM, a major drawback for retailers and pharmacies not in the business of lengthy delays in fulfilling customer orders. **CSOS would reduce the customer order cycle time by 2 to 3 days**. This would **enable J&J to reduce the related inventory safety stock levels. More importantly, it would reduce our customer safety stocks & time to market.** It will also reduce all the manual activity spent doing order management, and the auditor time spent to check the manual process & the manual paper archiving.



| 0

# Controlled Substance CII Reporting

This project will focus on JOM DC. The solution can be leveraged in the future for narcotics manufacturing shipments in the USA.



# Why CSOS – Business Process Perspective

| Today's Paper Based | Tomorrow's CSOS |
|---|---|
| •Paper form filled manually and limited to 10 lines per order | •Orders created electronically without any more restriction on the number of item ordered<br>•Increased integrity, efficiency & security<br>•Simplified business process (manual order validation end entry is eliminated)<br>•Streamlined reporting of orders to DEA |
| •Paper blanks must be signed with a pen by an authorized individual | •Orders are signed electronically using an encrypted digital certificate |
| •Product substitutions are handled manually both in the receiver and the distribution centre | •Product substitutions are handled quickly<br>•Improved supply chain management (reduced order lead time, safety stock level & just-in-time inventory) |
| •Order confirmations arrive with the order the next day | •Order confirmations are provided real time allowing quick changes if needed or quick response to any supply issue |
| •Manual process leads to errors filling the form and related compliance issue/ remediation burden | •Up-to-date pricing and contract information eliminates duplicate product orders |



| 2

# CSOS Business Benefits

- **Cost avoidance / reduction:** Reducing paperwork and manual effort, which leads to reduced errors

- **Transaction cost reduction:** 222 forms to complete, track, file, and mail.  JOM processes approximately 3000 per year.

- **Increase Customer Service level & reduce lost sales by streamline the ordering process.**  CSOS will allow us to get limited product to the right places more efficiently and allows for more flexibility due to the Schedule II quota constraints and long manufacturing lead times.  Any disruption to our ability to ship product could be extremely costly from a top line and customer perspective.  **CSOS will allow us to increase delivery response time, which will expedite product availability into the marketplace for patients.**

- **Customer Satisfaction / Order Management efficiencies:**
    - Faster order confirmations, quantity adjustments, removing line limits, allowing remote access to process orders, eliminate mailing charges, delays, lost mail, etc
    - Will help smooth out demand and keep product in the right places (limiting patient impact)
    - Wholesalers are requesting CSOS capability from all large Narcotic suppliers

- **Compliance**
    - Increase DEA compliance & notification, less quality investigations, reduced audit burden, enhanced customer validation, 48 hour EDI AROCS reporting, heightened security, greater visibility into transactions

- **Future Business Strategy & Competitive Pressure:**
    - NUCYNTA / NUCYNTA ER - important strategic growth Brands for Janssen.
    - New products to market faster
    - Potential to apply to other supply chain flows (i.e. manufacturing, packaging, returns)
    - Put J&J in a better position when assessing potential direct business models such as Retail Strategies (i.e. direct to Walgreens)



| 3

# JOM Estimated Business Benefits

| Benefit Area | Current Baseline | Future Performance | Actual |
|---|---|---|---|
| Order Cycle Time (up to 2 day reduction) | 6.5 days | 4.5 days | TBD |
| Customer out of Stock Reduction (5% reduction in $) | $43MM | $41MM | TBD |
| Order Entry Productivity (error reduction and non- compliance fines) | $220M | $0 - $20M, depending on # of customers on CSOS | TBD |
| Order Entry Productivity (removing line limits) | 10 lines per form | Unlimited | TBD |
| Order Entry Productivity (remote ordering) | None - cannot place orders remote | Can place orders remote | TBD |
| Transaction cost reduction | $90M | $0 - $10M, depending on # of customers on CSOS | TBD |
| DEA Compliance notification | Quarterly | Every 48 hours | TBD |
| Expansion to other supply chain flows | Only JOM to Distributor | Manufacturing, AI, Packaging, returns | TBD |
| New Product launch speed to market for CSOS enabled customers | At least 4 day cycle time | 2 day cycle time | TBD |
| Voice of Customer | Customers ask for CSOS capability frequently | Meet Customer's request.  Will help with future business opportunities. | TBD |



| 4

# IT Perspective –Architecture- Process Flow

## Customer

### Customer
a. e222 create.
b. e222 Sign.
c. DEA downloaded registered key & public certificate.
d. Send EDI 850 pkcs7 envelope to CSOS Application via AS2 protocol.

## J&J Network

### Liaison CSOS Application
**(CSOS Module- nuBridges CSOS Suppliers for Windows: e222 Supplier Instance)**

a. Receive EDI 850 pkcs7 envelope.
b. Unpack envelope
c. Verify Customer DEA CSOS Cert against CRL.
d. Send Validated PO - webMethods.
e. Send CSOS Report to DEA.
f. Archive data for 2 years.

### webMethods


a. Receive EDI Order 850 Orders from CSOS Application.
b. Map CSOS EDI 850 PO to Orders IDOC and transmit the data to Atlas SAP.

### Atlas 

a. Create CSOS Order.
b. Send EDI 856 ASN to customer and Liaison via webMethods.

AS2 → | AS2 ↔ | ALE ↔

 b. c.

 c. e.

See Slides notes for a detail description of the data flows & encryption mechanisms



DEA - http://www.deaecom.gov/



# IT Perspective – System/ Data Flow



**DEA - http://www.deaecom.gov/**



# Strategic Sourcing - Vendor Selection

| Rating | 1)Preferred | 2) Second | 3)Third |
|---|---|---|---|
| Vendor | Liaison | Axway | Legisys |
| **Technical** | 85% | 85% | 77% |
| **Functional** | 100% | 93% | 100% |
| **Company** | 67% | 100% | 33% |
| **Cost Efficiency** | 100% | 33% | 67% |
| **Total Rating** | 91% | 82% | 82% |



| 7

# Timing and Approach – *updated March 2013*

1. **Timing**
   - Q4 2011 / Q1 2012:  Project team developed, Benchmarking completed, VOC collected, CSOS vendor selected, Business case and CAR approved
   - Q2 2012:  Implementation project kicked off, Vendor contract signed
   - Q3 2012:  Functional design phase completed
   - Q4 2012 / Q1 2013:  Technical phase and UAT Completed
   - Feb 2013:  Technical GO LIVE

2. **Project approach (project management and governance)**
   - Leverage the experience of McKesson  one of our main wholesalers & other Pharma already on CSOS.
   - Use PMP standard project management methodology as within the SDLC
   - Uses SDLC SAP implementation track
   - GS accountable for IT project governance, align activities with GS & business
   - Business & GS project lead & resources confirmed



| 8

Case: 1:17-md-02804-DAP  Doc #: 1960-69  Filed: 07/23/19  13 of 14.  PageID #: 139629

# Project Team / Stakeholder Structure



# Project Work Breakdown Structure

