EXHIBIT 176

# Janssen Overview

## Central Nervous System
## Internal Medicine
## Virology
## Immunology
## Oncology/Nephrology

Guy Bacco

# CNS Overview
## Central Nervous System

# Promoted CNS Products

# Non-Promoted CNS Products

- INVEGA® SUSTENNA®



- RISPERDAL® CONSTA®



- INVEGA®



- AXERT®



- CONCERTA®
- METHYLPHENIDATE

- HALDOL



- PANCREAZE™



- RAZADYNE®



- RISPERDAL®



- TOPAMAX®



# Promoted CNS Products (LAIs)

- INVEGA® SUSTENNA®
  - Launched in 2009
  - Injectable atypical antipsychotic – once a month*

- RISPERDAL® CONSTA®
  - Launched in 2003
  - Injectable atypical antipsychotic – two times a month

- INVEGA®
  - Launched in 2007
  - Oral atypical antipsychotic – once a day

Schizophrenia

# What is Schizophrenia?

- Affects more than 24 million people worldwide

- Research suggests that Schizophrenia may be caused by a chemical imbalance in the brain which can cause messages in the brain to get mixed up

- Scientists believe disease results from a combination of genetic and environmental factors

- Positive symptoms (extra feelings that are usually not present) include:
  - Distortion in thought content (delusions)
  - Hearing/seeing/tasting/feeling/smelling things that do not exist (hallucinations)
  - Disorganized speech and behavior

- Negative symptoms (lack of behavior) include:
  - Losing interest in everyday activities, such as bathing, grooming, getting dressed
  - Feeling out of touch with other people, family, or friends
  - Having little emotion or inappropriate feelings in certain situations

- Atypical antipsychotics are thought to help balance certain chemicals in the brain, and has been shown to help many people manage their symptoms of schizophrenia

# Where we all play in the space



# APS Market



# IM Overview
## Internal Medicine

# XARELTO

- A novel, oral, anticoagulant ("blood thinner")
  - First-in-class direct inhibitor of coagulation factor Xa
  - Co-developed with Bayer
- Current market includes: Coumadin® (warfarin), Lovenox® (enoxaparin), and others
- Competition will include: Pradaxa® (dabigatran), Eliquis™ (apixaban), and others
  - Indirect competition will include Plavix (clopidogrel), aspirin, and others



# XARELTO – Expected Launches



Ortho-McNeil Proprietary. **For internal use only**. Not to be shown or discussed with others

# Aciphex

## **Product Overview:**

Proton pump inhibitor (PPI) used for the treatment of persistent, frequent heartburn and other symptoms associated with acid reflux disease.

Aciphex is manufactured by Eisai and co-promoted with PriCara.



## **Market Dynamics**

Highly competitive, many generics and OTC options for treatment of acid reflux.  Key branded competitors are Nexium and Dexilant.



# Nucynta/Nucynta ER



## Product Overview:

Nucynta launched June 2009

Nucynta launch June 2011

NUCYNTA® is a single molecule with a different approach to pain relief. It is the first new molecule in analgesia in over 25 years for the relief of moderate to severe acute pain in patients.



## Market Dynamics:

98% generic market – main competitors include Percocet & Oxycodone

## Core Strategies

Challenge market by redefining standard of care for moderate to severe pain

Establish NUCYNTA  as 1st line analgesic treatment for new to
CII patients

Secure favorable market access and cultivate advocates across key stakeholder groups

Establish NUCYNTA ER as foundation of moderate-severe pain management



# Elmiron



## Product Overview:

Only FDA approved oral treatment for interstitial cystitis (IC)

In patients with IC, the protective mucosal layer of the bladder erodes, exposing the bladder walls to irritants in urine.  Elmiron may replenish the mucosal lining of the bladder, reducing pain and irritation.

## Market Dynamics

Elmiron is the only oral treatment for IC.  Other competing treatments include intravesical instillations for acute symptoms and non-pharmaceutical therapies.

The Bladder

---

# Ortho Tri-Cyclen Lo

## Product Overview:

Ortho Tri-Cyclen Lo is a low-dose, tri-phasic hormonal contraceptive.



## Market Dynamics

Yaz and Loestrin 24 are main competitors.  Market has high generic penetration and is very commoditized.  All products are highly effective at preventing pregnancy and promotion is based on non-contraceptive benefits and side effects.

