# EXHIBIT 179

| From: | Dempsey, Michele [GPSUS] |
|---|---|
| To: | Terrance Woodworth |
| Sent: | 12/4/2017 3:22:39 PM |
| Subject: | RE: [EXTERNAL] Re: Information |
| Attachments: | SOM questionnaire for JOM distributors 2016.doc |

**From:** Terrance Woodworth [mailto:twoodworth@thedcag.com]
**Sent:** Friday, December 1, 2017 11:14 AM
**To:** Dempsey, Michele [GPSUS]
**Subject:** [EXTERNAL] Re: Information

Hi Michele,

Thank you very much for this information!!

When you have a chance, may I have a copy of the SOM questionnaire?

Thank you very much!!

Terry

On December 1, 2017 at 10:51 AM "Dempsey, Michele [GPSUS]" <MDempse3@its.jnj.com> wrote:

Terry –

Here is the list of customers KDC ships to:

| Customer | Date of Most Recent Questionnaire | Active Customer (Received orders in last year) |
|---|---|---|
| ABC-Bellco | Bellco April 10, 2015 ABC June 30, 2014 | Bellco NO ABC YES |
| Anda | 7-Apr-15 | YES |
| Burlington Drug | 23-Jun-16 | YES |
| Capital Wholesale | 21-Aug-14 | YES |
| Cardinal | 17-Aug-12 | YES |
| Dakota Drug | June 28,2016 | YES |
| DFAS JAQBAB | Government | YES |
| Dik Drug | 23-Oct-12 | NO |
| DMS | 4-Oct-12 | NO |
| Drogueria Betances | 5-Sep-13 | YES |
| Frank W. Kerr | 17-Aug-12 | NO |
| GIV | NA | NO |
| Harvard Drug | 18-Jun-12 | NO |
| HD Smith | 15-Oct-14 | YES |

| Henry Shein | 30-Mar-15 | YES |
|---|---|---|
| ICS | NA | YES |
| McKesson | 17-Aug-12 | YES |
| Miami Luken | 15-Oct-14 | YES |

We ship Concerta, Concerta AG, Tylenol with codeine, Ultram/Ultracet, tramadol authorized generic, Duragesic out of Kentucky. We divested the Nucynta products 1Q2015 and I delisted one of the tramadol products (Ultracet ER?).

Product SKUs – Belinda, do you have a complete table of the active schedules SKUs?

Thanks!

Regards,

*Michele Dempsey*



Director, Controlled Substance Compliance

302 345-4621 (Cell)

mdempse3@its.jnj.com

Confidentiality Notice: This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your inbox. Thank you.