EXHIBIT 181

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

## 1.0 Purposes

1.1 To provide Customer Service with a procedure to follow when Processing daily Schedule II Orders.

## 2.0 Scope

2.1 The Scope of this WI is to provide Customer Service with process that will allow the Customer Service Rep to process Schedule II orders.

## 3.0 References/Related Documents

3.1 PSGA-DOC-42767 JOM Customer Service Searching for Customer Account Information.

3.2 PSGA-DOC-43461-JOM Customer Service definition document.

## 4.0 Definitions

4.1 Refer to PSGA-DOC-43461- JOM Customer Service Definition Document.

## 5.0 Responsibilities

5.1 It is the responsibility of the Customer Service Representative to follow this work instruction.

5.2 It is the responsibility of the Customer Service Team Leaders to assure that this work instruction is followed.

## 6.0 Safety and Environmental Practices

6.1 N/A

## 7.0 Equipment/Materials

7.1 Schedule II form.

7.2 Personal Computer.

7.3 SAP R/3 Login Access.

## 8.0 Procedure

Confidential                                                    JAN-MS-03741177

| Work Instruction | |
|---|---|
| **Status: Superceded** | **Effective Date: N/A** |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

8.1  Schedule II team member will receive schedule II forms from Admin Assistant daily.

8.2  Schedule II forms will then be counted and the attached hard copy will be stamped with date received by schedule II team.

8.3  Date, carrier, tracking number, schedule II form number, customer name and name of Schedule II Team member that is receiving forms will then be logged on daily log located in the Schedule II locked cabinet.

| SCHEDULE II - CHECK-IN LOG | | | | | |
|---|---|---|---|---|---|
| DATE | CARRIER | TRACKING NUMBER | FORM NUMBER | CUSTOMER NAME | RECEIVED BY |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

8.4  Schedule II forms will then be evenly distributed to Schedule II team members to process.

8.5  If a team member receives a form that does not have an attached hard copy P.O. then the team member that will be processing that order must make a copy of that form and use the copy as there hard copy P.O.

8.6  Schedule II team member will then check supplier information. Name of Supplier, street address, city and state, date, No. of Packages, size of package, name of item, date issued last line completed, and signature of purchaser or attorney or Agent. Ensure that Supplier's copy 1 is aligned with DEA copy 2.

8.7  If there are any discrepancies with Name of Supplier, street address, city and state, date, No. of Packages, size of package, name of item, date issued last line completed, and signature of purchaser or attorney or Agent. The customer must be contacted and the form must be returned to customer with a letter with explaining the reason for return.

Confidential

JAN-MS-03741178

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

**J·O·M** PHARMACEUTICAL SERVICES

1 Cottontail Lane
Somerset, New Jersey
08873–1102

Tel: 800-631-5273
Fax: 908-302-0425

  

**Debbie Mullen**
**H D Smith Wholesale Drug Co.**
**950 Lively Blvd.**
**Wood Dale, IL 60191**

**The Drug Enforcement Administration has established specific criteria for the acceptance of Schedule II Order Forms (DEA Form 222). In some cases, we are required to return the form and request a corrected form. Once the corrected form is received, Janssen-Ortho-McNeil Pharmaceutical can process and ship the order.**

The enclosed blanks are being returned for correction to supplier information. Please resubmit naming JOM as the supplier.

- **The date must not be overwritten. Please send a new form with the correct date.**

**Due to the specific criteria for acceptance, you must correct the text mentioned above provided on the DEA form supplier's copy 1 and DEA copy 2 and resubmit the form for processing.**

**Please send correct 222 form to**

**JOM Pharmaceutical Services**
**1 Cottontail Lane**
**Somerset, N.J. 08873**

**We apologize for any inconvenience and if you need further information, please feel free to contact our Customer Service Department at 800/523/6225 or 800/523/5961.**

**Thank You,**
**JOM Pharmaceutical Services**
Customer Service Specialist

Confidential

JAN-MS-03741179

| Work Instruction | |
| --- | --- |
| **Status: Superceded** | **Effective Date: N/A** |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

8.8 Any form that is returned to customer must be logged in the CII Return Log book. Located in the schedule II locked cabinet.

