# EXHIBIT 182

| **Standard Operating Procedure** | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Schedule II-V Order Processing and Investigating Suspicious or Excessive Narcotic Orders. | |
| Doc. No. PSGA-DOC-46312 | Version: 1.0 |

**1.0 Purpose**

    1.1 To provide instructions for processing Schedule II -V orders and Investigating Suspicious or Excessive orders.

**2.0 Scope**

    2.1 This SOP defines the guidelines for processing Schedule II-V orders and Investigating Suspicious or Excessive orders.

**3.0 References/Related Documents**

    3.1 PSGA-DOC-44317, JOM Customer Service Processing Orders for Controlled Substances.

    3.2 PSGA-DOC-44938, JOM Customer Service Logon, Logoff Procedure for SAP R/3.

    3.3 PSGA-DOC-44930, JOM Customer Service Investigating Loss, Theft and Shortages.

    3.4 PSGA-DOC-45016, JOM Customer Service Suspicious or Excessive Narcotic Order.

    3.5 PSGA-DOC-44310, JOM Customer Service Applying DPDP *Direct Purchasing & Distribution Policy* to Schedule II Orders).

**4.0 Definitions**

    4.1 (ZSCHED Report) is a transaction in SAP R/3 that will allow you to run a report for all the Controlled Substance orders enter in SAP on any given day.

    4.2 DPDP is for JOM's Direct Purchasing & Distribution Policy. DPDP is the daily process that all orders must go through prior to being released from manager's hold. (Refer to PSGA-DOC-44310 JOM Customer Service Applying DPDP *Direct Purchasing & Distribution Policy* to Schedule II Orders)

    4.3 PSGA-DOC-43461 JOM Customer Service Definition Document.

**5.0 Responsibilities**

Confidential
JAN-MS-03741201

| **Standard Operating Procedure** | |
|---|---|
| **Status: Superceded** | **Effective Date: N/A** |
| Title: JOM Customer Service Schedule II-V Order Processing and Investigating Suspicious or Excessive Narcotic Orders. | |
| Doc. No. PSGA-DOC-46312 | Version: 1.0 |

5.1 It is the responsibility of the JOM Customer Service Schedule II Team member who enters Schedule II narcotic orders in SAP R/3 to follow this to follow this procedure and related Work Instructions.

5.2 It is the responsibility of the JOM Customer Service Team Leader to ensure this SOP is followed.

## 6.0 Procedure

6.1 The Schedule II Team Member will process daily mailed in orders.

6.2 Orders that are not Schedule II's will be entered into SAP R/3 as a Standard orders (Refer toPSGA-DOC-42769 JOM Customer Service Standard Orders (ZTA).

6.3 Orders that are Schedule III thru V are Controlled Substances and will go through the Excessive or Suspicious process. (Refer to PSGA-DOC-45016 JOM Customer Service Suspicious and Excessive Narcotic).

6.4 Once Schedule II orders are entered into SAP R/3 another Schedule II Team Member will run the (*zsched report*) to check all Schedule II Orders that were entered into SAP that day against actual Schedule II form (Refer to PSGA-DOC-44317, JOM Customer Service Processing Orders for Controlled Substances).

6.5 If there are any discrepancies on the Schedule II forms verses the (*zsched report*) from SAP R/3, the Schedule II Team Member will notify the team member that entered the order so that it can be corrected. The Team Leader will also be notified of any forms that need to be corrected.

6.6 All Schedule II orders are put on Business Manager's hold.

6.7 Orders are then put through the DPDP process.

6.8 After the DPDP process each order will go through the Suspicious or Excessive ordering process. (Refer to PSGA-DOC-45016 JOM Customer Service Suspicious and Excessive Narcotic).

6.9 Customers must be contacted on orders that have been tagged being Suspicious or Excessive (Refer to PSGA-DOC-45016 JOM Customer Service Suspicious and Excessive Narcotic).

Confidential     JAN-MS-03741202

| Standard Operating Procedure | |
|---|---|
| **Status:** Superceded | **Effective Date:** N/A |
| Title: JOM Customer Service Schedule II-V Order Processing and Investigating Suspicious or Excessive Narcotic Orders. | |
| Doc. No. PSGA-DOC-46312 | Version: 1.0 |

    6.10 Orders that are deemed suspicious or excessive will be forwarded to QA/Quality Assurance for evaluation and determination of DEA reporting requirements.

    6.11 Once the order process is complete. Orders will then be released off the business manager's hold. A delivery note will create and the order will ship as normal.

**7.0 Appendices/Attachments**

    7.1 N/A

Confidential     JAN-MS-03741203

| Standard Operating Procedure | |
|---|---|
| **Status:** Superceded | **Effective Date:** N/A |
| Title: JOM Customer Service Schedule II-V Order Processing and Investigating Suspicious or Excessive Narcotic Orders. | |
| Doc. No. PSGA-DOC-46312 | Version: 1.0 |

## History of Change

| Version Number | Change Control Number | Section | Reason for Revision (Description of Change) |
|---|---|---|---|
| 1.0 | CR-9326 | ALL | Create a new SOP |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

Page 4 of 5

Confidential                                                                                                                    JAN-MS-03741204

| Standard Operating Procedure | |
|---|---|
| Status: Superceded | Effective Date: N/A |
| Title: JOM Customer Service Schedule II-V Order Processing and Investigating Suspicious or Excessive Narcotic Orders. | |
| Doc. No. PSGA-DOC-46312 | Version: 1.0 |

# APPROVAL PAGE

| Approver Name | Approval Capacity | Approval Date |
|---|---|---|
| Dysart, Arthur A. | Approved in the role of PSGA_Quality Assurance_BDC/FDC/FDCII | 11/17/2005 21:52:18 |
| Walsh, Aurora E. | Approved in the role of PSGA_Quality Assurance_Quality Systems | 11/17/2005 22:33:48 |
| Gribbin, Maryann | Approved in the role of PSGA_Quality Assurance_BDC/FDC/FDCII | 11/18/2005 01:37:28 |
| Sanchez, Victoria | Approved in the role of PSGA_Customer Service_BDC/FDC/FDCII | 11/19/2005 03:15:21 |
| TURSO, STEPHEN | Approved in the role of PSGA_Customer Service_BDC/FDC/FDCII | 11/23/2005 16:32:57 |

Confidential                                                      JAN-MS-03741205