# EXHIBIT 192

**From:** Dempsey, Michele [GPSUS]
**To:** Martin, Robert P. [JJCUS]
**Sent:** 9/24/2012 2:01:29 PM
**Subject:** RE: DEA Serves a Suspension Order on Walgreens Distribution Center in Jupiter, Florida - JOM Review of Data

I just wanted to keep you in the loop. Mike and I were fine with this report — we should be doing this not just when DEA shuts down Walgreens...
Mike and I fear that JOM is going to reduce headcount and there will not be anyone left to do this kind of analysis. These are the key products we should be constantly monitoring but the current process of collecting data is time consuming — took Greg all week.

We can talk more when you visit.

---

**From:** Martin, Robert P. [JJCUS]
**Sent:** Monday, September 24, 2012 9:48 AM
**To:** Dempsey, Michele [GPSUS]
**Subject:** RE: DEA Serves a Suspension Order on Walgreens Distribution Center in Jupiter, Florida - JOM Review of Data

Other than the comments in Greg Wolski's e mail below, I have nothing to base any objection on. He indicates that based on data he doesn't see anything out of the ordinary. Assuming this is accurate and there's nothing else that I'm not aware of (but you are), I have no objections from the security side.

Anything else I need to know Mrs. Dempsey?

---

**From:** Dempsey, Michele [GPSUS]
**Sent:** Monday, September 24, 2012 9:38 AM
**To:** Martin, Robert P. [JJCUS]
**Subject:** FW: DEA Serves a Suspension Order on Walgreens Distribution Center in Jupiter, Florida - JOM Review of Data

Look ok to you?

---

**From:** Wolski, Gregory [GPSUS]
**Sent:** Monday, September 24, 2012 9:35 AM
**To:** Lyons, Rebecca [PSGUS]; Dempsey, Michele [GPSUS]
**Cc:** Szwarc, Michael [GPSUS]; Noetzel, Steve [SCGUS]; Gribbin, Tim [OMP]; Parks, Bill [SCGUS]; Dysart, Art [GPSUS]; Levitt, Michael [NORUS]; Magallanes, Bud [GPSUS]
**Subject:** RE: DEA Serves a Suspension Order on Walgreens Distribution Center in Jupiter, Florida - JOM Review of Data

Hi Michele and Rebecca,

We reviewed controlled substances sales of JOM products from Cardinal to the location we believe to be Walgreen's Jupiter DC. We cannot 100% confirm this is the data for the location since it is blinded, but we believe that it is.

We trended the sales for 2011 and 2012 YTD and found:

- Over this time period the Jupiter DC stocked 5 strengths of Duragesic, 4 strengths of Concerta, and 1 strength of Nucynta. Due to the Concerta LOE they stopped stocking the product, but eventually resumed stocking 1 strength.
- Sales of schedule IIs trended downward over this time period.
- The most heavily purchased product was Nucynta IR 50mg which had average purchases/sales of 324 bottles/week. Considering that Jupiter services Southern FL and Walgreens has 250+ stores in the Miami-Ft.Lauderdale-Pompano Beach area alone, this appears to be a reasonable figure.
- There was a spike in Concerta buying in week 11 of 2012. This seems to correlate with the closure of the Cardinal Lakeland site and could have to do with ensuring continuity of supply.

Bud, Mike S, and I reviewed the data and agreed that nothing seemed alarming to us.  We do not believe the Jupiter DC was overstocking/over-purchasing JOM controlled substances based on the data we found.

We also looked at direct sales from Cardinal to stores that could potentially be Walgreens in Fort Myers, Oveido, Fort Pierce, Port Richey, and Hudson, FL.  The largest instance of direct (non-chain warehouse) pharmacy purchasing was 287 units or slightly over 3 bottles/cartons per week.

Please see the attached file for more detail.  Please let us know if you have any questions.

