# EXHIBIT 194

| | |
|---|---|
| **From:** | Kuntz, Ron [OMP] </O=JNJ/OU=RARUSRA/CN=RECIPIENTS/CN=RKUNTZ> |
| **To:** | Yap, Patricia [OMPUS] |
| **Sent:** | 6/17/2013 1:43:10 AM |
| **Subject:** | FW: SOM Contact |
| **Attachments:** | Suspicious Orders 03212012.doc; DOC.PDF; Purdue SOM Meeting Notes Mar212012.doc |

FYI

Ron Kuntz
Product Director
Pain Franchise
CNS



Janssen Pharmaceuticals, Inc.
1125 Trenton-Harbourton Road
Titusville, NJ  08560
Phone: (609) 730-2651
rkuntz@its.jnj.com

---

**From:** Dempsey, Michele [GPSUS]
**Sent:** Wednesday, June 12, 2013 1:40 PM
**To:** Kuntz, Ron [OMP]
**Subject:** SOM Contact

I just called my friend that retired in December from Purdue. Ex-DEA that managed the relationship with DEA during the OxyContin years and set up their SOM program. He was the one who went to visit pharmacies with Wholesalers. I attached benchmarking notes taken when JOM chatted with Purdue on the SOM program last year.

**Jack Crowley**
803-960-1407 Mobile
803-462-0976 Home
crowleyassoc@att.net

He met with sales force with Purdue
He also was the one that called DEA when Sales force found suspicious doctors.
Law dept gave SOM training to sales.

I am not sure the project scope – didn't give him any details but said you may call him.
Please do – you will enjoy it. He was widely respected in the New Jersey Pharmaceutical Industry Group.

Regards
Michele

---

**From:** Dempsey, Michele [GPSUS]

**Sent:** Wednesday, March 21, 2012 4:07 PM
**To:** Levitt, Michael [NORUS]
**Subject:** FW: Teleconference

I scanned my 9 pages of notes…
Up to you to compile a summary and share with JOM…
Nice job, don't you think?

---

**From:** Crowley, Jack [mailto:Jack.Crowley@pharma.com]
**Sent:** Wednesday, March 21, 2012 2:08 PM
**To:** Dempsey, Michele [GPSUS]
**Cc:** Levitt, Michael [NORUS]
**Subject:** Teleconference

Hello Michele and Mike:

I like the format we had yesterday.

Some opening comments and then a free-flowing Q&A.

This can be the beginning, in the sense that we can have as much follow-up as participants want.

I will spend as much time with you today as you want  -  30 minutes may not be enough.

Steve Seid can fill in my gaps.

Some Background info:

    Purdue enhanced its Order Monitoring Program (beginning) in (early) 2008

    Formal order monitoring meetings with authorized distributors plus ongoing contacts (accounts for 95% + of Purdue product distribution) and meetings with DEA:

- AmerisourceBergen (ABC) – Sep 2008 & Nov 2011
- Cardinal – Dec 2008 & pending Spring 2012
- Valley Wholesale  - January 2009
- JM Smith  -  April 2009 and April 2011
- HD Smith – May 2009
- ANDA – September 2009
- McKesson – May 2009 , March 2010 & March 2012
- Kinray – April 2010 (now Cardinal)
- Harvard – Spring and November 2010
- Value Drug – July 2011

- DEA – April 2009, April 2011 & October 2011

These wholesalers all have formal Suspicious Order Monitoring Programs  -  I can provide the contact information.

I conduct the on-going contacts with the wholesalers, and I do so by phone and email.

Looking forward to it.

Jack

Confidential JAN-MS-03115783