# EXHIBIT 195


**Watson**

SOM benchmarking with Purdue
3/20/12 pre-meeting
- Purdue has a contract with wholesalers to buy sales data
- Design system so that they get real time information about wholesaler sales
- Team for SOM - Customer Service, Corporate Security, CS Compliance
- Algorithms set up
- ValueTrack may have come out of Purdue effort
- Watches total sales to wholesaler, to individual store (unless blinded like CVS), orders/day, strength, cash payments

- Jack can give us contact names at big wholesalers - Customer Service at SOM can contact them to ask for their SOM program info. Jack said wholesalers have questionaires, photos of stores, they also have system to monitor threshholds

3/21/12 Attendees Stephen Seid, executive director, national accounts, Purdue
Jack Crowley Controlled Substance Act Compliance Purdue
Rebecca Lyons VP SOM
Mike Levitt, Michele Dempsey
Bruce Keele, Greg Wolski

**Watson.**

Prior to 2008: order monitoring
then got 2 letters from Rannazzisi →
Purdue enhanced in 2008
Design program to characterize data
exposure to retail data "know your
customer's customer"
Technical experts in sales data so
committee could utilize
Solidified relationship
Help wholesalers & help make judgement

Need relationship w/ DEA Send message to
DEA so they know what you are
doing & they will leave you alone

2009 first mtg w/ DEA
Two other meetings since at HQ
& conferences side bar

Generics - sending letters / demand
to wholesalers - not right approach
Collaborate better

- all do differently
- one company - no email / only verbal

order monitoring staff - Anti diversion
group - director of regulatory affairs

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAN-MS-03115791

**Watson**

Trade relations - contact names

SOP had to be strengthened

SOM Committee
→ Chairperson VP / General Counsel
   VP Corp Sec Chief
   Executive director PSA
   State National Accounts
   Director of SOM program
   Security Investigation
   Attorney on prescriber
   Professional reps from sales
            force + systems

- Business involved
  meet monthly
  discuss trends
  focus on certain accounts or
        hot spot areas
  data analysis
  look at all products
  have an agenda
Between meetings - meet w/ Wholesalers
   orders looked at daily basis
   Channel Strategy  866 data
   orders monitored - reach out
   Order → use day to day
Value Center data to send message when

Confidential                                    JAN-MS-03115792

**Watson**

doesn't meet guidelines

Different Algorithm for SC
- 867 data

- trend prescriber data
- tie in co-pay relief card into
  to see anomalies

Reps not on committee — but
internal program to reach out
to reps for input on
pharmacies

Greg → 867 data — blinded
trying to fix — purchasing
data from Walgreens
Walmart retail data

⭐ Post Industry wide on Sch II can't
accept blinded data? Can we
push?

Florida — if I was a major chain
I would unblock & ask for help
No organize outcry yet but makes
sense to unblind

zip codes — prescribers of concern do
targetting zip code pharmacies
if had CVS/Walgreens would be benefit

Confidential　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　JAN-MS-03115793

# Watson

Order flagged →
 Only 3 can release orders
Channel Mgmnt → ~~Steve~~
  + Stephen only release

~~867 sales da~~
852 data - ordering pattern

deviants in order data
 sku

867 data - suspicious
 occasion / limit wholesalers

~~sensitive to~~
∧ Wholesalers relationship
Purdue - rarely
called & said concerned about acct x
 seen it before will cut orders to
 wholesalers
System can automatically cut it

Source centrally or DCs?
CSOS - yes / not all wholesalers -
 - benefit of not doing - every order
  gets person review & 2nd check

Headcount 10-15 regular — 5 product
 sales people not included

Confidential                                   JAN-MS-03115794

**Watson.**

How resource intensive of?
 are there checks? flags for thresholds
 Resources continually reviewing
A lot of people at Purdue invested in
 SOM program
Algorithm internal system does a lot for
 us.

- Uses SAP, Algorithm whiz - tweaks
 algorithm instantly

- Looking at on their screen
 ① Can see largest purchaser
 ② total sales
 ③ # W
 ④ orders / day
 ⑤ strength info
 compare 3 months, 6, 9, 12
 room for committee to make comments
 categories - "pending, complete refer-
  refer w/ wholesaler to DEA"

$ DEA → wholesalers need to evaluate
 medical practice & pharmacy

Most rime appreciate input

Confidential                                         JAN-MS-03115795

**Watson.**

New product → no historical data
  Continuous evaluating
 different set of rules for 1st year?
  or same concept of line by line review
"Gut factor"
- controlled substances – have experience
   if already, see for one CSII only
     see
     Pharmacies
 # wholesalers used
 # larger strength vs lower    } Algorithm
 # orders
 # paid in cash (wholesaler data does give
  one customer – Dilaudid      (NG)
     2 wholesalers
      spoken – both on site visits
   tomorrow of director of investigator to
     go w/ wholesaler visit to
       doctor

X # prescriptions per month
  # for your product in month
   for certain strength
   # paid by cash
DEA can figure out by NDC # who
        made it
  if 95% in cash is an indicator

Rebate reports/systems – see what distributed
            paid by cash

**Watson**

Rebecca - what agreements do you have w/
wholesalers if they see anything odd?
Have not gotten to include in agreements
- Formal meetings & relationships

Environment has changed
half day meeting w/ wholesaler
few years ago - at arms length
now embraced
because of nature of abuse looking for
collaboration
Other companies set up formal program

Want to set to appropriate patients
keep everyone in business

Aggregate view or DC to DC
how do you deal w/ network that
they move product around?
- look at aggregate
- Guidelines set up at Value Trak system
  - tracks order variation vs parameters
  - agreements include order variations
  - if new customer, holiday or yearend
    there will be variation, know we
    look at it, they call Purdue
    so order is not held up

Confidential                                                      JAN-MS-03115797

**watson.**

Value Track → data fed into their own system - more robust than Value track system
use all in house resources

goal is not to refer stores to DEA
DEA is expecting wholesalers to do it
Purdue enabling them to do a better job monitored
Purdue has refered to DEA in collaboration w/ wholesaler

Jack visits wholesalers once/every couple years
mostly talk on phone
calls/week top 4 once a week talk to their head order monitoring person

Pharmacies - been to 50 since program
interview owner or pharmacist in charge
Confrontational - surveillance in parking lot
take pictures

Las Vegas → bad situation
OXY driven

10 Looking at Dilaudid.

Confidential    JAN-MS-03115798