# EXHIBIT 200

| | |
|---|---|
| **From:** | Levitt, Michael [NORUS] </O=JNJ/OU=NORUSAT/CN=RECIPIENTS/CN=MLEVITT> |
| **To:** | Hoffman, Theresa [GPSUS] |
| **CC:** | Bezares, Kristina [HCSUS]; Covino, Roxanne [HCS]; Figliano, Raffaela [GPSUS]; Guinyard, Malika [HCSUS]; Khotinsky, Gabrielle [GPSUS]; Magallanes, Bud [GPSUS]; Mayersohn, Christine [HCSUS]; Park, SeWha [HCSUS]; Shah, Sonali [GPSUS] |
| **Sent:** | 3/26/2015 8:13:57 PM |
| **Subject:** | RE: 6 Order on the SOM Report 03/26/15 |

Ok to release all 6 orders J

---

**From:** Levitt, Michael [NORUS]
**Sent:** Thursday, March 26, 2015 4:08 PM
**To:** Hoffman, Theresa [GPSUS]
**Cc:** Bezares, Kristina [HCSUS]; Covino, Roxanne [HCS]; Figliano, Raffaela [GPSUS]; Guinyard, Malika [HCSUS]; Khotinsky, Gabrielle [GPSUS]; Magallanes, Bud [GPSUS]; Mayersohn, Christine [HCSUS]; Park, SeWha [HCSUS]; Shah, Sonali [GPSUS]
**Subject:** RE: 6 Order on the SOM Report 03/26/15

Terry,
No need to contact HD and PS.

Ok to release.

Mike

---

**From:** Hoffman, Theresa [GPSUS]
**Sent:** Thursday, March 26, 2015 3:49 PM
**To:** Levitt, Michael [NORUS]
**Cc:** Bezares, Kristina [HCSUS]; Covino, Roxanne [HCS]; Figliano, Raffaela [GPSUS]; Guinyard, Malika [HCSUS]; Hoffman, Theresa [GPSUS]; Khotinsky, Gabrielle [GPSUS]; Levitt, Michael [NORUS]; Magallanes, Bud [GPSUS]; Mayersohn, Christine [HCSUS]; Park, SeWha [HCSUS]; Shah, Sonali [GPSUS]
**Subject:** 6 Order on the SOM Report 03/26/15

Hi Mike,

4 ABC orders and 2 others hit the report for no sales history in the past year.

Gabby can you report on ABC.

I will reach out to HD Smith & Prescription Supply.

| Sales document | Material | | Location | Created on | Customer PO | 12 Month Order Qty Sum | Open order qty |
|---|---|---|---|---|---|---|---|
| 43129380 | 5045809405 | DURAGESIC MATRIX 5X100MCG | AMERISOURCEBERGEN DRUG CORP | KENT | 3/26/2015 | 032743348 | 0.0 EA | 24.0 EA |
| 43129381 | 5045809405 | DURAGESIC MATRIX 5X100MCG | AMERISOURCEBERGEN DRUG CORP | ROANOKE | 3/26/2015 | 018730289 | 0.0 EA | 24.0 EA |
| 43129388 | 5045809405 | DURAGESIC MATRIX 5X100MCG | AMERISOURCEBERGEN DRUG CORP | ROMEOVILLE | 3/26/2015 | 019605585 | 0.0 EA | 48.0 EA |
| 43129394 | 5045809405 | DURAGESIC MATRIX 5X100MCG | AMERISOURCEBERGEN DRUG CORP | WILLIAMSTON | 3/26/2015 | 049744202 | 0.0 EA | 24.0 EA |
| 43129443 | 5045809005 | DURAGESIC MATRIX 5X12MCG | HD SMITH LLC | LOUISVILLE | 3/26/2015 | 5511802 | 0.0 EA | 24.0 EA |
| 43129445 | 5045809105 | DURAGESIC MATRIX 5X25MCG | PRESCRIPTION SUPPLY INC | NORTHWOOD | 3/26/2015 | 0564081 | 0.0 EA | 24.0 EA |

Regards,

Terry Hoffmann | Sr. Coordinator,
CLS Customer Support Services
Janssen Pharmaceutical
Phone: 732-562-3275 | Fax 732-302-0425 | Email: thoffma6@its.jnj.com

Confidential
JAN-MS-03739744