# EXHIBIT 201

| | |
|---|---|
| From: | Levitt, Michael [NORUS] </O=JNJ/OU=NORUSAT/CN=RECIPIENTS/CN=MLEVITT> |
| To: | Bezares, Kristina [HCSUS] |
| CC: | Dysart, Art [GPSUS]; Bacco, Guy [GPSUS]; Bernard, BethAnn [HCSUS Non-J&J]; Covino, Roxanne [HCS]; Figliano, Raffaela [GPSUS]; Hoffman, Theresa [GPSUS]; Huah, Sarah [GPSUS]; Khotinsky, Gabrielle [GPSUS]; Magallanes, Bud [GPSUS] |
| Sent: | 10/3/2014 9:06:41 PM |
| Subject: | Re: 1 Order on the SOM Report for October 3, 2014 |

Ok to release the smith drug order.

Sent from my iPhone

On Oct 3, 2014, at 5:04 PM, Bezares, Kristina [HCSUS] <KBezare1@ITS.JNJ.com> wrote:

Order 43110257 was called out on yesterday's report; however, 43110330 did not show up on the report for yesterday. The order was submitted electronically around 4:30pm. The report was run prior to that time.

I will follow-up with Anda on Monday regarding the quantity increase.

Thank you,

Kristina

**From:** Levitt, Michael [NORUS]
**Sent:** Friday, October 03, 2014 4:50 PM
**To:** Bezares, Kristina [HCSUS]
**Cc:** Dysart, Art [GPSUS]; Bacco, Guy [GPSUS]; Bernard, BethAnn [HCSUS Non-J&J]; Covino, Roxanne [HCS]; Figliano, Raffaela [GPSUS]; Hoffman, Theresa [GPSUS]; Huah, Sarah [GPSUS]; Khotinsky, Gabrielle [GPSUS]; Magallanes, Bud [GPSUS]
**Subject:** Re: 1 Order on the SOM Report for October 3, 2014

Why aren't the first two line items considered for review?

Sent from my iPhone

On Oct 3, 2014, at 4:23 PM, Bezares, Kristina [HCSUS] <KBezare1@ITS.JNJ.com> wrote:

Hello,

There is on order on today's report for October 3, 2014.

<image003.png>

43110450 – Smith Drug has not ordered this product in the last year.

Thank you,

**Kristina Bezares**
**Senior Customer Logistics Coordinator**
**Customer & Logistics Services**
**JOM Pharmaceutical**
**(P):** 732-562-2137
**(E):** Kbezare1@its.jnj.com

**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your Inbox. Thank you

<xSAPtemp2284.xls>