EXHIBIT 202

| From: | Levitt, Michael [NORUS] </O=JNJ/OU=NORUSAT/CN=RECIPIENTS/CN=MLEVITT> |
| --- | --- |
| To: | Hoffman, Theresa [GPSUS]; Dysart, Art [GPSUS]; Khotinsky, Gabrielle [GPSUS] |
| CC: | Morton, Michael [HCSUS]; Bernard, BethAnn [HCSUS Non-J&J]; Bezares, Kristina [HCSUS]; Covino, Roxanne [HCS]; Figliano, Raffaela [GPSUS]; Guinyard, Malika [HCSUS]; Huah, Sarah [GPSUS]; Shah, Sonali [GPSUS]; Magallanes, Bud [GPSUS]; D'Mello, Nerine [PATUS] |
| Sent: | 11/26/2014 8:48:33 PM |
| Subject: | RE: 2 Orders on SOM Report 11/26/14 |

Go ahead and release.

---

**From:** Hoffman, Theresa [GPSUS]
**Sent:** Wednesday, November 26, 2014 3:47 PM
**To:** Dysart, Art [GPSUS]; Levitt, Michael [NORUS]; Khotinsky, Gabrielle [GPSUS]
**Cc:** Morton, Michael [HCSUS]; Bernard, BethAnn [HCSUS Non-J&J]; Bezares, Kristina [HCSUS]; Covino, Roxanne [HCS]; Figliano, Raffaela [GPSUS]; Hoffman, Theresa [GPSUS]; Guinyard, Malika [HCSUS]; Huah, Sarah [GPSUS]; Shah, Sonali [GPSUS]; Magallanes, Bud [GPSUS]; D'Mello, Nerine [PATUS]
**Subject:** 2 Orders on SOM Report 11/26/14

Hi Art, Mike, & Gabby,

There are 2 new orders on the SOM report for today, 11/26/2014 for ABC for minimum orders quantities; they do not have a purchasing history for this year.

| Sales document | Material | | Material(Mod) | | Region | Location | Created on | Customer PO | 12 Month Order Qty Sum | Original Order Qty | Open order qty |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 43116115 | 5045858501 | CONCERTA ER Tab, 18mg, 100s, 24 CNT, US | 5045858501 | AMERISOURCEBERGEN DRUG CORP | NC | MORRISVILLE | 11/26/2014 | 055496744 | 0.0 EA | 24.0 EA | 24.0 EA |
| 43116130 | 5045886401 | NUCYNTA ER TABLETS, 250MG, 60S X 24 CNT | 5045886401 | AMERISOURCEBERGEN DRUG CORP | MN | EDEN PRAIRIE | 11/26/2014 | 025410689 | 0.0 EA | 24.0 EA | 24.0 EA |

Thanks. Have a wonderful Thanksgiving.

Terry