# EXHIBIT 203

| From: | Levitt, Michael [NORUS] |
|---|---|
| To: | Figliano, Raffaela [GPSUS] |
| Sent: | 4/15/2016 2:49:41 PM |
| Subject: | RE: 1 Suspicious & Excessive Order 14 APRIL 2016 |

Ok to release!

**From:** Figliano, Raffaela [GPSUS]
**Sent:** Friday, April 15, 2016 10:49 AM
**To:** Levitt, Michael [NORUS]
**Subject:** FW: 1 Suspicious & Excessive Order 14 APRIL 2016

Hi Mike,

Can I release this order?

Thanks,

Raff

**From:** Figliano, Raffaela [GPSUS]
**Sent:** Thursday, April 14, 2016 4:36 PM
**To:** Levitt, Michael [NORUS]
**Cc:** Khotinsky, Gabrielle [GPSUS]; Figliano, Raffaela [GPSUS]; Covino, Roxanne [HCS]; Guinyard, Malika [HCSUS]; Shah, Sonali [GPSUS]; Park, SeWha [GPSUS]; Hatfield, Arnetta [HCSUS]; Adkins, Taryn [HCS]; Moran, Denise [HCSUS]; Brophy, Deborah [GPSUS]; Dysart, Art [GPSUS Non-J&J]
**Subject:** 1 Suspicious & Excessive Order 14 APRIL 2016

Hi Mike,

There is one suspicious/excessive order for today. All other orders have been released.

Anda – Fist time placing a scheduled II order.
CONCERTA ER Tab, 36mg, 24ea.
DURAGESIC MATRIX 5X50MCG 24ea
DURAGESIC MATRIX 5X100MCG 24ea

| Sales document | Material | Material(Mod) | Ship-to party | | Region | Location | Payer | Created on | Customer PO | 12 Month Order Qty Sum | Weekly Order Qty Avg (of last 12 month) | Original Order Qty |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 43178158 | 5045809205 | DURAGESIC MATRIX 5X50MCG | 5045809205 | 440232 | ANDA PHARMACEUTICALS INC | MS | OLIVE BRANCH | 282180 | 4/14/2016 | 2058871 | 0.0 EA | 0.0 EA | 24.0 EA |
| 43178158 | 5045809405 | DURAGESIC MATRIX 5X100MCG | 5045809405 | 440232 | ANDA PHARMACEUTICALS INC | MS | OLIVE BRANCH | 282180 | 4/14/2016 | 2058871 | 0.0 EA | 0.0 EA | 24.0 EA |
| 43178158 | 5045858601 | CONCERTA ER Tab, 36mg, 100s, 24 CNT, US | 5045858601 | 440232 | ANDA PHARMACEUTICALS INC | MS | OLIVE BRANCH | 282180 | 4/14/2016 | 2058871 | 0.0 EA | 0.0 EA | 24.0 EA |

Thank you,

Raff

*Raffaela Figliano*
Senior Customer Logistics Coordinator
Customer & Logistics Service
RFIGLIAN@ITS.JNJ.COM

Confidential

JAN-MS-02960359

Phone 732-562-3158
Fax 732-302-0425

**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

**Confidential**                                                                                                                                                           JAN-MS-02960360