# EXHIBIT 204

| | |
|---|---|
| From: | Levitt, Michael [NORUS] |
| To: | Figliano, Raffaela [GPSUS] |
| CC: | Khotinsky, Gabrielle [GPSUS]; Covino, Roxanne [HCS]; Guinyard, Malika [HCSUS]; Shah, Sonali [GPSUS]; Park, SeWha [GPSUS]; Hatfield, Arnetta [HCSUS]; Adkins, Taryn [HCS]; Moran, Denise [HCSUS]; Brophy, Deborah [GPSUS]; Dysart, Art [GPSUS Non-J&J]; D'Mello, Nerine [PATUS] |
| Sent: | 4/20/2016 8:08:22 PM |
| Subject: | RE: 1 Suspicious & Excessive Order 20 APRIL 2016 |

Ok to release.

---

**From:** Figliano, Raffaela [GPSUS]
**Sent:** Wednesday, April 20, 2016 3:56 PM
**To:** Levitt, Michael [NORUS]
**Cc:** Khotinsky, Gabrielle [GPSUS]; Figliano, Raffaela [GPSUS]; Covino, Roxanne [HCS]; Guinyard, Malika [HCSUS]; Shah, Sonali [GPSUS]; Park, SeWha [GPSUS]; Hatfield, Arnetta [HCSUS]; Adkins, Taryn [HCS]; Moran, Denise [HCSUS]; Brophy, Deborah [GPSUS]; Dysart, Art [GPSUS Non-J&J]; D'Mello, Nerine [PATUS]
**Subject:** 1 Suspicious & Excessive Order 20 APRIL 2016

Hi Mike,

There is one suspicious/excessive order for today.  All other orders have been released.

<u>ANDA</u>
CONCERTA ER Tab, 18mg, -24EA
CONCERTA ER Tab, 54mg, -24EA
CONCERTA ER Tab, 27mg, 24EA
DURAGESIC MATRIX 5X12 24EA
DURAGESIC MATRIX 5X25 -24EA
DURAGESIC MATRIX 5X75 -24EA

All products are minimum order quantity


Thanks,

Raff



*Raffaela Figliano*
Senior Customer Logistics Coordinator
Customer & Logistics Service
<u>RFIGLIAN@ITS.JNJ.COM</u>
Phone 732-562-3158
Fax 732-302-0425

**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your inbox. Thank you.