# EXHIBIT 205

| | |
|---|---|
| From: | Levitt, Michael [NORUS] |
| To: | Figliano, Raffaela [GPSUS] |
| CC: | Khotinsky, Gabrielle [GPSUS]; Covino, Roxanne [HCS]; Guinyard, Malika [HCSUS]; Shah, Sonali [GPSUS]; Park, SeWha [GPSUS]; Hatfield, Arnetta [HCSUS]; Adkins, Taryn [HCS]; Moran, Denise [HCSUS]; Brophy, Deborah [GPSUS]; Dysart, Art [GPSUS Non-J&J]; D'Mello, Nerine [PATUS] |
| Sent: | 4/27/2016 8:21:12 PM |
| Subject: | RE: 1 Suspicious & Excessive Order 27 APRIL 2016 |

Ok to release

---

**From:** Figliano, Raffaela [GPSUS]
**Sent:** Wednesday, April 27, 2016 4:13 PM
**To:** Levitt, Michael [NORUS]
**Cc:** Khotinsky, Gabrielle [GPSUS]; Figliano, Raffaela [GPSUS]; Covino, Roxanne [HCS]; Guinyard, Malika [HCSUS]; Shah, Sonali [GPSUS]; Park, SeWha [GPSUS]; Hatfield, Arnetta [HCSUS]; Adkins, Taryn [HCS]; Moran, Denise [HCSUS]; Brophy, Deborah [GPSUS]; Dysart, Art [GPSUS Non-J &J]; D'Mello, Nerine [PATUS]
**Subject:** 1 Suspicious &Excessive Order 27 APRIL 2016

Hi Mike,

There is one suspicious/excessive order for today.  All other orders have been released.

**HD SMITH,** Duragesic 100 24ea . They have not ordered product in the past 12 months.

Thanks,

Raff

*Raffaela Figliano*
Senior Customer Logistics Coordinator

Customer &Logistics Service
**RFIGLIAN@ITS.JNJ.COM**
Phone 732-562-3158
Fax 732-302-0425

**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual(s) or entity(ies) named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please immediately notify the sender, so that Johnson &Johnson can arrange for proper delivery, and then please delete the message from your inbox. Thank you.

Confidential                                                                                                              JAN-MS-02960363