# EXHIBIT 206

| | |
|---|---|
| **From:** | Corum, Belinda [GPSUS] |
| **To:** | Moran, Denise [HCSUS] |
| **CC:** | Figliano, Raffaela [GPSUS]; Covino, Roxanne [HCS]; Guinyard, Malika [HCSUS]; Shah, Sonali [GPSUS]; Park, SeWha [GPSUS]; Hatfield, Arnetta [HCSUS]; Adkins, Taryn [HCS]; Brophy, Deborah [GPSUS]; Laing, Benjamin [GPSUS] |
| **Sent:** | 12/8/2016 9:18:47 PM |
| **Subject:** | RE: 2 suspicious/excessive for 08DEC2016 |

OK to release.

*Belinda Corum*
JOM Pharmaceutical Services, Inc
CS Compliance Specialist III
WK- 502-921-5088
Cell- 502-921-3794
Hours 9:00 am to 5:30 pm Monday - Friday

---

**From:** Moran, Denise [HCSUS]
**Sent:** Thursday, December 08, 2016 4:16 PM
**To:** Corum, Belinda [GPSUS]
**Cc:** Figliano, Raffaela [GPSUS]; Covino, Roxanne [HCS]; Guinyard, Malika [HCSUS]; Shah, Sonali [GPSUS]; Park, SeWha [GPSUS]; Hatfield, Arnetta [HCSUS]; Adkins, Taryn [HCS]; Moran, Denise [HCSUS]; Brophy, Deborah [GPSUS]; Laing, Benjamin [GPSUS]
**Subject:** 2 suspicious/excessive for 08DEC2016

Hello Belinda,

There are two suspicious/excessive order for today, 08DEC2016.

Value Drug Company, Duncansville, PA – account #476436  SAPO#43207006 ordered 24 each of NDC#5045809005, Duragesic 5 x12 -  they have 0 order qty of this product within the last 12 months.

And

HD Smith, Louisville, KY – Account #364260. SAPO#43207000 ordered 24 each of NDC# 5045809005, Duragesic 5 X 12, - they have 0 order qty of this product within the last 12 months.


Thank you –

Denise

Denise Moran
Sr. Customer Logistics  Coordinator
Janssen Pharmaceuticals
Phone: 732-562-2293
Email:  dmoran5@its.jnj.com