# EXHIBIT 207

| | |
|---|---|
| **From:** | Corum, Belinda [GPSUS] |
| **To:** | Covino, Roxanne [HCS] |
| **CC:** | Figliano, Raffaela [GPSUS]; Guinyard, Malika [HCSUS]; Shah, Sonali [GPSUS]; Park, SeWha [GPSUS]; Hatfield, Arnetta [HCSUS]; Adkins, Taryn [HCS]; Brophy, Deborah [GPSUS]; Laing, Benjamin [GPSUS] |
| **Sent:** | 8/29/2016 1:09:11 PM |
| **Subject:** | RE: 26-Aug-2016 SOM REPORT - 1 suspicious and excessive order |

Okay to release.


*Belinda Corum*
JOM Pharmaceutical Services, Inc
CS Compliance Specialist III
WK- 502-921-5088
Cell- 502-921-3794
Hours 9:00 am to 5:30 pm Monday - Friday

---

**From:** Covino, Roxanne [HCS]
**Sent:** Friday, August 26, 2016 5:50 PM
**To:** Corum, Belinda [GPSUS]
**Cc:** Figliano, Raffaela [GPSUS]; Guinyard, Malika [HCSUS]; Shah, Sonali [GPSUS]; Park, SeWha [GPSUS]; Hatfield, Arnetta [HCSUS]; Adkins, Taryn [HCS]; Brophy, Deborah [GPSUS]; Laing, Benjamin [GPSUS]
**Subject:** RE: 26-Aug-2016 SOM REPORT - 1 suspicious and excessive order

Hi Belinda,

I just spoke with Per Shanda Corns 701-857-1127 and she said most of the time they order to ship to their FARGO ND 58102 location (account# 245184). When stock was needed in their ANOKA MN 55303-1091, account# 367105, they would just transfer stock.

They have picked up more customer in the ANOKA MN area and will be ordering for that location more frequently.

Please let me know if this order can be released.

Thank you,

Roxanne

---

**From:** Corum, Belinda [GPSUS]
**Sent:** Friday, August 26, 2016 5:11 PM
**To:** Covino, Roxanne [HCS]
**Cc:** Figliano, Raffaela [GPSUS]; Guinyard, Malika [HCSUS]; Shah, Sonali [GPSUS]; Park, SeWha [GPSUS]; Hatfield, Arnetta [HCSUS]; Adkins, Taryn [HCS]; Brophy, Deborah [GPSUS]; Laing, Benjamin [GPSUS]
**Subject:** RE: 26-Aug-2016 SOM REPORT - 1 suspicious and excessive order

Hello Roxanne,

Please ask the customer why this sku vs the previous skus they ordered?

Thank you,

*Belinda Corum*

JOM Pharmaceutical Services, Inc
CS Compliance Specialist III
WK- 502-921-5088
Cell- 502-921-3794
Hours 9:00 am to 5:30 pm Monday - Friday

---

**From:** Covino, Roxanne [HCS]
**Sent:** Friday, August 26, 2016 4:50 PM
**To:** Corum, Belinda [GPSUS]
**Cc:** Figliano, Raffaela [GPSUS]; Covino, Roxanne [HCS]; Guinyard, Malika [HCSUS]; Shah, Sonali [GPSUS]; Park, SeWha [GPSUS]; Hatfield, Arnetta [HCSUS]; Adkins, Taryn [HCS]; Brophy, Deborah [GPSUS]; Laing, Benjamin [GPSUS]
**Subject:** 26-Aug-2016 SOM REPORT - 1 suspicious and excessive order

Hello David /Belinda,

There is 1 suspicious order due to lack of activity in the past 12 months. Please see below and advise

| Sales document | Material | Material(Mod) | | Ship-to party | Region |
|---|---|---|---|---|---|
| 43194617 | 5045809105 | DURAGESIC MATRIX 5X25MCG | 5045809105 | 367105  DAKOTA DRUG INC | MN |

Thank you –

*Roxanne Covino*
Sr. Coordinator, Customer Support Services
Customer Logistics & Services

JOM Pharmaceutical Services, Inc.
*A Johnson & Johnson company*
(: 732-562-3059
7: 732-302-0425
*: rcovino@its.jnj.com
þ www.jom.com

Confidentiality Notice: This email transmission may contain information that is confidential and is intended only for the individual or entity named in the email address. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, disclosure, copying, distribution, or reliance upon the contents of this email is strictly prohibited. If you have received this email transmission in error, please reply to the sender, so that Johnson & Johnson Health Care Systems Inc. can arrange for proper delivery, and then please delete the message from your inbox. Thank you.