EXHIBIT 211



**Operation One Cardinal Health
Quality Management Meeting**

Opportunity Team Presentations

13 - 14 Jan 2005



**Operation One Cardinal Health
Audit and Compliance**

Team:
Gary Dolch – Corporate
Tony Esposito – Corporate
John Ficalora – PTS: BSLS
Kim Arnold – PTS: Pharm Dev
Paula Espada – PTS: PR Pkg
Jerry Webb – MPS
Bill Murphy - CTS
Pam Altizer – ATK/George Group

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

## Audit and Compliance Team Objectives

**Hypothesis –**

- Strengthening internal capabilities in Audit, Compliance Analysis and corporate regulatory counsel for medical devices will cost less than using outside consultants and legal counsel and in the long term will provide CAH the internal capability needed for regulatory compliance.

**Work Plan -**

The team gathered data on the following :

- Current Audit Program (schedule, staffing, Guest Auditor Program)
- Spending to date on Regulatory Consultants used for compliance analysis or to remedy a problem
- Spending to date on outside legal counsel across all segments

The team also examined:

- Capabilities in EH&S and Due Diligence



3

## Building Audit and Compliance Capability

Benefits:

- **Cost** : Avoidance of $5.0M and Lost Earnings of $10M
  - Avoid Lost Earnings: $10.0 M
  - Avoid Corrective Action Costs: $1.0M
  - Avoid Legal costs:  $0.5M
  - Avoid Consultant costs: $3.5 M
- **Quality Impact –** elimination of disruptive regulatory issues, ability to correct problems, achieve baseline EHS capability, understand risks.
- **Service Impact –** eliminate risks to strategic initiatives, aligns acquired operations to standards, enables influencing regulatory policy

Costs: Ongoing costs of $0.9M (6 FTEs) and one time costs of $0.2M for audit verifications

Recommendations:

1. Establish medical device regulatory counsel
2. Establish compliance analysis capability
3. Establish EH&S audit and metric capability
4. Add corrective action and facility operations capability



4

2

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

## Audit Program Findings

- Corp – In FY'04, Moorestown Packaging components, Guaynabo PR (Packaging Component and NPS Headquarters in Los Angeles were not audited due to staffing shortages
- Guest Auditor Program – difficulty in confirming commitment of time from qualified guest auditors many months in advance causes inability to staff audits appropriately.
- Need for 3rd party to validate CAH Audit Program and update documentation. Results can be used with customers to offset need for customer system audits. Estimated one-time cost of $200K.

|  | # times an audit or special investigation could have been done to help diagnose a problem | # Times an internal auditor could have been employed to help develop or supervise or oversee the implementation of corrective action |
|---|---|---|
| Corporate | 0 | Assessment - Humacao Sterile, Woodstock, Limoge |
| PTS - BSLS | In FY04, sites needed more outside help because of lack of specific expertise.<br><br>For situations requiring specific expertise the Corporate auditors may not be the right resource. A good estimate is between 5 and 10 situations per year per site where specific outside help could be used. | Site should be staffed to oversee corrective action on their own. However, specific external expertise has been used in Woodstock, Humacao and Raleigh over the last year as the Quality units are being developed. Again, for situations requiring specific expertise the Corporate auditors may not be the right resource. |



CardinalHealth                                                                 5

---

The business investment of $0.9 M per year to strengthen audit and compliance capability will prevent future cost avoidance in consultant spending, legal costs and lost earnings

**Consultant Spending –**
- Outside costs to help diagnose or fix problems was $ 1.1M in FY04 and $ 3.5 M YTD FY05

| Segment | FY 04 | FY 05 | Consultant Spending |
|---|---|---|---|
| PTS<br>- Woodstock<br>- Albuquerque<br>- Puerto Rico<br>- Humacao Site Assessment Plan | $1.110K<br>$652K<br>$158K<br>$300K | $3,487K<br>$1,583K<br>$ 204K<br><br>$1,700K | Woodstock FY'04 $652: Air dispersions, Satellite, ASI &PRFC. FY'05 Quality System Re-engineering, $1083K, other $500K – Review of validation docs, mgmt of Validation area & QA director<br>PR: Humacao Site Assessment Plan = $1.3M for SOP writing, Aseptic process training, project management, airflow studies, management of the micro lab, Preventative maintenance and QA director. |
| CTS | | $25K C<br>$35K Other | MHRA: $15K for testing and consultant fees, $30K for travel and $5K for Label changes (WM email) |
| Total | $1.110K | $3,547K | |



CardinalHealth                                                                 6

3

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

CAH 014958

CAH_MDL_PRIORPROD_DEA07_01181264

## In FY'04, expenses of $0.5 M were spent in legal costs and $1.5M on corrective action costs

| Costs | FY 04 | YTD FY 05 |
|---|---|---|
| Corporate Legal Costs | $0.5 M | $276K |
| Corrective Action Costs | $1.0 M | |
| Total | $1.5 M | $276K |

• In addition, $10M in earnings was identified from loss sales due to quality issues

| Customer(*) | Issue | Impact in lost revenue |
|---|---|---|
| Eli Lilly | Gemzar - Powder in a bottle | $4.5M lost sales; $27M in bids lost |
| Watson | Delayed release | $2M lost business |
| Merck | Inventory Maintenance | $7M in new work lost |
| Wyeth | Loss of sterile business | $25M / yr lost to competitor |

(*) Source - Customer data received from PTS Go-to-Market Team interviews

CardinalHealth

7

## Recommendation to strengthen Audit and Compliance capabilities

Recommend following 6 headcount additions:

1 FTE – Legal counsel for medical devices
2 FTE – Audit Program
1 FTE – In-house Compliance analysis
2 FTE – EHS

Timing – March '05

CardinalHealth

8

4

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH 014959

CAH_MDL_PRIORPROD_DEA07_01181265



**Enterprise Training Initiative**
**Quality/Regulatory \***

cGMP and Related Subject Matter

| \*Hereafter referred to as Project **IMPACT** |
| --- |

13 Jan 2005

Mary Foster, Team Lead, PTS
Steve Reardon, PD
Regina Reilly, PTS
Diane Hernon, CTS

Chris Anderson, MPS
Elaine Labach, PTS
Stefano Arena, PTS
Pam Altizer, Consultant

---

**IMPACT Agenda**

Overview/Recommendations/Strategic Drivers

Future State & *The Site*, *The BU* & *The BSegment*

The Organization/Advisory Groups

Example of the Benefits: MPS/PD

Risk Analysis/Benefits

Closing Comments/Implementation Plan

Appendix



10

5

**FOIA Confidential
Treatment Requested By
Cardinal**

## Overview/Recommendations for One Cardinal Health
### cGMP & Related Training

**Title: IMPACT**          **Timing:** FY '05-Q4

**Purpose:** To meet regulatory requirements, exceed customer expectations and ensure compliance to internal procedures. Most importantly, if we look at costs, quality and service levels, the goals with IMPACT will be to really hit the quality and service level touch points. IMPACT will provide a network of resources (e.g. experts for writing materials & presentations; curricula development & course materials; methods for effectiveness evaluation) for improved education in more efficient ways (e.g. timing; standards) without infringing on current accountability & ownership structures at the sites/business units (BU)

**Benefits:** Initially $985.7K minimally, in current costs from one example [MPS/PD]; improvement in final product quality and regulatory outcomes [soft $ in cost avoidance]

**Costs:** $871K annually (salaries only) + $300K (start-up cost)

**Recommendations:** 1) To establish enterprise program for cGMP and related training;  2) Begin with development of a shared MPS/PD web-based training (WBT) curriculum; and, 3) To establish advisory groups to facilitate execution


CardinalHealth

"

## IMPACT & Cardinal Health Strategic Drivers

**Operational Excellence** Implement and sustain a systematic education approach to build process consistency, competitive advantage, move closer to world class performance and regulatory compliance. *[Excel at every capability we offer.]*

Provide global targeted **audience** with key regulatory tools, knowledge, expectations and skills.

Harmonize best practice for training techniques and programs while promoting collaboration and continuous improvement. *[Think and act as a team.]*

**Leadership Development** Improve the ability of employees to perform their jobs. This will increase employee motivation and work satisfaction and thereby, improve customer satisfaction. *[Obsess about execution.]*

Produce accountability & connect learning to business bottom-line.  A comprehensive education program can provide valuable feedback for performance reviews.

Educate staff at all sites about CardinalHealth. *[Be personally knowledgeable about our entire offering.  Know our internal customers better than they know themselves.]*


CardinalHealth          ( **Enable us to achieve strategic goals/realize critical success factors** )

6

**FOIA Confidential Treatment Requested By Cardinal**

CAH 014961

CONFIDENTIAL          CAH_MDL_PRIORPROD_DEA07_01181267

## IMPACT & Cardinal Health Strategic Drivers

**Growth** Revenue increased because less OE issues and increased business/decreased business costs.

**Customer Focus** Reduce regulatory compliance issues, such as regulatory inspection observation letters/commitments, customer complaints, customer audit observations and investigations that negatively impact the business and our ability to maintain customer's trust and loyalty. *[Make it easy for our customers to do business with us.]* Customers have high expectations of our finished good products and our employees; being well trained is essential to do their jobs and meet customer expectations.

