# EXHIBIT 212

# DRUG DISTRIBUTION
# COMPLIANCE BUDGET REVIEW
# FISCAL YEAR 2007

## TABLE OF CONTENTS



- Department Budget Highlights/Assumptions - Bullet Point
- Budget variances from forecast
- New Hires
- Organization Chart
- Expense Reconciliation
- FY07 Budget Trend
- FY06 Actual/Forecast Trend

CONFIDENTIAL

CAH_MDL2804_02102331

# COMPLIANCE BUDGET REVIEW
## Fiscal 2007 Budget Highlights/Assumptions

- Director, Quality & Regulatory Affairs (new headcount)
  Current department staff workloads are at full capacity. Effective management of current projects and initiatives is difficult. Resources to take on new initiatives and the ability to improve and enhance existing programs are lacking. Specifically, a resource is needed to manage EH&S program build out, standard operating procedure development, maintenance and document control, NABP wholesaler accreditation process, new complex state licensing requirements and to assist in ongoing initiatives such as pedigree, supply chain integrity, web based regulatory training and day to day management of field activities.

- Manager, Quality & Regulatory Affairs (new headcount)
  Effective and successful implementation and management of the Anti Diversion Policy and Program and the addition of OTC vendors to the supplier qualification program requires an additional headcount. Currently, the Anti Diversion program takes 75% of the existing manager's time. Rollout of the associated training program will maximize his capacity and it is anticipated that investigations related to the program will increase. Currently, we plan to conduct supplier qualification audits at 12 DOD vendors and repackagers. Adding OTC suppliers will increase the number of annual audits to 33.

- Supplier Qualification Program
  Requires a background check to be conducted on company, company officers and key management personnel. Includes criminal background and criminal and civil litigation check. Necessary funding is 20K.

- Anti-Diversion Program
  Requires Dunn & Bradstreet checks to be conducted on investigative targets. Necessary funding is 3k

- 
- 
- 
- 
- 
- 
- 
- 

2

CONFIDENTIAL
CAH_MDL2804_02102332

| COMPLIANCE BUDGET REVIEW | FY06 Actual/Fcst | FY07 Budget | $ V | % V | Explanations for Variances Greater than $10K and 15% |
|---|---|---|---|---|---|
| HEADCOUNT (ending count) | 0.0 | 0.0 | 0 | 0% | |
| EMPLOYMENT COSTS: | | | | | |
| SALARY | 399,033 | 581,251 | (182,218) | (46%) | 2 new FTE's, $177K |
| BONUS | 38,568 | 96,315 | (57,747) | (150%) | 2 new FTE's, $29K, Unbudgeted FY06 bonus of $6K |
| OVERTIME | 564 | 630 | (65) | (12%) | |
| FRINGE BENEFITS | 92,734 | 133,587 | (40,853) | (44%) | 2 new FTE's, $38K |
| TOTAL EMPLOYMENT COSTS | 530,899 | 811,782 | (280,883) | (53%) | |
| EMPLOYEE ACTIVITIES | 1,453 | 2,620 | (1,167) | (80%) | |
| TEMPORARY HELP | 0 | 0 | 0 | 0% | |
| REPAIRS & MAINTENANCE | 0 | 0 | 0 | 0% | |
| SUPPLIES | 2,543 | 2,658 | (114) | (4%) | |
| BUILDING EXPENSE | 0 | 0 | 0 | 0% | |
| OTHER RENT | 0 | 0 | 0 | 0% | |
| TRAVEL & ENTERTAINMENT | 64,238 | 90,000 | (25,762) | (40%) | Add'l travel for new FTE's |
| TRADESHOWS / MEETINGS | 0 | 0 | 0 | 0% | |
| PRINTING EXPENSES | 48 | 36 | 12 | 26% | |
| COMMUNICATIONS | 28,335 | 0 | 28,335 | 100% | All communications expense moved to EIT |
| DEPRECIATION | 0 | 0 | 0 | 0% | |
| EXPENSE ALLOCATION IN/OUT | 0 | 0 | 0 | 0% | |
| DUES & SUBSCRIPTIONS | 0 | 5,875 | (5,875) | 100% | |
| RELOCATION | 1,278 | 75,000 | (73,722) | (5769%) | Relocation for new director budgeted |
| RECRUITING | 0 | 0 | 0 | 0% | |
| INSURANCE | 0 | 0 | 0 | 0% | |
| LICENSE & PERMITS | 122 | 126 | (4) | (3%) | |
| POSTAGE & DELIVERY | 93 | 54 | 39 | 42% | |
| OUTSIDE SERVICES / ORDERNET | 0 | 8,500 | (8,500) | 100% | |
| TAXES | 0 | 0 | 0 | 0% | |
| FINANCIAL SERVICE FEES | 0 | 0 | 0 | 0% | |
| INVESTOR RELATIONS FEES | 0 | 0 | 0 | 0% | |
| CAPITALIZATION CREDITS | 0 | 0 | 0 | 0% | |
| MISCELLANOUS EXPENSE | 169 | 174 | (5) | (3%) | |
| TOTAL EXPENSES | 629,177 | 996,825 | (367,647) | (58%) | |

