# EXHIBIT 216

| | |
|---|---|
| **From:** | Mitchell, Mark S |
| **Sent:** | Thursday, May 12, 2005 4:28 PM |
| **To:** | Baker, Cassi; Reardon, Steve |
| **Cc:** | Velez, David |
| **Subject:** | Drug Wholesale Advisory Council |

Cassi and Steve,

A couple of particular items of interest that came out of the quarterly meeting today...

1. We (three wholesalers) were asked by Greg Jones if we have specific protocol to monitor possible drug diversion (outside of ARCOS) activity with internet pharmacies or wholesaler accts. Nobody volunteered an answer. To my knowledge, we do not. If a distributor or Internet pharmacy customer is properly licensed and a legal entity to purchase from us, we typically do not monitor what they purchase, or track who they sell to. If they are a legitimate member of a GPO, and we have them attached to contract pricing, they may buy products at whatever the mfg contract dictates. If they then resell to another distributor, we would not have knowledge of this. Perhaps we should audit what contracts each distributor customer has attached and determine if they meet the requirements (to my knowledge, a distributor should not be eligible for GPO contract pricing, although some may be accessing them).

2. Jack Hannon (McK) inquired about Pedigree requirements in situations where the wholesaler provides drop ship billing for a blood products distributor (such as FFF or SPD). Do we then have an obligation to provide a Pedigree, if we are not actually handling the product, just billing? Bob Daniti answered that we should be responsible for obtaining pedigree authentication from the distributor. Jack mentioned that perhaps this might prohibit the wholesalers from offering this type of billing service in the future.

3. Dean Ellis, the President of a small Florida medical distributor asked about Pedigree when a drug is a component of a medical kit, for distribution to hospitals and doctors offices. This would likely affect MPS,a s they distribute these type of procedure packs which contain some drug. This was tabled pending more research.

Comments?

*Mark S. Mitchell*
**Vice President**
**Health System Sales**
**Southeast Group**
863-647-3500
863-698-3281 (cell)

1