# EXHIBIT 222

```
 1                UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                      EASTERN DIVISION
 3                          - - -
 4   IN RE:  NATIONAL              )
     PRESCRIPTION                  )  MDL No. 2804
 5   OPIATE LITIGATION             )
     _____ )  Case No.
 6                                 )  1:17-MD-2804
     THIS DOCUMENT RELATES         )
 7   TO ALL CASES                  )  Hon. Dan A. Polster
 8                          - - -
 9             THURSDAY, NOVEMBER 15, 2018
10       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                   CONFIDENTIALITY REVIEW
11
                            - - -
12
13         Videotaped deposition of Mark Hartman,
14   held at the offices of BakerHostetler, 200 Civic
15   Center Drive, Suite 1200, Columbus, Ohio, commencing
16   at 9:06 a.m., on the above date, before Carol A. Kirk,
17   Registered Merit Reporter and Notary Public.
18
19                          - - -
20
21
22
23            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
24                 deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

1  least according to the e-mail, when?

2      A.   December 19, 2007.

3      Q.   Okay.  And let me ask, had you

4  left Cardinal for a brief period at that point?

5      A.   Hadn't left.  We were going

6  through a reorganization.  My position was being

7  eliminated, the one I was in previously, so we

8  were looking for roles inside of the company and

9  I was looking externally as well.

10          This position became available,

11 and Cardinal offered it to me.  So there was

12 about a month in there between that role ending

13 that I was in and then this role coming up.

14     Q.   So were you actually unemployed

15 during that time?

16     A.   No, I was still a Cardinal

17 employee.

18     Q.   You just didn't have a spot?

19     A.   That's right.

20     Q.   Fair enough.  Fair enough.

21          And if you will, read the first

22 sentence for us.

23     A.   Of the announcement?

24     Q.   Yes, sir.

```
 1        A.    "We are pleased to announce the
 2   appointment of Mark Hartman to the position of
 3   Senior Vice President, Supply Chain Integrity
 4   and Regulatory Operations for HSCS reporting to
 5   both of us."
 6        Q.    And "both of us" indicates who?
 7        A.    And -- let's see.
 8        Q.    If you look at the front section.
 9        A.    So that's Jeff Henderson and
10   Gary Dolch.
11        Q.    And who is Mr. Henderson; do you
12   know?
13        A.    Yes.  He's the -- he was the chief
14   financial officer at the time and the interim
15   CEO.
16        Q.    And the CEO for Healthcare Supply
17   Chain Services, correct?
18        A.    HS -- yeah, yes, that's correct.
19        Q.    The acronym that we were
20   struggling with earlier?
21        A.    Correct.
22        Q.    And who is Mr. Dolch?
23        A.    EVP quality and regulatory
24   affairs.
```

Highly Confidential - Subject to Further Confidentiality Review

1  says, "Media reports of OxyContin abuse and
2  diversion began to surface in 2000. These
3  were -- reports first appeared in rural areas of
4  some states, generally in the Appalachian
5  region, continued to spread to other rural areas
6  and larger cities in several states. Rural
7  communities in Maine, Kentucky, Ohio,
8  Pennsylvania, Virginia, and West Virginia were
9  reportedly being devastated by the abuse and
10 diversion of OxyContin."
11           And then if we go on to the next
12 page, sir, about halfway down, that first
13 paragraph, "The media also reported on deaths
14 due to OxyContin. For example, a newspaper's
15 investigation of autopsy reports involving
16 oxycodone-related deaths found that OxyContin
17 had been involved in over 200 overdose deaths in
18 Florida since 2000."
19           Were you aware, sir, that there
20 were certain parts of the country that were
21 being affected more significantly than other
22 parts of the country when it came to the opioid
23 epidemic?
24      A.   During what time period?