# EXHIBIT 224

| | |
|---|---|
| **From:** | Sopher, Scott (US - Atlanta) |
| **To:** | Deloso, Michael (US - Atlanta) |
| **CC:** | Shen, Yi (US - New York) |
| **Sent:** | 10/17/2012 11:03:44 PM |
| **Subject:** | RE: The situation at CAH remains "chaotic" and we probably should not exit on Nov. 16th. Two areas we can potentially help.. |

So true!

**Scott M. Sopher**
Principal
Deloitte Consulting LLP
191 Peachtree Street NE
Atlanta, GA 30303
Tel/Direct: 404-631-2600
Fax: 404-890-9681
Mobile: 770-329-2857
ssopher@deloitte.com

---

**From:** Deloso, Michael (US - Atlanta)
**Sent:** Wednesday, October 17, 2012 10:07 PM
**To:** Sopher, Scott (US - Atlanta)
**Cc:** Shen, Yi (US - New York)
**Subject:** RE: The situation at CAH remains "chaotic" and we probably should not exit on Nov. 16th. Two areas we can potentially help..

Wow. . .here it is again. . .it's their "new" standard operating procedure. . .

- They plan a "piloted" that no one knew about and tested nothing really
- They get everyone focused on Sept 11 and do upgrade nothing since the summer except for some awesome training on the last day
- Now they plan to implement everything they wanted in Sept on Nov 1. . .no wait, now December
- And everyone is in a state of chaos. . .organization won't fix this. . .they need leadership

Just my opinion. . .

Mike

**Michael Deloso**
Deloitte Consulting LLP

Fax: +1 404 443 9410
Mobile: + 1 770 715 5557
mdeloso@deloitte.com
www.deloitte.com

191 Peachtree Street NE
Suite 2000
Atlanta, Georgia 30303

---

**From:** Sopher, Scott (US - Atlanta)
**Sent:** Wednesday, October 17, 2012 9:58 PM
**To:** Shen, Yi (US - New York); Deloso, Michael (US - Atlanta)
**Subject:** RE: The situation at CAH remains "chaotic" and we probably should not exit on Nov. 16th. Two areas we can potentially help..

Yes, let's have a call over the next few days.

**Scott M. Sopher**
Principal
Deloitte Consulting LLP
191 Peachtree Street NE
Atlanta, GA 30303
Tel/Direct: 404-631-2600
Fax: 404-890-9681
Mobile: 770-329-2857
ssopher@deloitte.com

---

**From:** Shen, Yi (US - New York)
**Sent:** Wednesday, October 17, 2012 9:45 PM
**To:** Sopher, Scott (US - Atlanta); Deloso, Michael (US - Atlanta)
**Subject:** The situation at CAH remains "chaotic" and we probably should not exit on Nov. 16th. Two areas we can potentially help..

Mike and Scott,

Sorry about the delay in getting the Kaufmann notes completed. I will get them out to Mike no later than 7AM tomorrow. The delay was caused by the heavy workload associated with preparing materials for today's PMO. Please see attached for 2 slide decks reviewed at today's meeting.

The audience (Gilberto, Bob, Linden, Todd) were impressed by our work and "worried" about who would be doing all the work after we leave. Ullrich, the new Investigations Director, joked: "Todd, make sure you get Yi's contact information."

*The bottom line is the new organization is losing focus already. More than half of the action items (decided at Sep. 25th meeting) were not completed and the sense of urgency, if not gone completely, at least was invisible.*

*The threshold-setting implementation was pushed back to December, significantly deviating from the Nov. 1 deadline that Gilberto has committed to George.*

*Gilberto was visibly disappointed and concerned.*

*Linden who described the current status as "chaotic", suggested we help re-structure the new organization (which I see the need as well) and supported my suggestion of re-visiting the customer profiling project, this is where HIVE can play a role – Scott, I brought this up 2 months ago and had it put it on the backburner to focus on the Sep. 11th roll-out. Now the timing appears to be right)*

Let me know if you want to have a quick chat.

Regards,

Yi


**Yi Shen**
Strategy & Operations
Deloitte Consulting LLP

25 Broadway, New York, NY 10004
Tel/Direct: +1 212 313 1729 | Fax: +1 866 265 1222 | Mobile: 347-213-1232
yshen@deloitte.com | www.deloitte.com

Please consider the environment before printing.

CONFIDENTIAL                                                                                                        DC00120561