# EXHIBIT 225

# 2012 Annual Quality and Regulatory (QRA) Report To The Audit Committee of the Board of Directors

**CardinalHealth**
*Essential to care*

Craig Morford
Chief Legal and Compliance Officer
November 2, 2012

© Copyright 2012 Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

INTERNAL USE ONLY

HIGHLY CONFIDENTIAL

CAH_MDL2804_03262433

159 of 243

INTERNAL USE ONLY

# Shift in Regulatory Landscape

- DEA: Aggressive posture continues, with particular focus on distributors and national chain pharmacies
  - CVS: (License revocation on FL stores; still in litigation phase)
  - Cardinal Health: Lakeland DC (License suspension; settlement reached; U.S. Attorneys in states of Maryland, Washington State, Tennessee and Florida exploring possibility of fines)
  - Walgreens: Jupiter DC license suspended; actions expected against 6-8 FL stores (we do not sell controlled substances to those stores)
  - ABC: ABC disclosed Criminal Grand Jury Investigation in SEC quarterly filing involving NJ Pharmacy and ABC's anti-diversion program



160 of 243
© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

2

HIGHLY CONFIDENTIAL　　　　　　CAH_MDL2804_03262434

# FY12 and FY13 YTD Pharmaceutical Segment Regulatory Inspection Performance

| Business | Agency | No. of Inspections | Outcome | Status |
|---|---|---|---|---|
| Pharmaceutical Distribution | DEA | 10 | 2 Observations. Observations related to documentation. 0 SOM Observations. | 🟢 |
| NPS and Pharmacy Solutions | | | Redacted - Not Responsive | |
| | BoP, DEA | 19 | 7 Observations | 🟢 |
| | | | Redacted - Not Responsive | |
| PharmPak, 3PL and SPS | DEA | 3 DEA (1-SPD; 3PL) | 0 Observations | 🟢 |
| | | | Redacted - Not Responsive | |
| Kinray | FDA, State, DEA | 2 | 0 Observations | 🟢 |
| | | | Redacted - Not Responsive | |

Legend: 🟢 Satisfactory  🟡 Improvement Needed  🔴 Unsatisfactory

161 of 243
© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care

INTERNAL USE ONLY

3

HIGHLY CONFIDENTIAL

CAH_MDL2804_03262435

HIGHLY CONFIDENTIAL

INTERNAL USE ONLY

# DEA: Major Changes to Our Anti-diversion Program to Meet Evolving Challenges

## Before

- More focus on retail independent customers (considered higher risk)
- Significant reliance on Chain Customers internal systems to investigate unusual ordering patterns
- Focus on all controlled substances (equal focus on all drug families)
- Focus on suspicious customers – those most likely diverting
- Reliance on internal expertise (CAH Pharmacists) with periodic external gap assessments
- Limited interaction with upstream business partners and large downstream chain partners
- Single decision making process for most decisions (SOM Team)

## Enhancements

- Increased focus on major retail chain customers
- More comprehensive review of chain customers' ordering patterns (Data analysis + Site visits)
- More focus on highly diverted controlled substance drug families
- More focus on suspicious orders regardless of our assessment of customer
- Greater reliance on external as well as internal expertise (CAH Pharmacists + former DEA Anti-diversion Experts)
- Greater interaction with upstream and large downstream chain partners
- Escalated decision making process for high risk/critical decisions
- Additional checks and balances, including committee review of higher volume customers

