# EXHIBIT  226

valuetrak | SECURE LOGIN

☰

INTEGRATION WITH TABLEAU IS NOW AVAILABLE!

Take your data visualizations to the next level by integrating ValueTrak data with Tableau.

Serving World-Class CUSTOMERS

# THE VALUECENTRIC DIFFERENCE

At ValueCentric, we provide end-to-end data visibility from the manufacturer to the patient to help companies maximize the value of their products. Our solution, ValueTrak, is a business intelligence platform designed and perfected for the healthcare industry.



Data collection, processing, & storage



Master Data Management (MDM) & cleansing



Flexible reporting & analytics



Integration with ERP and BI tools

## Serving the Healthcare Industry



Pharmaceuticals



## Specialty



## Medical Products

# ValueCentric knows Big Data

VALUECENTRIC CUSTOMERS INCLUDE

## 0+

PHARMA, SPECIALTY, AND MEDICAL PRODUCT MANUFACTURERS

AS A RESULT, WE PROCESS OVER

## 0

DATA FILES EVERY DAY

…AND MORE THAN

## 0 Billion

TRANSACTIONS PER YEAR

# Put Your Data to Work

## Pivot. Analyze. Report.

ValueTrak's powerful data visualizations are custom designed to make reporting on your channel data easier than ever before.  Select from pre-built reports dependent on your industry and business needs, or join multiple data sets together with ValueTrak's ad-hoc builder. A flexible, intuitive interface makes report generation simple enough for the busy executive, and powerful enough for the analyst researching revenue leakage.

## Contact Information:

**CORPORATE OPERATIONS**
23 Cobham Drive
Orchard Park, NY 14127
P: 716.972.1600

3530 Kraft Road, Suite 202
Naples, FL 34105
P: 239.322.5740

**REGIONAL OFFICES**
200 Barr Harbor Drive, Suite 400
West Conshohocken, PA 19428

4555 Mansell Road, Suite 215
Alpharetta, GA 30022
P: 770.777.7455

## Support:

**CUSTOMER CARE**
P: 716.972.1660
support@valuecentric.com

**SALES & CONSULTING SERVICES**
P: 781.771.9827
sales@valuecentric.com

## Social Media:

## Schedule a Free Demo!

Would you like to?
○ Schedule a Demo
○ Contact Us

First Name

Last Name

Email * (required)
Please use a business email

Company

Phone

Message

---

**HOME   ABOUT US   PRODUCTS   SERVICES   CAREERS   CONTACT**

Copyright 2018 ValueCentric, LLC. All Rights Reserved.
Sitemap