# EXHIBIT 229

Highly Confidential - Todd Cameron

```
 1              THE STATE OF MONTANA
               OFFICE OF THE ATTORNEY GENERAL
 2             OFFICE OF CONSUMER PROTECTION
 3
 4                      - - -
 5              SEPTEMBER 26, 2018
 6              HIGHLY CONFIDENTIAL
 7                      - - -
 8
 9         Oral testimony of TODD CAMERON, taken
10    pursuant to notice, was held at the law offices of
11    Baker & Hostetler, LLP, 250 South Civic Center Drive,
12    Suite 1200, Columbus, Ohio 43215, commencing at 10:23
13    a.m., on the above date, before Carol A. Kirk, a
14    Registered Merit Reporter.
15
16                      - - -
17
18
19
20
21            GOLKOW LITIGATION SERVICES
           877.370.3377 ph | 917.591.5672 fax
22                deps@golkow.com
23
24
```

Golkow Litigation Services                          Page 1

Highly Confidential - Todd Cameron

```
 1      something that we consulted about over
 2      the break.  So this is a clarification
 3      that's being made after Mr. Cameron had
 4      a conversation with his counsel during
 5      the break.
 6              Okay.  So, Todd --
 7              THE WITNESS:  Yes.
 8              MS. WICHT:  -- earlier this
 9      morning we were talking about some
10      meetings -- three different meetings
11      that you've had with the DEA, remember?
12              THE WITNESS:  Yes.
13              MS. WICHT:  Okay.  And the third
14      meeting in particular was one that
15      happened in 2018.
16              THE WITNESS:  Yes.
17              MS. WICHT:  And you had discussed
18      the fact that what you did at that
19      meeting was to present the program to
20      DEA and things of that nature, right?
21              THE WITNESS:  Yes.
22              MS. WICHT:  Okay.  And I think
23      that Ms. Singer had asked a question
24      about whether there were -- what I wrote
```

Highly Confidential - Todd Cameron

| | |
|---|---|
| 1 | down was something like a specific event |
| 2 | that had triggered the meeting. |
| 3 | THE WITNESS: Yes. |
| 4 | MS. WICHT: And I wanted to |
| 5 | clarify with you, for another person who |
| 6 | was participating in that meeting? |
| 7 | THE WITNESS: Yes. |
| 8 | MS. WICHT: Was there a specific |
| 9 | event that triggered the meeting? |
| 10 | THE WITNESS: Yes. So my |
| 11 | meeting -- my purpose of going to meet |
| 12 | with DEA was because previous leadership |
| 13 | had changed over. And the individuals |
| 14 | that were at the two previous meetings |
| 15 | were mostly gone from at least that |
| 16 | branch of the DEA. |
| 17 | So I had been instructed by my |
| 18 | boss to go and meet with the new |
| 19 | leadership and present the program to |
| 20 | them. |
| 21 | Linden came with me, because |
| 22 | Linden went to talk about suspicious |
| 23 | orders that we had identified internally |
| 24 | through our normal process that we had |

HIGHLY CONFIDENTIAL                                    CAH_MDL2804_02953636



Highly Confidential - Todd Cameron



HIGHLY CONFIDENTIAL    CAH_MDL2804_02953715