# EXHIBIT 230

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3   IN RE: NATIONAL              )   MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION                   )   Case No.
                                  )   1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )   Hon. Dan A. Polster
 6   ALL CASES                    )
                                  )
 7
 8
                  THURSDAY, DECEMBER 13, 2018
 9
10      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW
11
12       Videotaped Deposition of DONALD STEVEN
13   MORSE, held at the Courtyard by Marriott
14   Hotel, 300 East 4th Street, Austin, Texas,
15   commencing at 8:11 a.m., on the above date,
16   before Susan Perry Miller, Registered
17   Diplomate Reporter, Certified Realtime
18   Reporter and Notary Public.
19
20
21                       __ __ __
22           GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
23                 deps@golkow.com
24
25
```

```
 1    visiting any CVSs.
 2         Q.    How about in 2011, did you
 3    visit any CVSs --
 4         A.    Not that I recall.
 5         Q.    -- for on-site investigation?
 6         A.    Not that I recall.
 7         Q.    Okay.  It says, "Specifically,
 8    on July 28, 2009, DEA conducted a compliance
 9    review of Cardinal Health's distribution
10    center located in Peabody, Massachusetts."
11               You know that Cardinal had a
12    Peabody, Massachusetts distribution center.
13    Is that right?
14         A.    Yes.
15         Q.    "DEA investigators asked the
16    distribution center for due diligence files
17    for a number of chain pharmacies, but
18    Cardinal Health could not produce the
19    requested due diligence files.  Consequently,
20    investigators spoke with Michael Moné,
21    Quality and Regulatory Affairs Vice
22    President, Anti-Diversion & Supply Chain
23    Services, Dublin, Ohio, via teleconference.
24               "During the teleconference,
25    Mr. Moné stated that Cardinal Health
```