# EXHIBIT 232

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
|---|---|
| | Case No. 17-md-2804 |
| | Judge Dan Aaron Polster |

Pursuant to the August 5 and 24, 2018 agreements between Plaintiffs and Cardinal Health, Inc., Cardinal Health provides below its written responses to certain topics identified in Plaintiffs' Second Notice of Deposition Pursuant to Rule 30(b)(6).  Cardinal Health makes these responses subject to and without waiving the general objections and specific objections and responses set forth in its July 31, 2018 Objections and Responses to Plaintiffs' First and Second Notices of Deposition Pursuant to Rule 30(b)(6).

**Corporate Structure**

    **A. Your Board of Directors and Board of Directors for each subsidiary and related entity**

The following individuals have served on the Board of Directors of Cardinal Health:

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| David J. Anderson | | | | | | | | | X | X | X | X | X |
| Colleen F. Arnold | | X | X | X | X | X | X | X | X | X | X | X | X |
| George S. Barrett | | | | X | X | X | X | X | X | X | X | X | X |
| Glenn A. Britt | | | | X | X | X | X | X | X | | | | |
| R. Kerry Clark | X | X | X | X | | | | | | | | | |
| George H. Conrades | X | X | X | | | | | | | | | | |
| Carrie S. Cox | | | | X | X | X | X | X | X | X | X | X | X |
| Calvin Darden | X | X | X | X | X | X | X | X | X | X | X | X | X |
| Bruce L. Downey | | | | X | X | X | X | X | X | X | X | X | X |
| John F. Finn | X | X | X | X | X | X | X | X | X | | | | |
| Philip L. Francis | X | X | X | X | | | | | | | | | |

**Confidential Pursuant to MDL 2804 Protective Order (CMO No. 2)**

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Robert. L. Gerbig | X | X | | | | | | | | | | | |
| Patricia A. Hemingway Hall | | | | | | | | X | X | X | X | X | X |
| John F. Havens | X | | | | | | | | | | | | |
| Akhil Johri | | | | | | | | | | | | | X |
| Clayton M. Jones | | | | | | | X | X | X | X | X | X | X |
| Michael C. Kaufmann | | | | | | | | | | | | | X |
| Gregory B. Kenny | | X | X | X | X | X | X | X | X | X | X | X | X |
| Nancy Killefer | | | | | | | | | | X | X | X | X |
| David P. King | | | | | | X | X | X | X | X | X | X | X |
| J. Michael Losh | X | X | X | X | | | | | | | | | |
| John B. McCoy | X | X | X | X | | | | | | | | | |
| James J. Mongan | | | | | X | X | | | | | | | |
| Richard C. Notebaert | X | X | X | X | X | X | X | X | X | X | | | |
| Michael D. O'Halleran | X | X | X | X | | | | | | | | | |
| David W. Raisbeck | X | X | X | X | X | X | X | | | | | | |
| Jean G. Spaulding | X | X | X | X | X | X | X | X | | | | | |
| Matthew D. Walter | X | X | X | | | | | | | | | | |
| Robert D. Walter | X | X | X | | | | | | | | | | |

**Confidential Pursuant to MDL 2804 Protective Order (CMO No. 2)**

2

B. **Officers including those designated with the functional equivalent of:**

  i. **Chief Executive Officer**

  The following individuals have served as the Chief Executive Officer of Cardinal Health:

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael C. Kaufmann | | | | | | | | | | | | | X |
| George S. Barrett | | | | X | X | X | X | X | X | X | X | X | X |
| R. Kerry Clark | X | X | X | X | | | | | | | | | |

  ii. **Chief Financial Officer**

  The following individuals have served as the Chief Financial Officer of Cardinal Health:

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jorge M. Gomez | | | | | | | | | | | | | X |
| Michael C. Kaufmann | | | | | | | | | | X | X | X | X | X |
| Jeffery W. Henderson | X | X | X | X | X | X | X | X | X | | | | |

  iii. **Chief Operating Officer**

  The following individual has served as the Chief Operating Officer of Cardinal Health:

