EXHIBIT  235

| | |
|---|---|
| **From:** | Bumpas, Brent |
| **To:** | Jackson, Ronald |
| **Sent:** | 3/18/2013 6:54:10 PM |
| **Subject:** | Fwd: McKesson contracts |
| **Attachments:** | ATT00001.htm; ATT00002.htm; ATT00003.htm; ATT00004.htm; ATT00005.htm; ATT00006.htm; ATT00007.htm; ATT00008.htm; image001.png; image002.png; image003.png; image004.jpg; McKesson DSA with Amendments-executed.zip; McKesson RDC - Agreement & Amendments.zip; McKesson Specialty Distributor Agreement - 8 1 11 - 7 31 12.pdf; McKesson Specialty Full Line Wholesaler 10.01.09 - 9.30.10 Autorenew.pdf |

Brent Bumpas
National Account Executive-Trade
Endo Pharmaceuticals
Cell: 903.216.3080
bumpas.brent@endo.com

Begin forwarded message:

**From:** "Sullivan, Kathleen" <Sullivan.Kathleen@Endo.com>
**To:** "Bumpas, Brent" <Bumpas.Robert@endo.com>
**Cc:** "Travis, Jody" <Travis.Jody@Endo.com>
**Subject: RE: McKesson contracts**

Hi Brent,
Here are the McKesson agreements . Let me know if you have any questions,
Kathleen

From: Bumpas, Brent
Sent: Tuesday, March 12, 2013 11:30 AM
To: Sullivan, Kathleen
Subject: McKesson contracts

Kathleen,

I have an appointment with the buyer at McKesson in two weeks and want to be sure I have looked over the DSA contracts prior to the appointment to familiarize myself with them.

Can you send me those electronically?

Thanks,

Brent Bumpas
National Account Executive – Trade
Endo Pharmaceuticals
903.216.3080 mobile

From: Travis, Jody
Sent: Thursday, March 07, 2013 11:54 AM
To: Bullock, John
Cc: Jackson, Ronald; Bumpas, Brent
Subject: RE: Share Point

ENDO-OPIOID_MDL-01056072

John,

As I mentioned on the phone, I was surprised you still had access.  A decision was made late 2012 to limit access to P&CO members only.  There are plans to refresh and establish new governance around the site during 2013 although that initiative has not begun.  So at this time, I cannot request access but can ensure Brent has copies of the agreements that he needs.  My understanding from speaking with you is that right now he is looking for the McKesson Agreements.

By copy of this email to Kathleen, I am asking that she provide electronic copies of all McKesson Agreements to Brent:  DSA, RDC, McKesson Specialty SD; McKesson Specialty FL/WS

Brent:  Sorry we did not get to meet with  you today and look forward to meeting you at some point in the near future.

Regards,

Jody


Jody L. Travis
Associate Director, Trade Contract Operations
1400 Atwater Drive
Malvern, PA  19355
(484) 216-7358    travis.jody@endo.com<mailto:travis.jody@endo.com>

[Description: cid:A1548F0C-58F6-4866-A7F9-03CA2587CEB3]
…………………………………………………………..………………………

endo | AMS  Endo Pharmaceuticals  HealthTronics  Qualitest

From: Bullock, John
Sent: Thursday, March 07, 2013 12:26 PM
To: Travis, Jody
Cc: Jackson, Ronald; Bumpas, Brent
Subject: Share Point

Jody,

Can you give Brent access to Pricing and Contract Operation for McKesson.

Thx

[cid:image002.png@01CE1F2E.32DE7700]

John Bullock, MBA
National Account Director, Trade
6840 Drake Rd
Cincinnati, Ohio 45243
800-892-6131 x5125    502-649-5321 mobile    513-429-5246 fax
Bullock.john@endo.com<mailto:Bullock.john@endo.com>
[cid:image003.png@01CE1F2E.32DE7700]
…………………………………………………………..………………………

endo | AMS  Endo Pharmaceuticals  HealthTronics  Qualitest

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

[Welcome_Email_We Have Moved_FINAL]

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER