# EXHIBIT 236

This document exceeds the maximum permitted file size for upload onto the Electronic Court Filing system. Consequently, it will be manually filed with the Court.