# EXHIBIT 239

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | MDL No. 2804 |
| | Case No. 17-md-2804 |
| This document relates to: | Judge Dan Aaron Polster |
| *All Cases.* | |

## MCKESSON CORPORATION'S SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS' COMBINED DISCOVERY REQUESTS (NOS. 1-8)

Defendant McKesson Corporation ("McKesson") hereby provides these second supplemental objections and responses to Plaintiffs' First Set of Combined Discovery Requests to Distributor Defendants in accordance with the Federal Rules of Civil Procedure 26, 33, and 34, the Local Rules of the Northern District of Ohio, and Case Management Orders 1, 2, and 3 (Docket Nos. 232, 441, and 443) entered in this action.

## GENERAL OBJECTIONS AND OBJECTIONS TO INSTRUCTIONS AND DEFINITIONS

McKesson incorporates by reference as if fully set forth herein its General Objections to this set of requests as set forth in its Objections and Responses to Plaintiffs' Combined Discovery Requests (Nos. 1-8), served on July 30, 2018, and General Objections to Plaintiffs' First Set of Interrogatories and First Set of Requests for Production, served on May 29, 2018. In addition, to the extent that Plaintiffs' Combined Discovery Requests purport to seek clarification or prioritization of requests in Plaintiffs' First Set of Interrogatories and First Set of Requests for Production, McKesson incorporates by reference as if fully set forth herein its objections to the instructions and definitions used in those discovery requests.

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

**OBJECTIONS AND RESPONSES TO REQUESTS**

**REQUEST NO. 1:**

Please produce all *transactional data* related to Opioids and/or Opioid Products from January 1, 1996 to the present; please identify the Bates stamp range for each related to *Case Track One*.

**RESPONSE TO REQUEST NO. 1 (07/31/2018):**

McKesson objects to this request on the grounds stated in General Objection Nos. 1-2 and further incorporates by reference as if fully set forth herein its objections and response to Plaintiffs' Request for Production No. 32.  Subject to and without waiving these objections, McKesson responds that it has produced transactional data for shipments of opioids to Customers in Cuyahoga and Summit Counties for the time period January 1, 2006 through March 31, 2008 in native-file Excel format assigned production number MCKMDL00478913. McKesson will be supplementing its production to add transaction data from October 1, 2004 through December 31, 2005.  Based on its investigation to date, McKesson does not have transaction data prior to October 1, 2004 or, if there is any data available (and none has been located to date), it is on archived tapes that cannot be accessed and that were archived from a proprietary system no longer used by McKesson that previously ran on a main frame computer that has been decommissioned.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 1 (11/30/2018):**

Superceded by second supplemental response below.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST NO. 1 (03/04/2019):**

McKesson incorporates by reference its objections and response to this request as set

forth above.  Subject to and without waiving these objections, McKesson responds as follows:

McKesson has produced transactional data for McKesson Customers in Cuyahoga and

Summit Counties for 10/01/04 – 06/30/18 (data prior to 10/01/2004 is not available or

accessible) – as follows:

- MCKMDL00409045 for 01/01/13 – 03/31/18 time period (produced 07/16/2018)
- MCKMDL00478913 for 01/01/06 – 03/31/18 time period (produced 07/25/2018)
- MCKMDL00579972 for 10/01/04 – 12/31/05 time period (produced 09/14/2018)
- MCKMDL00606062 for 04/01/18—06/30/18 time period (produced 09/28/2018)

2

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

In addition, McKesson produced updated transactional data for McKesson Customers in

Cuyahoga and Summit Counties for 10/01/04 – 06/30/18 that includes net invoice value:

- MCKMDL00675597 through MCKMDL00675597 for 10/01/2004 – 06/30/2018
  (produced 01/04/2019)

The net invoice value does not reflect all customer rebates and discounts, many of which are not

tied to specific transactions in McKesson's financial records.  Accordingly, the net invoice value

may not reflect the actual price paid once applicable rebates and discounts are applied.

**REQUEST NO. 2:**

Please produce each of your *Suspicious Order Monitoring System (SOMS)* policies and
procedures since January 1, 2006 and identify the Bates stamp range for each; please identify the
effective date(s) each was in force and effect.

**RESPONSE TO REQUEST NO. 2 (07/31/2018):**

McKesson objects to this request on the grounds stated in General Objection Nos. 1-2
and further incorporates by reference as if fully set forth herein its objections and responses to
Plaintiffs' Request for Production Nos. 21 and 23.  Subject to and without waiving these
objections, McKesson responds that it has produced multiple copies of relevant policies and
procedures relating to its monitoring of controlled substances.  This includes, but is not limited
to, the documents produced bearing production numbers MCKMDL00354205-341,
MCKMDL00330931-64, MCKMDL00355041-50, MCKMDL00354536-67,
MCKMDL00354887-962, and MCKMDL00355260-95.  McKesson will further supplement this
response to identify additional copies of relevant policies and procedures relating to monitoring
of controlled substances.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 2 (11/30/2018):**

Superceded by second supplemental response below.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST NO. 1 (03/04/2019):**

McKesson incorporates by reference its objections and response to this request as set

forth above.  Subject to and without waiving these objections, McKesson responds as follows:

McKesson has produced multiple copies of its policies and procedures for controlled

substance monitoring, including the following produced versions identified by beginning

production number:

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

- MCKMDL00651873;

- MCKMDL00354205; MCKMDL00545370; MCKMDL00545860;
  MCKMDL00517870; MCKMDL00331008; MCKMDL00530453;
  MCKMDL00533763;

- MCKMDL00355041; MCKMDL00355251; MCKMDL00330211;
  MCKMDL00330931; MCKMDL00355527;

- MCKMDL00002509; MCKMDL00497843; MCKMDL00537268;
  MCKMDL00513797; MCKMDL00513873; MCKMDL00513936;
  MCKMDL00513996; MCKMDL00514092; MCKMDL00516385;
  MCKMDL00516407; MCKMDL00518045; MCKMDL00518063;
  MCKMDL00518081; MCKMDL00518106; MCKMDL00523626;
  MCKMDL00524312;

- MCKMDL00354536; MCKMDL00326902; MCKMDL00318487;
  MCKMDL00323282; MCKMDL00316260; MCKMDL00329175;
  MCKMDL00329290; MCKMDL00333223; MCKMDL00330223;
  MCKMDL00386662; MCKMDL00370722; MCKMDL00370781;
  MCKMDL00370993; MCKMDL00371274; MCKMDL00373842;
  MCKMDL00395122; MCKMDL00395753; MCKMDL00385283;
  MCKMDL00385292; MCKMDL00383170; MCKMDL00383179;
  MCKMDL00368261; MCKMDL00533239; MCKMDL00533964;
  MCKMDL00533985; MCKMDL00534025; MCKMDL00534122;

- MCKMDL00354786; MCKMDL00354837; MCKMDL00354887;
  MCKMDL00354963; MCKMDL00553598; MCKMDL00553678;
  MCKMDL00555012; MCKMDL00514886; MCKMDL00514963;
  MCKMDL00515044; MCKMDL00517192; MCKMDL00517269;
  MCKMDL00417239; MCKMDL00417290; MCKMDL00454528;
  MCKMDL00420107; MCKMDL00420660; MCKMDL00422997;
  MCKMDL00456310; MCKMDL00427529; MCKMDL00427600;
  MCKMDL00456400; MCKMDL00456679; MCKMDL00430505;
  MCKMDL00431921; MCKMDL00433755; MCKMDL00434701;
  MCKMDL00435316; MCKMDL00435420; MCKMDL00435521;
  MCKMDL00407512; MCKMDL00355146; MCKMDL00330099;
  MCKMDL00337325; MCKMDL00332958; MCKMDL00333009;
  MCKMDL00333059; MCKMDL00333135; MCKMDL00330474;
  MCKMDL00330544; MCKMDL00330614; MCKMDL00330696;
  MCKMDL00330746; MCKMDL00333638; MCKMDL00333689;
  MCKMDL00333739; MCKMDL00333815; MCKMDL00371272;
  MCKMDL00371245; MCKMDL00395206; MCKMDL00383059;
  MCKMDL00395256; MCKMDL00437749; MCKMDL00441266;
  MCKMDL00442437; MCKMDL00443207; MCKMDL00446432;
  MCKMDL00446527; MCKMDL00449333; MCKMDL00449409;

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

MCKMDL00449485; MCKMDL00450576; MCKMDL00450795;
MCKMDL00451270; MCKMDL00451365; MCKMDL00451501;
MCKMDL00452410; MCKMDL00452620; MCKMDL00557961;
MCKMDL00559159; MCKMDL00559300; MCKMDL00559446;
MCKMDL00560483; MCKMDL00560559; MCKMDL00560683;
MCKMDL00560733; MCKMDL00560784; MCKMDL00560834;
MCKMDL00560929; MCKMDL00561023; and

- MCKMDL00355260; MCKMDL00457884; MCKMDL00437842;
MCKMDL00437886; MCKMDL00439001; MCKMDL00439042;
MCKMDL00439194; MCKMDL00439244; MCKMDL00457990;
MCKMDL00439282; MCKMDL00446610; MCKMDL00449954;
MCKMDL00449991; MCKMDL00450027; MCKMDL00450064;
MCKMDL00450101; MCKMDL00450139; MCKMDL00450177;
MCKMDL00450213; MCKMDL00450249; MCKMDL00450286;
MCKMDL00450322.

With regard to audits of McKesson's CSMP and distribution of controlled substances,

McKesson has collected and produced documents from its Internal Audit department as well as

custodial files for two former members of that department (Dauny Biraki and Scott Villarreal).

These productions include:

| Beginning MDL No./Vol. | Ending MDL No. | Description |
|---|---|---|
| MCKMDL00567624 MCKMDL025 | MCKMDL00567812 | Documents from the custodial files of Scott Villarreal |
| MCKMDL00567813 MCKMDL025 | MCKMDL00568169 | Documents from the custodial files of Dauny Biraki |
| MCKMDL00591245 MCKMDL030 | MCKMDL00595593 | Internal Audit Reports and supporting materials |
| MCKMDL00606033 MCKMDL032 | MCKMDL00606060 | Documents relating to McKesson STARS audits |
| MCKMDL00606063 MCKMDL033 | MCKMDL00609795 | Internal Audit Reports and supporting materials |
| MCKMDL00616427 MCKMDL036 | MCKMDL00616858 | Internal Audit Reports and supporting materials |
| MCKMDL00650973 MCKMDL044 | MCKMDL00651319 | Documents from the custodial files of Dauny Biraki |
| MCKMDL00651827 MCKMDL045 | MCKMDL00651872 | Internal Audit Policies & Procedures, SOPs, template kick-off presentation |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

In addition, documents relating to audits, reviews and recommendations of McKesson's anti-diversion efforts and controlled substance monitoring programs over time have been produced from the files of multiple custodians and from diligence files.

McKesson also has produced documents that address the history of McKesson's controlled substance monitoring programs, McKesson's communications with the DEA relating to those programs, and implementation of those programs.  *See*, *e.g.*, documents with beginning production numbers MCKMDL00373814; MCKMDL00409116; MCKMDL00409483; MCKMDL00409554; MCKMDL00409572; MCKMDL00409607; MCKMDL00409619; MCKMDL00409636; MCKMDL00409662; MCKMDL00409676; MCKMDL00409714; MCKMDL00409766; MCKMDL00409794; MCKMDL00409798; MCKMDL00409800; MCKMDL00497638; MCKMDL00355585-586; MCKMDL00543760-762; MCKMDL00355665-671; and MCKMDL00355693.

McKesson also has produced multiple copies of the 2008 and 2017 agreements between McKesson and the DEA as follows:

- 2008 Agreement:  MCKMDL00516358; MCKMDL00355561; and MCKMDL00332932.

- 2017 Agreements:  MCKMDL00436371; MCKMDL00456215; MCKMDL00437016; MCKMDL00455508; MCKMDL00409953; MCKMDL00409953; MCKMDL00525744; MCKMDL00532527; MCKMDL00409953; MCKMDL00409953; MCKMDL00525744; MCKMDL00450846; MCKMDL00553478; MCKMDL00560086; MCKMDL00418388; MCKMDL00419211; MCKMDL00455508; MCKMDL00407401; MCKMDL00355452; MCKMDL00355477; MCKMDL00355513; MCKMDL00409953; MCKMDL00409953; MCKMDL00525744; MCKMDL00556364; MCKMDL00355322; MCKMDL00355349; MCKMDL00355416; and MCKMDL00707554 through MCKMDL00707683.

Additional documents relating to McKesson's distribution of opioids, its policies and procedures for controlled substance monitoring, and communications with the DEA have been

6

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

produced from the files of multiple McKesson custodians, in productions from non-custodial

sources, and in the prior productions that McKesson produced in response to paragraph 9.k.ii of

Case Management Order No. 1 (Docket No. 232) (referred to as "prior productions").  Appendix

A identifies the McKesson custodians in this proceeding along with their current/last known title

and their tenure at McKesson, including multiple custodians who were or are members of

McKesson U.S. Pharma Regulatory Affairs.  Appendix B is a log of McKesson's productions to

date that includes a description of each production along with production number ranges.

McKesson also uses data analytics, data feeds relating to registration, certification and

licensing status, standard operating procedures ("SOPs") and forms available online, and other

proprietary online tools in connection with its CSMP (collectively "online tools").  Those online

tools have evolved over time.  They have been and are used to allow members of McKesson

Regulatory Affairs to monitor distribution of controlled substances and to perform diligence

relating to McKesson Customers, both generally and with regard to specific customers.

McKesson's policies and procedures documents and communications with the DEA (listed

above by beginning production number) identify some of the reports and online tools that were

available over time.

