# EXHIBIT 240

| | |
|---|---|
| From: | Gustin, Dave [/O=MCKESSON/OU=NORTH AMERICA/CN=RECIPIENTS/CN=DAVE GUSTIN] |
| Sent: | 2/4/2011 3:08:53 PM |
| To: | Williams, Tyra [tyra.williams@mckesson.com]; McIntyre, Keith [keith.mcintyre@mckesson.com]; Baronet, Lori [lori.baronet@mckesson.com] |
| CC: | Vanderburg, Craig [craig.vanderburg@mckesson.com]; Hilliard, Gary [gary.hilliard@mckesson.com]; Miller, Ray [ray.miller@mckesson.com] |
| Subject: | RE: Variance and Suspicious Reports |

(b) The registrant shall design and operate a system to disclose to the registrant suspicious orders of controlled substances. The registrant shall inform the Field Division Office of the Administration in his area of suspicious orders when discovered by the registrant. Suspicious orders include orders of unusual size, orders deviating substantially from a normal pattern, and orders of unusual frequency.

It is my opinion that the previous reports were not the exclusive and proper response to this regulation. We have an obligation to report "suspicious orders". With no clear definition of what constitutes a suspicious order we must rely on our own judgment as to what that is. If we report anything we believe to be truly suspicious we will be meeting the spirit and letter of the regulation. Simply reporting larger than usual orders does not when there are so many plausible and routine reasons for orders to be "larger than normal". ( MUS issues, someone going on vacation, a unique order pattern, a fat finger event, etc) I would wait until someone misses the report before seeking someone out to give them something that I do not agree meets their needs or requirements. Gary????

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

**From:** Williams, Tyra
**Sent:** Friday, February 04, 2011 10:01 AM
**To:** Gustin, Dave; McIntyre, Keith; Baronet, Lori
**Cc:** Vanderburg, Craig; Hilliard, Gary; Miller, Ray
**Subject:** RE: Variance and Suspicious Reports

Basically, I just want to make sure that we are in compliance with CFR 21 1301.74 (b). Lisa stated that this is a State requirement.

*Tyra Williams*

*Arcos Coordinator*

*McKesson 132*

*734-855-1406*

*734-779-8819 fax*

**From:** Williams, Tyra
**Sent:** Friday, February 04, 2011 9:54 AM
**To:** Gustin, Dave; McIntyre, Keith; Baronet, Lori
**Cc:** Vanderburg, Craig; Hilliard, Gary; Miller, Ray
**Subject:** RE: Variance and Suspicious Reports

Lisa stated that it was the state requirement that these reports must be sent to the Bureau of Health Services in Lansing. No one has contacted me since she retired which was recently.

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER    MCKMDL00510747

*Tyra Williams*
*Arcos Coordinator*
*McKesson 132*
*734-855-1406*
*734-779-8819 fax*

---

**From:** Gustin, Dave
**Sent:** Friday, February 04, 2011 9:39 AM
**To:** McIntyre, Keith; Baronet, Lori
**Cc:** Vanderburg, Craig; Williams, Tyra; Hilliard, Gary
**Subject:** RE: Variance and Suspicious Reports

Lori and Tyra,
   Since this Lisa Gorman is retired I am wondering, who is it that contacted you last about this report and wants it?   Are we acting out of old habit or out of current need?  If current need, someone must be on the other end expecting this report.  Who is that??

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** McIntyre, Keith
**Sent:** Wednesday, February 02, 2011 3:35 PM
**To:** Gustin, Dave; Baronet, Lori
**Cc:** Vanderburg, Craig; Williams, Tyra; Hilliard, Gary
**Subject:** RE: Variance and Suspicious Reports

No Queries for the States!   Dave needs to collect your requirements and then we can proceed w/ real development.

Thanks,

*Keith McIntyre*
Director of Business Systems
Warehouse Management Solutions
McKesson Pharmaceutical
Office: (503) 245-9887
Fax: (503) 342-3755
Keith.McIntyre@McKesson.com

---

**From:** Gustin, Dave
**Sent:** Wednesday, February 02, 2011 12:34 PM
**To:** Baronet, Lori
**Cc:** McIntyre, Keith; Vanderburg, Craig; Williams, Tyra; Hilliard, Gary
**Subject:** RE: Variance and Suspicious Reports

Who are you talking to in the State of Mich?   I want to talk to them and see what they want.

Dave Gustin DRA North Central

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                                      MCKMDL00510748

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Baronet, Lori
**Sent:** Wednesday, February 02, 2011 3:28 PM
**To:** Gustin, Dave
**Cc:** McIntyre, Keith; Vanderburg, Craig; Williams, Tyra
**Subject:** FW: Variance and Suspicious Reports

Dave,

What was decided on these reports that the state of Michigan is asking for that are no longer supplied. Tyra asked if I could make a query on the i-series to supply information needed to the state. Before I try to create something to send out I wanted to make sure that there is no legalities or legal issues preventing me from supplying this information. If there is an easier way to supply this info to the state of Michigan please let me know.

