# EXHIBIT 245

# FILED UNDER SEAL

# EXHIBIT 245

# FILED UNDER SEAL