# EXHIBIT 301

| | |
|---|---|
| From: | May, David |
| Sent: | Fri, 7 Jul 2017 09:46:32 -0400 (EDT) |
| To: | Sharkey, Jeff[jsharkey@amerisourcebergen.com]; Peguri, Maurizio [mpeguri@amerisourcebergen.com]; Mock, Darian[DMock@amerisourcebergen.com] |
| Cc: | Nightengale, Brian[BNightengale@amerisourcebergen.com]; Zimmerman, Chris [czimmerman@amerisourcebergen.com]; Cherveny, Eric[ECherveny@amerisourcebergen.com] |
| Subject: | FW: CSRA 590 Validation Project |
| Attachments: | Copy of 590 Validation Master Spreadsheet (7.28.2016) (2).xlsb |

All,

I wanted to check in with you on the progress being made on this project. Unfortunately, as of this writing, we have only received about 10% of the required customer due diligence documents. If you recall, we originally set June 30th as a completion date and the continued deficiency puts us at risk with regulators. Please let me know if there is anything we can do at CSRA to expedite your efforts. Happy to organize a call if you think it would be helpful.

**David May**
AmerisourceBergen Corporation
Senior Director
Corporate Security and
Regulatory Affairs
Mobile 910-986-5061
dmay@AmerisourceBergen.com

---

**From:** Cherveny, Eric
**Sent:** Friday, August 05, 2016 1:29 PM
**To:** Hendrickson, Stephen; Sharkey, Jeff; Mock, Darian; Peguri, Maurizio
**Cc:** May, David; Zimmerman, Chris
**Subject:** CSRA 590 Validation Project

Over the past several months, the CSRA Diversion Control Team (DCT) has been working on the CSRA 590 Validation Project. This project was initiated to validate that all current ABDC customers authorized to purchase controlled substances have the required due diligence documentation in file. The first phase of this project was to conduct a full review of every ABDC customer authorized to purchase controlled substances and identify any with deficiencies. This initial phase has been completed and a substantial number of customers have been identified who will be required to have their 590 documentation updated. See attached spreadsheet.

The next phase of this project is now ready to be initiated and will involve the actual collection of the updated documentation. This will involve members of the DCT working directly with the assigned Sales Executives in obtaining the updated 590 documentation from the respective customers. Due to the sheer volume of customers that have been identified and the time involved in obtaining this information, we felt it was necessary to coordinate our efforts with your team prior to initiating this phase. This will allow for improved coordination with the respective regional sales teams and will help to ultimately streamline the process and establish manageable deadlines for completion. We'll schedule a conference call with the four of you to discuss additional details and an agreed upon timeline for completion of this project.

Please feel free to contact either me or David May if you have any questions or comments in the interim. Thank you.

Eric Cherveny
Director – Diversion Control
Corporate Security & Regulatory Affairs
AmerisourceBergen
610/727-7362
102-7362 (Global Extension)

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                                                              ABDCMDL00159415

CONFIDENTIALITY NOTICE:  This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed.  If you have received this transmission in error, please immediately return it to the sender, delete it and/or destroy it without reading it.  Unintended transmission shall not constitute the waiver of the attorney-client and/or any other privilege.

CONFIDENTIALITY NOTICE: This electronic mail transmission may contain privileged and/or confidential information and is intended only for the review of the party to whom it is addressed. If you have received this transmission in error, please immediately return it to the sender, delete it and destroy it without reading it. Unintended transmission shall not constitute the waiver of the attorney-client or any other privilege.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ABDCMDL00159416