# EXHIBIT 305

**PRESCRIPTION SUPPLY, INC.**



PSI-1007.1

Confidential Subject to Protective Order PSI0000653



Confidential Subject to Protective Order PSI0000654