# EXHIBIT 311

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT
            FOR THE NORTHERN DISTRICT OF OHIO
 2                    EASTERN DIVISION
 3    IN RE: NATIONAL           )    MDL No. 2804
      PRESCRIPTION OPIATE       )
 4    LITIGATION,               )    Case No.
                                )    1:17-MD-2804
 5                              )
      THIS DOCUMENT RELATES TO  )    Hon. Dan A.
 6    ALL CASES                 )    Polster
                                )
 7
 8                       __  __  __
 9            Wednesday, January 23, 2019
                         __  __  __
10
        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
11                 CONFIDENTIALITY REVIEW
                         __  __  __
12
13
14
15          Videotaped Deposition of SUSANNE
      HILAND, held at 4206 South J.B. Hunt Drive,
16    Rogers, Arkansas, commencing at 8:25 a.m., on
      the above date, before Debra A. Dibble,
17    Certified Court Reporter, Registered
      Diplomate Reporter, Certified Realtime
18    Captioner, Certified Realtime Reporter and
      Notary Public.
19
20                       __  __  __
21
22
              GOLKOW LITIGATION SERVICES
23      877.370.3377 ph | fax 917.591.5672
                 deps@golkow.com
24
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              A P P E A R A N C E S:
 2    CARELLA, BYRNE, CECCHI, OLSTEIN,
      BRODY & AGNELLO, P.C.
 3    BY:  ZACHARY BOWER, ESQUIRE
              zbower@carellabyrne.com
 4            MICHAEL INNES, ESQUIRE
              minnes@carellabryne.com
 5    5 Becker Farm Road
      Roseland, New Jersey 07068-1739
 6    (973) 994-1700
      Counsel for Plaintiffs
 7
 8    JONES DAY
      BY:  TINA TABACCHI, ESQUIRE
 9            ttabacchi@jonesday.com
              SCOTT ELMER, ESQUIRE
10            selmer@jonesday.com
              JASON ZHOU, ESQUIRE
11            jzhou@jonesday.com
              (Attending telephonically)
12    77 West Wacker
      Chicago, Illinois 60601-1692
13    312-782-1692
      Counsel for Walmart
14
15    WRIGHT, LINDSEY & JENNINGS, LLP
      BY:  CALEY B. VO, ESQUIRE
16            cvo@wlj.com
      3333 Pinnacle Hills Parkway
17    Suite 510
      Rogers, Arkansas 72758-8498
18    (479) 986-0888
      Counsel for McKesson
19
20    REED SMITH, LLP
      (appearing telephonically)
21    BY:  MARY BALASTER, ESQUIRE
              mbalaster@reedsmith.com
22    811 Main Street
      Suite 1700
23    Houston, Texas 77002-6110
      (713) 469-3800
24    Counsel for AmerisourceBergen
25
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1        ARNOLD & PORTER KAYE SCHOLER, LLP
          (appearing telephonically)
 2        BY:  KAREN RIGBERG, ESQUIRE
               Karen.Rigberg@arnoldporter.com
 3        777 South Figueroa Street
          44th Floor
 4        Los Angeles, California 90017-5844
          (213) 243-4000
 5        Counsel for Endo Health Solutions
          Inc.; Endo Pharmaceuticals Inc.; Par
 6        Pharmaceuticals, Inc.; Par
          Pharmaceutical Companies, Inc.
 7        formerly known as Par Pharmaceutical
          Holdings, Inc.
 8
 9        BARBER LAW FIRM
          BY:  J. CARTER FAIRLEY, ESQUIRE
10             cfairley@barberlawfirm.com
          425 West Capitol Avenue
11        Suite 3400
          Little Rock, Arkansas 72201
12        (501) 707-6182
          Counsel for Cardinal Health, Inc.
13
14
          ALSO PRESENT:
15
          Jennifer B. Bechet
16        Senior Associate Counsel
          Walmart, Inc.
17
18        THE VIDEOGRAPHER:
19        Chris Ritona
          Golkow Litigation Services
20                  —  —  —
21
22
23
24
25
```

Highly Confidential - Subject to Further Confidentiality Review



4      October 24th, 2017.  Remind me when Walmart

5      decided to exit the distribution --

6      self-distribution of Schedule II narcotics.

7              MS. TABACCHI:  Object to the

8          form.  Lack of foundation.

9              THE WITNESS:  I don't know when

10          the decision was made.  We exited in

11          April 2018 for C-IIs.

12          Q.      (BY MR. INNES)  Okay.  Was that

13      all C-IIs?

14          A.      Yes.