# EXHIBIT 313

# Portfolio Scoring Worksheet

| | | | |
|---|---|---|---|
| **Project Name:** | Suspicious Order Monitoring | **Program Name:** | Health & Wellness Logistics |
| **Overall Project Score :** | 65 | | |

## Corporate Governance Scoring Section

### Improve Program Effectivenes

| | Score |
|---|---|
| **Improves Governance Program Maturity**<br>0 = No<br>3 = Yes | 3 |
| **Improves our Business Processes for Governance**<br>0 = No<br>3 = Yes | 3 |
| **Improves our Information usage for Governance**<br>0 = No<br>3 = Yes | 3 |
| Section Totals | 45 |
| Section Weight and Total Score | 5 |

**Explanation and Justification for Score**
**Must provide the business plan for how this initiative will improve one of the three areas listed above.**

### Risk Reduction (Existing or Emerging)

| | Score |
|---|---|
| **Is this a New or Emerging Risk?**<br>1 = No<br>3 = Existing<br>5 = New / Emerging | 3 |
| **Is the Risk being mitigated today by manual, systematic, or a combination of both today (regardless if optimal or not)?**<br>0 = Yes, with existing system and manual processes; just not optimal<br>1 = Yes with an existing system with no manual processes<br>3 = Yes, but manually with no existing system<br>5 = No, Emerging Risk that has no processes in place today | 5 |
| **What is the likelihood that the events or conditions underlying the Risk will occur?**<br>1 = Remote<br>2 = Unlikely<br>3 = Possible<br>4 = Likely<br>5 = Almost Certain | 4 |
| **What is the potential financial or reputational impact to the company if the events or conditions occur?**<br>1 = Minimal<br>2 = Significant<br>3 = Material<br>4 = Severe<br>5 = Catastrophic | 4 |
| **Will this effort mitigate any other Risk outside of your area?**<br>**(If answered, YES, you must list in the Explanation the other Risk(s) being mitigate in the other area(s)).**<br>0 = No<br>5 = Yes | 0 |
| Section Totals | 100 |
| Section Weight and Total Score | 20 |

**Explanation and Justification for Scores**

| Controlled Substance Risk Assessment, Item 1 | |
|---|---|

### Mandated or Executive Decree

| | Score |
|---|---|
| **What is the extent of the Legal or Regulatory requirement?**<br>**(If there are global implications, you must list the impacted countries and how they are impacted.)**<br>1 = Local (Single State or Province)<br>2 = Multiple States / Province<br>3 = National<br>4 = Multiple Countries<br>5 = Global | 3 |
| **Is the effort related to a settlement agreement with a Government Agency, Court Order, or Consent Decree?**<br>**(The Court Order or Consent Decree must be given along with the effective and expiration date.)**<br>0 = No<br>5 = Yes | 5 |
| **Is this effort Executive directed?**<br>**Must provide the Executive directive given.**<br>1 = No<br>5 = Yes | 5 |
| **Is this effort Board directed or informed?**<br>**Must provide the Executive or Board directive given.**<br>1 = No<br>3 = Board Informed<br>5 = Board Directed | 3 |
| **Is there a Required Effective Date mandated by Legal or Regulation(s)?**<br>Provide Date {Input} | |
| **Is there a system "readiness date"?  A date that the list must be in place.**<br>Provide Date {Input} | |
| **Section Totals** | 105 |
| **Section Weight and Total Score** | 37 |
| **Explanation and Justification for Score**<br>21 CFR 1301.74(b), DEA Memorandum of Agreement effective 3/17/11 - 3/17/15 | |

### Corporate or Business Unit Strategic Alignment

| | Score |
|---|---|
| **Effort may also be identified as one of the following;**<br>1 = Builds Governance awareness<br>2 = Enhances Governance Maturity<br>3 = Strategic Alignment with Business Operations | 2 |
| **Is the effort ensuring alignment or compliance to a Corporate Policy or Directive?**<br>**(If Yes, must provide the Corporate Policy Name and ID and/or Directive)**<br>1 = No<br>3 = Yes | 3 |
| **This initiative will assist in achieving the business unit's goals and/or objectives.**<br>**(Aligning goals and/or objectives must be provided.)**<br>1 = No<br>3 = Yes | 3 |
| **Section Totals** | 24 |

| | Section Weight and Total Score | 4 |
|---|---:|---:|

**Explanation and Justification for Score**
POM 807 and POM 1305

## SECURITY

| | |
|---|---:|
| **Is the effort designed to mitigate physical security risks?**<br>0 = No<br>5 = Yes | 5 |
| **Is the effort designed to mitigate health or safety risks?**<br>0 = No<br>5 = Yes | 5 |
| **Is the effort designed to mitigate fraudulent activities?**<br>0 = No<br>5 = Yes | 5 |
| Section Totals | 150 |
| Section Weight and Total Score | 30 |

**Explanation and Justification for Score**
21 CFR 1301.74 (b)