# EXHIBIT 319

**From:** James Langman
**To:** George Chapman
**Sent:** 9/17/2014 2:49:07 PM
**Subject:** FW: DEA at DC 6028

---

**From:** James Langman
**Sent:** Wednesday, September 17, 2014 9:49 AM
**To:** Phyllis Harris
**Subject:** FW: DEA at DC 6028

Hi Phyllis, this one is different now. They are asking about our SOMP program for controlled substances in the DCs. We are rolling out the new one in the next couple of months, but several existing deficits could be a point of contention. The main deficit is that we don't have an automated process to identify and stop a suspicious order before shipping. This is corrected in the new system. George, (along with one of our attorneys), will be speaking to the DEA this week per their request. Thanks, Jim

---

**From:** Nick Tallman
**Sent:** Tuesday, September 16, 2014 3:21 PM
**To:** Nick Tallman; James Langman; Charles Moore; Brooke Leverett; Chris Schwager; Theresa Alford; Ramona Sullins; Tim Harris; Chad Ducote; Bryan Boudreaux; Donna Auldridge; George Chapman; Brad Nelson; Caroline Riogi; Shelley Tustison
**Cc:** Dena Mcclamroch; Stephanie Adams - saadams; Terry Kovacs; Sarah Eisler; Kristy Spruell
**Subject:** RE: DEA at DC 6028

Everyone

The DEA agents have left DC 6028. They informed the GM – Dena McClamroch that they would be in touch to schedule a final debriefing which will likely include their supervisor. Anticipate the final DEA visit to take place within the next two weeks. All requested documents and information listed below was provided during the visit.

The agents seemed particularly interested in the corporate SOM program. Additional questions and details were asked about this program which required the need to provide a contact at the Home Office. **Redacted-Privilege**

**Redacted-Privilege**

In addition to the contact information the DEA asked for invoicing information for the following store numbers 1798, 5028, 6412 & 1548.

Let me know if you have any questions regarding the visit that I have not covered. Thanks

Nick Tallman - **Logistics Operations**
*Walmart Health and Wellness*
D: 479-204-6451
nicholas.tallman@wal-mart.com

---

**From:** Nick Tallman
**Sent:** Monday, September 15, 2014 1:59 PM
**To:** Nick Tallman; James Langman; Charles Moore; Brooke Leverett; Chris Schwager; Theresa Alford; Ramona Sullins; Tim Harris; Chad Ducote; Bryan Boudreaux; Donna Auldridge; George Chapman; Brad Nelson; Caroline Riogi; Shelley Tustison
**Cc:** Dena Mcclamroch; Stephanie Adams - saadams; Terry Kovacs; Sarah Eisler; Kristy Spruell
**Subject:** RE: DEA at DC 6028

Everyone

I have just received word from DC 6028 that the DEA agents have left the facility for the day. They did let the leadership team at the facility know they will be back on Tuesday and potentially Wednesday if needed. Listed below is a recap on where we stand with the requested items:

- List of all products in the control cage (to get items for audit) – *DC has provided*
- Biennial Inventories – *DC has provided*
- End of day Control Cage Inventory – *DEA participated in and EOD inventory on the requested items below*
- List of all people with access to the cage—includes full name, address, and SSN – *DC has provided*
- Floor Plan of building and cage – *DC has provided*
- Specs for cage—security points, etc – *DC has provided*
    - Requested to participate in security audit – *DC has provided*
- Destruction, theft, losses histories – *DC has provided*
- Trucking Company information: Name, contacts information – *DC has provided*
- Vendor for security systems – *DC has provided*
- Store listing, including states – *DC has provided*
- Vendor for Background checks and drug screens – *DC has provided*
- Listing of Corporate Suspicious Order Monitoring Procedure – *DC has provided*
    - Purchase and Sales history for items listed in previous email – *Home Office & DC has provided*
    - 550304500 - HYDRO/APAP 5/325MG
    - 553004320 - TRAMADOL ER 100MG
    - 550091721 - HYDRO/APAP 5/325MG
    - 551929510 - HYDRO/APAP 10/300
    - 553005439 - TRAMADOL ER 200MG
    - 550926465 - ALPRAZOLAM 2MG
    - 003880705 - HYD/BIT/ACET 10/325
    - 551800473 - ALPRAZOLAM ER 2MG
    - 003880331 - HYDRO/APAP 7.5/325MG
    - 552581157 - PHENTERMINE 37.5 MG

