Produced in Native Format

EXHIBIT 321

CONFIDENTIAL

WMT_MDL_000052997

# Controlled Substance Risk Assessment:  Executive Summary

## Project Status

| Project Name | Project Leader | Purpose | Delivery Date | Project Status |
|---|---|---|---|---|
| Suspicious Order Identification, Monitoring, and Reporting (SOMP) | Kristy Spruell | Design & operate a systems to detect suspicious orders and report to the DEA when discovered | TBD | R |
| Maximum order limits (SOMP) | Kristy Spruell | Establish additional maximum order limits of highly abused drugs | TBD | Y |
| Prescriber validation | Darren Townzen | Enhance or replace or current vendor prescriber data source to ensure accuracy & completeness of data | Ongoing | G |
| Refusal to Fill | Brad Nelson | Establish a process for the analysis of refusal to fill data and reporting problematic prescribers or patients internally | Ongoing | Y |
| Security Cameras CCTV - Pharmacy | Teresa Mahavier | Establish a remediation plan regarding our CCTV standards to meet our obligations with DEA MOA | May 2015 | Y |
| Corporate Processes | Tim Koch and Shelley Tustison | Create an advisory panel to facilitate the evaluation, implementation and accountability for risk assessment recommendations | Not started | Y |
| POM updates & Revisions | Tim Koch and Shelley Tustison | Complete suggested updates to POM's to ensure consistency in execution | Not started | Y |

# Suspicious Order Identification, Monitoring, and Reporting (SOMP): Timeline

## Measure of Success & Deliverables

**Success Measures**

**Key Deliverables**

## Updates

**Current Week:**

**Prior Week:**

## Roadblocks

**Current Week:**

**Prior Week:**

# Maximum order limits (SOMP): Timeline

## Measure of Success & Deliverables

**Success Measures**

**Key Deliverables**  (*Italics = completed*)

## Updates

**Current Week:**

**Prior Week:**

## Roadblocks

**Current Week:**

**Prior Week:**

# Prescriber Validation: Timeline

## Measure of Success & Deliverables

**Success Measures**

**Key Deliverables**  (*Italics = completed)

## Updates

**Current Week:**

**Prior Week:**

## Roadblocks

**Current Week:**

**Prior Week:**

# Refusal to Fill: Timeline

## Measure of Success & Deliverables

**Success Measures**

**Key Deliverables**  (*Italics = completed*)

## Updates

**Current Week:**

**Prior Week:**

## Roadblocks

**Current Week:**

**Prior Week:**

# CCTV – Pharmacy: Timeline



## Measure of Success & Deliverables

**Success Measures**
- Clarification of Standards to meet our obligations with DEA MOA
- Meet Obligations of DEA MOA

**Key Deliverables** (*Italics = completed*)
- *Survey completion deadline:  5/26*
- *Report Findings and work phasing in the Compliance Focus Meeting: 6/27*
- *Project presented to Carmen Bauza and John Agwunobi:  7/15*
- *Financial Ask presented to JP Suarez 8/26*
- *Develop process for Pilot to be conducted in FL including all training for 3rd party*
- Complete 30 Store Pilot in FL., 11/8
- Present costing validation based on results of pilot, to Leadership 12/15

## Updates

**Current Week:**
- SAP # Received
- Work by 3rd party began on 10/28 to be completed by 11/8
- Develop timeline for 12 month push for project completion beginning in January 2014
- Process Development continuance for yearly audit process including how and where the audit is received and stored

**Prior Week:**
- JP Approved Funding.  Will have SAP# by EOD 10/18
- 3rd party to begin work on  30 store pilot in FL, 10/21 & to be completed no later than 11/8
- Findings to be presented to leadership by 12/15.

## Roadblocks

**Current Week:**
- N/A

**Prior Week:**
- Need SAP # for work to commence on 10/21

# Corporate Processes: Timeline

## Measure of Success & Deliverables

**Success Measures**

**Key Deliverables**  (*Italics = completed)

## Updates

**Current Week:**

**Prior Week:**

## Roadblocks

**Current Week:**

**Prior Week:**

# POM updates & Revisions: Timeline

## Measure of Success & Deliverables

**Success Measures**

**Key Deliverables**  (*Italics = completed)

## Updates

**Current Week:**

**Prior Week:**

## Roadblocks

**Current Week:**

**Prior Week:**