# EXHIBIT 337

Message

| | |
|---|---|
| **From**: | Panwar, Madhuri [madhuri.panwar@walgreens.com] |
| **Sent**: | 2/15/2013 10:06:29 AM |
| **To**: | Steffen, Todd [todd.steffen@walgreens.com]; Maney, Mark [mark.maney@walgreens.com]; Videbeck, Brit [brit.videbeck@walgreens.com]; Clagg, Lisa [lisa.clagg@walgreens.com]; Beitz, Neil [neil.beitz@walgreens.com]; Barboza, Edgardo [edgardo.barboza@walgreens.com]; Barnes, Sean [sean.barnes@walgreens.com]; Brown, Michael [michael.b.brown@walgreens.com]; Abraham, Priya Ann [priya.ann.abraham@walgreens.com]; Verma, Shipra [shipra.verma@walgreens.com]; Kundu, Sankar [sankar.kundu@walgreens.com]; Capizzano, Ashley [ashley.capizzano@walgreens.com]; Morton, Maureen [maureen.morton@walgreens.com]; Sylvester, Scott [scott.sylvester@walgreens.com]; Patel, Bhavik [bhavik.patel@walgreens.com]; Biesenthal, Amy [amy.biesenthal@walgreens.com]; Persekian, Inessa [inessa.persekian@walgreens.com]; Cook, Phil [phil.cook@walgreens.com]; Gore, Thomas [thomas.gore@walgreens.com]; Choi, Kyoon [kyoon.choi@walgreens.com]; Moyer, Jeff [jeff.moyer@walgreens.com]; Jackson, Philip [philip.jackson@walgreens.com]; Anderson, Jeffrey [jeffrey.anderson@walgreens.com]; Slone, Reuben [reuben.slone@walgreens.com]; Farris, Andrea [andrea.farris@walgreens.com]; Boyajian, Don [don.boyajian@walgreens.com]; Coughlin, Dan [dan.coughlin@walgreens.com]; Thoss, Sue [sue.thoss@walgreens.com]; Agrawal, Heena [heena.agrawal@walgreens.com]; Engstrom, Tim [tim.engstrom@walgreens.com]; Johnson, Chris [chris.l.johnson@walgreens.com]; Elliott, Jason [jason.elliott@walgreens.com]; Mazur, Christine [christine.mazur@walgreens.com]; Amend, Brian [brian.amend@walgreens.com]; Tiemeyer, Joseph [joseph.tiemeyer@walgreens.com]; Wong, Denise [denise.k.wong@walgreens.com]; Anbil, Shaun [shaun.anbil@walgreens.com] |
| **Subject**: | RE: Weekly PMO Status of Top 20 SC projects |
| **Attachments**: | Weekly PMO Status -Thursday Update 2-14-2013.xlsx |

Couple of people asked for excel version of the report. Here's you go (a more updated version).....

---

**From:** Panwar, Madhuri
**Sent:** Friday, February 15, 2013 8:17 AM
**To:** Steffen, Todd; Maney, Mark; Videbeck, Brit; Clagg, Lisa; Beitz, Neil; Barboza, Edgardo; Barnes, Sean; Brown, Michael; Abraham, Priya Ann; Verma, Shipra; Kundu, Sankar; Capizzano, Ashley; Morton, Maureen; Sylvester, Scott; Patel, Bhavik; Biesenthal, Amy; Persekian, Inessa; Cook, Phil; Gore, Thomas; Choi, Kyoon; Moyer, Jeff; Jackson, Philip; Anderson, Jeffrey; Slone, Reuben; Farris, Andrea; Boyajian, Don; Coughlin, Dan; Thoss, Sue; Agrawal, Heena; Engstrom, Tim; Johnson, Chris; Elliott, Jason; Panwar, Madhuri; Mazur, Christine; Amend, Brian; Tiemeyer, Joseph; Wong, Denise; Anbil, Shaun
**Subject:** Weekly PMO Status of Top 20 SC projects

Hi!

Please find the status of the Top 20 Supply Chain projects we reviewed yesterday.
- There are 3 projects in "red", 9 in "yellow" and 7 in "green" status (one project has not started).
- In order to resolve project issues and get the projects on track ("green"), I will send a consolidated, categorized issue list with owners/dates so that the issues can be resolved on a priority (Review progress and track resolution dates of issues in Monday Leadership PMO meeting 4-5 pm)
- The PM/Executive sponsor of "red" projects will discuss key project challenges and get guidance from Leadership on how to get these projects on track (Monday Leadership PMO meeting 4-5 pm)

Going forward, we plan to include the following project-wise metrics in this reporting-
- Project health color -Overall, Benefit, Budget, Time

HIGHLY CONFIDENTIAL

WAGMDL00477975

- Planned, Actual FYTD and Forecast Saving/Benefit $ & Budget

I will place this consolidated status in the SharePoint site and send link to the group.

