EXHIBIT 338

Message

| | |
|---|---|
| **From**: | Pandit, Vinayak [vinayak.pandit@walgreens.com] |
| **Sent**: | 3/1/2013 10:52:33 AM |
| **To**: | Strelchin, Lara [lara.strelchin@walgreens.com]; Murray, Denman [denman.murray@walgreens.com]; Van Cleave, Robin [robin.vancleave@walgreens.com]; Elliott, Jason [jason.elliott@walgreens.com]; Mcgovern, Brian [brian.mcgovern@walgreens.com]; Peterson, Doug [doug.peterson@walgreens.com]; Merritello Jr, John [john.merritello@walgreens.com]; Bamberg, Steve [stephen.bamberg@walgreens.com]; Groth, Bill [bill.groth@walgreens.com]; Crisel, Shelley [shelley.crisel@walgreens.com]; Capizzano, Ashley [ashley.capizzano@walgreens.com]; Johnson, Chris [chris.l.johnson@walgreens.com]; Agrawal, Heena [heena.agrawal@walgreens.com]; Thoss, Sue [sue.thoss@walgreens.com]; Knight, Morgan [morgan.knight@walgreens.com]; Coughlin, Dan [dan.coughlin@walgreens.com]; Reiter, David [david.reiter@walgreens.com]; Bush, Bill [bill.bush@walgreens.com]; Maier, Rick [rick.maier@walgreens.com]; Prost, Brian [brian.prost@walgreens.com]; Kettlewell, Andy [andy.kettlewell@walgreens.com]; Krieger, Bill [bill.krieger@walgreens.com]; Flexer, Dave [dave.flexer@walgreens.com]; Irwin, Jeff [jeff.irwin@walgreens.com]; Tiemeyer, Joseph [joseph.tiemeyer@walgreens.com]; Varno, Rob [rob.varno@walgreens.com]; Boyajian, Don [don.boyajian@walgreens.com]; Brandt, David [david.brandt@walgreens.com]; Bish, Deborah [deborah.bish@walgreens.com]; Kneller, Steve [steve.kneller@walgreens.com]; Gill, Maurya [maurya.gill@walgreens.com]; Hensley, Tammy [tammy.trumbull@walgreens.com]; Mccoy, Dusty [dusty.mccoy@walgreens.com]; Laine, Dan [dan.laine@walgreens.com]; Maney, Mark [mark.maney@walgreens.com]; Joseph, Justin [justin.joseph@walgreens.com]; Daniel, Monica [monica.daniel@walgreens.com]; Amato, Dennis [dennis.amato@walgreens.com]; Parks, Phil [phil.parks@walgreens.com]; Mckay, Brian [brian.mckay@walgreens.com]; Zakrzewski, Michael [michael.zakrzewski@walgreens.com]; Gaddis, Marc [marc.gaddis@walgreens.com]; Elter, Mark [mark.elter@walgreens.com]; Coman, John [john.coman@walgreens.com] |
| **Subject**: | Perrysburg CIII-CV - meeting notes. |

**Updates: 3/1:**

- **Perrysburg** will continue to server 367 red flagged stores till 4/1.

- Jobber list for redirects: ABC warehouse in NJ is closing – Logistics needs an updated address for the correct facility to print on the 222 forms. **Doug/Bill**

- Early AM delivery  - can this be stopped once the EDI 850 orders are in place in 3-4 weeks – **Bill** to help confirm.

- New stores: What would be the plan to assign CII Dcs to the new stores after 3/1 when Perrysburg will be down to servicing only the 367 stores? **Brian McGovern**

**Previous updates:**

**C2**:

 * Perrysburg will continue to pick what they can until the DEA comes and shuts them down.
 * If and when the DEA comes Perrysburg is going to let ISE know and we will move all the C2 product in reserve for transfer.

Updates 2/20:

 * Bill Groth confirmed Perrysburg will stop shipping C2 starting 3/1.
 * The DC has roughly $30M in C2 inventory which should be down to minimal $s by next Friday.
 * If a transfer is needed from Perrysburg to Woodland. Rx Purchasing will need to create a 222 form for the transfer as was done when we moved inventory from Jupiter.
 * Majority of the volume will be handled by Cardinal and the remaining will be spread across wholesalers – details being determined.
 * IT is working on a program change to convert store orders to EDI 850 format. This will take 3-4 weeks to complete.
 * PDQ ordering: The plan is to continue to allow PDQ ordering for stores even when they are being serviced by the wholesalers.
 * No additional lead time needs to be added to the ordering while the wholesalers are servicing the stores.

