EXHIBIT 344

Date 2/28/13

## Contents of Shipment from Walgreens Perrysburg DC:

Boxes 1-4 contain vendor receipts from 2/1/11 through 12/31/12.

Box 5 continues with vendor receipts for 2013 and then also contains:

- Paper report for C3-C5 receipts listed by date.

1 CD enclosed that contains:

- List of C2 recipients of controlled drugs
- List of C3-C5 recipients of controlled drugs
- List 1 chemical inventory as of 02/05/13
- C2 ending inventory as of 2/05/13
- C3-C5 ending inventory as of 2/05/13
- Perrysburg couriers list
- Perrysburg DEA Fax template for Suspicious Drugs
- Perrysburg PSE receipts

HIGHLY CONFIDENTIAL



# Memorandum

**To:** Todd Polarolo

**From:** Justin Joseph

**Date:** 5/27/2006

**Re:** DEA Audit Preliminary Response 03-06-06

---

**Accountability:**
Store #05828 never filed a claim for WIC 675756, which was stolen from the courier. We filed a DEA Form 106, and the control drug "shipments by item" indicates product was shipped; therefore, the store was billed for controlled drugs they did not receive. The DEA checked 8 WICs total, and the remaining 7 were correct. They noted that we were very accurate in following items through the DC.

**Security:**
Current cage does not meet requirements and there were no recommendations due to upcoming construction for CII. They praised our alarm and camera system and were highly complementary of our card access program. Acknowledged Tonia by name on her effectiveness

**1301.74(b):**
DEA feels that the suspicious ordering report is inadequate; they specifically did not like the DEA Factor and would like to know how we determine it. They would like a better description of the formula used to determine a suspicious order. The explanation of the formula is:  All stores are put into groups of 25 based on the amount of daily prescriptions filled. The average is then taken from the orders to the DC on each group of 25. The result is Average order * DEA factor = trigger. They said the formula should be based on (Size, pattern, frequency).

**1301.74(e)**
Said we should not be identifying control totes by the Red Seal. Currently we only use Red Seals for totes containing controlled substances.

**1304.04(a)**
Since we do not have the original POs in-house, we should have filed for central record keeping.

**1304.11(a)**
We provided them with three inventories: initial, 1 year, and biennial. The biennial was the only one to indicate that it was taken at the close of business. This should be included in the CM-15 manual.

**1304.22(b)**
They felt that report repb309 was inadequate to use as a primary receiving record. They indicated that report repb263 was a more accurate report to use for that document as it most closely resembled a PO.

### "PRESCRIPTION FOR SUCCESS"

HIGHLY CONFIDENTIAL

*November 14, 2008*

However they did indicate it lacked some information and did note that some of the DEA numbers were incorrect or old.

**1309.71(8)**
When we provided them with the list of PSE list one items, they asked how many were just List One. We could not give them only List One items, we need to be able to query PSE List One and Non-PSE List One items. In addition they found one WIC 664464 PSEUDOEPHEDRINE 30MG TAB (RUG)+24 was not listed as "PSE LIST ONE" under the special product type. Jill Nailor is currently working with the Item/Vendor team on the marketing side.

**1310.03(f)**
They asked how we determine when a regulated transaction has been met. We could not provide them with a report listing regulated transactions. This should be based on the item and the milligrams of Pseudoephedrine that it contains. Who sets the threshold for regulated transactions, how is this determined? We are required to know this at the DC level.

1310.05(a)(1)
1310.05(b)
This is similar to the response to **1301.74(b)**, but the formula can't be based on prescriptions because the product is sold over the counter. They also stated that we are required to call in suspicious orders within 24 hours and should follow up with a written report within 15 days. We should not use averages due to spikes in orders during cold, flu, and allergy season. They also said that analysis is required we should not rely soley on a report.

**1310.06(a)(3)**
The Milligram should be listed for every transaction on report sbpb657 "special product type- shipped item report" and AHPB021 "Received Item by Product Category" report.

**Closing notes:**
We are doing a great job in the DC of distributing Control and PSE List One but should have a better working knowledge on processes that happen outside of the DC. We should not have to rely on corporate to provide all of the answers.

They are going to recommend a Letter of Admonition (LOA), as it was our first DEA audit. We will have 30 days to respond to the letter. If our response meets their requirements, we will not hear back from them. They also stated that we can call them for their input prior to making any changes.

We were informed that at our next audit they will be reviewing the list of items from the letter of admonition. If we are found to be non-compliant, civil fines average $10,000 per transaction.

They also stated they can review other DC's audits to determine if there have been ongoing issues with the same regulations. Fines could be issued to all DC's.

They thanked us for our cooperation and hospitality.

2

HIGHLY CONFIDENTIAL

**U. S. Department of Justice**

Drug Enforcement Administration

431 Howard Street
Detroit, Michigan  48226
(313) 234-4000

*www.dea.gov*

MAY 17 2006

Mr. Todd Polarolo
Distribution Center Manager
Walgreen Company
28727 Oregon Road
Perrysburg, Ohio  43551

Dear Mr. Polarolo:

During the month of March 2006, Diversion Investigators (DI) Angela Francis and James Rafalski of the Drug Enforcement Administration (DEA) completed a regulatory investigation of your firm. This regulatory investigation revealed recordkeeping inadequacies and security deficiencies. The discrepancies noted are as follows:

1) The formulation utilized by the firm for reporting suspicious ordering of controlled substances was insufficient. The system set its standard of deviation from a normal ordering pattern in groupings of 25 customers, based on the number of non-controlled and controlled substance prescriptions filled by each customer. The system in place determined the amount of daily prescriptions filled by each of its customers of both non-controlled and controlled substance prescriptions. This amount was utilized to place each customer in groupings each containing 25 customers. Of these 25 customer groupings, the firm calculated the average order per item of each controlled substance. The firm then took the average and multiplied that figure by three. This calculated figure was then used as the base to report suspicious orders above such figure.

Section 1301.74(b) of Title 21 of the Code of Federal Regulations (CFR) requires the registrant design and operate a system to disclose to the registrant, suspicious orders of controlled substances, and inform DEA of suspicious orders.

2) The firm utilized shipping containers through contract carriers that indicated the tote contents were controlled substances. The firm utilized a numbered tote tag that was red in color solely on totes containing controlled substances.

Section 1301.74(e) of Title 21 of the CFR requires the registrant is responsible to employ precautions, to guard against storage or in-transmit losses. Such precautions include that shipping containers do not indicate that contents are controlled substances.

3) The firm failed to submit written notification to DEA for central recordkeeping. The original purchase records were not maintained at the registered location. The

HIGHLY CONFIDENTIAL

WAGMDL00709510

purchasing of controlled substances is performed at Walgreen Company Corporate Headquarters in Deerfield, Illinois. Original purchase records are maintained at the Walgreen Company facility in Deerfield, Illinois.

Section 1304.04(a) of Title 21 of the CFR requires the registrant notify and submit, in written format, their intent for central recordkeeping to DEA.

4) The biennial inventory and the inventory produced for the accountability audit failed to indicate if it was taken at the opening or close of business.

Section 1304.11(a) of Title 21 of the CFR requires the registrant indicate on the required inventories if it was taken at the opening of business or close of business.

5) The firm inaccurately recorded a loss in transit as a distribution which resulted in an accountability error in the Hydrocodone, 10mg product audited.

Section 1304.21(d) of Title 21 of the CFR requires the registrant record the date of distribution on the date controlled substances are actually distributed.

6) The firm's maintenance of purchase records was inadequate. The primary purchase record provided to DIs Francis and Rafalski was Walgreen Company Report Number REPB309. The report was a computer printout listing receipts solely by specific item number. The report failed to contain numerous required items. The REPB309 failed to contain the name, address and registration number of the vendor where the controlled substances were acquired. Additionally, incorrect DEA registration numbers were recorded on the purchase record. The primary purchase record should record the receipt as indicated on original purchase records, which are maintained at the corporate facility in Deerfield, Illinois. Since the original purchase records are not maintained at the registered location, central recordkeeping should be considered.

Section 1304.22(b) of Title 21 of the CFR requires the registrant maintain records with specific information. The information must include name of substance, each finished form, number of units acquired, date of acquisition, name, address and registration number of the person from whom the units were acquired.

7) The firm failed to ascertain which List I chemicals were handled at the registered location. Walgreen Company was advised their List I chemical products should have been identified as "PSE List I." The firm failed to identify all List I chemical products as "PSE List I."

Section 1309.71(8) of Title 21 of the CFR states that, in evaluating the effectiveness of security controls and procedures, DEA shall consider the registrant maintain a system for monitoring the receipt, distribution and disposition of List I chemicals in its operations.

HIGHLY CONFIDENTIAL

8) The firm does not have knowledge of thresholds for List I chemicals.  The firm was unable to determine if a system was in place to establish if the thresholds had been met for a regulated transaction.

Section 1310.03(f) of Title 21 of the CFR states the listed chemicals for which thresholds have been established and the quantitative threshold utilized, to determine whether a receipt or sale is a regulated transaction.

9) The firm does not accurately identify all List I chemicals handled by their facility. This failure to maintain the identity of List I chemicals resulted in the firm's inability to maintain a system for suspicious ordering of List I chemicals.

Sections 1310.05(a)(1) and 1310.05(b) of Title 21 of the CFR states each regulated person shall report to DEA List I chemical transactions of extraordinary quantity, uncommon method of payment or delivery, or any other circumstances, that is indicative of possible List I chemical violations.  It further states that the reports are to be made orally to the Drug Enforcement Administration and written reports of such transactions shall be filed within 15 days after the regulated person becomes aware of the transaction.

10) The firm did not record the milligram amount of the List I chemical products on any of the records reviewed by investigators.

Section 1310.06(a)(3) of Title 21 of the CFR states that each required record shall include the quantity and form of packaging of the List I chemical.

This letter is formal notification that your failure to maintain adequate records and security for controlled substances and List I chemicals constitutes violations of the Controlled Substances Act.  At this time, you are being afforded the opportunity to comply with the requirements of the Controlled Substances Act which were outlined by DIs Francis and Rafalski with the management of your firm in March, 2006.

Please advise this office in writing within thirty (30) days of the action taken or planned to correct these violations.

If you have any questions concerning this matter, please contact Acting Group Supervisor Barbara K. Dobric at 313-234-4000.

Sincerely,

Robert L. Corso
Special Agent in Charge
Detroit Field Division

HIGHLY CONFIDENTIAL

WAGMDL00709512

This is a signed confirmation that we received these documents from the DEA.

HIGHLY CONFIDENTIAL

WAGMDL00709513



DRUG ENFORCEMENT ADMINISTRATION
UNITED STATES DEPARTMENT OF JUSTICE

ANGIE R. FRANCIS
DIVERSION INVESTIGATOR

431 HOWARD STREET
DETROIT, MICHIGAN 48226

TEL: (313) 234-4000
(313) 234-4361

FAX: (313) 234-4149

HIGHLY CONFIDENTIAL

WAGMDL00709514

**U.S. DEPARTMENT OF JUSTICE**
DRUG ENFORCEMENT ADMINISTRATION

| NOTICE OF INSPECTION OF CONTROLLED PREMISES | DEA USE ONLY |
| --- | --- |
| | FILE NUMBER |

| NAME OF INDIVIDUAL | TITLE |
| --- | --- |
| *Steven C. Kneller* | *Manager of Operations* |

| NAME OF CONTROLLED PREMISES | DEA REGISTRATION NO. |
| --- | --- |
| Walgreen Co. | RW0294493 |

| NUMBER AND STREET | DATE |
| --- | --- |
| 28727 Oregon Road | 02-27-2006 |

| CITY AND STATE | ZIP CODE | TIME *(initial inspection)* |
| --- | --- | --- |
| Perrysburg, Ohio | 43551 | |

### STATEMENT OF RIGHTS

1. You have a constitutional right not to have an administrative inspection made without an administrative inspection warrant.
2. You have the right to refuse to consent to this inspection.
3. Anything of an incriminating nature which may be found may be seized and used against you in a criminal prosecution.
4. You shall be presented with a copy of this Notice of Inspection.
5. You may withdraw your consent at any time during the course of the inspection.

### ACKNOWLEDGMENT AND CONSENT

I, *Steven C. Kneller*, have been advised of the above Statement of Rights
          *(Name)*

by DEA      D/I Angela R. Francis                      , who
              *(Title and Name)*

has identified himself/herself to me with his/her credentials and presented me with this Notice of Inspection containing a copy of sections 302(f) and 510(a), (b) and (c) of the Controlled Substances Act (21 U.S.C. 822(f) and 21 U.S.C. 880(a), (b) and (c), printed hereon, * authorizing an inspection of the above-described controlled premises. I hereby acknowledge receipt of this Notice of Inspection. In addition, I hereby certify that I am the _____
                                   *(President)  (Manager)  (Owner)*

for the premises described in this Notice of Inspection; that I have read the foregoing and understand its contents; that I have authority to act in this matter and have signed this Notice of Inspection pursuant to my authority.

I understand what my rights are concerning inspection. No threats or promises have been made to me and no pressure of any kind has been used against me. I voluntarily give consent for inspection of these controlled premises.

