# EXHIBIT 347

July 28, 2006

<u>VIA FACSIMILE (313) 234-4149</u>
And First Class Mail

Barbara K. Dobric
Drug Enforcement Administration
431 Howard Street
Detroit, Michigan 48226

Re:   Walgreens Distribution Center
      Perrysburg, Ohio

Dear Ms. Dobric:

In furtherance of our recent telephone conversations, please accept the following responses to the issues identified during the March 2006 regulatory investigation of the above referenced facility.

Walgreen Co. ("Walgreens") strives to maintain our distribution operations at the highest level of compliance and we appreciate the observations of the Drug Enforcement Administration ("DEA") investigators that serve to supplement our own internal control systems. The responses below to the issues identified during the inspection should not be considered as either an admission or denial of any alleged violation but instead as assurances to DEA that each of these matters has been satisfactorily addressed.

1.   Controlled Substance Suspicious Orders

Walgreens is currently pursuing the necessary programming to modify this formula in accordance with the voluntary formula listed in Appendix E-3 of the DEA Chemical Handler's Manual. Walgreens expects that these programming changes will be completed and implemented within the next six (6) months.

2.   Shipping Containers

Walgreens has modified the tote tags used on shipping containers for controlled substances so that they are now indistinguishable from the shipping containers used for non-controlled substances.

3.   Central Recordkeeping

Walgreens maintains that 21 CFR §1304.04(a) does not require DEA registrants to maintain copies of purchase orders at the registered facility. By letter dated June 26, 2006, Walgreens notified DEA of its intent to maintain controlled

CONFIDENTIAL

CONFIDENTIAL

WAGMDL00387642

Barbara K. Dobric
July 28, 2006
Page 2 of 3

substance purchase order and invoice information for this facility centrally at the corporate headquarters. A copy of this notification is enclosed for your records.

4. Inventories

Enclosed is a copy of the most recent biennial inventory taken on December 30, 2005, which indicates that the same was taken at the close of business. Personnel at the Perrysburg facility have reviewed other inventories that are maintained and have corrected these to more clearly indicate that each was taken at the open or close of business.

5. Reporting Losses in Transit

The loss in transit identified during the investigation was properly reported on DEA form 106. Programming changes were implemented as of July 15, 2006, which will ensure that any future loss in transit is not recorded as a distribution.

6. Primary Purchase Record

Walgreens has identified report REPB309 as the primary receiving record for this facility. Enclosed is a sample copy for your review. The REPB309 includes each of the elements specified in 21 CFR §1304.22(b). In the alternative, report REPB307 is available on site and can also be used as a receiving record. A sample of this report is also enclosed. Walgreens would appreciate if you could confirm that the REPB309, and/or the REPB307 fully comply with DEA regulations.

7. List I Chemical Identification

In conjunction with the implementation of the requirements under the "Combat Methamphetamine Epidemic Act of 2005", Walgreens is conducting a review of all products containing pseudoephedrine or ephedrine. Walgreens expects to discontinue the sale and distributon of many of these products. Additionally, a considerable number of products are being reformulated by the respective manufacturers; replacing pseudoephedrine with another decongestant. A new listing of products containing pseudoephedrine entitled "PSE List I" will be available on or before July 31, 2006.

8. List I Chemical Thresholds

Walgreens' distribution of all List I chemicals is limited solely to the distribution between the applicable distribution center and the Company's individual stores. Arguably, any such distribution is excluded from the definition of a regulated transaction, pursuant to 21 CFR § 1300.02(b)(28), because each distribution is a

CONFIDENTIAL

CONFIDENTIAL

WAGMDL00387643

Barbara K. Dobric
July 28, 2006
Page 3 of 3

lawful intra-company transaction completed in the usual course of business. Notwithstanding that all such distributions are intra-company, proper

recordkeeping is maintained in accordance with 21 CFR 1310, with each and every unit being accounted for between the distribution center and the respective store. Walgreens timely submits its monthly "suspicious order" report in accordance with 21 CFR § 1301.74(b), and additionally, has implemented specific line item order limits/restrictions for various products which contain List I chemicals.

9.  List I Chemical Suspicious Orders

As reflected in the responses to paragraphs 7 and 8 above, Walgreens is preparing an updated listing entitled "PSE List I." However, as also explained above, all of the Company's transactions from it's distribution centers are intra-company transactions, where, under no circumstance, especially in light of the aforementioned item line limits, could there be a regulated transaction, which could arguably be classified as a "suspicious order", involving "...an extraordinary quantity of listed chemical, an uncommon method of payment or delivery, or any other circumstance that the regulated person believes may indicate that the listed chemical will be used in violation of this part." (See generally 21 CFR Section 1310.05(a)(1).

10. List I Chemical Identification

All solid dosage forms containing a List I chemical are packaged in "blister packs", in an amount equal to, or less than, the package size limits promulgated under the Methamphetamine Anti-Proliferation Act of 2000. All applicable reports contain the "name, quantity and form of packaging..." as required by 21 CFR § 1310.06(a)(3).

Thank you again for your consideration in providing clarification to the issues identified during the investigation of this facility. I look forward to speaking with you once you have had the opportunity to review the responses.

