# EXHIBIT 351

**Withheld Due to Privilege**

CONFIDENTIAL

WAGMDL00659801