# EXHIBIT 352



**Mt. Vernon Distribution Center**
Quality System Procedure

| Subject: | Orig | 12/11/2006 |
|---|---|---|
| II.     RX Questionable Order Qty | Page | 1 of 1 |
| | Rev Date | N/A |
| **Procedure Number** | Revision | N/A |
| **Approved By** | Written By | Shelley Crisel |

**I.     Purpose**

A. To establish procedures for verifying questionable store order quantities on RX items.

**II.     Scope**

A. This procedure covers the steps in verifying questionable store order quantities prior to order processing on RX items.

**III.     Procedure**

A. Responsibilities of the computer room personnel and SAIL team.—Prior to Order Processing

  1. Once transmissions have been received from the stores to its fullest, query name SCORDRSREV is printed for the next process cycle date to be reviewed.  Any RX order greater than 24 skus of one item should print on query in store numerical order along with SS items.

  2. The CR/SAIL personnel working the query will review the listing.  If there is a questionable quantity, the pharmacy is contacted at that store and the order is questioned.  If the order is incorrect, the original order for the item(s) is deleted and rekeyed correctly.

  3. Once all orders have been reviewed for accuracy, computer room personnel is notified to kick off Order Processing.

B. Responsibilities of the RX team member personnel, Location Control and SAIL team—Stores Picking date

  1. As RX team members are picking orders, if an order seems questionable, SAIL office will be contacted via phone for order accuracy verification.

  2. SAIL team member contacts the pharmacy personnel at the store for order verification.  If order is incorrect, a replenishment markdown is done on the billings by our Loc Control team and only the requested # of skus/cases is sent.

HIGHLY CONFIDENTIAL

WAGMDL00757788