# EXHIBIT 353

**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

2 (Pages 2 to 5)

Page 26

1  BY THE WITNESS:
2      A. It's for all items carried in the
3  warehouse, in the Walgreens stores.
4  BY MR. GADDY:
5      Q. But is it line by line? Is it product
6  by product that is the -- why don't you explain for
7  me what you meant when you told me that it's for
8  the entire store as opposed to by product?
9      A. Well, the store can order any product.
10 I mean, we distribute products for most of the
11 items in our Walgreens store. So, any ordered item
12 it would look at irregardless of what type of item
13 it is. It could be paper towels. It could be
14 toilet paper, shampoo. It will look at any item we
15 have and if it is greater than the value specified,
16 it will appear on the report.
17     Q. So, the distribution center enters in a
18 quantity or a number for paper towels, correct?
19     A. No, they're entering a number just --
20 it's not item-specific. It's just a number and if
21 it's greater than that number, it will display on a
22 report. So, it's not product-specific.
23     Q. Okay. So, it's one number that's
24 entered for all products within the store?

Page 27

1      A. Yes.
2      Q. One number whether it's paper towels,
3  whether it's toilet paper, whether it's Claritin,
4  or whether it's OxyContin?
5      A. Yes.
6      Q. And that number is chosen by an
7  individual at the distribution center?
8      A. Yes. It's chosen by someone at the
9  distribution center.
10     Q. Do you know the position of the person
11 at the distribution center that makes that
12 determination?
13     A. No, I do not.
14     Q. Have you heard the position of SAIL
15 coordinator, S-A-I-L coordinator?
16     A. Yes. I know SAIL coordinator.
17     Q. Do you know whether or not the SAIL
18 coordinator is the person that makes the decision
19 that a certain number is going to be entered as the
20 criteria?
21     A. I can't say for sure.
22     Q. Regardless of who it is, that person has
23 discretion to raise or lower that number, correct?
24     A. That is correct.

Page 28

1      Q. Is there any approval process that
2  you're aware of for that person to raise or lower
3  that number?
4      A. Not that I am aware of.
5      Q. In the 2000s when Walgreens began
6  distributing controlled substances to its own
7  stores, from your understanding, is the excessive
8  order query just as you've been describing it thus
9  far?
10     A. Yes.
11     Q. Are you aware of any special practices
12 or procedures or approvals required regarding the
13 excessive order query as it related to controlled
14 substances in the 2000s?
15     A. No, I am not.
16     Q. And you were the person that helped
17 implement this program, correct?
18     A. That is correct.
19     Q. Were you ever asked to make any changes
20 or amendments to the program over the life of it?
21     A. Not that I remember.
22     Q. How often would that excessive query
23 report be run?
24     A. It's really up to the DCs to determine

Page 29

1  that. It could be daily. It could be -- it's up
2  to their decision to how many times they would or
3  when they would run it.
4      Q. From your understanding, do orders come
5  into the distribution center from -- from stores
6  pretty much on a daily basis?
7      A. Yes.
8      Q. It would make sense to run the report
9  daily?
10         Let me ask it this way: If your goal is
11 to catch orders that might have been entered in
12 error, which I think is what you told us the
13 intention of the report was, it would make sense to
14 run it daily so that you don't ship any product
15 that wasn't intended to be shipped?
16     A. Yes.
17     Q. Are you aware of any policy or procedure
18 for what is supposed to be done if there are
19 certain orders that populate on that excessive
20 order query?
21     MR. LEVINE: Objection; lacks foundation.
22 BY THE WITNESS:
23     A. I'm not -- I'm not sure. I don't know
24 of any policies personally, no.

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**