# EXHIBIT 354

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

**REDACTED**

Page 162

1    paragraph.
2         Would you just compare.  Generally
3    Exhibits 7 and 8 appear to be very similar or
4    almost identical.
5        A.   Yes, they appear to be -- from what I
6    can tell, yeah, they look pretty similar.
7        Q.   Again, I know you didn't have time to
8    review every single word but they're very similar,
9    correct?
10       A.   They look similar.
11       Q.   So, now, sir, as part of or chief
12   director of internal audit at Walgreens, do you
13   recall seeing this February 7, 2007 letter as part
14   of the -- your group's internal audit of the
15   distribution centers?
16       A.   I don't recall seeing this document.
17       Q.   Just to make sure I'm not missing
18   something, you don't recall in the last two
19   exhibits, 7 and 8, seeing any synopsis or bullets
20   or anything that captures the content in Exhibits 7
21   or 8 when performing the audit, correct?
22       A.   I certainly don't recall that, no.
23       Q.   All right.  Let me hand you what I will
24   mark as Domzalski 9.

Page 163

1         (WHEREUPON, a certain document was
2          marked as Walgreens-Domzalski
3          Exhibit No. 9:  12/27/07 letter
4          from U.S. DOJ DEA; MCKMDL00478910 -
5          00478911.)
6    BY MR. MOUGEY:
7        Q.   Do you see the date on this, sir,
8    December 27, 2007?
9        A.   Yes, I do.
10       Q.   And we've now -- the first sentence,
11   "This letter is being sent to every entity in the
12   United States registered with the Drug Enforcement
13   Administration to manufacture or distribute
14   controlled substances."
15            Correct?
16       A.   Yes.
17       Q.   And your understanding is, again, that
18   would include Walgreens?
19       A.   Yes.
20       Q.   So, we've now seen correspondence from
21   the U.S. Department of Justice DEA from
22   September 27, 2006, February 7, 2007 and then a
23   third letter, December 27, 2007, correct, sir?
24       A.   Yes.

Page 164

1        Q.   So, all within a matter of approximately
2    14 months, 15 months?
3        A.   Yes.
4        Q.   And, again, the second sentence of 9,
5    Exhibit 9, says, "The purpose of this letter is to
6    reiterate the responsibilities of controlled
7    substance manufacturers and distributors to inform
8    DEA of suspicious orders in accordance with 21
9    CFR."
10            Correct?
11       A.   I'm sorry.  I lost you on that.  Where
12   are you at?
13       Q.   The second sentence of the first
14   paragraph.
15       A.   First paragraph.  Okay.
16       Q.   "The purpose of this letter is to
17   reiterate the responsibilities of controlled
18   substance manufacturers and distributors to inform
19   DEA of suspicious orders in accordance with 21 CFR
20   1301.74(b)."
21            Correct?
22       A.   Yes.
23       Q.   Now, just to quickly look over --
24   quickly review this document.

Page 165

1         The second paragraph, do you see the
2    second sentence indicates that DEA regs require all
3    distributors to report suspicious orders of
4    controlled substances, right?
5        A.   Yes.
6        Q.   And I'm assuming the answer to this next
7    question is the same as before, that you can't
8    discern from the internal audit report whether your
9    group's audit covered Walgreens' responsibility to
10   identify suspicious orders, right?
11       A.   No, I cannot recall that.
12       Q.   And --
13       A.   Cannot identify it from the report.
14       Q.   You'll see here -- let's go down to the
15   third paragraph.
16       A.   Yes.
17       Q.   "The regulation also requires the
18   registrant inform the local DEA Division Office of
19   suspicious orders when discovered by the
20   registrant."
21            Sir, is it safe to conclude that you
22   can't tell from looking at this internal audit,
23   meaning Exhibit 3, whether or not the excessive
24   purchase reports or suspicious order reports were