EXHIBIT 357

Highly Confidential - Subject to Further Confidentiality Review

REDACTED

**REDACTED**

Golkow Litigation Services - 877.370.DEPS

Highly Confidential - Subject to Further Confidentiality Review

Page 126

1 themselves?

2    A.   They can grab it themselves, correct.

3    Q.   Okay.  So does that number -- I think

4 earlier today I asked you what the limit was that

5 would flag any pharmacy item, and I think you

6 didn't remember.  Does that 24 jog your memory?

7    A.   No.  And it could have been different at

8 the DCs.  I don't know what Mt. Vernon would have

9 done compared to Perrysburg.

10    Q.   And you don't remember what Perrysburg

11 did?

12    A.   No, I don't.

13    Q.   Okay.  But, anyway, the number generated

14 across any prescription item, according to this

15 policy, was the same?

16    A.   Yes.

17    Q.   Whether it's blood pressure medication,

18 diabetes medication, or controlled substances?

19    A.   Yes.  Depending on the query.  Perrysburg

20 ran a query for controlled substances, and we ran

21 a separate query for non-pharmacy items.  So in

22 reading this, it sounds like they may have just

23 run one query that would show everything over 24

24 SKUs totally.  We ran a separate query for

25 controls versus non-pharmacy, and they would have

Page 127

1 been different thresholds.

2    Q.   Did you run different queries for

3 controlled versus regular pharmacy?

4    A.   Regular pharmacy would have shown up on

5 the regular report because they weren't controlled

6 substances.

7    Q.   Okay.  So you ran a query for front end

8 plus regular pharmacy, and you ran a separate

9 query for controlled?

10    A.   Correct.

11    Q.   Okay.  And do you know if that was

12 pursuant to any written policy?

13    A.   I don't know that.

14    Q.   How did you know to do that?

15    A.   Tammy Trumbull, Hensley, who is the admin

16 manager now, was the SAIL coordinator when I took

17 that position over, and that is how she trained

18 me.

19    Q.   Okay.  But, anyway, according to the

20 policy, the report is run, and this one is 24

21 units, correct?

22    A.   Yes.  On this it is.

23    Q.   Okay.  And you don't remember what it was

24 for Perrysburg?

25    A.   No, I don't.

Page 128

1    Q.   Do you remember if it was the same or

2 different for front end items and pharmacy

3 items -- excuse me -- front end items and

4 controlled items?

5    A.   Perrysburg versus Mt. Vernon?

6    Q.   No, no.  Within Perrysburg, whether or

7 not the trigger number was the same or different

8 for controlled substances versus the pharmacy

9 items and non-controlled?

10    A.   It was different.

11    Q.   Then it goes on to say in the second

12 paragraph, it says, "the computer room or SAIL

13 personnel working the query will review the

14 listing.  If there is a questionable quantity, the

15 pharmacy is contacted at that store and the order

16 is questioned."  Do you see that?

17    A.   Yes.

18    Q.   It goes on to say, "if the order is

19 incorrect, the original order for the item is

20 deleted and rekeyed correctly."  Do you see that?

21    A.   I do see that.

22    Q.   Is this accurately -- and I know this is

23 a Mt. Vernon document -- but is this accurately

24 describing what -- what your process was at

25 Perrysburg?

Page 129

1    A.   Not specifically.  For controlled C-III

2 through V, if we did have something that got

3 flagged on the overage report, we would contact

4 the store if it looked like it wasn't in line with

5 their normal orders.  And if it was a wrong order,

6 we would either delete it or decrease it.  But we

7 wouldn't delete it and reenter an order.

8    Q.   Okay.  So would it be fair to say that

9 when you called the pharmacy, you were trying to

10 determine whether or not the order had been

11 entered in error?

12    A.   Yes.

13    Q.   So are you familiar with the phrase "fat

14 finger report"?

15    A.   I'm familiar with fat fingering, but not

16 a specific report.

17    Q.   Okay.  Okay.  So what you're looking for

18 here is fat fingering errors?

19    A.   Yes.

20    Q.   Okay.  So you're looking for places where

21 somebody wanted one unit and asked for 100 units?

