# EXHIBIT 359



| | |
|---|---|
| To: | Steve Bamberg, Ed Choroski, Rick Gates, Tim Gorman, Scott Jonkman, Brian Leander, Barb Martin, Gary Peters, Dwayne Pinon, Linda Rambo, James VanOverbake |
| Cc: | Joseph Tiemeyer |
| From: | Wayne Bancroft<br>Tracy Morris |
| Regarding: | DEA Suspicious Order Reporting |
| Date: | June 23, 2008 |
| Deliverable: | Proposal for defining "suspicious orders" in the Walgreen distribution system |

## Overview

The DEA is requiring Walgreens to monitor the orders, for control substances, that our stores place on our distribution centers for suspicious activity. Suspicious orders are defined in terms of order size and order frequency. This document proposes a methodology for identifying suspicious orders in terms of order size and order frequency. First the reasoning behind the method is described. Followed by the steps needed to perform the analysis. The Appendix gives examples using real data.

To monitor the **orders size**, tolerance limits will be established for each store/item combination. If an order is placed on the DC that exceeds its tolerance limit the order is flagged as suspicious.

To monitor **orders frequency** the geometric distribution can be used to determine the probability $P(n)$ that it will be n weeks or more till the next order is created. Using $P(n)$ we determine the minimum number till the next order deemed acceptable. If the next orders is placed earlier than expected the order is flagged as suspicious.

In either case, if the order quantity does not exceed the SIMS suggested order quantity then the order should no longer be considered suspicious. If the order is identified as suspicious, a detailed report should be created to aid the analysis that has to make a quick decision to allow or stop the order. See Appendix B.

WAGMDL00624503

HIGHLY CONFIDENTIAL

**Tolerance Limits**

To monitor the orders size (Q), tolerance limits are established for each item. It is assumed that the order sizes are normally distributed with a fixed mean and standard deviation. Further more, the frequencies of orders are assumed to fluctuate in accordance with the customer demand patterns. In this way, the application is applicable to any type of demand patterns. In other words, the customer demands may not be normally distributed, however the size of the orders placed on the DC will be normally distributed.

The following steps are followed to establish the order size upper tolerance limit: (Tolerance Limits should be reestablished periodically – i.e. monthly.)

1) Using all the orders for the past T weeks (i.e. 52), find the sample mean ($\bar{Q}$) and the standard deviation ($S_Q$).
2) Let N be the total number of orders placed in time period T.
3) With N observations table 1 is used to find the appropriate value of K for given values of $P_1$ and $P_2$. (See explanation of $P_1$ and $P_2$ that follows.)
4) The upper limit for the order size is found for each item.
5) If an order is placed on the DC for an item and the order quantity exceeds the upper limit it is flagged as suspicious.
6) If the order was generated by SIMS and the order size <= suggested order size it is no longer classified as suspicious. (If an order is flagged as suspicious it should not be used when tolerance limits are reestablished for an item.

Note: The item is not a candidate if the order quantity Q = 0 or $S_Q$ = 0 or N <= 2.

Using tolerance limits a value of K is found so that one can assert with confidence $P_1$ that the proportion of orders sizes Q <= $\bar{Q}$ + K*$S_Q$ is at least $P_2$. Note: d is the mean order quantity and $S_d$ is the standard deviation estimated from the data. Table 1 lists K value for $P_1$ = (0.95, 0.99) and $P_2$ = (0.90, 0.95, 0.99) and for selected values of sample size N. For example, with a sample size of 40, $P_1$ = 0.99 and $P_2$ = 0.95, K = 3.21 and the upper tolerance limit becomes $\bar{Q}$ + 3.21* $S_Q$. (This limit should be round to the nearest multiple.) This means that with a 99% confidence, the proportion of the population within ($\bar{Q}$ + 3.21* $S_Q$) is at least 0.95. Any entry beyond that limit is questionable.

Order Quantity Logic Matrix:

| | | Order Qty vs Tolerance Limit | |
|---|---|---|---|
| | | Q > TL | Q <= TL |
| Order Qty vs Suggested Qty | Q > SQ | Flaged as Suppicious | OK |
| | Q <= SQ | OK | OK |

WAGMDL00624504

HIGHLY CONFIDENTIAL

## Order Frequency

If two consecutive orders are generated relatively close together in comparison to past history it may be considered suspicious. We can use the geometric distribution to establish the minimum number of weeks[1] (min_weeks) until the next orders deemed acceptable. If an order is created earlier that the min_weeks it is flagged as suspicious.

