# EXHIBIT 361

## Controlled Substance Order Review Business Logic

## Controlled Substance Order Review Web-Based Exception Reports

**Ordering**

Phase 5: In design
Ceilings trump step A below if/when necessary

C. Automated Ceilings

Interim solution until automated ceilings are deployed

B. Manual Line Limits for select drugs

A. Ongoing Controlled Substance Order Review Logic *includes PSE*

Phase 3: In QA
Phase 4: In design



**Dispensing**

Store Level: Good Faith Dispensing → Store Level: DUR & PDMP review, etc. → Corporate: Monitoring through Potential Risk Indexing



Monitoring current done through manual analysis, will work towards automation and scorecards

PRIVILEGED & CONFIDENTIAL PREPARED IN ANTICIPATION OF LITIGATION BY OR AT THE DIRECTION OF LITIGATION & REGULATORY LAW

HIGHLY CONFIDENTIAL

WAGMDL00077016

# Ongoing Controlled Drug Order Review Logic

**A. Ongoing Controlled Substance Order Review Logic**

> Review all Controlled Drug & PSE orders

> Flag select orders as suspicious

> Reduce order quantity for subset of flagged orders

| Phase | Key Points | Key Points | Key Points |
|---|---|---|---|
| **1** 8/2009 – 9/2010 | Reviews WAG DC orders only | Flags based on by drug by store historical sales patterns over 26 weeks | No order reductions in Phase 1 |
| **2** 9/2010 - current | Reviews WAG DC orders only | Flags based on by drug by store historical sales patterns over 26 weeks | Reductions begin in Phase 2 – only applies to WAG DC orders |
| **3** Estimated 6/2012 – 7/2012? | Reviews WAG DC orders **plus checks to see if vendor order** placed with 48 hours for same drug | Flags based on by drug by store historical sales patterns over 52 weeks **Decision to move back to 26 Weeks.** | Review and refinement of tolerance and frequency thresholds. Confirm action for each possible scenario (using matrix) |
| **4** 7/2012? | Reviews WAG DC orders plus applies same logic to Vendor orders making them eligible for flagging and order reduction. Partial Fills also added to logic review | Both WAG DC and Vendor orders flagged if thresholds exceeded | Both WAG DC and Vendor orders reduced if thresholds exceeded |

PRIVILEGED & CONFIDENTIAL PREPARED IN ANTICIPATION OF LITIGATION BY OR AT THE DIRECTION OF LITIGATION & REGULATORY LAW

WAGMDL00077017

HIGHLY CONFIDENTIAL

# Automated Ceiling Trump Factor

C. Automated Ceilings

**Calculate Limit** → **Calculate Ceiling by drug by store** → **Apply Ceiling review to each order: Execute early warning system & hard stop**

| Phase | Key Points | Key Points | Key Points |
|---|---|---|---|
| 5<br>9/2012 | Create chain-wide benchmark by Drug<br>• Compare store daily script volume to specific drug receipts over last 6 weeks<br>• Based on chain-wide average relationship, determine Corporate Upper/Lower limit (UL/LL)<br><br>Calculate Store Limit (SL) – evaluate store/drug sales over 15 weeks. Final limit is SL unless a) SL is less than LL, then use LL; or b) SL is above UL then cap at UL.<br><br>Timeframe used to calculate UL/LL:<br>• Rolling 4, 6, 8, 13 weeks?<br>• 6 weeks is currently recommended<br><br>Scripts used to base store group:<br>• Total scripts (control + non) – currently recommended<br>• All Controlled? | Timeframe to apply ceiling:<br>• Rolling 4, 6, 8, 13 weeks?<br><br>Drugs to have ceiling:<br>• All Controlled + PSE?<br>• Just Controlled?<br>• Just C2?<br>• Just select Controlled?<br><br>Metric to include:<br>• Receipts?<br>  • What about inter-store transfers?<br>• Any look at Sales?<br><br>Early Warning Alert:<br>• Starts at 75%<br><br>Recalculation of UL/LL:<br>• Monthly, quarterly?<br>• Average chain-wide relationship won't change quickly | How to apply ceiling:<br>• Cumulative over rolling x weeks?<br>• Weekly ?<br><br>Considerations:<br>• How to distribute/moderate impact to patients (both legitimate and those potentially not)<br>• How much are we allowing or suppressing business growth for:<br>  • Low volume store group<br>  • Average store group<br>  • High volume store group<br>• Are you treated the same if your store hits ceiling based on system generated order vs. an order that was already reduced by Step A?<br>• How does corporate override ability influence this process? Does overridden order get included in history used to refresh ceiling and store group placement?<br>• Should initial pattern be based on timeframe pre-line limit or include line limit period? |

