# EXHIBIT 362

Page 1



**REDACTED**

**REDACTED**

Highly Confidential - Subject to Further Confidentiality Review

**REDACTED**

**REDACTED**

Page 142

```
 1  BY MR. MOUGEY:
 2     Q.  I'm sure it did.  So, under "Cardinal
 3  SOM," that stands for suspicious order monitoring,
 4  correct?
 5     MS. FIX MEYER:  Object to form.
 6  BY THE WITNESS:
 7     A.  Yes.
 8  BY MR. MOUGEY:
 9     Q.  On the third bullet down, "About 60% of
10  these orders are legitimate orders that should be
11  canceled."
12         The last sentence says, "These are
13  stores who are over their corporate ceiling."  And
14  corporate ceiling is Walgreens' corporate ceiling,
15  correct?
16     A.  Yes.
17     Q.  Means that they weren't allowed to order
18  any more, correct?
19     A.  Without proper documentation, yes.
20     Q.  And -- but "they are going to Cardinal
21  to request the product."
22         Do you see that?
23     A.  Yep.
24     MS. FIX MEYER:  Objection to form.
```

Page 143

```
 1  BY MR. MOUGEY:
 2     Q.  So, Walgreens' system, if a store
 3  exceeded the ceiling, they were told no more
 4  Schedule II or Schedule III controlled substances
 5  from us, correct, Walgreens?
 6     A.  They didn't know.  So --
 7     Q.  They knew they couldn't order any more,
 8  correct?
 9     A.  They wouldn't know because -- they
10  wouldn't know until the order was due to show up.
11     Q.  And it didn't show up and they knew they
12  didn't get it, correct?
13     A.  Right, but they didn't know why.
14     Q.  So, they knew they didn't get the order
15  from Walgreens, correct?
16     A.  Correct.
17     Q.  And they didn't know why, but they
18  didn't get it from Walgreens but then Walgreens
19  allowed up until a period in time for that store to
20  put it in an order from another vendor, correct?
21     MR. HOUTZ:  Object to form and foundation.
22  BY THE WITNESS:
23     A.  Walgreens -- any pharmacy has secondary
24  wholesalers if the one wholesaler -- I'm just
```

Page 144

```
 1  telling you the truth.  I mean, you got to take
 2  care of the patients.  And so --
 3  BY MR. MOUGEY:
 4     Q.  The question I asked you was simple.
 5         Does the store have the ability to go to
 6  another vendor and order controlled substances
 7  after they hit the ceiling at Walgreens?
 8     MR. HOUTZ:  Next time please let her finish
 9  her answer before you interrupt.
10     MR. MOUGEY:  The next time I'd like to have an
11  answer to the question that I asked.
12  BY MR. MOUGEY:
13     Q.  The vendors --
14     MR. HOUTZ:  If you allow her to finish your
15  answer, you may get an answer.
16  BY MR. MOUGEY:
17     Q.  The vendors -- I'm sorry.
18         The pharmacies are allowed to order
19  additional controlled substance, highly addictive,
20  like OxyContin that we talked about earlier, once
21  they hit the ceiling, that store can go to Cardinal
22  and order additional oxycodone, correct?
23     MS. FIX MEYER:  Objection; form, foundation.
24     MR. HOUTZ:  Same objection.
```

Page 145

```
 1  BY MR. MOUGEY:
 2     Q.  Yes or no.
 3     A.  I'm not going to yes or no answer that.
 4  I'm going to tell you what happened.
 5     Q.  No, I want to know if they have the
 6  ability.  That's all I asked.
 7     A.  Yes.
 8     Q.  Do they have the ability to order --
 9     A.  Yes.
10     Q.  -- more oxycodone from another vendor
11  like Cardinal after Walgreens' ceiling has been
12  hit?
13     MS. FIX MEYER:  Objection; form, foundation.
14  BY THE WITNESS:
15     A.  On this date, yes.
16  BY MR. MOUGEY:
17     Q.  Yes.  Thank you.
18     MR. MOUGEY:  Les, if it's okay with you, it's
19  a good stopping point for me for lunch.
20     MR. HOUTZ:  Sure.
21     MR. MOUGEY:  I am planning on using the seven
22  hours today.  So, I just want to give everybody a
23  heads-up as we go through.  I'm happy to take a
24  shorter or longer lunch as you and Ms. Polster
```

