# EXHIBIT 363

Message

| | |
|---|---|
| **From**: | Mills, Steven [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WALGREENS.ONMICROSOFT.COM-54052-MILLS, STEVEN P. ( SPMILLS )813] |
| **Sent**: | 4/19/2013 2:53:06 PM |
| **To**: | Tolva, Jeffrey [jeffrey.tolva@walgreens.com]; Leners, Nicholas [nicholas.leners@walgreens.com] |
| **Subject**: | Status Formatt |
| **Attachments**: | Status 02.14.13.doc |

Be Well,
Steve

**Steven Mills, CPhT**
200 Wilmot Road, MS 2161
Deerfield, IL 60015
p. 847-315-2914
f. 847-315-3109



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

CONFIDENTIAL

WAGMDL00245768