# EXHIBIT 364

Message

| | |
|---|---|
| **From:** | Martin, Barbara A. [/O=WALGREENS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C9231617-8687-44FF-94D0-828504B9FAEB] |
| **Sent:** | 2/8/2012 12:09:33 PM |
| **To:** | Murray Jr, Denman D. [denman.murray@walgreens.com] |
| **Subject:** | suspicious order monitoring process |
| **Attachments:** | Suspicious Order Monitoring Process.docx |

Denny,
I believe the attached document is what you are looking for

Thanks
Barb


Barbara A. Martin, R.Ph.
Manager, Rx Inventory Drug Stores
Walgreen Co.
200 Wilmot Rd., MS #220B
Telephone: 847-315-3044
Fax: 847-914-3675

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

CONFIDENTIAL

WAGMDL00325129