# EXHIBIT 365

Message

| | |
|---|---|
| **From**: | Mills, Steven [steven.mills@walgreens.com] |
| **Sent**: | 2/5/2013 11:03:28 AM |
| **To**: | Dymon, Christopher [christopher.dymon@walgreens.com]; Daugherty, Patricia [patricia.daugherty@walgreens.com]; Tailor, Mayur [mayur.tailor@walgreens.com] |
| **Subject**: | FW: Suspicious Order |
| **Attachments**: | Suspicious Order.docx |

Please review my comments.

Be Well,
Steve

Steven Mills, CPhT
200 Wilmot Road, MS 220B
Deerfield, IL 60015
p. 847-315-2914
f. 847-315-3675



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

---

**From:** Daugherty, Patricia
**Sent:** Tuesday, February 05, 2013 9:17 AM
**To:** Mills, Steven; Tailor, Mayur
**Subject:** Suspicious Order

I started a very rough draft... and made up instances and time periods... can we work on updating and finalizing a draft? You are the experts on actual examples, so let me know what you think.
Be Well,
Patty

Patricia Daugherty, PharmD
Manager - Pharmaceutical Integrity
200 Wilmot Road, MS 220B
Deerfield, IL 60015
p. 847-315-2482

CONFIDENTIAL
WAGMDL00303305