# EXHIBIT 366

Message

| | |
|---|---|
| **From**: | Svihra, Ed [ed.svihra@walgreens.com] |
| **Sent**: | 4/11/2013 11:37:48 AM |
| **To**: | LossPreventionOperations [losspreventionoperations@walgreens.com] |
| **Subject**: | Transferring Controlled Substances |

 

All DLPMs – As referred to in previous emails, the below message was sent to all Pharmacy Managers via Compass yesterday.

Pharmacy Managers,

Effective Wednesday, April 10th, controlled substances will be blocked from interstore claims. Any controlled substances that are placed on an interstore claim will reject with the following reject error message: *"Cannot Transfer C2-5 Items."*

- The claim will not post if any controlled substances are listed.
- If additional inventory for controlled substances is needed, stores should contact their Pharmacy Supervisor to complete the Controlled Substance Quantity Override Form

**Be Well,
Ed**

**Ed Svihra, RPh, CHC**
Director, HealthCare Loss Prevention
Walgreen Co.
1411 Lake Cook Road, MS#L413
Deerfield, IL 60015
p 847-964-4265
m 847-571-9012



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

CONFIDENTIAL

WAGMDL00700161