# EXHIBIT 368

Project Quick Estimate                                          DEA Suspicious Order Item Limits – Phase II

# PROJECT REQUEST ESTIMATE

**Date:**                08/26/09
**Project No:**          P-09002
**Project Name:**        DEA Suspicious Order Item Limits – Phase II
**Programmer Analyst**:  Rakesh Khanna
**Program Manager:**

**Description:** Create a process to systematically identify and prevent suspicious orders for C2 and Pseudophedrine drug items. An order qty will be deemed suspicious based on a formula used to determine inconsistent ordering patterns. Any Orders that are deemed suspicious will be flagged as suspicious and populated in a file to be sent up centrally to Loss Prevention and Rx Services for review/analysis. The order that is flagged as suspicious on the store side will be intercepted and the order qty will be reduced to a non-suspicious (order limits) level. The item will be reduced to a non-suspicious level in order to prevent suspicious orders from being sent over to the DC. This method will help to insure that the DC does not receive suspicious orders from stores and limit the possibility of fines that may be imposed by the DEA.
RX Services will have the ability to remove items from the order limitation process or to remove an entire store from the order limit program for a limited amount of time.

**Analysis:**   Changes will need to be made to identify store users that enter or adjust store order qtys. Changes will also need to be made to analyze an order qty for some items at the time that the order is being released and reduce the order qty as required if the order qty is deemed to be suspicious. New screens will need to be made available on ADR4 (Central Stores) to allow users to enter item or stores that should not participate in the order limit program for a limited amount of time.

**Solution:**     All the existing warehouse order release applicatios will be changed to implement the new requested functionality.  And all the order adjustment applications will be changed to track the User and Date for the C2 and Pseudophedrine drug items and will be sent to the ADR4. New screens will be created on ADR4 for Rx Services to look at the DEA

HIGHLY CONFIDENTIAL

WAGMDL00492067

Project Quick Estimate                                      DEA Suspicious Order Item Limits – Phase II

Suspicious order items from every store. New screens will be created for Rx Services on ADR4 to maintain a list of items that don't need to participate in this DEA limitations.

**Note:**

Some of the programs which needs to be changed are the core and very important in our store Ordering system and will need to be tested rigorously to insure a successful production implementation..

**Estimate:**

| Task | Hours |
|---|---|
| 1. Project Definition & Planning | 075 |
| 2. Project Mgmt: External & Internal Analysis & Design | 100 |
| 3. Program Construction | 314 |
|     ORCB771 Transmit DEA data to ADR4 | 16 |
|     ORCB772 Consolidate store on ADR4 | 16 |
|     ORPO312 DEA Susp Ord Itm | 08 |
|     ORPO313 Susp Ord Itm-Wkly | 06 |
|     ORPO317 Display Suspicious | 09 |
|     ORPB306 Determine DEA Lmt | 26 |
|     ORPB307 Calculate DEA TL | 25 |
|     ORPB309 Calculate DEA OF | 16 |
|     ORPB327T Crt for DEA Susp Execute exte | 08 |
|     ORPB305 Rlse Sugg D/C Ord | 16 |
|     ORPB877 Build FTP File | 16 |
|     ORPO030 Items for Dept | 24 |
|     ORPO030A Itms for Dept(P) | 16 |
|     ORPO037 Items by Cost | 16 |
|     ORPO037A Items by Cost(P) | 16 |
|     New ADR4 Pgms/Screens to allow users to exclude Stores or items | 80 |
| 4. System Testing | 120 |
| 5. Implementation | 50 |
| 6. Pilot Store | 50 |
| 7. Contingency      10% | 70 |

WAGMDL00492068

HIGHLY CONFIDENTIAL

**Total hours**                                                                  779

WAGMDL00492069

HIGHLY CONFIDENTIAL