# EXHIBIT 369

# July 2011. DEA Statistics

- How many orders are flagged each month?
    Total **20699** items are marked suspicious on **15636** Orders in the month of July.
    Out of these **19591** are CII and **1108** are PSE Items.

- For the orders flagged, how many orders violated 1, 2, or all 3 flags?

**7763** Orders are marked suspicious for Tolerance Violation (T) in July out of these **6940** are CII and **823** are PSE.
**11669** Orders are marked suspicious for Inventory Adjustments Violation (I) in July, out of these **11449** are CII and **220** are PSE.
**1244** Orders are marked suspicious for Frequency Violation (F) in July, out of these **1180** are CII and **64** are PSE.
**23** Order are marked for both tolerance and frequency Violation, out of these **22** are CII and **1** are PSE.

- Which flag is violated most often?

Maximum violations noted for Substantial Inventory Adjustments - 'I' for CII items,

- Which drugs are violated most often?

WIC - **652294** ( OXYCOD-APAP 10-325 TAB (WAT)  + 100 ) has the most number of Violations, Total violation count being 939.

- How many orders are actually cut/reduced each month?

Total **109309** Order Items have been cut/reduced till now.
Total **6884** lines have been cut/reduced in the month of July

HIGHLY CONFIDENTIAL
WAGMDL00492171