# EXHIBIT 372

| | |
|---|---|
| From: | Martin, Barbara A. </O=WALGREENS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=C9231617-8687-44FF-94D0-828504B9FAEB> |
| Sent: | Monday, January 10, 2011 8:56 PM |
| To: | Atwell, Kristine R. <kristine.atwell@walgreens.com> |
| Subject: | Re: High Quantity Stores 682971 |

Terry Collins is the district pharmacy supervisor
His cell is **REDAC**

He may be able to shed some light on the subject

Thanks
Barb

Barbara A. Martin, R.Ph.
Manager, Rx Inventory Drug Stores
Walgreen Co.
200 Wilmot Rd., MS #2194
Telephone: 847-315-3044
Fax: 847-914-3109

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

**Kristine Atwell/LOG/Walgreens**

01/10/2011 02:29 PM

EXHIBIT
Walgreens
Martin 30
1-25-19-

CONFIDENTIAL

WAG00000863

WAGFLDEA00000846

CONFIDENTIAL

| | |
|---|---|
| To | Barb Martin/Corp/Walgreens@Walgreens |
| cc | |
| Subject | Re: High Quantity Stores 682971[Link] |

I ran a query to see how many bottles we have sent to store #3836 and we have shipped them 3271 bottles between 12/1/10 and 1/10/11. I don't know how they can even house this many bottle to be honest. How do we go about checking the validity of these orders?

Kristine Atwell
CII Function Manager
Jupiter Plaza

CONFIDENTIAL

CONFIDENTIAL

561-493-7770
561-493-7725 fax

**Barb Martin/Corp/Walgreens**

01/10/2011 02:40 PM

| | |
|---|---|
| To | Kristine Atwell/LOG/Walgreens@Walgreens |
| cc | |
| Subject | Re: High Quantity Stores 682971[Link] |

Hi Kristine

CONFIDENTIAL

CONFIDENTIAL

WAG00000865

WAGFLDEA00000848

I am able to look at store item movement if this helps.  You can contact the store for more information if necessary
These sales are quite high compared other non-Florida stores.

St 7298 sells about 22,000 tabs of 682971 every week
that translates to 220 bottles per week so 450 bottles is a little more than a 2 week supply.

St 3836 system was down

St 5018 sells about 13,500 tabs of 682971 every week
that translates to 135 bottles per week

Thanks
Barb

Barbara A. Martin, R.Ph.
Manager, Rx Inventory Drug Stores
Walgreen Co.
200 Wilmot Rd., MS #2194
Telephone: 847-315-3044
Fax: 847-914-3109

This message is intended for the use of the person or entity to whom it is addressed and may contain information that is privileged and confidential, the disclosure of which is governed by
 applicable law.  If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering it to the intended recipient,  you are her eby notified that
any dissemination, distribution or copying of this information is STRICTLY PROHIBITED

**Kristine Atwell/LOG/Walgreens**

01/10/2011 12:23 PM

CONFIDENTIAL

WAG00000866

CONFIDENTIAL

WAGFLDEA00000849

| | |
|---|---|
| To | Barb Martin/Corp/Walgreens@Walgreens |
| cc | |
| Subject | High Quantity Stores 682971 |

I have several stores that are ordering huge quantities of 682971 on a regular basis.  This is creating an issue in maintaining enough 222 forms to fill all of the orders because a new 222 form is
generated for every 128 bottles of this WIC that are ordered.  For example, when they order 450 bottles, there will be 4 -
222 forms printed to accomodate this one item order.

I feel that the store needs to justify the large quantity.

Three stores that come to mind are #7298, #3836 and #5018.

CONFIDENTIAL

WAG00000867

WAGFLDEA00000850

CONFIDENTIAL

What are your thoughts on this matter?

Kristine Atwell
CII Function Manager
Jupiter Plaza
561-493-7770
561-493-7725 fax

CONFIDENTIAL

CONFIDENTIAL

WAG00000868

WAGFLDEA00000851