# EXHIBIT 374

This document exceeds the maximum permitted file size for upload onto the Electronic Court Filing system.
Consequently, it will be manually filed with the Court.

**Produced In Native Format**

HIGHLY CONFIDENTIAL

WAGMDL00436802