# EXHIBIT 377

Highly Confidential - Subject to Further Confidentiality Review

Page 1

```
          UNITED STATES DISTRICT COURT
       FOR THE NORTHERN DISTRICT OF OHIO
                EASTERN DIVISION

   IN RE: NATIONAL         )
   PRESCRIPTION            )   MDL No. 2804
   OPIATE LITIGATION       )
   _____  )   Case No.
                           )   1:17-MD-2804
                           )
   THIS DOCUMENT RELATES   )   Hon. Dan A.
   TO ALL CASES            )   Polster
```

THURSDAY, NOVEMBER 8, 2018

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

Videotaped deposition of Steven Mills, held at the offices of BARTLIT BECK HERMAN PALENCHAR & SCOTT LLP, 54 West Hubbard, Suite 300, Chicago, Illinois, commencing at 9:07 a.m., on the above date, before Carrie A. Campbell, Registered Diplomate Reporter and Certified Realtime Reporter.

- - -
GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

Page 22

1  prevent anything like this from happening
2  again.
3       Q.    Okay.  And was there also an
4  investigation on the facility in Ohio at the
5  same time but they hadn't seized it?
6            MR. HILL:  Object to the form.
7       Foundation.
8            THE WITNESS:  I don't know.
9  QUESTIONS BY MR. SHKOLNIK:
10       Q.    And when you first got together
11  with Ms. Polster, did you ask her, "What did
12  we do at Walgreens before 2000 --
13  December 2012 in terms of suspicious order
14  monitoring since we're now going to implement
15  the program for going forward?"
16       A.    I can't remember if I ever had
17  that conversation.
18       Q.    Well, did you ever undertake
19  any investigation on your own to say, "What
20  were we doing to monitor suspicious orders in
21  our company before I got charged with that
22  job?"
23            MR. HILL:  Object to the form.
24            THE WITNESS:  No.
25

Page 23

1  QUESTIONS BY MR. SHKOLNIK:
2       Q.    Was it your understanding that
3  there were some failures on the part of
4  Walgreens in terms of suspicious order
5  monitoring for opioids prior to 2012?
6       A.    Yes, that is my understanding.
7       Q.    And I take it you took it very
8  seriously, when you were assigned to this new
9  team, to make sure those type of failures
10  didn't happen again, correct?
11       A.    Correct.
12       Q.    And that was the goal of the
13  integrity team:  Let's put something in place
14  that's not going to let these prior failures
15  happen again.
16            MR. HILL:  Object to the form.
17            THE WITNESS:  Correct.
18  QUESTIONS BY MR. SHKOLNIK:
19       Q.    And would it be fair to say
20  that from that point on, when you got
21  involved, you have done your best to make
22  sure that Walgreens adheres to the -- the
23  letter of the law in terms of suspicious
24  order monitoring as best as you could?
25            MR. HILL:  Object to the form.

Page 24

1       Foundation.
2            THE WITNESS:  Yes.
3  QUESTIONS BY MR. SHKOLNIK:
4       Q.    I mean, that's your
5  responsibilities for the company, to do that
6  as best as you can, correct?
7            MR. HILL:  Same objections.
8            THE WITNESS:  Yes.
9  QUESTIONS BY MR. SHKOLNIK:
10       Q.    And your team of two people
11  grew after December of 2012, correct?
12       A.    Yes.
13       Q.    Now, over the period of time
14  after 2012, did you continue to have some
15  further understanding that the epidemic in
16  the United States, the opioid epidemic, was
17  growing -- a growing problem?
18            MR. HILL:  Object to the form.
19            THE WITNESS:  Just from what
20       I've noticed in the news.
21  QUESTIONS BY MR. SHKOLNIK:
22       Q.    Did you notice that any
23  other -- that any companies were implicated
24  or in some way referenced as being part of
25  the cause of the epidemic?

Page 25

1            MR. HILL:  Same objection.
2            THE WITNESS:  Just what I've
3       noticed in the news and in reading.
4  QUESTIONS BY MR. SHKOLNIK:
5       Q.    I understand.
6            So tell me some of the
7  companies that you came to understand were
8  sort of implicated in this opioid epidemic
9  developing.
10            MR. HILL:  Object to the form
11       and calls for speculation.
12            THE WITNESS:  Nothing really
13       stands out at the moment.  That was
14       several years ago.  I can't recall.
15  QUESTIONS BY MR. SHKOLNIK:
16       Q.    How about Purdue Pharma?  Does
17  that name ring any bells that may have been a
18  factor in developing the epidemic, the opioid
19  epidemic?
20            MR. HILL:  Same objections.
21            THE WITNESS:  I know that they
22       manufacture OxyContin.  That's a very
23       potent opioid.
24  QUESTIONS BY MR. SHKOLNIK:
25       Q.    You've also come to know that

7 (Pages 22 to 25)