EXHIBIT 378

Message

| | |
|---|---|
| **From**: | Bratton, Edward [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WALGREENS.ONMICROSOFT.COM-54052-BRATTON, EDWARD J. (EJB4E7BB377] |
| **Sent**: | 8/19/2013 11:57:26 AM |
| **To**: | Patel, Amish [amish.patel@walgreens.com] |
| **Subject**: | RE: Controlled Substance Order Quantity Override Form |

Hello Amish,

The Controlled Substance Order Monitoring system now in place sets limits for each item based on the chain average for that item for stores of similar size. If a particular store fills more of this item than normal and needs additional product we would need to document the reason and increase via a CSO Override (which it sounds like you have done). The purpose for this is to ensure we have performed adequate review before sending in additional inventory.

The previous system would continue to send additional product to the store without limit or review which made possible the runaway growth of dispensing of products like Oxycodone, that played a roll in the DEAs investigation of Walgreens.

So as it relates to this store... The store fills significantly more Zolpidem than stores of similar size which triggered the ceiling and review process.

Edward Bratton
Manager - Pharmaceutical Integrity
Walgreen Co.
200 Wilmot Road
Deerfield, IL 60015
P: 224-226-9494


-----Original Message-----
From: Patel, Amish
Sent: Monday, August 19, 2013 11:20 AM
To: Bratton, Edward
Subject: FW: Controlled Substance Order Quantity Override Form

Hey Ed,

Any insight as to why?

Thank you and be well,
Amish



-----Original Message-----
From: Pharmacy Manager 05092 [mailto:rxm.05092@store.walgreens.com]
Sent: Monday, August 19, 2013 12:10 PM
To: Patel, Amish
Cc: Store mgr.05092
Subject: Re: Controlled Substance Order Quantity Override Form

Amish,

I know some other stores are having this issue too.....but can you help explain to me limiting zolpidem so heavily. I have had 2 corporate complaints within a week, 90 OOS, and several long time customers transfer out due to not having this drug in stock. I was approved for 25 bottles, but with the oos I currently have I am already going to use 14 bottles. Is there any other suggestions you may have or advise you can give....it just seems the store is being set up to fail and having to deal with so many issues that should never have come up.
Thanks,
Melody

----- Original Message -----
From: "Patel, Amish" <amish.patel@walgreens.com>
To: "Store rxm.05092" <rxm.05092@store.walgreens.com>
Sent: Friday, August 16, 2013 9:51 AM

HIGHLY CONFIDENTIAL

Subject: FW: Controlled Substance Order Quantity Override Form


I sent in a request for 25 bottles and they were approved.

Thank you and be well,
Amish



-----Original Message-----
From: Tailor, Mayur [mailto:mayur.tailor@walgreens.com] On Behalf Of RxIntegrity
Sent: Friday, August 16, 2013 10:39 AM
To: waxahachiesail
Cc: Patel, Amish
Subject: FW: Controlled Substance Order Quantity Override Form

Please process the order requested below for Store:  05092.  WIC:  553697 x 25.

Be Well,
Rx Integrity Team



-----Original Message-----
From: amish.patel@walgreens.com [mailto:amish.patel@walgreens.com]
Sent: Friday, August 16, 2013 9:48 AM
To: RxIntegrity
Cc: Patel, Amish
Subject: Controlled Substance Order Quantity Override Form

Store Number: 34671

DistrictNumber:  152

DM Email Address:  roger.macaulay@walgreens.com

DLP Email Address:  Rick.fuehrer@walgreens.com

Store:  5092

Address:  3418 Mckinney ave

CityStateZip:  dallas, TX 75204

DEA:  BW6359093

Pharmacy Manager:  Melody Alexander

Pharmacy Supervisor:  Amish Patel

NDC:  00093-0074-01

WIC:  553697

Drug Name Strength:  zolpidem 10mg tabs

Package Size:  100 tabs

Order Quantity Needed:  25

Reason:  Other

If you selected Other please enter reason here:  Drug OOS

Provide a detailed explanation of this request including Rx sales history 13 week item movement current
on hand count inventory adjustments etc:  **We are sending many fills of this medication to other
locations for this medication and cannot order through cardinal.


Form Submitted On:  08/16/2013 09:47:54

HIGHLY CONFIDENTIAL

WAGMDL00021427

HIGHLY CONFIDENTIAL