# EXHIBIT 379

Message

**From**: Polster, Tasha [tasha.polster@walgreens.com]
**Sent**: 1/4/2013 8:40:36 AM
**To**: Mills, Steven [steven.mills@walgreens.com]
**Subject**: RE: Ceiling Update

Perfect, thanks!

---

**From:** Mills, Steven
**Sent:** Friday, January 04, 2013 8:40 AM
**To:** Polster, Tasha
**Subject:** RE: Ceiling Update

Currently today we only have the ability to investigate orders submitted by the RXS when they are using the Controlled Substance Quantity Override forms.  The orders the war room members are able to investigate today, are a week old.  In most cases these orders have already been shipped making it very hard for us to report any orders using Manuela's dashboard.  When Manuela's fix goes into place on January 22nd (daily order review), the number of orders we deem to be suspicious to increase dramatically.

As of today, we have 9 Controlled Substance Quantity Override forms that we deemed as suspicious.

The war room team members have about 40 stores on their radar having possible suspicious ordering habits which categorized them as "stores of interest."  Within any one of these stores we have multiple orders on various items which contain large negative adjustments, manual orders, and manually manipulated WHSE orders.  As we decrease the upper limit of ceiling more, the number of stores/workload will be increased.  We can control the workload by how much we decrease the ceiling value at any given time.

Let me know if you need anything further.

Be Well,
Steve

Steven Mills, CPhT
200 Wilmot Road, MS 220B
Deerfield, IL 60015
p. 847-315-2779
f. 847-315-3675


Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

---

**From:** Polster, Tasha
**Sent:** Thursday, January 03, 2013 8:07 PM

HIGHLY CONFIDENTIAL

WAGMDL00414048

**To:** Mills, Steven
**Subject:** RE: Ceiling Update

I just need to let Kermit know what kind of workload that you guys have.
He is going to want to know that we are justifying the head count we requested.
How many of those orders were reported to the DEA?

---

**From:** Mills, Steven
**Sent:** Thursday, January 03, 2013 2:29 PM
**To:** Polster, Tasha
**Subject:** Ceiling Update

As of today we have 537 stores over the ceiling on 209 items.

What other data did you want me pull for you?

Be Well,
Steve

**Steven Mills, CPhT**
200 Wilmot Road, MS 220B
Deerfield, IL 60015
p. 847-315-2779
f. 847-315-3675


Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

HIGHLY CONFIDENTIAL

WAGMDL00414049