# EXHIBIT 380

Message

| | |
|---|---|
| **From:** | Martin, Barb [/O=EXCHANGELABS/OU=EXCHANGE ADMINISTRATIVE GROUP (FYDIBOHF23SPDLT)/CN=RECIPIENTS/CN=WALGREENS.ONMICROSOFT.COM-54052-MARTIN, BARBARA A. ( BAM9EABDC27] |
| **Sent:** | 4/16/2013 9:34:40 AM |
| **To:** | Hein, Dan [dan.hein@walgreens.com] |
| **Subject:** | FW: Shrink Set |

Dan,

This was a company initiative to remove C2s from the warehouses in regards to DEA investigations. While the financial impact of no longer selling C2 items from the Walgreens DCs was taken into consideration, there is a greater risk to the company in fines and loss of licenses if we continue to sell these items in our warehouses. As changes are made to the systems, these items, since they are no longer considered as warehoused items, will fall off the report.

**Be Well,**
**Barb**

**Barbara A. Martin, R.Ph.**
Manager, Rx Inventory Drug Stores
Walgreen Co.
200 Wilmot Rd., MS #220B
T: 847-315-3044
F: 847-315-3675



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

**From:** Roytman, Igor
**Sent:** Tuesday, April 16, 2013 9:14 AM
**To:** Martin, Barb
**Cc:** Hein, Dan
**Subject:** FW: Shrink Set

Hi Barb,
Is this something you can help with?

Be Well,
Igor

Igor Roytman
Walgreens Co.
1417 Lake Cook Rd., MS# L471
Deerfield, IL 60015
p: (847) 964-6119

HIGHLY CONFIDENTIAL

WAGMDL00429246



Every day I help people **get, stay and live well.**

This message, including attachments, is the property of Walgreen Co. or its affiliates. It is intended solely for the individuals or entities to which it is addressed. This message may contain information that is proprietary, confidential and subject to attorney-client privilege. If you are not the intended recipient, please immediately notify the sender and delete this message from your system. Any viewing, copying, publishing, disclosure, distribution of this information, or the taking of any action in reliance on the contents of this message by unintended recipients is strictly prohibited.

**From:** Hein, Dan
**Sent:** Monday, April 15, 2013 8:28 PM
**To:** Roytman, Igor
**Subject:** FW: Shrink Set

Igor,

I have concerns about the shrink sets we have because of the issue with getting generics from the jobber. The controlled substances we get from Cardinal are so much more expensive than what we used to be able to get from warehouse. Is this something the company is addressing or should I send in the changes I feel we need? Without these changes, we may have significant physical inventory issues.
The graphic below shows the change in generics from cardinal

Thank you for your advice.

Dan

| Time Frame | Rx Price Modify $ | Rx Refund $ | HRP Rx Deletes | Drug Special Names | LPxRx Rank | Generic Jobber Lost GP $ | P&L vs. Intercom Variance $ |
|---|---|---|---|---|---|---|---|
| **Averages for Last 4 Weeks** | | | | | | | |
| WkEnd Apr 06, 2013 | $283.75 | -$108.45 | 32 | 4 | | | |
| WkEnd Mar 30, 2013 | $446.76 | -$100.75 | 35 | 4 | | | |
| WkEnd Mar 23, 2013 | $375.65 | -$104.99 | 35 | 5 | | | |
| WkEnd Mar 16, 2013 | $471.40 | -$104.31 | 36 | 5 | | | |
| **Averages for Last 13 Periods** | | | | | | | |
| PdEnd Mar 31, 2013 | $2,266.50 | -$543.59 | 176 | 20 | 106 | **$7,429** | $1,961 |
| PdEnd Feb 28, 2013 | $1,810.86 | -$399.84 | 133 | 16 | 69 | **$1,304** | -$411 |
| PdEnd Jan 31, 2013 | $2,245.75 | -$584.87 | 139 | 17 | 69 | **$2,100** | -$3,456 |
| PdEnd Dec 31, 2012 | $1,357.96 | -$360.49 | 169 | 15 | 65 | **$1,186** | $2,668 |

HIGHLY CONFIDENTIAL

WAGMDL00429247

| Time Frame | Rx Price Modify $ | Rx Refund $ | HRP Rx Deletes | Drug Special Names | LPxRx Rank | Generic Jobber Lost GP $ | P&L vs. Intercom Variance $ |
|---|---|---|---|---|---|---|---|
| PdEnd Nov 30, 2012 | $1,618.17 | -$419.11 | 127 | 11 |  | $1,464 | -$1,638 |
| PdEnd Oct 31, 2012 | $2,213.08 | -$442.55 | 128 | 12 | 199 | $1,787 | $1,264 |
| PdEnd Sep 30, 2012 | $1,832.25 | -$439.85 | 155 | 14 | 209 | $1,049 | $169 |
| PdEnd Aug 31, 2012 | $1,533.24 | -$343.58 | 123 | 11 | 132 | $1,302 | -$1,796 |
| PdEnd Jul 31, 2012 | $1,775.76 | -$324.53 | 122 | 10 | 187 | $1,691 | $478 |
| PdEnd Jun 30, 2012 | $2,537.13 | -$400.61 | 152 | 14 | 201 | $1,690 | $1,216 |
| PdEnd May 31, 2012 | $3,468.24 | -$310.82 | 125 | 12 | 198 | $1,535 | $1,622 |
| PdEnd Apr 30, 2012 | $3,635.17 | -$374.34 | 164 | 16 | 170 | $1,500 | $290 |
| PdEnd Mar 31, 2012 | $4,526.54 | -$474.20 | 139 | 13 | 138 | $1,423 | $140 |

**From:** Hillyer, Becky
**Sent:** Monday, April 15, 2013 6:11 PM
**To:** Hein, Dan
**Cc:** Smith, Marie
**Subject:** Shrink Set

Hey Dan,

Marie would like the RX operating statements reviewed and change any RX's that are currently set to Zero.  Please let me know if you need my help.

We also need to set up the next LPX review day.  Let me know if what day works for you.  Maybe we could review statements then…..

Thanks,

BH

HIGHLY CONFIDENTIAL

WAGMDL00429248