# EXHIBIT 381

Message

| | |
|---|---|
| From: | Gill, Maurya L. [maurya.gill@walgreens.com] |
| Sent: | 5/11/2011 10:21:39 AM |
| To: | Trumbull, Tammy S. [tammy.trumbull@walgreens.com] |
| Subject: | Re: VAWD Question |
| Attachments: | Inventory Controls Questionable Regular RX Orders Doc1.doc |

Hi Tammy,
No, I don't believe they asked me that specific question when they were here. I am attaching the Policy I used for Rx Questionable orders if that will help you.


Maurya Gill
Systems and Training Manager
Mt. Vernon DC



**Tammy Trumbull/LOG/Walgreens**

05/11/2011 08:39 AM

To Maurya Gill/LOG/Walgreens@Walgreens, Sharon Dery/LOG/Walgreens@Walgreens
cc
Subject VAWD Question


Hello there,

Did VAWD ever say anything to you about needing to monitor suspicious ordering for High Val items and Lifestyle Drugs? If so, what did you do? Do you have an in-house procedure for this or did you contact corporate?

We are in the very final stages of our approval and they are stating that our procedure doesn't mention the above.

Thank You,
Tammy Trumbull
Administration Manager
Walgreens Distribution Center
Perrysburg, OH
419-662-4061

HIGHLY CONFIDENTIAL
WAGMDL00751821