# EXHIBIT 387

```
 1              IN THE UNITED STATES DISTRICT COURT

 2               FOR THE NORTHERN DISTRICT OF OHIO

 3                        EASTERN DIVISION

 4

 5

 6    **********************************

 7    IN RE:

 8    NATIONAL PRESCRIPTION OPIATE      MDL No. 2804

      LITIGATION                        Case No. 17-md-2804

 9                                      Hon. Dan A. Polster

      This document relates to:

10

      All cases

11

      **********************************

12

13        HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

14                 CONFIDENTIALITY REVIEW

15                 VIDEOTAPED DEPOSITION OF:

16                      AMY PROPATIER

17                       MOTLEY RICE

18                     55 Cedar Street

19                  Providence, Rhode Island

20            November 29, 2018    9:15 a.m.

21

22                   Darlene M. Coppola

23               Registered Merit Reporter

24               Certified Realtime Reporter
```

| | |
|---|---|
| 1 |  |
| 2 | |
| 3 | |
| 4 | |
| 5 | |
| 6 | |
| 7 | |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | Q. And this document says that "Amy |
| 16 | Propatier (CVS DEA compliance coordinator) and |
| 17 | Frank Devlin, director of logistics loss |
| 18 | prevention." Is that correct? |
| 19 | A. Yes. |
| 20 | Q. Were you, at the time of this |
| 21 | document, the CVS DEA compliance |
| 22 | coordinator? |
| 23 | MR. BUSH: Well, objection. |
| 24 | A. That was a title for reference in |

Highly Confidential - Subject to Further Confidentiality Review

```
 1        SOPs.  My title -- my job position title was
 2        logistics pharmacy services manager.
 3        BY MR. BAKER:
 4            Q.   Did you ever hold the title of CVS DEA
 5        compliance coordinator?
 6            A.   Yes.  As a title for SOP reference,
 7        yes.
 8            Q.   And did you perform duties as a DEA
 9        coordinator or not -- DEA compliance
10        coordinator for CVS?  Let me repeat the
11        question.
12                 Did you perform duties as a CVS DEA
13        compliance coordinator while under the employ
14        of CVS?
15            A.   What type of duties?  I don't know
16        what you mean.
17            Q.   Did you perform any type of DEA
18        compliance coordinator duties while under the
19        employ of CVS?
20            A.   I submitted ARCOS reporting, yes.
21            Q.   Did you have anything at all to do
22        with suspicious order monitoring?
23                     MR. BUSH:  Objection, but you
24        can answer.
```

Highly Confidential - Subject to Further Confidentiality Review

1      A.   No, only updating the SOP with what
2      was provided for the program.