# EXHIBIT 389

```
 1                UNITED STATES DISTRICT COURT

 2                 NORTHERN DISTRICT OF OHIO

 3                      EASTERN DIVISION

 4

 5    ------------------------------)  MDL No. 2804

 6    IN RE:   NATIONAL PRESCRIPTION )

 7    OPIATE LITIGATION              )

 8    ------------------------------)  Case No. 17-md-2804

 9    THIS DOCUMENT RELATES TO:      )

10    ALL CASES                      )

11    ------------------------------)  Hon. Dan A. Polster

12

13                    HIGHLY CONFIDENTIAL

14        SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

15

16                   VIDEOTAPED DEPOSITION OF

17                        ELLEN WILSON

18

19                      January 24, 2019

20

21                    Indianapolis, Indiana

22

23

24
```

1
2
3
4
5
6
7
8
9
10

11     Q.    Let me ask you a question because this is

12  actually important.

13           You said that you would go to Ms. Hinkle

14  if an order was too big, correct?

15     A.    Yes.

16     Q.    You would alert her?

17     A.    Yes.

18     Q.    So you would have to make that judgment,

19  correct?

20     A.    Yes.

21     Q.    How would you make that judgment?

22     MR. HYNES:  Objection to form.

23  BY THE WITNESS:

24     A.    When you're in there day in and day out

Highly Confidential - Subject to Further Confidentiality Review

```
 1    you just know when an order is too big.
 2    BY MR. GOETZ:
 3         Q.    Mr. Milikan testified it was a gut
 4    feeling?
 5         A.    Yes.
 6         MR. HYNES:  Objection.
 7    BY MR. GOETZ:
 8         Q.    Would you agree it's a gut feeling?
 9         A.    Yes.
10         Q.    Okay.  And I appreciate that, but
11    unfortunately we are going to have to explain to
12    experts and a jury what that means.
13               So what does that mean, that gut feeling?
14         MR. HYNES:  Objection to form.
15    BY THE WITNESS:
16         A.    You just know after you're in there day in
17    and day out what's a big number.  Like if they are
18    ordering, like, five, five, five and then all of a
19    sudden there is 150, that's a red flag.
20    BY MR. GOETZ:
21         Q.    When you say "they are ordering" --
22         A.    The --
23         Q.    -- "five, five, five"?
24         A.    On the pick document, if it says --
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   every -- every item in that cage they want five and
 2   then all of a sudden it shoots up to, like, 150, that
 3   would be a red flag.
 4        Q.    Okay.  So if -- if they want five
 5   Amoxicillin and then 150 hydro, that's a problem.
 6              Is that what I'm hearing you say?
 7        A.    Amoxicillin is not in the cage.
 8        Q.    So what is in the cage?  You talked about
 9   testosterone.
10        A.    Testosterone.
11        Q.    If they want five units of -- of
12   testosterone and 150 of hydro, that to you is a sign
13   there is a problem?
14        A.    Yes.
15   ████████████████████████████████████████████████████
16   ████████████████████████████████████████████████████
17   ████████████████████████████████████████████████████
18   ████████████████████████████████████████████████████
19        A.    Charlotte Rucker, when she trained me, she
20   said as -- we have three different size bottles of
21   hydrocodone in the cage.  She said, As a rule you send
22   out 12 -- no more than 12 of the little ones, six of
23   the big ones and two to three of the bigger -- the
24   large size ones as a rule across the board.
```

```
 1    BY MR. GOETZ:
 2        Q.    And that was in 1996?
 3        A.    Yes.
 4        Q.    And did you live by that rule for the --
 5    for the remainder of your time there?
 6        A.    Yes.
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
```