# EXHIBIT 390

| | |
|---|---|
| **From:** | Levitt, Michael [NORUS] </O=JNJ/OU=NORUSAT/CN=RECIPIENTS/CN=MLEVITT> |
| **To:** | Bezares, Kristina [HCSUS]; Corum, Belinda [GPSUS] |
| **CC:** | DL-CLSUS JOM Customer Support Services; Park, SeWha [GPSUS]; Shah, Sonali [GPSUS]; Magallanes, Bud [GPSUS]; Khotinsky, Gabrielle [GPSUS]; Mayersohn, Christine [HCSUS] |
| **Sent:** | 7/21/2015 8:54:14 PM |
| **Subject:** | RE: 1 Order on SOM Report for 21-July-2015 |

Ok to release the 288 eaches.

---

**From:** Bezares, Kristina [HCSUS]
**Sent:** Tuesday, July 21, 2015 4:49 PM
**To:** Levitt, Michael [NORUS]; Corum, Belinda [GPSUS]
**Cc:** DL-CLSUS JOM Customer Support Services; Park, SeWha [GPSUS]; Shah, Sonali [GPSUS]; Magallanes, Bud [GPSUS]; Khotinsky, Gabrielle [GPSUS]; Mayersohn, Christine [HCSUS]
**Subject:** 1 Order on SOM Report for 21-July-2015

Hi Mike,

There is one order on today's report for 21-July-2015.

43143472 – McKesson originally ordered 636 eaches which SeWha just reduced to 288 eaches. This is an nRDC order.

Thank you,

*Kristina Bezares*
**Senior Customer Logistics Coordinator**
Customer & Logistics Services
**JOM Pharmaceutical**
(P): 732-562-2137
(E): Kbezare1@its.jnj.com

**Confidentiality Notice:** This e-mail transmission may contain confidential or legally privileged information that is intended only for the individual or entity named in the e-mail address. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution, or reliance upon the contents of this e-mail is strictly prohibited. If you have received this e-mail transmission in error, please reply to the sender, so that Johnson & Johnson can arrange for proper delivery, and then please delete the message from your Inbox. Thank you