# EXHIBIT 399

| | |
|---|---|
| **From:** | Ducca, Anita |
| **Sent:** | Monday, October 31, 2016 4:10 PM |
| **To:** | 'Patrick M. Kelly (pkelly@hda.org)' |
| **Subject:** | Chronology of HDMA DEA involvement updated 10-31-16.pptx |
| **Attachments:** | Chronology of HDMA DEA involvement updated 10-31-16.pptx |

Hi, Patrick, per your request, attached is the chronology of interactions with DEA. It focuses mostly on meetings we had with them and includes an occasional "one off" clarification request that we've had, but not our usual rulemaking comment letters.

Please look especially at slides #11 and 12 to see if you can think of anything else. (#13 has the DMC-specific speaking events)

Also, on slide 11, if I recall correctly, you or maybe John G, sent a letter to either Lou or to Chuck asking for a speaker at DMC. I don't have the letter or the date. Do you?

Finally, Michelle Leslie asked for a list of when DEA spoke. Perry is asking her to put together something similar but I think this should do it for both.

Anita

1

CONFIDENTIAL                                                                                                                                                                           HDA_MDL_000081363