# EXHIBIT 402

CONFIDENTIAL

HDA_MDL_000213078

# DEA Suspicious Orders:
## Recommended Industry Compliance Guidelines

Regional Roundtable

May 7, 2008

CONFIDENTIAL
HDA_MDL_000213079

# Today's Agenda

- Background/Overview
- Rationale for "Industry Compliance Guidelines" (ICGs)
- Process for Development
- Describe ICGs
- DEA Meeting Summary
- Next Steps
- Other DEA Issues

CONFIDENTIAL

HDA_MDL_000213080



# Industry Compliance Guidelines At a Glance

## Introduction

**I.  Know Your Customer**
- Info Gathering, review, investigation

**II.  SO Monitoring**
- System design
- i.d. product/customer characteristics for "Thresholds"
- Cumulative reviews
- Stop shipments

**III.  Investigation of Orders of Interest**
- Initial Review, Investigating further, documentation, shipment and reporting, future customer orders

CONFIDENTIAL
HDA_MDL_000213082

# Industry Compliance Guidelines At a Glance (Cont'd)

IV. **File Suspicious Order Reports**
   - Immediate reporting
   - Correspondence
   - Documentation

V. **Employees, Training and SOPs**

VI. **Additional Recommendations**

CONFIDENTIAL HDA_MDL_000213083

# April 15 Presentation to DEA

- Purpose: Demonstrate Industry Commitment
  - Clarify requirements for distributors
  - Making tangible efforts
  - Hopefully, receive DEA "Imprimatur"

- Reviewed the ICGs

- Described anticipated "launch" activities, e.g.,
  - Public availability & announcement(s)
  - Education - HDMA members, pharmacists
  - Outreach - Allied trade associations, Pain Care Forum
  - The Hill

CONFIDENTIAL

# DEA Reaction

- Only one question: *Please clarify "what is stopped"* [when a threshold is exceeded]?

- Gleason pleased
    - DEA "welcomes the dialogue"
    - Agreed to meet again after review

- Little additional reaction

CONFIDENTIAL                                                                                                                                         HDA_MDL_000213085

# Next Steps

- DEA requested a follow-up meeting
  - Date TBD
  - HDMA suggested week of May 12

- HDMA will
  - Review DEA reaction with appropriate committees
  - Further HDMA action/reaction depends on DEA and Committee input

CONFIDENTIAL

HDA_MDL_000213086

# Additional DEA Activities

- In-Transit Losses
- Iodine
- Methadone
- 2 Proposed Rules
  - Form 222
  - Self-Certification Numbers
- Meeting with Mark Caverly

CONFIDENTIAL
HDA_MDL_000213087







CONFIDENTIAL
HDA_MDL_000213088