EXHIBIT 403



# HDMA DEA Suspicious Orders "Best Practices"

GPPC
February 12, 2008

CONFIDENTIAL

HDA_MDL_000213058

# Today's Agenda

- HDMA efforts to date
- Background - DEA SO requirements
- Purpose & Next Steps
- Describe potential BPs
- Key points & questions for GPPC
- Additional issues

Goals

- Agree upon final draft BPs for Exec. Committee review
- Resolve partial shipment issue
- Receive GPPC input on BP's content & next steps

2

CONFIDENTIAL

# Recent HDMA Activities
## Suspicious Orders

| | |
|---|---|
| 09/07/07 | Meeting with DEA on suspicious orders |
| 12/19/07 | Outside Counsel recommendation to move forward |
| 01/03/08 | Request for members' existing BPs |
| Week of 02/07/08 | Follow-up requests for BPs and interviews |
| 01/10/08 | Pain Coalition presentation |
| 01/11/0 | Contract – Wilson Security Services |
| 01/13/08 | Pharmacy Assn Meeting (NACDS, APhA, NCPA) |
| Week of 01/21/08 | Member interviews on current practices |
| 01/31/08 | HDMA Suspicious Orders and Diversion prevention meeting - review draft BPs |
| 02/08/08 | RAC review of revised draft |
| 02/12/08 | GPPC BP review |

HDMA

3

HDA_MDL_000213060

# Recent HDMA Activities on DEA
## Non-Suspicious Orders

| | |
|---|---|
| Late Spring & Summer '07 | i.d. issues; conference calls |
| 09/11/07 | Attended DEA pharmaceutical conference |
| 09/20/07 | Attended DEA methadone "public" meeting |
| 10/16 & 17, '07 | HDMA and Member DEA planning meeting |
| 11/20/07 | Filed comments on DEA self-certification proposed rule |
| 12/03/07 | "Comments" on methadone advisory |
| 12/17/07 | Meeting with Denise Curry – methadone |
| 12/19/07 | Requested that DEA provide a list of eligible methadone 40 mg recipients |
| 01/03/08 | Posted list of eligible methadone registrants on HDMA Web site |
| 01/28/08 | Filed comments on proposed rule to change Form 222 format |

HDMA

4

HDA_MDL_000213061

# Regulatory Implementation

- CSA section 301
  - DEA may promulgate and enforce any rules, regulations or procedures relating to registration and control of manufacture or distribution of controlled substances
- 21 CFR § 1301.74(b)
  - Design and operate a **system** to disclose to the registrant suspicious orders of controlled substances
  - Inform the local DEA office "**when discovered**"
  - "Suspicious order" include orders of "unusual size," deviating substantially from a normal pattern, and orders of "unusual frequency"



5

HDA_MDL_000213062

# Security Requirements

- "All applicants and registrants shall provide effective controls and procedures to guard against theft and diversion of controlled substances." 21 C.F.R. 1301.71(a)

- "In evaluating the overall security system of a registrant or applicant, the Administrator may consider . . . The <u>adequacy of the registrant's or applicant's system</u> for monitoring the receipt, manufacture, distribution, and disposition of controlled substances in its operations" *Id.* at 1301.71(b)(14)



6

HDA_MDL_000213063

# What Has Changed?
# September 27, 2006 Letter

- Reporting a S.O. not enough - distributor must also maintain effective controls against diversion

- Registrant *cannot* rely solely on customer's DEA registration and state licensure

- Apparent emphasis on "internet pharmacies"

*HDMA*

7

CONFIDENTIAL

HDA_MDL_000213064

# What Has Changed?
# December 27, 2007 Letter

- Deviation from "normal pattern" is not only determined by order size

- "Suspicious" nature of order depends not on pattern of ordering customer, but on patterns of registrant's *customer's base* and patterns "throughout . . . the regulated industry."

- "Rigid formulas" may be insufficient



8

CONFIDENTIAL

HDA_MDL_000213065

# December 27, 2007 Letter (continued)

- "Registrants must <u>conduct an independent analysis</u> of suspicious orders <u>prior</u> to completing a *sale*"

- "Reporting an order as suspicious will not absolve the registrant of responsibility if the registrant knew, ***or should have known***, that the controlled substance were being diverted." (emphasis supplied)

*HDMA*

9

HDA_MDL_000213066

# Purpose of BPs

- Help to sort out confusion about DEA requirements among HDMA members

- Demonstrate distribution industry's tangible efforts

- Positive PR



10

CONFIDENTIAL

HDA_MDL_000213067

# Next Steps

- HDMA Exec. Committee Review - Feb. 22
- Continue Pharmacy Association/Pain Coalition discussions
  - Encourage Supply Chain Partner Best Practices
- Request meeting with DEA Acting Administrator
  - Request DEA endorsement of BPs as "Safe Harbor"
  - What if request is denied (?)
- Hill visits
- BP Release Announcement (?)
- Additional options & DEA requests (?)



