EXHIBIT 404

# "Suspicious Orders" and Diversion Prevention

## HDMA

January 31, 2008

Arlington, Virginia



CONFIDENTIAL

HDA_MDL_000213229

# Update Topics

Redacted



CONFIDENTIAL

HDA_MDL_000213230



CONFIDENTIAL
HDA_MDL_000213231





CONFIDENTIAL

HDA_MDL_000213233



CONFIDENTIAL

HDA_MDL_000213234



Redacted

CONFIDENTIAL　HDA_MDL_000213235



Redacted

CONFIDENTIAL HDA_MDL_000213236





Redacted

CONFIDENTIAL



Redacted

CONFIDENTIAL HDA_MDL_000213239

# Discussion



CONFIDENTIAL HDA_MDL_000213240