# EXHIBIT 406


Case: 1:17-md-02804-DAP Doc #: 1965-88 Filed: 07/23/19 2 of 18. PageID #: 169364

Sus
January 31, 2008
HDMA

1

CONFIDENTIAL HDA_MDL_000213212

- Review Anti-Trust and Anti-Harassment Policies
- Background
  - DEA SO requirements
  - HDMA BP's – efforts to date
- Legal and Policy Perspective
- Potential Best Practices; questions for Attendees
- Discussion; Member input
- "Model" modifications; areas for further review
- Next steps; additional DEA issues

HDMA

HDMA
3

Case: 1:17-md-02804-DAP Doc #: 1965-88 Filed: 07/23/19 5 of 18. PageID #: 169367

Redacted
HDMA

4

CONFIDENTIAL HDA_MDL_000213215



Case: 1:17-md-02804-DAP Doc #: 1965-88 Filed: 07/23/19 6 of 18. PageID #: 169368

Redacted
HDMA

5

CONFIDENTIAL HDA_MDL_000213216



Case: 1:17-md-02804-DAP Doc #: 1965-88 Filed: 07/23/19 7 of 18. PageID #: 169369

Redacted
HDMA

6

CONFIDENTIAL HDA_MDL_000213217



Case: 1:17-md-02804-DAP Doc #: 1965-88 Filed: 07/23/19 8 of 18. PageID #: 169370

Redacted

7

CONFIDENTIAL HDA_MDL_000213218



Case: 1:17-md-02804-DAP Doc #: 1965-88 Filed: 07/23/19 9 of 18. PageID #: 169371

Redacted
HDMA

8

CONFIDENTIAL HDA_MDL_000213219

Redacted
HDMA

Case: 1:17-md-02804-DAP Doc #: 1965-88 Filed: 07/23/19 11 of 18. PageID #: 169373

Redacted
HDMA

10

CONFIDENTIAL HDA_MDL_000213221

HDMA

Redacted
HDMA

Case: 1:17-md-02804-DAP Doc #: 1965-88 Filed: 07/23/19 14 of 18. PageID #: 169376

Redacted
HDMA

13

CONFIDENTIAL HDA_MDL_000213224

Redacted
HDMA

Case: 1:17-md-02804-DAP Doc #: 1965-88 Filed: 07/23/19 16 of 18. PageID #: 169378

HDMA

15

CONFIDENTIAL HDA_MDL_000213226

Redacted



Case: 1:17-md-02804-DAP Doc #: 1965-88 Filed: 07/23/19 18 of 18. PageID #: 169380

Redacted
HDMA

17

CONFIDENTIAL HDA_MDL_000213228