EXHIBIT   410

| | |
|---|---|
| **From:** | Ducca, Anita |
| **Sent:** | Wednesday, January 02, 2008 9:38 PM |
| **To:** | 'wssinc@verizon.net' |
| **Subject:** | Suspicious Orders Project |
| **Attachments:** | DEA Org chart and SO Check List 9-07-07.pdf; DEA Ltr to Distributors on Susp Orders.pdf; Notes for Exec Cmte meeting 5-17-07 on Susp Orders.doc; Draft Project Proposal for Suspicious Orders v 2 general .doc |

Dear Bill, Please find attached the information we discussed.  The last attachment contains the "Scope of Work" for the project proposal.  As I mentioned, this is draft but should give you some idea of what we're looking at.
Thanks,
Anita

Anita T. Ducca
Senior Director, Regulatory Affairs and Healthcare Policy
Healthcare Distribution Management Association
901 North Glebe Road, Suite 1000
Arlington, VA  22203
Direct: (703) 885-0240
Fax: (703) 935-3200
www.HealthcareDistribution.org

....................................................................

New Release!
***2007-2008 HDMA Factbook***
**Data Central: Supply Chain Research That *Delivers* Results**
<u>Get your copy today!</u>

1

CONFIDENTIAL



**U.S. Department of Justice**
Drug Enforcement Administration

# Office of Diversion Control

**Joseph T. Rannazzisi**
Deputy Assistant Administrator
(OD)

**Denise Curry**
Deputy Director (OD/D)

Johanna Clifford (OD/DX)

**Gary L. Boggs**
Executive Assistant (ODX)

James Crawford
Special Assistant (ODXS)

---

**Twila H. Bradley**
Diversion Planning &
Resources Section (ODA)

Diane Parks
Special Assistant
(ODAX)

Twila H. Bradley (A)
Diversion Financial
Unit (ODAF)

Diane Parks (A)
Diversion Staffing &
Support Unit (ODAS)

Vacancy
Diversion Technical
Planning Unit (ODAT)

---

**Christine Sannerud**
Drug &Chem. Evaluation
Section (ODE)

Susan Carr
Assoc. Section Chief,
Scientific (ODE)

James Tolliver
Drug & Chemical
Control Unit (ODEC)

Liqun Wong
Data Analysis Unit
(ODED)

Matthew Strait
Quota & UN Reporting
Unit (ODEQ)

---

**Michael R. Mapes**
Regulatory Section
(ODG)

Vacancy
Deputy Section Chief
(ODG/D)

Mark Via
Import/Export Unit
(ODGI)

Susan Baker
Regulatory Unit
(ODGR)

---

**Mark W. Caverly**
Liaison and Policy
Section (ODL)

Cathy A. Gallagher
Assoc. Section Chief
(ODL/A)

Erika Gehrmann
Liaison Unit
(ODLL)

Loren Thomas Miller
Policy Unit
(ODLP)

Michelle A. Ferritto
Regulatory Drafting Unit
(ODLR)

---

**Richard A. Boyd**
Registration and Prog.
Support Section (ODR)

Mary Johnson-Rochee
Deputy Section Chief
(ODR/D)

Alan N. Drumheller
ARCOS Unit
(ODRA)

Bill Guilford
Operations Unit
(ODRO)

Vacancy
Customer Response
Unit (ODRR)

---

**John Bossert (A)**
Diversion Technology
Section (ODT)

Frank Moreno
Deputy Section Chief
(ODT/D)

Vacancy
Security/Cert./Accred.
(Team A)

John Bossert
Hardware Support &
Development (Team B)

Vacancy
Application Support &
Development (Team C

---

# INTERNET PHARMACY
## Decision Questions

1. Have you physically inspected the pharmacy?
   _____

2. Does the pharmacy accept walk-in customers?
   _____

3. Is the pharmacy licensed for sales in all required states?
   _____

4. Does the pharmacy purchase a wide range of drug products from distributors?
   _____

5. What percentage of the pharmacy's drug purchases are controlled substances?
   _____

6. Has the pharmacy requested to pick up orders rather than have them delivered to the pharmacy?
   _____

7. Is the pharmacy ordering more than 3,000 dosage units of phentermine a month?
   _____

8. Is the pharmacy ordering more than 5,000 dosage units of hydrocodone combination products a month?
   _____

9. Is the pharmacy ordering more than 5,000 dosage units of alprazolam a month?
   _____

CONFIDENTIAL

10. If the pharmacy has a web site or is related to a web site:

    a.   Are reasonable retail prices listed on the web site?     _____

    b.   Is there a patient medical history questionnaire on the web site?     _____

    c.   Does the prescribing doctor perform a physical exam of each patient?     _____

    d.   Does the website accept third party payment (i.e. insurance) for the Internet prescriptions?     _____

    e.   Does the web site offer to sell drugs without a prescription?     _____

11. Is the pharmacy VIPPS certified?     _____

12. Who pays the distributor for the drugs, the pharmacy or a third party?     _____

7-29-05

CONFIDENTIAL