EXHIBIT 421

**To:** Debra Chase[dchase@riteaid.com]
**Cc:** Marian L. Wood[mwood@riteaid.com]
**From:** Marion Wood
**Sent:** 2011-04-18T13:53:33-04:00
**Importance:** Normal
**Subject:** RE: Threshold Exception list
**Received:** 2011-04-18T13:53:45-04:00
MAXIMUM PICK. 04.2011.revised.doc

Sorry, that's not the correct one, this one is.

---

**From:** Marion Wood [mailto:mwood@riteaid.com]
**Sent:** Monday, April 18, 2011 1:30 PM
**To:** dchase@riteaid.com
**Cc:** mwood@riteaid.com
**Subject:** Threshold Exception list

Debra,
Attached is the final version from Friday. Is this not the one I posted?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER       Rite_Aid_OMDL_0012503

# MAXIMUM PICK ALLOWANCE
## (THIS DOES NOT INCLUDE THE PSE ITEMS)

(pill count)
**100's** – 50 BOTTLES
(THIS AMOUNT INCLUES LIQUIDS & SPRAYS)
**500'S** – 10 BOTTLES
**1000'S** – 5 BOTTLES

## WITH THE FOLLOWING EXCEPTIONS:

**STORE 408 -**   **TRAMADOL 50MG TAB 100**
             0088258   105-04-C01
             **70 BOTTLES**

**STORE 1818 -** **SUBOXONE (ONLY)**
             0601047   105-08-D07
             **150 BOTTLES**

**STORE 2389 and 3151**
             – **HYDRO/APAP 5/500 TAB 500**
             0089250  105-11-A02
             **15 BOTTLES**

**STORE 4125 –** SUBOXONE (ONLY)
             0601047   105-08-D07
             **75 BOTTLES**

**STORE 10437 -** **SUBOXONE (ONLY)**
             0601047   105-08-D07
             **110 BOTTLES**

04/2011



04/2011

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0012505