# EXHIBIT 422

**To:** Janet M Hart[jhart@riteaid.com]; Andrea Bucher[abucher@riteaid.com]; Christopher Belli[cbelli@riteaid.com]
**Cc:** Marian L. Wood[mwood@riteaid.com]
**From:** Marian L. Wood
**Sent:** 2012-08-06T07:31:43-04:00
**Importance:** Normal
**Subject:** Above Threshold JULY 2012
**Received:** 2012-08-06T07:31:43-04:00
Threshold Log. 2012.xls

JULY 2012

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0014035

| Date | Store | Item# | Description | Qty Ordered | Allowable Qty | Reason |
|---|---|---|---|---|---|---|
| 5/1/12 | 277 | 88258 | TRAMADOL HCL 50MG TAB 100 | 59 | 50 | AUTO REPLEN |
| 5/1/12 | 3702 | 603480 | C3 TESTOSTERONE CYP 200MG/ML 1 | 41 | 41 | S/W PIC CAREY, WANTED ALL 41 |
| 5/1/12 | 3037 | 88258 | TRAMADOL HCL 50MG TAB 100 | 51 | 50 | AUTO REPLEN |
| 5/1/12 | 1662 | 601971 | CLARITIN D 24HR 240MG TAB 15CT | 28 | 24 | AUTO REPLEN |
| 5/2/12 | 3246 | 88258 | TRAMADOL HCL 50MG TAB 100 | 62 | 50 | AUTO REPLEN |
| 5/2/12 | 4777 | 88258 | TRAMADOL HCL 50MG TAB 100 | 52 | 50 | AUTO REPLEN |
| 5/2/12 | 4782 | 601971 | CLARITIN D 24HR 240MG TAB 15CT | 27 | 24 | AUTO REPLEN |
| 5/2/12 | 4295 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 25 | 24 | AUTO REPLEN |
| 5/2/12 | 10528 | 601971 | CLARITIN D 24HR 240MG TAB 15CT | 26 | 24 | AUTO REPLEN |
| 5/4/12 | 7831 | 603337 | ZYRTEC-D TAB 24S 5-120MG | 26 | 24 | AUTO REPLEN |
| 5/6/12 | 3715 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 48 | 24 | AUTO REPLEN |
| 5/6/12 | 10950 | 603813 | BRONKAID CAPLET 60CT | 30 | 24 | AUTO REPLEN |
| 5/7/12 | 4962 | 601970 | CLARITIN D 12HR 120MG TAB 30CT | 29 | 24 | AUTO REPLEN |
| 5/9/12 | 4363 | 105047 | C3A HYDRO/APAP 7.5/750MG TAB 500 | 11 | 10 | AUTO REPLEN |
| 5/9/12 | 3510 | 105047 | C3A HYDRO/APAP 7.5/750MG TAB 500 | 15 | 10 | AUTO REPLEN |
| 5/9/12 | 11267 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 28 | 10 | S/W KATHY, ONLY WANTED 10 |
| 5/9/12 | 4431 | 88258 | TRAMADOL HCL 50MG TAB 100 | 51 | 50 | AUTO REPLEN |
| 5/9/12 | 2790 | 89702 | LEVONORGESTREL 0.75 MG TAB 2 | 25 | 24 | AUTO REPLEN |
| 5/10/12 | 1615 | 105047 | C3A HYDRO/APAP 7.5/750MG TAB 500 | 11 | 10 | AUTO REPLEN |
| 5/10/12 | 3706 | 88258 | TRAMADOL HCL 50MG TAB 100 | 53 | 50 | AUTO REPLEN |
| 5/10/12 | 4309 | 601970 | CLARITIN D 12HR 120MG TAB 30CT | 25 | 24 | AUTO REPLEN |
| 5/11/12 | 4186 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 48 | 24 | AUTO REPLEN |
| 5/11/12 | 4240 | 105047 | C3A HYDRO/APAP 7.5/750MG TAB 500 | 13 | 10 | AUTO REPLEN |
| 5/13/12 | 1936 | 89702 | LEVONORGESTREL 0.75 MG TAB 2 | 30 | 24 | AUTO REPLEN |
| 5/13/12 | 174 | 601971 | CLARITIN D 24HR 240MG TAB 15CT | 26 | 24 | AUTO REPLEN |
| 5/13/12 | 6715 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 40 | 24 | AUTO REPLEN |
