EXHIBIT 423



**Project Initiation Document**

# PROJECT INITIATION FOR 5046 Suspicious Order Monitoring

| | |
|---|---|
| Prepared By: | Karyn Kunzig |
| Document Version: | 1.0 |
| Last Updated On: | October 2, 2013 |

**Approvals:**

| | *Name:* | *Date:* |
|---|---|---|
| *Chair/Sponsor:* | Wilson Lester | |
| *Signature:* | | |
| *Business Representative:* | Janet Hart | |
| *Signature:* | | |
| *Business Representative:* | Sophia Lai | |
| *Signature:* | | |
| *IS Representative:* | Karyn Kunzig | |
| *Signature:* | | |

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                     Rite_Aid_OMDL_0040184

 **Project Initiation Document**

## Table of Contents

Approvals:............................................................................... 1

Background / Summary of the Project: .......................................... 3

Project Scope: ........................................................................... 3

Requirements: ........................................................................... 4

Assumptions:............................................................................. 7

Risks: ....................................................................................... 7

Interrelated Projects:.................................................................. 7

Time Line:................................................................................. 8

Cost Estimate: ........................................................................... 9

Benefit Estimate: ....................................................................... 9

Project Team Stakeholders ...........................................................11

Appendix A − Controllable Parameters...........................................12

Appendix B − Reason Codes.........................................................15


CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    Rite_Aid_OMDL_0040185



**Project Initiation Document**

## Background / Summary of the Project:

The purpose of this project is to develop effective controls against the diversion of controlled substances and conduct adequate due diligence to ensure that controlled substances distributed from the Distribution Centers are for legitimate patient needs. Rite Aid must ensure compliance with 21 U.S.C. 823 and/or C.F.R. 1307.74(b) to detect and report suspicious orders of controlled substances through the Distribution Centers.

## Project Scope:

This project involves review of all sources of Pharmacy orders into the Distribution Centers. The Pharmacy Replenishment Order Review application will be modified to use separate override parameters for Controlled and Non-controlled Drugs. Controlled Drugs will be completely blocked from the Billing Manual Order Screens.

A portal application will be developed to identify potentially suspicious orders. DC personnel will contact the store and enter a reason code for the unusually high order quantity. Select reason codes will trigger follow up by ~~Loss Prevention~~ Government Affairs as well as a temporary block of overrides for this store.

Various reporting will be available to identify trends in order overrides, increased volume of controlled substance ordering, and repeated downward cycle counts. Both the DEA Audit Reports and Override Reason Code processing will be available on-demand for DEA inquiries.

No changes will be made to the actual Replenishment algorithms, McKesson Order process, Billing Allocations process, or WMS Systems.



Template Version 2.4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    Rite_Aid_OMDL_0040186

 **Project Initiation Document**

## Requirements:

**Order Creation**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                                Rite_Aid_OMDL_0040187



**Project Initiation Document**

### Suspicious Order Review

Today blanket thresholds are manually enforced at 5,000 dosage units per individual NDC per week per store regardless of dispensing volume or trends.  This is a labor intensive process with opportunity for order lines to be missed.  In addition, stores which truly need this quantity must order it from McKesson.  A new Billing application will be developed which will:




CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    Rite_Aid_OMDL_0040188



**Project Initiation Document**

### Trending Reports

In addition to monitoring orders daily, the need exists to monitor ordering patterns of a store over time.  A new Pharmacy Replenishment Reporting application will be developed which will:



Template Version 2.4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0040189



**Project Initiation Document**

**DEA Audit**

A DEA Agent may request a store provide record of all Controlled Drugs carried in their store over a select period of time.  Government Affairs contacts IS to create the report which contains total purchases, transfers, and sales by drug for that period of time.  The report is sent to the PDM who must add the May 1st Audit Counts to the report as well as the ending count for the audit period.  A new application will be developed which will:



## Assumptions:

- This process assumes that the DCs will pro-actively contact each store on the Suspicious Order Review screen.
- Corporate associates will not force distribute unreasonably large quantities of control drug items using the Merchandise Distribution or Pharmacy Replenishment Trend Adjustment applications.
- McKesson's systems contain sufficient controls to manage the DSD purchases.

