# EXHIBIT 426

```
 1              UNITED STATES DISTRICT COURT
             FOR THE NORTHERN DISTRICT OF OHIO
 2                     EASTERN DIVISION
 3   IN RE: NATIONAL              )   MDL No. 2804
     PRESCRIPTION OPIATE          )
 4   LITIGATION                   )   Case No.
                                  )   1:17-MD-2804
 5                                )
     THIS DOCUMENT RELATES TO     )   Hon. Dan A. Polster
 6   ALL CASES                    )
                                  )
 7
 8
 9
                         — — —
10
                 Friday, February 22, 2019
11
                         — — —
12      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                 CONFIDENTIALITY REVIEW
13
                         — — —
14
15
16
17        Videotaped Deposition of MATTHEW ROGOS,
     held at Marcus & Shapira LLP, One Oxford
18   Centre, Suite 3500, Pittsburgh, Pennsylvania,
     commencing at 1:09 p.m., on the above date,
19   before Michael E. Miller, Fellow of the
     Academy of Professional Reporters, Registered
20   Diplomate Reporter, Certified Realtime
     Reporter and Notary Public.
21
22
                         — — —
23
24            GOLKOW LITIGATION SERVICES
          877.370.3377 ph | fax 917.591.5672
25                 deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   the format, there might have been some edits
 2   that, as a group, the pharmacy key team, if
 3   we had questions amongst us, we would ask to
 4   see how we wanted to, I guess, update the
 5   policy, or if there were things in the VAWD
 6   checklist that we needed to ensure that were
 7   in the policies to get the certification, we
 8   needed to put those in.
 9   BY MR. BARTON:
10        Q.    Okay.  So as of August of 2014,
11   looking kind of at the effective date shown
12   here for this policy on this document, on
13   Exhibit 7, as of -- as of August 1st of 2014,
14   do you recall having directed at HBC that
15   there be any training of HBC employees on how
16   one might identify an order from a pharmacy
17   of controlled substances as suspicious?
18              MR. KOBRIN:  Object to form.
19        A.    What employees?
20   BY MR. BARTON:
21        Q.    Any.  Anyone at the warehouse,
22   I guess.  Anyone under your supervision
23   ultimately.
24        A.    I don't recall any specific
25   training.  There were employees that were in
```

```
 1    place prior to my arrival at HBC that might
 2    have gotten training.
 3         Q.    Okay.  Do you recall whether,
 4    at HBC at the time we're talking about now,
 5    in 2014, was there like a learning management
 6    system for employees to get all kinds of
 7    training that they may need for their jobs?
 8              MR. KOBRIN:  Object to form.
 9         A.    I can't recall.
10    BY MR. BARTON:
11         Q.    Okay.  You understand what I'm
12    referring to, though, in terms of like an
13    LMS, learning management system, for employee
14    training?  Is that something you have had
15    familiarity with in your career?
16         A.    It is.
17         Q.    And one of the things that an
18    LMS system can do if an employer sets it up
19    this way is to have training for its
20    employees, for example, on policies and
21    procedures, correct?
22         A.    I would assume, yes.
23         Q.    Okay.  But as you sit here, you
24    don't recall whether that existed in that --
25    whether that functionality existed in HBC at
```

```
 1    identify if a certain pharmacy within our
 2    Giant Eagle system was ordering over -- or I
 3    guess overordering a certain prescription.
 4              I know that they did monitor
 5    that and would send out monthly reports on
 6    thresholds to us if any store was over the
 7    threshold.
 8         Q.   Okay.  So there was a company
 9    system, what you're referring to, that you
10    understood was in place to be monitoring for
11    orders that somehow were flagged by the
12    system as potentially suspicious?
13         A.   Correct.
14         Q.   Based on quantity or frequency
15    or size or anything that the system might be
16    flagging?
17         A.   I don't know what the specifics
18    were on the flags, but yes.
19         Q.   Right.  You didn't set up that
20    system to kind of put in whatever parameters
21    it had, correct?
22         A.   No.
23         Q.   So that -- and my question was
24    really just about what's -- what was in this
25    written policy as of this point in time
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    that -- none of that that you've just
 2    described, the companywide system or any
 3    other criteria that employees might use for
 4    identifying an order of suspicious -- an
 5    order as suspicious, that's not -- that's not
 6    explained in this document, correct?
 7           A.    No.
 8           Q.    Okay.  What this document does
 9    do is it addresses how HBC intended to
10    respond if it identified or suspected an
11    order as suspicious?
12                 MR. KOBRIN:  Object to form.
13           A.    That's correct.
14                 MR. BARTON:  Okay.
15                 (HBC-Rogos Deposition Exhibit 8
16           marked.)
17    BY MR. BARTON:
18           Q.    I'm handing you Exhibit 8.
19    Exhibit 8 is a multiple-page document
20    starting with page Bates number
21    HBC_MDL00132908; is that correct?
22           A.    Yes.
23           Q.    And the last page of this
24    exhibit, Bates HBC_MDL00132924; is that
25    right?
```

```
 1        A.    My understanding, yes, uh-huh.
 2        Q.    There -- was there ever, during
 3   the time that you were director of warehouse
 4   operations, was there ever any specific
 5   training that you directed or conducted of
 6   your employees on suspicious order
 7   monitoring?
 8        A.    Not that I did.
 9        Q.    Okay.  Did it ever occur?  I
10   mean, apart from whether you actually did the
11   training, did you -- do you know whether your
12   employees ever got training on the specifics
13   of suspicious order monitoring while you were
14   director of warehouse operations?
15        A.    No.
16        Q.    Okay.  And I think you've
17   testified there wasn't, to your recollection,
18   or at least you're not able to say there was,
19   an LMS training system where it would be
20   documented somewhere that every employee was
21   trained on these policies, correct?
22        A.    I'm not aware of that.
23        Q.    Okay.  After -- after this
24   policy was revised to include the suspicious
25   order criteria that counsel was just pointing
```