# EXHIBIT 432



# INVENTORY CONTROL - SUSPICIOUS ORDER POLICY

| Policy Number: 30-010 | Version/Revision Number: 003 |
|---|---|
| Effective Date: 8/1/14 | Revision Date: 4/9/2015, 02-26-2016 |
| Created Date: 8/1/14 | Last Reviewed Date: 02-26-2016 |
| Policy Owner: GERXDC | Department: GERXDC Service Co. |
| Reference(s): GERXDC-PAP001-001 | |

**PURPOSE/OBJECTIVE:**
  To identify, investigate, record, and report suspicious pharmaceutical product orders

**SCOPE:**
  This policy applies to:
  - All GERXDC TMs who have access to the GERXDC facility.

**POLICY:**
- Identified individuals from Giant Eagle Sourcing, Pharmacy Compliance, and GERXDC Team Members (TMs) must review pharmacy customer orders and order trends on a regular and for-cause basis to identify suspicious drug orders
  - Suspicious orders are blocked and reported to the appropriate regulatory authority within the specified time frame as required

**PROCEDURES:**

<u>Reporting suspicious prescription product orders</u>
- Giant Eagle and GERXDC team members review customer orders and order history trends to identify suspicious drug orders
- Suspicious order criteria include, but are not limited to:
  o Purchases over a defined time period that exceed a pre-determined threshold
  o Orders of unusual quantities compared to a customer's order history
  o Unique pattern of orders that differs from similar customers
  o Orders received outside of the normal pharmacy customer ordering process
- Identified orders are investigated to determine if the order is suspicious or legitimate
- Legitimate orders are released for processing and delivery to the customer

CONFIDENTIAL                                                                                       HBC_MDL00004209

- Suspicious orders are blocked and reported to the applicable regulatory authorities within the specified time frame as required
    - Board of Pharmacy and FDA within three (3) business days
    - DEA (if controlled substance) upon determination
- GERXDC prepares and communicates any history of suspicious orders to the GE Pharmacy team as requested.
- GERXDC retains the records of the investigation and outcome for six (6) years

**COMPLIANCE:**
Non-compliance with this policy will result in progressive discipline up to and including termination in compliance with Human Resource guidelines

CONFIDENTIAL

HBC_MDL00004210