# EXHIBIT 437

| | |
|---|---|
| From: | Roahrig, Todd |
| Sent: | Fri, 10 Jan 2014 19:01:59 -0500 |
| To: | Millward, Joseph |
| Cc: | Chunderlik, George;Carlson, Gregory;Bianco Jr., Mike (Pharmacy);Roahrig, Todd |
| Subject: | RE: Daily HBC Suspicious Purchasing Report - 01/09/14 |

Joe this is actually for the generic Hycodan liquiad (hence the /HO in the description) and the quantity of 8041 is divisible by 473 for exactly 17 bottles...

Renee replied that she has had a ton of scripts for this and a lot of owes due to cough/cold season and this is a particular choice of syrup for a prescriber there I believe... I don't have details, but assuming 8 ounces as a typical RX, that's only 34 scripts so not probably unreasonable at their volume

-----Original Message-----
From: Millward, Joseph
Sent: Friday, January 10, 2014 6:04 PM
To: Roahrig, Todd
Cc: Chunderlik, George; Carlson, Gregory; Bianco Jr., Mike (Pharmacy)
Subject: FW: Daily HBC Suspicious Purchasing Report - 01/09/14

Todd,

Store 8 is flagging as having hit their threshold for total hydrocodone products. Can you please check to see if this is an anomaly or that the orders should be considered suspicious.

Please let me know.
Joe

-----Original Message-----
From: Kayla.Voelker@gianteagle.com [mailto:Kayla.Voelker@gianteagle.com]
Sent: Friday, January 10, 2014 8:49 AM
To: Mollica, Anthony; Hughes, Nathan; Carlson, Gregory; Voyten, Shawn; Voelker, Kayla; Millward, Joseph; Cornwell, James; Chunderlik, George
Subject: Daily HBC Suspicious Purchasing Report - 01/09/14

We have had 1 pharmacies exceed the purchasing thresholds for certain controlled products so far this month.

Thursday, January 9, 2014

This report was generated on January 10, 2014 at 8:48:23 AM.

Kayla Voelker | Analyst, Pharmacy Operations  | Kayla.Voelker@gianteagle.com | x23766