# EXHIBIT 439

**From:** Bianco Jr., Mike (Pharmacy)
**Sent:** Wed, 9 Jul 2014 08:48:37 -0400
**To:** Remas, Kris
**Subject:** FW: RX4031

---

**From:** Rinovato, Cheryl
**Sent:** Tuesday, July 08, 2014 11:36 AM
**To:** Bencivengo, Fred; Bianco Jr., Mike (Pharmacy); Millward, Joseph
**Subject:** RE: RX4031

This seems like a lot of Norco to be ordering. Are these valid rxs? If so, then I'm with Fred. Store and/or PDL needs to be contacted.

Cheryl Rinovato, RPh. |Sr. Manager, Work Design and Implementation
Giant Eagle, Inc. | 701 Alpha Drive | Pittsburgh, PA 15238 | mailto:cheryl.rinovato@gianteagle.com

---

**From:** Bencivengo, Fred
**Sent:** Tuesday, July 08, 2014 9:44 AM
**To:** Bianco Jr., Mike (Pharmacy); Millward, Joseph
**Cc:** Rinovato, Cheryl
**Subject:** RE: RX4031

Mike,
   Please release this order. It is as you stated with owes. Is there a way going forward someone can contact the store or the pdl the day of the order? This is going to cause customer service issues today as meds were promised. Or at least send partial? Also, the computer applied this order which messes up narc counts. I know its not you, but just trying to come up with a better way than surprising the store in the morning

thanks

---

**From:** Bianco Jr., Mike (Pharmacy)
**Sent:** Tuesday, July 08, 2014 7:47 AM
**To:** Bencivengo, Fred; Millward, Joseph
**Subject:** RE: RX4031

Sorry about that, Norco 5-325 generic

---

**From:** Bencivengo, Fred
**Sent:** Tuesday, July 08, 2014 7:44 AM
**To:** Bianco Jr., Mike (Pharmacy); Millward, Joseph
**Subject:** RE: RX4031

What is the med?


Fred A. Bencivengo R.Ph.
Pharmacy District Leader
Giant Eagle Pharmacy
330 272 6333

---

**From:** Bianco Jr., Mike (Pharmacy)
**Sent:** Tuesday, July 08, 2014 7:41:27 AM
**To:** Millward, Joseph; Bencivengo, Fred
**Subject:** FW: RX4031

Joe/Fred,
Do you want to release this full order? They've ordered 191 bottles in the prior 30 days (593 in prior 90) of this strength. They had -57 yesterday prior to this being ordered so they will not have any today to complete the owe or fill new scripts.

NDC 00603-3890-21
Order Point: 2600
Order Qty: 100

---

**From:** Heckman, Brandon
**Sent:** Monday, July 07, 2014 8:08 PM
**To:** Remas, Kris; Bianco Jr., Mike (Pharmacy); Cudlipp, Bill; Post, Steven; Summers, Stephanie; Rogos, Matthew; Hart, Christy; Wright, William; Walton, Rebecca; Puchi, Kiersten; Heckman, Brandon; Carlson, Gregory
**Subject:** RX4031
**Importance:** High

Tonight we had a task come across for RX 4031 (task# 808404885) that called for an entire case of item 144535 to be picked. This item is a controlled substance, so we will not be shipping this until it is verified that this is what the store should actually be receiving. While the quantity requested of this item may be due to the holiday weekend, we would like this order to be investigated before shipping.

I have left the case sitting in the reserve until it is verified that it is OK to ship the item.

Thanks,

Brandon H.

CONFIDENTIAL

HBC_MDL00090011