# EXHIBIT 444

Highly Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : : MDL No. 2804 : |
| _____ | : Case No. : 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO ALL CASES | : : Hon. Dan A. Polster |

- - -

Thursday, December 6, 2018

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

      Videotaped deposition of JASON BRISCOE, held at the offices of Cavitch, Familo & Durkin, 1300 East Ninth Street, Cleveland, Ohio, commencing at 9:05 a.m., on the above date, before Carol A. Kirk, Registered Merit Reporter and Notary Public.


- - -


GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

Page 86

1  diligence report, rather than just relying on
2  this report spitting out five bottles versus
3  five bottles of the monthly average over
4  12 months.  That's not good enough, and that's
5  part of the reason why there's human involvement
6  before that next step involving the store would
7  be.
8      Q.  How many DDM pharmacies in the
9  State of Ohio, 70?
10     A.  In Ohio?
11     Q.  Yes.
12     A.  Currently retail locations?
13     Q.  Yes.
14     A.  Seventy-four.
15     Q.  Seventy-four.  And that number has
16 stayed fairly consistent over the last 10 or
17 15 years, correct?
18     A.  We've had some pretty strong
19 conservative growth where -- in 2006, I bet we
20 were in the low 60s as far as store numbers.
21     Q.  So 60, 70 pharmacies from 2006 to
22 now?
23     A.  Mm-hmm.
24     Q.  And you asked me just Ohio.  My

Page 87

1  understanding is DDM just does business in Ohio.
2  Am I mistaken?
3      A.  And my question for you was just
4  retail locations.
5      Q.  Okay.  But DDM only does business
6  in Ohio, correct?
7      A.  You got it.  Yes.
8      Q.  And the distribution center for
9  the pharmaceuticals is in Ohio, correct?
10     A.  Yes.
11     Q.  And the pharmacies are all located
12 in Ohio, correct?
13     A.  Yes.
14     Q.  All the organizational structure
15 at the operational level is in Ohio?
16     A.  Yes.
17     Q.  All right.  So -- now, the report,
18 we -- that report, the average is just based on
19 bottles?
20     A.  But it provides granularity to
21 what is leading to that number.  So if you were
22 to look at the report, it would provide any NDC
23 and associated package size within a drug
24 family.

Page 88

1      Q.  Right.
2      A.  So if I -- if drug X had five NDCs
3  but three of which that store purchased from our
4  distribution center that month --
5      Q.  Mm-hmm.
6      A.  -- we would see all three NDCs in
7  the associated package size and quantity.
8      Q.  All right.  So what would trigger
9  a store -- an order being placed on that report
10 exceeding that average?  I mean 10 percent,
11 50 percent, 100 percent?
12     A.  99 percent greater than the
13 monthly average when calculated over the last
14 12 months.
15     Q.  So essentially it would have to
16 double?
17     A.  Yes.
18     Q.  How many pages were those reports
19 typically?
20     A.  The way the green bar is
21 printed -- I mean, if you're talking about
22 number of sheets of paper --
23     Q.  Yeah.
24     A.  -- it would be one page for every

Page 89

1  store followed by one blank page followed by the
2  next store.  So if there are 74 stores,
3  148 pages.
4      Q.  All right.  And how often would
5  a -- frequency-wise would a store be on this
6  report with an order that exceeded the previous
7  12-month average by bottle by 99 percent?
8      A.  Tough for me to characterize your
9  definition of "frequent."  I mean, I would say
10 very infrequent.  I don't know how else to
11 characterize that.
12     Q.  Meaning that it was not very -- we
13 can -- it was not a regular occurrence for an
14 order to be on the suspicious order monitoring
15 report because it exceeded the previous 12-month
16 average by bottle by 99 percent?
17     A.  Yeah.  A large majority of the
18 time, a large majority of our stores would have
19 no instances by which a drug family would --
20 would populate on this report.
21     Q.  Let's put it this way:
22         DDM did not have a significant
23 part of anyone's responsibility designed to
24 monitoring and reviewing that report on a -- on

23 (Pages 86 to 89)