# EXHIBIT 445

Highly Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : <br> : MDL No. 2804 <br> : |
| _____ | : Case No. <br> : 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO ALL CASES | : <br> : Hon. Dan A. Polster |

- - -

Thursday, December 6, 2018

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

    Videotaped deposition of JASON BRISCOE, held at the offices of Cavitch, Familo & Durkin, 1300 East Ninth Street, Cleveland, Ohio, commencing at 9:05 a.m., on the above date, before Carol A. Kirk, Registered Merit Reporter and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

Page 34

1    A.  Yes.
2    Q.  And when you reference OTC, you're
3  referring to your -- your front end operations,
4  which is all -- when you walk into the pharmacy,
5  from candy bars to paper plates to --
6    A.  Yes.
7    Q.  -- whatever is in there?
8    A.  Front end is a good term for it.
9    Q.  All right.  Thank you.  And ...
10       All right.  So what I'm referring
11  to when I'm talking about distribution center is
12  your -- your prescriptions, your -- whatever --
13  dosage units, pills, whatever --
14    A.  Yep.
15    Q.  -- how many --
16       MR. JOHNSON:  And we can agree
17    that that will stay the same unless you
18    designate otherwise as we go forward?
19       MR. MOUGEY:  Thank you.  That
20    would be helpful, yes.  Thank you.
21       MR. JOHNSON:  So we're all clear?
22       MR. MOUGEY:  Thank you.
23  BY MR. MOUGEY:
24    Q.  So distribution center for

Page 35

1  prescriptions or more specifically for
2  controlled substances, how many distribution
3  centers for prescriptions or controlled
4  substances does DDM have?
5    A.  One.
6    Q.  And where is that located?
7    A.  211 Commerce Drive, Medina, Ohio.
8    Q.  Okay.  And that one distribution
9  center, is that different than the facility that
10  carries all of the products for the front end of
11  the store or the OTC?
12    A.  Yes, sir.
13    Q.  All right.  And so all of the
14  Schedule III, Schedule IV, Schedule V controlled
15  substances that DDM distributes to its
16  pharmacies come from 211 Commerce?
17    A.  Yes.
18    Q.  Now, did any of your roles in your
19  16-plus years at DDM cover responsibility for
20  211 Commerce, the distribution center?
21    A.  As far as me being the responsible
22  pharmacist on the license, no.
23    Q.  Okay.  Did you oversee the roles
24  and responsibilities of DDM as a distributor in

Page 36

1  any of your capacities at DDM?
2    A.  The pharmacy manager reports to
3  our SVP of pharmacy.  However, I'm involved in
4  supporting her if and when necessary.
5    Q.  All right.  We'll come back to
6  that.
7       In part of your preparation for
8  today, did you have an opportunity to review
9  DDM's responsibilities under the Controlled
10  Substances Act?
11    A.  Yes.
12    Q.  And you understand the Controlled
13  Substances Act is the kind of rubric that
14  governs --
15    A.  Is that supposed to be blank?
16    Q.  I should have explained that to
17  you when we started.  The screen in front of
18  you, when we have a document open, it's a --
19  it's a little distracting.  But it's the same
20  document you have in front of you.  And if I'm
21  referring to a specific paragraph or a specific
22  sentence, which we'll get there, it will help
23  you kind of find where you are.  But it's the
24  same thing.  So if you have a paper version, you

Page 37

1  can feel free to use that.  If you want to use
2  the one on the screen, use that.
3    A.  Got it.
4    Q.  Okay?  Sorry.  I should have said
5  that in the beginning.
6    A.  Okay.
7    Q.  So you understand that the
8  Controlled Substances Act or the CSA governs
9  DDM's responsibilities in its role as a
10  distributor, correct?
11    A.  Yes.
12    Q.  And there are different or
13  additional responsibilities that -- statutes
14  that govern DDM's responsibility as a pharmacy,
15  correct?
16    A.  Yes.
17    Q.  There is a rubric under the CSA
18  that governs pharmacists in dispensing, and that
19  is different than the roles and responsibility
20  under the CSA for DDM as a distributor, correct?
21    A.  Yes.
22       - - -
23       (DDM-Briscoe Exhibit 5 marked.)
24       - - -

10 (Pages 34 to 37)