EXHIBIT 446

Highly Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

| | | |
|---|---|---|
| IN RE:  NATIONAL | : | |
| PRESCRIPTION | : | MDL No. 2804 |
| OPIATE LITIGATION | : | |
| _____ | : | Case No. |
| | : | 1:17-MD-2804 |
| THIS DOCUMENT RELATES | : | |
| TO ALL CASES | : | Hon. Dan A. Polster |

- - -

Thursday, December 6, 2018

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

Videotaped deposition of JASON BRISCOE, held

at the offices of Cavitch, Familo & Durkin,

1300 East Ninth Street, Cleveland, Ohio, commencing at

9:05 a.m., on the above date, before Carol A. Kirk,

Registered Merit Reporter and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

Page 38

1　BY MR. MOUGEY:
2　　　Q.　I'll hand you what I've marked as
3　Briscoe 5.  I'll hand that to you for now.
4　　　A.　Thank you.
5　　　Q.　There's an additional exhibit
6　sticker on this from another depo, so I just
7　crossed that out and wrote 5 on there, okay?
8　　　A.　Okay.
9　　　　MR. JOHNSON:  We can mark it
10　ourselves.
11　　　　MR. MOUGEY:  Okay.  I just didn't
12　want you to get confused with the 6 on
13　there.
14　BY MR. MOUGEY:
15　　　Q.　So Briscoe 5 is a copy of the
16　Controlled Substances Act, which -- do you have
17　an understanding that that bill originated, as
18　on page 2, in 1970 --
19　　　A.　Okay.
20　　　Q.　-- right in the middle of the
21　page.
22　　　　Do you see that?
23　　　A.　Yes.
24　　　Q.　All right.  And I'd like to walk

Page 39

1　you through a couple of -- pieces of this --
2　of the Controlled Substances Act.  And if you
3　would please turn to -- there's numbers at the
4　very top of the page in addition -- in addition
5　to the Bates numbers at the bottom.
6　　　　On the top of the page, upper
7　right-hand corner, Number 5.
8　　　A.　The number trailing MCK --
9　　　Q.　Yes, sir, exactly.
10　　　A.　Okay.  Thank you.
11　　　Q.　Thank you.
12　　　　Under Title II:  Control and
13　Enforcement.
14　　　　Do you see that?
15　　　A.　Yes.
16　　　Q.　All right.  "The bill provides for
17　control by the Justice Department of problems
18　related to drug abuse through registration of
19　manufacturers, wholesalers, retailers, and all
20　others in the legitimate distribution chain, and
21　makes transactions outside the legitimate
22　distribution chain illegal."
23　　　　Do you see that, sir?
24　　　A.　Mm-hmm.

Page 40

1　　　　MR. JOHNSON:  Out loud.
2　　　A.　Yes.
3　　　Q.　Thanks.  It's hard.
4　　　　And, sir, if you would turn to
5　page 8, which -- upper right-hand corner.
6　　　A.　Here (indicating)?
7　　　Q.　Yes.  Second full paragraph that
8　begins with "The bill."  There you go.
9　　　　"The bill is designed to improve
10　the administration and regulation of the
11　manufacturing, distribution, and dispensing of
12　controlled substances by providing for a closed
13　system of drug distribution for legitimate
14　handlers of such drugs.  Such a closed system
15　should significantly reduce the widespread
16　diversion of the drugs out of legitimate
17　channels into the illicit market, while at the
18　same time providing the legitimate drug industry
19　with a unified approach to narcotic and
20　dangerous drug control."
21　　　A.　Okay.
22　　　Q.　Let's start with just helping me
23　understand what you believe some of these terms
24　mean.  So let's walk through the first three

Page 41

1　words in the second sentence, manufacturing and
2　distribution and dispensing, okay?
3　　　　Explain to me what you understand
4　a manufacturer, a distributor and dispensing is
5　under the controlled system -- under the closed
6　system.  I'm sorry.
7　　　A.　Okay.  Manufacturing would be
8　groups, entities responsible for bringing --
9　manufacturing, producing, bringing products to
10　market that are approved by the FDA and the DEA
11　with their specific schedule to be distributed,
12　whether that be by wholesalers or an entity like
13　ourselves, down to retail pharmacy or other
14　dispensing locations.
15　　　Q.　Now, DDM, in addition to
16　distributing to itself, also used third parties
17　on occasion for Schedule III, IV and V, correct?
18　　　A.　So when you speak of DDM utilizing
19　other sources, you mean our retail locations
20　procuring product?
21　　　Q.　Yes, sir.  From -- when I say
22　"product," I'm referring to Schedule -- Schedule
23　III, IV, V, specifically here hydrocodone, okay?
24　　　　So hydrocodone up until 2014,

