# EXHIBIT 447

Confidential - Subject to Protective Order

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE NATIONAL PRESCRIPTION OPIATE LITIGATION | : MDL No. 2804<br>: CASE NO. 17-MD-2804<br>: (DAP)<br>: |

EXPERT REPORT OF CRAIG J. MCCANN, PH.D., CFA
March 25, 2019

# A. State Hydrocodone and Oxycodone MME Per Capita, 1997-2017

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



**Discount Drug Mart Hydrocodone Distribution into Cuyahoga County, OH**
**Total Dosage Units**

Data source: ARCOS (2006-2014) and defendant transactional data

March 2019

Case: 1:17-md-02804-DAP  Doc #: 1967-23  Filed: 07/23/19  5 of 5.  PageID #: 176327

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER



Data source: ARCOS (2006-2014) and defendant transactional data