# EXHIBIT 455

Highly Confidential - Subject to Further Confidentiality Review

```
                    UNITED STATES DISTRICT COURT

              FOR THE NORTHERN DISTRICT OF OHIO

                       EASTERN DIVISION

                            - - -

IN RE:  NATIONAL              :
PRESCRIPTION                  :  MDL No. 2804
OPIATE LITIGATION             :
_____  :  Case No.
                              :  1:17-MD-2804
THIS DOCUMENT RELATES         :
TO ALL CASES                  :  Hon. Dan A. Polster

                            - - -

                  Thursday, January 3, 2019

       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
              CONFIDENTIALITY REVIEW

                            - - -
```

        Videotaped deposition of JILL A. STRANG, held

at the offices of Cavitch, Familo & Durkin,

1300 East Ninth Street, Cleveland, Ohio, commencing at

8:57 a.m., on the above date, before Carol A. Kirk,

Registered Merit Reporter and Notary Public.


                            - - -


            GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com

Page 62

1  A. They call if they need -- if they
2  have questions, if they need something. I do
3  communicate with all of the stores.
4  Q. Is it mostly a, "Hey, Jill, we
5  need this many bottles of this drug and it
6  didn't show up on time or we need it by this
7  date"?
8      Is that mostly what it's like?
9  A. Every day when the trucks are
10 there, if they need something, if they have
11 questions about different topics, recalls. I
12 mean, I talk to everybody about all the topics.
13 Q. Okay.
14 A. Daily.
15 Q. Do you also communicate or act as
16 an intermediary between DDM and distributors or
17 manufacturers?
18 A. I do.
19 Q. Because you're the buyer, right?
20 A. Yes.
21 Q. So you're the primary person
22 communicating with them, at least on the front
23 end, to get product, correct?
24 A. Yes.

Page 63

1  Q. Okay. Presumably somebody else
2  pays invoices later and they probably
3  communicate with their financial department, but
4  you're primarily communicating with them on a
5  drug procurement level, right?
6  A. Yes.
7  Q. And that would include, you know,
8  issues regarding diversion and suspicious order
9  monitoring?
10 A. Yes.
11 Q. And drug thresholds and things
12 like that?
13 A. Yes.
14 Q. Okay. And as the individual at
15 DDM primarily responsible for suspicious order
16 monitoring on the distribution end, you agree
17 that DDM has an obligation to monitor orders and
18 shipments for suspicious -- or that look
19 suspicious or may have red flags?
20 A. Yes.
21 Q. Indicative of diversion?
22 A. Yes.
23 Q. Okay. So tell me what -- and I'm
24 just going to talk generally speaking. I'm not

Page 64

1  necessarily limiting it to you, but I can ask
2  follow -- I'll ask follow-ups, but describe for
3  me what DDM's policies and procedures are
4  regarding the diversion of opioids.
5  A. Are you referring to when they
6  order from me, from the distribution center?
7  Q. Just kind of -- what I'd like you
8  to do is give me a full picture of what DDM does
9  to prevent diversion and comply with the CSA.
10 A. Okay. So what we do is, the
11 stores order weekly.
12 Q. Okay.
13 A. It is ordered through a system
14 called Pioneer. It gives them a recommended
15 order. Each store can set their own minimums
16 and maximums on that. So that way, you know,
17 everything is -- certain stores -- depending on
18 how much they've been dispensing. That order is
19 sent over.
20     As soon as they send the order,
21 they receive back a document that says, "Order
22 items over six-week average." They're given the
23 opportunity right there to review any items.
24 Sometimes it has no items. I've seen a few that

Page 65

1  have just antibiotics on them, you know, nothing
2  controlled. And, you know, they ordered three
3  bottles instead of two bottles. But they are
4  given that chance to review if anything
5  populates over a six-week average. They have
6  the opportunity to send that to me.
7      As we get the orders, prior to
8  2016, we had a -- it was called a pick ticket.
9  It was a manual way of pulling. And the pullers
10 would -- you know, if it says they wanted two of
11 this, they'd put two, and they'd manually write
12 a two. Items on that pick ticket would have an
13 asterisk next to it if it could have been on the
14 six-week average report, over six-week average.
15     It was very rare that any controls
16 would show up on that. The other items --
17 unless something -- again, the pullers know
18 their product. You know, if they wanted -- if
19 they normally pull one, two or three of
20 something and all of a sudden somebody wants 20
21 of something, that would be brought to my
22 attention.
23     In our system, I have history of
24 every item. So I would go into the history of