# EXHIBIT 460

```
                    UNITED STATES DISTRICT COURT

               FOR THE NORTHERN DISTRICT OF OHIO

                         EASTERN DIVISION

                              - - -

   IN RE:  NATIONAL            :
   PRESCRIPTION                :  MDL No. 2804
   OPIATE LITIGATION           :
   _____:  Case No.
                               :  1:17-MD-2804
   THIS DOCUMENT RELATES       :
   TO ALL CASES                :  Hon. Dan A. Polster

                              - - -

                  Thursday, January 3, 2019

       HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
              CONFIDENTIALITY REVIEW

                              - - -


          Videotaped deposition of JILL A. STRANG, held

   at the offices of Cavitch, Familo & Durkin,

   1300 East Ninth Street, Cleveland, Ohio, commencing at

   8:57 a.m., on the above date, before Carol A. Kirk,

   Registered Merit Reporter and Notary Public.


                              - - -


              GOLKOW LITIGATION SERVICES
          877.370.3377 ph | 917.591.5672 fax
                  deps@golkow.com
```

Page 238

```
 1   once a year -- that I'm going to trust their
 2   judgment, yes.
 3        Q.   Okay.  So you don't second-guess
 4   what pharmacies are ordering, you just verify
 5   that what they ordered is what they need?
 6        A.   I do verify.
 7        Q.   Is that a "yes"?
 8        A.   Yes.
 9        Q.   Okay.  I'm going to hand you
10   Exhibit -- well, actually, hold on.  Let me ask
11   a couple questions.
12             Did you ever exchange documents
13   with the pharmacists at stores regarding, let's
14   say, an order that was higher than normal?
15        A.   No.
16        Q.   Okay.
17        A.   I'm sorry.  What kind of document?
18        Q.   Well, any document.  Did you --
19        A.   They would send me their six-week
20   average, over average, and would -- there's
21   mark -- you know, they would mark it down.
22   That's the only thing that I've ever had on
23   paper that they would send to me.  And it says
24   my name at the top of that report.
```

Page 239

```
 1        Q.   Okay.  I'm going to hand you
 2   Exhibit 17, which is DDM440505.
 3                   - - -
 4             (DDM-Strang Exhibit 17 marked.)
 5                   - - -
 6        Q.   This looks like a form.  At the
 7   top it says "Confidential.  Attention chief
 8   pharmacist."
 9             Do you see that?
10        A.   Yes.
11        Q.   And then it's got a store number
12   and a date.  Have you ever seen this document
13   before?
14        A.   This particular one, no.  The
15   actual piece of paper that before it's filled
16   out, I do know that Tom Nameth was responsible
17   for this before he retired.
18        Q.   So you didn't create this?
19        A.   I did not.
20        Q.   And you didn't train people on how
21   to fill it out?
22        A.   No.
23        Q.   Do you know who did?
24        A.   The director of operations,
```

Page 240

```
 1   pharmacy operations, is who I would say.
 2        Q.   So probably Tom Nameth, but you
 3   don't know for sure?
 4        A.   No.
 5        Q.   Did you ever work with these
 6   documents?
 7        A.   No.
 8        Q.   Okay.  So let's look at this.
 9   This is dated May of 2008 and it's for store 5.
10   Do you see that?
11        A.   Yes.
12        Q.   And it says, "The Drug Enforcement
13   Agency" -- which is the DEA -- "has requested
14   that Discount Drug Mart pharmacy operations
15   maintain records of controlled substances
16   purchases that exceed an average of purchases
17   calculated from the previous 12 months or that
18   deviate substantially from normal average per
19   month."
20             Do you see that?
21        A.   Yes.
22        Q.   And the next line says, "The
23   April 2008 report indicates an increase in
24   purchases of hydro" -- do you know what that's
```

Page 241

```
 1   referring to?
 2        A.   I'm sorry.  I lost where you're
 3   at.
 4        Q.   If you look at the highlighted --
 5             MR. JOHNSON:  It's right on the
 6        screen.
 7        A.   Yes.  Okay.
 8        Q.   Is that hydrocodone?
 9        A.   Yes.
10        Q.   Okay.  And it has, it looks like,
11   an NDC number after that?
12        A.   Yes.
13        Q.   And it says, "Your average monthly
14   purchases of this item are three bottles.  This
15   month eleven bottles were ordered."
16             Do you see that?
17        A.   Yes.
18        Q.   Okay.  Is that the type of
19   information that would be spit out on the
20   six-week average report?
21        A.   I don't know.
22        Q.   So do you have any idea what
23   context this document was used in?
24             MR. JOHNSON:  You have to answer
```