# EXHIBIT 462

Highly Confidential - Subject to Further Confidentiality Review

Page 1

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

| | |
|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : : MDL No. 2804 : |
| _____ | : Case No. : 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO ALL CASES | : : Hon. Dan A. Polster |

- - -

Thursday, December 6, 2018

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

Videotaped deposition of JASON BRISCOE, held at the offices of Cavitch, Familo & Durkin, 1300 East Ninth Street, Cleveland, Ohio, commencing at 9:05 a.m., on the above date, before Carol A. Kirk, Registered Merit Reporter and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Page 62

1  Q. All right. And what I'm trying to
2  get to, is that -- is that a different report
3  than the greater than six-week average report?
4  A. No.
5  Q. Is it a number of reports? Is
6  it -- other than the six-week average report?
7      MR. JOHNSON: That is the six-week
8  average report.
9  A. Yeah. Yes.
10  Q. So the green bar report and the
11  six-week average report are -- are one and the
12  same?
13  A. Yeah. And, again, I'm not
14  positive that that copy that they receive is
15  printed on green bar versus 8-1/2 by 11. I'm
16  not -- I'm not sure about that.
17  Q. All right. And I apologize,
18  you've already -- just keep walking through
19  this.
20     So the greater than six-week
21  average report comes to Ms. Strang. And what's
22  the first thing she does with that report?
23  A. Her team would review it to see if
24  there were anything that would jump off the page

Page 63

1  that they need -- would need to raise -- raise
2  their hand to somebody else.
3  Q. Okay. And is there a policy or
4  procedure in place that set the criteria for
5  what would cause Ms. Strang to perform due
6  diligence on any order that was greater than the
7  six-week average?
8  A. I don't believe so. That
9  particular report -- I didn't mean to --
10  Q. No, that's okay.
11  A. -- rush the answer, but I don't
12  believe so.
13     That report was not necessarily
14  designated for the purpose of our SOMS, but
15  augments it in a way that is potentially helpful
16  at store level and in the distribution center.
17  It's more of a report to create operational
18  efficiencies in a way that we order all
19  products.
20  Q. What it sounds to me like is it's
21  more of an inventory management report, correct?
22  A. Yes.
23  Q. And the -- DDM's pharmacies, this
24  was a way to ensure that there was not too much

Page 64

1  product being delivered to the pharmacy for any
2  of the -- any of the different prescriptions --
3  A. Yeah.
4  Q. -- so it was to create kind of a
5  glut in the system, correct?
6  A. Yep. And we see value in that.
7  If there's additional sets of eyes that are
8  paying attention to a purchase order,
9  unbeknownst to them or known to them, that we
10  are seeing and providing you this information
11  that you're ordering product greater than your
12  six-week average -- which might not be
13  actionable, which likely is not actionable --
14  it's value to us that they see it at the store
15  and they would see it at the distribution
16  center.
17  Q. All right. And you're familiar
18  with the concept of just-in-time inventory,
19  right? Money's -- inventory sitting on the
20  shelves costs DDM money on its bottom line,
21  right?
22  A. Mm-hmm.
23  Q. So the less inventory sitting on
24  the shelf, the more money DDM makes, correct?

Page 65

1  A. Inventory terms is -- is something
2  that we -- we measure, right.
3  Q. So I believe what I just heard you
4  testify was that -- that this report, this
5  six -- greater than six-week average report, the
6  specific purpose of that report was not to
7  fulfill DDM's role or responsibilities under
8  section 1301.74?
9  A. Correct.
10     MR. JOHNSON: Objection.
11  Q. All right. Let's continue with --
12  with Ms. Strang.
13     She decides that there's a -- an
14  order that she wants to follow up with, correct?
15  A. (Witness nodding.)
16  Q. And --
17     MR. JOHNSON: You have to answer
18  out loud.
19  Q. I'll keep going. I'll help too.
20  And it's -- in typical conversation we do a lot
21  of shaking head and saying "mm-hmm," and
22  unfortunately, in order for everybody to get
23  your testimony down, you have to say yes or no,
24  okay? I'll let you know --

17 (Pages 62 to 65)