# EXHIBIT 465

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 1
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM ELYRIA #1
211 COMMERCE DRIVE 500 ABBE ROAD
MEDINA OH 44256 ELYRIA OH 44035
DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00591-3223-79 | Item Not Found | | | | 3 | 0 | |
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 13 | | 9 |
| 3148 | Total Generic Key.. | | | | 16 | 1.33 | 9 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 2
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM AMHERST #2
211 COMMERCE DRIVE 300 LEAVITT ROAD
MEDINA OH 44256 AMHERST OH 44001
DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 65 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 41 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 23 | | 25 |
| 23139 | Total Generic Key.. | | | | 129 | 10.75 | 25 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 3
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM BRUNSWICK #3
211 COMMERCE DRIVE 1673 PEARL ROAD
MEDINA OH 44256 BRUNSWICK OH 44212
DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00591-3223-79 | Item Not Found | | | | 1 | 0 | |
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 40 | | 13 |
| 3148 | Total Generic Key.. | | | | 41 | 3.41 | 13 |
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 40 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 24 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 12 | | 15 |
| 23139 | Total Generic Key.. | | | | 76 | 6.33 | 15 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 4
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM AVON LAKE #4
211 COMMERCE DRIVE 33382 WALKER ROAD
MEDINA OH 44256 AVON LAKE OH 44012
DEA# [redacted] DEA# [redacted]

DDM-Strang
Exhibit
6
201266-CAK 1/3/2019

PRV. 12 AVERAGE 06/2016
NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 5
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03
FROM: TO:
DISCOUNT DRUG MART, INC DDM LAKEWOOD #5
211 COMMERCE DRIVE 15412 DETROIT ROAD
MEDINA OH 44256 LAKEWOOD OH 44107
DEA# [redacted] DEA# [redacted]
PRV. 12 AVERAGE 06/2016
NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

00071-1014-68 LYRICA 75MG 3848041 90 CAP 18 5
57801 Total Generic Key.. 18 1.50 5
RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 6
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03
FROM: TO:
DISCOUNT DRUG MART, INC DDM MEDINA #7
211 COMMERCE DRIVE 135 HARDING STREET
MEDINA OH 44256 MEDINA OH 44256
DEA# [redacted] DEA# [redacted]
PRV. 12 AVERAGE 06/2016
NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

00603-2338-32 Item Not Found 2 0
65162-0033-10 APAP + CODEINE #3 7094477 100 TAB 21 6
4165 Total Generic Key.. 23 1.91 6
00603-2950-21 Item Not Found 5 0
16729-0138-00 CLONAZEPAM 2MG 6901227 100 TAB 19 6
4562 Total Generic Key.. 24 2.00 6
00228-3155-03 BUPREN/NALOX SL 8/2MG** 6861769 30 TAB 16 0
00228-3155-73 BUPREN/NALOX SL 8/2MG** 7070519 30 TAB 13 0
00093-5721-56 BUPREN/NALOX SL 8/2MG** 7208143 30 TAB 7 7
51641 Total Generic Key.. 36 3.00 7
RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 7
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03
FROM: TO:
DISCOUNT DRUG MART, INC DDM NORTH OLMSTED #8
211 COMMERCE DRIVE 24485 LORAIN ROAD
MEDINA OH 44256 NORTH OLMSTED OH 44070
DEA# [redacted] DEA# [redacted]
NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

00574-0820-01 TESTOSTER CYPINJ 200MG/ML 6881908 1 ML 22 5
3148 Total Generic Key.. 22 1.83 5
00603-2338-32 Item Not Found 2 0
65162-0033-10 APAP + CODEINE #3 7094477 100 TAB 33 6
4165 Total Generic Key.. 35 2.91 6
67253-0903-10 Item Not Found 4 0
00781-1089-01 ALPRAZOLAM 2MG 6905798 100 TAB 25 6
15566 Total Generic Key.. 29 2.41 6

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|
| 47335-0859-83 | TRAMADOL ER 100MG | 5799010 | 30 | TAB | 11 | | 5 |
| 60274 | Total Generic Key.. | | 11 | .91 | 5 | | |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 8
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM WESTLAKE #10
211 COMMERCE DRIVE 27300 DETROIT ROAD
MEDINA OH 44256 WESTLAKE OH 44145
DEA# [redacted] DEA# [redacted]

PRV. 12 AVERAGE 06/2016

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-2338-32 | Item Not Found | | | 2 | 0 | | |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 23 | | 6 |
| 4165 | Total Generic Key.. | | 25 | 2.08 | 6 | | |
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 27 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 20 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 11 | | 11 |
| 23139 | Total Generic Key.. | | 58 | 4.83 | 11 | | |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 9
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM SANDUSKY #14
211 COMMERCE DRIVE 124 EAST PERKINS AVE
MEDINA OH 44256 SANDUSKY OH 44870
DEA# [redacted] DEA# [redacted]

PRV. 12 AVERAGE 06/2016

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-2338-32 | Item Not Found | | | 3 | 0 | | |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 32 | | 6 |
| 4165 | Total Generic Key.. | | 35 | 2.91 | 6 | | |
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 38 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 23 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 12 | | 13 |
| 23139 | Total Generic Key.. | | 73 | 6.08 | 13 | | |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 10
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM PURITAS #15
211 COMMERCE DRIVE 17815 PURITAS AVENUE
MEDINA OH 44256 CLEVELAND OH 44135
DEA# [redacted] DEA# [redacted]

PRV. 12 AVERAGE 06/2016

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 11
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM WILLARD #16
211 COMMERCE DRIVE 307 WALTON AVE.

MEDINA OH 44256 WILLARD OH 44890
DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00591-3223-79 | Item Not Found | | | | 3 | | 0 |
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 66 | | 16 |
| 3148 | Total Generic Key.. | | | | 69 | 5.75 | 16 |
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 68 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 37 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 21 | | 23 |
| 23139 | Total Generic Key.. | | | | 126 | 10.50 | 23 |
| 00071-1015-68 | LYRICA 100MG | 3848066 | 90 | CAP | 20 | | 5 |
| 57802 | Total Generic Key.. | | | | 20 | 1.66 | 5 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 12
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM FULTON RD #17
211 COMMERCE DRIVE 4170 FULTON RD
MEDINA OH 44256 CLEVELAND OH 44144
DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 53 | | 9 |
| 3148 | Total Generic Key.. | | | | 53 | 4.41 | 9 |
| 00603-2338-32 | Item Not Found | | | | 3 | | 0 |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 23 | | 5 |
| 4165 | Total Generic Key.. | | | | 26 | 2.16 | 5 |
| 00071-1015-68 | LYRICA 100MG | 3848066 | 90 | CAP | 25 | | 7 |
| 57802 | Total Generic Key.. | | | | 25 | 2.08 | 7 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 13
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM INDEPENDENCE #18
211 COMMERCE DRIVE 6160 BRECKSVILLE RD
MEDINA OH 44256 INDEPENDENCE OH 44131
DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-2338-32 | Item Not Found | | | | 1 | | 0 |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 22 | | 7 |
| 4165 | Total Generic Key.. | | | | 23 | 1.91 | 7 |
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 28 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 19 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 11 | | 12 |
| 23139 | Total Generic Key.. | | | | 58 | 4.83 | 12 |
| 00071-1015-68 | LYRICA 100MG | 3848066 | 90 | CAP | 34 | | 6 |
| 57802 | Total Generic Key.. | | | | 34 | 2.83 | 6 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 14
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:



DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

DDM LORAIN #19
2253 COLORADO AVE
LORAIN OH 44052
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-3215-02 | Item Not Found | | | | 10 | | 0 |
| 00603-3215-21 | DIAZEPAM 10MG** | 6524342 | 100 | TAB | 23 | | 7 |
| 3766 | Total Generic Key.. | | | | 33 | 2.75 | 7 |
| 76439-0252-16 | Item Not Found | | | | 15 | | 0 |
| 00603-1329-58 | Item Not Found | | | | 2 | | 0 |
| 69543-0252-16 | VIRTUSSIN AC** | 7121890 | 473 | ML | 2 | | 0 |
| 16571-0302-16 | GUAIFEN/COD SOL100-10/5ML | 7215478 | 473 | ML | 5 | | 5 |
| 45669 | Total Generic Key.. | | | | 24 | 2.00 | 5 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 15
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM:
DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO:
DDM EAST 71ST STREET #21
3889 EAST 71ST ST
CLEVELAND OH 44105
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-2338-32 | Item Not Found | | | | 1 | | 0 |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 12 | | 7 |
| 4165 | Total Generic Key.. | | | | 13 | 1.08 | 7 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 16
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM:
DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO:
DDM OBERLIN #23
12289 LEAVITT RD
OBERLIN OH 44074
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00071-1015-68 | LYRICA 100MG | 3848066 | 90 | CAP | 32 | | 7 |
| 57802 | Total Generic Key.. | | | | 32 | 2.66 | 7 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 17
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM:
DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO:
DDM HURON #24
420 CLEVELAND RD. E.
HURON OH 44839
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00591-3223-79 | Item Not Found | | | | 2 | | 0 |
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 8 | | 18 |
| 3148 | Total Generic Key.. | | | | 10 | .83 | 18 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 18
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM MENTOR #25
8500 MENTOR AVENUE
MENTOR OH 44060
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-2338-32 | Item Not Found | | | | 3 | 0 | |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 23 | | 8 |
| 4165 | Total Generic Key.. | | 26 | 2.16 | 8 | | |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 19
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM NEW PHILADEPHIA #26
238 SECOND ST. N.W.
NEW PHILADELPHIA OH 44663
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-2338-32 | Item Not Found | | | | 6 | 0 | |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 34 | | 8 |
| 4165 | Total Generic Key.. | | 40 | 3.33 | 8 | | |
| 47335-0860-83 | TRAMADOL ER 200MG | 5799028 | 30 | TAB | 20 | | 14 |
| 43536 | Total Generic Key.. | | 20 | 1.66 | 14 | | |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 20
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM WELLINGTON #27
814 NORTH MAIN STREET
WELLINGTON OH 44090
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-2338-32 | Item Not Found | | | | 1 | 0 | |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 23 | | 5 |
| 4165 | Total Generic Key.. | | 24 | 2.00 | 5 | | |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 21
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM OLMSTED FALLS #28
8190 COLUMBIA RD
OLMSTED FALLS OH 44138
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|

```
00603-2338-32 Item Not Found                       3          0
65162-0033-10 APAP + CODEINE #3      7094477     100  TAB    14          6
4165                         Total Generic Key..  17  1.41    6
76439-0136-11 TRAMADOL 50MG**        6905624    1000  TAB    53          0
69543-0136-11 TRAMADOL 50MG**        7124571    1000  TAB    36          0
00093-0058-05 TRAMADOL 50MG          7208127     500  TAB    17         22
23139                        Total Generic Key.. 106  8.83   22
00071-1015-68 LYRICA 100MG         3848066     90  CAP    33          6
57802                        Total Generic Key..  33  2.75    6
00071-1016-68 LYRICA 150MG         3848082     90  CAP    40          7
57803                        Total Generic Key..  40  3.33    7
```

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 22
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [REDACTED]

TO: DDM VERMILION #29
4208 LIBERTY AVE
VERMILION OH 44089
DEA# [REDACTED]

```
                                             PRV. 12  AVERAGE  06/2016
  NDC#      DESCRIPTION          SKU     SIZE  FORM    MONTHS  PER MO.  SHIPMENT
---------------------------------------------------------------------------------
76439-0136-11 TRAMADOL 50MG**        6905624    1000  TAB    40          0
69543-0136-11 TRAMADOL 50MG**        7124571    1000  TAB    28          0
00093-0058-05 TRAMADOL 50MG          7208127     500  TAB    22         15
23139                        Total Generic Key..  90  7.50   15
00071-1014-68 LYRICA 75MG          3848041     90  CAP    50         11
57801                        Total Generic Key..  50  4.16   11
00071-1015-68 LYRICA 100MG         3848066     90  CAP    28          5
57802                        Total Generic Key..  28  2.33    5
```

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 23
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [REDACTED]

TO: DDM WOOSTER #30
629 BEALL ST N.E.
WOOSTER OH 44691
DEA# [REDACTED]

```
                                             PRV. 12  AVERAGE  06/2016
  NDC#      DESCRIPTION          SKU     SIZE  FORM    MONTHS  PER MO.  SHIPMENT
---------------------------------------------------------------------------------
00574-0820-01 TESTOSTER CYPINJ 200MG/ML  6881908    1  ML    110         20
00591-3223-79 Item Not Found                       7          0
3148                         Total Generic Key.. 117  9.75   20
00228-3155-03 BUPREN/NALOX SL 8/2MG**  6861769    30  TAB    32          0
00228-3155-73 BUPREN/NALOX SL 8/2MG**  7070519    30  TAB     4          0
00093-5721-56 BUPREN/NALOX SL 8/2MG**  7208143    30  TAB     2          7
51641                        Total Generic Key..  38  3.16    7
```

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 24
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [REDACTED]

