EXHIBIT 466

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF OHIO

EASTERN DIVISION

- - -

| | | |
|---|---|---|
| IN RE: NATIONAL | : | |
| PRESCRIPTION | : | MDL No. 2804 |
| OPIATE LITIGATION | : | |
| _____ | : | Case No. |
| | : | 1:17-MD-2804 |
| THIS DOCUMENT RELATES | : | |
| TO ALL CASES | : | Hon. Dan A. Polster |

- - -

Monday, January 7, 2019

HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
CONFIDENTIALITY REVIEW

- - -

Videotaped deposition of TOM NAMETH, held at

the offices of Cavitch, Familo & Durkin,

1300 East Ninth Street, Cleveland, Ohio, commencing at

9:03 a.m., on the above date, before Carol A. Kirk,

Registered Merit Reporter and Notary Public.

- - -

GOLKOW LITIGATION SERVICES
877.370.3377 ph | 917.591.5672 fax
deps@golkow.com

Highly Confidential - Subject to Further Confidentiality Review

1    anomaly associated with a controlled substance,

2    in terms of size, would that be something that

3    would constitute a suspicious order?

4           A.    Not necessarily.  It would be

5    something that would jump out of the page at you

6    and then you'd have to look into that specific

7    reason why that -- there was an increase from

8    month to month or that particular month.

9                So it, not necessarily, would make

10   it a suspicious order.  It would jump out of the

11   page.  Then there would be follow up to

12   determine whether it was suspicious or not.

13          Q.    Okay.  So if you were looking at

14   this one month -- the monthly -- what do you

15   want to call this report for the sake of the

16   transcript?  Do you have a preference as to what

17   you call it?

