# EXHIBIT 471

```
                UNITED STATES DISTRICT COURT

           FOR THE NORTHERN DISTRICT OF OHIO

                    EASTERN DIVISION

                         - - -

IN RE:   NATIONAL              :
PRESCRIPTION                   :  MDL No. 2804
OPIATE LITIGATION              :
_____        :  Case No.
                               :  1:17-MD-2804
THIS DOCUMENT RELATES          :
TO ALL CASES                   :  Hon. Dan A. Polster

                         - - -

              Monday, January 7, 2019

     HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
              CONFIDENTIALITY REVIEW

                         - - -
```

Videotaped deposition of TOM NAMETH, held at

the offices of Cavitch, Familo & Durkin,

1300 East Ninth Street, Cleveland, Ohio, commencing at

9:03 a.m., on the above date, before Carol A. Kirk,

Registered Merit Reporter and Notary Public.


                         - - -



          GOLKOW LITIGATION SERVICES
       877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com

```
 1   understand the math.
 2        Q.   I gotcha.  But you'd agree that
 3   each month they could increase 98 percent over
 4   what their last 12-month average was and it
 5   wouldn't show up on the report; is that correct?
 6        A.   Well, it's an increment -- when
 7   you're looking at it on a month to month on a
 8   rolling 12, I don't -- when you average in the
 9   whole year, I don't think it -- I'm not quite
10   sure.  I'd have to look at the math, you know,
11   and if it pops on that report.
12        Q.   Okay.  So my question was, I'm
13   trying to frame my question in a way that --
14        A.   Well, I -- yeah.  You're trying --
15        Q.   Let me ask --
16             MR. JOHNSON:  Let him ask you --
17        let him --
18        Q.   So my question is:  If you
19   could -- that a store could increase its orders
20   every month, right?
21        A.   Mm-hmm.
22        Q.   Under that formula just generally
23   over time and without having any of those
24   ordering patterns show up on that report,
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   correct?
 2           A.    If you're only looking at a month
 3   to month, you're correct in your statement that
 4   you wouldn't see that.  But when you throw in
 5   the rolling average of 12, I don't know if that
 6   skews that number.
 7           Q.    Well, let's say in month 12 you
 8   increase your orders by 98 percent, all of a
 9   sudden your 12-month average went up, didn't it?
10           A.    Yes.
11           Q.    And so then you could then
12   increase again by 98 percent, which would then
13   again bring your --
14           A.    I don't think on a monthly -- each
15   month that would -- you could do a 90 -- or
16   100 percent, whatever it is, 99 percent every
17   single month and increase that because it's a
18   rolling 12.  It looks back -- you know, it's
19   slow -- it's a slow progression.
20           Q.    Right.  So the January before
21   rolls off when the --
22           A.    Okay.  Yes.  Yes.
23           Q.    -- most recent January goes on.
24           A.    Mm-hmm.
```

```
 1                  (Reporter clarification.)
 2         A.    I'm sorry.
 3         Q.    The -- yeah.  We talked over
 4   there, each other.
 5                  So your January from last year
 6   rolls off the report when your January from this
 7   year gets added?
 8         A.    Yes.
 9         Q.    Okay.  And so if your January from
10   last year was five bottles and your January this
11   year was ten, your average goes up, right?
12         A.    Yes.
13         Q.    Which then raises the amount that
14   you could order in February without that amount
15   showing up on your report, correct?
16         A.    I'm taking your word for it.
17         Q.    Okay.  I mean --
18         A.    Without doing the math, but yes.
19         Q.    Right.  Well, and I haven't given
20   you any specific math.  And it's your report.
21   So I'm just trying to understand how this would
22   work and how things would show up.
23         A.    Yeah.
24         Q.    Okay.  How often would stores show
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   up on this report?
 2        A.    They would show up on the report
 3   with some frequency.  It depends on if it's
 4   cough and cold and flu season, then you're going
 5   to see more cough syrups report -- on the
 6   report.  But how often a particular store?
 7        Q.    I guess what I want to know is,
 8   Tom goes into work on January 1 -- I'm sorry for
 9   calling you Tom.  Mr. Nameth.
10        A.    That's fine.
11        Q.    Mr. Nameth goes into work on
12   January 1.  The report prints out.  It lands on
13   your desk.  Are all 74 stores on that report --
14        A.    Yeah.
15        Q.    -- showing stuff that's exceeded
16   the 99 percent rolling average?
