EXHIBIT 475

| **From:** | Pete Ratycz <PRATYCZ@discount-drugmart.com> on behalf of Pete Ratycz <PRATYCZ@discount-drugmart.com> |
|---|---|
| **To:** | 'Brinks, Scott A.' |
| **CC:** | Tom Nameth |
| **Sent:** | 10/23/2013 12:44:39 PM |
| **Subject:** | Controlled Substance Monitoring |
| **Attachments:** | image001.png; image002.jpg |

```
Scott,

Tom Nameth, Director of Pharmacy, attended the DEA Distributor Conference in Maryland
yesterday. We are in the final process of implementing a more aggressive control
substance monitoring system (handling, dispensing, and reporting) at store level and
corporate. Hence, Tom approached one of the agents with a request for some guidance with
determining some methodology or formula to help us accurately identify any outlying
stores. He directed us to our local office.

Would you be available for a meeting in the next couple of weeks for some suggestions so
we can develop it correctly?

Pete Ratycz, R.Ph. | V.P. of Pharmacy | Discount Drug Mart |
211 Commerce Drive | Medina, OH 44256 |
330-725-2340 x84411 | fax: 330-764-4857 |
pratycz@discount-drugmart.com<mailto:pratycz@discount-drugmart.com> | www.discount-
drugmart.com<http://www.discount-drugmart.com/> |
[cid:image001.png@01CECFCC.1AE3D560] <http://discount-drugmart.com/>
**************
Confidentiality Notice: This e-mail message, including any attachments, is for the sole
use of the intended recipient(s) and may contain proprietary, confidential and
privileged information. Any unauthorized review, use, disclosure or distribution is
prohibited. If you are not the intended recipient, please contact the sender by reply
e-mail and destroy all copies of the original message.
[cid:image002.jpg@01CECFCC.1AE3D560]Please think of the environment before printing this
e-mail.
```

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER

DDM00169025