# EXHIBIT 479

```
                   UNITED STATES DISTRICT COURT

               FOR THE NORTHERN DISTRICT OF OHIO

                        EASTERN DIVISION

                             - - -

IN RE:  NATIONAL              :
PRESCRIPTION                  :  MDL No. 2804
OPIATE LITIGATION             :
_____ :  Case No.
                              :  1:17-MD-2804
THIS DOCUMENT RELATES         :
TO ALL CASES                  :  Hon. Dan A. Polster

                             - - -

                   Monday, January 7, 2019

         HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER
                  CONFIDENTIALITY REVIEW

                             - - -
```

        Videotaped deposition of TOM NAMETH, held at

the offices of Cavitch, Familo & Durkin,

1300 East Ninth Street, Cleveland, Ohio, commencing at

9:03 a.m., on the above date, before Carol A. Kirk,

Registered Merit Reporter and Notary Public.


                             - - -



            GOLKOW LITIGATION SERVICES
         877.370.3377 ph | 917.591.5672 fax
                 deps@golkow.com

Page 118

1  within its business, correct?
2      A.   Yes.
3      Q.   And you'd agree that DDM is in the
4  best position to ensure that its employees are
5  not diverting controlled substances, correct?
6      A.   Yes.
7      Q.   And you'd agree that DDM is in the
8  best position to identify suspicious orders
9  placed in its distribution center, correct?
10     A.   Yes.
11     Q.   And you'd agree that the same
12 would be true for a possible suspicious order,
13 correct?
14     A.   Yes.
15     Q.   And you'd agree that DDM had more
16 than enough information available to it to
17 identify possible suspicious orders before they
18 went out, correct?
19     A.   I can't answer that.
20     Q.   Why is that?
21     A.   I don't know, because -- I don't
22 know whether we could respond to that through an
23 IT aspect, whether or not we could arrange a
24 prospective ordering process or stopping

Page 119

1  process.
2      Q.   As a pharmacist, and based on your
3  understanding of the Controlled Substances Act,
4  to the extent that DDM could have done that, do
5  you think it should have?
6      A.   In my opinion, I think we -- the
7  system that we had was working well enough that
8  we didn't need to do that.
9      Q.   Okay.
10     A.   And there's other problems with
11 that.  When you get into a system that only has
12 black and white, that doesn't look at anything
13 else besides the number.
14     Q.   Okay.
15     A.   We think by looking -- having an
16 eyeball on a human being, looking at -- knowing
17 our stores and knowing our pharmacists, knowing
18 the store locations, the growth of the store and
19 all that, we have actually maybe a better aspect
20 of what's going on at store level than someone
21 that's just doing a black and white aspect of
22 cutting an order.
23     Q.   Why couldn't you do both?
24     A.   We felt that we didn't need to.

Page 120

1      Q.   Would imposing a system that would
2  identify possible suspicious orders in advance
3  and halt shipments, that would create more work,
4  wouldn't it?
5      A.   Well, if you're going to stop --
6      Q.   It's a very simple question.  I'm
7  just -- would it create more work or not?
8      A.   You've got to create another
9  system.
10     Q.   Okay.  So it would be more work
11 for somebody at DDM, right?
12     A.   But that's not why we did it --
13 didn't do it.
14     Q.   But I didn't ask that question.  I
15 just asked if it would create more work.
16     A.   Possibly.
17     Q.   Okay.  Can you think of an
18 instance where it would create less work?
19     A.   Depends how smart your system was.
20 I don't know.
21     Q.   So but presumably if you put that
22 system in place, it would stop an order, right?
23 All of a sudden now someone's got to deal with a
24 stopped order, right?

Page 121

1      A.   Yes.  Now -- so if you're saying
2  then you're going to stop an order and then have
3  somebody look at it and then override that
4  stopped order, then is there a reason why you're
5  stopping the order?
6      Q.   Well, I mean, just let's say
7  there's an order that shows up on your 12-month
8  report.  Let's say prospectively you get the
9  report, the second the order is placed, and it
10 says, "Hey, this person is ordering more than
11 what their average has been now with this last
12 order," you could do that, right?
13     A.   So you're going to do exactly what
14 we're doing now in a quicker time -- in an
15 earlier time frame.
16     Q.   It would be designed to catch
17 those orders before they went out, right?
18     A.   Yes.
19     Q.   Is there any reason why you
20 couldn't have done that, other than IT problems?
21     A.   Not that I would recall.
22     Q.   Okay.  Do you think that a system
23 like that would have been useful to help stop --
24 to identify suspicious orders and stop