# EXHIBIT 480

# Watson Pharmaceuticals, Inc. is Now Actavis, Inc.

- Company Begins Trading as "ACT" -

- Multi-year Rebranding Campaign Underway -

- Redesigned Logo Celebrates Emergence as Global Pharmaceutical Leader -

Actavis plc logo.
(PRNewsFoto/Actavis plc)
(PRNewsFoto/Actavis plc)

NEWS PROVIDED BY

**Watson Pharmaceuticals, Inc.; Actavis, Inc.** →
Jan 24, 2013, 09:00 ET

PARSIPPANY, N.J., Jan. 24, 2013 /PRNewswire/ -- Watson Pharmaceuticals, Inc. today announced that the company has adopted Actavis, Inc. (NYSE: ACT) as its new global name and will today begin trading under a new symbol — ACT — on the New York Stock Exchange.

The company first announced its intention to change its name last year, following its acquisition of the Actavis Group.  The combination created the world's third largest generic pharmaceutical company, with anticipated pro forma combined 2012 revenues in excess of $8 billion.

Actavis has initiated a multi-year rebranding campaign that will guide the transition of its facilities, operations and commercial presence around the world to the new company name and logo.  The company has launched a new global web site and will today ring The Closing Bell on the New York Stock Exchange.

"Today marks an historic day for Actavis and a milestone in our evolution into a global pharmaceutical leader," said Paul Bisaro, President and CEO of Actavis. "While we have been operating as one company since last year, today we unite all of our 17,000 employees under a single name, trademarked and protected around the world."

"With operations in more than 60 countries and a top 10 position in over 33 markets, Actavis is a dynamic global player that is recognized worldwide as a leader in providing high-quality pharmaceuticals," Bisaro said. "As we move forward into this exciting future for our company, we are committed to continuing the rapid and seamless execution of our integration planning efforts to provide maximum value to all of our customers and shareholders around the world."

Actavis has also today adopted a distinctive redesign of the company name, designed by the leading global identity firm Lippincott.

The new icon in the logo speaks to the company's fast-evolving business, as well as its dynamic culture. A close look reveals a "W" shape emerging from a shaded "A," a subtle historical reference to the Watson heritage and acquisition of Actavis. The color stands out in the universe of pharmaceutical industry competitors and reflects growth — a fundamental foundation for Actavis and its future — and a commitment to be an environmentally responsible company.

The result is a new, powerful and accessible visualization that celebrates Actavis' emergence as a global pharmaceutical leader, and visually defines its focus on growth and success in the future.

**About Actavis**

Actavis, Inc. (NYSE: ACT) is a global, integrated specialty pharmaceutical company focused on developing, manufacturing and distributing generic, brand and biosimilar products. The Company has global and U.S. headquarters in Parsippany, New Jersey, USA, and international headquarters in Zug, Switzerland.

Actavis is the world's third-largest generics prescription drug manufacturer. Operating as Actavis Pharma, the Company develops, manufactures and markets generic, branded generic, legacy brands and Over-the-Counter (OTC) products in more than 60 countries. The Company is ranked in the top 3 in 12 global markets, the top 5 in 16 global markets, and in the top 10 in 33 global markets. Actavis Pharma also develops and out-licenses generic pharmaceutical products outside the U.S. through its Medis third-party business, the world's largest generic pharmaceutical out-licensing business. Medis has more than 300 customers globally, and offers a broad portfolio of more than 200 products.

Actavis Specialty Brands is the Company's global branded specialty pharmaceutical business, which develops and markets a portfolio of approximately 40 products principally in the United States and Canada that are focused in the Urology and Women's Health therapeutic categories. Actavis Specialty Brands is committed to developing and marketing biosimilars products in Women's Health, Oncology and other therapeutic categories, and currently has a portfolio of 5 biosimilar products in development.

Actavis Global Operations has more than 30 manufacturing and distribution facilities around the world, with a capacity of approximately 40 billion units annually. Actavis Global Operations also includes Anda, Inc., the fourth-largest U.S. generic pharmaceutical product distributor in the United States.

For press release and other company information, visit Actavis' Web site at http://www.actavis.com.

**Forward-Looking Statement**

Statements contained in this press release that refer to Actavis' estimated or anticipated future results or other non-historical facts are forward-looking statements that reflect Actavis' current perspective of existing trends and information as of the date of this release. For instance, any statements in this press release concerning prospects related to Actavis' strategic initiatives, product introductions and anticipated financial performance are forward-looking statements. It is important to note that Actavis' goals and expectations are not predictions of actual performance. Actavis' performance, at times, will differ from its goals and expectations. Actual results may differ materially from Actavis' current expectations depending upon a number of factors affecting Actavis' business. These factors include, among others, the inherent

uncertainty associated with financial projections; successful integration of the legacy Actavis acquisition and the ability to recognize the anticipated synergies and benefits of the legacy Actavis acquisition; the difficulty of predicting the timing and outcome of pending or future litigation and government investigations and risks that an adverse outcome in such litigation or investigations could render Actavis liable for substantial damages or penalties; risks that resolution of patent infringement litigation through settlement could result in investigations or actions by private parties or government authorities or agencies; the impact of competitive products and pricing; risks related to fluctuations in foreign currency exchange rates; periodic dependence on a small number of products for a material source of net revenue or income; variability of trade buying patterns; changes in generally accepted accounting principles; risks that the carrying values of assets may be negatively impacted by future events and circumstances; the timing and success of product launches; the difficulty of predicting the timing or outcome of product development efforts and regulatory agency approvals or actions, if any; risks and uncertainties normally incident to the pharmaceutical industry, including product liability claims and the availability of product liability insurance on reasonable terms; market acceptance of and continued demand for Actavis' products; difficulties or delays in manufacturing; the availability and pricing of third party sourced products and materials; successful compliance with governmental regulations applicable to Actavis' facilities, products and/or businesses; changes in the laws and regulations, including Medicare, Medicaid, and similar laws in foreign countries affecting, among other things, pricing and reimbursement of pharmaceutical products and the settlement of patent litigation; and such other risks and uncertainties detailed in Actavis' periodic public filings with the Securities and Exchange Commission, including but not limited to Actavis' Annual Report on Form 10-K for the year ended December 31, 2011 and Actavis' Quarterly Report on Form 10-Q for the period September 30, 2012 (such periodic public filings having been filed under the "Watson Pharmaceuticals, Inc." name). Except as expressly required by law, Actavis disclaims any intent or obligation to update these forward-looking statements.

| CONTACTS: | **Investors:** |
| --- | --- |
| | Lisa DeFrancesco |
| | (862) 261-7152 |
| | **Media:** |
| | Charlie Mayr |
| | (862) 261-8030 |

(Logo: http://photos.prnewswire.com/prnh/20130124/NY47381LOGO )

SOURCE Watson Pharmaceuticals, Inc.; Actavis, Inc.