# EXHIBIT 489

Highly Confidential - Subject to Further Confidentiality Review

```
 1        IN THE UNITED STATES DISTRICT COURT
 2         FOR THE NORTHERN DISTRICT OF OHIO
 3                  EASTERN DIVISION
 4                      - - -
 5
    IN RE:  NATIONAL          :   HON. DAN A.
 6  PRESCRIPTION OPIATE       :   POLSTER
    LITIGATION                :   MDL NO. 2804
 7                            :
    APPLIES TO ALL CASES      :   NO.
 8                            :   1:17-MD-2804
                              :
 9
              - HIGHLY CONFIDENTIAL -
10
    SUBJECT TO FURTHER CONFIDENTIALITY REVIEW
11
                        - - -
12
                 December 11, 2018
13
                        - - -
14
15           Videotaped deposition of
    NANCY BARAN, taken pursuant to notice,
16  was held at the offices of Carella Byrne,
    P.C., 5 Becker Farm Road, Roseland, New
17  Jersey, beginning at 9:02 a.m., on the
    above date, before Michelle L. Gray, a
18  Registered Professional Reporter,
    Certified Shorthand Reporter, Certified
19  Realtime Reporter, and Notary Public.
20                      - - -
21
           GOLKOW LITIGATION SERVICES
22     877.370.3377 ph | 917.591.5672 fax
              deps@golkow.com
23
24
```

1  Q. And was that -- was that the
2 case both before the security -- the SOM
3 enhancement and after?
4  A. Yeah, I don't believe that
5 wouldn't have been any different, that
6 aspect.
7  Q. What did you do when a
8 pended order was deemed to be suspicious?
9  A. So I'll be honest with you,
10 I don't recall any specific customers or
11 orders or details along that nature. And
12 although we had many that got close,
13 because we didn't have the information we
14 needed, but eventually we were able to
15 make sense of things.
16  I can't tell you any
17 specifics about orders that were
18 suspicious, or how many there even were
19 that were ultimately reported.
20  Q. So do you recall any
21 situation that you were involved in where
22 a pended order was deemed suspicious
23 after investigation?
24  A. I know there -- there was at

Highly Confidential - Subject to Further Confidentiality Review

1  least one.  How many more I don't recall.
2  But I don't know any details about it.
3  It's been too long.
4         Q.    Okay.  But is it -- so
5  you've testified that -- that you
6  remember at least one situation in which
7  a pended order was deemed suspicious,
8  that you were involved in?
9         A.    I believe -- I believe there
10 was one.
11        Q.    Do you remember who you
12 discussed that suspicious order with?
13        A.    Whatever the scenario was,
14 and I don't recall the specifics, it was
15 reported to the DEA.  What the ultimate
16 outcome was, in that specific scenario, I
17 don't remember.
18        Q.    Do you remember who -- who
19 that particular customer was?
20        A.    I -- I can't say for
21 certain, when an order was reported as
22 suspicious, who it would have been.  I
23 know there was -- there was one customer
24 that just comes to mind that was -- that