EXHIBIT 490

**Suspicious Order Report for Oxycodone IR Tablets**
**Standard Operating Procedure**
**Commercial**

| | Action | Responsibility |
|---|---|---|
| 1. | **Monitor Monthly Customer Orders**. Run a Monthly tracking report at a minimum of once per month in the Actavis order reporting system, for Oxycodone IR Tablets. Export the file into Excel and store on the shared Marketing file for Oxycodone IR Suspicious Order tracking. | Marketing – Product Manager |
| | a. Compare the month – to – date orders for each customer, down to the customer DC level, against the rolling six month order history. Identify any individual customer locations that have ordered 50% or greater than their established six month order average. These customer's will be noted in the Suspicious Order Tracking Form – see attachment A | Product Manager |
| | b. Forward the Suspicious Customer Order Tracking Form to the VP of Sales and individual sales team account representative, with details of order history and current month to date order status.<br><br>c. Contact customer service and have the open orders for the specific account placed on "HOLD" status until the inquiry is completed and resolved. Customer service may alert the specific customer that the open orders are placed on hold due to inquiry of order tracking. | Product Manager |
| 2. | **Customer Inquiry**. Contact each customer, within a target timeframe of 3 business days, who is on the monthly Suspicious Order Tracking form, either by email, in person, or phone, regarding the higher volume orders. Note reasons for the order volume and duration that the orders will be increased | VP of Sales Team |
| 3. | **Documentation of Follow-Up** | |
| | a. Forward all details of customer communication to the Marketing Product Manager via email, within a one week time frame.<br>b. Fill in Suspicious Order Tracking Form (Attachment A) with details of customer communication.<br>c. Send file back to the Marketing Product Manager. This file will be stored on the Marketing shared drive. | VP of Sales / Sales Team |
| 4. | **Decision Regarding Future Customer Shipments** | |
| | a. Based on feedback from the customer, make a determination whether to continue shipping the customer. The following criteria may be applied to help with the decision: new customer (still establishing 6 month history), market growth, market shortage, expansion of customer business (adding new stores, channels) | Marketing/ Customer Service Sales team |
| | b. If the decision has been made to not ship the customer's open orders, notify customer service to have the orders/account placed on suspended status.<br>c. Notify appropriate personnel with the details of the orders and order history. Keep the open orders and any new orders that come in on the customer location on Hold status until clearance is given to resume shipping the customer | **Marketing – Product Manager**<br>**Marketing/Customer Service** |



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_00490306

**Oxycodone IR Tablets**
**Suspicious Order Tracking**
Customer:

| Date | Strength | 6 month Order Average | Current Month Order | Actavis Sales Team Member | Date | Customer Contact Procedure Form of communication (email, in person, phone) | Customer Name and Position | Reason given for higher volume in orders | Actavis Decision |
|---|---|---|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |  |  |  |