# EXHIBIT 491

| | |
|---|---|
| From: | Rachelle Galant </O=ONETEAM/OU=FIRST ADMINISTRATIVE GROUP/CN=RECIPIENTS/CN=RGALANT> |
| To: | Michael Perfetto; Michael Dorsey |
| CC: | Jinping McCormick; Nancy Baran |
| Sent: | 3/24/2011 1:07:26 PM |
| Subject: | RE: Opti-source Oxy IR orders |
| Attachments: | image001.gif; image002.jpg; image004.jpg |

Hi Mike –

Yes, I took the verbiage that we used for the Walgreens email and just made some very slight modifications so that it would be customer and situation appropriate.

I did not have legal review this letter.

I can forward it onto Beth for her comments if you would like.

Rachelle Galant
Product Manager

Actavis
60 Columbia Rd. Bldg B t +1 973-993-4527 @ RGalant@actavis.com
Morristown , NJ 07960 United States w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 125-4527

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

---

From: Michael Perfetto
Sent: Wednesday, March 23, 2011 9:35 PM
To: Rachelle Galant; Michael Dorsey
Cc: Jinping McCormick; Nancy Baran
Subject: RE: Opti-source Oxy IR orders

Ok

Did we have legal review this letter....

Is this letter similar to the verbiage that we used for Wags.

tx

Michael Perfetto
VP,Sales and Marketing

Actavis
60 Columbia Rd. Bldg B t +1 908-868-9778 @ mperfetto@actavis.com
Morristown , NJ 07960 United States f 607-724-0322 w www.actavis.com <http://www.actavis.com/>
Internal VoIP number

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

---

From: Rachelle Galant

Sent: Tuesday, March 22, 2011 11:03 AM
To: Michael Perfetto; Michael Dorsey
Cc: Jinping McCormick; Nancy Baran
Subject: RE: Opti-source Oxy IR orders

Mike and Mike –

Please see attached for a letter to send to Optisource requesting information on their ordering patterns.

Let me know if this helps.

Thanks,

Rachelle

Rachelle Galant
Product Manager

Actavis
60 Columbia Rd. Bldg B t +1 973-993-4527 @ RGalant@actavis.com
Morristown , NJ 07960 United States w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 125-4527

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

---

From: Rachelle Galant
Sent: Thursday, March 17, 2011 3:23 PM
To: Michael Perfetto; Michael Dorsey
Cc: Jinping McCormick; Nancy Baran
Subject: Opti-source Oxy IR orders

Mike and Mike,

Optisource's ordering on the 30mg Oxy IR tabs is in excess of their rolling 6 month average.

Their six month average is 11, 928. Month to date, they have been shipped 13,896 bottles. Based on where we are in the month (52%), this falls under our SOP of suspicious ordering.

I know we are filling their primary demand right now, but we need to get a statement from them for our files.

Please contact me with any questions. If you could target getting back to me within 3 business days, that would be appreciated. Opti's future orders for 30mg Oxy IR will not be shipped until we have the statement.

Many thanks,

Rachelle

Oxycodone IR Tablets

Suspicious Order Tracking

Customer:

Optisource

Customer Contact Procedure

Date

Strength

6 month Shipment Average

Confidential                                                                                                                Acquired_Actavis_00665234

Current Month Ship

Actavis Sales Team Member

Date

Form of communication (email, in person, phone)

Customer Name and Position

Reason given for higher volume in orders

Actavis Decision

3/17/2011

30mg

11928

13896

Rachelle Galant
Product Manager

Actavis
60 Columbia Rd. Bldg B t +1 973-993-4527 @ RGalant@actavis.com
Morristown , NJ 07960 United States w www.actavis.com <http://www.actavis.com/>
Internal VoIP number t 125-4527

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.



Confidential

Acquired_Actavis_00665236



Confidential                                                                                           Acquired_Actavis_00665237



**Confidential**
**Acquired_Actavis_00665238**