# EXHIBIT 493

| | |
|---|---|
| **From:** | Nancy Baran |
| **Sent:** | Thursday, October 04, 2012 8:15 AM |
| **To:** | James J. Proske; Maria Lesny; Ryan Blackburn |
| **Subject:** | RE: Incident INC0046912 -- opened on your behalf |

Our apologies...however, we have already created more than one ticket for the same issue. Since Maria has already been working directly with Ryan on the issue.....the thought was that we were only providing additional details to help with resolution. We were under the assumption he could update the ticket as appropriate and that you wouldn't want a brand new one created.

Nancy

**Nancy Baran**
*Director, Customer Service*



Actavis
60 Columbia Rd. Bldg B *t* +1 973-993-4510 or *888-925-2342* @ NBARAN@actavis.com
Morristown,NJ07960United States *f* +1-973-993-4300 *w* www.actavis.com
Internal VoIP number *t* 1254510

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

> **From:** James J. Proske
> **Sent:** Thursday, October 04, 2012 11:11 AM
> **To:** Maria Lesny; Ryan Blackburn
> **Cc:** Nancy Baran
> **Subject:** RE: Incident INC0046912 -- opened on your behalf
>
> Please note that sending e-mails directly to people will not record this change request and create a task for execution.
>
> > **From:** Maria Lesny
> > **Sent:** Thursday, October 04, 2012 11:06 AM
> > **To:** Ryan Blackburn
> > **Cc:** James J. Proske; Nancy Baran (NBARAN@actavis.com)
> > **Subject:** FW: Incident INC0046912 -- opened on your behalf
> >
> > As you are all aware, we went live on Monday with our enhanced Suspicious Order Monitoring (SOM) to remain compliant with the DEA. To remain Complaint all members of the group need to have access to the new mailbox with full permissions. As previously sent Karen appears not to have access to send emails from SOM inbox.
> > Also, I neglected in my original email to mention that Judith Wizorek will also need access to this mailbox with full permissions.

1

In addition we need for the "from" to default to SOMorderinquiry verses who is actually sending the email.
Thanks for you quick response to this matter.

Best regards,


**Maria Lesny**
*Team Leader, Customer Service*



Actavis
60 Columbia Rd. Bldg B  *t* +1 888-925-2342  @ MLesny@Actavis.com
Morristown , NJ 07960 United States  *f* +1-973-993-4300  *w* www.actavis.com
Internal VoIP number  *t* 125-5200

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

> **From:** IT Service Desk [mailto:ITService@actavis.com]
> **Sent:** Thursday, October 04, 2012 10:32 AM
> **To:** Maria Lesny
> **Subject:** Incident INC0046912 -- opened on your behalf
>
> Maria:
>
> INC0046912 was opened on your behalf. If this is an Emergency please call your Local IT Service Help Desk, e-mails are not monitored after normal business hours.
>
> Short description: FW: Two things - inquiry for ABC Lockbourne and I haven't permissions to send an inquiry from SOM
>
> Please double check that all members have full permissions to the mailbox SOMorderinquiry@actavis.com :
>
>
> Karen Stoedter
>
> Vicki Freeman
>
> Rachelle Galant
>
> Nancy Baran
>
>
> I have access.

2

Karen is received the error message from below.

Thanks,

Maria Lesny
Team Leader, Customer Service

Actavis
60 Columbia Rd. Bldg B t +1 888-925-2342 @ MLesny@Actavis.com
Morristown , NJ 07960 United States f +1-973-993-4300 w www.actavis.com
<http://www.actavis.com/>
Internal VoIP number t 125-5200

Please note that this e-mail and its attachments are intended for the named addressee only and may contain information that is confidential and privileged. If you have by coincidence or mistake or without specific authorization received this e-mail and its attachments we request that you notify us immediately that you have received them in error, uphold strict confidentiality and neither read, copy, nor otherwise make use of their content in any way Please note that the sender of this e-mail and its attachments is solely responsible for its content if it does not concern the operations of Actavis Group or its subsidiaries.

From: Karen Stoedter
Sent: Thursday, October 04, 2012 10:11 AM
To: Rachelle Galant; Nancy Baran
Cc: Maria Lesny; Vicki Freeman
Subject: Two things - inquiry for ABC Lockbourne and I haven't permissions to send an inquiry from SOM

Ladies:

I can't send any inquiries from SOMORDERINQUIRY@ACTAVIS.COM. See error codes below: (also, please scroll down to find my ABC Lockbourne question)




ctavis Group or its subsidiaries.

If this is an Emergency please call your Local IT Service Help Desk, e-mails are not monitored after normal business hours.

3

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                                     ALLERGAN_MDL_03380780

IT Services is here to assist with any questions or problems, please visit us at the <u>Actavis IT Service Portal</u> or contact the team by e-mailing <u>ITService@actavis.com</u> or calling your local Service Desk Number. Thank you.

The Actavis IT Services Team

Ref:MSG0551177

4

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03380781