EXHIBIT 495

# Actavis Transition

Tuesday, July 31, 2012
10:12 PM

Hi Andy,

I apologize for not picking up your call today, I was with GENCO, as they were here onsite for meetings, post Go-Live, through mid day.

Since the decision has been made regarding the structure of your team, I really don't have any questions. The message is clear.

When you have a minute, I would like the opportunity to discuss items that you and I briefly touched on last week while I was in NJ, and that are clearly key to Watsons transition success.

I want to ensure that we can prevent as much risk to the organization as possible during the integration and transition of the CRO team to NJ.

### Here are some of my thoughts and concerns:

- It is critical to have **the key players** remain employed for as long as possible to manage the day to day business, integration task, transition planning, and transition. These are significant volumes of work that need to be completed, and due to our lean team, they can't be absorbed by others due to volume, and the fact that we do not have redundant roles on the east coast. While many employees committed to the integration and transition, as time goes on, these are not employees that are exempt, if they have a choice, they will choose a permanent job over 12 – 13 weeks of severance, and 2-3K bonus. The "sure thing" will prevail. This is a key concern of mine. No matter how motivational I am, they will do what is best for their family.
- **Key players: Judy Callahan (extremely key), Michele Garcia, Renee Hernandez, Bea Padilla, Vicky Goldy, Darlene Grimm**
- This is not a minimal transition/training exercise. **These key people are the experts, without them, the business is impacted**. The business managed by Actavis is significantly different, including the systems, policies, and process, and phone volume. There is no comparison.
- After working closely with Nancy, and evaluating her staff, she commented that we will need to hire the majority of the staff (with the exception of really 1, the other is in NC) externally in which to transition the CA roles. The current staff is not qualified for the Watson CRO roles, systems, applications and processes.
- Without the key players, we do not have enough of the team to train and support the transition
- After the announcement of the new Director, we will need to manage the moral again after last Friday. Judy is on PTO until Tuesday Aug. 7th This is not going to be easy for her either.
- Even though there is not a role for me, I would hope there is consideration for Judy (as a manager) in this new structure to minimize the risk in the organization.
- I would strongly suggest some type of retention to keep the key players focused until the end of the transition.
- Nancy, Judy and I can start on the plan immediately next week when Judy returns.

### Employee considerations for NJ relo:

While I think there maybe a few employees that would like to consider the option to keep their role in NJ, they would need a bit more time to make a decision if they truly have that interest. Most are not familiar with the area, cost, etc. They need more that one week to make that determination. They know that there is cost to move which is another consideration. Can we consider extending the time for them to let



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER ALLERGAN_MDL_03776365

us know what their interest level would be for the NJ site to mid August?

Also, Karen Martin from HR stopped over to talk to me of Friday afternoon, and while she agrees that relo is most likely not an option for the CR role, she did say that sometimes the company will provide a stipend of say $5-7K to pay for items like license transfer etc. They typically will also let them use the relo company resources as well. That may be very helpful to the team. **I did not mention this at all.** If we have interested parties, and you agree moving their role is an option, maybe Bonnie can confirm the policy for us.

### Lastly:

I have an idea that may keep the team motivated, and may also provide significant value to the Watson/Anda organization. A win/win. Joe Falzone's Anda team is not impacted by move of the Watson shared services teams, they will remain in Corona. I would like to send Al Paonessa an email to advocate that if he wanted to consider expanding the West Coast teams coverage options for the PracTRx and Intellogics business, he would have a plug and play team of talented professional pharmaceutical phone reps, and a results demonstrated manager to handle the business. They already have room and plans to support Joe's staff, so this is not really a significant increase if they want to add this team to the space. I would hate to have him pass up this opportunity when it may be a great consideration for him. Your thoughts?

### PRACTRx

The PRACTRx division of Anda, Inc. delivers highly personalized product support and pharmaceutical market expertise to office-based physicians. Established as AndaMEDS in 1995 to service the pharmaceutical purchasing needs for physicians, PRACTRx employs an innovative and proactive sales approach that anticipates the needs of its practice partners and delivers customized solutions for medicines and vaccines.

