EXHIBIT 496

# Memorandum



| Subject | Date |
|---|---|
| Distributor Briefing with Actavis Elizabeth, LLC (RK0146806), on September 12, 2012 (DFN:601.04.2) | NOV 0 5 2012 |

To

Joseph T. Rannazzisi
Deputy Assistant Administrator
Office of Diversion Control

From *Barbara Boockholdt*
Barbara J. Boockholdt, Chief
Regulatory Section, ODG
Office of Diversion Control

On September 12, 2012, a meeting was held in Arlington, Virginia at the Drug Enforcement Administration (DEA) Headquarters between DEA and Actavis Elizabeth, LLC (Actavis). Representing Actavis were: Nancy Baran, Director, Customer Service, Jason Chung, DEA Manager, John S. Kaldes, Senior Director Engineering & EHS, Michael R. Clarke, Ethics & Compliance Officer, Americas, and Doug Plassche, Managing Director, NJ Solid Oral Dose (SOD). Representing DEA were: Barbara J. Boockholdt, Chief, Regulatory Section; Staff Coordinator (SC) Leonard Levin, Regulatory Section; Dedra Curteman, Office of Chief Counsel, Jason Hadges, Office of Chief Counsel; Christine Sannerud, Chief, Quota Section; Stacy Harper-Avilla, Chief, Quota Unit; GS Andrew Breiner; and D/I Michael Smilek, both from the Newark Division Office. The purpose of the meeting was to address the manufacturing and distribution practices of controlled substances by Actavis. SC Levin stated he would only concentrate on oxycodone 15mg and 30mg tablets for the purposes of this meeting. Actavis holds the following DEA Registrations: RK0146806 (Manufacturer, NJ), R0146818 (Distributor, NJ), RB0185579 (Manufacturer, NC), RA0231062 (Manufacturer, FL), RA0419552 (Manufacturer, NJ), RA0419540 (Distributor, NJ), and RA0395675 (Manufacturer, NJ).

SC Levin opened the meeting by stating its purpose was both educational and informative. SC Levin stated he would discuss Actavis' responsibilities under the Controlled Substances Act (CSA), their suspicious order monitoring system, their procedures concerning due diligence, knowing their customers, who their customers sell to, and graphs depicting the pharmacies where their products were ultimately dispensed from. SC Levin stated he would be primarily focusing on the distribution of oxycodone 15mg and 30mg tablets by Actavis. SC Levin asked for a representative from Actavis to talk briefly about the firm, their product line, their suspicious order monitoring system and to whom they distribute. Ms. Baran spoke on behalf of Actavis. Ms. Baran stated that Actavis manufactures non-controlled and controlled substances from their locations in New Jersey, North Carolina and Florida. Actavis' corporate offices are located in New Jersey. Ms. Baran stated that as of November 1, 2012, Watson Pharmaceuticals will acquire Actavis and the firm will have a new name. Ms. Baran stated both Actavis and Watson will be applying for new DEA registrations. Watson was not invited to this meeting per Actavis because the acquisition has not yet taken place. Ms. Baran stated Actavis sells some products directly to distributors, but the bulk of their finished products are sent to UPS Supply Chain, which serves as a fulfillment center

for orders placed with Actavis. Ms. Baran stated Actavis remains the owner of the controlled substances while in the possession of UPS Supply Chain. Ms. Baran stated that UPS Supply Chain has their own suspicious order monitoring system. Almost all of Actavis' controlled substances are sent to the UPS Supply Chain location in Louisville, KY. Actavis ships the order to UPS Supply Chain for processing and distribution. Actavis is the owner of the inventory, not UPS Supply Chain. UPS Supply Chain uses their own DEA registration and reports purchases and sales directly to ARCOS. Ms. Baran explained their charge back system. The system enables Actavis to see who their customers are selling their products to and what they are purchasing. Ms. Baran stated that Actavis is just beginning to review their sales through the charge back system. Ms. Baran stated she has visited UPS Supply Chain and been able to review their suspicious monitoring system. UPS Supply Chain has a staff which monitors any suspicious orders of controlled substances. Value Centric is a firm who stores sales data for Actavis which they can review. Recently, Ms. Baran has gone out to visit their large volume customers, such as Cardinal, McKesson and AmerisourceBergen. SC Levin mentioned to Ms. Baran the significance of "Knowing Your Customers". SC Levin stated that the United States (U.S.) consumes more legitimately manufactured controlled drugs than any other country. SC Levin mentioned that 97 percent of hydrocodone that is manufactured is prescribed and dispensed in the United States. SC Levin explained the dramatic increase of prescription drug abuse, which has increased by 400 percent over the past 10 years. SC Levin stated that today more people are abusing prescription medication than are abusing illicit drugs. The abuse of prescription drugs has become a national epidemic.

SC Levin presented a PowerPoint presentation exemplifying the common characteristics and issues associated with the distribution and manufacturing practices by manufacturers and distributors of controlled substances. SC Levin stressed the importance of a manufacturer's due diligence requirements, knowing one's customers, and the detection of suspicious orders. Specifically reviewed were the following:

- Supreme Court Cases and Immediate Suspension Orders
- Closed System of controlled substance distribution
- Establishing the medical necessity for a prescription and/or a distribution to be legal
- The DEA Internet Policy and the Ryan Haight Act
- Policies published by the American Medical Association (AMA) and the Federation of State Medical Boards (FSMB)
- Review of Suspicious Order requirements of Title 21, Code of Federal Regulations
- Knowing one's customer
- Theft and loss reporting
- Recent News Articles regarding actions taken against CVS pharmacies, Cardinal and Walgreens
- System to insure the address, controlled substance schedules and expiration date of customers' DEA registrations prior to shipping them controlled substances
- Recent actions taken by the DEA to suspend or revoke controlled substance registrations of distributors and pharmacies that continue to divert controlled substances into the illicit market

At the conclusion of the PowerPoint Presentation, SC Levin presented graphs documenting the distribution of oxycodone 15mg and 30mg tablets by Actavis Elizabeth, LLC. These distributions were derived from ARCOS reports submitted by Actavis under specific NDC numbers. The graphs revealed a dramatic increase in the sale of oxycodone 15mg and 30mg tablets from 2010 to present with the vast majority being distributed to Florida. The graphs did show a decrease in the amounts of oxycodone distributed in the past six months. SC Levin attributed the decrease to actions taken by DEA in Florida,

the Florida prescription monitoring program, administrative action taken by DEA against registrants and meetings such as this one. Chief Boockholdt explained that the manufacturer that produces oxycodone is just as responsible as the distributor and pharmacy for ensuring that these drugs do not end up in the wrong hands. SC Levin thoroughly discussed the problems associated with pain management clinics in Florida, which has directly attributed to the abuse and the diversion of oxycodone. Chief Boockholdt stated that addicts are coming from around the country to Florida and are specifically seeking oxycodone 15mg and 30mg tablets. Chief Boockholdt stated that in Florida eleven people per day are dying from oxycodone overdoses and seven babies are born each day addicted to opiates. SC Levin discussed the red flags associated with physicians prescribing at pain management clinics and the pharmacies who filled the prescriptions, such as, controlled versus non-controlled drugs, trends in purchasing, types of drugs purchased, quantity of drugs purchased, hours of operation, mainly cash customers, etc. Chief Boockholdt stated that ARCOS data revealed the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ was distributing very large quantities of Actavis oxycodone 15mg and 30mg to numerous pharmacies in Florida. Some of the pharmacies had purchased well in excess of a million dosage units per year. This is an obvious concern to DEA and must be addressed by Actavis.

The graphs were broken down by year and included 2010, 2011, and the first six months of 2012. The graphs revealed that Actavis' oxycodone 15mg. and 30mg tablets are distributed throughout the country, but more is distributed in Florida than almost all of the other states combined. The problem is especially bad in South Florida, specifically Miami Dade, Broward and Palm Beach Counties. Chief Boockholdt stated that Florida's prescription drug laws have traditionally been very lax and because of that and the influx of pain management clinics oxycodone sales went out of control. Chief Boockholdt mentioned that because of the amount of oxycodone prescriptions being written, Florida, specifically South Florida has more pending pharmacy applications than all other states combined. Statistics are now showing this problem is spreading north into Georgia, Tennessee, Kentucky, Ohio and West Virginia. SC Levin stated one of the purposes of this meeting is to bring the wholesaler or manufacturer on board to be part of the solution, rather than contribute to the problem.

SC Levin showed graphs of oxycodone shipped by UPS Supply Chain to the distributors and to the distributors' customers SC Levin advised Ms. Baran that Actavis should send someone from their compliance team to visit pharmacies who were receiving their products in south Florida, in order for them to witness the long lines at pain clinics, out of state license plates, questionable clients, security guard(s) in the parking lots, and signs stating cash payment only. SC Levin and Chief Boockholdt stressed to Ms. Baran and the other Actavis representatives to get to know their customers, visit distribution sites, visit customers of those distributors, check on customers' suspicious order monitoring systems, review due diligence files, and obtain printouts of pharmacies or practitioners who are receiving Actavis products.

Ms. Baran stated Actavis has only recently begun looking at the pharmacies that purchase their products and wants to be involved in working to resolve this problem. SC Levin stated that if their customers refused to provide them with sales information Actavis should consider cutting them off. Chief Boockholdt suggested Actavis determine the percentage of their products being shipped into Florida. SC Levin inquired about the two NDC numbers for both oxycodone 15mg and 30mg tablets in 2011. Ms. Baran stated that two of Actavis NDC numbers was terminated in 2011 and replaced by the two new ones. SC Levin again mentioned the ▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮ Ms. Baran stated that ▮▮▮▮▮▮ distribution centers purchase oxycodone from Actavis. SC Levin suggested representatives of Actavis travel to some of the distribution sites, especially the one in ▮▮▮▮▮▮▮, to review their suspicious order monitoring systems. A review of ▮▮▮▮▮▮ pharmacies purchases of Actavis products is important. The charts shown at this briefing revealed that some ▮▮▮▮▮▮

pharmacies were purchasing in excess of 20 times the national average of oxycodone. SC Levin pointed out that ▮▮▮▮▮▮▮▮▮▮ in Delaware are owned by ▮▮▮▮ and dispense large quantities of oxycodone. Chief Boockholdt mentioned that any manufacturer's quota request is based on anticipated need and the fact that the majority of prescriptions dispensed in Florida were not legitimate show that Actavis' quota may be too high. SC Levin asked the representatives from Actavis to take serious look at their quota request, review their suspicious order monitoring system, visit their customers to review their suspicious order monitoring systems as well as their due diligence files, ask to see their customers' top customers for Actavis products, and contact their local DEA Office with any questions or issues. Ms. Baran stated that their sales force has been informed to keep management abreast of what is going on in the field. SC Levin mentioned that sales people are generally on commission and may not be objective when it comes to their accounts purchasing suspicious or unusual orders of controlled substances.

Ms. Baran said that Actavis will do whatever it takes to remain in compliance with the CSA. Ms. Baran stated she will take this information back to Actavis corporate headquarters and begin thoroughly reviewing charge back information, as well as the other data bases. Ms. Baran stated Actavis Compliance personnel plan to visit more of Actavis' customers to review their due diligence records and suspicious order monitoring systems. Ms. Baran stated Actavis wants to ensure to the best of its ability that their products are being properly monitored by Actavis and their customers.

SC Levin explained that the purpose of this meeting was to inform, educate, provide pertinent ARCOS data, discuss national trends, and discuss the pain management epidemic in Florida involving oxycodone. DEA is seeking to partner with drug distributors and manufacturers in resolving this problem. SC Levin did state that if Actavis or any firm who had been briefed was found to have violated the CSA pertaining to what was discussed during the course of this meeting DEA could seek administrative or civil action to remedy the situation. Chief Boockholdt advised the representatives from Actavis that all employees who have access to controlled substances at Actavis should receive training similar to that provided at this meeting today.

SC Levin asked if there were any questions. There were none. The meeting between the Drug Enforcement Administration and Actavis Elizabeth, LLC was concluded.

Attachments:

1. PowerPoint presentation
2. Graphs of Actavis Elizabeth, LLC ARCOS sales/purchases

cc:  GS Andrew Breiner, Newark Division Office

This presentation does not cover the totality of your obligations nor is it a substitute for your obligations as a DEA registrant under The Controlled Substances Act and its Regulations.

September 12, 2012

2

The information presented should not be considered new information.  The substance of this presentation has been previously available and communicated through The Controlled Substances Act, its Regulations, Federal Register Notices, DEA and sponsored conferences, correspondence from the DEA, releases from the popular press, in addition to the Registrant's own sales data.

September 12, 2012

3

## Closed System

☐ The comprehensive Drug Abuse Prevention and Control Act of 1970, as amended in 1990 and 1994 created a system for the legitimate manufacturing, distribution, and prescribing/dispensing of controlled substances.

☐ Each registrant within this "closed system of distribution" has defined privileges and responsibilities in which they must operate.

September 12, 2012

4

## Closed System

☐ When a registrant fails to adhere to their responsibilities, those violations represent a danger to the public and jeopardize the "closed system of distribution".

☐ DEA is responsible for the oversight and integrity of the system and to protect the public.

September 12, 2012

5



**Supreme Court Cases**

□ **Direct Sales Co, Inc. v. United States (1943)**

■ Mail order sales to doctor

■ Most sales were morphine

■ Increase in quantities purchased

■ Business practices attracted customers who were violating the law

■ Drugs have inherent susceptibility to harmful and illegal use

September 12, 2012

7

## Supreme Court Cases

☐ **United States v. Moore (1975)**

■ Usual course of professional practice

☐ Patient with a Medical Complaint

☐ History

☐ Physical Examination

☐ Nexus Between Complaint/History/Exam and Drug Prescribed

September 12, 2012

8

## RESPONSIBITIES

**Distributor Responsibilities**

■ 21 USC, Section 823

☐ Is the registration in the public interest?

**Maintenance of Effective Controls**

■ Against diversion of particular controlled substances into other than legitimate medical channels

September 12, 2012

9

**Responsibilities**

## Pharmacy Responsibilities:

- □ 21 USC, 823
  - Compliance with applicable State, Federal, or local laws relating to controlled substances,
  - Such other conduct which may threaten the public health and safety

- □ 21 CFR, 1306.04(a):
  - A corresponding responsibility rests with the pharmacist who fills the prescription

September 12, 2012                                    10

---

**Responsibilities**

## Practitioner Responsibilities:

- □ 21 USC 823
  - Compliance with applicable State, Federal, or local laws related to controlled substances
  - Such other conduct which may threaten the public health and safety

- □ 21 CFR 1306.04(a)
  - A prescription for a controlled substance to be effective must be issued for a legitimate medical purpose by an individual practitioner acting in the usual course of his professional practice

September 12, 2012                                    11

**Ryan Haight Act**

☐ <u>MUST</u> be approved prior to <u>any</u> online dispensing.  <u>ONLY</u> a previously registered pharmacy who DEA approved with a modification of registration may be an online pharmacy

☐ A DEA registered pharmacy that is approved to conduct online dispensing <u>MUST</u> notify DEA and the state boards of pharmacy in all states in which they conduct business 30 days prior to offering a controlled substance to sell, deliver, distribute, or dispense

September 12, 2012                                                                    12

---

**Ryan Haight Act**

☐ An online pharmacy <u>MUST</u> comply with all state laws from which and to which they deliver, or dispense, or offer to deliver or dispense controlled substances by means of the Internet

☐ A <u>VALID</u> prescription for a controlled substance by means of the Internet <u>MUST</u> be for legitimate medical purpose and have at least one in-person medical examination by a practitioner authorized by DEA and respective State authorities to prescribe controlled substances in that controlled substance schedule

September 12, 2012                                                                    13

**Pain & Other Specialties**

☐ Pain Management Organizations have established guidelines which suggest treatment is not exclusive to the administering of controlled substances only

☐ There must be a balance between pain and addiction

September 12, 2012                                    14

---

**Pain & Other Specialties**

**Recognized Modalities for the Treatment of Pain:**

☐ Pharmacotherapy

☐ Psychosocial Interventions

☐ Rehabilitation Techniques

☐ Complementary & Alternative Medicine

☐ Implantable Devices & Surgical Interventions

September 12, 2012                                    15

## Pain & Other Specialties

- ☐ Three Pain Management Associations recommend "Opioid Guidelines"

- ☐ Guidelines provide recommended procedures and best practices for a practitioner to implement

- ☐ Not an endorsement by the DEA. A guide for you to assess your customers.

September 12, 2012                                    16

## Suspicious Orders

**21 CFR 1301.74**

- ☐ Requires that registrants design and operate a system to identify suspicious orders

- ☐ Report suspicious orders to DEA **when discovered**

September 12, 2012                                    17

**Suspicious Orders**

Reporting of a suspicious order to DEA does <u>NOT</u> relieve the distributor of the responsibility to maintain effective controls against diversion

September 12, 2012                                                                18

---

**Suspicious Orders**

☐ DEA cannot advise a distributor if an order is legitimate or not.

☐ Distributor must determine which orders are suspicious and make their <u>OWN</u> decision to sell or not to sell

September 12, 2012                                                                19

**DUE DILIGENCE**

## "KNOW YOUR CUSTOMER"

Prior to filling an order the distributor should review the following:

☐ Unusual frequency of order(s),*

☐ Unusual size of order(s),*

☐ Deviating substantially from a normal pattern *

    * Mandated by 21 CFR, 1301.74(b)

September 12, 2012    20

---

**DUE DILIGENCE**

☐ **Range of Products Being Purchased,**

☐ **Methods of Payment (cash, insurance, Medicaid),**

☐ **Location and hours of operation,**

☐ **% Controlled vs. % Non-Controlled,**

☐ **Customer pick up at distributorship**

September 12, 2012    21

## DUE DILIGENCE



September 12, 2012    22

## Notifications

☐ Theft and Loss – Report immediately via on-line.

☐ Contact your local field office.

☐ ODGR – Regulatory Unit – (202) 307-7161

☐ **ODG@USDOJ.GOV** – Notification of termination of customers for cause.  (No explanation required.)

September 12, 2012    23

**Actions Taken by DEA**

## Southwood Pharmaceuticals, Inc.

- ☐ 72 FR 36,487 (2007)
  - ■ Revocation of Registration
  - ■ Immediate Suspension Order
    - ☐ Failure to maintain effective controls against diversion
    - ☐ Supplied millions of dosage units of controlled substances to Internet pharmacies
    - ☐ Failure to exercise due diligence (21 USC 823)

September 12, 2012

24

---

**Actions Taken by DEA**

## Ladapo O. Shyngle, M.D.

- ☐ 72 FR 6056 (2009)
  - ■ Revocation of Application to renew registration
  - ■ Dr. Shyngle prescribed C/S's via an Internet questionnaire and telephone interviews.
  - ■ Prescribed over 500,000 d.u. to patients in 41 states.
  - ■ Issued prescriptions primarily for hydrocodone.

September 12, 2012

25

**Actions Taken by DEA**

### Dale L. Taylor, M.D.

☐ 72 FR E7-10622 (2007)

- ■ Revocation of registration.
- ■ Authorized prescriptions via the Internet, based solely on on-line questionnaire and telephone conversations.
- ■ Authorized 6,069 prescriptions to 1,098 patients in 46 different states.
- ■ 5,156 prescriptions were for hydrocodone and 526 were for alprazolam.

