# EXHIBIT 498

Highly Confidential - Subject to Further Confidentiality Review

```
 1              UNITED STATES DISTRICT COURT

 2         FOR THE NORTHERN DISTRICT OF OHIO

 3                  EASTERN DIVISION

 4                     -  -  -

 5   IN RE: NATIONAL PRESCRIPTION

 6   OPIATE LITIGATION           Case No.

 7                               1:17-MD-2804

 8   APPLIES TO ALL CASES        Hon. Dan A.

 9                               Polster

10   Case No. 1:17-MD-2804

11                     -  -  -

12             January 17, 2019

13      HIGHLY CONFIDENTIAL - SUBJECT TO FURTHER

14             CONFIDENTIALITY REVIEW

15             Videotaped deposition of

16   DOUGLAS BOOTHE, held at 250 Hudson Street,

17   New York, New York, commencing at 9:00 a.m.,

18   on the above date, before Marie Foley, a

19   Registered Merit Reporter, Certified

20   Realtime Reporter and Notary Public.

21                     -  -  -

22          GOLKOW LITIGATION SERVICES, INC.

23        877.370.3377 ph | 917.591.5672 fax

24              Deps@golkow.com
```

Highly Confidential - Subject to Further Confidentiality Review

 1    was at the pharmacy level or at the

 2    wholesale level, ended up going somewhere

 3    else than where it was ended to go, which

 4    would be outside or after the chain of

 5    custody that we had for the product, that

 6    would be my understanding of diversion.

 7        Q.    So, what was your understanding

 8    of Actavis's responsibilities under the

 9    law with respect to preventing diversion

10    of opioids?

11            MS. WELCH:  Objection to form.

12            MR. DIAMANTATOS:  Objection to

13        form; foundation.

14            MS. WELCH:  Objection to the

15        extent it calls for a legal

16        conclusion.

17            MR. DIAMANTATOS:  Asked and

18        answered.

19    BY MS. BAIG:

20        Q.    Using your definition of

21    diversion.

22            MS. WELCH:  Same objections.

23        A.    Again, I don't think we had

24    responsibility for, accountability for

Highly Confidential - Subject to Further Confidentiality Review

```
 1    preventing diversion.  We had

 2    responsibility and accountability for

 3    making certain that the orders that we

 4    received were valid from licensed

 5    pharmacies and were within our suspicious

 6    order monitoring thresholds as it was

 7    described earlier then with the Buzzeo

 8    model or the more statistical model.  So

 9    we -- that was our responsibility.

10              Once it goes outside of our

11    chain of custody, we have no capability or

12    responsibility or accountability to -- or

13    at least my understanding, I'm not a

14    lawyer, as it relates to diversion.  So,

15    once we ship a valid order to a wholesaler

16    or ship a valid order to a distributor or

17    another smaller wholesaler, our chain of

18    custody is finished at that point.

19        Q.    You had an understanding that

20    Actavis was required to have a suspicious

21    order monitoring program in place,

22    correct?

23        A.    Yes.

24        Q.    And, did you understand that
```