EXHIBIT 502

| | |
|---|---|
| **From:** | Napoleon_Clark/Morristown/Watson |
| **Sent:** | Thursday, February 03, 2005 8:03 AM |
| **To:** | Laura_Pinti/Morristown/Watson%Watson |
| **Cc:** | Travis_Roberts/Morristown/Watson%Watson |
| **Subject:** | Re: SOMS/OMS Project |
| **Attachments:** | SOMSOMSPROJECT.xls; SOMSOMSPROJECT.xls |

Not that critical:  We already have a multiplier for the Chains and Wholesalers/Distributors which covers 99% of the orders coming thru OMS.  So I am not sure why we need an additional column added to ZVMUL.

NaP

Laura Pinti

To: Napoleon Clark/Morristown/Watson@Watson
cc: Travis Roberts/Morristown/Watson@Watson

Subject: Re: SOMS/OMS Project

Thanks for sending, I do see one was not filled in, can you send a statement to this? I believe this was needed to replace an actual value to be populated.

**LP2004-26409867 (Request for Marketing)**

**Add an additional column to the ZVMUL table to be used to activate the multiplier for a specific class of trade selected.**

Napoleon Clark

To: Laura Pinti/Morristown/Watson@Watson
cc:

Subject: Re: SOMS/OMS Project

See attached.

NaP

---------------------- Forwarded by Napoleon Clark/Morristown/Watson on 02/01/2005 12:10 PM ----------------------------

To: Napoleon Clark/Morristown/Watson@Watson
cc:


Subject: Re: SOMS/OMS Project

I agree with your comments, the first item I do not know what it is for either.

Travis

Napoleon Clark

To: Travis Roberts/Morristown/Watson@Watson
cc:

1

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER

ALLERGAN_MDL_02578082

Subject: SOMS/OMS Project

Travis, can you check to see what I have written makes sense.  Some I left open, as I did not know what it was for
*(See attached file: SOMSOMSPROJECT.xls)*
---------------------- Forwarded by Napoleon Clark/Morristown/Watson on 01/31/2005 04:26 PM ----------------------------

To: Napoleon Clark/Morristown/Watson@Watson, Travis Roberts/Morristown/Watson@Watson, Tracey Hernandez/Morristown/Watson@Watson
cc:

Subject: SOMS/OMS Project

Can you please provide the feedback by Thursday of this week? That would be a tremendous help- thanks
---------------------- Forwarded by Laura Pinti/Morristown/Watson on 01/31/2005 04:11 PM ----------------------------

To: Napoleon Clark/Morristown/Watson@Watson, Travis Roberts/Morristown/Watson@Watson, Tracey Hernandez/Morristown/Watson@Watson
cc: Mary Woods/Corona/Watson@Watson

Subject: SOMS/OMS Project

All:

Feedback from the business is needed for management to determine criticality of the objects. Please provide a brief description (1-2 sentences) on how this change will impact your area. If there is a current workaround, it is important to document the amount of time the business area will save by changing the functionality.

For example, Tracey has an object to create a new report for suspicious orders for the DEA. The business impact might be:

The report is overstating SOMS blocks, therefore, cannot be forwarded to the DEA which can result in $XX,XXX financial fines for each month the data is not provided.

In the attached file, click on the 3rd tab of the spreadsheet marked "Business Impact". I have color coded the objects for the business area. There are some objects that require input from Marketing and DEA Compliance.

*(See attached file: SOMSOMSPROJECT.xls)*

Please return the information to me as soon as possible. Diane will be addressing the objects w/ Todd Joyce and Andy Boyer. Additional information will follow shortly after that meeting as far as when the objects will be scheduled for production release(s).

Thank you!

Mary: I will submit the Call Center Objects under separate cover.

2

CONFIDENTIAL - SUBJECT TO PROTECTIVE ORDER
ALLERGAN_MDL_02578083