# Product Overview - Virology

# HIV/AIDS Treatment

- Classes of Drugs
  - Nucleoside Reverse Transcriptase Inhibitors (NRTIs)
  - Non-Nucleoside Reverse Transcriptase Inhibitors (NNRTIs)
  - Protease Inhibitors (PIs)
  - Integrase Inhibitors
  - CCR5 Inhibitors
  - Fusion Inhibitors

HAART - Highly Active Anti-Retroviral Therapy
  - Combination of three or more ARV drugs
  - Usually 2 backbone drugs (NRTIs) and 1 PI or 1 NNRTI

# PREZISTA

## Product Overview

PREZISTA is a protease inhibitor (PI) used for the treatment of HIV.  PREZISTA was launched in June 2006 in a 300mg tablet.  PREZISTA is approved for pediatric patients as well (75mg and 150mg tablets). PREZISTA is manufactured in Gurabo.

600mg tablet launched May, 2008
- Indication:  Treatment experienced patients
- Dosing:   1 pill, twice daily (600mg BID)

400mg tablet launched October, 2008
- Indication :  Treatment naïve patients
- Dosing:   2 pills, once daily (800mg QD)



## Market Dynamics

Highly competitive between 3 products (Reyataz, Kaletra, & PREZISTA).  PREZISTA has 23% of the current TRx market (as of the end of 2010) and is continuing to grow.  New patients are only available when they are switching regimen.  Various classes of HIV drugs can be prescribed together.

## Core Strategies

Incorporate ODIN data into label and marketing materials.  Gain approval of 800mg dosage.  Eliminate PI sequencing mindset.  Competitively sell PREZISTA within the PI class.

# INTELENCE

## **Product Overview**

Non-Nucleoside Reverse Transcriptase Inhibitor (NNRTI) used for the treatment of HIV  launched in January 2008.  Traditional approval in November 2009. Intelence is manufactured in Latina. INTELENCE is the only NNRTI that preserves the NNRTI class.

100mg tablet launched January, 2008
•Indication:  Treatment experienced patients
•Dosing:   2 pills, twice daily (200mg BID)
•Can be dispersed in water and taken as a liquid



200mg tablet launching February, 2011
•Indication:  Treatment experienced patients
•Dosing:   1 pills, twice daily (200mg BID)
•Can be dispersed in water and taken as a liquid

## **Market Dynamics**

Market leader (Atripla) offers 1 pill once a day and has 60% market share.  Intelence competes in a limited space due to its label.  It has 9% market share at the end of 2010 and is continuing to grow.  New patients are only available when they are switching regimens.  Various classes of HIV drugs can be prescribed together.

## **Core Strategies**

Simplify and balance our communications.  Define the INTELENCE Effect.  Describe appropriate patients

# 2012 Business Plan Opportunity

"Dynamic" Patients:  Those Initiating or Changing Therapy

| Naive / Initiating Patients | Simplification Switches | Tolerability Switches | 1st Virologic Failure on an NNRTI | 1st Virologic Failure on a PI | 1st Virologic Failure on Isentress | 2 or more Virologic Failures |
|---|---|---|---|---|---|---|
| 30% of Patients | 11% of Patients | 29% of Patients | 13% of Patients | 8% of Patients | 3% of Patients | 6% of Patients |



PREZISTA

| ARTEMIS | SPILLOVER | ODIN | TITAN/ POWER |
|---|---|---|---|

INTELENCE

SPILLOVER

INTELENCE

DUET



TMC278

| ECHO / THRIVE | SPILLOVER |
|---|---|

NOTE:  Promotion will only occur against on-label uses.  Any sales arising from segments representing off-label uses will be a result of only spontaneous sales.

18

# Immunology Product Overview

# Auto Immune Diseases

❖ A condition that occurs when the immune system mistakenly attacks and destroys healthy body tissue

❖ The immune system can't tell the difference between healthy body tissue and antigens* and destroys normal body tissues

❖ Approximately 80 autoimmune disorders currently affecting Individuals

❖ Often chronic, debilitating, and life-threatening

*Antigen:Any substance (foreign or a self molecule) capable of triggering an immune response

# Images of Immunology Diseases

| Rheumatoid Arthritis | Psoriatic Arthritis | Ankylosing Spondylitis |
|---|---|---|
|  |  |  |
| Plaque Psoriasis | Crohn's Disease | Ulcerative Colitis |
|  | |  |