8.9 If there has to be any changes made to the form you must draw a line through the item, initial and date and write cancelled in the space provided for the number of items shipped. Then you must notify the customer in writing of the cancelled line item.



Confidential

JAN-MS-03741180

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

8.10 Schedule II team member will then fill just the NDC codes on each Schedule II form and stamp the JOM DEA number on the supplier copy 1 and DEA copy 2 of form in the suppliers DEA registration No. field.

> (i) Number of packages ordered must coincide with manufactures selling units.



Stamped JOM DEA number

8.11 Schedule II team member will then hand off schedule II forms to another schedule II team member to check NDC codes and quantities requested by customer.



Schedule II Team Members initials

Confidential                                                                        JAN-MS-03741181

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

8.12 Once other team member has checked schedule II forms for accuracy, team member will initial form on the tear away portion and return forms to original team member to process in SAP R/3.

8.13 Double-click on the SAP Logon icon on your desktop.



8.14 Double-click on PP1 [PSGA R/3 Production].



8.15 Once you have double-clicked on PP1 [PSGA R/3 Production] you will then come to the SAP R/3 login screen.

Confidential

JAN-MS-03741182

| Work Instruction | |
| --- | --- |
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |



8.16 In the User field you will enter your WWID and in the Password field you will enter your password and press enter.

8.17 Double-Click on VA01 Create Sales Order.



8.17.1  Once you have double clicked on (VA01 Create Sales Order). The (Create Sales Order: Initial Screen) will appear.

Confidential

JAN-MS-03741183

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

8.17.2　In the order type field enter the order type or double click on the circle at the end of the field to display a list of options.



8.18　A drop down menu of transaction types will appear and you can choose your order type from there.



8.19　Double click the order type of the order you are processing and the order type that you have chosen will appear in the Order Type Field.



8.20　Once you have your order type in the order type field hit the enter key you will come to the Create Standard Order: Overview Screen.

8.20.1　Click the circle at the end of the Sold to party field to display Custom search Using Addr. Attrib.(address attribute) screen.

Confidential　JAN-MS-03741184



| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |



8.21 The search using addr. attrib. will allow you to search for the customers account by Search Term ½, Where you can enter the DEA number of the form you want to process.



8.22 Once you have entered the forms DEA number in the Search Terms field click on the green check mark.



8.23 The account that the search was done for will then appear on the screen.

Confidential

JAN-MS-03741185

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |



8.24 Double-click directly on the on the customer line.

8.25 The account number will then appear in the Sold To Party Field:



8.26 Press enter and the accounts address will populate.



8.27 At the top of the screen click on Go To, then Header then click on Partner

Confidential

JAN-MS-03741186

| Work Instruction | |
|---|---|
| **Status: Superceded** | **Effective Date: N/A** |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |



8.28 This will allow you to confirm that ship to: address on the form will match the ship to: address in SAP R/3.

8.29 Double-click in the ship to: Name field.



8.30 This will populate the address from master data screen, that will allow you to confirm that the address on the Schedule II form matches the address in SAP R/3.

Confidential

## Work Instruction

| Status: Superceded | Effective Date: N/A |
|---|---|
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |



8.31 Once the address is confirmed correct, click on the "X" in the upper right, then click the back arrow button to return to the Create Standard Order: Overview Screen to begin processing order.



8.32 Click on the Purchase order number field.



8.33 You will then enter your purchase order and purchase order type.

Confidential    JAN-MS-03741188

| Work Instruction | |
|---|---|
| **Status: Superceded** | **Effective Date: N/A** |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |



8.34 Once you have entered the Purchase Order number and the purchase order type click the back arrow button.



8.35 You will then come to the Create Standard Order: Overview screen where you can enter the NDC codes and requested order quantities.



Confidential

JAN-MS-03741189

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

8.36 Once the NDC codes and order quantities have been entered. Press enter to confirm that pricing matches the hard copy purchase order, Before posting/saving the order double check that the purchase order number is correct and the dollar values match the hard copy purchase order.