Regards,
Greg

---

**From:** Dempsey, Michele [GPSUS]
**Sent:** Monday, September 17, 2012 11:02 AM
**To:** Noetzel, Steve [SCGUS]; Gribbin, Tim [OMP]; Parks, Bill [SCGUS]; Haney, John [SCGUS]; O'Leary, Richard [SCGUS]; Valcarcel, Luis [OMP]; West, Phil [SCGUS]; Mashett, Frank [SCGUS]; Berstler, Melanie [SCGUS]; Keele, Bruce [OMPUS]; Dysart, Art [GPSUS]; Szwarc, Michael [GPSUS]; Pflederer, Christine [GPSUS]; Lyons, Rebecca [PSGUS]; Lopez, Andres [GPSUS]; Griffith, Mike [GPSUS]; Gribbin, Maryann [GPSUS]; Merritt, Elaine [GPSUS]; Iwanski, Yvonne [OMPUS]; Magallanes, Bud [GPSUS]; Palmer, Regina [OMPUS]; Cori, Joseph [SCGUS]
**Cc:** Levitt, Michael [NORUS]; Myers, Melissa [COBIUS]; Bacco, Guy [GPSUS]; Bilker, Kelly [OMPUS]
**Subject:** RE: DEA Serves a Suspension Order on Walgreens Distribution Center in Jupiter, Florida

I understand Trade's standpoint of ensuring continuity of supply for our products, however, here is more details:
http://www.justice.gov/dea/divisions/mia/2012/mia091412.shtml

Should we collect 2009- 2011 data on our CS products at the Walgreens listed to see if there is a similar trend?

Michele

---

**From:** Noetzel, Steve [SCGUS]
**Sent:** Monday, September 17, 2012 10:44 AM
**To:** Gribbin, Tim [OMP]; Parks, Bill [SCGUS]; Haney, John [SCGUS]; O'Leary, Richard [SCGUS]; Valcarcel, Luis [OMP]; West, Phil [SCGUS]; Mashett, Frank [SCGUS]; Berstler, Melanie [SCGUS]; Keele, Bruce [OMPUS]; Dysart, Art [GPSUS]; Szwarc, Michael [GPSUS]; Pflederer, Christine [GPSUS]; Lyons, Rebecca [PSGUS]; Lopez, Andres [GPSUS]; Griffith, Mike [GPSUS]; Gribbin, Maryann [GPSUS]; Merritt, Elaine [GPSUS]; Iwanski, Yvonne [OMPUS]; Magallanes, Bud [GPSUS]; Palmer, Regina [OMPUS]; Cori, Joseph [SCGUS]
**Cc:** Levitt, Michael [NORUS]; Dempsey, Michele [GPSUS]; Myers, Melissa [COBIUS]; Bacco, Guy [GPSUS]; Bilker, Kelly [OMPUS]
**Subject:** DEA Serves a Suspension Order on Walgreens Distribution Center in Jupiter, Florida

All,

The DEA has Announced an immediate suspension of Walgreens license to ship C II-V products from their Jupiter, FL distribution center.  Tim and I have already spoken about this with our respective accounts and here's the takeaway:

- Walgreens only warehouses a select few C II–V products
- The rest are sold direct-to-store from the Cardinal DCs in Wheeling, WV and Madison, MS
- Cardinal will now supply all C II-V products to Walgreens stores via this direct-to-store method (as they do all other Janssen products)
- There should be no interruption of supply of our products to any Walgreens store
- This should be business as usual for all Walgreens stores

We will keep you posted as this progresses.

Thank you,

**Steve Noetzel**
*Director, Trade Accounts*
*Strategic Customer Group*

**Johnson & Johnson**
Health Care Systems Inc.

Office: (817) 488-9094
e-mail: snoetzel@its.jnj.com

*Providing services for Janssen Pharmaceutical Companies of Johnson & Johnson*

Confidential                                                                                                              JAN-MS-02963721