Meet or exceed customer expectations to proactively seek solutions for a customer issue rather that have the customer dictate a solution. Have a work force that can work on 'its feet' instead of have customers come in and meet with us all day to tell us how to solve a problem. *[Know our customers better than they know themselves.]*

 CardinalHealth

Enable us to achieve strategic goals/realize critical success factors

---

## Future State: IMPACT

<u>**Recommendations**</u>: Enterprise program; MPS/PD example; advisory groups

**Site Activities**
Continue to identify site training needs; continue implementation of training; continue develop training effectiveness abilities

**BU/Segment Activities**
Continue to coordinate & align training to unit & segment level pm, as well as recommend curricula & course shells to sites for delivery &, in some cases continue to assess delivery methods (WBT vs. ILT)

**Enterprise Activities**
Establish guidelines for steps in a best practice training process; determine synergies within curricula; develop & evaluate training material/work with sites/units as necessary for prn materials/delivery; maintain Portal for materials & trend metrics

Site's do not lose control of their training activities; but, rather, will co-develop & implement guidelines & core curricula to further develop their programs; be involved in final outcomes

BU's do not lose control but, rather, are expected to continue with their ownership and accountability for educating their employees; IMPACT will guide best practice to improve business outcomes

CardinalHealth guides a unified program to improve the business outcomes associated both directly & indirectly with the cGMP education of its employees

7

**FOIA Confidential Treatment Requested By Cardinal**

CAH 014962

CAH_MDL_PRIORPROD_DEA07_01181268

*Position Needs*

*Roles + responsibilities*

*core competencies*



## Future State: IMPACT Organization

## IMPACT:  Advisory Groups

| Group | Training Advisory Board (TAB) | Regulatory Action Team (RAT) |
|---|---|---|
| Role | Provides support/oversight on IMPACT needs.  Develop guidelines & support  the adoption of plans at CardinalHealth sites. | To identify and discuss current regulatory action at the federal level that would impact education endeavors throughout the enterprise and establish guidance program to ensure appropriate education is on-going with these issues. |
| Responsibility | Develop guidelines around various aspects of IMPACT goals including: training effectiveness, trainer qualifications, instructional design, course development, e-learning software and platforms, etc. Provide guidance on core courses, pilot/beta-testing for new concepts & support the portal; review metric trends & help develop actions for improvements. | Review corporate policies as well as B Segment policies to ensure education activities are adequate and make recommendations to improve. Review current regulatory activities across the world and recommend training feedback to ensure compliance is maintained from site to site across all business segments.  Act as Expert consultant to the IMPACT leadership in the review of materials and make recommendations for improvements to on-going courses.  Also serves as a conduit of information relative to customer concerns such that a problem at one site can be studied and prevented at all other sites. |
| Group Leader | Education Leader; with each BU providing at least 2 Board members with 1 on for 2 years and 1 on for 1 year to keep a rotation of new and old mixed. | Education Leader; membership TBD |

8

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

CAH 014963

## Example of the Benefits:
## Shared MPS/PD cGMP & Related Training

- <u>Over 75</u> QRA and EHS training curriculum topics can be shared between the 84 MPS and PD Distribution Centers.
- <u>Capital – FY'05</u>: $167,000 capital needed for training PC's at all distribution centers, software, and hardware.
- <u>Incremental Expenses</u> (contractor, software training, and travel):  FY '05: $30,000 ($21,500 contractor; $3500 software training; $5000 travel).
  - NOTE: MPS Distribution already has budgeted $30,000 for the CBT project for FY'05.  This is a request for an additional $30,000 from MPS / PD for FY'05
  - FY '06: $120,000 ($106,500 contractor; $3500 software training; $10,000 travel)
  - FY '07 and beyond: $60,000 ($55,000 contractor and $5000 travel)
- <u>Project must begin</u> in February/March with financial investments for savings to be realized in FY'06
- <u>Need to identify</u> a shared resource [recommend following program plan – hire Training Director for MPS / PD]


CardinalHealth

17

## Benefits of MPS / PD Training Synergy

- **Sharing curriculum** between MPS and PD delivered via CBT / WBT will free supervisor's time to focus on productivity
- CBT / WBT **will improved productivity** through a 49% savings in labor for training by switching  from classroom training ($985,729 per year)
- **50% higher learning retention**
- **Increased consistency** of training delivery; WBTs can replace selected instructor-led classes to achieve learning efficiencies (note: 90% WBT substitution for MPS/PD)
- **Increased efficiency and effectiveness**; WBTs can be developed for selected site course deficiencies to reduce compliance risk
- **Resources freed** from MPS/PD curriculum sharing can be eliminated/redeployed for increased productivity and cost efficiency; positions can be redeployed to satisfy new regulatory training organization needs


CardinalHealth

18

9

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH 014964**

CAH_MDL_PRIORPROD_DEA07_01181270

## Risk Assessment

**Cardinal Health trending:**
176 total findings *relative* to training (may be primary or secondary root cause of finding; includes regulatory agencies, internal audits and customer findings from 1/1/02 – 12/7/04)

**Jan '01-May '04 FDA analysis of 483s**
San Juan district: #1 most common observation 321/614 –failure to follow SOP or to document according to SOP.  A core course could be developed to cover this with every employee on a routine basis.  The 7th most common 483 was training – cGMP training is inadequate.

**Trending data provided to FDA by Turbo**
To take quick action relative to next inspection; just so, we need our trends reviewed and acted on…the RAT would provide the insight into our concerns & IMPACT would provide the services necessary to educate staff JIT

**Industry Warning Letter** excerpts:
1. *"There is no documentation that management reviewed the adequacy of the training… or to show that technician was retrained after making multiple errors in QC testing…"*
2. *" Failure to have in place an adequate organizational structure and sufficient personnel…"*
3. *"You failed to specify how initial training of new employees would be conducted…"*
4. *"The training program fails to assure your employees are trained in their specific tasks and in their assigned responsible functions."*


CardinalHealth

19

## Benefits: IMPACT

**Quality & Service Level** improvements that will continue to develop as the program delivers (measured & trended; not easily, but will be defined up-front); and, improve costs (again, less easily measured; examples will be reposited but can be exampled in direct impact by decreased duplication of efforts to develop and in some instances present; web takes place of trainer presenting and indirectly by less OT for re-work)

**Improved effectiveness** of training through standard program of lesson plans, development of 'core' courses ensuring availability to all, testing & follow-up training prn.  Ability to provide a wide range of course materials at a decreased cost based on quantity (on-site, web-casts, awareness of FDA web based training etc.); work with HR and with Cardinal University for synergies [in continuing to develop the right culture and long term improvements]; provide publications for continual feedback & to build or maintain momentum around IMPACT activities; & diversity of courses including customized to business/site needs, CD, videos, web-based employee led; web-based outside contractor led; EduNeering courses

**Consider internal transfer** of existing employees to build internal capabilities; move their current responsibilities to staff within / reshuffle the deck to best fit


CardinalHealth

20

10

**FOIA Confidential Treatment Requested By Cardinal**

CAH 014965

CONFIDENTIAL                                     CAH_MDL_PRIORPROD_DEA07_01181271

## Closing Comments: IMPACT

- Implementation Plan
- Estimated Costs
- High Level Project Plans

CardinalHealth

21

## Closing Comments: IMPACT
## Implementation Plan to Close The Gap

- Ensure highest level commitment to make IMPACT a reality (a real cultural change from today's model in many sites); determine best method of assurance of success with site/unit/segment leaders such as inclusion in '06 MBO's
- Fill leadership role
- Define thorough project business centric plan which aligns with leadership SAP/goals – 5 objectives discussed:
  1) develop educational training standards
  2) prioritize educational needs
  3) determine global learning objectives
  4) identify training resources & methods
  5) conduct educational activities
- Form advisory groups (TAB and RAT)


CardinalHealth

22

11

**FOIA Confidential
Treatment Requested By
Cardinal**

CAH 014966

CAH_MDL_PRIORPROD_DEA07_01181272

## Closing Comments: IMPACT
## Costs to Close the Gap



Enterprise Education Organization*:

| | |
|---|---|
| • Education Leader | $155,740 |
| • Administrative Asst | $ 43,680 |
| • Segment Directors (3) | $402,870 |
| • ID/WBT at business level (4) | $268,360 |
| Estimated Annual Costs: | $870,650 |

MPS/PD Curriculum Alignment:

| | |
|---|---|
| • PCs for Distribution Centers (estimated one-time cost) | $300,000 |

CardinalHealth

\* Salaries represent band midpoints for pay market B and include 30% for benefits.
\* Estimated salaries do not include other expenses and travel.