3

# COMPLIANCE BUDGET REVIEW
## Fiscal 2007 New Hires

| Position | Salary | | Hire Date |
|---|---|---|---|
| Director | $138,000 | + 20% MIP | 1-Jul-06 |
| Manager | $ 68,200 | + 10% MIP | 1-Jul-06 |

4

Organizational Chart
Quality & Regulatory Affairs



# COMPLIANCE BUDGET REVIEW
## FY 07 Budget - Expense Reconciliation

(000's)

Region/Department: __**COMPLIANCE**__

|  | Expense $ |
|---|---:|
| **FY 06 Forecast (actuals through 3/31/06   )** | 629 |
| **FY 06 Partial Year Hires and/or Open Positions:** | |
| Unbudgeted Bonus | 27 |
| **FY 06 Unusuals (please list):** | |
| Communication Expense | (28) |
| Relocation cost | (1) |
| FICA on stock options | (4) |
| **Adjusted FY 06 Forecast** | 623 |
| Merit increase of 3.50% in Sept | 15 |
| Standard FY 07 Growth Rate on other expenses of 3.0% | 2 |
| **FY 07 Unusuals (please list):** | |
| Additional travel for new FTE's | 24 |
| Relocation for new Director | 75 |
| Dues & Subscriptions | |
|    Keller On-Line safety Management | 1 |
|    Congressional Quarterly | 3 |
|    Code of Federal Regulations | 1 |
| Outside Services | |
|    Rexus Corporation | 8 |
|    Dun & Bradstreet | 1 |
| **FY 07 New Hires (please list):** | |
| Director | 161 |
| Manager | 83 |
| **FY 07 Strategic Investments - headcount or other spending (list):** | |
| **Other** | |
| **FY 07 Budget Submission** | 997 |

6

CONFIDENTIAL
CAH_MDL2804_02102336

COMPLIANCE
Expense Summary
FY07 Budget Trend

| | | | | | | FY07 | BUDGET | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY Total |
| HEADCOUNT (ending count) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| EMPLOYMENT COSTS: | | | | | | | | | | | | | |
| SALARY | 46,025 | 50,408 | 47,135 | 49,380 | 49,380 | 47,135 | 51,624 | 44,891 | 49,380 | 47,135 | 51,624 | 47,135 | 581,251 |
| BONUS | 8,026 | 8,026 | 8,026 | 8,026 | 8,026 | 8,026 | 8,026 | 8,026 | 8,026 | 8,026 | 8,026 | 8,026 | 96,315 |
| OVERTIME | 49 | 54 | 51 | 54 | 54 | 51 | 56 | 49 | 54 | 51 | 56 | 51 | 630 |
| FRINGE BENEFITS | 10,480 | 10,897 | 10,001 | 10,069 | 10,069 | 9,883 | 13,693 | 11,727 | 11,895 | 11,595 | 12,096 | 11,184 | 133,587 |
| TOTAL EMPLOYMENT COSTS | 64,580 | 69,386 | 65,213 | 67,528 | 67,528 | 65,095 | 73,400 | 64,692 | 69,354 | 66,807 | 71,802 | 66,396 | 811,782 |
| EMPLOYEE ACTIVITIES | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 218 | 2,620 |
| TEMPORARY HELP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| REPAIRS & MAINTENANCE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPPLIES | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 221 | 2,658 |
| BUILDING EXPENSE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER RENT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TRAVEL & ENTERTAINMENT | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 7,500 | 90,000 |
| TRADESHOWS / MEETINGS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PRINTING EXPENSES | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 3 | 36 |
| COMMUNICATIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DEPRECIATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EXPENSE ALLOCATION IN/OUT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DUES & SUBSCRIPTIONS | 490 | 490 | 490 | 490 | 490 | 490 | 490 | 490 | 490 | 490 | 490 | 490 | 5,875 |
| RELOCATION | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 6,250 | 75,000 |
| RECRUITING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INSURANCE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LICENSE & PERMITS | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 10 | 126 |
| POSTAGE & DELIVERY | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 5 | 54 |
| OUTSIDE SERVICES / ORDERNE | 708 | 708 | 708 | 708 | 708 | 708 | 708 | 708 | 708 | 708 | 708 | 708 | 8,500 |
| TAXES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FINANCIAL SERVICE FEES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INVESTOR RELATIONS FEES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CAPITALIZATION CREDITS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MISCELLANOUS EXPENSE | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 15 | 174 |
| TOTAL EXPENSES | 80,000 | 84,806 | 80,633 | 82,948 | 82,948 | 80,515 | 88,820 | 80,112 | 84,775 | 82,227 | 87,222 | 81,816 | 996,825 |
| QUARTER TOTAL | | | 245,440 | | | 246,412 | | | 253,707 | | | 251,266 | |