162 of 243

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CAH_MDL2804_03262436

4



CardinalHealth
*Essential to care*

# DEA: Memorandum Of Agreement (MOA) Progress Update

| | MOA Requirements | QRA Progress | Requirements Met? |
|---|---|---|---|
| Site Visits | • Site visits in response to Suspicious Orders for FL Customers (starting Jun. 3) | ▪ Identified 13 drug families most likely to be diverted<br>▪ Streamlined site visit templates<br>▪ Visited ~85 pharmacies in FL (May 14 – Sep. 7) | ✓ |
| | • Additional inspectors for FL | ▪ Contracted third party investigators<br>▪ Added 2 full-time FL investigators (7 total nationwide) | ✓ |
| | • Site visits in response to suspicious orders nationwide (starting Sep. 11) | ▪ Established same enhanced procedures and policies nationwide on Sep. 1 | ✓ |
| Establish Purchase Alert Limits (Thresholds) | • Review and enhance QRA processes for threshold setting | ▪ Re-set thresholds for oxycodone and hydrocodone for ALL pharmacy customers<br>▪ On track to apply new threshold setting methodology by Nov. 1, 2012 to the 11 additional drug families most likely to be diverted | ✓ |
| | • Institute 2-person approval for increasing thresholds for larger volume customers for specific drug families | ▪ Executed for large volume customers<br>▪ Developed and executing approval process for all pharmacy customers | ✓ |
| Large Volume Review Team | • Create Large Volume Review Team (LV-TAC) to perform deeper assessments of stores ordering larger volumes of higher risk drugs | ▪ Formed multi-discipline team (SVP QRA, Regulatory Counsel, VP of Anti-diversion program, outside DEA advisor)<br>▪ Conduct weekly/bi-weekly LV-TAC review meetings<br>▪ Reviewed ~460 stores (~190 independent and ~270 chain)* | ✓ |
| Suspicious Orders | • Report all suspicious orders to DEA whether we believe the customers are good or bad | ▪ Reported thousands of Suspicious Orders (SO) for 559 unique customers (101 in FL) for SOs nationwide*<br>▪ On track to execute accrual changes on Nov. 1, 2012<br>▪ Developed DEA metrics-driven framework for customer profiling | ✓ |
| Due Diligence | • Enhance customer due diligence (including chains) | ▪ Developed Sales Site Visit process<br>▪ QRA and Sales visited ~725* and ~750** customers, respectively (1,475 customers total)<br>▪ Terminated 126 (17 in FL) customers nationwide* | ✓ |

163 of 243

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

*Jan. 01– Aug. 31, 2012; ** Aug. 01– Sep. 10, 2012

INTERNAL USE ONLY

5

HIGHLY CONFIDENTIAL    CAH_MDL2804_03262437

INTERNAL USE ONLY

# DEA: Relevant Cardinal Health Program Metrics

| Category | FY10 | FY11 | FY12 | 2011 / 2012 Variance |
|---|---|---|---|---|
| Number of pharmacy site inspections by CAH | 325 | 498 | 1,475 | +414 (+83%) |
| Number of suspicious orders reported to the DEA | 30 | 47 | 3,020* | +2,973 (+6,326%) |
| Number of customers blocked by QRA from purchasing controlled substances | 60 | 36 | 218 | +182 (+506%) |
| Number of prospective customers blocked by QRA from purchasing controlled substances | N/A* | 18 | 27 | +9 (+50%) |

* Prior to 2012, Cardinal Health followed the industry practice of focusing reports on orders by suspicious customers – those determined to be of interest to the DEA as potential diverters. Cardinal Health now reports all suspicious orders.

© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

CardinalHealth
Essential to care™

INTERNAL USE ONLY

# DEA: Anti-diversion Educational Tools/Programs for Customers

- Increased focus on educating customer pharmacists on detecting potential diversion and understanding their corresponding responsibility required under the regulations to ensure that prescriptions are filled for a legitimate medical purpose.

- Provided educational materials to pharmacy customers (both community and chain)

- Provided multiple live Pharmacy Continuing Education courses to retail independent pharmacy customers at our Annual National Retail Business Conference (RBC) sales meeting (July 2012)

- Working closely with customers to engage with them when potential issues are identified



165 of 243
© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

7

HIGHLY CONFIDENTIAL

CAH_MDL2804_03262439

INTERNAL USE ONLY

# DEA: Continuing Areas of Focus Going Forward

- High volume customers – focus on volume regardless of pharmacy's patient base or the prescriptions' seeming legitimacy
- Large chain customers – can't rely on the controls of large, publicly traded chains; will also conduct our own due diligence
- Changing nature of diversion – drug abuse continually shifting
  - Today  = Oxycodone; Tomorrow?
  - Today  = Florida; Tomorrow?
- DEA's approach presents challenges unlike other regulators:
  - Enforcement mindset leads to:
    - Less engagement with industry
    - Limited guidance or notice
  - In response, we are engaging with former DEA attorneys and consultants, as well as attempting to obtain informal guidance from local offices



CardinalHealth
Essential to care

166 of 243
© Copyright 2010, Cardinal Health, Inc. or one of its subsidiaries. All rights reserved.

8

HIGHLY CONFIDENTIAL

CAH_MDL2804_03262440