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| George L. Fotiades | X | | | | | | | | | | | | |

  iv. **General Counsel**

  The following individuals have served as the Chief Legal Officer of Cardinal Health:

| | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig S. Morford | | | | X | X | X | X | X | X | X | X | X | X |
| Ivan K. Fong | X | X | X | X | | | | | | | | | |

v. **Director of Sales**

The following individuals have had significant responsibilities in the sales division of National Markets at Cardinal Health:

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Jim Scott |  |  |  |  |  | X | X | X | X | X | X | X | X |
| Brian Jackson |  | X | X | X | X |  |  |  |  |  |  |  |  |
| Michael Bender | X | X |  |  |  |  |  |  |  |  |  |  |  |

The following individuals have had significant responsibilities in the sales division of Retail Independent Accounts at Cardinal Health:

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Steve Lawrence |  |  |  | X | X | X | X | X | X | X | X | X | X |
| Tom Degemmis |  | X | X | X |  |  |  |  |  |  |  |  |  |
| Jim Worley | X | X | X |  |  |  |  |  |  |  |  |  |  |

The following individuals have had significant responsibilities in the sales division of Innovative Delivery Solutions at Cardinal Health:

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Doug Roberts |  |  |  |  |  |  |  |  |  |  | X | X | X |
| Brian Ellis |  |  |  |  |  |  |  |  | X | X | X |  |  |
| Mark Rosenbaum | X | X | X | X | X | X | X | X | X |  |  |  |  |

vi. **Director of Marketing**

The following individuals have had significant responsibilities related to marketing services for manufacturers of brand pharmaceuticals at Cardinal Health:

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Eleanor Daufenbach |  |  |  |  |  |  |  |  | X | X | X | X | X |
| Lauren Fields |  |  |  |  |  |  | X | X | X |  |  |  |  |
| Jeff Foreman | X | X | X | X | X | X |  |  |  |  |  |  |  |

**Confidential Pursuant to MDL 2804 Protective Order (CMO No. 2)**

The following individuals have had significant responsibilities related to marketing services for manufacturers of generic pharmaceuticals at Cardinal Health:

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Greg Ewing |  |  |  |  |  |  |  |  |  |  |  | X | X |
| Chip Aquilina |  |  |  |  |  |  | X | X | X | X | X | X |  |
| Bill Rampy |  |  |  | X | X | X |  |  |  |  |  |  |  |
| Matt Erick | X | X | X | X |  |  |  |  |  |  |  |  |  |

### vii. Director of Regulatory Compliance

The following individuals have had significant responsibilities in Supply Chain Integrity at Cardinal Health:

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Todd Cameron |  |  |  |  |  |  | X | X | X | X | X | X | X |
| Michael Moné |  |  | X | X | X | X | X |  |  |  |  |  |  |
| Steve Reardon | X | X | X |  |  |  |  |  |  |  |  |  |  |

The following individuals have had significant responsibilities in QRA Management at Cardinal Health:

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Ullrich Mayeski |  |  |  |  |  |  |  |  |  |  | X | X | X |
| Steve Reardon | X | X | X | X | X | X | X | X | X | X | X |  |  |

### viii. Director of Government Affairs

The following individuals have had significant responsibilities in Government Affairs at Cardinal Health:

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sean Callinicos |  |  |  |  |  |  |  |  |  |  | X | X | X |
| Connie Woodburn | X | X | X | X | X | X | X | X | X | X | X |  |  |

**Confidential Pursuant to MDL 2804 Protective Order (CMO No. 2)**

    **ix. Director of Distribution**

The following individuals have served as the President of the U.S. Pharmaceutical Distribution for Cardinal Health:

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Debbie Weitzman |  |  |  |  |  |  |  |  |  |  |  | X | X |
| Jon Giacomin |  |  |  |  |  | X | X | X | X |  |  |  |  |

The following individuals have had significant responsibilities in pharmaceutical Supply Chain Operations at Cardinal Health:

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Sean Halligan |  |  |  |  |  |  |  |  |  |  |  |  | X |
| Rob Pantano |  |  |  | X | X | X | X | X | X | X | X | X |  |
| Tom Calhoun | X | X | X |  |  |  |  |  |  |  |  |  |  |

**C. All committees and sub-committees of Your Board of Directors and Board of Directors for each subsidiary and/or entity**

From time to time, the following committees of Cardinal Health's Board of Directors are involved with issues related to the distribution of opioid medications:
- Audit Committee
- Ad Hoc Committee
- Special Committee

**D. Employees (and compensation structure) related to servicing clients in Case Track 1 ("CT1") jurisdictions**

Cardinal Health objects to this topic on the basis that "related to servicing clients" is vague and ambiguous.

**E. Ownership and control of distribution operations**

Cardinal Health 110, LLC is the core wholesale pharmaceutical distribution business of Cardinal Health, Inc. Cardinal Health 110, LLC, is a wholly-owned subsidiary of Cardinal Health, Inc.

**Confidential Pursuant to MDL 2804 Protective Order (CMO No. 2)**

F. **Departments, subsidiaries, committees, including but not limited to those related to the following: sales, marketing, regulatory compliance, government affairs, distribution, and compensation**

Cardinal Health identifies the following departments:
- National Markets
- Retail Independents
- Innovative Delivery Solutions
- Manufacturer Marketing Services
- Quality and Regulatory Affairs
- Government Affairs
- Pharmaceutical Distribution

G. **Chain of command**

  i. **Legal chain of command**

The following individuals have served as the Chief Legal Officer of Cardinal Health:

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Craig S. Morford |  |  |  | X | X | X | X | X | X | X | X | X | X |
| Ivan K. Fong | X | X | X | X |  |  |  |  |  |  |  |  |  |

  ii. **Operational chain of command**

The following individuals have served as the Chief Executive Officer of Cardinal Health for the time periods identified below:

|  | 2006 | 2007 | 2008 | 2009 | 2010 | 2011 | 2012 | 2013 | 2014 | 2015 | 2016 | 2017 | 2018 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Michael C. Kaufmann |  |  |  |  |  |  |  |  |  |  |  |  | X |
| George S. Barrett |  |  |  | X | X | X | X | X | X | X | X | X | X |
| R. Kerry Clark | X | X | X | X |  |  |  |  |  |  |  |  |  |

H. **Wholly owned subsidiaries, affiliates and DEA registrations**

The following distribution center shipped over 99% of Opioids or Opioid Products to Customers in the City of Cleveland, Cuyahoga County, and Summit County from 2006 to 2017:

- Wheeling, West Virginia, 71 Mil-Acres Drive, Wheeling, WV 26003. DEA Registration Number RO0153609.

**Confidential Pursuant to MDL 2804 Protective Order (CMO No. 2)**

7

Cardinal Health 110, LLC, is a wholly-owned subsidiary of Cardinal Health, Inc. The following is a Legal Entity Organization Chart for Cardinal Health 110, LLC, as of May 9, 2018:



I. Mergers, acquisitions and other corporate restructuring

| Subsidiary | Acquisition Date |
|---|---|
| ParMed Pharmaceuticals, LLC | 3/31/2006 |
| Kinray Inc. | 12/21/2010 |
| Dik Drug Company, LLC | 7/23/2012 |
| Cederdale Distributors LLC dba Gen-Source Rx | 9/30/2014 |
| The Harvard Drug Group, LLC | 7/2/2015 |

J. **Employees knowledgeable about any marketing services you have offered to manufacturers of prescription opiates**

The following individuals have significant knowledge regarding the marketing services available to manufacturers:
- Kristine Fidler
- Eleanor Daufenbach

**Confidential Pursuant to MDL 2804 Protective Order (CMO No. 2)**

- Lauren Fields
- Greg Ewing

**Confidential Pursuant to MDL 2804 Protective Order (CMO No. 2)**