While these online tools operate off of McKesson's network and cannot be produced as

used by McKesson employees, documents relating to McKesson's online tools have been

produced, including SOPs and forms, documents identifying the types of reports available, and

many examples of McKesson "solver" reports.  *See*, *e.g.*, documents with beginning production

numbers MCKMDL00536004 (identifying types of reports); MCKMDL00396072,

MCKMDL00396104, and MCKMDL00396109 (examples of Script Dose Data Analyzer Tool

Reports); MCKMDL00514845 (example of TCR Tracking Tool Report); MCKMDL00514839

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

(example of TCR Tracking SOP); MCKMDL00455859 (example of Customer Onboarding

Tracker); MCKMDL00448931 (example of Threshold Text Builder Tool); MCKMDL00396074,

MCKMDL00397863, MCKMDL00397865, MCKMDL00397868, and MCKMDL00397870

(examples of Solver reports); MCKMDL00144253 (example of CSMP Customer Master

Listing); MCKMDL00571387 (example of CSMP Customer Purchase Summary);

MCKMDL00048565 and MCKMDL00056613 (examples of CSMP Customer Threshold Master

Report); MCKMDL00535047 (example of CSMP DEA Family Threshold Report);

MCKMDL00571386 (example of CSMP Threshold Adjustment Recap Report).  McKesson also

has produced native-file .twbx versions of the McKesson Government, ISMC and RNA Solvers

on Tableau (MCKMDL00666752, MCKMDL00666753, and MCKMDL00666754).  McKesson

also has produced documents from the custodial files of Bernard Martin, Nawang Kunga, and

members of Regulatory Affairs relating to McKesson's data analytics, online tools, solvers, and

other SOPs, reports and forms.

    McKesson has presented Nate Hartle and Gary Boggs as Rule 30(b)(6) designees in

response to deposition topics related to McKesson's distribution of opioids, its CSMP and

predecessor monitoring programs, and communications with the DEA.  Additional information

about McKesson's distribution of opioids, its CSMP and predecessor monitoring programs, and

communications with the DEA has been provided by former and current McKesson employees

who have been deposed in this proceeding, including Gary Boggs, William deGutierrez-

Mahoney, Nate Hartle, Gary Hilliard, Tracy Jonas, Nawang Kunga, Thomas McDonald, Michael

Oriente, and Donald Walker.  Attached as Appendix C is a list of all McKesson witnesses

deposed in Track One of this proceeding with their current or last known title.

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

## REQUEST NO. 3:

Please identify and describe each *suspicious order* your Suspicious Order Monitoring System (SOMS) identified since January 1, 2006 and produce all documents related thereto; please identify the Bates stamp range for each related to *Case Track One*.

## RESPONSE TO REQUEST NO. 3 (07/31/2018):

McKesson objects to this request on the grounds stated in General Objection Nos. 1-2 and further incorporates by reference as if fully set forth herein its objections and response to Plaintiffs' Request for Production No. 33.  Subject to and without waiving these objections, McKesson responds that it has produced a report identifying blocked opioid orders placed by Customers in Cuyahoga and Summit Counties for the time period January 1, 2006 through December 17, 2017 in native-file Excel format assigned production number MCKMDL00478912.  During earlier time periods, McKesson submitted DU-45 forms to the DEA relating to suspicious orders.  To the extent that these hard copy records still exist, they are stored in the McKesson distribution center that submitted the report or in offsite storage. McKesson is reviewing its files to collect and produce any DU-45 reports that still exist and that were submitted by the New Castle Distribution Center relating to opioid orders placed by Customers in Cuyahoga and Summit Counties.

## SUPPLEMENTAL RESPONSE TO REQUEST NO. 3 (11/30/2018):

Superceded by second supplemental response below.

## SECOND SUPPLEMENTAL RESPONSE TO REQUEST NO. 3 (03/04/2019):

McKesson incorporates by reference its objections and response to this request and its second supplemental response to Request No. 2 as set forth above.  Subject to and without waiving its objections, McKesson responds as follows:

McKesson has produced blocked/suspicious order reports for McKesson Customers in Cuyahoga and Summit Counties for mid-2008 – 06/30/18 that describe each of these orders as follows:

- MCKMDL00409044 for 01/01/13 – 12/18/17 time period (produced 07/16/2018)
- MCKMDL00478912 for 01/01/06 – 12/18/17 time period (produced 07/25/2018) (report begins at 01/01/06 but entries do not begin until mid-2008)
- MCKMDL00616425 and MCKMDL00616426 for 12/19/17 – 06/30/18 time period (produced 10/12/18)

9

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

The orders listed on these reports were not shipped to the customer.  The reports provided by McKesson specify whether or not the blocked order was reported to the DEA.  For blocked orders that were reported to the DEA, McKesson makes its reports in the format required by the DEA and it maintains PDF versions of those reports (made daily from each of the McKesson distribution centers).  McKesson has produced this information in this proceeding in Excel spreadsheets so that the data is readily usable.

For earlier time periods, McKesson provided DU-45 reports to the DEA.  Those reports were provided to the DEA and maintained by McKesson as hard copy paper records.  McKesson stored its copies in its distribution centers or in offsite storage.  McKesson has not located any DU-45 reports for the New Castle Distribution Center (the McKesson distribution center that shipped more than 99% of the opioid products to McKesson Customers in Cuyahoga and Summit Counties).  However, McKesson has produced examples of DU-45 reports from its Atlanta, Delran, Denver, Lakeland, Landover, Oklahoma City, and St. Louis distribution centers bearing production numbers MCKMDL00651614 through MCKMDL00651826 and MCKMDL00653069 through MCKMDL00661435.

With regard to diligence performed by McKesson, McKesson has produced its diligence files for McKesson Customers in Cuyahoga and Summit Counties, as follows:

| Production Volume | Beginning MDL No. | Ending MDL No. | Produced |
|---|---|---|---|
| MCKMDL008 | MCKMDL00397861 | MCKMDL00402444 | 07/03/2018 |
| MCKMDL016 | MCKMDL00496212 | MCKMDL00496305 | 07/30/2018 |
| MCKMDL021 | MCKMDL00555448 | MCKMDL00555744 | 08/10/2018 |
| MCKMDL025 | MCKMDL00568170 | MCKMDL00568206 | 09/08/2018 |
| MCKMDL025 | MCKMDL00568207 | MCKMDL00568281 | 09/08/2018 |
| MCKMDL039 | MCKMDL00647787 | MCKMDL00647833 | 10/25/2018 |
| MCKMDL043 | MCKMDL00649082 | MCKMDL00649873 | 11/09/2018 |

Additional documents relating to McKesson's distribution of opioids, its CSMP and predecessor monitoring programs, blocked/suspicious orders and customer diligence have been

10

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

produced from the files of multiple McKesson custodians, in productions from non-custodial

sources, and in the prior productions that McKesson produced in response to paragraph 9.k.ii of

Case Management Order No. 1 (Docket No. 232) (referred to as "prior productions").  Appendix

A identifies the McKesson custodians in this proceeding along with their current/last known title

and their tenure at McKesson, including multiple custodians who were or are members of

McKesson U.S. Pharma Regulatory Affairs.  Appendix B is a log of McKesson's productions to

date that includes a description of each production along with production number ranges.

McKesson has presented Nate Hartle and Gary Boggs as Rule 30(b)(6) designees in

response to deposition topics related to McKesson's distribution of opioids, its CSMP and

predecessor monitoring programs, and communications with the DEA.  Additional information

about McKesson's distribution of opioids, its CSMP and predecessor monitoring programs, and

communications with the DEA has been provided by former and current McKesson employees

who have been deposed in this proceeding, including Gary Boggs, William deGutierrez-

Mahoney, Nate Hartle, Gary Hilliard, Tracy Jonas, Nawang Kunga, Thomas McDonald, Michael

Oriente, and Donald Walker.  Attached as Appendix C is a list of all McKesson witnesses

deposed in Track One of this proceeding with their current or last known title.

**REQUEST NO. 4:**

Please identify each suspicious order you ***reported*** to the DEA since January 1, 1996 and
produce all documents related thereto; please identify the Bates stamp range for each related to
*Case Track One*.

**RESPONSE TO REQUEST NO. 4 (07/31/2018):**

McKesson objects to this request on the grounds stated in General Objection Nos. 1-2
and further incorporates by reference as if fully set forth herein its objections and response to
Plaintiffs' Request for Production No. 33.  Subject to and without waiving these objections,
McKesson responds that it has produced a report identifying blocked opioid orders placed by
Customers in Cuyahoga and Summit Counties for the time period January 1, 2006 through
December 17, 2017 in native-file Excel format assigned production number

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

MCKMDL00478912.  This report specifies whether the blocked order was reported to the DEA.
During earlier time periods, McKesson submitted DU-45 forms to the DEA relating to suspicious
orders.  To the extent that these hard copy records still exist, they are stored in the McKesson
distribution center that submitted the report or in offsite storage.  McKesson is reviewing its files
to collect and produce any DU-45 reports that still exist and that were submitted by the New
Castle Distribution Center relating to opioid orders placed by Customers in Cuyahoga and
Summit Counties.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 4 (11/30/2018):**

McKesson incorporates by reference its objections and response to this request and its
supplemental responses to Request Nos. 2 and 3 as set forth above.  McKesson's supplemental
response to Request No. 3 responds with regard to orders reported to the DEA.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST NO. 4 (03/04/2019):**

McKesson incorporates by reference its objections and response to this request and its

second supplemental responses to Request Nos. 2 and 3 as set forth above.  McKesson's

supplemental response to Request No. 3 responds with regard to orders reported to the DEA.

**REQUEST NO. 5:**

For each suspicious order you identified but did not report to the DEA since January 1,
2006, please describe in as much detail as possible the reasons and produce all documents related
thereto; please identify the Bates stamp range for each related to *Case Track One*.

**RESPONSE TO REQUEST NO. 5 (07/31/2018):**

McKesson objects to this request on the grounds stated in General Objection Nos. 1-2
and further incorporates by reference as if fully set forth herein its objections and response to
Plaintiffs' Request for Production No. 33.  Subject to and without waiving these objections,
McKesson responds that it has produced a report identifying blocked opioid orders placed by
Customers in Cuyahoga and Summit Counties for the time period January 1, 2006 through
December 17, 2017 in native-file Excel format assigned production number
MCKMDL00478912.  This report specifies whether the blocked order was reported to the DEA.
During earlier time periods, McKesson submitted DU-45 forms to the DEA relating to suspicious
orders.  To the extent that these hard copy records still exist, they are stored in the McKesson
distribution center that submitted the report or in offsite storage.  McKesson is reviewing its files
to collect and produce any DU-45 reports that still exist and that were submitted by the New
Castle Distribution Center relating to opioid orders placed by Customers in Cuyahoga and
Summit Counties.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 5 (11/30/2018):**

Superceded by second supplemental response below.

12

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

<u>SECOND SUPPLEMENTAL RESPONSE TO REQUEST NO. 5 (03/04/2019):</u>

McKesson incorporates by reference its objections and response to this request and its

second supplemental responses to Request Nos. 2 and 3 as set forth above.  Subject to and

without waiving its objections, McKesson responds as follows:

With regard to diligence performed by McKesson, McKesson has produced its diligence

files for McKesson Customers in Cuyahoga and Summit Counties, as follows:

| Production Volume | Beginning MDL No. | Ending MDL No. | Produced |
|---|---|---|---|
| MCKMDL008 | MCKMDL00397861 | MCKMDL00402444 | 07/03/2018 |
| MCKMDL016 | MCKMDL00496212 | MCKMDL00496305 | 07/30/2018 |
| MCKMDL021 | MCKMDL00555448 | MCKMDL00555744 | 08/10/2018 |
| MCKMDL025 | MCKMDL00568170 | MCKMDL00568206 | 09/08/2018 |
| MCKMDL025 | MCKMDL00568207 | MCKMDL00568281 | 09/08/2018 |
| MCKMDL039 | MCKMDL00647787 | MCKMDL00647833 | 10/25/2018 |
| MCKMDL043 | MCKMDL00649082 | MCKMDL00649873 | 11/09/2018 |

McKesson also has produced documents that address the history of McKesson's

controlled substance monitoring programs, McKesson's communications with the DEA relating

to those programs, and implementation of those programs.  *See*, *e.g.*, documents with beginning

production numbers MCKMDL00373814; MCKMDL00409116; MCKMDL00409483;

MCKMDL00409554; MCKMDL00409572; MCKMDL00409607; MCKMDL00409619;

MCKMDL00409636; MCKMDL00409662; MCKMDL00409676; MCKMDL00409714;

MCKMDL00409766; MCKMDL00409794; MCKMDL00409798; and MCKMDL00409800.

Additional documents relating to McKesson's distribution of opioids, its CSMP and

predecessor monitoring programs, blocked/suspicious orders and customer diligence have been

produced from the files of multiple McKesson custodians, in productions from non-custodial

sources, and in the prior productions that McKesson produced in response to paragraph 9.k.ii of

Case Management Order No. 1 (Docket No. 232) (referred to as "prior productions").  Appendix

A identifies the McKesson custodians in this proceeding along with their current/last known title

13

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

and their tenure at McKesson, including multiple custodians who were or are members of

McKesson U.S. Pharma Regulatory Affairs.  Appendix B is a log of McKesson's productions to

date that includes a description of each production along with production number ranges.

McKesson has presented Nate Hartle and Gary Boggs as Rule 30(b)(6) designees in

response to deposition topics related to McKesson's distribution of opioids, its CSMP and

predecessor monitoring programs, and communications with the DEA.  Additional information

about McKesson's distribution of opioids, its CSMP and predecessor monitoring programs, and

communications with the DEA has been provided by former and current McKesson employees

who have been deposed in this proceeding, including Gary Boggs, William deGutierrez-

Mahoney, Nate Hartle, Gary Hilliard, Tracy Jonas, Nawang Kunga, Thomas McDonald, Michael

Oriente, and Donald Walker.  Attached as Appendix C is a list of all McKesson witnesses

deposed in Track One of this proceeding with their current or last known title.