Thanks,

Lori
734-779-8828

---

**From**: Williams, Tyra
**To**: Vanderburg, Craig
**Sent**: Mon Dec 20 04:54:13 2010
**Subject**: RE: Variance and Suspicious Reports

This report goes to the DEA not the State of Michigan. The State of Michigan requires hard copies of the Variance **DR46J6** and Suspicious **DU45J6B** reports. Lisa Gorman at the Bureau of Health Services acknowledges that these reports must be sent to her for each consecutive month that we distribute controlled substances. (We are referring to reports that need to go to the State of Michigan-Bureau of Health Services in Lansing, MI...not the DEA)

*Tyra Williams*

*Arcos Coordinator*

*McKesson 132*

*734-855-1406*

*734-779-8819 fax*

---

**From:** Vanderburg, Craig
**Sent:** Sunday, December 19, 2010 8:02 PM
**To:** Williams, Tyra
**Cc:** Matthews, Sherri
**Subject:** FW: Variance and Suspicious Reports

   Let me know if you're aware of the application described below by Bill Mahoney..........

---

**From:** Gustin, Dave

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00510749

**Sent:** Friday, December 17, 2010 4:35 PM
**To:** Vanderburg, Craig
**Cc:** Williams, Tyra
**Subject:** FW: Variance and Suspicious Reports

Know about this???

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** de Gutierrez-Mahoney, Bill
**Sent:** Friday, December 17, 2010 4:34 PM
**To:** Gustin, Dave; McDonald, Tom
**Subject:** RE: Variance and Suspicious Reports

When you observe a transaction that is suspicious, there is a wms application to be used to process to DEA—it goes with the automated reporting that goes to them…

---

**From:** Gustin, Dave
**Sent:** Friday, December 17, 2010 4:28 PM
**To:** McDonald, Tom; de Gutierrez-Mahoney, Bill
**Subject:** RE: Variance and Suspicious Reports

Do you know what he is talking about???

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** McIntyre, Keith
**Sent:** Friday, December 17, 2010 3:48 PM
**To:** Gustin, Dave; McDonald, Tom; de Gutierrez-Mahoney, Bill
**Subject:** RE: Variance and Suspicious Reports

Don't for get that you have an iSeries program to send suspicious transactions to the DEA when necessary…..

*Keith McIntyre*

Director of Business Systems

Warehouse Management Solutions

McKesson Pharmaceutical

Office: (503) 245-9887

Fax: (503) 342-3755

Keith.McIntyre@McKesson.com

---

**From:** Gustin, Dave
**Sent:** Friday, December 17, 2010 6:16 AM
**To:** McDonald, Tom; de Gutierrez-Mahoney, Bill
**Cc:** McIntyre, Keith
**Subject:** RE: Variance and Suspicious Reports

It is also in our province to define what is suspicious, according to the DEA. I have gotten good feedback from you and Bill and have a direction to take. Thanks guys!!

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER                                                                 MCKMDL00510750

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** McDonald, Tom
**Sent:** Thursday, December 16, 2010 6:38 PM
**To:** Gustin, Dave; de Gutierrez-Mahoney, Bill
**Cc:** McIntyre, Keith
**Subject:** RE: Variance and Suspicious Reports

I don't believe you have identified a suspicious order or customer within the last six months, have you? It is still part of our process to report all suspicious orders to the DEA and to the state board when they are discovered. Our current process better identifies suspicious orders rather than orders of interest. One man's opinion.


Regards,


Tom McDonald

Director of Regulatory Affairs

Western Region

McKesson Pharmaceuticals

9501 Norwalk Blvd.

Santa Fe Springs, CA 90670

office 562-463-2250

cell 562-577-7699

fax 562-463-2251


```
Confidentiality Notice: This e-mail message, including any attachments, is
for the sole use of the intended recipient(s) and may contain confidential
and privileged information.  Any unauthorized review, use, disclosure or
distribution is prohibited.  If you are not the intended recipient, please
contact the sender by reply e-mail and destroy all copies of the original
message.
```

---

**From:** Gustin, Dave
**Sent:** Thursday, December 16, 2010 2:03 PM
**To:** McDonald, Tom; de Gutierrez-Mahoney, Bill
**Cc:** McIntyre, Keith
**Subject:** FW: Variance and Suspicious Reports
**Importance:** High

Any insights???

Dave Gustin DRA North Central

937 840 8553

Confidentiality Notice: This e-mail message, including any attachments, is for the sole use of the intended recipient(s) and may contain confidential and privileged information. Any unauthorized review, use, disclosure or distribution is prohibited. If you are not the intended recipient, please contact the sender by reply e-mail and destroy all copies of the original message.

---

**From:** Vanderburg, Craig

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00510751

**Sent:** Thursday, December 16, 2010 4:10 PM
**To:** Gustin, Dave
**Cc:** Williams, Tyra
**Subject:** FW: Variance and Suspicious Reports
**Importance:** High

Hi Dave, Tyra reminds me that these reports are no longer generated but required by the State of Michigan. Any way we can obtain this information somehow??

Craig

_____

**From:** Williams, Tyra
**Sent:** Thursday, December 16, 2010 2:33 PM
**To:** Vanderburg, Craig
**Subject:** Variance and Suspicious Reports
**Importance:** High

Craig,

Please do not forget that these reports must be sent to the State. We have not sent the reports for the last 6 months.

*Tyra Williams*

*Arcos Coordinator*

*McKesson 132*

*734-855-1406*

*734-779-8819 fax*

CONFIDENTIAL-SUBJECT TO PROTECTIVE ORDER

MCKMDL00510752