**Nick Tallman** - Logistics Operations
*Walmart Health and Wellness*
D: 479-204-6451
nicholas.tallman@wal-mart.com

---

**From:** Nick Tallman
**Sent:** Monday, September 15, 2014 11:44 AM
**To:** Nick Tallman; James Langman; Charles Moore; Brooke Leverett; Chris Schwager; Theresa Alford; Ramona Sullins; Tim Harris; Chad Ducote; Bryan Boudreaux; Donna Auldridge; George Chapman; Brad Nelson; Caroline Riogi; Shelley Tustison
**Cc:** Dena Mcclamroch; Stephanie Adams - saadams; Terry Kovacs; Sarah Eisler; Kristy Spruell
**Subject:** RE: DEA at DC 6028

Everyone

Here is an update on the DEA visit:

The DEA Investigators on site at DC 6028: Andrew Ratcliff, Billy Lane, and Daniel Betzinger.

Requested information:

- List of all products in the control cage (to get items for audit) – **DC has provided**
- Biennial Inventories – **DC will provide**
- End of day Control Cage Inventory – **DEA will participate with DC**
- List of all people with access to the cage—includes full name, address, and SSN – **DC will provide**
- Floor Plan of building and cage – **DC will provide**
- Specs for cage—security points, etc – **DC will provide**
    - Requested to participate in security audit – **DC will facilitate**
- Destruction, theft, losses histories – **DC will provide**
- Trucking Company information: Name, contacts information – **DC will provide**
- Vendor for security systems – **DC will provide**
- Store listing, including states – **DC will provide**
- Vendor for Background checks and drug screens – **DC will provide**

- Listing of Corporate Suspicious Order Monitoring Procedure – **Home Office will provide**
- Purchase and Sales history for items listed in previous email - **Home Office will run reports for the DC**
    - 550304500 - HYDRO/APAP 5/325MG
    - 553004320 - TRAMADOL ER 100MG
    - 550091721 - HYDRO/APAP 5/325MG
    - 551929510 - HYDRO/APAP 10/300
    - 553005439 - TRAMADOL ER 200MG
    - 550926465 - ALPRAZOLAM 2MG
    - 003880705 - HYD/BIT/ACET 10/325
    - 551800473 - ALPRAZOLAM ER 2MG
    - 003880331 - HYDRO/APAP 7.5/325MG
    - 552581157 - PHENTERMINE 37.5 MG

Nick Tallman - **Logistics Operations**
*Walmart Health and Wellness*
D: 479-204-6451
nicholas.tallman@wal-mart.com

---

**From:** Nick Tallman
**Sent:** Monday, September 15, 2014 9:18 AM
**To:** James Langman; Charles Moore; Brooke Leverett; Chris Schwager; Theresa Alford; Ramona Sullins; Tim Harris; Chad Ducote; Bryan Boudreaux; Donna Auldridge; George Chapman; Brad Nelson; Caroline Riogi; Shelley Tustison
**Cc:** Dena Mcclamroch; Stephanie Adams - saadams; Terry Kovacs; Sarah Eisler
**Subject:** DEA at DC 6028

Everyone

Just got notified that the DEA has arrived at DC 6028 (Crawfordsville, IN). We will provide updates to the group as they become available.

Nick Tallman - **Logistics Operations**
*Walmart Health and Wellness*
D: 479-204-6451
nicholas.tallman@wal-mart.com