Please let me know if you have any questions, concerns or suggestions.

Thanks,
Madhuri

| # | Project | Part of Monday Leadership PMO meeting | Executive Sponsor | Project Manager | Project Health | Accomplishment for week | Plan for coming week | Issue De |
|---|---|---|---|---|---|---|---|---|
| 1 | PIPE | No | Todd Steffen | Mark Maney | | (1) Finalized Dallas newspaper advertising spots for home delivery capabilities (2)Completed home delivery consumer research and scheduled review with project team (2/21) (3)Completed store layouts for Ship & Get terminals | (1) WAG/FDX executive meeting scheduled in Deerfield - 2/19/13, (2) Install FDX drop boxes at WAG pilot stores (FDX) by 2/28/13, (3) Start 5 store pilot in DFW for Next Day Ground service - 3/31/13, (4) Install Ship & Get terminals | Address to be co nationw delivery WAG/FD meeting Stores lo because deliver f custome |
| 2 | GAP | No | Sue Thoss/ Morgan Knight | Brit Videbeck | | Successfully rolled out 3rd site (Moreno Valley) for daily Rx delivery. | (1) Focus on getting Anderson site rollout on track (2) Prepare for Lehigh rollout (3) Re-examine site rollout schedule (March 10th -May17th) to save cost/buy time. | (1)Ande continue struggle place to track) (2)Wind Windsor area is n and nee tempora to handl different IT chang |

HIGHLY CONFIDENTIAL
WAGMDL00477976

| # | Project | Issues | Lead | Support | Status | Accomplishments | Next Steps | Issues/Risks |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | not antic being ev |
| 3 | OSA | Potential #1 Funding #2 Field coordinator availability | Andrea Farris/ Roxanne Flanagan | Lisa Clagg/Neil Beitz | | (1)Prepared baseline metrics for pilot districts (2) Published 1st week of third party audits to pilot districts (3) Developed new chainwide roll-out timeline and start date (4) Started 10 store pilot on Weighted Ad Bulletin (5)Set up bi-weekly calls with district pilot OPTs to solicit feedback. | (1) Preparation for March RAC (2) Visit to Raleigh district to solicit program feedback via focus groups 2/20-2/22. (3) Modify business case to incorporate CSAT scores for pilot districts from Customer Experience team(4)Work with vendors to new combined stocking cart possibility(same cart for all stores) | (1) Start **OSA Fiel Coordina** not yet b determi (2) **Fund chain wi** is not ye (3) Need incorpor changes for **exce stockroc** don't qu roller re addition may nee business (change and/or R |
| 4 | LEAN | Yes #1 How to get project on track | Don Boyajian | Edgardo Barboza | Green for culture/team member engagement; Red for financial results (YTD Approx $500k of saving vs $6M target) | (1)Conducted workshop for DC Lean champions for Kaizen events and Lean tools (2) Created communication system (weekly lean calls with site champions and website for sharing Kaizen events). | (1)Game plan/Roadmap from DC's to achieve $6M Lean saving will be submitted by 2/22. (2)Developing on-site support plan to prioritize site visits to help meet saving goal/address issues. (3) Meeting with PMO PM's to align/linkage between projects and Lean (E.g. Ashley and Maureen | (1) **Reso constrai** corporat level (pla to bring champic (2) Poter double c efforts a across P lean initi Edgardo mitigate |

HIGHLY CONFIDENTIAL

WAGMDL00477977

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | for Seasonal Distribution Planning) | |
| 5 | Sourcing | Yes How to get project on track | Dan Coughlin | Greg Miller | FY10 $50 K Going to Target of $5M | (1) Full time PM (Greg) designated for project, defining roles & responsibilities (2)Reviewed DC sourcing champions contacts (3) Clarified corporate sourcing objectives (4)Tracking savings submitted monthly (limited success) | (1)Project charter development with Dan & Sunil Gupta (2)DC's are putting in resources to track results (3)Identifying top 3 sourcing benefit sources (4)Weekly meeting with Greg, Sunil, Carl, and Dan (5)Discuss on Monday- what is needed from DCs, Sourcing group (6)RASIC for team and definition of new Sourcing process | (1) **E-Pro working** processi March 1 date (2)Need with cos item, ve DC's to t (3)70 lin opportu equates savings– delay (o 26 line it |
| 6 | Government Compliance | Yes # DEA Issue | Sue Thoss | Sean Barnes | | (1) Perrysburg DEA visit, plan to handle controlled drug substances/service store in case if Perrysburg is shut down(2)Focus on Rx Return, 1506/Hazmat | 2/24 – new pattern goes in for Mitigate if DEA shuts downs Perrysburg | (1)Poten **issue at** DC-Plan pattern take ord originally for Perry across V Vernon a Risk =$4 brand ar inventor in Perry original bleed th because has inve orders w redirect. resolutic CII is at r sites(Wi |