Updates 2/22:

HIGHLY CONFIDENTIAL

* Megan will have the updated list of jobbers for redirects for Perrysburg – Thu of next week.
* DC to DC transfer CII product – meeting has been set up to discuss how this will be done.
* Perrysburg still receiving some product – DC should continue to receive till we get an update from Rx Purchasing. The expectation is that there will be no receipts past 3/1.
* As of Tue 2/19 - $16.2M inventory left in the Perrysburg DC.
* All documentation for the DEA is ready to go.
* Bill Groth will check if the USA drug stores that were going to be serviced by Perrysburg could be serviced by Woodland

Updates: 2/27:

* Continue to service potentially red flagged stores. Rx purchasing team is working on the stores – The plan is to send the store list of the 367 stores to the DC by EOD.
* Additional items are being ordered into the Perrysburg DC to help service the stores – specially focused on generics as brand inventory should be ok.
* Jobber list should available by EOD.
* USA drug stores: Brian McGovern/Bill Groth will look into this based on the store conversion schedule. Woodland/Robin needs to confirm they are licensed to service these stores.
* PO Transfer from Perrysburg to Woodland test: David/Brian/Dave – looking at what changes are needed to allow the product transfer to go through.
*
* 367 potentially red flag stores: Denny/Doug to determine what we need to do to process orders for these stores to account for the order redirects properly. Redirects to cardinal need to be stopped as cardinal is not fulfilling orders as they are considered suspicious.
* Next day am delivery: Jeff confirming if it is worth spending the extra money to do the next day am delivery of the 222 forms by EOD

## C3-C5:

* Perrysburg will make all the quantity unavailable.
* For orders today 2/18 – ISE and Perrysburg team will follow the same process that we followed over the weekend to manually redirect orders to Mt Vernon, Lehigh and Windsor.
* ISE is making a program change to redirect C3-5 orders based on the patterns regardless of available quantity in Perrysburg.
* Mark/Doug's team reconfirming that the patterns are correctly entered and have made it to the DC.

Updates 2/20:

* Tammy is working on exact inventory counts that need to be on transfers and will get this information to Mark/Doug/Vinayak.
* Mark's team will put in the reserver to transfer and actual transfer orders for the FC/SC quantities.
* All inventory will be sent to Mt Vernon.

Updates: 2/22:

* All C3-5 transfers have been sent to Mt Vernon as of Thu 2/21 with the exception of 1-2 cases. The transfers will be received by Mt Vernon by the end of the week.
* 340B item ordering – David is working with the team to determine how the items are being ordered and when they can stop the ordering.

Updates: 2/27:

* Service level timing – updated communication to be sent by Rx Purchasing to the stores to make sure they have the right delivery timing for orders being processed be jobbers.

## PSE:

* Perrsyburg is scheduled to receive $491,944 PSE inventory over this week. They will continue to pick PSE items this week as much  as they can to bleed the inventory down.
* Thu. 2/21 we will need to create transfers for the Full case and split case quantities as needed to goto Mt Vernon, Lehigh and Windsor. Mark/Ashley's team will take care of getting the transfers into the system.

HIGHLY CONFIDENTIAL

Updates 2/20:

* Tammy is working on exact inventory counts that need to be on transfers and will get this information to Mark/Doug/Vinayak.
* Mark's team will put in the reserve to transfer and actual transfer orders for FC/SC quantities.
* Inventory will be transferred to Mt Vernon, Lehigh and Windsor – this may change based on the amount of inventory that needs to be transferred.

Updates 2/22:

* Perrysburg will be receiving about $128K of PSE items through 3/6. Mark Maney's team is changing Pos to allow the DC to receive into reserve for transfer. Perrysburg will do another transfer to Mt Vernon once they have received all this volume.

Updates: 2/27:

* Transfers: receipts of items going straight to reserver for transfer as expected no issues at this time.

HIGHLY CONFIDENTIAL

WAGMDL00358473