                                         *Steven C. Kneller*
                                         *(Signature)*

                                         02-27-2006
                                         *(Date)*

**WITNESSES:**

D/I Angela R. Francis           02-27-2006
*(signed)*                             *(date)*

D/I James E. Radarski          02-27-2006
*(signed)*                             *(date)*

                                               **\* See Reverse**

FORM DEA-82 (11-01) *Previous editions are obsolete*

HIGHLY CONFIDENTIAL

WAGMDL00709515

\* These sections are quoted below.

SEC. 302.(f)  The Attorney General is authorized to inspect the establishment of a registrant or applicant in accordance with the rules and regulations promulgated by him.

SEC. 510.(a)  As used in this section, the term "controlled premises" means -

(1)  places where original or other records or documents required under this title are kept or required to be kept, and

(2)  places, including factories, warehouses, or other establishments, and conveyances, where persons registered under section 303 (or exempted from registration under section 302(d)) may lawfully hold, manufacture, or distribute, dispense, administer, or otherwise dispose of controlled substances.

(b)(1)  For the purpose of inspecting, copying, and verifying the correctness of records, reports, or other documents required to be kept or made under this title and otherwise facilitating the carrying out of his functions under this title, the Attorney General is authorized, in accordance with this section, to enter controlled premises and to conduct administrative inspections thereof, and of the things specified in this section, relevant to those functions.

(2)  Such entries and inspections shall be carried out through officers or employees (hereinafter referred to as "inspectors") designated by the Attorney General. Any such inspector, upon stating his purpose and presenting to the owner, operator, or agent in charge of such premises (A) appropriate credentials and (B) a written notice of his inspection authority (which notice in the case of an inspection requiring, or in fact supported by, an administrative inspection warrant shall consist of such warrant), shall have the right to enter such premises and conduct such inspection at reasonable times.

(3)  Except as may otherwise be indicated in an applicable inspection warrant, the inspector shall have the right -

(A)  to inspect and copy records, reports, and other documents required to be kept or made under this title;

(B)  to inspect, within reasonable limits and in a reasonable manner, controlled premises and all pertinent equipment, finished and unfinished drugs and other substances or materials, containers, and labeling found therein, and, except as provided in paragraph (5) of this subsection, all other things therein (including records, files, papers, processes, controls, and facilities) appropriate for verification of the records, reports, and documents referred to in clause (A) or otherwise bearing on the provisions of this title; and

(C)  to inventory any stock of any controlled substance therein and obtain samples of any such substance. (4)  Except when the owner, operator, or agent in charge of the controlled

(4)  Except when the owner, operator, or agent in charge of the controlled premises so consents in writing, no inspection authorized by this section shall extend to -

(A)  financial data;

(B)  sales data other than shipment data; or

(C)  pricing data.

(c)  A warrant under this section shall not be required for the inspection of books and records pursuant to an administrative subpena issued in accordance with section 506, nor for entries and administrative inspections (including seizures of property) -

(1)  with the consent of the owner, operator, or agent in charge of the controlled premises;

(2)  in situations presenting imminent danger to health or safety;

(3)  in situations involving inspection of conveyances where there is reasonable cause to believe that the mobility of the conveyance makes it impracticable to obtain a warrant;

(4)  in any other exceptional or emergency circumstances where time or opportunity to apply for a warrant is lacking; or

(5)  in any other situations where a warrant is not constitutionally required.

HIGHLY CONFIDENTIAL

NAME OF FIRM _Walgreen Co._   DATE _2/27/06_
ADDRESS _28727 Oregon Road, Perrysburg, Ohio 43551_
DEA NO. _____

| DRUG/STRENGTH | PKG. SIZE | NDC NUMBER | INVENTORY |
|---|---|---|---|
| Item #594167 Alprazolam XR 2mg | 60 tabs | 59762-0066-1 | 302 Bottles |
| Item #659657 Darvocet 100/650 mg | 100 tabs | 66591-64-41 | 126 Bottles |
| Item #674484 Cheratussin AC Syrup | 1 pint (473ml) | 0603-1075-58 | 3,357 Bottles |
| Item #675756 hydrocodone 10/500 | 500 tabs | 0591-0540-05 | 1,080 Bottles |
| Item #677997 Phenobarbital 30mg | 30 mg tabs 1000 tabs | 0228-2028-96 | 115 Bottles |
| Item # 684544 Vicodin ES 7.5/750 | 100 tabs | 0074-1973-14 | 418 Bottles |
| Item # 684556 Vicodin 5/500 | 100 tabs | 0074-1949-14 | 268 Bottles |
| Item # 685928 Xanax 1 mg | 100 tabs | 0009-0090-01 | 111 Bottles |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |
| | | | |

I certify that this inventory is accurate
and include all of the above controlled
substances in stock.

WITNESS: _____ DI
Signature/Title/Date                    2/27/06

WITNESS: _____ DI 2/27/06
Signature/Title/Date

_____
Signature/Title/Date

HIGHLY CONFIDENTIAL

WAGMDL00709517

# Board of Directors
*As of November 14, 2005*

## Directors

**David W. Bernauer**
Chairman and Chief Executive Officer
Elected 1999

**Jeffrey A. Rein**
President and Chief Operating Officer
Elected 2003

**William C. Foote**
Chairman of the Board,
Chief Executive Officer and President
USG Corporation
Elected 1997 *(1) (4²)*

**James J. Howard**
Chairman Emeritus
Xcel Energy, Inc.
Elected 1986 *(2) (4)*

**Alan G. McNally**
Chairman
Harris Financial Corporation
Elected 1999 *(3) (4)*

**Cordell Reed**
Former Senior Vice President
Commonwealth Edison Co.
Elected 1994 *(2²) (3)*

**David Y. Schwartz**
Former Partner
Arthur Andersen LLP
Elected 2000 *(1) (3²)*

**John B. Schwemm**
Former Chairman and
Chief Executive Officer
R.R. Donnelley & Sons Co.
Elected 1985 *(1²) (2) (4)*

**James A. Skinner**
Vice Chairman and
Chief Executive Officer
McDonald's Corporation
Elected 2005

**Marilou M. von Ferstel**
Former Executive Vice President
and General Manager
Ogilvy Adams & Rinehart
Elected 1987 *(1) (4)*

**Charles R. Walgreen III**
Chairman Emeritus
Elected 1963 *(3)*

*(1) Audit Committee*
*(2) Compensation Committee*
*(3) Finance Committee*
*(4) Nominating and Governance Committee*
*\* Committee Chair*

# Officers
*As of November 14, 2005*

## Corporate Officers

**Chairman**
David W. Bernauer
*Chief Executive Officer*

**President**
Jeffrey A. Rein
*Chief Operating Officer*

**Executive Vice Presidents**
Jerome B. Karlin
*Store Operations*

Trent E. Taylor
*Chief Information Officer*

Gregory D. Wasson
*President*
*Walgreens Health Services*

**Senior Vice Presidents**
R. Bruce Bryant
*Western Store Operations*

George C. Eilers
*Southern Store Operations*

John W. Gleeson
*Corporate Strategy*
*and Treasurer*

Dana I. Green
*General Counsel and*
*Corporate Secretary*

J. Randolph Lewis
*Distribution & Logistics*

Barry L. Markl
*Midwest Store Operations*

George J. Riedl
*Marketing*

William M. Rudolphsen
*Chief Financial Officer*

William A. Shiel
*Facilities Development*

Mark A. Wagner
*Eastern Store Operations*

**Vice Presidents**
Kermit R. Crawford
*Executive Vice President*
*PBM Services*

Robert M. Kral
*Purchasing*

Kenneth R. Weigand
*Human Resources*

## Operational Vice Presidents

**Store Operations**
C. Mark Ashworth

Paul T. Bonk

Kenneth B. Corin

Lisa D. Ehlers

George C. Eilers Jr.

Debra M. Ferguson

John J. Foley

David L. Gloudemans

John W. Grant

W. Thomas Grayson

Frank C. Grilli

William M. Handal

Patrick E. Hanifen

William J. Hose

Marlin W. Hutchens

David R. Lovejoy

Nivia L. Santiago

John W. Spina

Roberto M. Valencia

Kevin P. Walgreen

Stewart B. Wasson

Christine D. Whelan

Barry W. Zins

**Pharmacy Services**
Donald C. Huonker

**Walgreens Health Services**
Michael D. Tovian
*Managed Care Sales*

**Controller**
Mia M. Scholz
*Chief Accounting Officer*

**General Auditor**
Chester G. Young

HIGHLY CONFIDENTIAL

WAGMDL00709518

**U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION**
## RECEIPT FOR CASH OR OTHER ITEMS

TO: (Name, Title, Address (including ZIP CODE), if applicable)

Walgreen's Co.
DEA # RW0294493

FILE NO.

G-DEP IDENTIFIER

FILE TITLE

DATE  3/3/06

DIVISION/DISTRICT OFFICE

DEA
Detroit DO

D/I Angie Francis
(313)234-4361

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Copy of chart titled, "Listed Chemicals Regulated Under the Controlled Substance Act" | |
| 1 | Copy of handout for DEA Thresholds for Ephedrine and Multi-Action Ephedrine Products | |
| 1 | Copy of handout titled Changes in Thresholds of PSE, PPA Drug Products Resulting from MAPA of 2000 | |
| 1 | Copy of handout titled, "Listed Chemical Usage in Controlled Substances" | |
| 1 | Yellow Notice regarding Ephedrine Products regulated as of 11/10/94 | |
| 1 | Red Notice titled "Combination Ephedrine and Pseudoephedrine Drug Products Are Being Seized at Clandestine Methamphetamine Laboratories" | |
| 1 | Notice titled "Pseudoephedrine Drug Products are being seized at clandestine Methamphetamine Laboratories" | |
| 1 | Green Notice titled "Phenylpropanolamine Drug Products are being seized at clandestine Amphetamine Laboratories" | |
| 1 | Green Notice titled "Red Phosphorous, White Phosphorous and Hypophosphorous Acid are Being Used to make Methamphetamine" | |
| 1 | Copy of DEA Alert pamphlet re: Methamphetamine: Preventing the Retail Diversion of Pseudoephedrine | |
| 1 | Copy of DEA Pseudoephedrine Notice | |
| 1 | Pink Notice stating Safrole and Sassafras Oil are being used in the illicit manufacture of MDMA | |
| 1 | Pink Notice stating Methyl Sulfone is being Used as a cutting agent for methamphetamine | |
| 1 | Peach Notice titled "Suspicious Purchase Indicators for Sales of Anhydrous Ammonia" | |
| 1 | Copy of Notice stating Anhydrous Ammonia is being used to make Methamphetamine | |
| 1 | Blue Notice titled " Iodine is Being Used to Make Amphetamine" | |

RECEIVED BY (Signature)

NAME AND TITLE (Print or Type)
Ioan Paianu , District Care Mgr

WITNESSED BY (Signature)

NAME AND TITLE (Print or Type)
D/I Angela R Francis

FORM DEA-12 (9-00) Previous editions obsolete

Electronic Form Version Designed in JetForm 5.2 Version

HIGHLY CONFIDENTIAL

WAGMDL00709519

U.S. DEPARTMENT OF JUSTICE - DRUG ENFORCEMENT ADMINISTRATION
## RECEIPT FOR CASH OR OTHER ITEMS

| TO: (Name, Title, Address (including ZIP CODE), if applicable) | FILE NO. | G-DEP IDENTIFIER |
|---|---|---|
| Walgreen's Co. DEA # RW0294493 | FILE TITLE | |
| | DATE  3/3/06 | |

| DIVISION/DISTRICT OFFICE | |
|---|---|
| DEA Detroit DO | D/I. Angie Francis (313) 234-4361 |

I hereby acknowledge receipt of the following described cash or other item(s),
which was given into my custody by the above named individual.

| AMOUNT or QUANTITY | DESCRIPTION OF ITEM(S) | PURPOSE (If Applicable) |
|---|---|---|
| 1 | Copy of Notice titled "(OTC) Drug Products are being seized at Clandestine Methamphetamine Laboratories" | |
| 1 | Copies of the following Title 21 Code of Federal Regulations: 1310.02, 1310.03, 1310.04, 1310.05, 1310.06, and 1310.07. | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

| RECEIVED BY (Signature) | NAME AND TITLE (Print or Type) |
|---|---|
| | Todd Polarolo   DC Manager |
| WITNESSED BY (Signature) | NAME AND TITLE (Print or Type) |
| | D/I Angie R. Francis |

FORM DEA-12 (9-00) *Previous editions obsolete*          Electronic Form Version Designed in JetForm 5.2 Version

HIGHLY CONFIDENTIAL

WAGMDL00709520

July 27, 2006

<u>VIA FACSIMILE (313) 234-4149</u>
And First Class Mail

Barbara K. Dobric
Drug Enforcement Administration
431 Howard Street
Detroit, Michigan 48226

Re:    Walgreens Distribution Center
       Perrysburg, Ohio

Dear Ms. Dobric:

In furtherance of our recent telephone conversations, please accept the following
responses to the issues identified during the March 2006 regulatory investigation of the
above referenced facility.