Sincerely,


Dwayne A. Piñon, R.Ph., Senior Attorney
Corporate & Regulatory Law
(847) 314-4452


Enclosures

CONFIDENTIAL

CONFIDENTIAL

WAGMDL00387644

bcc: T. Watkins (with encl.)
T. Polarolo (with encl.)

CONFIDENTIAL

CONFIDENTIAL

WAGMDL00387645

06/26/2006    12:07                                              NO. 570    D02





June 26, 2006

<u>VIA CERTIFIED MAIL</u>

Robert L. Corso Special Agent in Charge
Drug Enforcement Administration
Detroit Field Division
431 Howard Street
Detroit, Michigan 48226

RE:  Walgreens Distribution Center
     28727 Oregon Road
     Perrysburg, OH 43551
     DEA Registration # RW0294493

Dear Mr. Corso:

Pursuant to 21 CFR § 1304.04, please accept this letter as notice of our intention to maintain controlled substance purchase order and invoice information generated for the above referenced facility in computer readable form at a central location located at 200 Wilmot Road, Deerfield, IL 60015.

Sincerely,

Todd Polarolo
Walgreens
Perrysburg Distribution Center Manager

CONFIDENTIAL

WAGMDL00387646

CONFIDENTIAL

06/19/2006    08:54                                                NO. 541    D04



# 2005 CONTROLLED SUBSTANCE INVENTORY LIST AND RECORDS COMPLIANCE

Name of registrant: Walgreen Distribution Center    DC Number: 11

Address: 28727 Oregon Rd.
City: Perrysburg    State: OH    Zip Code: 43551

DEA Registration Number: RW0294493

Date of Inventory: Friday, December 30, 2005

**Inventory Taken At Close of Business**

_____
Signature of Person Responsible for Taking Inventory and Confirming Record Keeping Compliance

NOTE:

1. DO NOT SEND YOUR COMPLETED INVENTORY TO DEA OR PHARMACY BOARD. ONE COPY SHOULD BE RETAINED AT LOCATION APPEARING ON REGISTRATION CERTIFICATION FOR FIVE YEARS.

2. SEND A SECOND COPY OF THIS INVENTORY TO LOGISTICS.

CONFIDENTIAL

WAGMDL00387647

CONFIDENTIAL

Controlled Item Receipts Detail REPB309                                  Page 1 of 1

## Controlled Item Receipts Detail (REP 0309)



### Example

| Report Number: | REPB309 | | WALGREENS | | Date: | 10/19/04 |
| Requested By: | MAECKELN | | CONTROLLED ITEM RECEIPTS -- DETAIL | | Time: | 12:45:20 |
| | | | | | Page: | 1 |

```
REPORT PERIOD .  :  10/01/04 – 10/19/04
ITEM . . . . . . :  664822      DESCRIPTION : QUAL-TUSSIN DC SYR (PAI) 1 473ML
CATEGORY . . . . :  ARCOS Drugs
VENDOR . . . . . :  043632
VENDOR NAME . .  :  PHRM ASSOC
VEND SHIP POINT  :  201 DELAWARE ST     CITY:   GREENVILLE     STATE:  SC   ZIP:  29605
DEA NUMBER . . . :  RP0285363
```

| DATE RECEIVED | DATE APPROVED | ADJ IND | CASE PACK | ORDERED ON IES | RCVD ON IES | CONTROL CATEGORY | PURCHASE ORDER | FREIGHT BILL | CARR |
|---|---|---|---|---|---|---|---|---|---|

\*\*\*  End of Report  \*\*\*

http://snetapp.walgreens.com/prodpublisher/dea/tracking/cntrlitemreceiptsdetail.htm                    6/19/2006

CONFIDENTIAL

WAGMDL00387648

CONFIDENTIAL




CONFIDENTIAL

CONFIDENTIAL

WAGMDL00387649

WALGREENS CORP&REG LAW Fax 847-315-4660

*PLEASE MAIL.*
*THANKS.*

## ** Transmit Conf.Report **

P.1                                    Jul 28 2006 03:44pm

| Fax/Phone Number | Mode | Start | Time | Page | Result | Note |
|---|---|---|---|---|---|---|
| 913132344149 | Normal | 28:03:43pm | 0'59" | 8 | # O K | |

**Walgreens**
**Corporate and Regulatory Law**

Walgreen Co.
104 Wilmot Road
Mail Stop #1447
Deerfield, IL 60015

# Facsimile Cover Sheet

**To:**     Barbara K. Dobric
            Drug Enforcement Administration
**Phone:**
**Fax:**    313-234-4149

**From:**    Dwayne A. Piñon
**Company:** Walgreens- Corporate And Regulatory Law
**Phone:**   (847) 315-4452
**Fax:**     (847) 315-4660

**Date:**    July 28, 2006
**Pages:**   8
(Including cover)

**COMMENTS:** Re: Walgreens Distribution Center, Perrysburg, Ohio

### CONFIDENTIALITY NOTICE

This facsimile transmission (and/or the documents accompanying it) may contain confidential information belonging to the sender, which is protected by the attorney-client privilege. The information is intended only for the use of the individual or entity named above. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or the taking of any action in reliance on the contents of this information is strictly prohibited. If you have received this transmission in error, please immediately notify us by telephone to arrange for return of the documents.

G:\SHARED\DAP\2006\2006 Fax\Fax - B Dobric, DEA.doc

CONFIDENTIAL

CONFIDENTIAL

WAGMDL00387650