22    A.   Exactly.

23    Q.   Okay.  And those are the type of

24 situations that would flag on this report and that

25 you would make a phone call to the pharmacy about?

Highly Confidential - Subject to Further Confidentiality Review

Page 130

1    A.   That's correct.
2    Q.   Okay.  Why is that something that was
3  important to the distribution center?
4    A.   We want to make sure that we were sending
5  the orders out the stores needed.
6    Q.   Okay.  If you sent an excessive quantity
7  that the store didn't need, would the store often
8  have to return those items?
9    A.   We did not return items at the DC.  I
10  don't know what processes the stores would have
11  used.  They would have contacted their district
12  office, and then asset protection for their
13  geographical location would have been involved.
14  But they would not have come back to the
15  distribution center.
16    Q.   Okay.  Well, some aspect of your job
17  involved returns, right, or trying to lower
18  returns?
19    A.   Not for Rx.  Not for pharmacy items.
20    Q.   Okay.  So front end items, if you shipped
21  them too many rolls of toilet paper, would those
22  get returned to the distribution center?
23    A.   There's criteria that the products have
24  to meet before we would approve a return.  But
25  they would -- we do do that.

Page 131

1    Q.   And that's something that you want to
2  avoid; is that fair to say?
3    A.   Yes.  Yes.
4    Q.   Okay.  And why is that you want to
5  avoid those types of returns?
6    A.   Well, it doesn't suit the store or the
7  customers or the distribution center or Walgreens
8  in general to have excess stock sitting on the
9  shelves that's not getting sold.  If we send too
10  much to one store, we could be shorting another
11  store and missing sales on that.
12    Q.   Okay.  So in addition to looking for
13  these fat finger errors, is there anything else
14  that you're looking for when you're reviewing this
15  excessive order report?
16    A.   Not from a sales perspective, no.
17    Q.   At any time -- so let me make sure I
18  understand your process.
19      If you have an order that flags on the
20  excessive order report, that, frankly, is a fat
21  finger report; do you agree with that?
22    A.   Yes.
23      MS. SWIFT:  Object to the form.
24    Q.   And so if you have an order that flags on
25  the fat finger report, you make a phone call to

Page 132

1  the pharmacy?
2    A.   That's correct.
3    Q.   Okay.  You said that you would maybe look
4  at the past ordering history for a store, but I
5  would assume that a lot of times you can see the
6  orders that come in on those fat finger reports
7  and realize they're clearly in error?
8      MS. SWIFT:  Object to the form,
9  characterization of the report.
10    A.   So it was very infrequent that we ever
11  actually had to -- or had those items show up on
12  the report.  When they did, I don't recall ever
13  actually having to call the store to see if it was
14  correct or not.  That's how infrequent it would
15  have been.  But, yes, we did check their order
16  history to see if it was something that was
17  regular and average for what the store goes
18  through and orders.
19    Q.   Okay.  Give me an example -- or give me
20  an estimate of how often you would have a
21  controlled drug flag on one of these reports.
22      MS. SWIFT:  Objection.  Calls for
23  speculation.
24    A.   Yeah, I have no idea.
25    Q.   Well, you said it happened very

Page 133

1  infrequently.  What do you mean by that?
2    A.   I mean, it happened -- I don't recall it
3  ever actually happening.  I don't recall ever
4  contacting a store to say, you know, is your C-III
5  through V item, whatever it was, you know, is that
6  a valid order.
7    Q.   Do you recall a C-III through V item ever
8  flagging on this excessive order, fat finger
9  report?
10    A.   I'm --
11      MS. SWIFT:  Object to the
12  characterization of the report.
13    A.   So I'm sure that it would have come up,
14  but I don't recall it at all.  It was a long time
15  ago.
16    Q.   Okay.  Was this -- this process of
17  running this report and looking for these fat
18  finger errors, was that always a part of your
19  duties and responsibilities as a SAIL coordinator?
20      MS. SWIFT:  Object to the form of the
21  question.
22    A.   It -- for the C-III through Vs while we
23  distributed them and I was the SAIL coordinator,
24  yes.  And for the -- I'm sorry, go ahead.
25    Q.   No --

34 (Pages 130 to 133)