(Unlike the tolerance limits we are assuming the demand for an item is normally distributed. Thus, seasonal items are not good candidates for this application. We can either recalibrate the mode in and out of season or skip seasonal items all together.)

The following steps are followed to establish the minimum acceptable number of week between orders:

1) Estimate the probability P an order will be generated in a given week. Let N be the total number of week of order history used to determine P (i.e. N = 52). Next let n be the number of weeks the item was order from the DC. Then the estimate of P becomes $P = n / N$.
2) The probability that an order will not be placed in a week becomes $Q = (1 – P)$
3) Next we want to determine the probability P(n) that the next order will be placed in week n: $P(n) = P * Q^{(n-1)}$
4) Find F(n), the cumulative probability that the first order will occur in week $w <= n$. $F(n) = \sum_{1}^{n} P(t)$ for w = 1 to n.
5) Find the minimum value of n where $F(n) >= (1 - P^{/})$. Where we are confident that at least $P^{/}$ (i.e. 98%) of the orders will be placed beyond the n th week. Thus, less than $1 – P^{/}$ (<2%) of the orders will occur within n week of the last order.
6) Don't allow n to exceed 13 weeks. This would represent a 90-day supply.

Order Frequency Logic Matrix:

| w = next order in weeks<br>n = min # weeks acceptable | | Order Frequency | |
|---|---|---|---|
| | | w < n | w >= n |
| Order Qty vs<br>Suggested Qty | Q > SQ | Flaged as Suppicious | OK |
| | Q <= SQ | OK | OK |

---

[1] Alternative, days can be used in place of weeks

Appendix A

Table 1: Values of K for Tolerance Limits for Normal Distributions.