Overarching Requirements:
✓ Program logic must be configurable to allow for easy updates to timeframe, store groups, drugs reviewed, etc.
✓ Data must be output to other application TBD for tactical reports and executive scorecard (likely Ora/Manuela reporting adding on to Step A)

PRIVILEGED & CONFIDENTIAL PREPARED IN ANTICIPATION OF LITIGATION BY OR AT THE DIRECTION OF LITIGATION & REGULATORY LAW

HIGHLY CONFIDENTIAL

WAGMDL00077018

# Automated Ceiling – Simulation Results



C. Automated Ceilings

To provide additional perspective on how the ceilings may work in practice, historical sales data for eight specific items was analyzed.

| Drug Name | # of Stores Exceeding Ceiling in April 2012 |
|---|---|
| ALPRAZOLAM TAB 1 MG | 36 |
| ALPRAZOLAM TAB 2 MG | 53 |
| CARISOPRODOL TAB 350 MG | 49 |
| HYDROMORPHONE HCL TAB 2 MG | 28 |
| HYDROMORPHONE HCL TAB 4 MG | 31 |
| METHADONE HCL TAB 10 MG | 44 |
| OXYCODONE HCL TAB 15 MG | 43 |
| OXYCODONE HCL TAB 30 MG | 65 |
| **Total Occurrences** | **349** |

Observations

1. Based on these results, 349 ceiling exceptions will be flagged on Day 1 for subsequent review/analysis

2. There were many stores that exceeded ceiling limits for multiple drugs – 256 stores exceed at least 1 ceiling in April 2012.

3. These results used the recommended safety margins (K-values) of SL = 2, LL = 2, UL = 4.5.

4. These results use monthly sales data and are therefore approximations to the production results which will use weekly receipt data

PRIVILEGED & CONFIDENTIAL PREPARED IN ANTICIPATION OF LITIGATION BY OR AT THE DIRECTION OF LITIGATION & REGULATORY LAW

WAGMDL00077019
HIGHLY CONFIDENTIAL

# Automated Ceiling – Simulation Results



C. Automated Ceilings

To evaluate the ceiling violations over time, the table below illustrates the trends for the stores with at least 3 ceiling violations in April, 2012.