Page 154

1  A. You mean not shipped?
2  Q. Yes, ma'am.
3  A. What about it?
4  Q. That's pre-you, though, wasn't it?
5  A. Yes.
6  Q. Yes. When you got there, if an order
7  was flagged by the Bancroft algorithm, it was -- is
8  the word "cut"? Are you okay with that? Or what's
9  the right terminology you'd use?
10 A. It was not shipped at all.
11 Q. Not shipped?
12 A. Right.
13 Q. But the store was allowed to order up to
14 that threshold, correct? They had to enter a new
15 order in?
16 A. Yes.
17 Q. So, it was not shipped, but then the
18 store could reenter an order up to the ceiling
19 level, correct?
20 A. Yes, but the store didn't have
21 visibility into that ceiling level.
22 Q. I understand.
23 A. Okay.
24 Q. I understand that's your drumbeat.

Page 155

1  A. Yeah.
2  Q. But right now if the order wasn't
3  shipped, they were allowed to ship up to that
4  ceiling level, correct?
5  A. Sure.
6  Q. Okay. Now, your team knew that there
7  were modifications that needed to be made to the
8  Bancroft algorithm, correct?
9     Actually, you corrected me before about
10 the Bancroft. Let's use your language, whatever
11 you feel comfortable with.
12    So, rather than me saying changing the
13 algorithm, how about your team was aware that there
14 were -- that controls were needed to ensure that
15 all orders were going through the Walgreens
16 suspicious order monitoring system?
17 MR. HOUTZ: Object to form.
18 BY THE WITNESS:
19 A. I don't agree when you say they were
20 aware.
21 BY MR. MOUGEY:
22 Q. Okay.
23 A. I think as time progressed, things would
24 pop up and then we would ask for a change to be

Page 156

1  made based on that new information.
2  Q. So, as you learned more and as you got
3  up to speed, there were a different -- there were
4  additional controls that needed to be implemented?
5  A. There were -- there were changes that
6  needed to be made, yes.
7  Q. All right. And it didn't all happen at
8  once --
9  A. Right.
10 Q. -- is what you're saying. It was over a
11 period of time?
12 A. Right.
13 Q. And when -- and I'm trying not to use --
14 I'm trying to use the word you feel comfortable
15 with. Is control, an additional control? What
16 term would you use?
17    You didn't like the modification to the
18 algorithm. So, I'm trying to find a word you're
19 comfortable with.
20 A. Yeah, controls, that's fine.
21 Q. Is control okay?
22 A. Yeah.
23 Q. That there were issues that your team
24 was identifying along the way, they were trying to

Page 157

1  find solutions and then implementing a control to
2  kind of close --
3  A. The goal was to have consistency on how
4  the stores would order; and as things popped up
5  that created confusion for patient care and was
6  happening at store level, then we made adjustments
7  along the way to, you know, decrease any type of
8  confusion a store would have in getting a product.
9  Q. Would you feel comfortable with the word
10 that when Pharmaceutical Integrity started, that
11 there were loopholes in the system that needed to
12 be closed with additional controls to ensure
13 compliance with Walgreens' duties as a distributor?
14 A. Those -- I think there were gaps. I
15 don't know about loopholes.
16 Q. Let's use the word "gaps." I'm
17 comfortable with "gaps."
18 A. Okay.
19 Q. So, there were gaps in Walgreens'
20 policies and procedures with its distribution of
21 controlled substances that your team was
22 identifying and addressing throughout '13 and early
23 '14?
24 A. Yes.