11

HDA_MDL_000213068

# Potential Best Practices
# I. Know Your Customer

- **Information gathering**
  - Distributor requests information about the potential customers' background, customer base, credit, etc.
- **Information review**
  - distributor verifies completeness and *carefully* reviews information
- **Investigation**
  - Additional background information from non-customer sources
- **Additional Recommendations**



12

CONFIDENTIAL

# Potential Best Practices
# II. Suspicious Order Monitoring

- **System design**
  - establish groups or "families" of drugs based on class of trade &/or product

- **Develop "Thresholds"**
  - Calculate "average" orders for "families"
  - Id. orders of "unusual" size/frequency/pattern
  - Cumulative orders

- **Stop shipments**

HDMA

13

CONFIDENTIAL

HDA_MDL_000213070

# Potential Best Practices
# III. Investigation of Orders of Interest;
# Shipment Decisions

- **Preliminary Steps**
  - Designating an Investigator(s)

- **Initial Review**

- **Investigating the Order**
  - Perform if "initial review" doesn't resolve questions
  - Contains elements of the investigation

- **Shipment Decisions and Reporting to DEA**

- **Future Customer Orders**

14

CONFIDENTIAL

HDA_MDL_000213071

# Potential Best Practices
## IV., V. & VI. - File SO Reports With DEA; Employees, Training & SOPs; Additional Recommendations

## Filing a SO Report
- Immediate DEA Notification
- Correspondence - Where/how to send

## Training and SOPs
- Training for anyone involved in controlled substances
- Written SOPs

## Additional Recommendations
- Periodic audits, updates, reviews, etc.



15

CONFIDENTIAL

HDA_MDL_000213072

# Key Points - Jan. 31 Meeting

- Implementing the BPs will expand distributors' efforts *considerably*

- Inevitably impacts customers – may be significant

- May differ based on customer type (e.g., pharmacy vs. physician)

- Includes automated systems; written SOPs etc.

- Must be *very* careful when defining "suspicious"

- Expands staff training (e.g., sales force; pickers)

- No more end of month SO reporting

- Site inspections not included (so far) but could be considered

*HDMA*

16

HDA_MDL_000213073

# Question A – Partial Shipments?

**If a specific drug code product order is potentially suspicious, should the distributor be able to ship part of the order for that particular product *prior* to further evaluation? (7 in favor, 3 opposed, 1 abstention, 1 absent)**

- <u>Pro</u>
  - Customer likely needs the product for patients
  - Customer can easily "get around" hold-up by ordering from another distributor
  - Consistent with current practice for many distributors

- <u>Con</u>
  - DEA correspondence/interpretations do not support this practice
  - DEA may reject HDMA requests to back-off aggressive actions if we press for this interpretation
  - Could result in negative PR



17

# Question B – Timing of DEA Reports

**Should the distributor report a drug code product order to DEA that triggers a threshold after the "initial review" and *before* a comprehensive "investigation"? (The alternative is to report *after* the investigation if it reveals an order is likely "suspicious"?)**

- **Pro (reporting *before* investigation)**
  - "Safer" given DEA's expectations
  - Reporting decision process is clearer
  - May appear more appealing for PR purposes

- **Con (reporting *before* investigation)**
  - Unnecessary reporting may occur; DEA also wants 'true' reports
  - Customer may be subject to unwarranted DEA scrutiny if investigation later finds no problems
  - Liability unclear



18

HDA_MDL_000213075

# Additional Issues Under Consideration

- Should Pharmacies develop BPs of their own?
- Should HDMA support an "accreditation" program – e.g., customer inspection by a 3rd party?

  - *HDMA should first talk to Pharmacy groups*

- Should HDMA recommend making the BPs a regulation?
  - Has many pros and cons
  - Some elements may not be appropriate for a regulation, but didn't rule out

    - *HDMA should prepare a final version, first; members wish to discuss internally in their companies*



19

HDA_MDL_000213076



CONFIDENTIAL

HDA_MDL_000213077