| 5/14/12 | 1825 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 57 | 50 | S/W PIC JOHN, WANTED ALL 50 |
| 5/14/12 | 1825 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 90 | 50 | S/W PIC JOHN, WANTED ALL 50 |
| 5/14/12 | 1212 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 60 | 50 | S/W PIC PATRICIA, WANTED ALL 50 |
| 5/14/12 | 3663 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 30 | 24 | AUTO REPLEN |
| 5/14/12 | 3663 | 89702 | LEVONORGESTREL 0.75 MG TAB 2 | 30 | 24 | AUTO REPLEN |
| 5/15/12 | 3362 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 71 | 50 | AUTO REPLEN |
| 5/15/12 | 2309 | 105046 | C3A HYDRO/APAP 5/500MG TB 500 | 14 | 10 | AUTO REPLEN |
| 5/15/12 | 2389 | 105046 | C3A HYDRO/APAP 5/500MG TB 500 | 17 | 15 | EXCEPTION FOR 15 BOTTLES ONLY |
| 5/15/12 | 3095 | 105046 | C3A HYDRO/APAP 5/500MG TB 500 | 12 | 10 | AUTO REPLEN |
| 5/15/12 | 3490 | 105046 | C3A HYDRO/APAP 5/500MG TB 500 | 11 | 10 | AUTO REPLEN |
| 5/15/12 | 326 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 72 | 50 | AUTO REPLEN |
| 5/16/12 | 2351 | 88258 | TRAMADOL HCL 50MG TAB 100 | 56 | 50 | AUTO REPLEN |
| 5/16/12 | 385 | 88258 | TRAMADOL HCL 50MG TAB 100 | 58 | 50 | AUTO REPLEN |
| 5/17/12 | 10474 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 71 | 50 | AUTO REPLEN |
| 5/17/12 | 2259 | 89266 | BUTAL/APAP/CAFF 50 MG TAB 100 | 35 | 35 | S/W PIC SETH, WANTED ALL 35 |
| 5/17/12 | 4389 | 105047 | C3A HYDRO/APAP 7.5/750MG TAB 500 | 12 | 10 | AUTO REPLEN |
| 5/21/12 | 4526 | 105047 | C3A HYDRO/APAP 7.5/750MG TAB 500 | 14 | 10 | AUTO REPLEN |
| 5/21/12 | 3663 | 89702 | LEVONORGESTREL 0.75 MG TAB 2 | 25 | 24 | AUTO REPLEN |
| 5/21/12 | 3663 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 25 | 24 | AUTO REPLEN |
| 5/22/12 | 277 | 105046 | C3A HYDRO/APAP 5/500MG TB 500 | 12 | 10 | AUTO REPLEN |
| 5/24/12 | 1470 | 88258 | TRAMADOL HCL 50MG TAB 100 | 60 | 50 | AUTO REPLEN |
| 5/24/12 | 926 | 600951 | C3 ANDROGEL 1% GEL PCKT 5GMX30 | 300 | 180 | S/W PIC LORRIE, ONLY WANTED 6 BOXES (180) |
| 5/24/12 | 4832 | 105046 | C3A HYDRO/APAP 5/500MG TB 500 | 11 | 10 | AUTO REPLEN |
| 5/25/12 | 4326 | 88258 | TRAMADOL HCL 50MG TAB 100 | 68 | 50 | AUTO REPLEN |
| 5/25/12 | 4424 | 105047 | C3A HYDRO/APAP 7.5/750MG TAB 500 | 11 | 10 | AUTO REPLEN |
| 5/27/12 | 1936 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 201 | 100 | EXCEPTION FOR 100 BOTTLES ONLY |
| 5/27/12 | 1936 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 85 | 50 | AUTO REPLEN |
| 5/27/12 | 2318 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 57 | 50 | AUTO REPLEN |
| 5/29/12 | 3383 | 88258 | TRAMADOL HCL 50MG TAB 100 | 65 | 50 | AUTO REPLEN |