## Risks:

- Dedication of staff is critical to maintain the project schedule.  Diversion of IS or Business team members will cause delays and a potential cost increase.

## Interrelated Projects:

- This project is dependent upon the RX Tablet project due to IS Resource availability.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                        Rite_Aid_OMDL_0040190



**Project Initiation Document**

## Time Line:

This timeline assumes Analysis will begin upon completion of the RX Tablet project.  It may realistically begin earlier dependent on the timeline we receive from Dell for that project.



| ID | % Compl. | | Task Name | Baseline Start | Baseline Finish |
|----|----------|--|-----------|----------------|-----------------|
| 1 | 0% | | Suspicious Order Monitoring | Wed 9/4/13 | Wed 12/3/14 |
| 2 | 0% | | Project Initiation | Wed 9/4/13 | Wed 10/16/1 |
| 23 | 0% | | Analysis | Mon 3/10/14 | Wed 3/26/14 |
| 39 | 0% | | Design | Thu 3/27/14 | Tue 7/8/14 |
| 134 | 0% | | Construction and Testing | Wed 7/9/14 | Mon 9/1/14 |
| 187 | 0% | | QA & BP Sign-off | Tue 9/2/14 | Tue 11/4/14 |
| 197 | 0% | | Installation | Tue 9/2/14 | Wed 12/3/14 |

Template Version 2.4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0040191



**Project Initiation Document**

### Cost Estimate:



### Benefit Estimate:

<Complete the below benefits template or embed benefits spreadsheet template here.

Provide the Benefits template located in xxxxxxxxx to your Business Partner. When returned, save it in a network directory. Highlight and copy the spreadsheet cells to be included in this document.

In this document, click Paste, Paste Special, select Paste Link, select Microsoft Excel Worksheet Object, and click OK.

To refresh the sheet later if changes have been made, right click anywhere on the table, click Update Link.>

Recent DEA fines for controlled substance distributors have been tied to shipping suspicious orders to registrants (pharmacies)

    WAG $80,000,000 (DC DEA license surrendered)

    Cardinal Health $34,000,000 (DC DEA license surrendered)

    McKesson $13,000,000

McDowell County West Virginia recently filed suit (since withdrawn) against 3 Rite Aid Pharmacy locations and 3 Independent Pharmacies in the county for excessive sale of

Confidential                  Page 9                  { DATE \@ "M/d/yyyy" }



Template Version 2.4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER           Rite_Aid_OMDL_0040192



**Project Initiation Document**

opioid medications. Included in the suit was language concerning suspicious orders to the three Rite Aid pharmacies, how identified, how resolved and end outcome.

DEA has stated numerous times controlled substance distributors must have a protocol to identify and report suspicious orders based on individual pharmacy volume not generic limits for all registrants.

Controlled substance distributers must have a suspicious order monitoring system in place which can be provided to and explained to the DEA on any routine inspection/visit.



Template Version 2.4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER      Rite_Aid_OMDL_0040193



**Project Initiation Document**

## Project Team Stakeholders

| | Name | Phone | Email |
|---|---|---|---|
| **Chair Sponsor:** | Wilson Lester | 8878 | wlester@riteaid.com |
| **Business Representative:** | Janet Hart | 5758 | Jhart@riteaid.com |
| **Business Representative:** | Sophia Lai | 7866 | slai@riteaid.com |
| **Business Representative:** | Rick Chapman | 7881 | rchapman1@riteaid.com |
| **IS Representative: Project Manager:** | Karyn Kunzig | 5631 | kkunzig@riteaid.com |
| **Business Team:** | DC Reps? | | |
| | Steve Smith | | swsmith@riteaid.com |
| | Scott Jacobson | 5792 | sjacobson@riteaid.com |



Template Version 2.4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0040194



**Project Initiation Document**

## Appendix A – Controllable Parameters

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                    Rite_Aid_OMDL_0040195

**Project Initiation Document**



{ DATE \@ "M/d/yyyy" }

Template Version 2.4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Rite_Aid_OMDL_0040196

 **Project Initiation Document**



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    Rite_Aid_OMDL_0040197



**Project Initiation Document**

## Appendix B – Reason Codes



Template Version 2.4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                   Rite_Aid_OMDL_0040198