Highly Confidential - Subject to Further Confidentiality Review

Page 42

1   Schedule III, correct?
2       A.   Yes.
3       Q.   All right.  For hydrocodone DDM
4   also secured the pills, whatever you want to
5   call them, from other distributors other than
6   the 211 Commerce -- the distribution center from
7   DDM, correct?
8       A.   Yes.
9       Q.   For example, you all had
10  agreements with Cardinal, correct?
11      A.   Correct.
12      Q.   You had agreements with PSI,
13  correct?
14      A.   Do you know the --
15      Q.   I'm not trying to memory test.
16  Just other vendors or other --
17      A.   And McKesson, yes.
18      Q.   All right.  Now, you understand
19  the difference between Schedule II and
20  Schedule III under the Controlled Substances
21  Act, correct?
22      A.   Yes.
23      Q.   Explain to me what your
24  understanding of the difference between

Page 43

1   Schedule II and Schedule III is.
2       A.   The difference between Schedule II
3   and Schedule III would be correlated to abuse
4   potential or safety issues, whether it's the --
5   the FDA and DEA determining -- or the DEA
6   determining what schedule that medication
7   belongs in.  And that could be a fluid process,
8   as we've learned over the years.
9           But Schedule IIs compared to III,
10  IVs and V need to be handled in a different
11  manner within the closed system, in the manner
12  by which you order them, in the manner by which
13  you receive them, in the manner by which you
14  keep records, in the manner by which you
15  dispense them.
16          And the same goes for III through
17  Vs, compared to a nonscheduled medication, in
18  that if you think of it as in three buckets,
19  each in our closed system have their own pathway
20  that needs to be handled in a separate specific
21  manner.
22      Q.   So I like the description that you
23  used, the abuse potential, meaning that
24  Schedule II and Schedule III, the abuse

Page 44

1   potential for Schedule II was -- was higher
2   than, say, for instance, Schedule Vs, correct?
3       A.   Generally speaking, yes.
4       Q.   And Schedule II, DDM used other
5   distributors in its procurement of those --
6   those Schedule IIs to dispense to its patients,
7   correct, sir?
8       A.   True statement.  While IIIs
9   through Vs, you know, we would have distributed
10  to our stores.  But also our stores would have
11  had the ability to procure III through Vs from
12  other means, as you provided the example of
13  Cardinal.
14          It is only true that we would have
15  procured Schedule IIs from the beginning of
16  Discount Drug Mart's existence from entities
17  outside of our own distribution center.
18      Q.   Okay.  Let's go back to page 8 of
19  Briscoe 5 and the reference to a closed system.
20          What's your understanding of a
21  closed system under the Controlled Substances
22  Act?
23      A.   My understanding would be that
24  from start to finish, there is recordkeeping

Page 45

1   and -- there's security measures along the way.
2   There's recordkeeping along the way, so that at
3   any part of the manufacturing, distribution,
4   dispensing of that product, you would be able to
5   point to every step of the way.
6       Q.   Meaning that every -- every pill
7   under the closed system under the CSA from
8   manufacturer to a relabeler, wholesaler, or
9   distributor to the pharmacy is tracked and
10  monitored, correct?
11      A.   I wouldn't commit to saying every
12  pill.  I would -- I would -- for example, if
13  there was -- that would be tough for me to say
14  that that would happen 100 percent of the time.
15      Q.   That is the goal or objective, is
16  that every pill is tracked from manufacturer to
17  distributor, wholesaler to --
18      A.   Sure.
19      Q.   -- the --
20      A.   Sure.
21      Q.   -- pharmacy, correct?
22          And in order to be a participant
23  in manufacturer, distributor, wholesaler and
24  pharmacy, that entity has to be registered with