TO: DDM EUCLID #31
725 EAST 200TH ST.
EUCLID OH 44119
DEA# [REDACTED]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00781-2201-01 | TEMAZEPAM 15MG** | 6505192 | 100 | CAP | 8 | | 0 |
| 00603-5892-21 | TEMAZEPAM 15MG** | 7048663 | 100 | CAP | 0 | | 5 |
| 3689 | Total Generic Key.. | | | | 8 | .66 | 5 |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 24 | | 6 |
| 4165 | Total Generic Key.. | | | | 24 | 2.00 | 6 |
| 00071-1016-68 | LYRICA 150MG | 3848082 | 90 | CAP | 20 | | 5 |
| 57803 | Total Generic Key.. | | | | 20 | 1.66 | 5 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 25
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM STOW #32
4044 FISHCREEK RD
STOW OH 44224
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-2339-21 | Item Not Found | | | | 12 | | 0 |
| 13107-0060-01 | APAP + CODEINE #4 | 7213200 | 100 | TAB | 5 | | 5 |
| 4169 | Total Generic Key.. | | | | 17 | 1.41 | 5 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 26
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM CUYAHOGA FALLS #33
655 PORTAGE TRAIL
CUYAHOGA FALLS OH 44221
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 32 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 18 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 9 | | 12 |
| 23139 | Total Generic Key.. | | | | 59 | 4.91 | 12 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 27
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM CHESTERLAND #34
12575 CHILLICOTHE RD
CHESTERLAND OH 44026
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 38 | | 11 |
| 00591-3223-79 | Item Not Found | | | | 2 | | 0 |
| 3148 | Total Generic Key.. | | | | 40 | 3.33 | 11 |
| 67253-0903-10 | Item Not Found | | | | 5 | | 0 |
| 00781-1089-01 | ALPRAZOLAM 2MG | 6905798 | 100 | TAB | 22 | | 7 |
| 15566 | Total Generic Key.. | | | | 27 | 2.25 | 7 |

```
 76439-0136-11 TRAMADOL 50MG**        6905624   1000  TAB     36        0
 69543-0136-11 TRAMADOL 50MG**        7124571   1000  TAB     18        0
 00093-0058-05 TRAMADOL 50MG          7208127    500  TAB     12       14
 23139                Total Generic Key..         66  5.50    14
RXR166                SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT              PAGE 28
CREMEANS                     BASED ON 06/2016                       5/18/2017
                    EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                      ** CONTROLLED DRUGS **                        14:29:03
FROM:                                  TO:
DISCOUNT DRUG MART, INC                      DDM PARMA HEIGHTS #35
211 COMMERCE DRIVE                           6476 YORK RD
MEDINA        OH 44256                     PARMA HEIGHTS     OH 44130
DEA#                                     DEA#
                               PRV. 12  AVERAGE  06/2016
  NDC#   DESCRIPTION          SKU    SIZE  FORM    MONTHS  PER MO.  SHIPMENT
--------------------------------------------------------------------------------
 00574-0820-01 TESTOSTER CYPINJ 200MG/ML  6881908    1  ML     105        18
  3148                Total Generic Key..        105  8.75    18
 00603-2339-21 Item Not Found                      19          0
 13107-0060-01 APAP + CODEINE #4      7213200    100  TAB      0         5
  4169                Total Generic Key..         19  1.58     5
RXR166                SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT              PAGE 29
CREMEANS                     BASED ON 06/2016                       5/18/2017
                    EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                      ** CONTROLLED DRUGS **                        14:29:03
FROM:                                  TO:
DISCOUNT DRUG MART, INC                      DDM EASTLAKE #36
211 COMMERCE DRIVE                           34100 VINE STREET
MEDINA        OH 44256                     EASTLAKE         OH 44095
DEA#                                     DEA#
                               PRV. 12  AVERAGE  06/2016
  NDC#   DESCRIPTION          SKU    SIZE  FORM    MONTHS  PER MO.  SHIPMENT
--------------------------------------------------------------------------------
RXR166                SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT              PAGE 30
CREMEANS                     BASED ON 06/2016                       5/18/2017
                    EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                      ** CONTROLLED DRUGS **                        14:29:03
FROM:                                  TO:
DISCOUNT DRUG MART, INC                      DDM NORWALK #37
211 COMMERCE DRIVE                           201 CLINE ST
MEDINA        OH 44256                     NORWALK          OH 44857
DEA#                                     DEA#
                               PRV. 12  AVERAGE  06/2016
  NDC#   DESCRIPTION          SKU    SIZE  FORM    MONTHS  PER MO.  SHIPMENT
--------------------------------------------------------------------------------
RXR166                SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT              PAGE 31
CREMEANS                     BASED ON 06/2016                       5/18/2017
                    EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                      ** CONTROLLED DRUGS **                        14:29:03
FROM:                                  TO:
DISCOUNT DRUG MART, INC                      DDM MAPLE HEIGHTS #38
211 COMMERCE DRIVE                           6148 DUNHAM RD
MEDINA        OH 44256                     MAPLE HEIGHTS     OH 44137
DEA#                                     DEA#
                               PRV. 12  AVERAGE  06/2016
  NDC#   DESCRIPTION          SKU    SIZE  FORM    MONTHS  PER MO.  SHIPMENT
--------------------------------------------------------------------------------
RXR166                SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT              PAGE 32
CREMEANS                     BASED ON 06/2016                       5/18/2017
```

EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03
FROM: TO:
DISCOUNT DRUG MART, INC DDM WADSWORTH #40
211 COMMERCE DRIVE 1005 HIGH STREET
MEDINA OH 44256 WADSWORTH OH 44281
DEA# [redacted] DEA# [redacted]
PRV. 12 AVERAGE 06/2016
NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 33
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03
FROM: TO:
DISCOUNT DRUG MART, INC DDM LAKEWOOD EAST #41
211 COMMERCE DRIVE 13123 DETROIT AVE
MEDINA OH 44256 LAKEWOOD OH 44107
DEA# [redacted] DEA# [redacted]
PRV. 12 AVERAGE 06/2016
NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-2338-32 | Item Not Found | | | | 1 | 0 | |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 24 | | 6 |
| 4165 | Total Generic Key.. | | 25 | 2.08 | 6 | | |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 34
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03
FROM: TO:
DISCOUNT DRUG MART, INC DDM CANTON #42
211 COMMERCE DRIVE 4730 HILLS & DALE N.W.
MEDINA OH 44256 CANTON OH 44708
DEA# [redacted] DEA# [redacted]
PRV. 12 AVERAGE 06/2016
NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00591-3223-79 | Item Not Found | | | | 1 | 0 | |
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 29 | | 8 |
| 3148 | Total Generic Key.. | | 30 | 2.50 | 8 | | |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 35
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03
FROM: TO:
DISCOUNT DRUG MART, INC DDM UPPER SANDUSKY #43
211 COMMERCE DRIVE 1155 E. WYANDOT AVE
MEDINA OH 44256 UPPER SANDUSKY OH 43351
DEA# [redacted] DEA# [redacted]
PRV. 12 AVERAGE 06/2016
NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 36
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03
FROM: TO:
DISCOUNT DRUG MART, INC DDM ASHLAND #44
211 COMMERCE DRIVE 1631 CLAREMONT ST

MEDINA OH 44256 ASHLAND OH 44805
DEA# [redacted] DEA# [redacted]