18          A.    Twelve-month order.  I mean,

19   12-month --

20          Q.    The 12-month report?

21          A.    Yeah, I guess.

22          Q.    Okay.  And when we say that, we'll

23   agree that we're referring to the one that's

24   printed monthly and reflects a rolling 12-month

Highly Confidential - Subject to Further Confidentiality Review

```
 1    average.

 2              Is that fair?

 3         A.   Right.  Yes.

 4         Q.   Okay.  So if you were looking --

 5    and I assume part of your responsibilities were

 6    to review this 12-month report, correct?

 7         A.   Yes.

 8         Q.   Was anybody else responsible for

 9    reviewing this 12-month report on a monthly

10    basis?

11         A.   If I was on vacation, the VP of

12    pharmacy would do that --

13         Q.   Okay.

14         A.   -- but it would only be between

15    the two of us.

16         Q.   Okay.  And you said that you would

17    use that report to see if anything jumped out at

18    you, right?

19         A.   I would use the report to make the

20    next determination of whether we had to do

21    something else besides necessarily what had to

22    be -- there was another form that we used that

23    we sent out to a store to ask them the reasons

24    why of the increase.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              Q.    Okay.  So let's say Store Number 1

 2    has a 12-month rolling average of five bottles

 3    of hydrocodone per month, fair?

 4              A.    Yes.

 5              Q.    Okay.  And then you get a report

 6    on January 1st showing that in December they

 7    ordered 15 bottles of hydrocodone.

 8              A.    Yes.  Okay.

 9              Q.    And so would that appear on the

10    report?

11              A.    Yes.

12              Q.    Okay.  And would that jump out at

13    you?

14              A.    Yes.

15              Q.    Was there any policy and procedure

16    at DDM that told you what should jump out at

17    you?

18              A.    It was discussed that if we

19    determined that it was a policy -- not a policy.

20    We determined that the volume was higher than

21    normal, then we would follow up with a report to

22    the store.

23              Q.    Okay.  And so it sounds like there

24    wasn't --
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              A.    In other words, if they're going

 2     up from two bottles to four bottles, that, not

 3     necessarily, would -- it's a higher volume than

 4     normal.  And that's why we had to look at that

 5     as an individual, because we had to determine

 6     what store we're looking at.

 7              If you're looking at just a

 8     number, a black and white number, it really

 9     doesn't tell you much.  It tells you a volume,

10     but it doesn't tell you anything besides that.

11     So that's why we had to look at it and then

12     determine a reason why, and that reason then

13     would go out to the stores.  We'd ask the

14     question and then they would have to respond.

15              Q.    Okay.  And I appreciate all that.

16     What I'm really focused on right now is, did you

17     ever receive any training or was there any

18     policies and procedures that said, "All right,

19     Tom, if you see this report and this store that

20     was ordering five has ordered, you know -- if it

21     increases by X percentage, then you have to do

22     something."

23              Was there anything like that?

24              A.    Well, as being a retail pharmacist
```

```
 1   for 15 years probably before, you know, I was

 2   very well aware of what stores -- the

 3   functionalities of stores do, how their orders

 4   were done, and they gave you a background.

 5              Now, we also -- when I came on

 6   board, it was verbally dictated to me that this

 7   is what we should do if you have -- if you feel

 8   that this is higher than normal, then we should

 9   follow up.  So that's what we did.

10        Q.   Okay.  So what I'm hearing is --

11   tell me if I'm wrong -- there was no set policy

12   and procedure that required you to follow up

13   based on a particularly -- like a percentage

14   increase?  There was no percentage that says,

15   all right, in this instance, you have to follow

16   up with the pharmacist, correct?  It was a

17   judgment call that you got to make?

18        A.   Yes.

19        Q.   Okay.

20        A.   Yes.

21        Q.   And so on any given month, let's

22   take that store we just talked about that had an

23   average of five bottles, correct?  Okay?

24        A.   Yes.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1              Q.    Is there a specific number where
 2    for Tom, an increase that would jump out at you
 3    where you'd say, "I need to follow up"?
 4              A.    Well, the report itself, I think,
 5    would populate once that -- that number would,
 6    say, hit a threshold.  I think the threshold of
 7    that report, if I don't -- if I remember
 8    correctly, was about 90 -- 90 percent,
 9    99 percent or so.  So when it would populate in
10    the report, in your case, that would have to be,
11    what, ten bottles?
12              Q.    Mm-hmm.
13              A.    And so in my opinion, that would
14    be a substantial increase.  So we would have to
15    understand why it went from five to ten.  So
16    that would -- that would then generate a report
17    on my side out to the stores to ask them that
18    question.
19                    Now, there's some other things
20    involved.  If a store was -- you know, had a
21    clinic that opened up next store, Cleveland
22    Clinic was populating, you know, individual
23    satellites around the suburbs of Cleveland quite
24    rapidly, and so there are things that we knew --
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    that's why it's important for us to have

 2    somebody look at it rather than just take it by

 3    its value on a piece of paper.

 4          Q.    Okay.  So my question was

 5    specific.  Was there a certain number that would

 6    cause you to do follow up?  And I appreciate all

 7    the other things you told me.  We'll be here

 8    until Friday if --

 9          A.    Okay.

10          Q.    I appreciate the information.

11          A.    I'm just trying to explain what we

12    do, but you know.

13          Q.    Yeah.  And I don't want anybody --

14          A.    I understand.

15          Q.    -- to be mad at me later --

16          A.    No.  I understand.

17          Q.    -- when it's 7:00 and we're still

18    here.  But -- you know, so I -- if you can

19    listen to my question.  I'm going to try and ask

20    very specific pointed questions for what I need,

21    and if you can try and answer the question.

22    Certainly you're welcome to provide any

23    additional information you want, but I don't

24    want to keep you here all day.
```

1           So let me ask this.  Okay.  So

2  this report's printed monthly, right?

3           A.    Correct.

4           Q.    Okay.  Does it have all DDM's

5  stores on it?

6           A.    Yes, it does.

7           Q.    And it's broken up by store?

8           A.    Yes.

9           Q.    Okay.  Does it include just

10 controlled substances or other items?

11          A.    Yes.

12          Q.    Just controlled substances.  Okay.

13          Do all controlled substance orders

14 appear on this report or just the ones that

15 exceed the 99 percent?

16          A.    They can all appear on there.

17 Now, they -- I think that once they're printed,

18 only the 99 percent were.  I don't -- I think

19 it's only the 99 percent.