17        A.    All stores are on the report but
18   there could be blank pages that they don't show
19   anything.
20        Q.    Okay.  So if no stores' order
21   history trigger this reporting system that had
22   been set up, they would just have the store but
23   nothing underneath?
24        A.    Right.
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1           Q.    And how common was it for the
 2   store to be listed with nothing underneath it?
 3           A.    I would say it was not that common
 4   for having a store having nothing.  So we had to
 5   review each -- you know, it was fairly time
 6   consuming to do, but ...
 7           Q.    Let's talk about opioids.
 8           A.    Yeah.
 9           Q.    When would this report print?
10   Would it be the first of the month?
11           A.    Yes.
12           Q.    Okay.  And would that be the thing
13   you'd expect to spend that day doing, looking at
14   that report?
15           A.    Generally, yeah.  I mean, it was
16   something that took some time.
17           Q.    Okay.  How many days would you
18   spend on it?
19           A.    It depends on how much time I had.
20   It could be several hours to, you know, a day
21   maybe, looking at it.
22           Q.    Okay.  Would it ever take you more
23   than a day to go through that report and do
24   whatever due diligence you needed to do?
```

```
 1        A.    Not that I recall.
 2        Q.    Okay.  And how many stores would
 3   you say on average would show up on that report
 4   regarding opioid purchases?
 5        A.    Strictly opioids?
 6        Q.    Correct.
 7        A.    There might be a dozen stores.
 8        Q.    Okay.  So 12 of the 74 stores
 9   would appear on average, just generally on a
10   given month showing that their orders for the
11   last month for opioids were greater than
12   99 percent of their 12-month rolling average; is
13   that fair?
14        A.    Yeah.  Now, that number -- when we
15   got towards 2012, '13, '14, those numbers seems
16   to -- seemed to decrease.
17        Q.    Do you know why that was?
18        A.    I do not know.
19        Q.    Did you ever look into why the
20   amount of times a store appeared on that report
21   went down around that time frame?
22        A.    No.
23        Q.    Okay.  So you noticed a marked
24   decline in stores showing up on your suspicious
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   order monitoring report and you didn't do
 2   anything to figure out why?
 3        A.    If they decreased?
 4        Q.    Correct.
 5        A.    No, I did not.
 6        Q.    Okay.  Do you have any idea today
 7   why fewer stores were showing up on your
 8   suspicious order monitoring report starting in
 9   2012?
10        A.    No.
11        Q.    Are you aware that that time frame
12   more or less coincides with when this opioid
13   crisis really kind of got blown out of
14   proportion?  Excuse me.  Blew up is the word I
15   was looking for.
16        A.    I think that it was more in the
17   news and there were some policies that the State
18   Board of Pharmacy made -- and, you know, I'm --
19   again, I'm not quite sure of the year, but there
20   was some changes to the board of how many
21   opioids you could dispense at a particular time,
22   so ...
23        Q.    Do you know what those rules are?
24        A.    Quantities, you know -- actually,
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1   the big thing was when hydrocodone went to

 2   Schedule II, but now you're talking, what, I

 3   think in '14.  So prior to that, not really.  I

 4   don't know why that would have been.

 5          Q.   So you told me that you thought

 6   about a dozen stores would show up regarding

 7   opioids on a monthly basis on that report.  Was

 8   that prior to 2012 or was that --

 9          A.   Yeah.  I think that -- that was

10   probably around '12, '13.  Prior to that, it

11   might have been slightly more on -- strictly on

12   the opioids.

13          Q.   Okay.  And you would spend upwards

14   of a day looking into that and doing due

15   diligence to determine whether that ordering

16   pattern was suspicious?

17          A.   I don't know if I would say

18   upwards of a day.

19          Q.   Okay.  So --

20          A.   A portion of the day.

21          Q.   Okay.  And what would that -- what

22   would the time that you spent -- what would you

23   spend that time doing?

24          A.   Reviewing each particular order
```

  1    that would show on the report, looking at what

  2    store it was, determining to the best of my

  3    knowledge why that would be, and then sending

  4    out reports to the store.  You know, generating

  5    another report to the store to ask them, you

  6    know, why they had an increase.

  7           Q.    Okay.  Did you always send the

  8    form to the store?