PRACTRx is focused on servicing customers through a staff of experienced Remote Practice Specialists. We offer competitive pricing, free next day delivery, and convenient 24/7 online ordering through www.practrx.com. For more information or to speak with a Remote Practice Specialist, please call 1-855-PRACTRx (772-2879), or e-mail info@practrx.com.

### Intellogics

In January 2012 Anda Inc. launched Intellogics™ – a new, specialty-focused division that delivers strategic and logistics support to Manufacturers of biologic products. Intellogics combines significant expertise in biologics with the ability to design and execute specialty solutions that extend the Manufacturer's strategy into the marketplace, ensuring customers and patients have improved access to product. For more information or to speak with a Remote Biotech Specialist, please call 1-855-INTLOGX (468-5649), or e-mail info@intellogics.com. Visit our website at www.Intellogics.com

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ALLERGAN_MDL_03776366

# Actavis CRO Transition

Thursday, August 02, 2012
8:02 PM

1. **Transition plan with tentative dates**

2. **NJ Dept. Structure**
   a. # of Reps

3. **Communication**
   a. Consideration for positions CA - NJ - 8/17
      i. Judy - would be a huge asset  would want to make her part
   b. Retention contracts key members - Judy Callahan (extremely key), Michele Garcia, Renee Hernandez, Bea Padilla, Vicky Goldy, Darlene Grimm
   c. Nancy  - Admin Role
   d. Discussion with Al Paonessa

4. **Posting of  Open Positions**
   a. Current Morristown Staff to convert

5. **Training Plan**
   **a. CRO**
      **i.  Systems -Training**
         1) **Environment:** Systems **class room/net meeting/ side by side**
            a) **SAP**
            b) **BEA Portal**
            c) **Salesforce.com**
            d) **Avaya**
            e) **IP Agent**
            f) **Microsoft Office**
         2) **Portal - policies: One by one**

      i. Processes: CTMAN's
      ii. Policies: OPD's
      iii. Portal(s)
         1) Wal-Mart
         2) Walgreens
         3) Rite Aid , ABC, CVS, Henry Schein, Cardinal
   **b. Switchboard transition to Security.**

   **c. Training - Director Responsibilities**
      ○ Kronos
      ○ Metrics
      ○ Budget
      ○ ICP's
   d. **Training - Tentative Manager Responsibilities**

   **e. Admin Role**

6. **Coordination  Move  of Hardware/Software**  : Phones, (Testing, Menu's, IP Agent, Printers, Faxes, Phone numbers, outsource testing )

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ALLERGAN_MDL_03776367

    **a. Salesforce.com** has to be changed with accounts, and escalations configuration etc., email address to new rep and Parsippany location

### Phone

You are invited to attend an AT&T Connect iMeeting to discuss the following:

- VDN clean up
- identify correct menus, and
- validate active vanity lines
- discuss phone reporting capabilities
- wish list for Customer Relations
- training support

7. 800 numbers are on the PI's and literature - which toll free number will be kept.
8. **Inter- Dept. Integration and transition coordination efforts**/contacts, testing, between departments
   a. AR
   b. Pharmacovigilance
   c. Medical Communications
   d. DC
   e. Corp. quality
   f. Marketing
   g. Brand team
   h. Contract Mfg - C of A, C of C


9. Admin, could be shared with Ops
   a. SAP
   b. BW

10. Director Role
    a. 1:1 list with Andy - Nancy

11. Notes
    a. Judy - would be a huge asset would want to make her part
    b. Lead -
    c. Potential Corona Staff
    d. Current Morristown Staff to convert
    e. Lincolnton- (role must be in Parsippany)
    f. Posting in Parsippany - Kathy Sartori, Mary Moskello??
       i. Backfill those positions so they could assume as CRO role

_____

### Questions

12. Location:
13. When can we post for the jobs?
14. Can the Actavis
15. What about 2 people left in Corona?

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER    ALLERGAN_MDL_03776368

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ALLERGAN_MDL_03776369

# Transition Meetings

Tuesday, August 14, 2012
9:23 AM

8/14/2012
The plan today is to review:
Mary , Judy, Andy, Nancy



Actavis
Detail Proj...