September 12, 2012                                                   26

---

**Actions Taken by DEA**

### United Prescription Services

☐ 72 FR 50397 (2007)

- ■ Immediate Suspension Order and revocation of registration.
- ■ United Prescription Services operated several Internet sites.
- ■ Between Oct 2005 – Jan 2006, distributed 1,808,693 d.u.  More than 1,275,000 were written by one practitioner.
- ■ Mostly written for hydrocodone and alprazolam.

September 12, 2012                                                   27

**Actions Taken by DEA**

### Patrick W. Stodola, M.D.

- ☐ 74 FR 20727 (2009)
  - ■ Revocation of Registration.
  - ■ Authorized prescriptions based upon an on-line questionnaire and telephone conversations.
  - ■ Prescriptions were for hydrocodone.
  - ■ Prescriptions were in violation of state laws where the patients were having them filled.

September 12, 2012                                                28

---

**Actions Taken by DEA**

### Bob's Pharmacy & Diabetic Supplies

- ☐ 74 FR 19599 (2009)
  - ■ Immediate Suspension Order and Revocation of Registration.
  - ■ Between Apr – Dec 2007, ordered 2.3 million dosage units of hydrocodone products.
  - ■ Prescriptions were approved via an on-line questionnaire.

September 12, 2012                                                29

**SUMMARY**

☐ Prescriptions not written in the usual course of professional practice are not valid.

☐ Drugs dispensed pursuant to invalid prescriptions are not for legitimate medical purpose, the drugs are being diverted.

☐ Not limited to Internet pharmacies.

September 12, 2012                    30

---

**SUMMARY**

☐ A pattern of drugs being distributed to pharmacies who are diverting controlled substances demonstrates the lack of effective controls against diversion by the distributor

☐ The DEA registration of the distributor could be revoked under public interest grounds

September 12, 2012                    31

**SUMMARY**

☐ Any Distributor who is selling controlled substances that are being dispensed outside the course of professional practice must stop immediately

☐ DEA cannot guarantee that past failure to maintain effective controls against diversion will not result in action against a distributor

September 12, 2012                                                                32

---

**SUMMARY**

☐ DEA will:

■ Meet with other distributors

■ Provide this information to your employees at your request

■ Meet with Industry groups or associations to discuss issue as requested

September 12, 2012                                                                33

## SUMMARY

### www.deadiversion.usdoj.gov

- ■ Current Revocation Actions
- ■ Policy Changes
- ■ Validation of Registration
- ■ Links to web sites with useful information (AMA, Pain Management, Pharmacy, etc.)
- ■ Other

September 12, 2012

34

---

**NEW DATA REVEAL 400% INCREASE IN SUBSTANCE ABUSE TREATMENT ADMISSIONS FOR PEOPLE ABUSING PRESCRIPTION DRUGS**
*White House Bulletin*

WASHINGTON - Today, Gil Kerlikowske, Director of National Drug Control Policy (ONDCP), and Thomas McLellan, Deputy Director of ONDCP, joined Peter Delany, Director of Substance Abuse and Mental Health Services Administration's (SAMHSA) Office of Applied Studies, and Michele M. Leonhart, Acting Administrator of the Drug Enforcement Administration (DEA), to release a new study showing a 400 percent increase in substance abuse treatment admissions for prescription pain relievers. Governor Jack Markell of Delaware and Chris Kennedy Lawford were also in attendance.

The study, Substance Abuse Treatment Admissions Involving Abuse of Pain Relievers 1998-2008, conducted by the SAMHSA, and based on the agency's Treatment Episode Data Set (TEDS) reveals a 400 percent increase between 1998 and 2008 of substance abuse treatment admissions for those aged 12 and over reporting abuse of prescription pain relievers. The increase in the percentage of admissions abusing pain relievers spans every age, gender, race, ethnicity, education, employment level, and region. The study also shows a more than tripling of pain reliever abuse among patients who needed treatment for opioid dependence.

"The TEDS data released today highlights how serious a threat to public health we face from the abuse of prescription drugs", said Gil Kerlikowske, National Drug Policy Director. "The spikes in prescription drug abuse rates captured by this study are dramatic, pervasive, and deeply disturbing."

"The non-medical use of prescription pain relievers is now the second-most prevalent form of illicit drug use in the Nation, and its tragic consequences are seen in substance abuse treatment centers and hospital emergency departments throughout our Nation" said SAMHSA Administrator Pamela S. Hyde, J.D. "This public health threat demands that we follow the President's National Drug Control Strategy's call for an all-out effort to raise awareness of this risk and the critical importance of properly using, storing, and disposing of these powerful drugs."

"The data released today is alarming and shows the tremendous damage being caused by prescription drug abuse all across this country each and every day," said DEA Acting Administrator Michele M. Leonhart. "The effective enforcement of laws regulating the distribution of controlled substances, coupled with their lawful disposal are essential parts of a comprehensive strategy to reduce drug abuse. DEA is committed to being part of the solution, however it will take all of us working together to prevent the tragedies that inevitably come with drug abuse."

"This rise in prescription drug abuse is no surprise to the doctors and law enforcement professionals who see its effects in our communities," said Governor Markell. "We have been focused on making sure that health care professionals have the best tools

September 12, 2012

35



available to detect and prevent this kind of abuse before it ruins lives, Delaware's new legislation to authorize a prescription monitoring program is one of these tools and an important component of the President's National Drug Control Strategy."

"Our national prescription drug abuse problem cannot be ignored. I have worked in the treatment field for the last 35 years, and recent trends regarding the extent of prescription drug abuse are startling," said A. Thomas McLellan, Deputy Director of ONDCP. "We must work with prescribers, the pharmaceutical industry, law enforcement, and families to help us fight this scourge."

The National Drug Control Strategy, released in May, outlines several steps to address what Director Kerlikowske calls "the fastest-growing drug problem in the United States"--prescription drug abuse.

They include:

* Increasing prescription drug return, take-back, and disposal programs. Prescription drugs that are commonly abused are often found in the family medicine cabinet, and individuals should get rid of unused or expired prescription drugs to prevent diversion and abuse.

* Educating physicians about opiate painkiller prescribing. The Administration's FY 2011 Budget request proposes funding for a program to train prescribers on how to instruct patients in the use and proper disposal of painkillers, to observe signs of dependence, and to use prescription drug monitoring programs to detect when an individual is going from doctor to doctor in search of prescriptions (also called "doctor shopping").

* Expanding prescription drug monitoring programs. Currently, these programs are operating in 34 states. The Administration supports establishment of these programs in every state, and is seeking to ensure new and existing monitoring programs effectively use the data they acquire and share information across state lines.

* Assisting states in addressing doctor shopping and pill mills. Criminal organizations have established thriving businesses of transporting people to states with little regulation to obtain prescription drugs from multiple doctors or from pill mills, which distribute drugs indiscriminately. Federal, state, local, and tribal authorities are working together to address this problem.

* Driving illegal Internet pharmacies out of business.

* Cracking down on rogue pain clinics that do not follow appropriate prescription practices.

The National Drug Control Strategy provides a blueprint for reducing prescription drug abuse. Parents, law enforcement, the medical community, and all levels of government have a role to play in reducing prescription drug abuse.

September 12, 2012                                                                                     36



Later today, Director Kerlikowske will travel to Delaware to attend Governor Markell's bill signing for the Delaware Prescription Drug Monitoring Program.

September 12, 2012                                                                                     37







Cardinal CEO George Barrett called the DEA action a "drastic overreaction" and said the company has "extensive processes" to prevent diversion of its pharmaceuticals for illegitimate use. Cardinal's internal controls have flagged more than 500 pharmacies in Florida and 390 pharmacies nationwide for "suspicious order patterns," he said.

"The needs of pharmacies are varied, and higher volumes can be appropriately based on a number of factors, including pharmacy size, hours of operation, patient demographics and proximity to hospital and surgery centers, nursing homes, cancer clinics, and hospice providers," Cardinal said in a statement.



**DEA moves against two Florida pharmacies, distributor over pill sales**
**CNN.com**

(CNN) -- Agents from the Drug Enforcement Administration raided two CVS pharmacies in central Florida over the weekend, removing controlled substances and suspending the stores' ability to handle or distribute drugs such as painkillers oxycodone and hydrocodone.

The DEA says that during one year, the two pharmacies -- both in Sanford, Florida -- ordered more than 3 million oxycodone units from a pharmaceutical wholesaler, what a typical pharmacy orders 66,000.

"Each registrant (pharmacy) was filing prescriptions far in excess of legitimate needs of its customers," said DEA Special Agent in Charge Mark Trouville during a press conference Monday in central Florida.

The DEA also has suspended the controlled substance license of the wholesale distributor, Cardinal Health of Lakeland, Florida, according to Trouville.

"Cardinal Health did not fulfill its due diligence to insure controlled substances were not diverted into other than legitimate channels," Trouville said.

On Friday, Cardinal Health filed and received an emergency injunction from a federal judge in Washington allowing the drug supplier to continue filing orders for other pharmacies.

"We believe the DEA is wrong," said Cardinal Health Chairman and CEO George Barrett in a written statement.

"We strongly disagree with the allegations the DEA has made against our facility and intend to vigorously challenge this action," said Barrett.

The two Sanford pharmacies remain open filling regular prescriptions but they cannot fill prescriptions for controlled substances such as oxycodone, one form of which is the well-known narcotic OxyContin.

CVS said in a written statement that the company is disappointed by the DEA actions but is fully cooperating with the DEA suspension.

"CVS/pharmacy is unwavering in its compliance with and support of the measures taken by federal and state law enforcement officials to prevent drug abuse and keep controlled substances out of the wrong hands," said CVS spokesman Mike DeAngelis.

Hearings on the suspensions will be held but no date has been set.

Trouville said that since the state of Florida moved to crack down on "pill mills" by banning doctors from directly distributing controlled narcotics, pharmacy sales of controlled substances have skyrocketed.

# DEA agents raid CVS pharmacies

By Amelia A. Hernandez



September 12, 2012 — 42

---

2A   MONDAY, FEBRUARY 6, 2012   USA TODAY

# DEA charges 2 Fla. pharmacies in pill mill probe

**Drug wholesaler also under investigation**

By Donna Leinwand Leger
USA TODAY

September 12, 2012 — 43



**Cardinal Health settles drug distribution case**
*USA Today*
*May 16, 2012*

The DEA suspended Cardinal Health, the country's second largest drug distributor, from selling and shipping powerful painkillers and other drugs from its Lakeland, Fla., facility for two years as part of a settlement reached Tuesday.

The Drug Enforcement Administration sought to revoke Cardinal's license in February, accusing the company of selling excessive amounts — more than 12 million oxycodone pain pills — to four Florida pharmacies over three years. The DEA said the company did not report suspicious orders or visit the chain pharmacies that purchased large amounts of the drugs.

The DEA also suspended controlled substances licenses for two CVS pharmacies in Sanford, Fla., which purchased millions of oxycodone pills from Cardinal. A judge is expected to rule on the CVS case this month.

"Cardinal Health is not above the law," said Joe Rannazzisi, DEA deputy assistant administrator. "With this agreement, it admits that it neglected its vital responsibility to prevent the diversion of controlled substance medications."

While the agreement resolves the licensing issue, the DEA said it may pursue civil penalties, including fines, against that company. The Dublin, Ohio-based company had revenue of more than $100 billion in 2011.

This is the second time the DEA has taken action against Cardinal. In 2008, Cardinal paid a $34 million fine after the DEA accused it of shipping excessive amounts of hydrocodone, another powerful painkiller, to Internet pharmacies. As part of that settlement, the DEA suspended licenses at three distribution facilities for a year.

Cardinal admitted Tuesday it had "inadequate" control over some of its controlled drugs and had not fully complied with the 2008 agreement.

"This agreement allows us to put this matter behind us, and just as important, will clear the way for a more productive dialogue about how we and others in the health care and regulatory community work together to prevent the abuse and misuse of prescription drugs," Cardinal CEO George Barrett said.

The five-year agreement applies to all 28 of Cardinal's distribution facilities and requires the company to review orders for the controlled drugs, visit pharmacies to look for signs of diversion and hire extra field inspectors for Florida pharmacies.

The Lakeland facility can still distribute non-controlled drugs and medical supplies.



**Cardinal Plant Can't Ship Pain Pills**

*Wall Street Journal*

A U.S. appeals court ruled Friday that a Cardinal Health Inc. distribution hub in Florida can't ship prescription painkillers while the company battles a Drug Enforcement Administration move to suspend that facility's license.

While the appeals court recently issued a stay of the DEA's enforcement efforts against Cardinal's Lakeland, Fla., facility, the court Friday said Cardinal has met the "stringent requirements for an injunction." The decision means the Lakeland facility can't ship controlled substances until the appeal is sorted out.

Cardinal, based in Dublin, Ohio, said it advised customers plans earlier this month "and will continue to embrace its need for customers' needs with minimal disruption from our other distribution centers."

The contingency plans involve shipping controlled drugs to customers in the Southeast U.S. from alternative facilities in Mississippi or North Carolina. Analysts have said fuel packs could add transportation costs to Cardinal and delay deliveries.

The suspension of the DEA license means the Lakeland facility to lose local home shipping controlled medications like the pain drug oxycodone to thousands of pharmacies, hospitals and other health care providers. Contrast, the nation's No. 2 drug distributor by sales after McKesson Corp., can still ship non-controlled medications, which include non-prescription drugs, and supplies such as surgical packs.

The DEA also suspended last month the controlled-medication licenses of two Florida pharmacies, including two owned and operated by CVS Caremark Corp. CVS won a temporary administrative stay on Wednesday to keep dispensing controlled medications after an appeals court denied the pharmacy chain's request for a preliminary injunction.

The DEA took action against the Lakeland facility last month while accusing Cardinal of not doing enough to stop irregularities abuse. Cardinal has said that it supports the DEA's efforts but also disagreed that it wasn't doing enough.

A U.S. District Court judge ruled in late February that the government acted properly in trying to cut off shipments of oxycodone from the Lakeland site. Cardinal appealed that ruling in the U.S. Court of Appeals for the District of Columbia Circuit.

Page 1 of 2

## DEA searches Fla. Walgreens in painkiller probe

CURT ANDERSON, AP Legal Affairs Writer
Updated 3:51 p.m., Friday, April 6, 2012

MIAMI (AP) — Federal drug agents have searched six Walgreens pharmacies and a company distribution center in Florida as part of an investigation into prescription painkiller drug abuse, U.S. Drug Enforcement Administration officials said Friday.

The distribution center in Jupiter and the six pharmacies — two in Fort Pierce and one each in Hudson, Port Richey, Fort Myers and Oviedo — all showed signs of suspiciously high distribution of the highly addictive drug oxycodone, a DEA investigator wrote in an affidavit for the search warrants.

Such large amounts, investigator Marjorie Milan wrote, indicates "a pharmacy that fills prescriptions issued by physicians at pain clinics and/or a pharmacy which services primarily drug-seeking individuals who abuse the medication."

The searches for pharmacy records conducted Wednesday are the latest in a crackdown by federal and state authorities on "pill mills" and other illegal sources of prescription drugs in Florida, which has become the nation's leading source of oxycodone and similar drugs. The DEA says that prescription drug abuse now exceeds abuse of all illegal drugs combined, except marijuana.

Michael Polzin, a spokesman for Deerfield, Ill.-based Walgreens, said it is cooperating in the investigation.

8/14/2012

**September 12, 2012**                                                                                    46

---

Page 2 of 2

Earlier this year, the DEA moved to suspend the sale of similar controlled substances at two CVS pharmacies in the Orlando area, and the shipment of them from Cardinal Health Inc.'s Lakeland, Fla.-based center that supplied the stores. A federal appeals court recently upheld those suspensions.

DEA records cited in the Walgreens affidavit show sharp increases in oxycodone purchases at each of the locations. For example, the pharmacy in Fort Myers went from selling 95,800 units of oxycodone in 2009 to more than 2.2 million units in 2011 — good for 67 percent of all the oxycodone purchased by pharmacies in that same zip code in 2011.

In the first two months of this year, the DEA added, 53 Walgreens pharmacies are listed in the agency's top 100 purchasers of oxycodone. In 2009, none were on the list.

Earlier this year, the DEA released figures showing that Florida may be losing its distinction as the nation's leading illicit source for painkillers because of the ongoing law enforcement crackdown and several new laws. Florida also last year began operating a prescription drug tracking system and database aimed at combating illegal diversion of the drugs.

About 85 people, including at least 13 doctors, have been arrested in South Florida over the past year on pill mill-related charges, according to federal prosecutors.

8/14/2012

**September 12, 2012**                                                                                    47

**The DEA's prescription drug policy saves many lives.**
**Wall Street Journal**
**By: Peter Bensinger and Robert L. DuPont**

Scott Gottlieb's "The DEA's War on Pharmacies —and Pain Patients" (op-ed, March 20) hardly tells the true story of prescription drug abuse and the government's response. In the current Cardinal Health Case, the Drug Enforcement Administration discovered numerous suspicious transactions that greatly exceeded the "suspicious order" criteria in the law and were not halted or reported to the DEA. Cardinal Health was fined $34 million in 2008 for similar violations.

Last July, the Florida legislature declared a public-health emergency —not because of a shortage of medicine, but because of increased overdose deaths caused by prescription opioids. Last year 25 distributors provided over 570 million dosage units of oxycodone in Florida alone, with Cardinal Health accounting for 25%.

Dr. Gottlieb thinks transferring DEA's responsibilities to the FDA would be a good idea, yet the FDA's record when it comes to regulating controlled substances is not good. In 1995, DEA asked FDA to schedule Soma (carisoprodol), a muscle relaxant abused by opiate addicts. In 2009, 13 years later, the FDA granted permission to schedule the drug. In 2004, the DEA asked the FDA to reschedule hydrocodone products (Vicodin, Lortab, etc.). The FDA responded four years later but did not agree to tighten the controls on what continues to be America's most frequently prescribed opioid associated with significant overdose deaths. A bill currently in Congress, if passed, will accomplish this long overdue action.

Prescription-drug overdose deaths now exceed U.S. motor-vehicle fatalities. The only federal agency that has confronted this unlawful diversion of these drugs is the DEA. Shifting regulatory control from the DEA to the FDA would accomplish nothing, but would add to the problem.

The DEA represents the unspoken interests of tens of thousands of victims harmed or killed each year by prescription drug abuse. The DEA's enforcement actions are clearly in the public interest, and its regulatory authority should not be diminished, but strongly supported.