# The Crowded Rheumatology Biologics Market



- Substances derived from living cells (human, animal, or microorganism)

- Designed to act on different parts of the inflammatory system in order to evoke specific, targeted effects

- Goal of biologics is to slow or block specific components of the immune system and halt tissue destruction

# What is Remicade?

- Launched in 1998

- Biologic agent that target specific proteins in the body to help control inflammation and pain in autoimmune disorders

    - Targets a protein receptor called Tumor Necrosis Factor alpha (TNFα) and prevents it from signaling its receptors on the surface of cells which causes inflammatory responses

- FDA approved for 7 indications broken into 3 franchises

| Franchise | Indication | FDA Approval |
|---|---|---|
| Rheumatology | Rheumatoid Arthritis (RA) | Nov-99 |
| | Ankylosing Spondylitis (AS) | Dec-04 |
| | Psoriatic Arthritis (PsA) | May-05 |
| Gastroenterology | Ulcerative Colitis (UC) | Sep-05 |
| | Crohn's Disease (CD) | Aug-98 |
| | Pediatric Crohn's Disease (Peds CD) | May-06 |
| Dermatology | Psoriasis (PsO) | Sep-06 |



# SIMPONI (golimumab) Product Introduction

- Three Simultaneous Rheumatic Indications
  - Rheumatoid Arthritis, Psoriatic Arthritis, Ankylosing Spondylitis
- Efficacy with advances in:
  - Convenience
  - Safety/tolerability

# Stelara (Ustekinumab) Product Introduction

- Indicated in Plaque Psoriasis
  - Chronic inflammatory skin condition
  - Skin cells grow to quickly, resulting in thick, white, silvery or red patches of skin
  - As many as 7.5MM Americans diagnosed

- Administered by HCP through PFS
- Weight based dosing:
  - 45 mg for patients ≤ 220 lbs
  - 90 mg for patients ≤ 220 lbs



# Oncology \ Nephrology Overview

# What is Procrit?



Produces Erythropoietin (EPO)

Stimulates red blood cell production



If body can't produce enough



 =

Anemia



 =

Synthetic EPO

**Helps to stimulate red blood cell producton**

COBI Confidential

# What is Procrit?

- Procrit treats Anemia for:
  - Chronic Renal Failure (non-dialysis) 
  - Cancer patients on Chemotherapy
  - Zidovudine-treated HIV-infected Patients



Drugs suppress bone marrow

Bone marrow produces

- In place of Blood transfusions in surgery patients



COBI Confidential

# What is Zytiga?



- Oral pill used to treat Prostate cancer
- Acquired as part of Cougar Biotech



# What is Zytiga?



# Backup

# Rheumatoid Arthritis (RA)

# Psoriatic arthritis (PsA)

➢ A disabling, systemic autoimmune disorder

➢ Can lead to substantial loss of mobility due to pain and joint destruction

➢ Affects approximately 2.1 million Americans, mostly women (ages 30-50)





➢ A heterogeneous disease of the joints and skin, at times resembling RA, which can present separately or together

➢ Estimated prevalence of approximately 2 million Americans



Swelling of Joints Due to RA

Psoriasis of Skin

# Ankylosing Spondylitis (AS)

# Plaque Psoriasis (PsO)

- ➢ A chronic inflammatory disease of the spine and sacroiliac joints leading to pain and stiffness from the neck down to the lower back

- ➢ AS most often affects men in their 20s and 30s

- ➢ Between 350,000 and 1 million Americans live with AS

- ➢ Chronic inflammatory skin condition

- ➢ Causes skin cells to grow too quickly, resulting in thick, white, silvery, or red patches of skin

- ➢ As many as 7.5 million Americans have been diagnosed





Ankylosing Spondylitis

Spine

Normal vertebrae

Fused vertebrae

Copyright © 2002 WebMD, Inc. All rights reserved.



# Chrohn's Disease (CD)

- ➤ Chronic and serious inflammatory disease of the gastrointestinal (GI) tract

- ➤ symptoms, including diarrhea, abdominal cramps and pain, fever, rectal bleeding, loss of appetite, and weight loss

- ➤ Affects more than 500,000 Americans



# Ulcerative Colitis (UC)

- ➤ Chronic disease of the colon, or large intestine characterized by ulcers, or open sores, in the colon

- ➤ Typically develops in people between the ages of 15 and 30

- ➤ Affects as many as 500,000 Americans



33