42199747

**AMERISOURCEBERGEN PURCHASE ORDER**

| BBDC ACCOUNT NUMBER | PURCHASE ORDER NUMBER | DATE | DEA NUMBER | PAGE |
|---|---|---|---|---|
| | 040865497 | 07/28/05 | RA0291170 | 1 |

RENDER AVAILABLE PROMOTIONAL ALLOWANCES, FREE GOODS, SPECIAL DISCOUNTS AND DATING.

Above Purchase Order number must appear on invoice, bill of lading and all cases

79563   TO: J-O-M PHARM SERVICES/NARC
XU SC
ONE COTTONTAIL LANE
SOMERSET          NJ 08875-1102
TEL: (800)631-5273
FAX: (908)302-0425

**AmerisourceBergen**

PLEASE MAIL
INVOICE IN DUPLICATE TO:

PO Box 247, Thorofare, NJ 08086

| QUANTITY ORDERED | VENDOR PROD.CODE | PRODUCT DESCRIPTION | STRENGTH | FORM | UD | UNIT SIZE | NDC/UPC NUMBER | ABC CODE |
|---|---|---|---|---|---|---|---|---|
| | HARCOTIC ORD | ER BLANK NUMB | ER 9999999 | 99 | | | | |
| 72 EA | 585002 | CONCERTA | 18MG ER | TAB | | 100 | 17514 5850 2 | 932566 |
| 12 EA | 585302 | CONCERTA | 27MG ER | TAB | | 100 | 17514 5853 2 | 461850 |
| 72 EA | 585102 | CONCERTA | 36MG ER | TAB | | 100 | 17514 5851 2 | 932756 |
| 72 EA | 585202 | CONCERTA | 54MG ER | TAB | | 100 | 17514 5852 2 | 337196 |
| 10 EA | 052679 | TYLOX | 500MG | CAP | D | 10X10 | 0045 0526 79 | 658476 |
| 216 PK | 003505 | DURAGESIC | 25MCG/HR | PAT | | 5 | 50458 033 05 | 654657 |
| 120 PK | 003405 | DURAGESIC | 50MCG/HR | PAT | | 5 | 50458 034 05 | 654665 |
| 48 PK | 003505 | DURAGESIC | 75MCG/HR | PAT | | 5 | 50458 035 05 | 654673 |
| 72 PK | 003605 | DURAGESIC | 100MCG/HR | PAT | | 5 | 50458 036 05 | 654681 |

RECEIVED
AUG 0 1 2005
CUSTOMER SERVICE DEPT.

| NOTE: BACK ORDER ALL SHORTS | | 694 | | 116,751.24 |
|---|---|---|---|---|

- Please ship the above merchandise subject to the terms and specifications stated hereon. Shipments invoiced after the 25th of the month will be considered the 1st of the month for discount purposes. Invoices for this shipment will be approved for payment after receipt of merchandise.
- During the performance of this contract (or purchase order), the contractor/vendor agrees to comply with all federal, state and local laws respecting discrimination in employment and non-segregation of facilities including but not limited to, requirements set out at 41 CFR 60-1.4, 60-250.5 and 60-741.4, which equal opportunity clauses are hereby incorporated by reference.

SHIP   ABC ATLANTA DIVISION
TO     1085 N. SATELLITE BLVD.
       SUWANEE          GA 30024

CLAY SAUNDERS
BUYER

Confidential                                                                JAN-MS-03741190

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

8.37 Click on the save button to save order in SAP.



8.38 Your order will then be assigned a confirmation number.  Record the confirmation number on the tear-away portion of the Schedule II form and on hard copy of purchase order.



Confirmation number

8.39 Once team member has completed all schedule II orders form numbers that were completed that day they must be recorded in the schedule to form log on the L drive.