23

---

## Closing Comments
## High Level Project Plans



CardinalHealth

24

12

FOIA Confidential
Treatment Requested By
Cardinal

CAH 014967

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181273

## Appendix

I.   SIPOC/Gaps

II.   RACI

III.   Current state/problems

\*   Current curriculum summary available upon request

CardinalHealth



13

**FOIA Confidential Treatment Requested By Cardinal**

CAH 014968

CONFIDENTIAL                    CAH_MDL_PRIORPROD_DEA07_01181274



## Regulatory Training Gaps Based on SIPOC

| | Step 1 – Analysis of Training Needs | Step 2 – Design Curriculum | Step 3 – Develop Course Materials | Step 4 – Deliver Training | Step 5 – Evaluate Training | Step 6 – Maintain Materials & Metrics | |
|---|---|---|---|---|---|---|---|
| **Corporate Segment** | Guidelines to ID minimum training requirements | Guidelines on trainer qualifications, LMS, std curricula | Guidelines for instructional design plan, course design and training effectiveness | Guidelines for trainer certification and use of WBTs | Guidelines on min. metrics at corp. level and updating course materials | Need portal for storage of courses and other information | **Corporate, Segment & Business Level:** Large gaps in most steps of training process |
| **Business** | ID/prioritize training needs and evaluate effectiveness | Guidelines on recommended business curricula | Guidelines on learning assessment; provide course "shells" to sites | ROI decision on WBT vs. ILT; guidelines on TTT to sites to support course delivery | Guidelines on revision process and min. metrics at business level | Need LMS that tracks training and meets regulatory requirements | **Site Level:** Gaps from inconsistent course development and delivery |
| **Site** | ID site-specific training needs and execute to guidelines | Develop site-specific curricula and execute to guidelines | Review and approve course content and execute guidelines | Certify trainers, materials and execute course evaluation process | Collect and assess training outcomes against goals and baseline | Ensure training materials are current, correct and available | |

CardinalHealth

27

## RACI for IMPACT

| Activities | Training Leader | Advisory Boards | Segment Training Director |
|---|---|---|---|
| Set policies | A-Set /A-Execute | C-Set/C-Execute | R-Set/R-Execute |
| Establish guidelines | A | R | C |
| Assess for WBT | R | C | A |
| Needs Assessment | A-Core Curricula R-Other | C-Core Curricula C-Other | R-Core Curricula A-Other |
| Design | A-Core Courses C-Other | C-Core Courses C-Other | R-Core Courses A-Other |
| Development | A-Core Courses C-Other | C-Core Courses C-Other | R-Core Courses A-Other |
| Delivery | A-Core Courses C-Other | C-Core Courses C-Other | R-Core Courses A-Other |
| Evaluation | A-Core Courses R-Other | C-Core Courses C-Other | R-Core Courses A-Other |

CardinalHealth

29

14

FOIA Confidential
Treatment Requested By
Cardinal

CAH 014969

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181275

## FY'05 Current State and Estimated Regulatory Training Costs

<u>No standardized training process</u> (e.g. needs evaluation, metrics, training effectiveness, or trainer certification etc.)

<u>PTS</u> – Inconsistent training across sites

<u>MPS / PD</u> – Redundant training across sites; high potential for resource sharing

<u>CTS</u> – Training teams embedded in businesses; solid program in place to date

| Segment | Estimated Regulatory Training Costs | Estimated FTE's by Activity[2] |
|---------|-------------------------------------|-------------------------------|
| CTS | $  877,100 | 61.60 |
| PTS | $1,624,200[1] | 62.86 |
| MPS | $1,766,500 | 100.64 |
| PD | $  246,200 | 20.10 |
| Totals | $4,514,000 | 245.20 |

Footnotes:
1. Training costs exclude salaries, internal costs consisting of training delivery support (material prep and logistics) and external costs consisting of travel, trainer/enrollment fees and materials (note: costs exclude salaries/labor hours of trainers).
2. FTE by Activity collected from OCH Quality Shared Services Survey Attachment B and includes quality, administration and operations line and management FTEs, and include edited adjustments.   29

---



## Current State – Problems/Issues

<u>Lack of corporate</u> sponsorship for training; authority (if there is any real accountability) rests at individual sites in most cases; in most cases no repercussions for problems in training (not showing up; not completing; failing testing)

Training process is <u>non-existent</u> in some sites

<u>Numerous 483</u> references to insufficient training [one of root causes or symptom of causes: Staff not trained; Trainers not qualified; effectiveness was not measured; Training not provided in a timely manner; curriculum not developed or no minimum training requirements]

<u>Redundant training</u> across most segments with little to no resource sharing

Training is <u>outsourced</u> or ILT (Instructor Led Training). In many cases WBT would drastically reduce training costs.


CardinalHealth                                                                30

15

**FOIA Confidential Treatment Requested By Cardinal**

CAH 014970

**Thanks for Listening**

Any questions?

What are your concerns?

CardinalHealth

Operation One Cardinal Health
**Operational Excellence**

16

**FOIA Confidential
Treatment Requested By
Cardinal**

CAH 014971

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181277

## Team Members

- Sally Grigoriev – CTS
- Alan Barnebey – CTS
- Greg Baumli – MPS
- Jerry Webb – MPS
- Clive Pepper – PTS
- Bill Bolding – PTS, Packaging Services
- Frank Harmon – PTS, Sterile
- Laura Jones – PTS, Development
- Bill Owad – QRA, team lead
- Pam Altizer – ATK / George Group, support team
- Stratford Sherman - Prescient Leaders LLC, support team



33

## The Imperative of Operational Excellence

**Operational Excellence:** The attainment of a competitive advantage that is sustained by delivering exceptional performance that creates superior customer value.

**Operational Excellence integrates the three realms of quality**



- Customer Satisfaction: Service Excellence has been shown to influence as much of 40% of EBIT for Cardinal Health

- Performance Excellence: There are variable levels of performance that result in missed customer expectations and extra cost

- Compliance: Is a minimum requirement



34

17

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

### Cardinal Health's Program Foundations

- Customer Driven Operational Excellence builds on Cardinal Health's core values of ethics, collaborative values, innovation and partnering
- Establishes a process to identify improvement opportunities that directly support achieving One Cardinal Health strategies
- Serves as a clear bridge between internal work and external customer value
- Improves and optimizes processes to reduce waste, lower overall costs, accelerate process cycle times, minimize variation and improve compliance
- Focuses on key measurements, baselines and desired rates of improvement
- Creates an infrastructure to implement process improvements that are customer driven and enable sustained results to achieve "Double in Four"



35

---

## Our Burning Platform

- Loss of credibility, financial value
- Emphasis on ethics (form vs substance)
- Return to mid teen's earnings in FY'06 and beyond.
- Need to understand quality from customer's perspective
- Inability to achieve unrealized potential
- Limited on growth until organization is integrated internally through cultural development
- Build a new culture of winning
- Re-energize the organization



36

18

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL



### Approaching Organizational Engagement

**Macro Change (Organization)**

- Assess the cultural and organizational barriers/resistance
- Provide role-specific experiential training to broaden understanding and base of support
- Provide the key influencers (80/20) with coaching / support so they can apply central LSS concepts within their areas
- Key influencers model the desired future state by "walking the talk"
- Convey a consistent message of top-down support for LSS
- *Critical to getting the change started*

**Micro Change (Project Level)**

- Classroom training provides Black Belts / Green Belts and Sponsors with the tools to execute the project
- Team members get "on the job" training through the Black Belts (with the support & guidance of a coach)
- Projects are selected which cure "persistent pain" within the business
- Project successes are recognized and disseminated by senior managers
- Committed team members and sponsors form the pool of future Black Belts and Green Belts
- *Critical to building the momentum that will sustain the change*



19

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

CAH 014974

CAH_MDL_PRIORPROD_DEA07_01181280

## Our Approach will Integrate Lean and Six Sigma Tools

### Lean
**Speed + Waste Elimination + Implicit Infrastructure**

- **Goal** – Reduce waste and increase process speed
- **Focus** – Bias for action/ Implementing Toyota tools
- **Method** – Kaizen event bias, Value Stream Mapping

### Six Sigma
**Quality, Cost + Explicit Infrastructure**

- **Goal** – Improve performance on Customer CTQs
- **Focus** – Use DMAIC to eliminate variation
- **Method** – Management engagement, 0.5 to 1% dedicated as Black Belts and Champions

Lean Speed Enables Six Sigma Quality (Faster Cycles of Experimentation/learning)

Six Sigma Quality Enables Lean Speed (Fewer Defects Means Less Time Spent on Rework)

Source: George Group

# Operational Excellence Governance

Steering Committee
Chair - Dave Schlotterbeck

**Steering Committee - Sponsors**
- Create Organizational will
- Ensure continued priority & commitment to program
- Eliminate obstacles
- Demand accountability
- Monitor Progress

**Leadership Council - Leaders**
- Identify and drive initiatives
- Allocate resources
- Monitor benefits
- Operationalize learning

**Deployment Champions**
- Drive Execution
- Plan for strategic deployment topics
- Manage Deployment Directors
- Address tactical issues

CardinalHealth

20

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

CAH 014975

CAH_MDL_PRIORPROD_DEA07_01181281





21

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 014976**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181282





22

**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 014977**

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181283



## Deployment Scope

| Preliminary CAH Target | $100M Economic Profit (annualized) |
|---|---|
| Timeframe | 12-24 months |
| Preliminary Segment Targets | January 26 meeting |
| Projects per year | 3-5 per year per Project Leader |
| Project Duration | 3-5 months |
| Number of Project Leaders<br>Number of positions<br>backfilled | 200<br><br>50 |

CardinalHealth

23

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

## Next Steps

- Firm up program benefits estimate
- Complete resource requirements planning for deployment
- Buy-in of sponsors
- Identify Champions
- Finalize program scope and timing

 CardinalHealth

---

 CardinalHealth



# Customer Advocacy

Team members
Jan Dziewior – team leader
Vojna Andrle - MPS
Michele Donatich - MPS
Mico Holguin - PTS