7

CONFIDENTIAL

CAH_MDL2804_02102337

COMPLIANCE
EXPENSE SUMMARY
FY06 Actual/Forecast Trend

| | Jul | Aug | Sep | Oct | Nov | Dec | Jan | Feb | Mar | Apr | May | Jun | FY Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | FY06 | ACTUAL/FORECAST | | | | | | |
| HEADCOUNT (ending count) | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | 0.0 | |
| EMPLOYMENT COSTS: | | | | | | | | | | | | | |
| SALARY | 10,000 | 57,421 | 33,642 | 31,728 | 32,575 | 33,709 | 33,394 | 30,209 | 34,713 | 31,275 | 35,966 | 34,402 | 399,033 |
| BONUS | 3,214 | 3,214 | 3,214 | 3,214 | 3,214 | 3,214 | 3,214 | 3,214 | 3,214 | 3,214 | 3,214 | 3,214 | 38,568 |
| OVERTIME | 0 | 121 | 95 | (7) | 0 | 48 | 36 | 29 | 93 | 50 | 50 | 50 | 564 |
| FRINGE BENEFITS | 1,046 | 11,172 | 8,325 | 7,809 | 6,944 | 7,837 | 15,266 | 4,173 | 6,799 | 7,651 | 8,303 | 7,409 | 92,734 |
| TOTAL EMPLOYMENT COSTS | 14,260 | 71,927 | 45,276 | 42,744 | 42,732 | 44,808 | 51,910 | 37,626 | 44,819 | 42,190 | 47,533 | 45,075 | 530,899 |
| EMPLOYEE ACTIVITIES | 0 | 0 | 1,148 | 0 | 0 | 0 | 54 | 0 | 0 | 84 | 84 | 84 | 1,453 |
| TEMPORARY HELP | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| REPAIRS & MAINTENANCE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| SUPPLIES | 0 | 0 | 99 | 72 | 0 | 1,270 | 39 | 728 | 187 | 50 | 50 | 50 | 2,543 |
| BUILDING EXPENSE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| OTHER RENT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TRAVEL & ENTERTAINMENT | 0 | 4,157 | 7,537 | 5,695 | 6,018 | 4,484 | 5,276 | 5,618 | 9,707 | 5,248 | 5,248 | 5,248 | 64,238 |
| TRADESHOWS / MEETINGS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| PRINTING EXPENSES | 0 | 0 | 35 | 0 | 0 | 0 | 0 | 0 | 13 | 0 | 0 | 0 | 48 |
| COMMUNICATIONS | 2,250 | 2,250 | 2,409 | 2,394 | 2,275 | 2,507 | 2,300 | 2,497 | 2,404 | 2,350 | 2,350 | 2,350 | 28,335 |
| DEPRECIATION | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| EXPENSE ALLOCATION IN/OUT | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| DUES & SUBSCRIPTIONS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| RELOCATION | 0 | 0 | 0 | 0 | 0 | 3,085 | (1,808) | 0 | 0 | 0 | 0 | 0 | 1,278 |
| RECRUITING | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INSURANCE | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| LICENSE & PERMITS | 0 | 0 | 0 | 75 | 0 | 0 | 0 | 47 | 0 | 0 | 0 | 0 | 122 |
| POSTAGE & DELIVERY | 0 | 0 | 20 | 0 | 33 | 0 | 0 | 0 | 40 | 0 | 0 | 0 | 93 |
| OUTSIDE SERVICES / ORDERNE | 0 | 0 | 0 | 66 | (66) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| TAXES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| FINANCIAL SERVICE FEES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| INVESTOR RELATIONS FEES | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| CAPITALIZATION CREDITS | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 |
| MISCELLANOUS EXPENSE | 0 | 0 | 30 | 0 | 0 | 140 | 0 | 0 | 0 | 0 | 0 | 0 | 169 |
| TOTAL EXPENSES | 16,510 | 78,334 | 56,552 | 51,046 | 50,991 | 56,294 | 57,771 | 46,515 | 57,169 | 49,922 | 55,265 | 52,807 | 629,177 |
| QUARTER TOTAL | | | 151,396 | | | 158,332 | | | 161,456 | | | 157,994 | |

CONFIDENTIAL

CAH_MDL2804_02102338