## REQUEST NO. 6:

For each suspicious order you reported to the DEA since January 1, 2006, please identify
whether you *declined* the order or *shipped* the order and produce all documents related thereto;
please identify the Bates stamp range for each related to *Case Track One*.

## RESPONSE TO REQUEST NO. 6 (07/31/2018):

McKesson objects to this request on the grounds stated in General Objection Nos. 1-2
and further incorporates by reference as if fully set forth herein its objections and response to
Plaintiffs' Request for Production No. 33.  Subject to and without waiving these objections,
McKesson responds that it has produced a report identifying blocked opioid orders placed by
Customers in Cuyahoga and Summit Counties for the time period January 1, 2006 through
December 17, 2017 in native-file Excel format assigned production number
MCKMDL00478912.  This report specifies whether the blocked order was reported to the DEA.
During earlier time periods, McKesson submitted DU-45 forms to the DEA relating to suspicious
orders.  To the extent that these hard copy records still exist, they are stored in the McKesson
distribution center that submitted the report or in offsite storage.  McKesson is reviewing its files
to collect and produce any DU-45 reports that still exist and that were submitted by the New
Castle Distribution Center relating to opioid orders placed by Customers in Cuyahoga and
Summit Counties.

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 6 (11/30/2018):**

Superceded by second supplemental response below.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST NO. 6 (03/04/2019):**

McKesson incorporates by reference its objections and response to this request and its

second supplemental responses to Request Nos. 2 and 3 as set forth above.  Subject to and

without waiving its objections, McKesson responds as follows:

McKesson has produced blocked/suspicious order reports for McKesson Customers in

Cuyahoga and Summit Counties for mid-2008 – 06/30/18 as follows:

- MCKMDL00409044 for 01/01/13 – 12/18/17 time period
  (produced 07/16/2018)
- MCKMDL00478912 for 01/01/06 – 12/18/17 time period
  (produced 07/25/2018)
  (report begins at 01/01/06 but entries do not begin until mid-2008)
- MCKMDL00616425 and MCKMDL00616426 for 12/19/17 – 06/30/18 time period
  (produced 10/12/18)

The orders listed on these reports were not shipped to the customer.

For earlier time periods, McKesson provided DU-45 reports to the DEA.  Those reports

were provided to the DEA and maintained by McKesson as hard copy paper records.  McKesson

stored its copies in its distribution centers or in offsite storage.  McKesson has not located any

DU-45 reports for the New Castle Distribution Center (the McKesson distribution center that

shipped more than 99% of the opioid products to McKesson Customers in Cuyahoga and

Summit Counties).  However, McKesson has produced examples of DU-45 reports from its

Atlanta, Delran, Denver, Lakeland, Landover, Oklahoma City, and St. Louis distribution centers

bearing production numbers MCKMDL00651614 through MCKMDL00651826 and

MCKMDL00653069 through MCKMDL00661435.

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

Additional documents relating to blocked/suspicious orders, customer diligence, and McKesson's CSMP and predecessor monitoring programs have been produced from the files of multiple McKesson custodians, in productions from non-custodial sources, and in the prior productions that McKesson produced in response to paragraph 9.k.ii of Case Management Order No. 1 (Docket No. 232) (referred to as "prior productions").  Appendix A identifies the McKesson custodians in this proceeding along with their current/last known title and their tenure at McKesson, including multiple custodians who were or are members of McKesson U.S. Pharma Regulatory Affairs.  Appendix B is a log of McKesson's productions to date that includes a description of each production along with production number ranges.

McKesson has presented Nate Hartle and Gary Boggs as Rule 30(b)(6) designees in response to deposition topics related to McKesson's distribution of opioids, its CSMP and predecessor monitoring programs, and communications with the DEA.  Additional information about McKesson's distribution of opioids, its CSMP and predecessor monitoring programs, and communications with the DEA has been provided by former and current McKesson employees who have been deposed in this proceeding, including Gary Boggs, William deGutierrez-Mahoney, Nate Hartle, Gary Hilliard, Tracy Jonas, Nawang Kunga, Thomas McDonald, Michael Oriente, and Donald Walker.  Attached as Appendix C is a list of all McKesson witnesses deposed in Track One of this proceeding with their current or last known title.

**REQUEST NO. 7:**

For each suspicious order you reported and then shipped since January 1, 2006, please produce all documents related to your "*due diligence*" for each; please identify the Bates stamp range for each related to *Case Track One*.

**RESPONSE TO REQUEST NO. 7 (07/31/2018):**

McKesson objects to this request on the grounds stated in General Objection Nos. 1-2 and further incorporates by reference as if fully set forth herein its objections and responses to

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

Plaintiffs' Request for Production Nos. 24 and 33.  Subject to and without waiving these objections, McKesson responds that it has produced a report identifying blocked opioid orders placed by Customers in Cuyahoga and Summit Counties for the time period January 1, 2006 through December 17, 2017 in native-file Excel format assigned production number MCKMDL00478912.  This report specifies whether the blocked order was reported to the DEA. During earlier time periods, McKesson submitted DU-45 forms to the DEA relating to suspicious orders.  To the extent that these hard copy records still exist, they are stored in the McKesson distribution center that submitted the report or in offsite storage.  McKesson is reviewing its files to collect and produce any DU-45 reports that still exist and that were submitted by the New Castle Distribution Center relating to opioid orders placed by Customers in Cuyahoga and Summit Counties.  In addition, to the extent that this request calls for identification of diligence files for Customers in Cuyahoga and Summit Counties, McKesson responds that it has produced documents from these diligence files with the production numbers MCKMDL00397861 through MCKMDL00402444 and MCKMDL00496212 through MCKMDL00496305.  McKesson will supplement this response to the extent that it produces additional documents from diligence files for Customers in Cuyahoga and Summit Counties.

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 7 (11/30/2018):**

Superceded by second supplemental response below.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST NO. 7 (03/04/2019):**

McKesson incorporates by reference its objections and response to this request and its

second supplemental responses to Request Nos. 2 and 3 as set forth above.  Subject to and

without waiving its objections, McKesson responds as follows:

With regard to diligence performed by McKesson, McKesson has produced its diligence

files for McKesson Customers in Cuyahoga and Summit Counties, as follows:

| Production Volume | Beginning MDL No. | Ending MDL No. | Produced |
|---|---|---|---|
| MCKMDL008 | MCKMDL00397861 | MCKMDL00402444 | 07/03/18 |
| MCKMDL016 | MCKMDL00496212 | MCKMDL00496305 | 07/30/2018 |
| MCKMDL021 | MCKMDL00555448 | MCKMDL00555744 | 08/10/2018 |
| MCKMDL025 | MCKMDL00568170 | MCKMDL00568206 | 09/08/2018 |
| MCKMDL025 | MCKMDL00568207 | MCKMDL00568281 | 09/08/2018 |
| MCKMDL039 | MCKMDL00647787 | MCKMDL00647833 | 10/25/2018 |
| MCKMDL043 | MCKMDL00649082 | MCKMDL00649873 | 11/09/2018 |

Additional documents relating to customer diligence have been produced from the files of

multiple McKesson custodians, in productions from non-custodial sources, and in the prior

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

productions that McKesson produced in response to paragraph 9.k.ii of Case Management Order

No. 1 (Docket No. 232) (referred to as "prior productions").  Appendix A identifies the

McKesson custodians in this proceeding along with their current/last known title and their tenure

at McKesson, including multiple custodians who were or are members of McKesson U.S.

Pharma Regulatory Affairs.  Appendix B is a log of McKesson's productions to date that

includes a description of each production along with production number ranges.

McKesson has presented Nate Hartle and Gary Boggs as Rule 30(b)(6) designees in

response to deposition topics related to McKesson's distribution of opioids, its CSMP and

predecessor monitoring programs, and communications with the DEA.  Additional information

about McKesson's distribution of opioids, its CSMP and predecessor monitoring programs, and

communications with the DEA has been provided by former and current McKesson employees

who have been deposed in this proceeding, including Gary Boggs, William deGutierrez-

Mahoney, Nate Hartle, Gary Hilliard, Tracy Jonas, Nawang Kunga, Thomas McDonald, Michael

Oriente, and Donald Walker.  Attached as Appendix C is a list of all McKesson witnesses

deposed in Track One of this proceeding with their current or last known title.

## REQUEST NO. 8:

Please produce and identify the Bates stamp range of all communications to and/or from
the DEA since January 1, 2006, related to Opioids and/or Opioid Products (including the
2006/2007 ***Rannazzisi letters***").

## RESPONSE TO REQUEST NO. 8 (07/31/2018):

McKesson objects to this request on the grounds set forth in General Objection Nos. 1-2
and further incorporates by reference as if fully stated herein its objections and response to
Request for Production No. 16.  Subject to and without waiving its objections, in addition to
documents contained in its prior productions, the following documents produced by McKesson
relate to or constitute communications relating to interactions with the DEA relating to opioids
and also include the 2006 and 2007 Rannazzisi letters and documents relating to the DEA Order
to Show Cause Hearing (Lakeland, Florida Distribution Center):

| Beginning No. & Volume | Ending No. | Description |
|---|---|---|

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| | | |
|---|---|---|
| MCKMDL00409046 MCKMDL011 | MCKMDL00409868 | Documents relating to interactions with the DEA |
| MCKMDL004789906 MCKMDL014 | MCKMDL00478911 | DEA Rannazzisi letters (09/27/06, 12/27/17) |
| MCKMDL00496306 MCKMDL017 | MCKMDL00497711 | Documents from DEA Order to Show Cause Hearing – Lakeland, Florida Distribution Center |

**SUPPLEMENTAL RESPONSE TO REQUEST NO. 8 (11/30/2018):**

Superceded by second supplemental response below.

**SECOND SUPPLEMENTAL RESPONSE TO REQUEST NO. 8 (03/04/2019):**

McKesson incorporates by reference its objections and response to this request and its

second supplemental response to Request No. 2 as set forth above.  Subject to and without

waiving its objections, McKesson responds as follows:

Communications with the DEA and related documents are included in McKesson's prior

productions, have been produced from non-custodial sources, and may be contained in custodial

files, particularly in custodial files of former and current members of McKesson U.S. Pharma

Regulatory Affairs.  In addition to documents identified in McKesson's supplemental response to

Request No. 2, McKesson has identified the following DEA-related documents in its productions

to date:

| Beginning MDL No./Vol. | Ending MDL No. | Description |
|---|---|---|
| MCKMDL00355761 MCKMDL004-001 | MCKMDL00355762 | Donald Walker Letter re Landover and Ruther Glen Distribution Centers |
| MCKMDL00409046 MCKMDL011 | MCKMDL00409868 | Documents relating to interactions with the DEA |
| MCKMDL00478906 MCKMDL014 | MCKMDL00478911 | DEA Rannazzisi letters (09/27/06, 12/27/17) |
| MCKMDL00496306 MCKMDL017 | MCKMDL00497711 | Documents from DEA Order to Show Cause Hearing – Lakeland, Florida Distribution Center |
| MCKMDL00579973 MCKMDL027 | MCKMDL00579976 | October 13, 2006 Letter from McKesson Counsel to Wayne Patrick, DEA |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Description |
|---|---|---|
| MCKMDL00591072 MCKMDL029 | MCKMDL00591245 | DEA-related documents for 2018 time period |
| MCKMDL00694188 MCKMDL059 | MCKMDL00694202 | Government Prehearing Brief re Lackland Distribution Center Order to Show Cause |
| MCKMDL00698636 MCKMDL065 | MCKMDL00706722 | Materials provided to the IRO in connection with Compliance Addendum |
| MCKMDL00706863 MCKMDL065 | MCKMDL00707171 | Materials provided to the U.S. Attorney's Office for the N.D. West Virginia |
| MCKMDL00707172 MCKMDL065 | MCKMDL00707553 | DEA/DOJ-related communications and presentations |
| MCKMDL00707684 MCKMDL065 | MCKMDL00707727 | 2013 AIW and Affidavit related to the Aurora, CO Distribution Center |
| MCKMDL00707876 MCKMDL065 | MCKMDL00709281 | Documents from DEA Order to Show Cause Hearing – Lakeland, Florida Distribution Center |
| MCKMDL00710904 MCKMDL068 | MCKMDL00710945 | DEA-related documents and communications |

McKesson also has produced multiple copies of the 2008 and 2017 agreements between

McKesson and the DEA as follows:

- 2008 Agreement: MCKMDL00516358; MCKMDL00355561; and MCKMDL00332932.

- 2017 Agreements: MCKMDL00436371; MCKMDL00456215; MCKMDL00437016; MCKMDL00455508; MCKMDL00409953; MCKMDL00409953; MCKMDL00525744; MCKMDL00532527; MCKMDL00409953; MCKMDL00409953; MCKMDL00525744; MCKMDL00450846; MCKMDL00553478; MCKMDL00560086; MCKMDL00418388; MCKMDL00419211; MCKMDL00455508; MCKMDL00407401; MCKMDL00355452; MCKMDL00355477; MCKMDL00355513; MCKMDL00409953; MCKMDL00409953; MCKMDL00525744; MCKMDL00556364; MCKMDL00355322; MCKMDL00355349; MCKMDL00355416; and MCKMDL00707554 through MCKMDL00707683.

In addition, McKesson has produced numerous prior productions relating to DEA

subpoenas that include materials produced to the DEA. These productions were identified in

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

prior versions of this tracking chart and also are identified in the McKesson production log.
Additional documents relating to DEA communications and other DEA-related documents have
been produced from the files of multiple McKesson custodians.