HIGHLY CONFIDENTIAL

WAGMDL00477978

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | Lehigh) …<br>license/…<br>control s…<br>to Ohio. …<br>already …<br>for Ohio …<br>one for …<br>week lea…<br>get the …<br>Seeking …<br>Cardinal…<br>external… |
| | | | | | | | | **(2)Rx Re**…<br>related t…<br>changed …<br>requiren…<br>shipping …<br>addition…<br>New go-…<br>(Mid Apr… |
| 7 | Retail Renewal | No | | Todd Steffen | TBD | | (1) Updated global strategy document and business case(Consolidated cost & benefit) that will be presented at February end Offsite Strategy session. | (1)Finalize the RR material and circulate with 5 other Strategic Action Forum (SAF) that will need Retail Renewal to deliver their strategy (2)Organization Structure required for RR and its alignment with SC Organization and staff the Retail Renewal team. | Risk -If fu…<br>allocated…<br>retail sys…<br>limited f…<br>and risk …<br>the busi… |

HIGHLY CONFIDENTIAL

WAGMDL00477979

| # | Project | | Lead | | | | | |
|---|---|---|---|---|---|---|---|---|
| 8 | Network Optimization | No | Sue Thoss/ Morgan Knight | Michael Brown | Resources, Schedule | (1)Working with recruitment on open posting for project. (2) Since initiative is confidential, details cannot be shared with group | (1)Method of request- Develop framework/guidelines for requests that get batched for analysis and prioritization (Due date 2/28) (2)Discuss how to provide status of this confidential project | (1) **Reso** (candida identifie with soft suppliers may be a us. |
| 9 | B1SC - Well Experience | No | Todd Steffen | Priya Abraham | Project not started. Initial meeting setup | | | |
| 10 | EDI Re-Platform | Yes #1 ESS Help required/escalation to Denise/Carla | Jason Elliott | Shipra Verma(Business) Sankar Kundu(IT) | | Working with ESS to finalize production server | Provide planned schedule deadline milestone date and business risk of not achieving that date | Schedule changing Producti Date 3/2 QA serve given, m possibili the prod server as this relea |
| | | | | | | | | ESS dedi person ( Ruttenb ready to firewall once pro server is |
| 11 | Seasonal Distribution & Planning Monitoring | Yes #1 Executive Sponsor backup #2 Help with setting up of Brainstorming session | Tim Engstrom | Ashley Capizzano Maureen Morton | | (1)Completed Charter, action item (draft) (2)Created brainstorming attendee list | (1)Get leadership's team help on setting up brainstorming session with over 30 people (2) Maureen Isidoro has gone through Process Design training – will do train the trainer on root | Delay as sponsor available to reach or do lat review a documer direction |

HIGHLY CONFIDENTIAL
WAGMDL00477980

| # | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | cause analysis (similar to continuous improvement); use Workout methodology with this opportunity but don't delay project. (3)Need post mortem(results vs. plan) on Valentine's season (4) SDP meeting get folks who are in charge of category presenting the content. (5)Create RASIC for bulk (Week of 2/18) (6)Define the workstream and team-members required. | Talk to R Bryan Pu attendee brainsto activity |
| 12 | Each pick efficiency | Yes (Benefit definition, linkage with Lean initiative) | | Chris Johnson | Scott Sylvester | | (1) Scott is dedicated full-time PM (2) Gathered project background, Inventoried initiatives underway (3)Completed PMO training | (1) Work with Chris to set measurable milestones, project charter, and financial goals. (2)Leadership discussion (Project Vs Lean) -discuss on benefit realization/definition, how to measure, guarding against double counting of benefits. | |
| 13 | B1SC - Delivery Frequency | No | | Jason Elliott/ Sue Thoss | Bhavik Patel | Pilot date depends on funding approval | (1)Working with finance(Tim Banks/Mike P) to develop business case and get approval for funding $600-700K (2)Coordinating with store ops for training and transportation for making route | (1)Confirm inventory benefit number w/ Andrea (2/22) (2)Working with IT to make order model changes (Steve Bamberg). Make inventory model changes to below 4/7 minimum. (3)Define the pilot plan (6 month) and publish results monthly | **(1)Store may neg benefit/ inventor** A. Traini to lock s override B. Need store cle commur about lo |