Walgreen Co. ("Walgreens") strives to maintain our distribution operations at the highest
level of compliance and we appreciate the observations of the Drug Enforcement
Administration ("DEA") investigators that serve to supplement our own internal control
systems.  The responses below to the issues identified during the inspection should not
be considered as either an admission or denial of any alleged violation but instead as
assurances to DEA that each of these matters has been satisfactorily addressed.

1.       Controlled Substance Suspicious Orders

Walgreens is currently pursuing the necessary programming to modify this formula in
accordance with the voluntary formula listed in Appendix E-3 of the DEA Chemical
Handler's Manual.  Walgreens expects that these programming changes will be
completed and implemented within the next six (6) months.

2.       Shipping Containers

Walgreens has modified the tote tags used on shipping containers for controlled
substances so that they are now indistinguishable from the shipping containers used for
non-controlled substances.

3.       Central Recordkeeping

Walgreens maintains that 21 CFR §1304.04(a) does not require DEA registrants to
maintain copies of purchase orders at the registered facility.  By letter dated June 26,
2006, Walgreens notified DEA of its intent to maintain controlled substance purchase
order and invoice information for this facility centrally at the corporate headquarters.  A
copy of this notification is enclosed for your records.

4.       Inventories

Enclosed is a copy of the most recent biennial inventory taken on December 30, 2005,
which indicates that the same was taken at the close of business.  Personnel at the

HIGHLY CONFIDENTIAL

Perrysburg facility have reviewed other inventories that are maintained and have corrected these to more clearly indicate that each was taken at the open or close of business.

5.      Reporting Losses in Transit

The loss in transit identified during the investigation was properly reported on DEA form 106. Programming changes were implemented as of July 15, 2006, which will ensure that any future loss in transit is not recorded as a distribution.

6.      Primary Purchase Record

Walgreens has identified report REPB309 as the primary receiving record for this facility. Enclosed is a sample copy for your review. The REPB309 includes each of the elements specified in 21 CFR §1304.22(b). In the alternative, report REPB307 is available on site and can also be used as a receiving record. A sample of this report is also enclosed. Walgreens would appreciate if you could confirm that the REPB309, and/or the REPB307 fully comply with DEA regulations.

7.      List I Chemical Identification

In conjunction with the implementation of the requirements under the "Combat Methamphetamine Epidemic Act of 2005", Walgreens is conducting a review of all products containing pseudoephedrine or ephedrine. Walgreens expects to discontinue the sale and distributon of many of these products. Additionally, a considerable number of products are being reformulated by the respective manufacturers; replacing pseudoephedrine with another decongestant. A new listing of products containing pseudoephedrine entitled "PSE List I" will be available on or before July 31, 2006.

8.      List I Chemical Thresholds

Walgreens' distribution of all List I chemicals is limited solely to the distribution between the applicable distribution center and the Company's individual stores. Arguably, any such distribution is excluded from the definition of a regulated transaction, pursuant to 21 CFR § 1300.02(b)(28), because each distribution is a lawful intra-company transaction completed in the usual course of business. Notwithstanding that all such distributions are intra-company, proper recordkeeping is maintained in accordance with 21 CFR 1310, with each and every unit being accounted for between the distribution center and the respective store. Walgreens timely submits its monthly "suspicious order" report in accordance with 21 CFR § 1301.74(b), and additionally, has implemented specific line item order limits/restrictions for various products which contain List I chemicals.

9.      List I Chemical Suspicious Orders

As reflected in the responses to paragraphs 7 and 8 above, Walgreens is preparing an updated listing entitled "PSE List I." However, as also explained above, all of the Company's transactions from it's distribution centers are intra-company transactions, where, under no circumstance, especially in light of the aforementioned item line limits, could there be a regulated transaction, which could arguably be classified as a "suspicious order", involving "…an extraordinary quantity of listed chemical, an uncommon method of payment or delivery, or any other circumstance that the regulated

HIGHLY CONFIDENTIAL

Walgreens – Perrysburg Distribution Center
DEA Response Material, 6/5/2006

The materials enclosed are copies of what the DEA was shown.  Point by point:

1. Formulary for suspicious controlled drug orders
- The Formulary is spelled out under each individual WIC on the right side of the page.

2. Controlled tote identification
- No documentation on the DC end.

3. Central Record-Keeping
- No documentation on the DC end.

4. Biennial Inventory
- As you can see on the enclosed cover sheet, it clearly states that the biennial inventory was performed at the close of business.  We did not previously make an indication on the weekly inventories, but as you can see we have now added it to our weekly inventories as well.

5. Inaccurately documented a loss-in-transit as a sale
- No documentation redquested from the DC

6. Receiving Report
- This is the 309, indicated in the CM-15 as being our primary receiving record.

7-10. List One
- Corporate to call DEA for clarification on these items.

dlg

HIGHLY CONFIDENTIAL

WAGMDL00709523

# 1. Suspicious Controlled Drug Order Report

HIGHLY CONFIDENTIAL

```
REPORT NO. CD600011
DATE    11/08/05              SUSPICIOUS DRUG ORDERS FOR OTC PRODUCTS CONTAINING LIST I CHEMICALS FOR MONTH OF 10/2005          PAGE    3
                                                      MALGREEN COMPANY
                                                      28727 OREGON RD    PERRYSBURG OH
                                                         FOR WAREHOUSE 011
                                                      WAREHOUSE DEA # RW0294493
```

WALGREEN STORE NO    DEA NO.           STORE ADDRESS
05549                BW6665511         804 W MARKET ST WARREN OH        44481

| WALGREEN ITEM NO. | DESCRIPTION: | UPC NUMBER | NDC NUMBER | AVE ORDER * DEA FACTOR = | TRIGGER |
|---|---|---|---|---|---|
| 618072 | ALAVERT D-12 SINUS/ALLRGY TAB 12S | 3057326 6012 | | 6    8.0 | 48.0 |

| | DC | | DATE ORDERED | QUANTITY |
|---|---|---|---|---|
| | 011 | | 10/21/05 | 30 |
| | 011 | | 10/07/05 | 30 |
| | 011 | | TOTAL ORDERED | 60    125.00 % |
| | 011 | | 08/25/05 | 34 |
| | 011 | | 08/18/05 | 9 |
| | 011 | | 08/04/05 | 9 |
| | 011 | | TOTAL ORDERED | 52    188.33 % |
| | 011 | | 06/28/05 | 19 |
| | 011 | | 06/21/05 | 21 |
| | 011 | | 06/14/05 | 9 |
| | 011 | | TOTAL ORDERED | 49    182.00 % |

WALGREEN STORE NO    DEA NO.           STORE ADDRESS
07239                BW0800107         562 MAIN ST HAMILTON OH        45011

| WALGREEN ITEM NO. | DESCRIPTION: | UPC NUMBER | NDC NUMBER | AVE ORDER * DEA FACTOR = | TRIGGER |
|---|---|---|---|---|---|
| 618072 | ALAVERT D-12 SINUS/ALLRGY TAB 12S | 3057326 6012 | | 6    8.0 | 48.0 |

| | DC | | DATE ORDERED | QUANTITY |
|---|---|---|---|---|
| | 011 | | 10/27/05 | 2 |
| | 011 | | 10/20/05 | 19 |
| | 011 | | 10/13/05 | 30 |
| | 011 | | 10/06/05 | 22 |
| | 011 | | TOTAL ORDERED | 73    152.08 % |
| | 011 | | 07/26/05 | 120 |
| | 011 | | 07/05/05 | 12 |
| | 011 | | TOTAL ORDERED | 132    275.00 % |
| | 011 | | 05/13/05 | 80 |
| | | | TOTAL ORDERED | 80    166.66 % |

END OF REPORT CD600011

HIGHLY CONFIDENTIAL

WAGMDL00709525

REPORT NO. CDS00001
DATE      02/07/06

WALGREEN COMPANY
SUSPICIOUS CONTROL DRUG ORDERS FOR MONTH OF 01/06
FOR WAREHOUSE 011
28727 OREGON RD        PERRYSBURG OH
WAREHOUSE DEA # RW0294493

WALGREEN ITEM NO. 600303   DESCRIPTION: PROPOXY/ACETAMIN 65/650*TAB(Q)100   NDC NUMBER 00603546221

| WALGREEN STORE NO. | DEA STORE NO. | STORE ADDRESS | CATEGORY | AVE ORDER * DEA FACTOR = | TRIGGER |
|---|---|---|---|---|---|
| 07392 | BW0207462 | 1033 MILITARY RD ZANEVILLE OH  43702 | 006 | 2          3.0 | 6.0 |

| | | | |
|---|---|---|---|
| 01/02/06 | | | 1 |
| 01/10/06 | | | 4 |
| 01/16/06 | | | 1 |
| 01/23/06 | | | 1 |
| 01/30/06 | | | 1 |
| TOTAL ORDERED | | | 8 |

WALGREEN ITEM NO. 601600   DESCRIPTION: AMBIEN CR 12.5MG TAB        *    100   NDC NUMBER 00024552131

| WALGREEN STORE NO. | DEA STORE NO. | STORE ADDRESS | CATEGORY | AVE ORDER * DEA FACTOR = | TRIGGER |
|---|---|---|---|---|---|
| 02916 | BW3534648 | 6929 S WESTNEDGE PORTAGE MI  49002 | 011 | 3          3.0 | 9.0 |

| | | | |
|---|---|---|---|
| 01/06/06 | | | 1 |
| 01/10/06 | | | 1 |
| 01/13/06 | | | 1 |
| 01/17/06 | | | 1 |
| 01/20/06 | | | 2 |
| 01/24/06 | | | 1 |
| 01/27/06 | | | 3 |
| TOTAL ORDERED | | | 10 |

| WALGREEN STORE NO. | DEA STORE NO. | STORE ADDRESS | CATEGORY | AVE ORDER * DEA FACTOR = | TRIGGER |
|---|---|---|---|---|---|
| 03137 | BW4517756 | 1299 OAK RIDGE TRNPK OAK RIDGE TN37830 | 010 | 2          3.0 | 6.0 |

| | | | |
|---|---|---|---|
| 01/05/06 | | | 3 |
| 01/09/06 | | | 1 |
| 01/12/06 | | | 2 |
| 01/16/06 | | | 2 |
| 01/26/06 | | | 1 |
| 01/30/06 | | | 1 |
| TOTAL ORDERED | | | 10 |

| WALGREEN STORE NO. | DEA STORE NO. | STORE ADDRESS | CATEGORY | AVE ORDER * DEA FACTOR = | TRIGGER |
|---|---|---|---|---|---|
| 03209 | BW3937010 | 8950 KINGSTON PIKE KNOXVILLE TN  37923 | 010 | 2          3.0 | 6.0 |

| | | | |
|---|---|---|---|
| 01/06/06 | | | 2 |
| 01/10/06 | | | 2 |
| 01/17/06 | | | 1 |
| 01/20/06 | | | 1 |
| 01/24/06 | | | 2 |
| 01/27/06 | | | 2 |

HIGHLY CONFIDENTIAL

WAGMDL00709526

# 4. Biennial, Weekly Inventory Cover Sheets

HIGHLY CONFIDENTIAL

## 2004 CONTROLLED SUBSTANCES INVENTORY LIST
## AND RECORDS COMPLIANCE

Name of Registrant: <u>Walgreens Distribution Center</u>     DC Number: <u> 011</u>

Address: <u>28727 Oregon Rd.</u>

City: <u>Perrysburg</u>          State:  <u>Ohio</u>          Zip Code: <u>43551</u>

DEA Registration No. <u>RW0294493</u>  Date of Inventory: <u>December 30, 2004.</u>

### Inventory Taken at Close of Business

Signature of Person Responsible for Taking Inventory
and Confirming Record Keeping Compliance

NOTE:

1. **DO NOT SEND YOUR COMPLETED INVENTORY TO DEA OR PHARMACY BOARD.  ONE COPY SHOULD BE RETAINED AT THE LOCATION APPEARING ON THE REGISTRATION CERTIFICATION FOR FIVE YEARS.**

2. **SEND A SECOND COPY OF THIS INVENTORY TO LOGISTICS.**

HIGHLY CONFIDENTIAL



**Intracompany Correspondence**

| | |
|---|---|
| **Date:** | **May 24, 2006: Close of Business** |
| **Subject:** | **A.R.C.O.S. and Controlled Drug Weekly Inventory** |
| **From:** | **Mona Thorstenson** |
| **To:** | **Justin Joseph** |

**There were no variances found during the weekly A.R.C.O.S. and control drug inventory for the above date.**

HIGHLY CONFIDENTIAL

# 6. REPB309 – Controlled Item Receipt Detail

HIGHLY CONFIDENTIAL

WAGMDL00709530

```
Report Number: REPB309                                    W A L G R E E N S                              Date...: 2/27/06
Requested By.: AGALLAHERD                          CONTROLLED ITEM RECEIPTS - DETAIL                     Time...: 13:22:27
                                                                                                        Page...: 1

REPORT PERIOD . . .  :  2/23/05 - 2/27/06
ITEM . . . . . . . . :  675756   DESCRIPTION . :  HYDROCOD-APAP 10-500 TB  (WT)*500
CATEGORY . . . . . . :  ARCOS Drugs
VENDOR . . . . . . . :  091170
VENDOR NAME . . . . .:  WATSON "C"
VEND SHIP POINT . . .:  RW0184159                  CITY:                     STATE:          ZIP:
DEA Number . . . . . :  RW0184159
```