|  | $P_1 = 0.95$ | | | $P_1 = 0.99$ | | |
|---|---|---|---|---|---|---|
| n\P$_2$ | 0.9 | 0.95 | 0.99 | 0.9 | 0.95 | 0.99 |
| 2 | 32.019 | 37.674 | 48.43 | 160.193 | 188.491 | 242.3 |
| 3 | 8.38 | 9.916 | 12.861 | 18.93 | 22.401 | 29.055 |
| 4 | 5.369 | 6.37 | 8.299 | 9.398 | 11.15 | 14.527 |
| 5 | 4.275 | 5.079 | 6.634 | 6.612 | 7.855 | 10.26 |
| 6 | 3.712 | 4.414 | 5.775 | 5.337 | 6.345 | 8.301 |
| 7 | 3.369 | 4.007 | 5.248 | 4.613 | 5.488 | 7.187 |
| 8 | 3.136 | 3.732 | 4.891 | 4.147 | 4.936 | 6.468 |
| 9 | 2.967 | 3.532 | 4.631 | 3.822 | 4.55 | 5.966 |
| 10 | 2.839 | 3.379 | 4.433 | 3.582 | 4.265 | 5.594 |
| 11 | 2.737 | 3.259 | 4.277 | 3.397 | 4.045 | 5.308 |
| 12 | 2.655 | 3.162 | 4.15 | 3.25 | 3.87 | 5.079 |
| 13 | 2.587 | 3.081 | 4.044 | 3.13 | 3.727 | 4.893 |
| 14 | 2.529 | 3.012 | 3.955 | 3.029 | 3.608 | 4.737 |
| 15 | 2.48 | 2.954 | 3.878 | 2.945 | 3.507 | 4.605 |
| 16 | 2.437 | 2.903 | 3.812 | 2.872 | 3.421 | 4.492 |
| 17 | 2.4 | 2.858 | 3.754 | 2.808 | 3.345 | 4.393 |
| 18 | 2.366 | 2.819 | 3.702 | 2.753 | 3.279 | 4.307 |
| 19 | 2.337 | 2.784 | 3.656 | 2.703 | 3.221 | 4.23 |
| 20 | 2.31 | 2.752 | 3.615 | 2.659 | 3.168 | 4.161 |
| 25 | 2.208 | 2.631 | 3.457 | 2.494 | 2.972 | 3.904 |
| 30 | 2.14 | 2.549 | 3.35 | 2.385 | 2.841 | 3.733 |
| 35 | 2.09 | 2.49 | 3.272 | 2.306 | 2.748 | 3.611 |
| 40 | 2.052 | 2.445 | 3.213 | 2.247 | 2.677 | 3.518 |
| 45 | 2.021 | 2.408 | 3.165 | 2.2 | 2.621 | 3.444 |
| 50 | 1.996 | 2.379 | 3.126 | 2.162 | 2.576 | 3.385 |
| 55 | 1.976 | 2.354 | 3.094 | 2.13 | 2.538 | 3.335 |
| 60 | 1.958 | 2.333 | 3.066 | 2.103 | 2.506 | 3.293 |
| 65 | 1.943 | 2.315 | 3.042 | 2.08 | 2.478 | 3.257 |
| 70 | 1.929 | 2.299 | 3.021 | 2.06 | 2.454 | 3.225 |
| 75 | 1.917 | 2.285 | 3.002 | 2.042 | 2.433 | 3.197 |
| 80 | 1.907 | 2.272 | 2.986 | 2.026 | 2.414 | 3.173 |
| 85 | 1.897 | 2.261 | 2.971 | 2.012 | 2.397 | 3.15 |
| 90 | 1.889 | 2.251 | 2.958 | 1.999 | 2.382 | 3.13 |
| 95 | 1.881 | 2.241 | 2.945 | 1.987 | 2.368 | 3.112 |
| 100 | 1.874 | 2.233 | 2.934 | 1.977 | 2.355 | 3.096 |
| 150 | 1.825 | 2.175 | 2.859 | 1.905 | 2.27 | 2.983 |
| 200 | 1.798 | 2.143 | 2.816 | 1.865 | 2.222 | 2.921 |
| 250 | 1.78 | 2.121 | 2.788 | 1.839 | 2.191 | 2.88 |
| 300 | 1.767 | 2.106 | 2.767 | 1.82 | 2.169 | 2.85 |
| 400 | 1.749 | 2.084 | 2.739 | 1.794 | 2.138 | 2.809 |
| 500 | 1.737 | 2.07 | 2.721 | 1.777 | 2.117 | 2.783 |
| 600 | 1.729 | 2.06 | 2.707 | 1.764 | 2.102 | 2.763 |
| 700 | 1.722 | 2.052 | 2.697 | 1.755 | 2.091 | 2.748 |
| 800 | 1.717 | 2.046 | 2.688 | 1.747 | 2.082 | 2.736 |
| 900 | 1.712 | 2.04 | 2.682 | 1.741 | 2.075 | 2.726 |
| 1000 | 1.709 | 2.036 | 2.676 | 1.736 | 2.068 | 2.718 |
| ∞ | 1.645 | 1.96 | 2.576 | 1.645 | 1.96 | 2.576 |

WAGMDL00624506

HIGHLY CONFIDENTIAL

Examples:  Tolerance Limits

| Store: | From: | 1071224 | To: | 1080618 | With Rounded Upper Limit | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PLN | Avg Q | STD of Q | Number of Orders | K value * | Upper Limit | Max Order Qty | Outlier (y/n) | Suggested Order Qty | Outlier (y/n) |
| 40000553697 | 2.5 | 1.1 | 45 | 2.68 | 5 | 6 | y | 6 | n |
| **40000563756** | **1.1** | **0.3** | **11** | **4.05** | **2** | **2** | **n** | **2** | **n** |
| **40000672664** | **1.4** | **0.6** | **38** | **2.75** | **3** | **3** | **n** | **3** | **n** |
| 40000672713 | 1.1 | 0.4 | 26 | 2.94 | 2 | 3 | y | 3 | n |
| **40000673037** | **3.2** | **2.0** | **39** | **2.69** | **9** | **9** | **n** | **9** | **n** |
| 40000673665 | 2.7 | 2.5 | 20 | 3.17 | 10 | 11 | y | 11 | n |
| 40000674231 | 1.2 | 0.4 | 32 | 2.84 | 2 | 3 | y | 3 | n |
| **40000675756** | **1.5** | **0.7** | **39** | **2.69** | **3** | **4** | **y** | **3** | **y** |
| Total | | | | | | | 5 | | 1 |