| Store | Address | Jan 2012 | Feb 2012 | March 2012 | April 2012 |
|---|---|---|---|---|---|
| 3332 | 3601 Bee Ridge Rd. Sarasota, FL | 4 | 5 | 6 | 6 |
| 14407 | 6006 Beach Blvd. Jacksonville, FL | 3 | 4 | 3 | 4 |
| 7875 | 1800 Tamiami Trl. Port Charlotte, FL | 4 | 3 | 4 | 4 |
| 3913 | 2360 Highway 95 Bullhead City, AZ | 1 | 0 | 2 | 4 |
| 4327 | 12028 Majestic Blvd. Hudson, FL | 6 | 6 | 3 | 4 |
| 3629 | 10 Union Square, E. New York, NY (on-site) | 6 | 5 | 6 | 4 |
| 15056 | 808 N. Porter Ave. Norman, OK (Walgreen Pharmacy) | 3 | 3 | 3 | 3 |
| 11014 | 600 Long Beach Blvd. Long Beach, CA | 3 | 3 | 3 | 3 |
| 11017 | 900 N. Rancho Dr. Las Vegas, NV | 3 | 4 | 3 | 3 |
| 13000 | 6865 W. Tropicana Ave. Las Vegas, NV | 2 | 2 | 2 | 3 |
| 7870 | 7600 W. Capitol Dr. Milwaukee, WI | 3 | 3 | 3 | 3 |
| 6283 | 6101 W. Lake Mead Blvd. Las Vegas, NV | 3 | 2 | 4 | 3 |
| 4961 | 860 East Ave. Chico, CA | 2 | 0 | 4 | 3 |
| 6227 | 451 S. Decatur Blvd. Las Vegas, NV | 3 | 2 | 3 | 3 |
| 4749 | 4895 Boulder Hwy. Las Vegas, NV | 3 | 3 | 3 | 3 |
| 6425 | 4685 E. Grant Rd. Tucson, AZ | 1 | 2 | 2 | 3 |
| 3845 | 2280 Las Vegas Blvd., N. North Las Vegas, NV | 2 | 2 | 2 | 3 |
| 4045 | 1669 E. Silver Star Rd. Ocoee, FL | 1 | 2 | 2 | 3 |
| 3873 | 1765 Fort St. Lincoln Park, MI | 2 | 3 | 3 | 3 |
| 4537 | 1A Trolley Sq. Wilmington, DE | 3 | 3 | 3 | 3 |
| 4106 | 1120 Pulaski Hwy. Bear, DE | 0 | 1 | 3 | 3 |
| 4433 | 1013 Bonforte Blvd. Pueblo, CO | 3 | 3 | 3 | 3 |
| 3841 | 1101 Las Vegas Blvd., S. Las Vegas, NV | 3 | 3 | 3 | 3 |

Observations

1. Except for 3629 and 15056, all other stores are regular store type

2. Stores with multiple violations tended to have multiple violations over time – it was not generally a one-time spike that stores exceeded multiple ceilings

3. Of the 256 stores that exceeded a ceiling in April 2012, 229 (86%) had also exceeded a ceiling in prior 3 months

PRIVILEGED & CONFIDENTIAL PREPARED IN ANTICIPATION OF LITIGATION BY OR AT THE DIRECTION OF LITIGATION & REGULATORY LAW

WAGMDL00077020

HIGHLY CONFIDENTIAL

# Automated Ceiling – Simulation Results



C. Automated Ceilings

The ceiling violations observed in April 2012 across state/drug combinations are below. Only states with at least 5 ceiling violations are identified.