| 5/29/12 | 2575 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 88 | 50 | S/W PIC KATHY, WANTED THE 50 LIMIT |
| 5/29/12 | 4962 | 603973 | ALLEGRA D 24 HR 180MG 15CT | 25 | 24 | AUTO REPLEN |
| 5/30/12 | 3850 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 20 | 20 | S/W PIC FRANK, WANTED ALL 20 |
| 5/30/12 | 3948 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 20 | 20 | S/W PIC ROSALYN, WANTED ALL 20 |
| 5/30/12 | 1587 | 105047 | C3A HYDRO/APAP 7.5/750MG TAB 500 | 12 | 10 | AUTO REPLEN |
| 5/30/12 | 3919 | 603690 | C3 SUBOXONE 8 MG-2 MG SL FILM | 69 | 50 | S/W PIC ANDREW, WANTED THE 50 LIMIT |
| 5/30/12 | 4237 | 88258 | TRAMADOL HCL 50MG TAB 100 | 51 | 50 | AUTO REPLEN |
| 5/30/12 | 3871 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 28 | 24 | AUTO REPLEN |
| 5/30/12 | 1764 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 25 | 24 | AUTO REPLEN |
| 5/30/12 | 2351 | 88258 | TRAMADOL HCL 50MG TAB 100 | 57 | 50 | AUTO REPLEN |
| 5/31/12 | 4363 | 105047 | C3A HYDRO/APAP 7.5/750MG TAB 500 | 15 | 10 | AUTO REPLEN |

| Date | Store | Item# | Description | Qty Ordered | Allowable Qty | Reason |
|---|---|---|---|---|---|---|
| 6/1/12 | 11395 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 22 | 8 | S/W PIC LINDSEY, ONLY WANTED 8 |
| 6/1/12 | 2259 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 18 | 10 | S/W PIC MELISSA, ONLY WANTED 10 |
| 6/1/12 | 1195 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 57 | 50 | AUTO REPLEN |
| 6/4/12 | 1764 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 26 | 24 | AUTO REPLEN |
| 6/4/12 | 1299 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 32 | 24 | AUTO REPLEN |
| 6/4/12 | 3871 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 32 | 24 | AUTO REPLEN |
| 6/4/12 | 1936 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 100 | 50 | SHORTED IN ERROR, STORE ALLOWED 100 BOTTLES |
| 6/4/12 | 1127 | 89702 | LEVONORGESTREL 0.75 MG TAB 2 | 29 | 24 | AUTO REPLEN |
| 6/4/12 | 1127 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 47 | 24 | AUTO REPLEN |
| 6/4/12 | 2693 | 88258 | TRAMADOL HCL 50MG TAB 100 | 53 | 50 | AUTO REPLEN |
| 6/5/12 | 3383 | 88258 | TRAMADOL HCL 50MG TAB 100 | 51 | 50 | AUTO REPLEN |
| 6/5/12 | 11422 | 88103 | C3A HYDRO/APAP SOL7.5/500473ML | 14 | 0 | S/W PIC PAT, DID NOT WANT ANY |
| 6/5/12 | 3526 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 27 | 12 | S/W PIC BARBARA, ONLY WANTED 12 |
| 6/5/12 | 274 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 68 | 50 | AUTO REPLEN |
| 6/6/12 | 3344 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 50 | 50 | S/W PIC VICKY, WANTED ALL 50 |
| 6/6/12 | 3344 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 79 | 50 | S/W PIC VICKY, WANTED ALL 50 |