PRV. 12 AVERAGE 06/2016

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 90 | | 16 |
| 00591-3223-79 | Item Not Found | | | | 2 | | 0 |
| 3148 | Total Generic Key.. | | | | 92 | 7.66 | 16 |
| 00781-2201-01 | TEMAZEPAM 15MG** | 6505192 | 100 | CAP | 15 | | 0 |
| 00603-5892-21 | TEMAZEPAM 15MG** | 7048663 | 100 | CAP | 13 | | 5 |
| 3689 | Total Generic Key.. | | | | 28 | 2.33 | 5 |
| 00603-2338-32 | Item Not Found | | | | 4 | | 0 |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 43 | | 14 |
| 4165 | Total Generic Key.. | | | | 47 | 3.91 | 14 |
| 00603-6469-28 | Item Not Found | | | | 2 | | 0 |
| 13668-0008-05 | ZOLPIDEM 10MG | 5130752 | 500 | TAB | 21 | | 0 |
| 13668-0008-01 | ZOLPIDEM 10MG** | 7296544 | 100 | | 0 | | 5 |
| 19188 | Total Generic Key.. | | | | 23 | 1.91 | 5 |
| 00603-4662-16 | MODAFINIL 200MG** | 6861876 | 30 | TAB | 51 | | 10 |
| 41478 | Total Generic Key.. | | | | 51 | 4.25 | 10 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 37
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM ELLET #45
211 COMMERCE DRIVE 711 CANTON RD
MEDINA OH 44256 AKRON OH 44312
DEA# [redacted] DEA# [redacted]

PRV. 12 AVERAGE 06/2016

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 38
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM NORTH CANTON #46
211 COMMERCE DRIVE 1695 N.MAIN ST
MEDINA OH 44256 NORTH CANTON OH 44720
DEA# [redacted] DEA# [redacted]

PRV. 12 AVERAGE 06/2016

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 27 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 16 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 9 | | 11 |
| 23139 | Total Generic Key.. | | | | 52 | 4.33 | 11 |
| 57664-0537-88 | TRAMADOL APAP | 5799044 | 100 | TAB | 2 | | 0 |
| 68382-0334-01 | TRAMADOL APAP** | 6898167 | 100 | TAB | 28 | | 5 |
| 48456 | Total Generic Key.. | | | | 30 | 2.50 | 5 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 39
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM BAINBRIDGE #48
211 COMMERCE DRIVE 16765 CHILLICOTHE RD
MEDINA OH 44256 BAINBRIDGE TWP. OH 44023

DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 40
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM NORTH ROYALTON #49
5500 WALLINGS ROAD
NORTH ROYALTON OH 44133
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 20 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 14 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 7 | | 7 |
| 23139 | Total Generic Key.. | | | | 41 | 3.41 | 7 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 41
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM MINERVA #50
1145 ALLIANCE RD. N.W.
MINERVA OH 44657
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-2338-32 | Item Not Found | | | | 2 | | 0 |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 36 | | 7 |
| 4165 | Total Generic Key.. | | | | 38 | 3.16 | 7 |
| 67253-0903-10 | Item Not Found | | | | 3 | | 0 |
| 00781-1089-01 | ALPRAZOLAM 2MG | 6905798 | 100 | TAB | 39 | | 7 |
| 15566 | Total Generic Key.. | | | | 42 | 3.50 | 7 |
| 00603-6469-28 | Item Not Found | | | | 2 | | 0 |
| 13668-0008-05 | ZOLPIDEM 10MG | 5130752 | 500 | TAB | 23 | | 1 |
| 13668-0008-01 | ZOLPIDEM 10MG** | 7296544 | 100 | | 0 | | 10 |
| 19188 | Total Generic Key.. | | | | 25 | 2.08 | 11 |
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 67 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 48 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 22 | | 27 |
| 23139 | Total Generic Key.. | | | | 137 | 11.41 | 27 |
| 76439-0252-16 | Item Not Found | | | | 28 | | 0 |
| 69543-0252-16 | VIRTUSSIN AC** | 7121890 | 473 | ML | 9 | | 0 |
| 16571-0302-16 | GUAIFEN/COD SOL100-10/5ML | 7215478 | 473 | ML | 1 | | 9 |
| 45669 | Total Generic Key.. | | | | 38 | 3.16 | 9 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 42
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM NORTH CANTON #51
4925 PORTAGE STREET N.W.
NORTH CANTON OH 44720
DEA# [redacted]

PRV. 12 AVERAGE 06/2016
NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 43
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM DOVER #52
3015 NORTH WOOSTER AVE
DOVER OH 44622
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00591-3223-79 | Item Not Found | | | | 2 | | 0 |
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 43 | | 14 |
| 3148 | Total Generic Key.. | | | | 45 | 3.75 | 14 |
| 00603-2338-32 | Item Not Found | | | | 2 | | 0 |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 34 | | 7 |
| 4165 | Total Generic Key.. | | | | 36 | 3.00 | 7 |
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 56 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 35 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 18 | | 19 |
| 23139 | Total Generic Key.. | | | | 109 | 9.08 | 19 |
| 57664-0537-88 | TRAMADOL APAP | 5799044 | 100 | TAB | 2 | | 0 |
| 68382-0334-01 | TRAMADOL APAP** | 6898167 | 100 | TAB | 26 | | 6 |
| 48456 | Total Generic Key.. | | | | 28 | 2.33 | 6 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 44
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM KENT #55
1763 E. MAIN STREET
KENT OH 44240
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 18 | | 14 |
| 3148 | Total Generic Key.. | | | | 18 | 1.50 | 14 |
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 22 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 14 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 8 | | 8 |
| 23139 | Total Generic Key.. | | | | 44 | 3.66 | 8 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 45
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: DISCOUNT DRUG MART, INC
211 COMMERCE DRIVE
MEDINA OH 44256
DEA# [redacted]