20          Q.    Okay.  So let's say -- let's use

21 our example again, and I don't remember what

22 store it was.  We'll say Store 1 so we can

23 remember.  So Store 1 has an average of five

24 bottles a month, right?

```
 1              A.    Yes.

 2              Q.    This feels like math class,

 3    doesn't it?

 4              A.    Yeah.

 5              Q.    Okay.  So they're averaging five a

 6    month and then all of a sudden in December they

 7    order nine, right?

 8              A.    Yes.

 9              Q.    Okay.  That wouldn't show up on

10    the report, would it?

11              A.    Probably not.

12              Q.    Okay.  So then we're at nine, and

13    then let's say the next month they order 16.

14    That wouldn't show up on the report either,

15    would it?

16              A.    Well, I'd have to look and see.

17    It's a rolling average, so ...

18              Q.    Okay.  So the December amount --

19              MR. JOHNSON:  Let him finish.

20              Q.    Yeah.  Go ahead.

21              A.    I don't know.  I'd have to look

22    at -- and we'll do the math, I guess, and see if

23    a rolling average from month to month when

24    you're going back 12 months, I would have to
```

1    understand the math.

2           Q.    I gotcha.  But you'd agree that

3    each month they could increase 98 percent over

4    what their last 12-month average was and it

5    wouldn't show up on the report; is that correct?

6           A.    Well, it's an increment -- when

7    you're looking at it on a month to month on a

8    rolling 12, I don't -- when you average in the

9    whole year, I don't think it -- I'm not quite

10   sure.  I'd have to look at the math, you know,

11   and if it pops on that report.

12          Q.    Okay.  So my question was, I'm

13   trying to frame my question in a way that --

14          A.    Well, I -- yeah.  You're trying --

15          Q.    Let me ask --

16          MR. JOHNSON:  Let him ask you --

17          let him --

18          Q.    So my question is:  If you

19   could -- that a store could increase its orders

20   every month, right?

21          A.    Mm-hmm.

22          Q.    Under that formula just generally

23   over time and without having any of those

24   ordering patterns show up on that report,

1    correct?

2           A.    If you're only looking at a month

3    to month, you're correct in your statement that

4    you wouldn't see that.  But when you throw in

5    the rolling average of 12, I don't know if that

6    skews that number.

7           Q.    Well, let's say in month 12 you

8    increase your orders by 98 percent, all of a

9    sudden your 12-month average went up, didn't it?

10          A.    Yes.

11          Q.    And so then you could then

12   increase again by 98 percent, which would then

13   again bring your --

14          A.    I don't think on a monthly -- each

15   month that would -- you could do a 90 -- or

16   100 percent, whatever it is, 99 percent every

17   single month and increase that because it's a

18   rolling 12.  It looks back -- you know, it's

19   slow -- it's a slow progression.

20          Q.    Right.  So the January before

21   rolls off when the --

22          A.    Okay.  Yes.  Yes.

23          Q.    -- most recent January goes on.

24          A.    Mm-hmm.

Highly Confidential - Subject to Further Confidentiality Review

```
 1                    (Reporter clarification.)

 2          A.     I'm sorry.

 3          Q.     The -- yeah.  We talked over

 4   there, each other.

 5                 So your January from last year

 6   rolls off the report when your January from this

 7   year gets added?

 8          A.     Yes.

 9          Q.     Okay.  And so if your January from

10   last year was five bottles and your January this

11   year was ten, your average goes up, right?

12          A.     Yes.

13          Q.     Which then raises the amount that

14   you could order in February without that amount

15   showing up on your report, correct?

16          A.     I'm taking your word for it.

17          Q.     Okay.  I mean --

18          A.     Without doing the math, but yes.

19          Q.     Right.  Well, and I haven't given

20   you any specific math.  And it's your report.

21   So I'm just trying to understand how this would

22   work and how things would show up.

23          A.     Yeah.

24          Q.     Okay.  How often would stores show
```

Highly Confidential - Subject to Further Confidentiality Review

1    up on this report?

2         A.    They would show up on the report

3    with some frequency.  It depends on if it's

4    cough and cold and flu season, then you're going

5    to see more cough syrups report -- on the

6    report.  But how often a particular store?

7         Q.    I guess what I want to know is,

8    Tom goes into work on January 1 -- I'm sorry for

9    calling you Tom.  Mr. Nameth.

10        A.    That's fine.

11        Q.    Mr. Nameth goes into work on

12   January 1.  The report prints out.  It lands on

13   your desk.  Are all 74 stores on that report --

14        A.    Yeah.

15        Q.    -- showing stuff that's exceeded

16   the 99 percent rolling average?

17        A.    All stores are on the report but

18   there could be blank pages that they don't show

19   anything.

20        Q.    Okay.  So if no stores' order

21   history trigger this reporting system that had

22   been set up, they would just have the store but

23   nothing underneath?