  9           A.    I'm sending the forms and it would

 10    always go to the store, yes.

 11           Q.    Okay.  So any time that a store

 12    showed up on that report, you would send a form

 13    asking them to explain why their ordering had

 14    increased?

 15           A.    No.

 16           Q.    Okay.

 17           A.    I mean, that's when I used a

 18    judgment.

 19           Q.    So this report would populate

 20    automatically, correct?

 21           A.    Yes.

 22           Q.    And you would get the report,

 23    correct?

 24           A.    Right.

Highly Confidential - Subject to Further Confidentiality Review

 1          Q.    And you were primarily responsible

 2    for reviewing it, correct?

 3          A.    Yes.

 4          Q.    And you'd spend a couple hours on

 5    the day that it populated reviewing it, right?

 6          A.    Right.

 7          Q.    And depending upon what popped out

 8    at you, you would then decide whether to send a

 9    form to the store asking for more information

10    about why --

11          A.    Well, you know, if the volume --

12          Q.    Hold on.  You would then send a

13    form that would ask them to explain why their

14    orders increased, correct?

15          A.    Yes, but I would send a form -- if

16    the quantities went from one to two or three, I

17    generally would not send a report.  If the

18    quantities went from five to ten, that would

19    generate a report, so ...

20          Q.    Why would five to ten generate a

21    report to the store and not one to three?

22          A.    Well, when you're looking at ups

23    and downs in the marketplace and all the

24    variables, you know, when you're talking about

Golkow Litigation Services                                Page 47

Highly Confidential - Subject to Further Confidentiality Review

```
 1   increase by one bottle, so to speak, that
 2   necessarily would not, in my mind, generate a
 3   report that would lead to a possible suspicious
 4   order.
 5          Q.    Okay.  That was a judgment call
 6   you made, right?
 7          A.    Yes.
 8          Q.    And what was the purpose of the
 9   report that you would send to the stores?
10          A.    Well, it was twofold, in my
11   opinion anyway.  One was to see why the
12   increase.  The second was to see, after they do
13   the math of -- say, like they had an increase in
14   the number of volume of scripts, I also wanted
15   to know whether or not the remaining bottles
16   were on the shelf, or if there was some
17   diversion where someone was -- you know, are we
18   missing bottles?  Because if they had ordered
19   ten bottles and five were used for filling
20   scripts, they better have five on the shelf, so
21   to speak.
22          Q.    Did you ever send out one of those
23   forms and get a response back that, you know,
24   we're missing two bottles and so we had to
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1    replace them?
 2         A.    Not that I recall.
 3         Q.    Okay.  Do you ever recall any
 4    issues regarding missing controlled substances?
 5         A.    At store level?
 6         Q.    Correct.
 7         A.    There have been situations at
 8    store level where there have been missing
 9    controlled substances.
10         Q.    Is that a common occurrence?
11         A.    Not really.
12         Q.    Okay.  So it was uncommon?
13         A.    I would say.
14         Q.    Do you think DDM did a good job of
15    preventing diversion at its store level?
16         A.    I think we did.
17         Q.    Okay.  All right.  So let's just
18    recap this because I want to make sure I fully
19    understand.  So at some point in the '90s, DDM
20    designed this report that would generate
21    monthly, right?
22         A.    Yes.
23         Q.    Okay.  And the monthly report had
24    every store on it, right?
```

Highly Confidential - Subject to Further Confidentiality Review

```
 1           A.    Yes.
 2           Q.    And it would show the rolling
 3   12-month average for -- well, it would reflect
 4   the rolling -- strike that.
 5                 The formula used to decide whether
 6   an ordering history would show up for a given
 7   store was whether it exceeded the prior 12-month
 8   rolling average by 99 percent, right?
 9           A.    Yes.
10           Q.    Otherwise nothing would show up,
11   right?
12           A.    Right.
13           Q.    Okay.  And so this report, did it
14   get e-mailed to you?  Was it printed?
15           A.    Printed.
16           Q.    Okay.  So this report comes out
17   and you go and you grab it and then you look at
18   it, right?
19           A.    Correct.
20           Q.    And you spend a couple hours and
21   you look at all the orders or the ordering
22   history that shows up.  And you'd agree that
23   we're talking about ordering history, right, not
24   necessarily a specific order?
```