1) The assumptions, add to those where we all see fit.
2) Discuss the general timeline - Q2 June 30. 2012
- ○ Communication with the CA Team on dates
- ○ Retention contracts: **Judy Callahan (extremely key), Michele Garcia, Renee Hernandez, Bea Padilla, Vicky Goldy, Darlene Grimm**
3) Discuss next Steps

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                ALLERGAN_MDL_03776370

# SOMS June 24th, NJ

Tuesday, September 25, 2012
6:29 PM


June 24th
Rose B, Lisa S, Mary W, Frank C, Tom N, Nancy, Sandy S, Laura P

3rd Party Distributor- UPS, UPS used a "homegrown" SOMS program, local DEA Office reviewed. UPS has 3 resources for Actavis. UPS handles distribution, investigation, and releases. UPS does the license as well. UPS may reach out to Actavis to investigate further but that is rare. UPS does not contact customers. Actavis will fully exhaust internal resources.

UPS is the Registrant and has separate program.

Direct Sales
Implemented statistical model that is "defensible"
Model based on historical data for 12 months, based on values, a score is determined for the order which may be an order of interest.
"Retuning" once a year, Cegedim "tweaks" algorithm.


Know your customer – due diligence (site visits, low volume of new accts)
Customer Profiles pertain to "survey" Cegedim provided
Actavis – approx 30 customers of controls plus Optisource, Premier
Current system does not block orders, however they have the data. May need to pull back orders in question. Actavis will report to DEA those that are in question.
Actavis resource requires a SOMS Analyst, (1) Direct, (2) Indirect,

SOMs Direct Sales Stats

Period 2/21-5/8 54 business days
2248 Control Substance orders
EDI and manual 13, 299 order lines passed through model 2017 manual, 11,282 EDI
746 orders, 33.19% of controlled substance orders
1371 Unique lines on hold approx 10 lines
1800 total lines that require full investigation
I line can fail for more than one reason
Approx 32 lines per day
18 million $s orders of interested but $52 million total orders held.
Analysis by product group total lines & $s.
Total Customers – ABC total lines 17%, more locations
McKesson is very high in $s, lower in %. 95% of revenue on hold.
Reason codes – Summary by Reason Code - Actavis had to work with Cegedim on reason codes.
Actavis system can release even though under investigation. If order passes SOM, Actavis cancel line and order will be not go to SOMS again. IF a change goes up, SOMS is triggered.
Actavis is still working with the reporting requirements. Have baseline. Policy of when a order is an order. From receipt?


New account review process

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ALLERGAN_MDL_03776371

Actavis development Compliance Acknowledgement form – customer signoff that they are aware of their responsibilities and agree to terms
Site visits during 2012 – Cegedim provided a survey tool, more in depth review of SOM Process
Know your customers customers – indirect customers – tracking trends

Actavis did not have an organization to support SOMS

High Level Process Flow
SOMS Steering Committee –
     Meet monthly
     Track trends to identify customers

Legal/Regulatory

     Up-to-Date with DEA Regulations
     Responsible to advise of regulations
     Direction to shut a customer down
     Counseling on Risk Mitigation
     Understanding products that are most subject to diversion
     Role to attend Industry Conferences
     Has relationship with DEA, and responsible to notify DEA
     Gathers intelligence

Order Monitoring

     Day to Day order review
     Conduct investigation
     Escalate orders in question

Know your Customer

     DEA has ARCOS – visibility of all supplies to indirect account
     Data is based on chargeback data, Actavis will only provide contract for some controls under chargeback terms

Dea Intelligence

     utilize existing resources

Indirect – Valucentric 867 downstream data
     Aggregate
     Chargeback data
     Multiple Source Purchasing
     High Quantities
     Document findings
     Disproportionate amounts, Controlled vs Non controlled, Substantial change vs. historical or
expected)