**September 12, 2012**                                                                 48

---

| | | Top 50 Pharmacies<br>Sales of Oxycodone 15mg (NDC 52152-0214-02)<br>2010 | | | | | |
|---|---|---|---|---|---|---|---|
| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
| | | | KNOX | KNOXVILLE | TN | 37918 | 244,000 |
| | | | ANCHORAGE | ANCHORAGE | AK | 99508 | 213,600 |
| | | | SUSSEX | SEAFORD | DE | 19973 | 194,600 |
| | | | HILLSBOROUGH | TAMPA | FL | 33612 | 177,300 |
| | | | BUCKS | BENSALEM | PA | 19020 | 164,300 |
| | | | DAVIDSON | ANTIOCH | TN | 37013 | 160,000 |
| | | | BROWARD | FORT LAUDERDALE | FL | 33309 | 148,000 |
| | | | MANATEE | BRADENTON | FL | 34202 | 146,900 |
| | | | CABELL | HUNTINGTON | WV | 25701 | 145,400 |
| | | | BREVARD | PALM BAY | FL | 32906 | 139,000 |
| | | | SUSSEX | MILFORD | DE | 19963 | 124,100 |
| | | | SAINT LUCIE | FORT PIERCE | FL | 34981 | 127,900 |
| | | | ORANGE | ORLANDO | FL | 32819 | 124,600 |
| | | | MARICOPA | TEMPE | AZ | 85284 | 121,600 |
| | | | SEMINOLE | CASSELBERRY | FL | 32730 | 120,500 |
| | | | LEE | FORT MYERS | FL | 33907 | 124,100 |
| | | | BROWARD | FORT LAUDERDALE | FL | 33314 | 117,400 |
| | | | WESTMORELAND | IRWIN | PA | 15642 | 110,200 |
| | | | BROWARD | FORT LAUDERDALE | FL | 33317 | 108,700 |
| | | | NEW CASTLE | BEAR | DE | 19701 | 102,400 |
| | | | SARASOTA | SARASOTA | FL | 34232 | 101,100 |
| | | | ORANGE | ORLANDO | FL | 32806 | 98,500 |
| | | | STRAFFORD | ROCHESTER | NH | 03867 | 99,500 |
| | | | CALVERT | PRINCE FREDERICK | MD | 20678 | 98,900 |
| | | | JOHNSON | LENEXA | KS | 66216 | 97,600 |
| | | | ORANGE | ORLANDO | FL | 32819 | 96,500 |
| | | | GREENVILLE | GREENVILLE | SC | 29605 | 94,700 |
| | | | MILWAUKEE | MILWAUKEE | WI | 53222 | 96,600 |
| | | | SUSSEX | LEWES | DE | 19958 | 83,600 |
| | | | BALTIMORE | PARKVILLE | MD | 21234 | 91,600 |
| | | | ORANGE | BRADENTON | FL | 34206 | 90,600 |
| | | | SURRY | ELKIN | NC | 28621 | 89,300 |
| | | | BERNALILLO | ALBUQUERQUE | NM | 87108 | 89,800 |
| | | | NEW CASTLE | NEWARK | DE | 19713 | 88,700 |
| | | | NEW CASTLE | NEW CASTLE | DE | 19720 | 87,800 |
| | | | MANATEE | BRADENTON | FL | 34207 | 90,300 |
| | | | SUSSEX | LAUREL | DE | 19956 | 86,900 |
| | | | SAINT LOUIS | SAINT LOUIS | MO | 63134 | 88,700 |
| | | | PASCO | HUDSON | FL | 34667 | 84,300 |
| | | | BROWARD | HALLANDALE | FL | 33009 | 82,600 |
| | | | PALM BEACH | LAKE WORTH | FL | 33460 | 82,600 |
| | | | ORANGE | WINTER PARK | FL | 32789 | 82,200 |
| | | | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 82,000 |
| | | | ASHTABULA | ASHTABULA | OH | 44004 | 81,700 |
| | | | SULLIVAN | KINGSPORT | TN | 37660 | 81,600 |
| | | MATANUSKA SUSITNA | WASILLA | AK | 99654 | 81,400 |
| | | | SUSSEX | MILLSBORO | DE | 19968 | 81,200 |
| | | | MARICOPA | GLENDALE | AZ | 85308 | 80,400 |
| | | | SALT LAKE | SALT LAKE CITY | UT | 84118 | 79,400 |

**Top 50 Pharmacies**
**Sales of Oxycodone 30mg (NDC 62182-0216-02)**
**2010**

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| | | | KNOX | KNOXVILLE | TN | 37918 | 1,569,600 |
| | | | BROWARD | FORT LAUDERDALE | FL | 33309 | 1,079,100 |
| | | | BROWARD | HOLLYWOOD | FL | 33026 | 970,400 |
| | | | BROWARD | FORT LAUDERDALE | FL | 33321 | 792,400 |
| | | | HILLSBOROUGH | TAMPA | FL | 33616 | 663,400 |
| | | | ORANGE | ORLANDO | FL | 32837 | 618,600 |
| | | | PASCO | PORT RICHEY | FL | 34668 | 589,700 |
| | | | SEMINOLE | CASSELBERRY | FL | 32730 | 543,600 |
| | | | PASCO | HUDSON | FL | 34667 | 542,300 |
| | | | SAINT LUCIE | FORT PIERCE | FL | 34981 | 517,700 |
| | | | BROWARD | FORT LAUDERDALE | FL | 33317 | 492,900 |
| | | | ORANGE | ORLANDO | FL | 32806 | 470,600 |
| | | | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 447,200 |
| | | | HILLSBOROUGH | TAMPA | FL | 33613 | 405,400 |
| | | | HILLSBOROUGH | TAMPA | FL | 33609 | 379,300 |
| | | | KNOX | KNOXVILLE | TN | 37917 | 362,900 |
| | | | BROWARD | POMPANO BEACH | FL | 33064 | 359,200 |
| | | | PINELLAS | LARGO | FL | 33771 | 352,700 |
| | | | BROWARD | FORT LAUDERDALE | FL | 33312 | 349,200 |
| | | | PINELLAS | LARGO | FL | 33771 | 336,700 |
| | | | PALM BEACH | BOCA RATON | FL | 33428 | 332,800 |
| | | | BROWARD | FORT LAUDERDALE | FL | 33314 | 322,600 |
| | | | SARASOTA | SARASOTA | FL | 34233 | 319,300 |
| | | | HILLSBOROUGH | TAMPA | FL | 33616 | 318,100 |
| | | | SUFFOLK | SELDEN | NY | 11784 | 315,600 |
| | | | PALM BEACH | BOCA RATON | FL | 33431 | 314,300 |
| | | | PALM BEACH | WELLINGTON | FL | 33414 | 313,900 |
| | | | MIDDLESEX | OLD BRIDGE | NJ | 08857 | 313,800 |
| | | | MAUI | KAHULUI | HI | 96732 | 312,000 |
| | | | HILLSBOROUGH | SEFFNER | FL | 33584 | 310,300 |
| | | | OSCEOLA | KISSIMMEE | FL | 34744 | 300,400 |
| | | | ORANGE | ORLANDO | FL | 32812 | 298,900 |
| | | | LEE | FORT MYERS | FL | 33907 | 295,900 |
| | | | BROWARD | HOLLYWOOD | FL | 33024 | 294,100 |
| | | | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 291,300 |
| | | | PALM BEACH | LAKE WORTH | FL | 33467 | 287,400 |
| | | | BROWARD | HOLLYWOOD | FL | 33021 | 286,300 |
| | | | ORANGE | OCOEE | FL | 34761 | 282,400 |
| | | | BREVARD | PALM BAY | FL | 32908 | 277,700 |
| | | | SARASOTA | LAKELAND | FL | 34233 | 277,300 |
| | | | POLK | LAKELAND | FL | 33803 | 272,900 |
| | | | ORANGE | ORLANDO | FL | | |

**Top 50 Pharmacies Sales of Oxycodone 15mg (NDC 62182-0214-02)  2011**

| Rank | Buyer's DEA | | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| | | | LEE | FORT MYERS | FL | 33907 | 411,100 |
| | | | SUSSEX | SEAFORD | DE | 19973 | 148,000 |
| | | | SAINT LOUIS | SAINT LOUIS | MO | 63134 | 131,800 |
| | | | SEMINOLE | OVIEDO | FL | 32765 | 128,300 |
| | | | PASCO | HUDSON | FL | 34667 | 127,800 |
| | | | ALLEGHENY | OAKMONT | PA | 15139 | 122,000 |
| | | | CALVERT | PRINCE FREDERICK | MD | 20678 | 121,400 |
| | | | SUSSEX | MILFORD | DE | 19963 | 110,000 |
| | | | SAINT LUCIE | FORT PIERCE | FL | 34981 | 109,600 |
| | | | LEE | BONITA SPRINGS | FL | 34135 | 109,300 |
| | | | SUSSEX | MILFORD | DE | 19963 | 106,300 |
| | | | WESTMORELAND | IRWIN | PA | 15642 | 106,200 |
| | | | FRANKLIN | COLUMBUS | OH | 43207 | 105,600 |
| | | | ANCHORAGE | ANCHORAGE | AK | 99508 | 105,600 |
| | | | LIVINGSTON | DENHAM SPRINGS | LA | 70726 | 101,200 |
| | | | SEMINOLE | CASSELBERRY | FL | 32730 | 99,000 |
| | | | BREVARD | PALM BAY | FL | 32905 | 98,900 |
| | | | MARICOPA | PHOENIX | AZ | 85037 | 96,900 |
| | | | CECIL | ELKTON | MD | 21921 | 94,600 |
| | | | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 93,200 |
| | | | PASCO | PORT RICHEY | FL | 34668 | 92,200 |
| | | | SEBASTIAN | FORT SMITH | AR | 72901 | 86,730 |
| | | | RALEIGH | BECKLEY | WV | 25801 | 84,300 |
| | | | SEMINOLE | OVIEDO | FL | 32766 | 83,900 |
| | | | GREENVILLE | GREENVILLE | SC | 29606 | 83,800 |
| | | | ORANGE | ORLANDO | FL | 32807 | 81,900 |
| | | | CABELL | HUNTINGTON | WV | 25701 | 81,500 |
| | | | MARICOPA | GLENDALE | AZ | 85308 | 79,900 |
| | | | KNOX | KNOXVILLE | TN | 37919 | 79,200 |
| | | | NEW CASTLE | BEAR | DE | 19701 | 79,100 |
| | | | MILWAUKEE | MILWAUKEE | WI | 83222 | 78,300 |
| | | | MANATEE | BRADENTON | FL | 34202 | 77,800 |
| | | | KENT | DOVER | DE | 19904 | 77,300 |
| | | | RALEIGH | BECKLEY | WV | 25801 | 76,500 |
| | | | MANATEE | BRADENTON | FL | 34207 | 76,500 |
| | | | KNOX | KNOXVILLE | TN | 37932 | 74,400 |
| | | | SUSSEX | LAUREL | DE | 19956 | 74,300 |
| | | | CLARK | WINCHESTER | KY | 40391 | 74,200 |
| | | | CHARLOTTE | PORT CHARLOTTE | FL | 33948 | 73,900 |
| | | | PINELLAS | SAINT PETERSBURG | FL | 33709 | 73,300 |
| | | | PINELLAS | SAINT PETERSBURG | FL | 33712 | 68,800 |
| | | | MATANUSKA SUSITNA | WASILLA | AK | 99654 | 68,600 |
| | | | ORANGE | ORLANDO | FL | 32806 | 68,000 |
| | | | NEW CASTLE | NEW CASTLE | DE | 19720 | 66,200 |
| | | | PUEBLO | PUEBLO | CO | 81001 | 66,000 |
| | | | SUSSEX | GEORGETOWN | DE | 19947 | 64,700 |
| | | | MARTIN | STUART | FL | 34997 | 64,700 |

**Top 50 Pharmacies Sales of Oxycodone 30mg (NDC 00228-2879-11) 2011**

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | | | KNOX | KNOXVILLE | TN | 37919 | 851,200 |
| 2 | | | SEMINOLE | OVIEDO | FL | 32765 | 817,400 |
| 3 | | | PASCO | HUDSON | FL | 34667 | 718,800 |
| 4 | | | LEE | FORT MYERS | FL | 33907 | 618,500 |
| 5 | | | SAINT LUCIE | FORT PIERCE | FL | 34981 | 439,900 |
| 6 | | | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 429,500 |
| 7 | | | WASHINGTON | BOGALUSA | LA | 70427 | 413,200 |
| 8 | | | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 404,300 |
| 9 | | | KNOX | KNOXVILLE | TN | 37932 | 356,800 |
| 10 | | | SEBASTIAN | FORT SMITH | AR | 72901 | 334,700 |
| 11 | | | SEMINOLE | CASSELBERRY | FL | 32730 | 308,400 |
| 12 | | | CITRUS | HOMOSASSA | FL | 34446 | 298,300 |
| 13 | | | MARION | OCALA | FL | 34482 | 295,000 |
| 14 | | | PINELLAS | SAINT PETERSBURG | FL | 33702 | 291,200 |
| 15 | | | NEW YORK | NEW YORK | NY | 10003 | 289,800 |
| 16 | | | DUVAL | JACKSONVILLE | FL | 32216 | 285,300 |
| 17 | | | KNOX | KNOXVILLE | TN | 37919 | 259,300 |
| 18 | | | CITRUS | HOMOSASSA | FL | 34446 | 247,100 |
| 19 | | | MARTIN | STUART | FL | 34997 | 244,900 |
| 20 | | | PINELLAS | LARGO | FL | 33771 | 228,400 |
| 21 | | | BREVARD | PALM BAY | FL | 32905 | 225,500 |
| 22 | | | ORANGE | ORLANDO | FL | 32812 | 217,400 |
| 23 | | | MONMOUTH | KEANSBURG | NJ | 07734 | 214,700 |
| 24 | | | KNOX | KNOXVILLE | TN | 37917 | 210,200 |
| 25 | | | PALM BEACH | WEST PALM BEACH | FL | 33404 | 209,800 |
| 26 | | | PALM BEACH | BOCA RATON | FL | 33428 | 208,000 |
| 27 | | | SAINT LUCIE | FORT PIERCE | FL | 34950 | 206,400 |
| 28 | | | PALM BEACH | WELLINGTON | FL | 33414 | 205,500 |
| 29 | | | BUTLER | WEST CHESTER | OH | 45069 | 204,500 |
| 30 | | | SARASOTA | SARASOTA | FL | 34233 | 202,700 |
| 31 | | | BROWARD | FORT LAUDERDALE | FL | 33309 | 201,900 |
| 32 | | | ORANGE | ORLANDO | FL | 32807 | 197,600 |
| 33 | | | PINELLAS | SAINT PETERSBURG | FL | 33712 | 196,500 |
| 34 | | | INDIAN RIVER | VERO BEACH | FL | 32962 | 195,500 |
| 35 | | | SEMINOLE | OVIEDO | FL | 32765 | 191,900 |
| 36 | | | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 191,700 |
| 37 | | | HILLSBOROUGH | TAMPA | FL | 33614 | 190,700 |
| 38 | | | DAVIDSON | NASHVILLE | TN | 37211 | 188,800 |
| 39 | | | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 186,000 |
| 40 | | | PINELLAS | SAINT PETERSBURG | FL | 33702 | 180,700 |
| 41 | | | PINELLAS | SAINT PETERSBURG | FL | 33709 | 178,500 |
| 42 | | | SUSSEX | SEAFORD | DE | 19973 | 178,600 |
| 43 | | | PASCO | NEW PORT RICHEY | FL | 34653 | 177,400 |
| 44 | | | PINELLAS | SAINT PETERSBURG | FL | 33707 | 177,400 |
| 45 | | | CHARLOTTE | PORT CHARLOTTE | FL | 33948 | 174,400 |
| 46 | | | CLARK | LAS VEGAS | NV | 89128 | 173,900 |

**Top 50 Pharmacies Sales of Oxycodone 15mg (NDC 00228-2878-11)**

**January 1, 2012 to June 30, 2012**

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | | | MILWAUKEE | MILWAUKEE | WI | 53222 | 132,200 |
| 2 | | | ANCHORAGE | ANCHORAGE | AK | 99508 | 127,600 |
| 3 | | | RALEIGH | BECKLEY | WV | 25801 | 105,800 |
| 4 | | | SUSSEX | MILFORD | DE | 19963 | 104,000 |
| 5 | | | KNOX | KNOXVILLE | TN | 37919 | 88,000 |
| 6 | | | ALLEGHENY | OAKMONT | PA | 15139 | 84,000 |
| 7 | | | FLOYD | EASTERN | KY | 41622 | 82,600 |
| 8 | | | PASCO | HUDSON | FL | 34667 | 81,800 |
| 9 | | | ALLEGHENY | PITTSBURGH | PA | 15202 | 81,600 |
| 10 | | | MARICOPA | PHOENIX | AZ | 85027 | 79,600 |
| 11 | | | SARASOTA | SARASOTA | FL | 34233 | 76,400 |
| 12 | | | PROVIDENCE | WOONSOCKET | RI | 02895 | 75,800 |
| 13 | | | ANNE ARUNDEL | GLEN BURNIE | MD | 21061 | 75,800 |
| 14 | | | MILWAUKEE | MILWAUKEE | WI | 53208 | 75,600 |
| 15 | | | RALEIGH | BECKLEY | WV | 25801 | 74,000 |
| 16 | | | BALTIMORE | PARKVILLE | MD | 21234 | 73,400 |
| 17 | | | GREENVILLE | GREENVILLE | SC | 29605 | 72,800 |
| 18 | | | SUSSEX | SEAFORD | DE | 19973 | 72,000 |
| 19 | | | PUEBLO | PUEBLO | CO | 81001 | 70,200 |
| 20 | | | RALEIGH | BECKLEY | WV | 25801 | 70,200 |
| 21 | | | KNOX | KNOXVILLE | TN | 37902 | 69,600 |
| 22 | | | LAFAYETTE | LAFAYETTE | LA | 70501 | 69,000 |
| 23 | | | MATANUSKA SUSITNA | WASILLA | AK | 99654 | 67,000 |
| 24 | | | SUSSEX | GEORGETOWN | DE | 19947 | 65,200 |
| 25 | | | MARICOPA | GLENDALE | AZ | 85308 | 64,400 |
| 26 | | | ORANGE | ORLANDO | FL | 32819 | 64,000 |
| 27 | | | DAVIDSON | ANTIOCH | TN | 37013 | 63,400 |
| 28 | | | MANATEE | BRADENTON | FL | 34202 | 63,000 |
| 29 | | | BALTIMORE CITY | BALTIMORE | MD | 21224 | 63,000 |
| 30 | | | CHARLOTTE | PORT CHARLOTTE | FL | 33948 | 63,000 |
| 31 | | | MONTGOMERY | BALA CYNWYD | PA | 19004 | 62,400 |
| 32 | | | HILLSBOROUGH | TAMPA | FL | 33603 | 61,800 |
| 33 | | | MARICOPA | AVONDALE | AZ | 85392 | 58,600 |
| 34 | | | LAKE | CLEARLAKE | CA | 95422 | 58,400 |
| 35 | | | BUCKS | LEVITTOWN | PA | 19054 | 58,000 |
| 36 | | | SANDOVAL | RIO RANCHO | NM | 87124 | 58,000 |
| 37 | | | CAMDEN | CHERRY HILL | NJ | 08034 | 56,400 |
| 38 | | | PUEBLO | PUEBLO | CO | 81005 | 56,200 |
| 39 | | | MILWAUKEE | MILWAUKEE | WI | 53208 | 56,000 |

**Top 50 Pharmacies Sales of Oxycodone 15mg (NDC 52152-0214-02)**
**January 1, 2012 to June 30, 2012**

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's State | Total |
|---|---|---|---|---|
| 1 | | | CA | 3,600 |
| 2 | | | AZ | 2,400 |
| 3 | | | OH | 2,400 |
| 4 | | | NY | 1,000 |
| 5 | | | AZ | 1,000 |
| 6 | | | WV | 900 |
| 7 | | | AR | 600 |
| 8 | | | TX | 500 |
| 9 | | | PA | 500 |
| 10 | | | WI | 300 |
| 11 | | | MI | 200 |
| 12 | | | AL | 100 |
| 13 | | | NY | 100 |