Schedule2Forms.exe

Confidential

| Work Instruction | |
| --- | --- |
| **Status: Superceded** | **Effective Date: N/A** |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

8.40 Go to your desktop and click on the My Computer icon.



8.41 Double-Click on the psgusdfsroot on'na.jnj.com'(L:)



8.42 Then double-click on the JOM folder .

8.43 Then double-click on the Customer Service  folder .

8.44 Then double-click on the Teams folder .

8.45 Then double-click on the Schedule II team folder  .

Confidential

JAN-MS-03741192

| Work Instruction | |
|---|---|
| **Status: Superceded** | **Effective Date: N/A** |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |



Schedule2Forms.exe

8.46 Then double-click on schedule 2 forms . This will open the Schedule II Team Log-in program.



Confidential

JAN-MS-03741193

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

8.47 Choose your name from the Customer Service Specialist dropdown menu.



8.48 Once you have chosen your name then enter the form number and click on submit.



Confidential

JAN-MS-03741194

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

8.49 Each team member will then separate forms from hard copy purchase orders, stamp "file" on the hard copy and bring to our imaging dept. to be scanned. Schedule II forms will then be bought to locked Schedule II cabinet awaiting editing.



8.50 Once all orders have been entered into SAP R/3. Schedule II team member collects all Schedule II forms from locked schedule II cabinet.

8.51 Log-in Sap R/3 and double-click on the "ZSCHED2ORD"



8.52 On the schedule II Orders report screen, the date will automatically default to the current date.

8.53 Click on the execute button. 

Confidential                    JAN-MS-03741195



| Work Instruction | |
|---|---|
| **Status: Superceded** | **Effective Date: N/A** |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |



8.54 It may take a while for the report to appear on you screen. Once the report has been generated click on the print icon.



Print icon

8.55 Delete the default setting for the output device and then click on the drop down menu button.



8.56 From the drop down menu choose the printer associated with you with your PC and print report.

Confidential                                                    JAN-MS-03741196

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

8.57 Take the schedule II forms and the schedule II order report and compare the forms against the report. Verify and cross off on the report exactly what you have compared and verified to be correct.

8.58 Verify the ship to: address, date of form, quantities ordered, DEA form number, customers DEA registrant number, NDC codes and product description.



8.59 If an error was identified on the Schedule II order form and can be corrected, the Schedule II order form will be returned to the original CSR to modify the order in compliance to DEA regulations.

Confidential JAN-MS-03741197

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

8.60 Once all Schedule II forms have been compared to order report. Schedule II team member will initial, date and count forms and record that information on the first page of report.

8.61



Initial, date and form count

8.62 Then, notify team leader that all Schedule II orders have been processed as well as the number of how many were processed for that day.

8.63 Schedule II team member will then store report and forms in locked schedule II cabinet.

## 9.0 Appendices/Attachments

9.1 N/A

Confidential

JAN-MS-03741198

| Work Instruction | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

## History of Change

| Version Number | Change Control Number | Section | Reason for Revision (Description of Change) |
|---|---|---|---|
| 1.0 | CR-8887 | ALL | Create work Instruction |
| 1.0 | CR-8887 | 8.9 | Added Section 8.9 |
| | | | |
| | | | |
| | | | |
| | | | |

Confidential

JAN-MS-03741199

| Work Instruction | |
|---|---|
| **Status: Superceded** | **Effective Date: N/A** |
| Title: JOM Customer Service Order Processing of Controlled Substance | |
| Doc. No. PSGA-DOC-44317 | Version: 1.0 |

# APPROVAL PAGE

| Approver Name | Approval Capacity | Approval Date |
|---|---|---|
| Dysart, Arthur A. | Approved in the role of PSGA_Quality Assurance_BDC/FDC/FDCII | 09/19/2005 21:47:31 |
| Gribbin, Maryann | Approved in the role of PSGA_Quality Assurance_BDC/FDC/FDCII | 09/19/2005 22:31:19 |
| Sanchez, Victoria | Approved in the role of PSGA_Customer Service_BDC/FDC/FDCII | 09/20/2005 01:35:15 |
| Figliano, Raffaela M. | Approved in the role of PSGA_Customer Service_BDC/FDC/FDCII | 09/20/2005 11:23:58 |
| Oyola, Yolanda | Approved in the role of PSGA_Quality Assurance_Quality Systems | 09/20/2005 13:54:54 |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

Confidential
JAN-MS-03741200