24

**FOIA Confidential
Treatment Requested By
Cardinal**

CAH 014979

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181285

## Customer Advocacy

- **Title**: *Implementing Customer Advocacy Throughout Cardinal Health Segments*
- **Benefits**:
  - Improved response to customer experience with closed feedback loops
  - Use of customer information to improve on service/product related issues
  - Source of customer-centric input for future product ideas
  - Improved Customer Satisfaction then Customer Loyalty
- **Costs**:    TBD
- **Recommendations**:
  - Develop support and endorsement to proceed
  - Thorough assessment of value of customer advocacy model for each business and segment
- **Timing**: After decision to proceed, full implementation will take 12-18 months



49

## Future State of Customer Advocacy

- Establish a customer advocacy group in each segment to manage customer experience to improve customer satisfaction and loyalty
  - A business operating with ever improving efficiency in meeting customer expectations in ways that move the customer to loyalty
- Recommendation #1 – Corporate leadership must establish common cultural beliefs about changing to a customer centric mindset throughout the company
  - Analysis of process & associated resources that it will take to achieve this mindset
- Recommendations #2 - Transitioning into the Advocacy model requires a culture supportive of focusing on the customer and mobilizing potential resources from across the organization
  - Investigate how this impacts activities in other organizations
  - Determine where Customer Advocacy organizationally fits in the business/segment



50

25

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH 014980**

CAH_MDL_PRIORPROD_DEA07_01181286

## Principles of Customer Advocacy

<u>Old</u>

- Customer complaints
- Failure investigation of product
  - Confirm existing knowledge
- Metric to confirm progress
- Performance
  - Predictable
  - Consistent
  - Monitoring   rates

<u>New</u>

- Customer experience
- Failure investigation of experience
  - Challenging existing knowledge
- Metrics to change behavior
- Performance
  - Not stagnant
  - Confirming  rates
    - Long term  (3-5yrs) objective BHAG concept

CardinalHealth

51

## What is Quality Assurance ?



CardinalHealth

53

26

**FOIA Confidential Treatment Requested By Cardinal**

CAH 014981

CONFIDENTIAL
CAH_MDL_PRIORPROD_DEA07_01181287





27

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH 014982

CAH_MDL_PRIORPROD_DEA07_01181288

## Benefits realized at Alaris

- Captures and acts on service-related defects
  - 75% of customer issues are non-product related
- Consistent & objective Failure Investigation creates valid data on which to take (or not take) corrective actions
  - Drives investigations to root cause (broader than product contribution)
  - Catalyst for product/process enhancements
  - Provides critical systems "thinking" to customer issues
- Other Functions isolated from disruptive / reactive responses to perceived "critical / urgent" complaints
  - Frees up & focuses resources (sales/marketing/operations/R&D)
  - Better utilization of time & resources
- Customers interact with a peer (e.g. RN's) inside Cardinal when submitting complaints
  - Streamlined communication, solid data, viewed as "peer" by customer
- Timely, complete & accurate response to customer complaints with a ⇩ of NFF or Cannot duplicate


CardinalHealth

65

## Timeline of Changes

| Focus on Customer Expectations/Experience (Product quality/customer impact) | Planning Defining | Staffing Development | Implementation "Go Live" | Customer "Partnerships" |
|---|---|---|---|---|
| 12 – 18 months | 6 mos. | 6 mos. | 12 mos. | |
| Activities | •Sr. level presentations •Analyze current process (resources/reporting) •Review existing metrics •Review current customer survey data •Segment site visits | •Customer site visits •Issue understanding •Develop passion for charter •Resolution of past to satisfy customer | •Create new metrics •Problem resolution under "new eyes" | •Customer survey •Informing 3rd parties of charter (FDA etc.) •New product & new usage concepts provided to R&D & Mktg |

CardinalHealth

59

28

**FOIA Confidential Treatment Requested By Cardinal**

CAH 014983

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181289

## Key Principles and Elements

- Customer-centric – ~~all complaints~~ feedback offers value to the business
- Actions to be taken only on validated data
- Users need a single point of contact for relevant info; this should be a peer
- Corrective action should be prioritized objectively based on severity of failure and customer satisfaction
- Emotions need to be managed and not allowed to drive activities
- Understanding customer expectations & how they were created is the foundation for understanding experiences

 CardinalHealth

57

## Benefits from Alaris initiative

**Old Alaris Model**
- Complaint process
  - 14 recalls over 4 yrs
  - Warning letter
- Reactionary management
  - Emotion over facts
- Repair rates ~ 95% FYR
  23.9 CPM
- Repetitive FI & customer feedback
- Complaint closure >120 days
- Fights FDA
- 20+ FTE's to support comp. mgmt
  - 10 jr. clerks & lab techs
  - 10+ engineers, sales ~ Med. To Sr. levels of mgmt FTE's

**New Alaris Model**
- Customer Advocacy
  - 2 recalls over 5 yrs
    - 1 Notice
    - 1 Field action
- Responsive management
- Repair rates ~ 4.85% FYR
  7 CPM
- 97% instr. Repair eliminated
- Improved FPY
- Improved initial new prod. Releases
- ⇓ travel by multiple depts.
- Improved sales force utilization
- Complaint closure <10 days
- Trains FDA
- 16 FTE's

CardinalHealth

58

29

FOIA Confidential
Treatment Requested By
Cardinal

CAH 014984



**MP&S Current Process**

Issue #1  Timeliness of responses from the manufacturing facilities
Issue #2  Multiple business units with very diverse product lines

CardinalHealth

---

## Changes Required at MP&S to implement Customer Advocacy

- Need to consider reorganizing reporting structure, (i .e. addition of a Failure Investigation engineer), in order to complete customer complaint management from reporting to closure (including, testing, customer service and clinical).

CardinalHealth

30

FOIA Confidential
Treatment Requested By
Cardinal

CAH 014985

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181291

## PTS Current State – Process

- cGMP production requires specific QA response which is usually detailed in site SOP
  - PTS wide process inconsistent
  - Cross BU programs demonstrate issue
  - Written feedback & follow-up for customer review lacking

- Customer development & communication is not consistent before cGMP production.
  - Some customers overwhelmed while others severely neglected

- Despite lack of centralized customer care program, PTS is constantly offered various programs which appear to offer profitability & long-term growth

- Competitors recognize that a positive regulatory standing is a cost of doing business and are searching for programs that will offer customers perceived value


CardinalHealth

## PTS Current State – Best Practices

- It appears that sites like Red Lion Road may offer a blue print of some best practices that PTS may desire to embrace
  - Established metrics for customer tracking of issues
  - Proven communication template that insures all areas, e.g. sales, operations etc. are rapidly notified and involved in customer complaints


CardinalHealth

31

**FOIA Confidential
Treatment Requested By
Cardinal**

CAH 014986

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181292

## PTS Current State – Problems/Issues

- Strategic Account Directors are usually first to experience cross BU inconsistencies
  - R&D activities not synchronized.  There is not a customer champion to coordinate customer feedback
  - Commercial production when on back order, does not aggressively provide information to customers for adjustments or resolution
- PTS understands regulatory expectations but customer must navigate
  - Batch record review (cross BU even more difficult when a product depends on multiple sites)
  - Deviations
  - Late deliveries
  - Little emphasis on scheduled project or product reviews
  - Audits



63

## PTS Current State – Problems/Issues

- Customer communication
  - Dependent on experience level of BD rep
  - Limited amount of PM's available for critical programs
  - Defined policy for customer touchpoints has not been formalized
  - Hot Line for frustrated customers not available so customers either call site GM or higher
  - After resolution of customer issue, no process in place to insure resolution was appropriate



64

32

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

## Changes Required at PTS to implement

- Agreement on a customer advocate process that involves all functional areas with specified roles/responsibilities
  - Review Red Lion Road or other mature site for a program that others could follow without incurring additional costs.
- Insure PM's are available & have authority to represent customer at sites and to apply cycle compression at appropriate times
- Loyal customers demand more than regulatory compliance. Senior management must allow for initiatives that build value around our regulatory accomplishments



## Translating this across Cardinal Health

| Elements of Communication (Internal & external) | CTS | MP&S | PTS |
|---|---|---|---|
| Customer Advocate is a peer of the User | RN's interact with clinical<br><br>Engineers interact with biomedical | Clinicians facilitate advocate role | BD Rep, PM or Cust Service performs advocate role depending on drug development cycle |
| Failure investigation (FI) | Technical advocate – FI product contribution<br><br>Technical & clinical investigate expectations & practices to explain experiences | Failure investigations are conducted at the manufacturing facility. Business unit engineers and plant quality personnel complete the investigation. | Once into cGMP production, QA SOP drives resolution of technical issues |
| Actionable feedback to correct process owner | Clinical & Technical advocates drive actionable items to resp. dept. including customer | Clinicians drive prioritization based upon receipt of customer complaints. | Performance metrics required to provide feedback as well to serve as a guide for future strategies |



33

FOIA Confidential Treatment Requested By Cardinal

CONFIDENTIAL

## Translating this across Cardinal Health

| Elements of Communication (internal & external) | CTS | MP&S | PTS |
|---|---|---|---|
| Timely response to customer (internal & external) | Customer communication is priority throughout investigation<br><br>Automatic workflow escalation | Manufacturing site has responsibility for complaint closure. Each facility must adhere to P&P. Acknowledgement letters are sent out at receipt of complaint | Every manufacturing site needs to follow a similar response process for customers (internal & external) to insure site consistency |
| Corporate review of shared customers | Information readily available through company portals to those authorized<br><br>Automated cust. Case mgmt tools available to all interacting with cust. | Cross divisional information provided for shared customers when applicable | Cross divisional information provided for shared customers when applicable |
| Delivering value to customers to differentiate CAH from competitors | Sale & marketing begin using CA to assist in mgmt. of account & competitive differentiator | Strategic initiatives that anticipate customer concerns | Strategic initiatives that anticipate customer concerns |

## Current State – Estimated Spend

| Segment /Name | FTE | 2004 Spend |
|---|---|---|
| MP&S Professional Services | 13 | $0.5M |
| PTS Customer Service | ~10 | $0.5M |
| CTS Customer Advocacy | 16 | $1.9M |
| Total | 39 | $2.9M |


CardinalHealth

34

FOIA Confidential Treatment Requested By Cardinal

CAH 014989

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181295

**Actions to Close The Gap**

- Action #1 – MPS  and PTS management decision on where customer advocacy is embedded in the organization

- Action #2 –

  – For each business, begin in-depth analysis of current state supported by data collection on complaints, corrective action, response times and customer interviews.