Additional documents relating to communications with the DEA have been produced
from the files of multiple McKesson custodians, in productions from non-custodial sources, and
in the prior productions that McKesson produced in response to paragraph 9.k.ii of Case
Management Order No. 1 (Docket No. 232) (referred to as "prior productions").  Appendix A
identifies the McKesson custodians in this proceeding along with their current/last known title
and their tenure at McKesson, including multiple custodians who were or are members of
McKesson U.S. Pharma Regulatory Affairs.  Appendix B is a log of McKesson's productions to
date that includes a description of each production along with production number ranges.  In
addition to the productions it has made to date, McKesson anticipates that it will produce
additional documents from custodial and non-custodial sources that may include information
about McKesson's communications with the DEA.

McKesson has presented Gary Boggs as a Rule 30(b)(6) designee in response to
deposition topics related to McKesson's communications with the DEA.  Additional information
about the 2008 and 2017 settlement agreements and McKesson's communications with the DEA
has been provided by former and current McKesson employees who have been deposed in this
proceeding, including Gary Boggs, William deGutierrez-Mahoney, Nate Hartle, Gary Hilliard,
Tracy Jonas, Thomas McDonald, Michael Oriente, and Donald Walker.  Attached as Appendix C
is a list of all McKesson witnesses deposed in Track One of this proceeding with their current or
last known title.

Dated:  December 6, 2018                    */s/ Dale A. Rice*
                                             Dale A. Rice

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

Covington & Burling LLP
One Front Street
San Francisco, CA 94111
drice@cov.com

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

**APPENDIX A: McKESSON DOCUMENT CUSTODIANS**

| Name | Current/Last Known Title | Tenure |
|---|---|---|
| 1.  Berkey, Ann Richardson | Former Senior Vice President, Corporate Public Affairs | 1988-2014 |
| 2.  Binsse, Alexandra | Former Retail Sales Manager | Sept. 2003-July 2018 |
| 3.  Biraki, Dauny | Senior Manager, Internal Audit | 2013-July 2018 (relevant role) |
| 4.  Bishop, Micheal | Regulatory Affairs Manager | Apr. 2000-Feb. 2018 |
| 5.  Boggs, Gary | Vice President of Regulatory Affairs and Compliance | Nov. 2013-present |
| 6.  Bresnahan, Leigh | VP Sales - Retail | Feb. 2006-present |
| 7.  Byers, Kimberly | Retail Sales Manager | 2010 – present |
| 8.  Cavacini, Eugene | SVP and COO, McKesson Pharmaceutical Solutions and Services | 2002-present |
| 9.  Cook Nelson, Sabrina | Account Manager, RNA Support Solutions | Mar. 1997-present |
| 10. Davis, Gary | Director, Regulatory Affairs CSMP East Region | Nov. 2014-present |
| 11. de Gutierrez-Mahoney, William | Director, Regulatory Affairs CSMP East Region | 2008-present |
| 12. Ferreira, Brian | VP General Manager | Sept. 1986-present |
| 13. Foster, Timothy | District Sales Manager | Dec. 2011-Dec. 2018 |
| 14. Ganley, Joseph | VP Federal Government Affairs | June 2011-present |
| 15. Graziano, David | Strategic Accounts Manager | Sept. 2006-Aug. 2018 |
| 16. Gustin, David | Director of Regulatory Affairs, North Central Region | Nov. 1996-Apr. 2016 |
| 17. Hartle, Nate | SVP, CSMP Regulatory Affairs & Compliance | May 2014-present |
| 18. Hilliard, Gary | Director, Regulatory Affairs | Nov. 1996-July 2016 |
| 19. Iuzzolino, Robert | Regulatory Affairs Manager, CSMP East Region | Aug. 2015-present |
| 20. Jonas, Tracy | Director of Operational Excellence | 2008-present (relevant roles) |
| 21. Joslyn, Denise | Director, RNA Support Solutions | Nov. 1992-present |
| 22. Kunga, Nawang | Senior Analytics Manager, Regulatory Affairs & Compliance  Interim Analytics Director, Regulatory Affairs & Compliance | June 2014-present (relevant role) |
| 23. Kuczynski, John | Retail Sales Manager | Dec. 1998-present |
| 24. Martin, Bernard | Senior Director, Statistics & Analytics | Sept. 1992-Sept. 2018 |
| 25. McDonald, Thomas | Director, Regulatory Affairs CSMP West Region | 2009-present |
| 26. Nusser, Dale | Business Process Consultant (New Castle DC) | Jan. 1991-present |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Name | Current/Last Known Title | Tenure |
|---|---|---|
| 27. Oriente, Michael | Director, Regulatory Affairs, CSMP Retail National Accounts | June 2004-present |
| 28. Price, Robin | Account Manager, RNA Support Solutions | Nov. 1996-present |
| 29. Russell, Bruce | VP Regulatory Affairs | Oct. 1971-Apr. 2013 |
| 30. Slone, Peter | Senior Vice President, Corporate Public Affairs | May 2015-present |
| 31. Smith, Jenna Nichols | Director, RNA Support Solutions | June 2010-present |
| 32. Snider, Blaine | Director of Operations (New Castle DC) | Apr. 1980-present |
| 33. Thompson, Wendy | Sales Administrator (New Castle DC) | Sept. 1973-June 2018 |
| 34. Villarreal, Scott | Senior Manager, Internal Audit (left IA Sept. 2018) | May 2007-present |
| 35. Walker, Donald | SVP of Regulatory Affairs & Distribution Operations | Sept. 1987-June 2015 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

**APPENDIX B:  McKESSON LOG OF PRODUCTIONS TO DATE**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00000001 MCKMDL001-001 to -003 | MCKMDL00309562 | MCK 000001 - MCK 309524 | DEA Subpoena re Aurora CO Distribution Center | 05/29/2018 |
| MCKMDL00309563 MCKMDL002 | MCKMDL00314328 | MCK_BOS_00000001 - MCK_BOS_00004766 | DEA 2013 Subpoena re Methuen MA Distribution Center | 06/04/18 |
| MCKMDL00314329 MCKMDL002 | MCKMDL00316996 | MCK_CHI_00000001 - MCK_CHI_00002668 | DEA Subpoena re Chicagoland IL Distribution Center | 06/04/18 |
| MCKMDL00316997 MCKMDL002 | MCKMDL00317095 | MCK_DVR_00000001 - MCK_DVR_00000099 | DEA Subpoena re Aurora CO Distribution Center | 06/04/18 |
| MCKMDL00317096 MCKMDL002 | MCKMDL00317763 | MCK_LACR_00000001 - MCK_LACR_00000668 | DEA Subpoena re LaCrosse WI Distribution Center | 06/04/18 |
| MCKMDL00317764 MCKMDL002 | MCKMDL00320091 | MCK_LAK_00000001 - MCK_LAK_00002328 | DEA Subpoena re Lakeland FL Distribution Center | 06/04/18 |
| MCKMDL00320092 MCKMDL002 | MCKMDL00324065 | MCK_LIV_00000001 - MCK_LIV_00003974 | DEA Subpoena re Livonia MI Distribution Center | 06/04/18 |
| MCKMDL00324066 MCKMDL002 | MCKMDL00329072 | MCK_WCH_00000001 MCK_WCH_00005007 | DEA Subpoena re Washington Courthouse OH Distribution Center | 06/04/18 |
| MCKMDL00329073 MCKMDL002 | MCKMDL00330198 | MCK_WVAAG_000000001 - MCK_WVAAG_000001126 | West Virginia Attorney General subpoena | 06/04/18 |
| MCKMDL00330199 MCKMDL003-001 | MCKMDL00330199 | MCK-AGMS-003-0000001 MCK-AGMS-003 | Attorney General Multi-State | 06/07/18 |
| MCKMDL00330200 MCKMDL003-001 | MCKMDL00330200 | MCK-AGMS-005-0000001 MCK-AGMS-005 | Attorney General Multi-State | 06/07/18 |
| MCKMDL00330201 MCKMDL003-001 | MCKMDL00330201 | MCK-AGMS-007-0000001 MCK-AGMS-007 | Attorney General Multi-State | 06/07/18 |
| MCKMDL00330202 MCKMDL003-001 | MCKMDL00330204 | MCK-AGMS-009-0000001 - MCK-AGMS-009-0000003 MCK-AGMS-009 | Attorney General Multi-State | 06/07/18 |
| MCKMDL00330205 MCKMDL003-001 | MCKMDL00330205 | MCK-AK-002-0000001 MCK-AK-002 | Alaska Attorney General | 06/07/18 |
| MCKMDL00330206 MCKMDL003-001 | MCKMDL00330206 | MCK-AK-003-0000001 MCK-AK-003 | Alaska Attorney General | 06/07/18 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00330207 MCKMDL003-001 | MCKMDL00330207 | MCK-AK-004-0000001 MCK-AK-004 | Alaska Attorney General | 06/07/18 |
| MCKMDL00330208 MCKMDL003-001 | MCKMDL00330208 | MCK-AK-005-0000001 MCK-AK-005 | Alaska Attorney General | 06/07/18 |
| MCKMDL00330209 MCKMDL003-001 | MCKMDL00330210 | MCK-AK-007-0000001 - MCK-AK-007-0000002 MCK-AK-007 | Alaska Attorney General | 06/07/18 |
| MCKMDL00330211 MCKMDL003-001 | MCKMDL00330923 | MCK-HOI-001-0000001 - MCK-HOI-001-0000713 MCK-HOI-001 | House Energy and Commerce Subcommittee on Oversight and Investigations | 06/07/18 |
| MCKMDL00330924 MCKMDL003-001 | MCKMDL00332931 | MCK-HOI-002-0000001 - MCK-HOI-002-0002008 MCK-HOI-002 | House Energy and Commerce Subcommittee on Oversight and Investigations | 06/07/18 |
| MCKMDL00332932 MCKMDL003-001 | MCKMDL00332955 | MCK-HOI-00300000001 - MCK-HOI-00300000022 MCK-HOI-003 | House Energy and Commerce Subcommittee on Oversight and Investigations | 06/07/18 |
| MCKMDL00332956 MCKMDL003-001 | MCKMDL00332957 | MCK-IN-001-0000001 - MCK-IN-001-0000002 MCK-IN-001 | Indiana Attorney General | 06/07/18 |
| MCKMDL00332958 MCKMDL003-001 | MCKMDL00333632 | MCK-MA-001-0000001 - MCK-MA-001-0000675 MCK-MA-001 | Massachusetts Attorney General[1] | 06/07/18 |
| MCKMDL00333633 MCKMDL003-001 | MCKMDL00333633 | MCK-MS-01-0000001 MCK-MS-001 | Mississippi Attorney General | 06/07/18 |
| MCKMDL00333634 MCKMDL003-001 | MCKMDL00333634 | MCK-MT-001-0000001 MCK-MT-001 | Montana Attorney General | 06/07/18 |
| MCKMDL00333635 MCKMDL003-001 | MCKMDL00333635 | MCK-MT-002-0000001 MCK-MT | Montana Attorney General | 06/07/18 |

---

[1] McKesson is not producing Volume MCK-MA-002 because those materials have already been produced as MCKMDL00309563 - MCKMDL00314328.

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00333636 MCKMDL003-001 | MCKMDL00333637 | MCK-MT-004-0000001 - MCK-MT-004-0000002 MCK-MT-004 | Montana Attorney General | 06/07/18 |
| MCKMDL00333638 MCKMDL003-001 | MCKMDL00334312 | MCK-NH-001-0000001 - MCK-NH-001-0000675 MCK-NH-001 | New Hampshire Attorney General | 06/07/18 |
| MCKMDL00334313 MCKMDL003-001 | MCKMDL00334314 | MCK-NH-002-0000001 - MCK-NH-002-0000002 MCK-NH-002 | New Hampshire Attorney General | 06/07/18 |
| MCKMDL00334315 MCKMDL003-001 | MCKMDL00334315 | MCK-NH-003-0000001 MCK-NH-003 | New Hampshire Attorney General | 06/07/18 |
| MCKMDL00334316 MCKMDL003-001 | MCKMDL00334316 | MCK-NH-005-0000001 MCK-NH-005 | New Hampshire Attorney General | 06/07/18 |
| MCKMDL00334317 MCKMDL003-001 | MCKMDL00334331 | MCK-TN-001-0000001 - MCK-TN-001-0000015 MCK-TN-001 | Tennessee Attorney General | 06/07/18 |
| MCKMDL00334332 MCKMDL003-002 | MCKMDL00335034 | MCK-AGMS-001-0000001 - MCK-AGMS-001-0000703 MCK-AGMS-001 | Attorney General Multi State | 06/07/18 |
| MCKMDL00335035 MCKMDL003-002 | MCKMDL00335748 | MCK-AGMS-002-0000001 - MCK-AGMS-002-0000714 MCK-AGMS-002 | Attorney General Multi State[2] | 06/07/18 |
| MCKMDL00335749 MCKMDL003-002 | MCKMDL00335953 | MCK-AGMS-004-0000001 - MCK-AGMS-004-0000205 MCK-AGMS-004 | Attorney General Multi State | 06/07/18 |
| MCKMDL00335954 MCKMDL003-002 | MCKMDL00337186 | MCK-AGMS-006-0000001 - MCK-AGMS-006-0001233 MCK-AGMS-006 | Attorney General Multi State | 06/07/18 |

---

[2] McKesson is not producing Volume MCK-AGMS-011 or the portions of Volume MCK-AGMS-012 bearing production nos. MCK-AGMS-012-0000489 - MCK-AGMS-012-0002719 because those materials have already been produced as MCKMDL00000001 - MCKMDL00309562.