HIGHLY CONFIDENTIAL
WAGMDL00477981

| # | | | | | | changes (need 4 week lead time). (3)Planning 6 month pilot | (4)Finalize the training, change management and transportation route change. | override procedu pilot dur C. Check Jackson reviewin override |
|---|---|---|---|---|---|---|---|---|
| 14 | Backhaul | Yes Informational (financial shortfall) | Jason Elliott | Sean Barbour | Accounting $658K vs $680K plan ($30K from GM) – first month to hit budget | Met the backhaul budget (35% increase) | Send forecast of saving plan for year (2/21) | Recogniz financial and how (1)Will m target by ($8.5M v $9.75M leadersh cover th (3) Can't Carrier f to techn – TMS h requirem documer |

HIGHLY CONFIDENTIAL

WAGMDL00477982

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 15 | Receipts:COGS | Yes | Heena Agrawal | Amy Biesenthal | | (1) Completed Project Charter (2) Created summary of learning from ISP Shadowing(3)Formed project team and held two brainstorming sessions (4) Created base playbook (5) Set for 3/4 4 day pilot | (1)Gather additional information for playbook: guidelines, ensure that the process in line with inventory productivity goals etc. (2) Develop success criteria for upcoming up pilot (including escalation and delegation of authority) (3)Present Project Charter in PMO Leadership meeting (4)Share success story and benefit as the pilot progresses. | None |
| 16 | Unified Forecasting | Yes Resource availability | Andrea Farris | Inessa Persekian(Business) Phil Cook(IT) | Yellow for cloud fees issue and resources | Tested Forecast Manager UAT for go-live on Monday (1st release – soft launch) | (1)Prepare for forecaster training (week of 2/25) (2)Validate production environment (3)Vinayak meeting scheduled with Denise -financial situations (4)Inessa and Phil to prepare for Monday leadership discussion (Inessa 's responsibilities - critical vs non critical, IT needs of committed point person from business) | (1)Resou availabil full time responsi PSO, EDI Collab, M data); m leave 5/ backup (2)Hostii Issue |
| 17 | Inner Packs | Yes Informational (Financial benefit) | Sue Thoss/ Jason Elliott | Thomas Gore | | (1)Created Project Charter and Process flows (2) One private brand vendor eliminated inner packs | (1) Review charter with Sue (1st) and Finance and Leadership (2/22) (2) Identify metrics for the project, define team for each workstream (2/22) (3)Create playbook to track vendor conversion (TBD) | (1)Finan needs to defined $6M is to chainwid eliminat packs fo Private b Rx, depe vendor c |

HIGHLY CONFIDENTIAL

| # | Project | | Owner | | Status | Progress | Next Steps | Issues |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | (2)Identi... setup sc... to be in... confirm ... next we... |
| 18 | Labor Management System (LMS) | Yes #1 ESS related issue #2 Informational (financial shortfall) | Sue Thoss/ Matt Rhodes | Kyoon Choi | Yellow based on server delay (mitigated lost time – early April target). | Went live with FC Pick in Jupiter (engineered standard of how long each activity should take; posted reports; at CM phase with FC Mgrs) | (1)Prep for split case and detrash– 2/25 launch (2)Need Lean structure with measurement of savings. Baseline needed. (3)Need roadmap of savings and provide any resource needs to meet the $900K goal (2/22) (4)Publish lesson learned as pilot proceeds (TBD) | VPN acc... vendor ( escalatio... within IT raising c... project b... as the ve... to be on... group ca... help. |
| | | | | | | | | Financia... budget $900K sa... – can we green? ( impleme... window saving ca... material... Need ro... savings - by what date. N... account gap and needed. |
| 19 | McLane Operational Improvement (DSD Process Innovation) | No | Andrea Farris/ Marion Lalich | Jeff Moyer | | Developed roadmap & business case(costs/benefits analysis) to define McLane Operational Improvement (Goal to improve in-stock, | Present the recommendation/roadmap, business case and resource request to the Steering Committee Meeting on 2/20 | (Potenti... Resourc... availabil... on imple... the road... the ager... Steering discussio... |

HIGHLY CONFIDENTIAL

WAGMDL00477984

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| | | | | | | resolve late delivery issues etc.) | | |
| 20 | Central Store Ordering | No | | Denise Wong/ Roxanne Flanagan | Phil Jackson (Business) Jeff Anderson (IT) | | (1) Completed tests with Retalix – put our unified forecast into their ordering system. (2)Evaluating results(comparison of orders between existing system & new system) and working with finance to put benefit case (3) Retalix has provided initial cost proposal, being reviewed with finance. | (1)Teeing up JDA and Oracle for next 60 days to get to test results from them as well. (2) Develop Project charter and review with leadership team  (Project Objective:  One ordering solution that will handle Fresh, SS, Rx & GNFR) | (Potenti[...] days is ti[...] – need f[...] staffing [...] software[...] |

HIGHLY CONFIDENTIAL
WAGMDL00477985