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED ONLIES | RCVD ONLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 2/23/05 | 2/23/05 | | 12 | 204 | 204 | ARCOS | 11014607 | 538397A | NCSS |
| 3/03/05 RW0237900 605 TRI-STATE PARKWAY | 3/03/05 | | 12 | 360 | 360 | ARCOS | 11035863 600315277 | 185644 | NCSS |
| 3/03/05 RW0184159 | 3/04/05 | | 12 | 276 | 276 | ARCOS | 11003690 | 185613-11A | NCSS |
| 3/11/05 RW0184159 | 3/11/05 | | 12 | 252 | 252 | ARCOS | 11400892 | 185682A | NCSS |
| 3/18/05 RW0184159 | 3/18/05 | | 12 | 276 | 276 | ARCOS | 11403617 | 185693A | NCSS |
| 3/25/05 RW0184159 | 3/25/05 | | 12 | 204 | 204 | ARCOS | 11406263 | 185722A | NCSS |
| 3/30/05 RW0237900 605 TRI-STATE PARKWAY | 3/30/05 | | 12 | 276 | 276 | ARCOS | 11408935 600315277 | 185733 | NCSS |
| 4/06/05 RW0237900 605 TRI-STATE PARKWAY | 4/07/05 | | 12 | 192 | 192 | ARCOS | 11411762 600315277 | 185753 | NCSS |
| 4/14/05 RW0184159 | 4/14/05 | | 12 | 276 | 276 | ARCOS | 11414520 | 185767A | NCSS |
| 4/22/05 RW0184159 | 4/25/05 | | 12 | 240 | 240 | ARCOS | 11417067 | 185783A | NCSS |
| 4/28/05 RW0184159 | 4/28/05 | | 12 | 264 | 264 | ARCOS | 11419856 | 185799A | NCSS |
| 5/05/05 RW0184159 | 5/06/05 | | 12 | 204 | 204 | ARCOS | 11422779 | 190026A | NCSS |
| 5/11/05 RW0184159 | 5/13/05 | | 12 | 312 | 312 | ARCOS | 11425497 | 190040A | NCSS |
| 5/19/05 RW0237900 605 TRI-STATE PARKWAY | 5/19/05 | | 12 | 240 | 240 | ARCOS | 11428199 600315277 | 194065 | NCSS |
| 5/30/05 RW0184159 | 6/01/05 | | 12 | 264 | 264 | ARCOS | 11430720 | 194089A | NCSS |
| 6/06/05 RW0184159 | 6/06/05 | | 12 | 192 | 192 | ARCOS | 11433233 | 194113A | NCSS |
| 6/09/05 RW0184159 | 6/09/05 | | 12 | 312 | 312 | ARCOS | 11435920 | 194120A | NCSS |
| 6/15/05 RW0184159 | 6/15/05 | | 12 | 252 | 252 | ARCOS | 11439497 | 194138A | NCSS |
| 6/23/05 RW0237900 605 TRI-STATE PARKWAY | 6/23/05 | | 12 | 264 | 264 | ARCOS | 11442115 600315277 | 194162 | NCSS |
| 6/29/05 RW0237900 605 TRI-STATE PARKWAY | 6/29/05 | | 12 | 240 | 240 | ARCOS | 11444770 600315277 | 194185 | NCSS |
| 7/11/05 RW0184159 | 7/11/05 | | 12 | 120 | 120 | ARCOS | 11447259 | 0707705-087944A | FEDX |
| 7/14/05 RW0184159 7/15/05 RW0237900 605 TRI-STATE PARKWAY | 7/15/05 | | 12 | 396 | 396 | ARCOS | 11449847 600315277 | 580148 | NCSS |

HIGHLY CONFIDENTIAL

WAGMDL00709531

```
Report Number: REPB309                                          W A L G R E E N S                              Date....: 2/27/06
Requested By.: AGALLAHERD                                                                                      Time....: 13:22:27
                                                        CONTROLLED ITEM RECEIPTS - DETAIL                      Page....: 2

REPORT PERIOD . . . :  2/23/05 - 2/27/06          HYDROCOD-APAP 10-500 TB  (WT)*500
ITEM . . . . . . . :  675756   DESCRIPTION . . :
CATEGORY . . . . . :  ARCOS Drugs
VENDOR . . . . . . :  091170
VENDOR NAME . . . . :  WATSON "C"
VEND SHIP POINT . . :  605 TRI-STATE PARKWAY
DBA Number . . . . :  RW0237900                            CITY:                    STATE:            ZIP: 600315277
```

| DATE RECEIVED | DATE APPROVED | CASE PACK | ADJ IND | ORDERED ONLIES | RCVD ONLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 7/20/05 | 7/21/05 | 12 | | 612 | 612 | ARCOS | 11452635 | 194232 | NCSS |
| 8/11/05 | 8/11/05 | 12 | | 612 | 612 | ARCOS | 11459165 | 194291A | NCSS |
| 8/18/05 | 8/19/05 | 12 | | 588 | 588 | ARCOS | 11462825 | 700566 | NCSS |
| 9/08/05 | 9/09/05 | 12 | | 564 | 564 | ARCOS | 11467872 | 700572A | NCSS |
| 9/16/05 | 9/16/05 | 12 | | 624 | 624 | ARCOS | 11472548 | 700585 | NCSS |
| 9/30/05 | 10/03/05 | 12 | | 564 | 564 | ARCOS | 11477880 | 700651A | NCSS |
| 10/14/05 | 10/14/05 | 12 | | 624 | 624 | ARCOS | 11483250 | 700683B | NCSS |
| 10/26/05 | 10/27/05 | 12 | | 600 | 600 | ARCOS | 11488202 | 700721 | NCSS |
| 11/11/05 | 11/11/05 | 12 | | 600 | 600 | ARCOS | 11493027 | 700704A | NCSS |
| 11/29/05 | 11/29/05 | 12 | | 612 | 612 | ARCOS | 11498756 | 700751A | NCSS |
| 12/09/05 | 12/12/05 | 12 | | 264 | 264 | ARCOS | 11503926 | 700797A | NCSS |
| 12/14/05 | 12/15/05 | 12 | | 300 | 300 | ARCOS | 11506475 | 700770 | NCSS |
| 12/22/05 | 12/23/05 | 12 | | 804 | 804 | ARCOS | 11508552 | 700788A | NCSS |
| 1/11/06 | 1/12/06 | 12 | | 336 | 336 | ARCOS | 11515940 | 700827 | NCSS |
| 1/19/06 | 1/20/06 | 12 | | 372 | 372 | ARCOS | 11518466 | 700843A | NCSS |
| 1/25/06 | 1/26/06 | 12 | | 300 | 300 | ARCOS | 11521007 | 700857 | NCSS |
| 2/06/06 | 2/06/06 | 12 | | 360 | 360 | ARCOS | 11523396 | 700878A | NCSS |
| 2/08/06 | 2/09/06 | 12 | | 276 | 276 | ARCOS | 11525826 | 700891 | NCSS |
| 2/15/06 | 2/16/06 | 12 | | 348 | 348 | ARCOS | 11528505 | 700913 | NCSS |
| 2/24/06 | 2/24/06 | 12 | | 312 | 312 | ARCOS | 11531236 | 700941A | NCSS |

**** End!Ct Report ****

HIGHLY CONFIDENTIAL

WAGMDL00709532

```
Report Number: REPB309                                                                                    Date...: 2/27/06
Requested By.: AGALLAHERD                                                                                  Time...: 13:22:42
                                                                                                          Page...:        1

                                               W A L G R E E N S
                                        CONTROLLED ITEM RECEIPTS - DETAIL

REPORT PERIOD ...:  2/23/05 -  2/27/06
ITEM ............:  685928      DESCRIPTION ..:  XANAX 1MG TAB                    +            100
CATEGORY ........:  Drugs
VENDOR ..........:  062224
VENDOR NAME .....:  PFIZER "C"
VEND SHIP POINT .:  1025 SANDHILL ROAD                           CITY:
DEA Number ......:  III778240                                    STATE:           ZIP: 89511
```

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED QNLIES | RCVD QNLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 3/01/05 | 3/02/05 | | 48 | 48 | 48 | CTL DRUG | 11014320 | 030105-102931A | FEDX |
| 3/03/05 | 3/04/05 | | 48 | 48 | 48 | CTL DRUG | 11035669 | 030305-654183A | FEDX |
| 3/10/05 | 3/11/05 | | 48 | 48 | 48 | CTL DRUG | 11400855 | 031105-702932 | FEDX |
| 3/14/05 | 3/15/05 | | 48 | 48 | 48 | CTL DRUG | 11402299 | 702932A | FEDX |
| 3/21/05 | 3/21/05 | | 48 | 48 | 48 | CTL DRUG | 11405066 | 031805-702932A | FEDX |
| 4/05/05 | 4/06/05 | | 48 | 72 | 72 | CTL DRUG | 11019805 | 040505-7029329A | FEDX |
| 4/13/05 | 4/13/05 | | 48 | 48 | 48 | CTL DRUG | 11413206 | 041205-702933 | FEDX |
| 4/17/05 | 4/19/05 | | 48 | 48 | 48 | CTL DRUG | 11415917 | 041505-702933 | FEDX |
| 4/25/05 | 4/26/05 | | 48 | 48 | 48 | CTL DRUG | 11418362 | 042205-702933B | FEDX |
| 5/02/05 | 5/03/05 | | 48 | 48 | 48 | CTL DRUG | 11421393 | 042905-702933A | FEDX |
| 5/05/05 | 5/06/05 | | 48 | 48 | 48 | CTL DRUG | 11422742 | 050505-7029338 | FEDX |
| 5/13/05 | 5/13/05 | | 48 | 48 | 48 | CTL DRUG | 11425459 | 051205-702933 | FEDX |
| 5/16/05 | 5/16/05 | | 48 | 48 | 48 | CTL DRUG | 11427000 | 051305-702933A | FEDX |
| 5/23/05 | 5/23/05 | | 48 | 48 | 48 | CTL DRUG | 11429507 | 052005-716161A | FEDX |
| 5/27/05 | 5/27/05 | | 48 | 48 | 48 | CTL DRUG | 11432108 | 052605-716161 | FEDX |
| 6/10/05 | 6/10/05 | | 48 | 48 | 48 | CTL DRUG | 11437815 | 061005-716162 | FEDX |
| 6/10/05 | 6/10/05 | | 48 | 48 | 48 | CTL DRUG | 11435880 | 060805-716162A | FEDX |
| 6/20/05 | 6/20/05 | | 48 | 48 | 48 | CTL DRUG | 11440830 | 061705-716162A | FEDX |
| 6/24/05 | 6/24/05 | | 48 | 48 | 48 | CTL DRUG | 11442076 | 062305-716162 | FEDX |
| 6/30/05 | 7/01/05 | | 48 | 48 | 48 | CTL DRUG | 11444730 | 062905-716163A | FEDX |
| 7/11/05 | 7/11/05 | | 48 | 96 | 96 | CTL DRUG | 11448722 | 070705-716164A | FEDX |
| 7/20/05 | 7/21/05 | | 48 | 48 | 48 | CTL DRUG | 11452593 | 072005-716164 | FEDX |

HIGHLY CONFIDENTIAL

WAGMDL00709533

Report Number: REPB309
Requested By.: AGALLAHERD

Date...: 2/27/06
Time...: 13:22:42
Page...: 2

**W A L G R E E N S**
**CONTROLLED ITEM RECEIPTS - DETAIL**

| Field | Value |
|---|---|
| REPORT PERIOD | 2/23/05 - 2/27/06 |
| ITEM | 685928   DESCRIPTION : XANAX 1MG TAB |
| CATEGORY | Drugs |
| VENDOR | 062224 |
| VENDOR NAME | PFIZER "C" |
| VEND SHIP POINT | 1025 SANDHILL ROAD |
| DBA Number | I11178240 |