* $P_1$ = 99% and $P_2$ = 95%

| Store: | From: | 1071224 | To: | 1080618 | With Rounded Upper Limit | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PLN | Avg Q | STD of Q | Number of Orders | K value * | Upper Limit | Max Order Qty | Outlier (y/n) | Suggested Order Qty | Outlier (y/n) |
| 40000553697 | 1.9 | 0.9 | 41 | 2.68 | 4 | 5 | y | 4 | n |
| 40000560610 | 3.6 | 2.3 | 37 | 2.75 | 10 | 12 | y | 12 | y |
| **40000673036** | **1.0** | **0.0** | **8** | **4.94** | **1** | **1** | **n** | **1** | **n** |
| 40000674484 | 1.5 | 1.0 | 22 | 3.08 | 4 | 5 | y | 5 | n |
| 40000675041 | 1.5 | 0.9 | 31 | 2.84 | 4 | 5 | y | 4 | y |
| **40000684278** | **1.1** | **0.4** | **8** | **4.94** | **3** | **2** | **n** | **1** | **n** |
| Total | | | | | | | 4 | | 2 |

| Store: | From: | 1071224 | To: | 1080618 | With Rounded Upper Limit | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PLN | Avg Q | STD of Q | Number of Orders | K value * | Upper Limit | Max Order Qty | Outlier (y/n) | Suggested Order Qty | Outlier (y/n) |
| **40000563756** | **1.1** | **0.3** | **18** | **3.279** | **2** | **2** | **n** | **2** | **n** |
| 40000674484 | 1.7 | 1.0 | 34 | 2.841 | 4 | 5 | y | 5 | n |
| Total | | | | | | | 1 | | 0 |

| Store: | From: | 1071224 | To: | 1080618 | With Rounded Upper Limit | | | | |
|---|---|---|---|---|---|---|---|---|---|
| PLN | Avg Q | STD of Q | Number of Orders | K value * | Upper Limit | Max Order Qty | Outlier (y/n) | Suggested Order Qty | Outlier (y/n) |
| **40000563756** | **5.6** | **3.3** | **51** | **2.576** | **14** | **16** | **y** | **12** | **y** |
| **40000672663** | **5.6** | **1.7** | **50** | **2.576** | **10** | **13** | **y** | **13** | **n** |
| 40000675041 | 1.6 | 1.0 | 31 | 2.841 | 4 | 5 | y | 5 | n |
| 40000682432 | 1.4 | 0.7 | 43 | 2.677 | 3 | 4 | y | 4 | n |
| 40000682586 | 9.0 | 8.1 | 40 | 2.677 | 31 | 35 | y | 27 | y |
| Total | | | | | | | 5 | | 2 |

The 4 store/examples listed the PLNs where the historical order quantity exceeded its tolerance limit. Overall 15 suspicious orders were identified form 912 SKUs over a 26 weeks period.  Only 5 outliers remained after removing order where the order quantity <= suggested order quantity.   This roughly translates into 3 items per store per year being identified as suspicious.  Of the final 5 suspicious items, 2 had recent theft casts. (See below.)

The 9 items in bold had recent theft cases. (Store are not identified.  See page 7 for item descriptions.)  3 of these 9 items were flagged per the tolerance limits and 2 of these items also had an order quantity > the suggested order quantity.