| # of Stores exceeding ceiling in April 2012 | FL | NV | CA | AZ | MI | NY | TN | WI | DE | CO | MD | AL | OK | NJ | TX | IN | CT | PA | OH | WV | Other | Total |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| ALPRAZOLAM TAB 1 MG | 4 | 0 | 0 | 0 | 3 | 0 | 7 | 0 | 2 | 0 | 0 | 1 | 5 | 0 | 1 | 4 | 0 | 0 | 2 | 0 | 7 | 36 |
| ALPRAZOLAM TAB 2 MG | 12 | 9 | 0 | 0 | 4 | 2 | 3 | 4 | 0 | 0 | 4 | 1 | 0 | 2 | 1 | 0 | 0 | 1 | 0 | 10 | 53 |
| CARISOPRODOL TAB 350 MG | 2 | 21 | 11 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 0 | 2 | 2 | 0 | 3 | 0 | 0 | 0 | 0 | 0 | 3 | 49 |
| HYDROMORPHONE HCL TAB 2 MG | 2 | 1 | 0 | 0 | 0 | 2 | 0 | 0 | 1 | 7 | 2 | 0 | 0 | 0 | 0 | 0 | 5 | 0 | 1 | 0 | 7 | 28 |
| HYDROMORPHONE HCL TAB 4 MG | 13 | 0 | 4 | 1 | 0 | 1 | 0 | 0 | 0 | 2 | 1 | 0 | 0 | 0 | 1 | 0 | 1 | 1 | 0 | 0 | 6 | 31 |
| METHADONE HCL TAB 10 MG | 15 | 0 | 11 | 1 | 5 | 2 | 0 | 1 | 1 | 0 | 0 | 2 | 0 | 0 | 0 | 1 | 0 | 0 | 1 | 0 | 4 | 44 |
| OXYCODONE HCL TAB 15 MG | 6 | 1 | 0 | 6 | 0 | 0 | 0 | 6 | 6 | 1 | 7 | 0 | 0 | 0 | 0 | 0 | 0 | 3 | 0 | 3 | 4 | 43 |
| OXYCODONE HCL TAB 30 MG | 22 | 9 | 3 | 7 | 1 | 5 | 2 | 1 | 1 | 1 | 0 | 0 | 0 | 8 | 0 | 0 | 0 | 1 | 0 | 2 | 2 | 65 |
| **Total Ceiling Violations** | 76 | 41 | 29 | 17 | 14 | 13 | 13 | 12 | 11 | 11 | 10 | 9 | 8 | 8 | 7 | 6 | 6 | 5 | 5 | 5 | 43 | 349 |

Observations

1. FL is the only state with ceiling violations for each of the eight drugs measured

2. Relative to the chain, NV has a large number of stores selling high volumes of Carisoprodol

3. Although a large volume of stores, IL has only 4 violations in April 2012 and is therefore not shown in the table

PRIVILEGED & CONFIDENTIAL PREPARED IN ANTICIPATION OF LITIGATION BY OR AT THE DIRECTION OF LITIGATION & REGULATORY LAW

WAGMDL00077021

HIGHLY CONFIDENTIAL

# Automated Ceiling – Simulation Results



C. Automated Ceilings

The ceiling violations were also analyzed based upon whether the stores are 24-hour or non-24 hour locations.

| Drug Name | % of 24-Hour Stores above ceiling | % of non 24-hour Stores above ceiling | Ratio[1] |
|---|---|---|---|
| ALPRAZOLAM TAB 1 MG | 1.8% | 0.2% | 9X |
| ALPRAZOLAM TAB 2 MG | 2.2% | 0.4% | 6X |
| CARISOPRODOL TAB 350 MG | 2.6% | 0.2% | 10X |
| HYDROMORPHONE HCL TAB 2 MG | 1.3% | 0.2% | 8X |
| HYDROMORPHONE HCL TAB 4 MG | 1.2% | 0.2% | 5X |
| METHADONE HCL TAB 10 MG | 1.5% | 0.4% | 4X |
| OXYCODONE HCL TAB 15 MG | 2.2% | 0.2% | 9X |
| OXYCODONE HCL TAB 30 MG | 2.2% | 0.6% | 4X |
| Average Daily Total Script Count | 392/day | 184/day | 2X |

Observations
1. On average, 24-hour stores have total Rx counts that are approximately 2X larger than non-24 hour stores → this results in ceilings that are 2X larger

2. Even with larger ceilings, 24-hour stores exceed ceiling limits at a much higher rate than do non-24 hour stores.

[1] Ratio is calculated using unrounded values and so may appear to not match column calculations in all cases

PRIVILEGED & CONFIDENTIAL PREPARED IN ANTICIPATION OF LITIGATION BY OR AT THE DIRECTION OF LITIGATION & REGULATORY LAW

HIGHLY CONFIDENTIAL

WAGMDL00077022

# Automated Ceiling – Simulation Results



C. Automated Ceilings

How often to recalibrate the chainwide corporate limits has been an open question. The results below provide a perspective.



Total Scripts Divided by 30 vs. sum of Generic Name Pills. Color shows details about Date Month. Details are shown for str_nbr. The data is filtered on Exclusions (state,str_nbr), which specifies a set. The view is filtered on str_nbr, which ranges from 13 to 15358.