| 6/6/12 | 3919 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 56 | 50 | AUTO REPLEN |
| 6/7/12 | 4366 | 89634 | C3A HYDROCOD/AP 7.5/750MG TAB 500 | 12 | 10 | AUTO REPLEN |
| 6/7/12 | 3246 | 88258 | TRAMADOL HCL 50MG TAB 100 | 55 | 50 | AUTO REPLEN |
| 6/7/12 | 3246 | 89257 | C4 ALPRAZOLAM 1MG TAB 500 | 11 | 10 | AUTO REPLEN |
| 6/8/12 | 7892 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 67 | 50 | S/W JOAN, WANTED ALL 50 |
| 6/11/12 | 1936 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 152 | 100 | EXCEPTION FOR 100 BOTTLES ONLY |
| 6/11/12 | 7903 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 30 | 24 | AUTO REPLEN |
| 6/11/12 | 1577 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 57 | 50 | AUTO REPLEN |
| 6/11/12 | 407 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 35 | 24 | AUTO REPLEN |
| 6/12/12 | 10474 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 54 | 50 | AUTO REPLEN |
| 6/12/12 | 4512 | 88074 | C5 PROMETH W/COD 10MG/5ML16 OZ | 14 | 0 | S/W PIC STEPHANIE, DID NOT WANT ANY |
| 6/12/12 | 2575 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 101 | 50 | S/W PIC CATHY, WANTED ALL 50 |
| 6/12/12 | 1562 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 51 | 50 | AUTO REPLEN |
| 6/12/12 | 934 | 603337 | ZYRTEC-D TAB 24S 5-120MG | 30 | 24 | AUTO REPLEN |
| 6/13/12 | 3702 | 603337 | ZYRTEC-D TAB 24S 5-120MG | 30 | 24 | AUTO REPLEN |
| 6/13/12 | 11629 | 89277 | C3A HYDROCOD/AP 10/650MG TAB 100 | 70 | 15 | S/W PIC LAURA, ONLY WANTED 15 |
| 6/13/12 | 2367 | 89250 | C3A HYDRO/APAP 5/500MGTAB500 | 11 | 10 | AUTO REPLEN |
| 6/13/12 | 11235 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 15 | 10 | S/W PIC LISA MARIE, ONLY WANTED 10 |
| 6/13/12 | 4295 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 26 | 24 | AUTO REPLEN |
| 6/14/12 | 2351 | 88258 | TRAMADOL HCL 50MG TAB 100 | 61 | 50 | AUTO REPLEN |
| 6/18/12 | 10437 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 63 | 50 | AUTO REPLEN |
| 6/19/12 | 4767 | 89250 | C3A HYDRO/APAP 5/500MGTAB500 | 12 | 10 | AUTO REPLEN |
| 6/20/12 | 703 | 88258 | TRAMADOL HCL 50MG TAB 100 | 53 | 50 | AUTO REPLEN |
| 6/20/12 | 3948 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 21 | 21 | S/W PIC LATOYA, WANTED ALL 21 |
| 6/20/12 | 3922 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 54 | 50 | S/W PIC T.J., WANTED ALL 50 |
| 6/20/12 | 3344 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 68 | 50 | AUTO REPLEN |
| 6/21/12 | 3246 | 88258 | TRAMADOL HCL 50MG TAB 100 | 60 | 50 | AUTO REPLEN |
| 6/21/12 | 11443 | 600927 | C3 ANDROGEL 1% PUMP 2X75GM | 25 | 24 | PICKS IN QTY OF 2 |
| 6/21/12 | 11443 | 600927 | C3 ANDROGEL 1% PUMP 2X75GM | 3 | 2 | PICKS IN QTY OF 2 |