TO: DDM SPRINGBORO #56
240 WEST CENTRAL AVE
SPRINGBORO OH 45066
DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00591-3223-79 | Item Not Found | | | | 8 | | 0 |

```
00574-0820-01 TESTOSTER CYPINJ 200MG/ML 6881908     1  ML       118          24
3148                     Total Generic Key..    126  10.50    24
00603-6469-28 Item Not Found                     1          0
13668-0008-05 ZOLPIDEM 10MG         5130752    500  TAB       18           1
13668-0008-01 ZOLPIDEM 10MG**       7296544    100           0          5
19188                     Total Generic Key..    19  1.58     6
76439-0136-11 TRAMADOL 50MG**       6905624   1000  TAB       31            0
69543-0136-11 TRAMADOL 50MG**       7124571   1000  TAB       19            0
00093-0058-05 TRAMADOL 50MG         7208127    500  TAB       10           11
23139                     Total Generic Key..    60  5.00     11
50383-0930-93 BUPRENORPHINE HCLSUB8MG** 6499859   30  TAB      22            0
00054-0177-13 BUPRENORPHINE HCL SUB 8MG 6439947   30  TAB      0            5
29313                     Total Generic Key..    22  1.83     5
00071-1016-68 LYRICA 150MG          3848082     90  CAP      16          8
57803                     Total Generic Key..    16  1.33     8
RXR166                  SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT              PAGE 46
CREMEANS                        BASED ON 06/2016                      5/18/2017
                   EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                        ** CONTROLLED DRUGS **                        14:29:03
FROM:                                  TO:
DISCOUNT DRUG MART, INC                      DDM BELLBROOK #57
211 COMMERCE DRIVE                         4441 S.R. 725
MEDINA        OH 44256                   BELLBROOK        OH 45305
DEA#                                     DEA#
                                 PRV. 12  AVERAGE   06/2016
  NDC#    DESCRIPTION          SKU     SIZE  FORM     MONTHS  PER MO.  SHIPMENT
-----------------------------------------------------------------------------------
00574-0820-01 TESTOSTER CYPINJ 200MG/ML 6881908     1  ML       67           16
3148                     Total Generic Key..    67  5.58     16
00603-2338-32 Item Not Found                     1          0
65162-0033-10 APAP + CODEINE #3     7094477    100  TAB       15           6
4165                      Total Generic Key..    16  1.33     6
00071-1015-68 LYRICA 100MG          3848066     90  CAP      26          5
57802                     Total Generic Key..    26  2.16     5
RXR166                  SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT              PAGE 47
CREMEANS                        BASED ON 06/2016                      5/18/2017
                   EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                        ** CONTROLLED DRUGS **                        14:29:03
FROM:                                  TO:
DISCOUNT DRUG MART, INC                      DDM YANKEE LYONS #58
211 COMMERCE DRIVE                         1575 LYONS ROAD
MEDINA        OH 44256                   CENTERVILLE       OH 45458
DEA#                                     DEA#
                                 PRV. 12  AVERAGE   06/2016
  NDC#    DESCRIPTION          SKU     SIZE  FORM     MONTHS  PER MO.  SHIPMENT
-----------------------------------------------------------------------------------
76439-0136-11 TRAMADOL 50MG**       6905624   1000  TAB       20            0
69543-0136-11 TRAMADOL 50MG**       7124571   1000  TAB       14            0
00093-0058-05 TRAMADOL 50MG         7208127    500  TAB       6           7
23139                     Total Generic Key..    40  3.33     7
RXR166                  SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT              PAGE 48
CREMEANS                        BASED ON 06/2016                      5/18/2017
                   EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                        ** CONTROLLED DRUGS **                        14:29:03
FROM:                                  TO:
DISCOUNT DRUG MART, INC                      DDM ONTARIO #59
211 COMMERCE DRIVE                         25 BIGGS ROAD
MEDINA        OH 44256                   MANSFIELD        OH 44906
DEA#                                     DEA#
```



PRV. 12 AVERAGE 06/2016

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-2338-32 | Item Not Found | | | 3 | 0 | | |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 44 | | 11 |
| 4165 | Total Generic Key.. | | 47 | 3.91 | 11 | | |
| 00071-1013-68 | LYRICA 50MG | 3848017 | 90 | CAP | 15 | | 5 |
| 57800 | Total Generic Key.. | | 15 | 1.25 | 5 | | |
| 00071-1014-68 | LYRICA 75MG | 3848041 | 90 | CAP | 17 | | 5 |
| 57801 | Total Generic Key.. | | 17 | 1.41 | 5 | | |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 49
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM ASHTABULA #60
211 COMMERCE DRIVE 3032 NORTH RIDGE RD EAST
MEDINA OH 44256 ASHTABULA OH 44004
DEA# [REDACTED] DEA# [REDACTED]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00591-3223-79 | Item Not Found | | | 1 | 0 | | |
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 18 | | 5 |
| 3148 | Total Generic Key.. | | 19 | 1.58 | 5 | | |
| 00071-1013-68 | LYRICA 50MG | 3848017 | 90 | CAP | 30 | | 5 |
| 57800 | Total Generic Key.. | | 30 | 2.50 | 5 | | |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 50
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM JEFFERSON #61
211 COMMERCE DRIVE 107 SOUTH CHESTNUT STREET
MEDINA OH 44256 JEFFERSON OH 44047
DEA# [REDACTED] DEA# [REDACTED]

PRV. 12 AVERAGE 06/2016

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00591-3223-79 | Item Not Found | | | 4 | 0 | | |
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 90 | | 19 |
| 3148 | Total Generic Key.. | | 94 | 7.83 | 19 | | |
| 00603-2338-32 | Item Not Found | | | 1 | 0 | | |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 22 | | 6 |
| 4165 | Total Generic Key.. | | 23 | 1.91 | 6 | | |
| 00603-2339-21 | Item Not Found | | | 18 | 0 | | |
| 13107-0060-01 | APAP + CODEINE #4 | 7213200 | 100 | TAB | 12 | | 5 |
| 4169 | Total Generic Key.. | | 30 | 2.50 | 5 | | |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 51
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM AVON #62
211 COMMERCE DRIVE 33552 DETROIT RD
MEDINA OH 44256 AVON OH 44011
DEA# [REDACTED] DEA# [REDACTED]

PRV. 12 AVERAGE 06/2016

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER



10702-0025-01 PHENTERMINE 37.5MG 5349923 100 TAB 23 5
5159 Total Generic Key.. 23 1.91 5

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 52
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM CARROLLTON #63
211 COMMERCE DRIVE 592 12TH ST N.W.
MEDINA OH 44256 CARROLLTON OH 44615
DEA# [redacted] DEA# [redacted]
PRV. 12 AVERAGE 06/2016

| NDC# | DESCRIPTION | SKU | SIZE | FORM | MONTHS | PER MO. | SHIPMENT |
|---|---|---|---|---|---|---|---|
| 76439-0252-16 | Item Not Found | | | | 45 | 0 | |
| 69543-0252-16 | VIRTUSSIN AC** | 7121890 | 473 | ML | 3 | 0 | |
| 16571-0302-16 | GUAIFEN/COD SOL100-10/5ML | 7215478 | 473 | ML | 0 | | 12 |
| 45669 | Total Generic Key.. | | | | 48 | 4.00 | 12 |
| 00071-1013-68 | LYRICA 50MG | 3848017 | 90 | CAP | 18 | | 5 |
| 57800 | Total Generic Key.. | | | | 18 | 1.50 | 5 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 53
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM HUDSON #64
211 COMMERCE DRIVE 5863 DARROW RD
MEDINA OH 44256 HUDSON OH 44236
DEA# [redacted] DEA# [redacted]
PRV. 12 AVERAGE 06/2016

NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 54
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM LEWIS CENTER #65
211 COMMERCE DRIVE 8951 S OLD STATE ROAD
MEDINA OH 44256 LEWIS CENTER OH 43035
DEA# [redacted] DEA# [redacted]
PRV. 12 AVERAGE 06/2016

NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 55
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM POWELL #66
211 COMMERCE DRIVE 9965 SAWMILL PARKWAY
MEDINA OH 44256 POWELL OH 43065
DEA# [redacted] DEA# [redacted]

NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 56
CREMEANS BASED ON 06/2016 5/18/2017

EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03
FROM: TO:
DISCOUNT DRUG MART, INC DDM PICKERINGTON #67
211 COMMERCE DRIVE 845 HILL ROAD NORTH
MEDINA OH 44256 PICKERINGTON OH 43147
DEA# [redacted] DEA# [redacted]