24        A.    Right.

Highly Confidential - Subject to Further Confidentiality Review

```
 1              Q.    And how common was it for the

 2    store to be listed with nothing underneath it?

 3              A.    I would say it was not that common

 4    for having a store having nothing.  So we had to

 5    review each -- you know, it was fairly time

 6    consuming to do, but ...

 7              Q.    Let's talk about opioids.

 8              A.    Yeah.

 9              Q.    When would this report print?

10    Would it be the first of the month?

11              A.    Yes.

12              Q.    Okay.  And would that be the thing

13    you'd expect to spend that day doing, looking at

14    that report?

15              A.    Generally, yeah.  I mean, it was

16    something that took some time.

17              Q.    Okay.  How many days would you

18    spend on it?

19              A.    It depends on how much time I had.

20    It could be several hours to, you know, a day

21    maybe, looking at it.

22              Q.    Okay.  Would it ever take you more

23    than a day to go through that report and do

24    whatever due diligence you needed to do?
```

Highly Confidential - Subject to Further Confidentiality Review

1          A.    Not that I recall.

2          Q.    Okay.  And how many stores would

3    you say on average would show up on that report

4    regarding opioid purchases?

5          A.    Strictly opioids?

6          Q.    Correct.

7          A.    There might be a dozen stores.

8          Q.    Okay.  So 12 of the 74 stores

9    would appear on average, just generally on a

10   given month showing that their orders for the

11   last month for opioids were greater than

12   99 percent of their 12-month rolling average; is

13   that fair?

14         A.    Yeah.  Now, that number -- when we

15   got towards 2012, '13, '14, those numbers seems

16   to -- seemed to decrease.

17         Q.    Do you know why that was?

18         A.    I do not know.

19         Q.    Did you ever look into why the

20   amount of times a store appeared on that report

21   went down around that time frame?

22         A.    No.

23         Q.    Okay.  So you noticed a marked

24   decline in stores showing up on your suspicious

Highly Confidential - Subject to Further Confidentiality Review

1    order monitoring report and you didn't do

2    anything to figure out why?

3            A.    If they decreased?

4            Q.    Correct.

5            A.    No, I did not.

6            Q.    Okay.  Do you have any idea today

7    why fewer stores were showing up on your

8    suspicious order monitoring report starting in

9    2012?

10           A.    No.

11           Q.    Are you aware that that time frame

12   more or less coincides with when this opioid

13   crisis really kind of got blown out of

14   proportion?  Excuse me.  Blew up is the word I

15   was looking for.

16           A.    I think that it was more in the

17   news and there were some policies that the State

18   Board of Pharmacy made -- and, you know, I'm --

19   again, I'm not quite sure of the year, but there

20   was some changes to the board of how many

21   opioids you could dispense at a particular time,

22   so ...

23           Q.    Do you know what those rules are?

24           A.    Quantities, you know -- actually,

Highly Confidential - Subject to Further Confidentiality Review

1    the big thing was when hydrocodone went to

2    Schedule II, but now you're talking, what, I

3    think in '14.  So prior to that, not really.  I

4    don't know why that would have been.

5            Q.    So you told me that you thought

6    about a dozen stores would show up regarding

7    opioids on a monthly basis on that report.  Was

8    that prior to 2012 or was that --

9            A.    Yeah.  I think that -- that was

10   probably around '12, '13.  Prior to that, it

11   might have been slightly more on -- strictly on

12   the opioids.

13           Q.    Okay.  And you would spend upwards

14   of a day looking into that and doing due

15   diligence to determine whether that ordering

16   pattern was suspicious?

17           A.    I don't know if I would say

18   upwards of a day.

19           Q.    Okay.  So --

20           A.    A portion of the day.

21           Q.    Okay.  And what would that -- what

22   would the time that you spent -- what would you

23   spend that time doing?

24           A.    Reviewing each particular order

Highly Confidential - Subject to Further Confidentiality Review

1    that would show on the report, looking at what

2    store it was, determining to the best of my

3    knowledge why that would be, and then sending

4    out reports to the store.  You know, generating

5    another report to the store to ask them, you

6    know, why they had an increase.

7           Q.    Okay.  Did you always send the

8    form to the store?

9           A.    I'm sending the forms and it would

10   always go to the store, yes.