Orders of Interest structure

SOMS 1 (direct) Analyst SOMS 2 (indirect)
Manager Controlled Substances

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

Sr Dir Corp Security & DEA Affairs

Resources to run models, and not do site visits, surveys know your customer. Director was planning to handle the site visits.
Order Monitoring – Manage, Day to Day, orders of interests, escalate orders, est and maintain parameters, This resides in MD role at Watson. However Analyst is not to do site visits
Questionnaire for existing and new customers, - Actavis letter
Survey is a working document and some questions may not apply to all customers

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03776373

# SOMS September 6th Meeting Watson/Actavis

Wednesday, September 05, 2012
11:42 AM

## Meeting:

Umish :
Nancy :
Tom & Lisa :
Scott:

1. Project Plan/Timeline – Business/IT:
   a. Cegedim process would be ideal per Tom.
   b. IT- is sort of ready to go to production
   c. Business – Nancy did not understand what the purpose of this meeting if this was to discuss pre-go live
      i. They have identified pre go live
      ii. Use existing resource prior to go live
         1. Split from 3 functional areas, sales and mkt, 1 DC, they all need to be trained. DC does not have business intelligence
      iii. Do not have a fancy project plan
      iv. All will be notified by the end of the week – they will be incentivized to have this added to their job role
      v. Training Sept 10 and 17
      vi. Parallel through mid Oct.
      vii. Go Live 3rd week of Oct.

2. Resources
   a. Notified by the end of Sept. 7th

3. SOP - Completed

4. Training
   a. Will be completed week of Sept. 10th & Sept.17th
   b. Training on the system will be Nancy & Rachael, and the product manager, no compliance people.

5. Reporting
   a. No so such thing as parallel reporting to compare old to new
   b. There is reporting from the new system, that may need to be tweaked, they are confident they do have enough reporting to go live

6. Risk Mitigation - Should be mitigated to a certain level on the Actavis side with this implementation

Actavis called to Washington DEA next Wed. September 12th for a meeting. Nancy is been asked to go to Washington. About ARCOS, and SOMS. Plant OPS (ARCOS), and Nancy.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ALLERGAN_MDL_03776374

## SOMS: - Actavis Meeting  8/16/2012

Thursday, August 16, 2012
11:06 AM

Nancy, Uresh, Scott, Mary

- Not nearly as compliant as we could be, to the letter of the law prior. Threshold based report system.

### Actavis Cegedim system:
- Sitting in production data base, running live
- Ran for a couple of months in production, does not put orders on hold, just got her first resource from the Brand side.
- Anticipate by close will have the whole system up and running
- Did not have resources to support
- Ran model in late Feb. for a couple of months (5 months)
    - What is data telling them on how to manage this if they are going live prior to the close.
        - 31-33% are pending- waiting to retune.
        - See's the data but does not act on the recommendation of what the system tells them to do.

    - Where is the data residing from the production environment

    - They are running a parallel  is not managing the system, old system. DEA would see the old logic if they did an investigation. Both systems are in production environment.

    - Or is this managing the system using this logic.
        - No sales history was altered or modified (5 months)
        - No sales history was modified would have been modified

### Action Items: Nancy & Uresh

### What is your implementation strategy for SOMS ??? - Set up a separate meeting to
- Uresh is responsible for the project plan from an IT/Tech standpoint.
    i. Nancy is responsible for the SOP's and the project plan from business
    ii. Nancy said the SOP's are not finalized
    iii. Training Plan
- Would like to see the project plan and timing for the rollout
- Set up second meeting for 2nd week Sept.