September 12, 2012     54

**Top 50 Pharmacies**
**Sales of Oxycodone 30mg (NDC 52152-0215-02)**
**January 1, 2012 to June 30, 2012**

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | | | RICHMOND | STATEN ISLAND | NY | 10305 | 26,000 |
| 2 | | | KINGS | BROOKLYN | NY | 11222 | 17,600 |
| 3 | | | LOS ANGELES | LOS ANGELES | CA | 90025 | 12,000 |
| 4 | | | WAYNE | DETROIT | MI | 48207 | 9,700 |
| 5 | | | ESSEX | BELLEVILLE | NJ | 07109 | 8,300 |
| 6 | | | MIDDLESEX | PERTH AMBOY | NJ | 08861 | 7,900 |
| 7 | | | BURLINGTON | RIVERSIDE | NJ | 08075 | 7,200 |
| 8 | | | FAYETTE | CONNELLSVILLE | PA | 15425 | 7,200 |
| 9 | | | PHILADELPHIA | PHILADELPHIA | PA | 19124 | 6,100 |
| 10 | | | MARSHALL | MOUNDSVILLE | WV | 26041 | 5,600 |
| 11 | | | FRESNO | CLOVIS | CA | 93612 | 5,400 |
| 12 | | | VENTURA | SIMI VALLEY | CA | 93065 | 4,800 |
| 13 | | | FRESNO | FRESNO | CA | 93727 | 4,800 |
| 14 | | | ETOWAH | GADSDEN | AL | 35901 | 4,100 |
| 15 | | | SAN DIEGO | OCEANSIDE | CA | 92054 | 3,600 |
| 16 | | | NYE | PAHRUMP | NV | 89048 | 3,000 |
| 17 | | | BROOKE | FOLLANSBEE | WV | 26037 | 3,000 |
| 18 | | | OCEAN | BEACHWOOD | NJ | 08722 | 3,000 |
| 19 | | | SULLIVAN | LIBERTY | NY | 12754 | 2,400 |
| 20 | | | WAYNE | HARPER WOODS | MI | 48225 | 2,400 |
| 21 | | | PIKE | WAVERLY | OH | 45690 | 2,400 |
| 22 | | | SAN BERNARDINO | RANCHO CUCAMONGA | CA | 91730 | 2,400 |
| 23 | | | NASSAU | FARMINGDALE | NY | 11735 | 2,000 |
| 24 | | | BURLINGTON | BORDENTOWN | NJ | 08505 | 2,000 |
| 25 | | | HUDSON | BAYONNE | NJ | 07002 | 2,000 |
| 26 | | | LOS ANGELES | LONG BEACH | CA | 90813 | 2,000 |
| 27 | | | KINGS | BROOKLYN | NY | 11215 | 1,800 |
| 28 | | | CAMDEN | CAMDEN | NJ | 08105 | 1,800 |
| 29 | | | CUYAHOGA | CLEVELAND | OH | 44109 | 1,700 |
| 30 | | | PIMA | TUCSON | AZ | 85704 | 1,600 |
| 31 | | | RIVERSIDE | SAN JACINTO | CA | 92583 | 1,600 |
| 32 | | | HARRIS | HOUSTON | TX | 77006 | 1,500 |

Top 50 Pharmacies Sales of Oxycodone 30mg (NDC 00228-2879-11)
January 1, 2012 to June 30, 2012

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | | | KNOX | KNOXVILLE | TN | 37919 | 628,100 |
| 2 | | | CLARK | LAS VEGAS | NV | 89128 | 409,200 |
| 3 | | | KNOX | KNOXVILLE | TN | 37932 | 279,200 |
| 4 | | | NEW YORK | NEW YORK | NY | 10003 | 265,200 |
| 5 | | | KNOX | KNOXVILLE | TN | 37919 | 227,400 |
| 6 | | | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 193,800 |
| 7 | | | CHARLOTTE | PORT CHARLOTTE | FL | 33948 | 165,600 |
| 8 | | | CLARK | NORTH LAS VEGAS | NV | 89030 | 156,100 |
| 9 | | | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 154,600 |
| 10 | | | HILLSBOROUGH | TAMPA | FL | 33612 | 154,300 |
| 11 | | | WASHINGTON | ROGALUSA | LA | 70427 | 151,600 |
| 12 | | | MONMOUTH | KEANSBURG | NJ | 07734 | 149,100 |
| 13 | | | CLARK | NORTH LAS VEGAS | NV | 89032 | 143,500 |
| 14 | | | NEW CASTLE | WILMINGTON | DE | 19806 | 143,400 |
| 15 | | | KNOX | KNOXVILLE | TN | 37917 | 138,700 |
| 16 | | | PASCO | HUDSON | FL | 34667 | 137,700 |
| 17 | | | PHILADELPHIA | PHILADELPHIA | PA | 19128 | 136,800 |
| 18 | | | PIMA | TUCSON | AZ | 85713 | 136,600 |
| 19 | | | CLARK | LAS VEGAS | NV | 89107 | 134,800 |
| 20 | | | BUTLER | WEST CHESTER | OH | 45069 | 132,900 |
| 21 | | | HILLSBOROUGH | TAMPA | FL | 33614 | 132,900 |
| 22 | | | CLARK | LAS VEGAS | NV | 89108 | 132,800 |
| 23 | | | BLOUNT | ALCOA | TN | 37701 | 132,390 |
| 24 | | | CLARK | LAS VEGAS | NV | 89121 | 131,000 |
| 25 | | | ORANGE | ORLANDO | FL | 32812 | 129,600 |
| 26 | | | MIDDLESEX | PERTH AMBOY | NJ | 08861 | 128,600 |
| 27 | | | SUFFOLK | SELDEN | NY | 11784 | 120,190 |
| 28 | | | KNOX | POWELL | TN | 37849 | 119,700 |
| 29 | | | RICHMOND | STATEN ISLAND | NY | 10305 | 116,500 |
| 30 | | | PUEBLO | PUEBLO | CO | 81001 | 115,100 |
| 31 | | | RICHMOND | STATEN ISLAND | NY | 10312 | 114,700 |
| 32 | | | SARASOTA | SARASOTA | FL | 34233 | 112,800 |
| 33 | | | MILWAUKEE | MILWAUKEE | WI | 53222 | 112,100 |
| 34 | | | LAWRENCE | NEW CASTLE | PA | 16101 | 111,000 |
| 35 | | | CLARK | LAS VEGAS | NV | 89106 | 110,800 |
| 36 | | | SAN DIEGO | CARLSBAD | CA | 92010 | 110,800 |



The following charts and graphs have been compiled from ARCOS reports your firm has previously submitted to DEA. The data was reviewed and the purchases of a few of your customers will be addressed during our discussion.

The mentioning of specific customers is NOT to be implied that the sale of controlled substances to these customers is illicit or that they may be involved in illicit activities.

It also should NOT be inferred that based upon the documentation provided to you that your company should terminate or restrict business with any customer discussed for the purposes of this presentation.

It is incumbent upon you to know your customers, fully review all orders for controlled substances and to exercise due diligence procedures prior to deciding whether or not to terminate or restrict sales to any customer.

September 12, 2012

57







UPS Supply Chain Solutions, Inc. Purchases in Dosage Units by Pharmacies from January 1, 2010 to December 31, 2011



Actavis Elizabeth, LLC (NDC 52152-0214-02) Oxycodone 15mg Sales in Dosage Units by State from January 1, 2010 to December 31, 2010











Actavis Elizabeth, LLC (NDC 00228-2879-11) Oxycodone 30mg Sales
in Dosage Units by State from January 1, 2012 to June 30, 2012

September 12, 2012                                                    66



Actavis Elizabeth, LLC (NDC 52152-0214-02) Oxycodone 15mg Pharmacy
Sales in Dosage Units from January 1, 2010 to December 31, 2010

September 12, 2012                                                    67











Actavis Elizabeth, LLC Oxycodone 15mg (NDC 00228-2878-11)
Sales in Dosage Units from January 1, 2012 to June 30, 2012 (Pg.2)

September 12, 2012

72



Actavis Elizabeth, LLC (NDC 52152-0215-02) Oxycodone 30mg Customer
Sales in Dosage Units from January 1, 2010 to December 31, 2010 (Pg.1)

September 12, 2012

73























UPS Supply Chain Solution, Inc. (RU0346088) KY Sales in Dosage Units from January 1, 2011 to December 31, 2011

September 12, 2012

84



Winn-Dixie Stores Purchases in Dosage Units of Actavis Oxycodone 30mg Tablets from McKesson Corporation NDC #52152-0215-02 (PM0000771) from January 1, 2010 to December 31, 2010

September 12, 2012

85























Walgreen Co. (RW0277752) FL Sales in Dosage Units of Actavis Oxycodone
30mg Tablets by State from January 1, 2010 to December 31, 2010 (Pg.2)

September 12, 2012                                                                    96



Walgreen Co. (RW0277752) FL Sales in Dosage Units of Actavis Oxycodone
15mg Tablets by State from January 1, 2011 to December 31, 2011 (Pg.3)

September 12, 2012                                                                    97













## Suggested Questions a Distributor should ask prior to shipping controlled substances.

This list of questions is not intended to be all inclusive nor should it be interpreted that every situation or registrant activity is covered. This questionnaire is provided to assist the distributor to formulate a better understanding of who their customers are and whether or not they should sell to them controlled substances. It is incumbent upon you, the distributors, to ensure that sales to your customers are for legitimate purposes. It is further incumbent upon you to identify illicit or suspicious activities which may result in the diversion of controlled substances.

The use of this questionnaire should not be construed in any manner to be a mechanism or means that you have fully met the criteria and actions required by 21 USC 823 or other state and federal laws that are applicable.

Possible questions for a pharmacy:

- Does the pharmacy fill prescriptions via the Internet? If so, is the pharmacy registered with the DEA under the Ryan Haight Act?
- Is this a mail order pharmacy (fills prescriptions for insurance, etc.)?
  **Note**: A pharmacist may claim to be mail order pharmacy but may actually be operating as an Internet pharmacy. Do not accept the response to this question at face value.
- Is the pharmacy licensed in all states for which it mails or fills prescriptions?
- Does the pharmacy report to all states that have prescription monitoring programs in which their customers reside and to whom they dispense?
- Does the pharmacy provide services for any specialty customers such as Long Term Health Care, Hospice Centers, Assisted Care Living Facilities, etc.?
- Does the pharmacy have staff or a private firm that solicits practitioners to get more business?
- What is the pharmacy's ratio of controlled vs. non-controlled orders?
- Does the pharmacy order a full variety of controlled substances and are they fairly evenly dispersed? If not, why the disparity?
- What are the hours of operation of the pharmacy?
- Does the pharmacy offer a full assortment of sundries to its customers (e.g., aspirin, snacks, cosmetics, etc.)?
- Does the pharmacy have security guards on the premises? If so, why?
- What methods of payment does the pharmacy accept (cash, insurance, Medicaid, and in what ratios)?
- Who is the pharmacy's primary supplier?
- Does the pharmacy order from other suppliers as well? If so, why and what controlled substances?
- If this is a new account, why does the pharmacy want you to be their supplier?

1 of 3

September 12, 2012

- If you are not the only supplier, what controlled substances will the pharmacy be ordering from you, in what quantities, in what time frame, and will they be ordering these same products from other suppliers?
- What ratio will you be supplying compared to other suppliers?
- Does the pharmacy fill prescriptions for out of state customers?  If so, for how many out of state customers does the pharmacy fill (ratio or approximate number)?
- If the pharmacy fills prescriptions for Pain Management or other specialty practitioners (diet, oncology, etc.), is the pharmacist comfortable with the prescribing practices of the practitioner?
- Has the pharmacist questioned or been uncomfortable with, the prescribing practices of any practitioner?
- Has the pharmacy ever refused to fill prescriptions for a practitioner?  If so, why and who?
- Are there particular practitioners who constitute most of the prescriptions it fills?  Who are these practitioners (Name and DEA registration number)?
- Does the pharmacy have any exclusive contracts, agreements, arrangements, etc., with any particular practitioner, business group, investors, etc.?  If so, explain those arrangements and/or obtain copies of those agreements.
- Is the pharmacist comfortable enough with the prescribing practices of any or all practitioners for which they fill, to stake their professional livelihood on it?
- Does the pharmacy supply, order for, or sell to any practitioners or other pharmacies?
- How does the pharmacy sell/transfer controlled substances to other pharmacies or practitioners?  Via a prescription, sales invoice, or DEA Form-222? (Transfer by prescriptions is not authorized).

Possible questions for a practitioner:

- What is the practitioner's specialty, if any (family practice, oncology, geriatrics, pain management, etc.)?
- Do the controlled substances being ordered correspond to his specialty or the treatment he provides?
- What method of payment does the practitioner accept (cash, insurance, Medicare) and what is the ratio of each?
- Has the practitioner ever been disciplined by any state or federal authority?
- How many patients does the practitioner see each day?  What is his weekly average?
- Does the practitioner prescribe as well as dispense?
- Why does the practitioner prefer to dispense as opposed to prescribe?
- Who was the practitioner's previous supplier?  Are they still ordering from this supplier?  If not, why are they looking for a new supplier?
- Do the hours of operation and the facility accommodate the type of practice being conducted?
- Does the practitioner's office have security guards on-site?  If so, why?

2 of 3

September 12, 2012

- Are all applicable state, federal, local licenses current and are they issued for the registered address at which the practitioner is practicing?
- Does the practitioner see out of state patients?  If so,
  - From what states,
  - How many,
  - Approximate ratio of out of state compared to local, and
  - Why, specifically, they travel so far to see him?

- Can the practitioner provide a blank copy of an agreement which they enter into with a patient, specifying the course of treatment, the patient rights and responsibilities, and reasons for termination of treatment?
- Does the practitioner conduct random unannounced drug testing?
- What measures does the practitioner employ and/or monitor to prevent addiction and diversion of controlled substances?
- Are there more than one practitioner dispensing controlled substances from the registered location?
- Do you order for just yourself or for the whole clinic?
- What controlled substances are you currently dispensing?  (If only one or two controlled substances are being ordered, have the practitioner fully explain why he administers or dispenses only these specific controlled substances).
- In what dosage levels is the practitioner dispensing (2 tablets, 4 times a day, for 30 days, or 90, 120, 240 a week, month).
- Does the practitioner prescribe as well as dispense to his patients?
- Does the practitioner prescribe the same controlled substances as were dispensed to the patient?
- How many patients is the practitioner presently treating (day, week, and month)?

Should you have any additional questions, concerns, or issues beyond what has been presented; it is strongly recommended you contact your local DEA Office.

# Contact Information

**Barbara Boockholdt, Section Chief**

Regulatory Section

(202) 307-7669

**Leonard Levin, Staff Coordinator**

Regulatory Section

(202) 307-7984

**September 12, 2012**

**NEW DATA REVEAL 400% INCREASE IN SUBSTANCE ABUSE TREATMENT ADMISSIONS FOR PEOPLE ABUSING PRESCRIPTION DRUGS**
*White House Bulletin*

WASHINGTON - Today, Gil Kerlikowske, Director of National Drug Control Policy (ONDCP), and Thomas McLellan, Deputy Director of ONDCP, joined Peter Delany, Director of Substance Abuse and Mental Health Services Administration's (SAMHSA) Office of Applied Studies, and Michele M. Leonhart, Acting Administrator of the Drug Enforcement Administration (DEA), to release a new study showing a 400 percent increase in substance abuse treatment admissions for prescription pain relievers. Governor Jack Markell of Delaware and Chris Kennedy Lawford were also in attendance.

The study, Substance Abuse Treatment Admissions Involving Abuse of Pain Relievers 1998-2008, conducted by the SAMHSA, and based on the agency's Treatment Episode Data Set (TEDS) reveals a 400 percent increase between 1998 and 2008 of substance abuse treatment admissions for those aged 12 and over reporting abuse of prescription pain relievers. The increase in the percentage of admissions abusing pain relievers spans every age, gender, race, ethnicity, education, employment level, and region. The study also shows a more than tripling of pain reliever abuse among patients who needed treatment for opioid dependence.

"The TEDS data released today highlights how serious a threat to public health we face from the abuse of prescription drugs", said Gil Kerlikowske, National Drug Policy Director. "The spikes in prescription drug abuse rates captured by this study are dramatic, pervasive, and deeply disturbing."

"The non-medical use of prescription pain relievers is now the second-most prevalent form of illicit drug use in the Nation, and its tragic consequences are seen in substance abuse treatment centers and hospital emergency departments throughout our Nation" said SAMHSA Administrator Pamela S. Hyde, J.D. "This public health threat demands that we follow the President's National Drug Control Strategy's call for an all-out effort to raise awareness of this risk and the critical importance of properly using, storing, and disposing of these powerful drugs."

"The data released today is alarming and shows the tremendous damage being caused by prescription drug abuse all across this country each and every day," said DEA Acting Administrator Michele M. Leonhart. "The effective enforcement of laws regulating the distribution of controlled substances, coupled with their lawful disposal are essential parts of a comprehensive strategy to reduce drug abuse. DEA is committed to being part of the solution, however it will take all of us working together to prevent the tragedies that inevitably come with drug abuse."

"This rise in prescription drug abuse is no surprise to the doctors and law enforcement professionals who see its effects in our communities," said Governor Markell. "We have been focused on making sure that health care professionals have the best tools

available to detect and prevent this kind of abuse before it ruins lives. Delaware's new legislation to authorize a prescription monitoring program is one of those tools and an important component of the President's National Drug Control Strategy."

"Our national prescription drug abuse problem cannot be ignored. I have worked in the treatment field for the last 35 years, and recent trends regarding the extent of prescription drug abuse are startling," said A. Thomas McLellan, Deputy Director of ONDCP. "We must work with prescribers, the pharmaceutical industry, law enforcement, and families to help us fight this scourge."

The National Drug Control Strategy, released in May, outlines several steps to address what Director Kerlikowske calls "the fastest-growing drug problem in the United States"--prescription drug abuse.

They include

* Increasing prescription drug return, take-back, and disposal programs. Prescription drugs that are commonly abused are often found in the family medicine cabinet, and individuals should get rid of unused or expired prescription drugs to prevent diversion and abuse.

* Educating physicians about opiate painkiller prescribing. The Administration's FY 2011 Budget request proposes funding for a program to train prescribers on how to instruct patients in the use and proper disposal of painkillers, to observe signs of dependence, and to use prescription drug monitoring programs to detect when an individual is going from doctor to doctor in search of prescriptions (also called "doctor shopping").

* Expanding prescription drug monitoring programs. Currently, these programs are operating in 34 states. The Administration supports establishment of these programs in every state, and is seeking to ensure new and existing monitoring programs effectively use the data they acquire and share information across state lines.

* Assisting states in addressing doctor shopping and pill mills. Criminal organizations have established thriving businesses of transporting people to states with little regulation to obtain prescription drugs from multiple doctors or from pill mills, which distribute drugs indiscriminately. Federal, state, local, and tribal authorities are working together to address this problem.

* Driving illegal Internet pharmacies out of business.

* Cracking down on rogue pain clinics that do not follow appropriate prescription practices.

The National Drug Control Strategy provides a blueprint for reducing prescription drug abuse. Parents, law enforcement, the medical community, and all levels of government have a role to play in reducing prescription drug abuse.