  – Determine capability needed to migrate to new model (e.g. skills, systems, processes etc.)

  – Estimate requirements, phased implementation and deliverables



---



# Stability Testing - PTS

Team members:
Michael Barron - RTP
Michael Hagan – San Diego (Trade Place)
Kathy Nordin - Woodstock
Beth Rhodes – Winchester
Joanne Marriott – Pharmaceutical Development

35

**FOIA Confidential Treatment Requested By Cardinal**

CAH 014990

CONFIDENTIAL                                          CAH_MDL_PRIORPROD_DEA07_01181296

## PTS Stability Testing

- **Consolidate PTS Stability Testing in North America to 2 Center of Expertise sites**
- **Benefits:**
    1. Two CoE implemented utilizing current capacity and capabilities
    2. Run rate annual savings estimated at $0.7-$0.9M
    3. 18 HC reduced at seven US sites
    4. Optimized utilization of current equipment and chambers
- **Costs:**
    1. One time costs between $1.0M - $1.3M
        - mainly FTE method transfer costs concentrated in first 6 months post initiation extending through 12-18 months
        - other factors include severance and sample shipments
        - minimal equipment and facilities costs


CardinalHealth

71

## PTS Stability Team recommends the following -

- **Recommendations:**
    - Transfer stability studies to San Diego from Albuquerque and Woodstock
    - Transfer stability studies to RTP from Humacao, Winchester, St. Pete, Ft. Worth, and Somerset
    - Management must embrace, support, and communicate across all involved sites and facilitate customer buy-in
    - Assign overall Project Manager and identify site project teams
    - Develop Service Agreements and Metrics between donor and recipient sites to meet or exceed current standards for cycle time and quality


CardinalHealth

72

36

**FOIA Confidential Treatment Requested By Cardinal**

CAH 014991

## Recommendations, Constraints and Timing

- Recommendations (cont'd):
    - Determine applicability of ICA for this program
    - Further study of Europe needed to evaluate feasibility of a stability CoE
- Potential Constraints:
    - Site concurrence
    - Customer regulatory concerns
- Timing:
    - Initiate process immediately upon approval
    - Process completion 12 to 18 months

 CardinalHealth

73

## Future state of PTS Stability testing sites

- Two stability testing CoE's in N.Am., at San Diego, CA and RTP, NC, that serve all N.Am. dosage form manufacturing and packaging services.
    - Recommendation #1: Transfer stability studies to San Diego from Albuquerque and Woodstock
    - Recommendation #2: Transfer stability studies to RTP from Humacao, Winchester, Ft. Worth, St. Pete, and Somerset
        - development stability stays, only move stability around time of tech transfer
- Team did not examine raw material, in-process or finished product testing, assumption is that each mfg site retains it's own raw material, in-process and finished product release testing capabilities

 CardinalHealth

74

37

FOIA Confidential
Treatment Requested By
Cardinal

## Center of Expertise Detail

- **Two CoE's implemented at sites already equipped to handle stability studies**
  - Current organizations are capable of receiving without appreciable equipment, facilities or headcount changes
  - Favorable FDA inspection for both sites within last 2 years
  - Chambers and storage conditions already in place
  - Kaye Labwatch/backup systems/power generators
  - No additional FTE required to transition
  - No unique equipment required to transition


CardinalHealth
75

## Center of Expertise Detail

- **Quality and turn-around times maintained at current levels or better**
  - Negotiate service agreements with donor sites
  - Develop cycle times and report metrics
- **On-going studies transferred except when last timepoint pending or customer/regulatory issues**
- **Most studies can be transferred within 12 months**


CardinalHealth
76

38

**FOIA Confidential
Treatment Requested By
Cardinal**

CAH 014993

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181299

## Benefits Detail

- FTE reductions (18) at donor sites create on-going savings
- Technical staff, equipment, and chamber utilization at RTP and SD will be optimized
- Potential for new revenue based on focused CoE
- Donor sites focus on in-process and finished product testing

 CardinalHealth

77

## Benefits Detail - Assumptions

- RTP and SD were selected as "recipient" sites
  - RTP ← Winchester, Humacao, Somerset, St. Petersburg, Ft. Worth
  - S.D. ← Albuquerque, Woodstock
- Customer approval required
- CBE filing must occur for approved products.
- Equipment is generally left at the donor site for other shared usage, some may have minor salvage value
- RTP & SD need no appreciable FTE or equipment increases to take on the transferred business

 CardinalHealth

78

39

**FOIA Confidential Treatment Requested By Cardinal**

CAH 014994

CAH_MDL_PRIORPROD_DEA07_01181300

## Benefits Detail - Assumptions

- Test Method transfer is on average a 2-3 wk process/method and has been "priced" at 20 transfers/person/yr
- Samples within current studies need to be shipped under controlled conditions to recipient sites, est $20k /site
- Some stability testing will be left in place to run its course, all new studies would be moved
- Revenue/Profit relief will be given to the donor sites
- No costs to be incurred by the donor sites


CardinalHealth

79

## Current State of PTS Stability Testing Process

- **Nine PTS manufacturing sites** including three Pharmaceutical Development sites in the USA perform stability testing.

- **Albuquerque, Winchester, Ft. Worth** constitute majority of stability studies conducted on PTS manufactured product.

- **San Diego and RTP** conduct greatest number of studies under contract services basis, products may or may not be manufactured by CAH.

- Customers may use Cardinal Health, their own labs, or other contract labs to perform commercial product stability testing.

- Testing performed in PTS manufacturing sites use bench equipment shared for in-process and final product release testing


CardinalHealth

80

40

**FOIA Confidential Treatment Requested By Cardinal**

CAH 014995

## Current State Spend

- Spend could not be captured
  - Most PTS sites incorporate stability costs into mfg contracts and QC budgets
- Details of all the sites were collected
  - BU point of contact, active and ongoing studies, financials, equipment, chamber details

CardinalHealth

## Current State – Problems/Issues

- Under-utilized capacity at two main stability hubs in SD and RTP
- Headcount needed to conduct stability studies at multiple sites
- Level of control, i.e. validated monitoring systems, back-up generators, etc.
- Lost opportunities for revenue due to lack of awareness of stability capabilities across PTS

CardinalHealth

41

FOIA Confidential
Treatment Requested By
Cardinal

CAH 014996

CAH_MDL_PRIORPROD_DEA07_01181302

## Actions to Close The Gap - Consolidate testing at two sites

- Management must embrace, support, and communicate across all involved sites and facilitate customer buy-in
- Assign Project Manager
- Gain customer approval and facilitate CBE-30 filings
- Develop Service Agreements/Metrics between donor and recipient sites to meet or exceed current standards for cycle time and quality



## Actions to Close The Gap - Consolidate testing at two sites

- Determine applicability of ICA for this program
- Transfer analytical test methods
- Transfer samples under controlled conditions
- Reduce headcount committed to stability at mfg sites
  - Each site determines appropriate course of action
- Train technical and sales staff on capabilities and capacity of Stability CoE



42

FOIA Confidential
Treatment Requested By
Cardinal

CAH 014997

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01181303

## Costs to Close the Gap

- $1.0M - $1.3M
  - Method transfers are largest part of total cost and are conducted by CoE staff in conjunction with donor site staff
  - Other factors include severance and sample shipments
  - Ancillary costs associated with transition teams
- Undetermined costs to customers incurred due to CoE audits and CBE filings
- New customer audits increase demands on CoE QA units
- Incorporate new capabilities into technical staff orientation across PTS

CardinalHealth

85

## High Level Project Plans



CardinalHealth

86

43

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

CAH 014998

CAH_MDL_PRIORPROD_DEA07_01181304


CardinalHealth

# PTS Supplier Qualification/Certification Process

**Team members:**
Ed Koenig
Greg Lane
Trevor Lewis
Rick Mucci
Regina Rhoa
Andy Tapper
Ed Thiele

---

## Standardization of the PTS Supplier Qualification/Certification Process

- Benefits:   $ 0.350 MM : Enable $ 4-6 MM annual savings in raw material costs
- Costs:      $ 0.250-0.350 MM
- Recommendations:
  - 1 Standardize both the qualification and certification process for suppliers
  - 2 Perform all qualification testing at one laboratory
  - 3 Coordinate supplier audits at the PTS level
  - 4 Evaluate consolidation of U.S. Sterile raw material testing
- Timing: 6-9 Months