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00337187<br>MCKMDL003-002 | MCKMDL00337308 | MCK-AGMS-008-0000001 -<br>MCK-AGMS-008-0000122<br>MCK-AGMS-008 | Attorney General Multi State | 06/07/18 |
| MCKMDL00337309<br>MCKMDL003-002 | MCKMDL00337796 | MCK-AGMS-012-0000001 -<br>MCK-AGMS-012-0000488<br>MCK-AGMS-012 | Attorney General Multi State | 06/07/18 |
| MCKMDL00337797<br>MCKMDL003-002 | MCKMDL00338518 | MCK-AGMS-013-0000001 -<br>MCK-AGMS-013-0000722<br>MCK-AGMS-013 | Attorney General Multi State | 06/07/18 |
| MCKMDL00338519<br>MCKMDL003-002 | MCKMDL00341018 | MCK-AGMS-014-0000001 -<br>MCK-AGMS-014-0002500<br>MCK-AGMS-014 | Attorney General Multi State | 06/07/18 |
| MCKMDL00341019<br>MCKMDL003-002 | MCKMDL00341709 | MCK-AGMS-015-0000001 -<br>MCK-AGMS-015-0000691<br>MCK-AGMS-015 | Attorney General Multi State | 06/07/18 |
| MCKMDL00341710<br>MCKMDL003-002 | MCKMDL00342411 | MCK-AK-01-0000001 -<br>MCK-AK-01-0000702<br>MCK-AK-01 | Alaska Attorney General | 06/07/18 |
| MCKMDL00342412<br>MCKMDL003-002 | MCKMDL00342596 | MCK-AK-006-0000001 -<br>MCK-AK-006-0000185<br>MCK-AK-006 | Alaska Attorney General | 06/07/18 |
| MCKMDL00342597<br>MCKMDL003-002 | MCKMDL00343338 | MCK-IN-002-0000001 -<br>MCK-IN-002-0000742<br>MCK-IN-002 | Indiana Attorney General | 06/07/18 |
| MCKMDL00343339<br>MCKMDL003-002 | MCKMDL00343850 | MCK-MA-003-0000001 -<br>MCK-MA-003-0000512<br>MCK-MA-003 | Massachusetts Attorney General | 06/07/18 |
| MCKMDL00343851<br>MCKMDL003-002 | MCKMDL00345842 | MCK-MA-004-0000001 -<br>MCK-MA-004-0001992<br>MCK-MA-004 | Massachusetts Attorney General | 06/07/18 |
| MCKMDL00345843<br>MCKMDL003-002 | MCKMDL00346553 | MCK-MT-003-0000001 -<br>MCK-MT-003-0000711<br>MCK-MT-003 | Montana Attorney General | 06/07/18 |

4

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00346554 MCKMDL003-002 | MCKMDL00348256 | MCK-MT-005-0000001 - MCK-MT-005-0001703 MCK-MT-005 | Montana Attorney General | 06/07/18 |
| MCKMDL00348257 MCKMDL003-002 | MCKMDL00353063 | MCK-MT-006-0000001 - MCK-MT-006-0004807 MCK-MT-006 | Montana Attorney General | 06/07/18 |
| MCKMDL00353064 MCKMDL003-002 | MCKMDL00353260 | MCK-NH-004-0000001 - MCK-NH-004-0000197 MCK-NH-004 | New Hampshire Attorney General | 06/07/18 |
| MCKMDL00353261 MCKMDL003-003 | MCKMDL00354204 | Not applicable | Produced in response to MDL Plaintiffs' Requests for Production | 06/07/18 |
| MCKMDL00354205 MCKMDL004-001 | MCKMDL00356234 | MCK-WVAG-003-0000001 - MCK-WVAG-003-0002030 MCK-WVAG-003 | West Virginia Attorney General (litigation) | 06/11/18 |
| MCKMDL00356235 MCKMDL004-001 | MCKMDL00368196 | MCK-WVAG-004-0000001 - MCK-WVAG-004-0011962 MCK-WVAG-004 | West Virginia Attorney General (litigation) | 06/11/18 |
| MCKMDL00368197 MCKMCL004-002 | MCKMDL00368255 | MCK_BIRM_2015_000482 - MCK_BIRM_2015_000536 | DEA 2015 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00368256 MCKMDL004-002 | MCKMDL00368498 | MCK (BHM) 000001 - MCK (BHM) 000243 | DEA 2013 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00368499 MCKMDL004-002 | MCKMDL00368499 | MCK (BHM) 002106 | DEA 2013 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00368500 MCKMDL004-002 | MCKMDL00368777 | MCK (BHM) 000244 - MCK (BHM) 000521 | DEA 2013 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00368778 MCKMDL004-002 | MCKMDL00370017 | MCK000809-MCK003014 | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2013 | 06/11/18 |
| MCKMDL00370018 MCKMDL004-002 | MCKMDL00370149 | MCK (BHM) 001083 - MCK (BHM) 001214 | DEA 2013 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00370150 MCKMDL004-002 | MCKMDL00371500 | MCK_BIRM_2015-000001 - MCK_BIRM_2015-000480 | DEA 2015 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00371501 MCKMDL004-002 | MCKMDL00371727 | MCK (BHM) 000522 - MCK (BHM) 000748 | DEA 2013 Subpoena re Birmingham Distribution Center | 06/11/18 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00371728 MCKMDL004-002 | MCKMDL00371739 | None | DEA Cyclic Inspection Subpoena re Methuen Distribution Center | 06/11/18 |
| MCKMDL00371740 MCLMDL004-002 | MCKMDL00371740 | None | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2013 | 06/11/18 |
| MCKMDL00371741 MCKMDL004-002 | MCKMDL00371786 | MCK_BOS_2016000077 - MCK_BOS_2016000110 | DEA Cyclic Inspection Subpoena re Methuen Distribution Center | 06/11/18 |
| MCKMDL00371787 MCKMDL004-002 | MCKMDL00373468 | MCK000122-MCK001791 | DEA Cyclic Inspection Subpoena re Sacramento Distribution Center-2013 | 06/11/18 |
| MCKMDL00373469 MCKMDL004-002 | MCKMDL00373493 | None | DEA Cyclic Inspection Subpoena re Honolulu Distribution Center-2013 | 06/11/18 |
| MCKMDL00373494 MCKMDL004-002 | MCKMDL00373537 | None | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2013 | 06/11/18 |
| MCKMDL00373538 MCKMDL004-002 | MCKMDL00373592 | None | DEA Subpoena re LaCrosse Distribution Center | 06/11/18 |
| MCKMDL00373593 | MCKMDL00373594 | MCK_BIRM_2015-000480 | DEA 2015 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00373595 MCKMDL004-002 | MCKMDL00373813 | MCK (BHM) 000749 - MCK (BHM) 000967 | DEA 2013 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00373814 MCKMDL004-002 | MCKMDL00373841 | None | House Energy and Commerce Subcommittee on Oversight and Investigations | 06/11/18 |
| MCKMDL00373842 MCKMDL004-002 | MCKMDL00373959 | None | DEA Cyclic Inspection Subpoena re Honolulu Distribution Center-2013 | 06/11/18 |
| MCKMDL00373960 MCKMDL004-002 | MCKMDL00374074 | MCK (BHM) 000968 - MCK (BHM) 001082 | DEA 2013 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00374075 MCKMDL004-002 | MCKMDL00374172 | None | DEA 2014 Subpoena re LaCrosse Distribution Center | 06/11/18 |
| MCKMDL00374173 MCKMDL004-002 | MCKMDL00374306 | MCK (BHM) 001215 - MCK (BHM) 001348 | DEA 2013 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00374307 MCKMDL004-002 | MCKMDL00374868 | MCK000001-MCK004073 | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2013 | 06/11/18 |
| MCKMDL00374869 MCKMDL004-002 | MCKMDL00374896 | None | DEA Cyclic Inspection Subpoena re Sacramento Distribution Center-2013 | 06/11/18 |