CITY:          STATE:          ZIP: 89511          +          100

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED ONLIES | RCVD ONLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 7/25/05 | 7/25/05 | | 48 | 48 | 48 | CTL DRUG | 11454189 | 072205-716164A | FEDX |
| 8/03/05 | 8/03/05 | | 48 | 48 | 48 | CTL DRUG | 11456958 | 072905-716164A | FEDX |
| 8/04/05 | 8/05/05 | | 48 | 48 | 48 | CTL DRUG | 11459460 | 080405-716164 | FEDX |
| 8/16/05 | 8/16/05 | | 48 | 48 | 48 | CTL DRUG | 11461815 | 081205-716164A | FEDX |
| 8/17/05 | 8/19/05 | | 48 | 48 | 48 | CTL DRUG | 11462779 | 081705-716164 | FEDX |
| 8/22/05 | 8/22/05 | | 48 | 48 | 48 | CTL DRUG | 11464053 | 081905-641164A | FEDX |
| 8/30/05 | 8/31/05 | | 48 | 48 | 48 | CTL DRUG | 11466639 | 083005-716164A | FEDX |
| 9/09/05 | 9/09/05 | | 48 | 48 | 48 | CTL DRUG | 11469113 | 090205-716164B | FEDX |
| 9/12/05 | 9/12/05 | | 48 | 48 | 48 | CTL DRUG | 11472503 | 091505-716165 | FEDX |
| 9/16/05 | 9/16/05 | | 48 | 48 | 48 | CTL DRUG | 11471408 | 090905-716164B | FEDX |
| 9/17/05 | 9/19/05 | | 48 | 48 | 48 | CTL DRUG | 11476670 | 092305-716165AB | FEDX |
| 9/29/05 | 9/28/05 | | 48 | 48 | 48 | CTL DRUG | | | FEDX |
| 9/29/05 | 10/03/05 | | 48 | 48 | 48 | CTL DRUG | 11477840 | 092905-716165 | FEDX |
| 10/06/05 | 10/10/05 | | 48 | 48 | 48 | CTL DRUG | 11480347 | 100605-716165 | FEDX |
| 10/14/05 | 10/14/05 | | 48 | 48 | 48 | CTL DRUG | 11483208 | 101305-716165A | FEDX |
| 10/17/05 | 10/17/05 | | 48 | 48 | 48 | CTL DRUG | 11484516 | 101405-716165A | FEDX |
| 10/24/05 | 10/25/05 | | 48 | 48 | 48 | CTL DRUG | 11487045 | 102105-716165A | FEDX |
| 11/02/05 | 11/03/05 | | 48 | 48 | 48 | CTL DRUG | 11489472 | 103105-716165C | FEDX |
| 11/08/05 | 11/08/05 | | 48 | 48 | 48 | CTL DRUG | 11491869 | 110405-716165C | FEDX |
| 11/10/05 | 11/11/05 | | 48 | 48 | 48 | CTL DRUG | 11492986 | 111005-716165AA | FEDX |
| 11/21/05 | 11/21/05 | | 48 | 48 | 48 | CTL DRUG | 11497162 | 111805-716166C | FEDX |
| 11/25/05 | 11/25/05 | | 48 | 48 | 48 | CTL DRUG | 11498689 | 112305-716166 | FEDX |
| 12/05/05 | 12/05/05 | | 48 | 48 | 48 | CTL DRUG | 11502683 | 120205-716166A | FEDX |

HIGHLY CONFIDENTIAL

WAGMDL00709534

```
Report Number: REFB309                                          Date....: 2/27/06
Requested By.: AGALLAHERD                                       Time....: 13:22:42
                                    W A L G R E E N S            Page....: 3
                            CONTROLLED ITEM RECEIPTS - DETAIL

REPORT PERIOD . . :  2/23/05 - 2/27/06
ITEM . . . . . . . :  685928       DESCRIPTION . :  XANAX 1MG TAB      *       100
CATEGORY . . . . . :  DRUGS
VENDOR . . . . . . :  062224
VENDOR NAME . . . . :  PFIZER  "C"
VEND SHIP POINT . . :  1025 SANDHILL ROAD             CITY:
DEA Number . . . . . :  II1778240                                STATE:    ZIP: 89511
```

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED ONLIES | RCVD ONLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 12/12/05 | 12/12/05 | | 48 | 48 | 48 | CTL DRUG | 11505379 | 120905-716166AA | FEDX |
| 12/20/05 | 12/20/05 | | 48 | 48 | 48 | CTL DRUG | 11507782 | 121605-716166AA | FEDX |
| 12/28/05 | 12/28/05 | | 48 | 96 | 96 | CTL DRUG | 11509335 | 122305-716166A | FEDX |
| 1/05/06 | 1/05/06 | | 48 | 48 | 48 | CTL DRUG | 11510626 | 010406-716166 | FEDX |
| 1/12/06 | 1/12/06 | | 48 | 48 | 48 | CTL DRUG | 11515882 | 011106-716166A | FEDX |
| 1/19/06 | 1/19/06 | | 48 | 48 | 48 | CTL DRUG | 11517375 | 011306-706166B | FEDX |
| 1/22/06 | 1/23/06 | | 48 | 48 | 48 | CTL DRUG | 11519730 | 012006-716166D | FEDX |
| 1/30/06 | 1/30/06 | | 48 | 48 | 48 | CTL DRUG | 11522293 | 012706-716166A | FEDX |
| 2/06/06 | 2/06/06 | | 48 | 48 | 48 | CTL DRUG | 11524629 | 020306-716167AA | FEDX |
| 2/16/06 | 2/17/06 | | 48 | 48 | 48 | CTL DRUG | 11528446 | 021606-716166 | FEDX |
| 2/17/06 | 2/17/06 | | 48 | 48 | 48 | CTL DRUG | 11529908 | 021706-716166 | FEDX |

```
****  End Of Report  ****
```

HIGHLY CONFIDENTIAL

WAGMDL00709535

```
Report Number: REPB309                                              Date...: 2/27/06
Requested By.: AGALLAMERD                                           Time...: 13:22:51
                                                                   Page...:    1

                              W A L G R E E N S
                        CONTROLLED ITEM RECEIPTS - DETAIL

REPORT PERIOD . . :   2/23/05 - 2/27/06
ITEM. . . . . . . :   594167        DESCRIPTION . :  ALPRAZOLAM XR 2MG TAB (GRN)    60
CATEGORY. . . . . :   Drugs
VENDOR. . . . . . :   03225
VENDOR NAME . . . :   GRNSTONE C
VEND SHIP POINT . :
DEA Number. . . . :   II0000000

                                               CITY:                  STATE:        ZIP: 42071

   DATE     DATE      ADJ   CASE   ORDERED   RCVD     CONTROL    PURCHASE
 RECEIVED  APPROVED   IND   PACK   ONLIES    ONLIES   CATEGORY   ORDER      FREIGHT BILL       CARR

 1/31/06   1/31/06          48     768       768      CTL DRUG   11518498   012706-716166AA    FEDX

**** End Of Report ****
```

HIGHLY CONFIDENTIAL

WAGMDL00709536

Report Number: REPB309
Requested By: AGALLAHERD

**W A L G R E E N S**
CONTROLLED ITEM RECEIPTS - DETAIL

Date....: 2/27/06
Time....: 13:23:01
Page....: 1

REPORT PERIOD . . . : 2/23/05 - 2/27/06
ITEM . . . . . . . . : 677997   DESCRIPTION . : PHENOBARBITAL 1/2GR TB (PPC) 1000
CATEGORY . . . . . . : Drugs
VENDOR . . . . . . . : 065521
VENDOR NAME . . . . : ALPHARMA C
VEND SHIP POINT . . : 200 ELMORA AVE            CITY:                STATE:        ZIP: 07207
DBA Number . . . . : RK0146818

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED ONLIES | RCVD ONLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 3/15/05 | 3/16/05 | | 6 | 66 | 60 | CTL DRUG | 11401526 | 188168A | NCSS |
| 3/29/05 RBO196938 7125 COLUMBIA GATEWAY DRIVE | 3/29/05 | | 6 | 66 | 6 | CTL DRUG | 11401526 21046 | 188168-11A | *GEN |
| 4/03/05 RBO196938 7125 COLUMBIA GATEWAY DRIVE | 4/04/05 | | 6 | 66 | 66 | CTL DRUG | 11409498 21046 | 192347 | NCSS |
| 5/02/05 RBO196938 7125 COLUMBIA GATEWAY DRIVE | 5/03/05 | | 6 | 66 | 66 | CTL DRUG | 11420609 21046 | 192556 | NCSS |
| 5/17/05 | 5/17/05 | | 6 | 72 | 72 | CTL DRUG | 11426189 | 192772A | NCSS |
| 6/13/05 | 6/13/05 | | 6 | 72 | 72 | CTL DRUG | 11436876 | 194617A | NCSS |
| 7/13/05 | 7/13/05 | | 6 | 72 | 72 | CTL DRUG | 11447993 | 194984A | NCSS |
| 7/27/05 | 7/27/05 | | 6 | 72 | 72 | CTL DRUG | 11453450 | 198356A | NCSS |
| 8/21/05 RBO196938 7125 COLUMBIA GATEWAY DRIVE | 8/22/05 | | 6 | 72 | 72 | CTL DRUG | 11463349 21046 | 198671 | NCSS |
| 8/28/05 RBO196938 7125 COLUMBIA GATEWAY DRIVE | 8/29/05 | | 6 | 72 | 72 | CTL DRUG | 11465895 21046 | 198733 | NCSS |
| 9/18/05 RBO196938 7125 COLUMBIA GATEWAY DRIVE | 9/19/05 | | 6 | 72 | 72 | CTL DRUG | 11473258 21046 | 198936 | NCSS |
| 10/05/05 RBO196938 7125 COLUMBIA GATEWAY DRIVE | 10/05/05 | | 6 | 72 | 72 | CTL DRUG | 11478475 | 199084A | NCSS |
| 10/24/05 RBO196938 7125 COLUMBIA GATEWAY DRIVE | 10/26/05 | | 6 | 72 | 72 | CTL DRUG | 11486325 | 703953 | NCSS |
| 11/18/05 RBO196938 7125 COLUMBIA GATEWAY DRIVE | 11/18/05 | | 6 | 72 | 72 | CTL DRUG | 11493645 21046 | 704213A | NCSS |
| 11/22/05 RBO196938 7125 COLUMBIA GATEWAY DRIVE | 11/22/05 | | 6 | 72 | 54 | CTL DRUG | 11496226 21046 | 704306 | NCSS |
| 12/13/05 RBO196938 7125 COLUMBIA GATEWAY DRIVE | 12/13/05 | | 6 | 72 | 18 | CTL DRUG | 11496226 | 120805-062077A | UPS2 |
| 12/16/05 | 12/16/05 | | 6 | 72 | 72 | CTL DRUG | 11504535 | 121205-7W879B | UPS2 |
| 1/09/06 | 1/09/06 | | 6 | 66 | 66 | CTL DRUG | 11513938 | 704640A | NCSS |
| 1/23/06 RBO196938 7125 COLUMBIA GATEWAY DRIVE | 1/24/06 | | 6 | 72 | 72 | CTL DRUG | 11519039 21046 | 712232 | NCSS |
| 2/20/06 | 2/20/06 | | 6 | 78 | 78 | CTL DRUG | 11529065 | 712690A | NCSS |

**** End Of Report ****

HIGHLY CONFIDENTIAL

WAGMDL00709537

```
Report Number: REP3309                                        Date...: 2/27/06
Requested By: AGALLAHERD                                       Time...: 13:23:11
                                                              Page...: 1

                              W A L G R E E N S
                        CONTROLLED ITEM RECEIPTS - DETAIL

REPORT PERIOD .....: 2/23/05 - 2/27/06
ITEM ..............: 659457        DESCRIPTION .: DARVOCET-N 100 TAB (AA1)  + 100MP
CATEGORY ..........: Drugs
VENDOR ............: 054294
VENDOR NAME .......: CRNDL "C"
VEND SHIP POINT ...:
DEA Number ........: RN0209583                      CITY:              STATE:        ZIP:
```

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED ONLIES | RCVD ONLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 2/25/05 | 2/28/05 | | 60 | 480 | 480 | CTL DRUG | 11019016 | 022305-8YW267A | UPS2 |
| 3/08/05 | 3/10/05 | | 60 | 240 | 240 | CTL DRUG | 11019350 | 030805-8YW267 | UPS2 |
| 3/14/05 | 3/15/05 | | 60 | 180 | 180 | CTL DRUG | 11019537 | 8YW267A | UPS2 |
| 3/30/05 | 3/31/05 | | 60 | 60 | 60 | CTL DRUG | 11408885 | 033005-8YW267 | UPS2 |
| 4/06/05 | 4/07/05 | | 60 | 60 | 60 | CTL DRUG | 11411675 | 040605-8YW267 | UPS2 |
| 4/14/05 | 4/14/05 | | 60 | 60 | 60 | CTL DRUG | 11414463 | 041305-8YW267 | UPS2 |
| 4/20/05 | 4/21/05 | | 60 | 60 | 60 | CTL DRUG | 11417013 | 042005-8YW267 | UPS2 |
| 4/28/05 | 4/28/05 | | 60 | 120 | 120 | CTL DRUG | 11419800 | 042705-8YW267 | UPS2 |
| 5/04/05 | 5/06/05 | | 60 | 60 | 60 | CTL DRUG | 11422729 | 050405-8YW267 | UPS2 |
| 5/11/05 | 5/12/05 | | 60 | 60 | 60 | CTL DRUG | 11425447 | 051105-8YW267 | UPS2 |
| 5/19/05 | 5/19/05 | | 60 | 120 | 120 | CTL DRUG | 11428149 | 051805-8YW267 | UPS2 |
| 6/22/05 | 6/22/05 | | 60 | 180 | 180 | CTL DRUG | 11439446 | 10269506 | PITD |
| 6/28/05 | 6/28/05 | | 60 | 120 | 120 | CTL DRUG | 11442063 | 062705-8YW267 | UPS2 |
| 8/31/05 | 8/31/05 | | 60 | 180 | 180 | CTL DRUG | 11465252 | 082905-8YW267A | UPS2 |
| 9/28/05 | 9/29/05 | | 60 | 60 | 60 | CTL DRUG | 11475263 | 10818508C | PITD |
| 9/29/05 | 9/30/05 | | 60 | 120 | 120 | CTL DRUG | 11472490 | 10269357AB | PITD |
| 10/12/05 | 10/13/05 | | 60 | 180 | 180 | CTL DRUG | 11480335 | 10818528A | PITD |
| 10/20/05 | 10/20/05 | | 60 | 20 | 20 | CTL DRUG | 11483195 | 10818534A | PITD |
| 11/08/05 | 11/08/05 | | 60 | 120 | 120 | CTL DRUG | 11490572 | 110405-8YW267A | UPS2 |
| 11/15/05 | 11/16/05 | | 60 | 120 | 120 | CTL DRUG | 11492972 | 10818562-2 | PITD |
| 11/22/05 | 11/22/05 | | 60 | 120 | 120 | CTL DRUG | 11495540 | 10818570 C | PITD |
| 11/28/05 | 11/28/05 | | 60 | 180 | 180 | CTL DRUG | 11498307 | 10269367 | PITD |

```
RN0231427   850 AIRPORT DISTRIBUTION DRIVE                    437701
```