Example: Order Frequency

| PLN | Order Frequency Count | P | Q | Week n | F(n): Cumulative probability that the next order will be placed in week w <= n | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 30009041702 | 1 | 0.04 | 0.96 | 1 | **0.04** | 0.07 | 0.11 | 0.14 | 0.17 | 0.20 | 0.23 |
| 30071101868 | 6 | 0.22 | 0.78 | 1 | **0.22** | 0.40 | 0.53 | 0.63 | 0.72 | 0.78 | 0.83 |
| 30071101968 | 4 | 0.15 | 0.85 | 1 | **0.15** | 0.27 | 0.38 | 0.47 | 0.55 | 0.62 | 0.67 |
| 30091332201 | 1 | 0.04 | 0.96 | 1 | **0.04** | 0.07 | 0.11 | 0.14 | 0.17 | 0.20 | 0.23 |
| 30187049802 | 1 | 0.04 | 0.96 | 1 | **0.04** | 0.07 | 0.11 | 0.14 | 0.17 | 0.20 | 0.23 |
| 30525001601 | 1 | 0.04 | 0.96 | 1 | **0.04** | 0.07 | 0.11 | 0.14 | 0.17 | 0.20 | 0.23 |
| 30603516521 | 1 | 0.04 | 0.96 | 1 | **0.04** | 0.07 | 0.11 | 0.14 | 0.17 | 0.20 | 0.23 |
| 31012230110 | 4 | 0.15 | 0.85 | 1 | **0.15** | 0.27 | 0.38 | 0.47 | 0.55 | 0.62 | 0.67 |
| 32483922216 | 4 | 0.15 | 0.85 | 1 | **0.15** | 0.27 | 0.38 | 0.47 | 0.55 | 0.62 | 0.67 |
| 32483922816 | 1 | 0.04 | 0.96 | 1 | **0.04** | 0.07 | 0.11 | 0.14 | 0.17 | 0.20 | 0.23 |
| 35099160316 | 5 | 0.19 | 0.81 | 1 | **0.19** | 0.34 | 0.46 | 0.56 | 0.64 | 0.71 | 0.76 |
| 35167433004 | 1 | 0.04 | 0.96 | 1 | **0.04** | 0.07 | 0.11 | 0.14 | 0.17 | 0.20 | 0.23 |
| 35970279916 | 2 | 0.07 | 0.93 | 1 | **0.07** | 0.14 | 0.21 | 0.26 | 0.32 | 0.37 | 0.42 |
| 36437661131 | 3 | 0.11 | 0.89 | 1 | **0.11** | 0.21 | 0.30 | 0.38 | 0.45 | 0.51 | 0.56 |
| 36647951210 | 1 | 0.04 | 0.96 | 1 | **0.04** | 0.07 | 0.11 | 0.14 | 0.17 | 0.20 | 0.23 |
| 36649065020 | 1 | 0.04 | 0.96 | 1 | **0.04** | 0.07 | 0.11 | 0.14 | 0.17 | 0.20 | 0.23 |
| 40000522239 | 3 | 0.11 | 0.89 | 1 | **0.11** | 0.21 | 0.30 | 0.38 | 0.45 | 0.51 | 0.56 |
| 40000522462 | 19 | 0.70 | 0.30 | 1 | **0.70** | 0.91 | 0.97 | 0.99 | 1.00 | 1.00 | 1.00 |
| 40000523789 | 2 | 0.07 | 0.93 | 1 | **0.07** | 0.14 | 0.21 | 0.26 | 0.32 | 0.37 | 0.42 |
| 40000524280 | 3 | 0.11 | 0.89 | 1 | **0.11** | 0.21 | 0.30 | 0.38 | 0.45 | 0.51 | 0.56 |
| 40000532532 | 4 | 0.15 | 0.85 | 1 | **0.15** | 0.27 | 0.38 | 0.47 | 0.55 | 0.62 | 0.67 |
| 40000532538 | 12 | 0.44 | 0.56 | 1 | **0.44** | 0.69 | 0.83 | 0.90 | 0.95 | 0.97 | 0.98 |

This example list F(n) the cumulative probability that the next order will occur in week w <= n. The column where F(n) > 0.02 is highlighted and the associated value of n is listed in column 'Week n'. In the 4 examples all the PLNs have at least a 4% of orders being placed in two consecutive weeks. Thus, using a 98% confidence limit, no items have been identified as suspicious using.  The probability estimates were based on 26 weeks of data.

Note:  The frequency model could also converted to a daily (order creation day) model as follows:

| PLN | Order Frequency Count | P | Q | Limit Day n | Actual min Days | F(n): Cumulative probability that the next order will be placed in day d <= n | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| 30009041702 | 1 | 0.01 | 0.99 | 4 | na | 0.006 | 0.011 | 0.017 | **0.022** | 0.028 | 0.033 | 0.039 |
| 30071101868 | 6 | 0.03 | 0.97 | 1 | 8 | **0.034** | 0.066 | 0.098 | 0.128 | 0.158 | 0.186 | 0.213 |
| 30071101968 | 4 | 0.02 | 0.98 | 1 | 7 | **0.022** | 0.044 | 0.066 | 0.087 | 0.107 | 0.127 | 0.147 |
| 30091332201 | 1 | 0.01 | 0.99 | 2 | 3 | 0.011 | **0.022** | 0.033 | 0.044 | 0.055 | 0.066 | 0.076 |
| 30187049802 | 1 | 0.01 | 0.99 | 4 | na | 0.006 | 0.011 | 0.017 | **0.022** | 0.028 | 0.033 | 0.039 |
| 30525001601 | 1 | 0.01 | 0.99 | 4 | na | 0.006 | 0.011 | 0.017 | **0.022** | 0.028 | 0.033 | 0.039 |
| 30603516521 | 1 | 0.01 | 0.99 | 4 | na | 0.006 | 0.011 | 0.017 | **0.022** | 0.028 | 0.033 | 0.039 |
| 31012230110 | 4 | 0.02 | 0.98 | 1 | 11 | **0.022** | 0.044 | 0.066 | 0.087 | 0.107 | 0.127 | 0.147 |
| 32483922216 | 4 | 0.02 | 0.98 | 1 | 7 | **0.022** | 0.044 | 0.066 | 0.087 | 0.107 | 0.127 | 0.147 |
| 32483922816 | 1 | 0.01 | 0.99 | 4 | na | 0.006 | 0.011 | 0.017 | **0.022** | 0.028 | 0.033 | 0.039 |
| 35099160316 | 5 | 0.03 | 0.97 | 1 | 6 | **0.028** | 0.055 | 0.082 | 0.108 | 0.133 | 0.157 | 0.181 |
| **35167433004** | **1** | **0.01** | **0.99** | **2** | **1** | 0.011 | **0.022** | 0.033 | 0.044 | 0.055 | 0.066 | 0.076 |
| 35970279916 | 2 | 0.01 | 0.99 | 2 | 28 | 0.011 | **0.022** | 0.033 | 0.044 | 0.055 | 0.066 | 0.076 |
| 36437661131 | 3 | 0.02 | 0.98 | 2 | 14 | 0.017 | **0.033** | 0.050 | 0.066 | 0.081 | 0.097 | 0.112 |
| 36647951210 | 1 | 0.01 | 0.99 | 4 | na | 0.006 | 0.011 | 0.017 | **0.022** | 0.028 | 0.033 | 0.039 |
| 36649065020 | 1 | 0.01 | 0.99 | 4 | na | 0.006 | 0.011 | 0.017 | **0.022** | 0.028 | 0.033 | 0.039 |
| 40000522239 | 3 | 0.02 | 0.98 | 2 | 7 | 0.017 | **0.033** | 0.050 | 0.066 | 0.081 | 0.097 | 0.112 |
| 40000522462 | 19 | 0.11 | 0.89 | 1 | 3 | **0.129** | 0.242 | 0.340 | 0.425 | 0.499 | 0.564 | 0.620 |
| 40000523789 | 2 | 0.01 | 0.99 | 2 | na | 0.011 | **0.022** | 0.033 | 0.044 | 0.055 | 0.066 | 0.076 |
| 40000524280 | 3 | 0.02 | 0.98 | 1 | 2 | **0.022** | 0.044 | 0.066 | 0.087 | 0.107 | 0.127 | 0.147 |
| 40000532532 | 4 | 0.02 | 0.98 | 1 | 14 | **0.022** | 0.044 | 0.066 | 0.087 | 0.107 | 0.127 | 0.147 |
| 40000532538 | 12 | 0.07 | 0.93 | 1 | 7 | **0.067** | 0.130 | 0.189 | 0.244 | 0.295 | 0.342 | 0.386 |

na: only 1 order or Acutal > 99 days

HIGHLY CONFIDENTIAL

WAGMDL00624508

Tolerance Limit Examples: The 9 items that had recent theft cases

| PLN | Description |
|---|---|
| 40000563756 | HYDROCOD-APAP 10-325 TAB(WAT)+500 |
| 40000672664 | HYDROCODONE/APAP 10/650 TAB +100 |
| 40000673037 | ALPRAZOLAM 2MG TAB (PPC)   + 100 |
| 40000675756 | HYDROCOD-APAP 10-500 TB  (WT)+500 |
| 40000673036 | ALPRAZOLAM 1MG TAB (PPC)   + 500 |
| 40000684278 | OXYCONTIN 40MG TAB (PUR)     100 |
| 40000563756 | HYDROCOD-APAP 10-325 TAB(WAT)+500 |
| 40000563756 | HYDROCOD-APAP 10-325 TAB(WAT)+500 |
| 40000672663 | HYDROCODONE/APAP 5/500+TAB(WT)500 |

HIGHLY CONFIDENTIAL

WAGMDL00624509