**Month of Date**
- May 2011
- June 2011
- July 2011
- August 2011
- September 2011
- October 2011
- November 2011
- December 2011
- January 2012
- February 2012
- March 2012
- April 2012

### Observations

1. The graph at left illustrates the relationship between Total Scripts and Oxy 30 pills sold in a month for each store in chain – 12 colors represent different months over the last year
2. As verified in the table below, the trend lines have slopes ranging from 5.2 to 6.2, i.e. a 100 Rx/day store should, on average, sell/receive between 520 and 620 Oxy-30Mg pills in a month.
3. Using a history period longer than 4 weeks to calculate the slope will result in the slopes changing more slowly than currently shown.

**Individual trend lines:**

| Panes | | Color | Line | | Coefficients | | | | |
|---|---|---|---|---|---|---|---|---|---|
| Row | Column | Month of Date | p-value | DF | Term | Value | StdErr | t-value | p-value |
| Generic Name Pills | Total Scripts Divided by 30 | April 2012 | < 0.0001 | 7885 | Total Scripts Divided by 30 | 6.1389 | 0.127981 | 47.9672 | < 0.0001 |
| Generic Name Pills | Total Scripts Divided by 30 | March 2012 | < 0.0001 | 7876 | Total Scripts Divided by 30 | 6.20143 | 0.132383 | 46.8445 | < 0.0001 |
| Generic Name Pills | Total Scripts Divided by 30 | February 2012 | < 0.0001 | 7868 | Total Scripts Divided by 30 | 6.2793 | 0.142569 | 44.0438 | < 0.0001 |
| Generic Name Pills | Total Scripts Divided by 30 | January 2012 | < 0.0001 | 7860 | Total Scripts Divided by 30 | 6.1923 | 0.147403 | 42.0094 | < 0.0001 |
| Generic Name Pills | Total Scripts Divided by 30 | December 2011 | < 0.0001 | 7849 | Total Scripts Divided by 30 | 5.6909 | 0.136575 | 41.6688 | < 0.0001 |
| Generic Name Pills | Total Scripts Divided by 30 | November 2011 | < 0.0001 | 7839 | Total Scripts Divided by 30 | 5.77248 | 0.144863 | 39.848 | < 0.0001 |
| Generic Name Pills | Total Scripts Divided by 30 | October 2011 | < 0.0001 | 7816 | Total Scripts Divided by 30 | 5.20644 | 0.156754 | 33.2141 | < 0.0001 |
| Generic Name Pills | Total Scripts Divided by 30 | September 2011 | < 0.0001 | 7797 | Total Scripts Divided by 30 | 5.36507 | 0.180726 | 29.6862 | < 0.0001 |
| Generic Name Pills | Total Scripts Divided by 30 | August 2011 | < 0.0001 | 7750 | Total Scripts Divided by 30 | 5.79617 | 0.212877 | 27.2278 | < 0.0001 |
| Generic Name Pills | Total Scripts Divided by 30 | July 2011 | < 0.0001 | 7695 | Total Scripts Divided by 30 | 5.94549 | 0.245605 | 24.2075 | < 0.0001 |
| Generic Name Pills | Total Scripts Divided by 30 | June 2011 | < 0.0001 | 7659 | Total Scripts Divided by 30 | 5.72484 | 0.225643 | 25.3713 | < 0.0001 |
| Generic Name Pills | Total Scripts Divided by 30 | May 2011 | < 0.0001 | 7602 | Total Scripts Divided by 30 | 5.55909 | 0.240787 | 23.0872 | < 0.0001 |

PRIVILEGED & CONFIDENTIAL PREPARED IN ANTICIPATION OF LITIGATION BY OR AT THE DIRECTION OF LITIGATION & REGULATORY LAW

WAGMDL00077023

HIGHLY CONFIDENTIAL