| 6/27/12 | 11664 | 88258 | TRAMADOL HCL 50MG TAB 100 | 52 | 50 | S/W PIC JAMIE, WANTED ALL 50 |
| 6/27/12 | 3971 | 89895 | C3A HYDROCDN-CHLOR 10-8MG 115M | 27 | 27 | S/W PIC LARRY, WANTED ALL 27 |
| 6/27/12 | 3922 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 67 | 50 | AUTO REPLEN |
| 6/27/12 | 11235 | 88258 | TRAMADOL HCL 50MG TAB 100 | 51 | 50 | AUTO REPLEN |
| 6/28/12 | 2351 | 88258 | TRAMADOL HCL 50MG TAB 100 | 53 | 50 | AUTO REPLEN |
| 6/28/12 | 4577 | 88258 | TRAMADOL HCL 50MG TAB 100 | 64 | 50 | AUTO REPLEN |
| 6/29/12 | 4309 | 89634 | C3A HYDROCOD/AP7.5/750 MG TAB 500 | 14 | 10 | AUTO REPLEN |

| Date | Store | Item# | Description | Qty Ordered | Allowable Qty | Reason |
|---|---|---|---|---|---|---|
| 7/1/12 | 1936 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 72 | 50 | AUTO REPLEN |
| 7/1/12 | 4567 | 89283 | C3A HYDRO/APAP 10/325MG TAB 100 | 71 | 50 | AUTO REPLEN |
| 7/1/12 | 408 | 88258 | TRAMADOL HCL 50MG TAB 100 | 60 | 50 | AUTO REPLEN |
| 7/2/12 | 3757 | 88258 | TRAMADOL HCL 50MG TAB 100 | 51 | 50 | AUTO REPLEN |
| 7/3/12 | 3253 | 88258 | TRAMADOL HCL 50MG TAB 100 | 55 | 50 | AUTO REPLEN |
| 7/5/12 | 3922 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 55 | 50 | AUTO REPLEN |
| 7/6/12 | 2351 | 89250 | C3A HYDRO/APAP 5/500MGTAB500 | 13 | 10 | AUTO REPLEN |
| 7/6/12 | 2351 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 56 | 50 | AUTO REPLEN |
| 7/7/12 | 1936 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 249 | 100 | EXCEPTION FOR 100 BOTTLES ONLY |
| 7/9/12 | 4309 | 88258 | TRAMADOL HCL 50MG TAB 100 | 53 | 50 | AUTO REPLEN |
| 7/9/12 | 4378 | 88258 | TRAMADOL HCL 50MG TAB 100 | 66 | 50 | AUTO REPLEN |
| 7/11/12 | 10474 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 65 | 50 | AUTO REPLEN |
| 7/11/12 | 11425 | 603729 | C3 ANDROGEL 1.62% GEL PUMP 75 | 14 | 14 | S/W PIC LYNN, WANTED ALL 14 |
| 7/11/12 | 2575 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 49 | 49 | S/W PIC JOHN, WANTED ALL 49 |
| 7/11/12 | 11506 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 53 | 50 | AUTO REPLEN |
| 7/11/12 | 1212 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 64 | 50 | AUTO REPLEN |
| 7/11/12 | 4488 | 89283 | C3A HYDRO/APAP 10/325MG100STAB | 53 | 50 | AUTO REPLEN |
| 7/12/12 | 2309 | 89250 | C3A HYDRO/APAP 5/500MGTAB500 | 12 | 10 | AUTO REPLEN |
| 7/12/12 | 11440 | 603480 | C3 TESTOSTERONE CYP 200MG/ML 1 | 23 | 23 | S/W PIC JAMES, WANTED ALL 23 |
| 7/12/12 | 3919 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 74 | 50 | AUTO REPLEN |
| 7/12/12 | 3922 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 80 | 50 | AUTO REPLEN |
| 7/12/12 | 11629 | 89277 | C3A HYDROCOD/AP 10/650MG100TAB | 79 | 44 | S/W PIC DON, ONLY WANTED 44 |