PRV. 12 AVERAGE 06/2016

NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

---

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 57
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03
FROM: TO:
DISCOUNT DRUG MART, INC DDM GAHANNA #68
211 COMMERCE DRIVE 5599 N. HAMILTON RD
MEDINA OH 44256 COLUMBUS OH 43230
DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 15 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 12 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 8 | | 7 |
| 23139 | Total Generic Key.. | | | | 35 | 2.91 | 7 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 58
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03
FROM: TO:
DISCOUNT DRUG MART, INC DDM LODI #69
211 COMMERCE DRIVE 661 WOOSTER ST
MEDINA OH 44256 LODI OH 44254
DEA# [redacted] DEA# [redacted]

PRV. 12 AVERAGE 06/2016

NDC# DESCRIPTION SKU SIZE FORM MONTHS PER MO. SHIPMENT

---

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 59
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03
FROM: TO:
DISCOUNT DRUG MART, INC DDM SHELBY #70
211 COMMERCE DRIVE 219 MANSFIELD AVE
MEDINA OH 44256 SHELBY OH 44875
DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00603-2338-32 | Item Not Found | | | | 3 | | 0 |
| 65162-0033-10 | APAP + CODEINE #3 | 7094477 | 100 | TAB | 39 | | 10 |
| 4165 | Total Generic Key.. | | | | 42 | 3.50 | 10 |
| 00603-6469-28 | Item Not Found | | | | 3 | | 0 |
| 13668-0008-05 | ZOLPIDEM 10MG | 5130752 | 500 | TAB | 28 | | 0 |
| 13668-0008-01 | ZOLPIDEM 10MG** | 7296544 | 100 | | 0 | | 10 |
| 19188 | Total Generic Key.. | | | | 31 | 2.58 | 10 |
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 45 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 27 | | 0 |

```
 00093-0058-05 TRAMADOL 50MG       7208127    500  TAB       10           14
 23139                    Total Generic Key..    82   6.83     14
RXR166                    SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT                  PAGE 60
CREMEANS                          BASED ON 06/2016                          5/18/2017
                       EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                            ** CONTROLLED DRUGS **                           14:29:03
FROM:                                       TO:
DISCOUNT DRUG MART, INC                               DDM SHEFFIELD VILLAGE #71
211 COMMERCE DRIVE                                  5298 DETROIT RD
MEDINA          OH 44256                          SHEFFIELD VILLAGE    OH 44035
DEA#                                           DEA#
                                     PRV. 12  AVERAGE   06/2016
  NDC#     DESCRIPTION          SKU      SIZE  FORM       MONTHS  PER MO.  SHIPMENT
------------------------------------------------------------------------------------------
 00603-3215-21 DIAZEPAM 10MG**      6524342     100  TAB       16           5
 00603-3215-02 Item Not Found                          13         0
 3766                    Total Generic Key..     29   2.41     5
 00603-2338-32 Item Not Found                          1          0
 65162-0033-10 APAP + CODEINE #3     7094477     100  TAB        7           5
 4165                    Total Generic Key..      8   .66     5
 00603-6469-28 Item Not Found                          2          0
 13668-0008-05 ZOLPIDEM 10MG       5130752    500  TAB       22           0
 13668-0008-01 ZOLPIDEM 10MG**      7296544    100          0          5
 19188                    Total Generic Key..     24   2.00     5
RXR166                    SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT                  PAGE 61
CREMEANS                          BASED ON 06/2016                          5/18/2017
                       EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                            ** CONTROLLED DRUGS **                           14:29:03
FROM:                                       TO:
DISCOUNT DRUG MART, INC                               DDM CLYDE #72
211 COMMERCE DRIVE                                  1062 MC PHERSON HWY
MEDINA          OH 44256                          CLYDE           OH 43410
DEA#                                           DEA#
                                     PRV. 12  AVERAGE   06/2016
  NDC#     DESCRIPTION          SKU      SIZE  FORM       MONTHS  PER MO.  SHIPMENT
------------------------------------------------------------------------------------------
 00603-2338-32 Item Not Found                          4          0
 65162-0033-10 APAP + CODEINE #3     7094477     100  TAB       30            7
 4165                    Total Generic Key..     34   2.83     7
 76439-0136-11 TRAMADOL 50MG**     6905624    1000  TAB       48            0
 69543-0136-11 TRAMADOL 50MG**     7124571    1000  TAB       31            0
 00093-0058-05 TRAMADOL 50MG       7208127    500  TAB       19           18
 23139                    Total Generic Key..     98   8.16     18
RXR166                    SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT                  PAGE 62
CREMEANS                          BASED ON 06/2016                          5/18/2017
                       EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                            ** CONTROLLED DRUGS **                           14:29:03
FROM:                                       TO:
DISCOUNT DRUG MART, INC                               DDM ENON #73
211 COMMERCE DRIVE                                  7617 DAYTON-SPRINGFIELD
MEDINA          OH 44256                          ENON            OH 45324
DEA#                                           DEA#
                                     PRV. 12  AVERAGE   06/2016
  NDC#     DESCRIPTION          SKU      SIZE  FORM       MONTHS  PER MO.  SHIPMENT
------------------------------------------------------------------------------------------
RXR166                    SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT                  PAGE 63
CREMEANS                          BASED ON 06/2016                          5/18/2017
                       EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                            ** CONTROLLED DRUGS **                           14:29:03
```



FROM: TO:
DISCOUNT DRUG MART, INC DDM GROVE CITY #76
211 COMMERCE DRIVE 2290 STRINGTOWN RD
MEDINA OH 44256 GROVE CITY OH 43123
DEA# DEA#

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 64
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM MASON #77
211 COMMERCE DRIVE 6172 TYLERSVILLE RD
MEDINA OH 44256 MASON OH 45040
DEA# DEA#

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 00591-3223-79 | Item Not Found | | | | 6 | 0 | |
| 00574-0820-01 | TESTOSTER CYPINJ 200MG/ML | 6881908 | 1 | ML | 46 | | 11 |
| 3148 | Total Generic Key.. | | | | 52 | 4.33 | 11 |
| 00603-6469-28 | Item Not Found | | | | 2 | 0 | |
| 13668-0008-05 | ZOLPIDEM 10MG | 5130752 | 500 | TAB | 13 | | 1 |
| 13668-0008-01 | ZOLPIDEM 10MG** | 7296544 | 100 | | 0 | | 5 |
| 19188 | Total Generic Key.. | | | | 15 | 1.25 | 6 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 65
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM CHESTNUT RIDGE #78
211 COMMERCE DRIVE 110 CHESTNUT COMMONS
MEDINA OH 44256 ELYRIA OH 44035
DEA# DEA#

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 66
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM GALION #79
211 COMMERCE DRIVE 739 CARTER DRIVE
MEDINA OH 44256 GALION OH 44833
DEA# DEA#

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 67
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM REMINDERVILLE #80
211 COMMERCE DRIVE 3100 GLENWOOD BLVD #294
MEDINA OH 44256 TWINSBURG OH 44087

DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 68
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM MT GILEAD #81
211 COMMERCE DRIVE 525 WEST MARION RD
MEDINA OH 44256 MT GILEAD OH 43338
DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 69
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM HIGHLAND HTS #82
211 COMMERCE DRIVE 765 ALPHA DRIVE
MEDINA OH 44256 HIGHLAND HEIGHTS OH 44143
DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 11 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 9 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 5 | | 5 |
| 23139 | Total Generic Key.. | | | | 25 | 2.08 | 5 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 70
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM MONTVILLE #83
211 COMMERCE DRIVE 5923 WOOSTER PIKE
MEDINA OH 44256 MEDINA OH 44256
DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|
| 76439-0136-11 | TRAMADOL 50MG** | 6905624 | 1000 | TAB | 20 | | 0 |
| 69543-0136-11 | TRAMADOL 50MG** | 7124571 | 1000 | TAB | 14 | | 0 |
| 00093-0058-05 | TRAMADOL 50MG | 7208127 | 500 | TAB | 10 | | 9 |
| 23139 | Total Generic Key.. | | | | 44 | 3.66 | 9 |

RXR166 SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT PAGE 71
CREMEANS BASED ON 06/2016 5/18/2017
EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
** CONTROLLED DRUGS ** 14:29:03

FROM: TO:
DISCOUNT DRUG MART, INC DDM STRONGSVILLE #84
211 COMMERCE DRIVE 13919 PROSPECT RD
MEDINA OH 44256 STRONGSVILLE OH 44149
DEA# [redacted] DEA# [redacted]

| NDC# | DESCRIPTION | SKU | SIZE | FORM | PRV. 12 MONTHS | AVERAGE PER MO. | 06/2016 SHIPMENT |
|---|---|---|---|---|---|---|---|

```
------------------------------------------------------------------------------------------------
00591-3223-79  Item Not Found                        1         0
00574-0820-01  TESTOSTER CYPINJ 200MG/ML  6881908    1   ML        56         12
3148                     Total Generic Key..     57   4.75    12
76439-0136-11  TRAMADOL  50MG**      6905624   1000  TAB      24         0
69543-0136-11  TRAMADOL  50MG**      7124571   1000  TAB      19         0
00093-0058-05  TRAMADOL  50MG        7208127    500  TAB       9        10
23139                    Total Generic Key..     52   4.33    10
00603-4662-16  MODAFINIL 200MG**     6861876     30  TAB      48        10
41478                    Total Generic Key..     48   4.00    10
RXR166                   SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT              PAGE 72
CREMEANS                           BASED ON 06/2016                    5/18/2017
                   EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                         ** CONTROLLED DRUGS **                        14:29:03
FROM:                                     TO:
DISCOUNT DRUG MART, INC                          DDM BRUNSWICK HILLS #85
211 COMMERCE DRIVE                              5270 CENTER RD
MEDINA         OH  44256                      BRUNSWICK        OH  44212
DEA# [REDACTED]                               DEA# [REDACTED]
                             PRV. 12  AVERAGE  06/2016
   NDC#    DESCRIPTION         SKU      SIZE  FORM     MONTHS  PER MO.  SHIPMENT
------------------------------------------------------------------------------------------------
13668-0008-05  ZOLPIDEM 10MG         5130752    500  TAB       8         1
13668-0008-01  ZOLPIDEM 10MG**       7296544    100            0         5
19188                    Total Generic Key..      8    .66     6
76439-0136-11  TRAMADOL  50MG**      6905624   1000  TAB      26         0
69543-0136-11  TRAMADOL  50MG**      7124571   1000  TAB      21         0
00093-0058-05  TRAMADOL  50MG        7208127    500  TAB       8        10
23139                    Total Generic Key..     55   4.58    10
00093-5721-56  BUPREN/NALOX SL 8/2MG**  7208143    30  TAB       0          5
51641                    Total Generic Key..      0    .00     5
RXR166                   SHIPMENTS GREATER THAN .99% OF AVG. MOVEMENT              PAGE 73
CREMEANS                           BASED ON 06/2016                    5/18/2017
                   EXCLUDING MONTHLY SHIPMENTS LESS THAN 5
                         ** CONTROLLED DRUGS **                        14:29:03
FROM:                                     TO:
DISCOUNT DRUG MART, INC                          DDM MEDINA LINE #86
211 COMMERCE DRIVE                              38 S. MEDINA LINE ROAD
MEDINA         OH  44256                      COPLEY         OH  44321
DEA# [REDACTED]                               DEA# [REDACTED]
                             PRV. 12  AVERAGE  06/2016
   NDC#    DESCRIPTION         SKU      SIZE  FORM     MONTHS  PER MO.  SHIPMENT
------------------------------------------------------------------------------------------------
00574-0820-01  TESTOSTER CYPINJ 200MG/ML  6881908    1   ML         0          9
3148                     Total Generic Key..      0    .00     9
                  ** END OF REPORT **
```

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

- - -

| | | |
|---|---|---|
| IN RE: NATIONAL PRESCRIPTION OPIATE LITIGATION | : | MDL No. 2804 |
| | : | Case No. 1:17-MD-2804 |
| THIS DOCUMENT RELATES TO ALL CASES | : | Hon. Dan A. Polster |

- - -

Monday, January 7, 2019

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER CONFIDENTIALITY REVIEW

- - -

Videotaped deposition of TOM NAMETH, held at the offices of Cavitch, Familo & Durkin, 1300 East Ninth Street, Cleveland, Ohio, commencing at 9:03 a.m., on the above date, before Carol A. Kirk, Registered Merit Reporter and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

what size it was. In other words, it wasn't -- it didn't come out in 5,000 tablets. It came out as 500s or 100s.

Q. Okay. And so let's just say, for example, a store is ordering one bottle of 500 tablets, that's their monthly average, and then they switch and they order five bottles of 100 tablets, would that show up on your greater than 99 percent average 12-month report?

A. It would if they were only ordering one bottle of the 100s previously.

Q. Well, I know. My hypothetical was they were ordering one bottle of 500s.

A. But then you said you were going to switch to 100s.

Q. To five bottles of 100s. So the tablets are the same, but now instead of one bottle, we've got five. Would that show up on your report?

A. Yes.

Q. Okay. And why is that?

A. Because I think previously they were getting one bottle of 100. Now they're getting five bottles of 100.

Q. Okay. So the report would say their average is one bottle for the last year and this month they ordered five bottles, you've got to look into it?

A. We have to -- yes, that would be a case where I knew that we had different sizes and before they would -- they switched sizes. They switched size bottles.

Q. Okay. Conversely, if a pharmacy was ordering, let's say, two bottles of 100 tablets and that was their average for the last 12 months, okay? Is that fair example to start?

A. Yes.

Q. All right. And then they switched the next month and they -- instead of getting two bottles of 100 tablets, they get two bottles of 500 tablets, would that show up on your 12-month average rolling report?

A. Yes, because previously they didn't order any of the 500s. Now they're ordering two. So their history was different.

Q. Okay. So it would say -- it would say your previous 12-month on a 500-tablet bottle is zero and now you've ordered two?