11          Q.    Okay.  So any time that a store

12   showed up on that report, you would send a form

13   asking them to explain why their ordering had

14   increased?

15          A.    No.

16          Q.    Okay.

17          A.    I mean, that's when I used a

18   judgment.

19          Q.    So this report would populate

20   automatically, correct?

21          A.    Yes.

22          Q.    And you would get the report,

23   correct?

24          A.    Right.

Highly Confidential - Subject to Further Confidentiality Review

1         Q.    And you were primarily responsible

2  for reviewing it, correct?

3         A.    Yes.

4         Q.    And you'd spend a couple hours on

5  the day that it populated reviewing it, right?

6         A.    Right.

7         Q.    And depending upon what popped out

8  at you, you would then decide whether to send a

9  form to the store asking for more information

10  about why --

11         A.    Well, you know, if the volume --

12         Q.    Hold on.  You would then send a

13  form that would ask them to explain why their

14  orders increased, correct?

15         A.    Yes, but I would send a form -- if

16  the quantities went from one to two or three, I

17  generally would not send a report.  If the

18  quantities went from five to ten, that would

19  generate a report, so ...

20         Q.    Why would five to ten generate a

21  report to the store and not one to three?

22         A.    Well, when you're looking at ups

23  and downs in the marketplace and all the

24  variables, you know, when you're talking about

1    increase by one bottle, so to speak, that

2    necessarily would not, in my mind, generate a

3    report that would lead to a possible suspicious

4    order.

5            Q.    Okay.  That was a judgment call

6    you made, right?

7            A.    Yes.

8            Q.    And what was the purpose of the

9    report that you would send to the stores?

10           A.    Well, it was twofold, in my

11   opinion anyway.  One was to see why the

12   increase.  The second was to see, after they do

13   the math of -- say, like they had an increase in

14   the number of volume of scripts, I also wanted

15   to know whether or not the remaining bottles

16   were on the shelf, or if there was some

17   diversion where someone was -- you know, are we

18   missing bottles?  Because if they had ordered

19   ten bottles and five were used for filling

20   scripts, they better have five on the shelf, so

21   to speak.

22           Q.    Did you ever send out one of those

23   forms and get a response back that, you know,

24   we're missing two bottles and so we had to

Highly Confidential - Subject to Further Confidentiality Review

1    replace them?

2           A.    Not that I recall.

3           Q.    Okay.  Do you ever recall any

4    issues regarding missing controlled substances?

5           A.    At store level?

6           Q.    Correct.

7           A.    There have been situations at

8    store level where there have been missing

9    controlled substances.

10          Q.    Is that a common occurrence?

11          A.    Not really.

12          Q.    Okay.  So it was uncommon?

13          A.    I would say.

14          Q.    Do you think DDM did a good job of

15   preventing diversion at its store level?

16          A.    I think we did.

17          Q.    Okay.  All right.  So let's just

18   recap this because I want to make sure I fully

19   understand.  So at some point in the '90s, DDM

20   designed this report that would generate

21   monthly, right?

22          A.    Yes.

23          Q.    Okay.  And the monthly report had

24   every store on it, right?

Highly Confidential - Subject to Further Confidentiality Review

1        A.    Yes.

2        Q.    And it would show the rolling

3    12-month average for -- well, it would reflect

4    the rolling -- strike that.

5             The formula used to decide whether

6    an ordering history would show up for a given

7    store was whether it exceeded the prior 12-month

8    rolling average by 99 percent, right?

9        A.    Yes.

10       Q.    Otherwise nothing would show up,

11   right?

12       A.    Right.

13       Q.    Okay.  And so this report, did it

14   get e-mailed to you?  Was it printed?

15       A.    Printed.

16       Q.    Okay.  So this report comes out

17   and you go and you grab it and then you look at

18   it, right?

19       A.    Correct.

20       Q.    And you spend a couple hours and

21   you look at all the orders or the ordering

22   history that shows up.  And you'd agree that

23   we're talking about ordering history, right, not

24   necessarily a specific order?