**Day 100 -**

### Meeting August 21st, 2012

John Duff - Actavis - Legal
Jason Chug DEA - Compliance Elizabeth
Nancy Baran
Umesh Solanki - Actavis - IT
Frank Chen

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ALLERGAN_MDL_03776375

Mary Woods
Sandra Simmons
Laura Pinti

Meeting Goals :
Day 1 - Compliance Discussion
Day 1- Critical deliverables
Day 1 - Determine what the Risk is at Day 1
Day 100 - System deliverables

1. Definite risk right now today, current system is not acceptable to Watson.
2. **Current As-Is Process**
    a. There is no current SOP on the current process
    b. Threshold base
    c. Does not hold orders
    d. Creates a report
    e. They do not investigate all, only some, since there is no SOP, they don't investigate
    f. Report runs every time an order load is run for EDI, not for manual
    g. Looks at six months of orders and compares the current orders against the past six months

### Meeting Notes 10/5/2012

- **Direct Customers**
    - Finalized 4 (5 including Nancy) resources that will be on through Jan until Watson cut over
    - 3 look at orders and reports on a daily basis
    - Training completed a few weeks ago
    - Model gives all analysis, and now puts orders on hold
    - Target was Oct 15, but went up full go live since Oct 1st
    - Parallel test all Sept
    - 11% - 14% pends
    - SOP does show the escalation process
    - No work instruction as a separate document
    - This was part of initial work with Cegedim
    - They were given a boiler plate, and customized
    - Tell you what to do, not how to do it.
    - Nancy will get permission to send us the SOP
    - Also prepared to work on the indirect side, no resources, but have SOP's – work has been completed already
    - DEA meetings told them to focus on customers/customer
        - DEA Oxy 30, 15, Hydro

**Meeting Notes 10/ 25/2012**
**Actavis/Watson**

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                ALLERGAN_MDL_03776376



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03776377



Really order of interest, not suspicious after the validation
The Hold Order and Investigate is a process, not system check



Watson does not have reserve order. It is a method to protect inventory. Places an order for "Actavis company" to hold inventory.

Nancy has a document 4-5 pages, and it shows how the coefficients work reason codes that would be applicable. All "Order Holds" are reviewed by Nancy's team.

Reports for DEA could be generated based on the audit trail, and each time a stamp hits the audit trail, it provides the data for report generation.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03776378

Reason codes:



1    6 Monthly Total is above Historic Avg.

2    12 Monthly Total is above History Avg

3    6 Monthly Total is above Projected Amt

4    12 Monthly Total is above Projected Amt.

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03776379

2   12 Monthly Total is above History Avg
3   6 Monthly Total is above Projected Amt
4   12 Monthly Total is above Projected Amt.
5   Frequent Ordering
6   Potential increasing ordering trend
7   New Customer
8   New Product
9   Failed Active Ingredient Maintenance



Reason codes next to each binary code may be usable in release or review.



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03776380



Every time an line is entered it goes through the validation process

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03776381



CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_03776382

# Retention

Wednesday, September 26, 2012
6:28 PM

Milestone 1
Execute current job responsibilities including the management and support of your current
Watson customer base meeting exceptional level of service standards. On going thru release
date.

Milestone 1 (Nancy)
Execute current job responsibilities including the management and support of your current
internal Watson customers meeting exceptional level of service standards. On going thru
release date.

Milestone 1 - Judy
Execute current job responsibilities including the leadership, management and support of
our Customer Service team, and our Watson customers. (internal and external) Achieving
exceptional level of service standards. On going thru release date.

Milestone 2
Assist with the review, update, and development of training materials needed to support a
thorough education process and knowledge transfer to NJ Customer Service. Dec. 2012

Milestone 2 - Judy
Oversee the review and development of training material process to its completion. Ensure
that all materials are developed for a thorough and educated knowledge transfer to all levels
in the NJ Customer Service team. Dec. 2012

Milestone 3

Conduct knowledge transfer, and training on processes, procedures, and applications in positive,
professional , and collaborative supportive environment to ensure seamless transition to Watson
customers. July 2013

Milestone 3 - Judy
Ensure that training schedules, training task and components under your responsibility are thoroughly
and seamlessly executed. Conduct knowledge transfer, and training on processes, procedures, and
applications in positive, professional , and collaborative supportive environment to ensure seamless
transition to Watson customers. July 2013

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ALLERGAN_MDL_03776383

## Hiring Process NJ

Friday, October 05, 2012
3:39 PM

The process will just be Jeanette and Nancy, Andy, Mary
Replacement Headreqs, after the CA Reps receive their notice