Later today, Director Kerlikowske will travel to Delaware to attend Governor Markell's bill signing for the Delaware Prescription Drug Monitoring Program.

# U.S. can stop some drug sales at 2 CVS stores: judge

Tue, Mar 13 2012

WASHINGTON (Reuters) - The U.S. Drug Enforcement Administration can stop two CVS Caremark Corp pharmacies from selling potentially addictive drugs in a case involving suspected prescription drug abuse, a federal judge ruled on Tuesday.

U.S. District Judge Reggie Walton vacated a temporary restraining order that had blocked the Drug Enforcement Administration (DEA)from acting against the two Florida stores suspected of selling doses of the painkiller oxycodone outside legitimate channels.

Walton stayed his ruling until 10 a.m. (1500 GMT) on Wednesday to give CVS Caremark attorneys time to appeal. But the company appealed later on Tuesday. Further details were not immediately available.

CVS Caremark had asked the judge to impose a preliminary injunction that could have blocked the DEA from taking action until an administrative law judge decided the matter later this year.

Walton said he could find no reason to believe the CVS argument that DEA had acted in an "arbitrary and capricious" manner in ordering sales suspended or that remedial steps taken by CVS were sufficient.

"We are disappointed with today's ruling," CVS said in a statement. "Regardless of today's outcome, we remain committed to working with the DEA to do everything we can to reduce prescription drug abuse."

The litigation stems from the DEA's battle against prescription drug abuse, which has surged in the United States to eclipse abuse of most illicit drugs including heroin and cocaine.

The DEA said in court documents that about 7 million Americans abuse pharmaceuticals made with controlled substances for purposes not related to medicine and that Florida is the center of the growing epidemic.

The federal agency cited state statistics showing a 346 percent increase in overdose deaths related to oxycodone from 2005 to 2010, and an average 11 deaths per day from oxycodone, methadone, hydrocodone, benzodiazepines or morphine.

In a case related to the CVS ruling, Walton last month allowed the DEA to suspend Cardinal Health Inc's license to distribute controlled substances from a Florida facility that serves about 2,700 drug stores or hospitals.

The ruling was later blocked temporarily by a U.S. appeals court. Walton said he expected the appeals court to take the same action on CVS.

The CVS stores are two of four Cardinal customers that DEA has said were inappropriately filling oxycodone prescriptions.

A CVS attorney said the company had stopped oxycodone sales at the two pharmacies. But a Justice Department attorney said suspicious sales had involved other controlled substances.

The DEA charged that between January 2008 and December 2011 the two CVS stores purchased amounts of oxycodone far in excess of normal pharmacy volumes, ignored DEA warnings and addressed the issue only after the DEA acted.

A CVS attorney told the court that the volumes were not out of line for high-volume pharmacies that maintain 24-hour service and argued that remedial steps taken by CVS had eliminated any immediate danger to the community by the time the DEA ordered sales suspended in February.

The case is Holiday CVS LLC v. Justice Department, No. 12-00191.

(Reporting By David Morgan; Editing by Gary Hill)

**DEA: Oxycodone orders by pharmacies 20 times average**
**USA Today.com**

Two Florida CVS pharmacies ordered more than 3 million oxycodone pills in 2011, more than 20 times higher than the national average, DEA agents said Monday.

As part of a crackdown on rampant painkiller abuse in Florida, the Drug Enforcement Administration charged a major health care company and the two CVS pharmacies in Sanford, Fla., with violating their licenses to sell the powerful pain pills and other drugs.

"It's a tremendous amount, way beyond what would be for legitimate use," said Mark Trouville, DEA special agent in charge of the Miami Field Division. "We're not talking about a gray area here."

The average pharmacy in the United States ordered about 69,000 oxycodone pills in 2011, the DEA said. The two CVS pharmacies, located less than 6 miles apart, ordered 3 million.

It is the first time the DEA has suspended the license of a chain pharmacy in Florida for its alleged role in the state's prescription drug abuse problem, Trouville said. The DEA had previously targeted pain clinics known as "pill mills" where rogue doctors prescribe thousands of pain pills with only cursory examinations.

"This is absolutely not the end of this investigation," Trouville said. "We knew when we hit the pill mills that pharmacies would be the next issue. We just didn't know chain pharmacies would get into it."

CVS said it took steps with DEA's knowledge to stop filling prescriptions from doctors thought to be prescribing improperly.

"We informed a small number of Florida physicians that CVS/pharmacy will no longer fill the prescriptions they write for Schedule II narcotics," spokeswoman Carolyn Castel said in a written statement. "Distributions of oxycodone to the two Florida stores have decreased by approximately 80% in the last three months compared to the prior three months — we believe in large part due to our action."

On Friday, the DEA on suspended Cardinal Health's controlled substances license at its Lakeland, Fla., distribution center after linking it to high-volume orders of pain pills to four Florida pharmacies, including the two in Sanford. The distribution center services 2,500 pharmacies in Florida, Georgia and South Carolina.

A federal judge temporarily halted the suspension after Cardinal said it would stop supplying the drugs to the four pharmacies. A hearing on the suspension order was set for Feb. 13 in Washington, D.C.

Cardinal CEO George Barrett called the DEA action a "drastic overreaction" and said the company has "extensive processes" to prevent diversion of its pharmaceuticals for illegitimate use. Cardinal's internal controls have flagged more than 160 pharmacies in Florida and 350 pharmacies nationwide for "suspicious order patterns," he said.

"The needs of pharmacies are varied, and higher volumes can be appropriate based on a number of factors, including pharmacy size, hours of operation, patient demographics, and proximity to hospital and surgery centers, nursing homes, cancer clinics and hospice providers," Cardinal said in a statement.

**DEA moves against two Florida pharmacies, distributor over pill sales**
CNN.com

**(CNN)** -- Agents from the Drug Enforcement Administration raided two CVS pharmacies in central Florida over the weekend, removing controlled substances and suspending the stores' ability to handle or distribute drugs such as painkillers oxycodone and hydrocodone.
The DEA said that during one year, the two pharmacies -- both in Sanford, Florida -- ordered more than 3 million oxycodone units from a pharmaceutical wholesaler, while a typical pharmacy orders 69,000.

"Each registrant (pharmacy) was filling prescriptions far in excess of legitimate needs of its customers," said DEA Special Agent in Charge Mark Trouville during a press conference Monday in central Florida.

The DEA also has suspended the controlled-substance license of the wholesale distributor, Cardinal Health of Lakeland, Florida, according to Trouville.

"Cardinal Health did not fulfill its due diligence to insure controlled substances were not diverted into other than legitimate channels," Trouville said.

On Friday, Cardinal Health filed and received an emergency injunction from a federal judge in Washington allowing the drug supplier to continue filling orders for other pharmacies.

"We believe the DEA is wrong," said Cardinal Health Chairman and CEO George Barrett in a written statement.

"We strongly disagree with the allegations the DEA has made against our facility and intend to vigorously challenge this action," said Barrett.

The two Sanford pharmacies remain open filling regular prescriptions but they cannot fill prescriptions for controlled substances such as oxycodone, one form of which is the well-known narcotic OxyContin.

CVS said in a written statement that the company is disappointed by the DEA actions but is fully cooperating with the DEA suspension.
"CVS/pharmacy is unwavering in its compliance with and support of the measures taken by federal and state law enforcement officials to prevent drug abuse and keep controlled substances out of the wrong hands," said CVS spokesman Mike DeAngelis.

Hearings on the suspensions will be held but no date has been set.

Trouville said that since the state of Florida moved to crack down on "pill mills" by banning doctors from directly distributing controlled narcotics, pharmacy sales of controlled substances have skyrocketed.

*Arelis R. Hernández*

# DEA agents raid CVS pharmacies

**BY ARELIS R. HERNÁNDEZ**
Staff Writer

Federal drug authorities raided two CVS stores in Seminole County on Saturday, removing boxes of medication and other materials from the pharmacies.

CVS spokesman Michael DeAngelis said the raid was related to action a day earlier by the Drug Enforcement Agency against Cardinal Health, which has a drug-distribution center in Lakeland.

The DEA tried to suspend the license of Cardinal Health in order to stop the company from shipping drugs such as oxycodone and hydrocodone from the Lakeland center. But a judge blocked DEA's order.

In a statement released Friday, Cardinal, a billion-dollar pharmaceutical company, said it distributes drugs to more than 2,500 pharmacies in the Southeast, including four pharmacies listed in the DEA's order, that are accused of filling prescriptions for purposes other than for legitimate medical reasons.

Agents on Saturday first raided the CVS pharmacy at 3798 Orlando Drive in Sanford, and then removed boxes from another CVS pharmacy at 5198 W. First St. in Sanford.

About a dozen DEA agents worked for hours at each location packaging items from behind the pharmacy counter while CVS employees went about their business helping customers fill prescriptions.

"We are disappointed that the DEA has taken administrative action to prohibit two CVS/pharmacy stores in Florida from dispensing controlled substances," DeAngelis said in a statement Saturday.

The raids come amid aggressive action by the DEA against businesses accused of dispensing suspicious prescriptions for powerful pain killers and anti-anxiety drugs.

Cardinal Health said it has cooperated with the agency and has stopped shipping to more than 160 Florida pharmacies in the past four years.

"We believe the DEA is wrong," Cardinal chairman and CEO George Barrett said in a statement. He added that the company has "extensive processes to help prevent those medicines from falling in the wrong hands."

CVS also defended its record, describing its compliance with state and federal law enforcement as "unwavering" in order "to prevent drug abuse and keep controlled substances out of the wrong hands."

More than two months ago, the com-



STEPHEN M. DOWELL/STAFF PHOTOGRAPHER
DEA special agent David Melenkevitz removes boxes of prescription painkillers from a Sanford CVS store Saturday.

pany sent a letter to a small group of Florida doctors telling them that they would no longer fill the prescriptions they write for painkillers and other addictive drugs.

"While we regret any inconvenience this may cause for our customers, we treat the dispensing of controlled substances with the utmost care and seriousness," CVS said in an email statement to the Orlando Sentinel last month.

At least one doctor on the list filed a defamation suit against CVS, saying the list falsely implied that the physician was acting unethically or illegally.

The pill-mill epidemic in Florida has prompted new laws and beefed-up law enforcement, which officials said last week is having a positive impact.

For example, sales of the painkiller oxycodone dropped 20 percent last year in Florida, the Drug Enforcement Administration said. And the number of powerful narcotic pills sold by Florida pharmacies and doctors dropped from 622 million in 2010 to 498 million last year.

CVS emphasized its role in that effort, saying oxycodone distribution at the two stores raided Saturday have "decreased by approximately 80 percent in the last three months compared to the prior three months — we believe in large part due to our action."

*arehernandez@tribune.com or*
*407-420-5471*

2A    MONDAY, FEBRUARY 6, 2012   USA TODAY

# DEA charges 2 Fla. pharmacies in pill mill probe

## Drug wholesaler also under investigation

By Donna Leinwand Leger
USA TODAY

Federal authorities have expanded their crackdown on painkiller abuse, charging a major health care company and two CVS pharmacies in Florida with violating their licenses to sell powerful pain pills and other drugs.

The Drug Enforcement Administration linked Cardinal Health to unusually high shipments of the controlled drugs to four pharmacies.

On Friday, the DEA suspended Cardinal's controlled substances license at its Lakeland, Fla., distribution center, which services 2,500 pharmacies in Florida, Georgia and South Carolina.

A federal judge temporarily halted the suspension the same day after Cardinal, a $13 billion company, said it would stop supplying the drugs to the four pharmacies. A hearing on the suspension order was set for Feb. 13 in Washington, D.C.

"We believe the DEA is wrong," CEO George Barrett said on the company's website.

The action comes as the DEA is cracking down on pill mills — rogue doctors and shady pharmacies that divert the highly addictive pills, such as oxycodone, to drug dealers.

"This is still an ongoing investigation," said DEA Special Agent David Melenkevitz, spokesman for the Miami Field Division. "We will be able to provide more information on Monday."

On Saturday, the DEA raided two CVS pharmacies in Sanford, Fla., and suspended their licenses to dispense controlled substances.

CVS said Saturday that it had taken steps with DEA's knowledge to stop filling prescriptions from doctors thought to be prescribing improperly.

"We informed a small number of Florida physi-

cians that CVS/pharmacy will no longer fill the prescriptions they write for Schedule II narcotics," spokeswoman Carolyn Castel said in a written statement. "Distributions of oxycodone to the two Florida stores have decreased by approximately 80% in the last three months compared to the prior three months — we believe in large part due to our action."

In its suspension order, the DEA alleges that Cardinal knew or should have known that the four retail pharmacies had purchased far more drugs than it needed to fulfill legitimate prescriptions.

The company called the DEA action a "drastic overreaction" that would disrupt delivery of critical medications to hospitals and pharmacies.

Cardinal has "extensive processes" to prevent diversion of its pharmaceuticals for illegitimate use, Barrett said. Cardinal's internal controls have flagged more than 160 pharmacies in Florida and 350 pharmacies nationwide for "suspicious order patterns," he said. Barrett said the DEA is holding

the company responsible for a part of the supply chain it does not control.

"At the time we filled these orders, the pharmacies held valid state board of pharmacy and DEA licenses," Barrett said in a call to investors Friday. "Pharmaceutical distributors do not influence the manufacture of controlled medicines. We do not write prescriptions. We do not dispense controlled medicines, nor do we license pharmacies. Our role is as a distributor, a critical link in the supply chain between pharmaceutical manufacturers and pharmacies."

Friday's action is the third time in five years the DEA has suspended Cardinal's controlled substances license. In November 2007, the DEA suspended the license for Cardinal's Auburn, Wash., distribution facility for selling 18 million hydrocodone pills in nine months to retail drugstores. The company sold 605,000 pills to one store in Burlington, Wash., over a seven-month period, the DEA said.

**Cardinal Health settles drug distribution case**
*USA Today*
*May 16, 2012*

The DEA suspended Cardinal Health, the country's second largest drug distributor, from selling and shipping powerful painkillers and other drugs from its Lakeland, Fla., facility for two years as part of a settlement reached Tuesday.

The Drug Enforcement Administration sought to revoke Cardinal's license in February, accusing the company of selling excessive amounts - more than 12 million oxycodone pain pills - to four Florida pharmacies over three years. The DEA said the company did not report suspicious orders or visit the chain pharmacies that purchased large amounts of the drugs.

The DEA also suspended controlled substances licenses for two CVS pharmacies in Sanford, Fla., which purchased millions of oxycodone pills from Cardinal. A judge is expected to rule on the CVS case this month.

"Cardinal Health is not above the law," said Joe Rannazzisi, DEA deputy assistant administrator. "With this agreement, it admits that it neglected its vital responsibility to prevent the diversion of controlled substance medications."

While the agreement resolves the licensing issue, the DEA said it may pursue civil penalties, including fines, against the company. The Dublin, Ohio-based company had revenue of more than $100 billion in 2011.

This is the second time the DEA has taken action against Cardinal. In 2008, Cardinal paid a $34 million fine after the DEA accused it of shipping excessive amounts of hydrocodone, another powerful painkiller, to Internet pharmacies. As part of that settlement, the DEA suspended licenses at three distribution facilities for a year.

Cardinal admitted Tuesday it had "inadequate" control over some of its controlled drugs and had not fully complied with the 2008 agreement.

"This agreement allows us to put this matter behind us, and just as important, will clear the way for a more productive dialogue about how we and others in the health care and regulatory community can work together to prevent the abuse and misuse of prescription drugs," Cardinal CEO George Barrett said.

The five-year agreement applies to all 28 of Cardinal's distribution facilities and requires the company to review orders for the controlled drugs, visit pharmacies to look for signs of diversion and hire extra field inspectors for Florida pharmacies.

The Lakeland facility can still distribute non-controlled drugs and medical supplies.

**Cardinal Plant Can't Ship Pain Pills**

*Wall Street Journal*

A U.S. appeals court ruled Friday that a Cardinal Health Inc. distribution hub in Florida can't ship prescription painkillers while the company battles a Drug Enforcement Administration move to suspend that facility's license.

While the appeals court recently issued a stay of the DEA's enforcement efforts against Cardinal's Lakeland, Fla., facility, the court Friday said Cardinal hasn't met the "stringent requirements for an injunction." The decision means the Lakeland facility can't ship controlled substances until the appeal is sorted out.

Cardinal, based in Dublin, Ohio, said it activated contingency plans earlier this month "and will continue to endeavor to meet our customers' needs with minimal disruption from our other distribution centers."

The contingency plans involve shipping controlled drugs to customers in the Southeast U.S. from alternative facilities in Mississippi or North Carolina. Analysts have said the plans could add transportation costs to Cardinal and delay deliveries.

The suspension of the DEA license means the Lakeland facility is blocked from shipping controlled medications like the pain drug oxycodone to thousands of pharmacies, hospitals and other health-care providers. Cardinal, the nation's No. 2 drug distributor by sales after McKesson Corp., can still ship noncontrolled medications, which include most prescription drugs, and supplies such as surgical packs.

The DEA also suspended last month the controlled-medication licenses of four Florida pharmacies, including two owned and operated by CVS Caremark Corp. CVS won a temporary, administrative stay on Wednesday to keep dispensing controlled medications after an appeals court denied the pharmacy chain's request for a preliminary injunction.

The DEA took action against the Lakeland facility last month while accusing Cardinal of not doing enough to stop oxycodone abuse. Cardinal has said that it supports the DEA's efforts but also disagreed that it wasn't doing enough.

A U.S. District Court Judge ruled in late February that the government acted properly in trying to cut off shipments of oxycodone from the Lakeland site. Cardinal appealed that ruling in the U.S. Court of Appeals for the District of Columbia Circuit.

# DEA searches Fla. Walgreens in painkiller probe

CURT ANDERSON, AP Legal Affairs Writer
Updated 3:01 p.m., Friday, April 6, 2012

MIAMI (AP) — Federal drug agents have searched six Walgreens pharmacies and a company distribution center in Florida as part of an investigation into prescription painkiller drug abuse, U.S. Drug Enforcement Administration officials said Friday.

The distribution center in Jupiter and the six pharmacies — two in Fort Pierce and one each in Hudson, Port Richey, Fort Myers and Oviedo — all showed signs of suspiciously high distribution of the highly addictive drug oxycodone, a DEA investigator wrote in an affidavit for the search warrants.

Such large amounts, investigator Marjorie Milan wrote, indicates "a pharmacy that fills prescriptions issued by physicians at pain clinics and/or a pharmacy which services primarily drug-seeking individuals who abuse the medication."

The searches for pharmacy records conducted Wednesday are the latest in a crackdown by federal and state authorities on "pill mills" and other illegal sources of prescription drugs in Florida, which has become the nation's leading source of oxycodone and similar drugs. The DEA says that prescription drug abuse now exceeds abuse of all illegal drugs combined, except marijuana.

Michael Polzin, a spokesman for Deerfield, Ill.-based Walgreens, said it is cooperating in the investigation.

8/14/2012

Earlier this year, the DEA moved to suspend the sale of similar controlled substances at two CVS pharmacies in the Orlando area, and the shipment of them from Cardinal Health Inc.'s Lakeland, Fla.-based center that supplied the stores. A federal appeals court recently upheld those suspensions.

DEA records cited in the Walgreens affidavit show sharp increases in oxycodone purchases at each of the locations. For example, the pharmacy in Fort Myers went from selling 95,800 units of oxycodone in 2009 to more than 2.1 million units in 2011 — good for 67 percent of all the oxycodone purchased by pharmacies in that same zip code in 2011.