CardinalHealth

44

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

CAH 014999

CAH_MDL_PRIORPROD_DEA07_01181305

## PTS Supplier Quality Future State

- New Suppliers are qualified rapidly using a standard process. All qualification samples are tested at the same laboratory.
- A standard method to certify suppliers for the reduced testing program is implemented
- Audits of suppliers are controlled at the PTS level and conducted according to a standard checklist and a predetermined plan by plant personnel
- Auditors are trained to audit in a consistent manner
- Where appropriate raw materials and components are tested in a central location



## Benefits Detail

- Savings due to headcount reduction from 80 to 75 people to perform raw material testing
  - Combination of reduced testing due to global use of supplier certification, and consolidation of raw material testing where appropriate (sterile)
- Reduced travel expenses ($100K/yr) due to changing which sites perform supplier audits
- Soft Benefit:  Enable Purchasing to reduce the cost of raw materials by $4-6 MM . Reduce the time to approve new suppliers by 2 Months
- Ensure that supplier audits are performed in accordance with a standardized schedule to meet GMP compliance requirements



45

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

## Benefits Detail - Assumptions

- 2 month reduction in Qualification process is not consumed by customer or regulatory approval
- Most of the time in the Qualification process is Non-Value Add
- All plants will agree to and use standardized processes
- Commodity buyers will be co-located at individual sites with quality representatives
- Purchasing group will help drive the Qualification process

CardinalHealth

---

## Center of Expertise – PTS Supplier Quality



Existing Positions
New Positions

SVP Quality PTS

PTS Quality Coordinator

Purchasing Commodity Teams

1-3 Auditors / Trainers

Quality Rep

Purch Rep

Responsibilities of Quality Coordinator:
- Maintain standard supplier audit/qualification/certification processes
- Schedule supplier audits
- Train site auditors
- Maintain database for approved suppliers

Interactions with Coordinator and Sites:
- Accountability and Responsibility of audits remains at Site Level.  Coordinator will consolidate site plans into overall PTS audit plan, and coordinate site level activities.

CardinalHealth

46

FOIA Confidential
Treatment Requested By
Cardinal

CAH 015001

CAH_MDL_PRIORPROD_DEA07_01181307

## Current State - Spend

| Activities | Spend |
|---|---|
| Raw Material testing | $4.8 MM (80 people @ $60,000) |
| Auditing and certification | $0.9MM (15 people @$60,000 |
| Purchasing of :<br>Raw materials | $181 MM |
| Packaging supplies | $118 MM |

Note: 4,800 Suppliers
14,700 Items

CardinalHealth

## Current State – Problems/Issues

- No standard process for Supplier qualification or certification.
- It takes too long to qualify new suppliers
- No standard schedule for supplier audits and no system for insuring that suppliers are audited as planned (compliance)
- No method for capturing actual costs of Supplier Audit, Qualification/Certification programs
- No visibility to audits of potential new suppliers

CardinalHealth

47

FOIA Confidential
Treatment Requested By
Cardinal

CAH 015002

CAH_MDL_PRIORPROD_DEA07_01181308

**Actions to Close The Gap**

- Hire the coordinator and select the project team
- Create the standardized PTS processes for Audits, Qualification and Certification
- Obtain approval from all sites
- Train site audit teams
- Implement the proposed changes



95

**Costs to Close the Gap**

- Coordinator: $100K (ongoing)
- Project Team:  $150K (3-4 people for 4 months)
- Optional cost for centralized auditors:  $210K (3 people @ $70K)

- Note 1: these costs do not include the actual costs to perform audits
- Note 2: total costs to perform audits will increase when full compliance to audit schedule occurs



96

48

FOIA Confidential
Treatment Requested By
Cardinal

CAH 015003

CONFIDENTIAL                                      CAH_MDL_PRIORPROD_DEA07_01181309



49

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL





50

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

**CAH 015005**

CAH_MDL_PRIORPROD_DEA07_01181311

## Supplier Audit Current State Process

No standard process exists today

- Default is every 2 yrs by site using material
- Same supplier may be audited by more than one site
- All sites develop and audit own plans & schedules
- There is a standard audit checklist for Oral & Pkg Svcs
- Fledgling Audit database (Trackwise)


CardinalHealth

101

---


**Cardinal**Health

# PTS - Validation

**Team members**

Werner Bossert – team lead
MaryBeth D'Argenio
Anserd Fraser
Curtis Monnig
Anthony Pavell
Ted Thom
Dan Blackwell ATK/George Group

51

**FOIA Confidential
Treatment Requested By
Cardinal**

CAH 015006

## PTS Validation Shared Services

**Develop a PTS Validation Center of Expertise and enhance existing Computer Validation team**

- **Benefits:** Full Run Rate Savings: $ 0.75 – 1.0M

- **Costs:** One-time costs: $ 0.5 – 0.8M


CardinalHealth

103

---

## The PTS Validation Team Recommends the following:

- **Recommendation #1**
  - Installation of Validation Expert Team(s) (5-6 FTE's) covering Sterile Technologies, Oral and Packaging Technologies and Analytical Validation at PTS level.
  - IQ, OQ, PQ, Cleaning Validation, Product specific Validation, Process Validation
- **Recommendation #2**
  - Strengthen existing Computer Validation Expert Team (+ 2 FTE's).
  - Software and Hardware
- **Timing:** Implementation Timing: 9 - 18 months

CardinalHealth

104

52

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL

CAH 015007

CAH_MDL_PRIORPROD_DEA07_01181313

## PTS Validation Activities (Future State)

| Site Activities | Business Activities | Segment (PTS) Activities |
|---|---|---|
| Based on common standards, templates, SOP's<br><br>- Prepare specifications, protocols, local SOP's<br>- Execute protocols<br>- Write reports<br>- Audit site specific vendors<br>- Provide site specific training<br>- Project management | None | - Establish and maintain common validation standards including product transfer<br>- Establish and maintain common specifications (e.g. HVAC, water system, hardware, ...)<br>- Establish and maintain common templates and high level SOP's<br>- Establish and maintain repository of validation data<br>- Audit vendors for enterprise wide equipment, facilities, software, hardware<br>- Provide guidance and advice on best practices and regulations<br>- Give training support on validation (see training initiative)<br>- Perform full validation service including execution for major projects and enterprise wide software implementations (e.g new facilities, new technologies, JDE, Doc. Harmonization, ...) |



CardinalHealth

105

## Center of Expertise Detail

- Validation Expert Teams should report to the PTS Quality Head with dotted line to the Business Quality VP's

- Responsibilities - see description of future state. Important role is consultancy to the sites and Quality VP's.

- Common standards, templates and high level SOP's to be approved by PTS Quality Head and Business Quality VP's.

- The Validation Expert Team members need knowledge in <u>global</u> regulatory requirements.

- Existing Computer Validation Team and the Computer Validation Council could be a model

CardinalHealth

106

53

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH 015008

CAH_MDL_PRIORPROD_DEA07_01181314

## Benefits Detail

- Common approach to Validation
- One face to customers and agencies
- Leverage validation documentation and expertise
- Leverage vendor audit findings and recommendations
- Implement / use best practices
- Reduce consultancy expenses by 40%
- Will enhance regulatory compliance
- Will allow to close existing compliance gap with existing personnel or reduce number of people to be hired (depending on local situation)
- Know-how will stay within the company



CardinalHealth

107

## Benefits Detail – Assumptions

- The consolidated data are based on the replies of about 70% of the sites, for those which did not reply the numbers have been estimated.

- Savings of 40% of the consultant expenses are based on reasonable estimates of the team members. Consultants will also be needed in the future state for peak situations.

- Cost of non-compliance and benefits of improved customer satisfaction due to the future state have not been calculated / estimated.



CardinalHealth

108

54

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH 015009

CAH_MDL_PRIORPROD_DEA07_01181315

## Benefits Detail - Assumptions continued

- For the installation of the Validation Expert Team(s)  a period of 3-6 months for recruitment  and another 3-6 months for being effective is expected. This could be shortened, if internal candidates will be found.

- The breakdown of the validation activities have been calculated based on percentages given by those sites which gave detailed information.

- The proposed size of the Validation Expert Team(s) is based on the current business. If major validation projects are upcoming or the business model changes, the team(s) must be adjusted.

CardinalHealth

109

## Benefits Detail - Points to consider on implementation

- An evaluation of the site level staff was not part of this exercise. So no recommendation on headcount impact at a site level of the future state can be given.
- The validation expert team members need knowledge on global regulatory requirements.
  At least 2 senior validation experts with significant experience in pharmaceutical validation, 2 medium level members and admin support is recommended.
- Local requirements and responsibilities (e.g. Qualified Person) have to be considered.
- Local documentation has to be in local language.

CardinalHealth

110

55

**FOIA Confidential Treatment Requested By Cardinal**

CONFIDENTIAL

**CAH 015010**

CAH_MDL_PRIORPROD_DEA07_01181316

## Benefits Detail - Points to consider on implementation

- Standardization of equipment within the same technology would contribute significantly the the shared service approach as well as common suppliers for major equipment/facilities and common consultants.
- Product specific validation are usually significantly impacted by customer requirements.
- Once the expert team is working, the knowledge of subject matter experts from the sites should be used (e.g. cleaning validation, lyophilization, etc.)
- The proposal only covers the pharmaceutical business. Within PTS there is also H&N and cosmetic business.