6

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00374897 MCKMDL004-002 | MCKMDL00374899 | MCK_DEL_2016_000018 – MCK_DEL_2016_000019 | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2016 | 06/11/18 |
| MCKMDL00374900 MCKMDL004-002 | MCKMDL00374944 | MCK_TRI_2015-000001 – MCK_TRI_2015_000043 | DEA Cyclic Inspection Subpoena re Tri States Distribution Center-2015 | 06/11/18 |
| MCKMDL00374945 MCKMDL004-002 | MCKMDL00380773 | MCK-WVAG-001-0000001 - MCK-WVAG-001-0005687 MCK-WVAG-001 | West Virginia Attorney General (litigation) | 06/11/18 |
| MCKMDL00380774 MCKMDL004-002 | MCKMDL00381417 | MCK-WVAG-002-0000001 - MCK-WVAG-002-0000644 MCK-WVAG-002 | West Virginia Attorney General (litigation) | 06/11/18 |
| MCKMDL00381418 MCKMDL004-002 | MCKMDL00381419 | MCK-WVAG-005-0000001 - MCK-WVAG-005-0000002 MCK-WVAG-005 | West Virginia Attorney General (litigation) | 06/11/18 |
| MCKMDL00381420 MCKMDL004-002 | MCKMDL00381732 | MCK003637-MCK003949 | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2013 | 06/11/18 |
| MCKMDL00381733 MCKMDL004-002 | MCKMDL00381792 | MCK003577-MCK003636 | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2013 | 06/11/18 |
| MCKMDL00381793 MCKMDL004-002 | MCKMDL00381988 | MCK (BHM) 001349 - MCK (BHM) 001544 | DEA 2013 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00381989 MCKMDL004-002 | MCKMDL00381999 | None | State of Ohio Board of Pharmacy | 06/11/18 |
| MCKMDL00382000 MCKMDL004-002 | MCKMDL00382127 | MCK003950-MCK004073 | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2013 | 06/11/18 |
| MCKMDL00382128 MCKMDL004-002 | MCKMDL00382650 | MCK002091-MCK002613 | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2013 | 06/11/18 |
| MCKMDL00382651 MCKMDL004-002 | MCKMDL00382909 | MCK001833-MCK002090 | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2013 | 06/11/18 |
| MCKMDL00382909 MCKMDL004-002 | MCKMDL00383058 | MCK (BHM) 001545 - MCK (BHM) 001694 | DEA 2013 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00383059 MCKMDL004-002 | MCKMDL00383128 | MCK_EV_000001 - MCK_EV_000070 | DEA Cyclic Inspection Subpoena re Everett Distribution Center-2015 | 06/11/18 |
| MCKMDL00383129 MCKMDL004-002 | MCKMDL00383147 | MCK_DEL_2016_000001 – MCK_DEL_2016_000017 | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2016 | 06/11/18 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00383148 MCKMDL004-002 | MCKMDL00383149 | None | DEA Cyclic Inspection Subpoena re Sacramento Distribution Center-2013 | 06/11/18 |
| MCKMDL00383150 MCKMDL004-002 | MCKMDL00383178 | None | DEA Cyclic Inspection Subpoena re SoCal Distribution Center-2014 | 06/11/18 |
| MCKMDL00383179 MCKMDL004-002 | MCKMDL00383210 | MCK_SoCal000001 – MCK_SoCal000032 | DEA Cyclic Inspection Subpoena re SoCal Distribution Center-2014 | 06/11/18 |
| MCKMDL00383211 MCKMDL004-002 | MCKMDL00383472 | MCK (BHM) 001695 - MCK (BHM) 001956 | DEA 2013 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00383473 MCKMDL004-002 | MCKMDL00384023 | MCK_RGL_000001 – MCK_RGL_000551 | DEA Subpoena re Ruther Glen Distribution Center | 06/11/18 |
| MCKMDL00384024 MCKMDL004-002 | MCKMDL00385236 | MCK001791-MCK003003 | DEA Cyclic Inspection Subpoena re Sacramento Distribution Center-2013 | 06/11/18 |
| MCKMDL00385237 MCKMDL004-002 | MCKMDL00385256 | None | DEA Cyclic Inspection Subpoena re Methuen Distribution Center | 06/11/18 |
| MCKMDL00385257 | MCKMDL00385257 | None | DEA Cyclic Inspection Subpoena re Salt Lake City Distribution Center-2015 | 06/11/18 |
| MCKMDL00385258 MCKMDL004-002 | MCKMDL00385268 | None | Committee on Homeland Security and Governmental Affairs (Senator McCaskill) – 10/12/17, 3/23/18 | 06/11/18 |
| MCKMDL00385269 MCKMDL004-002 | MCKMDL00385272 | None | DEA Cyclic Inspection Subpoena re Salt Lake City Distribution Center-2015 | 06/11/18 |
| MCKMDL00383273 MCKMDL004-002 | MCKMDL00385291 | None | DEA Cyclic Inspection Subpoena re SoCal Distribution Center-2014 | 06/11/18 |
| MCKMDL00383292 MCKMDL004-002 | MCKMDL00385323 | MCK_SoCal000001 – MCK_SoCal000032 | DEA Cyclic Inspection Subpoena re SoCal Distribution Center-2014 | 06/11/18 |
| MCKMDL00383324 MCKMDL004-002 | MCKMDL00385339 | None | DEA Cyclic Inspection Subpoena re SoCal Distribution Center-2014 | 06/11/18 |
| MCKMDL00385340 MCKMDL004-002 | MCKMDL00385863 | MCK000470-MCK000808 | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2013 | 06/11/18 |
| MCKMDL00385864 MCKMDL004-002 | MCKMDL00385869 | None | Tennessee Attorney General – 4/5/2018 | 06/11/18 |
| MCKMDL00385870 MCKMDL004-002 | MCKMDL00386018 | MCK (BHM) 001957 - MCK (BHM) 002105 | DEA 2013 Subpoena re Birmingham Distribution Center | 06/11/18 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00386019 MCKMDL004-002 | MCKMDL00386036 | MCK000122-MCK001790 | DEA Cyclic Inspection Subpoena re Sacramento Distribution Center-2013 | 06/11/18 |
| MCKMDL00386037 MCKMDL004-002 | MCKMDL00386157 | MCK000001-MCK000121 | DEA Cyclic Inspection Subpoena re Sacramento Distribution Center-2013 | 06/11/18 |
| MCKMDL00386158 MCKMDL004-002 | MCKMDL00386162 | MCK_TRI_2015-000001 – MCK_TRI_2015_000005 | DEA Cyclic Inspection Subpoena re Tri States Distribution Center-2015 | 06/11/18 |
| MCKMDL00386163 MCKMDL004-002 | MCKMDL00386631 | MCK000001-MCK000469 | DEA Cyclic Inspection Subpoena re Delran Distribution Center-2013 | 06/11/18 |
| MCKMDL00386632 MCKMDL004-002 | MCKMDL00386661 | MCK_BIRM_2015_000149 – MCK_BIRM_2015_000178 | DEA 2015 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00386662 MCKMDL004-002 | MCKMDL00386712 | MCK_BIRM_2015_000098 – MCK_BIRM_2015_000148 | DEA 2015 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00386713 MCKMDL004-002 | MCKMDL00386751 | MCK_BIRM_2015_000188 – MCK_BIRM_2015_000226 | DEA 2015 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00386752 MCKMDL004-002 | MCKMDL00386760 | MCK_BIRM_2015_000149 – MCK_BIRM_2015_000178 | DEA 2015 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00386761 MCKMDL004-002 | MCKMDL00386786 | MCK_BIRM_2015_000179 – MCK_BIRM_2015_000187 | DEA 2015 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00386787 MCKMDL004-002 | MCKMDL00386857 | MCK_BIRM_2015_000001 – MCK_BIRM_2015_000071 | DEA 2015 Subpoena re Birmingham Distribution Center | 06/11/18 |
| MCKMDL00386858 MCKMDL004-003 | MCKMDL00386859 | None | California Board of Pharmacy | 06/11/18 |
| MCKMDL00386860 MCKMDL003-004 | MCKMDL00386860 | MCK-AGMS-010-0000001 text file produced in native form | Attorney General Multi State | 06/07/18 |
| MCKMDL00386861 MCKMDL005 | MCKMDL00394183 | Not applicable | Insurance Information produced pursuant to CMO No. 1 § 3.d | 06/14/18 |
| MCKMDL00394184 MCKMDL006 | MCKMDL00395121 | MCK 0001 – MCK 0938 | DEA Requests re Landover Distribution Center – November 2011 Production | 06/25/18 |
| MCKMDL0395122 MCKMDL006 | MCKMDL00395189 | MCK000284 – MCK000351 | DEA Cyclic Inspection Subpoena re Omaha Distribution Center – 2013 | 06/25/18 |
| MCKMDL00395190 MCKMDL006 | MCKMDL00395203 | None | DEA Cyclic Inspection Subpoena re Anchorage Distribution Center - 2011 | 06/25/18 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00395204 MCKMDL006 | MCKMDL00395205 | None | California Board of Pharmacy | 06/25/18 |
| MCKMDL00395206 MCKMDL006 | MCKMDL00395255 | MCK_CLake_2017_000001 – MCK_CLake_2017_000050 | DEA Cyclic Inspection Subpoena re Clear Lake Distribution Center - 2017 | 06/25/18 |
| MCKMDL00395256 MCKMDL006 | MCKMDL00395331 | MCK_BOS_2016000001 – MCK_BOS_2016000076 | DEA Cyclic Inspection Subpoena re Methuen Distribution Center | 06/25/18 |
| MCKMDL00395332 MCKMDL006 | MCKMDL00395333 | None | DEA Cyclic Inspection Subpoena re Everett Distribution Center-2015 | 06/25/18 |
| MCKMDL00395334 MCKMDL006 | MCKMDL00395354 | MCK_EV_000071 – MCK_EV_000091 | DEA Cyclic Inspection Subpoena re Everett Distribution Center-2015 | 06/25/18 |
| MCKMDL00395355 MCKMDL006 | MCKMDL00395401 | MCKESSONWIS000001 – MCKESSONWIS000023 | DEA 2013 Subpoena re LaCrosse Distribution Center | 06/25/18 |
| MCKMDL00395402 MCKMDL006 | MCKMDL00395405 | None | DEA Requests re Landover Distribution Center – July 2011 Production | 06/25/18 |
| MCKMDL00395406 MCKMDL006 | MCKMDL00395525 | MCK 0001-MCK 0120 | DEA Requests re Landover Distribution Center – July 2011 Production | 06/25/18 |
| MCKMDL00395526 MCKMDL006 | MCKMDL00395526 | None | DEA Requests re Landover Distribution Center – July 2011 Production | 06/25/18 |
| MCKMDL00395527 MCKMDL006 | MCKMDL00395878 | MCK000001 – MCK000351 | DEA Cyclic Inspection Subpoena re Omaha Distribution Center-2013 | 06/25/18 |
| MCKMDL00395879 MCKMDL006 | MCKMDL00395880 | None | DEA 2011 Subpoena re Oklahoma City Distribution Center | 06/25/18 |
| MCKMDL00395881 MCKMDL006 | MCKMDL00395881 | None | DEA Cyclic Inspection Subpoena re Omaha Distribution Center-2013 | 06/25/18 |
| MCKMDL00395882 MCKMDL006 | MCKMDL00395890 | None | DEA 2014 Subpoena re LaCrosse Distribution Center | 06/25/18 |
| MCKMDL00395891 MCKMDL006 | MCKMDL00395903 | MCK_BUF_000001 – MCK_BUF_000012 | DEA 2014 Subpoena re Buffalo Distribution Center | 06/25/18 |
| MCKMDL00395904 MCKMDL006 | MCKMDL00396011 | MCKSAC000027 – MCKSAC000134 | DEA Cyclic Inspection Subpoena re Sacramento Distribution Center-2013 | 06/25/18 |
| MCKMDL00395912 MCKMDL006 | MCKMDL00396061 | MCK_SLC000013 – MCK_SLC000056 | DEA Cyclic Inspection Subpoena re Salt Lake City Distribution Center-2015 | 06/25/18 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00396068 MCKMDL007 | MCKMDL00397860 | MCK-WVAG-006-0000001 – MCK-WVAG-006-0001793 MCK-WVAG-006 | West Virginia Attorney General action: documents produced after 06/11/18 (Tim Ashworth Custodial Files) | 07/03/18 |
| MCKMDL00397861 MCKMDL008 | MCKMDL00402444 | Not applicable | Diligence files for Cuyahoga & Summit County Customers-R: Drive | 07/03/18 |
| MCKMDL00402445 MCKMDL009 | MDLMDL00403402 | Not applicable | West Virginia Attorney General action: deposition transcripts and exhibits for Gary Boggs, Eugene Cavacini, Ashley Clayborne, Matt Collett, Joe Ganley, Kirsti Lawson, Erin McKinney, and Jennifer Towsley | 07/09/18 |
| MCKMDL00403403 MCKMDL010 | MCKMDL00409043 | Not applicable | Documents from the custodial files of Michael Oriente | 07/13/18 |
| MCKMDL00409044 MCKMDL011 | MCKMDL00409044 | Not applicable | Blocked Orders 01/01/13 – 12/18/17 Cuyahoga & Summit County Customers | 07/16/18 |
| MCKMDL00409045 MCKMDL011 | MCKMDL00409045 | Not applicable | Transaction Data 01/01/13 – 03/31/18 Cuyahoga & Summit County Customers | 07/16/18 |
| MCKMDL00409046 MCKMDL011 | MCKMDL00409868 | Not applicable | Documents relating to interactions with the DEA | 07/16/18 |
| MCKMDL00409869 MCKMDL012 | MCKMDL00453139 | Not applicable | Documents from the custodial files of Nate Hartle | 07/20/18 |
| MCKMDL00453140 MCKMDL013 | MCKMDL00459552 | Not applicable | Documents from the custodial files of Nate Hartle | 07/23/18 |
| MCKMDL00459553 MCKMDL013 | MCKMDL00473992 | Not applicable | Documents from the custodial files of Kimberly Byers (formerly Grayson) | 07/23/18 |
| MCKMDL00473993 MCKMDL013 | MCKMDL00476494 | Not applicable | Documents from the custodial files of Alexandra Binsse | 07/23/18 |
| MCKMDL00476495 MCKMDL013 | MCKMDL00478905 | Not applicable | Documents from the custodial files of David Graziano | 07/23/18 |
| MCKMDL00478906 MCKMDL014 | MCKMDL00478911 | Not applicable | DEA Rannazzisi letters (09/27/06, 12/27/17) | 07/25/2018 |
| MCKMDL00478912 MCKMDL014 | MCKMDL00478912 | Not applicable | Blocked Orders 01/01/06 – 12/18/17 Cuyahoga & Summit County Customers | 07/25/2018 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00478913 MCKMDL014 | MCKMDL00478913 | Not applicable | Transaction Data 01/01/06 – 03/31/18 Cuyahoga & Summit County Customers | 07/25/2018 |
| MCKMDL00478914 MCKMDL014 | MCKMDL00483436 | Not applicable | McKesson Forms 10Q, Forms 10K and Annual Reports – Fiscal Years 2006-2018 | 07/25/2018 |
| MCKMDL00483437 MCKMDL015 | MCKMDL00485025 | Not applicable | Documents from the custodial files of Kimberly Byers (formerly Grayson) | 07/27/2018 |
| MCKMDL00485026 MCKMDL015 | MCKMDL00485402 | Not applicable | Documents from the custodial files of Alexandra Binsse | 07/27/2018 |
| MCKMDL00485403 MCKMDL015 | MCKMDL00488496 | Not applicable | Documents from the custodial files of David Graziano | 07/27/2018 |
| MCKMDL00488497 MCKMDL015 | MCKMDL00496211 | Not applicable | Documents from the custodial files of John Kuczynski | 07/27/2018 |
| MCKMDL00496212 MCKMDL016 | MCKMDL00496305 | Not applicable | Diligence files for Cuyahoga & Summit County Customers-SharePoint | 07/30/2018 |
| MCKMDL00496306 MCKMDL017 | MCKMDL00497711 | Not applicable | Documents from DEA Order to Show Cause Hearing – Lakeland, Florida Distribution Center | 07/30/2018 |
| MCKMDL00497712 MCKMDL018 | MCKMDL00522682 | Not applicable | Documents from the custodial files of David Gustin | 07/31/2018 |
| MCKMDL00522683 MCKMDL019 | MCKMDL00534475 | Not applicable | Documents from the custodial files of Tracy Jonas | 08/03/2018 |
| MCKMDL00534476 MCKMDL019 | MCKMDL00539806 | Not applicable | Documents from the custodial files of Donald Walker | 08/03/2018 |
| MCKMDL00539807 MCKMDL020 | MCKMDL00542107 | Not applicable | Documents from the custodial files of Alexandra Binsse | 08/07/2018 |
| MCKMDL00542108 MCKMDL020 | MCKMDL00552589 | Not applicable | Documents from the custodial files of Donald Walker | 08/07/2018 |
| MCKMDL00552590 MCKMDL020 | MCKMDL00555447 | Not applicable | Documents from the custodial files of Gary Boggs | 08/07/2018 |
| MCKMDL00555448 MCKMDL021 | MCKMDL00555744 | Not applicable | Diligence files for Cuyahoga & Summit County Customers-Hard Copy, R: Drive | 08/10/2018 |
| MCKMDL00555745 MCKMDL022 | MCKMDL00556229 | Not applicable | Documents from the custodial files of Donald Walker | 08/24/2018 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00556230 MCKMDL023 | MCKMDL00562872 | Not applicable | Documents from the custodial files of Gary Boggs | 08/28/2018 |
| MCKMDL00562873 MCKMDL024 | MCKMDL00565905 | Not applicable | Documents from the custodial files of Brian Ferreira | 08/31/2018 |
| MCKMDL00565906 MCKMDL024 | MCKMDL00567623 | Not applicable | Documents from the custodial files of Tim Foster | 08/31/2018 |
| MCKMDL00567624 MCKMDL025 | MCKMDL00567812 | Not applicable | Documents from the custodial files of Scott Villarreal | 09/08/2018 |
| MCKMDL00567813 MCKMDL025 | MCKMDL00568169 | Not applicable | Documents from the custodial files of Dauny Biraki | 09/08/2018 |
| MCKMDL00568170 MCKMDL025 | MCKMDL00568206 | Not applicable | Diligence files for Cuyahoga & Summit County Customers-R: Drive | 09/08/2018 |
| MCKMDL00568207 MCKMDL025 | MCKMDL00568281 | Not applicable | Diligence files for Cuyahoga & Summit County Customers-hard copy files | 09/08/2018 |
| MCKMDL00568282 MCKMDL026 | MCKMDL00571008 | Not applicable | Documents from the custodial files of Nate Hartle | 09/14/2018 |
| MCKMDL00571009 MCKMDL026 | MCKMDL00571302 | Not applicable | Documents from the custodial files of Kimberly Byers | 09/14/2018 |
| MCKMDL00571303 MCKMDL026 | MCKMDL00571324 | Not applicable | Documents from the custodial files of David Graziano | 09/14/2018 |
| MCKMDL00571325 MCKMDL026 | MCKMDL00571327 | Not applicable | Documents from the custodial files of John Kuczynski | 09/14/2018 |
| MCKMDL00571328 MCKMDL026 | MCKMDL00571375 | Not applicable | Documents from the custodial files of Donald Walker | 09/14/2018 |
| MCKMDL00571376 MCKMDL026 | MCKMDL00579971 | Not applicable | Documents from the custodial files of Tom McDonald | 09/14/2018 |
| MCKMDL00579972 MCKMDL027 | MCKMDL00579972 | Not applicable | Transaction Data 10/01/04 – 12/31/05 Cuyahoga & Summit County Customers | 09/14/2018 |
| MCKMDL00579973 MCKMDL027 | MCKMDL00579976 | Not applicable | October 13, 2006 Letter from McKesson Counsel to Wayne Patrick, DEA | 09/14/2018 |
| MCKMDL00579977 MCKMDL028 | MCKMDL00584203 | Not applicable | Documents from the custodial files of Robert Iuzzolino | 09/21/2018 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00584204 MCKMDL028 | MCKMDL00584909 | Not applicable | Documents from the custodial files of Dale Nusser | 09/21/2018 |
| MCKMDL00584910 MCKMDL028 | MCKMDL00585474 | Not applicable | Documents from the custodial files of Wendy Thompson | 09/21/2018 |
| MCKMDL00585475 MCKMDL028 | MCKMDL00591071 | Not applicable | Documents from the custodial files of Joseph Ganley | 09/21/2018 |
| MCKMDL00591072 MCKMDL029 | MCKMDL00591245 | Not applicable | DEA-related documents for 2018 time period | 09/21/2018 |
| MCKMDL00591245 MCKMDL030 | MCKMDL00595593 | Not applicable | Internal Audit Reports and supporting materials | 09/27/2018 |
| MCKMDL00595594 MCKMDL031 | MCKMDL00595844 | Not applicable | Documents from the custodial files of Tracy Jonas | 09/28/2018 |
| MCKMDL00595845 MCKMDL031 | MCKMDL00595911 | Not applicable | Documents from the custodial files of David Gustin | 09/28/2018 |
| MCKMDL00595912 MCKMDL031 | MCKMDL00602426 | Not applicable | Documents from the custodial files of Blaine Snider | 09/28/2018 |
| MCKMDL00602427 MCKMDL031 | MCKMDL00606032 | Not applicable | Documents from the custodial files of Gary Davis | 09/28/2018 |
| MCKMDL00606033 MCKMDL032 | MCKMDL00606060 | Not applicable | Documents relating to McKesson STARS audits | 09/28/2018 |
| MCKMDL00606061 MCKMDL032 | MCKMDL00606061 | Not applicable | Summit Cuyahoga Threshold History Report | 09/28/2018 |
| MCKMDL00606062 MCKMDL032 | MCKMDL00606062 | Not applicable | Summit Cuyahoga Transactional Data 04-01-18 to 06-30-18 | 09/28/2018 |
| MCKMDL00606063 MCKMDL033 | MCKMDL00609795 | Not applicable | Internal Audit Reports and supporting materials | 10/11/2018 |
| MCKMDL00609796 MCKMDL034 | MCKMDL00610091 | Not applicable | Documents from the custodial files of Leigh Bresnahan | 10/12/2018 |
| MCKMDL00610092 MCKMDL034 | MCKMDL00611345 | Not applicable | Documents from the custodial files of Gene Cavacini | 10/12/2018 |
| MCKMDL00611346 MCKMDL034 | MCKMDL00611631 | Not applicable | Documents from the custodial files of Micheal Bishop | 10/12/2018 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00611632 MCKMDL034 | MCKMDL00616424 | Not applicable | Documents from the custodial files of Gary Hilliard | 10/12/2018 |
| MCKMDL00616425 MCKMDL035 | MCKMDL00616426 | Not applicable | Blocked Orders 12/19/17 – 06/30/18 Cuyahoga & Summit County Customers | 10/12/2018 |
| MCKMDL00616427 MCKMDL036 | MCKMDL00616858 | Not applicable | Internal Audit Reports and supporting materials | 10/18/2018 |
| MCKMDL00616859 MCKMDL037 | MCKMDL00619920 | Not applicable | Documents from the custodial files of Gary Hilliard | 10/19/2018 |
| MCKMDL00619921 MCKMDL037 | MCKMDL00619925 | Not applicable | Documents from the custodial files of Gene Cavacini | 10/19/2018 |
| MCKMDL00619926 MCKMDL037 | MCKMDL00619929 | Not applicable | Documents from the custodial files of Leigh Bresnahan | 10/19/2018 |
| MCKMDL00619930 MCKMDL037 | MCKMDL00620378 | Not applicable | Documents from the custodial files of Micheal Bishop | 10/19/2018 |
| MCKMDL00620379 MCKMDL037 | MCKMDL00620430 | Not applicable | Documents from the custodial files of Denise Joslyn | 10/19/2018 |
| MCKMDL00620431 MCKMDL037 | MCKMDL00622526 | Not applicable | Documents from the custodial files of Bernard Martin | 10/19/2018 |
| MCKMDL00622527 MCKMDL037 | MCKMDL00625547 | Not applicable | Documents from the custodial files of Bruce Russell | 10/19/2018 |
| MCKMDL00625548 MCKMDL037 | MCKMDL00626933 | Not applicable | Documents from the custodial files of Jenna Smith (formerly Nichols) | 10/19/2018 |
| MCKMDL00626934 MCKMDL037 | MCKMDL00639030 | Not applicable | Documents from the custodial files of Michael Oriente | 10/19/2018 |
| MCKMDL00639031 MCKMDL037 | MCKMDL00641372 | Not applicable | Documents from the custodial files of William de Gutierrez-Mahoney | 10/19/2018 |
| MCKMDL00641373 MCKMDL037 | MCKMDL00642068 | Not applicable | Documents from the custodial files of Donald Walker | 10/19/2018 |
| MCKMDL00642049 MCKMDL038 | MCKMDL00642073 | Not applicable | Documents from the custodial files of Gary Hilliard | 10/25/2018 |
| MCKMDL00642074 MCKMDL038 | MCKMDL00642660 | Not applicable | Documents from the custodial files of Gene Cavacini | 10/25/2018 |

RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00642661 MCKMDL038 | MCKMDL00642985 | Not applicable | Documents from the custodial files of Leigh Bresnehan | 10/25/2018 |
| MCKMDL00642986 MCKMDL038 | MCKMDL00643325 | Not applicable | Documents from the custodial files of Micheal Bishop | 10/25/2018 |
| MCKMDL00643326 MCKMDL038 | MCKMDL00643920 | Not applicable | Documents from the custodial files of Denise Joslyn | 10/25/2018 |
| MCKMDL00643921 MCKMDL038 | MCKMDL00643923 | Not applicable | Documents from the custodial files of Bernard Martin | 10/25/2018 |
| MCKMDL00643924 MCKMDL038 | MCKMDL00643926 | Not applicable | Documents from the custodial files of Bruce Russell | 10/25/2018 |
| MCKMDL00643927 MCKMDL038 | MCKMDL00646981 | Not applicable | Documents from the custodial files of Jenna Smith (formerly Nichols) | 10/25/2018 |
| MCKMDL00646982 MCKMDL038 | MCKMDL00647769 | Not applicable | Documents from the custodial files of Robin Price | 10/25/2018 |
| MCKMDL00647770 MCKMDL038 | MCKMDL00647786 | Not applicable | Documents from the custodial files of Sabrina Cook Nelson | 10/25/2018 |
| MCKMDL00647787 MCKMDL039 | MCKMDL00647834 | Not applicable | Diligence file documents from McKesson's McKCAT Platform | 10/25/2018 |
| MCKMDL00647835 MCKMDL040 | MCKMDL00648110 | Not applicable | Documents from the custodial files of Blaine Snider | 11/02/2018 |
| MCKMDL00648111 MCKMDL040 | MCKMDL00648829 | Not applicable | Documents from the custodial files of Gary Boggs | 11/02/2018 |
| MCKMDL00648830 MCKMDL040 | MCKMDL00648963 | Not applicable | Documents from the custodial files of Brian Ferreira | 11/02/2018 |
| MCKMDL00648964 MCKMDL040 | MCKMDL00648979 | Not applicable | Documents from the custodial files of Tim Foster | 11/02/2018 |
| MCKMDL00648980 MCKMDL041 | MCKMDL00649069 | Not applicable | McKesson Manufacturer Marketing Product Promotional Agreements and related documents | 11/02/2018 |
| MCKMDL00649070 MCKMDL042 | MCKMDL00649081 | Not applicable | Photographs of McKesson's New Castle Distribution Center | 11/06/2018 |
| MCKMDL00649082 MCKMDL043 | MCKMDL00649873 | Not applicable | Diligence file documents from McKesson's McKCAT Platform | 11/09/2018 |

RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00649874 MCKMDL044 | MCKMDL00649967 | Not applicable | Documents from the custodial files of Robert Iuzzolino | 11/16/2018 |
| MCKMDL00649968 MCKMDL044 | MCKMDL00649971 | Not applicable | Documents from the custodial files of Dale Nusser | 11/16/2018 |
| MCKMDL00649972 MCKMDL044 | MCKMDL00650726 | Not applicable | Documents from the custodial files of Joseph Ganley | 11/16/2018 |
| MCKMDL00650727 MCKMDL044 | MCKMDL00650972 | Not applicable | Documents from the custodial files of Thomas McDonald | 11/16/2018 |
| MCKMDL00650973 MCKMDL044 | MCKMDL00651319 | Not applicable | Documents from the custodial files of Dauny Biraki | 11/16/2018 |
| MCKMDL00651320 MCKMDL044 | MCKMDL00651369 | Not applicable | Documents from the custodial files of William de Gutierrez-Mahoney | 11/16/2018 |
| MCKMDL00651370 MCKMDL044 | MCKMDL00651464 | Not applicable | Documents from the custodial files of Nate Hartle | 11/16/2018 |
| MCKMDL00651465 MCKMDL044 | MCKMDL00651477 | Not applicable | Documents from the custodial files of Alexandra Binsse | 11/16/2018 |
| MCKMDL00651478 MCKMDL044 | MCKMDL00651482 | Not applicable | Documents from the custodial files of David Graziano | 11/16/2018 |
| MCKMDL00651483 MCKMDL044 | MCKMDL00651517 | Not applicable | Documents from the custodial files of David Gustin | 11/16/2018 |
| MCKMDL00651518 MCKMDL044 | MCKMDL00651531 | Not applicable | Documents from the custodial files of Gary Boggs | 11/16/2018 |
| MCKMDL00651532 MCKMDL044 | MCKMDL00651533 | Not applicable | Documents from the custodial files of Gary Hilliard | 11/16/2018 |
| MCKMDL00651534 MCKMDL044 | MCKMDL00651613 | Not applicable | Documents from the custodial files of Ann Richardson Berkey | 11/16/2018 |
| MCKMDL00651614 MCKMDL045 | MCKMDL00651826 | Not applicable | Sample DU-45 Report from Denver Distribution Center | 11/21/2018 |
| MCKMDL00651827 MCKMDL045 | MCKMDL00651872 | Not applicable | Internal Audit Policies & Procedures, SOPs, template kick-off presentation | 11/21/2018 |
| MCKMDL00651873 MCKMDL045 | MCKMDL00652197 | Not applicable | 1997 Drug Operations Manual, Section 55, DEA Compliance | 11/21/2018 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00652198 MCKMDL046 | MCKMDL00652581 | Not applicable | Documents from the custodial files of Ann Richardson Berkey | 11/28/2018 |
| MCKMDL00652582 MCKMDL047 | MCKMDL00653068 | Not applicable | Documents from the hard copy custodial files of Ann Richardson Berkey | 11/28/2018 |
| MCKMDL00653069 MCKMDL048 | MCKMDL00661435 | Not applicable | Sample DU-45 Reports-Atlanta, Delran, Denver, Lakeland, Landover, Oklahoma City and St. Louis Distribution Centers | 11/30/2018 |
| MCKMDL00661436 MCKMDL049 | MCKMDL00661731 | Not applicable | Documents from the custodial files of Ann Richardson Berkey | 12/05/2018 |
| MCKMDL00661732 MCKMDL049 | MCKMDL00662208 | Not applicable | Documents from the custodial files of Gary Hilliard | 12/05/2018 |
| MCKMDL00662209 MCKMDL049 | MCKMDL00662259 | Not applicable | Documents from the custodial files of Bruce Russell | 12/05/2018 |
| MCKMDL00662260 MCKMDL050 | MCKMDL00662355 | Not applicable | Documents from the personnel files of Thomas McDonald | 12/05/2018 12/06/2018 |
| MCKMDL00662356 MCKMDL051 | MCKMDL00664216 | Not applicable | West Virginia AG action and Montana AG investigation: testimony, exhibits, errata and confidentiality designations for McKesson witnesses Tim Ashworth (WV), Matt Boness (MT), Fred Feider (MT), Robert Iuzzolino (WV), John Kuczynski (WV), Karen Lewis (WV), and Tim Martin (MT) | 12/18/2018 |
| MCKMDL00664217 MCKMDL052 | MCKMDL00664507 | Not applicable | Reports provided to McKesson by IQVIA and its predecessors | 12/18/2018 |
| MCKMDL00664508 MCKMDL053 | MCKMDL00666751 | Not applicable | Documents from the custodial files of Bernard Martin | 12/28/2018 |
| MCKMDL00666752 MCKMDL054 | MCKMDL00666754 | Not applicable | Native-file .twbx versions of the McKesson Government, ISMC and RNA Solvers on Tableau | 12/28/2018 |
| MCKMDL00666755 MCKMDL055 | MCKMDL00666785 | Not applicable | Documents from the custodial files of Gene Cavacini | 12/31/2018 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00666786 MCKMDL055 | MCKMDL00666788 | Not applicable | Documents from the custodial files of Micheal Bishop | 12/31/2018 |
| MCKMDL00666789 MCKMDL055 | MCKMDL00666790 | Not applicable | Documents from the custodial files of Bruce Russell | 12/31/2018 |
| MCKMDL00666771 MCKMDL055 | MCKMDL00667109 | Not applicable | Documents from the custodial files of Gary Hilliard | 12/31/2018 |
| MCKMDL00667110 MCKMDL056 | MCKMDL00668488 | Not applicable | Documents from the custodial files of Pete Slone | 01/04/2019 |
| MCKMDL00668489 MCKMDL056 | MCKMDL00675197 | Not applicable | Documents from the custodial files of Nawang Kunga | 01/04/2019 |
| MCKMDL00675198 MCKMDL057 | MCKMDL00675224 | Not applicable | McKesson – Analysis Group, Inc. Engagement Letter | 01/04/2019 |
| MCKMDL00675225 MCKMDL057 | MCKMDL00675334 | Not applicable | Documents from the personnel files of Micheal Bishop | 01/04/2019 |
| MCKMDL00675335 MCKMDL057 | MCKMDL00675412 | Not applicable | Documents from the personnel files of Gary Hilliard | 01/04/2019 |
| MCKMDL00675413 MCKMDL057 | MCKMDL00675454 | Not applicable | Documents from the personnel files of Bruce Russell | 01/04/2019 |
| MCKMDL00675455 MCKMDL057 | MCKMDL00675595 | Not applicable | Documents from the personnel files of Donald Walker | 01/04/2019 |
| MCKMDL00675596 MCKMDL057 | MCKMDL00675596 | Not applicable | Updated Threshold Change History Report with customer names added for McKesson customers in Cuyahoga and Summit Counties | 01/04/2019 |
| MCKMDL00675597 MCKMDL057 | MCKMDL00675597 | Not applicable | Transactional Data including net invoice value for Cuyahoga County customers (10/01/2004-06/30/2018) | 01/04/2019 |
| MCKMDL00675598 MCKMDL057 | MCKMDL00675598 | Not applicable | Transactional Data including net invoice value for Summit County customers (10/01/2004-06/30/2018) | 01/04/2019 |
| MCKMDL00675599 MCKMDL058 | MCKMDL00694187 | Not applicable | Documents from the custodial files of Nawang Kunga | 01/11/2019 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00694188 MCKMDL059 | MCKMDL00694202 | Not applicable | Government Prehearing Brief re Lackland Distribution Center Order to Show Cause | 01/11/2019 |
| MCKMDL00694203 MCKMDL059 | MCKMDL00694232 | Not applicable | McKesson Board of Directors – Audit Committee – Minutes | 01/11/2019 |
| MCKMDL00694233 MCKMDL059 | MCKMDL00694260 | Not applicable | Documents from personnel files of Gary Boggs | 01/11/2019 |
| MCKMDL00694261 MCKMDL059 | MCKMDL00694841 | Not applicable | Agreements and related documents between McKesson and IQVIA and its predecessors | 01/11/2019 |
| MCKMDL00694842 MCKMDL059 | MCKMDL00694932 | Not applicable | Board of Directors minutes and presentations | 01/11/2019 |
| MCKMDL00694933 MCKMDL059 | MCKMDL00694955 | Not applicable | McKesson opioid white paper and recommendations | 01/11/2019 |
| MCKMDL00694956 MCKMDL060 | MCKMDL00695062 | Not applicable | Gary Boggs MDL Rule 30(b)(6) Deposition Transcript, errata and confidentiality designations | 01/14/2019 |
| MCKMDL00695063 MCKMDL061 | MCKMDL00695112 | Not applicable | U.S. Pharmaceutical Controlled Substance Monitoring Program, Presentation to the West Virginia Attorney General | 01/15/2019 |
| MCKMDL00695113 MCKMDL062 | MCKMDL00695115 | Not applicable | Documents from custodial files of Michael Oriente | 01/18/2019 |
| MCKMDL00695116 MCKMDL062 | MCKMDL00695127 | Not applicable | Document from the custodial files of Gene Cavacini | 01/18/2019 |
| MCKMDL00695128 MCKMDL062 | MCKMDL00695132 | Not applicable | Document previously produced as MCKMDL00546920 – less redacted | 01/18/2019 |
| MCKMDL00695133 MCKMDL062 | MCKMDL00695296 | Not applicable | Agreements between McKesson and B&W Pharmacies (Klein's) | 01/18/2019 |
| MCKMDL00695297 MCKMDL062 | MCKMDL00695671 | Not applicable | Agreements between McKesson and CVS | 01/18/2019 |
| MCKMDL00695672 MCKMDL062 | MCKMDL00695797 | Not applicable | Agreements between McKesson and Giant Eagle | 01/18/2019 |
| MCKMDL00695798 MCKMDL062 | MCKMDL00695830 | Not applicable | Agreements between McKesson and Marc Glassman, Inc. | 01/18/2019 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00695831 MCKMDL062 | MCKMDL00695835 | Not applicable | Handwritten notes taken by Eugene Cavicini | 01/18/2019 |
| MCKMDL00695836 MCKMDL062 | MCKMDL00695932 | Not applicable | Documents from the personnel files of Eugene Cavicini | 01/18/2019 |
| MCKMDL00695933 MCKMDL062 | MCKMDL00695969 | Not applicable | Documents from the personnel files of Nawang Kunga | 01/18/2019 |
| MCKPUB00000001 MCKPUB001 | MCKPUB00023729 | Not applicable | Publicly-available documents identifying non-parties who engaged in misconduct involving opioids | 01/23/2019 |
| MCKMDL00695970 MCKMDL063 | MCKMDL00696669 | Not applicable | Documents from the custodial files of Michael Oriente | 01/25/2019 |
| MCKMDL00696670 MCKMDL063 | MCKMDL00696722 | Not applicable | Documents from the custodial files of Gary Davis | 01/25/2019 |
| MCKMDL00696723 MCKMDL063 | MCKMDL00696768 | Not applicable | Documents from the custodial files of Jenna Smith (formerly Nichols) | 01/25/2019 |
| MCKMDL00696769 MCKMDL063 | MCKMDL00696770 | Not applicable | Documents from the custodial files of Robin Price | 01/25/2019 |
| MCKMDL00696771 MCKMDL063 | MCKMDL00696893 | Not applicable | Documents from the custodial files of Leigh Bresnahan | 01/25/2019 |
| MCKPUB00023730 MCKPUB002 | MCKPUB00023964 | Not applicable | Publicly-available documents identifying non-parties who engaged in misconduct involving opioids | 01/25/2019 |
| MCKMDL00696894 MCKMDL064 | MCKMDL00698635 | MCK-OHAG-00000001-MCK-OHAG-00001742 | Blocked order reports to Ohio Board of Pharmacy | 01/31/2019 |
| MCKMDL00698636 MCKMDL065 | MCKMDL00706722 | MCK-AGMS-019-0000001-MCK-AGMS-019-0008087 | Materials provided to the IRO in connection with Compliance Addendum | 02/08/2019 |
| MCKMDL00706723 MCKMDL065 | MCKMDL00706862 | MCK-AGMS-019-0008088-MCK-AGMS-019-0008227 | McKesson Manufacturer Marketing Product Promotional Agreements and related documents | 02/08/2019 |
| MCKMDL00706863 MCKMDL065 | MCKMDL00707171 | MCK-AGMS-019-0008228-MCK-AGMS-019-0008536 | Materials provided to the U.S. Attorney's Office for the N.D. West Virginia | 02/08/2019 |
| MCKMDL00707172 MCKMDL065 | MCKMDL00707683 | MCK-AGMS-024-0000001 - MCK-AGMS-024-0000512 | DEA/DOJ-related communications and presentations, 2017 settlement documents | 02/08/2019 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL**
**INFORMATION SUBJECT TO PROTECTIVE ORDER**

| Beginning MDL No./Vol. | Ending MDL No. | Other Production Nos./Vol. | Description | Produced |
|---|---|---|---|---|
| MCKMDL00707684 MCKMDL065 | MCKMDL00707727 | MCK-AGMS-024-0000513 - MCK-AGMS-024-0000556 | 2013 AIW and Affidavit related to the Aurora, CO Distribution Center | 02/08/2019 |
| MCKMDL00707728 MCKMDL065 | MCKMDL00707875 | MCK-AGMS-024-0000557 - MCK-AGMS-024-0000704 | McKesson Codes of Conduct | 02/08/2019 |
| MCKMDL00707876 MCKMDL065 | MCKMDL00709281 | MCK-AGMS-024-0000705 - MCK-AGMS-024-0002110 | Documents from DEA Order to Show Cause Hearing – Lakeland, Florida Distribution Center | 02/08/2019 |
| MCKMDL00709282 MCKMDL065 | MCKMDL00709282 | MCK-AGMS-024-0002111 | U.S. Pharma Regulatory Affairs Tracking Log for Customers Terminated or Denied Onboarding 2015-07/17/2018 | 02/08/2019 |
| MCKMDL00709283 MCKMDL065 | MCKMDL00709442 | MCK-AGMS-027-0002632 - MCK-AGMS-027-0002791 | Educational Materials – Pharmacy Customers | 02/08/2019 |
| MCKMDL00709443 MCKMDL065 | MCKMDL00709516 | MCK-AGMS-027-0002792 - MCK-AGMS-027-0002865 | CSMP Peer Review Monitoring Materials | 02/08/2019 |
| MCKMDL00709517 MCKMDL065 | MCKMDL00709705 | MCK-AGMS-031-0000001 - MCK-AGMS-031-0000189 | Materials re McKesson National Controlled Substance Governance Committee | 02/08/2019 |
| MCKMDL00709706 MCKMDL065 | MCKMDL00710594 | MCK-AGMS-062-0000524 - MCK-AGMS-062-0001412 | McKesson Distribution Center Operations Procedures | 02/08/2019 |
| MCKMDL00710595 MCKMDL066 | MCKMDL00710614 | Not applicable | McKesson Manufacturer Marketing Product Promotional Agreement and related documents | 02/08/2019 |
| MCKMDL00710615 MCKMDL067 | MCKMDL00710903 | Not applicable | Discovery requests to McKesson and McKesson discovery responses | 02/19/2019 |
| MCKPUB00023976 MCKMDL003 | MCKPUB00024487 | Not applicable | Publicly-available documents identifying non-parties who engaged in misconduct involving opioids | 02/19/2019 |
| MCKMDL00710904 MCKMDL068 | MCKMDL00710945 | Not applicable | DEA-related documents and communications | 02/26/2019 |

**RESPONSES CONTAIN McKESSON CONFIDENTIAL
INFORMATION SUBJECT TO PROTECTIVE ORDER**

**APPENDIX C – McKESSON TRACK ONE DEPOSITIONS TAKEN BY PLAINTIFFS**

| Name | 30(b)(6)/Fact | Current/Last Known Title – Deposition Status |
|---|---|---|
| Ann Berkey | Fact | Former Director of Government Affairs |
| Micheal Bishop | Fact | Former Regulatory Affairs Manager |
| Gary Boggs | 30(b)(6) | Senior Director, Regulatory Affairs, CSMP East Region |
| Gary Boggs | Fact | Senior Director, Regulatory Affairs, CSMP East Region |
| Kimberly Byers | Fact | Retail Sales Manager |
| Eugene Cavacini | Fact | SVP and COO, US Pharma Customer Operations |
| William de Gutierrez-Mahoney | Fact | Director, Regulatory Affairs CSMP East Region |
| Joseph Ganley | 30(b)(6) | VP Federal Government Affairs |
| David Graziano | Fact | Former Strategic Account Manager |
| David Gustin | Fact | Former Director, Regulatory Affairs, North Central Region |
| Gary Hilliard | Fact | Former Director, Regulatory Affairs |
| Nate Hartle | 30(b)(6) | SVP, CSMP Regulatory Affairs & Compliance |
| Nate Hartle | Fact | SVP, CSMP Regulatory Affairs & Compliance |
| Tracy Jonas | Fact | Director of Operational Excellence |
| Nawang Kunga | Fact | Senior Analytics Manager, Regulatory Affairs & Compliance Interim Analytics Director, Regulatory Affairs & Compliance |
| Tom McDonald | Fact | Director, Regulatory Affairs CSMP West Region |
| Michael Oriente | Fact | Director, Regulatory Affairs, Retail National Accounts |
| Blaine Snider | Fact | Director of Operations (New Castle DC) |
| Scott Villarreal | 30(b)(6) | Former SVP Internal Audit |
| Donald Walker | Fact | Former SVP of Distribution Operations & Regulatory Affairs |

## CERTIFICATE OF SERVICE

I, Dale A. Rice, hereby certify that on March 4, 2018, MCKESSON CORPORATION'S

SECOND SUPPLEMENTAL OBJECTIONS AND RESPONSES TO PLAINTIFFS'

COMBINED DISCOVERY REQUESTS (NOS. 1-8) was served on counsel for plaintiffs and

defendants pursuant to the Order Concerning Service in the Track One Cases, dated September

17, 2018, and on additional counsel for plaintiffs, directed to the email addresses listed below.

For Plaintiffs:     mdl2804discovery@motleyrice.com

For Defendants:  xALLDEFENDANTS-MDL2804-Service@arnoldporter.com

### ADDITIONAL COUNSEL FOR PLAINTIFFS

| Attorney Name | E-Mail Address for Service |
| --- | --- |
| Peter H. Weinberger | pweinberger@spanglaw.com |
| Steven J. Skikos | sskikos@skikoscrawford.com |
| Troy A. Rafferty | trafferty@levinlaw.com |
| Brandon Bogle | bbogle@levinlaw.com |
| Paul Farrell | paul@greeneketchum.com |
| Eric Kennedy | ekennedy@weismanlaw.com |
| William Hawal | whawal@spanglaw.com |

By:   */s/ Dale A. Rice*

Dale A. Rice