WAGMDL00709538

```
Report Number: REPB309                                        W A L G R E E N S                            Date...: 2/27/06
Requested By: AGALLAHERD                                                                                   Time...: 13 23:11
                                                    CONTROLLED ITEM RECEIPTS - DETAIL                      Page...:       2

REPORT PERIOD  . . :    2/23/05 - 2/27/06
ITEM           . . :    659657       DESCRIPTION  . :   DARVOCET-N 100 TAB (AAI)   + 100NP
CATEGORY       . . :    Drugs
VENDOR         . . :    054294
VENDOR NAME    . . :    CRNDL "C"
VEND SHIP POINT . :
DEA Number     . . :    RN0209583                              CITY:                        STATE:       ZIP:

DATE        DATE      ADJ   CASE   ORDERED   RCVD                CONTROL          PURCHASE
RECEIVED    APPROVED  IND   PACK   ONLIES    ONLIES              CATEGORY         ORDER       FREIGHT BILL         CARR
12/13/05    12/13/05         60      90        90               CTL DRUG         11503846    120805-X33345AA      UPS2
RN0209583
12/16/05    12/16/05         60     120       120               CTL DRUG         11506379    10818592C            PITD
RN0209583
12/28/05    12/28/05         60     180       180               CTL DRUG         11508538    122305-8YW267A       UPS2
RN0209583
1/16/06     1/16/06          60     120       120               CTL DRUG         11515867    10818611AB           PITD
RN0209583
1/25/06     1/25/06          60     120       120               CTL DRUG         11518387    10818617B            PITD
RN0209583
1/26/06     1/26/06          60      60        60               CTL DRUG         11520930    10818622C            PITD
RN0209583
2/09/06     2/09/06          60     120       120               CTL DRUG         11525748    020806-8YW267        UPS2
RN0209583
2/17/06     2/17/06          60      60        60               CTL DRUG         11528426    10818637C            PITD
RN0209583
2/24/06     2/24/06          60      60        60               CTL DRUG         11531157    022306-8YW267        UPS2
RN0209583

**** End Of Report  ****
```

HIGHLY CONFIDENTIAL

WAGMDL00709539

Report Number: REPB309
Requested By: AGALLAHERD

**WALGREENS**
**CONTROLLED ITEM RECEIPTS - DETAIL**

Date....: 2/27/06
Time....: 13:23:18
Page....: 1

| | | | |
|---|---|---|---|
| REPORT PERIOD . . : | 2/23/05 - 2/27/06 | | |
| ITEM . . . . . . : | 674434 | DESCRIPTION . : | CHERATUSSIN AC SYRUP (QT) + 16OZ |
| CATEGORY . . . . : | Drugs | | |
| VENDOR . . . . . : | 066036 | | |
| VENDOR NAME . . . : | QUALITST C | | |
| VEND SHIP POINT . : | | | |
| DBA Number . . . : | RQ0110433 | | |

CITY:          STATE:          ZIP:

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED ONLIES | RCVD ONLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 2/28/05 | 2/28/05 | | 12 | 996 | 996 | CTL DRUG | 11899930 | 739085936A | FXPE |
| 3/02/05 | 3/02/05 | | 12 | 2388 | 2388 | CTL DRUG | 11011537 | 244487 | WWAT |
| 3/10/05 | 3/11/05 | | 12 | 456 | 456 | CTL DRUG | 11400286 | DEC242574 | WWAT |
| 3/21/05 | 3/21/05 | | 12 | 1608 | 1608 | CTL DRUG | 11402908 | DEC241879 | WWAT |
| 4/07/05 | 4/07/05 | | 12 | 480 | 480 | CTL DRUG | 11408245 | DEC-243651 | WWAT |
| 4/12/05 | 4/13/05 | | 12 | 504 | 504 | CTL DRUG | 11411120 | DEC-243957 | WWAT |
| 4/15/05 | 4/15/05 | | 12 | 480 | 480 | CTL DRUG | 11413827 | DEC-250694 | WWAT |
| 4/21/05 | 4/25/05 | | 12 | 468 | 468 | CTL DRUG | 11416520 | DEC-249318 | WWAT |
| 5/11/05 | 5/12/05 | | 12 | 420 | 420 | CTL DRUG | 11424849 | DEC-251514 | WWAT |
| 5/25/05 | 5/26/05 | | 12 | 396 | 396 | CTL DRUG | 11430126 | DEC-247033 | WWAT |
| 6/02/05 | 6/02/05 | | 12 | 408 | 408 | CTL DRUG | 11432798 | DEC247319 | WWAT |
| 6/14/05 | 6/16/05 | | 12 | 396 | 396 | CTL DRUG | 11435177 | DEC-254822 | WWAT |
| 8/16/05 | 8/16/05 | | 12 | 492 | 492 | CTL DRUG | 11462367 | DEC247693 | WWAT |
| 9/13/05 | 9/15/05 | | 12 | 492 | 492 | CTL DRUG | 11469723 | DEC-260794A | WWAT |
| 9/21/05 | 9/22/05 | | 12 | 516 | 516 | CTL DRUG | 11474639 | DEC-257904A | WWAT |
| 10/03/05 | 10/03/05 | | 12 | 528 | 528 | CTL DRUG | 11477326 | DEC-258550A | WWAT |
| 10/06/05 | 10/10/05 | | 12 | 552 | 552 | CTL DRUG | 11479760 | DEC258780 | WWAT |
| 10/20/05 | 10/21/05 | | 12 | 1656 | 804 | CTL DRUG | 11485142 | DEC258101 | WWAT |
| 10/24/05 | 10/25/05 | | 12 | 1656 | 850 | CTL DRUG | 11485142 | DEC258101A | WWAT |
| 10/27/05 | 10/27/05 | | 12 | 564 | 564 | CTL DRUG | 11487588 | DEC-258419 | WWAT |
| 11/03/05 | 11/04/05 | | 12 | 756 | 756 | CTL DRUG | 11490100 | DEC265066A | WWAT |
| 11/10/05 | 11/10/05 | | 12 | 708 | 708 | CTL DRUG | 11492526 | DEC264489 | WWAT |

HIGHLY CONFIDENTIAL

WAGMDL00709540

```
Report Number: RPPB309                                    W A L G R E E N S                           Date...: 2/27/06
Requested By.: AGALLAHERD                        CONTROLLED ITEM RECEIPTS - DETAIL                     Time...: 13:23:18
                                                                                                      Page...: 2

REPORT PERIOD . . :    2/23/05 - 2/27/06
ITEM . . . . . . . :   674484        DESCRIPTION . :  CHERATUSSIN AC SYRUP (QT) + 16OZ
CATEGORY . . . . . :   Drugs
VENDOR . . . . . . :   066036
VENDOR NAME . . . . :  QUALITST C
VEND SHIP POINT . . :
DEA Number . . . . :   RQ0110433                                       CITY:                  STATE:          ZIP:

DATE         DATE     ADJ   CASE    ORDERED    RCVD                CONTROL        PURCHASE
RECEIVED     APPROVED IND   PACK    ONLIES     ONLIES             CATEGORY        ORDER       FREIGHT BILL   CARR
11/21/05     11/21/05       12      576        576                CTL DRUG        11495006    DEC264759A     WWAT
11/22/05     11/22/05       12      576        576                CTL DRUG        11497865    DEC-259114     WWAT
12/01/05     12/02/05       12      612        612                CTL DRUG        11498319    DEC259154A     WWAT
12/09/05     12/12/05       12      648        648                CTL DRUG        11503276    DEC262166A     WWAT
12/16/05     12/16/05       12      588        588                CTL DRUG        11505932    DEC-262929     WWAT
12/23/05     12/23/05       12      3648       3648               CTL DRUG        11026858    DEC-263118A    WWAT
2/10/06      2/10/06        12      900        900                CTL DRUG        11525202    DEC271361      WWAT
2/16/06      2/16/06        12      600        600                CTL DRUG        11527840    DEC271594      WWAT
2/24/06      2/24/06        12      576        576                CTL DRUG        11530502    268060         WWAT

****  End of Report  ****
```

HIGHLY CONFIDENTIAL

WAGMDL00709541

```
Report Number.: REPB309                  2/23/05 - 2/27/06                                    Date...: 2/27/06
Requested By.: AGALLAHERD                                                                     Time...: 13:23:26
                                                                                              Page...:       1

REPORT PERIOD . . . :   2/23/05 - 2/27/06
ITEM . . . . . . . . :   644544    DESCRIPTION . :  VICODIN ES 7.5-750 (ABB)  + 100NP
CATEGORY . . . . . . :   ARCOS Drugs
VENDOR . . . . . . . :   054294
VENDOR NAME  . . . . :   CRNDL "C"
VEND SHIP POINT  . . :
DEA Number . . . . . :   RN0209583
```

W A L G R E E N S

CONTROLLED ITEM RECEIPTS - DETAIL

CITY:                      STATE:          ZIP:

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED QNLIES | RCVD QNLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 2/25/05 | 2/28/05 | | 60 | 180 | 180 | ARCOS | 11014277 | 022305-8YW267A | UPS2 |
| 3/03/05 | 3/03/05 | | 60 | 180 | 180 | ARCOS | 11035510 | 030205-8YW267 | UPS2 |
| 3/14/05 | 3/15/05 | | 60 | 180 | 180 | ARCOS | 11400839 | 8YW267A | UPS2 |
| 3/21/05 | 3/21/05 | | 60 | 180 | 180 | ARCOS | 11403565 | 031805-8YW267AB | UPS2 |
| 3/28/05 | 3/28/05 | | 60 | 120 | 120 | ARCOS | 11406207 | 032505-8YW267A | UPS2 |
| 4/04/05 | 4/04/05 | | 60 | 180 | 180 | ARCOS | 11408885 | 040105-8YW267A | UPS2 |
| 4/06/05 | 4/07/05 | | 60 | 120 | 120 | ARCOS | 11411675 | 040605-8YW267 | UPS2 |
| 4/19/05 | 4/20/05 | | 60 | 120 | 120 | ARCOS | 11414463 | 041805-8YW267 | UPS2 |
| 4/25/05 | 4/26/05 | | 60 | 180 | 180 | ARCOS | 11417013 | 042005-8YW267A | UPS2 |
| 5/02/05 | 5/03/05 | | 60 | 180 | 180 | ARCOS | 11419800 | 042905-8YW267A | UPS2 |
| 5/04/05 | 5/06/05 | | 60 | 120 | 120 | ARCOS | 11422729 | 050405-8YW267 | UPS2 |
| 5/15/05 | 5/17/05 | | 60 | 180 | 180 | ARCOS | 11425447 | 051305-8YW267A | UPS2 |
| 5/19/05 | 5/19/05 | | 60 | 180 | 180 | ARCOS | 11428149 | 051805-8YW267 | UPS2 |
| 5/31/05 | 6/01/05 | | 60 | 120 | 120 | ARCOS | 11430667 | 053105-8YW267A | UPS2 |
| 6/06/05 | 6/06/05 | | 60 | 120 | 120 | ARCOS | 11433178 | 060605-8YW267 | UPS2 |
| 6/10/05 | 6/10/05 | | 60 | 180 | 180 | ARCOS | 11435866 | 060805-8YW267A | UPS2 |
| 6/22/05 | 6/22/05 | | 60 | 180 | 180 | ARCOS | 11439446 | 10269506 | PITD |
| 6/27/05 | 6/28/05 | | 60 | 180 | 180 | ARCOS | 11442063 | 10269509A | PITD |
| 6/30/05 | 7/01/05 | | 60 | 180 | 180 | ARCOS | 11444718 | 10776422 | PITD |
| 7/11/05 | 7/11/05 | | 60 | 120 | 120 | ARCOS | 11447198 | 10269528A | PITD |
| 7/18/05 | 7/18/05 | | 60 | 240 | 240 | ARCOS | 11449793 | 10269537A | PITD |
| 7/21/05 | 7/25/05 | | 60 | 240 | 240 | ARCOS | 11452582 | 10269543B | PITD |