| 7/13/12 | 11109 | 603729 | C3 ANDROGEL 1.62% GEL PUMP 75 | 16 | 5 | S/W PIC NOSHIE, ONLY WANTED 5 |
| 7/15/12 | 1936 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 77 | 50 | AUTO REPLEN |
| 7/15/12 | 1936 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 201 | 100 | EXCEPTION FOR 100 BOTTLES ONLY |
| 7/16/12 | 7892 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 53 | 50 | S/W PIC JOAN, WANTED ALL 50 ALLOWED |
| 7/17/12 | 915 | 89277 | C3A HYDROCOD/AP 10/650MG 100 TAB | 29 | 29 | S/W PIC ERIC, WANTED ALL 29 |
| 7/17/12 | 11433 | 89121 | CLARAVIS 40 MG CAPS 30 | 15 | 15 | S/W PIC BECK, WANTED ALL 15 |
| 7/17/12 | 2259 | 89266 | BUTAL/APAP/CAFF 50 MG TAB 100 | 40 | 40 | S/W PIC BRIDGETTE, WANTED ALL 40 |
| 7/17/12 | 3395 | 88258 | TRAMADOL HCL 50MG TAB 100 | 53 | 50 | AUTO REPLEN |
| 7/17/12 | 4886 | 603729 | C3 ANDROGEL 1.62% GEL PUMP 75 | 12 | 12 | S/W PIC LIZ, WANTED ALL 12 |
| 7/18/12 | 3741 | 88258 | TRAMADOL HCL 50MG TAB 100 | 51 | 50 | AUTO REPLEN |
| 7/19/12 | 3922 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 98 | 50 | AUTO REPLEN |
| 7/23/12 | 4309 | 106409 | C3A-HYDRO/APAP 7.5/750MG TAB 500 | 12 | 10 | AUTO REPLEN |
| 7/23/12 | 1615 | 106409 | C3A-HYDRO/APAP 7.5/750MG TAB 500 | 15 | 10 | AUTO REPLEN |
| 7/24/12 | 3757 | 88258 | TRAMADOL HCL 50MG TAB 100 | 59 | 50 | AUTO REPLEN |
| 7/24/12 | 10474 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 56 | 50 | AUTO REPLEN |
| 7/25/12 | 2575 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 54 | 50 | S/W PIC JOHN, WANTED ALL 50 |
| 7/25/12 | 4240 | 106409 | C3A-HYDRO/APAP 7.5/750MG TAB 500 | 14 | 10 | AUTO REPLEN |
| 7/25/12 | 4402 | 106409 | C3A-HYDRO/APAP 7.5/750MG TAB 500 | 12 | 10 | AUTO REPLEN |
| 7/27/12 | 3362 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 58 | 50 | AUTO REPLEN |
| 7/27/12 | 11212 | 603729 | C3 ANDROGEL 1.62% GEL PUMP 75 | 12 | 6 | S/W PIC KAREN, ONLY WANTED 6 |
| 7/29/12 | 1936 | 601047 | C3A SUBOXONE 8MG-2MG TAB 30 | 223 | 100 | EXCEPTION FOR 100 BOTTLES ONLY |
| 7/30/12 | 7892 | 603690 | C3A SUBOXONE 8 MG-2MG SL FILM | 68 | 50 | S/W PIC JOAN, WANTED ALL 50 ALLOWED |
| 7/31/12 | 4567 | 89283 | C3A HYDRO/APAP 10/325 MG TAB 100 | 55 | 50 | AUTO REPLEN |
| 7/31/12 | 4512 | 106409 | C3A-HYDRO/APAP 7.5/750MG TAB 500 | 13 | 10 | AUTO REPLEN |
| 7/31/12 | 4694 | 106409 | C3A-HYDRO/APAP 7.5/750MG TAB 500 | 11 | 10 | AUTO REPLEN |
| 7/31/12 | 4185 | 89061 | PLAN B ONE-STEP 1.5 MG TAB 1CT | 25 | 24 | AUTO REPLEN |
| 7/31/12 | 862 | 601667 | CLARITIN D 24HR 240MG TAB 10CT | 26 | 24 | AUTO REPLEN |
| 7/31/12 | 274 | 603691 | C4 ISOM/DICH/APAP 65MG CAP 100 | 61 | 50 | AUTO REPLEN |
| 7/31/12 | 2274 | 89283 | C3A HYDRO/APAP 10/325MG100STAB | 63 | 50 | AUTO REPLEN |