A. Correct.
Q. And that's greater than 99 percent?
A. Correct.
Q. So it wouldn't be based on the tablet numbers, it would be based on the bottle's size?
A. Yes.
Q. Okay. Was there any other unit that was tracked by that report that would cause it to generate other than bottle size?
A. Not to my knowledge. It's been a while since I looked at that report.
Q. Okay. After those two letters that we looked at from the DEA, do you believe that DDM complied with every obligation underneath the Controlled Substances Act?
A. I do. I still think that our system, our SOMS system, looked at -- it wasn't just the 12-month rolling average. It was -- you know, that was part and parcel of the plan, the program.
Q. Okay.
A. We did have a prospective in

regards to the six-week average if Jill was looking at that, but that was still part of the program. It wasn't something that I look at, but it was still something that was looked at by humans, by people, a set of eyeballs on it. So -- and if she had any questions about it, she would either contact the stores or contact me or -- you know.

Q. Just to be clear, I don't want to know what Jill did because obviously Jill did that, so --

A. All right.

Q. Yeah. But just after looking at those two letters and all the things we discussed, it's still your position that DDM complied with the obligations that it had under the Controlled Substances Act?

A. I believe so.

Q. Okay. All right. And just so that we're clear, I want to just confirm, DDM's suspicious order monitoring policies and procedures were never put in writing, correct?

A. Correct.

Q. Okay. And those policies and

procedures were not effective at deterring or preventing completely theft of hydrocodone from stores, correct?

MR. JOHNSON: Objection.

A. I think that -- you're talking about distribution level versus store level here, right?

Q. I'm just asking you whether DDM's suspicious order monitoring policies were effective at preventing --

A. Yes.

Q. -- theft.

A. Yes.

Q. Okay. But you agreed with me earlier today that there were several instances where controlled substances were stolen from a DDM pharmacy, right?

A. But -- yes, but the system caught -- the systems in place caught whatever was missing based on our monthly reports, based on the rolling reports, based on everything that we reported.

Q. Right. They caught it after the fact, but they didn't prevent it, right?

A. On -- in a theft situation, we caught it after the fact.

Q. And DDM has never reported a single suspicious order to the DEA or the Ohio State Board, right?

A. Correct.

Q. And DDM has never identified or reported a single possible suspicious order either, correct?

A. Correct.

Q. Okay. All right. Let's look at Exhibit -- I think we're on 5.

MR. JOHNSON: 4 maybe.

MR. MULLIGAN: The last letter was 4.

MR. JOHNSON: You're right. I'm sorry.

- - -

(DDM-Nameth Exhibit 5 marked.)

- - -

BY MR. MULLIGAN:

Q. Okay. So this is an e-mail with an attachment. The e-mail is DDM53874, and the attached document is DDM53912. And I'll just

tell you, this is an e-mail from after you retired. But I mostly just want to know if you know what this attachment is. It's the -- the attachment is -- the title says "Shipments Greater Than 99 percent of Average Movement." And then it says "Controlled Drugs."

And the e-mail says, "Attached is our suspicious monitoring report for the last 12 months."

Does that look like -- is this the report that you would have reviewed -- I mean, obviously the date is different but ...

A. I didn't see it in this form.

Q. Okay.

A. But, you know.

Q. This contains the information that you would have reviewed on your -- on the report that you got?

A. Yes.

Q. Okay. That's all I've got for that one.

Let's do Exhibit 6.

Actually, no. Let's skip that one.

- - -

(DDM-Nameth Exhibit 6 marked.)

- - -

BY MR. MULLIGAN:

Q. This is DDM11545. And this is a letter from Pete Ratycz to the U.S. Department of Justice dated November 13, 2001.

Do you see that?

A. Yes.

Q. Okay.

MR. JOHNSON: Can you give him a second to look at it?

Q. I mean, if you need time to read it, feel free, but I'm just going to ask you some questions about it. We're going to walk through it.

It says, "Dear Sirs: Please be advised on November 6, 2001 a pharmacy technician, Darlene Cottle, was apprehended selling controlled substances to an undercover officer outside our pharmacy located at -- in Bellbrook, Ohio."

Do you see that?

A. Mm-hmm, yes.

Q. Do you recall that instance?
A. Vaguely.
Q. Okay. Do you know who Darlene Cottle is?
A. I believe she is a pharmacy tech.
Q. Okay. Could you pick her out of a lineup?
A. No.
Q. Okay. And so if you go down further, it's talking about the drugs she had on her. And it says, "However, a complete audit of the suspected drugs indicate significant shortage."
Do you see that?
A. Yes.
Q. Okay. And so this would indicate that this store -- and I'm not sure what the store number was, but they had a significant shortage of their drugs, which was identified after this pharmacy tech was caught selling controlled substances to an undercover officer just outside the pharmacy, right?
A. Yes.
Q. Okay. Is that concerning to you?

A. Yes.

Q. And why is that?

A. Well, several reasons. One is that you're getting controlled substances out into the public and the use of unprescribed medication. Two is the employee. You never want to see one of your own employees stealing. So, you know, for those two reasons specifically.

Q. Do you know -- well, if you look down at the bottom, it says that the audit -- the drug audit was started on August 31, 2001.

Do you see that at the bottom?

A. Yes.

Q. But then the letter to the DEA is dated November 13, 2001.

Do you see that?

A. Yes.

Q. Do you know why this issue wouldn't have been reported to the DEA earlier than -- it looks like it's about a month and a half later -- actually, two and a half months later?

A. Because they probably did a drug

audit. The store did their drug audit on August 31st. And so they use that as a starting point. And then count the number of medications that were delivered under that particular -- those particular drugs they're looking for or that were confiscated. So they have to go back to a starting point.

Q. If you were going to do an audit to see if there was a shortage of drugs, how long would that take?

A. From beginning to end?

Q. Yeah.

A. It depends on the quantity, but you'd have to probably -- it may take several days. It may take -- it may take a week.

MR. JOHNSON: I'm going to have to object. I don't know if you just read it wrong or maybe I'm reading it wrong. It says that the theft took place on November 6th, and the letter is dated November 13th. So it would have only been a week?

MR. MULLIGAN: Is that an objection?

MR. JOHNSON: Yes.

MR. MULLIGAN: Okay. Is it a form objection?

MR. JOHNSON: Yes.

MR. MULLIGAN: Is it a form objection?

MR. JOHNSON: Yes.

MR. MULLIGAN: Okay. Well, I was asking about August 31st, which is at the bottom of the letter.

MR. JOHNSON: I know you were but -- okay. Well, they wouldn't have known about the theft until --

MR. MULLIGAN: But that's testimony, Tim.

MR. JOHNSON: Okay. So it's not a mistake. I just thought you were making a mistake.

MR. MULLIGAN: No. No. Thank you, though. All right.

BY MR. MULLIGAN:

Q. Okay. So if an audit took a couple days, and you started on August 31st, do you have any understanding why this report