Highly Confidential - Subject to Further Confidentiality Review

```
 1              A.    Say again.

 2              Q.    So, like, for example, the store

 3    orders -- the stores made orders more than once

 4    a month, right?

 5              A.    Yes.

 6              Q.    Okay.  And so the report would

 7    reflect what was ordered the prior month, but it

 8    wasn't a -- it wasn't showing specific orders,

 9    it was showing the total orders?

10              A.    Yes.

11              Q.    Okay.  And so you would then look

12    at that and you would make a judgment call as to

13    whether you needed to follow up with the store

14    to get more information, correct?

15              A.    Yes.

16              Q.    Okay.  And if you decided that a

17    particular change was large enough, based on

18    your own judgment, then you would send a form to

19    the store asking for more information, correct?

20              A.    Correct.

21              Q.    Okay.  And what -- let's say we

22    had that store where they averaged five and now

23    they've ordered ten the last month, what would

24    be a satisfactory explanation for why they
```

Highly Confidential - Subject to Further Confidentiality Review

1    increased their order?

2           A.    If the number of scripts went up,

3    if the number of -- the volume of controlled

4    substances that were dispensed went up, then

5    that would equate to a reason why their volume

6    went up.  But then, again, on the same token,

7    there was lots of times when I would follow up

8    if I wasn't -- if that wasn't a complete answer,

9    I would make sure that the bottles were still on

10   the shelf.

11           Now, so there were several times

12   where the pharmacist would increase their order

13   because they were running a little bit low

14   previously.  These are controlled drugs for

15   pain.  We don't want to run out of a pain

16   medication that someone needs immediately.  You

17   can't tell them, they're going to come in two

18   days later for their pain medicine.

19           So we would -- there were a lot of

20   times when the pharmacist would -- might order

21   heavier, you know, than normal, just so they

22   wouldn't run out, if they were getting low.

23           Q.    And was that okay by you?

24           A.    Yes, as long as I knew where they

Highly Confidential - Subject to Further Confidentiality Review

1   were.

2          Q.    Okay.  So if a pharmacy averaged

3   five and then they ordered ten, they'd show up

4   on the report, right?

5          A.    Yes.

6          Q.    And then you would decide whether

7   or not that warranted any follow up, right?

8          A.    Yes.

9          Q.    Okay.  And if the pharmacist

10  filled out this form and said, "Look,

11  Mr. Nameth, you know, we had more prescriptions

12  this month we had to fill and that's why we had

13  to order twice as much," that would be a

14  sufficient explanation?

15         A.    As long as the volume would equate

16  to that, yes.

17         Q.    Okay.  And what would they need to

18  do to show you that the volume equated to the

19  increase in ordering?

20         A.    They would either -- they would

21  either send a report of the actual scripts.  If

22  they didn't send a report of the actual scripts,

23  if they determined that they had an increase in

24  volume or whatever of particular scripts, they

1    would have an explanation of why, and that could

2    have been followed up -- well, you know, a lot

3    of times it was, was how many bottles are left

4    on your shelf.  Because the last thing we wanted

5    is to have somebody, you know, have some

6    diversion going on at store level.

7         Q.    Okay.  And so would it be fair to

8    say that the purpose of that report and your due

9    diligence was to make sure they weren't

10   replacing opioids, for example, with some that

11   had been diverted at the store level like

12   through theft; would that be fair?

13        A.    What do you mean by "replacing"?

14   I didn't understand that.

15        Q.    So it sounds -- you indicated to

16   me that an appropriate explanation for an

17   increase in orders that would show up on that

18   report would be that there were more

19   prescriptions, right?

20        A.    Yes.

21        Q.    And then you said to me that you

22   were concerned with making sure that they

23   weren't replacing bottles that may be -- were

24   diverted through theft or some other means at

1    the store level, correct?

2          A.    I'm getting hung up on

3    "replacing."  You know, what --

4          Q.    Well, tell me what you mean.  I'm

5    just trying to understand what you're telling

6    me.  That's all.

7          A.    Okay.  I wanted to make sure that

8    the bottles were not diverted out of the store

9    through theft, that they have them on the shelf.

10         Q.    Okay.

11         A.    So --

12         Q.    And so you wanted to make sure

13    that the increased order wasn't sort of --

14    wasn't a way of compensating for a bottle that

15    disappeared; is that fair?

16         A.    Yes.

17         Q.    Okay.  What other ways that you

18    understand that a -- let's say a bottle of

19    opioids could be diverted out of a DDM store?

20         A.    What other ways?

21         Q.    Correct.

22         A.    Well, possible theft, but other

23    possible ways?  Maybe through a delivery.  Maybe

24    there was a driver that decided to, you know,