1. Number of Open Positions (by job role)- 8
   o No release dates have been given to Actavis, no retention plans (Jeanette to discuss w/ Brenda)

2. Posting Procedure Internal & External
   o Post all 8 jobs
     ▪ 1- absolute- Sr
     ▪ 4 additional at Actavis (1-NO, 1-Lincolnton,
     ▪ 7 – Open

3. Interview Process: Phone / In Person
   o Experience: 2/2/4

4. **Job Descriptions**
   Internal posting and external at same time. Jeanette will ask if this could happen.
   All electronic posting
   Government
   Right management

5. **Timing to Start Posting & Review Process**
   Cognoscente of communication to Nancy's team

6. Follow Up Meetings



Customer
Relations ...



CRA
Competen...



Customer
Relations ...



Customer
Relations ...

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ALLERGAN_MDL_03776384



Customer
Relations ...

Grade 15:
Carolyn Billmeyer : $66, 162  10% Bonus
Ken Mauro: $64,476 10% Bonus

## Meeting 1/31/2013

Vicky Goldy -  could consider adding to "adjustment" in her annual review
- looking for approval of next weeks- equity adjustment (wk of 2/4)
- Looking for confirmation on the 15K stipend (wk 2/4)

- Maria - SP
- Vicky G- SR
- Kathy S-SR
- Ken-SR
- Carolyn-SR
- Sarah-A
- Cathy G-A
- Open-SR

    Administrative position will be posted: by Friday 1/31

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER          ALLERGAN_MDL_03776385

## HR - Position Q & A NJ Roles - Geo Equity

Wednesday, December 05, 2012
5:04 PM

\*~\*~\*~\*~\*~\*~\*~\*~\*

### Questions for Jeanette?

- Joanne job knows her job is eliminated Feb 1 – Jeanette told her this week (12/3)
- Told her the CRO job may not be the same level
- JD - No additional compensation has typically been offered to comp for the loss of the bonus reduction of 6% vs. 10%
- No salary impact, will roll over the same to Admin II role

Other Questions posed to Jeanette. Jeanette to respond by Friday 12/7
### Job grade, 17 & below: cost of living adj. Jeanette would have to address:
Equity Adj. 9% to CA employees considering NJ. They would be receiving the increase if they applied for the job in NJ. Should be fair and equitable for all.

Posting for Admin. job.

Paperwork for Vicky – Relo

Who is approved for stipend? - Jeanette said

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                ALLERGAN_MDL_03776386

## Admin Hire 4.2013

Wednesday, April 10, 2013
4:30 PM

☑ 1. Admin Training Agenda - Complete
☐ • Training room needs to be added to the Agenda- 4/25
☑ 2. All books complete: Complete
   ☑ 1.  Report binders, SS, LP

☑ • Desk Reference: USOM/CRA-, enroot to NJ
☐ • SAP- Need to check - NR- in NJ needs to ship to CA
☐ • SFDC - Need to check - NR - in NJ needs to ship to CA
☐ • OPD's - Need to check - NR- in CA to stay in CA
☐ • Procedures for Monthly reports - shipped to NJ 4/24

☐ 3. Need to reserve Training area - Nancy to email Sandy Goodman - 4/10, 4/25
☑ 4. Fill out paperwork for laptop - MW-NR
☐ 5. SQO1
☐ 6. Training materials need to be loaded the portal via a crawler - 4/25 - Nancy talk to Michele
☐ 7. Nancy to follow up on laptop, phones, desk, supplies 4/29
☐ 8. P-Card, Staples, Fed-X, Travel Card - Monday 4/29 Stacey & Jill (exception of Fed-X)
☐ 9. Stacey 2nd travel week - make arrangements 4/29
☐ 10. Phone Reports info for Nancy to train Stacey - 5/20
☐ 11. Nancy wireless



Transition_T
ravel_Sch...



Admin_Trai
ning_Proje...

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER                    ALLERGAN_MDL_03776387