In the first two months of this year, the DEA added, 53 Walgreens pharmacies are listed in the agency's top 100 purchasers of oxycodone. In 2009, none were on the list.

Earlier this year, the DEA released figures showing that Florida may be losing its distinction as the nation's leading illicit source for painkillers because of the ongoing law enforcement crackdown and several new laws. Florida also last year began operating a prescription drug tracking system and database aimed at combating illegal diversion of the drugs.

About 85 people, including at least 13 doctors, have been arrested in South Florida over the past year on pill mill-related charges, according to federal prosecutors.

8/14/2012

**The DEA's prescription drug policy saves many lives**
**Wall Street Journal**
**By: Peter Bensinger and Robert L. DuPont**

Scott Gottlieb's "The DEA's War on Pharmacies—and Pain Patients" (op-ed, March 23) hardly tells the true story of prescription drug abuse and the government's response. In the current Cardinal Health case, the Drug Enforcement Administration discovered numerous oxycodone transactions that greatly exceeded the "suspicious order" criteria in the law and were not halted or reported to the DEA. Cardinal Health was fined $34 million in 2008 for similar violations.

Last July, the Florida legislature declared a public-health emergency—not because of a shortage of medicine, but because of increased overdose deaths caused by prescription opioids. Last year 25 distributors provided over 570 million dosage units of oxycodone in Florida alone, with Cardinal Health accounting for 25%.

Dr. Gottlieb thinks transferring DEA's responsibilities to the FDA would be a good idea, yet the FDA's record when it comes to regulating controlled substances is not good. In 1996, DEA asked FDA to schedule Soma (carisoprodol), a muscle relaxant abused by opiate addicts. In 2009, 13 years later, the FDA granted permission to schedule the drug. In 2004, the DEA asked the FDA to reschedule hydrocodone products (Vicodin, Lortab, etc.). The FDA responded four years later but did not agree to tighten the controls on what continues to be America's most frequently prescribed opioid associated with significant overdose deaths. A bill currently in Congress, if passed, will accomplish this long overdue action.

Prescription-drug overdose deaths now exceed U.S. motor-vehicle fatalities. The only federal agency that has confronted the unlawful diversion of these drugs is the DEA. Shifting regulatory control from the DEA to the FDA would accomplish nothing, but would add to the problem.

The DEA represents the unspoken interests of tens of thousands of victims harmed or killed each year by prescription drug abuse. The DEA's enforcement actions in Florida are clearly in the public interest, and its regulatory authority should not be diminished, but strongly supported.

**Top 50 Pharmacies**
**Sales of Oxycodone 15mg (NDC 52152-0214-02)**
**2010**

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | | | KNOX | KNOXVILLE | TN | 37919 | 245,000 |
| 2 | | | ANCHORAGE | ANCHORAGE | AK | 99508 | 213,600 |
| 3 | | | SUSSEX | SEAFORD | DE | 19973 | 194,600 |
| 4 | | | HILLSBOROUGH | TAMPA | FL | 33613 | 177,300 |
| 5 | | | BUCKS | BENSALEM | PA | 19020 | 158,300 |
| 6 | | | DAVIDSON | ANTIOCH | TN | 37013 | 150,000 |
| 7 | | | BROWARD | FORT LAUDERDALE | FL | 33309 | 148,000 |
| 8 | | | MANATEE | BRADENTON | FL | 34202 | 145,900 |
| 9 | | | CABELL | HUNTINGTON | WV | 25701 | 145,400 |
| 10 | | | BREVARD | PALM BAY | FL | 32905 | 138,000 |
| 11 | | | SUSSEX | MILFORD | DE | 19963 | 136,100 |
| 12 | | | SAINT LUCIE | FORT PIERCE | FL | 34981 | 127,900 |
| 13 | | | ORANGE | ORLANDO | FL | 32819 | 126,600 |
| 14 | | | MARICOPA | TEMPE | AZ | 85284 | 125,500 |
| 15 | | | SEMINOLE | CASSELBERRY | FL | 32730 | 125,500 |
| 16 | | | LEE | FORT MYERS | FL | 33907 | 124,100 |
| 17 | | | BROWARD | FORT LAUDERDALE | FL | 33314 | 117,400 |
| 18 | | | WESTMORELAND | IRWIN | PA | 15642 | 110,200 |
| 19 | | | BROWARD | FORT LAUDERDALE | FL | 33317 | 108,700 |
| 20 | | | NEW CASTLE | BEAR | DE | 19701 | 103,400 |
| 21 | | | SARASOTA | SARASOTA | FL | 34233 | 101,100 |
| 22 | | | ORANGE | ORLANDO | FL | 32806 | 99,500 |
| 23 | | | STRAFFORD | ROCHESTER | NH | 03867 | 99,000 |
| 24 | | | CALVERT | PRINCE FREDERICK | MD | 20678 | 98,900 |
| 25 | | | JOHNSON | LENEXA | KS | 66215 | 97,600 |
| 26 | | | ORANGE | ORLANDO | FL | 32819 | 96,500 |
| 27 | | | GREENVILLE | GREENVILLE | SC | 29605 | 94,700 |
| 28 | | | MILWAUKEE | MILWAUKEE | WI | 53222 | 94,500 |
| 29 | | | SUSSEX | LEWES | DE | 19958 | 93,600 |
| 30 | | | BALTIMORE | PARKVILLE | MD | 21234 | 91,500 |
| 31 | | | MANATEE | BRADENTON | FL | 34205 | 90,600 |
| 32 | | | SURRY | ELKIN | NC | 28621 | 89,300 |
| 33 | | | BERNALILLO | ALBUQUERQUE | NM | 87108 | 88,800 |
| 34 | BH9874151 | | NEW CASTLE | NEWARK | DE | 19713 | 88,700 |

Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit

Date Prepared : 04/03/2012
Source: ARCOS

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|------|------|------|------|------|------|------|------|
| 35 | | | NEW CASTLE | NEW CASTLE | DE | 19720 | 87,600 |
| 36 | | | MANATEE | BRADENTON | FL | 34207 | 86,300 |
| 37 | | | SUSSEX | LAUREL | DE | 19956 | 86,000 |
| 38 | | | SAINT LOUIS | SAINT LOUIS | MO | 63134 | 85,700 |
| 39 | | | PASCO | HUDSON | FL | 34667 | 84,300 |
| 40 | | | BROWARD | HALLANDALE | FL | 33009 | 82,600 |
| 41 | | | PALM BEACH | LAKE WORTH | FL | 33460 | 82,500 |
| 42 | | | ORANGE | WINTER PARK | FL | 32789 | 82,200 |
| 43 | | | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 82,000 |
| 44 | | | ASHTABULA | ASHTABULA | OH | 44004 | 81,700 |
| 45 | | | SULLIVAN | KINGSPORT | TN | 37660 | 81,600 |
| 46 | | | MATANUSKA SUSITN/ | WASILLA | AK | 99654 | 81,400 |
| 47 | | | SUSSEX | MILLSBORO | DE | 19966 | 81,200 |
| 48 | | | MARICOPA | GLENDALE | AZ | 85308 | 80,400 |
| 49 | | | SALT LAKE | SALT LAKE CITY | UT | 84118 | 79,400 |
| 50 | | | HENDERSON | HENDERSONVILLE | NC | 28792 | 79,200 |

Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit

Date Prepared : 04/03/2012
Source: ARCOS

Top 50 Pharmacies
Sales of Oxycodone 30mg (NDC 52152-0215-02)
2010

| Rank | Buyer's DEA | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|
| | | KNOX | KNOXVILLE | TN | 37919 | 1,360,800 |
| | | BROWARD | FORT LAUDERDALE | FL | 33309 | 1,079,100 |
| | | BROWARD | HOLLYWOOD | FL | 33026 | 970,400 |
| | | BROWARD | FORT LAUDERDALE | FL | 33321 | 792,400 |
| | | HILLSBOROUGH | TAMPA | FL | 33615 | 653,400 |
| | | ORANGE | ORLANDO | FL | 32837 | 618,600 |
| | | PASCO | PORT RICHEY | FL | 34668 | 559,700 |
| | | SEMINOLE | CASSELBERRY | FL | 32730 | 543,500 |
| | | PASCO | HUDSON | FL | 34667 | 542,300 |
| 1 | | SAINT LUCIE | FORT PIERCE | FL | 34981 | 517,700 |
| 1 | | BROWARD | FORT LAUDERDALE | FL | 33317 | 492,000 |
| 1 | | ORANGE | ORLANDO | FL | 32806 | 470,600 |
| 1 | | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 447,200 |
| 1 | | HILLSBOROUGH | TAMPA | FL | 33613 | 405,400 |
| 1 | | HILLSBOROUGH | TAMPA | FL | 33609 | 379,300 |
| 1 | | KNOX | KNOXVILLE | TN | 37917 | 362,900 |
| 1 | | BROWARD | POMPANO BEACH | FL | 33064 | 359,200 |
| 1 | | PINELLAS | LARGO | FL | 33771 | 352,700 |
| 1 | | BROWARD | FORT LAUDERDALE | FL | 33312 | 349,200 |
| 2 | | PINELLAS | LARGO | FL | 33771 | 335,700 |
| 2 | | PALM BEACH | BOCA RATON | FL | 33428 | 332,800 |
| 2 | | BROWARD | FORT LAUDERDALE | FL | 33314 | 322,800 |
| 2 | | SARASOTA | SARASOTA | FL | 34233 | 319,200 |
| 2 | | HILLSBOROUGH | TAMPA | FL | 33615 | 318,100 |
| 2 | | SUFFOLK | SELDEN | NY | 11784 | 315,600 |
| 2 | | PALM BEACH | BOCA RATON | FL | 33431 | 314,300 |
| 2 | | PALM BEACH | WELLINGTON | FL | 33414 | 313,900 |
| 2 | | MIDDLESEX | OLD BRIDGE | NJ | 08857 | 313,800 |
| 2 | | MAUI | KAHULUI | HI | 96732 | 312,600 |
| 3 | | HILLSBOROUGH | SEFFNER | FL | 33584 | 310,300 |
| 3 | | OSCEOLA | KISSIMMEE | FL | 34744 | 300,400 |
| 3 | | ORANGE | ORLANDO | FL | 32812 | 298,900 |
| 3 | | LEE | FORT MYERS | FL | 33907 | 295,100 |

Date Prepared : 04/03/2012
Source:  ARCOS
Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|------|--------------------|--------------|----------------|--------------|---------------|-------------|-------|
| 34 | | | BROWARD | HOLLYWOOD | FL | 33024 | 294,100 |
| 35 | | | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 291,000 |
| 36 | | | PALM BEACH | LAKE WORTH | FL | 33467 | 287,400 |
| 37 | | | BROWARD | HOLLYWOOD | FL | 33021 | 286,300 |
| 38 | | | ORANGE | OCOEE | FL | 34761 | 282,400 |
| 39 | | | BREVARD | PALM BAY | FL | 32905 | 277,700 |
| 40 | | | SARASOTA | SARASOTA | FL | 34233 | 277,300 |
| 41 | | | POLK | LAKELAND | FL | 33803 | 272,900 |
| 42 | | | ORANGE | ORLANDO | FL | 32822 | 262,500 |
| 43 | | | PALM BEACH | BOYNTON BEACH | FL | 33436 | 256,500 |
| 44 | | | MARTIN | STUART | FL | 34994 | 254,400 |
| 45 | | | MONMOUTH | KEANSBURG | NJ | 07734 | 251,500 |
| 46 | | | ORANGE | ORLANDO | FL | 32819 | 251,400 |
| 47 | | | BROWARD | FORT LAUDERDALE | FL | 33309 | 250,600 |
| 48 | | | PINELLAS | LARGO | FL | 33771 | 249,500 |
| 49 | | | BROWARD | FORT LAUDERDALE | FL | 33334 | 245,200 |
| 50 | | | BROWARD | DEERFIELD BEACH | FL | 33442 | 245,000 |

Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit

Date Prepared : 04/03/2012
Source:  ARCOS

Top 50 Pharmacies
Sales of Oxycodone 15mg (NDC 52:52-0214-02)
2011

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|------|--------------------|--------------|----------------|--------------|---------------|-------------|-------|
| 1 | | | LEE | FORT MYERS | FL | 33907 | 411,100 |
| 2 | | | SUSSEX | SEAFORD | DE | 19973 | 148,000 |
| 3 | | | SAINT LOUIS | SAINT LOUIS | MO | 63134 | 131,800 |
| 4 | | | SEMINOLE | OVIEDO | FL | 32765 | 128,300 |
| 5 | | | PASCO | HUDSON | FL | 34667 | 127,800 |
| 6 | | | ALLEGHENY | OAKMONT | PA | 15139 | 122,000 |
| 7 | | | CALVERT | PRINCE FREDERICK | MD | 20678 | 121,400 |
| 8 | | | SUSSEX | MILFORD | DE | 19963 | 110,600 |
| 9 | | | SAINT LUCIE | FORT PIERCE | FL | 34981 | 109,800 |
| 10 | | | LEE | BONITA SPRINGS | FL | 34135 | 109,300 |
| 11 | | | SUSSEX | MILFORD | DE | 19963 | 106,300 |
| 12 | | | WESTMORELAND | IRWIN | PA | 15642 | 106,200 |
| 13 | | | FRANKLIN | COLUMBUS | OH | 43207 | 105,600 |
| 14 | | | ANCHORAGE | ANCHORAGE | AK | 99508 | 105,600 |
| 15 | | | LIVINGSTON | DENHAM SPRINGS | LA | 70726 | 101,200 |
| 16 | | | SEMINOLE | CASSELBERRY | FL | 32730 | 99,000 |
| 17 | | | BREVARD | PALM BAY | FL | 32905 | 98,900 |
| 18 | | | MARICOPA | PHOENIX | AZ | 85037 | 96,400 |
| 19 | | | CECIL | ELKTON | MD | 21921 | 94,500 |
| 20 | | | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 93,200 |
| 21 | | | PASCO | PORT RICHEY | FL | 34668 | 92,200 |
| 22 | | | SEBASTIAN | FORT SMITH | AR | 72901 | 86,700 |
| 23 | | | RALEIGH | BECKLEY | WV | 25801 | 86,300 |
| 24 | | | SEMINOLE | OVIEDO | FL | 32765 | 83,900 |
| 25 | | | GREENVILLE | GREENVILLE | SC | 29605 | 83,800 |
| 26 | | | ORANGE | ORLANDO | FL | 32807 | 81,800 |
| 27 | | | CABELL | HUNTINGTON | WV | 25701 | 81,600 |
| 28 | | | MARICOPA | GLENDALE | AZ | 85308 | 79,900 |
| 29 | | | KNOX | KNOXVILLE | TN | 37919 | 79,200 |
| 30 | | | NEW CASTLE | BEAR | DE | 19701 | 79,100 |
| 31 | | | MILWAUKEE | MILWAUKEE | WI | 53222 | 78,300 |
| 32 | | | MANATEE | BRADENTON | FL | 34202 | 77,600 |
| 33 | | | KENT | DOVER | DE | 19904 | 77,500 |
| 34 | | | RALEIGH | BECKLEY | WV | 25801 | 76,500 |

Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit

Date Prepared : 04/03/2012
Source: ARCOS

| Rank | Buyer's DEA Number | Brand Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 35 | | | ANATEE | BRADENTON | FL | 34207 | 76,500 |
| 36 | | | NOX | KNOXVILLE | TN | 37932 | 74,400 |
| 37 | | | USSEX | LAUREL | DE | 19956 | 74,300 |
| 38 | | | LARK | WINCHESTER | KY | 40391 | 74,200 |
| 39 | | | HARLOTTE | PORT CHARLOTTE | FL | 33948 | 73,900 |
| 40 | | | INELLAS | SAINT PETERSBURG | FL | 33709 | 73,600 |
| 41 | | | INELLAS | SAINT PETERSBURG | FL | 33712 | 68,800 |
| 42 | | | ATANUSKA SUSITN | WASILLA | AK | 99664 | 68,600 |
| 43 | | | RANGE | ORLANDO | FL | 32806 | 68,500 |
| 44 | | | EW CASTLE | NEW CASTLE | DE | 19720 | 65,200 |
| 45 | | | UEBLO | PUEBLO | CO | 81001 | 65,000 |
| 46 | | | USSEX | GEORGETOWN | DE | 19947 | 64,700 |
| 47 | | | ARTIN | STUART | FL | 34997 | 64,700 |
| 48 | | | ARASOTA | SARASOTA | FL | 34233 | 64,300 |
| 49 | | | AVIDSON | ANTIOCH | TN | 37013 | 63,900 |
| 50 | | | ANATEE | BRADENTON | FL | 34205 | 63,600 |

Date Prepared : 04/03/2012
Source : ARCOS
Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit

## Top 50 Pharmacies
### Sales of Oxycodone 30mg (NDC 00228-2879-11)
### 2011

| Rank | Buyer's DEA | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|
| 1 | | KNOX | KNOXVILLE | TN | 37919 | 851,200 |
| 2 | | SEMINOLE | OVIEDO | FL | 32765 | 817,400 |
| 3 | | PASCO | HUDSON | FL | 34667 | 718,800 |
| 4 | | LEE | FORT MYERS | FL | 33907 | 618,500 |
| 5 | | SAINT LUCIE | FORT PIERCE | FL | 34981 | 439,900 |
| 6 | | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 429,500 |
| 7 | | WASHINGTON | BOGALUSA | LA | 70427 | 418,200 |
| 8 | | SAINT LUCIE | PORT SAINT LUCIE | FL | 34952 | 404,800 |
| 9 | | KNOX | KNOXVILLE | TN | 37932 | 356,800 |
| 10 | | SEBASTIAN | FORT SMITH | AR | 72901 | 334,700 |
| 11 | | SEMINOLE | CASSELBERRY | FL | 32730 | 308,400 |
| 12 | | CITRUS | HOMOSASSA | FL | 34446 | 295,300 |
| 13 | | MARION | OCALA | FL | 34482 | 295,000 |
| 14 | | PINELLAS | SAINT PETERSBURG | FL | 33702 | 291,200 |
| 15 | | NEW YORK | NEW YORK | NY | 10003 | 289,800 |
| 16 | | DUVAL | JACKSONVILLE | FL | 32216 | 285,300 |
| 17 | | KNOX | KNOXVILLE | TN | 37919 | 259,300 |
| 18 | | CITRUS | HOMOSASSA | FL | 34446 | 247,100 |
| 19 | | MARTIN | STUART | FL | 34997 | 244,900 |
| 20 | | PINELLAS | LARGO | FL | 33771 | 228,400 |
| 21 | | BREVARD | PALM BAY | FL | 32905 | 225,500 |
| 22 | | ORANGE | ORLANDO | FL | 32812 | 217,400 |
| 23 | | MONMOUTH | KEANSBURG | NJ | 07734 | 214,700 |
| 24 | | KNOX | KNOXVILLE | TN | 37917 | 210,200 |
| 25 | | PALM BEACH | WEST PALM BEACH | FL | 33404 | 209,800 |
| 26 | | PALM BEACH | BOCA RATON | FL | 33428 | 208,000 |
| 27 | | SAINT LUCIE | FORT PIERCE | FL | 34950 | 206,400 |
| 28 | | PALM BEACH | WELLINGTON | FL | 33414 | 205,600 |
| 29 | | BUTLER | WEST CHESTER | OH | 45069 | 204,600 |
| 30 | | SARASOTA | SARASOTA | FL | 34233 | 202,700 |
| 31 | | BROWARD | FORT LAUDERDALE | FL | 33309 | 201,900 |
| 32 | | ORANGE | ORLANDO | FL | 32807 | 197,600 |
| 33 | | PINELLAS | SAINT PETERSBURG | FL | 33712 | 196,500 |

Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit

Date Prepared : 04/03/2012
Source:  ARCOS

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 3 | | | INDIAN RIVER | VERO BEACH | FL | 32962 | 196,500 |
| 3 | | | SEMINOLE | OVIEDO | FL | 32765 | 191,900 |
| 3 | | | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 191,700 |
| 3 | | | HILLSBOROUGH | TAMPA | FL | 33614 | 190,700 |
| 3 | | | DAVIDSON | NASHVILLE | TN | 37211 | 188,800 |
| 3 | | | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 185,000 |
| 4 | | | PINELLAS | SAINT PETERSBURG | FL | 33703 | 180,700 |
| 4 | | | PINELLAS | SAINT PETERSBURG | FL | 33709 | 178,900 |
| 4 | | | SUSSEX | SEAFORD | DE | 19973 | 178,600 |
| 4 | | | PASCO | NEW PORT RICHEY | FL | 34653 | 177,400 |
| 4 | | | PINELLAS | SAINT PETERSBURG | FL | 33707 | 177,400 |
| 4 | | | CHARLOTTE | PORT CHARLOTTE | FL | 33948 | 174,400 |
| 4 | | | CLARK | LAS VEGAS | NV | 89128 | 173,900 |
| 4 | | | PINELLAS | LARGO | FL | 33770 | 173,000 |
| 4 | | | UNION | MAYNARDVILLE | TN | 37807 | 171,700 |
| 4 | | | BROWARD | HOLLYWOOD | FL | 33021 | 171,600 |
| 5 | | | JOHNSON | LENEXA | KS | 66215 | 166,100 |

Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit

Date Prepared : 04/03/2012
Source: ARCOS

Top 50 Pharmacies
Sales of Oxycodone 15mg (NDC 00228-2878-11)
January 1, 2012 to June 30, 2012

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|------|--------------------|--------------|----------------|--------------|---------------|-------------|-------|
| 1 | | | MILWAUKEE | MILWAUKEE | WI | 53222 | 132,200 |
| 2 | | | ANCHORAGE | ANCHORAGE | AK | 99508 | 127,600 |
| 3 | | | RALEIGH | BECKLEY | WV | 25801 | 105,800 |
| 4 | | | SUSSEX | MILFORD | DE | 19963 | 104,000 |
| 5 | | | KNOX | KNOXVILLE | TN | 37919 | 88,000 |
| 6 | | | ALLEGHENY | OAKMONT | PA | 15139 | 84,000 |
| 7 | | | FLOYD | EASTERN | KY | 41622 | 82,600 |
| 8 | | | PASCO | HUDSON | FL | 34667 | 81,800 |
| 9 | | | ALLEGHENY | PITTSBURGH | PA | 15202 | 81,600 |
| 10 | | | MARICOPA | PHOENIX | AZ | 85027 | 79,600 |
| 11 | | | SARASOTA | SARASOTA | FL | 34233 | 76,400 |
| 12 | | | PROVIDENCE | WOONSOCKET | RI | 02895 | 75,800 |
| 13 | | | ANNE ARUNDEL | GLEN BURNIE | MD | 21061 | 75,800 |
| 14 | | | MILWAUKEE | MILWAUKEE | WI | 53208 | 75,600 |
| 15 | | | RALEIGH | BECKLEY | WV | 25801 | 74,000 |
| 16 | | | BALTIMORE | PARKVILLE | MD | 21234 | 73,400 |
| 17 | | | GREENVILLE | GREENVILLE | SC | 29605 | 72,800 |
| 18 | | | SUSSEX | SEAFORD | DE | 19973 | 72,000 |
| 19 | | | PUEBLO | PUEBLO | CO | 81001 | 70,200 |
| 20 | | | RALEIGH | BECKLEY | WV | 25801 | 70,200 |
| 21 | | | KNOX | KNOXVILLE | TN | 37932 | 69,600 |
| 22 | | | LAFAYETTE | LAFAYETTE | LA | 70501 | 69,600 |
| 23 | | | MATANUSKA SUSITNA | WASILLA | AK | 99654 | 67,000 |
| 24 | | | SUSSEX | GEORGETOWN | DE | 19947 | 65,200 |

Date Prepared: 06/30/2012
Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit
Source: ARCOS

Top 50 Pharmacies
Sales of Oxycodone 15mg (NDC 00228-2878-11)
January 1, 2012 to June 30, 2012

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 25 | | | MARICOPA | GLENDALE | AZ | 85308 | 64,400 |
| 26 | | | ORANGE | ORLANDO | FL | 32819 | 64,000 |
| 27 | | | DAVIDSON | ANTIOCH | TN | 37013 | 63,400 |
| 28 | | | MANATEE | BRADENTON | FL | 34202 | 63,000 |
| 29 | | | BALTIMORE CITY | BALTIMORE | MD | 21224 | 63,000 |
| 30 | | | CHARLOTTE | PORT CHARLOTTE | FL | 33948 | 63,000 |
| 31 | | | MONTGOMERY | BALA CYNWYD | PA | 19004 | 62,400 |
| 32 | | | HILLSBOROUGH | TAMPA | FL | 33603 | 61,800 |
| 33 | | | MARICOPA | AVONDALE | AZ | 85392 | 58,600 |
| 34 | | | LAKE | CLEARLAKE | CA | 95422 | 58,200 |
| 35 | | | BUCKS | LEVITTOWN | PA | 19054 | 58,000 |
| 36 | | | SANDOVAL | RIO RANCHO | NM | 87124 | 58,000 |
| 37 | | | CAMDEN | CHERRY HILL | NJ | 08034 | 56,400 |
| 38 | | | PUEBLO | PUEBLO | CO | 81005 | 56,200 |
| 39 | | | MILWAUKEE | MILWAUKEE | WI | 53208 | 56,000 |
| 40 | | | MATANUSKA SUSITNA | WASILLA | AK | 99654 | 56,000 |
| 41 | | | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 54,600 |
| 42 | | | CRAVEN | NEW BERN | NC | 28560 | 53,600 |
| 43 | | | MARICOPA | PHOENIX | AZ | 85051 | 53,400 |
| 44 | | | MANITOWOC | MANITOWOC | WI | 54220 | 53,200 |
| 45 | | | CHARLES | LA PLATA | MD | 20646 | 52,600 |
| 46 | | | NEW CASTLE | WILMINGTON | DE | 19806 | 52,600 |
| 47 | | | NEW CASTLE | BEAR | DE | 19701 | 52,600 |
| 48 | | | KENT | DOVER | DE | 19904 | 52,000 |

Date Prepared: 06/30/2012
Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit
Source: ARCOS

## Top 50 Pharmacies
### Sales of Oxycodone 15mg (NDC 00228-2878-11)
### January 1, 2012 to June 30, 2012

| Rank | Buyer's DEA Number | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|------|-------------------|----------------|--------------|---------------|-------------|-------|
| 49 | | MANATEE | BRADENTON | FL | 34205 | 52,000 |
| 50 | | MANATEE | BRADENTON | FL | 34205 | 52,000 |

Date Prepared: 06/30/2012
Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit
Source: ARCOS

## Top 50 Pharmacies
### Sales of Oxycodone 15mg (NDC 52152-0214-02)
### January 1, 2012 to June 30, 2012

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | | | SAN BERNARDINO | RANCHO CUCAMONGA | CA | 91730 | 3,600 |
| 2 | | | MARICOPA | SUN CITY | AZ | 85351 | 2,400 |
| 3 | | | PIKE | WAVERLY | OH | 45690 | 2,400 |
| 4 | | | RICHMOND | STATEN ISLAND | NY | 10312 | 1,000 |
| 5 | | | PIMA | TUCSON | AZ | 85704 | 1,000 |
| 6 | | | PUTNAM | HURRICANE | WV | 25526 | 900 |
| 7 | | | CONWAY | MORRILTON | AR | 72110 | 600 |
| 8 | | | HARRIS | HOUSTON | TX | 77006 | 500 |
| 9 | | | ARMSTRONG | FORD CITY | PA | 16226 | 500 |
| 10 | | | SAUK | REEDSBURG | WI | 53959 | 300 |
| 11 | | | BERRIEN | NEW BUFFALO | MI | 49117 | 200 |
| 12 | | | CULLMAN | HANCEVILLE | AL | 35077 | 100 |
| 13 | | | NEW YORK | NEW YORK | NY | 10035 | 100 |

Date Prepared: 06/30/2012
Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit
Source: ARCOS

Top 50 Pharmacies
Sales of Oxycodone 30mg (NDC 52152-0215-02)
January 1, 2012 to June 30, 2012

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | | | RICHMOND | STATEN ISLAND | NY | 10305 | 26000 |
| 2 | | | KINGS | BROOKLYN | NY | 11222 | 17600 |
| 3 | | | LOS ANGELES | LOS ANGELES | CA | 90025 | 12000 |
| 4 | | | WAYNE | DETROIT | MI | 48207 | 9700 |
| 5 | | | ESSEX | BELLEVILLE | NJ | 07109 | 8300 |
| 6 | | | MIDDLESEX | PERTH AMBOY | NJ | 08861 | 7900 |
| 7 | | | BURLINGTON | RIVERSIDE | NJ | 08075 | 7200 |
| 8 | | | FAYETTE | CONNELLSVILLE | PA | 15425 | 7200 |
| 9 | | | PHILADELPHIA | PHILADELPHIA | PA | 19124 | 6100 |
| 10 | | | MARSHALL | MOUNDSVILLE | WV | 26041 | 5600 |
| 11 | | | FRESNO | CLOVIS | CA | 93612 | 5400 |
| 12 | | | VENTURA | SIMI VALLEY | CA | 93065 | 4800 |
| 13 | | | FRESNO | FRESNO | CA | 93727 | 4500 |
| 14 | | | ETOWAH | GADSDEN | AL | 35901 | 4100 |
| 15 | | | SAN DIEGO | OCEANSIDE | CA | 92054 | 3600 |
| 16 | | | NYE | PAHRUMP | NV | 89048 | 3000 |
| 17 | | | BROOKE | FOLLANSBEE | WV | 26037 | 3000 |
| 18 | | | OCEAN | BEACHWOOD | NJ | 08722 | 3000 |
| 19 | | | SULLIVAN | LIBERTY | NY | 12754 | 2400 |
| 20 | | | WAYNE | HARPER WOODS | MI | 48225 | 2400 |
| 21 | | | PIKE | WAVERLY | OH | 45690 | 2400 |
| 22 | | | SAN BERNARDINO | RANCHO CUCAMONG | CA | 91730 | 2400 |
| 23 | | | NASSAU | FARMINGDALE | NY | 11735 | 2000 |
| 24 | | | BURLINGTON | BORDENTOWN | NJ | 08505 | 2000 |

Date Prepared: 06/30/2012
Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit
Source: ARCOS

Top 50 Pharmacies
Sales of Oxycodone 30mg (NDC 52152-0215-02)
January 1, 2012 to June 30, 2012

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|------|--------------------|--------------|----------------|--------------|---------------|-------------|-------|
| 25 | | | HUDSON | BAYONNE | NJ | 07002 | 2000 |
| 26 | | | LOS ANGELES | LONG BEACH | CA | 90813 | 2000 |
| 27 | | | KINGS | BROOKLYN | NY | 11215 | 1800 |
| 28 | | | CAMDEN | CAMDEN | NJ | 08105 | 1800 |
| 29 | | | CUYAHOGA | CLEVELAND | OH | 44103 | 1700 |
| 30 | | | PIMA | TUCSON | AZ | 85704 | 1600 |
| 31 | | | RIVERSIDE | SAN JACINTO | CA | 92583 | 1500 |
| 32 | | | HARRIS | HOUSTON | TX | 77006 | 1500 |
| 33 | | | PHILADELPHIA | PHILADELPHIA | PA | 19111 | 1500 |
| 34 | | | CONWAY | MORRILTON | AR | 72110 | 1400 |
| 35 | | | SUFFOLK | SHOREHAM | NY | 11786 | 1200 |
| 36 | | | ESSEX | NEWARK | NJ | 07103 | 1200 |
| 37 | | | GRAINGER | BLAINE | TN | 37709 | 1200 |
| 38 | | | CUYAHOGA | CLEVELAND | OH | 44109 | 1100 |
| 39 | | | MONTGOMERY | DAYTON | OH | 45403 | 1000 |
| 40 | | | WILKES | WILKESBORO | NC | 28697 | 1000 |
| 41 | | | NICHOLAS | CRAIGSVILLE | WV | 26205 | 1000 |
| 42 | | | NASSAU | MINEOLA | NY | 11501 | 1000 |
| 43 | | | WAYNE | DETROIT | MI | 48206 | 1000 |
| 44 | | | PUTNAM | HURRICANE | WV | 25526 | 800 |
| 45 | | | HUNTERDON | FRENCHTOWN | NJ | 08825 | 800 |
| 46 | | | NIAGARA | NIAGARA FALLS | NY | 14304 | 800 |
| 47 | | | NASSAU | HICKSVILLE | NY | 11801 | 600 |
| 48 | | | TULSA | TULSA | OK | 74104 | 600 |

Date Prepared: 06/30/2012
Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit
Source: ARCOS

Top 50 Pharmacies
Sales of Oxycodone 30mg (NDC 52152-0215-02)
January 1, 2012 to June 30, 2012

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 49 | | | LUZERNE | WILKES BARRE | PA | 18702 | 600 |
| 50 | | | WAYNE | DETROIT | MI | 48235 | 600 |

Date Prepared: 06/30/2012
Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit
Source: ARCOS

Top 50 Pharmacies
Sales of Oxycodone 30mg (NDC 00228-2879-11)
January 1, 2012 to June 30, 2012

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|---|---|---|---|---|---|---|---|
| 1 | | | KNOX | KNOXVILLE | TN | 37919 | 628,100 |
| 2 | | | CLARK | LAS VEGAS | NV | 89128 | 409,200 |
| 3 | | | KNOX | KNOXVILLE | TN | 37932 | 279,200 |
| 4 | | | NEW YORK | NEW YORK | NY | 10003 | 265,200 |
| 5 | | | KNOX | KNOXVILLE | TN | 37919 | 227,400 |
| 6 | | | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 193,800 |
| 7 | | | CHARLOTTE | PORT CHARLOTTE | FL | 33948 | 165,600 |
| 8 | | | CLARK | NORTH LAS VEGAS | NV | 89030 | 156,100 |
| 9 | | | MIDDLESEX | EAST BRUNSWICK | NJ | 08816 | 154,600 |
| 10 | | | HILLSBOROUGH | TAMPA | FL | 33612 | 154,300 |
| 11 | | | WASHINGTON | BOGALUSA | LA | 70427 | 151,600 |
| 12 | | | MONMOUTH | KEANSBURG | NJ | 07734 | 149,100 |
| 13 | | | CLARK | NORTH LAS VEGAS | NV | 89032 | 143,500 |
| 14 | | | NEW CASTLE | WILMINGTON | DE | 19806 | 143,400 |
| 15 | | | KNOX | KNOXVILLE | TN | 37917 | 138,700 |
| 16 | | | PASCO | HUDSON | FL | 34667 | 137,700 |
| 17 | | | PHILADELPHIA | PHILADELPHIA | PA | 19128 | 136,800 |
| 18 | | | PIMA | TUCSON | AZ | 85712 | 136,600 |
| 19 | | | CLARK | LAS VEGAS | NV | 89107 | 134,800 |
| 20 | | | BUTLER | WEST CHESTER | OH | 45069 | 132,900 |
| 21 | | | HILLSBOROUGH | TAMPA | FL | 33614 | 132,900 |
| 22 | | | CLARK | LAS VEGAS | NV | 89108 | 132,800 |
| 23 | | | BLOUNT | ALCOA | TN | 37701 | 132,300 |
| 24 | | | CLARK | LAS VEGAS | NV | 89121 | 131,000 |

Date Prepared: 06/30/2012
Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit
Source: ARCOS

Top 50 Pharmacies
Sales of Oxycodone 30mg (NDC 00228-2879-11)
January 1, 2012 to June 30, 2012

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|------|------|------|------|------|------|------|------|
| 25 | | | ORANGE | ORLANDO | FL | 32812 | 129,600 |
| 26 | | | MIDDLESEX | PERTH AMBOY | NJ | 08861 | 128,600 |
| 27 | | | SUFFOLK | SELDEN | NY | 11784 | 120,100 |
| 28 | | | KNOX | POWELL | TN | 37849 | 119,700 |
| 29 | | | RICHMOND | STATEN ISLAND | NY | 10305 | 116,500 |
| 30 | | | PUEBLO | PUEBLO | CO | 81001 | 115,100 |
| 31 | | | RICHMOND | STATEN ISLAND | NY | 10312 | 114,700 |
| 32 | | | SARASOTA | SARASOTA | FL | 34233 | 112,800 |
| 33 | | | MILWAUKEE | MILWAUKEE | WI | 53222 | 112,100 |
| 34 | | | LAWRENCE | NEW CASTLE | PA | 16101 | 111,000 |
| 35 | | | CLARK | LAS VEGAS | NV | 89106 | 110,800 |
| 36 | | | SAN DIEGO | CARLSBAD | CA | 92010 | 110,800 |
| 37 | | | DAVIDSON | NASHVILLE | TN | 37211 | 110,600 |
| 38 | | | DONA ANA | LAS CRUCES | NM | 88001 | 110,400 |
| 39 | | | MILWAUKEE | MILWAUKEE | WI | 53209 | 109,400 |
| 40 | | | UNION | ELIZABETH | NJ | 07208 | 107,700 |
| 41 | | | RALEIGH | BECKLEY | WV | 25801 | 107,500 |
| 42 | | | SEMINOLE | CASSELBERRY | FL | 32730 | 104,700 |
| 43 | | | ORANGE | ORLANDO | FL | 32806 | 104,600 |
| 44 | | | ORANGE | FULLERTON | CA | 92835 | 103,100 |
| 45 | | | RALEIGH | BECKLEY | WV | 25801 | 102,800 |
| 46 | | | CAMDEN | CHERRY HILL | NJ | 08034 | 102,600 |
| 47 | | | CLARK | LAS VEGAS | NV | 89104 | 102,600 |
| 48 | | | RICHMOND | STATEN ISLAND | NY | 10305 | 102,200 |

Date Prepared: 06/30/2012
Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit
Source: ARCOS

## Top 50 Pharmacies
## Sales of Oxycodone 30mg (NDC 00228-2879-11)
## January 1, 2012 to June 30, 2012

| Rank | Buyer's DEA Number | Buyer's Name | Buyer's County | Buyer's City | Buyer's State | Buyer's Zip | Total |
|------|--------------------|--------------|----------------|--------------|---------------|-------------|-------|
| 49 | | | BROWARD | HOLLYWOOD | FL | 33021 | 101,800 |
| 50 | | | DUVAL | JACKSONVILLE | FL | 32216 | 100,500 |

Date Prepared: 06/30/2012
Drug Enforcement Administration, Office of Diversion Control, Pharmaceutical Investigations Section, Targeting and Analysis Unit
Source: ARCOS

The following charts and graphs have been compiled from ARCOS reports your firm has previously submitted to DEA. The data was reviewed and the purchases of a few of your customers will be addressed during our discussion.