CardinalHealth

111

## Current State of PTS Validation Process

- Currently all validation activities are at site level, expect some activities in computer validation as indicated.
- Validation activities include:
  - Establish system specifications (URS, Design Specifications,... )
  - Vendor qualification (equipment, facilities, hardware, software)
  - SOP writing
  - Protocol writing
  - Pre-validation activities
  - Execution of validation and qualification
  - Report writing and assessment
  - Re-validation activities
  - Analytical work
  - Calibration activities
  - Customer related activities
  - Project management
- Computer Validation: Master Plan and URS, common templates and high level SOP's currently being established at Segment (PTS) level
- Some standards currently available at PTS level


CardinalHealth

112

56

**FOIA Confidential Treatment Requested By Cardinal**

CAH 015011

CONFIDENTIAL                    CAH_MDL_PRIORPROD_DEA07_01181317

## Current State - Spend

Total in all validation activities, including Computer Validation

• Head count allocated [FTE's]:    ~ 206
• Other expenses internally [$]:    ~ 1,087,000
• Capital expenditures [$]:        ~ 2,738,000
• Consultant expenses [$]:         ~ 2,967,000
• Customer reimbursement [$]:      ~ 2,224,000

Based on feedback of about 70% of the sites


CardinalHealth                                            113

## Current State – Problems/Issues

• Individual Validation approach at site level, different levels and standards
• At most sites deficiencies in validation
• No common face to customers and agencies
• Significant expenses on external consultants
• Sharing of best practices limited
• Reinventing the wheel at the sites
• Different interpretations of legal regulations


CardinalHealth                                            114

57

FOIA Confidential
Treatment Requested By
Cardinal

CAH 015012

CONFIDENTIAL                                    CAH_MDL_PRIORPROD_DEA07_01181318

## Costs to Close the Gap

- Personnel costs of the Validation Expert Team: 5-6 FTE's for validation and 2 FTE's for computer validation ($ 0.75 – 1.0M)
- Recruitment costs
- Offices and equipment for the team(s)
- Hard- and software to establish a repository of validation activities (one-time costs of $ 0.5 – 0.8M)

CardinalHealth

115



58

**FOIA Confidential Treatment Requested By Cardinal**

CAH 015013



59

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH 015014

CAH_MDL_PRIORPROD_DEA07_01181320

## Current State - Spend

Site / Business Unit:   Packaging Services

| Activities | Head Count allocated FTE's | Other Expenses Internally ($) | Capital Expenditure ($) | Consultant Expenses ($) | Number of transactions in FY05 | Customer reimbursement ($) |
|---|---|---|---|---|---|---|
| Validation Activities | | | | | | |
| System specifications (URS, Design spec.) | 0.68 | 0 | 17000 | | 47.6 | |
| Vendor qualification (equipment, facilities) | 0.91 | 3400 | 1700 | | 8.1 | |
| SOPs | 1.09 | 0 | 17000 | | 20.4 | |
| Protocol writing | 8.514 | 0 | 17000 | 39,750.00 | 797.5 | |
| Execution | 10.404 | 23500 | 17000 | 12,750.00 | 447.1 | 68000 |
| Calibration | 0.17 | 4250 | 8500 | | 3.4 | |
| Report writing and assessment | 6.282 | 0 | 17000 | | 793.9 | |
| Revalidation activities | 2.04 | 0 | 0 | | 30.1 | |
| Revalidation activities | 1.67 | 0 | 0 | | 84.4 | |
| Test methods | 0.17 | 0 | 0 | | 10.3 | |
| Analytical work | 1.19 | 76900 | 37200 | 3400 | 37.4 | 54400 |
| Customer related activities | 0.425 | 0 | 0 | | 51 | 527000 |
| Project management | 0.782 | 0 | 17000 | | 34 | |
| Total | 30.277 | 111,300.00 | 137,700.00 | 78,500.00 | 2340.9 | 649,400.00 |

Consolidated data from all PS sites based on reply from 3 sites and estimated for 2 sites

CardinalHealth

118

## Current State - Spend

Site / Business Unit:   Pharmaceutical Development

| Activities | Head Count allocated FTE's | Other Expenses Internally ($) | Capital Expenditure ($) | Consultant Expenses ($) | Number of transactions in FY05 | Customer reimbursement ($) |
|---|---|---|---|---|---|---|
| Validation Activities | | | | | | |
| System specifications (URS, Design spec.) | 1.36 | 0 | 0 | 0 | 0 | 0 |
| Vendor qualification (equipment, facilities) | 0 | 0 | 0 | 0 | 0 | 0 |
| SOPs | 2.04 | 0 | 0 | 0 | 0 | 0 |
| Protocol writing | 5.88 | 0 | 0 | 0 | 0 | 0 |
| Execution | 14.5 | 0 | 0 | 448,500.00 | 0 | 0 |
| Report writing and assessment | 6.585 | 0 | 0 | 0 | 0 | 0 |
| Revalidation activities | 0 | 0 | 0 | 0 | 0 | 0 |
| Analytical work | 0 | 0 | 0 | 0 | 0 | 0 |
| Project management | 3.835 | 0 | 0 | 0 | 0 | 0 |
| Total | 34.3 | 0.00 | 0.00 | 448,500.00 | 0 | 0.00 |

Consolidated data from all PD sites

CardinalHealth

119

60

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH 015015

CAH_MDL_PRIORPROD_DEA07_01181321

## Current State - Spend

Site / Business Unit:   Sterile Services

| Activities | Head Count allocated FY05's | Other Expenses internally [$] | Capital Expenditures [$] | Consultant Expenses [$] | Number of transactions in FY05 | Customer reimbursement [$] |
|---|---|---|---|---|---|---|
| Validation Activities | | | | | | |
| Validation specifications | | 804000 | | | 187.5 | 825000 |
| System specifications (URS, Design spec.) | 1.62 | | | 37500 | | |
| Vendor qualification (equipment, facilities) | 0.7 | | | 31250 | | |
| SOPs | 1.56 | | | 12500 | | |
| Protocol writing | 7.29 | | | 93750 | | |
| Execution | 10.42 | 12500 | 8250 | 156250 | | |
| Report writing and assessment | 6.77 | | | 125000 | | |
| Revalidation activities | | | | 31250 | | |
| Analytical work | | | | | | |
| Project management | 2.75 | | | | | |
| Total | 31.11 | 816,500.00 | 8,250.00 | 487,500.00 | 187.5 | 825,000.00 |

Consolidated data from all sterile sites based on reply from 5 sites and estimated for 2 sites.

CardinalHealth                                                                                  t21

## Current State - Spend

Site / Business Unit:   Computer Validation

_[table illegible]_

CardinalHealth                                                                                  t22

61

FOIA Confidential
Treatment Requested By
Cardinal

CAH 015016



CardinalHealth

Operation One Cardinal Health
**Executive Presentation and
Decisions on Quality**

January 13, 2005

1

---

## The Quality Function has 2,270 FTEs representing total costs of $143.2 M (*)

Quality FTE's represent <1 % of total NON PD/PS Value of Production of $15.4 B or 3% of $5.0B Value of Manufactured Goods.

| Area | FTE's | | Area | Costs (M) |
|---|---|---|---|---|
| **Corporate Quality** | | | **Personnel Costs** | |
| • Management | 4 | | • Corporate | $3.5 |
| • Staff | 10 | | • MP&S | $27.8 |
| • Admin | 2 | | • PTS | $67.3 |
| | | | • CTS | $19.7 |
| **Total Corporate Quality** | 16 | | • PD/PS | .5 |
| | | | **Total Personnel Costs** | $118.8 |
| **Business Segments** | | | **Other Costs** | |
| • MP&S | 932 | | • MP&S | $6.0 |
| • PTS | 1078 | | • PTS | $12.9 |
| • CTS | 233 | | • CTS | $5.5 |
| • PD/PS | 11 | | • PD/PS | n/a |
| **Total Quality/Segment** | 2,254 | | **Total Other Costs** | $24.4 |
| **Total Quality FTE's** | 2,270 | | **Total Quality Costs** | $143.2 |

CardinalHealth

Source: Quality Shared Services Attachment A for FY 2005 YTD + forecast
(*) does not include 902 shadow FTE's and costs of $50M from admin, line and management

2

FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL



## Activities performed by the Quality Organization

Across all segments, 60% of the FTEs are involved in the Basics of Quality Activities

- Testing and Inspection
- Documentation
- Record and Review
- Calibration
- Problem Identification
- Process Validation &Testing
- Training

Source: Quality Shared Services Attachment B Survey

CardinalHealth

3

## Overall, the Quality Function is in Stage II of Excellence with segments varying in problem identification

**Key takeaways:**

- Clear and strong alignment of Quality to business unit goals
- Quality is tactical rather than strategic (e.g. customer focused) although the desire to become more strategic exists
- Problem Identification has greatest variation across segments with opportunity to improve using common methods and tools
- Span of Control at Stage IV – good for autonomy and cost containment but has strategic and governance downside

**Overall Stage Assessment:**

- Performance in stages vary by businesses and segments.
- Need to improve by driving for consistency
- Build capability and talent in all segments
- Leverage use of experts and sharing of methods and practices in a centralized structure.