HIGHLY CONFIDENTIAL

WAGMDL00709542

```
Report Number: RPPB309                                                          Date...: 2/27/06
Requested By.: AGALLAHERD                                                        Time...: 13:23:26
                                                                                Page...: 2

                               W A L G R E E N S
                         CONTROLLED ITEM RECEIPTS - DETAIL

REPORT PERIOD  . :  2/23/05 - 2/27/06
ITEM           . :  646544   DESCRIPTION . :  VICODIN ES 7.5-750 (ABB)  + 100NP
CATEGORY       . :  ARCOS Drugs
VENDOR         . :  054294
VENDOR NAME    . :  CRNDL "C"
VEND SHIP POINT. :                                                 CITY:          STATE:          ZIP:
DEA Number     . :  RN0209583
```

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED ONLIES | RCVD ONLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 8/01/05 | 8/02/05 | | 60 | 180 | 180 | ARCOS | 11455445 | 767192976A | FXFE |
| 8/10/05 | 8/11/05 | | 60 | 180 | 180 | ARCOS | 11458103 | 10269352A | PITD |
| 8/16/05 | 8/18/05 | | 60 | 180 | 180 | ARCOS | 11460550 | 10269311 | PITD |
| 8/23/05 | 8/25/05 | | 60 | 180 | 180 | ARCOS | 11462766 | 10269325A | PITD |
| 8/24/05 | 8/26/05 | | 60 | 180 | 180 | ARCOS | 11465252 | 10815446A | PITD |
| 9/06/05 | 9/06/05 | | 60 | 180 | 180 | ARCOS | 11467813 | 10269354A | PITD |
| 9/12/05 | 9/12/05 | | 60 | 180 | 180 | ARCOS | 11470050 | 10269340D | PITD |
| 9/28/05 | 9/29/05 | | 60 | 180 | 180 | ARCOS | 11475263 | 10818508C | PITD |
| 9/29/05 | 9/30/05 | | 60 | 180 | 240 | ARCOS | 11472490 | 10269357AB | PITD |
| 10/05/05 | 10/07/05 | | 60 | 240 | 180 | ARCOS | 11477828 | 10818516A | PITD |
| 10/10/05 | 10/11/05 | | 60 | 180 | 300 | ARCOS | 11480335 | 101005-43X123 | UPS2 |
| 10/18/05 | 10/18/05 | | 60 | 300 | 180 | ARCOS | 11483195 | 101705-43X123 | UPS2 |
| 10/24/05 | 10/25/05 | | 60 | 180 | 180 | ARCOS | 11485713 | 10818538A | CWCE |
| 10/26/05 | 10/27/05 | | 60 | 180 | 120 | ARCOS | 11488149 | 10818545 | PITD |
| 11/03/05 | 11/04/05 | | 60 | 120 | 480 | ARCOS | 11490572 | 10818551A | PITD |
| 11/15/05 | 11/16/05 | | 60 | 480 | 180 | ARCOS | 11492972 | 10818562-2 | PITD |
| 11/22/05 | 11/22/05 | | 60 | 180 | 360 | ARCOS | 11495540 | 10818570 C | PITD |
| 11/28/05 RN0231427 850 AIRPORT DISTRIBUTION DRIVE | 11/28/05 | | 60 | 360 | 360 | ARCOS | 11498307 43701 | 10269367 | PITD |
| 12/02/05 RN0200993 | 12/02/05 | | 60 | 60 | 60 | ARCOS | 11501147 | 113005-8YW267A | UPS2 |
| 12/13/05 RN0209583 | 12/13/05 | | 60 | 60 | 60 | ARCOS | 11503846 | 120805-X33345AA | UPS2 |
| 12/16/05 | 12/16/05 | | 60 | 180 | 180 | ARCOS | 11506179 | 10818592C | PITD |
| 12/21/05 RN0209583 | 12/23/05 | | 60 | 540 | 300 | ARCOS | 11508538 | 10818599 | PITD |

HIGHLY CONFIDENTIAL

WAGMDL00709543

Report Number: REPB309
Requested By: AGALLAHERD

**W A L G R E E N S**

**CONTROLLED ITEM RECEIPTS - DETAIL**

Date....: 2/27/06
Time....: 13:23:26
Page....: 3

REPORT PERIOD . . : 2/23/05 - 2/27/06
ITEM . . . . . . : 684544   DESCRIPTION . : VICODIN ES 7.5-750 (ABB)   + 100NP
CATEGORY . . . . : ARCOS Drugs
VENDOR . . . . . : 054294
VENDOR NAME . . . : CRNDL "C"
VEND SHIP POINT . :
DEA Number . . . : RN0209583

CITY:                    STATE:        ZIP:

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED QNLIES | RCVD QNLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 12/29/05 RN0209583 | 12/29/05 | | 60 | 540 | 240 | ARCOS | 11508538 | 122805-BYW267 | UPS2 |
| 1/16/06 RN0209583 | 1/16/06 | | 60 | 120 | 120 | ARCOS | 11515867 | 10818611AB | PITD |
| 1/25/06 RN0209583 | 1/25/06 | | 60 | 240 | 240 | ARCOS | 11518387 | 10818617B | PITD |
| 1/26/06 RN0209583 | 1/26/06 | | 60 | 120 | 120 | ARCOS | 11520930 | 10818622C | PITD |
| 2/07/06 RN0209583 | 2/07/06 | | 60 | 180 | 180 | ARCOS | 11523318 | 10818629A | PITD |
| 2/09/06 RN0209583 | 2/09/06 | | 60 | 60 | 60 | ARCOS | 11525748 | 020806-BYW267 | UPS2 |
| 2/17/06 RN0209583 | 2/17/06 | | 60 | 180 | 180 | ARCOS | 11528426 | 10818637C | PITD |
| 2/24/06 RN0209583 | 2/24/06 | | 60 | 120 | 120 | ARCOS | 11531157 | 022306-BYW267 | UPS2 |

**** End Of Report ****

HIGHLY CONFIDENTIAL

WAGMDL00709544

Report Number: REPB3109
Requested By : AGALLAHERD

Date....: 2/27/06
Time....: 13:23:32
Page....:        1

W A L G R E E N S
CONTROLLED ITEM RECEIPTS - DETAIL

REPORT PERIOD . . . :   2/23/05 - 2/27/06
ITEM . . . . . . . . :   684556  DESCRIPTION . :  VICODIN 5/500 TAB (ABB) +   100NP
CATEGORY . . . . . . :   ARCOS Drugs
VENDOR . . . . . . . :   054294
VENDOR NAME . . . . . :   CRNDL "C"
VEND SHIP POINT . . . :
DBA Number . . . . . :   RN0209583

CITY:                              STATE:          ZIP:

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED QNLIES | RCVD QNLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 2/25/05 | 2/28/05 | | 60 | 60 | 60 | ARCOS | 11014277 | 022305-BYW267A | UPS2 |
| 3/08/05 | 3/10/05 | | 60 | 180 | 120 | ARCOS | 11035510 | 030805-BYW267 | UPS2 |
| 3/10/05 | 3/11/05 | | 60 | 120 | 120 | ARCOS | 11400839 | 030905-BYW267 | UPS2 |
| 3/21/05 | 3/21/05 | | 60 | 60 | 60 | ARCOS | 11403565 | 031805-BYW267AB | UPS2 |
| 3/28/05 | 3/28/05 | | 60 | 120 | 120 | ARCOS | 11406207 | 032505-BYW267A | UPS2 |
| 4/04/05 | 4/04/05 | | 60 | 180 | 180 | ARCOS | 11408885 | 040105-BYW267A | UPS2 |
| 4/10/05 | 4/11/05 | | 60 | 60 | 60 | ARCOS | 11411675 | 11411675A | UPS2 |
| 4/14/05 | 4/14/05 | | 60 | 120 | 120 | ARCOS | 11414463 | 041305-BYW267 | UPS2 |
| 4/20/05 | 4/21/05 | | 60 | 120 | 120 | ARCOS | 11417013 | 042005-BYW267A | UPS2 |
| 4/28/05 | 4/28/05 | | 60 | 60 | 60 | ARCOS | 11419800 | 042705-BYW267 | UPS2 |
| 5/04/05 | 5/06/05 | | 60 | 120 | 120 | ARCOS | 11422729 | 050405-BYW267 | UPS2 |
| 5/11/05 | 5/12/05 | | 60 | 180 | 180 | ARCOS | 11425447 | 051105-BYW267 | UPS2 |
| 5/19/05 | 5/19/05 | | 60 | 60 | 60 | ARCOS | 11428149 | 051805-BYW267 | UPS2 |
| 5/25/05 | 5/26/05 | | 60 | 120 | 120 | ARCOS | 11430667 | 052505-BYW267 | UPS2 |
| 6/02/05 | 6/02/05 | | 60 | 60 | 60 | ARCOS | 11433178 | 060105-BYW267 | UPS2 |
| 6/15/05 | 6/15/05 | | 60 | 180 | 180 | ARCOS | 11435866 | 061405-BYW267 | UPS2 |
| 6/22/05 | 6/22/05 | | 60 | 120 | 120 | ARCOS | 11439446 | 10269506 | PITD |
| 6/27/05 | 6/28/05 | | 60 | 60 | 60 | ARCOS | 11442063 | 10269509A | PITD |
| 6/30/05 | 7/01/05 | | 60 | 120 | 120 | ARCOS | 11444718 | 10776422 | PITD |
| 7/11/05 | 7/11/05 | | 60 | 120 | 120 | ARCOS | 11447198 | 10269528A | PITD |
| 7/18/05 | 7/18/05 | | 60 | 180 | 180 | ARCOS | 11449793 | 10269537A | PITD |
| 7/26/05 | 7/26/05 | | 60 | 180 | 180 | ARCOS | 11452582 | 072505-BYW267 | UPS2 |

HIGHLY CONFIDENTIAL

WAGMDL00709545

Report Number: REPB309
Requested By.: AGALLAHERD

Date...: 2/27/06
Time...: 13:23:32
Page...: 2

**W A L G R E E N S**

**CONTROLLED ITEM RECEIPTS - DETAIL**

REPORT PERIOD . . . : 2/23/05 - 2/27/06
ITEM . . . . . . . . : 684556  DESCRIPTION . . : VICODIN 5/500 TAB (ABB) +  100NP
CATEGORY . . . . . . : ARCOS Drugs
VENDOR . . . . . . . : 054294
VENDOR NAME . . . . . : CRNDL "C"
VENDOR SHIP POINT . . :
DEA Number . . . . . : RN0209583

CITY:                              STATE:          ZIP:

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED ONLIES | RCVD ONLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 8/01/05 | 8/02/05 | | 60 | 120 | 120 | ARCOS | 11455445 | 767192976A | FXPE |
| 8/10/05 | 8/11/05 | | 60 | 120 | 120 | ARCOS | 11456103 | 10269352A | PITD |
| 8/16/05 | 8/18/05 | | 60 | 120 | 120 | ARCOS | 11460550 | 10269311 | PITD |
| 8/23/05 | 8/25/05 | | 60 | 120 | 120 | ARCOS | 11462766 | 10269325A | PITD |
| 8/24/05 | 8/26/05 | | 60 | 120 | 120 | ARCOS | 11465252 | 10815546A | PITD |
| 9/06/05 | 9/06/05 | | 60 | 120 | 120 | ARCOS | 11467813 | 10269354A | PITD |
| 9/14/05 | 9/16/05 | | 60 | 120 | 120 | ARCOS | 11470050 | 091205-BYW267 | UPS2 |
| 9/28/05 | 9/29/05 | | 60 | 180 | 180 | ARCOS | 11475263 | 10818508C | PITD |
| 9/29/05 | 9/30/05 | | 60 | 120 | 120 | ARCOS | 11472490 | 10269357AB | PITD |
| 10/05/05 | 10/07/05 | | 60 | 120 | 120 | ARCOS | 11477828 | 10818516A | PITD |
| 10/11/05 | 10/13/05 | | 60 | 120 | 120 | ARCOS | 11480335 | 101105-43X123 | UPS2 |
| 10/20/05 | 10/20/05 | | 60 | 180 | 180 | ARCOS | 11481195 | 10818534A | PITD |
| 10/24/05 | 10/25/05 | | 60 | 180 | 180 | ARCOS | 11485713 | 10818538A | CWCE |
| 10/26/05 | 10/27/05 | | 60 | 120 | 120 | ARCOS | 11488149 | 10818545 | PITD |
| 11/03/05 | 11/04/05 | | 60 | 60 | 60 | ARCOS | 11490572 | 10818551A | PITD |
| 11/15/05 | 11/16/05 | | 60 | 180 | 180 | ARCOS | 11492972 | 10819562-2 | PITD |
| 11/22/05 | 11/22/05 | | 60 | 60 | 60 | ARCOS | 11495540 | 10818570 C | PITD |
| 11/28/05 | 11/28/05 | | 60 | 200 | 200 | ARCOS | 11498307 | 10269367 | PITD |
| RN0331427 | 850 AIRPORT DISTRIBUTION DRIVE | | | | | | 43701 | | |
| 12/02/05 | 12/02/05 | | 60 | 120 | 120 | ARCOS | 11501147 | 113005-BYW267A | UPS2 |
| RN0209583 | | | | | | | | | |
| 12/13/05 | 12/13/05 | | 60 | 180 | 180 | ARCOS | 11503846 | 120805-X33345AA | UPS2 |
| RN0209583 | | | | | | | | | |
| 12/16/05 | 12/16/05 | | 60 | 120 | 120 | ARCOS | 11506379 | 10818592C | PITD |
| RN0209583 | | | | | | | | | |
| 12/23/05 | 12/23/05 | | 60 | 300 | 300 | ARCOS | 11508538 | 10818599 | PITD |
| RN0209583 | | | | | | | | | |