The mentioning of specific customers is NOT to be implied that the sale of controlled substances to these customers is illicit or that they may be involved in illicit activities.

It also should NOT be inferred that based upon the documentation provided to you that your company should terminate or restrict business with any customer discussed for the purposes of this presentation.

It is incumbent upon you to know your customers, fully review all orders for controlled substances and to exercise due diligence procedures prior to deciding whether or not to terminate or restrict sales to any customer.

September 12, 2012



UPS Supply Chain  Top Customer Sales in Dosage Units of Oxycodone 15mg NDC52152
-0028-2878-11 & NDC52152-0214-02 from January 1, 2010 to December 31, 2011



UPS Supply Chain Top Customer Sales in Dosage Units of Oxycodone 30mg NDC 52152-00228-2879-11 and NDC 52152-0215-02 from January 1, 2010 to December 31, 2011





**Actavis Elizabeth, LLC (NDC 52152-0214-02) Oxycodone 15mg Sales in Dosage Units by State from January 1, 2010 to December 31, 2010**

| State | Sales |
|-------|-------|
| FL | 24,165,100 |
| AZ | 6,251,400 |
| PA | 5,373,700 |
| TN | 4,866,700 |
| WA | 4,393,800 |
| NJ | 4,246,300 |
| CA | 4,220,900 |
| OH | 4,184,100 |
| MD | 3,722,300 |
| DE | 3,617,300 |



**Actavis Elizabeth, LLC (NDC00228-2878-11 & NDC52152-0214-02) Oxycodone 15mg Sales in Dosage Units by State from January 1, 2011 to December 31, 2011**

| State | Sales |
|-------|-------|
| FL | 30,460,500 |
| AZ | 10,523,800 |
| TN | 8,736,100 |
| PA | 6,778,400 |
| CA | 6,192,100 |
| OH | 6,167,200 |
| NJ | 5,852,100 |
| WA | 5,272,200 |
| MD | 5,163,200 |
| WI | 5,074,000 |



Actavis Elizabeth, LLC (NDC0228-2878-11 & NDC52152-0214-02) Oxycodone
15mg Sales in Dosage Units by State Units from January 1, 2012 to June 30, 2012

| State | Sales |
|-------|-------|
| FL | 17,764,800 |
| AZ | 7,496,300 |
| TN | 6,980,400 |
| PA | 6,002,600 |
| NJ | 5,206,500 |
| CA | 5,133,000 |
| WI | 4,637,100 |
| MD | 4,527,900 |
| NY | 4,455,800 |
| OH | 4,227,000 |



Actavis Elizabeth, LLC (NDC52152-0215-02) Oxycodone 30mg Sales
in Dosage Units by State from January 1, 2010 to December 31, 2010

| State | Sales |
|-------|-------|
| FL | 88,404,500 |
| NJ | 12,276,100 |
| TN | 6,986,900 |
| CA | 6,631,700 |
| NY | 6,036,100 |
| PA | 5,672,900 |
| AZ | 5,353,300 |
| OH | 3,602,300 |
| DE | 3,408,500 |
| MD | 3,277,200 |
| GA | 3,276,100 |



Actavis Elizabeth, LLC (NDC00228-2879-11 & NDC52152-0215-02) Oxycodone 30mg Sales in Dosage Units by State from January 1, 2011 to December 31, 2011



**Actavis Elizabeth, LLC (NDC00228-2879-11) Oxycodone 30mg Sales in Dosage Units by State from January 1, 2012 to June 30, 2012**

| State | Sales |
|-------|-------|
| FL | 30,366,700 |
| NY | 11,129,400 |
| CA | 9,874,300 |
| NJ | 9,583,700 |
| TN | 8,544,400 |
| PA | 6,155,700 |
| AZ | 5,312,100 |
| NV | 5,256,700 |
| GA | 4,052,100 |
| MD | 2,790,400 |



Actavis Elizabeth, LLC (NDC 52152-0214-02) Oxycodone 15mg Pharmacy Sales in Dosage Units from January 1, 2010 to December 31, 2010



Actavis Elizabeth, LLC (NDC 00228-2878-11 & NDC-52152-0214-02) Oxycodone 15mg
Pharmacy Sales in Dosage Units from January 1, 2011 to December 31, 2011 (Pg.1)



Actavis Elizabeth, LLC (NDC 00228-2878-11) Oxycodone 15mg Pharmacy
Sales in Dosage Units from January 1, 2011 to December 31, 2011 (Pg.2)



Actavis Elizabeth, LLC Oxycodone 15mg (NDC 52152-0214-02)
Sales in Dosage Units from January 1, 2012 to June 2012



Actavis Elizabeth, LLC Oxycodone 15mg. (NDC00228-2878-11)
Sales in Dosage Units from January 1, 2012 to June 30, 2012 (Pg.1)



Actavis Elizabeth, LLC Oxycodone 15mg. (NDC 00228-2878-11)
Sales in Dosage Units from January 1, 2012 to June 30, 2012 (Pg.2)



**Actavis Elizabeth, LLC (NDC 52152-0215-02) Oxycodone 30mg Customer Sales in Dosage Units from January 1, 2010 to December 31, 2010 (Pg.1)**



Actavis Elizabeth, LLC Oxycodone 30mg (NDC 52152-0215-02) Customer Sales in Dosage Units from January 1, 2010 to December 31, 2010 (Pg.2)



Actavis Elizabeth, LLC (NDC 00228-2879-11 & NDC 52152-0215-02) Oxycodone 30mg Customer Sales in Dosage Units from January 1, 2011 to December 31, 2011 (Pg.1)



Actavis Elizabeth, LLC (NDC 00228-2879-11 & NDC 52152-0215-02) Oxycodone 30mg Customer Sales in Dosage Units from January 1, 2011 to December 31, 2011 (Pg.2)



Actavis Elizabeth, LLC Oxycodone 30mg. (NDC 00228-2879-11)
Sales in Dosage Units from January 1, 2012 to June 30, 2012 Pg. (1)



Actavis Elizabeth, LLC Oxycodone 30mg. (NDC 00228-2879-11)
Sales in Dosage Units from January 1, 2012 to June 30, 2012 (Pg.2)



Actavis Elizabeth, LLC Oxycodone 30mg. (NDC 00228-2879-11)
Sales in Dosage Units from January 1, 2012 to June 30, 2012 (Pg.3)



Actavis Elizabeth, LLC Oxycodone 30mg. (NDC 52152-0215-02)
Sales in Dosage Units from January 1, 2012 to June 30, 2012



UPS Supply Chain Solutions, Inc. (RU0346088) KY Sales in Dosage Units from January 1, 2010 to December 31, 2010

15mg-Oxycodone
2010

| Company | Dosage Units |
|---|---|
| WALGREEN CO | 50,438,400 |
| MCKESSON CORPORATION | 20,143,200 |
| WAL-MART PHARMACY WHSE #45 | 10,608,000 |
| AMERISOURCEBERGEN DRUG CORP | 9,511,200 |
| CARDINAL HEALTH | 7,108,800 |
| ADVANTAGE LOGISTICS | 2,788,800 |
| ANDA PHARMACEUTICALS INC | 2,119,200 |
| SMITH DRUG COMPANY | 1,248,000 |



UPS Supply Chain Solutions (RU0346088) KY Sales in Dosage Units from January 1, 2011 to December 31, 2011

15mg-Oxycodone
2011

| Company | Units |
|---|---|
| WALGREEN CO | 84,828,000 |
| CARDINAL HEALTH | 25,476,000 |
| MCKESSON CORPORATION | 23,023,200 |
| AMERISOURCEBERGEN DRUG CORP | 13,183,200 |
| WAL-MART PHARMACY WHSE #45 | 11,212,800 |
| SMITH DRUG COMPANY | 4,005,600 |
| ADVANTAGE LOGISTICS | 3,986,400 |
| H. D. SMITH | 1,610,400 |
| AMERISOURCE HEALTH SERVS CORP | 1,063,200 |



UPS Supply Chain Solutions, Inc. (RU0346088) KY Sales in Dosage Units from January 1, 2010 to December 31, 2010

30mg-Oxycodone 2010

WALGREEN CO — 64,029,600
MCKESSON CORPORATION — 23,781,600
AMERISOURCEBERGEN DRUG CORP — 15,595,200
NUCARE PHARMACEUTICALS — 12,374,400
CARDINAL HEALTH — 10,780,800
ANDA PHARMACEUTICALS INC — 8,592,000
WAL-MART PHARMACY WHSE #45 — 7,432,800



UPS Supply Chain Solution, Inc. (RU0346088) KY Sales in Dosage
Units from January 1, 2011 to December 31, 2011

30mg-Oxycodone
2011

| Company | Units |
|---|---|
| WALGREEN CO | 138,972,000 |
| MCKESSON CORPORATION | 36,040,800 |
| AMERISOURCEBERGEN DRUG CORP | 32,126,400 |
| CARDINAL HEALTH | 26,846,400 |
| NUCARE PHARMACEUTICALS | 17,143,200 |
| SMITH DRUG COMPANY | 13,290,400 |
| WAL-MART PHARMACY WHSE #45 | 11,966,400 |
| H. D. SMITH | 5,505,600 |
| AMERISOURCEBERGEN DRUG CORP. | 5,292,000 |
| ADVANTAGE LOGISTICS | 4,202,400 |
| QK HEALTHCARE, INC. | 3,384,700 |
| ROCHESTER DRUG CO-OPERATIVE INC | 2,983,200 |
| LOUISIANA WHOLESALE DRUG CO | 2,282,400 |



Winn-Dixie Stores Purchases in Dosage Units of Actavis Oxycodone 30mg Tablets from McKesson Corporation NDC #52152-0215-02 (PM0000771) from January 1, 2010 to December 31, 2010



Publix Stores Purchases in Dosage Units from McKesson Corporation Lakeland (PM0000771) NDC 52152-0215-02 January 1, 2010 to December 31, 2010



Publix Super Markets Purchases in Dosage Units from McKesson Corporation
Lakeland (PM0000771) NDC52152-0215-02 January 1, 2011 to September 30, 2011

30mg Oxycodone
2011-FL



McKesson Corporation Lakeland (PM0000771) NDC #52152-0215-02 Sales of Actavis
Oxycodone 30mg Tablets in Dosage Units from January 1, 2010 to December 31, 2010



McKesson Corporation (Lakeland) PM0000771 NDC# 52152-0215-02 Sales of Actavis Oxycodone 30mg Tablets in Dosage Units in Dosage Units from January 1, 2010 to December 31, 2010





Walgreen Co. (RW0294493) OH Sales in Dosage Units from January 1, 2010 to December 31, 2010 (Pg.1)





Walgreen Co. (RW0294493) OH Sales in Dosage Units from January 1, 2010 to December 31, 2010 (Pg.3)

30mg-Oxycodone 2010

TN: 233,900
TN: 108,700
WV: 79,900
WI: 55,000
MD: 75,300
MD: 64,100
MD: 69,600
OH: 63,700
OH: 63,600
VA: 55,400
VA: 41,900



Walgreen Co. (RW0294493) OH Sales in Dosage Units from January 1, 2011 to December 31, 2011 (Pg.4)

30mg-Oxycodone
2011



**Walgreen Co. (RW0277752) FL Sales in Dosage Units of Actavis Oxycodone 15mg Tablets by State from January 1, 2010 to December 31, 2010 (Pg.1)**

15mg-Oxycodone
2010

| State | Dosage Units |
|---|---|
| FL | 13,631,200 |
| NC | 1,317,600 |
| TN | 915,000 |
| GA | 891,700 |
| TX | 785,500 |
| SC | 655,400 |
| LA | 469,100 |
| AL | 264,500 |
| VA | 237,100 |
| ME | 179,400 |
| MS | 87,200 |



Walgreen Co. (RW0277752) FL Sales in Dosage Units of Actavis Oxycodone
30mg Tablets by State from January 1, 2010 to December 31, 2010 (Pg.2)

30mg-Oxycodone
2010

| State | Dosage Units |
|---|---|
| FL | 34,649,600 |
| GA | 1,077,400 |
| NC | 739,200 |
| TN | 727,100 |
| SC | 637,100 |
| TX | 610,000 |
| LA | 366,500 |
| VA | 270,300 |
| AL | 254,200 |
| MS | 72,100 |
| ME | 64,600 |
| CA | 15,300 |
| PR | 13,800 |



**Walgreen Co. (RW0277752) FL Sales in Dosage Units of Actavis Oxycodone 15mg Tablets by State from January 1, 2011 to December 31, 2011 (Pg.3)**

15mg-Oxycodone
2011

| State | Value |
|-------|-------|
| FL | 18,692,900 |
| NC | 2,113,500 |
| TN | 1,463,400 |
| GA | 1,442,400 |
| TX | 1,164,400 |
| SC | 982,700 |
| LA | 641,200 |
| AL | 514,100 |
| VA | 410,700 |
| ME | 269,000 |
| MS | 170,600 |
| PR | 4,700 |



Walgreen Co. (RW0277752) FL Sales in Dosage Units of Actavis Oxycodone
30 mg Tablets by State from January 1, 2011 to December 31, 2011 (Pg.4)





Walgreen Pharmacies Purchases of Actavis Oxycodone 15mg Tablets in Dosage Units from Walgreen Co. (RW0277752) FL January 1, 2010 to December 31, 2010 (Pg.1)



Walgreen Pharmacies Purchases of Actavis Oxycodone 15mg Tablets in Dosage Units from Walgreen Co. (RW0277752) FL from January 1,2011 to December 31, 2011 (Pg.2)





**Suggested Questions a Distributor should ask prior to shipping controlled substances.**

This list of questions is not intended to be all inclusive nor should it be interpreted that every situation or registrant activity is covered.  This questionnaire is provided to assist the distributor to formulate a better understanding of who their customers are and whether or not they should sell to them controlled substances.  It is incumbent upon you, the distributors, to ensure that sales to your customers are for legitimate purposes.  It is further incumbent upon you to identify illicit or suspicious activities which may result in the diversion of controlled substances.

The use of this questionnaire should not be construed in any manner to be a mechanism or means that you have fully met the criteria and actions required by 21 USC 823 or other state and federal laws that are applicable.

Possible questions for a pharmacy:

- Does the pharmacy fill prescriptions via the Internet?  If so, is the pharmacy registered with the DEA under the Ryan Haight Act?
- Is this a mail order pharmacy (fills prescriptions for insurance, etc.)?
  **Note:**  A pharmacist may claim to be mail order pharmacy but may actually be operating as an Internet pharmacy.  <u>Do not accept the response to this question at face value</u>.
- Is the pharmacy licensed in all states for which it mails or fills prescriptions?
- Does the pharmacy report to all states that have prescription monitoring programs in which their customers reside and to whom they dispense?
- Does the pharmacy provide services for any specialty customers such as Long Term Health Care, Hospice Centers, Assisted Care Living Facilities, etc.?
- Does the pharmacy have staff or a private firm that solicits practitioners to get more business?
- What is the pharmacy's ratio of controlled vs. non-controlled orders?
- Does the pharmacy order a full variety of controlled substances and are they fairly evenly dispersed?  If not, why the disparity?
- What are the hours of operation of the pharmacy?
- Does the pharmacy offer a full assortment of sundries to its customers (e.g., aspirin, snacks, cosmetics, etc.)?
- Does the pharmacy have security guards on the premises?  If so, why?
- What methods of payment does the pharmacy accept (cash, insurance, Medicaid, and in what ratios)?
- Who is the pharmacy's primary supplier?
- Does the pharmacy order from other suppliers as well?  If so, why and what controlled substances?
- If this is a new account, why does the pharmacy want you to be their supplier?

September 12, 2012

- If you are not the only supplier, what controlled substances will the pharmacy be ordering from you, in what quantities, in what time frame, and will they be ordering these same products from other suppliers?
- What ratio will you be supplying compared to other suppliers?
- Does the pharmacy fill prescriptions for out of state customers?  If so, for how many out of state customers does the pharmacy fill (ratio or approximate number)?
- If the pharmacy fills prescriptions for Pain Management or other specialty practitioners (diet, oncology, etc.), is the pharmacist comfortable with the prescribing practices of the practitioner?
- Has the pharmacist questioned or been uncomfortable with, the prescribing practices of any practitioner?
- Has the pharmacy ever refused to fill prescriptions for a practitioner?  If so, why and who?
- Are there particular practitioners who constitute most of the prescriptions it fills? Who are these practitioners (**Name and** DEA registration number)?
- Does the pharmacy have **any exclusive** contracts, agreements, arrangements, etc., with any particular **practitioner, business** group, investors, etc.?  If so, explain those arrangements and/or obtain copies of those agreements.
- Is the pharmacist comfortable enough with the prescribing practices of any or all practitioners for which they fill, to stake their professional livelihood on it?
- Does the pharmacy supply, order for, or sell to any practitioners or other pharmacies?
- How does the pharmacy sell/transfer controlled substances to other pharmacies or practitioners?  Via a prescription, sales invoice, or DEA Form-222? (Transfer by prescriptions is not authorized).

Possible questions for a practitioner:

- What is the practitioner's specialty, if any (family practice, oncology, geriatrics, pain management, etc.)?
- Do the controlled substances being ordered correspond to his specialty or the treatment he provides?
- What method of payment does the practitioner accept (cash, insurance, Medicare) and what is the ratio of each?
- Has the practitioner ever been disciplined by any state or federal authority?
- How many patients does the practitioner see each day?  What is his weekly average?
- Does the practitioner prescribe as well as dispense?
- Why does the practitioner prefer to dispense as opposed to prescribe?
- Who was the practitioner's previous supplier?  Are they still ordering from this supplier?  If not, why are they looking for a new supplier?
- Do the hours of operation and the facility accommodate the type of practice being conducted?
- Does the practitioner's office have security guards on-site?  If so, why?

2 of 3

September 12, 2012

- Are all applicable state, federal, local licenses current and are they issued for the registered address at which the practitioner is practicing?
- Does the practitioner see out of state patients?  If so,
  - From what states,
  - How many,
  - Approximate ratio of out of state compared to local, and
  - Why, specifically, they travel so far to see him?

- Can the practitioner provide a blank copy of an agreement which they enter into with a patient, specifying the course of treatment, the patient rights and responsibilities, and reasons for termination of treatment?
- Does the practitioner conduct random unannounced drug testing?
- What measures does the practitioner employ and/or monitor to prevent addiction and diversion of controlled substances?
- Are there more than one practitioner dispensing controlled substances from the registered location?
- Do you order for just yourself or for the whole clinic?
- What controlled substances are you currently dispensing?  (If only one or two controlled substances are being ordered, have the practitioner fully explain why he administers or dispenses only these specific controlled substances).
- In what dosage levels is the practitioner dispensing (2 tablets, 4 times a day, for 30 days, or 90, 120, 240 a week, month).
- Does the practitioner prescribe as well as dispense to his patients?
- Does the practitioner prescribe the same controlled substances as were dispensed to the patient?
- How many patients is the practitioner presently treating (day, week, and month)?

Should you have any additional questions, concerns, or issues beyond what has been presented; it is strongly recommended you contact your local DEA Office.

September 12, 2012