| Quality | I | II | III | IV |
|---|---|---|---|---|
| Strategic Alignment | | x | | |
| Overall Quality | | | | |
| - Customer Service | | x | | |
| - Performance Improvement | | x | | |
| - Compliance | | | | |
| Problem Identification | | | | |
|   – PTS | | x | x | |
|   – MP&S | | x | | |
|   – CTS | | | x | |
|   - PD/PS | | | | |
| Metrics | | x | | |
| Span of Control | | | | x |
| Overall Position | | x | | |

CardinalHealth

4

**FOIA Confidential Treatment Requested By Cardinal**

CAH 015018

CONFIDENTIAL

## Internal Client Perspective of QRA

**QRA Model**
- Quality is not a mindset at Cardinal Health– we are not proactive
  - This is not high enough priority today
- When financials are tight– quality suffers
- Corporate Quality organization– not sure what their role is or should be
- Need to understand roles and what will be at Business or Segment level
- Corporate centers of excellence would be of value
- Would like to see stronger regulatory (i.e. FDA) affairs– could be a strategic advantage

**People**
- Under resourced today
- People we have are good– don't have enough bench strength
- Need to upgrade and deepen talent
- Not enough people

**Processes**
- Keeps us out of trouble but not very proactive or innovative
- Site level measurements and incentives can hinder investment in quality
- Surveys are good but not always timely
- Limited policy standardization

CardinalHealth

8

## Corporate and site Quality organizations are lean compared to benchmark companies

The corporate quality organization has a ratio to Business Quality FTEs of 1:141 which is much leaner than other companies of similar size and business/product offerings.

| Company | A | B | C | D | E | F | Cardinal Health |
|---|---|---|---|---|---|---|---|
| Quality FTE's at Site | 5,000 | 2,103 | 635 | 506 | 82 | 1,899 | 2,254 |
| Corporate | 65 | 228 | 34 | 122 | 9 | 276 | 16 |
| Total | 5,065 | 2,232 | 55 | 628 | 91 | 2175 | 2270 |
| Ratios | 1:77 | 1:9 | 1:19 | 1:4 | 1:9 | 1:7 | 1:141 |

The ratio of Quality to Manufacturing people is 1:14 which is leaner than other benchmark companies

| Company | A | B | C | D | E | F | Cardinal Health |
|---|---|---|---|---|---|---|---|
| Quality Roles (1) | 5,075 | 2,331 | 633 | 619 | 91 | 2,292 | 2,270 |
| Total Mfg Roles | 35,000 | 9,383 | 4,000 | 2,549 | 2,002 | 11,076 | 31,825 |
| Ratios | 1:7 | 1:4 | 1:6 | 1:4 | 1:22 | 1:5 | 1:14 |

Benchmark companies in alphabetical order are: Abbott, Alcon, Eli Lilly, GlaxoSmithKline, Johnson and Johnson, Medtronic and Wyeth

Source – Best Practices L.L.C – The Quality Function, Structure, Staffing and Execution, pp.28
(1)  Quality roles includes personnel at corporate and sites  (2) Cardinal Health Data from Attachment A

CardinalHealth

8

**FOIA Confidential Treatment Requested By Cardinal**

CAH 015019

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181325





**FOIA Confidential
Treatment Requested By
Cardinal**

**CAH 015020**

## Capability Opportunities are at least $110M with one-time costs of $7-$13M and recurring investments of $7.4M

### Operational Excellence

| Specific Recommendation | Benefit | Investment | Quality Impact | Service Impact |
|---|---|---|---|---|
| • Create an Operational Excellence capability<br>• Align Operational Excellence with DBM process<br>• Attain business commitment to staff and drive operations excellence initiatives<br>• Establish Corporate Ops Exc CoE ( 4 Segment Deployment Champions & 14 business directors ) | $ 100 M annualized | One-Time: $6.8-12.5M<br>(Includes Assessment, Training, Deployment, IT Solutions)<br>——<br>Ongoing investment of $6.5M (18 FTE and 40 FTE backfill) | • Performance to target<br>• Minimized cost of process infrastructure and non-conformance | • Performance matched to customer value<br>• Generate solutions to fit needs |

### Audit & Compliance

| Specific Recommendation | Benefit[1] | Investment | Quality Impact | Service Impact |
|---|---|---|---|---|
| • Establish medical device regulatory counsel<br>• Establish compliance analysis capability<br>• Establish EH&S audit and metric capability<br>• Add corrective action and facility operations capability | Avoid Lost Earnings $10 M<br>Avoid Corrective Action Costs: $1.5M<br>Avoid Legal costs: $0.5M (FY'06)<br>Avoid Consultant costs: $2.5M | One Time: $0.2 M for verification of audit program<br>——<br>Ongoing investment of $0.9M (6 FTE) | • Elimination of disruptive regulatory issues<br>• Ability to correct problems<br>• Achieve baseline EHS capability<br>• Understand risks | • Eliminate risks to strategic initiatives<br>• Align acquired operations to standards<br>• Enables influencing regulatory policy |

Notes: (1) Audit and compliance benefits are cost avoidance and therefore not included in totals

CardinalHealth

8

---

## Centers of Expertise opportunities range from $3.0M - $4.3M with one-time costs of ~$1.5M and recurring investment of ~$1.5M

| Opportunity | Specific recommendations | Baseline $$ & FTEs | Benefit Range ($) | Quality Impact | Service Impact | Investment required | Timing |
|---|---|---|---|---|---|---|---|
| Quality Training | • Create a corporate training center to provide guidelines on training needed to meet regulatory requirements and monitor training effectiveness<br>• Consolidate MPAS and PD/PS Distribution curriculums<br>• Provide Web based e-learning where applicable | Baseline = 0<br>(No corporate training activity) | $0.9 - $1.2 M/yr<br>Reduced training hours per site | Improve training to reduce observations and warning letters | Web based Training saves 48% labor time; improves student retention & provides consistent materials and delivery | $350 K CapEx<br>4 redeployed FTEs ($0.5M)<br>2 incremental FTE ($0.2M)<br>Note: LMS and Portal in IT | MPAS / PD/PS Start in Jan/Feb<br>Corp Training start up March '08 |
| Stability Testing - PTS | • Transfer stability testing from 6 'donor' sites to 2 other existing sites in North America (RTP, SD are the 'recipient' sites)<br>• No material change to the assets employed at the 6 'donor' sites | ~ $20 M<br>~ 83 FTEs | $0.7 - 0.9 M<br>Savings from reduction of 13 FTEs at donor sites<br>Revenue gains for stability tests possible in the long-term | Test quality is equivalent across all sites, better equipment in place at RTP & SD | Maintain the current test turnaround time of 15-30 days | $1.0 - 1.3 M<br>Relocation of samples, transfer of analytical methods, and full-time program mgmt. for 15 months | 9-16 months duration |
| Supplier Quality - PTS | • Implement segment level CoE for Audits & Qualification.<br>• Standardize Audit Qualification Process across PTS | 20 FTE PTS | $0.75 - 1.2 M PTS | Improve compliance capability and internal SOP<br>Reduce Audit overlap | Reduce Cycle time to lead time to set up and audit new suppliers | 5-6 FTEs incremental $0.4 - $0.5 M/yr. | 9-12 months duration |
| Validation & Qualification | • Implement Validation Expert team to cover Sterile, Oral, Plug and Analytical Validation<br>• In PTS, replace ~40% of consulting spend with 5-8 internal FTEs at segment | $3 M of spending on consultants 130 FTEs, primarily at sites | $0.75 - 1.0 M<br>25-40% reduction in spending on consultants | Improve internal capabilities | One face to customer and agencies<br>Improve cycle time of validation | 5-8 FTEs incremental $0.6 - $0.5 M/yr. | 6-12 months duration |

CardinalHealth

10

FOIA Confidential
Treatment Requested By
Cardinal

CAH 015021

CONFIDENTIAL

CAH_MDL_PRIORPROD_DEA07_01181327

## Summary of Changes & Implications

**Major Changes**

- Adopt and fund customer driven Operational Excellence as a core element of One Cardinal Health
- Upgrade regulatory compliance to minimum capability
- Utilize compliance function for corrective programs
- Operationalize changes to corporate and segment management structure
- Implement CoE consolidation and recommendations

**Implications**

- Commitment to resource Operational Excellence and compliance capabilities
- Commitment to soliciting customer feedback and aligning processes to customer value proposition
- Internal deployment against problems vs. external regulatory consultants
- Seamless connectivity between operations and Quality in priorities, rewards and actions
- Operational assessment input into business strategy and initiatives
- Redeployment of resources to achieve shared services Center of Expertise consolidation


CardinalHealth

11

---


CardinalHealth

## Operation One Cardinal Health
# Quality's Role in
# One Cardinal Health

January 13, 2005

12

**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL





**FOIA Confidential Treatment Requested By Cardinal**

**CAH 015023**

CONFIDENTIAL





**FOIA Confidential
Treatment Requested By
Cardinal**

CAH 015024

CAH_MDL_PRIORPROD_DEA07_01181330





**FOIA Confidential
Treatment Requested By
Cardinal**

CONFIDENTIAL



FOIA Confidential
Treatment Requested By
Cardinal

CONFIDENTIAL

CAH 015026

CAH_MDL_PRIORPROD_DEA07_01181332