HIGHLY CONFIDENTIAL

WAGMDL00709546

```
Report Number: RFPB309                                                          Date....: 2/27/06
Requested By.: AGALLAHERD                                                       Time....: 13:23:32
                                                                                Page....: 3

                                         W A L G R E E N S
                                 CONTROLLED ITEM RECEIPTS - DETAIL

REPORT PERIOD . . . :  2/23/05 - 2/27/06
ITEM  . . . . . . . :  684556   DESCRIPTION . . :  VICODIN 5/500 TAB (ABB) +  100NP
CATEGORY  . . . . . :  ARCOS Drugs
VENDOR  . . . . . . :  054294
VENDOR NAME . . . . :  CRNDL "C"
VEND SHIP POINT . . :
DEA Number  . . . . :  RN0209583

                                                     CITY:           STATE:     ZIP:
```

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED ONLIES | RCVD ONLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 1/16/06 RN0209583 | 1/16/06 | | 60 | 120 | 120 | ARCOS | 11515867 | 10818611AB | PITD |
| 1/25/06 RN0209583 | 1/25/06 | | 60 | 180 | 180 | ARCOS | 11518387 | 10818617B | PITD |
| 1/26/06 RN0209583 | 1/26/06 | | 60 | 120 | 120 | ARCOS | 11520930 | 10818622C | PITD |
| 2/07/06 RN0209583 | 2/07/06 | | 60 | 120 | 120 | ARCOS | 11523318 | 10818629A | PITD |
| 2/09/06 RN0209583 | 2/09/06 | | 60 | 120 | 120 | ARCOS | 11525748 | 020806-8YW267 | UPS2 |
| 2/17/06 RN0209583 | 2/17/06 | | 60 | 60 | 60 | ARCOS | 11528426 | 10818637C | PITD |
| 2/24/06 RN0209583 | 2/24/06 | | 60 | 120 | 120 | ARCOS | 11531157 | 022306-8YW267 | UPS2 |

**** End Of Report ****

HIGHLY CONFIDENTIAL

WAGMDL00709547

# Walgreens

28727 Oregon Road  Perrysburg, OH  43551

# Facsimile Transmittal

| To: | Dwayne Pinon | Fax: | 847-315-4660 |
|---|---|---|---|
| From: | Darlene Gallaher, Perrysburg DC | Date: | 4/15/09 |
| Re: | 307 and 309 reports | Pages: | 5 (including cover sheet) |
| CC: | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

# Redacted – Attorney Client Privileged

**Thank you,**

**Darlene Gallaher, Operations Admin Assistant**

**Perrysburg Distribution Center**

**419-662-4040**

HIGHLY CONFIDENTIAL

WAGMDL00709548

```
**  Transmit Conf.Report  **
```

P.1                                              Apr 15 2009 12:48pm

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 918473154660 | S-Fine | 15:12:46pm | 1'19" | 5 | # O K | |



### 28727 Oregon Road  Perrysburg, OH  43551

## Facsimile Transmittal

| | | | | |
|---|---|---|---|---|
| **To:** | Dwayne Pinon | **Fax:** | 847-315-4660 | |
| **From:** | Darlene Gallaher, Perrysburg DC | **Date:** | 4/15/09 | |
| **Re:** | 307 and 309 reports | **Pages:** | 5 (including cover sheet) | |
| **CC:** | | | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

# Redacted – Attorney Client Privileged

**Thank you,**

**Darlene Gallaher, Operations Admin Assistant**

**Perrysburg Distribution Center**

**419-662-4040**

HIGHLY CONFIDENTIAL

WAGMDL00709549

```
REP8307                                      W A L G R E E N S                          4/15/09
ATHORSTENS                                    CONTROLLED ITEM RECEIPTS                    9:58:01
REPORT PERIOD:  4/01/09 - 4/14/09                                                                        1
ITEM.......: 645805
VENDOR......:
VENDOR NAME.:
CATEGORY....: ARCOS Drugs
DATE                            ITEM   ADJ CASE QDERED  RCVD  CNTR PURCHASE
RECEIVED   DESCRIPTION          NUMBER IND PACK ONLIES ONLIES CATG ORDER    VENDOR     DEA NUMBER FREIGHT BILL CARR

4/06/09 HYDROCOD-APAP O..+473ML 645805      12    516    516   A  11457212 PHRM ASSOC RP0286383  1173020AA   NCSS
4/13/09 HYDROCOD-APAP O..+473ML 645805      12    480    480   A  11459676 PHRM ASSOC RP0286383  1174328AAA  NCSS

** END OF REPORT **
```

HIGHLY CONFIDENTIAL

WAGMDL00709550

Date....: 4/15/09
Time....: 9:58.35
Page....: 1

Report Number: REPB309
Requested By.: ATHORSTENS

W A L G R E E N S

REPB309 Ctl Itm rct rpt

| REPORT PERIOD . . . : | 4/01/09 - 4/14/09 |
| ITEM . . . . . . . . : | 645805  DESCRIPTION . : HYDROCOD-APAP ORAL SOL(PAI)+473ML |
| CATEGORY . . . . . . : | ARCOS Drugs |
| VENDOR . . . . . . . : | 043632 |
| VENDOR NAME. . . . . : | PHARMACEUTICAL ASSOCIATES "C" |
| VEND SHIP POINT. . . : | 201 DELAWARE ST  STATE: SC  ZIP: 29605 |
| DEA Number . . . . . : | RP0286383 |

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED ONLIES | RCVD ONLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 4/06/09 | 4/06/09 | | 12 | 516 | 516 | ARCOS | 11457212 | 1173020AA | NCSS |
| 4/13/09 | 4/13/09 | | 12 | 480 | 480 | ARCOS | 11459676 | 1174328AAA | NCSS |

**** End Of Report ****

HIGHLY CONFIDENTIAL

WAGMDL00709551

```
REPB307                                      W A L G R E E N S                              4/15/09
ATHORSTENS                                     CONTROLLED ITEM RECEIPTS                       9:58:18
REPORT PERIOD:   4/01/09 -  4/14/09                                                                          1
ITEM.......:   615297
VENDOR.:
VENDOR.NAME..:
CATEGORY.....:  Drugs
DATE                                    ITEM   ADJ  CASE  QDERED  RCVD   CNTR  PURCHASE                                   FREIGHT BILL   CARR
RECEIVED    DESCRIPTION                NUMBER   IND  PACK  ONLIES  ONLIES CATG  ORDER     VENDOR      DEA NUMBER

4/02/09 MERIDIA 10MG CA..  3X30 615297        12     12      12    D   11456949  ABBOTT  CAR  RC0313940   4997013      KEYI
4/07/09 MERIDIA 10MG CA..  3X30 615297        12     24      24    D   11456257  ABBOTT  CAR  RC0313940   5009791      KEYI
4/14/09 MERIDIA 10MG CA..  3X30 615297        12     24      24    D   11461093  ABBOTT  CAR  RC0313940   5042023      KEYI

** END OF REPORT **
```

HIGHLY CONFIDENTIAL

WAGMDL00709552

Date...: 4/15/09
Time...: 9:58:50
Page...: 1

W A L G R E E N S

REPB309 Ctl Itm rct rpt

Report Number: REPB309
Requested By.: ATHORSTENS

REPORT PERIOD . . . :  4/01/09 - 4/14/09
ITEM . . . . . . . :  615297      DESCRIPTION . . :  MERIDIA 10MG CAP      +   3X30
CATEGORY . . . . . :  Drugs
VENDOR . . . . . . :  04219
VENDOR NAME. . . . :  ABBOTT "C"-CARDINAL
VEND SHIP POINT. . :  14601 COUNTY ROAD #212
DEA Number . . . . :  RC0313940                         STATE: OH   ZIP: 45840

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED ONLIES | RCVD ONLIES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|
| 4/02/09 | 4/02/09 | | 12 | 12 | 12 | CTL DRUG | 11456949 | 4997013 | KEYI |
| 4/07/09 | 4/07/09 | | 12 | 24 | 24 | CTL DRUG | 11458257 | 5009791 | KEYI |
| 4/14/09 | 4/14/09 | | 12 | 24 | 24 | CTL DRUG | 11461093 | 5042023 | KEYI |

**** End Of Report ****

HIGHLY CONFIDENTIAL
WAGMDL00709553



**Darlene**
**Gallaher/LOG/Walgreens**
04/15/2009 09:44 AM

To   ramona.thorstenson@walgreens.com
cc   steve.kneller@walgreens.com
bcc
Subject   Re: Fw: DEA Perrysburg Visit March 2006

645805-4

Hi Mona,

---

# Redacted – Attorney Client Privileged

---

Thank you,
Darlene Gallaher
Operations Administrative Assistant
Perrysburg Distribution Center
Direct line:  419-662-4040
Fax:  419-662-2173

----- Forwarded by Darlene Gallaher/LOG/Walgreens on 04/15/2009 09:41 AM -----

**Steve Kneller/LOG/Walgreens**

04/15/2009 09:40 AM

To   Darlene Gallaher/LOG/Walgreens@Walgreens
cc
Subject   Re: Fw: DEA Perrysburg Visit March 2006 Link

---

# Redacted – Attorney Client Privileged

---

Steve

*Walgreens*

**Darlene Gallaher/LOG/Walgreens**

04/15/2009 09:35 AM

To   steve.kneller@walgreens.com
cc
Subject   Re: Fw: DEA Perrysburg Visit March 2006

HIGHLY CONFIDENTIAL

WAGMDL00709554

# Redacted – Attorney Client Privileged

Thank you,
Darlene Gallaher
Operations Administrative Assistant
Perrysburg Distribution Center
Direct line:  419-662-4040
Fax:  419-662-2173

----- Forwarded by Darlene Gallaher/LOG/Walgreens on 04/15/2009 09:34 AM -----

**Dwayne Pinon/Corp/Walgreens**

04/15/2009 09:33 AM

To  Darlene Gallaher/LOG/Walgreens@Walgreens

cc  justin.joseph@walgreens.com

Subject  Re: Fw: DEA Perrysburg Visit March 2006 Link

Darlene:

# Redacted – Attorney Client Privileged

Dwayne A. Pinon, RPh, Senior Attorney
Corporate & Regulatory Law
104 Wilmot Road, MS 1447
Deerfield, IL 60015
(847) 315-4452
(847) 315-4660 (fax)

This message and any attachments are confidential attorney work product and may also be protected by the attorney-client privilege.  If you have received this message and are not the intended recipient, please contact the sender at dwayne.pinon@walgreens.com.

**Darlene Gallaher/LOG/Walgreens**

04/15/2009 08:27 AM

To  Dwayne Pinon/Corp/Walgreens@Walgreens

cc  justin.joseph@walgreens.com

Subject  Fw: DEA Perrysburg Visit March 2006

HIGHLY CONFIDENTIAL

# Redacted – Attorney Client Privileged

Thank you!
Darlene Gallaher
Operations Administrative Assistant
Perrysburg Distribution Center
Direct line:  419-662-4040
Fax:  419-662-2173

----- Forwarded by Darlene Gallaher/LOG/Walgreens on 04/15/2009 09:26 AM -----

**Darlene Gallaher/LOG/Walgreens**

04/03/2009 06:01 AM

To  Dwayne Pinon/Corp/Walgreens
cc  justin.joseph@walgreens.com
Subject Fw: DEA Perrysburg Visit March 2006

# Redacted – Attorney Client Privileged

Thank you,
Darlene Gallaher
Operations Admin Assistant
Perrysburg Distribution Center
419-662-4040

HIGHLY CONFIDENTIAL

----- Forwarded by Steve Kneller/LOG/Walgreens on 04/02/2009 05:40 PM -----

**Dan Coughlin/LOG/Walgreens**

04/02/2009 02:01 PM

To James VanOverbake/Corp/Walgreens@Walgreens, Steve Kneller/LOG/Walgreens@Walgreens

cc bob.rogan@walgreens.com

Subjec Fw: DEA Perrysburg Visit March 2006
t

# Redacted – Attorney Client Privileged

Thank You,

James VanOverbake
Internal Audit - Walgreens
1417 Lake Cook Road MS#L164
Deerfield, IL 60015-5223
P: (847) 964-4130
F: (847) 964-4966

----- Forwarded by James VanOverbake/Corp/Walgreens on 03/11/2009 08:23 AM -----

**Steve Kneller/LOG/Walgreens**

03/10/2009 01:58 PM

To dan.coughlin@walgreens.com, James VanOverbake/Corp/Walgreens@Walgreens

cc bob.rogan@walgreens.com

Subject DEA Perrysburg Visit March 2006

HIGHLY CONFIDENTIAL



# Redacted – Attorney Client Privileged

WAGMDL00709558